LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

*application pro hac vice pending

Attorneys for Plaintiffs

Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN | Case No. 3:22-cv-05502 |
| | **PLAINTIFF COALITION ON HOMELESSNESS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |
| Plaintiffs, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC), | |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COALITION'S FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT
CASE NO. 3:22-cv-05502

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Coalition on Homelessness certifies that it is a not-for-profit corporation, with no parent corporation or publicly-traded stock.

Dated:  September 27, 2022

By: */s/ Alfred C. Pfeiffer, Jr.*

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
Zal K. Shroff, MJP 804620 (application *pro hac vice* pending)
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SB 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jdo@aclunc.org
bgreene@aclunc.org

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
Wesley Tiu, SBN 336580
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Al.Pfeiffer@lw.com
Wesley.Tiu@lw.com

Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Joseph.Lee@lw.com

Regina Wang, SBN 326262
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Regina.Wang@lw.com

*Attorneys for Plaintiffs*

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COALITION'S FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT
CASE NO. 3:22-cv-05502