1  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
2  Zal K. Shroff, MJP 804620*
   Elisa Della-Piana, SBN 226462
3  131 Steuart Street, Ste. 400
   San Francisco, CA 94105
4  Telephone: (415) 543-9444
5  zshroff@lccrsf.org
   edellapiana@lccrsf.org
6
7  *application pro hac vice pending
8  Attorneys for Plaintiffs
9  Additional Counsel on Signature Page

10          **UNITED STATES DISTRICT COURT**
11          **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN<br><br>              Plaintiffs,<br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>              Defendants. | Case No. 3:22-cv-05502<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS
CASE NO. 3:22-cv-05502

1  Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than
2  the named parties, there is no such interest to report.

4  Dated: September 27, 2022     By: */s/ Alfred C. Pfeiffer, Jr.*

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
Zal K. Shroff, MJP 804620 (application *pro hac vice* pending)
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 283783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jdo@aclunc.org
bgreene@aclunc.org

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
Wesley Tiu, SBN 336580
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Al.Pfeiffer@lw.com
Wesley.Tiu@lw.com

Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Joseph.Lee@lw.com

Regina Wang, SBN 326262
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Regina.Wang@lw.com

*Attorneys for Plaintiffs*