| | |
|---|---|
| 1 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 2 | Zal K. Shroff, MJP 804620 |
| 3 | Elisa Della-Piana, SBN 226462 |
|   | 131 Steuart Street, Ste. 400 |
| 4 | San Francisco, CA 94105 |
|   | Telephone: (415) 543-9444 |
| 5 | zshroff@lccrsf.org |
| 6 | edellapiana@lccrsf.org |
| 7 | *application pro hac vice pending |
| 8 | Attorneys for Plaintiffs |
| 9 | Additional Counsel below |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 12 | COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN | Case No. 3:22-cv-05502 |
| | | **NOTICE OF APPEARANCE OF REGINA WANG** |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC), | |
| 24 | Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
REGINA WANG
CASE NO. 3:22-cv-05502

1  ACLU FOUNDATION OF NORTHERN CALIFORNIA
   John Thomas H. Do, SBN 285075
2  Brandon L. Greene, SBN 293783
3  39 Drumm Street
   San Francisco, CA 94111
4  Telephone: (415) 621-2493
   jdo@aclunc.org
5  bgreene@aclunc.org

6  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
7  Wesley Tiu, SBN 336580
8  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
9  Telephone: (415) 391-0600
   al.pfeiffer@lw.com
10 wesley.tiu@lw.com

11
   LATHAM & WATKINS LLP
12 Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
13 Costa Mesa, CA 92626
   Telephone: (714) 540-1235
14 joseph.lee@lw.com

15
   LATHAM & WATKINS LLP
16 Regina Wang, SBN 326262
   10250 Constellation Blvd., Suite 1100
17 Los Angeles, CA 90067
   Telephone: (424) 653-5500
18 Fax: (424) 653-5501
   regina.wang@lw.com
19

20

21

22

23

24

25

26

27

28

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
REGINA WANG
CASE NO. 3:22-cv-05502

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Regina Wang of Latham & Watkins LLP hereby enters her appearance in the above-captioned matter as counsel for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn.

She respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the following address:

> Regina Wang, SBN 326262
> LATHAM & WATKINS LLP
> 10250 Constellation Blvd. Suite 1100
> Los Angeles, CA 90067
> Telephone: (424) 653-5500
> Regina.Wang@lw.com

Dated:  September 27, 2022             LATHAM & WATKINS LLP

By: */s/ Regina Wang*
   Regina Wang, SBN 326262
   10250 Constellation Blvd. Suite 1100
   Los Angeles, CA 90067
   Telephone: (424) 653-5500
   Regina.Wang@lw.com

   *Attorney for Plaintiffs*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
REGINA WANG
CASE NO. 3:22-cv-05502