LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

*application pro hac vice pending*

*Attorneys for Plaintiffs*

*Additional Counsel below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN<br><br>　　　　　　　　Plaintiffs,<br>　　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-05502<br><br>**NOTICE OF APPEARANCE OF WESLEY TIU** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
WESLEY TIU
CASE NO. 3:22-cv-05502

| | |
|---|---|
| 1 | ACLU FOUNDATION OF NORTHERN CALIFORNIA |
| 2 | John Thomas H. Do, SBN 285075<br>Brandon L. Greene, SBN 293783 |
| 3 | 39 Drumm Street<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 621-2493 |
| 5 | jdo@aclunc.org<br>bgreene@aclunc.org |
| 6 | |
| 7 | LATHAM & WATKINS LLP<br>Alfred C. Pfeiffer, Jr., SBN 120965 |
| 8 | Wesley Tiu, SBN 336580<br>505 Montgomery Street, Ste 2000 |
| 9 | San Francisco, CA 94111<br>Telephone: (415) 391-0600 |
| 10 | al.pfeiffer@lw.com<br>wesley.tiu@lw.com |
| 11 | |
| 12 | LATHAM & WATKINS LLP<br>Joseph H. Lee, SBN 248046 |
| 13 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 14 | Telephone: (714) 540-1235<br>joseph.lee@lw.com |
| 15 | |
| 16 | LATHAM & WATKINS LLP<br>Regina Wang, SBN 326262 |
| 17 | 10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067 |
| 18 | Telephone: (424) 653-5500<br>Fax: (424) 653-5501 |
| 19 | regina.wang@lw.com |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF APPEARANCE OF
WESLEY TIU
CASE NO. 3:22-cv-05502

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Wesley Tiu of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn.

He respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

> Wesley Tiu, SBN 336580
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Ste 2000
> San Francisco, CA 94111
> Telephone: (415) 391-0600
> Wesley.Tiu@lw.com

Dated:  September 27, 2022                    LATHAM & WATKINS LLP

By: */s/ Wesley Tiu*
      Wesley Tiu, SBN 336580
      505 Montgomery Street, Ste 2000
      San Francisco, CA 94111
      Telephone: (415) 391-0600
      Wesley.Tiu@lw.com

*Attorney for Plaintiffs*

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
WESLEY TIU
CASE NO. 3:22-cv-05502