LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

*application pro hac vice pending*

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs.<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 3:22-cv-05502<br><br>**DECLARATION OF ELISA DELLA-PIANA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: September 27, 2022<br><br>Date:    TBD<br>Time:    TBD |

1  ACLU FOUNDATION OF NORTHERN CALIFORNIA
   John Thomas H. Do, SBN 285075
2  Brandon L. Greene, SBN 293783
3  39 Drumm Street
   San Francisco, CA 94111
4  Telephone: (415) 621-2493
   jdo@aclunc.org
5  bgreene@aclunc.org

6  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
7  Wesley Tiu, SBN 336580
8  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
9  Telephone: (415) 391-0600
   al.pfeiffer@lw.com
10 wesley.tiu@lw.com

11 LATHAM & WATKINS LLP
   Joseph H. Lee, SBN 248046
12 650 Town Center Drive, 20th Floor
13 Costa Mesa, CA 92626
   Telephone: (714) 540-1235
14 joseph.lee@lw.com

15 LATHAM & WATKINS LLP
   Regina Wang, SBN 326262
16 10250 Constellation Blvd., Suite 1100
17 Los Angeles, CA 90067
   Telephone: (424) 653-5500
18 regina.wang@lw.com

# DECLARATION OF ELISA DELLA-PIANA

I, Elisa Della-Piana, hereby declares as follows:

1. I am the Legal Director of and an attorney with the Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCRSF"). I am also counsel of record for the Coalition on Homelessness (the "Coalition"), Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

2. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently to them.

## I. INDIVIDUAL DECLARATIONS

3. LCCRSF assisted the Coalition, its volunteers and staff, and dozens of unhoused individuals and eyewitnesses in preparing declarations that documented their direct observations in support of Plaintiffs' Motion for Preliminary Injunction. Zal K. Shroff, a Senior Attorney at LCCRSF, spearheaded this effort with assistance from a series of legal fellows and law clerks supervised by Mr. Shroff and myself. In total, LCCRSF collected more than thirty such declarations over the span of a year—from September 2021 through September 2022.

4. Attached as **Exhibit 1** are true and correct copies of declarations submitted by the Executive Director of the Coalition on Homelessness and various Coalition volunteers in support of Plaintiffs' Motion for Preliminary Injunction.

| Exhibit 1: Coalition on Homelessness Declarations | | |
|---|---|---|
| **Declaration** | **Execution Date** | **Page Numbers** |
| Jennifer Friedenbach, Coalition Executive Director | June 28, 2022 | 1-1 to 1-8 |
| Larry Ackerman, Coalition volunteer | April 4, 2022 | 1-9 to 1-12 |
| Kelley Cutler, Coalition staff member | August 5, 2022 | 1-13 to 1-20 |
| Christin Evans, Coalition volunteer | November 5, 2021 | 1-21 to 1-34 |

| | | |
|---|---|---|
| Ian James, Coalition staff member | September 16, 2022 | 1-35 to 1-40 |
| Carlos Wadkins, Coalition staff member | May 25, 2022 | 1-41 to 1-49 |

5. Attached as **Exhibit 2** are true and correct copies of declarations submitted by the Individual Plaintiffs in support of Plaintiffs' Motion for Preliminary Injunction.

| Exhibit 2: Individual Plaintiff Declarations | | |
|---|---|---|
| **Declaration** | **Execution Date** | **Page Numbers** |
| Toro Castaño | September 27, 2021 | 2-1 to 2-7 |
| Sarah Cronk | September 13, 2022 | 2-8 to 2-11 |
| Joshua Donohoe | September 13, 2022 | 2-12 to 2-14 |
| Molique Frank | March 10, 2022 | 2-15 to 2-17 |
| David Martinez | September 12, 2022 | 2-18 to 2-20 |
| Teresa Sandoval | September 12, 2022 | 2-21 to 2-23 |
| Nathaniel Vaughn | November 10, 2021 | 2-24 to 2-31 |

6. Attached as **Exhibit 3** is a true and correct copy of a declaration submitted by a former City of San Francisco employee in support of Plaintiffs' Motion for Preliminary Injunction.

| Exhibit 3: Former City of San Francisco Employee Declarations | | |
|---|---|---|
| **Declaration** | **Execution Date** | **Page Numbers** |
| Damon Bennett, a former employee of the City of San Francisco's Department of Homelessness and Supportive Housing | November 15, 2021 | 3-1 to 3-7 |

7. Attached as **Exhibit 4** are true and correct copies of declarations submitted by many unhoused persons in support of Plaintiffs' Motion for Preliminary Injunction.

| Exhibit 4: Unhoused Persons Declarations | | |
|---|---|---|
| **Declaration** | **Execution Date** | **Page Numbers** |
| Todd Bryant | April 26, 2022 | 4-1 to 4-5 |
| Shyhyene Brown | October 25, 2021 | 4-6 to 4-9 |

2

DELLA-PIANA DECLARATION ISO MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:22-cv-05502

| | | |
|---|---|---|
| Jefferey Connick | February 24, 2022 | 4-10 to 4-11 |
| Henrick Delamora | October 25, 2021 | 4-12 to 4-16 |
| Patrick Dubose | March 11, 2022 | 4-17 to 4-19 |
| Heather Freehoffer | November 8, 2021 | 4-20 to 4-21 |
| Robert Harrison | October 29, 2021 | 4-22 to 4-29 |
| Jayson Hill | November 14, 2021 | 4-30 to 4-39 |
| Andrew Howard | May 10, 2022 | 4-40 to 4-44 |
| Tricia Hurd | December 2, 2021 | 4-45 to 4-48 |
| Timothy Jones | January 25, 2022 | 4-49 to 4-52 |
| Jezzeille Murdock | September 13, 2022 | 4-53 to 4-55 |
| Shanna Couper Orona | October 27, 2021 | 4-56 to 4-61 |
| Devon Partee | February 1, 2022 | 4-62 to 4-64 |
| Audra Sparks | November 16, 2021 | 4-65 to 4-67 |
| Nichelle Solis | November 4, 2021 | 4-68 to 4-77 |
| Victoria Solomon | September 14, 2022 | 4-78 to 4-80 |
| Vincent Vetter | November 29, 2021 | 4-81 to 4-85 |

## II.     DOCUMENTARY EVIDENCE

### Publicly Available Documents

8. Attached hereto as **Exhibit 5** is an excerpt of a true and correct copy of the San Francisco Department of Homelessness & Supportive Housing's report entitled, "San Francisco Homeless Count & Survey Comprehensive Report 2019," available at https://hsh.sfgov.org/wp-content/uploads/2020/01/2019HIRDReport_SanFrancisco_FinalDraft-1.pdf (last visited August 29, 2022).

9. Attached hereto as **Exhibit 6** is an excerpt of a true and correct copy of the San Francisco Department of Homelessness & Supportive Housing's report entitled, "San Francisco 2021 Sheltered Point-in-Time Count," available at https://hsh.sfgov.org/wp-content/uploads/2021/09/2021-Sheltered-PIT-Count.pdf (last visited August 29, 2022).

10. Attached hereto as **Exhibit 7** is an excerpt of a true and correct copy of the San Francisco Department of Homelessness & Supportive Housing's report entitled, "San Francisco Homeless Count and Survey: 2022 Comprehensive Report," available at https://hsh.sfgov.org/wp-content/uploads/2022/08/2022-PIT-Count-Report-San-Francisco-Updated-8.19.22.pdf (last visited Sept. 23, 2022).

11. Attached hereto as **Exhibit 8** is a true and correct copy of the San Francisco Department of Homelessness & Supportive Housing's report entitled, "HSH 90 Day Emergency Shelter Waitlist," available at https://data.sfgov.org/Health-and-Social-Services/HSH-90-day-emergency-shelter-waitlist/w4sk-nq57 (last visited August 29, 2022).

12. Attached hereto as **Exhibit 9** is a true and correct copy of the San Francisco Department of Homelessness & Supportive Housing's webpage entitled, "Shelter Reservation Wait-List," available at https://sf311.org/information/waitlist (last visited August 29, 2022).

13. Attached hereto as **Exhibit 10** is a true and correct copy of the San Francisco Department of Homelessness & Supportive Housing's webpage entitled, "Adult Temporary Shelter," available at https://hsh.sfgov.org/services/how-to-get-services/accessing-temporary-shelter/adult-temporary-shelter/ (last visited August 29, 2022).

14. Attached hereto as **Exhibit 11** is an excerpt of a true and correct copy of the City and County of San Francisco's Office of the Controller's report entitled, "Review of the Healthy Street Operations Center," available at https://sfcontroller.org/sites/default/files/Documents/Auditing/Review%20of%20the%20Healthy%20Streets%20Operations%20Center.pdf (last visited August 29, 2022).

15. Attached hereto as **Exhibit 12** is a true and correct copy of the San Francisco Police Department's report entitled, "Healthy Streets Operation Center Homeless Outreach," available at https://www.sanfranciscopolice.org/sites/default/files/Documents/PoliceCommission/PoliceCommission090518-HSOCPresentation.pdf (last visited August 29, 2022).

16. Attached hereto as **Exhibit 13** is a true and correct copy of the San Francisco Department of Public Works' webpage entitled "Bag and Tag Policy," available at https://sfpublicworks.org/services/bag-and-tag-

4

policy#:~:text=During%20working%20hours%2C%20Public%20Works,the%2072%2Dhour%20holding%20area. (last visited August 3, 2022). In February 2022, the Coalition received an adjusted DPW policy that purported to increase protections for unhoused individuals' property. However, that policy has not been published on DPW's website and it is unclear if any staff actually have been trained on that policy.

17. Attached hereto as **Exhibit 14** is an excerpt of a true and correct copy of the City and County of San Francisco's Board of Supervisor's Policy Analysis Report available at https://sfbos.org/sites/default/files/BLA.SCRT_.HSOC_.041922.pdf (last visited August 29, 2022).

18. Attached hereto as **Exhibit 15** is a true and correct copy of the Coalition on Homelessness's report entitled, "Behind the Healthy Street Operation Curtain," available at https://www.cohsf.org/behind-the-healthy-street-operation-curtain/ (last visited Sept. 8, 2022).

19. Attached hereto as **Exhibit 16** is an excerpt of a true and correct copy of the Latino Task Force's report entitled, "2022 Street Needs Assessment," dated June 16, 2022, available at https://www.kron4.com/wp-content/uploads/sites/11/2022/06/2022LTF.StreetAssessment_Plan.pdf.

20. Attached hereto as **Exhibit 17** is pages 70 to 79 of a true and correct copy of the San Francisco Police Department's production in response to an anonymous Public Records Request, and now available at https://cdn.muckrock.com/foia_files/2021/10/04/P40194_-_SFPD_production_5.pdf (last visited August 29, 2022).

21. Attached as **Exhibit 18** is a true and correct copy of a photograph taken on August 26, 2021 by Zal K. Shroff near the corner of 14th Street and Woodward Street, warning of Cal. Penal Code § 647(e) enforcement.

22. Attached hereto as **Exhibit 19** is a true and correct copy of the San Francisco Examiner's July 3, 2022 article entitled "Street sweeps endanger the health of the homeless," available at https://www.sfexaminer.com/our_sections/forum/street-sweeps-endanger-the-health-of-the-homeless/article_4d84f64f-9887-5055-a602-610c3a773375.html (last visited August 29, 2022).

23. Attached hereto as **Exhibit 20** is a true and correct copy of the San Francisco Standard's June 6, 2022 article entitled "Police Clear Homelessness Encampment Days After Mayor's Tweet, Prompting Questions About Legality of Such Sweeps," available at https://sfstandard.com/public-health/homelessness/police-clear-homeless-encampment-days-after-mayors-tweet-prompting-questions-about-legality-of-such-sweeps/ (last visited August 29, 2022).

24. Attached hereto as **Exhibit 21** is a true and correct copy of the San Francisco Chronicle's May 9, 2022 article entitled "How many people are homeless in San Francisco? Here's what the data shows," available at https://www.sfchronicle.com/sf/article/How-many-people-are-homeless-in-San-Francisco-17155544.php. (last visited August 29, 2022).

25. Attached hereto as **Exhibit 22** is a true and correct copy of the San Francisco Public Press's October 7, 2021 article entitled "Report Calls SF's Homeless Sweeps Practices Illegal," available at https://www.sfpublicpress.org/report-calls-sfs-homeless-sweeps-practices-illegal/ (last visited August 29, 2022).

26. Attached hereto as **Exhibit 23** is a true and correct copy of Mission Local's June 17, 2021 article entitled "Records indicate dozens of homeless people's tents swept off the street prior to appearance by mayor," available at https://missionlocal.org/2021/06/records-indicate-dozens-of-homeless-peoples-tents-swept-off-the-street-prior-to-appearance-by-mayor-supe/ (last visited August 29, 2022).

27. Attached hereto as **Exhibit 24** is a true and correct copy of the San Francisco Chronicle's article, last updated July 11, 2020, entitled "Bay Area homelessness: 97 answers to your questions," available at https://projects.sfchronicle.com/sf-homeless/homeless-questions/ (last visited August 29, 2022).

28. Attached hereto as **Exhibit 25** is a true and correct copy of the Center for Health Journalism's June 25, 2020 article entitled, "Homeless sweeps in SF: How do you report on an issue city leaders deny is happening?" available at https://centerforhealthjournalism.org/2020/06/06/sweeping-away-homeless-sf-how-do-you-report-issue-city-leaders-deny-happening (last visited Sept. 8, 2022).

**LCCRSF Public Records Requests**

29. In preparation for the above-captioned case, LCCRSF issued extensive public records requests to various San Francisco city agencies including the San Francisco Department of Public Works, San Francisco Police Department, Department of Homelessness and Supporting Housing, and the Department of Emergency Management. These public records requests addressed the City's response to homeless encampments and treatment of unhoused individuals, including requests for records pertaining to criminal enforcement, property storage/destruction, shelter availability, and scheduled sweep operations throughout the City. Senior Attorney Zal K. Shroff submitted these records requests on behalf of LCCRSF and collected all responsive documents provided by City agencies. LCCRSF sent or received the following relevant documents.

30. Attached hereto as **Exhibit 26** is a true and correct copy of the San Francisco Department of Public Works' Procedure No. 16-05-08, entitled "Removal and Temporary Storage of Personal Items Collected From Public Property," dated December 2016.

31. Attached hereto as **Exhibit 27** is a true and correct copy of the San Francisco Police Department's Bulletin No. 19-080, entitled "Legal Enforcement Options for Addressing Lodging and Illegal Encampments," dated April 16, 2019.

32. Attached hereto as **Exhibit 28** is a true and correct copy of a Public Records Request submitted by LCCRSF to the San Francisco Department of Public Works, dated September 9, 2021.

33. Attached hereto as **Exhibit 29** is a true and correct copy of a Public Records Request submitted by LCCRSF to the San Francisco Department of Public Works, dated September 21, 2021.

34. Attached hereto as **Exhibit 30** is a true and correct copy of a Public Records Request submitted by LCCRSF to the San Francisco Department of Public Works, dated September 13, 2022.

35. Attached hereto as **Exhibit 31** is a true and correct copy of "Bag and Tag" logs produced by the Department Public Works dated between January 2021 to June 2021 in response

to the Public Records Request filed by LCCRSF on September 21, 2021. LCCRSF has copies of such "Bag and Tag" logs from 2016 to 2021.

36. Attached hereto as **Exhibit 32** is a true and correct copy of a summary of "Bag and Tag" logs produced by the Department Public Works dated between January 2021 to August 2022 in response to a Public Records Request filed by LCCRSF on September 13, 2022.

37. Attached hereto as **Exhibit 33** is a true and correct copy of a Public Records Request submitted by LCCRSF to the San Francisco Police Department, dated September 9, 2021.

38. Attached hereto as **Exhibit 34** is a true and correct copy of a Public Records Request submitted by LCCRSF to the San Francisco Police Department, dated September 20, 2021.

39. Attached hereto as **Exhibit 35** is a true and correct copy of an excerpt of the San Francisco Police Department's response to LCCRSF's Public Record Request, which was prepared November 4, 2021.

40. Attached hereto as **Exhibit 36** is a true and correct copy of an excel file entitled "P48462_SFPD_Production_4_-_updated.xlsx" produced by the San Francisco Police Department in response to a Public Records Request filed by LCCRSF on September 20, 2021. This Excel file includes SFPD arrest and citation records at homeless encampments from 2018 to 2021.

41. Attached hereto as **Exhibit 37** is a true and correct copy of a Public Records Request submitted by LCCRSF to the Department of Homelessness and Supportive Housing, dated September 20, 2021.

42. Attached hereto as **Exhibit 38** is a true and correct copy daily shelter allocation for the month of January 2022 produced by the Department of Homelessness and Supportive Housing in response to LCCRSF's Public Record Request. LCCRSF has copies of such shelter availability records for the time period from 2020 through 2021.

43. Attached hereto as **Exhibit 39** is a true and correct copy of a Public Records Request submitted by LCCRSF to the Department of Emergency Management, dated September 20, 2021.

44. Attached hereto as **Exhibit 40** is a true and correct copy of the HSOC schedule for the period from January 1 to February 28, 2021 produced by the Department of Emergency Management in response to public record requests. LCCRSF has copies of HSOC schedules and reports for the time period from 2019 through 2021.

### Small Claims Judgments

45. Attached hereto as **Exhibit 41** is a true and correct copy of the Notice of Entry of Judgment against the San Francisco Department of Public Works in *Edward Richardson v. San Francisco Public Works*, CSM-21-864062 (S.F. Sup Ct. Sept. 8, 2021).

46. Attached hereto as **Exhibit 42** is a true and correct copy of the Notice of Entry of Judgment against the San Francisco Department of Public Works in *Henrick Delamora v. San Francisco Public Works*, CSM-21-864063 (S.F. Sup Ct. Sept. 8, 2021).

47. Attached hereto as **Exhibit 43** is a true and correct copy of the Notice of Entry of Judgment against the San Francisco Department of Public Works in *Jayson Hill v. San Francisco Public Works*, CSM-21-864066 (S.F. Sup Ct. Sept. 8, 2021).

48. Attached hereto as **Exhibit 44** is a true and correct copy of the Notice of Entry of Judgment against the San Francisco Department of Public Works in *Aaron Justin v. San Francisco Public Works*, CSM-21-864075 (S.F. Sup Ct. Sept. 8, 2021).

49. Attached hereto as **Exhibit 45** is a true and correct copy of the Notice of Entry of Judgment against the San Francisco Department of Public Works in *Thomas Blue v. San Francisco Public Works*, CSM-21-864076 (S.F. Sup Ct. Sept. 8, 2021).

50. Attached hereto as **Exhibit 46** is a true and correct copy of the Notice of Entry of Judgment against the San Francisco Department of Public Works in *Nathaniel Vauhgn v. San Francisco Public Works*, CSM-21-864077 (S.F. Sup Ct. Sept. 8, 2021).

51. Attached hereto as **Exhibit 47** is a true and correct copy of the Notice of Entry of Judgment against the San Francisco Department of Public Works in *Charlotte Pulling v. San Francisco Public Works*, CSM-21-864078 (S.F. Sup Ct. Sept. 8, 2021).

52. Attached hereto as **Exhibit 48** is a true and correct copy of the Notice of Entry of Judgment against the San Francisco Department of Public Works in *Nichelle Solis v. San Francisco Public Works*, CSM-21-864081 (S.F. Sup Ct. Sept. 8, 2021).

53. Attached hereto as **Exhibit 49** is a true and correct copy of the Notice of Entry of Judgment against the San Francisco Department of Public Works in *Robert Harrison v. San Francisco Public Works*, CSM-21-864085 (S.F. Sup Ct. Sept. 8, 2021).

54. Attached hereto as **Exhibit 50** is a true and correct copy of the Notice of Entry of Judgment against the San Francisco Department of Public Works in *Michelle Diprisco v. San Francisco Public Works*, CSM-21-864086 (S.F. Sup Ct. Sept. 8, 2021).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I executed this declaration on September 26, 2022 in San Francisco, California.

_____
Elisa Della-Piana

*Attorney for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Josh Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn*