LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
zshroff@lccrsf.org

*application pro hac vice pending*

*Attorneys for Plaintiffs*

*Additional Counsel below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>            Plaintiffs.<br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>            Defendants. | CASE NO. 3:22-cv-05502<br><br>**EXHIBIT 3<br>DECLARATION OF DAMON BENNETT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

ACLU FOUNDATION OF
NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jdo@aclunc.org
bgreene@aclunc.org

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
Wesley Tiu, SBN 336580
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Regina Wang, SBN 326262
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
regina.wang@lw.com

EXHIBIT 3 DECLARATION OF DAMON BENNETT ISO MOT. FOR PRELIM. INJ.
CASE NO. 3:22-cv-05502

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:22-cv-05502

**DECLARATION OF DAMON BENNETT**

I, Damon Bennett, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Damon Bennett, and I am 50 years old. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

2. I earned my Masters Degree in Social Work from the University of Missouri in 1995. For the past two decades, I have worked as a social worker both in direct practice and in the management of social service organizations.

3. In April 2021, I was hired by the City of San Francisco to lead its Encampment Resolution Team, which is a division of the Homeless Outreach Team (HOT). The HOT team sits in the Department of Homelessness and Supportive Housing. My team consisted of about five HOT employees assigned to work with the San Francisco Police Department (SFPD), Department of Public Works (DPW), and San Francisco Fire Department (SFFD) during the City's homelessness sweeps.

4. When I was hired, I was told it was to bring trauma-informed care to the HOT team's work with homeless individuals. I did not at all expect what I experienced. Instead of giving care, our team served as cover for SFPD, DPW, and SFFD to destroy homeless encampments under the guise of offering services we often did not have to offer. When I raised concerns about some of the HOT team's practices, I was told I was not a good fit for the HOT team. After two months, I was summarily fired without warning.

5. I led the HOT team during the City's homelessness sweeps for two months. I

estimate that I participated in approximately 40 sweeps during that time. Those sweeps were conducted through an interagency collaboration called the Healthy Streets Operation Center (HSOC). The sweeps—and HOT team's involvement in them—followed a decided pattern.

**No Notice, Shelter Beds Available When A "Healthy Streets" Sweep Starts**

6.      My HOT team would gather onsite at 7AM on the day of a sweep. Homeless people usually seemed surprised when we arrived. The administrative supervisor for the HOT team—who was not in the field, but worked at a desk in our office—was responsible for printing and distributing a written letter the weekend prior to a sweep to inform homeless people we were coming. I never once saw these notices posted at a sweep. No one onsite was ever able to produce a copy of the written notice to me either. This contributed to an atmosphere of panic when SFPD, DPW, and SFFD arrived in full force shortly after us.

7.      Beginning at around 7:00 AM, the HOT team approached each tent. We told each homeless person that the street cleaners were coming and that they needed to get out of the area. We told them that if they wanted shelter they could give us their information and we could put it into the system. In the meantime, they had to leave. If they did not start packing, HOT workers sometimes called SFFD and SFPD to get more aggressive. By 7:30AM, we had usually gone to each tent and encouraged everyone to vacate the area.

8.      At 7:00 AM when this process began, the HOT team had no idea whether there were shelter beds available to accommodate the homeless people onsite. The Department of Homelessness and Supportive Housing had two staff members that could tell us whether shelter was available that day and where. They did not arrive at their offices until at least 8:30AM. The daily meeting when they discussed the shelter beds they *thought* were available was at 9:30AM. That information did not get back to us at the HOT team doing outreach until 10:00AM. We could almost never make any concrete offer of shelter before that time.

**SFPD and DPW Take Property and Threaten Arrest Before Shelter Becomes Available**

9.      In the meantime, the sweep had already started. DPW arrived with dump trucks anywhere between 7AM and 9AM. They came to take people's tents away. People only had a few minutes to gather their belongings. I have seen DPW crews pull people's tents out from underneath them as they attempted to salvage their IDs and other important documents. SFPD and SFFD consistently supported DPW's actions. In observing almost daily sweeps over the course of two months, I almost never saw DPW bag and tag property. Everything that they could grab went into the dump trucks they brought with them. I know that this did not follow protocol.

10.     During one sweep in June behind the Best Buy in the SoMa neighborhood of San

Francisco, there was a gay man and his partner who were unsheltered and had received a tent from a kind neighbor. They were finally going to have something to sleep in. But DPW grabbed the tent during the sweep. The man began to cry and begged with the DPW workers not to take away his tent. A social worker from the Department of Public Health approached and came to the young man's defense. But SFFD came to DPW's aid and refused to allow him to keep the tent. We all watched as DPW put his tent into the back of their dumpser truck.

11. Earlier in May during a sweep on Jones Street, there was a young woman who had stepped away momentarily and come back to find that DPW was pulling her tent away. She began screaming: "My purse! My ID is in there! Help!" She grabbed onto the door of her tent and tried to grab these items as the DPW workers dragged her and her tent out into the street. They ignored her and threw the end of her tent into the back of their flatbed truck. Finally, a DPW supervisor came over and instructed a staff member to let her get her purse. But she lost her tent.

12. SFPD, SFFD, and DPW have each shouted at homeless people, kicked their tents, and told people to move along to another location by about 9AM. The process was hostile and nasty. SFPD threatened citation if people did not leave the area. On more than one occasion, I have seen homeless individuals cited or ticketed for refusing to pack up and leave. It was obvious that there was a complete disregard for whether those who were forced to leave would actually get housing that day.

13. For example, in early June on the corner of Mission and Eighth Street there were two large tents with five individuals staying in them. SFPD, DPW, and SFFD had all arrived before me. Before the HOT team had the chance to offer any services, SFPD had already cited the 5 individuals and was forcing them to move along.

14. By 10AM or 11AM, a sweep was usually over and most homeless people were gone. All this time, the HOT team was passively observing—or had gone to get coffee for SFPD, DPW, and SFFD. We were still waiting to learn if shelter would become available.

**Shelter is Often Neither Available Nor Appropriate After Sweep**

15. At 10AM we usually returned with shelter information for that day. The homeless people remaining—or who had come back because we told them we might have shelter later on in the day—were waiting on the corner. They had been forced to move, had their belongings taken, and were hoping that we would return with a shelter offer.

16. There were usually at least some shelter beds available for the people who remained. But they were not the safest options. Safe sleeping sites, hotel rooms, or targeted

3

service programs for those with disabilities or special needs were hard to come by. Often, the only option was a bed at MSC South—a large San Francisco shelter that is notoriously dangerous. That was not a safe shelter option for most people, including many people with disabilities, veterans, or couples. Still, we were in the position of deciding who at the site should be offered the few beds that were available there.

17. Often a couple days each week, there would be absolutely nothing to offer homeless individuals who had been swept—not even a congregate shelter bed. Sometimes the HOT team would notify people when they had nothing to offer. When homeless people expressed their concerns about being swept with nothing in return, HOT team workers would often get angry. "Don't get mad at me" was a common refrain from my employees. Other times, instead of relaying bad news about unavailable beds, the HOT team simply did not follow up. They left along with the rest of the City agencies as homeless people sat on the side of the road with no information.

18. As a result, the City is now full of homeless people who have been told to pack up and leave, have had their stuff taken, and have not been given services in return. That breeds distrust and is the opposite of the trauma-informed care I was hired to provide. It seemed clear to me that HSOC was more focused on tent clearance than helping people.

**HOT Team Issues; Leadership On Notice**

19. My constructive criticisms about the HOT team's role in HSOC sweeps were met with hostility early on. It became clear to me that SFPD and SFFD leadership did not like my presence at the City's sweep operations. Mark Mazza, my boss and the Outreach Manager for the Department of Homelessness and Supportive Housing, and Joe Lippi, who was the HSOC coordinator in our office, told me that I should stop mentioning trauma-informed care to anyone. They said that the HSOC crews were uncomfortable with that kind of language.

20. There were also serious cultural problems on the HOT team I supervised. The Encampment Resolution Team was well-known across the agency as being a sham for law enforcement activity. Staff self-selected onto this team knowing this. Our team was considered by our homeless services colleagues to be so enmeshed with SFPD as to be useless for meaningful community outreach. Workers on my HOT team would insert themselves into sweep operations, yell at homeless individuals for not moving fast enough, and join law enforcement as they forced people out of the area. That was not our job. Our job was only to offer shelter. And that we often could not do.

21. One of my employees on the HOT team espoused a personal belief that jail was a

good way for homeless people to get their lives on track. When a Latino man did not respond immediately to her request that he pack up his belongings, she stormed off and collected four SFPD officers to come and threaten the man with arrest. He had been offered no services. I watched this happen as I spoke to my boss—Mark Mazza—who was on the scene that day and commented playfully: "Oh boy, what is she up to now." I did not find this funny.

22. On a different occasion, I reported up the chain of command that the HOT team I supervised followed SFPD after it broke open the doorway to a building without the property owner's consent. The interagency HSOC team went there to bother homeless individuals who were camped inside. This was a clear violation of our rules on private property, and I had instructed my team not to participate. To my knowledge, Mark Mazza took no action against any of the employees responsible.

23. Other times, the HOT team workers were totally disengaged and refused to interact with homeless clients. Often, my staff would just sit in their van and wait for hours while SFPD and DPW swept the site. Their coffee break would last at least an hour as well. They would stand and fraternize and laugh with SFPD officers while 10 feet away homeless people were racing to ensure their property was not destroyed. It would not be unusual for HOT employees to just never follow-up with homeless individuals about the services they requested. I raised these concerns directly with Mark Mazza on numerous occasions. He acknowledged the inappropriateness of these actions but reported his powerlessness and unwillingness to do anything about them.

24. When I expressed my concern that we did not have enough shelter beds at sweeps, Mark Mazza explained to me that this was not new. San Francisco has always had a massive shelter bed shortage. But I could see that things were getting worse. The City's day-to-day bed shortage was increasing as the City's safe outdoor sleeping sites were closing and the City stopped allowing homeless individuals to secure hotel stays during the pandemic.

25. Each day, there was an HSOC operations call with all the participating City agencies. I used to be on that call. We understood that there was a shortage of beds. It was talked about and acknowledged on numerous occasions—and there was a fear the shortage was going to get worse. But the sweeps continued on regardless of what we had, or did not have, to offer. Our leadership knew and understood this.

26. The City provided service estimates on planned encampment sweeps. Those estimates lived in a document called the HSOC Encampment Schedule. The schedule listed the number of tents at a given encampment, the number of people they expected to accept services,

5

3 - 5

and the number of shelter beds they hoped to have available. In two months, I never once learned where these numbers came from. In my observation and experience: (1) the tent counts regularly underreported the number of individuals at the site; (2) the projected service acceptance/rejection rate seemed arbitrary and bore no relationship to the number of people who actually wanted services when we arrived; and (3) the number of available shelter beds listed was aspirational—since we never knew how many beds were actually going to be available until the day of a sweep.

27. The reality is that, no matter the number of tents identified at an encampment, the HSOC schedule would estimate that only a small fraction of people would need services. In other words, we never once showed up prepared to provide everyone a shelter bed.

28. When I told Mark Mazza about the property destruction during HSOC sweeps, he did try to distance both the HOT team and himself from DPW. He said he told DPW to stop showing up before 9AM but they always came early and started sweeping. He would blame the DPW dump trucks for causing the problem and for making a mess of the sweeps. But when he was onsite, he would take no actions to advocate for DPW to stop throwing people's property away. To the contrary, he joined the other agency leaders who stood around and laughed with each other as the sweep took place.

**The City's Willow Street Sweep Operation**

29. One sweep in particular represents the most egregious example of the City's total disregard for homeless people. For weeks, we were told that the Mayor and other high-profile individuals were going to attend a fundraising event on Willow Street for a nonprofit called Project Open Hand. I was informed by Mark Mazza that the City wanted no homeless people on Willow Street during the fundraiser. They estimated that there were 40 or 50 people sleeping on that block at the time. But to my count there were closer to 100 people. I was informed by Mark Mazza that the housing division of the Department of Homelessness and Supportive Housing was storing up shelter beds for a week to be able to conduct this sweep. That was hopelessly incorrect.

30. On June 9, 2021, I arrived onsite at 7:15AM. Dump trunks were already present. DPW had already begun its sweep before we could talk to anyone. I had only two staff members with me and only 11 shelter beds I had been told earlier in the week that I could offer to all the homeless people present. The SFFD Chief—named Pat—was in charge that day. I told him we had to stop the sweep immediately because we had no shelter to offer. He said: "Absolutely not. We need to move forward and get this done as soon as possible."

31. The site was pandemonium. Homeless people came to ask for services while their belongings were being destroyed and we had to tell them there was nothing for them. SFPD and SFFD were telling everyone they had to move on to the next street. I knew that very soon, that street would also be swept. It was difficult to watch. Thankfully, advocates from the Coalition on Homelessness were present to help homeless individuals gather some of their belongings and leave the area safely.

32. My last day as a supervisor on the HOT team was just a couple weeks after the Willow Street sweep. But I am still processing my role working for a City agency that actively harms the homeless people it pretends to serve.

I have reviewed the information contained in this declaration by telephone. I declare under the penalties of perjury that the contents are true and correct to the best of my knowledge.

Executed on: November 15, 2021

*Damon Bennett* (signature)
Damon Bennett