LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

*application pro hac vice pending

Attorneys for Plaintiffs

Additional Counsel below

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>　　　　　　　Plaintiffs.<br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>　　　　　　　Defendants. | Case No. 3:22-cv-05502<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: TBD<br>Time: TBD |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOT. FOR PRELIM. INJUNCTION
CASE NO. 3:22-cv-05502

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jdo@aclunc.org
bgreene@aclunc.org

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
Wesley Tiu, SBN 336580
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Regina Wang, SBN 326262
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
regina.wang@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ii

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOT. FOR PRELIM. INJUNCTION
CASE NO. 3:22-cv-05502

**[PROPOSED] ORDER**

This matter comes before the Court on the motion for a preliminary injunction ("Motion") by Plaintiffs the Coalition on Homelessness ("Coalition"), Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn (collectively, "Plaintiffs"). Having carefully considered the motion and the papers submitted, and having heard the arguments of counsel, and for good cause shown, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

**IT IS HEREBY ORDERED THAT** Defendants the City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, San Francisco Department of Emergency Management, London Breed, in her official capacity as Mayor, and Sam Dodge, in his official capacity as Director of the Healthy Streets Operation Center ("HSOC") (collectively, "Defendants") are prohibited from taking the following actions:

    i. citing, arresting, stopping, searching, questioning, or otherwise investigating or enforcing—or threatening to investigate or enforce—any ordinance that punishes sleeping, lodging, or camping on public property. This includes a prohibition on the issuance of "move along" orders or other police orders under threat of citation and arrest. The prohibition shall last unless and until Defendants can confirm that San Francisco's unhoused residents have immediately available, appropriate, accessible, and voluntary shelter such that they are not being punished for the involuntary status of homelessness. At a minimum, enforcement of the following ordinances is hereby enjoined:

        a. Cal. Penal Code § 647(e) (no lodging without permission);

        b. Cal. Penal Code § 148(a) (resisting, delaying, or obstructing an officer);

        c. Cal. Penal Code §§ 370, 372 (public nuisance),

        d. S.F. Police Code §§ 97(b), 168-169 (anti-camping, "sit/lie" ordinances, prohibition on living in passenger vehicles)

        e. S.F. Park Code §§ 3.12-3.13 (no lodging or sleeping); and

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    [PROPOSED] ORDER GRANTING PLAINTIFFS'
MOT. FOR PRELIM. INJUNCTION
CASE NO. 3:22-cv-05502

      f.    S.F. Port Code §§ 2.9-2.10 (no lodging or sleeping); and

    ii.    summarily seizing and destroying the personal property of homeless individuals, including momentarily unattended property. This prohibition prohibits all confiscation of unhoused individuals' personal property except when bagged and tagged in accordance with Defendants' own written policies. This includes a prohibition on the summary seizure and destruction of bulky items, which also may not be confiscated except when properly bagged and tagged consistent with Defendants' written policies for personal items; and

**IT IS FURTHER ORDERED THAT** a Special Master is to be appointed to implement this Order, monitor compliance with the terms of this Order, and resolve disputes related to this Order among the parties or other interested persons. The selection of the Special Master is to be by mutual agreement of counsel for Plaintiffs and Defendants. The Special Master shall design and ensure Defendants' adherence to a system of reporting sufficient to verify compliance with this Order—which shall be presented to the Court for approval. Defendants shall bear the expense of the Special Master.

**IT IS SO ORDERED.**

Dated: _____

                                          _____
                                          UNITED STATES DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   [PROPOSED] ORDER GRANTING PLAINTIFFS'
MOT. FOR PRELIM. INJUNCTION
CASE NO. 3:22-cv-05502