# UNITED STATES DISTRICT COURT

for the

Northern District of California

<table>
<tr>
<td>

COALITION ON HOMELESSNESS; TORO
CASTAÑO; SARAH CRONK; JOSHUA DONOHOE;
MOLIQUE FRANK; DAVID MARTINEZ; TERESA
SANDOVAL; NATHANIEL VAUGHN,

<em>Plaintiff(s)</em>

v.

CITY AND COUNTY OF SAN FRANCISCO,  SAN FRANCISCO POLICE
DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS,
SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND
SUPPORTIVE HOUSING, SAN FRANCISCO FIRE DEPARTMENT, SAN
FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT, LONDON
BREED, in her official capacity as Mayor, SAM DODGE, in his official
capacity as Director of the Healthy Streets Operation Center (HSOC),

<em>Defendant(s)</em>

</td>
<td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td>
<td>

Civil Action No.   4:22-cv-5502 DMR

</td>
</tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See "Attachment - Defendants"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> LATHAM & WATKINS LLP
> Alfred C. Pfeiffer, SBN 120965
> 505 Montgomery Street, Ste 2000
> San Francisco, CA 94111
> Telephone: (415) 391-0600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B.Busby*

Date:    9/28/2022

Signature of Clerk or Deputy Clerk

**Summons in a Civil Action**
**Attachment – Defendants**

*Name and Address*

**CITY AND COUNTY OF SAN FRANCISCO**
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

**SAN FRANCISCO POLICE DEPARTMENT**
1245 3rd Street
San Francisco, CA 94158

**SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS**
City and County of San Francisco
49 South Van Ness Avenue, Suite 1600
San Francisco, CA 94103

**SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING**
440 Turk Street
San Francisco, CA 94102

**SAN FRANCISCO FIRE DEPARTMENT**
698  2nd Street,
San Francisco, CA  94107

**SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT**
1011 Turk Street,
San Francisco, CA 94102

**LONDON BREED**, in her official capacity as Mayor
Office of the Mayor
City Hall, Room 200, 1 Dr. Carlton B. Goodlett Place,
San Francisco, CA, 94102

**SAM DODGE**, in his official capacity as Director of the Healthy Streets Operation Center (HSOC)
Healthy Streets Operation Center (HSOC)
SF Dept. of Homelessness and Supportive Housing
440 Turk Street
San Francisco, CA 94102