UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Coalition on Homelessness ,

  Plaintiff(s),

  v.

City & Cty. of San Francisco ,

  Defendant(s).

Case No. 4:22-cv-05502

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Zal K. Shroff__, an active member in good standing of the bar of __State of New York__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __All Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Elisa Della-Piana__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __226462__.

| | |
|---|---|
| See Supporting Declaration Attached | 131 Steuart Street, San Francisco, CA 94103 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| See Supporting Declaration Attached | (415) 543-9444 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| See Supporting Declaration Attached | edellapiana@lccrsf.org |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __5560669__.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2022                    /s/ Zal K. Shroff
                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Zal K. Shroff___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE