LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

*application pro hac vice pending*

*Attorneys for Plaintiffs*

*Additional Counsel below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN<br><br>                    Plaintiffs,<br>        v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>                    Defendants. | Case No. 3:22-cv-05502<br><br>**DECLARATION OF ZAL K. SHROFF IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

| | |
|---|---|
| 1 | ACLU FOUNDATION OF NORTHERN CALIFORNIA |
| 2 | John Thomas H. Do, SBN 285075<br>Brandon L. Greene, SBN 293783 |
| 3 | 39 Drumm Street<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 621-2493<br>jdo@aclunc.org |
| 5 | bgreene@aclunc.org |
| 6 | LATHAM & WATKINS LLP |
| 7 | Alfred C. Pfeiffer, Jr., SBN 120965<br>Wesley Tiu, SBN 336580 |
| 8 | 505 Montgomery Street, Ste 2000<br>San Francisco, CA 94111 |
| 9 | Telephone: (415) 391-0600 |
| 10 | al.pfeiffer@lw.com<br>wesley.tiu@lw.com |
| 11 | |
| 12 | LATHAM & WATKINS LLP<br>Joseph H. Lee, SBN 248046 |
| 13 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 14 | Telephone: (714) 540-1235<br>joseph.lee@lw.com |
| 15 | |
| 16 | LATHAM & WATKINS LLP<br>Regina Wang, SBN 326262 |
| 17 | 10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067 |
| 18 | Telephone: (424) 653-5500<br>Fax: (424) 653-5501 |
| 19 | regina.wang@lw.com |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1

I, Zal K. Shroff, respectfully request an order from this Court authorizing my admission to practice and appear in the above-captioned action *pro hac vice* pursuant to Local Rule 11-3(c) of the Northern District of California. In support thereof, I hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an active member in good standing of the state bars of New York, Connecticut, and Kansas, and am also admitted to practice in the U.S. District Courts of Connecticut and Kansas. My certificate of good standing for my admission to the bar of the State of New York is enclosed along with this application and declaration. *See* **Exhibit A**. I have previously served as a Staff Attorney at the ACLU Foundation of Kansas and as a Clinical Lecturer-in-Law at Yale Law School.

2. I am currently employed as a Senior Staff Attorney at the Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCRSF"), and my current business address and contact information is as follows: 131 Steuart Street, Suite 400, San Francisco, CA 94105; Tel: (415) 543-9444; Email: zshroff@lccrsf.org.

3. In my current role, I am registered with the bar of the State of California as a Registered Legal Services Attorney (RLSA# 804620), which authorizes me to practice in all state courts in California under the supervision of my employer. I have held this licensed status since July 2021 when I became a resident of California—1 year and 2 months ago. I have completed 18 hours of MCLE credits in California as required to maintain my status as a California Registered Legal Services Attorney.

4. I am currently serving as counsel on a variety of civil rights, statutory, and constitutional claims in California state courts—including serving as primary counsel on the following matters: *Debt Collective v. San Mateo Superior Court*, 22CV006393 (Alameda Cty. Sup. Ct. Feb. 2, 2022); *Coalition on Homelessness v. City and County of San Francisco* (San Francisco Cty. Sup. Ct. Dec. 19, 2018).

5. I have also served as primary counsel in the preparation of the above-captioned case under the supervision of my co-counsel in this matter, Elisa Della-Piana, who is the Legal Director at LCCRSF and is duly admitted to practice in the Northern District of California (SBN# 226462).

6. In addition to the above-captioned case, I have significant experience developing and litigating various Section 1983 claims in federal court, including the following: *Whitted v. Easter*, No. 3:20-cv-00569-MPS (D. Conn. Apr. 27, 2020) (Eighth Amendment class action on behalf of incarcerated individuals during COVID-19); *Perks v. HCC*, No. 2:20-cv-02129-HLT-TJJ (D. Kan. Mar. 19, 2020) (Fourth and Fourteenth Amendment action against community college for unreasonable searches and disparate discipline against Black students); *Shaw v. Jones*, No. 6:19-cv-01343-KHV-GEB (D. Kan. Dec. 19, 2019) (Fourth Amendment class action regarding wrongful highway stops and detentions on I-70); *Crews v. Hawk Sawyer*, No. 2:19-cv-02541-JWB-ADM (D. Kan. Sept. 6, 2019) (Eighth Amendment deliberate indifference to medical needs in prison); *Hoedel v. Kirk*, No. 2:19-cv-02443-HLT-JPO (D. Kan. Aug. 1, 2019) (First Amendment retaliation claim on behalf of environmental activists); *Clark v. Schmidt*, No. 2:19-cv-02297-HLT-ADM (D. Kan. June 13, 2019) (First Amendment challenge to overbroad political speech ban near polling places); *Cole v. Goossen*, No. 5:19-cv-04028-HLT-ADM (D. Kan. Apr. 4, 2019) (First Amendment challenge to overbroad limitations on protest activity in public fora around the Kansas Statehouse); *LULAC Kansas et al. v. Cox*, No. 2:18-cv-02572 (D. Kan. Oct. 26, 2018) (First Amendment claim for undue burden on the right to vote for inaccessible polling location); *Moore v. Kobach*, No. 2:18-cv-02329 (D. Kan. June 19, 2018) (Fourteenth Amendment constitutional privacy class action for wrongful state disclosures of sensitive personal information).

7. Pursuant to N.D. Cal. Local Rule 11-3(c), this Court has the full authority to grant an application *pro hac vice* notwithstanding the default expectation of non-residency. In light of my status as a California Registered Legal Services Attorney, my role in developing the above-captioned case, and the above and foregoing paragraphs, I humbly request that the Court issue an order granting my application to appear *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 27, 2022

_____
Zal K. Shroff

# Exhibit A



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Zal Kotval Shroff

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **December 6, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on February 8, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00052748