

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

September 29, 2022

**Elisa Marie Della-Piana**
**Zal Kotval Shroff**
Lawyers Committee for Civil Rights of the San Francisco Bay
131 Steuart Street, Suite 400
San Francisco, CA 94105

**Brandon Lashawn Greene**
**John Thomas H. Do**
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111

**Joseph Hyuk Lee**
Latham & Watkins
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

**Regina R. Wang**
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

**Wesley Tiu**
**Alfred Carroll Pfeiffer, Jr.**
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Re:   Coalition on Homelessness, et al. v. City and County of San Francisco

Case Number: 4:22-cv-05502-DMR

Dear Counsel:

    At filing, this matter was randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial. Plaintiffs have filed a Motion for Preliminary Injunction [Docket No. 9] on September 27, 2022. Pursuant to 28 U.S.C. section 636, the magistrate judge cannot decide this motion unless all parties consent to proceed before Judge Donna M. Ryu.

    A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  All parties are requested to complete the attached form

*REV. 9-19*

documenting either consent or request for reassignment and file it with the Court by **October 6, 2022.** Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

          Mark B. Busby

          Clerk of Court, United States District Court

          _____

          Ivy Lerma Garcia, Deputy Clerk to the Honorable DONNA M. RYU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )   **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.  I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( )   **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                                  NAME: _____

COUNSEL FOR (OR "PRO SE"):

_____

_____
Signature

*REV. 9-19*