# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN, <br> *Plaintiff(s)* <br> v. <br> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING, SAN FRANCISCO FIRE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT, LONDON BREED, in her official capacity as Mayor, SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC), <br> *Defendant(s)* | Civil Action No. 4:22-cv-5502 DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See "Attachment - Defendants"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: 9/28/2022

*Signature of Clerk or Deputy Clerk*

Summons in a Civil Action
Attachment – Defendants

*Name and Address*

**CITY AND COUNTY OF SAN FRANCISCO**
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

**SAN FRANCISCO POLICE DEPARTMENT**
1245 3rd Street
San Francisco, CA 94158

**SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS**
City and County of San Francisco
49 South Van Ness Avenue, Suite 1600
San Francisco, CA 94103

**SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING**
440 Turk Street
San Francisco, CA 94102

**SAN FRANCISCO FIRE DEPARTMENT**
698 2nd Street,
San Francisco, CA 94107

**SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT**
1011 Turk Street,
San Francisco, CA 94102

**LONDON BREED**, in her official capacity as Mayor
Office of the Mayor
City Hall, Room 200, 1 Dr. Carlton B. Goodlett Place,
San Francisco, CA, 94102

**SAM DODGE**, in his official capacity as Director of the Healthy Streets Operation Center (HSOC)
Healthy Streets Operation Center (HSOC)
SF Dept. of Homelessness and Supportive Housing
440 Turk Street
San Francisco, CA 94102

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-5502 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City and County of San Francisco
was received by me on *(date)* 09/29/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jemena Tabayoyong, Clerk, at 9:22 AM , who is
designated by law to accept service of process on behalf of *(name of organization)* Office of the City Attorney, at
1390 Market St., 7th Fl, San Francisco, CA 94102 on *(date)* 09/29/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/29/2022

*Server's signature*

Sierra Fredianelli, Process Server, San Francisco County #1450
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
List of documents served: Complaint; Civil Case Cover Sheet; Summons; Motion; Declaration of Herring; Declaration of Piana; Proposed Order; Notice of MJ Assignment Election Form; DMR Notice Telephonic Appearance; DMR Settlement; DMR Revised Standing Order; Standing Order All Judges

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-5502 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* San Francisco Police Department
was received by me on *(date)* 09/29/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jemena Tabayoyong, Clerk, at 9:22 AM , who is
designated by law to accept service of process on behalf of *(name of organization)* Office of the City Attorney, at
1390 Market St., 7th Fl, San Francisco, CA 94102 on *(date)* 09/29/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/29/2022

*Server's signature*

Sierra Fredianelli, Process Server, San Francisco County #1450
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
List of documents served: Complaint; Civil Case Cover Sheet; Summons; Motion; Declaration of Herring; Declaration of Piana; Proposed Order; Notice of MJ Assignment Election Form; DMR Notice Telephonic Appearance; DMR Settlement; DMR Revised Standing Order; Standing Order All Judges

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-5502 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* San Francisco Department of Public Works
was received by me on *(date)* 09/29/2022.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jemena Tabayoyong, Clerk, at 9:22 AM , who is
designated by law to accept service of process on behalf of *(name of organization)* Office of the City Attorney, at
1390 Market St., 7th Fl, San Francisco ,CA 94102 on *(date)* 09/29/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/29/2022                                   _____
                                                                *Server's signature*

                                    Sierra Fredianelli, Process Server, San Francisco County #1450
                                                             *Printed name and title*

                                                    Western Attorney Services
                                                    75 Columbia Square
                                                    San Francisco, CA 94103
                                                             *Server's address*

Additional information regarding attempted service, etc:
List of documents served: Complaint; Civil Case Cover Sheet; Summons; Motion; Declaration of Herring; Declaration of Piana; Proposed Order; Notice of MJ Assignment Election Form; DMR Notice Telephonic Appearance; DMR Settlement; DMR Revised Standing Order; Standing Order All Judges

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-5502 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* San Francisco Department of Homelessness and Supportive Housing

was received by me on *(date)* 09/29/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jemena Tabayoyong, Clerk, at 9:22 AM , who is designated by law to accept service of process on behalf of *(name of organization)* Office of the City Attorney, at 1390 Market St., 7th Fl, San Francisco ,CA 94102 on *(date)* 09/29/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/29/2022

*Server's signature*

Sierra Fredianelli, Process Server, San Francisco County #1450
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
List of documents served: Complaint; Civil Case Cover Sheet; Summons; Motion; Declaration of Herring; Declaration of Piana; Proposed Order; Notice of MJ Assignment Election Form; DMR Notice Telephonic Appearance; DMR Settlement; DMR Revised Standing Order; Standing Order All Judges

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-5502 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* San Francisco Fire Department
was received by me on *(date)* 09/29/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jemena Tabayoyong, Clerk, at 9:22 AM , who is
designated by law to accept service of process on behalf of *(name of organization)* Office of the City Attorney, at
1390 Market St., 7th Fl, San Francisco, CA 94102 on *(date)* 09/29/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/29/2022

*Server's signature*

Sierra Fredianelli, Process Server, San Francisco County #1450
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
List of documents served: Complaint; Civil Case Cover Sheet; Summons; Motion; Declaration of Herring; Declaration of Piana; Proposed Order; Notice of MJ Assignment Election Form; DMR Notice Telephonic Appearance; DMR Settlement; DMR Revised Standing Order; Standing Order All Judges

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-5502 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* San Francisco Department of Emergency Management
was received by me on *(date)* 09/29/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jemena Tabayoyong, Clerk, at 9:22 AM , who is
designated by law to accept service of process on behalf of *(name of organization)* Office of the City Attorney, at
1390 Market St., 7th Fl, San Francisco ,CA 94102 on *(date)* 09/29/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/29/2022

*Server's signature*

Sierra Fredianelli, Process Server, San Francisco County #1450
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
List of documents served: Complaint; Civil Case Cover Sheet; Summons; Motion; Declaration of Herring; Declaration of Piana; Proposed Order; Notice of MJ Assignment Election Form; DMR Notice Telephonic Appearance; DMR Settlement; DMR Revised Standing Order; Standing Order All Judges

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-5502 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* London Breed, in her Official Capacity as Mayor
was received by me on *(date)* 09/29/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jemena Tabayoyong, Clerk, at 9:22 AM , who is
designated by law to accept service of process on behalf of *(name of organization)* Office of the City Attorney, at
1390 Market St., 7th Fl, San Francisco ,CA 94102 on *(date)* 09/29/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/29/2022

*Server's signature*

Sierra Fredianelli, Process Server, San Francisco County #1450
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
List of documents served: Complaint; Civil Case Cover Sheet; Summons; Motion; Declaration of Herring; Declaration of Piana; Proposed Order; Notice of MJ Assignment Election Form; DMR Notice Telephonic Appearance; DMR Settlement; DMR Revised Standing Order; Standing Order All Judges

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-5502 DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sam Dodge, in his Official Capacity as Director of the Healthy Streets Operation Center (HSOC)

was received by me on *(date)* 09/29/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jemena Tabayoyong, Clerk, at 9:22 AM, who is designated by law to accept service of process on behalf of *(name of organization)* Office of the City Attorney, at 1390 Market St., 7th Fl, San Francisco, CA 94102 on *(date)* 09/29/2022; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/29/2022

Server's signature

Sierra Fredianelli, Process Server, San Francisco County #1450
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
List of documents served: Complaint; Civil Case Cover Sheet; Summons; Motion; Declaration of Herring; Declaration of Piana; Proposed Order; Notice of MJ Assignment Election Form; DMR Notice Telephonic Appearance; DMR Settlement; DMR Revised Standing Order; Standing Order All Judges