LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
Wesley Tiu, SBN 336580
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Regina Wang, SBN 326262
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
regina.wang@lw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **PROOF OF SERVICE** <br><br> Hon. Judge Donna M. Ryu |

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years old and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **October 4, 2022**, I caused the following document(s) to be served:

- **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION (DKT. NO. 19)**

by serving a true copy of the above-described document in the following manner:

**BY CERTIFIED U.S. MAIL**

The above-described document was served via certified U.S. mail to the person(s) and address(es) set forth below:

| | |
|---|---|
| James Moxon Emery<br>City Attorney's Office<br>City of San Francisco<br>1 Dr. Carlton B. Goodlett Place<br>City Hall, Suite 234<br>San Francisco, CA 94102-5408 | *Counsel for Defendants*<br>City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of Emergency Management; London Breed, in her official capacity as Mayor; Sam Dodge, in his official capacity as Director of the Healthy Streets Operation Center (HSOC) |

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made, and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 4, 2022, at San Francisco, California.

*/s/ Ye Hyang Kim*
Ye Hyang Kim