```
 1  DAVID CHIU, State Bar #189542
    City Attorney
 2  YVONNE R. MERÉ, State Bar #173594
    Chief Deputy City Attorney
 3  WAYNE SNODGRASS, State Bar #148137
    Deputy City Attorney
 4  MEREDITH B. OSBORN, State Bar # 250467
    Chief Trial Deputy
 5  JAMES M. EMERY, State Bar #153630
    EDMUND T. WANG, State Bar #278755
 6  Deputy City Attorneys
    City Hall, Room 234
 7  1 Dr. Carlton B. Goodlett Place
    San Francisco, California 94102-4682
 8  Telephone:    (415) 554-4628 (Emery)
                  (415) 554-3857 (Wang)
 9  Facsimile:    (415) 554-4699
    E-mail:       jim.emery@sfcityatty.org
10                edmund.wang@sfcityatty.org

11  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, et al.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**NOTICE OF APPEARANCE OF WAYNE SNODGRASS FOR SAN FRANCISCO DEFENDANTS**<br><br>Trial Date:           None set. |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Deputy City Attorney WAYNE SNODGRASS is appearing on behalf of Defendants CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center.

The office and email addresses, and the telephone and facsimile numbers for Mr. Snodgrass are as follows:

>Wayne Snodgrass (State Bar #148137)
>Deputy City Attorney
>San Francisco City Attorney's Office
>City Hall, Room 234
>1 Dr. Carlton B. Goodlett Place
>San Francisco, California 94102-4682
>Telephone: (415) 554-4675
>Facsimile:  (415) 554-4699
>Email: wayne.snodgrass@sfcityatty.org

Please include Mr. Snodgrass on all proofs of service and communications in this matter.

Dated:  October 5, 2022

>DAVID CHIU
>City Attorney
>YVONNE R. MERÉ
>WAYNE SNODGRASS
>MEREDITH B. OSBORN
>JAMES M. EMERY
>EDMUND T. WANG
>Deputy City Attorneys
>
>
>By: s/Wayne Snodgrass
>     WAYNE SNODGRASS
>
>Attorneys for Defendants
>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; MAYOR LONDON BREED; SAM DODGE