1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
4  MEREDITH B. OSBORN, State Bar # 250467
   Chief Trial Deputy
5  JAMES M. EMERY, State Bar #153630
   EDMUND T. WANG, State Bar #278755
6  Deputy City Attorneys
   City Hall, Room 234
7  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
8  Telephone:      (415) 554-4628 (Emery)
                   (415) 554-3857 (Wang)
9  Facsimile:      (415) 554-4699
   E-mail:         jim.emery@sfcityatty.org
10                 edmund.wang@sfcityatty.org

11 Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15 COALITION ON HOMELESSNESS; TORO          Case No. 4:22-cv-05502-DMR
   CASTAÑO; SARAH CRONK; JOSHUA
16 DONOHOE; MOLIQUE FRANK; DAVID            **DECLARATION OF JAMES M. EMERY IN**
   MARTINEZ; TERESA SANDOVAL;               **SUPPORT OF ADMINISTRATIVE MOTION**
17 NATHANIEL VAUGHN,                        **FOR EXTENDED BRIEFING SCHEDULE ON**
                                            **PLAINTIFFS' MOTION FOR PRELIMINARY**
                                            **INJUNCTION AND FOR ADDITIONAL TIME**
18        Plaintiffs,                       **TO RESPOND TO COMPLAINT**

19        vs.                               Hearing Date:      N/A
                                            Time:              N/A
20 CITY AND COUNTY OF SAN                   Place:             Hon. Donna M. Ryu
   FRANCISCO; SAN FRANCISCO POLICE
21 DEPARTMENT; SAN FRANCISCO                Trial Date:        None set.
   DEPARTMENT OF PUBLIC WORKS; SAN
22 FRANCISCO DEPARTMENT OF
   HOMELESSNESS AND SUPPORTIVE
23 HOUSING; SAN FRANCISCO FIRE
   DEPARTMENT; SAN FRANCISCO
24 DEPARTMENT OF EMERGENCY
   MANAGEMENT; LONDON BREED, in her
25 official capacity as Mayor; and SAM DODGE,
   in his official capacity as Director of the
26 Healthy Streets Operation Center (HSOC),

27        Defendants.

28

I, James M. Emery, hereby declare:

1.     I am a member of the bar of the state of California and counsel of record for defendants in this action (collectively, "the City").  I submit this declaration to support San Francisco's Administrative Motion for Extended Briefing Schedule on Plaintiffs' Motion for Preliminary Injunction and for Additional Time to Respond to Complaint.  If called as a witness, I could and would testify competently to the matters set forth herein.

2.     Attached hereto as **Exhibit A** is a true and correct copy of an email string between me and plaintiffs' counsel Zal Shroff.

3.     I have purchased air tickets to attend family obligations in the East Coast October 16-25, and November 11-18.  The October trip is to visit my 96-year-old mother in New Hampshire and to commemorate my 11th wedding anniversary in Vermont.  The November trip is to visit my adult daughter who recently moved to New York City, and to be with my mother in New Hampshire on her 97th birthday, November 17.  At noon Pacific time on November 18, I will be en route to Boston for a flight home that evening.

4.     My colleague Edmund Wang is co-counsel on this matter.  Mr. Wang advises me he has made plans with his family to be in New York and New Jersey October 10-17, 2022, for the baptism of his daughter and his niece.

5.     I am responsible to prepare and file an appellate brief by November 3, 2022 in *Lacy v. CCSF*, Cal. Ct. App. Case No. A165899.  *Lacy* is a constitutional challenge to San Francisco's program allowing non-citizens to vote in local school board elections.  Attached hereto as **Exhibit B** is a true and correct copy of an Order dated September 8, 2022 from the Court of Appeal in the *Lacy* case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed October 7, 2022 in San Francisco, California.

By: /s/ *James M. Emery*
JAMES M. EMERY