DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4628 (Emery)
               (415) 554-3857 (Wang)
Facsimile:     (415) 554-4699
E-mail:        jim.emery@sfcityatty.org
               edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENDED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT**<br><br>Hearing Date:   N/A<br>Time:           N/A<br>Place:          Hon. Donna M. Ryu<br><br>Trial Date:     None set. |

1    Good cause appearing therefore, IT IS ORDERED THAT:

2    San Francisco's response to the complaint in this action shall be due November 3, 2022; and

3    San Francisco's opposition to plaintiffs' preliminary injunction motion shall be due November 15, 2022;

5    Plaintiffs' reply in support of their preliminary injunction motion shall be due _____; and

7    The Court will hold a hearing on plaintiffs' preliminary injunction motion on _____ at _____ a.m./p.m.

9    IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE
DONNA M. RYU