LATHAM & WATKINS LLP
Alfred C. Pfeiffer, SBN 120965
Wesley Tiu, SBN 336580
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Regina Wang, SBN 326262
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
regina.wang@lw.com

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.<br><br>Plaintiffs.<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**DECLARATION OF ZAL K. SHROFF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR EXTENDED BRIEFING SCHEDULE**<br><br>Hon. Judge Donna M. Ryu<br><br>Date Action Filed: September 27, 2022 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SHROFF DECL. ISO OPPOSITION TO DEFENDANTS'
MOTION FOR EXTENDED BRIEFING SCHEDULE
CASE NO. 4:22-CV-05502-DMR

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
bgreene@aclunc.org

* admitted *pro hac vice*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SHROFF DECL. ISO OPPOSITION TO DEFENDANTS'
MOTION FOR EXTENDED BRIEFING SCHEDULE
CASE NO. 4:22-CV-05502-DMR

# DECLARATION OF ZAL K. SHROFF

I, Zal K. Shroff, hereby declare as follows:

1. I am a Senior Staff Attorney with the Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCRSF"). I am also counsel of record for the Coalition on Homelessness (the "Coalition"), Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn in the above-captioned action. I am admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Administrative Motion for an Extended Briefing Schedule. *See* Civil L. R. 6-3(c). I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently to them.

## I.  Plaintiffs Request to Meet and Confer; Discuss Briefing Schedule.

3. Plaintiffs promptly sought to meet and confer with Defendants as soon as this action was filed. On September 26, 2022, Plaintiffs' counsel sent courtesy copies of the Complaint and Motion for Preliminary Injunction ("PI Motion") to Defendants and specifically requested that Defendants provide available times for a meet and confer and Rule 26(f) conference. Plaintiffs' counsel provided their availability from October 6 – October 14, 2022. Dkt. No. 28-1 at 9.

4. Plaintiffs renewed their request to schedule a meet and confer on September 28, 2022 and again on September 30, 2022. *Id.* at 7-8. On October 4, 2022, Defendants' counsel responded that they wanted to meet and confer to discuss the PI Motion briefing schedule but were disinclined to participate in a Rule 26(f) conference until after filing their opposition to Plaintiffs' PI Motion. *Id.* at 4-5. Defendants also proposed to extend their opposition deadline to the PI Motion by four weeks. *Id.* at 4. Defendants vaguely asserted that "preexisting commitments" necessitated the extension without providing any information for Plaintiffs' counsel to evaluate the nature and significance of those commitments. *Id.*.

5. On October 5, 2022, Plaintiffs offered to consent to Defendants' proposed extension if Defendants engaged in meaningful settlement talks, temporarily ceased their ongoing property destruction and criminalization practices during the extended briefing period, and agreed

to conduct a prompt Rule 26(f) conference. *Id.* Plaintiffs again specifically provided several dates and times to meet and discuss the briefing schedule and other preliminary matters. *Id.* at 3.

6. On October 6, 2022, Defendants rejected Plaintiffs' proposed resolutions instead, offering only to "adhere to its written policies." *Id.* at 2. Despite initially offering to speak to Plaintiffs' counsel, Defendants did not respond to Plaintiffs' offer of dates and failed to provide any alternative times to discuss. *Id.*

7. On October 7, 2022—less than a day after Defendants had provided Plaintiffs with their alternate proposal and without further indication or pre-advisement—Defendants filed the instant motion to extend the briefing schedule on the PI Motion. Plaintiffs' counsel had been working diligently to respond to Defendants' counsel when the Administrative Motion was filed.

8. On October 7, 2022, Plaintiffs' counsel immediately sent Defendants a follow-up email expressing their concerns about Defendants' premature filing. *See* **Exhibit A**.

## II.    Defendants' Continued Unconstitutional Conduct

9. Defendants' counsel asserted in their October 6, 2022 email and in their administration motion that the urgency of Plaintiffs' relief is contrived. However, Plaintiffs' counsel has received reports of continued unconstitutional property destruction and law enforcement threats against unhoused people since Plaintiff's PI Motion was filed. *See, e.g.* Declaration of Dajuan Rochelle In Support of Plaintiffs' Opposition to Defendants' Administrative Motion to Extended Briefing Schedule.

10. On October 7, 2022, Plaintiffs' counsel also conducted a detailed interview with, Vejay Pacheco, an unhoused person, about property destruction and law enforcement threats he experienced since the PI Motion was filed. Unfortunately, Mr. Pacheco's phone appears to have lost service and Plaintiffs' counsel were unable to secure his declaration on short notice. However, his experiences as reported to Plaintiffs' counsel are noted below.

11. Mr. Pacheco reported that he was staying on Illinois Street in San Francisco between 20th and 21st Street on Friday, September 30, 2022. Mr. Pacheco reported that the San Francisco Police Department (SFPD), Department of Public Works (DPW), and the Homeless

Outreach Team (HOT) arrived onsite early in the afternoon. Mr. Pacheco reported receiving no advance notice that the City would be coming—either in writing or verbally.

12. According to Mr. Pacheco, SFPD and DPW told him that he had to pack up all of his belongings and move—all the while threatening him with citation and arrest if he did not comply. One DPW worker allegedly stated: "You're lucky we're giving you a courtesy and letting you get your shit out of here."

13. Mr. Pacheco stated that, although HOT was present that day, the HOT team never approached or spoke to him. He noted that he was not offered any services or shelter during the sweep that day. Meanwhile, Mr. Pacheco watched as another person onsite went up to a HOT worker to ask if they had any services available. He learned from the HOT worker's response that they had nothing to offer.

14. Mr. Pacheco stated that DPW allowed him to make a couple trips back and forth to move his belongings, but when he returned to collect the few items that remained, he found that DPW had already taken everything that was left—even though those items were clearly not trash. Mr. Pacheco reported that the City took the following belongings that day: his tent that was neatly packed in its carrying case, a couple chairs, a bicycle he used for transportation, and his stereo system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that I executed this declaration on October 11, 2022 in San Francisco, California.

    /s/ Zal K. Shroff
Zal K. Shroff
*Attorney for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Josh Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

SHROFF DECL. ISO OPPOSITION TO DEFENDANTS'
MOTION FOR EXTENDED BRIEFING SCHEDULE
CASE NO. 4:22-CV-05502-DMR

**ATTESTATION**

I, Alfred C. Pfeiffer, Jr., am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: October 11, 2022                                        */s/ Alfred C. Pfeiffer Jr.*
                                                                               Alfred C. Pfeiffer, Jr.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

SHROFF DECL. ISO OPPOSITION TO DEFENDANTS'
MOTION FOR EXTENDED BRIEFING SCHEDULE
CASE NO. 4:22-CV-05502-DMR