# Exhibit A

| | |
|---|---|
| **From:** | Zal Shroff <zshroff@lccrsf.org> |
| **Sent:** | Friday, October 7, 2022 3:33 PM |
| **To:** | Emery, Jim (CAT); Snodgrass, Wayne (CAT); Wang, Edmund (CAT) |
| **Cc:** | Tiu, Wesley (Bay Area); John Do; Wang, Regina (CC); Hadley Rood; Pfeiffer, Al (Bay Area); Gurer, Tulin (Bay Area); Neda Shahram; Lee, Joseph (OC); Brandon Greene; Mitchell, Rachel (SD); Kira Setren; Elisa Della-Piana; #SF PRO BONO - UNHOUSED PERSONS LITIGATION |
| **Subject:** | Re: New Litigation: Coalition on Homelessness et al. v. CCSF et al. |

Hi Jim:

It seems you have not permitted us the courtesy of providing a response to your most recent email—and have instead chosen to file your administrative motion less than a day later. We were working diligently with our team in an attempt to get back to you before this holiday weekend. In light of your premature filing, however, you can expect a response to your email and to your motion next week.

Best regards,



**Zal K. Shroff** (he/him)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org

---

**From:** "Emery, Jim (CAT)" <Jim.Emery@sfcityatty.org>
**Date:** Thursday, October 6, 2022 at 6:38 PM
**To:** Zal Shroff <zshroff@lccrsf.org>, "Snodgrass, Wayne (CAT)" <Wayne.Snodgrass@sfcityatty.org>, "Wang, Edmund (CAT)" <Edmund.Wang@sfcityatty.org>
**Cc:** Wesley Tiu <Wesley.Tiu@lw.com>, John Do <jdo@aclunc.org>, "Regina Wang (CC)" <Regina.Wang@lw.com>, Hadley Rood <hrood@lccrsf.org>, Al Pfeiffer <Al.Pfeiffer@lw.com>, Tulin Gurer <Tulin.Gurer@lw.com>, Neda Shahram <nshahram@lccrsf.org>, Joseph Lee <Joseph.Lee@lw.com>, Brandon Greene <bgreene@aclunc.org>, "Rachel Mitchell (SD)" <Rachel.Mitchell@lw.com>, Kira Setren <ksetren@lccrsf.org>, Elisa Della-Piana <edellapiana@lccrsf.org>, "'SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com'" <SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com>
**Subject:** RE: New Litigation: Coalition on Homelessness et al. v. CCSF et al.

Hi Zal,

Unfortunately, the conditions you propose are not workable on our end.  San Francisco will agree to adhere to its written policies, which are fully compliant with Boise, Grant Pass, and the Fourth Amendment.  That should obviate the need for the preliminary injunction motion, or at the very least obviate the urgency plaintiffs are

perceiving.  If plaintiffs are unwilling to agree to the extended briefing schedule I have suggested, I will seek that relief through an administrative motion.

 Please explain why plaintiffs believe it is proper to name individual city departments as defendants when they are not separate legal entities capable of suing or being sued.  Likewise, I don't believe any of plaintiffs' claims sound against the Mayor or Sam Dodge in their official capacities.  Accordingly, the thirteenth cause of action fails to state a claim, because a single legal entity cannot conspire with itself.  Please consider dropping the extraneous defendants and the thirteenth cause of action.

**Jim Emery**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4628 Direct
www.sfcityattorney.org

---

**From:** Zal Shroff <zshroff@lccrsf.org>
**Sent:** Wednesday, October 5, 2022 4:01 PM
**To:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Cc:** Wesley Tiu <Wesley.Tiu@lw.com>; John Do <jdo@aclunc.org>; Regina Wang (CC) <Regina.Wang@lw.com>; Hadley Rood <hrood@lccrsf.org>; Al Pfeiffer <Al.Pfeiffer@lw.com>; Tulin Gurer <Tulin.Gurer@lw.com>; Neda Shahram <nshahram@lccrsf.org>; Joseph Lee <Joseph.Lee@lw.com>; Brandon Greene <bgreene@aclunc.org>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; Kira Setren <ksetren@lccrsf.org>; Elisa Della-Piana <edellapiana@lccrsf.org>; 'SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com' <SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com>
**Subject:** Re: New Litigation: Coalition on Homelessness et al. v. CCSF et al.

Hi Jim:

Thank you very much for your email. We are happy to meet and confer at your convenience, and representatives from LCCRSF, ACLU, and Latham will participate in that conversation. We are available at the following dates and times: 10/10: 9AM-11AM; 10/13: 1:30PM-3:30PM; 10/14: 10AM-11AM, 12PM-3PM. Once you let us know your availability, we can circulate a calendar invite with Zoom information.

1. **PI and Complaint Briefing Schedule:** Although we recognize that Defendants' counsel may have preexisting commitments over the next month, plaintiffs are seeking a preliminary injunction motion for immediate relief because Defendants are inflicting profound and immediate harms on our clients, as well as hundreds of unhoused residents every month. Defendants' proposed briefing schedule for its response to the PI motion would tack on an additional *month* to the two week extension already granted by the Court yesterday and necessitate requesting that the Court move the November 18 hearing date. Defendants' proposed schedule would subject our clients and the City's unhoused residents to damage that cannot be undone. Thus, speed is of the essence. However, we are amenable to Defendants' proposed briefing schedule for its response to both the PI and the complaint if Defendants agree to the following conditions:

   a. *Immediate Halt to Enforcement*. The following activities should be temporarily and immediately halted pending the extended briefing schedule and ruling on the preliminary injunction motion: (1) all formal HSOC sweep operations or DPW operations to remove, seize and/or destroy unhoused people's personal belongings; and (2) all SFPD enforcement against unhoused people solely for sleeping or lodging in public. Plaintiffs' counsel will closely monitor such commitments to ensure compliance or otherwise move for a more immediate hearing.

b. *Prompt Rule 26(f) Conference:* Hold a Rule 26(f) conference within the next two weeks following our meet-and-confer. As you know, the parties have an independent obligation to conduct the Rule 26(f) conference promptly. Fed. R. Civ. P. 26(f) (absent an order to the contrary, "the parties must confer as soon as practicable"); Fed. R. Civ. P. 26(f), NOTES OF ADVISORY COMMITTEE ON RULES, 1993 AMENDMENT ("The obligation to participate in the planning process is imposed on all parties that have appeared in the case, including defendants who, because of a pending Rule 12 motion, may not have yet filed an answer in the case"); *see also Highlander Holdings v. Fellner*, No. 3:18-cv-1506-AHG, 2020 WL 3498174, at *6 (S.D. Cal. Jun. 29, 2020).

c. *Bona Fide Settlement Discussions.* You mentioned that the additional time would allow the parties to provide an opportunity to explore the possibility of a stipulated injunction, and we agree that the time would be well-served exploring that avenue. However, we are committed to pressing this litigation forward unless it is clear that San Francisco will be in a position to meaningfully settle this matter. Please provide a proposed draft of the remedies that Defendants' counsel would be agreeable to by October 21.

2. **Electronic Service**. While we agree that service of all documents filed with the Court will be carried out via ECF, we seek agreement from Defendants to electronic service for all other purposes—including should the parties propound and serve discovery requests and responses, or settlement proposals and responses, on one another. Please advise if the City Attorney's office can agree to electronic service for all documents not served through ECF.


We look forward to speaking with you.


Best regards,
Zal



**Zal K. Shroff** (he/him)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org

---

**From:** "Emery, Jim (CAT)" <Jim.Emery@sfcityatty.org>
**Date:** Tuesday, October 4, 2022 at 5:50 PM
**To:** Zal Shroff <zshroff@lccrsf.org>, "Snodgrass, Wayne (CAT)" <Wayne.Snodgrass@sfcityatty.org>, "Wang, Edmund (CAT)" <Edmund.Wang@sfcityatty.org>
**Cc:** Wesley Tiu <Wesley.Tiu@lw.com>, John Do <jdo@aclunc.org>, "Regina Wang (CC)" <Regina.Wang@lw.com>, Hadley Rood <hrood@lccrsf.org>, Al Pfeiffer <Al.Pfeiffer@lw.com>, Tulin Gurer <Tulin.Gurer@lw.com>, Neda Shahram <nshahram@lccrsf.org>, Joseph Lee <Joseph.Lee@lw.com>, Brandon Greene <bgreene@aclunc.org>, "Rachel Mitchell (SD)" <Rachel.Mitchell@lw.com>, Kira Setren <ksetren@lccrsf.org>, Elisa Della-Piana <edellapiana@lccrsf.org>, "'SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com'" <SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com>
**Subject:** RE: New Litigation: Coalition on Homelessness et al. v. CCSF et al.


Hi Zal,

I suggest we set up a time to meet and confer about a number of procedural and scheduling items. I don't know who on your side will be participating in this conversation. On our side, it'll be Ed and I. Here's my list of issues, along with my preliminary thoughts on each issue. Add any additional topics you'd like to include in our discussion.

- Extended schedule for PI briefing: I suggest that San Francisco's opposition to the PI motion be due in six weeks, on November 15. I would defer to plaintiffs as to how much time you'd like for reply. Then the Court would schedule argument at the Court's convenience after completion of briefing. The extra time is reasonable because of the scope of the PI motion, the fact that CoH has "dedicated the last three years" (see PI motion, at 1) to assembling the evidence supporting the PI motion, and preexisting commitments that both Ed and I have over the next month. The additional time would also give the parties an opportunity to explore the feasibility of a stipulated injunction.
- Extended time to respond to complaint: I suggest the responsive pleading be due on Nov 3, which would give defendants 2 additional weeks.
- Rule 26(f) conference: I suggest we schedule the Rule 26(f) conference after defendants have responded to the complaint and filed their PI opposition.
- Electronic service: I anticipate both sides will accomplish electronic service of court documents through the Pacer/ECF system.



We are set up to participate in video conferences through zoom, teams, or webex. Please suggest a few alternative times for us to talk, and Ed and I will make ourselves available.

Thank you,

**Jim Emery**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4628 Direct
www.sfcityattorney.org

---

**From:** Emery, Jim (CAT)
**Sent:** Friday, September 30, 2022 6:04 PM
**To:** 'Zal Shroff' <zshroff@lccrsf.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Cc:** Wesley Tiu <Wesley.Tiu@lw.com>; John Do <jdo@aclunc.org>; Regina Wang (CC) <Regina.Wang@lw.com>; Hadley Rood <hrood@lccrsf.org>; Al Pfeiffer <Al.Pfeiffer@lw.com>; Tulin Gurer <Tulin.Gurer@lw.com>; Neda Shahram <nshahram@lccrsf.org>; Joseph Lee <Joseph.Lee@lw.com>; Brandon Greene <bgreene@aclunc.org>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; Kira Setren <ksetren@lccrsf.org>; Elisa Della-Piana <edellapiana@lccrsf.org>; SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com
**Subject:** RE: New Litigation: Coalition on Homelessness et al. v. CCSF et al.



Hi Zal,

Good to meet you, virtually. I expect we'll be in a position to reach out to you next week, after we've organized ourselves a little internally. Enjoy your weekend.

**Jim Emery**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4628 Direct
www.sfcityattorney.org

**From:** Zal Shroff <zshroff@lccrsf.org>
**Sent:** Friday, September 30, 2022 4:18 PM
**To:** Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>
**Cc:** Wesley Tiu <Wesley.Tiu@lw.com>; John Do <jdo@aclunc.org>; Regina Wang (CC) <Regina.Wang@lw.com>; Hadley Rood <hrood@lccrsf.org>; Al Pfeiffer <Al.Pfeiffer@lw.com>; Tulin Gurer <Tulin.Gurer@lw.com>; Neda Shahram <nshahram@lccrsf.org>; Joseph Lee <Joseph.Lee@lw.com>; Brandon Greene <bgreene@aclunc.org>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; Kira Setren <ksetren@lccrsf.org>; Elisa Della-Piana <edellapiana@lccrsf.org>; SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com
**Subject:** Re: New Litigation: Coalition on Homelessness et al. v. CCSF et al.

Thank you, Wayne.

Jim and Ed—we look forward to work with you. And Ed, great to be connected with you again. I am copying our full team on this email thread. Appreciate your responses to the below when you have a moment.

Best regards,



**Zal K. Shroff** (he/him)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org

---

**From:** "Snodgrass, Wayne (CAT)" <Wayne.Snodgrass@sfcityatty.org>
**Date:** Friday, September 30, 2022 at 3:58 PM
**To:** Zal Shroff <zshroff@lccrsf.org>
**Cc:** "Emery, Jim (CAT)" <Jim.Emery@sfcityatty.org>, "Wang, Edmund (CAT)" <Edmund.Wang@sfcityatty.org>
**Subject:** FW: New Litigation: Coalition on Homelessness et al. v. CCSF et al.

Zal, I'm forwarding your email and enclosure to Jim Emery and Ed Wang, who will be the principal lawyers from our office representing defendants in this case.

**Wayne Snodgrass**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4675 Direct
Email: wayne.snodgrass@sfcityatty.org
*While I am intermittently working remotely, the best way to reach me is by email.*

---

**From:** Zal Shroff <zshroff@lccrsf.org>
**Sent:** Friday, September 30, 2022 3:45 PM
**To:** Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>
**Cc:** Wesley Tiu <Wesley.Tiu@lw.com>; John Do <jdo@aclunc.org>; Regina Wang (CC) <Regina.Wang@lw.com>; Hadley

Rood <hrood@lccrsf.org>; Al Pfeiffer <Al.Pfeiffer@lw.com>; Tulin Gurer <Tulin.Gurer@lw.com>; Neda Shahram <nshahram@lccrsf.org>; Joseph Lee <Joseph.Lee@lw.com>; Brandon Greene <bgreene@aclunc.org>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; Kira Setren <ksetren@lccrsf.org>; Elisa Della-Piana <edellapiana@lccrsf.org>; SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com
**Subject:** Re: New Litigation: Coalition on Homelessness et al. v. CCSF et al.

Wayne:

Attached is a copy of the Consent/Declination To Magistrate Judge form filed by Plaintiffs earlier today. Please confirm whether the City Attorney's office will accept electronic service of this document and of all other documents going forward in this case. Please also include the following email address when serving any documents on Plaintiffs electronically: SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com.

As previously noted, we would appreciate you letting us know your availability for a 26(f) conference as soon as you are able.

Best regards,



**Zal K. Shroff** (he/him)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org

**From:** Zal Shroff <zshroff@lccrsf.org>
**Date:** Wednesday, September 28, 2022 at 4:48 PM
**To:** "Snodgrass, Wayne (CAT)" <Wayne.Snodgrass@sfcityatty.org>
**Cc:** Wesley Tiu <Wesley.Tiu@lw.com>, John Do <jdo@aclunc.org>, "Regina Wang (CC)" <Regina.Wang@lw.com>, Hadley Rood <hrood@lccrsf.org>, Al Pfeiffer <Al.Pfeiffer@lw.com>, Tulin Gurer <Tulin.Gurer@lw.com>, Neda Shahram <nshahram@lccrsf.org>, Joseph Lee <Joseph.Lee@lw.com>, Brandon Greene <bgreene@aclunc.org>, "Rachel Mitchell (SD)" <Rachel.Mitchell@lw.com>, Kira Setren <ksetren@lccrsf.org>, Elisa Della-Piana <edellapiana@lccrsf.org>
**Subject:** Re: New Litigation: Coalition on Homelessness et al. v. CCSF et al.

Thank you, Wayne. We will plan to hand-deliver service of process to the City Attorney's Office tomorrow. In the meantime, immediately following this email we will send a link to copies of all filings to date. Let us know if you have any difficulty accessing the documents.

Please do also let us know your availability for a 26(f) conference over the next 2 weeks.

Best regards,



**Zal K. Shroff** (he/him)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220

Fax: (415) 543-0296
www.lccrsf.org

---

**From:** "Snodgrass, Wayne (CAT)" <Wayne.Snodgrass@sfcityatty.org>
**Date:** Tuesday, September 27, 2022 at 1:31 PM
**To:** Zal Shroff <zshroff@lccrsf.org>
**Cc:** Wesley Tiu <Wesley.Tiu@lw.com>, John Do <jdo@aclunc.org>, "Regina Wang (CC)" <Regina.Wang@lw.com>, Hadley Rood <hrood@lccrsf.org>, Al Pfeiffer <Al.Pfeiffer@lw.com>, Tulin Gurer <Tulin.Gurer@lw.com>, Neda Shahram <nshahram@lccrsf.org>, Joseph Lee <Joseph.Lee@lw.com>, Brandon Greene <bgreene@aclunc.org>, "Rachel Mitchell (SD)" <Rachel.Mitchell@lw.com>, Kira Setren <ksetren@lccrsf.org>, Elisa Della-Piana <edellapiana@lccrsf.org>
**Subject:** RE: New Litigation: Coalition on Homelessness et al. v. CCSF et al.

Zal, the City Attorney's Office will accept service of the complaint and preliminary injunction motion papers.   You can deliver hard copies of file-endorsed documents to the City Attorney's Office on the 7th floor of Fox Plaza, 1090 Market Street.

Wayne Snodgrass (he/him)
Deputy City  Attorney
Office of City Attorney David Chiu
1 Dr. Carlton B. Goodlett Pl. Rm. 234
San Francisco, CA  94102
Tel: (415) 554-4675

NOTE ** I am working remotely intermittently and email is the best way to reach me.

Email: wayne.snodgrass@sfcityatty.org

CONFIDENTIALITY NOTICE:  This communication contains confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Zal Shroff <zshroff@lccrsf.org>
**Sent:** Monday, September 26, 2022 10:30 PM
**To:** Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Steeley, Tara (CAT) <Tara.Steeley@sfcityatty.org>; CityAttorney (CAT) <cityattorney@SFCITYATTY.ORG>; Coolbrith, Elizabeth (CAT) <Elizabeth.Coolbrith@sfcityatty.org>
**Cc:** Wesley Tiu <Wesley.Tiu@lw.com>; John Do <jdo@aclunc.org>; Regina Wang (CC) <Regina.Wang@lw.com>; Hadley Rood <hrood@lccrsf.org>; Al Pfeiffer <Al.Pfeiffer@lw.com>; Tulin Gurer <Tulin.Gurer@lw.com>; Neda Shahram <nshahram@lccrsf.org>; Joseph Lee <Joseph.Lee@lw.com>; Brandon Greene <bgreene@aclunc.org>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; Kira Setren <ksetren@lccrsf.org>; Elisa Della-Piana <edellapiana@lccrsf.org>
**Subject:** New Litigation: Coalition on Homelessness et al. v. CCSF et al.

Dear Counsel:

Attached please find courtesy copies of a complaint and motion for preliminary injunction that the Lawyers' Committee for Civil Rights of the San Francisco Bay Area, ACLU NorCal, and Latham & Watkins plan to file against the City of San Francisco later today. We are filing this litigation on behalf of the Coalition on Homelessness and seven individuals who are at risk of being subjected to the City's pervasive criminalization of homelessness and ongoing destruction of unhoused people's belongings.

Please advise whether the City Attorney's Office is able to accept service on behalf of all defendants in this action, as the defendants are all San Francisco city agencies and employees.

We also ask that you provide availability at your convenience for a 26(f) conference in this matter. Plaintiffs' counsel is generally available on the following dates: October 6-7, October 10-14.

Thank you for your attention to this matter and we look forward to working with you.

Best regards,



**Zal K. Shroff** (he/him)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org