LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

* admitted *pro hac vice*

*Attorneys for Plaintiffs*

*Additional Counsel Below*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO, SARAH CRONK, JOSHUA DONOHOE, MOLIQUE FRANK, DAVID MARTINEZ, TERESA SANDOVAL, NATHANIEL VAUGHN<br><br>Plaintiffs.<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING, SAN FRANCISCO FIRE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT, LONDON BREED, in her official capacity as Mayor, SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**DECLARATION OF DAJUAN ROCHELLE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR EXTENDED BRIEFING SCHEDULE**<br><br>Hearing Date: N/A<br>Time:          N/A<br>Place:         Hon. Donna M. Ryu<br><br>Trial Date:   None set. |

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jdo@aclunc.org
bgreene@aclunc.org

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, SBN 120965
Wesley Tiu, SBN 336580
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Regina Wang, SBN 326262
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Fax: (424) 653-5501
regina.wang@lw.com

# DECLARATION OF DAJUAN ROCHELLE

I, Dajuan Rochelle, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Dajuan Rochelle, and I am 43 years old. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

2. I am a resident of San Francisco. I am currently unhoused and unsheltered, and I am working to obtain permanent housing.

**Recent Harassment by the City and Property Destruction While Homeless**

3. On Friday, October 7, 2022, I suffered harassment and property destruction at the hands of the City. At the time, I was staying on Eddy Street and Taylor Street. We received no notice that the City would be coming. The San Francisco Police Department (SFPD), Department of Public Works (DPW), and the Homeless Outreach Team (HOT) arrived onsite in the mid- to late-morning.

4. SFPD told us we had to pack up and move. They said we had to find somewhere else to go, far beyond that street. Although the HOT team was present, I was not offered any services on that day. The only thing they offered was for me to go down to an office to ask any questions I had about how to obtain resources. There was no offer of shelter at that time.

5. As soon as DPW hopped off their trucks, they started throwing people's belongings into the back of their truck. DPW took the following belongings of mine on that day: my tent, bicycle, two large suitcases full of laundry, cosmetics and hygiene items, food, and other basic survival items. There was no mention of any bagging and tagging or any information on how to retrieve our property.

6. The City returned on Sunday morning, October 9, 2022. The City surprised us, as we did not know that they would be returning. DPW and SFPD arrived to where I was staying along Eddy and Taylor Streets. They arrived around 11 AM or noon.

7. They told us that we had to move to another location. This was irritating, as we had just moved on Friday, and were again being told to move with no offer of any services or shelter options. There were no services offered at all that day.

**Reflections on the City's Conduct**

8. I would like the City to try and be a little more courteous toward the people it interacts with. Taking our belongings makes it impossible for us to get back on our feet, and to make it worse, they treat us with disrespect. This adds insult to injury, and the memory of that can be very triggering.

I have reviewed the information contained in this declaration. I declare under the penalties of perjury that the contents are true and correct to the best of my knowledge.

Executed on: October 10, 2022

Dajuan Rochelle