1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, SBN 120965
Wesley Tiu, SBN 336580
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Regina Wang, SBN 326262
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
regina.wang@lw.com

*Attorneys for Plaintiffs*

*Additional Counsel Below*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al. <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **[PROPOSED ORDER] REGARDING DEFENDANTS' ADMINISTRATIVE MOTION FOR EXTENDED BRIEFING SCHEDULE** <br><br> Hon. Judge Donna M. Ryu <br><br> Date Action Filed: September 27, 2022 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' PROPOSED ORDER ON
DEFS.' ADMIN. MOT.TO EXT. BRIEF. SCH
CASE NO. 4:22-CV-05502-DMR

1   LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS OF THE SAN FRANCISCO BAY AREA
2   Zal K. Shroff, MJP 804620*
    Elisa Della-Piana, SBN 226462
3   131 Steuart Street, Ste. 400
    San Francisco, CA 94105
4   Telephone: (415) 543-9444
5   zshroff@lccrsf.org
    edellapiana@lccrsf.org
6
7   ACLU FOUNDATION OF NORTHERN CALIFORNIA
    John Thomas H. Do, SBN 285075
8   Brandon L. Greene, SBN 293783
    39 Drumm Street
9   San Francisco, CA 94111
    Telephone: (415) 293-6333
10  jdo@aclunc.org
    bgreene@aclunc.org
11
12  * admitted *pro hac vice*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' PROPOSED ORDER ON
DEFS.' ADMIN. MOT.TO EXT. BRIEF. SCH
CASE NO. 4:22-CV-05502-DMR

1

## [PROPOSED] ORDER[1]

2       This matter comes before the Court on Defendants' Administrative Motion for an Extended

3   Briefing Schedule. Having carefully considered the motion and the papers submitted, and for good

4   cause shown, it is hereby **ORDERED** as follows:

5       1.      Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction shall be

6   due on _____. Plaintiffs' reply shall be due _____. The Court shall conduct a

7   hearing on Plaintiffs' Motion on _____.

8       2.      Defendants must promptly meet and confer with Plaintiffs pursuant to Rule 26(f)

9   as soon as practicable, and in any event no later than two weeks from the date of this order.

10      3.      During the extended briefing schedule and until the Court rules on Plaintiffs'

11  motion, Defendants shall:

12          a.  Provide notice of the date, time, and cross street location of any planned

13              homeless encampment resolution scheduled by or involving the Healthy Streets

14              Operation Center, Department of Public Works ("DPW"), San Francisco Police

15              Department ("SFPD"), or any other City agency to Plaintiffs' counsel in writing

16              72 hours before any planned homeless encampment resolution;

17          b.  Disclose, on a weekly basis to Plaintiffs' counsel, all SFPD incident reports and

18              dispatches from that week regarding SFPD's interactions with unhoused

19              residents; and

20          c.  Disclose, on a weekly basis to Plaintiffs' counsel, all logs maintained by DPW

21              from that week regarding interactions with unhoused individuals, including any

22              bag and tag logs of unhoused individuals' personal property.

23

24

25

26

27
_____

28
[1] Plaintiffs note that this Proposed Order is prepared only in the event the Court might be inclined to grant Defendants' Administrative Motion in some form.

1

**IT IS SO ORDERED.**

2

Dated: _____

3

4

5

6

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

2

PLAINTIFFS' PROPOSED ORDER ON
DEFS.' ADMIN. MOT.TO EXT. BRIEF. SCH
CASE NO. 4:22-CV-05502-DMR