DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4628 (Emery)
                (415) 554-3857 (Wang)
Facsimile:      (415) 554-4699
E-mail:         jim.emery@sfcityatty.org
                edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>  Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**NOTICE OF APPEARANCE OF YVONNE R. MERÉ FOR SAN FRANCISCO DEFENDANTS**<br><br>Trial Date:         None set. |

1  **TO THE COURT AND TO ALL COUNSEL OF RECORD:**

2    PLEASE TAKE NOTICE that Chief Deputy City Attorney YVONNE R. MERÉ is appearing on behalf of Defendants CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center.

   The office and email addresses, and the telephone and facsimile numbers for Ms. Meré are as follows:

>  Yvonne R. Meré (State Bar # 173594)
>  Chief Deputy City Attorney
>  San Francisco City Attorney's Office
>  City Hall, Room 234
>  1 Dr. Carlton B. Goodlett Place
>  San Francisco, California 94102-4682
>  Telephone: (415) 554-4708
>  Facsimile: (415) 554-4699
>  Email:  yvonne.mere@sfcityatty.org

   Please include Ms. Meré on all proofs of service and communications in this matter.

Dated:  October 17, 2022

>  DAVID CHIU
>  City Attorney
>  YVONNE R. MERÉ
>  WAYNE SNODGRASS
>  MEREDITH B. OSBORN
>  JAMES M. EMERY
>  EDMUND T. WANG
>  Deputy City Attorneys
>
>  By: s/ Yvonne R. Meré
>  YVONNE R. MERÉ
>
>  Attorneys for Defendants
>  CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; MAYOR LONDON BREED; SAM DODGE