# Exhibit B

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
Facsimile:    (415) 554-4699
E-mail:       jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DEFENDANTS' [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENDED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT** |

Good cause appearing therefore, IT IS ORDERED THAT:

1. San Francisco's response to the complaint in this action shall be due November 3, 2022;

2. San Francisco's opposition to plaintiffs' preliminary injunction motion shall be due November 15, 2022;

3. Plaintiffs' reply in support of their preliminary injunction motion shall be due _____; and

4. The Court will hold a hearing on plaintiffs' preliminary injunction motion on _____ at _____ a.m./p.m.

5. During the extended briefing schedule and until the Court rules on Plaintiffs' motion, pursuant to the agreement of the parties, San Francisco shall:

    a. Provide notice of the date, time, and cross street location of any planned homeless encampment resolution scheduled by or involving the Healthy Streets Operation Center, Department of Public Works ("DPW"), San Francisco Police Department ("SFPD"), or any other City agency to Plaintiffs' counsel in writing 72 hours before any planned homeless encampment resolution;

    b. Provide updated notice of any planned homeless encampment resolution if San Francisco's schedule changes within the 72-hour notice period;

    c. Disclose, on a weekly basis to Plaintiffs' counsel, SFPD incident reports and dispatches from that week with incident code 915, which concerns homeless related calls for service; and

    d. Disclose, on a weekly basis to Plaintiffs' counsel, all logs maintained by DPW from that week regarding interactions with unhoused individuals, including any bag and tag logs of unhoused individuals' personal property.

IT IS SO ORDERED.

Dated: _____

                        UNITED STATES MAGISTRATE JUDGE
                        DONNA M. RYU