1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, SBN 120965
2  Wesley Tiu, SBN 336580
   Kevin Wu, SBN 337101
3  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
4  Telephone: (415) 391-0600
   al.pfeiffer@lw.com
5  wesley.tiu@lw.com
   kevin.wu@lw.com
6

7
   LATHAM & WATKINS LLP
8  Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
   Telephone: (714) 540-1235
10 joseph.lee@lw.com

11

12 *Attorneys for Plaintiffs*

13 *Additional Counsel Below*

14
                    **UNITED STATES DISTRICT COURT**
15
                  **NORTHERN DISTRICT OF CALIFORNIA**
16
                          **OAKLAND DIVISION**
17

18 | COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |

19 |                         Plaintiffs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |

20 |                                  v. |  |

21 | CITY AND COUNTY OF SAN FRANCISCO, et al., |  |
22

23 |                         Defendants. |  |

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
2  Zal K. Shroff, MJP 804620
   Elisa Della-Piana, SBN 226462
3  131 Steuart Street, Ste. 400
   San Francisco, CA 94105
4  Telephone: (415) 543-9444
5  zshroff@lccrsf.org
   edellapiana@lccrsf.org
6

7  ACLU FOUNDATION OF NORTHERN CALIFORNIA
   John Thomas H. Do, SBN 285075
8  Brandon L. Greene, SBN 293783
9  39 Drumm Street
   San Francisco, CA 94111
10 Telephone: (415) 293-6333
   jdo@aclunc.org
11 bgreene@aclunc.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. 4:22-CV-05502-DMR

1 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2     PLEASE TAKE NOTICE that Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah

3 Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn

4 hereby substitute Kevin Wu of Latham & Watkins LLP for Regina Wang of Latham & Watkins

5 LLP as counsel in the above-captioned case. Mr. Wu is admitted to practice before the United

6 States District Court for the Northern District of California.

7     He respectfully requests that copies of all pleadings, notices, orders, correspondence, and

8 other papers in connection with this action be served upon him as follows:

9         Kevin Wu, SBN 337101
10         LATHAM & WATKINS LLP
        505 Montgomery Street, Ste 2000
        San Francisco, CA 94111
11         Telephone: (415) 391-0600
        Email: Kevin.Wu@lw.com

12

13     Alfred C. Pfeiffer, Joseph H. Lee, Wesley Tiu, Zal K. Shroff, Elisa Della-Piana, John

14 Thomas H. Do, and Brandon L. Greene remain as counsel for Plaintiffs Coalition on

15 Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez,

16 Teresa Sandoval, and Nathaniel Vaughn and should continue to be included on the docket and

17 service list.

18

19 Dated: October 21, 2022         Respectfully submitted,

20         LATHAM & WATKINS LLP

21         By: */s/* Kevin Wu
22         Kevin Wu, SBN 337101
        505 Montgomery Street, Ste 2000
        San Francisco, CA 94111
23         Telephone: (415) 391-0600
        Email: Kevin.Wu@lw.com

24
25         *Attorney for Plaintiffs*
*Coalition on Homelessness, Toro Castaño,*
*Sarah Cronk, Joshua Donohoe, Molique*
26         *Frank, David Martinez, Teresa Sandoval, and*
*Nathaniel Vaughn*

27

28