# Exhibit A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, SBN 120965
Kevin Wu, SBN 337101
Wesley Tiu, SBN 336580
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
kevin.wu@lw.com
wesley.tiu@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.<br><br>Plaintiffs.<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' [PROPOSED ORDER] REGARDING LIMITED EXPEDITED DISCOVERY**<br><br>Hon. Judge Donna M. Ryu<br><br>Date Action Filed: October 21, 2022 |

LATHAM&WATKINS LLP US-DOCS\136720464.1
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT [PROPOSED ORDER]
RE: EXPEDITED DISCOVERY
CASE NO. 4:22-CV-05502-DMR

1 **[PROPOSED] ORDER**

2     This matter comes before the Court on Defendants' Administrative Motion for an Extended

3 Briefing Schedule and the Court's request for the parties' to meet and confer regarding any

4 expedited discovery that may be necessary in conjunction with Plaintiffs' Motion for Preliminary

5 Injunction ("PI Motion").  Having carefully considered the motion and the papers submitted, and

6 for good cause shown, it is hereby **ORDERED** as follows:

7     1.    To the extent Defendants rely in part on individual records in the following

8 document categories in opposition to Plaintiffs' PI Motion, Defendants are hereby ordered to

9 disclose all relevant and related records to Plaintiffs' counsel as follows:

10     a.    SFPD citation and arrest records, incident reports, complaints, incident tickets, and

11         dispatch logs related to SFPD's enforcement of anti-camping or anti-lodging laws

12         against specific unhoused individuals or specific encampments, for the period six

13         months prior to and six months following any such individual or aggregated records

14         relied on by Defendants in their opposition to the PI Motion. The relevant

15         enforcement records include records related to enforcement of the following

16         ordinances:

17         i.    Cal. Penal Code § 647(e) (no lodging without permission);

18         ii.    Cal. Penal Code § 148(a) (resisting, delaying, or obstructing an officer);

19         iii.    Cal. Penal Code §§ 370, 372 (public nuisance),

20         iv.    S.F. Police Code §§ 97(b), 168-169 (anti-camping, "sit/lie" ordinances,

21             prohibition on living in passenger vehicles);

22         v.    S.F. Park Code §§ 3.12-3.13 (no lodging or sleeping); and

23         vi.    S.F. Port Code §§ 2.9-2.10 (no lodging or sleeping);

24     b.    Records from HSH databases that detail offers of shelter to specific individuals,

25         including all records related to shelter availability for specific unhoused individuals

26         or specific encampments, for the period six months prior to and six months

27         following any such individual or aggregated records relied on by Defendants in

28         their opposition to the PI Motion; and

LATHAM&WATKINS LLP  US-DOCS\136720464.1
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT [PROPOSED ORDER]
RE: EXPEDITED DISCOVERY
CASE NO. 4:22-CV-05502-DMR

    c.  Records from the databases of participating HSOC agencies related to past interactions with specific unhoused individuals or specific encampments, for the period six months prior to and six months following any such individual or aggregated records relied on by Defendants in their opposition to the PI Motion; and

2.  Defendants shall produce all such responsive records to Plaintiffs' counsel on or before the date that Defendants file their opposition to Plaintiffs' PI Motion.

**IT IS SO ORDERED.**

Dated: _____

    _____
    HONORABLE DONNA M. RYU
    UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS<sub>LLP</sub> US-DOCS\136720464.1
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT [PROPOSED ORDER]
RE: EXPEDITED DISCOVERY
CASE NO. 4:22-CV-05502-DMR