# Exhibit B

1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
4  MEREDITH B. OSBORN, State Bar # 250467
   Chief Trial Deputy
5  JAMES M. EMERY, State Bar #153630
   EDMUND T. WANG, State Bar #278755
6  Deputy City Attorneys
   City Hall, Room 234
7  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
8  Telephone:    (415) 554-4628 (Emery)
                 (415) 554-3857 (Wang)
9  Facsimile:    (415) 554-4699
   E-mail:       jim.emery@sfcityatty.org
10               edmund.wang@sfcityatty.org

11  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, et al.

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

15  COALITION ON HOMELESSNESS; TORO          Case No. 4:22-cv-05502-DMR
    CASTAÑO; SARAH CRONK; JOSHUA
16  DONOHOE; MOLIQUE FRANK; DAVID            **[PROPOSED] ORDER DENYING EXPEDITED
    MARTINEZ; TERESA SANDOVAL;               DISCOVERY**
17  NATHANIEL VAUGHN,

18          Plaintiffs,

19          vs.

20  CITY AND COUNTY OF SAN
    FRANCISCO; SAN FRANCISCO POLICE
21  DEPARTMENT; SAN FRANCISCO
    DEPARTMENT OF PUBLIC WORKS; SAN
22  FRANCISCO DEPARTMENT OF
    HOMELESSNESS AND SUPPORTIVE
23  HOUSING; SAN FRANCISCO FIRE
    DEPARTMENT; SAN FRANCISCO
24  DEPARTMENT OF EMERGENCY
    MANAGEMENT; LONDON BREED, in her
25  official capacity as Mayor; and SAM DODGE,
    in his official capacity as Director of the
26  Healthy Streets Operation Center (HSOC),

27          Defendants.

28

1       Plaintiffs COALITION ON HOMELESSNESS, TORO CASTAÑO, SARAH CRONK,

2   JOSHUA DONOHOE, MOLIQUE FRANK, DAVID MARTINEZ, TERESA SANDOVAL, and

3   NATHANIEL VAUGHN have failed to establish good cause for expedited discovery in advance of

4   the Rule 26(f) conference. Plaintiffs' request for expedited discovery IS DENIED.

5       The deadline for the parties' Rule 26(f) conference was set forth in the Order Setting Initial

6   Case Management conference and ADR Deadline. [See Docket No. 14.] The Rule 26(f) conference

7   shall go forward pursuant to that Order.

8       IT IS SO ORDERED.

9

Dated: _____

10                                          _____

                                             UNITED STATES MAGISTRATE JUDGE
11                                           DONNA M. RYU

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28