# Exhibit A

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, SBN 120965
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com
kevin.wu@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.<br><br>           Plaintiffs.<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>           Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' [PROPOSED ORDER] REGARDING PRODUCTION OF SFPD INCIDENT REPORTS AND DISPATCHES**<br><br>Hon. Judge Donna M. Ryu<br><br>Date Action Filed: October 21, 2022 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT [PROPOSED ORDER] RE: PRODUCTION OF
SFPD INCIDENT REPORTS AND DISPATCHES
CASE NO. 4:22-CV-05502-DMR

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' Administrative Motion for an Extended Briefing Schedule and the Court's request for the parties' to meet and confer regarding search terms to use with respect to Plaintiffs' request for production of SFPD incident reports and dispatches on a weekly basis. Having carefully considered the motion and the papers submitted, and for good cause shown, it is hereby **ORDERED** that Defendants shall disclose, on a weekly basis to Plaintiffs' counsel, all SFPD citation and arrest records, incident reports, complaints, incident tickets, and dispatch logs from that week regarding SFPD's interactions with unhoused residents, by identifying any records responsive to the following electronic record search terms: "homeless" AND "encampment"; or "homeless" AND "tent."

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT [PROPOSED ORDER] RE: PRODUCTION OF
SFPD INCIDENT REPORTS AND DISPATCHES
CASE NO. 4:22-CV-05502-DMR