# Exhibit B

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
Facsimile:    (415) 554-4699
E-mail:       jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>    Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DEFENDANTS' [PROPOSED] ORDER REGARDING EXTENDED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The Court previously ordered the parties to meet and confer to determine whether they can reach agreement on search terms with respect to Plaintiffs' request for production of SFPD incident reports and dispatches on a weekly basis; and that by no later than October 21, 2022, the parties shall file a joint letter that does not exceed two pages setting forth any agreement about such search terms. If the parties are unable to reach an agreement, the parties' two-page joint letter shall set forth Plaintiffs' proposed search terms and an explanation as to why they are necessary, along with Defendants' position on why the use of such terms is too burdensome and/or not feasible.

Having considered the parties' joint letter, and for good cause shown, it is hereby ORDERED as follows:

1. During the extended briefing schedule and until the Court rules on Plaintiffs' motion, San Francisco shall:

    a. Disclose, on a weekly basis to Plaintiffs' counsel, a report of incidents where misdemeanor citations were issued for Cal. Penal Code § 647(e) (lodging without permission) and Cal. Penal Code §§ 370, 372 (public nuisance); and a report of dispatches with incident code 915 (homeless calls for service).

IT IS SO ORDERED.

Dated: _____  _____
UNITED STATES MAGISTRATE JUDGE
DONNA M. RYU