# Exhibit C




**LONDON N. BREED**
MAYOR

CITY AND COUNTY OF SAN FRANCISCO
# POLICE DEPARTMENT
HEADQUARTERS
1245 3RD Street
San Francisco, California 94158

**WILLIAM SCOTT**
CHIEF OF POLICE

October 7, 2022

*Via email zshroff@lccrsf.org*

Zal Shroff
131 Steuart Street, Suite 400 San Francisco, CA 94105
San Francisco, CA 94105

RE: Public Records Request, dated September 13, 2022, Reference # P083977-091322

Dear Zal Shroff:

The San Francisco Police Department (SFPD) received your Public Records Act request, dated September 13, 2022.

You requested, "*On November 15, 2021, your agency provided arrest and citation records resulting from SFPD's response to homeless encampments and pursuant to certain code sections. This follow-up request is for the same information for the time period of October 1, 2021 to present. Pursuant to the California Public Records Act, Government Code § 6250, and the San Francisco Sunshine Ordinance, San Francisco Administrative Code § 67.1, I hereby request as follows:*

*A. All arrest or citation records resulting from SFPD's response to a homeless encampment, and all summaries identifying the number of citations or arrests following SFPD's response to an encampment—from October 1, 2021 to present. Where no prosecution has resulted from the citation or arrest, these records are immediately disclosable. See San Francisco Administrative Code § 67.24(d). In particular, we seek information on any citations or arrests at homeless encampments under the following state and municipal laws, from October 1, 2021 to present:*

*1) Cal. Penal Code § 647(e) (no lodging without permission);*
*2) S.F. Police Code §§ 97(b), 168-169 (anti-camping and "sit/lie" ordinances, prohibition on living in passenger vehicles);*
*3) S.F. Park Code §§ 3.12-3.13; S.F. Port Code §§ 2.9-2.10 (no lodging or sleeping);*
*4) Cal. Penal Code §§ 370, 372; S.F. Health Code §§ 581, 596 (public nuisance, including obstructing streets or sidewalks);*
*5) Cal. Penal Code § 148(a) (willfully resisting city staff discharging their duties);*

*As part of these records, please also identify the specific location where the relevant arrest/citation was made.*

*We expect an initial response to this records request on or before September 23, 2022. See Cal. Gov. Code § 6250; San Francisco Administrative Code § 67.21(b). After a preliminary*

P A G E | **2**

*discussion regarding your agency's response, we welcome refining or adjusting our requests to better suit your agency's existing data. See Cal. Gov. Code § 6253.1(a). Regardless, we expect that your agency will produce documents on a rolling basis as they become available. See San Francisco Administrative Code § 67.25(d). Please do not hesitate to reach out to us with any questions."*

On September 23, SFPD invoked the extension of time to respond to your request pursuant to Government Code section 6253(c) due to the need to search and review our records.

**Responsive records are included in this correspondence.**

If you have any questions, please contact the Legal Division at (415) 837-7394.

Thank you for your courtesy in this regard.

Sincerely,


Lieutenant William Toomey # 1262
Risk Management - Legal Division