UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 22-cv-05502-DMR<br><br>**ORDER ON JOINT LETTERS**<br>Re: Dkt. Nos. 36, 37 |

The court has reviewed the parties' October 21, 2022 joint letters about the proposed weekly disclosure of certain San Francisco Police Department ("SFPD") information during the pendency of Plaintiffs' motion for a preliminary injunction (Docket No. 37) and discovery related to the pending motion for a preliminary injunction (Docket No. 36).

As to the dispute about weekly disclosure of SFPD information, Plaintiffs sought the production of certain categories of information on a weekly basis as a condition of any extended briefing schedule on the pending motion. [*See* Docket No. 30 at 5 ("if the briefing schedule is significantly extended, Plaintiffs respectfully request that the Court impose certain notice and reporting requirements to help protect Plaintiffs against the harms they continue to suffer . . .").] While Defendants agreed to a number of Plaintiffs' requests, the parties dispute whether SFPD should be required to produce "all SFPD citation and arrest records, incident reports, complaints, incident tickets, and dispatch logs . . . regarding SFPD's interactions with unhoused records" using certain search terms. [Docket No. 37 at 1.] Plaintiffs do not explain how the production of such records relates to either the preliminary injunction motion or the extended briefing schedule.

For their part, Defendants argue generally that weekly disclosure of the information Plaintiffs request would be burdensome. They offer "to provide on a weekly basis a report of

incidents where misdemeanor citations were issued for Cal. Penal Code § 647(e) (lodging without permission) and Cal. Penal Code §§ 370, 372 (public nuisance); and a report of dispatches with incident code 915 (homeless calls for service)." *Id*. at 2. Given that Plaintiffs have not shown that their request is connected to the pending preliminary injunction motion or the extended briefing schedule, the court adopts Defendants' proposal without prejudice to Plaintiffs seeking production of different categories of records from SFPD once discovery is open.

As to the parties' dispute about discovery related to the pending preliminary injunction motion, the court will conduct a hearing on the dispute via Zoom webinar on **November 3, 2022 at 12:00 p.m.**

**IT IS SO ORDERED.**

Dated: October 31, 2022



Donna M. Ryu
United States Magistrate Judge