1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, SBN 120965
2  Wesley Tiu, SBN 336580
3  Kevin Wu, SBN 337101
   Tulin Gurer, SBN 303077
4  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
5  Telephone: (415) 391-0600
   al.pfeiffer@lw.com
6  wesley.tiu@lw.com
7  kevin.wu@lw.com
   tulin.gurer@lw.com
8
   Joseph H. Lee, SBN 248046
9  650 Town Center Drive, 20th Floor
   Costa Mesa, CA 92626
10 Telephone: (714) 540-1235
11 joseph.lee@lw.com

12 Rachel Mitchell, SBN 344204
   12670 High Bluff Drive
13 San Diego, CA 92130
   Telephone: +1.858.523.5400
14 rachel.mitchell@lw.com

15 *Attorneys for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe,*
16 *Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*
17
18 *Additional Counsel on Signature Page*

19
20                **UNITED STATES DISTRICT COURT**
21                **NORTHERN DISTRICT OF CALIFORNIA**
22                **OAKLAND DIVISION**

23 COALITION ON HOMELESSNESS, et al.    | CASE NO. 4:22-cv-05502-DMR
24                   Plaintiffs.         | **NOTICE OF APPEARANCE OF RACHEL MITCHELL**
25         v.
26 CITY AND COUNTY OF SAN FRANCISCO, et al.,
27                   Defendants.
28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Rachel Mitchell of Latham & Watkins LLP hereby enters her appearance in the above-captioned matter as counsel for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn.

She respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the following address:

> Rachel Mitchell
> LATHAM & WATKINS LLP
> 12670 High Bluff Drive
> San Diego, CA 92130
> Telephone: +1.858.523.5400
> rachel.mitchell@lw.com

Dated: November 3, 2022            Respectfully submitted,

                                   LATHAM & WATKINS LLP

                                   By: /s/ *Rachel Mitchell*
                                        Rachel Mitchell, SBN 344204

                                   Alfred C. Pfeiffer, SBN 120965
                                   Wesley Tiu, SBN 336580
                                   Kevin Wu, SBN 337101
                                   Tulin Gurer, SBN 303077
                                   505 Montgomery Street, Ste 2000
                                   San Francisco, CA 94111
                                   Telephone: (415) 391-0600
                                   al.pfeiffer@lw.com
                                   wesley.tiu@lw.com
                                   kevin.wu@lw.com
                                   tulin.gurer@lw.com

                                   Joseph H. Lee, SBN 248046
                                   650 Town Center Drive, 20th Floor
                                   Costa Mesa, CA 92626
                                   Telephone: (714) 540-1235
                                   joseph.lee@lw.com

                                   Rachel Mitchell, SBN 344204
                                   12670 High Bluff Drive

San Diego, CA 92130
Telephone: +1.858.523.5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, *pro hac vice*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
bgreene@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*