LATHAM & WATKINS LLP
Alfred C. Pfeiffer, SBN 120965
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400
rachel.mitchell@lw.com

*Attorneys for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al. | CASE NO. 4:22-cv-05502-DMR |
| Plaintiffs. | **NOTICE OF APPEARANCE OF TULIN GURER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Tulin Gurer of Latham & Watkins LLP hereby enters her appearance in the above-captioned matter as counsel for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn.

She respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the following address:

> Tulin Gurer
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111-6538
> Telephone: +1.415.391.0600
> tulin.gurer@lw.com

Dated: November 3, 2022                                    Respectfully submitted,

                                                           LATHAM & WATKINS LLP

                                                           By: /s/ *Tulin Gurer*
                                                                 Tulin Gurer, SBN 303077

                                                           Alfred C. Pfeiffer, SBN 120965
                                                           Wesley Tiu, SBN 336580
                                                           Kevin Wu, SBN 337101
                                                           Tulin Gurer, SBN 303077
                                                           505 Montgomery Street, Ste 2000
                                                           San Francisco, CA 94111
                                                           Telephone: (415) 391-0600
                                                           al.pfeiffer@lw.com
                                                           wesley.tiu@lw.com
                                                           kevin.wu@lw.com
                                                           tulin.gurer@lw.com

                                                           Joseph H. Lee, SBN 248046
                                                           650 Town Center Drive, 20th Floor
                                                           Costa Mesa, CA 92626
                                                           Telephone: (714) 540-1235
                                                           joseph.lee@lw.com

                                                           Rachel Mitchell, SBN 344204
                                                           12670 High Bluff Drive

San Diego, CA 92130
Telephone: +1.858.523.5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, *pro hac vice*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
bgreene@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*