UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL DISCOVERY HEARING MINUTE ORDER

| **Date:** 11/3/22 | **Time:** 12:20-12:41 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness, et al v. City and County of San Francisco, et al | |

**For Plaintiffs:**
Kevin Wu
Alfred Pfeiffer, Jr.
Zal Shroff
John Do
Joseph Lee

**For Defendants:**
Edmund Wang

**Deputy Clerk:** Ivy Lerma Garcia        **Recorded in Zoom:** 12:20-12:41

### PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE

1. Joint Discovery Letter [Docket No. 36]
   The parties shall meet and confer and submit a revised proposed order that is consistent with Plaintiffs' proposed order (Exhibit A to the joint letter) regarding the scope of any production and that reflects the court's order setting a deadline of 12:00 p.m. on November 17, 2022 for any such production.

**Order to be prepared by:**
( )   Plaintiff            ( )   Defendant            ( )   Court

cc: Chambers