1   LATHAM & WATKINS LLP
    Alfred C. Pfeiffer, SBN 120965
2   Kevin Wu, SBN 337101
    Wesley Tiu, SBN 336580
3   Tulin Gurer, SBN 303077
    505 Montgomery Street, Ste 2000
4   San Francisco, CA 94111
    Telephone: (415) 391-0600
5   al.pfeiffer@lw.com
    kevin.wu@lw.com
6   wesley.tiu@lw.com
    tulin.gurer@lw.com
7
8   LATHAM & WATKINS LLP
    Joseph H. Lee, SBN 248046
9   650 Town Center Drive, 20th Floor
    Costa Mesa, CA 92626
10  Telephone: (714) 540-1235
    joseph.lee@lw.com
11
12  LATHAM & WATKINS LLP
    Rachel Mitchell, SBN 344204
13  12670 High Bluff Drive
    San Diego, CA 92130
14  Telephone: +1.858.523.5400
    rachel.mitchell@lw.com
15
16
17  *Attorneys for Plaintiffs*
18
19              **UNITED STATES DISTRICT COURT**
20              **NORTHERN DISTRICT OF CALIFORNIA**
21                      **OAKLAND DIVISION**
22

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al. | CASE NO. 4:22-cv-05502-DMR |
| Plaintiffs. | **JOINT [~~PROPOSED~~ ORDER] REGARDING EXPEDITED DISCOVERY** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | Hon. Judge Donna M. Ryu |
| Defendants. | Date Action Filed: September 27, 2022 |

23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT [PROPOSED ORDER]
RE: EXPEDITED DISCOVERY
CASE NO. 4:22-CV-05502-DMR

**[~~PROPOSED~~] ORDER**

This matter comes before the Court on Defendants' Administrative Motion for an Extended Briefing Schedule and the Court's request for the parties' to meet and confer regarding any expedited discovery that may be necessary in conjunction with Plaintiffs' Motion for Preliminary Injunction ("PI Motion").  Having carefully considered the motion and the papers submitted, and for good cause shown, it is hereby **ORDERED** as follows:

1.   To the extent Defendants rely in part on individual records in the following document categories in opposition to Plaintiffs' Motion for Preliminary Injunction ("PI Motion"), Defendants are hereby ordered to disclose all relevant and related records to Plaintiffs' counsel as follows:

    a.   SFPD citation and arrest records, incident reports, complaints, incident tickets, and dispatch logs related to SFPD's enforcement of anti-camping or anti-lodging laws against specific unhoused individuals or specific encampments, for the period six months prior to and six months following any such individual or aggregated records relied on by Defendants in their opposition to the PI Motion.   The relevant enforcement records include records related to enforcement of the following ordinances:

        i.   Cal. Penal Code § 647(e) (no lodging without permission);

        ii.   Cal. Penal Code § 148(a) (resisting, delaying, or obstructing an officer);

        iii.   Cal. Penal Code §§ 370, 372 (public nuisance);

        iv.   S.F. Police Code §§ 97(b), 168-169 (anti-camping, "sit/lie" ordinances, prohibition on living in passenger vehicles);

        v.   S.F. Park Code §§ 3.12-3.13 (no lodging or sleeping); and

        vi.   S.F. Port Code §§ 2.9-2.10 (no lodging or sleeping);

    b.   Records from HSH databases that detail offers of shelter to specific individuals, including all records related to shelter availability for specific unhoused individuals or specific encampments, for the period six months prior to and six months

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT [PROPOSED ORDER]
RE: EXPEDITED DISCOVERY
CASE NO. 4:22-CV-05502-DMR

1    following any such individual or aggregated records relied on by Defendants in
2    their opposition to the PI Motion; and

3        c.   Records from the databases of participating HSOC agencies related to past
4             interactions with specific unhoused individuals or specific encampments, for the
5             period six months prior to and six months following any such individual or
6             aggregated records relied on by Defendants in their opposition to the PI Motion;
7             and

8    2.   Defendants shall produce all such responsive records to Plaintiffs' counsel by **noon on**
9         **November 17, 2022**.

12   **IT IS SO ORDERED.**

13   Dated: _____November 7, 2022_____



15   HONORABLE DONNA M. RYU
16   UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT [PROPOSED ORDER]
RE: EXPEDITED DISCOVERY
CASE NO. 4:22-CV-05502-DMR