DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
Facsimile:    (415) 554-4699
E-mail:       jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF EMILY COHEN IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  December 22, 2022<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd Floor<br><br>Trial Date:    None set. |

I, Emily Cohen, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am the Deputy Director for Communications & Legislative Affairs at San Francisco's Department of Homelessness and Supportive Housing (HSH). As a Deputy Director at HSH, my duties include managing the department's federal, state and local legislative affairs, public communications, media engagement, and community outreach and engagement.

3. I have worked at HSH since March 2020. Before that, I worked four years in various capacities for the City and County of San Francisco, all focused on homeless services. I received my Masters degree in Urban and Environmental Policy and Planning from Tufts University in 2008. My Master's thesis investigated the implementation of Housing First as a model for homeless service delivery. I received my Bachelor's degree in politics from the University of San Francisco in 2004.

4. HSH launched July 1, 2016, combining homeless-serving programs that had resided in several city departments. HSH's mission is to make homelessness in San Francisco rare, brief, and one-time, through the provision of coordinated, compassionate, and high-quality services. HSH's budget for fiscal year 2022 (July 1, 2022-June 30, 2023) is $672 million. This budget amount does not include the value of other departments' contributions to homeless-serving programs, including the Department of Public Health (DPH), the Department of Public Works, the Department of Emergency Management, the Police Department, and the Fire Department. All of these departments partner with HSH to provide homeless services.

5. One measure of HSH's success is the 15% decrease in unsheltered homelessness between 2019 and 2022, according to the annual Point-in-Time (PIT) homelessness count. The 2019 PIT count identified 8,035 persons experiencing homelessness in San Francisco, of which 5,180 were unsheltered. The 2022 PIT count identified 7,554 people experiencing homelessness, of which 4,397 were unsheltered.

6. During that same period, San Francisco substantially increased its shelter resources. The 2019 HUD Housing Inventory Count identified 3,493 shelter beds in San Francisco, 10,797 beds in permanent supportive housing, and 664 rapid rehousing beds. The 2022 HUD Housing Inventory

Count identified 4,322 shelter beds (a 24% increase), 12,436 beds in permanent supportive housing (a 15% increase), and 1,919 rapid rehousing beds (a 189% increase). Rapid Rehousing is a time-limited subsidy that supports tenants in housing outside of the Homelessness Response System. Tenants live in private-market units and access supportive services, including case management and housing retention assistance. The complete 2019 and 2022 HUD Housing Inventory Count reports are available at https://hsh.sfgov.org/about/research-and-reports/pit-hic/.

7. HSH estimates as many as 20,000 individuals may experience homelessness in San Francisco over the course of a full year. Between January 2019 and January 2022, HSH assisted over 8,000 households to exit homelessness, through permanent supportive housing, rapid rehousing, prevention, and problem solving, including relocation assistance.

8. HSH manages San Francisco's homelessness response system. The core components of the homelessness response system are: (1) street outreach; (2) temporary shelter and crisis intervention; (3) coordinated entry; (4) problem solving; (5) homelessness prevention; (6) supportive housing; and (7) the housing ladder.

9. <u>Street outreach</u>.—San Francisco's Homeless Outreach Team (SFHOT) provides citywide outreach seven days a week, connecting individuals living outside with available and appropriate resources, through outreach, engagement, and case management. SFHOT works collaboratively with DPH's Street Medicine team to address medical and behavioral health needs. During the 2021 fiscal year, SFHOT made 1,652 shelter placements through this general work. In addition, SFHOT made approximately 1,000 placements in coordination with HSOC encampment resolutions.

10. SFHOT is also part of the Street Wellness Response Team. The Street Wellness Response Team was created in 2022, including SFHOT members and community paramedics from the Fire Department. The Street Wellness Response Team provides 24/7 coverage citywide, and it delivers a services-first alternative to law enforcement for 911 calls or 311 calls from the public. In addition, DPH also manages a Street Overdose Response Team and a Street Crisis Response Team, providing alternatives to law enforcement encounters and unnecessary emergency room use.

11. <u>Temporary shelter and crisis intervention</u>.—Shelters provide temporary places for people to stay while accessing other services and looking for housing. HSH's temporary shelter inventory includes navigation centers, transitional housing, cabins, trailers, Shelter-in-Place hotels, other forms of congregate, non-congregate, and semi-congregate shelters, stabilization beds, and safe sleep sites. During the 2021 fiscal year, HSH provided emergency shelter for 7,020 people, transitional housing for 376 people, and crisis interventions for 568 people.

12. In the fall of 2021, HSH opened the Oasis, a non-congregate family shelter with 59 beds. In January 2022, HSH opened the Bayview Vehicle Triage Center with initial capacity for 49 vehicles, which will serve up to 150 vehicles at full capacity. HSH opened the Taimon Booton Navigation Center dedicated to serving transgender and gender non-conforming people. In April 2022, HSH launched a cabin pilot program, providing 70 units of non-congregate shelter. By the end of 2022 HSH plans to open approximately 1,000 shelter beds through a combination of new programs and reopening or expanding programs that had been closed or curtailed during Covid.

13. <u>Coordinated entry</u>.—Coordinated Entry serves as the "front door" for connecting households experiencing homelessness to the resources needed to resolve their housing crisis. During the 2021 fiscal year, HSH's Coordinated Entry program conducted 8,743 assessments, a 24% increase from the previous year.

14. <u>Problem solving</u>.—This program focuses on clients who do not require ongoing support, but who can resolve their homelessness with a timely intervention. This program includes one-time flexible grants that can be used for one-time expenses that will help resolve their homelessness. Examples of possible uses of problem solving grants include vehicle repair, contribute to the household's rent, pay utility bills, buy furniture etc. This program also offers relocation assistance to reconnect clients with support networks they may have outside San Francisco.

15. <u>Homelessness prevention</u>.—HSH operates its Homelessness Prevention Program in partnership with the Mayor's Office of Housing & Community Development. During fiscal year 2021, HSH disbursed $4.7 million to households needing assistance with back rent, future rent, and/or move-in costs. Since May 2021, when HSH implemented SF Emergency Rental Assistance Program, through November 9, 2022, this program has served 1,497 households at risk of homelessness.

16. <u>Supportive housing</u>.—HSH devotes more than half of its annual budget to supportive housing, offering permanent solutions to homelessness. During the 2021 fiscal year, HSH moved 2,057 households into supportive housing and maintained approximately 11,000 households in existing permanent supportive housing. During the 2021 fiscal year, HSH acquired six sites for permanent supportive housing, which will provide 625 additional units with over 1,100 bedrooms. HSH's newest supportive housing project at 1064 Mission Street, next to the James R. Browning Federal Courthouse, offers 256 units of supportive housing, with on-site services and a culinary job training and education program.

17. <u>The housing ladder</u>.—This program offers opportunities for tenants in supportive housing, when appropriate, to move up the "ladder" to subsidized housing using lower levels of support services. When a household transitions to subsidized housing, it opens a supportive housing unit to another client who needs it. In fiscal year 2021, HSH placed 52 households from supportive housing to subsidized housing, and HSH opened the Abigail Hotel on McAllister Street as a new Housing Ladder site.

18. The Covid-19 pandemic prompted significant changes in San Francisco's response to homelessness. To comply with Covid-19 health guidelines, HSH reconfigured its congregate shelters, reducing their capacity by 70%, and opened a new congregate shelter site. The first Shelter-in-Place (SIP) hotel sites opened in April 2020 to provide temporary non-congregate shelter for people experiencing homelessness who were most vulnerable to Covid-19. At its highest capacity, San Francisco's SIP Hotel Program provided 2,288 rooms across 25 sites. HSH opened an SIP trailer site at Pier 94 with a capacity of 116 trailers. Isolation and Quarantine (IQ) sites provided safe places for people with Covid-19 to recover. The City managed as many as 538 IQ hotel rooms and shelter beds. The Safe Sleep Program created tent sites where people could sleep a safe distance apart from each other, off the public sidewalks, with services available. At its peak, the Safe Sleep Program offered 5 tent sites.

19. As the city emerges from Covid-19, HSH is winding down the Shelter-in-Place Hotel program. HSH now maintains 2 SIP hotel sites accommodating approximately 400 guests. HSH will add one of those sites to HSH's permanent supportive housing inventory. HSH will continue to

operate the trailer site at Pier 94 as a long-term program. HSH has closed three of the Safe Sleep Sites and plans to maintain two Safe Sleep sites with a combined capacity for approximately 60 guests.

      I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

      Executed on November 10, 2022, at San Francisco, California.

                                      /s/ Emily Cohen
                                      Emily Cohen