DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4628 (Emery)
               (415) 554-3857 (Wang)
Facsimile:     (415) 554-4699
E-mail:        jim.emery@sfcityatty.org
               edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF DARRYL DILWORTH IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   December 22, 2022<br>Time:           1:00 p.m.<br>Place:          Courtroom 4 – 3rd floor<br><br>Trial Date:     None set. |

I, Darryl Dilworth, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am an operations Supervisor II of the San Francisco Department of Public Works ("SFDPW" or "Public Works"). I am currently the supervisor of the "Hot Spots" Team. I have held this position since May 28, 2022. I also previously held the same position from 2018 to 2019. I have held various other roles since beginning my career with the San Francisco Department of Public Works - Bureau of Street Environmental Services in 1999. The Bureau of Street Environmental Services keeps streets, sidewalks and other public spaces clean with mechanical street sweepers, manual cleaning work crews, graffiti abatement and power washing. From August 2019 to May 2022, I was an Acting Assistant Superintendent of the Bureau of Street Environmental Services, overseeing mechanical street cleaning, graffiti abatement, the night shift manual cleaning work crews, the dispatch center/radio room and special projects, in addition to the Hot Spots Team. From 2012 to 2017, I was an operations Supervisor II, supervising Zone E, which covered Districts 10 and 11 of the City and County of San Francisco (the "City").

3. The general duties/responsibilities of the Hot Spots Team members are to clean in and around homeless encampments in conjunction with the Healthy Streets Operation Center (HSOC) and its participating City agencies; clean illegal dumping sites and hot spots on main corridors; and pick up garbage bags, load/unload debris, and remove litter from City streets, sidewalks and plazas.

4. The role of the Hot Spots Team during HSOC encampment resolutions is primarily to assist participating City agencies grouped with HSOC to remove debris from homeless encampments only after the individuals at the encampment are engaged by other participating City agencies, including the San Francisco Homeless Outreach Team (SFHOT) and Department of Public Health (DPH), offered City services and temporary housing, and provided sufficient time to collect and move their belongings. The Hot Spots team coordinates with other agencies by daily e-mail correspondence provided by the Department of Emergency Management (DEM) Coordinator and/or HSOC Director who provide the date, arrival time and location of the daily operation(s).

5. SFHOT outreach workers are the first to arrive at the selected resolution location at 7 a.m. The Public Works Hot Spots Team is expected to arrive one hour later at 8 a.m. Our crew begins cleaning—removing garbage and debris, disinfecting, and steam cleaning— only after it is given the go-ahead by HSOC. While waiting for the clearance to clean, Public Works crews perform a variety of other street cleaning duties, including disinfecting and steam cleaning sidewalks around the perimeter of the encampment, distributing large black trash bags to individuals in the encampment for them to place their garbage or other unwanted items, clearing catch basins, removing vegetation, topping off and cleaning City litter receptacles, performing vehicle and jobsite inspections, conducting mandatory safety tailgates or going to alternate locations in the vicinity until summoned or called back to the HSOC resolution.

6. When cleaning an encampment, Public Works only removes garbage and discarded debris. Public Works onsite supervisors decide which items must be bag-and-tagged pursuant to Public Works policy. Abandoned garbage consists of trash, garbage, debris, broken furniture and appliances that have been discarded by its owner.  Also removed are items that present an immediate health or safety risk: hazardous sharps, such as needles, scissors and knives; chemicals, such as bleach, paint and oils; items (including bedding and clothing) soiled by infectious or hazardous materials, including human waste, body fluids, mold and mildew, as well as items infested by rodents and insects, such as rats, mice, fleas, lice and bed bugs. If personal belongings are comingled or littered with needles, human waste or other health hazards, Public Works staff may dispose of the entire pile of belongings and are not required to sort through and attempt to remove the health or safety risk. Unsoiled tents are bagged and tagged if the owner is not present.

7. Public Works crews are trained to be polite, courteous and to have compassion when working and interacting with the individuals at the encampment. Public Works crews are trained to rely on other participating City agencies, such as SFHOT outreach workers, to engage individuals in the encampment. Public Works does not set time limits on removals. Any requests for more time to pack personal belongings are offered strictly by HSOC team members, such as SFHOT outreach workers.

8. When items are bag and tagged by Public Works employees, a homeless property information slip is filled out completely; the items are bagged, tagged and brought back to a secured encampment items storage container at the Public Works' Operations Yard at 2323 Cesar Chavez Street. The information of when and where to pick up their items is then provided to the owner of the belongings. If no one is present, a Public Works Notice of Removal of Property slip is filled out with the date, time of removal, location of removal, general description of items removed, the Public Works staff member's name and vehicle number and taped to a pole, wall or SFDPW safety cone in the immediate vicinity of the removal that states where the owner of the bagged and tagged items may retrieve their belongings at the Public Works Operations Yard. The notice also includes the phone number (415-695-2134) for the Radio Room at the Operations Yard, which is staffed 24 hours a day, that people can call when they are ready to retrieve their belongings.

9. The Hot Spots Team also encounters tents and individuals experiencing homelessness during its routine maintenance operations outside of HSOC resolutions. The cleaning crews for the various "Zones" in the City also will encounter tents and homeless individuals during their routine maintenance operations. All encampments of two or more tents encountered by Public Works are referred to HSOC (via the Hot Spots Team). Generally, during routine maintenance, Public Works crews clean around belongings and distribute black trash bags for individuals to place their garbage and unwanted items, which Public Works crews then collect and discard. Public Works crews generally do not remove or move people or tents during routine cleaning unless there are health or safety issues or the public right of way is inaccessible. In such situations, Public Works crews provide individuals sufficient time to collect and move their belongings, give oral notice that unremoved items

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

will be collected, and then bag and tag unremoved belongings and discard items pursuant to Public Works policy as set forth above.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 15, 2022, at San Francisco, California.

                                               */s/ Darryl Dilworth*
                                               Darryl Dilworth