DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
Facsimile:    (415) 554-4699
E-mail:       jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF SAM DODGE IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   December 22, 2022<br>Time:           1:00 p.m.<br>Place:          Courtroom 4 – 3rd Floor<br><br>Trial Date:     None set.<br><br>Attachments:  Exhibits A - B |

I, Sam Dodge, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am the Director of San Francisco's Healthy Streets Operations Center ("HSOC"). I was appointed Director of HSOC in September 2021. As Director of HSOC, my duties include leading an interagency team of seven participating departments to address and resolve complex and unhealthy conditions by focusing on residential placements for people in crisis. HSOC's primary activity is conducting large encampment field operations.

3. Before I was appointed Director of HSOC, I worked at San Francisco's Department of Homelessness and Supportive Housing from April 2021 to September 2021, as Transitional Director and Special Projects Manager. I worked at San Francisco Public Works from November 2017 to April 2021, serving as Homelessness Coordinator. After founding the new Department of Homelessness and Supportive Housing, I served as Deputy Director from August 2016 to October 2017. From November 2015 to July 2016, I served as Director of the Mayor's Office of HOPE, coordinating San Francisco's response to homelessness. From November 2014 to November 2015, I served as Deputy Director for Policy at the Mayor's Office of Housing Opportunity, Partnership & Engagement. From February 2014 to November 2014, I worked as Program Support Analyst for San Francisco's Department of Public Works, focusing on homeless services.

4. For five years, from September 2008 to September 2013, I worked as Associate Staff Analyst for the New York City Department of Homeless Services. In 2011, while in New York, I received a Master's Degree in Public Administration from Columbia University's School of International and Public Affairs.

5. I worked seven years, from June 2000 to February 2007, as Director of Organizing and Outreach for the Tenderloin Housing Clinic in San Francisco. From June 1998 to February 2000, I worked as a labor organizer for the SEIU and the California Nurses Association here in San Francisco.

6. I have devoted my entire professional life for more than two decades to addressing poverty and homelessness.

7. HSOC conducts several homeless encampment resolutions ("HSOC engagement") each week. The goals of an HSOC engagement are to conduct outreach to clients, offer services and housing to clients, remove hazardous or abandoned tents, structures, and vehicles, and clean and secure the site after campers have relocated.

8. An HSOC field team assembled to conduct an HSOC engagement generally consists of 1 community paramedic from the Fire Department who serves as the incident commander, 2-4 homeless outreach workers from the SF Homeless Outreach Team with the Department of Homelessness and Supportive Housing, 1 clinician from the Department of Public Health (morning only), 0-6 police officers, 4-8 street cleaners from Public Works (only 1 one in the afternoon), and 2 parking control officers as needed from the MTA.

9. Each week I circulate to the participating departments a proposed schedule of times and locations for the next week's engagements, including projected shelter needs for each engagement. After consultation with the participating departments, the next week's HSOC engagement schedule is finalized on Wednesday.

10. The HSH guest placement services team receives these projected shelter needs on Wednesday or Thursday, and this projection of anticipated shelter needs informs HSH's shelter allocations during the following week.

11. Attached hereto as **Exhibit A** is a true and correct copy of a schedule of HSOC engagements in 2022. At the January 26, 2022 HSOC resolution on 12th Street, HSOC had sufficient shelter resources for everyone who accepted shelter space that morning.

12. Each Saturday, outreach workers from SFHOT visit each location HSOC has identified for an HSOC engagement the following week, engage all clients there, inform them verbally of the upcoming HSOC engagement, assess clients for housing and interest in shelter or services, and post written notices on tents, utility posts and walls, with the date and time of the upcoming HSOC engagement. Attached hereto as **Exhibit B** is a true and correct copy of the English language version of the written notice posted on-site for an upcoming HSOC engagement. Notice is also printed in Spanish, Chinese, and Tagalog.

13. Between 24 hours and 72 hours before each HSOC engagement, members of the Felton Engagement Specialist Team (FEST) visit the location, engage everyone on-site to assess their health and interest in any treatment or other services, and again remind people of the upcoming HSOC engagement.

14. San Francisco's Department of Public Health contracts with the Felton Institute to provide the FEST team. The Felton Institute, formerly the Family Service Agency of San Francisco, has been providing social services since 1889. FEST is comprised of Engagement Specialists who are skilled outreach workers. Engagement Specialists provide outreach and service linkage to support clients by addressing any combination of substance use, mental health, and physical health needs. The team also strives to secure temporary or permanent housing and promotes wellness, recovery, and safety for eligible clients. The collaboration focuses on unhoused or insecurely housed populations, providing community engagement, service linkage and relationship-building assistance to San Franciscans.

15. On the morning of an HSOC engagement, the HSOC field team meets at 7:00am. The incident commander (IC) conducts a briefing. Parking control officers then block off the street, and police officers position themselves to provide safety and security for city employees, for the individuals at the encampment, and for any bystanders. By 7:30am, homeless outreach workers begin engaging with clients and offering shelter. If the outreach workers identify specific shelter requests or needs, the outreach workers communicate those special requests or needs to HSH guest placement through the HSH-HSOC liaison or clinical coordinator. HSOC field team outreach workers use a services-first approach that is rooted in trauma-informed care and harm reduction when they engage with clients. DPH and/or the IC also engage with clients to offer medical care or shelter. The IC assesses any clients with medical needs to determine the appropriate response. DPH staff engage clients with behavioral health needs and determine the appropriate response, which may be a treatment bed, 5150, or flagging the client for follow-up. HSH staff engage clients in on-site problem solving, such as a ticket home to help a client reconnect with an existing support system outside San Francisco, or arranging for a mobile mechanic for a vehicle in need of repair. When a situation is not resolved

on-site, the client is referred to the district SFHOT team or DPH street medicine workers for ongoing follow-up assistance.

16. DPH, the incident commander, and SFHOT outreach workers also ensure all staff and clients have masks and personal protective equipment.  They also ask clients about possible COVID symptoms and offer COVID vaccines.

17. If a client indicates they want shelter, the HSH staff confirm the individual is not already housed or sheltered in a City-supported program.  A person who is not already housed is matched with a placement.  The HSOC operations group receives a text from HSH around 8:00am with a pre-allocation of available shelter resources.  Even before this pre-allocation, field staff communicate to HSH any special shelter requests or needs the field staff have identified.  Based on this pre-allocation, field staff match clients interested in shelter with an appropriate placement.  HSH confirms shelter availability at 9:30am, and field staff resolve with HSH any mismatch between shelter availability and client needs.  Field staff will continue to advocate for special requests and needs that are not reflected in HSH's 9:30am shelter availability list.  Field staff request transportation, which begins around 9:30am.

18. When a client declines to engage with the outreach worker or refuses housing, they are given time to pack and leave the area so the area can be cleaned.  If adequate sheltering alternatives are not available, clients are not asked to relocate unless an immediate health or safety issue requires relocation.  Clients are informed of San Francisco's safe sleeping guidance, including requirements: to keep neighboring tents at least 3 feet apart; to maintain at least 6 feet clear space in front of doors, windows, building entrances, transit stops, public restrooms, and bike stands; to maintain at least 5 feet clear space from fire hydrants and fire escapes; maintain a minimum 4 foot-wide pedestrian path of travel on sidewalks; and keep all driveways, medians, and roadways clear.

19. If a member of the HSOC field team observes criminal activity, the team member informs a police officer on-site, who then develops a plan of action with the IC, contacting the sergeant or lieutenant as needed.  If there are multiple bicycles or bike parts, a supervisor from DPW directs the next steps.

20. The DPW supervisor is scheduled to arrive by 9:00am and then advise the street cleaning crew when to arrive. Typically, between 9:30am and 10:00am, DPW staff begin cleaning the area, disposing of abandoned property, bagging and tagging, and cleaning the streets. DPW may also post signs identifying the area as a "no lodging zone," and may install barriers as appropriate.

21. The HSOC field team generally starts wrapping up the morning shift at 11:00am. The team reassembles at 1:00pm, usually at the same location. If the team goes to a different location in the afternoon, it is typically a smaller site, in light of the reduced HSOC staffing available in the afternoon. The team starts wrapping up in the afternoon around 3:00pm.

22. I conduct a daily check-in meeting with staff from DPH and HSH and all participating departments. At this meeting, we track progress resolving challenging issues with clients or locations we encountered during previous HSOC engagements, talk about previous HSOC efforts, and discuss coming engagements, and confirm staffing, resources, and coverage. The focus is on getting these individuals indoors and assisting all departments to resolve issues with a trauma-informed and housing focused approach.

23. I am in constant contact with the entire HSOC team all day from 6am to the end, which typically can be as late as 5pm. My goal is to visit each encampment resolution while it is underway. In a typical week, I visit 3 different encampment resolutions. I substitute as Incident Commander if there is a staffing shortage at SFFD, and I have led the team many times all day. I am intimately aware of the HSOC team's work.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 14, 2022, at San Francisco, California.

                                                          /s/Samuel Dodge
                                                          Samuel Dodge