**EXHIBIT A**

**TO**

**DECLARATION OF SAM DODGE IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Coalition on Homelessness et al v. City and County of San Francisco et al
4:22-cv-05502-DMR
2022 Schedule of HSOC Encampment Resolutions

| Location | Date | Shift |
|---|---|---|
| Tenderloin | 01/03/22 | Both |
| 5th/Berry | 01/04/22 | Both |
| 300 block of Hyde | 01/05/22 | Both |
| Division/South Can Ness | 01/06/22 | Morning |
| 16th/Pond | 01/07/22 | Both |
| Olive between Polk/Van Ness | 01/10/22 | Both |
| Myrtle between Larkin/Polk | 01/10/22 | Both |
| 12th street between Market/Van Ness | 01/11/22 | Morning |
| Iowa between 22nd/21st | 01/11/22 | Morning |
| McKinnon/Upton | 01/11/22 | Afternoon |
| 100 Block of Russ | 01/12/22 | Both |
| 600 block of Minna | 01/13/22 | Morning |
| Larkin/Grove | 01/18/22 | Morning |
| Hemlock between Larkin/Polk | 01/19/22 | Morning |
| Dore/Brennan | 01/20/22 | Morning |
| 26th/South Van Ness | 01/20/22 | Afternoon |
| 26th/Valencia as well as 26th/San Jose | 01/21/22 | Both |
| 4th/Bryant | 01/25/22 | Morning |
| Harriet/Harrison | 01/25/22 | Afternoon |
| 5th/Bryant on ramp | 01/25/22 | Afternoon |
| 12th street between Market/Van Ness | 01/26/22 | Morning |
| Scott/Grove | 01/26/22 | Afternoon |
| Market and Collingwood | 01/27/22 | Afternoon |
| Mission and laskie | 01/28/22 | Morning |
| 13th and mission | 01/31/22 | Morning |
| Mission and 13th | 01/31/22 | Afternoon |
| 26th and duboce | 01/31/22 | Afternoon |
| 13th/mission | 02/01/22 | Afternoon |
| Folsom/13th | 02/01/22 | Morning |
| Shotwell/18th and 16th/Harrison | 02/02/22 | Both |
| 16th/Harrison | 02/03/22 | Afternoon |
| Russ/howard | 02/03/22 | Morning |
| Cedar/Polk | 02/07/22 | Afternoon |
| Myrtle and Polk | 02/07/22 | Morning |
| 400 block of Leavenworth | 02/08/22 | Afternoon |
| Mission/13th | 02/08/22 | Morning |
| Hampshire/Caesar Chavez | 02/09/22 | Afternoon |
| Alameda/treat | 02/09/22 | Morning |
| 16th/capp | 02/10/22 | Afternoon |
| Florida/division/treat | 02/10/22 | Morning |
| Golden gate and Gough | 02/11/22 | Morning |
| Myrtle/Polk | 02/14/22 | Afternoon |

Coalition on Homelessness et al v. City and County of San Francisco et al
4:22-cv-05502-DMR
2022 Schedule of HSOC Encampment Resolutions

| Location | Date | Shift |
|---|---|---|
| Cedar/Polk | 02/14/22 | Morning |
| Harrison/oak grove | 02/15/22 | Afternoon |
| Harrison/merlin | 02/15/22 | Morning |
| Mission/Otis | 02/16/22 | Afternoon |
| Willow/Franklin | 02/16/22 | Morning |
| 4th/still well | 02/17/22 | Afternoon |
| Quint/Custer | 02/17/22 | Morning |
| 13th/Bryant | 02/18/22 | Afternoon |
| Embarcadero/ Washington | 02/18/22 | Morning |
| Harrison between Harriet and 7th | 02/22/22 | Morning |
| Russ between minna and natoma | 02/22/22 | Afternoon |
| Olive between Van Ness and Polk | 02/23/22 | Morning |
| Olive between Van Ness and polk | 02/23/22 | Afternoon |
| Russ between Howard and minna | 02/24/22 | Morning |
| McAllister and franklin | 02/24/22 | Afternoon |
| Shotwell between 14th and 17th | 02/25/22 | Morning |
| 25th and Shotwell | 02/25/22 | Afternoon |
| Jules between mission and Valencia | 02/28/22 | Morning |
| 25th and Shotwell | 02/28/22 | Afternoon |
| Minna between 7th and 8th | 03/01/22 | Morning |
| Buchanan and page | 03/01/22 | Afternoon |
| Grove and larkin | 03/02/22 | Afternoon |
| Laskie at Mission | 03/03/22 | Morning |
| Caledonia between 15 th and 16th | 03/03/22 | Afternoon |
| Cedar/Larkin | 03/04/22 | Morning |
| Cedar/Larkin | 03/04/22 | Afternoon |
| 13th/mission | 03/07/22 | Morning |
| 13th/mission | 03/07/22 | Afternoon |
| McAllister between Franklin and Gough | 03/08/22 | Morning |
| 26th and Shotwell | 03/08/22 | Afternoon |
| McAllister and Franklin | 03/09/22 | Morning |
| Myrtle at Larkin | 03/09/22 | Afternoon |
| Vermont and division | 03/10/22 | Morning |
| Cedar and Polk/Larkin | 03/10/22 | Afternoon |
| 1st and clementina | 03/11/22 | Morning |
| Cedar between Larkin and Polk | 03/11/22 | Afternoon |
| Merlin Nd Morris between Harrison and Bryant | 03/14/22 | Morning |
| Fern between Larkin and polk | 03/14/22 | Afternoon |
| 12th and market | 03/15/22 | Morning |
| Fern and Polk | 03/15/22 | Afternoon |
| Oak grove between Harrison and Bryant | 03/16/22 | Morning |
| Elgin park | 03/16/22 | Afternoon |

Coalition on Homelessness et al v. City and County of San Francisco et al
4:22-cv-05502-DMR
2022 Schedule of HSOC Encampment Resolutions

| Location | Date | Shift |
|---|---|---|
| Shotwell from 16th to 19th | 03/17/22 | Morning |
| 15th and utah | 03/17/22 | Afternoon |
| 25th st between Capp and SVN | 03/18/22 | Morning |
| 25th and capp | 03/19/22 | Afternoon |
| Fern and hemlock from Larkin to Van Ness | 03/21/22 | Morning |
| Franklin and ofarrell | 03/21/22 | Afternoon |
| Eddy and Franklin | 03/22/22 | Morning |
| 185 6th st | 03/22/22 | Morning |
| Illinois from 24th to 20th | 03/23/22 | Morning |
| Illinois between 21st and 20th | 03/23/22 | Afternoon |
| 15th and folsom | 03/24/22 | Morning |
| Alameda and Bryant | 03/24/22 | Afternoon |
| Locatio | 03/28/22 | Morning |
| Location: McAllister x Franklin | 03/28/22 | Afternoon |
| Location: Gough between Turk x Golden Gate | 03/28/22 | Afternoon |
| Location: Harrison x Harriet x 6th-7th | 03/29/22 | Morning |
| Location: 4th x Stillman | 03/29/22 | Afternoon |
| Location: | 03/29/22 | Afternoon |
| Willow between Franklin and Van ness | 04/04/22 | Morning |
| Geary and Buchanan | 04/04/22 | Afternoon |
| Treat Florida | 04/05/22 | Morning |
| 26th and bartlett | 04/05/22 | Afternoon |
| McKinnon/ upton | 04/06/22 | Morning |
| 26/Shotwell | 04/06/22 | Afternoon |
| 18th/Collingwood | 04/07/22 | Morning |
| 25th/Capp | 04/07/22 | Afternoon |
| 18th and Harrison | 04/08/22 | Morning |
| 200 block of noe | 04/08/22 | Afternoon |
| 13th and Harrison | 04/11/22 | Morning |
| 13th /Harrison to Folsom | 04/11/22 | Afternoon |
| Geary/divisadero | 04/12/22 | Morning |
| Larch/ Van ness | 04/12/22 | Afternoon |
| Thomas st between Griffith & Hawes | 04/13/22 | Morning |
| Geary between steiner and scott | 04/13/22 | Afternoon |
| Shotwell between 19th and 16th | 04/14/22 | Morning |
| 13th and Bernice also 11th and Harrison | 04/14/22 | Afternoon |
| 25th St/Capp St and 26th St/Osage St | 04/15/22 | Morning |
| Folsom St 18th and 19th st | 04/15/22 | Afternoon |
| 13th between Harrison and Folsom | 04/18/22 | Morning |
| 18th and Harrison.  18th and Folsom | 04/18/22 | Afternoon |
| Larch between Van Ness and Franklin. Turk. Redwood | 04/19/22 | Morning |

Coalition on Homelessness et al v. City and County of San Francisco et al
4:22-cv-05502-DMR
2022 Schedule of HSOC Encampment Resolutions

| Location | Date | Shift |
|---|---|---|
| Golden gate between Laguna and Gough | 04/19/22 | Afternoon |
| Cesar Chavez. 280 Freeway to 3rd | 04/20/22 | Morning |
| Geary and Webster. Webster and ellis | 04/20/22 | Afternoon |
| Harrison between 6th and 7th | 04/21/22 | Morning |
| Morris St | 04/21/22 | Afternoon |
| Dore street between Bryant and Brennan | 04/22/22 | Morning |
| Division/ Potrero | 04/22/22 | Afternoon |
| Larch. Golden Gate. Laguna to franklin | 04/25/22 | Morning |
| Fern between Larkin and polk | 04/25/22 | Afternoon |
| Treat 17 to 18th. 18th and Folsom | 04/26/22 | Morning |
| 12th St. Market to South Van Ness | 04/26/22 | Afternoon |
| Loomis and Barneveld | 04/27/22 | Morning |
| Geary and Webster | 04/27/22 | Afternoon |
| Harriet and Howard | 04/28/22 | Morning |
| San Bruno and 15th | 04/29/22 | Morning |
| hemlock. Van Ness to larkin | 05/02/22 | Morning |
| Laskie and mission. 12th and south van ness | 05/02/22 | Afternoon |
| Julian. 16th to 14th. | 05/03/22 | Morning |
| McKinnon and Upton | 05/04/22 | Morning |
| 25th/Capp & 20th/Capp | 05/06/22 | Morning |
| Parking lot across from 333 9th Ave | 05/06/22 | Afternoon |
| Redwood and Franklin. Larch Alley | 05/09/22 | Morning |
| 23rd and Iowa | 05/09/22 | Afternoon |
| 24th and Tennessee, 23rd and Pennsylvania | 05/11/22 | Morning |
| 25th and Capp | 05/11/22 | Afternoon |
| 17th and Hampshire. | 05/12/22 | Morning |
| 25th and Capp | 05/12/22 | Afternoon |
| Harrison x 13th | 05/13/22 | Morning |
| Division x s. Van Ness | 05/13/22 | Afternoon |
| 13th and mission freeway off-ramp. | 05/16/22 | Morning |
| Octavia and Waller | 05/16/22 | Afternoon |
| Mariposa and Florida. To 18th and harrison | 05/17/22 | Morning |
| Harrison 18th to 19th. | 05/17/22 | Afternoon |
| Snakepit | 05/18/22 | Morning |
| Snakepit | 05/18/22 | Afternoon |
| Shotwell 16th to 19th | 05/19/22 | Morning |
| 12th and south Van ness | 05/19/22 | Afternoon |
| Harrison Harriet and Ahern | 05/20/22 | Morning |
| McCoppin and Valencia. McCoppin Hub | 05/20/22 | Afternoon |
| Fern. Hemlock. Van Ness to Larkin for both. | 05/23/22 | Morning |
| Castro Hot spots | 05/24/22 | Morning |
| San Bruno and 17th. Mariposa and Pennsylvania | 05/24/22 | Afternoon |

Coalition on Homelessness et al v. City and County of San Francisco et al
4:22-cv-05502-DMR
2022 Schedule of HSOC Encampment Resolutions

| Location | Date | Shift |
|---|---|---|
| Harrison 18th to 23rd. 19th Harrison to Folsom. Folsom 19th to 18th | 05/26/22 | Morning |
| 13th from 11th to Isis | 05/27/22 | Morning |
| 13th between Harrison and Bryant | 05/27/22 | Afternoon |
| Redwood and Franklin and fern at Larkin | 05/31/22 | Morning |
| Turk between South Van Ness and Franklin | 05/31/22 | Afternoon |
| Trumbull and Congdon | 06/01/22 | Afternoon |
| Stillman and 4th Street | 06/02/22 | Morning |
| Don chee way and Embarcadero | 06/02/22 | Afternoon |
| Howard and Russ | 06/03/22 | Morning |
| Howard and Russ | 06/03/22 | Afternoon |
| Golden Gate between Laguna and Gough | 06/06/22 | Morning |
| McAllister and Gough | 06/06/22 | Afternoon |
| 25th and Capp | 06/07/22 | Morning |
| 12th and Kissling | 06/07/22 | Afternoon |
| Florida and Treat | 06/08/22 | Morning |
| 36th and Shotwell | 06/08/22 | Afternoon |
| Shotwell between 18th and 19th | 06/09/22 | Morning |
| 6th and Jessie | 06/09/22 | Afternoon |
| 13th st/ duboce off-ramp and Woodward between 23th an 14th | 06/10/22 | Morning |
| Woodward between 13th and 14th | 06/10/22 | Afternoon |
| Larch between VN and franklin | 06/13/22 | Morning |
| Redwood and franklin | 06/13/22 | Afternoon |
| 4th/Stillman | 06/14/22 | Morning |
| Myrtle/Polk | 06/14/22 | Afternoon |
| San Bruno/alameda | 06/15/22 | Morning |
| 14th/Stevenson | 06/15/22 | Afternoon |
| Hemlock and cedar between Polk and Larkin | 06/16/22 | Morning |
| Cedar between Polk and larkin | 06/16/22 | Afternoon |
| Embarcadero and Washington | 06/17/22 | Afternoon |
| Masonic and geary | 06/17/22 | Morning |
| Embarcadero and Washington | 06/21/22 | Morning |
| Elgin park | 06/21/22 | Afternoon |
| Redwood and franklin | 06/22/22 | Morning |
| Geary and Steiner | 06/22/22 | Afternoon |
| 13th/Folsom | 06/23/22 | Morning |
| 12th/market | 06/24/22 | Morning |
| 6th/Natoma | 06/24/22 | Afternoon |
| Fern and hemlock between Polk and Van ness | 06/27/22 | Morning |
| 12th and Kissling | 06/27/22 | Afternoon |

Coalition on Homelessness et al v. City and County of San Francisco et al
4:22-cv-05502-DMR
2022 Schedule of HSOC Encampment Resolutions

| Location | Date | Shift |
|---|---|---|
| Treat/ Mariposa and Harrison between 18th and 19th | 06/28/22 | Morning |
| 20th/Capp st | 06/28/22 | Afternoon |
| Caesar Chavez and Pennsylvania | 06/29/22 | Morning |
| 100 block of Morris | 06/29/22 | Afternoon |
| 13th/Folsom | 06/30/22 | Afternoon |
| 13th/Harrison | 06/30/22 | Morning |
| Brook and Mission | 06/30/22 | Afternoon |
| 15th and Julian | 07/01/22 | Morning |
| McAllister and Franklin | 07/05/22 | Morning |
| Natoma and 6th | 07/05/22 | Afternoon |
| 23rd and Iowa | 07/06/22 | Morning |
| Fern between Polk and larkin | 07/06/22 | Afternoon |
| Mission and Laskie | 07/07/22 | Morning |
| Mission and Washburn | 07/07/22 | Afternoon |
| Dore and Bryant | 07/08/22 | Morning |
| Golden gate and laguna | 07/08/22 | Afternoon |
| 25th/Capp | 07/11/22 | Morning |
| 21st/Shotwell | 07/11/22 | Afternoon |
| 750 golden gate | 07/12/22 | Morning |
| 4th/Stillman | 07/12/22 | Afternoon |
| Carrol at ingalls | 07/13/22 | Morning |
| Carrol at ingalls | 07/13/22 | Afternoon |
| 12th/market | 07/14/22 | Morning |
| 16th/Shotwell | 07/15/22 | Morning |
| 16th/Folsom | 07/15/22 | Afternoon |
| 13th from Bryant to Folsom | 07/18/22 | Morning |
| 17th and San Bruno to Vermont and 16th | 07/18/22 | Afternoon |
| Geary and Masonic | 07/19/22 | Morning |
| Newcomb and quint | 07/19/22 | Afternoon |
| Golden gate and Laguna to franklin | 07/20/22 | Morning |
| Golden gate and franklin | 07/20/22 | Afternoon |
| King Street Extension | 07/21/22 | Morning |
| Fulton between Franklin and Gough | 07/21/22 | Afternoon |
| 16th and market. and surround areas in the Castro. | 07/22/22 | Morning |
| 13th and Mission | 07/22/22 | Afternoon |
| 15th/Julian to Woodward | 07/25/22 | Morning |
| 15th/Julian to Woodward | 07/25/22 | Afternoon |
| Fern and hemlock between Polk and larkin | 07/26/22 | Morning |
| Golden gate between Franklin and Gough | 07/26/22 | Afternoon |
| Quint and newcomb | 07/27/22 | Morning |

Coalition on Homelessness et al v. City and County of San Francisco et al
4:22-cv-05502-DMR
2022 Schedule of HSOC Encampment Resolutions

| Location | Date | Shift |
|---|---|---|
| Sutter and Polk | 07/27/22 | Afternoon |
| Carrol and ingalls | 07/28/22 | Morning |
| Shannon and O'Farrell | 07/28/22 | Afternoon |
| Myrtle between Polk and larkin | 07/29/22 | Morning |
| Myrtle at polk | 07/29/22 | Afternoon |
| Redwood and franklin | 08/01/22 | Morning |
| Franklin and Mccallister | 08/01/22 | Afternoon |
| 18th and Bryant | 08/02/22 | Afternoon |
| Bryant and 15th | 08/03/22 | Morning |
| Mariposa and Florida | 08/03/22 | Afternoon |
| Shotwell 18th to 19th | 08/04/22 | Morning |
| Golden gate and franklin | 08/04/22 | Afternoon |
| 4th/Stillman | 08/05/22 | Morning |
| 19th and Harrison to minstrel | 08/08/22 | Morning |
| 8th/ Harrison offramp | 08/08/22 | Afternoon |
| Great highway and Lincoln to Judah | 08/09/22 | Morning |
| Tennessee between 23rd and 25th | 08/10/22 | Morning |
| 16th/Capp | 08/10/22 | Afternoon |
| Geary/Masonic | 08/11/22 | Morning |
| 19th/mistral | 08/11/22 | Afternoon |
| Ofarrel between svn and franklin | 08/12/22 | Morning |
| 17th/alabama | 08/12/22 | Afternoon |
| 23rd and Folsom | 08/15/22 | Morning |
| Cesar Chavez and south van ness | 08/15/22 | Afternoon |
| 26th and Shotwell | 08/16/22 | Afternoon |
| Russ and Howard | 08/16/22 | Morning |
| Shotwell and Folsom between 18th and 19th | 08/17/22 | Morning |
| Mccallister/Franklin | 08/17/22 | Afternoon |
| Turk and larch between Van Ness and franklin | 08/18/22 | Morning |
| Vermont between15th and 16th | 08/18/22 | Afternoon |
| Fern and hemlock between Larkin and Van ness | 08/19/22 | Morning |
| Redwood/elm/ Franklin | 08/22/22 | Morning |
| Embarcadero at Washington | 08/23/22 | Morning |
| 5th/Bryant | 08/23/22 | Afternoon |
| 13th from Bryant to Folsom | 08/24/22 | Morning |
| Turk/franklin | 08/24/22 | Afternoon |
| Division and Vermont | 08/25/22 | Morning |
| California and polk | 08/25/22 | Afternoon |
| Marin and Evans | 08/26/22 | Morning |
| Ellis/Franklin and Willow/Polk | 08/29/22 | Morning |
| 12th/kissling | 08/30/22 | Morning |
| San Bruno from division to 18th | 08/31/22 | Morning |

Coalition on Homelessness et al v. City and County of San Francisco et al
4:22-cv-05502-DMR
2022 Schedule of HSOC Encampment Resolutions

| Location | Date | Shift |
|---|---|---|
| Bernice and 13th | 09/01/22 | Morning |
| Myrtle and Polk | 09/01/22 | Afternoon |
| Geary and Masonic | 09/02/22 | Morning |
| McAllister and Franklin | 09/02/22 | Afternoon |
| Treat and Alameda | 09/06/22 | Morning |
| Michigan between 24th and 25th | 09/07/22 | Afternoon |
| McKinnon between Jerrold and Toland | 09/08/22 | Morning |
| Caesar Chavez and Valencia | 09/08/22 | Afternoon |
| 17th/Floruda | 09/09/22 | Morning |
| Stevenson/14th | 09/09/22 | Afternoon |
| Fern and hemlock from Larkin to Van Ness | 09/12/22 | Morning |
| 16th/mission | 09/12/22 | Afternoon |
| Quint/Custer | 09/13/22 | Morning |
| Toland and McKinnon | 09/13/22 | Afternoon |
| Market/12th | 09/14/22 | Morning |
| 12th/market | 09/15/22 | morning |
| 26th/capp | 09/15/22 | Afternoon |
| 19th/Harrison | 09/16/22 | Morning |
| Redwood, elm Mccallister Fulton between Franklin and Gough | 09/19/22 | Morning |
| 13th from Bryant to Folsom | 09/20/22 | Morning |
| 12th/kissling | 09/20/22 | Afternoon |
| Woodward and Stevenson between 13th and 14th | 09/21/22 | Morning |
| Woodward and Stevenson between 13th and 14th | 09/21/22 | Afternoon |
| Great highway from Lincoln to Judah | 09/22/22 | Morning |
| 37th and Lincoln | 09/22/22 | Afternoon |
| 13th between Folsom and south Van ness | 09/23/22 | Morning |
| Willow between Polk and Van ness | 09/26/22 | Morning |
| 5th and Harrison | 09/26/22 | Afternoon |
| Bryant. 15th to Division. Left to Harrison | 09/27/22 | Morning |
| Napoleon and Jerrold | 09/27/22 | Afternoon |
| King and Berry | 09/28/22 | Morning |
| Fell and central | 09/28/22 | Afternoon |
| 13th and Bernice | 09/29/22 | Morning |
| 8th between Bryant and brannon | 09/29/22 | Afternoon |
| Jerrold and Barneveld | 09/30/22 | Morning |
| Illinois between 21st and 22nd. | 09/30/22 | Afternoon |