**EXHIBIT B**

**TO**

**DECLARATION OF SAM DODGE IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# The City & County of San Francisco will be resolving the encampment listed below on the following date:

**Once the encampment has been resolved, please do not return to this area.**

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco



## Substance use or behavioral health concerns

- **Treatment Access Program (TAP)**
  1380 Howard St. and the hours M-F 8am-5pm
  (800) 750-2727

- **Health Right 360 (detox program)**
  1563 Mission Street
  Arrive at 8am

## Housing assessments

### ADULTS

- **Adult Access Point Partnership**
  2111 Jennings Street (at Van Dyke)
  San Francisco, CA 94124
  415-487-3300 x7000

- **Adult Access Point Partnership**
  1138 Howard St
  San Francisco, CA 94103
  415-487-3300 x7000

- **Adult Access Point Partnership**
  123 10th Street (at Mission)
  San Francisco, CA 94103
  415-487-3300 x7000

### FAMILIES

- **Central city (phone only):**
  415-644-0504

- **Bayview Access Point**
  1641 LaSalle Avenue
  San Francisco, CA 94124
  415-430-6320

- **The Mission Access Point**
  2871 Mission Street
  San Francisco, CA 94110
  415-972-1281

### YOUTH

- **Larkin Street Engagement and Community Center (age 18-24)**
  134 Golden Gate Ave
  San Francisco, CA 94102
  415-673-0911

- **Huckleberry Youth Programs (phone only):** 415-535-0884

- **LYRIC (phone only):** 415-696-4191

- **3rd Street Youth Center and Clinic (phone only):** 510-936-1324

- **Homeless Youth Alliance (phone only):**
  415-318-6384

**City & County of San Francisco**

