DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
Facsimile:    (415) 554-4699
E-mail:       jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>　　　　Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF CHARLES HARDIMAN IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:　December 22, 2022<br>Time:　　　　　1:00 p.m.<br>Place:　　　　 Courtroom 4 – 3rd Floor<br><br>Trial Date:　　 None set. |

I, Charles Hardiman, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am currently employed within the Community Paramedicine division of the San Francisco Fire Department ("SFFD") and serve as the Healthy Streets Operations Center ("HSOC") Incident Commander. I have held the role of HSOC Incident Commander since January 2022. I have been a firefighter and paramedic since 1995. I have worked for the San Francisco Fire Department ("SFFD") since 2000. The SFFD Community Paramedicine division provides proactive, compassionate, and respectful care that connects people to appropriate resources for their medical, mental health, and social needs. The SFFD's Community Paramedicine programs help navigate an often-confusing array of services for those not experienced in obtaining care, including connecting people to housing, primary and mental health care, detox services, and pre-hospital treatment plans.

3. The primary role of the Incident Commander is to coordinate between the various agencies that staff an HSOC encampment resolution to facilitate the resolution, and monitor field operations for safety and triaging 911-resource activations within designated operational areas. The Incident Commander acts as a single point of contact between the various agencies, as well as between the HSOC field team and HSOC leadership, during an HSOC encampment resolution.

4. For example, the Incident Commander facilitates communication between the Encampment Resolution Team (ERT) and the San Francisco Department of Public Works (DPW) about the status of the individuals in the encampment, including who is accepting shelter, who has left the encampment, who requested which items left behind be bag and tagged, which tents are occupied and by whom, and who needs more time to pack up their belongings. As the Incident Commander, I help ensure that we conduct outreach before any cleaning operations in the encampment, that we place as many people in shelter as we can, and that no ones' property is improperly discarded inadvertently.

5. As the Incident Commander, I will also engage clients at the encampment to assess them for medical needs, when necessary, to determine the appropriate response, assist outreach

/ / /

/ / /

HARDIMAN DECL                                                               2
CASE NO. 4:22-cv-05502-DMR

workers efforts to place clients in shelter, and help explain to client the timeframe and process of the HSOC encampment resolution.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 14, 2022, at San Francisco, California.

*/s/ Charles Hardiman*
Charles Hardiman