DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
Facsimile:    (415) 554-4699
E-mail:       jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF ALLISON HORKY IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   December 22, 2022<br>Time:           1:00 p.m.<br>Place:          Courtroom 4 – 3rd Floor<br><br>Trial Date:     None set. |

I, Allison Horky, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am a licensed clinical social worker and Senior Behavioral Health Clinician at San Francisco's Department of Public Health (DPH). I have held this position since March 2020. As Senior Behavioral Health Clinician, my job responsibilities include managing outreach to individuals experiencing homelessness with behavioral health needs, complex care coordination, and clinical supervision.

3. Before I joined DPH in March 2020, I worked over three years, since January 2017, as a social worker on San Francisco's Homeless Outreach Team (SFHOT), within the Department of Homelessness and Supportive Housing (HSH). In that role, I supervised the case management team, performed outreach to individuals experiencing homelessness with high clinical needs, provided clinical supervision directly to case managers, and advised on treatment plans.

4. Before joining the City in January 2017, I worked more than three years (beginning September 2013) as a social work case manager for Westside Community Services, a community-based mental health agency that has been serving San Franciscans for 50 years. At Westside Community Services, I provided case management to 40 HIV+ clients on a multidisciplinary team with the goal of keeping our clients out of the hospital and independent as possible. I provided client-centered, empowerment model interventions to assist clients in addressing issues of housing, mental health, substance abuse, benefits/insurance and food access.

5. I worked as a medical case manager at AIDS Project of the East Bay, for 15 months, from June 2012 through August 2013. APEB provides comprehensive sexual health education, testing, and treatment services, while continuing to provide enhanced specialty services for people living with HIV in Alameda County. At APEB, I maintained a caseload of 100 clients living with HIV, connecting my clients to resources for housing, medical care, substance abuse and food.

6. I received my Master's degree in social work from the University of Michigan in 2011. I received my Bachelor's degree in sociology from the University of Michigan in 2009. I have spent

my entire professional career, spanning more than a decade, serving low income and homeless clients with complex medical, social, and behavioral needs.

7. I and my team participate in HSOC encampment resolutions each day, and we have been regularly attending HSOC resolutions since March 2021. I typically attend HSOC encampment resolutions one or two times per week. At HSOC encampment resolutions, the services provided by me and my team include: (a) assisting with de-escalation, crisis management, 5150 assessments; (b) engaging all clients with reported or observed behavioral health symptoms; (c) assessing clients for interest in services and determining appropriate referrals; and (d) completing referrals and linkage. DPH offers linkage to DPH services to any client who accepts a shelter placement.

8. After each HSOC resolution, I and my team plan for any follow up care that might be needed. I conduct weekly HSOC case conferences to which to which clinical staff involved with HSOC are invited. At the HSOC case conference, participants discuss high risk unsheltered clients. If the client has known a health care provider, the team offers assistance for the client's treatment plan. If the client has no current health care provider, we develop an engagement and treatment plan. The focus of these case conferences includes health concerns and medical symptoms, mental health symptoms that are worrisome or pose risk to the community or the client themselves, and substance use behavior.

9. DPH provides the Incident Commander at each HSOC resolution a consistent supply of naloxone, to reverse overdoses and ensures members of the HSOC field team are trained in administering naloxone.

10. DPH contracts with the Felton Institute to provide the Felton Engagement Specialist Team (FEST). The Felton Institute, formerly the Family Service Agency of San Francisco, has been providing social services since 1889. FEST is comprised of Engagement Specialists who are skilled outreach workers. Engagement Specialists provide outreach and service linkage to support clients by addressing any combination of substance use, mental health, and physical health needs. The team also strives to secure temporary or permanent housing and promotes wellness, recovery, and safety for eligible clients. The collaboration focuses on unhoused or insecurely housed populations, providing community engagement, service linkage and relationship-building assistance to San Franciscans

11. Between 24 hours and 72 hours before each HSOC engagement, FEST members visit the location, engage everyone on-site to assess their health and interest in any treatment or other services, and reminds people of the upcoming HSOC engagement. The Fest Engagement Specialists report to me and my team in advance of each HSOC encampment resolution about behavioral needs the FEST team has identified among people at the encampment. This advance report from the FEST team ensures the DPH is equipped to provide behavioral health resources matching the needs of the clients at the site.

12. DPH Behavioral Health clinicians, SFHOT and FEST are trained to utilize Motivational interviewing to engage clients in harm reduction-based conversations about a variety of behaviors and topics, such as substance use, cleanliness, accessing medical and mental health care, and housing. These types of conversations are a resource that can be provided to clients.

13. Additional Covid precautions were in place during 2020 and 2021 in connection with HSOC encampment resolutions. As part of its pre-resolution assessment, the FEST team would screen clients for Covid symptoms, consult with DPH nurses for any reported symptoms, and refer to Isolation and Quarantine sites if the client was interested. DPH would again screen clients on the day of the HSOC resolution. If a person with Covid symptoms or who tested positive for Covid was identified, the encampment resolution was put on hold, so clients could shelter in place. DPH and the Emergency Operations Center determined when the operation could resume. DPH would perform additional outreach to the encampment, administering Covid tests and screening for additional infections to ensure the encampment was safe for the campers, for service providers, and for the public.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 9, 2022, at San Francisco, California.

                                                    /s/Allison Horky
                                                    Allison Horky