DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4628 (Emery)
                        (415) 554-3857 (Wang)
Facsimile:      (415) 554-4699
E-mail:          jim.emery@sfcityatty.org
                        edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF MARK MAZZA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   December. 22, 2022<br>Time:              1:00 p.m.<br>Place:             Courtroom 4 – 3rd Floor<br><br>Trial Date:        None set.<br><br>Attachments:  Exhibit A |

1

I, Mark Mazza, declare:

1.      I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2.      I was the Outreach Manager of the San Francisco Department of Homelessness and Supportive Housing ("SFHSH") from August 2020 until October 2022, and was previously in the interim role since January 2020. As the Outreach Manager of the SFHSH, a portion of my role was to manage the work of the San Francisco Homeless Outreach Team ("SFHOT"). Additionally, I worked in various capacities for SFHSH since May 2016.  Before that I worked for San Francisco's Department of Public Health from March 2013 until May of 2016.  Before joining the City in 2013, I worked twelve years as a counselor, therapist and behavioral health specialist at nonprofits and schools. I received a Master's Degree in social work in 2006 from Virginia Commonwealth University.

3.      SFHOT provides three to five staff members for each San Francisco Healthy Streets Operations Center ("HSOC") encampment resolution depending upon the day of the week. The role of SFHOT during an HSOC encampment resolution is to engage encampment residents to offer temporary housing resources, complete Coordinated Entry Housing Assessments (when needed), distribute supplies (water, snacks, clothing, masks, etc.), and answer any questions related to the Homelessness Response System.  SFHOT provides outreach to encampment residents and links interested and eligible clients with available resources, including shelter.

4.      Discussions related to shelter placement with individuals at an encampment begin the weekend before any HSOC encampment resolution, when SFHOT weekend staff provide notice to each location scheduled for a resolution in the following week. Weekend staff conduct engage with every individual in the encampment, provide verbal and written notice of the upcoming HSOC encampment resolutions, conduct housing assessments, gauge interest in shelter, explain the process for accessing shelter, and explain what to expect on the day of the resolution.

5.      On the day of the resolution, SFHOT arrives at HSOC encampment resolutions by 7:00 a.m. and remains on-site for the duration of the resolution. SFHOT staff begin engaging encampment

residents by 7:30 a.m. If individuals are interested in shelter, they begin taking their information and ask if they prefer any specific shelters.

6.    SFHOT leadership is informed daily by 8:30 a.m. of available shelter by the San Francisco Department of Homelessness and Supportive Housing ("SFHSH") Guest Placement Team. SFHOT and HSOC have separate allocations of shelter. There is a meeting at 9:30 a.m., Monday-Friday, where SFHOT and HSOC can confirm the allocations with SFHSH Guest Placement and request additional or specific allocations depending upon availability.

7.    If an individual prefers a specific shelter, HSOC will request an allocation for that site. If no allocation at that site is available, the staff will make an offer of what is available. If clients are not interested, SFHOT staff make it clear that they will remain on-site in case the individual changes their mind. In addition to offers of shelter, SFHOT staff complete Coordinated Entry Housing Assessments (when needed), distribute supplies (water, snacks, clothing, masks, etc.), and answer any questions related to the Homelessness Response System.

8.    The majority of SFHOT staff work as "district teams". District teams are assigned to a specific region of the City. Their work is driven by knowledge of the community and established relationships with people experiencing homelessness. Another portion of SFHOT works as an alternative to police response through the Street Wellness Response Team (SWRT), a collaboration with the San Francisco Fire Department. Occasionally, SFHOT staff are assigned to "special projects" to address an identified need for support for a temporary period. The tasks completed by district teams, the SWRT, and special projects teams are like those of the SFHOT staff assigned to HSOC—they offer temporary housing resources, complete Coordinated Entry Housing Assessments (when needed), distribute supplies (water, snacks, clothing, masks, etc.), and answer any questions related to the Homelessness Response System. District teams, the SWRT, and special projects teams are not involved with resolving encampments.

9.    I am informed and believe that Damon Bennett has submitted a declaration in support of Plaintiff's motion for preliminary injunction. Damon Bennett worked for SFHOT under my supervision for two months over April-June of 2021.  He was terminated on June 28, 2021.  Attached hereto as **Exhibit A** is a true and correct copy of the police report describing Mr. Bennett's conduct on

June 28, 2021.  I prepared the statement on the seventh page of Exhibit A on June 28, 2021, and my

contemporaneous signed statement accurately describes my interaction with Mr. Bennett that day.

I declare under penalty of perjury under the laws of the United States and the State of

California that the foregoing is true and correct.

Executed on November 14, 2022, at San Francisco, California.


*/s/ Mark Mazza*
Mark Mazza