**EXHIBIT A**

**TO**

**DECLARATION OF MARK MAZZA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**SAN FRANCISCO SHERIFF'S OFFICE**  
INCIDENT NO. 210404618

**INCIDENT REPORT ADDITIONAL REPORTING PARTIES**

PAGE 2 OF 4

RP CODES: **F** – FOUND; **N** – NOTIFY; **P** – PARENT; **R** – REPORTEE; **V** – VICTIM; **W** – WITNESS        RACE CODES: **A; B; F; H; I; O; U; W**

| CODE | NAME (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS | RACE | SEX | DOB / AGE | RESIDENCE PHONE (DAY / NIGHT) |
|---|---|---|---|---|---|
| W1 | Wong, Nicholas | A | M | | |

RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO: 50 Ivy Street — ZIP CODE: 94102 — BUSINESS PHONE (DAY / NIGHT)  
BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE / CITY IF NOT SAN FRANCISCO: 50 Ivy Street — ZIP CODE: 94102 — RP'S RELATIONSHIP TO SUBJECT: Co-Worker  
EXTENT OF INJURY / TREATMENT: — VIOLENT CRIME NOTIFICATION: YES ☐ NO ☐ N/A ☐ — STAR: 1633 — FOLLOW-UP FORM: YES ☐ — STATEMENT: YES ☑  
OTHER INFORMATION / IF INTERPRETER NEEDED SPECIFY LANGUAGE: Wong was the Operations Coordinator for the San Francisco Department of Homelessness and Supportive Housing  
SIGNATURE OF PARTY REPORTING MISSING PERSON — 293 PC NOTIFICATION (SEX OFFENSE CASE ONLY) YES ☐ — CONFIDENTIALITY REQUESTED YES ☐ NO ☐ — STAR — ADD'L RP'S ☐

| CODE | NAME (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS | RACE | SEX | DOB / AGE | RESIDENCE PHONE (DAY / NIGHT) |
|---|---|---|---|---|---|
| W2 | Mitchell, Darien | B | M | | |

RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO: 50 Ivy Street — ZIP CODE: 94102 — BUSINESS PHONE (DAY / NIGHT)  
BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE / CITY IF NOT SAN FRANCISCO: 50 Ivy Street — ZIP CODE: 94102 — RP'S RELATIONSHIP TO SUBJECT: Co-Worker  
EXTENT OF INJURY / TREATMENT: — VIOLENT CRIME NOTIFICATION: YES ☐ NO ☐ N/A ☐ — STAR: 1633 — FOLLOW-UP FORM: YES ☐ — STATEMENT: YES ☑  
OTHER INFORMATION / IF INTERPRETER NEEDED SPECIFY LANGUAGE: Mitchell was the Outreach Supervisor for the San Francisco Department of Homelessness and Supportive Housing  
SIGNATURE OF PARTY REPORTING MISSING PERSON — 293 PC NOTIFICATION (SEX OFFENSE CASE ONLY) YES ☐ — CONFIDENTIALITY REQUESTED YES ☐ NO ☐ — STAR — ADD'L RP'S ☐

| CODE | NAME (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS | RACE | SEX | DOB / AGE | RESIDENCE PHONE (DAY / NIGHT) |
|---|---|---|---|---|---|
| W3 | Ayanruoh, Camille | B | F | | |

RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO: 50 Ivy Street — ZIP CODE: 94102 — BUSINESS PHONE (DAY / NIGHT)  
BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE / CITY IF NOT SAN FRANCISCO: — ZIP CODE: — RP'S RELATIONSHIP TO SUBJECT: Co-Worker  
EXTENT OF INJURY / TREATMENT: — VIOLENT CRIME NOTIFICATION: YES ☐ NO ☐ N/A ☐ — STAR: 1633 — FOLLOW-UP FORM: YES ☐ — STATEMENT: YES ☑  
OTHER INFORMATION / IF INTERPRETER NEEDED SPECIFY LANGUAGE: Ayanruoh was the Administrative Assistant for the San Francisco Department of Homelessness and Supportive Housing  
SIGNATURE OF PARTY REPORTING MISSING PERSON — 293 PC NOTIFICATION (SEX OFFENSE CASE ONLY) YES ☐ — CONFIDENTIALITY REQUESTED YES ☐ NO ☐ — STAR — ADD'L RP'S ☐

| CODE | NAME (LAST, FIRST, MIDDLE) / FIRM NAME IF BUSINESS | RACE | SEX | DOB / AGE | RESIDENCE PHONE (DAY / NIGHT) |
|---|---|---|---|---|---|
| | | | | | |

RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO — ZIP CODE — BUSINESS PHONE (DAY / NIGHT)  
BUSINESS ADDRESS / NAME OF SCHOOL IF JUVENILE / CITY IF NOT SAN FRANCISCO — ZIP CODE — RP'S RELATIONSHIP TO SUBJECT  
EXTENT OF INJURY / TREATMENT — VIOLENT CRIME NOTIFICATION: YES ☐ NO ☐ N/A ☐ — STAR — FOLLOW-UP FORM: YES ☐ — STATEMENT: YES ☐  
OTHER INFORMATION / IF INTERPRETER NEEDED SPECIFY LANGUAGE  
SIGNATURE OF PARTY REPORTING MISSING PERSON — 293 PC NOTIFICATION (SEX OFFENSE CASE ONLY) YES ☐ — CONFIDENTIALITY REQUESTED YES ☐ NO ☐ — STAR — ADD'L RP'S ☐

SFSO FORM P10C (10/14)

**SAN FRANCISCO SHERIFF'S OFFICE**  INCIDENT REPORT PROPERTY LISTINGS

INCIDENT NO. 210404618

PAGE 3 OF 4

PROPERTY CONDITION CODES  D – DAMAGE  E – EVIDENCE  F – FOUND  L – LOST  P – PROPERTY FOR SAFEKEEPING  R – RECOVERED  S – STOLEN

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| E1 | Written Statement Form | 1 | SFSO | | |
| SERIAL NO | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
| NARCOTICS LAB NO | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS (E1) Written statement form signed by (RV1) Mazza | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| E2 | Written Statement Form | 1 | SFSO | | |
| SERIAL NO | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
| NARCOTICS LAB NO | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS (E2) Written statement form signed by (W1) Wong | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| E3 | Written Statement Form | 1 | SFSO | | |
| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
| NARCOTICS LAB NO | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS (E3) Written statement form signed by (W2) Mitchell | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| E4 | Written Statement Form | 1 | SFSO | | |
| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
| NARCOTICS LAB NO | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS (E4) Written statement form signed by (W3) Ayanruoh | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| SERIAL NO | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
| NARCOTICS LAB NO | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| SERIAL NO | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
| NARCOTICS LAB NO | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS | | | | |

| CODE | ITEM | QUANTITY | BRAND | MODEL | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| SERIAL NO. | | CALIBER | COLOR | SEIZED BY (STAR) | FROM WHERE |
| NARCOTICS LAB NO. | ADDITIONAL DESCRIPTION / IDENTIFYING NUMBERS | | | | |

SFSO FORM P10D (10/14)

On Monday, June 28th, 2021, I was on duty, in uniform, assigned to the San Francisco Sheriff's Patrol Unit at the Tom Waddell Clinic located at 50 Ivy Street.

At approximately 0910 hours, (RV1) Mazza, Marcus approached me on the street in front of 50 Ivy Street. Mazza was visibly shaking. Mazza was the Outreach Manager for the San Francisco Department of Homelessness and Supportive Housing at 50 Ivy Street. Mazza told me that he had just terminated (S1) Bennett, Damon from employment. Bennett became verbally abusive and said, "The next time I see you on the street it's over." Mazza feared for his safety and felt that Bennett might hurt him. Mazza's written statement is attached to this report (E1).

I searched the area outside 50 Ivy Street as well as 101 Grove Street with negative results.

I did a records check on Bennett. David #50, Central Records Unit confirmed Bennett did not have any wants or warrants. Sgt. Lawsha # 1526 confirmed that Bennett had no firearms registered.

I spoke to (W1) Nicholas Wong, who was the Operations Coordinator for the San Francisco Department of Homelessness and Supportive Housing, at 50 Ivy Street. Wong told me at approximately 0900 hours, he was in his office at 50 Ivy Street and heard loud banging noises in the hallway. Wong opened the door and saw Mazza with Bennett in the hallway. Bennett was using profanity towards Mazza. Wong heard Bennett say, "Watch your back while in the streets." Mazza replied, "Is that a threat?" Wong's (E2) written statement is attached to this report.

I spoke to (W2) Darien Mitchell who was the Outreach Supervisor for the San Francisco Department of Homelessness and Supportive Housing at 50 Ivy Street. Mitchell told me at approximately 0855 hours, he was in his office located at 50 Ivy Street. Mitchell heard loud yelling and cursing in the hallway. Mitchell opened his door and saw Bennett yelling and cursing at Mazza. Mitchell feared for his own safety and closed his office door. Mitchell's (E3) written statement is attached to this report.

I spoke to (W3) Camille Ayanruoh who was an Administrative Assistant for the San Francisco Department of Homelessness and Supportive Housing at 50 Ivy Street. Ayanruoh told me at approximately 0855 hours, she was in her office located at 50 Ivy Street. Ayanruoh heard Bennett say "Fuck you, are you really firing me?" Bennett continued to verbally insult Mazza. Ayanruoh heard Mazza say, "Now you are threatening me, you said you were going to see me on the streets." Bennett then called Mazza an "asshole." Mazza told Bennett to leave the building. Ayanruoh's written statement is attached to this report (E4).

I stored the (E1-E4) written statement forms in the evidence safe at the Sheriff's Operation Center located at 1001 Potrero Ave, room 1C6 to be booked at a later time.

# SAN FRANCISCO SHERIFF'S DEPARTMENT — INCIDENT REPORT STATEMENT

INCIDENT NUMBER: 210404618
CAD NUMBER: 211791554

NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT: ALANBUH, CAMILLE
BUSINESS ADDRESS/CITY IF NOT SAN FRANCISCO: 50 IVY ST
ZIP CODE: 94102
DATE OF STATEMENT: 6-28-21
LOCATION WHERE STATEMENT TAKEN: AT SCENE
STATEMENT TAKEN BY (NAME/STAR): MOORE #1633

At 9:50 I was in my office. I hear Dai go into marks office and he says "Good morning" Mark says good morning back. About five minutes after the door swings open and I hear Dai saying "Fuck you Mark, are you really firing me?" He continues with the verbal insults. At this point I open my door to see what is going on. I didn't hear what Dai said to Mark but Mark says " So, now you are threatning me, you said you were going to see me on the streets." Dai says your an asshole. And the verbal insults continue from Dai. At this point Mark asks Dai to leave. Dai goes into his office slams the door walks through the hallway down to the conference room, I hear loud banging. It sounded like Dai was throwing things. Coffee was all over the floor.

I DECLARE UNDER THE PENALTY OF PERJURY, THAT THE STATEMENT OF _1_ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.
SIGNATURE OF PERSON GIVING STATEMENT: [signed]

SFSD FORM P02 (07/15)

# San Francisco Sheriff's Department
## Incident Report Statement

**Incident Number:** 210404618
**CAD Number:** 211791554

**Name (Last, First, Middle) of Person Giving Statement:** MITCHELL, DARIEN
**Residence Address/City if not San Francisco:** 50 IVY ST.
**Zip Code:** 94102
**Date of Statement:** 6-28-21
**Statement Taken By (Name/Star):** MOORE #1633

---

AT APPROX. 8:55AM WHILE SITTING IN MY OFFICE I HEARD LOUD YELLING & CURSING COMING FROM HALLWAY AREA. AS I PEEKED MY HEAD OUT THE DOOR I SAW DA1 BENNETT CURSING AND MAKING THREATS TO MARK MAZZA. I FEARED FOR MY OWN SAFETY TO I CLOSED MY DOOR & COULD STILL HEAR MR. BENNETT YELLING VERY LOUDLY.

---

I DECLARE UNDER THE PENALTY OF PERJURY, THAT THE STATEMENT OF _1_ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SIGNATURE OF PERSON GIVING STATEMENT: [signature]

SFSD FORM P02 (07/15)

# SAN FRANCISCO SHERIFF'S DEPARTMENT
## INCIDENT REPORT STATEMENT

**INCIDENT NUMBER:** 210404618
**CAD NUMBER:** 21179/554

**NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT:** Wong, Nicholas, David
**RESIDENCE ADDRESS/CITY IF NOT SAN FRANCISCO:** 50 IVY ST
**ZIP CODE:** 94102
**DATE OF STATEMENT:** 6/28/21
**LOCATION WHERE STATEMENT TAKEN:** AT SCENE ☒  OTHER ☐
**STATEMENT TAKEN BY (NAME/STAR):** MOORE #1633

At around 9am on 6/28/2021 I was in my office when I heard loud banging sounds in the hallway. Upon opening my door to support an SFHOT staff member I saw Mark Mazza, SFHOT Outreach Manager standing outside his office and proceeded to hear a door slam and see Dai Bennett walk down the hallway. Dai proceeded to yell at Mark concerning an incampment resolution, calling him a "fucking douchebag". I heard Dai say something to Mark about how he should watch his back while in the streets, to which Mark asked if that was a threat. Dai made the same remark and Mark asked again if he was threatening him. Dai proceeded to make his way out the building, but also made further commotion while doing so.

I DECLARE UNDER THE PENALTY OF PERJURY, THAT THIS STATEMENT OF 1 PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.
SIGNATURE OF PERSON GIVING STATEMENT: [signature]

SFSD FORM P02 (07/15)



# SAN FRANCISCO SHERIFF'S DEPARTMENT — INCIDENT REPORT STATEMENT

INCIDENT NUMBER: 210404618
CAD NUMBER: 211791554

NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT: Mazza, Marcus W.
RESIDENCE ADDRESS: 50 Ivy St
ZIP CODE: 94102
BUSINESS ADDRESS: 50 Ivy St
ZIP CODE: 94102
DATE OF STATEMENT: 6/28/21
TIME STARTED: 11:30am
TIME COMPLETED: 11:40am
LOCATION WHERE STATEMENT TAKEN: AT SCENE ☒ OTHER ☐
STATEMENT TAKEN BY (NAME/STAR): Moore #1633

At 8:45am on 6/28/21, Marcus Mazza (MM) met with Damon Bennett (DB) to release/terminate the employment of DB from HSH/SFHOT.

Within less than 3 minutes of the meeting beginning, DB became upset. DB began to use vulgar language ("Fuck you", "You're an asshole", etc.). MM ended the meeting and asked DB to return his work phone, work keys, and uniform.

DB returned his phone and then began to leave the office, but stopped in the doorway. DB continued to yell profane and abusive statements while blocking the doorway. MM asked DB to leave. DB walked to his office and then walked past the office of MM again to leave the building.

Before leaving, DB stopped approx. 10 feet from MM and stated, "When I see you on the street, it's over".

MM clarified by stating, "are you threatening me?". DB repeated, "when I see you on the street, it's over".

Once again MM asked DB to leave. DB left the building, throwing a cup of coffee at a doorway on his way out.

I DECLARE UNDER THE PENALTY OF PERJURY, THAT THE STATEMENT OF ____ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.
SIGNATURE OF PERSON GIVING STATEMENT: [signed]

SFSD FORM P02 (07/15)

# Redaction Log

Redaction Date: 7/12/2021 9:38:10 AM

Total Number of Redactions in Document: 5

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|---|---|---|---|
| 1 | Cal. Govt. 6254c | personnel, medical or similar files, the disclosure of which would constitute an unwarranted invasion of personal privacy | 5 |

Redaction Date: 7/12/2021 9:38:10 AM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| Cal. Govt. 6254c | personnel, medical or similar files, the disclosure of which would constitute an unwarranted invasion of personal privacy | 1(5) |