DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
Facsimile:    (415) 554-4699
E-mail:       jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF ARIELLE PIASTUNOVICH, LCSW, IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   December 22, 2022<br>Time:           1:00 p.m.<br>Place:          Courtroom 4 – 3rd Floor<br><br>Trial Date:     None set.<br><br>Attachments: Exhibits A - C |

I, Arielle Piastunovich, LCSW, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I work for the San Francisco Department of Homelessness and Supportive Housing ("HSH"). I currently serve as the Liaison between HSH and San Francisco's Healthy Streets Operations Center ("HSOC") (the "HSH/HSOC Liaison"). I have been the HSH/HSOC Liaison since January 2022. As the HSH/HSOC Liaison, my duties include:

- Acting as the liaison between HSH and the entities that make up HSOC. This includes the San Francisco Department of Emergency Management, San Francisco Fire Department, San Francisco Police Department, San Francisco Department of Public Works, and other entities involved in the coordination of HSOC resolutions.
- Coordinating services and placements offered by HSH for people experiencing homelessness. These include temporary shelter placement opportunities and coordinated-entry assessments.
- Providing support to the HSOC Director by covering meetings and assisting with data needs.
- Sending bed projections to HSH Guest Placement every week that indicate the number of projected bed needs for the following week's resolution schedule.
- Creating notification templates based on the projected next week's resolution schedule which indicate exactly where resolution notifications need to be posted for the next week.

3. I am a Licensed Clinical Social Worker (LCSW) with over 30 years of experience in clinical social work and therapy. Before I became the HSH/HSOC Liaison, I worked for the San Francisco Department of Public Health for 23 years. Seventeen of those years were with the San Francisco Fully Integrated Recovery Services Team (FIRST) Intensive Case Management (ICM), which focused exclusively on serving a dually- (*i.e.*, substance use disorder, and mental illness) and triply-diagnosed (*i.e.*, substance use disorder, mental illness, and health issue) homeless population. For the last 6 years, I was the director of Southeast Mission Geriatric Services, an older adult

outpatient clinic serving a diverse population of older adults with mental illness, some of who were unsheltered. Prior to my tenure with the City and County of San Francisco, I was the mental health coordinator at Next Door Shelter for 2.5 years. My entire 30-year career as an LCSW has mainly focused on working with marginalized and underserved populations of adults with mental illness and co-occurring substance use disorders, most of whom are/were unsheltered.

4. HSOC conducts homeless encampment resolutions ("HSOC resolutions") each week. These resolutions generally take place twice a day from 7:00 a.m.-11:00 a.m. in the morning and between 1:00 p.m.-3:00 p.m. in the afternoon, Monday through Friday. The HSOC resolutions are scheduled in advance. Every Wednesday, the HSOC director hosts a management meeting in which the next week's schedule locations are discerned, created, and finalized. I then create a template that includes the daily locations with an adjoining map that delineates the areas that notifications should be posted. This template is emailed to the San Francisco Homeless Outreach Team ("SFHOT") outreach workers who are tasked with posting notifications over the weekend, mainly on Saturday, so that ample notice of the upcoming resolutions is given to those unsheltered individuals who are in the area.

5. Each weekend, SFHOT outreach workers visit each location that is scheduled for an HSOC resolution for the following week. They post notices and try to engage all the clients to verbally inform them of when HSOC will be resolving the area. HSOC resolution notices are posted on tents, utility posts, trees and/or walls in the area of the upcoming HSOC resolution. Attached hereto as **Exhibit A** is a true and correct copy of the template used for the written notice of an upcoming HSOC resolutions that is posted on site. The SFHOT outreach workers typically email me a photograph of the posted written notice, which I then store in an electronic database. Attached hereto as **Exhibit B** are true and correct copies of photographs of posted written notices from 2022. The SFHOT outreach workers also assess clients for housing and interest in shelter or other services and explain the process for accessing shelter and what to expect on the day of the resolution.

6. On the morning of an HSOC resolution, SFHOT outreach workers assigned to staff HSOC encampment resolutions, the Encampment Resolution Team ("ERT"), meet at the site at 7:00 a.m. Within 15 to 30 minutes, ERT staff begin engaging with clients at the encampment, including offering clients shelter. Shelter can include congregate sites such as brick and mortar shelter spaces

PIASTUNOVICH DECL.  3
CASE NO. 4:22-cv-05502-DMR

(Sanctuary, MSC-South, Next Door) and navigation centers. The navigation centers are in different areas of the City including the Bayview, Mission, Embarcadero, Central Waterfront, and SOMA. Also on offer (when available) are non-congregate options that include: Mini Cabins at 33 Gough, Safe sleep (tenting) sites (at South Van Ness and Jennings) and non-congregate hotel rooms including rooms at the Balwin Hotel, 711 Post St. and more recently at the Monarch Hotel. A final option for those living in RVs or cars could be a spot at the Vehicle Triage Center located at Candlestick Point. This is not an exhaustive list of shelter options but does provide examples of what may be available. Additionally, every winter, winter shelter options open for clients that are drop in overnight options and are first come first serve. While ERT does not know during this initial engagement the specific shelters or types of shelter that are available, ERT informs clients that shelter will be offered; and if a client expresses interest in shelter, ERT takes their information, including any preference for any specific shelter or type of shelter. HSH manages the shelter allocations through a division known as Guest Placement that allocates beds to the different teams that are prioritized. Between 8:30 a.m. and 9:00 a.m., typically at 8:30 a.m., HSH notifies me, among others involved with HSOC, of the specific available shelter resources allocated to HSOC. That information is then communicated to a wider group, including ERT. ERT then circles back around to clients to discuss with them the specific shelter resources available that day, which shelter they want, and confirm their placement.

7. During the HSOC resolution, ERT is in regular communication with me, as well as others involved with HSOC, about the clients who are interested in shelter, including their expressed preferences or specific needs, if any. We confirm with HSH whether the client is already housed or sheltered in a City-supported program. It is not uncommon for someone who is already sheltered to nevertheless be residing in an encampment rather than in their shelter (which prevents that shelter space from being offered to someone else). We try to match every client who is not already housed or sheltered with an available shelter placement. It is a collaboration. The ERT works with individuals on the streets while communicating their preferences to myself (or the HSH staff member who is working on placements). Depending on the allocation of placements received that day, we work with clients and HSH to place clients in suitable shelter. We also do our best to place clients in their desired shelters when they do not want the shelter available to them. As the HSOC/HSH Liaison, I advocate

for clients at the encampment to try to obtain from HSH the specific and/or additional shelter allocations requested by client encampments.

8. At 9:30 a.m., there is a meeting where HSOC can confirm its allocations with HSH, as well as request additional or specific allocations. This is also around the time that ERT confirms with clients their placement. It is common for clients to change their mind about wanting shelter during the HSOC resolution. Clients often change their mind about wanting shelter upon learning what shelter is available or when they are unable to be placed in the specific shelter of their choosing; they will refuse the available shelter. HSOC resolutions are client-driven as much as possible. We strive to place everyone who is interested in shelter; this includes trying to obtain the specific shelter preferred by clients. It is not always possible to obtain clients' specific preferred shelter. Once ERT confirms a shelter placement with a client at around or after 9:30 a.m., ERT will send the referral to me. I then send the referral to the shelter to confirm the client's placement with the shelter. HSOC then arranges transportation for the client to the shelter. The vast majority of the shelters in San Francisco conduct intake at 10:00 a.m. Attached hereto as **Exhibit C** is a true and correct copy of a client log for 2022 that I maintain to track client engagement during resolutions and facilitate shelter placement. Exhibit C has been redacted to remove confidential, private, and personally identifiable information of clients.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 15, 2022, at San Francisco, California.


                    _/s/ Arielle Piastunovich_
                    Arielle Piastunovich