**EXHIBIT B, PART 1**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH, LCSW, IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**





## The City & County of San Francisco will be resolving the encampment listed below on the following date:

*[handwritten]* RESolUTIOM 7/8/22 FROM VALENCIA TO SUN
incloTING WEBIA5 o4 OTIS 13 TH MISSION
MISSION

Once the encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco

---

## La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

*[handwritten]* RESolUcioN 7/8/22 - VALENciA TO SUN
TNcloTiNG OTis MissiM 3 TH MISSION

Una vez se haya gestionado el campamento, no regrese a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de la retirada se considerarán abandonados y se destruirán.





**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Resolution 2/7/22- MYRTLE, CEDAR FROM POLK TO LARKIN

Once the encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 8 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

Resolución 2/7/22 MYRTLE, CEDAR FROM POLK TO LARKIN

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ser se cumplan las leyes de San Francisco y California cuando sea necesario.

Tengan en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marín) y llamar por el intercomunicador o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las últimas 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de la 8 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no se necesita que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o seguridad pública (es decir, artículos que están sucios o infestados de plagas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) comida perecedera, y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras, paletas) con la excepción de carpas y bicicletas, caminadoras, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más a salvo de los problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de tiendas de campaña, estructuras y pertenencias.

City & County of San Francisco



**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

Resolución 2/7/22   MYRTLE, CEDAR FROM POLK TO LARKIN

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco

---



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Resolution 2/7/22 - MYRTLE, CEDAR FROM POLK TO LARKIN

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners on 24-hour day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee to store or retrieve items.
- Although you are not required to present official ID, you must provide a reasonably specific and detailed description of items in order to retrieve them.
- Items not claimed within 90 days of the date of removal will be deemed abandoned and destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items posing an immediate threat to public health or safety (i.e. items that are soiled or infested with vermin or needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food and (5) bulky items (i.e. furniture, mattresses, sheds, structures, and pallets), except for tents and bikes, walkers, crutches, and wheelchairs in good working condition.

We are all safer from public health, fire, and traffic accidents when our streets, sidewalks, and public spaces are free from crowds of tents, people, and belongings.

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

RESOLUCIÓN 2/11/22 GOLDEN GATE to
TONIC CHAVESS LAGUNA TO FRANKLYN/ LARCH

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 8 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, coberturas, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Estaremos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

RESOLUCIÓN 2/11/22 GOLDEN GATE to
TONIC CHAVESS LAGUNA TO FRANKLYN/ LARCH

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.



La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

*RESOLUCION 2/11/22 GOLDEN GATE FROM VAN NESS TO PUBLIC DANLESS LAGUNA TO FRANKLYN / LARCH*

Una vez se haya gestionado el campamento, no regrese a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención a urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o impregnados de alimañas y aguas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, coberturas, estructuras y termas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco

---

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*RESOLUTION 2/11/22 GOLDEN GATE E VAN NESS LAGUNA TO FRANKLYN / LARCH / NEAL*

Once the encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal items or items that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of these items should go to the Kansas Street entrance (at Marin Street) and use the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and discarded.











The City & County of San Francisco will be resolving
the encampment listed below on the following date:

**Wednesday 2/23/2022**    Olive from Van Ness to Polk

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco

---

La Ciudad y Condado de San Francisco gestionará el campamento
que se nombra a continuación, en la siguiente fecha:

**Wednesday 2/23/2022**   Van Ness   Olive from to Polk

Una vez resuelto el campamento, por favor, no vuelva a este lugar.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que se quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de retiro, se consideran abandonados y serán eliminados.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que presenten una amenaza inmediata para la salud o la seguridad pública (es decir, artículos sucios o infestados de animales y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) comida perecedera y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y paletas), excepto tiendas de campaña, bicicletas operativas, andadores, muletas y sillas de ruedas.





**Thursday 2/24/2022**

The City & County of San Francisco will be resolving the encampment listed below on the following date:

**Kuss from Mina to Howard**

**Thursday 2/24/2022**

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

---

**Thursday 2/24/2022**

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

**Kuss from M to Howard**

**Thursday 2/24/2022**

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un área seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que, durante la resolución del campamento, el Departamento de Obras Públicas limpiará la acera y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (con la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, se les pueden devolver a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes...
- No hay ningún cargo por el almacenamiento o la recuperación de los artículos.
- Aunque no se le requiera presentar una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado...



**Subject:** Re: Secure Ephi: HSOC Notifications





Monday 2/28/22

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Julian from 16th - 14th: AM
25th from Capp to Shotwell: PM

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

---

gestionará el campamento
que se nombra a continuación, en la siguiente fecha:

MON./Lunes 2-28-22 Julian entre 16th & 14th st

Una vez que se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará los aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recaudación y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y podrán desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estén sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto las carpas y bicicletas, caminadoras, bastones, muletas, sillas de ruedas que sean funcionales, que estén operativas.

Todos estaremos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos estén libres de carpas, estructuras y pertenencias.

City & County of San Francisco





















**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

MARTES 3-1-22 Minna de 7th a 8th

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada de la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y apestan), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, coberturas, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén en uso.

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Tuesday 3.1.22 Minna from 7th to 8th

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco





The City and County of San Francisco will resolve the encampment named below, on the following date:

**Laskie Alley @ Mission** **Thursday** 3.3.22

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

**Jueves 3-3-22** Laskie Alley @ Mission St.

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.



La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

*[handwritten]* 3/9/22 McAllister from Franklin. Gough + Turk / Franklin to Vanness Fulton/Franklin Gough

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro y apoyo según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el bono de este aviso.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las áreas. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 8 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras, mercancías), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando.

---

The City & County of San Francisco will be resolving the encampment listed below on the following date:

*[handwritten]* Resolution 3/9/22 McAllister from Franklin Gough + Turk / Franklin to Vanness Fulton/Franklin Gough

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and support based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They are there to ensure safety during the operation. They may enforce San Francisco and California laws as necessary.

Please note that during the resolution, the Department of Public Works will clear the area. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed any time of day, 24 hours a day.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food items (i.e., furniture, mattresses, sheds, structures, enclosures) except for bicycles, walkers, crutches, wheelchairs...

**The City & County of San Francisco will be re...**
the encampment listed below on the follow...

*Resolution 3/11/22 1st Clementina/Folsom*
*Parking Lot between Merlin and Grove-Buleri...*

Once the encampment has been resolved, please do not return to ...

**During the encampment resolution, we will provide access to shelter, safe sleeping village...**
based on eligibility. Outreach workers from the Department of Homelessness and Suppor...
the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are ...
of this notice.

Please note that the San Francisco Police Department may be present during the resol...
of ensuring safety during the operation. They may enforce San Francisco and Californ...

Please also note that during the resolution, the Department of Public Works will clean th...
**Any personal property that is left at the encampment will be removed and taken to the...
Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street)
  and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed ...
  24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to ...
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonable ...
  and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandone...
  and will be destroyed.
- Please be advised that the following types of items will not be stored and may be destroyed...
  (1) items that present an immediate threat to public health or safety (i.e., items that a ...
  or infested with vermin, and needles), (2) items that are evidence of a crime, (3) medi...
  food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), (6) ...
  and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets ...

**La Ciudad y Condado de San Francisco gestion...**
que se nombra a continuación, en la ...

*Resolution 3/11/22 1st Clementina/Fo...*
*Lot between Merlin and Oak-Grove ...*

Una vez se haya gestionado el campamento, ...

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares...
para hoteles según la elegibilidad de las personas. Los trabajadores de Servicios...
Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud...

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward...
4. Referencias para tratamiento de trastornos por uso de sustancias y para...
5. Referencias e información sobre la salud.

Once the encampment has been resolved, please do not re...

...ment resolution, we will provide access to shelter, safe sleeping...

...lity Outreach workers from the Department of Homelessness and Suppo...

...f Public Health may also offer:

...medical and psychiatric care

...assessments

...solving assistance such as the Homeward Bound program

...rt for substance use disorder treatment and mental health care

...ducation, information, and referrals

...me of the services available for people experiencing homelessness are follow...

...the San Francisco Police Department may be present during the resolution. T...

...only during the operation. They may enforce San Francisco and California laws...

...ght during the resolution, the Department of Public Works will clean the sidewa...

...perty that is left at the encampment will be removed and taken to the Public W...

...at 2333 Cesar Chavez Street.

...of the items should go to the Kansas Street entrance (at Marin Street)...

...use the intercom or call 415-695-2134.

...first 72 hours after items are collected and stored, they can be claimed by their owner...

...at day.

...first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m....

...ee for property storage or retrieval.

...you are not required to present official I.D., you must provide a reasonably specific...

...led description of the property to retrieve it.

...ot claimed within 90 days of the date of removal will be deemed abandoned...

...be destroyed.

...e noted that the following types of items will not be stored and may be discarded:...

...at present an immediate threat to public health or safety (i.e., items that are soiled...

...n, vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perisha...

...d bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except thing...

...bicycles, walkers, crutches, wheelchairs.

## ...udad y Condado de San Francisco gestionará el ca...
### que se nombra a continuación, en la siguiente fech...

...ubicacion 3/11/22 1st Clementina/Bernal+...
...Between Menlin AND Oak Grove. Betwe...

Una vez se haya gestionado el campamento, no regrese a esta área.

...ación del campamento, proporcionaremos acceso a refugios, lugares para do...

...ad según la elegibilidad de las personas. Los trabajadores de Servicios Comuni...

...o Gerencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública tam...

...jo de urgencias médicas y psiquiátricas.

...ciones de vivienda.

...ucione para resolución de problemas, por ejemplo, el programa Homeward Bound...

...miento de trastornos por uso de sustancias y para atención de salud...

...brindar información sobre la salud.

...os son algunos de los servicios disponibles para las personas sin vivienda, entre...

...el Departamento de Policía de San Francisco puede estar presente durante la...

...ido de garantizar la seguridad durante la operación y ver que se cumplan...

...cuando sea necesario.

...durante la resolución del campamento, el Departamento de Obras Públicas...

...edad personal que quede en el campamento se llevará al Patio de...

...Cesar Chavez Street.

...llenar por aquellos artículos deben llegar a la entrada por la calle Kansas...

...mente 72 horas posteriores a la recolección y almacenamiento...

...pueden reclamarlos a cualquier hora, las 24 horas del día.

...meras 72 horas, los propietarios pueden recuperar sus artículos...

...almacenamiento o la recuperación de los artículos.

...que presente una identificación oficial, usted debe...

...amen dentro de los 90 días posteriores a la fecha...

...los originados y se destruirán.

...enerse tipos de artículos no se almacenarán...

...enazan de manera inmediata para la salud o la seguridad pública...



**The City & County of** ~~below~~ **Disco will be resolving**
**the encampment listed below on the following date:**

*Resolution. 3/7/22 / Duboce. 13th From*
*Valencia to Folson (Focus off ramp area and medians)*

Once the encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*Resolucion. 3/7/22 - Duboce 13th From Valencia to Folson ( Focus on off ramp and medians*

Una vez se haya gestionado el campamento, no regrese a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuanto sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de los artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos durante las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de la propiedad para recuperarla.
- La propiedad que no se reclame dentro de los 90 días de la fecha de retirado se considerará abandonada y será destruida.
- Tenga en cuenta lo siguiente: los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que presentan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados con parásitos y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos, y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y paletas), excepto carpas y bicicletas operativas, andadores, muletas, sillas de ruedas.

Todos estamos más seguros de los peligros de salud, incendios y tráfico cuando nuestras calles, aceras y espacios públicos están libres de carpas, estructuras y pertenencias.



The City & County of San Francisco will be...
the encampment listed below on the following...

Resolution 3/10/22 · DIVISION FROM VERMONT
TO SAN BRUNO

Once the encampment has been resolved, please...

During the encampment resolution, we will provide access to shelter, safe sleeping villages, etc. ...
based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing...
the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back
of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus
on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works and California laws as needed.
**Any personal property that is left at the encampment will be removed and taken to the Public Works
Operations Yard at 2323 César Chávez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street)
  and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners
  24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific
  and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned
  and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded:
  (1) items that present an immediate threat to public health or safety (i.e., items that are soiled
  or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable
  food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents
  and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks,
and public spaces are free of tents, structures, and belongings.**



La Ciudad y Condado de San Francisco gestionará...
que se nombra a continuación, en la siguiente...

Resolución 3/10/22 DIVISION FROM VERMONT
TO SAN BRUNO

Una vez se haya gestionado el campamento...

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir o a ambientes
seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del
Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden
ofrecer.

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso
de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del
campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de
San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará la escena
y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de
Obras Públicas en 2323 César Chávez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza
  la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos,
  los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9
  a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción
  razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de retiro...
  se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán...
  que representen una amenaza inmediata para la salud o la seguridad...
  sucios o infestados de alimañas y agujas), (2) artículos que sean evidencia...
  alimentos perecederos y (5) artículos voluminosos (es decir...
  y animal, excepto carpas y bicicletas, caminadoras, muletas y sillas de ruedas...

Todos estamos más protegidos de los problemas de salud, incendios y...
aceras y espacios públicos están libres de tiendas de campaña...

The City & County of San Francisco will be resolving the encampment listed below on the following date:

RESOLUTION 3/7/22 / DUBOCE-13th FROM VALENCIA TO FOLSON / FOCUS OFF RAMP Area AND MEDIANS

Once the encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

RESOLUCION 3/7/22 - DUBOCE 13th FROM VALENCIA TO FOLSON / FOCUS ON OFF RAMP AND MEDIANS

Una vez se haya gestionado el campamento, no regrese a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclaman dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco

The City & County of San Francisco will be resolving
the encampment listed below on the following date:

Resolution 3/10/22 - DIVISION FROM VERMONT
To SAN BRUNO

Once this encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

The City & County of San Francisco will be resolving
the encampment listed below on the following date:

Resolution 3/10/22 - DIVISION FROM VERMONT
To SAN BRUNO

Once this encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco 







**The City & County of San Francisco** will be resolving
the encampment listed below on the following date:

*Resolution - 3/14/22 Parking Lot - Grove Oak
AND Merlin, Harrison & Bryant as well the Areas
Lot between two streets*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e. furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco

---

**La Ciudad y Condado de San Francisco** gestionará el campamento
que se nombra a continuación, en la siguiente fecha:

*Resolucion 3/14/22 - Oak & Grove & Parking Lot
Merlin & Harrison to Bryant all the areas*

Una vez ya se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro y hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos, y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco









**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*[handwritten]* Resolucion 3/17/22 - 16 **AND** Shotwell from 16 To 17 AND Shotwell 18 st To 19 st Shotwell 22 **AND**

*Una vez que se haya gestionado el campamento, no regrese a esta área.*

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

---

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*[handwritten]* Resolucion 3/17/22 - 16 **AND** Shotwell from 16,17 AND Shotwell from 18 st To 19 st Shotwell 22

*Once the encampment has been resolved, please do not return to this area.*

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e. furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

The **City & County of San Francisco** will be resolving the encampment listed below on the following date:

*Resolution 5/12/22 Hampshire from 17th Mariposa*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

*Resolución 5/12/22 Hampshire from 17th Mariposa*

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco





**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*[handwritten]* Resolution 5/9/22 Redwood/Franklin + LARCH + Franklyn

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*[handwritten]* Resolucion 5/9/22 Redwood/Franklyn LARCH + FRANKLYN

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.



**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*Resolución 5/11/22 Dogpatch Hot Spot 23Btwn Tennesse & Indiana 24/Tennesse + Lowa/22th.23rd*

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco

---

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution 5/11/22 Dogpatch Hot Spot 23Btwn Tennesse & Indiana 24/Tennesse + Lowa/22-23th*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

[Infor]mation on some of the services available for people experiencing homelessness are listed on the back [of thi]s notice.

[Plea]se note that the San Francisco Police Department may be present during the resolution. They will focus [on en]suring safety during the operation. They may enforce San Francisco and California laws as needed.

[Plea]se also note that during the resolution, the Department of Public Works will clean the sidewalks and street. [Any] personal property that is left at the encampment will be **removed and taken to the Public Works [Oper]ations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco 

Case 4:22-cv-05502-DMR Document 85-14 Filed 11/24/22 Page 52 of 93



**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*Resolucion 5/13/22 13 M FROM HARRISON TO MISSION*

Una vez que se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada de la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution 5/13/22 - 13 M FROM HARRISON TO MISSION*

Once the encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco



**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*(handwritten)* Resolucion 5/10/22 Woodward From 14th-13th From Stevenson to Mission

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

...salud, incendios y accidentes de tráfico cuando nuestras calles...

---

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*(handwritten)* Resolution 5/10/22 Woodward From 14th-13th From Stevenson to Mission

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as necessary.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Resolution 5/23/22  FERN AND HEMLOCK
FROM VanNess to MARKET

*Once the encampment has been resolved, please do not return to this area.*

During the encampment resolution, we will provide access to shelter, safe sleeping village and/or based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals to substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and streets. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 8 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be destroyed: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), subject to items such and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

---

La Ciudad y Condado de San Francisco estará...
que se encuentra en la lista más abajo...

Resolución 5/23/22  FERN AND HEMLOCK FROM
Van Ness to Market

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este tíquet.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 8 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de remoción y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto cosas y bicicletas, caminadoras, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de tiendas de campaña, personas y pertenencias.



**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación en la siguiente fecha:**

Resolución: 5/23/22 FERN AND HEMLOCK FROM VAN NESS TO MARKET

*Una vez se haya gestionado el campamento, no regrese a la zona.*

**Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecen:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

---

## The City & County of San Francisco will be resolving the encampment listed below on the following date:

Resolution 5/23/22 FERN AND HEMLOCK FROM VAN NESS TO MARKET

*Once the encampment has been resolved, please do not return to this area.*

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or ⬛ based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

 City & County of San Francisco



**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*[handwritten]* Resolucion 5/26/22 Harrison/19th/Folson All Around 18 th Folson

Una vez que se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento de la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.

Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras ...)

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*[handwritten]* Resolution 5/26/22 Harrison/19th/Folson 18 th Folson / Harrison All Around this Area

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals to substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets); except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco





**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*Resolución 5/27/22 13th st From 11th to Isis All the area*

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación o ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution 5/27/22 13th st From 11 to Isis*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e, furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution 5/25/22 101/Cesar Chavez AKA Army Circle AKA Hairball*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or ▮▮▮ based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

---

**La Ciudad y Condado de San Francisco ▮▮▮▮ará el campamento que se nombra a continuación en la siguiente fecha:**

*Resolución 5/25/22 101/Cesar Chavez AKA Army Circle AKA Hairball*

Una vez que se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que sean funcionales.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de agrupaciones de tiendas de campaña, personas y pertenencias.





*Resolution 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY*

*Once the encampment has been resolved, please do not return to this area.*

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets) except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

---

## La Ciudad y Condado de San Francisco resolverá el campamento que se menciona a continuación en la siguiente fecha:



*Resolucion 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY*

*Una vez que se haya resuelto el campamento, no regrese a esta área.*

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según elegibilidad de las personas.** Los trabajadores de Servicios Comunitario del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento ni la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco



**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*Resolución: 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY*

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando.

---

## The City & County of San Francisco will be resolving the encampment listed below on the following date:

*Resolution: 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin and needles), (2) items that are evidence of a crime, (3) trash, (4) food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets and public spaces are free of tents, structures, and belongings.



**The City & County of San Francisco will be resolving the encampment listed below on the following da[...]**

*Resolution 6/10/22 Mission at 13th/Mission St off ramp / btw Jessie Al. & d. both S[...]*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or [...] based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing an[...] the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of their items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

---

**La Ciudad y Condado d[...] gestion/ d[...] que se nombra[...]**

*Resolucion 6/10/22 Mission 13th/Mission off ramp / Jessie & both sides*

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Gerencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que se quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadoras, muletas y sillas de ruedas que estén funcionando.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*[handwritten]* Resolution 6/7/22-2314 CAP TO MISSION/400 BLK
Shotwell-Bowman 18th-19th C Chavez/Valencia

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or ~~housing~~ based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en el siguiente fecha:**

*[handwritten]* Resolution 6/7/22-2314 From CAP To MISSION
400 BLK of Shotwell/18th-19th C Chavez/Valencia

Una vez que el campamento se haya resuelto, por favor no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo o el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendio y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco



**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación en la fecha señalada:**

*[handwritten]* Resolucion 6/7/22 25th From CAP to Mission 400 Blk of Shotwell Betw 18th 19th C. Chavez Valencia

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo o el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando.

---

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*[handwritten]* Resolution 6/7/22-23 14 CAP to Mission 400 BLK Shotwell Between 18th-19th C. Chavez / Valencia

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

Resolucion 6/8/22 FLORIDA AND TREAT
BEHIND BEST BUY

_Una vez que haya sido gestionado el campamento, no regrese a la zona._

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación o ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas al día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas.

---

## The City & County of San Francisco will be resolving the encampment listed below on the following date:

Resolution 6/8/22 FLORIDA AND TREAT
BEHIND BEST BUY

_Once the encampment has been resolved, please do not return to this area._

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco 



The City and County of San Francisco will be resolving the encampment listed below on the following date:

**Resolution 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY**

*Once the encampment has been resolved, please do not return to this area.*

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on-eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will be ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the encampment area. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 8 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infected with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) spoiled food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets) and/or limited and operational bicycles, walkers, crutches, wheelchairs.

We are also far from health concerns, fires, and traffic hazards when our streets, sidewalks and public spaces are free of tents, structures, and belongings.

---

La City and County of San Francisco resolverá el campamento que se nombra a continuación:

**Resolución 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY**

*Una vez se haya resuelto el campamento, por favor no regrese a esta área.*

Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Ayuda para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte al dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará el área del campamento. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (cerca de la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 8 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que se reclamen dentro de los 90 días posteriores a la fecha de retiro se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o seguridad pública (es decir, artículos que estén sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un crimen, (3) basura, (4) comida en mal estado, y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas) y/o bicicletas operativas, caminadoras, muletas y sillas de ruedas en funcionamiento.

También estamos más a salvo contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, estructuras y pertenencias.



## The City & County of San Francisco will be resolving the encampment listed below on the following date:

*Resolution 6/10/22 MISSION @ 13TH / MISSION ST OFF RAMP (PM) Jessie AT 6th BOTH SIDES*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco 

## La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

*Resolución 6/10/22 MISSION 13TH / MISSION OFF RAMP / JESSIE 6th BOTH SIDES*

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco 

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution 6/6/22 - Golden Gate from Laguna to Gough / McAllister from Gough to Franklyn*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or ~~hotels~~ based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks,

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*Resolution - 6/6/22  Golden Gate from Laguna to Gough, McAllister to Gough to Franklyn*

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estén sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, andaderas, sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras aceras y espacios públicos están libres de aglomeraciones.

City & County of San Francisco

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**



*Resolution 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets) except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

---

**La Ciudad y Condado de San Francisco resolverá el campamento que se menciona a continuación en la siguiente fecha:**



*Resolution 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY*

Una vez que se haya resuelto el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según elegibilidad de las personas. Los trabajadores de Servicios Comunitario del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden descharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco



La Ciudad y Condado de San Francisco gestionará ___
que se nombra a continuación, en la siguiente ___
una vez se haya gestionado el campamento, no re___

**Resolution 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY**

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para ___
seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios ___
Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también ___
ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando.

## The City & County of San Francisco will be resolving the encampment listed below on the following date:

**Resolution 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY**

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or ___ based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets and public spaces are free of tents, structures, and belongings.

City & County of ___





**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*[handwritten]* Resolution 6/7/22-2214 CAP TON/ISSUE/400BLK
Shotwell-Bmwer 18th-19th C Chavez/Valencia

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or ~~housing~~ based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

---

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en el siguiente fecha:

*[handwritten]* Resolucion 6/7/22-2214 From CAP To MISSION
400 BLK of Shotwell / Bmw / 18th-19th C Chavez Valencia

Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estén sucios o infestados de alimañas y agujas), (2) artículos que sean evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendio y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación en la fecha señalada:

*Resolución 6/7/22 25th From CHP to Mission 400 Blk of Shotwell Btwn 18th 19th C. Chavez/Valencia*

Una vez se haya gestionado el campamento, no regrese a esta zona.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo o el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando.

---

## The City & County of San Francisco will be resolving the encampment listed below on the following date:

*Resolution 6/7/22-23 14 CHP to Mission Blu/400 Blk Shotwell Between 18th-19th C. Chavez/Valencia*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or  based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco

**La Ciudad y Condado de San Francisco** gestionará el campamento
que se nombra a continuación, en la siguiente fecha:

Resolución 6/8/22 FLORIDA AND TREAT
BEHIND BEST BUY

Una vez que haya terminado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación o ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas.

---

## The City & County of San Francisco will be resolving the encampment listed below on the following date:

Resolution 6/8/22 FLORIDA AND TREAT
BEHIND BEST BUY

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco 



**The City and County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility hotels by the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will be ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the encampment area. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are stored and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 8 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded:
  (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) spoiled food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), and/or (6) and operational bicycles, walkers, crutches, wheelchairs.

We are safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

---

**La City and Condado de San Francisco** resolverá el campamento que se nombra a continuación en la fecha siguiente:

*Resolución 6/8/22 FLORIDA AND TREAT BEHIND BEST BUY*

Una vez resuelto el campamento, por favor no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores del Servicio Comunitario del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará el área del campamento. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (en la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 8 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de retiro se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad públicas (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un crimen, (3) basura, (4) comida en mal estado, y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), y/o (6) bicicletas, caminadoras, muletas y sillas de ruedas que no estén en funcionamiento.

Todos estamos más a salvo de problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, estructuras y pertenencias.

City & County of San Francisco



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution 6/10/22 Mission 13th W/Mission ST off ramp (PM) Jessie at 6th BOTH SIDES*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or  based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*Resolución 6/10/22 Mission 13th W/Mission off ramp, Jessie 6th BOTH SIDES*

Una vez que se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco 

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution 6/6/22- Golden Gate from Laguna to Gough/McAllister from Gough to Franklyn*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the **Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks,

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*Resolution- 6/6/22 Golden Gate from Laguna to Gough/McAllister to Franklyn*

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas al día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estén sucios o infestados de alimañas y agujas), (2) artículos que sean evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas, sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico de campaña, personas sin vivienda, aceras y espacios públicos están libres de aglomeraciones.

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution 6/15/22 San Bruno From 15th to Division*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution 6/15/22 San Bruno From 15th to Division*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco

La Ciudad y Condado de San Francisco resolverá el campamento que se nombra a continuación en la siguiente fecha:

Resolucion 6/14/22   4 MARD STILLMAN

Una vez que se haya resuelto el campamento, no regrese a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclaman dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estén sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

---

## The City & County of San Francisco will be resolving the encampment listed below on the following date:

Resolution 6/14/22   4 MARD STILLMAN

Once the encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or ▓▓ based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded:



**Left flyer (Spanish):**

La Ciudad y Condado de San Francisco gestionará el campamento
que se nombra a continuación, en la siguiente fecha:

Resolucion 6/15/22  SAN BRUNO FROM 15 TO DIVISION

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlo.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estar sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco

**Right flyer (English):**

The City & County of San Francisco will be resolving
the encampment listed below on the following date:

Resolution 6/15/22  SAN BRUNO FROM 15 TO DIVISION

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco



**The City & County of San Francisco will be resolving the encampment listed below on the following date**

*(handwritten)* Resolution 6/13/22 CEDAR/LARCH/TURK/EDDY BETWEEN FRANKLIN AND VANNESS / 1PM REDWOOD FRANKLIN

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/[...] based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housi[...] the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the [...] of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They wil[...] on ensuring safety during the operation. They may enforce San Francisco and California laws as need[...]

Please also note that during the resolution, the Department of Public Works will clean the sidewalks an[...] **Any personal property that is left at the encampment will be removed and taken to the Public Wor[...] Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owner[...] 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) peris[...] food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalk[...]**

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*(handwritten)* Resolucion 6/13/22 CEDAR/LARCH/TURK/EDDY BETWEEN FRANKLIN AND VANNESS / 1PM REDWOOD FOR THE WEEK

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco

La Ciudad y Condado de [illegible]
que se [illegible]

**Resolucion 6/17/22 MASONIC FROM GEARY TO EUCLID**

Una vez que [illegible]

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras zonas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras [illegible] horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario, si usted presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se [illegible]men dentro de los 90 días posteriores a la fecha de traslado, se considerarán como [illegible]donados y se destruirán.
- Tenga en cuenta que [illegible] siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan un [illegible] inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de [illegible]as y equipos, (2) artículos que son evidencia de un delito, (3) basura, (4) artículos perecederos y [illegible] artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras elaboradas [illegible]de la bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando

---

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

**Resolution 6/17/22 MASONIC FROM GEARY TO EUCLID**

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness is listed on the back of this notice.

Please note that the San Francisco [illegible]
[illegible] safety [illegible]









**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

Resolución 6/16/22 HEMLOCK/FERN/POLK To LARKIN

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un área segura o hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pu[...] ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud ment[...]
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte e[...] de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestió[...] campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes [...] San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará [...] y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operacion[...] Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza [...] la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a vie[...] a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una de[...] razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: [...] que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basur[...] alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, es[...] y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén func[...] correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nue[...]
aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y perte[...]

City & County of San Fra[...]

---

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Resolution 6/16/22 HEMLOCK/FERN Polk To LARKIN

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or [...] based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco



**La Ciudad y Condado de San Francisco resolverá el campamento que se nombra a continuación, en la siguiente fecha:**

*Resolución 6/28/22 MARIPOSA FROM FLORIDA TO HARRISON AND HARRISON FROM FLORIDA TO 19th*

Una vez resuelto el campamento, no regrese a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolución 6/28/22 MARIPOSA FROM FLORIDA TO HARRISON AND HARRISON FROM FLORIDA TO 19th*

Once the encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official ID, you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e. furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco 



**Resolution 6/28/22 — Mariposa from Florida to Harrison and Harrison from Florida to 19th**

Once the encampment has been resolved, please avoid return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the operation. They may enforce San Francisco and California laws as needed, in ensuring safety during the operation.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

**Resolución 6/28/22 — Mariposa from Florida to Harrison and Harrison from Florida to 19th**

Una vez se haya gestionado el campamento, le rogamos que no regrese a este lugar.

Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City and County of San Francisco



La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación en la siguiente fecha:

*Resolution 7/1/22 Julian From 13 th y 14 th*
*4nd Woodward From 14 th To 13 th*

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evacuaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección o almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

The City & County of San Francisco will be resolving the encampment below on the following dates:

*Resolution 7/1/22 Julian From 13 th y 14 th*
*4nd Woodward From 14 th To 13 th*

Once the encampment has been resolved, please come return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official ID, you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e. items that are soiled or infested with vermin and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e. furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco



The City & County ~~will be resolving~~ the encampment ~~on the following date:~~

**Resolution 1/29/22 CESAR CHAVEZ FROM PENNSYLVANIA TO 3RD** *(handwritten)*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e. furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

---

La Ciudad y Condado de San Francisco ~~gestionará el campamento~~ que se nombra a continuación, en la siguiente fecha:

**Resolucion 6/2-9/3/22 CESAR CHAVEZ FROM PENNSYLVANIA TO 3RD** *(handwritten)*

Una vez que se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los propietarios que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Resolution 6/30/22 13th FROM POTRERO @ TO HARRISON

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación en la siguiente fecha:**

Resolución 6/30/22 13th FROM POTRERO TO HARRISON

Una vez resuelto el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco



**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

6/27/22 Resolucion Hemlock/Fern Polk to Larkin

*Una vez se haya gestionado el campamento, no regrese a esta área.*

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco

---

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Resolution 6/27/22 Fern/Hemlock Polk to Larkin

*Once the encampment has been resolved, please do not return to this area.*

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and the street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco