**EXHIBIT B, PART 2**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH, LCSW, IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**





The City & County of [San Francisco] will be resolving
the encampment [on]... in the following dates:

**RESOLUTION 7/8/22**     DORE between BRYANT and Brannan

Once the encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e. items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e. furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks,**

---

La Ciudad y Condado de San Francisco gestionará el campamento
que se nombra a continuación, en la siguiente fecha:

**RESOLUTION 7/8/22**     DORE between BRYANT and Brannan

Una vez que el campamento se haya resuelto, por favor no regrese a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street:**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco



**The City & County of San Francisco** will be removing the encampment listed below on the following date:

## Resolution 7/7/22 — Laskie at Mission Street

*Once the encampment has been resolved, please do not return to the area.*

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the operation. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and streets. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e. items that are soiled or infested with vermin, and needles), (2) items that are evidence of crime, (3) trash, (4) perishable food, and (5) bulky items (i.e. furniture, mattresses, sheds, structures, etc.), except for functioning and operational bicycles, walkers, crutches, wheelchairs

**We are all safer from health concerns, fires, and traffic hazards when our sidewalks, streets, and public spaces are free of tents, structures, and belongings.**

---

**La Ciudad y Condado de San Francisco** gestionará el campamento que se nombra a continuación, en la siguiente fecha:

## Resolution 7/7/22 — Laskie at Mission Street

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un espacio seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound
4. Intervenciones para tratamiento de trastornos por uso de sustancias y para atención de salud mental
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, se proporciona en la parte posterior de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento. Su objetivo es garantizar la seguridad durante la operación y que se aplicarán las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada de la calle Kansas (en la calle Marin) y llamar por el intercomunicador o al teléfono 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento, los propietarios reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios de los artículos pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que presenten una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estén sucios (infectados de alimañas) y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras, etc.), excepto por carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tránsito cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco



The City & County of San Francisco will be resolving the encampment listed below on the following date:

Resolution 7/5/22    McAlister/Redwood
Golden Gate Fran Golden~Frank

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official ID, you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and construction poles, walkers, crutches, wheelchairs.

We are all safe from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

---

La Ciudad y Condado de San Francisco gestionará el campamento que se muestra a continuación, en la siguiente fecha:

Resolution 7/5/22    McAlister/Redwood Golden
Gate Fran Golden to Franklin

Una vez que el campamento se haya resuelto, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un entorno seguro según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos con suciedad o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, estructuras, personal/pertenencias.

City & County of San Francisco









1300 Carroll



Ingalls and Carroll

Case 4:22-cv-05502-DMR Document 45-15 Filed 12/15/22 Page 11 of 51



Ingalls and Bancroft





The City & County of San Francisco will be resolving the encampment listed between the following date:

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem-solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

---

Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Gerencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco

Myrtle between Polk and Larkin



Cedar between Polk and Larkin



Fern between Polk and Larkin





*Resolution 8/8/22 INCLUDING HARRISON AND MISTAN? HARRISON AND 19th*

Una vez que el campamento se haya resuelto, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro o hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada de la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, coberturas, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles...

---

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution 8/8/22 HARRISON AND MISTAN? INCLUDING HARRISON AND 19th*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco





The City & County of San Francisco will be resolving the encampment listed below on the following...

Resolution 8/11/22 GEARY AND MASONIC / EUCLID

Once this encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and streets. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonable description of the property to retrieve it.





# RESOLUTION

**...y Condado de San Francisco gestionará el campam...**
**...ombra a continuación, en la siguiente fecha:**

**8/26/22    Marin and Evans**

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras call... y nuestros espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco

---

**The City & Co...        ...ess will be resolving**
**the encampment listed below on the following date:**

**8/26/22    Marin and Evans**

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structure, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco





**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

8/25/22 DIVISION from Vermont to Bryant

Once the encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

8/25/22 DIVISION from Vermont to Bryant

Una vez que se haya gestionado la operación, no vuelva a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarla.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden descartarse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estén sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco



**RESOLUTION**

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

8/24/22 13th from Bryant to Folsom

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e. furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

**RESOLUTION**

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

8/24/22 13th from Bryant to Folsom

Una vez que se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco





**RESOLUTION**

## The City & County of San Francisco will be resolving the encampment listed below on the following date:

**8/23/22 Embarcadero from Washington to Don Chee Way**

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e. items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks

**RESOLUTION**

## La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación en la siguiente fecha:

**8/23/22 Embarcadero from Washington to Don Chee Way**

Una vez que haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte al dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (dónde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículo que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadoras, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, pertenencias personales

City & County of San Francisco



La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

**Resolution 8/30/22 - 12TH FROM HOWARD TO HARRISON AND KISSLING**

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro o hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Gerencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada de la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-685-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o llenos de alimañas), (2) artículos que son evidencia de un delito, (3) basura, (4) artículos voluminosos (es decir, muebles, colchones, estructuras de cama, alimentos perecederos) y (5) artículos voluminosos como muebles, caminadoras, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

---

The City & County of San Francisco will be resolving the encampment listed below on the following date:

**Resolution: 8/30/22 - 12TH FROM HOWARD TO HARRISON AND KISSLING**

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalk and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested), (2) items that are evidence of a crime, (3) trash, (4) perishable food and (5) bulky items (i.e., furniture, mattresses, bed frames, structure, and updated, except for items with operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

**The City & County of San Francisco will be resolving the encampment listed below on the following dates:**

Resolution 9/1/22 - 13th From Folsom to Mission

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D, you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

Resolución 9/1/22 - 13th From Folsom to Mission

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que presenten una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco



**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*Resolucion 8/30/22 - 12th Foor Howard to Harrison and Kissling*

*Una vez se haya gestionado el campamento, no regrese a esta área.*

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (cruza Marin/Marin) llamar por el intercomunicador disponible o por teléfono al 415-695-2134.

Durante las próximas 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden recuperar sus artículos a cualquier hora, las 24 horas del día.

Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.

Noten todos el almacenamiento para la recuperación de los artículos.

Cuando se presente una identificación oficial, usted debe proporcionar una descripción razonablemente detallada de los artículos para poder recuperarlos.

Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán abandonados y se destruirán.

Los siguientes tipos de artículos no se almacenarán o pueden descartarse: (1) artículos que suponen un peligro inmediato para la salud o la seguridad pública (es decir, artículos que están contaminados por fluidos animal o humano), (2) artículos que son evidencia de un delito, (3) basura, (4) artículos perecederos voluminosos (es decir, muebles, colchones, cobertizos, estructuras de madera y paletas, excepto las carpas, pequeñas, muletas y sillas de ruedas que estén funcionando.

Todos los artículos representan problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y propiedades se comprometen con las estructuras, las carpas y las pertenencias de otras personas.

**The City & County of San Francisco will be resolving the encampment listed below, on the following date:**

*Resolucion 8/30/22 - 12th Foor Howard to Harrison and Kissling*

*Once the encampment has been resolved, do not return to this area.*

During an encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on people's eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Emergency medical and psychiatric care
2. Housing assessments
3. Problem solving interventions such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health referrals and information

Some resources and information available for people experiencing homelessness are listed on the back.

Please note the San Francisco Police Department may be present during the resolution. They will focus on public safety and they may enforce San Francisco and California laws as needed.

Please note during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property left in the encampment will be removed and taken to the **Public Works** Operations Yard at 2323 Cesar Chavez Street.

Owners can access their items at the Kansas Street entrance (at Marin Street) by using the intercom or by calling 415-695-2134.

For the first 72 hours after items are collected and stored, they can be claimed by their owners at any time, 24 hours a day.

After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.

Note all storage for bag removal.

When presenting an official ID, you must provide a reasonably specific description of the items to retrieve it.

Items not claimed within 90 days of the date of removal will be deemed abandoned.

The following types of items will not be stored and may be discarded: (1) items that pose an immediate threat to public health or safety (i.e. items that are contaminated by human or animal fluids), (2) items that are evidence of a crime, (3) trash, (4) perishable bulky items (i.e. furniture, mattresses, sheds, structures, wood frames, and pallets, except for tents.

Items pose health, fire, and traffic hazards when our streets, sidewalks, and property are compromised by the structures, tents, and belongings.

*City & County of San Francisco*



The City & County of San Francisco will be resolving
the encampment listed below on the following date:

**Resolution 8/29/22 - 100 Block of E Willow +
Ellis From Franklyn To VanNess**

Once the encampment has been resolved, please do not return to this area.

Once the encampment has been resolved, please do not return to this area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels** based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on enforcing San Francisco and California laws as needed. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works** Operations Yard at 2323 Cesar Chavez Street.

- Owners of items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks,**

La Ciudad y Condado de San Francisco gestionará el campamento
que se nombra a continuación, en la siguiente fecha:

**Resolución 8/29/22 - 100 Block of E Willow +
Ellis To Franklyn To VanNess**

Una vez se haya gestionado el campamento, no regrese a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente** seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) aquellos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadoras, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras** aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco





The City & County of San Francisco will be resolving
the encampment below on the following date:

**Resolution 9/1/22. 13 AV From Folsom to Mission**

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals to substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official ID, you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

---

La Ciudad y Condado de San Francisco gestionará el campamento
que se nombra a continuación, en la siguiente fecha:

**Resolución 9/1/22. 13 AV From Folsom to Mission**

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendio y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco

Gross Wt... (side of box)
...ts Call 1-800-633-2510 Option 4



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*[handwritten]* RESOLUTION: 8/31/22. SAN BRUNO FROM MARIPOSA TO DIVISION. 15TH ST FROM SAN BRUNO TO UTAH AND VERMONT

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*[handwritten]* RESOLUCIÓN: 8/31/22. SAN BRUNO FROM MARIPOSA TO DIVISION INCLUDING 15TH FROM S.B TO UTAH/VERMONT

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presenta una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y paletas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco





**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*Resolucion 8/31/22. SAN BRUNO FROM Mariposa To DIVISION. INCLUDING ISLL FROM S.B To UTAH/VERMONT*

*Una vez se haya gestionado el campamento, no regrese a esta área.*

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.

Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

*City & County of San Francisco*



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*(handwritten)* Resolution - 9/2/22  MASONIC FROM EUCLID TO GEARY

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**  City & County of San Francisco



La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

**Resolución 8/29/22 - 100 Block of Willow + Ellis To Franklyn To VanNess**

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa HomewardBound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonable y específica y detallada de los los artículos para poder recuperarlos.
- Los artículos que se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estan llenos de orina, sangre o aguas); (2) artículos que son evidencia de un delito; (3) basura; (4) artículos voluminosos (es decir, muebles, colchones, coberturas, cobertizos, estructuras y espacios amplios y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando.

---

The City & County of San Francisco will resolve the encampment listed below on the following date:

**Update 8/29/22 - 100 Block of Willow + Ellis From Franklyn To VanNess**

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping sites or hotels based on eligibility. Community Outreach workers from the Department of Homelessness and Supportive Housing and Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Homeward bound
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Please turn over for some of the services available for people experiencing homelessness.

Please note that the San Francisco Police Department may be present during the resolution. The officers are present to help keep the operation safe. They may enforce San Francisco and California laws as needed.

Please note that during this resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Item owners should go to the Kansas Street entrance (at Marin Street) and call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed 24 hours a day.
- After the first 72 hours owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no cost for property storage or retrieval.
- While you are not required to present official I.D., you must provide a reasonable specific description of the property to retrieve it.
- Items not claimed within 90 days of the date of removal will be deemed abandoned.
- Please be advised the following types of items will not be stored and may be discarded: (1) items that pose an immediate threat to public health or safety (i.e., items that are soiled with urine, blood, or feces); (2) items that are evidence of a crime; (3) trash; (4) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for well-functioning bicycles, walkers, crutches, wheelchairs.

We all suffer from health concerns, fires, and traffic hazards when our streets, sidewalks and public spaces are free of tents, structures, and belongings.

City & County of San Francisco



SVN and Market



12th st



Hemlock and Larkin

Case 4:22-cv-05502-DMR Document 46-16 Filed 11/05/22 Page 42 of 51



Fern between VanNess and Polk



Hemlock and SVN





Folsom between 18th and 19th







# Cesar Chavez/ Valencia





Custer and Quint



Quint and Newcomb