**EXHIBIT B, PART 3**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH, LCSW, IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**



26th and
Bartlett



The City & County of San Francisco will be resolving the encampment listed below on the following date:

Resolution 9/19/22 Fullen/M.Allister/ Redwood/ from Franklyn to Gough

Once the encampment has been resolved, please do not return to this area

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco

---

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

Resolucion 9/19/22 - Fullen/McAllister/ Redwood from Franklyn to Gough

Una vez se haya gestionado el campamento, no regrese a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección o almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad públicas (es decir, artículos que están sucios o infestados de vermes y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos, y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto por tiendas de campaña y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco

Case 3:22-cv-... Document ... Filed 11/... Page 4 of 62

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Resolution 9/23/22 STEVENSON/14th UP TO CLINTON PARK / WOODWARD BETWEEN 13th 14th

Once the encampment has been resolved, please do not return to the area.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official ID, you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e. furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

Resolución 9/23/22 STEVENSON/14th UP TO BETWEEN 13th WOODWARDS AND 14th CLINTON Park

Una vez se haya gestionado el campamento, no regrese a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marín) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco

Case 4:22-cv-05502-DMR Document 45-16 Filed 11/15/22 Page 5 of 62



**Left poster:**

Resolution 9/21/22 AM 13th FOLSOM to
Mission / PM STEVESON / McCOPPIN to Duboc

*(handwritten on black banner; printed banner text partly obscured)*
...County ... will be ... receiving ... if you need ... please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or h____ based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem-solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the ba____ of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will f____ on ensuring safety during the operation. They may enforce San Francisco and California laws as needed

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and ____ **Any personal property that is left at the encampment will be removed and taken to the Public Works ____ Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the Intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners ____ 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
  - There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
  - Please be advised that the following types of items will not be stored and may be discarded:
    (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) peris____ food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for ____ and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalk____ and public spaces are free of tents, structures, and belongings.

City & County of San Franc____

**Right poster (Spanish):**

Resolution AM 9/21/22 13th FOLSOM to
PM STEVENSON / McCOPPIN to Duboc

La Ciudad y Condado de San Francisco gestionará el cam____ que se nombra a continuación, en la siguiente fech____ *(handwritten on banner)* Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir c____ seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitar____ Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública tamb____ ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud me____
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestió____ campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes____ San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las ____ y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones ____ Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, ____ a.m. a 3 p.m.
  - No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripció____ razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
  - Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículo____ que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco 





**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*[handwritten]* Resolution 9/20/22 AM 13th Potrero to Folsom / PM 12th / Kisslins

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks,**

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*[handwritten]* Resolucion 9/20/22 AM 13th from Potrero to Folsom / PM: 12th / Kisslins

Una vez se haya gestionado el campamento, no regrese a esta área.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada de la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no se requiere que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco 



La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

Resolution 9/20/22 AM 13th from Potrero to Folson / PM: 12th Kissling

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos volur inosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más _____ _____ _____ _____ de salud, incendios y accidentes de tráfico cuando nuestras calles, _____ _____ _____ _____ _____ _____ _____ personas y pertenencias.

The City & County of _____ _____ will _____ the following _____
the encampment _____ below on the following _____

Resolution 9/20/22 AM 13th Potrero to Folson / PM 12th / Kissling

_____ during _____

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Unless you are not required to present official I.D., you must provide a reasonably specific description of the property to retrieve it.
- Items not claimed within 90 days of the date of removal will be deemed abandoned and _____ destroyed.
- _____ be aware that the following types of items will not be stored and _____ _____ (1) _____ that pose an immediate threat to public health or safety (i.e. _____ _____ _____ _____ and needles), (2) items that are evidence _____ _____ _____ _____ (i.e. furniture, mattresses _____ _____ _____





























## The City & County of San Francisco will be resolving the encampment listed below on the following date:

*Resolution 10/5/22 Julian to Woodward 131 Stevenson / 14th Clinton Park*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

## La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

*Resolucion 10/5/22. Julian/15th to Woodward — Stevenson / 14th Clinton Park*

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada de la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles,

Doe #7290 Supplemental - Document 11-3 - Filed 12/15/22 - Page 23 of 62



**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*[handwritten]* Resolucion 10/5/22 Julian to Woodward 13 1 Stevenson Lilen Clinton Park

Durante la gestión del campamento, proporcionaremos acceso a refugio, lugares para dormir seguros y/u hoteles según la elegibilidad de las personas. Los trabajadores de servicios del Departamento de Carencia de Vivienda y Vivienda de Apoyo y el Departamento de Salud Pública pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte al dorso de este folleto.

---

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*[handwritten]* Resolution 10/5/22 Julian to Woodward 13 1 Stevenson Lilen Clinton Park

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infected with vermin), and hazardous (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, strollers, crutches, and wheelchairs.

We are all safer when health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco





**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Resolution: 10/7/22 Encampment on the curb way/sidewalk at Corcoran Area Rincon Dog Park Streets... Balbe under Bryant Street*

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2104.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 8 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official ID, you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of trash, structures, and belongings.

City & County of San Francisco

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*10/7/22 Resolution... at San Chavez... Rincon Dog Park / No Fancy Street Balbe / Bryant St...*

Una vez que haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro y hoteles según la elegibilidad de los recursos. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas; por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas en vivienda, consulte al dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de los artículos deben dirigirse a la entrada de la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2104.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, 8 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estén sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un crimen, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y paletas) excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, basuras y pertenencias.

City & County of San Francisco



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*[handwritten]* Resolution 11/13/20 Encampment @ Van Ness/Mcallister sidewalk along the Civic Center area & Bicken Dog Park street & pole under Bryant & Texas

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem-solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health, education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Claimants of the items should go to the Kansas Street entrance (at Main Street) and call the intercom or call 415-695-2124.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, claimants can retrieve items Monday through Friday, 8 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present a photo ID, you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin); needled, (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., tents, mattresses, sheds, structures, and pallets), except for tents and operational scooters, trailers, strollers, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

10/06/22  Ceasar Chavez and Indiana
1PM  21st - 22nd Illinos

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, **we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessment
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call the Intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 8 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled with or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and oversized bicycles, walkers, crutches, wheelchairs.

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

10/06/2022  1PM  Ceasar Chavez and Indiana
21th - 22th Illinos

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, **proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este boleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperar sus artículos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

**Todos estamos más protegidos contra problemas de salud, incendio y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco







**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

*Una vez se haya gestionado el campamento, no regresa a esta área.*

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

*Once the encampment has been resolved, please do not return to this area.*







Case 4:22-cv-05502-DMR   Document 45-16   Filed 11/15/22   Page 34 of 62



## The City & County of San Francisco will be resolving the encampment listed below on the following date:

**Resolution: 10/19/22, Wednesday**
AM: Fern and Hemlock from Van Ness to Larkin
PM: Myrtle/Polk/Larkin

Once the encampment has been resolved, please do not return to this area.

During this encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the HomewardBound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals.

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on keeping safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: Items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles); 2) items that are evidence of a crime; 3) trash; 4) perishable food; and 5) bulky items (i.e., furniture, mattresses, sheds, structures, and bushes), except for tents and operational cycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

---

## La Ciudad y Condado de San Francisco va a resolver el campamento que se encuentra abajo en la siguiente fecha:

**Resolución: 10/19/22, miércoles**
AM: Fern y Hemlock, de Van Ness a Larkin
PM: Myrtle/Polk/Larkin

Una vez que se haya resuelto el campamento, por favor no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro o/hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Gerencia de Hogar y Vivienda de Apoyo y/el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa HomewardBound.
4. Referencias para tratamiento de trastornos por uso de substancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y en que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de objetos artículos deben llegar a la entrada por la calle Kansas (con la calle Marin) y llamar por el interfono o llamar al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden ser desechados: 1) artículos que representen una amenaza inmediata a la salud o la seguridad pública (es decir, artículos que estén sucios o infestados de parásitos y agujas); 2) artículos que sean evidencia de un delito; 3) basura; 4) alimentos perecederos; y 5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y arbustos), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y peligros en el tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de bienes de campaña, personales y pertenencias.

City & County of San Francisco

---

# Hemlock
# between
# VanNess and
# Polk



Ellis between Polk and VanNess

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Resolution, 10/17/22, Monday
Ellis & Olive from Franklin to Polk with focus on 90 block of Olive, both between VanNess & Franklin

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on traffic safety during the resolution. They may enforce San Francisco and California laws as needed.

Any items left behind at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded. Items that present an immediate threat to public health or safety (i.e., items that are soiled with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable foods, (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación en la siguiente fecha:**

RESOLUCION: LUNES 17 DE OCTUBRE
ALT ELLIS OLIVE de Franklin a POLK con foco en la cuadra 900 de Ellis y la cuadra 90 de Olive, ambos entre VanNess y Franklin

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecen:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación o ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estén sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, estructuras y pertenencias.

City & County of San Francisco





Ellis
between
VanNess
and Franklin





Koshland
Park/Page
St.





Fern between
Polk and Larkin





8th and Irwin







**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Resolution 10/24/22, Monday
AM: Cesar Chavez and Valencia
PM: Around 1515 South Van Ness/Cesar Chavez/Shotwell/26th st.

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels, based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and streets. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets) except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks.

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

resolución, 10/24/22 AM cesar chavez and valencia
PM. Around 1515 SVN / Cesar Chavez / Shotwell 26th

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte al dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la operación de la campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de retiro se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden descartarse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un crimen, (3) basura, (4) alimentos perecederos, y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que funcionen correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones en tiendas de campaña, escombros y basura.



PM: Around 1515 South Van Ness/ Cesar Chavez/ Shotwell/26th St.





The City & County of San Francisco will be resolving the encampment listed below on the following date:

Resolution 10/27/22, Thursday
AM: Mission & Capp st. from 17th st. to 15th st.
PM: Baker and Fell + Divisadero/Grove

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e. furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

Resolucion 10/27/22, PM: Baker and Fell + Divisadero/Grove, AM: Mission & Capp 17th to 15th

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin hogar, consulte el reverso de este folleto.



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Resolution 10/26/22 Wednesday
AM: Cesar Chavez/101 from Hampshire to Vermont (all areas under and around freeways)
PM: Barneveld/Jerrold ave

*Once the encampment has been resolved, please do not return to this area.*

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, ...

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

Resolución 10/26/22 AM Cesar Chavez from Hampshire
Vermont (all around areas freeway) / PM: Barneveld/Jerrold ave

*Una vez se haya gestionado el campamento, no regrese a esta área.*

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecen:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, al dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación. Ellos pueden aplicar las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la gestión del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Toda propiedad personal que se deje en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (en la calle Marin) y llamar por el intercomunicador o al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden recuperarlos a cualquier hora del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, debe proporcionar una descripción razonablemente específica y detallada de los artículos para recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o seguridad públicas (i.e., artículos que están sucios o infestados con vermin, y agujas), (2) artículos que son evidencia de un crimen, (3) basura, (4) alimentos perecederos, y (5) artículos voluminosos (i.e., muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas operativas, andadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco





PM: Baker and Fell + Divisadero/Grove

AM: King at 5th and Berry- 4th to 5th on King and down 5th to the water past Berry





## The City & County of San Francisco will ... the encampment listed below on the following date:

**MONDAY 10/31/2022**

7:00 AM:  500-700 Ellis Street
1:00PM:  Golden Gate from Laguna to Gough/Gough from Eddy to GG

*Once the encampment has been resolved, please do not return to this area.*

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

---

## La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

**LUNES: 10/31/2022**

7:00 AM:  500-700 Ellis Street
1:00 PM: Golden Gate de Laguna a Gough/Gough de Eddy a GG

*Una vez se haya gestionado el campamento, no regrese a esta área.*

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para la resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento. Tendrá el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas después de la recolección y almacenamiento de los artículos, los propietarios pueden recuperarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que presenten una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estan sucios o infestados de vermin, y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) comida perecedera, y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y paletas), con excepciones de tiendas de campaña, personas y pertenencias.

Todos estamos más seguros de los problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de agujeros de tiendas de campaña, personas y pertenencias.

City & County of San Francisco



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

WEDNESDAY 11/02/2022
7:00AM: 13th from Folsom to Mission
1:00 PM: Julian/15th

*Once the encampment has been resolved, please do not return to this area.*

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels, based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structure, and pallets) except tents and operational bicycles, walkers, crutches, wheelchairs.

*We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.*

City & County of San Francisco

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

MIERCOLES   11/02/2022
7:00 AM: 13th de Folsom a Mission
1:00 PM: Julian/15th

*Una vez se haya gestionado el campamento, no regrese a esta área.*

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de retiro se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y podrían descartarse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructura y tarimas) excepto tiendas de campaña y bicicletas, caminadores, muletas y sillas de ruedas en condiciones de operación.



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

FRIDAY 11/04/2022
7AM: 15th/Julian through Stevenson/Clinton Park+Woodward/ 13th
1:00 PM: 2nd/Stillman + Fremont/Howard

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care

2. Housing assessments

3. Problem solving assistance such as the Homeward Bound program

4. Referrals for substance use disorder treatment and mental health care

5. Health education, information, and referrals

Some of the services available for people experiencing homelessness are listed on the back.

The San Francisco Police Department may be present during the resolution. They will focus on safety during the operation. They may enforce San Francisco and California laws as needed.

During the resolution, the Department of Public Works will clean the sidewalks and street. Any property that is left at the encampment will be removed and taken to the Public Works yard at 2323 Cesar Chavez Street.

To retrieve items should go to the Kansas Street entrance (at Marin Street) and use the intercom or call 415-695-2134.

Within 72 hours after items are collected and stored, they can be claimed by their owners same day.

Monday through Friday for property storage or retrieval. Monday through Friday, 9 a.m. to 3 p.m.

Although you are not required to present official I.D., you must provide a reasonably specific detailed description of the property to retrieve it.

If items are not claimed within 90 days of the date of removal will be deemed abandoned and destroyed.

Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled with human excrement, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable items, bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and functional bicycles, walkers, crutches, wheelchairs.

We are safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

FRIDAY 11/04/2022
7AM: 15th/Julian through Stevenson/Clinton Park+Woodward/ 13th
1:00 PM: 2nd/Stillman + Fremont/Howard

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care

2. Housing assessments

3. Problem solving assistance such as the Homeward Bound program

4. Referrals for substance use disorder treatment and mental health care

5. Health education, information, and referrals

Some of the services available for people experiencing homelessness are listed on the back.

The San Francisco Police Department may be present during the resolution. They will focus on safety during the operation. They may enforce San Francisco and California laws as needed.

During the resolution, the Department of Public Works will clean the sidewalks and street. Any property that is left at the encampment will be removed and taken to the Public Works yard at 2323 Cesar Chavez Street.

To retrieve items should go to the Kansas Street entrance (at Marin Street) and use the intercom or call 415-695-2134.

Within 72 hours after items are collected and stored, they can be claimed by their owners.

Monday through Friday for property storage or retrieval.

Although you are not required to present official I.D., you must provide a reasonably specific detailed description of the property to retrieve it.

If items are not claimed within 90 days of the date of removal will be deemed abandoned.

Please be advised that the following types of items will not be stored and may be discarded: items that present an immediate threat to public health or safety (i.e., items that are soiled with human excrement, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable items, bulky items, (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and functional bicycles, walkers, crutches, wheelchairs.

We are safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

**MONDAY 10/31/2022**

7:00 AM: 500-700 Ellis Street
1:00PM: Golden Gate from Laguna to Gough/Gough from Eddy to GG

*Once the encampment has been resolved, please do not return to this area.*

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

**LUNES 10/31/2022**

7:00 AM: 500-700 Ellis Street
1:00 PM Golden Gate de Laguna a Gough/Gough de Eddy a GG

*Una vez se haya gestionado el campamento, no regrese a esta área.*

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y paletas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

WEDNESDAY 11/02/2022
7:00AM: 13th from Folsom to Mission
1:00 PM: Julian/15th

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco 

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

MIÉRCOLES  11/02/2022
7:00 AM  13th de Folsom a Mission
1:00 PM  Julian/15th

Una vez se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco 

## The City & County of San Francisco will be resolving the encampment listed below on the following date:

**TUESDAY 11/01/2022**
7:00 AM: Hampshire/ 17th-Mariposa
1:00 PM  Woodward from 14th-13th

*Once the encampment has been resolved, please do not return to this area.*

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They may focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

---

## La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

**MARTES 11/01/2022**
7:00 AM: Hampshire/17th-Mariposa
1:00 PM  Woodward de 14th-13th

*Una vez se haya gestionado el campamento, no regrese a esta área.*

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representen una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que estén sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadoras, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de agrupaciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco 



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

**FRIDAY 11/04/2022**
7AM: 15th/Julian through Stevenson/Clinton Park+Woodward/ 13th
1:00 P.M. 2nd/Stillman + Fremont/Howard

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items must go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets, except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

**VIERNES 11/04/2022**
7:00 AM: 15th/Julian a Stevenson/Clinton Park + Woodward/13th
1:00 P.M. 2nd/Stillman + Fremont/Howard

Una vez que se haya gestionado el campamento, no regrese a esta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro o hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y en que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no se le requiere que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas operacionales, andadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y amenazas de tráfico cuando nuestras calles, aceras y espacios públicos están libres de agrupaciones de tiendas de campaña, personas y pertenencias.



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

TUESDAY 11/01/2022
7:00 AM: Hampshire/ 17th-Mariposa
1:00 PM: Woodward from 14th-13th

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D, you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

MARTES 11/01/2022
7:00 AM: Hampshire/17th-Mariposa
1:00 PM: Woodward de 14th-13th

Una vez se haya gestionado el campamento, no regrese a ésta área.

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesaria.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que se quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonado y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco



La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

THURSDAY 11/03/2022
7:00AM: Harrison from 20th-18th, Mistral, 19th.
1:00 PM:Shotwell/19-18th

Once the encampment has been resolved, please do not return to this area.

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (el Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e. items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents, and operational bicycles, walkers, crutches, wheelchairs.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

City & County of San Francisco