DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
Facsimile:    (415) 554-4699
E-mail:       jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF EDMUND T. WANG IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  December 22, 2022<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd Floor<br><br>Trial Date:    None set.<br><br>Attachments:  Exhibits A - E |

I, Edmund T. Wang,

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. In his declaration, Plaintiff Nathanial Vaughn references a small claims action related to an event on January 8, 2020. *See* ECF No. 9-4 at 2-24 – 2-31. Attached hereto as **Exhibit A** are true and correct copies of the Order Granting Joint Stipulation and Request for Dismissal in the action, Order Dismissing Small Claims Appeal in the action, and a printout of the Register of Actions of the action from the San Francisco Superior Court website showing "APPEAL DISMISSED AND SEPT-02-2021 SMALL CLAIM JUDGMENT VACATED & DISMISSED."

3. In his declaration, Henrick Delamora references a small claims action related to an event on January 8, 2020. *See* ECF No. 9-4 at 4-12 – 4-16. Attached hereto as **Exhibit B** are true and correct copies of the Order Granting Joint Stipulation and Request for Dismissal in the action, Order Dismissing Small Claims Appeal in the action, and a printout of the Register of Actions of the action from the San Francisco Superior Court website showing "APPEAL DISMISSED AND SEPT-02-2021 SMALL CLAIM JUDGMENT VACATED & DISMISSED."

4. In his declaration, Robert Harrison references a small claims action related to an event on January 8, 2020. *See* ECF No. 9-4 at 4-22 – 4-29. Attached hereto as **Exhibit C** are true and correct copies of the Order Granting Joint Stipulation and Request for Dismissal in the action, Order Dismissing Small Claims Appeal in the action, and a printout of the Register of Actions of the action from the San Francisco Superior Court website showing "APPEAL DISMISSED AND SEPT-02-2021 SMALL CLAIM JUDGMENT VACATED & DISMISSED."

5. In his declaration, Jayson Hill references a small claims action related to an event on January 8, 2020. *See* ECF No. 9-4 at 4-30 – 4-39. Attached hereto as **Exhibit D** are true and correct copies of the Order Granting Joint Stipulation and Request for Dismissal in the action, Order Dismissing Small Claims Appeal in the action, and a printout of the Register of Actions of the action from the San Francisco Superior Court website showing "APPEAL DISMISSED AND SEPT-02-2021 SMALL CLAIM JUDGMENT VACATED & DISMISSED."

6. In her declaration, Nichelle Solis references a small claims action related to an event on January 8, 2020. *See* ECF No. 9-4 at 4-68 – 4-77. Attached hereto as **Exhibit E** are true and correct copies of the Order Granting Joint Stipulation and Request for Dismissal in the action, Order Dismissing Small Claims Appeal in the action, and a printout of the Register of Actions of the action from the San Francisco Superior Court website showing "APPEAL DISMISSED AND SEPT-02-2021 SMALL CLAIM JUDGMENT VACATED & DISMISSED."

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 15, 2022, at San Francisco, California.

*/s/ Edmund T. Wang*
Edmund T. Wang