**EXHIBIT C**

**TO**

**DECLARATION OF EDMUND T. WANG IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

DAVID CHIU, State Bar # 189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3857
Facsimile:    (415) 554-3837
E-Mail:       edmund.wang@sfcityatty.org

Attorneys for Appellant
CITY AND COUNTY OF SAN FRANCISCO
(Erroneously sued as SAN FRANCISCO PUBLIC WORKS)

FILED
San Francisco County Superior Court

JUN 0 6 2022

CLERK OF THE COURT

By: _____ Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| SAN FRANCISCO PUBLIC WORKS,<br><br>    Appellant,<br><br>vs.<br><br>ROBERT HARRISON,<br><br>    Respondent. | Case No. CSM-21-864085<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR DISMISSAL |

This cause came on regularly for trial on June 6, 2022 in Department 220 before the Honorable Kathleen A. Kelly. Pursuant to the Joint Stipulation and Request for Dismissal of Appellant/Defendant CITY AND COUNTY OF SAN FRANCISCO and Respondent/Plaintiff ROBERT HARRISON, and good cause appearing therefore, IT IS ORDERED THAT:

    1.    The Small Claims Appeal filed in the above-entitled action is hereby DISMISSED; and

    2.    The case is remanded to Small Claims Court for the judgment in the above-entitled

///

///

1

[Proposed] Order; Case No. CSM-21-864085

c:\users\jsengmany\appdata\local\micr
osoft\windows\inetcache\content.outlo
ok\8ym67q2w\pldg
harrison_robert_prop order (002).docx

///

///

small claims action to be VACATED, and the small claims action DISMISSED WITH PREJUDICE, pursuant to the parties' Joint Stipulation and Request for Dismissal.

IT IS SO ORDERED.

Dated: 6/6/22

*[signature]*

HONORABLE KATHLEEN A. KELLY
Judge of the Superior Court

2

[Proposed] Order; Case No. CSM-21-864085

c:\users\jsengmany\appdata\local\microsoft\windows\inetcache\content.outlook\8ym67q2w\pldg harrison_robert_prop order (002).docx

# ATTACHMENT

DAVID CHIU, State Bar # 189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3857
Facsimile:     (415) 554-3837
E-Mail:         edmund.wang@sfcityatty.org

Attorneys for Appellant
CITY AND COUNTY OF SAN FRANCISCO
(Erroneously sued as SAN FRANCISCO PUBLIC WORKS[1])

ENDORSED
F I L E D
San Francisco County Superior Court

JUN 0 3 2022

CLERK OF THE COURT
BY:_____DORA LOUIE
                                    Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| SAN FRANCISCO PUBLIC WORKS, | Case No. CSM-21-864085 |
|---|---|
| Appellant, | **JOINT STIPULATION AND REQUEST FOR DISMISSAL** |
| vs. | Trial Date:        June 6, 2022<br>Time:               9:00 a.m.<br>Place:              Dept. 220 |
| ROBERT HARRISON, | |
| Respondent. | Date Action Filed:   February 9, 2021<br>Trial Date:              May 26, 2022 |

Appellant/Defendant CITY AND COUNTY OF SAN FRANCISCO and Respondent/Plaintiff ROBERT HARRISON, through their respective attorneys of record, hereby stipulate as follows:

WHEREAS on February 9, 2021, Respondent/Plaintiff filed the above-entitled small claims case, *Robert Harrison v. San Francisco Public Works*, Small Claims Case No. CSM-21-864085;

WHEREAS on September 2, 2021, the Small Claims Court entered a judgment;

---

[1] San Francisco Public Works is a department of the City and County of San Francisco. This department is not a properly joined party because it does not have power to sue or be sued, and is not an independent public corporation. (See Bauer v. County of Ventura (1955) 45 Cal.2d 276, 288-289; compare Gov. Code, §§ 23000, 23004, subd. (a).)

1

WHEREAS on September 29, 2021, Appellant/Defendant appealed the Small Claims Judgment to the Superior Court; and

WHEREAS the Parties have agreed to resolve the above-entitled action.

NOW THEREFORE, the Parties, through their respective attorneys of record, hereby stipulate and respectfully request that:

1. The Superior Court dismiss the Small Claims Appeal filed on September 29, 2021 in the above-entitled action; and

2. The Small Claims Court vacate the September 2, 2021 judgment and dismiss all claims in the above-entitled small claims action, filed on February 9, 2021, with prejudice.

IT IS SO STIPULATED AND REQUESTED.

Dated: June 2, 2022

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
EDMUND T. WANG
Deputy City Attorney

By: _____
EDMUND T. WANG

Attorneys for Appellant/Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: June 2, 2022

MORRISON & FOERSTER LLP

By: _____
ALEXIS A. AMEZCUA

ZAL K. SHROFF
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

Attorneys for Respondent/Plaintiff
ROBERT HARRISON

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

400 MCALLISTER STREET, SAN FRANCISCO, CA 94102-4514

| | |
|---|---|
| SAN FRANCISCO PUBLIC WORKS<br><br>APPELLANT(S)/DEFENDANT(S)<br><br>VS.<br><br>ROBERT HARRISON<br><br>RESPONDENT(S)/PLAINTIFF(S) | **Superior Court Case Number**<br><br>CSM-21-864085<br><br>**Small Claim Case Number**<br><br>**Order Dismissing Small Claims Appeal** |

This cause came on regularly for trial on Jun-06-2022 in Department 220 before The Honorable Kathleen Kelly, Judge Presiding.  Good cause appearing,

IT IS HEREBY ORDERED:

APPEAL DISMISSED, per stipulation and order of the Court.

The appeal is dismissed. The case is remanded back to Small Claims
Court.   The judgment originally entered in the Small Claims Court is now vacated.

DATED:  JUN-06-2022

_____
JUDGE PRO TEM OF THE SUPERIOR COURT

Order to Dismiss Small Claims Appeal
Form 000021

# CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on JUN-06-2022 I served the attached Order to Dismiss Small Claims Appeal by placing a copy thereof in an envelope addressed to all parties to this action as listed below.  I then placed the envelope in the outgoing mail at 400 McAllister Street, San Francisco, CA 94102, on the date indicated above for collection, sealing of the envelope, attachment of required prepaid postage, and mailing on that date, following standard court practice.


Dated :  JUN-06-2022                              By: JOHNNY SENGMANY



ZAL K SHROFF (804620)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO
BAY AREA
131 STEUART STREET STE 400
SAN FRANCISCO, CA  94105

SAN FRANCISCO PUBLIC WORKS
49 SOUTH VAN NESS AVENUE
SUITE 1600
SAN FRANCISCO, CA  94103

**Contact Us**

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Case Number: CSM21864085
Title: ROBERT HARRISON VS. SAN FRANCISCO PUBLIC WORKS
Cause of Action: MONEY
Generated: 2022-10-13 10:50 pm

Register of Actions   Parties   Attorneys   Calendar   Payments   Documents

**Please Note: The "View" document links on this web page are valid until 11:00:45 pm**
After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)

## Register of Actions

Show [ All ] entries                                                              Search: [        ]

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2022-06-13 | RECORD REMANDED TO SMALL CLAIMS (PLAINTIFF & DEFENDANT EXHIBITS RETURNED TO SMALL CLAIMS DIVISION);ORDER GRANTING JOINT STIPULATION: APPEAL DISMISSED AND SEPT-02-2021 SMALL CLAIM JUDGMENT VACATED & DISMISSED. | | |
| 2022-06-06 | SMALL CLAIM APPEAL CALENDAR OF JUN-06-2022 DISMISSED - HEARING NOT HELD. SMALLS CLAIMS APPEAL IS DISMISSED. JUDGMENT IN SMALL CLAIMS ACTION TO BE VACATED AND DISMISSED WITH PREJUDICE, PER STIPULATION AND ORDER OF THE COURT. JUDGE: HONORABLE KATHLEEN KELLY; CLERK: JOHNNY SENGMANY; REPORTER: NOT REPORTED. | View | |
| 2022-06-06 | ORDER GRANTING JOINT STIPULATION AND REQUEST FOR DISMISSAL | View | |
| 2022-06-03 | STIPULATION AND REQUEST FOR DISMISSAL FILED BY SAN FRANCISCO PUBLIC WORKS HARRISON, ROBERT | View | |
| 2022-05-26 | MINUTES FOR MAY-26-2022 9:00 AM | View | |
| 2022-05-26 | SMALL CLAIMS APPEAL CALENDAR OF MAY-26-2022 - CONTINUED TO JUN-06-2022 AT 9:00 AM IN DEPT. 220 BY THE COURT. COUNSEL TO SUBMIT A NEW STIPULATION AND ORDER TO DEPT 220 BY MAIL AND E-MAIL. JUDGE: KATHLEEN KELLY, CLERK(S): R. GUMPAL, K. RAYALA, NOT REPORTED, (220). | | |
| 2022-05-26 | MISCELLANEOUS CIVIL SPECIAL SETTING CALENDAR OF MAY-26-2022 - SMALL CLAIM APPEALS ASSIGNED TO SMALL CLAIM APPEALS ON MAY-26-2022 AT 9:00 AM IN DEPT. 220, JUDGE KELLY. PARTIES WOULD NOT STIPULATE TO JUDGE PRO TEM. (206) | | |
| 2022-05-26 | SMALL CLAIMS APPEAL CALENDAR OF MAY-26-2022 TRANSFERRED TO DEPT. 206 FOR REASSIGNMENT - PARTIES WOULD NOT STIPULATE TO A JUDGE PRO TEM. (206) | | |
| 2022-05-23 | STIPULATION AND REQUEST FOR DISMISSAL FILED BY SAN FRANCISCO PUBLIC WORKS HARRISON, ROBERT | View | EXEMPT |
| 2022-04-27 | BY STIPULATION, SMALL CLAIMS APPEAL CALENDAR OF APR-27-2022 IS CONTINUED TO MAY-26-2022 AT 9:00 AM IN DEPT. 525, FOR TRIAL. PARTIES WAIVE NOTICE.(206) | | |
| 2022-02-10 | SMALL CLAIMS APPEAL CALENDAR OF FEB-10-2022 - CONTINUED TO APR-27-2022 AT 9:00 AM IN DEPT. 525 BY COURT FOR STATUS OF CONDITIONAL SETTLEMENT. PARTIES WAIVE NOTICE. APPELLANT SAN FRANCISCO PUBLIC WORKS IS PRESENT, REPRESENTED BY EDMUND WANG (DEPUTY CITY ATTORNEY). RESPONDENT IS NOT PRESENT, REPRESENTED BY MELODY ELLEN WONG AND BRYAN OSORIO (ASSOCIATE FOR MORRISON FOERSTER. (525) | View | |
| 2022-02-09 | NOTICE OF SETTLEMENT OF ENTIRE CASE FILED BY APPELLANT SAN FRANCISCO PUBLIC WORKS | View | |
| 2022-01-26 | SMALL CLAIMS APPEAL CALENDAR OF JAN-27-2022 - CONTINUED TO FEB-10-2022 AT 9:00 AM IN DEPT. 525 PER REQUEST OF MOVING PARTY. MATTER TO BE HEARD BY AN ASSIGNED JUDGE. | View | |
| 2022-01-19 | RESPONDENT'S PRETRIAL STATEMENT FILED BY RESPONDENT HARRISON, ROBERT | View | |
| 2022-01-19 | PROOF OF SERVICE FILED BY RESPONDENT HARRISON, ROBERT | View | |
| 2022-01-19 | RESPONDENT'S WITNESS LIST FILED BY RESPONDENT HARRISON, ROBERT | View | |
| 2022-01-19 | RESPONDENT'S EXHIBIT LIST FILED BY RESPONDENT HARRISON, ROBERT | View | |
| 2022-01-19 | NOTICE OF APPEARANCE FILED BY RESPONDENT HARRISON, ROBERT | View | |

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2022-01-19 | STIPULATION REGARDING TRIAL SCHEDULED FOR JANUARY 26 AND 27, 2022 FILED BY HARRISON, ROBERT SAN FRANCISCO PUBLIC WORKS | View | |
| 2022-01-19 | APPELLANT CITY AND COUNTY OF SAN FRANCISCO'S EXHIBIT LIST; AND WITNESS LIST FILED BY APPELLANT SAN FRANCISCO PUBLIC WORKS | View | |
| 2022-01-18 | PROOF OF SERVICE | View | |
| 2022-01-18 | APPELLANT CITY AND COUNTY OF SAN FRANCISCO'S TRIAL BRIEF | View | |
| 2021-11-17 | SMALL CLAIMS APPEAL CALENDAR OF NOV-18-2021 - CONTINUED TO JAN-27-2022 AT 9:00 AM IN DEPT. 525 PER STIPULATION BY ALL PARTIES. | View | |
| 2021-11-05 | STIPULATION RE CONTINUANCE OF SMALL CLAIMS APPEAL FILED BY HARRISON, ROBERT SAN FRANCISCO PUBLIC WORKS | View | |
| 2021-11-05 | SUBSTITUTION OF ATTORNEY: SHROFF, ZAL K SUBSTITUTED FOR PRO PER AS ATTORNEY FOR HARRISON, ROBERT | View | |
| 2021-10-01 | SMALL CLAIMS APPEAL NOTICE OF TIME AND PLACE HEARING SET FOR NOV-18-2021 AT 09:00 AM IN DEPT 525 | View | |
| 2021-10-01 | TRANSMITTAL RECEIPT FILED (PLAINTIFF & DEFENDANT EXHIBITS TRANSFERRED FROM SMALL CLAIMS DIVISION) | View | |
| 2021-09-29 | CASE_TRANSFERRED TO SUPERIOR COURT, RECORD AND EXHIBITS TRANSFERRED | View | |
| 2021-09-29 | NOTICE OF APPEAL FILED BY APPELLANT SAN FRANCISCO PUBLIC WORKS MAILED TO RESPONDENT HARRISON, ROBERT | View | EXEMPT |
| 2021-09-02 | NOTICE OF ENTRY OF JUDGMENT | View | |
| 2021-09-02 | THE COURT HAS ORDERED THE FOLLOWING JUDGMENT ENTERED: IT IS ADJUDGED THAT PLAINTIFF HARRISON, ROBERT RECOVER FROM DEFENDANT SAN FRANCISCO PUBLIC WORKS $10,000.00 PRINCIPAL, TOTAL JUDGMENT $10,000.00 STAY OF EXECUTION 30 DAYS PLAINTIFF'S AND DEFENDANT'S EXHIBITS RECEIVED | View | |
| 2021-09-02 | SMALL CLAIMS HEARING OF AUG-19-2021 - JUDGMENT. (PREVIOUSLY TAKEN UNDER SUBMISSION ON AUG-19-2021) | | |
| 2021-08-19 | SMALL CLAIMS CALENDAR OF AUG-19-2021 - TAKEN UNDER SUBMISSION AS OF AUG-19-2021 BY MICHELLE TONG. PLAINTIFF ROBERT HARRISON IS PRESENT VIA ZOOM. DEFENDANT SAN FRANCISCO PUBLIC WORKS REPRESENTED BY NICHELLE D. FLENTROY, CLAIMS ADJUSTER IS PRESENT VIA ZOOM. VICTORIA LARSON, COUNSEL WITH LAWYERS COMMITTEE FOR CIVIL RIGHT OF SAN FRANCISCO BAY AREA IS PRESENT FOR THE SOLE PURPOSE OF PROVIDING PLAINTIFF ACCESS TO ZOOM APPEARANCES. NO LEGAL ASSISTANCE IS PROVIDED BY VICTORIA LARSON ON PLAINTIFF'S BEHALF. COURT DISCLOSURE REGARDING CAMPAIGN CONTRIBUTIONS IS MADE. COURT RELIES ON THE EVIDENCE AND TESTIMONY PROVIDED IN THE RELATED MATTERS HEARD ON CALENDAR ON AUGUST 18, 2021. COURT SUMMARIZES DEFENSE TESTIMONY AND EVIDENCE PROVIDED IN THE RELATED MATTERS HEARD ON AUGUST 18, 2021. COURT STATES THAT PREVIOUS WITNESS TESTIMONY WAS HEARD FROM LARRY STRINGER, INTERIM MANAGER FOR HEALTHY STREETS OPERATIONS CENTER/ (RETRIED) DEPUTY DIRECTOR OF SAN FRANCISCO PUBLIC WORKS AND DEBRA MESKAN, ENCAMPMENT RESOLUTION TEAM LEAD IN THE RELATED CASES OF EDWARD RICHARDSON, JAYSON HILL, ARRON JUSTIN, AND THOMAS BLUE. COURT VOIR DIRES PLAINTIFFS. JUDGE: MICHELLE TONG; CLERK: W. TRUPEK. NOT REPORTED. (506) | | |
| 2021-08-19 | DECLARATION OF APPEARANCE ON BEHALF OF CORPORATION PURSUANT TO CCP 116.540 (B)-(H) NICHELLE D. FLENTROY, CLAIMS ADJUSTER FILED BY DEFENDANT SAN FRANCISCO PUBLIC WORKS | View | |
| 2021-08-19 | DECLARATION OF VICTORIA LARSON RE: MAILING OF ALL NOTICES FOR PLAINTIFF. ALL NOTICES ARE TO BE SENT TO THE CARE OF VICTOIRA LARSON AT: LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA, 131 STUEART STREET, SUITE 400, SAN FRANCISCO, CA 94105 FILED BY PLAINTIFF HARRISON, ROBERT | View | |
| 2021-06-01 | SMALL CLAIMS HEARING OF JUN-04-2021 - CONTINUED TO AUG-19-2021 AT 10:00 AM IN DEPT. 506 | View | |
| 2021-06-01 | SC-152 ORDER ON REQUEST TO POSTPONE TRIAL IS GRANTED, CASE CONTINUED TO AUGUST 19, 2021 AT 10:00AM IN DEPT 506 FILED BY DEFENDANT SAN FRANCISCO PUBLIC WORKS AS TO PLAINTIFF HARRISON, ROBERT | View | |
| 2021-05-25 | EXHIBITS FOR ZOOM HEARING - RECEIVED {HEARING: JUN-04-2021 AT 3:30PM} AS TO PLAINTIFF HARRISON, ROBERT | | |
| 2021-05-25 | ORDER ON REQUEST TO APPEAR AT HEARING BY ZOOM. THE REQUEST IS GRANTED. (HEARING SET FOR JUNE 4, 2021 @ 3:30PM | View | |

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2021-05-24 | DECLARATION RE REQUEST TO APPEAR AT HEARING BY ZOOM (REQUEST FORWARDED TO DEPT 506 FOR JUDICIAL REVIEW & SIGNATURE.) FILED BY PLAINTIFF HARRISON, ROBERT | View | |
| 2021-05-24 | REQUEST TO APPEAR AT HEARING BY TELEPHONE / ZOOM (HEARING SET FOR JUNE 4, 2021 @ 3:30PM) FILED BY PLAINTIFF HARRISON, ROBERT | View | |
| 2021-05-18 | SC-150 REQUEST TO POSTPONE TRIAL FILED BY DEFENDANT SAN FRANCISCO PUBLIC WORKS AS TO PLAINTIFF HARRISON, ROBERT | View | |
| 2021-03-25 | PROOF OF SERVICE FILED ON CLAIM OF PLAINTIFF (FEE FOR SERVICE:$0.00) SERVED MAR-23-2021, SUBSTITUTE SERVICE ON NATURAL PERSON AS TO DEFENDANT SAN FRANCISCO PUBLIC WORKS | View | |
| 2021-02-09 | REQUEST TO WAIVE COURT FEES AND COSTS PURSUANT TO G.C. 68633, CRC 3.51, 8.26, AND 8.818 (CONFIDENTIAL) FILED BY PLAINTIFF HARRISON, ROBERT ORDER FOR WAIVER OF COURT FEES AND COSTS GRANTED PURSUANT TO G.C. 68634 (E), CRC 3.52 | | |
| 2021-02-09 | MONEY CLAIM OF PLAINTIFF FOR $10,000.00 FILED BY HARRISON, ROBERT AS TO DEFENDANT SAN FRANCISCO PUBLIC WORKS ORDER SETTING TRIAL ISSUED FOR JUN-04-2021 AT 03:30 PM IN DEPT 506 | View | IFP |

Showing 1 to 45 of 45 entries          Previous  1  Next