**EXHIBIT D**

**TO**

**DECLARATION OF EDMUND T. WANG IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1  DAVID CHIU, State Bar # 189542
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  EDMUND T. WANG, State Bar #278755
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3857
6  Facsimile:    (415) 554-3837
   E-Mail:       edmund.wang@sfcityatty.org
7
   Attorneys for Appellant
8  CITY AND COUNTY OF SAN FRANCISCO
   (Erroneously sued as SAN FRANCISCO PUBLIC WORKS)
9

**FILED**
San Francisco County Superior Court

JUN 0 6 2022

CLERK OF THE COURT

By: _____ Deputy Clerk

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                      COUNTY OF SAN FRANCISCO

12  SAN FRANCISCO PUBLIC WORKS,           Case No. CSM-21-864066

13         Appellant,                     [~~PROPOSED~~] ORDER GRANTING JOINT
                                          STIPULATION AND REQUEST FOR
14     vs.                                DISMISSAL

15  JAYSON HILL,

16         Respondent.

17

18

19         This cause came on regularly for trial on June 6, 2022 in Department 220 before the Honorable

20  Kathleen A. Kelly. Pursuant to the Joint Stipulation and Request for Dismissal of Appellant/Defendant

21  CITY AND COUNTY OF SAN FRANCISCO and Respondent/Plaintiff JAYSON HILL, and good

22  cause appearing therefore, IT IS ORDERED THAT:

23       1.    The Small Claims Appeal filed in the above-entitled action is hereby DISMISSED; and

24       2.    The case is remanded to Small Claims Court for the judgment in the above-entitled

25  / / /

26  / / /

27                                              1

28  [~~Proposed~~] Order; Case No. CSM-21-864066                    c:\users\jsengmany\appdata\local\micr
                                                                    osoft\windows\inetcache\content.outlo
                                                                    ok\8ym67q2w\pldg hill_jayson_prop
                                                                    order.docx

1  ///

2  ///

3  small claims action to be VACATED, and the small claims action DISMISSED WITH PREJUDICE,

4  pursuant to the parties' Joint Stipulation and Request for Dismissal.

5  IT IS SO ORDERED.

8  Dated: 6/6/22

   *Kathleen A. Kelly*
   HONORABLE KATHLEEN A. KELLY
   Judge of the Superior Court

# ATTACHMENT

DAVID CHIU, State Bar # 189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3857
Facsimile: (415) 554-3837
E-Mail: edmund.wang@sfcityatty.org

Attorneys for Appellant
CITY AND COUNTY OF SAN FRANCISCO
(Erroneously sued as SAN FRANCISCO PUBLIC WORKS[1])

ENDORSED
FILED
San Francisco County Superior Court

JUN 0 3 2022

CLERK OF THE COURT
BY: DORA LOUIE
        Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| SAN FRANCISCO PUBLIC WORKS, | Case No. CSM-21-864066 |
|---|---|
| Appellant, | **JOINT STIPULATION AND REQUEST FOR DISMISSAL** |
| vs. | Trial Date: June 6, 2022<br>Time: 9:00 a.m.<br>Place: Dept. 220 |
| JAYSON HILL, | |
| Respondent. | Date Action Filed: February 23, 2021<br>Trial Date: May 26, 2022 |

Appellant/Defendant CITY AND COUNTY OF SAN FRANCISCO and Respondent/Plaintiff JAYSON HILL, through their respective attorneys of record, hereby stipulate as follows:

WHEREAS on February 23, 2021, Respondent/Plaintiff filed the above-entitled small claims case, *Jayson Hill v. San Francisco Public Works*, Small Claims Case No. CSM-21-864066;

WHEREAS on September 2, 2021, the Small Claims Court entered a judgment;

---

[1] San Francisco Public Works is a department of the City and County of San Francisco. This department is not a properly joined party because it does not have power to sue or be sued, and is not an independent public corporation. (See Bauer v. County of Ventura (1955) 45 Cal.2d 276, 288-289; compare Gov. Code, §§ 23000, 23004, subd. (a).)

1

WHEREAS on September 29, 2021, Appellant/Defendant appealed the Small Claims Judgment to the Superior Court; and

WHEREAS the Parties have agreed to resolve the above-entitled action.

NOW THEREFORE, the Parties, through their respective attorneys of record, hereby stipulate and respectfully request that:

1. The Superior Court dismiss the Small Claims Appeal filed on September 29, 2021 in the above-entitled action; and

2. The Small Claims Court vacate the September 2, 2021 judgment and dismiss al claims in the above-entitled small claims action, filed on February 23, 2021, with prejudice.

IT IS SO STIPULATED AND REQUESTED.

Dated: June 2, 2022

          DAVID CHIU
          City Attorney
          MEREDITH B. OSBORN
          Chief Trial Deputy
          EDMUND T. WANG
          Deputy City Attorney

By: _____
     EDMUND T. WANG

Attorneys for Appellant
CITY AND COUNTY OF SAN FRANCISCO

Dated: June 2, 2022

          MORRISON & FOERSTER LLP

By: _____
     ALEXIS A. AMEZCUA

ZAL K. SHROFF
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF
THE SAN FRANCISCO BAY AREA

Attorneys for Respondent/Plaintiff
JAYSON HILL

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET, SAN FRANCISCO, CA 94102-4514

SAN FRANCISCO PUBLIC WORKS

APPELLANT(S)/DEFENDANT(S)

VS.

JAYSON HILL

RESPONDENT(S)/PLAINTIFF(S)

**Superior Court Case Number**

**CSM-21-864066**

**Small Claim Case Number**

**Order Dismissing Small Claims Appeal**

This cause came on regularly for trial on Jun-06-2022 in Department 220 before The Honorable Kathleen Kelly, Judge Presiding. Good cause appearing,

IT IS HEREBY ORDERED:

APPEAL DISMISSED, per stipulation and order of the Court.

The appeal is dismissed. The case is remanded back to Small Claims
Court.   The judgment originally entered in the Small Claims Court is now vacated.

DATED:  JUN-06-2022

_____
JUDGE PRO TEM OF THE SUPERIOR COURT

Order to Dismiss Small Claims Appeal
Form 000021

# CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on JUN-06-2022 I served the attached Order to Dismiss Small Claims Appeal by placing a copy thereof in an envelope addressed to all parties to this action as listed below.  I then placed the envelope in the outgoing mail at 400 McAllister Street, San Francisco, CA 94102, on the date indicated above for collection, sealing of the envelope, attachment of required prepaid postage, and mailing on that date, following standard court practice.


Dated :  JUN-06-2022                                By: JOHNNY SENGMANY


ZAL K SHROFF (804620)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO
BAY AREA
131 STEUART STREET STE 400
SAN FRANCISCO, CA  94105

SAN FRANCISCO PUBLIC WORKS
49 SOUTH VAN NESS AVENUE
SUITE 1600
SAN FRANCISCO, CA  94103

Contact Us

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Case Number: CSM21864066
Title: JAYSON HILL VS. SAN FRANCISCO PUBLIC WORKS
Cause of Action: MONEY
Generated: 2022-10-13 10:57 pm

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

**Please Note: The "View" document links on this web page are valid until 11:07:36 pm**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

## Register of Actions

Show [ All ] entries                                                                 Search: [    ]

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2022-06-13 | RECORD REMANDED TO SMALL CLAIMS (PLAINTIFF & DEFENDANT EXHIBITS RETURNED TO SMALL CLAIMS DIVISION);ORDER GRANTING JOINT STIPULATION: APPEAL DISMISSED AND SEPT-02-2021 SMALL CLAIM JUDGMENT VACATED & DISMISSED. | | |
| 2022-06-06 | SMALL CLAIM APPEAL CALENDAR OF JUN-06-2022 DISMISSED - HEARING NOT HELD. SMALLS CLAIMS APPEAL IS DISMISSED. JUDGMENT IN SMALL CLAIMS ACTION TO BE VACATED AND DISMISSED WITH PREJUDICE, PER STIPULATION AND ORDER OF THE COURT. JUDGE: HONORABLE KATHLEEN KELLY; CLERK: JOHNNY SENGMANY; REPORTER: NOT REPORTED. | View | |
| 2022-06-06 | ORDER GRANTING JOINT STIPULATION AND REQUEST FOR DISMISSAL | View | |
| 2022-06-03 | STIPULATION AND REQUEST FOR DISMISSAL FILED BY SAN FRANCISCO PUBLIC WORKS HILL, JAYSON | View | |
| 2022-05-26 | SMALL CLAIMS APPEAL CALENDAR OF MAY-26-2022 - CONTINUED TO JUN-06-2022 AT 9:00 AM IN DEPT. 220 BY THE COURT. COUNSEL TO SUBMIT A NEW STIPULATION AND ORDER TO DEPT 220 BY MAIL AND E-MAIL. JUDGE: KATHLEEN KELLY, CLERK(S): R. GUMPAL, K. RAYALA, NOT REPORTED, (220). | | |
| 2022-05-26 | MINUTES FOR MAY-26-2022 9:00 AM | View | |
| 2022-05-26 | MISCELLANEOUS CIVIL SPECIAL SETTING CALENDAR OF MAY-26-2022 - SMALL CLAIM APPEALS ASSIGNED TO SMALL CLAIM APPEALS ON MAY-26-2022 AT 9:00 AM IN DEPT. 220, JUDGE KELLY. PARTIES WOULD NOT STIPULATE TO JUDGE PRO TEM. (206) | | |
| 2022-05-26 | SMALL CLAIMS APPEAL CALENDAR OF MAY-26-2022 TRANSFERRED TO DEPT. 206 FOR REASSIGNMENT - PARTIES WOULD NOT STIPULATE TO A JUDGE PRO TEM. (206) | | |
| 2022-05-23 | STIPULATION AND REQUEST FOR DISMISSAL FILED BY SAN FRANCISCO PUBLIC WORKS HILL, JAYSON | View | EXEMPT |
| 2022-04-27 | BY STIPULATION, SMALL CLAIMS APPEAL CALENDAR OF APR-27-2022 IS CONTINUED TO MAY-26-2022 AT 9:00 AM IN DEPT. 525, FOR TRIAL. PARTIES WAIVE NOTICE.(206) | | |
| 2022-02-10 | SMALL CLAIMS APPEAL CALENDAR OF FEB-10-2022 - CONTINUED TO APR-27-2022 AT 9:00 AM IN DEPT. 525 BY COURT FOR STATUS OF CONDITIONAL SETTLEMENT. PARTIES WAIVE NOTICE. APPELLANT SAN FRANCISCO PUBLIC WORKS IS PRESENT, REPRESENTED BY EDMUND WANG (DEPUTY CITY ATTORNEY). RESPONDENT IS NOT PRESENT, REPRESENTED BY MELODY ELLEN WONG AND BRYAN OSORIO (ASSOCIATE FOR MORRISON FOERSTER. (525) | View | |
| 2022-02-09 | NOTICE OF SETTLEMENT OF ENTIRE CASE FILED BY APPELLANT SAN FRANCISCO PUBLIC WORKS | View | |
| 2022-01-26 | SMALL CLAIMS APPEAL CALENDAR OF JAN-26-2022 - CONTINUED TO FEB-10-2022 AT 9:00 AM IN DEPT. 525 PER REQUEST OF MOVING PARTY. MATTER TO BE HEARD BY AN ASSIGNED JUDGE. | View | |
| 2022-01-19 | STIPULATION REGARDING TRIAL SCHEDULED FOR JANUARY 26 AND 27, 2022 FILED BY HILL, JAYSON SAN FRANCISCO PUBLIC WORKS | View | |
| 2022-01-19 | APPELLANT CITY AND COUNTY OF SAN FRANCISCO'S EXHIBIT LIST; AND WITNESS LIST FILED BY APPELLANT SAN FRANCISCO PUBLIC WORKS | View | |
| 2022-01-18 | PROOF OF SERVICE FILED BY RESPONDENT HILL, JAYSON | View | |
| 2022-01-18 | PROOF OF SERVICE | View | |

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2022-01-18 | APPELLANT CITY AND COUNTY OF SAN FRANCISCO'S TRIAL BRIEF | View | |
| 2022-01-14 | RESPONDENT'S EXHIBIT LIST FILED BY RESPONDENT HILL, JAYSON | View | |
| 2022-01-14 | RESPONDENTS' WITNESS LIST FILED BY RESPONDENT HILL, JAYSON | View | |
| 2022-01-14 | RESPONDENTS' PRETRIAL STATEMENT FILED BY RESPONDENT HILL, JAYSON | View | |
| 2022-01-14 | NOTICE OF APPEARANCE FILED BY RESPONDENT HILL, JAYSON | View | |
| 2021-11-17 | SMALL CLAIMS APPEAL CALENDAR OF NOV-17-2021 - CONTINUED TO JAN-26-2022 AT 9:00 AM IN DEPT. 525 PER STIPULATION BY ALL PARTIES. | View | |
| 2021-11-05 | STIPULATION RE CONTINUANCE OF SMALL CLAIMS APPEAL FILED BY HILL, JAYSON SAN FRANCISCO PUBLIC WORKS | View | |
| 2021-11-05 | SUBSTITUTION OF ATTORNEY: SHROFF, ZAL K SUBSTITUTED FOR PRO PER AS ATTORNEY FOR HILL, JAYSON | View | |
| 2021-10-01 | SMALL CLAIMS APPEAL NOTICE OF TIME AND PLACE HEARING SET FOR NOV-17-2021 AT 09:00 AM IN DEPT 525 | View | |
| 2021-10-01 | TRANSMITTAL RECEIPT FILED (PLAINTIFF & DEFENDANT EXHIBITS TRANSFERRED FROM SMALL CLAIMS DIVISION) | View | |
| 2021-09-29 | CASE_TRANSFERRED TO SUPERIOR COURT, RECORD AND EXHIBITS TRANSFERRED | View | |
| 2021-09-29 | NOTICE OF APPEAL [APPEAL UNTIMELY FILED] FILED BY APPELLANT SAN FRANCISCO PUBLIC WORKS MAILED TO RESPONDENT HILL, JAYSON | View | EXEMPT |
| 2021-08-25 | NOTICE OF ENTRY OF JUDGMENT | View | |
| 2021-08-25 | THE COURT HAS ORDERED THE FOLLOWING JUDGMENT ENTERED: IT IS ADJUDGED THAT PLAINTIFF HILL, JAYSON RECOVER FROM DEFENDANT SAN FRANCISCO PUBLIC WORKS $10,000.00 PRINCIPAL, TOTAL JUDGMENT $10,000.00, **SEE ATTACHED STATEMENT OF DECISION** STAY OF EXECUTION 30 DAYS PLAINTIFF'S AND DEFENDANT'S EXHIBITS RECEIVED | View | |
| 2021-08-25 | SMALL CLAIMS HEARING OF AUG-18-2021 - JUDGMENT. (PREVIOUSLY TAKEN UNDER SUBMISSION ON 8-18-2021) | | |
| 2021-08-19 | DECLARATION OF APPEARANCE ON BEHALF OF CORPORATION PURSUANT TO CCP 116.540 (B)-(H) NICHELLE D. FLENTROY, CLAIMS ADJUSTER FILED BY DEFENDANT SAN FRANCISCO PUBLIC WORKS | View | |
| 2021-08-19 | DECLARATION OF VICTORIA LARSON RE: MAILING OF ALL NOTICES FOR PLAINTIFF. ALL NOTICES ARE TO BE SENT TO THE CARE OF VICTOIRA LARSON AT: LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA, 131 STUEART STREET, SUITE 400, SAN FRANCISCO, CA 94105 FILED BY PLAINTIFF HILL, JAYSON | View | |
| 2021-08-18 | SMALL CLAIMS CALENDAR OF AUG-18-2021 - TAKEN UNDER SUBMISSION AS OF AUG-18-2021 BY MICHELLE TONG. - PLAINTIFF JAYSON HILL IS PRESENT VIA ZOOM. DEFENDANT SAN FRANCISCO PUBLIC WORKS REPRESENTED BY NICHELLE D. FLENTROY, CLAIMS ADJUSTER IS PRESENT. VICTORIA LARSON, COUNSEL WITH LAWYERS COMMITTEE FOR CIVIL RIGHT OF SAN FRANCISCO BAY AREA IS PRESENT FOR THE SOLE PURPOSE OF PROVIDING PLAINTIFF ACCESS TO ZOOM APPEARANCES. NO LEGAL ASSISTANCE IF PROVIDED BY VICTORIA LARSON ON PLAINTIFF'S BEHALF. COURT DISCLOSURE REGARDING CAMPAIGN CONTRIBUTIONS IS MADE. THE FOLLOWING RELATED CASES ARE HEARD SIMULTANEOUSLY WITH THIS MATTER: CSM-21-864062 - EDWARD RICHARDSON VS. SAN FRANCISCO PUBLIC WORKS; CSM-21-864075 - AARON JUSTIN VS. SAN FRANCISCO PUBLIC WORKS; CSM-21-864076 - THOMAS BLUE VS. SAN FRANCISCO PUBLIC WORKS. JAYSON HILL TESTIFIES ON BEHALF OF PLAINTIFFS PER AGREEMENT OF ALL PLAINTIFFS IN THE RELATED CASES. WITNESS LARRY STRINGER, INTERIM MANAGER FOR HEALTHY STREETS OPERATIONS CENTER/ (RETRIED) DEPUTY DIRECTOR OF SAN FRANCISCO PUBLIC WORKS, TESTIFIES ON BEHALF OF DEFENDANT. WITNESS DEBRA MESKAN, ENCAMPMENT RESOLUTION TEAM LEAD, TESTIFIES ON BEHALF OF DEFENDANT. COURT RELIES ON THE SAME EVIDENCE AND TESTIMONY AS PROVIDED IN THE RELATED CASE OF CSM-21-864062. PLAINTIFF AND DEFENDANT EXHIBITS ARE RETAINED. JUDGE: MICHELLE TONG; CLERK: W. TRUPEK. NOT REPORTED. (506) | | |
| 2021-06-01 | SMALL CLAIMS HEARING OF JUN-02-2021 - CONTINUED TO AUG-18-2021 AT 1:30 PM IN DEPT. 506 | View | |
| 2021-06-01 | SC-152 ORDER ON REQUEST TO POSTPONE TRIAL GRANTED. CASE CONTINUED TO AUGUST 18-2021 AT 1:30 IN DEPT. 506 FILED BY DEFENDANT SAN FRANCISCO PUBLIC WORKS AS TO PLAINTIFF HILL, JAYSON | View | |
| 2021-06-01 | SC-150 REQUEST TO POSTPONE TRIAL FILED BY DEFENDANT SAN FRANCISCO PUBLIC WORKS AS TO PLAINTIFF HILL, JAYSON | View | |
| 2021-05-25 | EXHIBITS FOR ZOOM HEARING - RECEIVED {HEARING: JUN-02-2021 AT 8:30AM} AS TO PLAINTIFF HILL, JAYSON | | |
| 2021-05-25 | ORDER ON REQUEST TO APPEAR AT HEARING BY ZOOM. THE REQUEST IS GRANTED. (HEARING SET FOR JUNE 2, 2021 @ 8:30AM) | View | |

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2021-05-24 | DECLARATION OF RE REQUEST TO APPEAR AT HEARING BY ZOOM (REQUEST FORWARDED TO DEPT 506 FOR JUDICIAL REVIEW & SIGNATURE.) FILED BY PLAINTIFF HILL, JAYSON | View | |
| 2021-05-24 | REQUEST TO APPEAR AT HEARING BY TELEPHONE /ZOOM (HEARING SET FIR JUNE 2, 2021 @ 8:30AM) FILED BY PLAINTIFF HILL, JAYSON | View | |
| 2021-03-25 | PROOF OF SERVICE FILED ON CLAIM OF PLAINTIFF (SERVICE FEE $0.00) SERVED MAR-23-2021, SUBSTITUTE SERVICE ON NATURAL PERSON AS TO DEFENDANT SAN FRANCISCO PUBLIC WORKS | View | |
| 2021-02-23 | REQUEST TO WAIVE COURT FEES AND COSTS PURSUANT TO G.C. 68633, CRC 3.51, 8.26, AND 8.818 (CONFIDENTIAL) FILED BY PLAINTIFF HILL, JAYSON ORDER FOR WAIVER OF COURT FEES AND COSTS GRANTED PURSUANT TO G.C. 68634 (E), CRC 3.52 | | |
| 2021-02-23 | MONEY CLAIM OF PLAINTIFF FOR $10,000.00 FILED BY HILL, JAYSON AS TO DEFENDANT SAN FRANCISCO PUBLIC WORKS ORDER SETTING TRIAL ISSUED FOR JUN-02-2021 AT 08:30 AM IN DEPT 506 | View | IFP |

Showing 1 to 45 of 45 entries     Previous   1   Next