LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.<br><br>Plaintiffs.<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>Hon. Judge Donna M. Ryu<br><br>Date Action Filed: September 27, 2022 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' [PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO DISMISS
CASE NO. 4:22-CV-05502-DMR

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' Motion to Dismiss Defendants San Francisco Police Department (SFPD), San Francisco Department of Public Works (DPW), San Francisco Department of Homelessness and Supportive Housing (HSH), San Francisco Fire Department (SFFD), and San Francisco Department of Emergency Management (DEM) (together, the "Departmental Defendants"); Defendants Mayor London Breed and HSOC Director Samuel Dodge; and the Thirteenth Cause of Action in Plaintiffs' Complaint. Having carefully considered the motion and the papers submitted, and for good cause shown, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss the Departmental Defendants from this action is **DENIED**;

2. Defendants' Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Complaint (Conspiracy) is **DENIED**;

3. Defendants' Motion to Dismiss Mayor London Breed and Director Sam Dodge is **DENIED**, but Plaintiffs shall file a First Amended Complaint or Rule 41(a) notice consistent with this Order on or before **February 3, 2023.** The amendments in the First Amended Complaint shall be limited to:

   i. Additionally asserting individual capacity claims against Mayor London Breed and HSOC Director Samuel Dodge. This includes leave to assert any additional factual allegations or new substantive causes of action against Mayor Breed and Director Dodge giving rise to their individual liability—provided that any new allegations and/or claims are related to Mayor Breed and Director Dodge's personal involvement in the general body of allegations contained in Plaintiffs' original Complaint;

   ii. Maintaining suit against either Defendant City and County of San Francisco, or against Mayor London Breed and/or HSOC Director Samuel Dodge in their official capacities—but not both.

1  **IT IS SO ORDERED.**

2  Dated: _____

6  _____
   HONORABLE DONNA M. RYU
7  UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PLAINTIFFS' [PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO DISMISS
CASE NO. 4:22-CV-05502-DMR