LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF ZAL K. SHROFF IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Judge:** The Hon. Donna M. Ryu<br><br>**Hearing Date:** December 22, 2022<br>**Time:** 1:00 p.m.<br>**Place:** Courtroom 4 – 3rd Floor<br>1301 Clay Street<br>Oakland, CA 94612 |

1  LATHAM & WATKINS LLP
   Wesley Tiu, SBN 336580
2  Kevin Wu, SBN 337101
   Tulin Gurer, SBN 303077
3  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
4  Telephone: (415) 391-0600
5  wesley.tiu@lw.com
   kevin.wu@lw.com
6  tulin.gurer@lw.com

7
   LATHAM & WATKINS LLP
8  Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
   Telephone: (714) 540-1235
10 joseph.lee@lw.com

11
   LATHAM & WATKINS LLP
12 Rachel Mitchell, SBN 344204
   12670 High Bluff Drive
13 San Diego, CA 92130
   Telephone: (858) 523-5400
14 rachel.mitchell@lw.com

15
   LAWYERS' COMMITTEE FOR CIVIL
16 RIGHTS OF THE SAN FRANCISCO BAY AREA
   Elisa Della-Piana, SBN 226462
17 131 Steuart Street, Ste. 400
   San Francisco, CA 94105
18 Telephone: (415) 543-9444
19 edellapiana@lccrsf.org

20 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   Brandon L. Greene, SBN 293783
21 39 Drumm Street
   San Francisco, CA 94111
22 Telephone: (415) 293-6333
23 bgreene@aclunc.org

24

25

26

27

28

# DECLARATION OF ZAL K. SHROFF

I, Zal K. Shroff, hereby declare as follows:

1. I am a Senior Staff Attorney with the Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCRSF"). I am also counsel of record for the Coalition on Homelessness (the "Coalition"), Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn in the above-captioned action. I am admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2. I submit this Declaration in support of Plaintiffs' Reply in support of Plaintiffs' Motion for Preliminary Injunction (the "PI Motion"). I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently to them.

**I.   WITNESS DECLARATIONS**

3. LCCRSF has assisted the Coalition, its volunteers and staff, and several unhoused individuals in preparing declarations that document their direct observations of property destruction and criminalization of involuntary homelessness in San Francisco since Plaintiffs filed the instant PI Motion. I spearheaded this effort with assistance from a series of legal fellows and law clerks. After the PI Motion was filed, Plantiffs' counsel was also contacted by two former City employees who wished to share their direct observations. Each of these declarations are described below.

   **A.   Declarations from the Coalition on Homelessness' Recent Monitoring Efforts**

4. Attached as **Exhibit 1** is a true and correct copy of a declaration executed by Christin Evans, a Coalition volunteer, on November 29, 2022 and submitted in support of Plaintiffs' Reply in support of the PI Motion.

5. Attached as **Exhibit 2** is a true and correct copy of a declaration executed by Ian James, a Coalition staff member, on November 30, 2022 and submitted in support of Plaintiffs' Reply in support of the PI Motion.

6. Attached as **Exhibit 3** is a true and correct copy of a declaration executed by Dylan Verner-Crist, ACLU lead investigator, on November 30, 2022 and submitted in support of Plaintiffs' Reply in support of the PI Motion.

7. Attached as **Exhibit 4** is a true and correct copy of a declaration executed by Jennifer Friedenbach, the Executive Declaration of the Coalition on Homelessness, on November 30, 2022 and submitted in support of Plaintiffs' Reply in support of the PI Motion.

    **B.**    **Declarations from Unhoused Persons**

8. Attached as **Exhibit 5** is a true and correct copy of a declaration executed by Toro Castaño, one of the Individual Plaintiffs in this action, on November 4, 2022 and submitted in support of Plaintiffs' Reply in support of the PI Motion.

9. Attached as **Exhibit 6** is a true and correct copy of a declaration executed by Darrah Reasor, a currently unhoused individual, on October 28, 2022 and submitted in support of Plaintiffs' Reply in support of the PI Motion.

10. Attached as **Exhibit 7** is a true and correct copy of a declaration executed by JD Cobb, a currently unhoused individual, on October 28, 2022 and submitted in support of Plaintiffs' Reply in support of the PI Motion.

11. Attached as **Exhibit 8** is a true and correct copy of a declaration executed by Joseph Williams, a currently unhoused individual, on November 18, 2022 and submitted in support of Plaintiffs' Reply in support of the PI Motion.

    **C.**    **Declarations from Former City of San Francisco Employees**

12. Attached as **Exhibit 9** is a true and correct copy of a declaration executed by Andrinna Malone, a former employee of the City's Department of Public Works, on November 29, 2022 and submitted in support of Plaintiffs' Reply in support of the PI Motion.

13. Attached as **Exhibit 10** is a true and correct copy of a declaration executed by Kaki Marshall, a former employee of the City's Department of Homelessness, on November 30, 2022 and submitted in support of Plaintiffs' Reply in support of the PI Motion.

**II.**    **DOCUMENTARY EVIDENCE**

          **LCCRSF Public Records Requests**

14. LCCRSF issued public records requests to various San Francisco city agencies including the San Francisco Department of Public Works, San Francisco Police Department, Department of Homelessness and Supporting Housing, and the Department of Emergency

Management in the days leading up to the filing of Plaintiffs' PI Motion. These public records requests addressed the City's response to homeless encampments and treatment of unhoused individuals, including requests for records pertaining to criminal enforcement, property storage/destruction, shelter availability, and scheduled sweep operations throughout the City—particularly for the time period of 2021-2022.

15. LCCRSF legal fellow Hadley Rood submitted these records requests on behalf of LCCRSF under my supervision, and we collected all responsive documents provided by City agencies. LCCRSF sent or received the following relevant documents.

16. Attached hereto as **Exhibit 11** is a true and correct copy of a Public Records Request submitted by LCCRSF to the Department of Public Works, dated September 13, 2022.

17. Attached hereto as **Exhibit 12** is a true and correct copy of summary "Bag and Tag" logs produced by the Department Public Works dated between January 2022 to September 2022 in response to the Public Records Request filed by LCCRSF on September 13, 2022.

18. Attached hereto as **Exhibit 13** is a true and correct copy of the San Francisco Police Department's response to LCCRSF's Public Record Request, which was prepared October 6, 2022.

19. Attached hereto as **Exhibit 14** is a true and correct copy of an excel file entitled "P83977_LCCR" produced by the San Francisco Police Department in response to a Public Records Request filed by LCCRSF on September 13, 2022.

20. Attached hereto as **Exhibit 15** is a true and correct copy of a Public Records Request submitted by LCCRSF to the Department of Homelessness and Supportive Housing, dated September 13, 2022.

21. Attached hereto as **Exhibit 16** is a true and correct copy of San Francisco's daily shelter allocation for the period of approximately January 2022 to mid-October 2022 produced by the Department of Homelessness and Supportive Housing in response to LCCRSF's Public Record Requests.

**Records Produced by Defendants**

22. On November 7, 2022, this Court ordered Defendants to produce certain records to the extent Defendants relied on those records in opposition to Plaintiffs' Motion for Preliminary Injunction. *See* Dkt. No. 44.

23. Attached hereto as **Exhibit 17** is a true and correct copy of HSOC encampment reports for the period from August 30, 2021 to November 8, 2022 produced by Defendants on November 17, 2022, bearing Bates stamps, CCSF_COH_PI_HSOC_000460 to CCSF_COH_PI_HSOC_000470.

### III. PARTIES' CORRESPONDENCE

24. Attached hereto as **Exhibit 18** is a true and correct copy correspondence between the parties between the period of November 7, 2022 and November 29, 2022 discussing Defendants' failure to provide notice of certain sweep operations taking place on November 6, 2022 and November 7, 2022, as well as Defendants' refusal to produce unredacted SFPD reports that would aid Plaintiffs' counsel in effectively monitoring SFPD's interactions with unhoused individuals.

### IV. OTHER MATERIAL

25. On November 14, 2022, Leslie Dreyer's video documentary series—called *Stolen Belonging*—released yet another episode revealing recent interviews with several unhoused individuals and City workers regarding the seizure and destruction of unhoused people's property. The newest release can be found here: https://youtu.be/z-LHy9mZ30o.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on December 1, 2022 in San Francisco, California.

/s/ Zal K. Shroff
Zal K. Shroff

*Attorney for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Josh Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn*

**ATTESTATION**

I, Alfred C. Pfeiffer, Jr. am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: December 1, 2022                                            /s/ *Alfred C. Pfeiffer, Jr.*
                                                                                        Alfred C. Pfeiffer, Jr.