# EXHIBIT 2

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br>   Plaintiffs. <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br>   Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **SUPPLEMENTAL DECLARATION OF IAN JAMES IN SUPPORT OF THE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **Judge:** The Hon. Donna M. Ryu <br><br> **Hearing Date:** December 22, 2022 <br> **Time:** 1:00 p.m. <br> **Place:** Courtroom 4 – 3rd Floor <br> 1301 Clay Street <br> Oakland, CA 94612 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JAMES SUPP. DECL. ISO REPLY ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 4:22-CV-05502-DMR

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JAMES SUPP. DECL. ISO REPLY ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 4:22-CV-05502-DMR

# SUPPLEMENTAL DECLARATION OF IAN JAMES

I, Ian James, hereby declare pursuant to 28 U.S.C. § 1746:

1. I currently serve as the Organizing Director for the Coalition on Homelessness ("COH" or "the Coalition"). All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

2. I previously submitted a declaration regarding my observations of the City's encampment resolutions and treatment of unhoused people and their property. I submit this further supplemental declaration regarding my direct observations at HSOC encampment resolutions that took place in October and November 2022—and for which the Coalition was given notice pursuant to this Court's order requiring 72-hour written notice to Plaintiffs.

**Recent Observations at HSOC Encampment Resolutions**

    **A.** **October 24, 2022: Caesar Chavez & Valencia**

3. On October 24, 2022, I observed an HSOC encampment resolution scheduled to take place at Caesar Chavez & Valencia at 7:00 AM. I arrived at the location of the encampment resolution at approximately 7:00 AM. When I arrived at the encampment, I observed 9 unhoused individuals who were present at the site. At least 19 City employees from the SFPD, DPW, HOT, SFFD, and DPH conducted this encampment resolution. I observed that DPW had brought at least two dumpster trucks with them.

4. *DPW Operations Prior to Any Shelter Offers:* Around 7:15 AM, the HOT team began "assessing" unhoused individuals for shelter and informing them that they were required to depart the area. However, the HOT team did not offer any individuals shelter at this time. The HOT team did not give concrete shelter offers until around 9:00 AM. However, DPW began conducting removal operations around 8:30 AM, requiring individuals to pack up their belongings and depart and grabbing at unhoused people's belongings. None of the unhoused individuals received an offer of shelter prior to DPW beginning their enforcement operations. Furthermore, even after several individuals were eventually offered and accepted a spot at a safe sleeping village (i.e. not a shelter at all because not indoors)—and after the City had watched them pack

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JAMES SUPP. DECL. ISO REPLY ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 4:22-CV-05502-DMR

up all of their belongings—the City team informed them that they could only take two bags of their property with them. The rest would be discarded and destroyed—not bagged and tagged. When the few individuals who had been given this offer were told that they would have to give up their belongings, they chose to decline the outdoor sleeping village to safeguard their critical survival belongings.

**B.      October 27, 2022: 16th Street & Capp**

5.      On October 27, 2022, I observed an HSOC encampment resolution scheduled to take place at 16th Street and Capp at 7:00 AM. I arrived at the location of the encampment resolution at approximately 7:00 AM. When I arrived at the encampment, I observed 11 unhoused individuals who were present at the site. At least 21 City employees from the SFPD, DPW, HOT, SFFD, and DPH conducted this encampment resolution, supported by 1 pressure washer truck.

6.      *Lack of Any Shelter Offers:* Around 7:30 AM, I observed the HOT team begin informing unhoused individuals at the encampment that they had to depart the area. No shelter offers were made at this time. At approximately 8:30 AM, one hour after the HOT team had ordered individuals to depart and DPW had begun their removal and cleaning operations, I observed the HOT team make a shelter offer to only one unhoused person out of the eleven present. That one person subsequently waited two hours for a written referral and transportation to shelter. However, no written referral or transportation ever arrived, and at 10:30 AM—2 hours later—she departed the area. Of the 11 individuals who were present at the site and ordered to pack up and depart the area by the City, this was the *only* individual who I observed receive a shelter offer from the HOT team. No one else appeared to receive a shelter offer from the HOT team at all.

**C.      November 3, 2022: 18th Street & Harrison**

7.      On November 3, 2022, I observed an HSOC encampment resolution scheduled to take place at 18th Street and Harrison at 7:00 AM. I arrived at the location of the encampment resolution at approximately 6:55 AM. When I arrived at the encampment, I observed 13 unhoused individuals present at the site. At least 23 City employees from the SFPD, DPW, HOT, SFFD, and HSH agencies conducted this encampment resolution, supported by at least 3 DPW pressure

washer trucks.

8. *Lack of Shelter Offers:* Around 7:10 AM, I observed the HOT team begin informing individuals at the encampment that they were required to depart the area. No shelter offers were made at this time. With no shelter offer and under threat of enforcement, many individuals departed the area before HOT knew their shelter availability for the day. At approximately 8:10 AM, the DPW team arrived and gave individuals only about 20 minutes to pack and leave. At 8:30 AM, DPW began conducting removal operations. At approximately the same time, the HOT team began making shelter bed offers. However, of the 13 unhoused individuals originally present, I observed that the HOT team only made shelter offers to three individuals.

9. *Harassment:* While observing this encampment resolution, I experienced harassment from the SFFD Captain, identified as Patrick, and the HOT team. The HOT team stood in a line next to me to mock my presence and the SFFD Captain stated that "one of these things is not like the other." When I attempted to take a photo of this harassment, the HOT team dispersed and moved away.

D. **November 9, 2022: Willow & Van Ness**

10. On November 9, 2022, I observed an HSOC encampment resolution scheduled to take place at Willow and Van Ness at 7:00 AM. I arrived at the location of the encampment resolution at approximately 7:00 AM. When I arrived at the encampment, I observed approximately 32 unhoused individuals present. At least 22 City employees from SFPD, DPW, HOT, SFFD, HSH, and DPH conducted this encampment resolution, supported by at least 3 DPW dumpster trucks and 2 power washer trucks.

11. *Lack of Posted Notice:* I did not observe that the City posted notice regarding the encampment resolution anywhere near the encampment prior to the resolution taking place. I spoke with individuals present at the site and confirmed that they had not seen any notice posted.

12. *Lack of Shelter Offers*: The HOT team only started offering shelter beds to individuals at 8:40 AM, when they learned about the shelter beds that were available that day. In my observation, of the 32 individuals present, the HOT team only made shelter offers to 3

individuals. Furthermore, I observed one individual inform HOT that they wanted shelter, but the HOT team refused to provide a shelter offer to that individual because they could not produce any valid form of identification.

### E.   November 17, 2022: Isis Street & Division

13.   On November 17, 2022, I observed an HSOC encampment resolution scheduled to take place at 12th and Howard at 7:00 AM. I arrived at the location of the encampment resolution as it was reported to the Coalition at 7:00 AM. However, when I arrived, there was no resolution taking place at that location.

14.   It was only after an hour that I came upon the actual resolution, which was occurring at Isis Street and Division. When I arrived, I observed approximately 9 unhoused individuals who were present at the site. At least 24 City employees from SFPD, DPW, HOT, SFFD, and SFMTA conducted this encampment resolution.

15.   *Enforcement Without Shelter Offers*: I observed that the City did not offer *anyone* present at the site shelter on this occasion. Nonetheless, individuals were told to move along starting at 7:00 AM. When DPW finished power washing the area around 8:45 AM, there was still one individual present who was trying to pack up his belongings. SFPD, SFFD, and HOT remained for over an hour waiting until the individual, with nowhere else to go, moved across the street. At one point, six police officers were standing around their police car close by the person's tent while he packed up to move, in an apparently intimidating manner.

I declare under penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge, and that I executed this declaration on November 30, 2022 in San Francisco, California.

_____
Ian James

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JAMES SUPP. DECL. ISO REPLY ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 4:22-CV-05502-DMR