# EXHIBIT 4

1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
2  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
3  Telephone: (415) 391-0600
4  al.pfeiffer@lw.com

5  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
6  Zal K. Shroff, MJP 804620, *pro hac vice*
7  131 Steuart Street, Ste. 400
   San Francisco, CA 94105
8  Telephone: (415) 543-9444
   zshroff@lccrsf.org
9

10 ACLU FOUNDATION OF NORTHERN
   CALIFORNIA
11 John Thomas H. Do, SBN 285075
   39 Drumm Street
12 San Francisco, CA 94111
   Telephone: (415) 293-6333
13 jdo@aclunc.org

14 *Attorneys for Plaintiffs*

15 *Additional Counsel Below*

16

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | CASE NO. 4:22-cv-05502-DMR |
| Plaintiffs. | **SUPPLEMENTAL DECLARATION OF JENNIFER FRIEDENBACH IN SUPPORT OF THE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et. al., | |
| Defendants. | **Judge:** The Hon. Donna M. Ryu |
| | **Hearing Date:** December 22, 2022 |
| | **Time:** 1:00 p.m. |
| | **Place:** Courtroom 4 – 3rd Floor |
| | 1301 Clay Street |
| | Oakland, CA 94612 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FRIEDENBACH DECL. ISO REPLY ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 4:22-CV-05502-DMR

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Wesley Tiu, SBN 336580 |
|   | Kevin Wu, SBN 337101 |
| 3 | Tulin Gurer, SBN 303077 |
|   | 505 Montgomery Street, Ste 2000 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 391-0600 |
| 5 | wesley.tiu@lw.com |
|   | kevin.wu@lw.com |
| 6 | tulin.gurer@lw.com |

1  LATHAM & WATKINS LLP
   Wesley Tiu, SBN 336580
2  Kevin Wu, SBN 337101
3  Tulin Gurer, SBN 303077
   505 Montgomery Street, Ste 2000
4  San Francisco, CA 94111
   Telephone: (415) 391-0600
5  wesley.tiu@lw.com
   kevin.wu@lw.com
6  tulin.gurer@lw.com

7
   LATHAM & WATKINS LLP
8  Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
   Telephone: (714) 540-1235
10 joseph.lee@lw.com

11
   LATHAM & WATKINS LLP
12 Rachel Mitchell, SBN 344204
   12670 High Bluff Drive
13 San Diego, CA 92130
   Telephone: (858) 523-5400
14 rachel.mitchell@lw.com

15
   LAWYERS' COMMITTEE FOR CIVIL
16 RIGHTS OF THE SAN FRANCISCO BAY AREA
   Elisa Della-Piana, SBN 226462
17 131 Steuart Street, Ste. 400
   San Francisco, CA 94105
18 Telephone: (415) 543-9444
19 edellapiana@lccrsf.org

20 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   Brandon L. Greene, SBN 293783
21 39 Drumm Street
   San Francisco, CA 94111
22 Telephone: (415) 293-6333
23 bgreene@aclunc.org

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FRIEDENBACH DECL. ISO REPLY ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 4:22-CV-05502-DMR

# DECLARATION OF JENNIFER FRIEDENBACH

I, Jennifer Friedenbach, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am the Executive Director of the Coalition on Homelessness ("COH" or "the Coalition"). I submit this declaration regarding my observations at an HSOC encampment resolutions that took place in November 2022—and for which the Coalition was given notice pursuant to this Court's order requiring 72-hour written notice to Plaintiffs.

2. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

**Observations at HSOC Encampment Resolutions**

    **A.**    **November 18, 2022: Valencia, McCoppin, and Otis**

3. On November 18, 2022, I observed an HSOC encampment resolution scheduled to take place around Valencia, McCoppin, and Otis Streets at approximately 1:00 PM.

4. On November 15, 2022, I learned that the City was planning to conduct a sweep around Valencia Street and McCoppin Streets. The City's notice to the Coalition under the Court's 72-hour notice and reporting order did not mention Otis Street. I arrived to the location I had been provided at 1:00 PM. However, the sweep actually took place two blocks away, on McCoppin Street and Otis Street. Additionally, although City employees were scheduled to arrive at 1:00 PM, I did not see City workers until 2:00 PM.

5. Approximately 7 unhoused individuals were present at the site. Four SFPD officers, 4 HOT workers, and 3 DPW workers carried out the resolution.

6. *Enforcement Without Shelter Offers:* When SFPD arrived, they told all seven people they would have to pack up and move. However, *only one* individual of seven was offered shelter that day, and that was not until 2:30 PM. The remaining individuals present at the site were told that there was no shelter available for them at all that day.

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FRIEDENBACH DECL. ISO REPLY ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 4:22-CV-05502-DMR

1  I declare under penalty of perjury that the contents of this declaration are true and correct to the
2  best of my knowledge, and that I executed this declaration on November 30, 2022 in San
3  Francisco, California.

*Jennifer Friedenbach*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FRIEDENBACH DECL. ISO REPLY ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 4:22-CV-05502-DMR