# EXHIBIT 5

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

* admitted *pro hac vice*

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO, SARAH CRONK, JOSHUA DONOHOE, MOLIQUE FRANK, DAVID MARTINEZ, TERESA SANDOVAL, NATHANIEL VAUGHN<br><br>Plaintiffs.<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING, SAN FRANCISCO FIRE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT, LONDON BREED, in her official capacity as Mayor, SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**DECLARATION OF TORO CASTAÑO IN SUPPORT OF THE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Judge:** The Hon. Donna M. Ryu<br><br>**Hearing Date:** December 22, 2022<br>**Time:** 1:00 p.m.<br>**Place:** Courtroom 4 – 3rd Floor<br>1301 Clay Street<br>Oakland, CA 94612 |

1  ACLU FOUNDATION OF NORTHERN CALIFORNIA
   John Thomas H. Do, SBN 285075
2  Brandon L. Greene, SBN 293783
3  39 Drumm Street
   San Francisco, CA 94111
4  Telephone: (415) 621-2493
   jdo@aclunc.org
5  bgreene@aclunc.org

6  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, SBN 120965
7  Kevin Wu, SBN 337101
8  Wesley Tiu, SBN 336580
   505 Montgomery Street, Ste 2000
9  San Francisco, CA 94111
   Telephone: (415) 391-0600
10 al.pfeiffer@lw.com
   kevin.wu@lw.com
11 wesley.tiu@lw.com

12
   LATHAM & WATKINS LLP
13 Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
14 Costa Mesa, CA 92626
   Telephone: (714) 540-1235
15 joseph.lee@lw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION OF TORO CASTAÑO**

I, Toro Castaño, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Toro Castaño, and I am 51 years old. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

2. I am a named plaintiff in the above-titled case. I recently lost my housing, so am currently unsheltered once more. I am working on applying to teaching jobs and am actively searching for a new housing placement. However, at present, I am currently unsheltered.

**Recent Harassment by the City While Homeless**

3. Over the past two weeks, I have suffered repeated harassment at the hands of the City. Throughout this time, I have been staying in various locations around the Castro district with several other people.

4. Every day at about 9:00 AM, except for the past two days, SFPD officers have woken us up and ask us to pack up and move.

5. For example, on Sunday, October 30, 2022, while we were staying along Prosper Street, SFPD approached us four times over the course of the evening.

6. On Monday, October 31, 2022, it was raining most of the day, and we were staying near the Castro theater. Once the sun came out around 2 PM, SFPD officers approached and asked us to pack up and move.

7. On Friday, November 4, 2022, in the afternoon, while I was staying on Prosper Street, about eight officers, two at a time, approached us in the early afternoon. They told us to move and ordered us not to return to several different areas in the Castro district. They stood around us and waited for us to pack up and move.

8. HOT has not been present during these interactions, and SFPD has not offered us any form of shelter.

9. We never receive notice that SFPD will be coming by and telling us to move. They just arrive in the morning and wake us up, telling us it is time to pack up and leave. They have told us that we could get arrested if we fail to move in time.

**Reflections on the City's Conduct**

10. It is difficult to have to pack up and move every day. It only adds to the instability of being unhoused. This disruption, especially in my sleep and time, has made it that much more challenging to search for employment and housing.

I have reviewed the information contained in this declaration. I declare under the penalties of perjury that the contents are true and correct to the best of my knowledge.

Executed on: November 4, 2022

*[signature]*
Toro Castaño