# EXHIBIT 6

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

* admitted *pro hac vice*

*Attorneys for Plaintiffs*

*Additional Counsel Below*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO, SARAH CRONK, JOSHUA DONOHOE, MOLIQUE FRANK, DAVID MARTINEZ, TERESA SANDOVAL, NATHANIEL VAUGHN<br><br>Plaintiffs.<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING, SAN FRANCISCO FIRE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT, LONDON BREED, in her official capacity as Mayor, SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**DECLARATION OF DARRAH REASOR IN SUPPORT OF THE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Judge:** The Hon. Donna M. Ryu<br><br>**Hearing Date:** December 22, 2022<br>**Time:** 1:00 p.m.<br>**Place:** Courtroom 4 – 3rd Floor<br>1301 Clay Street<br>Oakland, CA 94612 |

1  ACLU FOUNDATION OF NORTHERN CALIFORNIA
   John Thomas H. Do, SBN 285075
2  Brandon L. Greene, SBN 293783
3  39 Drumm Street
   San Francisco, CA 94111
4  Telephone: (415) 621-2493
   jdo@aclunc.org
5  bgreene@aclunc.org

6  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, SBN 120965
7  Kevin Wu, SBN 337101
8  Wesley Tiu, SBN 336580
   505 Montgomery Street, Ste 2000
9  San Francisco, CA 94111
   Telephone: (415) 391-0600
10 al.pfeiffer@lw.com
   kevin.wu@lw.com
11 wesley.tiu@lw.com

12
   LATHAM & WATKINS LLP
13 Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
14 Costa Mesa, CA 92626
   Telephone: (714) 540-1235
15 joseph.lee@lw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF DARRAH REASOR**

I, Darrah Reasor, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Darrah Reasor, and I am 37 years old. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

**Recent Harassment by the City and Property Destruction While Homeless**

2. I have lost my belongings at the hands of the City numerous times. However, two very recent sweeps stand out to me.

3. In approximately mid-October, 2022, I suffered harassment and property destruction at the hands of the City. At the time, I was staying with my partner JD Cobb on 14th Street and Stevenson Alley.

4. Notice was posted at the site, but the notice said the City would not be coming until Friday. However, they came around 6 AM on Wednesday, so we were not prepared. We were present at the time of the sweep.

5. The Department of Public Works (DPW), San Francisco Police Department (SFPD), and the Homeless Outreach Team (HOT) were all present at the sweep. One of the supervisors from the San Fransisco Fire Department (SFFD) was present as well. The police watched as we moved our belongings across the street, under the direction of DPW. They waited until we had moved everything and had sat down to eat. As soon as we did so, though, the police came over and said we had to move elsewhere, or they would arrest us and take all our property.

6. The HOT team told us that they could not provide JD with a shelter offer because he was not qualified due to an error they made in his paperwork. Nonetheless, they forced him to move under threat of arrest.

7. DPW took the following belongings of ours that day: our bikes, JD's welding materials, crates with soaps and toiletries, some of our clothes, a Bluetooth speaker, a whole bin of shoes, and other household items. They also took some very sentimental items of mine, like jewelry and photos of my children and my grandmother. These items were priceless and irreplaceable to me.

8. We asked DPW if we could retrieve our belongings, but they told us everything would be bagged and tagged at the yard. However, we did not believe them, because they were throwing everything into the back of their truck in a haphazard manner, and they did not label or log anything. Everyone's belongings were mixed together and would be impossible to

1

identify later.

9. About a week ago, in late October 2022, DPW came through the alley we are currently staying at, along Erie Street near South Van Ness Avenue. We got no notice of this most recent sweep, either verbal or written.

10. SFPD blocked off the entrances to the alley, then the DPW trucks moved in.

11. They took JD's expensive electric bicycle, some expensive tools, and some of our furniture items that we had set to the side as we prioritized moving our more important belongings.

12. DPW workers started grabbing our belongings as soon as our backs were turned. We received no information on how to retrieve our property.

**Reflections on the City's Conduct**

13. It is cruel how the City treats people on the streets. They do not think about why a person is there and the fact that they have a past. We did not choose to be out here.

14. There is so much empty housing here that could be put to use as affordable housing.

15. The City's actions are not helping us find permanent housing; they only make it harder to get back on our feet.

I have reviewed the information contained in this declaration. I declare under the penalties of perjury that the contents are true and correct to the best of my knowledge.

Executed on: October 28, 2022

*[signature]*

Darrah Reasor