# EXHIBIT 8

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

* admitted *pro hac vice*

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO, SARAH CRONK, JOSHUA DONOHOE, MOLIQUE FRANK, DAVID MARTINEZ, TERESA SANDOVAL, NATHANIEL VAUGHN<br><br>Plaintiffs.<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING, SAN FRANCISCO FIRE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT, LONDON BREED, in her official capacity as Mayor, SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**DECLARATION OF JOSEPH WILLIAMS IN SUPPORT OF THE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Judge:** The Hon. Donna M. Ryu<br><br>**Hearing Date:** December 22, 2022<br>**Time:** 1:00 p.m.<br>**Place:** Courtroom 4 – 3rd Floor<br>1301 Clay Street<br>Oakland, CA 94612 |

1  ACLU FOUNDATION OF NORTHERN CALIFORNIA
   John Thomas H. Do, SBN 285075
2  Brandon L. Greene, SBN 293783
   39 Drumm Street
3  San Francisco, CA 94111
   Telephone: (415) 621-2493
4  jdo@aclunc.org
5  bgreene@aclunc.org

6  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, SBN 120965
7  Kevin Wu, SBN 337101
   Wesley Tiu, SBN 336580
8  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
9  Telephone: (415) 391-0600
   al.pfeiffer@lw.com
10 kevin.wu@lw.com
11 wesley.tiu@lw.com

12 LATHAM & WATKINS LLP
   Joseph H. Lee, SBN 248046
13 650 Town Center Drive, 20th Floor
   Costa Mesa, CA 92626
14 Telephone: (714) 540-1235
15 joseph.lee@lw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# **DECLARATION OF JOSEPH WILLIAMS**

I, Joseph Williams, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Joseph Williams, and I am 52 years old. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

2. I am a combat veteran. I have been unhoused for approximately five years and have been actively searching for housing throughout that time. I have stayed in the Castro district of San Francisco for most of this time.

**Recent Harassment by the City and Property Destruction While Homeless**

3. I have suffered repeated harassment by SFPD and DPW over the past few months. If anything, this harassment has only increased in the past three weeks. The City has taken several tents from me in the last three weeks alone.

4. SFPD and DPW are the only two departments that conduct these informal sweeps. Normally, either DPW or SFPD will arrive sometime in the morning. They arrive without notice and say, "Pack up. If you do not pack up in the next five minutes, we're going to take your stuff."

5. If you ask any questions, City workers will ask if you are refusing to cooperate under a direct order. They double down on their threat that DPW will come and take your belongings or you will be arrested.

6. I have seen SFPD show up to a tent that was temporarily unoccupied, but clearly unabandoned, and call DPW to throw the tent away. By the time the person came back, everything was gone, and there was nothing anyone present at the site could do to protect this person's belongings.

7. Around October 10, 2022, I was staying with friends on 17th and Hartford Streets, in the Castro district. I was present as SFPD harassed a friend of mine, Kim, who is a transgender woman in a wheelchair. SFPD and DPW took all of Kim's belongings, including her wheelchair. I asked why they had taken it, and they said it was because she had not claimed it quickly enough; at the time, she was trying to get up so that she could go over to her

wheelchair. The City had thrown it into the back of the DPW truck within two minutes. After that, she had no way to walk or move around; eventually, I was able to purchase her a new wheelchair.

8. On Wednesday, November 16, 2022, I was staying on 3rd Avenue in the Castro district. My granddaughter recently passed, and I went to my granddaughter's funeral that day. When I came back, my tent was gone. I knew DPW had taken it, because there was nothing left—that is what DPW does. I had friends tell me it had been DPW that had come by and swept the area.

9. That day, I also lost a laptop, some speakers, clothes, some money, and tablets. There was no effort to bag and tag any of my property, and I received no information on how to retrieve it.

**Reflections on the City's Conduct**

10. It does not help when I am already homeless and they take all my belongings. They leave me with nothing. When they take my vital survival belongings like my tent and sleeping bag, I have to desperately search for a new sleeping bag or some kind of covering before it gets dark and cold. This exposes me to the elements and leaves me at increased risk of getting sick.

11. It is almost like they are trying to make it illegal to be homeless in this city.

I have reviewed the information contained in this declaration. I declare under the penalties of perjury that the contents are true and correct to the best of my knowledge.

Executed on: November 18, 2022

*Joseph Williams*
Joseph Williams