# EXHIBIT 11

## Dates

**Received**
September 13, 2022 via web

## Requester

- Zal K. Shroff
- zshroff@lccrsf.org
- 131 Steuart Street, Suite 400 San Francisco, CA 94105 , San Francisco, CA, 94105
- (415) 543-9444 x.220
- Lawyers' Committee for Civil Rights of the San Francisco Bay Area

## Request

Your agency released bag and tag logs and records from January 2018 through September 2021 in response to our previous records request. This is a request for additional documents from October 1, 2021 to present. Pursuant to the California Public Records Act, Government Code § 6250, and the San Francisco Sunshine Ordinance, San Francisco Administrative Code § 67.1, I hereby request as follows:

A. All "bag and tag" logs identifying the property of homeless individuals removed and stored following HSOC or your agency's resolution of any encampment or any street cleaning—from October 1, 2021 to present.

B. All records identifying homeless property that was removed and stored by your agency from October 1, 2021 to present, and information on how often that property was picked up or recovered by its owner.

C. All records, including but not limited to photographs, identifying disputed property that was discarded by your agency following HSOC or your agency's resolution of any encampment or any street cleaning from October 1, 2021 to present.

**Staff Assigned**

Departments
Public Works

Point of contact
David A. Steinberg

We expect an initial response to this records request on or before **September 23, 2022**. *See* Cal. Gov. Code § 6250; San Francisco Administrative Code § 67.21(b). After a preliminary discussion regarding your agency's response, we welcome refining or adjusting our requests to better suit your agency's existing data. *See* Cal. Gov. Code § 6253.1(a). Regardless, we expect that your agency will produce documents on a rolling basis as they become available. *See* San Francisco Administrative Code § 67.25(d). Please do not hesitate to reach out to us with any questions.

*Show less*