# EXHIBIT 12

## January 2022 Bag & Tag

| Staff Pick Up Date/SP Date | Staff Name | Address | Cross street | S/O # | Intake | Bike(s) | Tag # | Tag Color | Comments | Name | DOB | GP Pick Up Date | Date of Dispose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2022 | Deborah Anaj | 630 Valencia st | 17th st | 2603009 | 1 | 0 | 36 | Yellow | 1 plastic bag | | | | |
| 1/5/2022 | Theron Roberts | 630 Valencia st | 17th st | | 2 | 0 | 43,045 | Yellow | 2 plastic white bags | | | | |
| 1/6/2022 | | 1122 Filmore st | | 2603976 | 2 | 0 | 46 | Yellow | 1 plastic bag | | | | |
| 1/7/2022 | Hotspot crew | Market st | Pond St | | 2 | 1 | 42,044 | Yellow | 1 black bag, 1 beach cruiser | | | | |
| 1/9/2022 | John D | 30 Laskie | Mission | 2604704 | 9 | 0 | 49 | Yellow | 1 black trash bag, 4 white bags, 1 small green bag, 1 black usa bag, 1 s | | | 1/12/2022 | |
| 1/10/2022 | Weisheng Chen | Hyde st | Chestnut | | 5 | 0 | 12 | Yellow | 5 bags | | | 1/12/2022 | |
| 1/10/2022 | | 1125 Fillmore st | Turk St | 2604918 | 1 | 0 | 50 | Yellow | 1 bag | | | 1/12/2022 | |
| 1/12/2022 | Geary Fong | 301 Eddy st | | 2606055 | 1 | 0 | 2 | yellow | bag of clothes | | | | |
| 1/20/2022 | Brenda Lopez | 1251 3rd st | | | 1 | 0 | 453 | yellow | 1 clear plastic bag | | | | |
| 1/19/2022 | John O'Priscall | 20th ave | Geary | | 2 | 0 | 13 | yellow | 2 suit cases | | | | |
| 1/21/2022 | Weisheng Chen | 677 Vallejo st | | 2609175 | 1 | 0 | 16 | yellow | 1 bag | | | | |
| 1/14/2022 | Carlos Mims | Ellis | Hyde | 2606735 | 1 | 0 | 3 | yellow | 1 tent | | | | |
| 1/14/2022 | Hotspot crew | S.Van ness | Shotwell | | 3 | 0 | 9,10,11 | yellow | 1 suitcase, 1 black bag, 1 tent, 1 keyboard | | | | |
| 1/22/2022 | Alvaro Matus | 399 webster st | oak st | | 10 | 0 | 5,15,19 | yellow | 3 orange bags, 1 blacksuitcase, 4 bags, 2 picture frames | | | 1/31/2022 | |
| 1/24/2022 | Sheldon Silas | Vallejo Station | | | 1 | 0 | 21 | yellow | 1 clear plastic bag | | | | |
| 1/24/2022 | Edward Redd | Tenderloin Station | Eddy & Jones | 2610032 | 4 | 0 | 20 | Yellow | 2 bags, 1 blue sleeping bag, 1 black jacket | | | | |
| 1/26/2022 | John Duport | 2 market street | Steuart | | 2 | 0 | 7 | yellow | 1 plastic bag, 1 tent, 1 red bag, 1 blue bag, 1 black backpack | | | | |
| 1/28/2022 | Corey Jackson | Laskie st | Mission st | | 2 | 0 | 6 | yellow | 1 suitcase, 1 white bag | | | | |
| 1/28/2022 | Alberto Bustamante | 400 Vallejo | | | 1 | 0 | 41 | yellow | 1 green suitcase | | | 2/2/2022 | |
| 1/29/2022 | D.Trayer | 201 Williams | | 2611900 | 2 | 0 | 17 | yellow | 2 black bags | | | | |
| 1/29/2022 | Jeremy Cortez | 630 Valencia | Mission Police Station | 6611742 | 1 | 0 | 48 | yellow | 1 black swiss gear luggage | | | | |

Privacy

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| Privacy | **1** (1) | Due to privacy concerns, personal information, such as personal phone numbers, cell numbers and email addresses, has been redacted from the documents that we are making available to you. We redacted this personal information pursuant to Section 6254(c) and Section 6254(k) of the California Public Records Act and Article 1, Section 1 of the California Constitution. |

# February 2022 Bag & Tag

| Staff Pick Up Date | SP Date | Staff Name | Address | Cross street | S/O # | Intake | Bike(s) | Tag # | Tag Color | Comments | Name | DOB | GP Pick Up Date | Date of Dispose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/3/2022 | | PD | 1001 Potrero ave | | 2611080 | 3 | 0 | 205 | Blue | 2 bags 1 black jacket | | | 3/15/2022 | 5/31/2022 |
| 2/3/2022 | | Ruben Hernandez | 600 Valencia | 17th | 2615155 | 1 | 0 | 206 | Blue | 1 bag | | | | 5/31/2022 |
| 2/4/2022 | | Daniel G | | | | 1 | 0 | 234 | Blue | 1 clear bag | | | | 5/31/2022 |
| 2/4/2021 | | Alvaro Matus | 1899 Mather St | Stanyan St | 2613715 | 3 | 0 | 236 | Blue | 2 plastic bags and 1 backpack | | | | 5/31/2022 |
| 2/8/2022 | | Nieh A | 355 Eddy St | Jones St | 2615159 | 2 | 0 | 238, 244 | Blue | 2 clear plastic bags w items | | | | 5/31/2022 |
| 2/8/2022 | | Demond Harris | Hotspot Station | | 2615182 | 1 | 0 | 243 | Blue | 1 clear white bag | | | | 5/31/2022 |
| 2/10/2022 | | D.Treyer | 3rd Station PD Station | | | 1 | 0 | 240 | Blue | 1 clear plastic bags w suitcase inside | | | | 5/31/2022 |
| 2/11/2022 | | Hotspot Crew | 25th St | Cypress | | 6 | 0 | 246, 247, 246, 241, | Blue | 2 duffle bags 1 backpack 3 bags | | | 5/11/2022 | 5/31/2022 |
| 2/11/2022 | | D.Torio | 766 Vallejo Station | Emery lane | 2615032 | 1 | 0 | 243 | blue | 1 dark blue suitcase | | | | 5/31/2022 |
| 2/11/2022 | | Eric Alas | Park Station | Golden gate park | 2616085 | 1 | 1 | 40 | green | 1 black bike, 1 clear plastic bag | | | | 5/31/2022 |
| 2/13/2022 | | D.Torio | 766 Vallejo St | Emery lane | 2615912 | 1 | 0 | 204 | blue | 1 plastic bag case w clothes | | | | 5/31/2022 |
| 2/12/2022 | | Alvaro Matus | 355 Eddy St | Jones | | 1 | 0 | 205 | blue | 1 blue suitcase w graphiti on it, 1 blue bag | | | | 5/31/2022 |
| 2/13/2022 | | Nieh A | 355 Eddy st | Jones st | 2616653 | 1 | 0 | 207 | blue | 1 black plastic bag w items | | | | 5/31/2022 |
| 2/15/2022 | | | 17th Hamshire | | 2617286? | 1 | 0 | 211 | blue | 1 shopping cart w items | | | | 5/31/2022 |
| 2/15/2022 | | Thomas Jefferson | 630 Valencia st | 17th | | 1 | 0 | 214 | blue | 1 small white plastic bag | | Privacy | 3/14/2022 | 5/31/2022 |
| 2/17/2022 | | John O'Driscoll | 6th ave geary | Geary | 2717 | 1 | 0 | 210 | blue | 1 duffle bag | | | | 5/31/2022 |
| 2/17/2022 | | D.Treyer | 3rd st | | 2618346 | 1 | 0 | 221 | blue | 1 clear bag | | | 3/24/2021 | 5/31/2022 |
| 2/18/2022 | | Hotspot | Embarcadero | Washington | 243 | 1 | 0 | 243 | blue | 1 tote bag | | | | 5/31/2022 |
| 2/18/2022 | | Hotspot | Franklin | Gough | | 2 | 1 | 215,228 | blue | 1 blue suitcase, 1 mini bike | | | | 5/31/2022 |
| 2/18/2022 | | Alvaro Matus | 1125 Fillmore st | Turk st | 2618515 | 2 | 0 | 232 | blue | 2 backpacks | | | | 5/31/2022 |
| 2/19/2022 | | D.Torio | Valencia | Fifth street | 2618751 | 2 | 0 | 212 | blue | 2 luggage | | | | 5/31/2022 |
| 2/21/2022 | | Sam Slaughter | 24th ave | Taraval st | 2619070 | 1 | 0 | 222 | blue | 1 duffle bag | | | | 5/31/2022 |
| 2/21/2022 | | Troy Reagan | 24th ave | | 2619640 | 4 | 0 | 234,226,227,230 | blue | 3 carts w items, 3 bags w misc clothing personal items | | | | 5/31/2022 |
| 2/24/2022 | | JJ | 355 Williams | | 2620316 | 1 | 1 | 229 | blue | 1 bike | | | | 5/31/2022 |
| 2/24/2022 | | D.Treyer | 3rd st | | 2620336 | 2 | 2 | 208 | blue | 2 plastic bags | | | | 5/31/2022 |
| 2/25/2022 | | Brenda Lopez | 1200 3rd | | 2620387 | 1 | 0 | 219 | blue | 1 clear plastic bag case # 220120965 | | | | 5/31/2022 |
| 2/28/2022 | | Calvin Johnson | Bayview Station | Williams | 1082 | 1 | 0 | 223 | blue | 1 black garbage bag | | | | 5/31/2022 |

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| Privacy | **1** (1) | Due to privacy concerns, personal information, such as personal phone numbers, cell numbers and email addresses, has been redacted from the documents that we are making available to you. We redacted this personal information pursuant to Section 6254(c) and Section 6254(k) of the California Public Records Act and Article 1, Section 1 of the California Constitution. |

## March 2022 Bag & Tag

| Staff Pick Up Date | SP Date | Staff Name | Address | Cross street | S/O # | Intake | Bike(s) | Tag # | Tag Color | Comments | Name | DOB | GP Pick Up Date | Date of Dispose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/2/2022 | | Eric Alas | Golden Gate Park | | | 3 | 0 | 220 | Blue | 2 clear plastic bags | | | | |
| 3/2/2022 | | Floyd Johnson | | Mission | | 1 | 0 | 213 | Blue | 1 clear plastic bag | | | | |
| 3/3/2022 | | Herrera | Eddy 6600 Block | | | 1 | 0 | 209 | Blue | 1 bag with tent | | | | |
| 3/3/2022 | | T Jones | 240 Jones st | Eddy st | | 10 | 2 | 1 | white | Tents, bikes, bags, bins, wheel chairs, misc items | | | 3/3/2022 | |
| 3/5/2022 | | Troy Reagan | 776 Vallejo st | Powell | | 1 | 0 | 90 | white | 1 bag | | | | |
| 3/5/2022 | | Troy Reagan | 760 Vallejo | | | 1 | 0 | | white | 1 bag | | | | |
| 3/6/2022 | | Sam Slaughter | Mission Station | Valencia st | | 2 | 0 | 88 | White | 1 electric scooter | | | | |
| 3/6/2022 | | Eric Alas | 433 6th ave | Richmond Station | | | 0 | 16 | white | 1 black backpack, 1 grey bag both in clear plastic bags | | Privacy | 3/8/2022 | |
| 3/6/2022 | | Ruben Hernandez | 600 Valencia st | Valencia st | | 1 | 0 | 19 | white | 1 brown bag | | | | |
| 3/6/2022 | | Adam Maroney | 1125 Fillmore st | Turk st | | 3 | 0 | 20 | white | 1 duffle bag, 1 beach bag, 1 backpack | | | | |
| 3/8/2022 | | Adam Maroney | 1125 Fillmore st | Turk st | | 3 | 0 | 99 | white | 3 black bags | | | | |
| 3/8/2022 | | Adam Maroney | 1125 Fillmore st | Turk st | | 3 | 0 | 20 | white | 1 duffle bag, 1 beach bag, 1 backpack | | | | |
| 3/8/2022 | | Adam Maroney | 1125 Fillmore st | Turk st | | 3 | 0 | 99 | white | 3 bag w misc items | | | | |
| 3/8/2022 | | A.Holdman | Market St | Front St | | 1 | 0 | 96 | white | 1 clear bag | | | | |
| 3/9/2022 | | | Shotwell St | 26th St | | | 10 | 0 | 091, 092, 094 | white | 4 totes, 2 luggage bags, 3 containers | | | | |
| 3/9/2022 | | A.Young | 1700 Mission St | 13th Mission St | | 2625681 | 2 | 0 | 97,098 | white | 1 baby stroller, 1 plastic bag | | | ✓ | |
| 3/9/2022 | | Troy Reagan | 1272 3rd st | Mission Bay | | 2626103 | 1 | 0 | 3 | white | 1 black backpack | | | 3/16/2022 | |
| 3/11/2022 | | Troy Reagan | 100 Allison Street | 16th St | | 2626651 | 5 | 0 | 3 | White | 5 bags w/ clothing and shoes | | | | |
| 3/11/2022 | | Dustin Gonzales | Vallejo | | Powell | | 2626841 | 1 | 0 | 72 | white | 1 black backpack | | | | |
| 3/11/2022 | | A.Young | 1727 Mission St | 13th st | | | 2 | 0 | 069/070 | white | 1 backpack and luggage carry on bag | | | | |
| 3/11/2022 | | Greg Jentons | 24th ave | Tacovol | | | 1 | 0 | 4 | white | 1 rolling case w black packback, spray paint, and tools | | | | |
| 3/11/2022 | | Troy Reagan | 630 14th | Valencia | | 2627053 | 1 | 0 | 46 | white | 1 plastic bag | | | | |
| 3/14/2022 | | Sam Slaughter | 2261 24th ave | Taraval Police Station | | 2627615 | 1 | 0 | 71 | white | 1 black suitcase case # 220169595 | | Privacy | | |
| 3/15/2022 | | Greg Jentons | 630 Valencia st | 16th st | | 2627658 | 1 | 0 | 75 | white | 1 razor scooter w orange hand grips | | | | |
| 3/21/2022 | | Troy Reagan | 3rd | | Mission | | 2629729 | 1 | 0 | 78 | white | 1 black bag | | | | |
| 3/21/2022 | | Sam Slaughter | Fillmore St | | | 2629637 | 2 | 0 | 74,076 | white | 1 suitcase, 1 bag | | | | |
| 3/22/2022 | | Diamond Harris | Taraval P.D Station | 2325 24th ave | | 2629985 | 1 | 0 | 56 | white | 1 white plastic bag | | | | |
| 3/22/2022 | | Hot Spot | Polk | | Franklin / Van Ness | | 4 | 0 | 59,60,77,61 | white | 3 backpacks, 1 roller luggage, 1 red bag | | | | |
| 3/23/2022 | | Tony | 100 Eddy st | Jones st | | 2630654 | 1 | 0 | 63 | white | 1 scooter white case # 220190954 | | | | |
| 3/24/2022 | | Troy Regan | 2899 Mission | Valencia | | 2630710 | 1 | 0 | 63 | white | 1 baby stroller | | | | |
| 3/25/2022 | | A.Young | 201 Williams | Newhall | | 2630943 | 5 | 1 | | white | 1 plastic bag w personal items green backpack | | | | |
| 3/26/2022 | | A.Young | 630 Valencia St | 17th st | | 2631273 | 1 | 0 | 28 | white | 1 bike, 4 backpacks in large black bag | | | | |
| 3/26/2022 | | A.Young | 630 Valencia St | 17th st | | 2632055 | 1 | 0 | 80 | white | 1 clear bag w backpacks + clothing | | | | |
| 3/30/2022 | | Zone C | | Flower | Bayshore | | | | | white | 1 bag of coloring pencils, 1 painted picture | | | | |
| 3/30/2022 | | J Leonardo | Fillmore | | Waller | | 2632226 | 2 | 0 | 64 | white | 1 suitcase w clothes | | | | |
| 3/30/2022 | | Byron Pez | 24 ave | | Terravil Station | | 2632567 | 1 | 0 | 42 | white | 1 bag of clothes | | | 4/25/2022 | |
| 3/30/2022 | | Sam Slaughter | 301 Eddy | Jones | | 2632604 | 2 | 0 | 25,043 | white | 1 large suitcase, 1 bag | | | | |
| 3/30/2022 | | A.Young | 630 Valencia St | 17th st | | 2632554 | 2 | 0 | 13,14 | white | 1 yellow north face duffle bag, 1 black rinse duffle bag | | | | |

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|--------|-------------------------|-------------|
| Privacy | **1** (2) | Due to privacy concerns, personal information, such as personal phone numbers, cell numbers and email addresses, has been redacted from the documents that we are making available to you. We redacted this personal information pursuant to Section 6254(c) and Section 6254(k) of the California Public Records Act and Article 1, Section 1 of the California Constitution. |

## April 2022 Bag & Tag

| Staff Pick Up Date | SP Date | Staff Name | Address | Cross street | S/O # | Intake | Bike(s) | Tag # | Tag Color | Comments | Name | DOB | GP Pick Up Date | Date of Dispose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/2/2022 | | A. Young | 838 Valencia | 17th st | 3615398 | 1 | 0 | 75 | orange | 1 clear plastic bag misc items | | | | |
| 4/2/2022 | | Terrance Perry | 1252 3rd st | China Basin | 3635328 | 4 | 0 | 135 | orange | 1 blue cart, suitcase, 1 clear bag & buit bag w. clothing, toiletries | | | | |
| 4/2/2022 | | Robert Hernandez | 601 Valencia st | 17th | 23615443 | 1 | 0 | 136 | orange | 1 pocket bag | | | | |
| 4/3/2022 | | Thomas Jefferson | 430 Valencia | 17th | | 1 | 0 | 82 | orange | 1 white purse bag | | | | |
| 4/4/2022 | | | 447 Vermont | 17th street | 3626095 | 7 | 0 | 83 | orange | 6 black plastic bag w misc items, box of champagne and wine, purple | | | | |
| 4/5/2022 | | A. Young | 2525 Cesar Chavez | | | 2 | 0 | 239 | orange | large clear plastic bag w 2 backpacks | | | | |
| 4/9/2022 | | A Young | 355 Eddy st | Tenderloin st | 3629634 | 1 | 0 | 231 | orange | 1 black luggage | 5/3/2022 | | | |
| 4/11/2022 | | Dustin Gonzalez | 355 Eddy st | Jones st | 2616892 | 0 | 0 | 92 | orange | 1 black bags | 3/14/2022 | | | |
| 4/12/2022 | | Robert Martin | Egbert | Newhall | | 4 | 0 | 212,213,227,228 | orange | box of clothes, boxed of clothes, one bike, and a cooler | | | | |
| 4/14/2022 | | Corey Jackson | The Embarcadero | Washington st | 2661171 | 4 | 0 | 221 | orange | 2 suitcase, 3 black bags, | 4/17/2022 | | | |
| 4/15/2022 | | A. Young | Mission Rock | 1251 3rd st | 3561803 | 2 | 0 | 147 | orange | 1 electric scooter, 1 gray green cart | | | | |
| 4/16/2022 | | Thomas Lopez | 1252 3rd st | Mission Rock | 2641792 | 1 | 0 | 239 | orange | 1 brown cart | | | | |
| 4/16/2022 | | Thomas Lopez | 1252 3rd st | Mission Rock | 3295483 | 2 | 0 | 84,85 | orange | 1 grey bike, 1 clear bike | | | | |
| 4/17/2022 | | D Mason | Tenderloin | Eddy @ Jones | | 1 | 0 | 227 | orange | 1 bag of clothes | | | | |
| 4/18/2022 | | Santiago G | 18th st. -/page.jpg | 26th st | | 2 | 0 | 215,230 | orange | 2 black bag w clothes | | | | |
| 4/18/2022 | | D Trojot | Alameda | San Bruno | 3663087 | 1 | 0 | 242 | orange | 1 black bags | | | | |
| 4/19/2022 | | Carlos Rojos | 362 Eddy st | Jones st | | 1 | 0 | 237 | orange | 1 clear bag | | | | |
| 4/20/2022 | | D Torres | 200 Jones | Turk | 2643420 | 7 | 0 | 220 | orange | 4 luggage, 1 speaker, 1 glass, 1 mic box | | | | |
| 4/21/2022 | | Sam Slaughter | Tc Gaston | | 2643429 | 1 | 0 | 57,156 | orange | 2 bags (1 clear bags including ceiling fan in a box) | | | | |
| 4/25/2022 | | D Trojot | 301 Eddy st | | 2643806 | 2 | 0 | 232 | orange | 1 clear bag of personal items (police bagged it) | | | | |
| 4/25/2022 | | A. Leonardo | 1125 Turk st | Fillmore st | 3644325 | 2 | 0 | 235 | orange | 1 black suitcase cane & CO3646885 | | | | |
| 4/25/2022 | | Sam Slaughter | Eddy st | Jones st | 3646582 | 1 | 0 | 30 | orange | 1 bag | | | | |
| 4/26/2022 | | Reidy | 18th st | Diamond Hsr | 3644744 | 2 | 0 | 151, 159 | orange | 2 large black bags, misc items inside | | | | |
| 4/27/2022 | | Reidy | 16th | Pond | 2645199 | 3 | 0 | 208,214,221 | orange | 3 items backpack, 1 small suitcase, 1 bag w misc items inside | | | | |
| 4/27/2022 | | Sam Slaughter | 801 Eddy st | Jones st | 2645234 | 1 | 0 | 241 | orange | 1 bag | | | | |
| 4/28/2022 | | A. Young | 530 Valencia st | 17 st | 3645473 | 2 | 0 | 241 | orange | 1 clear plastic bag packed by P.D w misc items | | | | |
| 4/28/2022 | | Herrera | Eddy | Taylor | 3645626 | 1 | 0 | 225 | red | 1 bag | | | | |

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| Privacy | **1** (1) | Due to privacy concerns, personal information, such as personal phone numbers, cell numbers and email addresses, has been redacted from the documents that we are making available to you. We redacted this personal information pursuant to Section 6254(c) and Section 6254(k) of the California Public Records Act and Article 1, Section 1 of the California Constitution. |



| Staff Pick Up Date/SP Date | Staff Name |
|---|---|
| 5/1/2022 | Greig Jentons |
| 5/1/2022 | D.Mayes |
| 5/2/2022 | |
| 5/2/2022 | Francisco Echavez |
| 5/3/2022 | R.Leonardo |
| 5/4/2022 | D.Torio |
| 5/4/2022 | William Graham |
| 5/8/2022 | |
| 5/8/2022 | D.Mayes |
| 5/12/2022 | Felix Lopez |
| 5/12/2022 | A.Young |
| 5/13/2022 | Damond Harris |
| 5/17/2022 | J Ramirez |
| 5/18/2022 | R.Leonardo |
| 5/18/2022 | Greg S |
| 5/18/2022 | A.Young |
| 5/19/2022 | Dustin Gonzales |
| 5/20/2022 | Felix Lopez |
| 5/20/2022 | Felix Lopez |
| 5/21/2022 | E Garcia |
| 5/21/2022 | E.G |
| 5/21/2022 | |
| | |
| | |
| | |
| | |
| | |
| | |

# ay 2022 Bag & Tag

| Address | Cross street | S/O # | Intake | Bike(s) |
|---|---|---|---|---|
| 630 Valencia St | 16th st | 2646027 | 2 | 0 |
| 301 Eddy St | Jones St | | 1 | 0 |
| 4308 Deary ave | 7th ave | 2646332 | 2 | |
| 301 Eddy st | Jones | 2646487 | 1 | 1 |
| 300 Folton | Franklin | 2 | 4 | 0 |
| Ingleside Station | | 2647207 | 1 | 0 |
| 630 Valencia st | 17th st | 2647135 | 1 | 0 |
| UN plaza | 7th @ market | | 1 | |
| 301 Eddy TL Station | | | 1 | 0 |
| 201 Williams | Bayview station | 2649762 | 1 | 0 |
| 19th st | Harrison | 2649785 | 2 | 0 |
| 1 sgt john v young lane | San Jose ave | 2650093 | 1 | 0 |
| 630 Valencia St | 17th st | 2650911 | 1 | 0 |
| 1125 Fillmore | Turk | 2651262 | 2 | 0 |
| 301 Eddy | | 26851522 | 1 | 0 |
| 630 Valencia St | 17th st | 2651487 | 1 | 0 |
| Grant | North Point | 2651743 | 4 | 0 |
| 301 Eddy st | | | 1 | 0 |
| 301 Eddy st | | 2787 | 1 | 0 |
| 1251 3rd st | | | 1 | 0 |
| 1251 3rd st | | | 2 | 0 |
| Jones st | | 2653085 | 1 | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Tag # | Tag Color | Comments |
|---|---|---|
| 240 | orange | 1 plastic clear bag, 1 grey backpack, 1 brown paper bag case # 2202828 |
| 245 | orange | 1 bag including backpack and pair of shoes #220282761 |
| 033, 012 | orange | 1 trash bag, 1 small rolling luggage |
| 1 | red | 1 black/red bike #220286105 |
| 2 | red | 3 black bags w misc items & tent, 1 folding bed |
| 16 | red | 1 black floral duffle bag w blankets |
| 30 | RED | 1 clear plastic bag by PD w misc items |
| 31 | red | 1 backpack |
| 32 | red | 1 bag misc items |
| 3 | red | Duffel blue bag |
| 35.36 | red | 1 black bag w flag, 1 tent mics items |
| 26 | red | 1 clear plastic white bag |
| 25 | red | 1 black bag and pink bag |
| 19 | red | 2 clear plasic bags w misc items |
| 41 | red | 1 green suitcase |
| 24 | red | 1 blue luggage bag |
| 14,15,17,18 | red | 2 black backpacks, 1 black suitcase, 1 stroller w blankets |
| 7 | red | 1 grey duffle bag |
| 23 | red | 1 black backpack |
| 34 | red | 1 clear bag incl backpack |
| 4,005 | red | 2 clear bags w clothes, backpack and papers |
| 22 | red | 1 jacket, 1 book, clothes |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Name | DOB | GP Pick Up Date |
|------|-----|-----------------|
| Privacy | | |
| | | |
| | | |
| | | |
| | | |
| | | 5/6/2022 |
| | | 5/7/2022 |
| | | 5/14/2022 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Date of Dispose |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

# Redaction Log

| Reason | Page (# of occurrences) | Description |
| --- | --- | --- |
| Privacy | **4** (1) | Due to privacy concerns, personal information, such as personal phone numbers, cell numbers and email addresses, has been redacted from the documents that we are making available to you. We redacted this personal information pursuant to Section 6254(c) and Section 6254(k) of the California Public Records Act and Article 1, Section 1 of the California Constitution. |

# June 2022 Bag & Tag

| Staff Pick Up Date/SP Date | Staff Name | Address | Cross street | S/O # | Intake | Bike(s) | Tag # | Tag Color | Comments | Name | DOB | GR Pick Up Date | Date of Dispose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/2/2022 | Sam Slaughter | T.L Station | | 2657034 | 1 | 0 | 102 | green | 1 push cart w items | | | | |
| 6/3/2022 | J. Ramirez | Mission Station | | 2657195 | 1 | 0 | 137 | green | 1 clear bag w misc items | | | | |
| 6/5/2022 | Donald Jackson | 15th St | South Van Ness | 220364610 | 1 | 0 | 110, 135, 129 | green | 1 shopping cart 2 black bags | | | | |
| 6/5/2022 | Francisco Echivez | 150 Grove | Polk | 2657934 | 1 | 0 | 128 | green | 1 black backpack | | | | |
| 6/5/2022 | Francisco Echivez | 301 Eddy st | Jones | 2657957 | 1 | 0 | 118 | green | 1 clear plastic bag w 2 black backpack inside | | | | |
| 6/7/2022 | Matt A | 23rd street | | 2658658 | 2 | 0 | 101, 104 | green | 2 black w clothing | | | | |
| 6/8/2022 | Guozhen Tan | 1125 filmore st | Turk st | 2658730 | 4 | 0 | 123 | green | 4 suitcases | | | | |
| 6/9/2022 | Sam Slaughter | 301 Eddy | Jones | 2659513 | 1 | 0 | 114 | green | 1 clear bag of items | | | | |
| 6/9/2022 | Sam Slaughter | 301 Eddy st | Jones st | 2656908 | 1 | 0 | 115 | green | 1 plastic box of items | | | | |
| 6/10/2022 | A.Young | 603 Valencia St | 17th st | 2659874 | 1 | 0 | 140 | green | 1 shopping cart w misc, items packed by dfpd | | | 6/10/2022 | |
| 6/11/2022 | Bunnie Guiz | 4th | Jessie st | | 1 | 0 | 144 | green | 1 gray suitcase, 2 black bags w clothes | | | | |
| 6/11/2022 | Mark Mabunza | 303 Eddy St | Jones | | 2 | 0 | 124 | green | 1 bag of pet food, 1 baby stroller | | | | |
| 6/14/2022 | Dustin Gonzalez | Vallejo | Stockton | 266100 | 4 | 1 | 138, 145, 146, 23C | green | green bike, 1 clear bag, 1 tool chair, 1 black cart | | | | |
| 6/15/2022 | Corey Jackson | 766 Vallejo st | Emery Lane | 2660771 | 1 | 0 | 101 | green | 1 metal folding chair w cushions | | | | |
| 6/15/2022 | Felix Lopez | 1251 3rd st | Mission Bay Station | 261074 | 1 | 0 | 148 | green | 1 bag of clothes | | | | |
| 6/15/2022 | Sam Slaughter | 301 Eddy st | Jones | 2661454 | 1 | 0 | 105 | green | 1 clear bag of items | | | | |
| 6/16/2022 | Robert Million | Terry A Francois Blvd | 16th St | | 1 | 0 | 119,122,143 | green | 2 black bags, 1 duffle bag | Privacy | | | |
| 6/17/2022 | Ryan Z | 71 murry street | | | 1 | 0 | 120 | green | 1 white bag suitcase | | | | |
| 6/17/2022 | A.Young | 630 Valencia st | 17th st | 2662276 | 1 | 0 | 139 | green | 1 clear plastic bag | | | | |
| 6/17/2022 | Ryan Z | | | | 1 | 0 | 149 | green | 1 white bag | | | | |
| 6/20/2022 | G. Shvery | 1899 Market st | | 2662845 | 1 | 0 | 130 | green | 1 red suitcase | | | | |
| 6/20/2022 | G.Shivero | Longbrade | | 2661719 | 1 | 0 | 136 | green | 1 black bag | | | | |
| 6/22/2022 | Alejandro Guzman | 1001 Potrero | 24th and Potrero | 2663035 | 2 | 0 | 126,127 | green | 2 plastic storage bin 3x4 w clothes | | | | |
| 6/22/2022 | Officer Lizar | 1125 Filmore st | Northern Station | 2263286 | 4 | 0 | 106 | green | 4 bags | | | | |
| 6/23/2022 | Damond Harris | 301 William st | Newhall st | 2664119 | 1 | 0 | 116 | green | 1 plastic white bag | | | | |
| 6/25/2022 | Jimmy V | 272B mcmaster | tenderloin station | 2664451 | 1 | 0 | 117 | green | 1 clear bag, 1 black backpack | | | | |
| 6/25/2022 | D Troyer | Vallejo st | | 2664588 | 1 | 0 | 113 | green | 1 clear plastic bag w black and green bag inside | | | | |
| 6/26/2022 | Alejandro Aguine | 24th st and Mission st | 24th st | 266468 | 1 | 0 | 107 | green | 1 stroller | | | | |
| 6/26/2022 | Felix Lopez | 300 Eddy st | Eddy @ Jones | 4667 | 3 | 0 | 131 | green | 2 clear bags, 1 long skateboard | | | | |
| 6/26/2022 | Rediji Mcleod | Valencia St | 16th | 2665595 | 6 | 0 | 132,133,134,141 | green | 1 black pull cart, 2 ice chest, 1 black fold table, 1 red dolly, 1 folding c... | | | | |

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|--------|--------|-------------|
| Privacy | **1** (1) | Due to privacy concerns, personal information, such as personal phone numbers, cell numbers and email addresses, has been redacted from the documents that we are making available to you. We redacted this personal information pursuant to Section 6254(c) and Section 6254(k) of the California Public Records Act and Article 1, Section 1 of the California Constitution. |

## July 2022 Bag & Tag

| Staff Pick Up Date/SP Date | Staff Name | Address | Cross street | S/O # | Intake | Bike(s) | Tag # | Tag Color | Comments | Name | DOB | GP Pick Up Date | Date of Dispose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2022 | Jeremy Cortez | 1125 Fillmore | Fillmore Police Station | 2666698 | 1 | 0 | 125 | yellow | 1 scooter | | | | |
| 7/1/2022 | D. Troyer | 301 eddy | | 2666595 | 1 | 0 | 110 | yellow | 1 clear plastic bag | | | | |
| 7/1/2022 | D. Troyer | 70 Oakgrove | | 2666697 | 1 | 0 | 109 | yellow | 1 bike and clear plastic bag | | | | |
| 7/2/2022 | Tommy Lynn | Vallejo | Powell | | 2 | 0 | 140, 131 | yellow | 2 bags | | | | |
| 7/6/2022 | Sam Slaughter | 301 Eddy st | Jones | 2667020 | 1 | 0 | 101 | yellow | 1 clear bag incl backpack | | | | |
| 7/6/2022 | Corey Jackson | O'Farrell st | Franklin st | | 1 | 0 | 129 | yellow | tent | | | | |
| 7/6/2022 | Dustin Gonzales | 753 clay st | Kearny | 2667932 | 3 | 0 | 102,103, 104 | yellow | 1 red suit case, 1 brown backpack, 1 white bag | | | | |
| 7/6/2022 | Sam Slaughter | 301 Eddy st | Jones | 2667912 | 1 | 0 | 105 | yellow | 1 clear bag | | | | |
| 7/6/2022 | Robert Elster | 1125 Fillmore | Turk st | 2667600 | 1 | 0 | 128 | yellow | 1 backpack green and black | | | | |
| 7/6/2022 | Jeremy Cortez | 201 Williams | | 2667846 | 1 | 0 | 122 | yellow | white bike w lock | | | | |
| 7/6/2022 | Brittany Brandon | 24th and Tennesue | | | 5 | 0 | 127,126,132,133,138 | yellow | 4 suitcase, 1 white bag | | | | |
| 7/7/2022 | Sam Slaughter | 301 Eddy st | Jones | 2668282 | 3 | 0 | 108 | yellow | 1 blue scooter, 1 white bag | | | | |
| 7/7/2022 | Carlos Mims | 301 Eddy St | | 2668003 | 2 | 0 | 141 | yellow | 2 large bags | | | | |
| 7/9/2022 | Felix Lopez | 301 Eddy St | Jones | 2668886 | 1 | 0 | 113 | yellow | misc items in clear white bag | | | | |
| 7/9/2022 | W. Olsen | 799 Vallejo | Turk Murphy Lane | 2668473 | 3 | 0 | 111, 112, 148 | yellow | suit case, 2 duffle bags | | | | |
| 7/10/2022 | O.Shirer | North Station | | 220454681 | 1 | 0 | 139 | yellow | motorcycle helmet | | | | |
| 7/13/2022 | D.Moses | Larkin | Mission | | 3 | 0 | 120 | yellow | 3 bags | | | | |
| 7/13/2022 | Jeremy Cortez | 1251 3rd st | Mission rock | 2670557 | 2 | 0 | 135 | yellow | microsoft backpack, 1 adidas shoulder bag | | | | |
| 7/13/2022 | G.Shivem | 1251 3rd st | Mission Rock | 2670546 | 3 | 0 | 149 | yellow | 2 clear white bags, boat bag | | | | |
| 7/14/2022 | G.Shivem | 1890 Worter St | | 1891869 | 2 | 0 | 118 | yellow | black suite case, toy | | | | |
| 7/6/2022 | Sam Slaughter | 301 Eddy st | Jones | | 1 | 0 | 106 | yellow | 1 clear bag | | | | |
| 7/13/2022 | Jeremy Cortez | 1251 3rd st | Mission Rock | 2670554 | 2 | 0 | 140 | yellow | 2 clear bag | | | 7/18/2022 | |
| 7/15/2022 | Greg J | 1251 3rd st | China Basin St | 2671043 | 1 | 0 | 119 | yellow | 1 black bmx bike w orange spots | | | | |
| 7/15/2022 | Greg Jantami | 1251 3rd st | China Basin St | 2671043 | 1 | 1 | 117 | yellow | 1 silver bike | | | | |
| 7/15/2022 | Jimmy Vong | 311 HodgeKinksson | Park Police Station | 2671343 | 3 | 0 | 121, 123 | yellow | 1 orange tool bag, 1 black backpack, 1 guitar in case | | | | |
| 7/15/2022 | Fernando Mendoza | Southern Station | | 2609767 | 1 | 0 | 136 | yellow | Books, laptops, and backpacks | | | 7/27/2022 | |
| 7/15/2022 | Jimmy Vong | 301 Eddy St | Jones St | 2671361 | 1 | 0 | 134 | Yellow | 1 orange backpack | | | | |
| 7/15/2022 | Jimmy Vong | Tenderloin Station | | | | | | | | | | | |

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| Privacy | **1** (1) | Due to privacy concerns, personal information, such as personal phone numbers, cell numbers and email addresses, has been redacted from the documents that we are making available to you. We redacted this personal information pursuant to Section 6254(c) and Section 6254(k) of the California Public Records Act and Article 1, Section 1 of the California Constitution. |

## August 2022 Bag & Tag

| Staff Pick Up Date | SP Date | Staff Name | Address | Cross street | S/O # | Intake(s) | Bike(s) | Tag # | Tag Color | Comments | Name | DOB | GP Pick Up Date | Date of Dispose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2022 | | Rodriguez | Vallejo st | | 267630 | 1 | 0 | 28 | blue | 1 clear bag | | | | |
| 8/3/2022 | | Greg S. | 1125 Fillmore | | 2676068 | 1 | 0 | 80 | blue | 1 clothes hangers | | | | |
| 8/3/2022 | | Michael Lunardelli | 301 Eddy st | Jones | 2677618 | 4 | 1 | 41 | blue | push cart w 2 bins bike and bag of clothes | | | | |
| 8/4/2022 | | D.Troyer | 345 Jones | | 22677822 | 1 | 0 | 34 | blue | 1 item w items inside | | | | |
| 8/4/2022 | | A.Young | 630 Valencia | 17 | 2677820 | 6 | 3 | 31,36,37,43,44,48 | blue | 3 clear bags, 1 bike, 2 bike frames | | | | |
| 8/4/2022 | | Greg Solveer | 461 6th ave | | | 1 | 0 | 347 | blue | 1 black trashbag, misc clothing, etc | | | | |
| 8/5/2022 | | D.Mayes | 5th | Minna | 2677739 | 4 | 0 | 35 | blue | 3 white bags 1 suitcase | | | | |
| 8/5/2022 | | B.Sioss | 101 3rd | Mission Rock | 8091 | 2 | 0 | 20 | blue | clear bags w misc items | | | | |
| 8/5/2022 | | Justin Mooney | 461 6th | Geary | 2677951 | 1 | 0 | 21 | blue | 1 blue cat chest w clothing inside | | | | |
| 8/5/2022 | | A.Young | 301 Eddy st | Jones | 2678039 | 1 | 0 | 46 | blue | 1 clear plastic bag packed by slpd | | | | |
| 8/8/2022 | | Jimmy Vang | 1024th ave | | 2678257 | 1 | 0 | 42 | blue | 1 black garbage bag | | | | |
| 8/8/2022 | | Jimmy Vang | SFPD Southern Station | | 2678269 | 1 | 0 | 10 | blue | 1 blue duffle bag w misc items, clothing, empty laptop case, charger | | | | |
| 8/7/2022 | | Sgt. Slaughter | 301 eddy st | Jones | 2678485 | 1 | 0 | 38 | blue | 1 clear bag w misc items | | | | |
| 8/8/2022 | | Dustin Gonzales | 3rd st | | Mission Rock | 2678492 | 1 | 0 | 1 | blue | 1 clear bag | | | | |
| 8/9/2022 | | Thomas Lopez | Bayview Station | 201 Williams | | 2678839 | 6 | 1 | 2 | blue | shopping cart, 3 black bags, 2 bins, 1 bikeframe | | | | |
| 8/9/2022 | | Dustin Gonzales | Vallejo | | | Powell | 1 | 0 | 3 | blue | 1 roll bag | | | | |
| 8/10/2022 | | Jeremy Cortez | 1251 3rd St | Mission Bay | 2678321 | 1 | 0 | 48 | blue | 1 grill | | | | |
| 8/10/2022 | | Jeremy Cortez | 1251 3rd St | Mission Bay | 2679316 | 1 | 1 | 5 | blue | 1 blue bins bike no seat | | | | |
| 8/10/2022 | | Sgt. Slaughter | 301 Eddy st | Jones st | 2679366 | 1 | 0 | 4 | blue | 1 bag of multiple items | | | | |
| 8/11/2022 | | B.Sioss | 1151 Southern | 3rd | | 1 | 0 | 25 | blue | 1 purple suitcase | | | | |
| 8/11/2022 | | Greg Jenkins | 630 Valencia st | Clarion aly / Sycamore st | 2679853 | 2 | 0 | 39 | blue | 2 plastic bags w misc items | | | | |
| 8/14/2022 | | F.Mendoza | Southern Police Station | | | 2 | 0 | 26 | blue | 1 bag 1 luggage bag cart # 220 538-609 | | | | |
| 8/14/2022 | | F.Mendoza | Southern Police Station | | | 1 | 0 | 49 | blue | 1 bag of clothing | | | | |
| 8/15/2022 | | Sgt. Slaughter | 301 Eddy st | Jones St | 2680851 | 1 | 0 | 8 | blue | 1 clear bag | | | | |
| 8/16/2022 | | Kenneth | 2345 24th ave | | 2680894 | 1 | 0 | 9 | blue | 1 american boundee grey | | | | |
| 8/16/2022 | | Kenneth Jackson | 2345 24th ave | | 2680894 | 2 | 0 | 11 | blue | 1 grey igloo cooler, 1 black travelers chote | | | | |
| 8/16/2022 | | Carlos Mims | 301 Eddy st | Jones | 2680899 | 1 | 0 | 36 | blue | 1 suitcase | | | | |
| 8/17/2022 | | Jeevan Garcia | 301 Eddy st | Jones st | | 1 | 0 | 13 | blue | 1 clear bag | | | | |
| 8/17/2022 | | Jeevan Garcia | 301 Eddy St | Jones | | 1 | 0 | 9 | blue | 2 suitcases and 1 box | | | | |
| 8/18/2022 | | Sam Slaughter | 7th | Bryant st | 2682793 | Multiple | 0 | 12 | blue | 1 black bag, 1 stroller, 1 small empty suitcase | | | | |
| 8/19/2022 | | Ivan F | 2345 24th ave | Taraval | 2681192 | 1 | 0 | 22 | blue | green suitcase backpack on wheels | | | | |
| 8/19/2022 | | J. Ramirez | 630 Valencia | Clarion Aly | 2682078 | 3 | 0 | 16,17,18 | blue | 2 white bags, 1 black cart w clothing | | | | |
| 8/19/2022 | | D. Dilworth | 2100 Mission St | 17th | 2681454 | 2 | 0 | 32 | blue | 1 green bike 1 yellow bike | | | | |
| 8/22/2022 | | B.Sioss | 301 Williams | | 2681570 | 1 | 0 | 27 | blue | 1 clear bag of misc items | | | | |
| 8/23/2022 | | Perez M | 301 eddy st | Jones | 2681411 | 2 | 0 | 19 | blue | suitcase, bag of clothes | | | | |
| 8/23/2022 | | Marto B | 1738 ocean ave | Faxel ave | 2673547 | 13 | 0 | 24 | blue | 9 black bags, 1 dolly, 2 carts, 1 canister metal, 2 boxes case # 220547115 | | | | |
| 8/21/2022 | | Francisco Echaves | 766 Vallejo st | Powell | 2683442 | 1 | 0 | 30 | blue | 1 plastic bag | | | | |
| 8/23/2022 | | Officer McKitchel | 738 7th ave | Geary Clement st | 2684047 | 3 | 0 | 47 | blue | 1 black bag, 1 cooler case # 220547115 | | | | |
| 8/23/2022 | | #2179 | Central Station | Vallejo | 2683992 | 2 | 0 | 015, 007 | blue | 1 black bike, 1 pink suitcase | | | | |
| 8/24/2022 | | Sgt Slaughter | 301 Eddy st | Jones st | 2684189 | 1 | 0 | 231 | blue | 1 purse | | | | |
| 8/24/2022 | | Jeevan Garcia | 301 eddy st | Jones | 2684449 | 3 | 0 | 232 | blue | 3 clear bags | | | | |
| 8/24/2022 | | Maximo Valdez | 744 Vallejo | Vallejo / Powell st | 2684549 | 1 | 0 | 55 | blue | 1 suitcase | | | | |
| 8/24/2022 | | Mario | Ingleside Station | Si Ave | 2684442 | 2 | 0 | 51 | blue | 1 laundry cart, 1 bag | | | | |
| 8/24/2022 | | G. Shivers | 1125 Fillmore st | Turk | 2684722 | 1 | 0 | 68 | blue | 1 backpack | | | | |
| 8/24/2022 | | M. Contreas | 461 6th Ave | Geary Blvd | | 1 | 0 | 54 | blue | 1 black plastic bag | | | | |
| 8/25/2022 | | G.Shivers | Park station | | 2685114 | 3 | 0 | 052, 056, 057 | blue | 1 bag, 1 stroller, 1 cart | | | | |
| 8/25/2022 | | D.Troyer | 461 6th ave | | 2685747 | 1 | 0 | 158 | blue | 1 clear bag | | | | |
| 8/25/2022 | | D.Mayes | 301 Eddy st | Jones | | 1 | 0 | 60 | blue | clothes and backpack | | | | |
| 8/25/2022 | | Sgt Slaughter | 301 Eddy st | Jones | 2684919 | 2 bags | 0 | 70 | blue | clothing and backpack | | | | |
| 8/25/2022 | | Jeremy Cortez | 301 Eddy st | Jones | 2685528 | 1 | 0 | 69 | blue | 1 clear bag | | | | |
| 8/25/2022 | | D.Troyer | 461 6th Ave | | 2685747 | 1 | 0 | 59 | blue | 1 black plastic bag and blue cooler | | | | |
| 8/28/2022 | | Mark A | 766 Vallejo | Powell | 2687032 | 1 | 0 | 227 | blue | 1 clear plastic bag | | | | |
| 8/29/2022 | | Jimmy Vang | 461 6th Ave | Geary st | 2687669 | 4 | 0 | 78,77,76,80 | blue | 3 black bags, 1 purple bag | | | | |
| 8/29/2022 | | Dennis N | 3rd st | Mission Rock | 2687256 | 1 | 0 | 1 | blue | 1 backpack | | | | |
| 8/30/2022 | | Michael Lunardelli | 301 Eddy st | Jones | 22058153 | 2 | 1 | 67 | blue | 1 black bike, 1 white garbage bag | | | | |
| 8/30/2022 | | Jeevan Garcia | 301 Eddy st | Jones | 2687737 | 1 | 0 | 66 | blue | 1 box bag of personal items | | | | |
| 8/31/2022 | | Jeremy Cortez | 1245 Mission Rock | | | 1 | 0 | 59 | blue | 1 red empty bin | | | | |
| 8/31/2022 | | Mario Razile | 1 sgt john v. young ln | | 2688480 | 1 | 0 | 64 | blue | 1 large blue/white cooler, 1 lunch cooler bag inside | | | | |

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| Privacy | **1** (1) | Due to privacy concerns, personal information, such as personal phone numbers, cell numbers and email addresses, has been redacted from the documents that we are making available to you. We redacted this personal information pursuant to Section 6254(c) and Section 6254(k) of the California Public Records Act and Article 1, Section 1 of the California Constitution. |

## September 2022 Bag & Tag

| Staff Pick Up Date | SP Date | Staff Name | Address | Cross street | S/O # | Intake | Bike(s) | Tag # | Tag Color | Comments | Name | DOB | GP Pick Up Date | Date of Dispose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/2022 | | Damonit Harris | 760 Vallejo St | Central station | 2659440 | 3 | 0 | 8 | white | 1 clear white bag, 1 blue cooler, 1 blue bike | | | | |
| 9/4/2022 | | Alejandro Guzman Aguirre | 630 Valencia St | 498 Castro St | 2689537 | 3 | 0 | 39 | white | 3 clear bag w clothes | | | | |
| 9/4/2022 | | Damonit Harris | 630 Valencia St | Mission Station | 2690281 | 4 | 0 | 22 | white | 1 clear plastic bag including tent, 1 chair, 1 black coat, 1 black packback | | | | |
| 9/4/2022 | | Michael Lucardelli | 301 Eddy st | Jones | 2689542 | 7 | 0 | 13 | white | A white bags of clothes and 1 amp | | | | |
| 9/4/2022 | | Michael Lucardelli | 301 Eddy st | Jones | 2689517 | 1 | 0 | 40 | white | 1 white bag | | | | |
| 9/7/2022 | | Mario Basile | 567 John V Young Lane | | 2690695 | 1 | 0 | 51 | white | 1 transparency Vinyl small bag | | | | |
| 9/6/2022 | | Sgt Daughter | 301 Eddy st | Jones st | 2689418 | 1 | 0 | 100 | white | 1 black bag of items | | | | |
| 9/6/2022 | | Sgt Daughter | 301 Eddy st | Jones st | 2691173 | 2 | 0 | 55 | white | 1 large black duffel bag, 1 clear bag | | | | |
| 9/9/2022 | | | nightside station | | 2690863 | 5 | 0 | 12 | white | misc items, clothing, cosmetics, skateboard, gym bag | | | | |
| 9/10/2022 | | A Young | 1251 3rd st | Mission Rock | 2691817 | 2 | 0 | 6 | white | 1 cooler, 1 small plastic bag | | | | |
| 9/12/2022 | | Mario Basile | SFPD Southern Station | 1251 3rd st | 2690818 | 3 | 0 | 86 | white | 3 vinyl bags | | | | |
| 9/12/2022 | | Mario Basile | 150 san bruno | 16th st | 1923462 | 15 | 1 | 48 | white | bike, clothes, walker, folding chair, backpack, purse | | | | |

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|--------|-------------------------|-------------|
| Privacy | **1** (1) | Due to privacy concerns, personal information, such as personal phone numbers, cell numbers and email addresses, has been redacted from the documents that we are making available to you. We redacted this personal information pursuant to Section 6254(c) and Section 6254(k) of the California Public Records Act and Article 1, Section 1 of the California Constitution. |