# EXHIBIT 13



# San Francisco Police Department
**Professional Standards and Principled Policing Unit**
**Response to Request for Information**

**Requestor**: P83977 Lawyers' Committee for Civil Rights

**Date of Request:** Sept 13, 2022

**Request:**

> C. All records identifying when SFPD officers have been dispatched to, arrived at, or assisted in an encampment resolution or the removal of homeless individuals' property—whether part of an HSOC operation or otherwise. **Time period: 10/01/21 to 10/05/22**
>
> D. All arrest or citation records resulting from SFPD's response to a homeless encampment, and all summaries identifying the number of citations or arrests following SFPD's response to an encampment. Where no prosecution has resulted from the citation or arrest, these records are immediately disclosable. See San Francisco Administrative Code § 67.24(d). In particular, we seek information on any citations or arrests under the following state and municipal laws: 1) Cal. Penal Code § 647(e) (no lodging without permission); 2) S.F. Police Code §§ 97(b), 168-169 (anti-camping and "sit/lie" ordinances, prohibition on living in passenger vehicles); 3) S.F. Park Code §§ 3.12-3.13; S.F. Port Code §§ 2.9-2.10 (no lodging or sleeping); 4) Cal. Penal Code §§ 370, 372; S.F. Health Code §§ 581, 596 (public nuisance, including obstructing streets or sidewalks); 5) Cal. Penal Code § 148(a) (willfully resisting city staff discharging their duties). **Time period: 10/01/21 to 10/05/22**.

**Response:** On Oct 5, 2022, a search was conducted in Crime Data Warehouse via Business Intelligence Tools for incidents at requested location. Results are provided in an Excel workbook. No Juvenile data was released.

Included in excel book are the following sheets:

- Encampment Property – All incidents during the requested time period where the terms "encampment resolution" or "homeless property" are used in the narrative portion of report.
- Select Codes – All incidents during the requested time period where the provided codes resulted in a cite or arrest.

Note:  San Francisco Police Department does not have an arrest database that can be used to respond to this request. This information was generated from the San Francisco Police Department's CDW Incident Database.
Some citations are paper-based and are not available to be included in these counts.

**Data Source:** San Francisco Police Department's Crime Data Warehouse via Business Intelligence Tools
**Date Prepared:** Oct 6, 2022

10/7/2022