# EXHIBIT 15



September 13, 2022

**By Email:** HSHsunshine@sfgov.org
Department of Homelessness and Supportive Housing
PO Box 427400
San Francisco, CA 94142

Re:   **Additional Public Records Request Regarding Response to Homeless Encampments and Related Property.**

Dear Mr. Hamilton:

Your agency released emails listing daily shelter bed allocations from approximately September 2020 through June 2021 in response to our records request. This is a follow-up request for these same documents for the period from July 1, 2021 to present. Pursuant to the California Public Records Act, Government Code § 6250, and the San Francisco Sunshine Ordinance, San Francisco Administrative Code § 67.1, I hereby request as follows:

A. All records and correspondence identifying or discussing the number of shelter beds available prior to any encampment resolution, including any Daily Allocation Summary or other records communicated to, discussed with, or shared among HSOC's participating agencies—from July 1, 2021 to present.

B. All HSOC encampment counts, tent counts, encampment reports, resolution/sweep schedules, or any other summary documents or data compilations recording efforts to identify and resolve homeless encampments in the City of San Francisco from July 1, 2021 to present. Responsive documents should include at a minimum, but should not be limited to, documents with the following file names or titles: Encampment Report, Encampment Schedule, Report and Schedule, Weekly Resolution Summary, Count(s) by Neighborhood, Encampment Assessment, Tent Count, Vehicle Count, and Tent and Vehicle Count.

We expect an initial response to this records request on or before **September 23, 2022.** *See* Cal. Gov. Code § 6250; San Francisco Administrative Code § 67.21(b). After a preliminary discussion regarding your agency's response, we welcome refining or adjusting our requests to better suit your agency's existing data. *See* Cal. Gov. Code § 6253.1(a). Regardless, we expect that your agency will produce documents on a rolling basis as they become available. *See* San Francisco Administrative Code § 67.25(d). Please do not hesitate to reach out to us with any questions.

Sincerely,

Hadley Rood
UC Berkeley Public Interest Fellow, LCCRSF
131 Steuart Street, Suite 400
San Francisco, CA 94105
Phone: (415) 543-9444 x.221
Fax: (415) 543-0296