# EXHIBIT A

# TO

# SAN FRANCISCO'S OBJECTIONS TO EVIDENCE

| Date & Location | 3/18/22 Shotwell & 25th | 10/24/22 Cesar Chavez & Valencia | 10/27/22 16th & Capp (Baker & Fell) | 10/28/22 King @ 4th-5th | 10/31/22 Ellis @ Larkin-Jones | 11/3/22 18th & Harrison | 11/9/22 Willow & Van Ness | 11/14/22 400-599 Jessie | 11/17/22 Isis & Division | 11/18/22 Valencia, McCoppin, & Otis |
|---|---|---|---|---|---|---|---|---|---|---|
| Client Engagements | 4 | 10 | 27 (5) | 7 | 36 | 13 | 27 | 12 | 8 | 11 |
| Shelter Placements | 2 | 3 | 17 (4) | 7 | 7 | 4 | 8 | 3 | 0 | 0 |
| HSOC Shelter Allocation | 6 | 9 | 21 | 21 | 16 | 12 | 12 | 13 | 8 | 8 |