UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE LISA J. CISNEROS FOR SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 53 |

This case is referred to Magistrate Judge Lisa J. Cisneros for a settlement conference to take place approximately 30 days after the ruling on the motion for preliminary injunction, or as soon thereafter as is convenient to Judge Cisneros's calendar.

**IT IS SO ORDERED.**

Dated: December 15, 2022

　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　United States Magistrate Judge