LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Judge:**   The Hon. Donna M. Ryu<br><br>**Hearing Date:** December 22, 2022<br>**Time:**   1:00 p.m.<br>**Place:**   Courtroom 4 – 3rd Floor<br>           (via videoconferencing) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' STATEMENT OF RECENT DECISION
ISO MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 4:22-CV-05502-DMR

Pursuant to L. R. 7-3(d)(2), Plaintiffs bring the Court's attention to the attached (Decl. of John Thomas H. Do Ex. 1) preliminary injunction order in *Fund for Empowerment, v. City of Phoenix,* No. 2:22-cv-02041-GMS (D. Ariz.) which was issued after the close of briefing on Plaintiffs' Motion for Preliminary Injunction (Dkt. Nos. 9 and 48).

*Fund for Empowerment* discusses whether the City of Phoenix's sweep practices run afoul of the Eight Amendment holdings in *Martin v. City of Boise*, 920 F.3d 584 (9th Cir. 2019) and the recent *Johnson v. City of Grants Pass*, 50 F.4th 787 (9th Cir. 2022). December 16, 2022 Order, *Fund for Empowerment*, ECF No. 34 at 5-7.

Dated:  December 20, 2022                Respectfully submitted,

By: */s/ Joseph H. Lee.*

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PLAINTIFFS' STATEMENT OF RECENT DECISION
ISO MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 4:22-CV-05502-DMR

By: /s/ Zal K. Shroff

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org


By: /s/ John Thomas H. Do

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
bgreene@aclunc.org

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

**ATTESTATION**

I, John Thomas H. Do, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated:  December 20, 2022         /s/ John Thomas H. Do