LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **PLAINTIFFS' SECOND STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> **Judge:** The Hon. Donna M. Ryu <br><br> **Hearing Date:** December 22, 2022 <br> **Time:** 1:00 p.m. <br> **Place:** Courtroom 4 – 3rd Floor (via videoconferencing) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' 2ND STATEMENT OF RECENT
DECISION ISO PRELIMINARY INJUNCTION
CASE NO. 4:22-CV-05502-DMR

Pursuant to L. R. 7-3(d)(2), Plaintiffs bring the Court's attention to an order in *Latoya Yasheen Cooper-Levy, et al., v. City of Miami*, No. 22-CV-21939, 2022 WL 17477009 (S.D. Fla. Dec. 6, 2022) which was issued after the close of briefing on Plaintiffs' Motion for Preliminary Injunction (Dkt. Nos. 9 and 48).

*Cooper-Levy* discusses whether four instances of noncompliance with Miami's sweep policies are sufficient to plead 42 U.S.C. § 1983 municipal liability. *Cooper-Levy,* 2022 WL 17477009 at *4-5.

Dated: December 21, 2022              Respectfully submitted,


By: */s/ Joseph H. Lee.*

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com


By: */s/ Zal K. Shroff*

| | |
|---|---|
| 1 | |
| 2 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 3 | Zal K. Shroff, MJP 804620, *pro hac vice* |
| 4 | Elisa Della-Piana, SBN 226462 |
| | 131 Steuart Street, Ste. 400 |
| 5 | San Francisco, CA 94105 |
| 6 | Telephone: (415) 543-9444 |
| | zshroff@lccrsf.org |
| 7 | edellapiana@lccrsf.org |
| 8 | |
| 9 | By: /s/ *John Thomas H. Do* |
| 10 | ACLU FOUNDATION OF NORTHERN CALIFORNIA |
| 11 | John Thomas H. Do, SBN 285075 |
| | Brandon L. Greene, SBN 293783 |
| 12 | 39 Drumm Street |
| 13 | San Francisco, CA 94111 |
| | Telephone: (415) 293-6333 |
| 14 | jdo@aclunc.org |
| | bgreene@aclunc.org |
| 15 | |
| 16 | *Attorneys for Plaintiffs* |
| | *Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn* |

**ATTESTATION**

I, John Thomas H. Do, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated:  December 21, 2022                    */s/ John Thomas H. Do*