LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs.<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF JOHN THOMAS H. DO IN SUPPORT OF PLAINTIFFS' SECOND STATEMENT OF RECENT DECISION**<br><br>**Judge:** The Hon. Donna M. Ryu<br>**Hearing Date:** December 22, 2022<br>**Time:** 1:00 p.m.<br>**Place:** Courtroom 4 – 3rd Floor<br>(via videoconferencing) |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

## **DECLARATION OF JOHN THOMAS H. DO**

I, John Thomas H. Do, hereby declare as follows:

1. I am a Senior Staff Attorney with the American Civil Liberties Union Foundation of Northern California ("ACLU"). I am also counsel of record for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn in the above-captioned action. I am a member in good standing of the State Bar of California and admitted to practice before this Court in the above-captioned matter.

2. I submit this Declaration in support of Plaintiffs' Second Statement of Recent Decision in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently to them.

3. Plaintiffs filed the Motion for Preliminary Injunction (Dkt. No. 9) on September 27, 2022 and submitted a Reply in Support of the Motion for Preliminary Injunction on December 1, 2022.

4. I previously submitted a Declaration in Support of Plaintiffs' Statement of Recent Decision regarding *Fund for Empowerment v. City of Phoenix*, No. 2:22-cv-02041-GMS (D. Ariz. Dec. 16, 2022). After I subsequently learned of a similar lawsuit in the Southern District of Florida which challenges the Miami's practice of property seizures, I searched westlaw.com for relevant filings on December 21, 2022. Attached as **Exhibit 1** is a true and correct copy from westlaw.com of an order issued on December 6, 2022 in *Latoya Yasheen Cooper-Levy, et al., v. City of Miami*, No. 22-CV-21939, 2022 WL 17477009 (S.D. Fla. Dec. 6, 2022).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I executed this declaration on December 21, 2022 in San Francisco, California.

                         s/ *John Thomas H. Do*
                         John Thomas H. Do

*Counsel for Plaintiffs*