LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **PLAINTIFFS' SUBMISSION REGARDING DPW'S BAG AND TAG POLICY** <br><br> **Judge:** The Hon. Donna M. Ryu <br><br> **Hearing Date:** December 22, 2022 <br> **Time:** 1:00 p.m. <br> **Place:** Courtroom 4 – 3rd Floor <br> (via videoconferencing) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' SUBMISSION REGARDING
DPW'S BAG AND TAG POLICY
CASE NO. 4:22-CV-05502-DMR

1  Having conferred with Defendants and pursuant to the Court's recent Order (Dkt. No. 60), Plaintiffs provide a copy of the referenced, unpublished DPW bag and tag policy—which is attached to this notice as **Exhibit 1**. Plaintiffs' opening brief in support of their motion for preliminary injunction incorrectly noted that this unpublished policy was sent to the Coalition on Homelessness in August 2021, but the accompanying attorney declaration correctly noted that the unpublished policy was sent in February 2022. *Compare* Dkt. 9 at 13 n.3, *with* Dkt. 9-2, ¶ 16.

Defendants in their opposition to Plaintiffs' motion for preliminary injunction cite only to DPW's 2016 policy, not the February 2022 policy. *See* Dkt. 45 at 7:19-8:15. The unpublished policy from February 2022 is substantially similar to DPW's Procedure No. 16-05-08. *See* Dkt. 9-7, at 51. As noted in the original attorney declaration, the February 2022 policy "has not been published on DPW's website and it is unclear if any staff actually have been trained on that policy." Dkt. 9-2, ¶ 16.

Dated:  December 21, 2022

Respectfully submitted,

By: */s/ Alfred C. Pfeiffer, Jr.*

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PLAINTIFFS' SUBMISSION REGARDING
DPW'S BAG AND TAG POLICY
CASE NO. 4:22-CV-05502-DMR

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com


By: */s/ Zal K. Shroff*

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org


By: */s/ John Thomas H. Do*

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
bgreene@aclunc.org

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

## **ATTESTATION**

I, Zal K. Shroff, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated:  December 21, 2022              /s/ Zal K. Shroff