| CITY AND COUNTY OF SAN FRANCISCO | OFFICE OF THE CITY ATTORNEY |
|---|---|
| DAVID CHIU<br>City Attorney | JAMES M. EMERY<br>Deputy City Attorney |



Direct Dial: (415) 554-4628
Email: jim.emery@sfcityatty.org

December 22, 2022

**Via ECF**

Hon. Donna M. Ryu
United States District Court, Northern District
Oakland Courthouse
Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

   Re: *Coalition on Homelessness, et al. v. City and County of San Francisco, et al.*
      United States District Court Case No. 4:22-cv-05502-DMR

Dear Judge Ryu:

  Prompted by the Court's direction (Dkt #60), I have made further inquiries regarding the current status of DPW's bag and tag policies.  I have been informed the attached document (Exhibit A) reflects DPW's current policy, and training on this current policy began in November 2022.

            Very truly yours,

            DAVID CHIU
            City Attorney


            JAMES M. EMERY
            Deputy City Attorney

Encl.

cc: All counsel