# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 12/22/2022 | **Time:** 1:25-2:31 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness, et al v. City and County of San Francisco, et al | |

**For Plaintiffs:**
Zal Shroff
Kevin Wu
Alfred Pfeiffer, Jr.
John Do
Wesley Tiu
Hadley Rood

**For Defendants:**
James Emery
Edmund Wang

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:25-2:31

## PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. Plaintiffs' Motion for Preliminary Injunction [Docket No. 9] – hearing held, Motion is taken under submission

**Order to be prepared by:**
( ) Plaintiff          ( ) Defendant          (X) Court

cc: Chambers