CITY AND COUNTY OF SAN FRANCISCO         OFFICE OF THE CITY ATTORNEY



DAVID CHIU
City Attorney

JAMES M. EMERY
Deputy City Attorney

Direct Dial: (415) 554-4628
Email: jim.emery@sfcityatty.org

December 22, 2022

**VIA ECF**

Magistrate Judge Donna M. Ryu
United States District Court, Northern District
Oakland Courthouse
Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

      Re: *Coalition on Homelessness, et al. v. City and County of San Francisco, et al.*
           United States District Court Case No. 4:22-cv-05502-DMR

Dear Judge Ryu,

      At this afternoon's hearing, I provided an incomplete response to the Court's question about alternative methods for accessing San Francisco's shelter resources. Ms. Cohen's declaration (Dkt #45-2) explains that "[d]uring the 2021 fiscal year, SFHOT made 1,652 shelter placements" through its street outreach activities, independent of organized encampment resolutions. Cohen Decl., ¶ 9. Those 1,652 shelter placements are in addition to "approximately 1,000 placements in coordination with HSOC encampment resolutions." *Id.* Assessments conducted through the coordinated entry program also provide an opportunity for access to shelter. See *Id.* ¶ 13.

                                            Very truly yours,

                                            DAVID CHIU
                                            City Attorney

                                            */s/James M. Emery*
                                            James M. Emery
                                            Deputy City Attorney

cc: All counsel

CITY HALL · 1 DR. CARLTON B. GOODLETT PLACE · ROOM 234 · SAN FRANCISCO, CALIFORNIA 94102
RECEPTION: (415) 554-4700 · FACSIMILE: (415) 554-4699

n:\govlit\li2022\230239\01646431.docx