# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

COURT USE ONLY
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Ye Hyang Kim |
| 2a. CONTACT PHONE NUMBER | 415.395.8801 |
| 3. CONTACT EMAIL ADDRESS | YeHyang.Kim@lw.com |
| 1b. ATTORNEY NAME (if different) | Kevin Wu |
| 2b. ATTORNEY PHONE NUMBER | 415.395.8158 |
| 3. ATTORNEY EMAIL ADDRESS | Kevin.Wu@lw.com |
| 4. MAILING ADDRESS | Latham & Watkins, LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111 |
| 5. CASE NAME | Coalition on Homelessness, et al v. City and County of San Francisco, et al |
| 6. CASE NUMBER | 4:22-cv-05502 |
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) | ☐ FTR |

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☒ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/2022 | DMR | Motion | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
Recorded in Zoom at 1:25 - 2:31

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/Kevin Wu

12. DATE: 12/27/2022

Clear Form     Save as new PDF