# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

**CIVIL MINUTES**

| **Date:** January 3, 2023 | **Time:** 10:32 a.m-.11:19 a.m. (47 minutes) | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness v. City and County of San Francisco | |

**Attorney for Plaintiff:** Zal Kotval Shroff, John Thomas H. Do, Joseph Hyuk Lee

**Attorney for Defendant:** James Moxon Emery and Wayne Kessler Snodgrass

**Deputy Clerk:** Brittany Sims                    **Reported by:** Not Recorded

**PROCEEDINGS**

Pre-Settlement Conference held. Settlement conference scheduled for January 25, 2023, starting at 9:30 am, on Zoom. Preparation for settlement conference discussed with the parties, including required submissions and modification to the standing order.