LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING** <br><br> **Judge:** The Hon. Donna M. Ryu <br><br> **Date:** January 12, 2023 <br> **Time:** 1:00 p.m. <br> **Place:** Courtroom 4 – 3rd Floor <br> 1301 Clay Street <br> Oakland, CA 94612 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING PLS.' ADMIN.
MOT. FOR STATUS CONF. AND MONITORING
CASE NO. 4:22-CV-05502-DMR

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs' Administrative Motion for Status Conference on Preliminary Injunction Noncompliance and Need for Monitoring. Having carefully considered the motion and the papers submitted, and for good cause shown, Plaintiffs' Administrative Motion for Status Conference on Preliminary Injunction Noncompliance and Need for Monitoring is hereby GRANTED. The Parties shall be prepared to discuss Defendants' compliance (or lack thereof) with the Preliminary Injunction and whether additional monitoring is necessary at the January 12, 2023 status conference.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING PLS.' ADMIN.
MOT. FOR STATUS CONF. AND MONITORING
CASE NO. 4:22-CV-05502-DMR