1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
2  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
3  Telephone: (415) 391-0600
   al.pfeiffer@lw.com
4

5  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
6  Zal K. Shroff, MJP 804620, *pro hac vice*
   131 Steuart Street, Ste. 400
7  San Francisco, CA 94105
   Telephone: (415) 543-9444
8  zshroff@lccrsf.org

9
   ACLU FOUNDATION OF NORTHERN
10 CALIFORNIA
   John Thomas H. Do, SBN 285075
11 39 Drumm Street
   San Francisco, CA 94111
12 Telephone: (415) 293-6333
   jdo@aclunc.org
13

14 *Attorneys for Plaintiffs*

15 *Additional Counsel Below*

16
                    UNITED STATES DISTRICT COURT
17                 NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
18

19 COALITION ON HOMELESSNESS, et al.,        CASE NO. 4:22-cv-05502-DMR

20                Plaintiffs.                 **SECOND SUPPLEMENTAL**
          v.                                 **DECLARATION OF IAN JAMES**
21
   CITY AND COUNTY OF SAN FRANCISCO,
22 et. al.,                                   **Judge:**        The Hon. Donna M. Ryu

23                Defendants.

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

## SECOND SUPPLEMENTAL DECLARATION OF IAN JAMES

I, Ian James, hereby declare pursuant to 28 U.S.C. § 1746:

1.      I currently serve as the Organizing Director for the Coalition on Homelessness ("COH" or "the Coalition").

2.      My job is to support human rights organizers as they work in the field, and also to ensure that our campaigns are connected and cohesive. Along with this work, I also do outreach to unhoused people whenever my schedule allows, which includes attending homelessness sweeps and assisting unhoused individuals in filing administrative claims for property taken by the City.

3.      I have previously submitted two declarations regarding my observations of the City's HSOC encampment resolutions, Dkt. Nos. 9-3 [1-35 – 1-40] and 50-2. I submit this further supplemental declaration regarding my observations at the HSOC encampment resolution that took place on December 27, 2022.

4.      All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

**Observations at HSOC Encampment Resolution December 27, 2022: Taylor and Eddy Streets**

5.      On December 27, 2022, I observed an HSOC encampment resolution scheduled to take place around Taylor and Eddy Streets at 1:00 PM. I arrived at the location of the sweep at approximately 12:55 PM.

6.      There were approximately 13 unhoused individuals present at the site. City employees from SFPD, HOT, DPW, SFFD, SFMTA, and DPH were present during the resolution. DPW and SFMTA were already present when I arrived; the other City departments arrived between 1:00 PM and 1:15 PM.

7.      *Move along without shelter offer:* Around 1:15 PM, City employees began to approach people at the site. One unhoused individual stated: "Until they have a decent place for us to live, tell them to leave us alone. They are saying they are going to take all of our stuff and make us move."

1

8.      Another individual, named Gary, was not approached by HOT at any point during the resolution. He packed up his belongings and left around 2:21 PM without anyone from the City having talked to him. When I spoke with Gary before he left, he told me that he was interested in shelter and had been looking for shelter for a while but had not been successful. He said the City had not offered him any resources prior to or during the sweep. Gary told me that the City had given him notice of the resolution before the sweep, so he knew he would have to leave the area.

9.      *Empty shelter offers:* Of the 13 unhoused individuals present at the site, it appeared that only 4 were successfully connected with shelter. The City offered two individuals beds at a congregate shelter, MSC South. Although those individuals verbally accepted the beds, they did not have any written confirmation of the offer or any guarantee that a transport would arrive. Instead, they waited in the cold for a transport to the shelter. Eventually, they gave up and left the area around 2:15 PM.

**Continued Burden on Coalition on Homelessness**

10.     For the Coalition, December is supposed to be a month of reflecting and planning out priorities for the next year. However, monitoring the City's compliance with both the Constitution and the Court's order has delayed this work and made it more difficult to focus on our other organizational responsibilities. For instance, January 1, 2023, marks the beginning of our yearly budget campaign, which we have not had time to prepare for because we have been diverting staff resources to monitor the City's conduct.

11.     Monitoring sweeps is also emotionally draining, adding an enormous responsibility to my, the Coalition's human rights organizers', and our volunteers' shoulders to protect unhoused community members' rights. It is unsustainable for the Coalition to continue monitoring the City's conduct during the pendency of this case.

/ / /

/ / /

/ / /

/ / /

2

1   I declare under penalty of perjury that the contents of this declaration are true and correct to the

2   best of my knowledge, and that I executed this declaration on January 4, 2023 in San Francisco,

3   California.

4

5                               _____

6                               Ian James

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

JAMES 2ND SUPP. DECL.
CASE NO. 4:22-CV-05502-DMR