# EXHIBIT B

TO

SECOND SUPPLEMENTAL DECLARATION OF
CHRISTIN EVANS

