LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **SUPPLEMENTAL DECLARATION OF SHANNA COUPER ORONA** <br><br> **Judge:** The Hon. Donna M. Ryu <br><br> **Hearing Date:** January 12, 2023 <br> **Time:** 1:00 p.m. <br> **Place:** Courtroom 4 – 3rd Floor <br> 1301 Clay Street <br> Oakland, CA 94612 |

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Wesley Tiu, SBN 336580<br>Kevin Wu, SBN 337101 |
| 3 | Tulin Gurer, SBN 303077<br>505 Montgomery Street, Ste 2000 |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 391-0600 |
| 5 | wesley.tiu@lw.com |
| 6 | kevin.wu@lw.com<br>tulin.gurer@lw.com |
| 7 | |
| 8 | LATHAM & WATKINS LLP<br>Joseph H. Lee, SBN 248046 |
| 9 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 10 | Telephone: (714) 540-1235<br>joseph.lee@lw.com |
| 11 | |
| 12 | LATHAM & WATKINS LLP<br>Rachel Mitchell, SBN 344204 |
| 13 | 12670 High Bluff Drive<br>San Diego, CA 92130 |
| 14 | Telephone: (858) 523-5400<br>rachel.mitchell@lw.com |
| 15 | |
| 16 | LAWYERS' COMMITTEE FOR CIVIL<br>RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 17 | Elisa Della-Piana, SBN 226462<br>131 Steuart Street, Ste. 400 |
| 18 | San Francisco, CA 94105<br>Telephone: (415) 543-9444 |
| 19 | edellapiana@lccrsf.org |
| 20 | ACLU FOUNDATION OF NORTHERN CALIFORNIA |
| 21 | Brandon L. Greene, SBN 293783<br>39 Drumm Street |
| 22 | San Francisco, CA 94111<br>Telephone: (415) 293-6333 |
| 23 | bgreene@aclunc.org |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# SUPPLEMENTAL DECLARATION OF SHANNA COUPER ORONA

I, Shanna Couper Orona, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am a declarant in this case and previously submitted a declaration regarding both my personal experiences with and my observations of San Francisco's homelessness sweeps, Dkt. No. 9-6 [4-56 – 4-61].

2. Though I am currently housed, I serve as a street medic, work for which I am widely known in the houseless community. I also volunteer with organizations including Homeless Youth Alliance, the Coalition on Homelessness ("COH" or "the Coalition"), the Lyon-Martin Women's Community Clinic, and the Mission Neighborhood Resource Center.

3. I submit this supplemental declaration regarding my observations at the HSOC encampment resolution that took place on January 4, 2023.

4. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

**Observations at HSOC Encampment Resolution January 4, 2023: Erie Street**

5. On January 4, 2023, I observed an encampment resolution scheduled to take place on Erie Street at 7 AM. I arrived to the location at approximately 7:15 AM.

6. When I arrived, it was already raining. This was the beginning of a "bomb cyclone"-fueled storm when people were urged to stay home and not travel if at all possible.[1] HOT, SFPD, and the SFFD Incident Commander were present at the beginning of the sweep. There were approximately 8 SFPD cars and trucks present at the site throughout the sweep, many with their lights on. Attached here as **Exhibit A** is a photo of the heavy police presence. Though DPW did not arrive until later, they did eventually arrive with approximately 4 DPW vehicles, including a power washer. City workers indicated that they intended to power wash the street, just before an intense rain storm.

7. *Threats of enforcement without shelter availability:* I observed that SFPD and the

---

[1] *See* Jill Tucker, Trisha Thadani, & Julie Johnson, *Flooding, Landslides and Closed Roads and Schools: What's in Store for Bay Area as Storm Hits*, S.F. Chronicle, Jan. 4, 2023, https://www.sfchronicle.com/bayarea/article/Flooding-landslides-and-closed-roads-and-17694377.php.

1

SFFD incident commander were present and approached individuals with HOT at the beginning of the sweep. I spoke with one individual who stated that HOT had informed them that they would be offering services but would not know what those services were until later in the morning. HOT told that individual to start packing up in the meantime. There was no indication that any request to move would be temporary or voluntary.

8. The SFFD incident commander approached several individuals at the site who were monolingual Spanish speakers. He attempted to speak to them but, when one person responded to him in Spanish, he turned away, saying, "I don't speak Mexican!" It did not appear that HOT had a Spanish-speaking worker present, so they were not able to communicate with these individuals at any point during the sweep. The Spanish-speaking individual was left to try and pack up his belongings as quickly as possible, and the City did not communicate that any move was voluntary or temporary.

9. At around 8:20 AM, the SFFD incident commander, with SFPD present, again told everyone to pack up and move. He said that, if people did not leave the area immediately, SFPD would begin "running names," meaning conducting warrant checks on the individuals present at the site. He also said that DPW was going to come and throw people's property away if they did not pack up quickly enough. At this point, no concrete shelter offers had been made.

I declare under penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge, and that I executed this declaration on January 5, 2023 in San Francisco, California.

_Shanna Couper Orona_ 1/5/23