# EXHIBIT A

TO

SUPPLEMENTAL DECLARATION OF
SHANNA COUPER ORONA

