LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.<br><br>    Plaintiffs.<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**DECLARATION OF JOHN THOMAS H. DO IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION**<br><br>**Judge:** The Hon. Donna M. Ryu |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

# DECLARATION OF JOHN THOMAS H. DO

I, John Thomas H. Do, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am a Senior Staff Attorney with the ACLU of Northern California. I am also counsel of record for the Coalition on Homelessness (the "Coalition"), Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn in the above-captioned action. I am admitted to practice before this Court.

2. Pursuant to the local rules of this District, I submit this declaration in support of Plaintiffs' administrative motion for status conference. I previously filed two declarations in this case. Dkt. # 57 and # 59. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently to them.

## I. PARTIES' CORRESPONDENCE

3. I have extensively met and conferred with Defendants on the subject matter of the administrative motion: their noncompliance and need for monitoring. Attached hereto as **Exhibit 1** is a true and accurate copy of correspondence between the parties between December 29, 2022 and January 3, 2023. This includes memorialization of our meet and confers. Defendants did not contest that memorialization. I requested their position on this motion for status conference to address these issues on January 3, 2023. Defendants did not provide further information on their position. Due to the urgency of the issues, Plaintiffs file this motion now in advance of the January 12, 2023 status conference.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of correspondence between the parties between December 26, 2022 and December 27, 2022, discussing Defendants' actions immediately after the issuing of the preliminary injunction order and the continued HSOC operations.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of correspondence between the parties between December 29, 2022 and January 4, 2023, discussing Plaintiffs' request for continued disclosures to monitor Defendants' compliance with the preliminary injunction order.

6. Attached hereto as **Exhibit 4** is a true and accurate copy of a January 3, 2023 email I sent to Defendants' counsel requesting that Defendants halt confiscation of tents and survival gear during the storm that was then occurring. Defendants did not respond.

7. Attached hereto as **Exhibit 5** is a true and accurate copy of correspondence between the parties between November 7, 2022 and December 20, 2022, discussing ongoing issues with Defendants' failure to provide 72-hour notice and failure to provide meaningful SFPD disclosures.

## II. DEFENDANTS' PRIOR PRODUCTION OF REQUESTED DOCUMENTS

### Records Produced by Defendants

8. Pursuant to the Court's order regarding expedited discovery, Dkt. # 44, Defendants released approximately eight months of weekly HSOC resolution schedules. Attached hereto as **Exhibit 6** is an excerpt of a true and correct copy of this release, showing the weekly HSOC schedules for January 2022, bearing Bates stamps CCSF_COH_PI_HSOC_000423-000426. The full release spans approximately January through July 2022.

9. Pursuant to the Court's order regarding expedited discovery, Dkt. # 44, Defendants released over a year of HSOC encampment reports. Attached hereto as **Exhibit 7** is an excerpt of a true and correct copy of this release, bearing Bates stamp CCSF_COH_PI_HSOC_000460, showing HSOC encampment reports from August 30, 2021 to October 5, 2021. The full release spans approximately August 30, 2021 through November 8, 2022.

I have reviewed the information contained in this declaration. I declare under the penalties of perjury that the contents are true and correct to the best of my knowledge.

Executed on: January 6, 2023

s/ *John Thomas H. Do*
John Thomas H. Do