# EXHIBIT 2

| | |
|---|---|
| **From:** | Emery, Jim (CAT) |
| **To:** | John Do; Wang, Edmund (CAT) |
| **Cc:** | Zal Shroff; Joseph.Lee@lw.com; Al.Pfeiffer@lw.com; SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com |
| **Subject:** | RE: Activity in Case 4:22-cv-05502-DMR Coalition on Homelessness et al v. City and County of San Francisco et al Order on Motion for Preliminary Injunction |
| **Date:** | Tuesday, December 27, 2022 2:10:04 PM |
| **Attachments:** | image005.png |
| | image008.png |

Hi John,

Thank you for your email this morning and for giving me the opportunity to respond. After I received your email, I consulted with my clients who were on the ground at this morning's resolution. I have learned that everyone present at the encampment was offered shelter and services. They were asked to move temporarily by the encampment resolution team (not SFPD), so that DPW could clean the area, but there was no threat of enforcement of sit/lie/sleep laws, or of any other laws. Indeed, those who did not accept shelter remained in the immediate vicinity. Throughout the morning's activity, your client Jennifer Friedenbach consulted repeatedly with David Nakanishi. Ms. Friedenbach did not express to David the concerns you've included in your email. If you have more specific information about alleged noncompliance with the Court's injunction, please share it with me so I can look into this further. San Francisco takes very seriously its obligation to comply with the Court order. Based on the information we have now, San Francisco intends to proceed with the planned resolutions.

It is my goal to circulate the 26(f) statement before close of business today. If circumstances continue to interrupt my work on the 26(f) statement, I may not get it to you until tomorrow morning.

I suggest we meet and confer about all these topics on 12/29 at 10am. With the additional day, I'm more likely to have coordinated calendars with folks who should attend the settlement conference.

**Jim Emery**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4628 Direct
www.sfcityattorney.org

---

**From:** John Do <JDo@aclunc.org>
**Sent:** Tuesday, December 27, 2022 11:30 AM
**To:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>
**Cc:** Zal Shroff <zshroff@lccrsf.org>; Joseph.Lee@lw.com; Al.Pfeiffer@lw.com; SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com
**Subject:** RE: Activity in Case 4:22-cv-05502-DMR Coalition on Homelessness et al v. City and County of San Francisco et al Order on Motion for Preliminary Injunction

Jim:

We will need to meet and confer with you urgently as it appears that Defendants have already violated the Court's preliminary injunction order. We will make ourselves available for a meet and confer on at the following times: 12/28: 9-12PM; 12/29: 9-11AM.

Today, Defendants proceeded with an HSOC sweep operation at Hampshire and 17th Street. Police were among the first to arrive from 7-7:30am. DPW pick-up trucks arrived before 8am. As the Court has already found, the individuals onsite were all homeless because San Francisco shelters are essentially full, do not have enough capacity, and are effectively closed. Nonetheless, SFPD and HOT walked around to inform every unhoused individual that they would need to leave the area. When asked what shelter was available, Defendants told unhoused individuals that HSOC did not know yet what shelter they would have. All individuals were made to pack up their belongings well before any report from city staff regarding shelter availability. In short, there has been absolutely no change to Defendants' practice of forced displacement at HSOC operations under threat of citation and arrest and absent voluntary access to appropriate shelter. <u>In light of this information, we expect that Defendants will immediately stop this afternoon's HSOC sweep and the remaining HSOC sweep operations scheduled for this week. Please confirm.</u>

Indeed, it is unclear how a standard HSOC encampment resolution can possibly be carried out in compliance with the Court's preliminary injunction order, given that such encampment resolutions are conducted under enforcement and threat of enforcement of the laws and ordinances set forth in the Court's order. If Defendants maintain that its existing encampment resolution practices comply with the Court's preliminary injunction order, please explain the basis for that position prior to the meet and confer so Plaintiffs can consider it. If, on the other hand, Defendants purport to have modified their practices and believe those modifications are in compliance with the Court's order, please identify those changes (which were not evident to any observers) and provide the basis for Defendants' belief prior to the meet and confer. Without any information regarding Defendants' proposed steps to achieve compliance at each of these individual agencies, Plaintiffs have no way to begin identifying changes to Defendants' past noncompliance—which has persisted for years and has continued even during the pendency of the PI Motion. *See* Dkt. No. 48 at 5:1-10.

Please respond as soon as possible to address these critical points regarding compliance with the Court's preliminary injunction order. These issues are particularly urgent given the cold and rain. These circumstances do necessitate ongoing productions from Defendants, which we will expect to discuss at our meet and confer. We can also address the proposed dates for the Court-ordered settlement conference when we meet.

Thank you for confirming your consent to electronic service. You may effect service by copying all email addresses included on this email (jdo@aclunc.org; zshroff@lccrsf.org; Joseph.Lee@lw.com; Al.Pfeiffer@lw.com). In particular, please be sure to include sf.probono.unhoused.persons.litigation@lw.com on all correspondence.

Finally, please provide us Defendants' portion of the Rule 26(f) statement by close of business today. As you know, it is due tomorrow, and Plaintiffs will need time to consider any edits Defendants propose.

Best regards,



**JOHN THOMAS H. DO**
**SENIOR STAFF ATTORNEY**
**RACIAL & ECONOMIC JUSTICE PROGRAM**

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM

---

**From:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>
**Sent:** Monday, December 26, 2022 7:15 PM
**To:** John Do <JDo@aclunc.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Cc:** Zal Shroff <zshroff@lccrsf.org>; Joseph.Lee@lw.com; Al.Pfeiffer@lw.com; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>
**Subject:** RE: Activity in Case 4:22-cv-05502-DMR Coalition on Homelessness et al v. City and County of San Francisco et al Order on Motion for Preliminary Injunction

Hi John,

The City Attorney's Office has advised all affected departments of the terms of the Court's preliminary injunction.  Tomorrow's HSOC resolutions will proceed, in compliance with the Court's order.

With the issuance of the injunction on Friday, the Court's orders requiring 72-hour notice and weekly updated document productions has expired.  We are happy to meet and confer on the issue if plaintiffs perceive a continuing need for the information.

Yes, San Francisco will accept electronic service, if you include Sophia Garcia and Pamela Cheeseborough, copied here, on the distribution list.  I want to avoid a situation where San Francisco does not timely learn of an e-mail service.  Please let me know who on your team should receive electronic service.

Ed and I will provide you feedback tomorrow on plaintiffs' draft 26(f) statement.  And we are planning to serve San Francisco's initial disclosure on Wednesday.

I believe this covers the points in your email below.

**Jim Emery**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4628 Direct
www.sfcityattorney.org

**From:** John Do <JDo@aclunc.org>
**Sent:** Monday, December 26, 2022 11:42 AM
**To:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Wang, Edmund (CAT)
<Edmund.Wang@sfcityatty.org>
**Cc:** Zal Shroff <zshroff@lccrsf.org>; Joseph.Lee@lw.com; Al.Pfeiffer@lw.com
**Subject:** RE: Activity in Case 4:22-cv-05502-DMR Coalition on Homelessness et al v. City and County
of San Francisco et al Order on Motion for Preliminary Injunction

Jim and Ed:

Please advise what immediate steps Defendants have taken to comply with the Court's preliminary
injunction. Specifically, please confirm whether HSOC plans to continue carrying out its daily sweep
operations, and what instruction has been given to SFPD and DPW staff regarding their
enforcement/cleaning operations and interactions with unhoused individuals. Further, please
confirm whether Defendants will continue to provide the prior 72-hour notices and DPW/SFPD
productions.

Most immediately, we received notice of HSOC sweep operations that are set to take place
tomorrow. Please advise whether those sweep operations are going forward.

Attached is an updated draft Rule 26(f) report. Our report is due on Wednesday, and so we would
appreciate receiving your edits by Tuesday afternoon so that the parties can finalize.

You have not advised whether you accept electronic service for the purposes of discovery, a first
round of which was served on Defendants last week by both email and mail. Please advise. Plaintiffs
consent to electronic service for the duration of this case if Defendants make the same agreement.

Finally, we remind Defendants that the parties are to exchange initial disclosures by Wednesday.

Best regards,



**JOHN THOMAS H. DO**
SENIOR STAFF ATTORNEY
RACIAL & ECONOMIC JUSTICE PROGRAM

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM

**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Sent:** Friday, December 23, 2022 6:36 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 4:22-cv-05502-DMR Coalition on Homelessness et al v. City and County of
San Francisco et al Order on Motion for Preliminary Injunction

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court

### California Northern District

### Notice of Electronic Filing

The following transaction was entered on 12/23/2022 at 6:36 PM PST and filed on 12/23/2022

**Case Name:**          Coalition on Homelessness et al v. City and County of San Francisco et al

**Case Number:**        4:22-cv-05502-DMR

**Filer:**

**Document Number:** 65

**Docket Text:**
**Order by Magistrate Judge Donna M. Ryu granting in part and denying in part [9] Plaintiffs' Motion for Preliminary Injunction. Signed on 12/23/2022.(dmrlc1, COURT STAFF) (Filed on 12/23/2022)**

**4:22-cv-05502-DMR Notice has been electronically mailed to:**

**Alfred Carroll Pfeiffer , Jr**    Al.Pfeiffer@lw.com, #sflitigationservices@lw.com, al-pfeiffer-0552@ecf.pacerpro.com, Linda.Tam@lw.com

**Brandon Lashawn Greene**    bgreene@aclunc.org, aalas@aclunc.org, tcoughlin@aclunc.org

**Edmund T. Wang**    edmund.wang@sfcityatty.org, anita.murdock@sfcityatty.org, celena.sepulveda@sfcityatty.org, sophia.garcia@sfcityatty.org, winnie.fong@sfcityatty.org

**Elisa Marie Della-Piana**    edellapiana@lccr.com

**James Moxon Emery**    jim.emery@sfgov.org, lauren.skellen@sfcityatty.org, martina.hassett@sfcityatty.org, pamela.cheeseborough@sfcityatty.org

**John Thomas H. Do**    jdo@aclunc.org, aalas@aclunc.org

**Joseph Hyuk Lee**    joseph.lee@lw.com, #ocecf@lw.com, joseph-lee-8312@ecf.pacerpro.com

**Kevin Wu**    kevin.wu@lw.com

**Meredith Blagden Osborn**    meredith.osborn@sfcityatty.org, anita.murdock@sfcityatty.org,

winnie.fong@sfcityatty.org

**Rachel Mitchell**   rachel.mitchell@lw.com

**Tulin Gurer**   tulin.gurer@lw.com

**Wayne Kessler Snodgrass**   wayne.snodgrass@sfcityatty.org, ecf-3c567f10a367@ecf.pacerpro.com, holly.chin@sfcityatty.org

**Wesley Tiu**   wesley.tiu@lw.com, #sflitigationservices@lw.com, wesley-tiu-1374@ecf.pacerpro.com

**Yvonne Rosil Mere**   yvonne.mere@sfcityatty.org, martina.hassett@sfcityatty.org

**Zal Kotval Shroff**   zshroff@lccrsf.org

**4:22-cv-05502-DMR Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

**The following document(s) are associated with this transaction:**

**Document description:**Main Document
**Original filename:**C:\fakepath\22-cv-05502-dmr-filed_prelim_inj_122322.638062058215984499.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=12/23/2022] [FileNumber=19843413-0
] [5419e76e1a3dae93d166baf8ec3cd53717fc3ca2f9b3a6be4b982d7c613ce304cd8
8846cc7e05689b1a94048b2c38be6a86a53925f74292e40d4f978d151c226]]