# EXHIBIT 4

| | |
|---|---|
| **From:** | John Do |
| **To:** | Emery, Jim (CAT); Wang, Edmund (CAT); Snodgrass, Wayne (CAT) |
| **Cc:** | Al.Pfeiffer@lw.com; Joseph.Lee@lw.com; Zal Shroff |
| **Bcc:** | Sweeps Litigation Team |
| **Subject:** | COH v SF: confiscating usable tents in current stretch of storms |
| **Date:** | Tuesday, January 3, 2023 11:50:00 AM |
| **Attachments:** | image001.png |
| **Importance:** | High |

Jim, Ed and Wayne,

This morning at HSOC operations by the Ferry Building, we noted that the City declared at least one tent, an orange and grey one, abandoned.  Fortunately, plaintiffs' had a monitor present who informed the City that the tent was likely unattended, which likely prevented a disposal that would have been in violation of the City's policies and the Preliminary Injunction.  We again note the heavy law enforcement presence and our concerns that "requests" to move may not be perceived as voluntary or temporary.

***And given the unprecedented rain we are receiving, we ask that the City end confiscating/destroying usable tents (and other survival gear) unless there is an immediate health and safety hazard during the pendency of the current stretch of bad weather, regardless of the City's position regarding whether it can do so under its current "bag-and-tag" policies***.  To do otherwise would be inhumane.  We understand there is an HSOC operation today at 1pm at Harrison and Merlin, so we again appreciate your prompt response to this urgent matter.

Regards,
John



**JOHN THOMAS H. DO**
**SENIOR STAFF ATTORNEY**
**RACIAL & ECONOMIC JUSTICE PROGRAM**

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM