# EXHIBIT 6

| HSOC Schedule 01/03-01/07 | | Updated: 12/27/21 | | | | | Shelter Needs* | 32 | | 32 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Location | Police District | Neighbor-hood | Supervisor | Estimated Tents & Structures | Occupied Vehicles | Estimated Clients | Estimated Need for Shelter* | | |
| 1/3/2022 | 200, 100, and 000 blocks of Willow | Tenderloin | Tenderloin | 6 | 18 | 0 | 27 | 11 | | |
| 1/4/2022 | King Street Extension (off Berry) | Southern/CHP | Mission Bay | 6 | 15 | 0 | 23 | 9 | | |
| 1/5/2022 | 300 block of Hyde, Eddy from Larkin to Taylor | Tenderloin | Tenderloin | 6 | 10 | 0 | 15 | 6 | | |
| 1/6/2022 | Dubose/13th from Valencia to Harrison | Misison | Mission | 9 | 20 | 0 | 30 | 12 | | |
| 1/7/2022 | 16th and Pond | Misison | Castro | 8 | 8 | 0 | 12 | 5 | Shelter needs for week | 32 |

*Could include shelter, navigation centers, stabilizaion units, DPH residental programs, safe sleep and SIP

| HSOC Schedule 01/10-1/14 | | | Updated: 01/04/22 | | | | Shelter Needs* | 25 | | 25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Location | Police District | Neighbor-hood | Supervisor | Estimated Tents & Structures | Occupied Vehicles | Estimated Clients | Estimated Need for Shelter* | | |
| 1/10/2022 | Olive between Van Ness and Polk | Northern | Tenderloin | 6 | 14 | 0 | 11 | 8 | | |
| 1/11/2022 | 12th between Market and South Van Ness | Southern | Civic Center | 6 | 10 | 0 | 8 | 6 | | |
| 1/12/2022 | Russ Street from Minna to Folsom | Southern | South of Market | 6 | 12 | 0 | 9 | 7 | | |
| 1/13/2022 | 600 block of Minna | Southern | South of Market | 6 | 12 | 0 | 9 | 7 | | |
| 1/14/2022 | 630 Grand View Ave | Mission | Twin Peaks | 8 | 8 | 0 | 6 | 5 | Shelter needs for week | 25 |

*Could include  shelter, navigation centers, stabilizaion units, DPH residental programs, safe sleep and SIP

| HSOC Schedule 01/17-1/21 | | | Updated: 01/07/22 | | | | | Shelter Needs* 24 | | 24 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Location | Police District | Neighbor-hood | Supervisor | Estimated Tents & Structures | Occupied Vehicles | Estimated Clients | Estimated Need for Shelter* | | |
| 1/17/2022 | Holiday | | | | | 0 | 0 | 0 | | |
| 1/18/2022 | Larkin from Market/Hayes to McAllister | Northern/Tenderloin | Civic Center | 6 | 10 | 0 | 8 | 6 | | |
| 1/19/2022 | Hemlock from Polk to Larkin | Northern | Polk Gulch | 3 | 8 | 0 | 6 | 5 | | |
| 1/20/2022 | 13th Street from SVN to Potrero | MIssion | Mission | 9 | 15 | 0 | 11 | 8 | | |
| 1/21/2022 | Various sites around 1515 South Van Ness | Mission | MIssion | 9 | 8 | 0 | 6 | 5 | Shelter needs for week | 24 |

*Could include shelter, navigation centers, stabilizaion units, DPH residental programs, safe sleep and SIP

CCSF_COH_PI_HSOC_000425

| HSOC Schedule 01/24-1/28 | | Updated: 01/19/22 | | | | | | Shelter Needs* 23 | 23 |
|---|---|---|---|---|---|---|---|---|---|
| Date | Location | Police District | Neighborhood | Supervisor | Estimated Tents & Structures | Occupied Vehicles | Estimated Clients | Estimated Need for Shelter* | |
| 1/24/2022 | Redwood at Franklin + Turk + Larch | Northern | Catherdral Hill | 5 | 12 | 0 | 9 | 7 | |
| 1/25/2022 | 4th to Byrant to 5th to Harrison with a focus around the Bryant Street Navigation Center | Southern | South of Market | 6 | 10 | 0 | 8 | 6 | |
| 1/26/2022 | 12th from Market to South Van Ness and Otis from South Van Ness to Mission | Southern | Civic Center | 6 | 12 | 0 | 9 | 7 | |
| 1/27/2022 | Russ Street from Minna to Howard + Natoma from Russ to 6th | Southern | South of Market | 6 | 8 | 0 | 6 | 5 | |
| 1/28/2022 | Laskie Alley at Mission Street | Tenderloin | South of Market | 6 | 8 | 0 | 6 | 5 | Shelter needs for week 23 |

*Could include shelter, navigation centers, stabilizaion units, DPH residental programs, safe sleep and SIP

CCSF_COH_PI_HSOC_000426