# EXHIBIT 7

| ID | Start time | Completion time | Email | Name | Grand View Ave (under Market Street) | Date | Shift | Mission | Incident Commander Initials | Team Present | Starting Tents | Starting Structures | Tents & Structures Removed by Client Accepting Shelter | Abandoned Tents & Structures Removed | Tents & Structures Relocated by Client to Another Location | Remaining Tents & Structures | Starting Vehicles - Occupied | Starting Vehicles - Abandoned | Vehicles Towed | Abandoned Vehicles Towed | Vehicles Relocated by Client to Another Location | Vehicles Relocated by Client to Safe Parking | Remaining Vehicles | Clients Onsite | Community Referrals | Clients to Safe Parking | Clients to Safe Sleeping | Clients to Shelter | Clients to Hotel | Clients to Other DPH or HSH Programs | Clients Transported to Emergency Services | Clients Already Housed/Shelt ered | Clients Declining Services and Leaving Area | Clients Declining Services and Remaining | Public Safety Incidents (SFPD or SFFD) | Utility Tapping | Barriers/Signs Placed | Follow-Up Required | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 327 | 8/30/21 7:32:09 | 8/30/21 7:39:04 | anonymous | | 19th Street between Harrison and Mission | 8/27/2021 | Morning | Resolution | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD;H SH; | 10 | 0 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 2 | 4 | No | No | Yes | Yes | 5/06/66 ... |
| 328 | 8/31/21 6:29:16 | 8/31/21 6:33:30 | anonymous | | Illinois between 25th and Mariposa | 8/30/2021 | Both | Resolution | NS | DPW;SFPD;MTA;D PH;SFPD;SFHOT; | 7 | 1 | 0 | 4 | 3 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 7 | 2 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 2 | No | No | Yes | Yes | Regular re encampment prevention |
| 331 | 9/2/21 21:02:32 | 9/2/21 21:05:27 | anonymous | | Sixth x Natoma | 9/2/2021 | Afternoon | Resolution | NS | DPW;SFPD;MTA;S FFD;SFHOT; | 2 | 3 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | No | No | No | No | |
| 330 | 9/2/21 20:54:36 | 9/2/21 21:02:13 | anonymous | | Sixth x Stevenson / Jessie | 9/2/2021 | Morning | Re-Encampment Prevention | NS | DPW;SFHOT;SFPD ;SFHOT; | 8 | 0 | 2 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 2 | No | No | Yes | Yes | DPH re-up with ... on Stevenson |
| 329 | 9/2/21 20:43:04 | 9/2/21 20:50:56 | anonymous | | Sixth street x Stevenson/Jessie | 9/2/2021 | Both | Resolution | NS | DPW;SFHOT;SFPD | 15 | 2 | 4 | 4 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 2 | 0 | 3 | 3 | 0 | 3 | 3 | 3 | 0 | No | No | Yes | Yes | CLIENT encamped near rear exit of PGE POWER STATION on Stevenson in apparent mental crisis... |
| 332 | 9/7/21 6:16:21 | 9/7/21 6:19:40 | anonymous | | Hyde x Turk | 9/3/2021 | Morning | Resolution | NS | DPW;SFPD;MTA;S FFD; | 10 | 0 | 3 | 1 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 2 | 3 | No | No | Yes | Yes | Regular re encampment prevention |
| 334 | 9/7/21 18:59:03 | 9/7/21 19:02:44 | anonymous | | Myrtle x Polk | 9/7/2021 | Afternoon | Resolution | NS | DPW;SFPD;MTA;S FFD; | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 0 | 0 | 4 | 0 | 0 | 0 | 2 | 1 | No | No | No | Yes | Re-encampment prevention |
| 333 | 9/7/21 18:54:52 | 9/7/21 18:59:01 | anonymous | | Cedar x Larkin | 9/7/2021 | Morning | Resolution | NS | DPW;SFPD;MTA;S FFD; | 10 | 1 | 5 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 3 | 0 | 0 | 1 | 3 | 0 | 0 | No | No | No | Yes | Re-encampment prevention |
| 336 | 9/10/21 6:23:54 | 9/7/21 6:25:21 | anonymous | | Dolores between 15th and 17th street | 9/8/2021 | Morning | Re-Encampment Prevention | NS | DPW;SFHOT;SFPD ; | 6 | 0 | 0 | 6 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | No | Yes | Yes | Yes | |
| 335 | 9/10/21 6:09:57 | 9/10/21 6:14:23 | anonymous | | Willow x Polk | 9/9/2021 | Both | Resolution | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD; | 34 | 2 | 8 | 3 | 4 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 1 | 0 | 4 | 12 | 0 | 0 | 2 | 12 | 20 | No | No | Yes | Yes | Re-encampment prevention. Vigilant and regular enforcement by district police stations |
| 337 | 9/10/21 13:23:00 | 9/10/21 13:38:30 | anonymous | | Willow between Larkin and VanNess | 9/10/2021 | Both | Re-Encampment Prevention | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD; | 24 | 2 | 3 | 3 | 3 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 0 | 0 | 0 | 11 | 0 | 0 | 0 | 1 | 4 | 12 | No | No | Yes | Yes | Re-encampment prevention regularly |
| 339 | 9/14/21 6:27:48 | 9/14/21 6:30:36 | anonymous | | Sanjose Ave x23rd | 9/13/2021 | Afternoon | Resolution | NS | DPW;SFHOT;SFPD ;MTA;SFFD; | 4 | 0 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | No | No | Yes | Yes | |
| 338 | 9/14/21 6:19:49 | 9/14/21 6:27:46 | anonymous | | Russ between Minna and Harrison | 9/14/2021 | Morning | Resolution | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD; | 4 | 1 | 1 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 7 | 1 | No | Yes | Yes | Yes | ... client across from Woman's place ... with mental issues. Very resistant to moving or treatment placement ... has been camped here for a few ... and claims ... has permission and support from staffers at the women's shelter. Recommend case conference with DPH / mental health |
| 340 | 9/15/21 6:30:23 | 9/15/21 6:37:49 | anonymous | | Hyde x Turk | 9/14/2021 | Morning | Resolution | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD; | 12 | 2 | 3 | 3 | 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 14 | 0 | No | No | Yes | Yes | Regular re encampment prevention and cleanup. DPW no longer able to assist w refuse coming from L 87 lot at 200 Hyde. CBOC TO ASSIST INSTEAD |
| 344 | 9/20/21 21:37:08 | 9/20/21 21:41:37 | anonymous | | Showplace square 15st x SanBruno | 9/15/2021 | Both | Resolution | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD; | 10 | 2 | 2 | 1 | 4 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 2 | 0 | 0 | 1 | 0 | 0 | 1 | 6 | 5 | No | No | Yes | Yes | Regular re encampment prevention |
| 341 | 9/18/21 4:55:37 | 9/18/21 5:00:51 | anonymous | | Division from Potrero to Mission | 9/17/2021 | Both | Resolution | PSR | DPW;SFHOT;SFPD ;MTA;DPH;SFFD; | 13 | 4 | 7 | 4 | 6 | 0 | | | | | | | | 13 | | | 2 | 6 | 0 | 0 | 0 | 4 | 1 | No | No | Yes | No | |
| 343 | 9/20/21 21:33:06 | 9/20/21 21:37:02 | anonymous | | Elm x Franklin | 9/20/2021 | Afternoon | Outreach & Cleaning | NS | DPW;SFHOT;SFPD ;MTA;SFFD; | 6 | 0 | 1 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 7 | No | Yes | No | Yes | Proper noticing for resolution PUC ADVISED TO REPAIR LIGHT POLE UTILITY TAP |
| 342 | 9/20/21 21:29:11 | 9/20/21 21:33:01 | anonymous | | Redwood c Franklin | 9/20/2021 | Morning | Resolution | NS | DPW;SFHOT;SFPD ;MTA;SFFD; | 4 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 4 | No | No | Yes | Yes | |
| 345 | 9/21/21 17:11:19 | 9/21/21 17:16:46 | anonymous | | 5th x Bryant | 9/21/2021 | Morning | Resolution | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD; | 6 | 0 | 4 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 2 | 0 | No | Yes | No | Yes | Regular re encampment prevention ops |
| 348 | 9/23/21 19:16:07 | 9/23/21 19:19:56 | anonymous | | Hunter's Point Expressway | 9/22/2021 | Afternoon | Outreach | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD;F EST;Community;A DP; | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 | 100 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | No | No | No | No | Continue outreach pending opening of Candlestick Vehicle Assessment Center |
| 347 | 9/23/21 19:12:39 | 9/23/21 19:15:38 | anonymous | | Shotwell between 14th and 17h | 9/22/2021 | Morning | Resolution | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD;D EM; | 7 | 0 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 7 | 1 | No | No | Yes | Yes | Continue re encampment prevention |
| 246 | 9/23/21 19:08:06 | 9/23/21 19:12:36 | anonymous | | Jones between Goldengate and Ellis | 9/23/2021 | Both | Resolution | NS | DPH;MTA;SFD;SF PD;SHOT;DPW; | 24 | 0 | 7 | 2 | 5 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 2 | 5 | 14 | No | No | Yes | Yes | Complete resolution scheduled for tomorrow. MTA contractor to begin removing K rails |
| 349 | 9/27/21 6:12:11 | 9/27/21 6:16:28 | anonymous | | Jones between Golden Gate and Ellis | 9/24/2021 | Both | Resolution | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD;H SH; | 10 | 0 | 6 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | No | No | Yes | Yes | Continue re encampment prevention |
| 351 | 9/28/21 17:47:07 | 9/28/21 17:50:21 | anonymous | | Otis x Gough | 9/27/2021 | Afternoon | Resolution | NS | DPW;SFHOT;SFPD ;MTA; | 4 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 9 | 0 | No | No | Yes | No | |
| 350 | 9/28/21 17:43:02 | 9/28/21 17:47:04 | anonymous | | 12th x Market | 9/27/2021 | Morning | Resolution | NS | DPW;SFHOT;SFPD ;MTA;SFFD; | 6 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | No | No | Yes | No | |
| 352 | 9/28/21 18:54:49 | 9/28/21 18:51:05 | anonymous | | 6th x Stevenson | 9/28/2021 | Morning | Resolution | PR | DPW;SFHOT;SFPD ;MTA;DPH;SFFD; | 12 | 3 | 4 | 2 | 7 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 10 | 1 | No | No | Yes | Yes | Regular re encampment prevention |
| 354 | 9/29/21 15:36:33 | 9/29/21 15:39:05 | anonymous | | 16th x Vermont | 9/29/2021 | Afternoon | Outreach & Cleaning | NS | DPW;SFHOT;SFPD ;MTA;SFFD; | 4 | 0 | 0 | 1 | 2 | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | No | No | Yes | No | |
| 353 | 9/29/21 15:32:34 | 9/29/21 15:36:30 | anonymous | | 15th x San Bruno | 9/29/2021 | Morning | Resolution | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD;O ther; | 9 | 3 | 3 | 2 | 5 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 7 | 3 | No | No | Yes | Yes | Re-encampment prev ... n ops ... |
| 358 | 10/1/21 6:52:36 | 10/3/21 7:07:44 | anonymous | | 22nd x Valencia | 9/30/2021 | Outreach & Cleaning | NS | | DPW;SFHOT;SFPD ;MTA;SFFD;FEST;A dvocates;Other; | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | No | No | Yes | No | Social Security Bldg hosting garbage and other asst. Rodents and insects now a problem. Multiple people showed up and began filming and asking questions. This client was going through dozens of letters and mail not addressed to him. He may be stealing mail ... Also, Federal Protection Police officer on scene for Social Security office employees complaining about client blocking ... |
| 357 | 10/3/21 6:49:26 | 10/3/21 6:52:24 | anonymous | | Alameda/Treat/Division | 9/30/2021 | Morning | Resolution | NS | DPW;SFHOT;SFPD ;MTA;SFFD;HSH; | 7 | 1 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 3 | No | No | Yes | Yes | Regular re encampment ops |
| 356 | 10/3/21 6:46:21 | 10/3/21 6:49:24 | anonymous | | Ellis x Jone | 10/1/2021 | Afternoon | Resolution | NS | DPW;SFHOT;SFPD ;MTA;SFFD;HSH; | 6 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 5 | 0 | No | No | Yes | Yes | Schedule repeat resolution op |
| 355 | 10/3/21 6:42:53 | 10/3/21 6:46:19 | anonymous | | Turk x Hyde | 10/1/2021 | Morning | Resolution | NS | DPW;SFHOT;SFPD ;MTA;SFFD;HSH; | 10 | 0 | 2 | 0 | 7 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 3 | 0 | 0 | 1 | 2 | 2 | No | No | Yes | Yes | Regular re encampment prevention ops |
| 360 | 10/5/21 8:30:36 | 10/5/21 8:35:44 | anonymous | | 12th x Market | 10/4/2021 | Outreach & Cleaning | NS | | DPW;SFHOT;SFPD ;MTA;SFFD; | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | No | No | Yes | No | |
| 359 | 10/5/21 8:26:09 | 10/5/21 8:30:26 | anonymous | | Willow x Franklin to Larkin | 10/4/2021 | Morning | Resolution | NS | DPW;SFHOT;SFPD ;MTA;DPH;SFFD; | 40 | 2 | 1 | 0 | 10 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 0 | 0 | 0 | 3 | 0 | 0 | 1 | 2 | 8 | 25 | No | No | Yes | Yes | Will continue this location tomorrow |