LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF JOSEPH H. LEE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION ORDER, AND IN THE ALTERNATIVE FOR EXPEDITED BRIEFING** <br><br> **Judge:**   The Hon. Donna M. Ryu |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF JOSEPH H. LEE ISO PLFS.' OPP. TO
DEFS.' ADMIN. MOT. FOR CLARIFICATION
CASE NO. 4:22-CV-05502-DMR

**DECLARATION OF JOSEPH H. LEE**

I, Joseph H. Lee, hereby declare as follows:

1. I am an attorney at the law firm of Latham & Watkins LLP, and admitted to practice law in the State of California. I am an attorney of record for the Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn in the above-captioned action. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Administrative Motion for Clarification of Preliminary Injunction Order, and in the Alternative for Expedited Briefing. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently to them.

2. On December 29, 2022, the parties met and conferred regarding Defendants' interpretation of and compliance with the Court's Preliminary Injunction Order and administrative motion for clarification.

3. At the December 29, 2022 meet and confer session, Defendants agreed that the injunction could be reasonably read as prohibiting enforcing or threatening to enforce the enumerated laws to prohibit involuntarily homeless individuals from sitting, lying, or sleeping on public property until the number of unhoused individuals living in San Francisco no longer exceeded the number of shelter beds. The Defendants further represented that they intended to comply with this interpretation of the Court's Order unless the Court provides otherwise.

4. At the December 29, 2022 meet and confer session, Defendants also indicated that even if their concerns regarding the potential conflict between the *Hastings* injunction and the Court's Order could be resolved in a narrowly tailored way, they would still seek the broader relief sought by the instant Administrative Motion for Clarification.

5. Attached hereto as **Exhibit 1** is a true and accurate copy of correspondence between the parties on December 29th and 30th, 2022, which includes memorialization of our meet and confer session, including discussion regarding Defendants' interpretation of and compliance with the Preliminary Injunction and the instant Administrative Motion for Clarification, and Defendants' response. Defendants did not dispute that memorialization in its response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2023, in Irvine, California.

                                  */s/ Joseph H. Lee*
                                  Joseph H. Lee

*Attorney for Plaintiffs
Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

## **ATTESTATION**

I, Alfred C. Pfeiffer, Jr., am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: January 9, 2023            */s/ Alfred C. Pfeiffer, Jr.*
                                                Alfred C. Pfeiffer, Jr.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF JOSEPH H. LEE ISO PLFS.' OPP. TO
DEFS.' ADMIN. MOT. FOR CLARIFICATION
CASE NO. 4:22-CV-05502-DMR