1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
2  505 Montgomery Street, Ste. 2000
   San Francisco, CA 94111
3  Telephone: (415) 391-0600
   al.pfeiffer@lw.com
4
   LAWYERS' COMMITTEE FOR CIVIL
5  RIGHTS OF THE SAN FRANCISCO BAY AREA
   Zal K. Shroff, MJP 804620, *pro hac vice*
6  131 Steuart Street, Ste. 400
   San Francisco, CA 94105
7  Telephone: (415) 543-9444
   zshroff@lccrsf.org
8
   ACLU FOUNDATION OF NORTHERN
9  CALIFORNIA
   John Thomas H. Do, SBN 285075
10 39 Drumm Street
   San Francisco, CA 94111
11 Telephone: (415) 293-6333
   jdo@aclunc.org
12
   *Attorneys for Plaintiffs Coalition on Homelessness,*
13 *Toro Castaño, Sarah Cronk, Joshua Donohoe,*
   *Molique Frank, David Martinez, Teresa Sandoval,*
14 *Nathaniel Vaughn*

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                             **OAKLAND DIVISION**

19

20 COALITION ON HOMELESSNESS, et al.,    | CASE NO. 4:22-cv-05502-DMR

21           Plaintiffs,                  | **[PROPOSED] ORDER DENYING
                                          | DEFENDANTS' ADMINISTRATIVE
22     v.                                 | MOTION FOR CLARIFICATION OF
                                          | PRELIMINARY INJUNCTION ORDER,
23 CITY AND COUNTY OF SAN FRANCISCO,      | AND IN THE ALTERNATIVE FOR
   et al.,                                | EXPEDITED BRIEFING
24           Defendants.                  | **Judge:**     The Hon. Donna M. Ryu

25

26

27

28

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' Administrative Motion for Clarification of Preliminary Injunction Order, and in the Alternative for Expedited Briefing. Having carefully considered the motion and the papers submitted, and for good cause shown, Defendants' Administrative Motion for Clarification of Preliminary Injunction Order, and in the Alternative for Expedited Briefing is hereby DENIED.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER DENYING
ADMIN. MOT. FOR CLARIFICATION
CASE NO. 4:22-CV-05502-DMR