DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF DARRYL DILWORTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**<br><br>Trial Date:             None set.<br><br>Attachments: Exhibit A - D |

I, Darryl Dilworth, hereby declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto. I submitted a previous declaration in this case on November 15, 2022.

2. I am currently an operations Supervisor II of the San Francisco Department of Public Works ("SFDPW" or "Public Works"). I am currently the supervisor of the "Hot Spots" Team. I have held this position since May 28, 2022. I also previously held the same position from 2018 to 2019.

3. I was present at HSOC operations on December 27, 2022, at 17th Street near Hampshire Street and Mariposa Street; and on January 3, 2023, at the Embarcadero near Washington Street and Don Chee Way. I was not present at the December 27, 2022 resolution at Taylor Street and Eddy Street, or the January 4, 2023 resolution near Eerie Street.

**December 27, 2022 – 17th Street Near Hampshire Street And Mariposa Street**

4. Attached hereto as **Exhibit A** are true and correct copies of photographs of the HSOC operation at 17th Street near Hampshire Street and Mariposa Street that I took on December 27, 2022.

5. I collected and bagged and tagged unattended items at the operation. Attached hereto as **Exhibit B** is a true and correct copy of the related "bag-and-tag" form. A photograph of the notice of removal of property left at the location is included in Exhibit A. An abandoned tent that was torn and soiled with urine, feces, and water saturated was discarded. Attached hereto as **Exhibit C** is a true and correct copy of a service request, which I created, related to the unattended and abandoned property.

**January 3, 2023 – Embarcadero Near Washington Street and Don Chee Way**

6. Attached hereto as **Exhibit D** are true and correct copies of photographs related to the HSOC operation at the Embarcadero near Washington Street and Don Chee Way that I took on the January 3, 2023.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed January 10, 2023 in San Francisco, California.

                                  s/ Darryl Dilworth
                                  DARRYL DILWORTH