**EXHIBIT A**

**TO**

**DECLARATION OF DARRYL DILWORTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**















## SAN FRANCISCO PUBLIC WORKS
## NOTICE OF REMOVAL OF PROPERTY

Be advised that unattended personal property has been removed from this area because it was stored on City or State property in violation of California Penal Code Sections 372 and/or 647(e), and/or San Francisco Police Code Section 22.

Date and approximate time of removal: _12/27/22_

Location of removal: _Mid Block Hampshire @ 17th & 18th (Westside)_

General description of items removed:
_1 - BLUE & GREEN Plad Suit Case_
_1 - Red White & Blue large bag_

You may retrieve your belongings at the **Public Works Operations Yard** located at **2323 Cesar Chavez Street** (use the Kansas Street entrance, at Marin Street), **415-695-2134**. For the first 72 hours after items are collected, they can be claimed 24 hours a day. Afterwards, owners may retrieve their items Monday through Friday, 9 a.m. to 3 p.m. There is no fee for storage or retrieval. Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property in order to retrieve it. Property not claimed **within 90 days** of the date of removal will be deemed abandoned and will be destroyed.