**EXHIBIT B**

**TO**

**DECLARATION OF DARRYL DILWORTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**

# HOMELESS PROPERTY INFORMATION
*(PLEASE PRINT CLEARLY)*

UNATTENDED ITEMS

**Pick Up Date:** 12/27/22

**Pick Up Time:** 10:45 AM

**Intake Date:**

**# of Carts or Bags:** 1 - BLK BAG, 1 - Teal, White, a Blue bag, & 1 - Blue/Green plaid Suitcase

*(Detailed description please)*

**Pick Up Location:** Hampshire

**Street Address:** @ 17th & 18th

**Cross Street:**

*(Include # of building, if it applies)*

*Circle what corner, if it applies:*

N/W        S/W        N/E        S/E

**SFPD Star #:** N/A

**Picked up by:** *(SFPW Personnel name)* D. Dilworth

**Public Works Employee Radio #:** 007

**Tag #:** 124       **Tag Color:** BLUE

**Service Request #:** 2730220

**Retrieval Date:**        **Disposal Date:**

Distribution:
**White Page** to Log Book        **Yellow Page** to Radio Room        **Pink page** to remain with items brought in