**EXHIBIT C**

**TO**

**DECLARATION OF DARRYL DILWORTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**

| **Service Request** | **DPW** | Request ID No: **2730220** |
|---|---|---|
| Status: **Done** | Bureau of Street Environmental Services | **12/27/2022 1:13:44 PM** |
| | Email: 28clean@sfgov.org | **Tuesday** |
| | Telephone: 28Clean (282-5326) | |
| | Fax: 415-695-2019 | |

Department of Public Works Neighborhood Service Center received the following information.
Please fill in the appropriate assignment and action that was taken to complete this request and forward it back to DPW's Customer Service Center by Email, fax or contacting our Customer Service personnel at 28Clean, using the above numbers, within one(1) week.

Source: **SES Internal**    Entered By: **Eric Butler**    Priority: **Normal**

Location: **Hampshire St at 17th St / 18th St**

Caller: **Darryl Dilworth**

Callback Needs:    Second Calls: **12/27/2022 1:17:02 PM**

Zone or Shift: **D**    **Mickels, Alison**    Zone: **D**

Category: **Bag & Tag**

Request: **Unattended items collected on site:**

**1 Black Bag with Electronics
1 Red/White/Blue bag
1 Blue/Green Plaid suitcase**

**Secure by Darryl Dilworth: Discarded Items: 1-Blk & Blue torn soiled tent with extensive water damage & feces**

———————————————— Assignment Information ————————————————

Work Assignd To/Inspctd by:    **Dilworth, Darryl**

Truck No:    Assigned date: **December 27, 2022**    at this time:    **1:16 PM**

Callback Assigned To:

Called Customer Back: ☐    Date Called Back:

**TAG # 124 BLUE**

Transfer to:

Instructions:

———————————————— **Action Taken** ————————————————

Work Status: **Done**    Resolution: **Transferred**

Completed By: **Eric Butler**

Completed on this date: **December 27, 2022**    at this time:    **1:17 PM**

Entered by: **Eric Butler**    Date: **12/27/2022**    Time:    **1:17 PM**