**EXHIBIT D**

**TO**

**DECLARATION OF DARRYL DILWORTH IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS
CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED
FOR MONITORING**













