DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF SAMUEL DODGE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**<br><br>Trial Date:         None set.<br><br>Attachments: Exhibits A - B |

I, Sam Dodge, hereby declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto. I submitted a previous declaration in this case on November 15, 2022.

2. Shortly after I submitted my previous declaration in this case, I was named Director of the Department of Emergency Management's Division of Street Response Coordination. San Francisco's Healthy Streets Operations Center ("HSOC") director reports to me. My duties also include leading interagency teams of participating departments to address and resolve complex and unhealthy conditions by focusing on residential placements for people in crisis.

3. I was present at HSOC resolutions on December 27, 2022, at 17th Street near Hampshire Street and Mariposa Street; on January 3, 2023, at the Embarcadero near Washington Street and Don Chee Way; and on January 4, 2023, at Erie Street. For each of these three resolutions, I was present for 1-2 hours, but I was not present for the entire time of the resolution.

**December 27, 2022 – 17th Street and Hampshire Street**

4. While I was observing SFHOT outreach engagements with clients at this resolution, police officers never approached clients. Officers kept their distance at all times and never participated in the outreach engagements.

5. Attached hereto as **Exhibit A** is a photograph of an unattended tent we encountered at the 17th Street resolution. It had uncapped syringes and was waterlogged inside, having a soaked rug and some discarded food on the floor. Attached hereto as **Exhibit B** is a photograph of the interior of that tent. The tent was vacant the entire morning and at the end of our morning efforts, I went in and collected a suitcase, a computer, a bag of clothing, some toiletries, some electronics, and a battery for storage with Public Works. The couple from up the block who we placed in shelter that day knew the person who had been occupying the tent. They confirmed that they had received notice the previous Saturday of the upcoming resolution.

**January 3, 2023 -- Embarcadero**

6. While I was observing SFHOT outreach engagements with clients at this resolution, police officers never approached clients. Officers kept their distance at all times and never participated in the outreach engagements.

**January 4, 2023 – Erie Street**

7. While I was observing SFHOT outreach engagements with clients at this resolution, police officers never approached clients. Officers kept their distance at all times and never participated in the outreach engagements.

8. I was with Captain Hardiman when he engaged a Spanish speaking client at the Erie Street resolution. We were initially unable to get a response from the occupant of the tent and after several attempts we unzipped the tent to determine if there was an individual inside and if that individual was safe and healthy. The individual in the tent had been asleep and only spoke Spanish. Captain Hardiman never told the client that he did not "speak Mexican." Rather, Captain Hardiman immediately summoned the assistance of HOT team member Jorge Morales who is a fluent Spanish speaker.

9. I speak Spanish and conversed with the client. I confirmed with the client he preferred to converse in Spanish. I let him know that SFHOT outreach worker Jorge Morales, who is a fluent Spanish speaker, was engaged with another client down the block, and would be with him in 10 minutes.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed January 10, 2023 in San Francisco, California.

          s/Samuel Dodge
          SAMUEL DODGE