**EXHIBIT A**

**TO**

**DECLARATION OF SAMUEL DODGE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**


<mark>Case 4:22-cv-05502-DMR   Document 82-7   Filed 01/10/23   Page 2 of 2</mark>