an DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4675 (Snodgrass)
               (415) 554-4628 (Emery)
               (415) 554-3857 (Wang)
               (415) 554-3975 (Stevens)
Facsimile:     (415) 554-4699
E-mail:        wayne.snodgrass@sfcityatty.org
               jim.emery@sfcityatty.org
               edmund.wang@sfcityatty.org
               ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>     Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>     Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF JAMES M. EMERY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**<br><br>Trial Date:          None set.<br><br>Attachments:  Exhibits A and B |

1    I, James M. Emery, hereby declare:

2    1.    I am a member of the bar of the state of California and counsel of record for defendants

3 in this action (collectively, "the City").  I submit this declaration in support of San Francisco's

4 Opposition to Plaintiffs' Administrative Motion for Status Conference on Preliminary Injunction

5 Noncompliance and Need for Monitoring.  If called as a witness, I could and would testify

6 competently to the matters set forth herein.

7    2.    Attached hereto as **Exhibit A** is a true and correct copy of an email string between

8 plaintiffs' counsel and me, commenced on December 27, 2022 and continuing through December 28,

9 2023, reflecting our meet-and-confer efforts over Plaintiffs' assertions of noncompliance with the

10 Court's December 23, 2023 Order at the December 27, 2023 HSOC resolution.

11    3.    Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' First Request for

12 Production of Documents, which Plaintiffs served on December 21, 2022.

13    I declare under penalty of perjury under the laws of the State of California that the foregoing is

14 true and correct.  Executed January 10, 2023 in San Francisco, California.

15

16                          s/James M. Emery
                          JAMES M. EMERY

17

18

19

20

21

22

23

24

25

26

27

28