**EXHIBIT B**

**TO**

**DECLARATION OF JAMES M. EMERY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING, SAN FRANCISCO FIRE DEPARTMENT, AND SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT**<br><br>Hon. Judge Donna M. Ryu |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION
CASE NO. 4:22-CV-05502-DMR

**PLEASE TAKE NOTICE THAT,** pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure (the "Federal Rules") and the Local Rules of the United States District Court for the Northern District of California (the "Local Rules"), Plaintiffs Coalition on Homelessness ("Coalition"), Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn (collectively, "Plaintiffs"), by and through undersigned counsel, request that Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management, respond to the following Requests for Production ("Request" or the "Requests"). Documents, electronically stored information, and tangible things specified herein shall be produced to the offices of Latham & Watkins LLP c/o Alfred C. Pfeiffer, Jr., at 505 Montgomery Street, Suite 2000, San Francisco, California 94025, or otherwise agreed upon by the parties in writing, and within thirty (30) days from the date of service of these Requests, or such time as the parties may agree. Such productions shall be made in accordance with the "DEFINITIONS" and "INSTRUCTIONS" set forth below.

## DEFINITIONS

The following definitions (applicable whether the terms in question are capitalized or not) apply to this document as a whole and as to each of the following requests for production and shall be deemed incorporated therein:

1.  "Communication" means any instance in which any Person has had contact with any other Person including by any oral or written utterance, question, comment, inquiry, notation, or statement of any nature whatsoever, by and to whomever made, including, but not limited to, any conversation, correspondence, agreement, note, e-mail, voicemail, messages, or other transfer of information, whether written, oral, electronic, or by any other means, and including any Document or other medium which abstracts, digests, records, incorporates, summarizes, describes, or transcribes any such Communication, or any subsequent review or discussion of such Communication, whether occurring at meetings or otherwise.

2.  "Document" has the meaning prescribed in the Federal Rules of Civil Procedure,

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION
CASE NO. 4:22-CV-05502-DMR

including Rules 26 and 34. The term "Document" shall be interpreted in the broadest sense possible and includes Documents in any form, including by way of example and without limitation, originals and copies of letters, memoranda, notes, records, minutes, reports, notebooks, messages, emails, telegrams, ledgers, legal instruments, legal opinions to the extent that they are not protected by the attorney client privilege or attorney work product doctrines, agreements, manuals, procedures, graphs, rough drafts, secretarial notes, work pads, films or videos, photographs, computer disks and other electronic media, books, publications, advertisements, literature, brochures, announcements, press releases, and includes without limitation all tangible things which come within the meaning of the terms "writings and records" used in Federal Rule of Evidence 1001 and all electronically stored information, and includes data and data files, and underlying data or data files, whether in row or processed form. A draft or non-identical copy is a separate document within the meaning of this term. The term "Document" also includes the term "Thing" construed under the broadest possible construction under the Federal Rules of Civil Procedure.

3. "Homeless Person," refers to persons who are both "unhoused," without a fixed residence, and "unsheltered," both unhoused and without physical shelter.

4. "Homeless Encampment" refers to one or more Homeless Persons and/or their property present on public property.

5. "Move-Along" refers to any action taken by any Defendant to require a Homeless Person and their property to move off of public property to another location under threat of the issuance of a citation or arrest.

6. "Person" includes both natural persons and entities, without limitation, including all predecessors in interest, groups, associations, partnerships, corporations, agencies, or any other legal, business, or governmental entity. The acts "of" a Person are defined to include the acts of directors, officers, members, employees, agents, or attorneys acting on the Person's behalf.

7. "Thing" has the meaning prescribed in the Federal Rules of Civil procedure, including Rules 26 and 34. The term "Thing" specifically includes, by way of example but not limitation, any disc, tape, or other electronic media storage device.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION
CASE NO. 4:22-CV-05502-DMR

8. To "Identify" or provide the "Identity" or "Identification" of a Person who is a natural Person means to state for that Person: the Person's full name, present or last known address(es), present or last known telephone number(s), present or last known employer and that employer's address, present or last known job title, and whether the Person is represented by counsel in connection with this litigation. To "Identify" or provide the "Identity" or "Identification" of a Person that is an entity means to state for that entity: the entity's full name, present or last known address for its principal place of business, present or last known telephone number, type (e.g. corporation, partnership, trust), date and place of formation, registered agent, all known names under which the entity has operated in the past, and all known addresses at which the entity has conducted business in the past.

9. "Sweep Operation" means any action taken by any Defendant to move Homeless Persons and their property off of public property to another location. The definition shall be interpreted in the broadest way possible, and include, but not be limited to, removals of unhoused individuals or their property for the reason that they are sleeping or lodging on public property, to make room for street cleaning, or in response to any police dispatches or patrols regarding unhoused individuals or where unhoused individuals are approached by law enforcement.

10. "HSOC Encampment Resolution" means any Sweep Operation conducted by the Healthy Street Operations Center ("HSOC") to resolve, clear, or remove a Homeless Encampment.

11. "You" or "Your" means the City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of Emergency Management, London Breed, in her official capacity as Mayor; and Sam Dodge, in his official capacity as Director of the Healthy Streets Operation Center, both separately and together, and without limitation, their agents, employees, representatives, consultants, attorneys, or any other Person acting or purporting to act on their behalf.

**INSTRUCTIONS**

1. Each Request shall be answered pursuant to Federal Rules of Civil Procedure 26 and 32, and supplemented as required by Federal Rule of Civil Procedure 26(e). Rule 26(e)

requires Defendants to correct or supplement Defendants' response when necessary to reflect events occurring and information becoming available subsequent to the serving of Your initial response.

2.   All DOCUMENTS and COMMUNICATIONS produced in response to these Requests shall be identified with the specific request number to which the DOCUMENTS and COMMUNICATIONS correspond.

3.   These requests shall apply to all DOCUMENTS and COMMUNICATIONS in Your possession, custody, or control, wherever located at the present time, or coming into Defendants' possession, custody, or control prior to the date of the production. If Defendants know of the existence, past or present, of any DOCUMENTS or COMMUNICATIONS requested below, but are unable to produce such DOCUMENTS or COMMUNICATIONS because they are not presently in Defendants' possession, custody, or control, Defendants shall so state and shall Identify such DOCUMENTS or COMMUNICATIONS, and the Person who has possession, custody, or control of the DOCUMENTS or COMMUNICATIONS.

4.   If no DOCUMENTS or COMMUNICATIONS are response to a particular request, Defendants are to state in the response that no responsive DOCUMENTS or COMMUNICATIONS exist.

5.   For purposes of these Requests, so as to provide the broadest possible construction of the Requests: the singular shall be read to include the plural and vice versa, the present tense shall be read to include the past tense and vice versa, the term "any" shall be ready to include the term "all" and vice versa, and the term "and" shall be ready to include the term "or" and vice versa.

6.   If any part of a DOCUMENT or COMMUNICATION is responsive to any Request herein, produce the entire DOCUMENT OR COMMUNICATION.

7.   Where a privilege objection is asserted to any Request or part thereof and information is not provided on the basis of such assertion, the following information should be provided in a privilege log served with the objection, if known or reasonably available: (a) the type of Document for which the privilege is claimed; (b) the date of the Document; (c) the author(s), address(es), custodian(s), and any other recipient of the Document, and where not apparent, the

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION
CASE NO. 4:22-CV-05502-DMR

1  relationships of the author(s), address(es), custodian(s), and any other recipient to each other; (d) the subject matter of the information requested or the Document withheld; and (e) the nature of the privilege asserted and the basis upon which it is claimed.

8. The Time Period for Documents responsive to each Request shall be January 1, 2018 to the Present.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

Any and all DOCUMENTS and COMMUNICATIONS relied upon or considered by Defendants in preparing, drafting, or reviewing any declaration relied on by Defendants, including without limitation the Declaration of Sam Christ (Dkt. No. 45-1), Declaration of Emily Cohen (Dkt. No. 45-2), Declaration of Darryl Dilworth (Dkt. No. 45-3), Declaration of Sam Dodge (Dkt. No. 45-4), Declaration of Charles Hardiman (Dkt. No. 45-7), Declaration of Allison Horky (Dkt. No. 45-8), and Declaration of Mark Mazza (Dkt No. 45-9).

**REQUEST FOR PRODUCTION NO. 2:**

Any and all DOCUMENTS and COMMUNICATIONS identified in any response to a discovery request or other document filed or served by YOU.

**REQUEST FOR PRODUCTION NO. 3:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to YOUR identification and documentation of HOMELESS PERSONS or HOMELESS ENCAMPMENTS in the City and County of San Francisco.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to YOUR coordination, planning, preparation, conduct at, and execution of YOUR response to a HOMELESS ENCAMPMENT, including but not limited to your participation and involvement in SWEEP OPERATIONS and HSOC ENCAMPMENT RESOLUTIONS.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to any encounters, interactions, or incidents involving YOUR employees and one or more HOMELESS PERSONS or a HOMELESS ENCAMPMENT, including but not limited to when YOUR EMPLOYEES have been dispatched to address HOMELESS PERSONS or a HOMELESS ENCAMPMENT or have participated in or attended a SWEEP OPERATION or HSOC ENCAMPMENT RESOLUTION.

**REQUEST FOR PRODUCTION NO. 6:**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION
CASE NO. 4:22-CV-05502-DMR

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to the Healthy Street Operations Center ("HSOC"), its operations, and YOUR participation in, involvement, and coordination with the HSOC and it operations, including but not limited to schedules, reports, plans, and summaries of HSOC ENCAMPMENT RESOLUTIONS.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to SWEEP OPERATIONS or HSOC ENCAMPMENT RESOLUTIONS that YOUR employees are dispatched to, participate in, are involved in, or attend.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to any notice or offer of shelter provided by YOU to a HOMELESS PERSON or a HOMELESS ENCAMPMENT prior to YOUR participation, involvement, or attendance at a SWEEP OPERATION or HSOC ENCAMPMENT RESOLUTION.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to YOUR formal or informal policies, practices, and procedures for responding to or addressing HOMELESS ENCAMPMENTS in the City and County of San Francisco and any and all DOCUMENTS AND COMMUNICATIONS regarding or relating to encounters, interactions, dispatches, or incidents between YOUR employees and HOMELESS PERSONS or HOMELESS PERSONS at a HOMELESS ENCAMPMENT, including but not limited to your formal or informal policies, practices, and procedures for (a) making offers of service or shelter to individuals present at HOMELESS ENCAMPMENTS, (b) cleaning and resolving HOMELESS ENCAMPMENTS and collecting, processing, removing, storing, and/or disposing of a HOMELESS PERSON'S property and belongings (informally known as "bag and tag"), and (c) enforcing state and municipal laws governing lodging and encampments on streets or sidewalks.

**REQUEST FOR PRODUCTION NO. 10:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to any complaint, inquiry, correspondence, action, request for information, investigation, claim,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION
CASE NO. 4:22-CV-05502-DMR

litigation, or proceeding regarding the (a) collection, confiscation, or destruction of a HOMELESS PERSON'S property, belongings, or items and/or (b) removal, displacement, or SWEEP OPERATION involving a HOMELESS PERSON.

**REQUEST FOR PRODUCTION NO. 11:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to the 2019 and 2022 Point-In-Time Counts.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all DOCUMENTS and COMMUNICATIONS regarding complaints, incidents, or correspondence, including but not limited to 311 calls, regarding HOMELESS PERSONS or HOMELESS ENCAMPMENTS, and any and all DOCUMENTS and COMMUNICATIONS regarding Your response, or lack thereof.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to the number of shelter beds available in the County and City of San Francisco, including but not limited to information regarding daily shelter bed availability, the type of shelter available, and criterias for shelter.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to services or shelter beds offered, accepted, declined, requested, or provided, or the lack or unavailability of such services, as part of YOUR response to a HOMELESS ENCAMPMENT, including but not limited to SWEEP OPERATIONS and HSOC ENCAMPMENT RESOLUTIONS.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to Coordinated Entry forms completed by HOMELESS PERSONS during YOUR response to a HOMELESS ENCAMPMENT, including but not limited to SWEEP OPERATIONS and HSOC ENCAMPMENT RESOLUTIONS.

**REQUEST FOR PRODUCTION NO. 16:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to any

encounter, interaction, dispatch, or incident involving San Francisco Police Department officers and a HOMELESS PERSON or a person at a HOMELESS ENCAMPMENT, including but not limited to when officers are dispatched to, participate in, or attend a SWEEP OPERATION or a HSOC ENCAMPMENT RESOLUTION—or otherwise interact with a HOMELESS PERSON while on patrol. DOCUMENTS responsive to this Request should include but are not limited to SFPD citation and arrest records, incident reports, complaints, incident tickets, and dispatch logs. For clarity, dispatch logs that are responsive to this Request should at a minimum include, but are not limited to, 915 (homeless complaints), 917 (suspicious person), 919 (person sitting/lying on a sidewalk), 920 (aggressive solicitor), and 800cr (mentally disturbed person) dispatches.

**REQUEST FOR PRODUCTION NO. 17:**

Any and all DOCUMENTS and COMMUNICATIONS referring to or relating to YOUR enforcement operations, including but not limited to the issuance of a citation or arrest involving a HOMELESS PERSON or a person at a HOMELESS ENCAMPMENT pursuant to any legal provisions, including but not limited to California Penal Code § 647(e), California Penal Code § 148(a), California Penal Code § 370, California Penal Code § 372, S.F. Police Code § 97(b), S.F. Police Code §§ 168-169, S.F. Park Code §§ 3.12-3.13, and S.F. Port Code §§ 2.9-2.10. DOCUMENTS responsive to this Request should include, but are not limited to YOUR policies, practices, and procedures, training materials, incident reports, and arrest and citation and dispatch databases.

**REQUEST FOR PRODUCTION NO. 18:**

Any and all DOCUMENTS and COMMUNICATIONS referring to or relating to San Francisco Police Department's use, practice, or issuance of MOVE-ALONG orders to a HOMELESS PERSON or person at a HOMELESS ENCAMPMENT, including but not limited to dispatch logs, incident reports, and arrest and citation records.

**REQUEST FOR PRODUCTION NO. 19:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to San Francisco Department Bulletin A19-080, "Legal Enforcement Options for Addressing Lodging and Illegal Encampments," including but not limited to alleged, reported, suspected, or confirmed

violations of or noncompliance with Bulletin A19-080 by San Francisco Police Department officers and the San Francisco Police Department's actions or response to such violations or noncompliance.

**REQUEST FOR PRODUCTION NO. 20:**

All videos, visual or audio recordings, body camera footage, or photographs, and all DOCUMENTS and COMMUNICATIONS referring or relating to such videos, visual or audio recordings, body camera footage, or photographs, relating to an encounter, interaction, incident, or dispatch involving a San Francisco Police Department officer involving a HOMELESS PERSON or a person at a HOMELESS ENCAMPMENT, including but not limited to (a) when officers are dispatched to, participate in, or attend a SWEEP OPERATION or HSOC ENCAMPMENT RESOLUTION or (b) when officers conduct enforcement operations, including issuing citations or arrests, pursuant to any legal provisions, including but not limited to California Penal Code § 647(e), California Penal Code § 148(a), California Penal Code § 370, California Penal Code § 372, S.F. Police Code § 97(b), S.F. Police Code §§ 168-169, S.F. Park Code §§ 3.12-3.13, and S. F. Port Code §§ 2.9-2.10.

**REQUEST FOR PRODUCTION NO. 21:**

Any and all DOCUMENTS and COMMUNICATIONS regarding or relating to the removal, retrieval, storage, destruction, disposal, or damage of an UNHOUSED PERSON's belongings or property by YOUR employees, including but not limited to DPW bag and tag logs, summary logs, and other such records.

**REQUEST FOR PRODUCTION NO. 22:**

Any and all DOCUMENTS and COMMUNICATIONS referring or relating to alleged, reported, suspected, or confirmed violations of or noncompliance with YOUR "Bag and Tag" Policy (16.05.08) by YOUR employees and the YOUR actions or response to such violations or noncompliance.

**REQUEST FOR PRODUCTION NO. 23:**

All DOCUMENTS and COMMUNICATIONS documenting any accommodations offered to or made for HOMELESS PERSONS or HOMELESS PERSONS at a HOMELESS

1  ENCAMPMENT who have a disability, including regarding appropriate offers of shelter or

2  additional time to move or collect property.

3  **REQUEST FOR PRODUCTION NO. 24:**

4     All COMMUNICATIONS sent or received by YOU discussing, regarding or related to

5  HOMELESS PERSONS, HOMELESS ENCAMPMENTS, SWEEP OPERATIONS, or HSOC.

7  Dated: December 21, 2022          By: */s/ Alfred C. Pfeiffer*

8                                    LATHAM & WATKINS LLP
                                     Alfred C. Pfeiffer, Jr., SBN 120965
9                                    Wesley Tiu, SBN 336580
                                     Kevin Wu, SBN 337101
10                                   Tulin Gurer, SBN 303077
                                     505 Montgomery Street, Ste. 2000
11                                   San Francisco, CA 94111
                                     Telephone: (415) 391-0600
12                                   al.pfeiffer@lw.com
                                     wesley.tiu@lw.com
13                                   kevin.wu@lw.com
                                     tulin.gurer@lw.com

15                                   LATHAM & WATKINS LLP
                                     Joseph H. Lee, SBN 248046
16                                   650 Town Center Drive, 20th Floor
                                     Costa Mesa, CA 92626
                                     Telephone: (714) 540-1235
17                                   joseph.lee@lw.com

18                                   LATHAM & WATKINS LLP
                                     Rachel Mitchell, SBN 344204
19                                   12670 High Bluff Drive
                                     San Diego, CA 92130
20                                   Telephone: (858) 523-5400
                                     rachel.mitchell@lw.com

22                                   LAWYERS' COMMITTEE FOR CIVIL
                                     RIGHTS OF THE SAN FRANCISCO BAY
                                     AREA
23                                   Zal K. Shroff, MJP 804620*
                                     Elisa Della-Piana, SBN 226462
24                                   131 Steuart Street, Ste. 400
                                     San Francisco, CA 94105
25                                   Telephone: (415) 543-9444
                                     zshroff@lccrsf.org
26                                   edellapiana@lccrsf.org

27                                   *admitted pro hac vice

28                                   ACLU FOUNDATION OF NORTHERN

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12                                   PLAINTIFFS' FIRST SET OF
                                     REQUESTS FOR PRODUCTION
                                     CASE NO. 4:22-CV-05502-DMR

CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
bgreene@aclunc.org

*Attorneys for Plaintiffs*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

PLAINTIFFS' FIRST SET OF
REQUESTS FOR PRODUCTION
CASE NO. 4:22-CV-05502-DMR