DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF JORGE MORALES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**<br><br>Trial Date:        None set. |

DECL. MORALES ISO OPP. MOT. STATUS CONF.   1   n:\govlit\li2022\230239\01648537.docx
CASE NO. 4:22-cv-05502-DMR (LJC)

I, Jorge Morales, hereby declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am a member of San Francisco's Encampment Resolution Team (ERT). I submit this declaration in support of San Francisco's Opposition to Plaintiffs' Administrative Motion for Status Conference on Preliminary Injunction Noncompliance and Need for Monitoring. If called as a witness, I could and would testify competently to the matters set forth herein.

3. I have worked on San Francisco's ERT for 2 years. I have been an SFHOT outreach worker for 3 and a half years.

4. I understand that Plaintiffs have raised issue with the following encampment resolutions: 17th Street at Hampshire/Mariposa; Taylor & Eddy; Embarcadero & Washington/Don Chee Way; Erie Street. I worked at all four of these resolutions. I also performed the pre-encampment outreach during the New Year's weekend for the resolutions that occurred on January 3, 2023 and January 4, 2023.

5. Consistent with HSOC's procedures, on Saturday December 31, 2022, I visited the encampment along the Embarcadero between Washington Street and Don Chee Way. I posted notice of the upcoming resolution, in English and Spanish, on at least 4 palm trees adjacent the encampment. I also visited each tent. If someone was in the tent, I handed the printed notice to them and explained that San Francisco would offer shelter and services at the upcoming resolution. If no one was in the tent, I left a notice on the tent or in the tent.

6. I performed outreach services at the December 27, 2022 resolution at 17th Street near Hampshire Street and Mariposa Street. Everyone who wanted shelter that day was placed in shelter. We placed a pregnant woman at the Oasis shelter, for families. Two clients were placed in Navigation Center beds. The SFPD officers who were at the resolution kept a distance of at least ten feet when I was engaging with clients. The officers never spoke to any of the clients.

7. I performed outreach services at the December 27, 2022 resolution at Taylor Street, near Eddy Street. Everyone who wanted shelter that day was placed in shelter. The SFPD officers who were at the resolution checked in with me and the other ERT members to ask if we needed them

for any reason, and then they returned to their cars.  The SFPD officers who were at the resolution kept their distance when I was engaging with clients.  The officers never spoke to any of the clients.

8. I performed outreach services at the January 3, 2023 resolution at the Embarcadero, between Washington Street and Don Chee Way.  Everyone who wanted shelter that day was placed in shelter.  The SFPD officers who were at the resolution kept their distance when I was engaging with clients.  The officers never spoke to any of the clients.

9. I performed outreach services at the January 4, 2023 resolution on Erie Street.  Everyone who wanted shelter that day was placed in shelter.  The SFPD officers who were at the resolution kept their distance when I was engaging with clients, and generally stayed in their vehicles.  The officers never spoke to any of the clients.

10. At one point during the Erie Street resolution, Captain, Hardiman, the Incident Commander, asked me to join him because he was engaging a client who was Spanish speaking.  I am a native Spanish speaker.  I spoke to the individual, who did not volunteer his name, and he declined services.  But the client in the adjacent spot on Erie Street, named Migelito, requested shelter, and I personally escorted Miguelito to the Division Navigation Center where he received shelter.  I engaged with additional Spanish speaking clients during the January 4, 2023 resolution at Erie Street.  I also escorted Ivan, a Spanish speaking client, from Erie Street to the Division Navigation Center that morning.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed January 10, 2023 in San Francisco, California.

       s/Jorge Morales
       JORGE MORALES