**EXHIBIT B**

**TO**

**DECLARATION OF DAVID NAKANISHI IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS
CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED
FOR MONITORING**

