1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
4  MEREDITH B. OSBORN, State Bar # 250467
   Chief Trial Deputy
5  JAMES M. EMERY, State Bar #153630
   EDMUND T. WANG, State Bar #278755
6  RYAN C. STEVENS, State Bar #306409
   Deputy City Attorneys
7  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
8  San Francisco, California 94102-4682
   Telephone:    (415) 554-4675 (Snodgrass)
9                (415) 554-4628 (Emery)
                 (415) 554-3857 (Wang)
10               (415) 554-3975 (Stevens)
   Facsimile:    (415) 554-4699
11 E-mail:       wayne.snodgrass@sfcityatty.org
                 jim.emery@sfcityatty.org
12               edmund.wang@sfcityatty.org
                 ryan.stevens@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**<br><br>Trial Date: None set.<br><br>Attachments: Exhibits A - F |

DECL. PIASTUNOVICH ISO OPP. MOT. STATUS CONF.          1          n:\govlit\li2022\230239\01648705.docx
CASE NO. 4:22-cv-05502-DMR (LJC)

I, Arielle Piastunovich, hereby declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto. I previously submitted a declaration in this matter on November 15, 2022.

2. I work for the San Francisco Department of Homelessness and Supportive Housing ("HSH"). I currently serve as the Liaison between HSH and San Francisco's Healthy Streets Operations Center ("HSOC") (the "HSH/HSOC Liaison"). I have been the HSH/HSOC Liaison since January 2022. As the HSH/HSOC Liaison, my duties include acting as the liaison between HSH and the entities that make up HSOC and coordinating services and placements offered by HSH for people experiencing homelessness, such as shelter placement opportunities.

3. Attached hereto as **Exhibit A** and **Exhibit B** are true and correct copies of excerpts from the "client log" for 2022 that I and Yaocheng "Eric" Lei, Administrative Analyst, HSH, maintain to track client engagements and facilitate shelter placement during HSOC operations. Attached hereto as **Exhibit C** and **Exhibit D** are true and correct copies of excerpts from the "client log" for 2023. Eric and I are in communication with the HSOC staff conducting outreach during an operation. The information in the "client logs" is updated during and soon after the close of HSOC operations for the day. Each row of the client logs reflects a client engagement by HSOC. Column A, "Encountered Date," shows the date of the operation during which the client was engaged. HSOC generally conducts two operations per day, one in the morning beginning at 7 a.m. and one in the afternoon beginning at 1:00 p.m.; Column B of the client log, "Shift or Referral," shows at which operation on a particular date, the morning or afternoon operation, the client was engaged. Column C, "Location," shows the location of the operation. Column D, "HSOC Staff Initials," shows the initials of the HSOC staff member who engaged with the client. Column E, "Client First Name," shows the first name of the client, where provided by the client or otherwise known. Column F, "Client Last Name," shows the last name of the client, where provided by the client or otherwise known. If the client refuses to engage with HSOC, Column E and Column F would include the notation "Refused."

4. **Exhibit A** is a true and correct copy of an excerpt from the client log for 2022 showing the client engagements at the morning operation on December 27, 2022. When a client refused to

engage with HSOC, that is reflected in Column AB, "Engagement Status," through the notation "Refused to provide info." When a client was already housed, that is reflected in Column AB, "Engagement Status," through the notation, "Already in Shelter." When a client engaged with HSOC, but did not accept an offer of shelter for any reason, for example, because they were not interested in shelter, or they preferred a different shelter than what was offered, or they otherwise declined the shelter offered before they could be transported to the shelter, that is reflected in Column AB, "Engagement Status," through the notation "Engaged not Referred to Shelter." When a client accepted an offer of shelter, that is reflected in Column AB, "Engagement Status," through the notation "Referred to Shelter." When a client accepted an offer of shelter, the shelter they accepted and to which they were referred is set forth in Column X, "Destination or Program." Exhibit A has been redacted to remove confidential, private, and personally identifiable information of clients.

5. **Exhibit B** is a true and correct copy of an excerpt from the client log for 2022 showing the client engagements at the afternoon operation on December 27, 2022. When a client refused to engage with HSOC, that is reflected in Column AB, "Engagement Status," through the notation "Refused to provide info." When a client was already housed, that is reflected in Column AB, "Engagement Status," through the notation, "Already in Shelter." When a client engaged with HSOC, but did not accept an offer of shelter for any reason, for example, because they were not interested in shelter, or they preferred a different shelter than what was offered, or they otherwise declined the shelter offered before they could be transported to the shelter, that is reflected in Column AB, "Engagement Status," through the notation "Engaged not Referred to Shelter." When a client accepted an offer of shelter, that is reflected in Column AB, "Engagement Status," through the notation "Referred to Shelter." When a client accepted an offer of shelter, the shelter they accepted and to which they were referred is set forth in Column X, "Destination or Program." Exhibit B has been redacted to remove confidential, private, and personally identifiable information of clients.

6. **Exhibit C** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at the morning operation on January 3, 2023. When a client was already housed, that is reflected in Column AC, "Engagement Status," through the notation, "Already in Shelter." When a client engaged with HSOC, but did not accept an offer of shelter for any reason, for

example, because they were not interested in shelter, or they preferred a different shelter than what was offered, or they otherwise declined the shelter offered before they could be transported to the shelter, that is reflected in Column AC, "Engagement Status," through the notation "Engaged not Referred." When a client accepted an offer of shelter, that is reflected in Column AC, "Engagement Status," through the notation "Referred to Shelter." When a client accepted an offer of shelter, the shelter they accepted and to which they were referred is set forth in Column Y, "Destination or Program." Exhibit C has been redacted to remove confidential, private, and personally identifiable information of clients.

7. **Exhibit D** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at the morning operation on January 4, 2023. When a client was already housed, that is reflected in Column AC, "Engagement Status," through the notation, "Already in Shelter." When a client engaged with HSOC, but did not accept an offer of shelter for any reason, for example, because they were not interested in shelter, or they preferred a different shelter than what was offered, or they otherwise declined the shelter offered before they could be transported to the shelter, that is reflected in Column AC, "Engagement Status," through the notation "Engaged not Referred." When a client accepted an offer of shelter, that is reflected in Column AC, "Engagement Status," through the notation "Referred to Shelter." When a client accepted an offer of shelter, the shelter they accepted and to which they were referred is set forth in Column Y, "Destination or Program." Exhibit D has been redacted to remove confidential, private, and personally identifiable information of clients.

8. Attached hereto as **Exhibit E** is a chart summarizing some of the information in Exhibits A, B, C, and D. Exhibit E shows the number of clients engaged at each HSOC operation; the number of clients who refused to engage with HSOC at each operation; the number of clients who engaged with HSOC, but did not accept an offer of shelter; the number of clients who were already sheltered; and the number of clients who accepted an offer of shelter. Exhibit E also shows HSOC's shelter allocation for the day of each of the operations at issue in Exhibit A, B, C, and D.

9. In addition to the specific operations reflected in Exhibits A, B, C, and D, I have reviewed the client logs from 2022 and 2023 for all client engagements by HSOC since December 23,

2022, *i.e.*, from December 24, 2022 through January 6, 2023. The client logs show that during that time, HSOC engaged 112 individuals during HSOC operations, as well as 3 additional individuals through community referrals. Of those 115 individuals, HSOC placed 56 individuals in shelter. HSOC also assisted 2 additional individuals with a referral to the Oasis shelter (which is not one of the shelters to which HSOC can directly place clients, and which is not part of HSOC's shelter allocation.) Of the 115 individuals engaged by HSOC, 19 of them refused to engage with HSOC at all and 7 of them were already sheltered. Attached hereto as **Exhibit F** is a chart summarizing some of the information from the client logs for 2022 and 2023 covering HSOC operations from December 24, 2022 through January 6, 2023.

      I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed January 10, 2023 in San Francisco, California.

                */s/ Arielle Piastunovich*
                ARIELLE PIASTUNOVICH