**EXHIBIT A**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | HSOC Staff Initials | Client First Name | Client Last Name (or refused) | Date of Birth | Last 4 SSN | Reason for Refusal | Desired Destination | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | DPH Notes DPH Service Post-HSOC Resolution, 3 month window | DPH Notes | Neighborhood /District |
| 3477 | 12/27/22 | Morning | 17th and Hampshire | NM | Refused | Refused | | | Refusing Service/ Will not Engage | Will not engage/unknown; | | REDACTED | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | | | Mission |
| 3478 | 12/27/22 | Morning | 17th and Hampshire | AB | REDA | RED | REDA | RE | Shelter | | No | | | | | 0 | 0 | 1 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | | | Mission |
| 3479 | 12/27/22 | Morning | 17th and Hampshire | NM | Refused | Refused | | | Refusing Service/ Will not Engage | Will not engage/unknown; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | | | Mission |
| 3480 | 12/27/22 | Morning | 17th and Hampshire | PR | Refused | Refused | | | Refusing Service/ Will not Engage | Will not engage/unknown; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | | | Mission |
| 3481 | 12/27/22 | Morning | 17th and Hampshire | PR | Refused | Refused | | | Refusing Service/ Will not Engage | Will not engage/unknown; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | | | Mission |
| 3482 | 12/27/22 | Morning | 17th and Hampshire | AB | Refusal | Refusal | Refusal | | Refusing Service/ Will not Engage | Client states they are housed/shelte | | | | | | | | | | | | Unknown | Yes | | | | | Already in Shelter | | | | | Mission |
| 3483 | 12/27/22 | Morning | 17th and Hampshire | AB | Refusal | Refusal | Refusal | | Refusing Service/ Will not Engage | Client states they are housed/shelte | | | | | | | | | | | | Unknown | Yes | | | | | Already in Shelter | | | | | Mission |
| 3484 | 12/27/22 | Morning | 17th and Hampshire | NM | RE | RED | REDA | RE | Shelter | | No | | | | | 0 | 0 | 2 | No | | | Yes | No | Central Water Front | HSH Transport Team | Yes | Yes | Referred to Shelter | | | | | Mission |
| 3485 | 12/27/22 | Morning | 17th and Hampshire | PR | REDA | RED | REDA | RE | Shelter | | Yes | RE | | | | 0 | 1 | 2 | No | | Client is interested in shelter | Yes | No | Other Program | HSH Transport Team | Yes | Yes | Engaged not Referred to Shelter | | Couple referred to the oasis | | | Mission |
| 3486 | 12/27/22 | Morning | 17th and Hampshire | PR | RED | RED | REDA | RE | Shelter | | Yes | RE | | | | 0 | 0 | 2 | No | | Client is interested in shelter | Yes | No | Other Program | HSH Transport Team | Yes | Yes | Engaged not Referred to Shelter | | Couple referred to the oasis | | | Mission |