**EXHIBIT B**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | HSOC Staff Initials | Client First Name | Client Last Name (or refused) | Date of Birth | Last 4 SSN | Reason for Refusal | Desired Destination | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | DPH Notes DPH Service Post-HSOC Resolution, 3 month window | DPH Notes | Neighborhood /District |
| 3487 | 12/27/22 | Afternoon | Eddy and Taylor | JM | RED | REDA | REDA | RE | Shelter | | No | | REDACTED | | | 1 | 0 | 2 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | | | Tenderloin |
| 3488 | 12/27/22 | Afternoon | Eddy and Taylor | AB | REDA | REDA | REDA | RE | Shelter | | No | | | | | 1 | 0 | 2 | No | | | Yes | No | R - Bayshore Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | | | Tenderloin |
| 3489 | 12/27/22 | Afternoon | Eddy and Taylor | NM | R | REDA | REDA | RE | Shelter | | No | | | | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged not Referred to Shelter | | | | | Tenderloin |
| 3490 | 12/27/22 | Afternoon | Eddy and Taylor | PR | RED | REDA | REDA | | Shelter | | No | | | | | 0 | 0 | 2 | No | | Client requested a shelter | Yes | No | Central Water Front | HSH Transport Team | Yes | Yes | Referred to Shelter | | | | | Tenderloin |
| 3491 | 12/27/22 | Afternoon | Eddy and Taylor | PR | REDA | REDA | REDA | | Shelter | | No | | | | | 0 | 0 | 2 | No | | Client requested a shelter bed | Yes | No | AB - Sanctuary | HSH Transport Team | Yes | Yes | Referred to Shelter | | | | | Tenderloin |
| 3492 | 12/27/22 | Afternoon | Eddy and Taylor | JM | RED | REDAC | REDA | RE | Shelter | | No | | | | | 0 | 1 | 2 | No | | | Yes | No | | | | | Engaged not Referred to Shelter | | | | | Tenderloin |
| 3493 | 12/27/22 | Afternoon | Eddy and Taylor | AB | RED | RE | REDA | RE | Shelter | | No | | | | | 0 | 0 | 2 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | | | Tenderloin |
| 3494 | 12/27/22 | Afternoon | Eddy and Taylor | NM | RED | RE | REDA | RE | Shelter | | No | | | | | 0 | 0 | 1 | No | | | Yes | No | AB - Sanctuary | HSH Transport Team | Yes | Yes | Referred to Shelter | | | | | Tenderloin |