**EXHIBIT C**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**

| Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last 4 SSN | Desired Destination | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03/23 | Morning | Embarcadero and Washington | AB | REDACTED | REDACTED | | REDACTED | REDACTED | Shelter | | Yes | REDACTED | REDACTED | | | 0 | 0 | 2 | No | | | Yes | No | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Financial District |
| 01/03/23 | Morning | Embarcadero and Washington | NM | REDACTED | REDACTED | | REDACTED | REDACTED | Shelter | | Yes | REDACTED | | | | 0 | 0 | 2 | No | | | Yes | No | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Financial District |
| 01/03/23 | Morning | Embarcadero and Washington | NM | REDACTED | REDACTED | | REDACTED | REDACTED | Shelter | | No | | | | | 0 | 0 | 2 | No | | | Yes | No | | | | | Already in Shelter | | Active at Site H - Embarcadeo | Financial District |
| 01/03/23 | Morning | Embarcadero and Washington | NM | REDACTED | REDACTED | | REDACTED | REDACTED | Shelter | | No | | | | | 0 | 1 | 2 | No | | | Yes | No | V04 - South Van Ness Safe Sleep | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Financial District |
| 01/03/23 | Morning | Embarcadero and Washington | NM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | Shelter | | Yes | REDACTED | | | | 0 | 2 | 2 | No | | | Yes | No | H - Embarcadero Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Financial District |
| 01/03/23 | Morning | Embarcadero and Washington | NM | REDACTED | REDACTED | | REDACTED | REDACTED | Shelter | | Yes | REDACTED | | | | 0 | 0 | 1 | No | | | Yes | No | | | | | Engaged not Referred | | | Financial District |
| 01/03/23 | Morning | Embarcadero and Washington | NM | REDACTED | REDACTED | | REDACTED | REDACTED | Shelter | | No | | | | | 0 | 1 | 2 | No | | | Yes | No | | | | | Engaged not Referred | | | Financial District |
| 01/03/23 | Morning | Green and Embarcadero | A | REDACTED | REDACTED | | REDACTED | REDACTED | Refusing Service | Client states they are already | | | | | | | | | | | | Yes | Yes | | | | | Already in Shelter | | Active at Site H - Embarcadeo | Financial District |
| 01/03/23 | Morning | Embarcadero and Washington | AB | REDACTED | REDACTED | | REDACTED | REDACTED | Shelter | | No | | | | | 0 | 1 | 2 | No | | | Yes | No | H - Embarcadero Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Financial District |
| 01/03/23 | Morning | Embarcadero and Washington | NM | REDACTED | REDACTED | | REDACTED | REDACTED | Shelter | | No | | | | | 0 | 0 | 0 | No | | | Yes | No | H - Embarcadero Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Financial District |