**EXHIBIT D**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**

| Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last 4 SSN | Desired Destination | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood/District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/23 | Morning | Erie and SVN | NM | REDACTED | REDACTED | | REDACTED | | Shelter | | No | | REDACTED | | | 0 | 0 | 2 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 01/04/23 | Morning | Erie and SVN | JM | REDACTED | REDACTED | | REDACTED | | Shelter | | No | | REDACTED | | | 0 | 1 | 2 | No | | | No | Unknown | | | | | Engaged not Referred | | | SOMA |
| 01/04/23 | Morning | Erie and Folsom | NM | REDACTED | REDACTED | | REDACTED | RE | Shelter | | No | | REDACTED | | | 0 | 0 | 0 | No | | | Yes | No | Bayview Navigation Center | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 01/04/23 | Morning | Erie and Folsom | PR | REDACTED | REDACTED | | REDACTED | | Shelter | | Yes | R | REDACTED | | | 0 | 0 | 2 | No | | Client requested a shelter bed | Yes | No | | | | | Engaged not Referred | | | SOMA |
| 01/04/23 | Morning | Erie and SVN | JM | REDACTED | REDACTED | | REDACTED | | Shelter | | Yes | R | REDACTED | | | 0 | 0 | 1 | No | | | Yes | No | | | | | Engaged not Referred | | | SOMA |
| 01/04/23 | Morning | Erie and Folsom | Ab | REDACTED | REDACTED | | REDACTED | RE | Shelter | | No | | REDACTED | | | 0 | 0 | 2 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 01/04/23 | Morning | Erie and Folsom | NM | REDACTED | REDACTED | | REDACTED | RE | Shelter | | No | | REDACTED | | | 0 | 0 | 2 | No | | | Yes | No | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 01/04/23 | Morning | Erie and SVN | JM | REDACTED | REDACTED | | REDACTED | | Shelter | | No | | REDACTED | | | 0 | 0 | 0 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |