**EXHIBIT E**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**

|  | 12/27/22 (AM) 17th & Hampshire | 12/27/22 (PM) Eddy & Taylor | 1/3/23 (AM) Embarcadero & Washington | 1/4/23 (AM) Eerie & Van Ness |
|---|---|---|---|---|
| **Client engagements** | 10 | 8 | 10 | 8 |
| **Clients refusing to provide information** | 4 | 0 | 0 | 0 |
| **Clients engaged but not sheltered** | 2* | 2 | 2 | 3 |
| **Clients already sheltered** | 2 | 0 | 2 | 0 |
| **Shelter placements** | 2 | 6 | 6 | 5 |
| **HSOC shelter allocation** | 8 | | 10 (AM & PM) | 11 (AM & PM) |

\* Two individuals were referred and transported to the Oasis, a family shelter, with the assistance of HSOC staff. The Oasis is not one of the shelters to which HSOC can directly place clients. The Oasis is not part of the shelter allocations to HSOC.