DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF NOELLE SIMMONS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR STATUS CONFERENCE ON PRELIMINARY INJUNCTION NONCOMPLIANCE AND NEED FOR MONITORING**<br><br>Trial Date:        None set. |

I, Noelle Simmons, hereby declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am the Chief Deputy Director at the San Francisco Department of Homelessness and Supportive Housing (HSH).  In this capacity, I provide executive leadership and oversight to all aspects of the department's operations and directly supervise the Deputy Director for Programs, whose span of control incudes shelter operations. I have held this position since May 2021.

3. Prior to transitioning to HSH, I was the Deputy Director over the Economic Support and Self-Sufficiency Division at the San Francisco Human Services Agency (HSA) from 2015 to 2021, and the Deputy Director for Policy & Planning at HSA from 2007 to 2015. From 2015 to 2016, I oversaw HSA's housing and homeless programs, which later migrated to HSH.

4. HSH manages San Francisco's homelessness response system, including temporary shelter and crisis intervention programs, which provide places for people to stay while accessing other services and seeking housing solutions. Outreach and placement by the Healthy Streets Operations Center (HSOC) is not the only way for people experiencing homelessness to access San Francisco shelter resources.

5. HSH's data shows that from December 24, 2022 through January 6, 2023, 410 unique guests were placed in shelter, and 3 unique guests were placed in crisis interventions sites. This includes but is not limited to shelter placements made through HSOC. This does not include any short-term placements into inclement weather shelters/seasonal beds, or clients who were referred to shelter but who were indicated to have no-showed or otherwise not had a successful placement.

6. HSH's data shows that on December 27, 2022, 43 unique guests were placed in shelter.

7. HSH's data shows that on January 3, 2023, 46 unique guests were placed in shelter.

8. HSH's data shows that on January 4, 2023, 50 unique guests were placed in shelter.

I declare under penalty of perjury under the laws of the United States and the State of

///

///

///

1  California that the foregoing is true and correct.  Executed January 10, 2023 in San Francisco,
2  California.

3
4  _____
   NOELLE SIMMONS