| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER Ye Hyang Kim | 2a. CONTACT PHONE NUMBER (415) 395-8801 | 3. CONTACT EMAIL ADDRESS yehyang.kim@lw.com |
| 1b. ATTORNEY NAME (if different) Wesley Tiu | 2b. ATTORNEY PHONE NUMBER (415) 395-8272 | 3. ATTORNEY EMAIL ADDRESS wesley.tiu@lw.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Latham & Watkins LLP 505 Montgomery Street Suite 2000 San Francisco, CA 94111-6538 | 5. CASE NAME Coalition on Homelessness et al v. City and County of San Francisco et al | 6. CASE NUMBER 4:22-cv-05502-DMR |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☒ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/12/2023 | DMR | CMC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| 01/12/2023 | DMR | Motions | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.:
PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE: (1). Defendants' Motion to Dismiss [Docket No. 41] (2). Defendants' Administrative Motion for Clarification of the Preliminary Injunction Order, [Docket No. 70], (3). Plaintiffs' Administrative Motion for a Status Conference on Preliminary Injunction Noncompliance and Need for Monitoring [Docket No. 75], (4). Initial Case Management Conference held

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE /s/ Wesley Tiu

12. DATE 01/13/2023

Clear Form    Save as new PDF