DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4675 (Snodgrass)
               (415) 554-4628 (Emery)
               (415) 554-3857 (Wang)
               (415) 554-3975 (Stevens)
Facsimile:     (415) 554-4699
E-mail:        wayne.snodgrass@sfcityatty.org
               jim.emery@sfcityatty.org
               edmund.wang@sfcityatty.org
               ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | **PRELIMINARY INJUNCTION APPEAL**<br><br>Case No. 4:22-cv-05502-DMR (LJC)<br><br>**NOTICE OF APPEAL**<br><br>Judge:  Hon. Donna M. Ryu |

NOTICE IS HEREBY GIVEN that CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING, SAN FRANCISCO FIRE DEPARTMENT, SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT, MAYOR LONDON BREED, and SAM DODGE, Defendants in the above-named action, hereby appeal the Order on Motion for Preliminary Injunction (Dkt. No. 65), entered in this action on December 23, 2022, and clarification of which was denied on January 12, 2023 (*see* Dkt. Nos. 70, 84), to the United States Court of Appeals for the Ninth Circuit. A true and correct copy of the Order on Motion for Preliminary Injunction is attached as Exhibit A.

Dated:  January 23, 2023

> DAVID CHIU
> City Attorney
> YVONNE R. MERÉ
> WAYNE SNODGRASS
> MEREDITH B. OSBORN
> JAMES M. EMERY
> EDMUND T. WANG
> RYAN C. STEVENS
> Deputy City Attorneys
>
> By:  s/Edmund T. Wang
>      EDMUND T. WANG
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; MAYOR LONDON BREED; SAM DODGE