

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

January 24, 2023

London Breed, Sam Dodge, City and County of San Francisco, San Francisco Department of Emergency Management, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, San Francisco Department of Public Works, San Francisco Police Department

Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682

SUBJECT:     Request for Payment of Docket Fee

Title:  Coalition on Homelessness v. City and County of San Francisco
Case Number:  22-cv-05502-DMR
Court of Appeals Number:  23-15087

     A notice of appeal was filed with this Court on January 23, 2023 and the docketing fee of $505.00 has not been received. Please send the fee to this office immediately.

     The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

Mark B. Busby, Clerk

_____
by:  Angela Jimenez
Case Systems Administrator
(510) 637-3535

cc: U.S. Court of Appeals

REV. 7-19