UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COALITION ON HOMELESSNESS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; et al., <br><br> Defendants-Appellants. | No.   23-15087 <br><br> D.C. No. 4:22-cv-05502-DMR <br> Northern District of California, <br> Oakland <br><br> ORDER |

The appeal filed January 23, 2023 is a preliminary injunction appeal.
Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date
of this order, the parties shall make arrangements to obtain from the court reporter
an official transcript of proceedings in the district court that will be included in the
record on appeal.

The briefing schedule shall proceed as follows: the opening brief and
excerpts of record are due no later than February 21, 2023; the answering brief is
due March 21, 2023 or 28 days after service of the opening brief, whichever is
earlier; and the optional reply brief is due within 21 days after service of the
answering brief.  *See* 9th Cir. R. 3-3(b).

tsp/MOATT

No streamlined extensions of time will be approved.  *See* 9th Cir. R. 31-2.2(a)(3).  Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute.  *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7