DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
KAITLYN MUPRHY, State Bar # 293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4675 (Snodgrass)
                (415) 554-4628 (Emery)
                (415) 554-3857 (Wang)
                (415) 554-3975 (Stevens)
                (415) 554-6762 (Murphy)
Facsimile:      (415) 554-4699
E-mail:         wayne.snodgrass@sfcityatty.org
                jim.emery@sfcityatty.org
                edmund.wang@sfcityatty.org
                ryan.stevens@sfcityatty.org
                kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br> **DECLARATION OF KAITLYN MURPHY IN SUPPORT OF MOTION TO STAY A PORTION OF THE COURT'S ORDER PENDING APPEAL (ECF NO. 65)** <br><br> Hearing Date:   March 9, 2023 <br> Time:           1:00 p.m. <br> Place:          Courtroom 4 – 3rd floor <br>                 1301 Clay Street <br>                 Oakland, CA 94612 <br><br> Trial Date:     April 15, 2024 |

I, Kaitlyn Murphy, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for defendants in this action (collectively, "San Francisco"). I submit this declaration to support San Francisco's Motion to Stay A Portion of the Court's Order Pending Appeal. If called as a witness, I could and would testify competently to the matters set forth herein.

2. On January 25, 2023, to accommodate the uncertainty surrounding the scope of the Court's Preliminary Injunction Order, San Francisco's Police Department issued Department Notice 23-007, which was produced in this matter with the bates range CCSF_COH_SFPD_000001-000003. Attached hereto as **Exhibit A** is a true and correct copy the notice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed February 2, 2023, in San Francisco, California.

By: /s/*Kaitlyn Murphy*
    KAITLYN MURPHY