OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| Date: January 25, 2023 | Time: 9:36 a.m.-5:41 p.m. (8 hours and 5 minutes) | Judge: LISA J. CISNEROS |
|---|---|---|
| Case No.: 4:22-cv-05502-DMR | Case Name: Coalition on Homelessness v. City and County of San Francisco | |

**Attorney and Representatives for Plaintiffs:** Zal Shroff, Hadley Roo, John Do, Rachel Mitchel, Joseph Lee, Kevin Wu, Wesley Tiu, Tulin Gurer, Elisa Della-Piana, Laiba Waqas, Jennifer Friedenbach, Julian Highsmith, Ian James

**Attorney and Representatives for Defendants:** Edward Wang, Wayne Snodgrass, Yvonne Mere, James Emery, Ryan Stevens, Samuel Dodge, Carla Short, MaryEllen Carroll, Lt. Samuel Christ, Lt. William Toomey, Sean Elsbernd, Shireen McSpadden.

**Deputy Clerk:** Brittany Sims        **Reported by:** Not Reported

**PROCEEDINGS**

Settlement Conference held.

The parties did not settle.