DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar # 293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:  (415) 554-4675 (Snodgrass)
            (415) 554-4628 (Emery)
            (415) 554-3857 (Wang)
            (415) 554-3975 (Stevens)
            (415) 554-6762 (Murphy)
Facsimile:  (415) 554-4699
E-mail:     wayne.snodgrass@sfcityatty.org
            jim.emery@sfcityatty.org
            edmund.wang@sfcityatty.org
            ryan.stevens@sfcityatty.org
            kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DEFENDANTS' RE-NOTICE OF MOTION TO STAY A PORTION OF THE COURT'S ORDER PENDING APPEAL (ECF NO. 65)**<br><br>Hearing Date: April 13, 2023<br>Time: 1:00 p.m.<br>Place: Courtroom 4 – 3rd floor<br>1301 Clay Street<br>Oakland, CA 94612<br><br>Trial Date: April 15, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE THAT**, on April 13, 2023 at 1:00 p.m., or as soon thereafter as this matter may be heard in the United States District Court for the Northern District of California, 1301 Clay Street, 3rd Floor, Courtroom 4, before the Honorable Donna M. Ryu, Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management (collectively "San Francisco") will and hereby do move this Court for an order staying a portion of its December 23, 2022 Order on Motion for Preliminary Injunction ("PI Order") (ECF No. 65), pending San Francisco's appeal to the United States Court of Appeals for the Ninth Circuit. Specifically, San Francisco seeks to stay the portion of the PI Order enjoining San Francisco from complying with its own policies regarding the enforcement or threatened enforcement of sit/lie/sleep laws when the total number of homeless individuals in San Francisco exceeds the total number of shelter beds.

This motion was filed on Thursday February 2, 2023 (ECF No. 97) and originally set for hearing on March 9, 2023, when the Court is unavailable. (ECF No. 98).

Dated: February 6, 2023

                                                DAVID CHIU
                                                City Attorney
                                                YVONNE R. MERÉ
                                                WAYNE SNODGRASS
                                                MEREDITH B. OSBORN
                                                JAMES M. EMERY
                                                EDMUND T. WANG
                                                RYAN C. STEVENS
                                                KAITLYN MURPHY
                                                Deputy City Attorneys

By:    */s/Kaitlyn Murphy*
          KAITLYN MURPHY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.