Generated: Feb 8, 2023 4:06PM                                                                                           Page 1/1

# U.S. District Court

## California Northern - San Francisco

Receipt Date: Feb 8, 2023 4:06PM

City and County of SF
unknown address

Rcpt. No: 311163245                    Trans. Date: Feb 8, 2023 4:06PM                    Cashier ID: #AS

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #00478615 | 01/24/2023 | $505.00 |

Total Due Prior to Payment: $505.00
Total Tendered: $505.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.