LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF JOHN THOMAS H. DO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PORTION OF COURT ORDER (ECF No. 65) PENDING APPEAL** <br><br> **Judge:** The Hon. Donna M. Ryu <br><br> Hearing Date: April 13, 2023 <br> Time: 1:00 p.m. <br> Place: Courtroom 4 – 3rd floor <br> 1301 Clay Street Oakland, CA 94612 <br><br> Trial Date: April 15, 2024 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DO DECL. ISO PLFS.' OPP. TO
DEFS.' MOT. TO STAY PENDING APPEAL
CASE NO. 4:22-CV-05502-DMR

# DECLARATION OF JOHN THOMAS H. DO

I, John Thomas H. Do, hereby declare as follows:

1. I am a Senior Staff Attorney with the ACLU of Northern California. I am an attorney of record for the Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn in the above-captioned action. I am admitted to practice before this Court.

2. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Stay Portion of Court Order (ECF No. 65) Pending Appeal. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently to them.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of correspondence between the parties between the period of January 24, 2023 to February 16, 2023 discussing Plaintiffs' request for disclosures to monitor Defendants' compliance with the preliminary injunction order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2023, in San Francisco, California.

        /s/ John Thomas H. Do
        John Thomas H. Do

*Attorney for Plaintiffs*
*Coalition on Homelessness, Toro Castaño,*
*Sarah Cronk, Joshua Donohoe, Molique Frank,*
*David Martinez, Teresa Sandoval, Nathaniel*
*Vaughn*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DO DECL. ISO PLFS.' OPP. TO
DEFS.' MOT. TO STAY PENDING APPEAL
CASE NO. 4:22-CV-05502-DMR

**ATTESTATION**

I, Alfred C. Pfeiffer, Jr., am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: February 16, 2023         */s/ Alfred C. Pfeiffer, Jr.*
                                  Alfred C. Pfeiffer, Jr.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DO DECL. ISO PLFS.' OPP. TO
DEFS.' MOT. TO STAY PENDING APPEAL
CASE NO. 4:22-CV-05502-DMR