# EXHIBIT 1

| | |
|---|---|
| **From:** | Emery, Jim (CAT) <Jim.Emery@sfcityatty.org> |
| **Sent:** | Thursday, February 16, 2023 11:26 AM |
| **To:** | 'Zal Shroff' |
| **Cc:** | John Do; Lee, Joseph (OC); Pfeiffer, Al (Bay Area); Stevens, Ryan (CAT); Snodgrass, Wayne (CAT); Murphy, Kaitlyn (CAT); Gradilla, Miguel (CAT); Hadley Rood; #SF PRO BONO - UNHOUSED PERSONS LITIGATION |
| **Subject:** | RE: COH v SF: m/c on ongoing productions |

Hi Zal,

I expect to get back to you today. I had a 9th Circuit argument yesterday that occupied much of my attention to prepare. Thank you for your patience.

**Jim Emery**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4628 Direct
www.sfcityattorney.org

---

**From:** Zal Shroff <zshroff@lccrsf.org>
**Sent:** Thursday, February 16, 2023 11:19 AM
**To:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>
**Cc:** John Do <jdo@aclunc.org>; Joseph Lee <Joseph.Lee@lw.com>; Al Pfeiffer <Al.Pfeiffer@lw.com>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Hadley Rood <hrood@lccrsf.org>; sf.probono.unhoused.persons.litigation@lw.com
**Subject:** Re: COH v SF: m/c on ongoing productions

Jim:

We have not heard back from you regarding the proposed stipulated discovery order and our most recent version. Please confirm whether you will agree to the proposed order's terms or whether the parties should prepare to file their joint letter regarding this ongoing discovery dispute. As we indicated earlier this week, we had expected to either resolve these matters by the end of the week (in fact, we had expected to last week) or otherwise to approach the Court. Let us know Defendants' position as soon as possible so we can determine next steps.

Best regards,



**Zal K. Shroff** (he/him)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org

**From:** Zal Shroff <zshroff@lccrsf.org>
**Date:** Tuesday, February 14, 2023 at 12:17 PM
**To:** "Emery, Jim (CAT)" <Jim.Emery@sfcityatty.org>
**Cc:** John Do <jdo@aclunc.org>, Joseph Lee <Joseph.Lee@lw.com>, Al Pfeiffer <Al.Pfeiffer@lw.com>, "Stevens, Ryan (CAT)" <Ryan.Stevens@sfcityatty.org>, "Snodgrass, Wayne (CAT)" <Wayne.Snodgrass@sfcityatty.org>, "Murphy, Kaitlyn (CAT)" <Kaitlyn.Murphy@sfcityatty.org>, "Gradilla, Miguel (CAT)" <Miguel.Gradilla@sfcityatty.org>, Hadley Rood <hrood@lccrsf.org>, "sf.probono.unhoused.persons.litigation@lw.com" <sf.probono.unhoused.persons.litigation@lw.com>
**Subject:** Re: COH v SF: m/c on ongoing productions

Jim:

We have provided further comments in the attached redline. In general, however, it seems we are at an impasse regarding certain critical parts of the information needed to assess preliminary injunction compliance—particularly as to prior notice that the City's own policies require, the definition of a planned encampment resolution for which notice should be provided, and an agreement that the City will disclose in its initial disclosures records for the 2-3 reporting periods since the preliminary injunction order was entered and for which Plaintiffs have no present information.

If you cannot agree to the changes we have identified here with our clear explanations as to why, we will need to prepare separate proposed orders for the Court and will need to proceed with the dispute resolution process. Please advise whether that will be necessary. If it is, given the now months-long negotiation process here, we will expect the parties to agree to file a joint letter and competing proposed orders explaining the points of disagreement by Friday.

We will also note that we are awaiting a response to our meet and confer process regarding Defendants' failure to produce more than a *single* document in written discovery for discovery responses due weeks ago, without explaining what diligent search has been conducted to meet Defendants' discovery obligations. We will expect to meet and confer on this matter before Friday as outlined in our letter and await your written response. Please provide your availability as soon as possible.

Best regards,



**Zal K. Shroff** (he/him)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org

---

**From:** "Emery, Jim (CAT)" <Jim.Emery@sfcityatty.org>
**Date:** Saturday, February 11, 2023 at 3:27 PM
**To:** Zal Shroff <zshroff@lccrsf.org>
**Cc:** John Do <jdo@aclunc.org>, Joseph Lee <Joseph.Lee@lw.com>, Al Pfeiffer <Al.Pfeiffer@lw.com>, "Stevens, Ryan (CAT)" <Ryan.Stevens@sfcityatty.org>, "Snodgrass, Wayne (CAT)"

<Wayne.Snodgrass@sfcityatty.org>, "Murphy, Kaitlyn (CAT)" <Kaitlyn.Murphy@sfcityatty.org>, "Gradilla, Miguel (CAT)" <Miguel.Gradilla@sfcityatty.org>, Hadley Rood <hrood@lccrsf.org>, "sf.probono.unhoused.persons.litigation@lw.com" <sf.probono.unhoused.persons.litigation@lw.com>

**Subject:** RE: COH v SF: m/c on ongoing productions

Hi Zal,

Thank you for your patience.  I've provided further edits and responded to your comment bubbles.

**Jim Emery**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4628 Direct
www.sfcityattorney.org

---

**From:** Zal Shroff <zshroff@lccrsf.org>
**Sent:** Tuesday, February 7, 2023 7:03 PM
**To:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>
**Cc:** John Do <jdo@aclunc.org>; Joseph Lee <Joseph.Lee@lw.com>; Al Pfeiffer <Al.Pfeiffer@lw.com>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Hadley Rood <hrood@lccrsf.org>; sf.probono.unhoused.persons.litigation@lw.com
**Subject:** Re: COH v SF: m/c on ongoing productions

Hi Jim:

Thank you for these further edits. You will see our additional redlines and comments in the attached. Please advise once you have had a chance to review. We are hopeful that the parties can prepare to file the final stipulated order by the end of this week.

Best regards,



**Zal K. Shroff** (he/him)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org

---

**From:** "Emery, Jim (CAT)" <Jim.Emery@sfcityatty.org>
**Date:** Monday, February 6, 2023 at 7:54 PM
**To:** Zal Shroff <zshroff@lccrsf.org>
**Cc:** John Do <jdo@aclunc.org>, Joseph Lee <Joseph.Lee@lw.com>, Al Pfeiffer <Al.Pfeiffer@lw.com>, "Stevens, Ryan (CAT)" <Ryan.Stevens@sfcityatty.org>, "Snodgrass, Wayne (CAT)" <Wayne.Snodgrass@sfcityatty.org>, "Murphy, Kaitlyn (CAT)" <Kaitlyn.Murphy@sfcityatty.org>, Hadley Rood <hrood@lccrsf.org>, "sf.probono.unhoused.persons.litigation@lw.com"

<sf.probono.unhoused.persons.litigation@lw.com>
**Subject:** RE: COH v SF: m/c on ongoing productions



Hi Zal,

I've put my redlines on top of yours, and responded to your comment bubbles within the document. Ryan will get back to you separately about the proposed protective order.

**Jim Emery**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4628 Direct
www.sfcityattorney.org

**From:** Zal Shroff <zshroff@lccrsf.org>
**Sent:** Friday, February 3, 2023 3:01 PM
**To:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>
**Cc:** John Do <jdo@aclunc.org>; Joseph Lee <Joseph.Lee@lw.com>; Al Pfeiffer <Al.Pfeiffer@lw.com>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Hadley Rood <hrood@lccrsf.org>; sf.probono.unhoused.persons.litigation@lw.com
**Subject:** Re: COH v SF: m/c on ongoing productions

Hi Jim:

Thank you for these edits. We agree we are fairly close here. You will see our additional comments in response to your thoughts below in the attached. We can agree to using the SFPD codes you recommend for the random sampling—with the particulars of randomization worked out between us. We do however want a Boolean search to run across the SFPD database, even if an imperfect one, and are firm in our request for 50 incident reports as a tiny fraction of the responsive material—with the expectation that a robust protective order will adequately address any concerns regarding redaction burden. As promised, we also attach a draft protective order for that purpose here. Please advise once you have reviewed.

Best regards,



**Zal K. Shroff** (he/him)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org

**From:** "Emery, Jim (CAT)" <Jim.Emery@sfcityatty.org>
**Date:** Thursday, February 2, 2023 at 8:46 PM
**To:** Zal Shroff <zshroff@lccrsf.org>
**Cc:** John Do <jdo@aclunc.org>, Joseph Lee <Joseph.Lee@lw.com>, Al Pfeiffer <Al.Pfeiffer@lw.com>,

"Stevens, Ryan (CAT)" <Ryan.Stevens@sfcityatty.org>, "Snodgrass, Wayne (CAT)" <Wayne.Snodgrass@sfcityatty.org>, "Murphy, Kaitlyn (CAT)" <Kaitlyn.Murphy@sfcityatty.org>
**Subject:** RE: COH v SF: m/c on ongoing productions

Dear Zal,

I've attached a track-changes version of the draft stipulation you circulated on Monday afternoon, including my suggested edits. My edits are intended to track more closely to the agreement I thought we reached on our Friday telephone call last week.

Regarding police dispatch data, all dispatch information is publicly available online. The dispatch data includes location information and is searchable. I provided a link to that website in my January 27, 2023 letter to John. For this reason, I've deleted the dispatch data from the proposed stipulation.

I've also attached SFPD's Coding Manual. Each incident report is assigned at least one and up to three title codes. For example, if a bank robbery results in a homicide, the incident report will bear both title codes. I have learned that Boolean searches of incident reports are clunky and unreliable.

I therefore propose that Plaintiffs select incident reports by title code. Plaintiffs could identify as many title codes as they want, and the random selection of incident reports would come from the universe of incident reports bearing the selected title codes. I've been advised that the "civil sidewalk" codes are most likely to correlate to relevant incidents. Other potentially fruitful title codes are "Lodging in Park," "Obstruction on Streets, Sidewalks," and "Obstructing Public Thoroughfare." By contrast, your proposed Boolean searches would capture incident reports where a witness is described as homeless, or a drug dealing arrest occurring in the vicinity of a homeless camp. I'm happy to discuss further how to select responsive incident reports, and how to randomize them.

Because of the burdens of collecting, processing, and redacting this information, I urge plaintiffs to accept my proposed scaling of the incident reports to 30, rather than 50, every three weeks, and the volume of bodycam footage to 5 hours, and the turnaround time for producing bodycam footage at 14 days.

I'd like us to consider deleting item 2 from the Notices of Ongoing Operations, because DPW has confirmed there are no responsive operations. I know there was one incidence in which someone from DPW posted a 72-hour notice before removing property. That was done because the employee misunderstood what was required under the bag-and-tag policy. If we do not delete this item, I expect there will be no responsive notices.

Finally, I think it makes sense for the disclosures pursuant to this agreement to continue until the close of fact discovery, at which time we can consider the need to extend it.

Happy to discuss further. I think we're close.

**Jim Emery**

Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4628 Direct
www.sfcityattorney.org

---

**From:** Zal Shroff <zshroff@lccrsf.org>
**Sent:** Monday, January 30, 2023 5:03 PM
**To:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; John Do <jdo@aclunc.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Cc:** Joseph Lee <Joseph.Lee@lw.com>; Al Pfeiffer <Al.Pfeiffer@lw.com>
**Subject:** Re: COH v SF: m/c on ongoing productions

Hi Jim:

Thanks again for speaking with us on Friday. As discussed, we have attached a proposed stipulated order for your review. We have also left space for Defendants to explain their recommendation on an initial randomization protocol for the SFPD incident reports. We are hoping that the parties can work to finalize our agreement and the stipulated order by Wednesday. We will also plan to circulate a draft protective order in the coming days.

Best regards,



**Zal K. Shroff** (he/him)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org

---

**From:** "Emery, Jim (CAT)" <Jim.Emery@sfcityatty.org>
**Date:** Thursday, January 26, 2023 at 7:21 PM
**To:** John Do <jdo@aclunc.org>, "Stevens, Ryan (CAT)" <Ryan.Stevens@sfcityatty.org>, "Snodgrass, Wayne (CAT)" <Wayne.Snodgrass@sfcityatty.org>, "Wang, Edmund (CAT)" <Edmund.Wang@sfcityatty.org>
**Cc:** Joseph Lee <Joseph.Lee@lw.com>, Al Pfeiffer <Al.Pfeiffer@lw.com>, Zal Shroff <zshroff@lccrsf.org>
**Subject:** RE: COH v SF: m/c on ongoing productions

Thanks, John. I can be available to talk at noon tomorrow. I expect to circulate a letter in the morning. Once you see my letter, let me know whether you'd prefer to have more time to review it before we talk. You may wish to revise plaintiffs' portion of the joint discovery letter.

**Jim Emery**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4628 Direct
www.sfcityattorney.org

**From:** John Do <JDo@aclunc.org>
**Sent:** Thursday, January 26, 2023 2:50 PM
**To:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Cc:** 'Joseph.Lee@lw.com' <Joseph.Lee@lw.com>; 'Al.Pfeiffer@lw.com' <Al.Pfeiffer@lw.com>; 'Zal Shroff' <zshroff@lccrsf.org>
**Subject:** RE: COH v SF: m/c on ongoing productions

Correction: We are available at 9am or 12pm tomorrow, Friday.  You are still welcome to send an email response in advance.  Thank you.



**JOHN THOMAS H. DO**
SENIOR STAFF ATTORNEY
RACIAL & ECONOMIC JUSTICE PROGRAM

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM

---

**From:** John Do
**Sent:** Thursday, January 26, 2023 2:34 PM
**To:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Cc:** 'Joseph.Lee@lw.com' <Joseph.Lee@lw.com>; 'Al.Pfeiffer@lw.com' <Al.Pfeiffer@lw.com>; 'Zal Shroff' <zshroff@lccrsf.org>
**Subject:** RE: COH v SF: m/c on ongoing productions

Jim,

We understood that you  wanted to meet and confer by phone about this dispute today. Given that we previously raised our concerns on the pacing of these conversations, we agreed so long as we would file the joint letter five days from today.  Rather than provide a written response to our joint letter or have that requested call, you have suggested you would respond by email instead and discuss at a later unknown time.

We are still at an impasse.  We have met and conferred on these issues since before the preliminary injunction and on December 29, 2022, January 3, 2023, and January 18, 2023.  The dispute was also briefed in a prior administrative motion.  We have spent numerous hours, including a two-hour phone call just last week, meeting and conferring.

Therefore, please provide your response to the joint letter by Wednesday morning.  Due to our documented concerns that Defendants are violating the preliminary injunction on a daily basis, we will, otherwise, be prepared to submit a separate letter to the Court as provided for in the Court's standing order.

In the meantime, we are available to discuss this tomorrow at 10am or 12pm.  Please confirm.

Regards,
John



**JOHN THOMAS H. DO**
**SENIOR STAFF ATTORNEY**
**RACIAL & ECONOMIC JUSTICE PROGRAM**

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM

---

**From:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>
**Sent:** Wednesday, January 25, 2023 6:22 PM
**To:** John Do <JDo@aclunc.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Cc:** 'Joseph.Lee@lw.com' <Joseph.Lee@lw.com>; 'Al.Pfeiffer@lw.com' <Al.Pfeiffer@lw.com>; 'Zal Shroff' <zshroff@lccrsf.org>
**Subject:** RE: COH v SF: m/c on ongoing productions

Thanks, John.

I think it would be most productive for me to provide a written response to what you sent last night, and then to talk. I'll get you my response tomorrow, but I can't be exactly sure when. As you can appreciate. I was occupied today. It will be my first priority in the morning.

**Jim Emery**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4628 Direct
www.sfcityattorney.org

**From:** John Do <JDo@aclunc.org>
**Sent:** Wednesday, January 25, 2023 6:07 PM
**To:** Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Cc:** 'Joseph.Lee@lw.com' <Joseph.Lee@lw.com>; 'Al.Pfeiffer@lw.com' <Al.Pfeiffer@lw.com>; 'Zal Shroff' <zshroff@lccrsf.org>
**Subject:** RE: COH v SF: m/c on ongoing productions

Per your request, we are available to discuss this discovery dispute tomorrow. We are available at 9 am or 2pm. Thank you.

Regards,
John



**JOHN THOMAS H. DO**
**SENIOR STAFF ATTORNEY**
**RACIAL & ECONOMIC JUSTICE PROGRAM**

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM

**From:** John Do
**Sent:** Tuesday, January 24, 2023 5:26 PM
**To:** Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Cc:** 'Joseph.Lee@lw.com' <Joseph.Lee@lw.com>; 'Al.Pfeiffer@lw.com' <Al.Pfeiffer@lw.com>; 'Zal Shroff' <zshroff@lccrsf.org>
**Subject:** RE: COH v SF: m/c on ongoing productions

Jim, Wayne, Ed, and Ryan,

As discussed, please see the attached joint discovery dispute letter and provide your additions.  We are using this dispute process due to our urgent concerns regarding Defendants' compliance with the PI, but we are not foreclosing discussing these issues tomorrow during the settlement conference.

Regards,
John



**JOHN THOMAS H. DO**
**SENIOR STAFF ATTORNEY**
**RACIAL & ECONOMIC JUSTICE PROGRAM**

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM