1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
4  MEREDITH B. OSBORN, State Bar # 250467
   Chief Trial Deputy
5  JAMES M. EMERY, State Bar #153630
   EDMUND T. WANG, State Bar #278755
6  RYAN C. STEVENS, State Bar #306409
   KAITLYN MURPHY, State Bar #293309
7  MIGUEL A. GRADILLA, State Bar #304125
   Deputy City Attorneys
8  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
9  San Francisco, California 94102-4682
   Telephone:    (415) 554-4675 (Snodgrass)
10                (415) 554-4628 (Emery)
                  (415) 554-3857 (Wang)
11                (415) 554-3975 (Stevens)
                  (415) 554-6762 (Murphy)
12                (415) 554-3870 (Gradilla)
   Facsimile:    (415) 554-4699
13 E-mail:       wayne.snodgrass@sfcityatty.org
                 jim.emery@sfcityatty.org
14               edmund.wang@sfcityatty.org
                 ryan.stevens@sfcityatty.org
15               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
16
   Attorneys for Defendants
17 CITY AND COUNTY OF SAN FRANCISCO, et al.

18                          UNITED STATES DISTRICT COURT

19                         NORTHERN DISTRICT OF CALIFORNIA

20

21 COALITION ON HOMELESSNESS; TORO         Case No. 4:22-cv-05502-DMR (LJC)
   CASTAÑO; SARAH CRONK; JOSHUA
22 DONOHOE; MOLIQUE FRANK; DAVID          **NOTICE OF APPEARANCE OF MIGUEL A.
   MARTINEZ; TERESA SANDOVAL;              GRADILLA FOR SAN FRANCISCO
23 NATHANIEL VAUGHN,                       DEFENDANTS**

24        Plaintiffs,                      Trial Date:          April 15, 2024

25        vs.

26 CITY AND COUNTY OF SAN
   FRANCISCO, et al.,
27
          Defendants.
28

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Deputy City Attorney MIGUEL A. GRADILLA is appearing on behalf of Defendants CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center.

The office and email addresses, and the telephone and facsimile numbers for Mr. Gradilla are as follows:

>Miguel A. Gradilla, Esq.
>Deputy City Attorney
>Office of the City Attorney of San Francisco
>1390 Market Street, Fox Plaza, Sixth Floor
>San Francisco, California 94102-5408
>Telephone: (415) 554-3870
>Facsimile: (415) 437-4644
>Email: miguel.gradilla@sfcityatty.org

Please include Mr. Gradilla on all proofs of service and communications in this matter.

Dated: February 17, 2023

DAVID CHIU
City Attorney
YVONNE R. MERÉ
WAYNE SNODGRASS
MEREDITH B. OSBORN
JAMES M. EMERY
EDMUND T. WANG
RYAN C. STEVENS
KAITLYN MURPHY
MIGUEL A. GRADILLA
Deputy City Attorneys


By: /s/*Miguel A. Gradilla*
MIGUEL A. GRADILLA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.