LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

*Additional Counsel Appear on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **PLAINTIFFS' NOTICE OF FILING OF AMENDED COMPLAINT** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' NOTICE OF FILING OF AMENDED
COMPLAINT
CASE NO. 4:22-CV-05502-DMR

## **PLAINTIFFS' NOTICE OF FILING OF AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15, Plaintiffs, Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn, by and through their undersigned counsel, hereby file their First Amended Complaint for the following reasons:

A. On January 12, 2023, the Court granted Plaintiffs leave to amend the Complaint to remove either the City and County of San Francisco or Mayor London Breed and HSOC Director Sam Dodge in their official capacity, as both Parties concurred that these defendants were wholly duplicative.

B. In keeping with this Order, Plaintiffs concurrently file the Amended Complaint removing Mayor Breed and Sam Dodge in their official capacity, with all changes from the initial Complaint reflected in the attached redline.

C. The Court's Order also permitted Plaintiffs to add claims against Mayor Breed or Sam Dodge in their individual capacity.

D. Although Plaintiffs raised new facts about Mayor Breed's personal role in directing homelessness sweeps at the hearing on January 12, 2023, *see* Trans. Jan. 12, 2023, 7:1-8, Plaintiffs have been unable to fully assess the extent of any wrongdoing because Defendants have not yet provided any substantial discovery in response to Plaintiffs' discovery requests. As of the filing of this Amended Complaint, Defendants have not produced more than a single document in response to Plaintiffs' Requests for Production. While Plaintiffs have added allegations regarding the Mayor's involvement in Defendants' unconstitutional actions to the extent they have knowledge of such actions, Defendants' minimal discovery production thus far currently precludes Plaintiffs from further assessing Defendants' and the Mayor's conduct, and so Plaintiffs defer bringing claims against Mayor Breed in her personal capacity at this time. Plaintiffs maintain that amendments to bring such claims may be warranted as further information comes to light.

| | | |
|---|---|---|
| 1 | Dated: February 28, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ Zal K. Shroff |
| 4 | | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 5 | | |
| 6 | | Zal K. Shroff, MJP 804620, *pro hac vice* Elisa Della-Piana, SBN 226462 |
| 7 | | Hadley Rood, SBN 348168 131 Steuart Street, Ste. 400 |
| 8 | | San Francisco, CA 94105 Telephone: (415) 543-9444 |
| 9 | | zshroff@lccrsf.org edellapiana@lccrsf.org |
| 10 | | hrood@lccrsf.org |
| 11 | | |
| 12 | | By: /s/ John Thomas H. Do |
| 13 | | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| 14 | | John Thomas H. Do, SBN 285075 Brandon L. Greene, SBN 293783 |
| 15 | | 39 Drumm Street San Francisco, CA 94111 |
| 16 | | Telephone: (415) 293-6333 jdo@aclunc.org |
| 17 | | bgreene@aclunc.org |
| 18 | | By: /s/ Alfred C. Pfeiffer, Jr. |
| 19 | | |
| 20 | | LATHAM & WATKINS LLP Alfred C. Pfeiffer, Jr., SBN 120965 |
| 21 | | Wesley Tiu, SBN 336580 Kevin Wu, SBN 337101 |
| 22 | | Tulin Gurer, SBN 303077 505 Montgomery Street, Ste 2000 |
| 23 | | San Francisco, CA 94111 Telephone: (415) 391-0600 |
| 24 | | al.pfeiffer@lw.com wesley.tiu@lw.com |
| 25 | | kevin.wu@lw.com |
| 26 | | tulin.gurer@lw.com |
| 27 | | LATHAM & WATKINS LLP Joseph H. Lee, SBN 248046 |
| 28 | | 650 Town Center Drive, 20th Floor |

Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

**ATTESTATION**

I, Alfred C. Pfeiffer, Jr., am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: February 28, 2023            /s/ Alfred C. Pfeiffer, Jr.
                                                     Alfred C. Pfeiffer, Jr.