1    DAVID CHIU, State Bar #189542
     City Attorney
2    YVONNE R. MERÉ, State Bar #173594
     Chief Deputy City Attorney
3    WAYNE SNODGRASS, State Bar #148137
     Deputy City Attorney
4    MEREDITH B. OSBORN, State Bar # 250467
     Chief Trial Deputy
5    JAMES M. EMERY, State Bar #153630
     EDMUND T. WANG, State Bar #278755
6    RYAN C. STEVENS, State Bar #306409
     KAITLYN MURPHY, State Bar #293309
7    MIGUEL A. GRADILLA, State Bar #304125
     Deputy City Attorneys
8    City Hall, Room 234
     1 Dr. Carlton B. Goodlett Place
9    San Francisco, California 94102-4682
     Telephone:     (415) 554-4675 (Snodgrass)
10                 (415) 554-4628 (Emery)
                (415) 554-3857 (Wang)
11                 (415) 554-3975 (Stevens)
                (415) 554-6762 (Murphy)
12                 (415) 554-3870 (Gradilla)
     Facsimile:     (415) 554-4699
13    E-mail:       wayne.snodgrass@sfcityatty.org
                jim.emery@sfcityatty.org
14                 edmund.wang@sfcityatty.org
                ryan.stevens@sfcityatty.org
15                 kaitlyn.murphy@sfcityatty.org
                miguel.gradilla@sfcityatty.org
16

17    Attorneys for Defendants
     CITY AND COUNTY OF SAN FRANCISCO, et al.

18                 UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20    COALITION ON HOMELESSNESS; TORO       Case No. 4:22-cv-05502-DMR (LJC)
     CASTAÑO; SARAH CRONK; JOSHUA
21    DONOHOE; MOLIQUE FRANK; DAVID       **[PROPOSED] ORDER GRANTING**
     MARTINEZ; TERESA SANDOVAL;           **DEFENDANTS' MOTION TO DISMISS**
22    NATHANIEL VAUGHN,                   **PLAINTIFFS' FIRST AMENDED**
                                     **COMPLAINT**
23          Plaintiffs,
24                             Hearing Date:     April 27, 2023
         vs.                          Time:              1:00 p.m.
25                             Before:           Hon. Donna M. Ryu
     CITY AND COUNTY OF SAN            Place:             Courtroom 4 – 3rd floor
26    FRANCISCO, et al.,                                 1301 Clay Street
                                           Oakland CA 94612
27          Defendants.                     Trial Date:       April 15, 2024

28

**[PROPOSED] ORDER**

Defendants CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; and SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT'S Motion to Dismiss the First Amended Complaint for Declaratory and Injunctive Relief came on regularly for hearing on April 27, 2023 at 1:00 p.m., the Honorable Donna Ryu presiding. The attorneys of record, having appeared on behalf of the respective parties and after hearing oral argument, and considering the papers filed by the parties, the Court hereby GRANTS Defendants' Motion to Dismiss all claims by Plaintiffs Toro Castaño, Molique Frank, and Nathaniel Vaughn pursuant to Federal Rule of Civil Procedure 12(b)(1), because these Plaintiffs lack standing to sue, leaving this Court without subject matter jurisdiction as to these Plaintiffs. The Court further dismisses the First and Second Causes of Action asserted by Plaintiffs Teresa Sandoval, David Martinez, Sarah Cronk, and Joshua Donohoe, because these Plaintiffs lack standing to pursue these claims. The Court further GRANTS Defendants' Motion to Strike paragraphs 10, 44-45, and 243-44 from the FAC pursuant to Rule 12(f), because the amendments exceed the scope of this Court's order granting leave to amend, and because the unauthorized amendments are prejudicial. Plaintiffs may file an amended complaint consistent with this Order within 21 days of this Order's filing

IT IS SO ORDERED:

Dated:_____

_____
The Honorable Donna Ryu
UNITED STATES DISTRICT COURT