UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>          Defendants. | Case No. 22-cv-05502-DMR<br><br>**ORDER ON UNILATERAL DISCOVERY LETTER**<br><br>Re: Dkt. No. 113 |

The court has received Plaintiffs' unilateral discovery letter regarding "a discovery dispute concerning Plaintiffs' request for recurring disclosures of certain records."  [Docket No. 113.] The parties shall file a joint discovery letter brief addressing the issues raised in Plaintiffs' letter in accordance with the court's Standing Order by no later than March 29, 2023.  Plaintiffs' unilateral letter is denied without prejudice.

**IT IS SO ORDERED.**

Dated: March 21, 2023



_____
Donna M. Ryu
Chief Magistrate Judge