LATHAM & WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

March 29, 2023

**VIA ECF**

Hon. Donna M. Ryu, United States Magistrate Judge
United States District Court, Northern District of California
Oakland Courthouse, Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

  Re: *Coalition on Homelessness, et. al. v. City and County of San Francisco, et. al.*, No. 4:22-cv-05502-DMR (N.D. Cal.)

Dear Judge Ryu,

  Plaintiffs submit the attached discovery dispute letter without Defendants' portions in order to best comply with the Court's order requiring the parties to file a joint discovery letter by March 29, 2023. Dkt. No. 113.

  Prior to the Court's order, on March 17, Plaintiffs provided Defendants with their portions of a joint letter, but Defendants refused to provide their portion. After the Court issued its order, on March 21, Plaintiffs again provided Defendants with the letter, and requested that Defendants provide their portions of the letter by Friday, March 24 in order to allow time for Plaintiffs to address their arguments. Defendants did not comply with this request, instead, Defendants only first provided a draft of their portions of the letter at 9:40 AM on the morning of March 29. Plaintiffs responded to Defendants within six hours with an updated draft of Plaintiffs' portions of the letter, and asked that Defendants provide a final draft for approval before filing. At 4:55 PM, Defendants proposed that the parties further meet and confer and forgo a joint letter. Plaintiffs declined given the late hour, the Court's order, and the parties remaining at an impasse. As of the time of this filing, Defendants have not yet provided Plaintiffs with a final draft, nor responded to Plaintiffs' latest request for a status update. In order to best comply with the Court's order, Plaintiffs are forced to file this letter without Defendants' portions.

            Respectfully submitted,

            By: */s/ Joseph H. Lee*
            LATHAM & WATKINS LLP
            Joseph H. Lee, SBN 248046
            650 Town Center Drive, 20th Floor
            Costa Mesa, CA 92626
            Telephone: (714) 540-1235
            joseph.lee@lw.com

            LATHAM & WATKINS LLP
            Alfred C. Pfeiffer, Jr., SBN 120965
            Wesley Tiu, SBN 336580
            Kevin Wu, SBN 337101
            Tulin Gurer, SBN 303077
            505 Montgomery Street, Ste. 2000
            San Francisco, CA 94111
            Telephone: (415) 391-0600

LATHAM&WATKINS LLP

al.pfeiffer@lw.com
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
bgreene@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*