UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 22-cv-05502-DMR <br><br> **ORDER ON UNILATERAL DISCOVERY LETTERS** <br><br> Re: Dkt. Nos. 113, 117, 118, 121 |

On March 20, 2023, Plaintiffs filed a unilateral discovery letter. [Docket No. 113.] The court denied it without prejudice on March 21, 2023 and ordered the parties to meet and confer and file a joint discovery letter by March 29, 2023. The parties have since filed three more unilateral discovery letters. [Docket Nos. 117, 118, 121.] These letters do not advance the litigation; they represent a waste of time for the court and the parties. Lead counsel (and others as required by lead counsel) shall appear in person in the Attorney Lounge on the fourth floor of the Oakland Federal Courthouse on April 14, 2023 at 9:00 a.m. to meet and confer. All attendees shall be prepared to devote the entire day, if necessary, to resolving their outstanding discovery dispute(s). If disputes remain after the April 14 session, the parties must file a stand-alone joint letter by no later than April 18, 2023. The joint letter shall not incorporate any documents by reference and shall not contain footnotes. The discovery letters filed at Docket Nos. 117, 118, and 121 are denied without prejudice.

**IT IS SO ORDERED.**

Dated: April 10, 2023

IT IS SO ORDERED

Donna M. Ryu
Chief Magistrate Judge