LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**DECLARATION OF KEVIN WU IN SUPPORT OF [PROPOSED] STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY SENSITIVE CONFIDENTIAL INFORMATION**<br><br>**Judge:**     The Hon. Donna M. Ryu |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF KEVIN WU ISO [PROPOSED]
STIPULATED PROTECTIVE ORDER
CASE NO. 4:22-CV-05502-DMR

## DECLARATION OF KEVIN WU

I, Kevin Wu, hereby declare as follows:

1. I am an attorney at the law firm of Latham & Watkins LLP, and admitted to practice law in the State of California. I am an attorney of record for the Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn in the above-captioned action. I submit this Declaration in support of the parties' [Proposed] Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently to them.

2. Attached, hereto as Exhibit A is a true and correct redline version comparing the parties' [Proposed] Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information with the Northern District of California's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets.

3. Definition 2.4 of "Counsel" removes reference to outside counsel and house counsel as inapplicable to the parties in this action.

4. Definition 2.7 of "Expert" removes references to past or current employees of the parties or competitors as inapplicable to the parties in this action.

5. The Definition section removes the definition for "House Counsel" as inapplicable to the parties in this action.

6. Definition 2.9 of "Outside Counsel of Record" has been edited to include attorneys of the San Francisco City Attorney's Office.

7. Definition 2.15 of "Support Staff" has been added as a term to describe individuals who are directly supervised and controlled by counsel in this action, and to distinguish employees of the San Francisco City Attorney's Office from employees of the City of San Francisco.

8. Section 6.3 on "Judicial Intervention" has been edited pursuant to the Court's Standing Order, Part 16.

9. Section 7.2(e) adds "mock jurors" to the list of persons to whom parties may disclose "CONFIDENTIAL" information in case the parties choose to employ such services.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECL. OF KEVIN WU ISO [PROPOSED]
STIPULATED PROTECTIVE ORDER
CASE NO. 4:22-CV-05502-DMR

10. Section 7.2(h) adds mediators and settlement officers to the list of persons to whom parties may disclose "CONFIDENTIAL" information.

11. Section 7.3(b) deletes reference to procedures set forth in Section 7.4 as inapplicable to the parties in this action.

12. Section 7.3(d) deletes reference to professional jury or trial consultants and professional vendors as inapplicable to the parties in this action.

13. Section 7.3(f) adds witnesses of the Designating Party to the list of persons to whom parties may disclose "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information.

14. Section 7.3(h) adds mediators and settlement officers to the list of persons to whom parties may disclose "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information.

15. The parties abandoned Section 7.4 regarding "Procedures for Approving or Objecting to Disclose of "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" Information or Items to Designated House Counsel or Experts as unnecessary and inapplicable to the parties in this action.

16. The parties specified "a specific contractual agreement" in Section IX(b) to limit the scope of the parties' obligation to notify non-parties regarding the production of non-party confidential information already subject to protection under the proposed protective order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2023, in Oakland, California.

*/s/ Kevin Wu*
Kevin Wu

*Attorney for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

**ATTESTATION**

I, Alfred C. Pfeiffer, Jr., am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated:  May 17, 2023                              */s/ Alfred C. Pfeiffer, Jr.*