# EXHIBIT C

| Incident Datetime | Incident Date | Incident Time | Incident Year | Incident Day of Week | Report Datetime | Row ID | Incident ID | Incident Number | CAD Number | Report Type Code | Report Type Description | Filed Online | Incident Code | Incident Category | Incident Subcategory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17/05/2023 08:05 | 17/05/2023 | 08:05 | 2023 | Wednesday | 17/05/2023 08:07 | 127658830080 | 1276588 | 230340343 | 231370574 | II | Initial | | 30080 | Other Offenses | Other |
| 16/05/2023 10:04 | 16/05/2023 | 10:04 | 2023 | Tuesday | 16/05/2023 10:05 | 127641130080 | 1276411 | 230338122 | 231360931 | II | Initial | | 30080 | Other Offenses | Other |
| 02/05/2023 08:56 | 02/05/2023 | 08:56 | 2023 | Tuesday | 02/05/2023 08:58 | 127193930080 | 1271939 | 230304032 | 231220677 | II | Initial | | 30080 | Other Offenses | Other |
| 01/05/2023 09:24 | 01/05/2023 | 09:24 | 2023 | Monday | 01/05/2023 09:24 | 127170930080 | 1271709 | 230301323 | 231210878 | II | Initial | | 30080 | Other Offenses | Other |
| 01/05/2023 08:28 | 01/05/2023 | 08:28 | 2023 | Monday | 01/05/2023 08:30 | 127170330080 | 1271703 | 230301232 | 231210707 | II | Initial | | 30080 | Other Offenses | Other |
| 01/05/2023 08:10 | 01/05/2023 | 08:10 | 2023 | Monday | 01/05/2023 08:12 | 127169430080 | 1271694 | 230301157 | 231210641 | II | Initial | | 30080 | Other Offenses | Other |
| 30/04/2023 12:43 | 30/04/2023 | 12:43 | 2023 | Sunday | 30/04/2023 12:45 | 127139330080 | 1271393 | 230299643 | 231201316 | II | Initial | | 30080 | Other Offenses | Other |
| 26/04/2023 12:08 | 26/04/2023 | 12:08 | 2023 | Wednesday | 26/04/2023 12:08 | 126997430080 | 1269974 | 230289478 | 231161383 | II | Initial | | 30080 | Other Offenses | Other |
| 03/04/2023 20:52 | 03/04/2023 | 20:52 | 2023 | Monday | 03/04/2023 20:52 | 126208819060 | 1262088 | 230232239 | 230933129 | II | Initial | | 19060 | Disorderly Conduct | Loitering |
| 15/03/2023 15:29 | 15/03/2023 | 15:29 | 2023 | Wednesday | 15/03/2023 15:39 | 127154227199 | 1271542 | 230183842 | | II | Initial | | 27199 | Other Miscellaneous | Loitering |
| 28/02/2023 00:00 | 28/02/2023 | 00:00 | 2023 | Tuesday | 01/03/2023 11:40 | 124952019060 | 1249520 | 230146680 | 230591488 | II | Initial | | 19060 | Disorderly Conduct | Loitering |

| Incident Description | Resolution | Intersection | CNN | Police District | Analysis Neighborhood | Supervisor District | Supervisor District 2012 | Latitude | Longitude | Point |
|---|---|---|---|---|---|---|---|---|---|---|
| Obstructions On Streets, Sidewalks | Cite or Arrest Adult | 08TH ST \ MINNA ST | 24310000 | Southern | South of Market | 6 | 6 | 37.77702642 | -122.4126167 | POINT (-122.41261666820427 37.77702641978903) |
| Obstructions On Streets, Sidewalks | Cite or Arrest Adult | 08TH ST \ MINNA ST | 24310000 | Southern | South of Market | 6 | 6 | 37.77702642 | -122.4126167 | POINT (-122.41261666820427 37.77702641978903) |
| Obstructions On Streets, Sidewalks | Open or Active | NATOMA ST \ 07TH ST | 24289000 | Southern | South of Market | 6 | 6 | 37.77841628 | -122.4099382 | POINT (-122.40993824145319 37.77841628146485) |
| Obstructions On Streets, Sidewalks | Cite or Arrest Adult | JULIA ST \ MINNA ST | 24303000 | Southern | South of Market | 6 | 6 | 37.77761914 | -122.4118702 | POINT (-122.41187022703075 37.77761914280685) |
| Obstructions On Streets, Sidewalks | Open or Active | NATOMA ST \ 07TH ST | 24289000 | Southern | South of Market | 6 | 6 | 37.77841628 | -122.4099382 | POINT (-122.40993824145319 37.77841628146485) |
| Obstructions On Streets, Sidewalks | Cite or Arrest Adult | NATOMA ST \ 07TH ST | 24289000 | Southern | South of Market | 6 | 6 | 37.77841628 | -122.4099382 | POINT (-122.40993824145319 37.77841628146485) |
| Obstructions On Streets, Sidewalks | Cite or Arrest Adult | JULIA ST \ MINNA ST | 24303000 | Southern | South of Market | 6 | 6 | 37.77761914 | -122.4118702 | POINT (-122.41187022703075 37.77761914280685) |
| Obstructions On Streets, Sidewalks | Cite or Arrest Adult | MISSION ST \ 07TH ST | 24315000 | Southern | South of Market | 6 | 6 | 37.77921168 | -122.4109366 | POINT (-122.41093657493794 37.77921168445851) |
| Obstructing Public Thoroughfare  (or 647(c) PC) | Open or Active | LILY ST \ OCTAVIA ST | 25910000 | Northern | Hayes Valley | 5 | 5 | 37.77433622 | -122.4241991 | POINT (-122.42419913844421 37.77433621513843) |
| Lodging Without Permission | Cite or Arrest Adult | HILL POINT AVE \ PARNASSUS AVE | 26310000 | Park | Inner Sunset | 8 | 5 | 37.76407007 | -122.4557811 | POINT (-122.45578106672758 37.76407006891491) |
| Obstructing Public Thoroughfare  (or 647(c) PC) | Cite or Arrest Adult | ZOE ST \ BRYANT ST | 23837000 | Southern | South of Market | 6 | 6 | 37.78052716 | -122.3968458 | POINT (-122.3968458230064 37.780527160091324) |

| Neighborhoods | ESNCAG - Boundary File | Central Market/Tenderloin Boundary Polygon - Updated | Civic Center Harm Reduction Project Boundary | HSOC Zones as of 2018-06-05 | Invest In Neighborhoods (IIN) Areas | Current Supervisor Districts | Current Police Districts |
|---|---|---|---|---|---|---|---|
| 32 | | 1 | 1 | 1 | | 10 | 1 |
| 32 | | 1 | 1 | 1 | | 10 | 1 |
| 32 | | 1 | 1 | 1 | | 10 | 1 |
| 32 | | 1 | 1 | 1 | | 10 | 1 |
| 32 | | 1 | 1 | 1 | | 10 | 1 |
| 32 | | 1 | 1 | 1 | | 10 | 1 |
| 32 | | 1 | 1 | 1 | | 10 | 1 |
| 32 | | 1 | 1 | 1 | | 10 | 1 |
| 26 | | | | | | 11 | 4 |
| 110 | | | | | | 11 | 7 |
| 32 | | | | | | 10 | 1 |