# EXHIBIT D

| | |
|---|---|
| **From:** | |
| **To:** | Ebadi, Mahanaz (BOS); Leo Alfaro (BOS); Matt Dorsey; ; Martin, Luke (POL); Matt Hayes; |
| **Subject:** | Natoma Issues 2023 | Blight and Potholes |
| **Date:** | Tuesday, January 3, 2023 1:17:11 PM |

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Good afternoon, Captain Martin—

Thank you so much for your quick response to our concerns. I am copying some of my neighbors to this email. They were on the original email thread that I sent to Captain Falvey yesterday.

I appreciate the update on the ACLU's suit against the City. I had read of this development in the papers prior to Christmas. When I last requested help from SFPD, I had the opportunity to speak with Officer Nguyen who also offered insight to the challenges confronting the Department when it comes to homelessness.

Without intending to speak for our collective, I do wish to know what kinds of support/service we can expect from the City to keep our neighborhoods accessible and safe.

At the moment, the sidewalks on both sides from ▓ Natoma to 6th are blocked to pedestrians. That is a heavy traffic area for vehicles. We fear that this confluence of human and vehicular traffic, in addition to the spillage of belongings and loose debris, will unfold to some harm.

1. Is there a way in which we can protect a portion of the sidewalk for pedestrians without necessarily forcing the unhoused to move?
2. To what extent can we expect the cleanliness of the area to be maintained? As it is, MidMarket and SomaWest CBDs representatives are reluctant to approach the encampments. While understandable, I fear that this, in turn, leaves the area perennially trashed.
3. And lastly, which agencies might we reach out to for such services?

I'd certainly appreciate any practical suggestions you can offer.

Hello ▓,

I am Captain Luke Martin. I have recently been promoted and transferred to Southern Station to replace Captain Falvey. He has forwarded your email about the conditions in your neighborhood. I am not sure if you are aware, but the City is being sued by the ACLU for how it handles the homeless population. Because of this lawsuit, a judge recently placed an injunction on the City and its various departments that address homelessness. The SFPD has been ordered not to enforce a handful of laws that allow us to deal with encampments and homeless issues. There are still some laws that we can enforce like blocking sidewalks, but we can not relocate any unhoused individuals. This injunction has been ordered in place until the City has enough beds for every homeless person. This being said, I directed out officers to check on the areas you mentioned in your email to see if there's areas we can still enforce and/or debris that can be cleaned and cleared. I fear that this lawsuit/injunction will cause many neighborhoods to be impacted. Feel free to direct emails to me going forward.

Thank you,

Captain Luke Martin
Southern Station/ SFPD
1251 3rd Street
San Francisco, CA 94158
415.575.6000 office
415.370.5492 cell

| | |
|---|---|
| From: | Martin, Luke (POL) |
| To: | Ebadi, Mahanaz (BOS); ▮▮▮▮; ▮▮▮▮; Leo Alfaro (BOS); Matt Dorsey |
| Cc: | ▮▮▮▮ |
| Subject: | Re: ▮ minna |
| Date: | Friday, January 20, 2023 1:13:20 PM |
| Attachments: | ▮ Minna after 1.20.23.jpg<br>▮ Minna after 2 1.20.23.jpg<br>▮ Minna after 3 1.20.23.jpg<br>▮ Minna before 1.20.23.jpg<br>Outlook-o2uixjws.png |

Hello All,

▮▮▮, I had our officers make contact with the encampments. They were advised of the law regarding allowing 4 feet of clear space on the sidewalks. They volunteered to leave. The abandoned material was taken away. I have attached some photos provided by our officers. We will do our best to keep an eye on this block.

Thank you,

Luke

**Captain Luke Martin #705**
Southern Station/ SFPD
1251 3rd Street
San Francisco, CA 94158
415.575.6000 office
415.370.5492 cell



From: Ebadi, Mahanaz (BOS) <mahanaz.ebadi@sfgov.org>
Sent: Friday, January 20, 2023 9:28 AM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Leo Alfaro (BOS) <leo.alfaro@sfgov.org>; Matt Dorsey <info@mattdorsey.org>
Cc: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Re: ▮ minna

Hi ▮▮▮,

I hope this email finds you well. Regarding the tents on Minna between 8th and 9th I will contact DEM and HSCO right away. Do you by chance have photos of these as well? It helps

when I attach photos to my messages between the two orgs. I know that both DEM and HSOC have already flagged this area as a HOT spot, but I will be more than happy to inform them of the update and see if anyone can come out there to offer services. I know Captain Martin mentioned that he will have some of his officers start the process on this block! Officer Cope and Cistoni have been great help in the past and am hopeful that this may improve the situation.

As discussed in our conversation last week, the homeless community have been made aware of the injunction and the limitations placed on the city. However, our office is more than happy to reach out to the orgs and notify them of the street conditions and encampments. Do you have a 311 ticket number that you have submitted. I can see if we can have DPW power wash that area regarding the feces and pick up any trash. Please provide me with that and I will contact DPW asap. I know this is not the answer you all deserve but I will do my part to help by reaching out to the proper organizations. Thank you and I look forward to your response.

Warmest Regards,
Mahanaz

---

**From:** ███████████████████████████████ >
**Sent:** Thursday, January 19, 2023 7:43 PM
**To:** ████████████████████████ Ebadi, Mahanaz (BOS) <mahanaz.ebadi@sfgov.org>; Leo Alfaro (BOS) <leo.alfaro@sfgov.org>; Matt Dorsey <info@mattdorsey.org>
**Cc:** ██████████████████████████████████████████████████████████████
**Subject:** Re: ███ minna

This message is from outside the City email system. Do not open links or attachments from untrusted sources.


There are at least 4 tents on 1 block of Minna
Between 8 th and 9 th plus 2 cars that are obviously being lived in. 1 guy just set up a tent in front of our bldg. blocking the entire
Sidewalk
We have occupants in this bldg
That are handicapped and require a sidewalk to get to the grocery store.
We have a contractor painting our condo
He was appalled at the amount of feces on our block.
Let me be absolutely clear the situation
Is getting worse !!!. I look forward to hearing

Thank you,

▮

On Jan 20, 2023, at 9:40 AM, ▮ wrote:

Thank you Captain,
Does anyone here have an email for Brooke Jenkins?

▮

> On Jan 20, 2023, at 8:20 AM, Martin, Luke (POL) <Luke.Martin@sfgov.org> wrote:
>
> Good morning ▮ and all,
>
> I understand that this situation is getting worse and equally or more frustrating. Not sure if the group is aware, but a few weeks ago federal judge Donna Ryu placed an injunction on the City and all of its agencies that would normally deal with homeless encampments. We have been directed to not enforce or threaten to enforce public nuisance, illegal lodging, delaying an officer in their duties, sit/lie, and safe sidewalks laws. Dept. of Health can still declare certain locations a health hazard, but I'm not sure what their criteria is or how frequently they respond to such locations. We are still enforcing our municipal code that requires 48" of space on passageways and streets, which is the ADA requirements for wheelchairs. This can be a process to get subject to adjust an encampment or relocate. We start with speaking to them and educating. If that doesn't work, we escalate to an infraction citation. The next step of enforcement is citation for a misdemeanor. If they continue the offense, then we can do a custodial arrest. I will direct our officers to start the process on this block. The homeless community has been made aware of this injunction and know all of our limitations and are taking advantage of it. We are seeing more encampments and larger ones. More neighborhoods are also starting to see these encampments. Our officers are stretched very thin. I would recommend voicing your frustration with the City Attorney as well, so that it might help their appeal with this injunction and the overall lawsuit.
>
> Thank you,
>
> Captain Luke Martin
> Southern Station
>
> Get [Outlook for Android](#)

| | |
|---|---|
| **From:** | [Martin, Luke (POL)](#) |
| **To:** | ███████; ████; [Ebadi, Mahanaz (BOS)](#); [Leo Alfaro (BOS)](#); [Matt Dorsey](#) |
| **Cc:** | ███████ |
| **Subject:** | Re: ██ minna |
| **Date:** | Friday, January 20, 2023 8:20:15 AM |

Good morning ███ and all,

I understand that this situation is getting worse and equally or more frustrating. Not sure if the group is aware, but a few weeks ago federal judge Donna Ryu placed an injunction on the City and all of its agencies that would normally deal with homeless encampments. We have been directed to not enforce or threaten to enforce public nuisance, illegal lodging, delaying an officer in their duties, sit/lie, and safe sidewalks laws. Dept. of Health can still declare certain locations a health hazard, but I'm not sure what their criteria is or how frequently they respond to such locations. We are still enforcing our municipal code that requires 48" of space on passageways and streets, which is the ADA requirements for wheelchairs. This can be a process to get subject to adjust an encampment or relocate. We start with speaking to them and educating. If that doesn't work, we escalate to an infraction citation. The next step of enforcement is citation for a misdemeanor. If they continue the offense, then we can do a custodial arrest. I will direct our officers to start the process on this block. The homeless community has been made aware of this injunction and know all of our limitations and are taking advantage of it. We are seeing more encampments and larger ones. More neighborhoods are also starting to see these encampments. Our officers are stretched very thin. I would recommend voicing your frustration with the City Attorney as well, so that it might help their appeal with this injunction and the overall lawsuit.

Thank you,

Captain Luke Martin
Southern Station

Get [Outlook for Android](#)

| | |
|---|---|
| **From:** | ███████ |
| **Sent:** | Thursday, January 19, 2023 7:43:58 PM |
| **To:** | ███████ Ebadi, Mahanaz (BOS) <mahanaz.ebadi@sfgov.org>; Leo Alfaro (BOS) <leo.alfaro@sfgov.org>; Matt Dorsey <info@mattdorsey.org> |
| **Cc:** | ███████ |
| **Subject:** | Re: ██ minna |

This message is from outside the City email system. Do not open links or attachments from untrusted sources.


There are at least 4 tents on 1 block of Minna
Between 8 th and 9 th plus 2 cars that are obviously being lived in. 1 guy just set up a tent in front of our bldg. blocking the entire
Sidewalk
We have occupants in this bldg

| | |
|---|---|
| **From:** | Leo Alfaro (BOS) |
| **To:** | Ebadi, Mahanaz (BOS) |
| **Subject:** | RE: Miss on and 8th street |
| **Date:** | Wednesday, January 4, 2023 8:52:59 AM |

Hi 

Thank you for reaching out. This is still in the works. Supervisor Dorsey is actively working with the City Attorney's office to see how he can get this plan into action. Unfortunately, this still isn't a problem that will be fixed overnight. There are other situations that have also come up, last month there was a federal injunction that prohibits the removal of encampments. This makes it difficult to remove encampments, however not impossible. It is still recommended to call 911 if you actively see drug dealing or other illegal activity. Please feel free to keep me updated and I will send all new information that I receive.

Best regards,

Leo Alfaro
Legislative Aide
Office of Supervisor Matt Dorsey, District 6
Leo.Alfaro@sfgov.org |(415) 554-7972

-----Original Message-----
From:
Sent: Tuesday, January 3, 2023 5:19 PM
To: Leo Alfaro (BOS) <leo.alfaro@sfgov.org>; DorseyStaff (BOS) <DorseyStaff@sfgov.org>
Subject: Re: Mission and 8th street

So… what happened to this "plan" that was supposed get the city departments working on the problems described below?

I still see drug dealing on 8th street between Market and Mission...
I still see open drug use in the same area….
I still see encampments blocking the sidewalks in the same area…

None of these problems have decreased, I don't see anyone from the city on this block working with the drug users and homeless or anyone doing anything to discourage the dealers , it appears that the city or Mr. Dorsey has done squat to resolve these problems.

 Ringold
San Francisco

> On Sep 8, 2022, at 5:34 AM, RUSSELL THORSEN <russellthorsen@me.com> wrote:
>
> Ah… a "plan", wonderful.
>
>> On Sep 7, 2022, at 9:50 AM, Leo Alfaro (BOS) <leo.alfaro@sfgov.org> wrote:
>>
>> Hello ,
>>
>> Thank you for reaching out to Supervisor Dorsey. My name is Leo Alfaro and I am one of his Legislative Aides. I want you to know that Supervisor Dorsey completely understands and feels your frustration. He just released a plan to have all the city departments work on providing a report to address the growing epidemic that we are seeing on our streets. Here is the link to the full request. We hope that this type of report will help get all the departments working together.
>>
>> https://url.avanan.click/v2/___https://acrobat.adobe.com/link/review?uri_urn:aaid:scds:US:91468aa0-ba27-49f7-89b0-b1fd8c345730___.YXAzOnNmZHQyOmE6bzo2M2NmMWFmNGMwZjk2MzQ2MmVlZDNmNzU3OWFlZmI5Nzo2OmQ1ZDQ6MzRhNThlZjgyYzg1MjZiNjBjZGE5OTFmZDMwMzU2MTNjNjIwMTAxNGZkMTY5YjBhYWRjYWRlMDY5OGNjYjY1MjpwOlQ
>>
>> Please let me know if you have any questions.
>>
>> Best,
>> Leo Alfaro
>>
>> -----Original Message-----
>> From: RUSSELL THORSEN <russellthorsen@me.com>
>> Sent: Tuesday, September 6, 2022 5:30 PM
>> To: DorseyStaff (BOS) <DorseyStaff@sfgov.org>
>> Subject: Mission and 8th street
>>
>>
>> This message is from outside the City email system. Do not open links or attachments from untrusted sources.
>>
>>
>> Mr. Dorsey,
>>
>> What are you and the city doing about the rampant drug dealing and drug use along 8th street from Market to Mission?
>>
>> What I see every day on my way home from work between 4-5pm are hundreds of people actively taking drugs, people in a stupor, dealers openly selling drugs; it does not appear that the city is doing much of anything; I've probably only seen 2-3 cop cars in the area over the last few months and those drove right by ignoring the dealing, I don't see anyone out there trying to provide support of any kind… What is going on?
>>
>> How has the city let this go on for so long?
>>
>>  Ringold
>> San Francisco
>

**From:** ▮
**To:** Ebadi, Mahanaz (BOS)
**Subject:** Re: Response
**Date:** Tuesday, January 10, 2023 8:29:25 PM

Sorry Continued from last message:

I think it would be great for mentally ill, drug addicted people to get better, but that needs to happen in Mental Hospitals, Shelters and halfway housing. This cannot happen on the streets of San Francisco where we let them choose when they want to get help or not. We just keep giving them money, allowing drug dealers to thrive and expect no accountability from them because they are generationally traumatized...When is that ever going to stop anything. WAKE UP!

On Tue, Jan 10, 2023 at 4:55 PM Ebadi, Mahanaz (BOS) <mahanaz.ebadi@sfgov.org> wrote:
> Hi Matt,
>
> I hope this email finds you well. I encourage you to read Supervisor Dorseys SF Recovers because it answers your exact questions!
>
> Warmest Regards,
> Mahanaz
>
> **From:** ▮
> **Sent:** Tuesday, January 10, 2023 4:43 PM
> **To:** Ebadi, Mahanaz (BOS) <mahanaz.ebadi@sfgov.org>
> **Subject:** Re: Response
>
> Thank you!
>
> I am not sure if this covers people that are drug addicted or mentally and living in a tent or on the sidewalk.
>
> Will this allow them to be removed and placed somewhere.
>
> Bottom line if you are drug addicted and do not want to stop, is there anything that can be done to get them off the streets if they do not want to change??
>
> Sent from my iPhone
>
>> On Jan 10, 2023, at 3:37 PM, Ebadi, Mahanaz (BOS) <mahanaz.ebadi@sfgov.org> wrote:
>>
>> Hello ▮,

I hope this email finds you well. I completely understand that this may be visible but it is extremely important four our residents to submit these #311 request and call SFPD if they see such activity because it adds to the metrics and the reporting of these incidents helps SPFD know which areas are more active and require more police presence. Our office completely agrees that there needs to be more accountability. That being said, Supervisor Dorsey has pushed forward for ***San Francisco Recovers*** which is co-sponsored by Supervisor Mandelman and Supervisor Stefani. The plan is a comprehensive approach to reduce drug overdoses, incentivize recovery for those with drug addiction, and end open-air drug scenes and street-level dealing. It also aims to expand on-demand drug treatment and implement 24/7 intake capacity for those seeking recovery, so people aren't left suffering on our streets. Additionally, in his first four months in office, Supervisor Dorsey secured funding for SFPD to issue 2 new patrol officers 9am - 11pm most of the week to target open-air drug dealing, respond to the needs of small businesses, and increase overall policy presence in SOMA. I have attached San Francisco recovers in this email in case you wanted to go over it or had any questions. I hope this answers your questions. Thank you for contacting our office and please let me know if you have any other questions or concerns.

Warmest Regards,
Mahanaz

**From:** ▮
**Sent:** Monday, January 9, 2023 6:20 PM
**To:** Ebadi, Mahanaz (BOS) <mahanaz.ebadi@sfgov.org>
**Subject:** Response

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Hello,

I currently live in Marin and have worked in the city for a long time. I am not sure what specifically I would report to #311. The garbage and the people living on the streets and the drug abuse is visible most times of the day in a large part of the city.

My questions for the supervisor are the following and I really appreciate you taking the time to help.

What are we doing to address the drug addicted, mentally ill population that roam the streets of the city?

What part of the Billion dollar spend is being used to address this segment?

I want to make sure we are not grouping people that are homeless but do not

**From:**
**To:**
**Cc:**
**Subject:** Re: Russ Street and Howard Street Need Assistance!
**Date:** Tuesday, January 17, 2023 9:19:43 AM
**Attachments:**

Thank you Captain Martin for all your effort!

Much appreciated!

Occidental Express
Consulting • Design • Construction • Management
CSL#319153
Howard Street
San Francisco, CA 94103-2806
415.621.7533 office

https://url.avanan.click/v2/___www.occidentalexpress.net___.YXAzOnNmZHQyOmE6bzo3YTMzNzE1YTZjYWI2NjE0NzVlNTYxNzdjNmQ1MjA4Zjo2OjE5ZjQ6ODRmM2IzMmI0ZjZkZDgyNDgyOGI4YWM3YWVkVkjAzM2NjljOTJkYWZiNDk3MTI5MTRlZmNjZTUxZTU3OTp0OkN

Vice President
SOMBA (South Of Market Business Association)

President Emeritus
San Francisco Council of District Merchants Associations

Co-chair
SFPD x Chief's Small Business Advisory Forum

Sent from my iPhone

> On Jan 17, 2023, at 8:17 AM, Martin, Luke (POL) <Luke.Martin@sfgov.org> wrote:

Hello

I'll be the first person to say sorry and that this is unacceptable. With the current lawsuit against the City, it really ties our hands with what we can do. Additionally, most of the narcotics offenses that are committed by the people occupying the encampments have reduced consequences that were voted on several years ago. Many of the possession of narcotics offenses that we see result in a citation. People addicted to drugs/alcohol compounded with mental health issues typically don't pay much attention to us writing them a citation. Therefore, it has little impact on changing behaviors. I have directed our officers to the areas that Brian mentions in the email string below. Unfortunately, we can only address the sidewalks being blocked or separate laws not related to their encampments. I have several meetings with some of the surrounding neighborhoods over these issues. I would be happy to set up a meeting with you and your neighborhood to discuss. Please let me know.

Thank you,
Luke

***Captain Luke Martin #705***
Southern Station/ SFPD
1251 3rd Street
San Francisco, CA 94158
415.575.6000 office
415.370.5492 cell

**From:** Deli Dude <adam@deliboardsf.com>
**Sent:** Tuesday, January 17, 2023 6:05 AM
**To:**
**Cc:** Martin, Luke (POL) <Luke.Martin@sfgov.org>; Christian Martin <Christian@swcbd.org>; info@swcbd.org <info@swcbd.org>
**Subject:** Re: Russ Street and Howard Street Need Assistance!

⚠️ This message is from outside the City email system. Do not open links or attachments from untrusted sources.

It's absolute insanity there should be emails and letters sent multiple times daily until resolved.

Sent from my iPhone

> On Jan 16, 2023, at 8:28 PM

*Thank you Captain Martin.*
*~ Brian*
************

Hello

The SFPD is allowed to enforce the law regarding blocking sidewalks.

For ADA purposes, **there needs to be 48 inches of clearance for wheelchairs to safely traverse sidewalks and other passages.**

This being said, we are waiting from the City Attorney's office to provide clarification to what extent we can enforce this law.

- The first offense results in an infraction citation.
- The second offense results in a misdemeanor citation. If the offense continues, then we can book a suspect on the continuing offense.

I'm directing our officers to start with a conversation trying to educate the offenders and have them adjust their encampments to provide that 48 inch space. If they refuse, we will issue citations.

I will direct some officers to address these areas. This has been a difficult issue to address, but we will continue our efforts to the extent we can.

Thank you,
Luke

Captain Luke Martin
Southern Station
**********

Monday, January 16, 2023

Dear SoMa Neighbors and Supervisor Dorsey,

1. **Russ Street** (between Howard and Folsom)
2. **Howard Street** (between 6th and 7th Street)

Both of these areas need attention. I realize there is a lawsuit pending regarding the legality of tents on sidewalks, but something needs to be done. From a safety and sanitation perspective.

Many people (dog walkers, joggers, parents pushing baby strollers) are avoiding these areas. They don't feel safe. Understandably so.

The attached photo is from Google Maps Street View. It looks nothing like this now I assure you.

Thank you,