# EXHIBIT E

**From:** Wertheim, Tiana (HOM) <tiana.wertheim@sfgov.org>
**Sent:** Tuesday, January 31, 2023 3:43 PM
**To:** Alfaro, Nancy (ADM) <nancy.alfaro@sfgov.org>; Bell, Lauren (DEM) <lauren.bell@sfgov.org>; Cannariato, Umecke (HOM) <umecke.cannariato@sfgov.org>
**Cc:** Sawyer, Amy (MYR) <amy.sawyer@sfgov.org>; Johnston, Jennifer (ADM) <jennifer.johnston@sfgov.org>; Wong, Bryan (ADM) <bryan.v.wong@sfgov.org>; Dyer, Kevin (ADM) <kevin.dyer@sfgov.org>; Chin, Carson (ADM) <carson.chin@sfgov.org>
**Subject:** RE: Meeting Follow Up - Language and Reports

Great. I just sent an invite for an initial meeting with your proposed team tomorrow, from 10am-10:30. It looks like you are available on Outlook. Let me know if another time would be better.

Best-
Tiana

**From:** Alfaro, Nancy (ADM) <nancy.alfaro@sfgov.org>
**Sent:** Tuesday, January 31, 2023 7:35 AM
**To:** Wertheim, Tiana (HOM) <tiana.wertheim@sfgov.org>; Bell, Lauren (DEM) <lauren.bell@sfgov.org>; Cannariato, Umecke (HOM) <umecke.cannariato@sfgov.org>
**Cc:** Sawyer, Amy (MYR) <amy.sawyer@sfgov.org>; Johnston, Jennifer (ADM) <jennifer.johnston@sfgov.org>; Wong, Bryan (ADM) <bryan.v.wong@sfgov.org>; Dyer, Kevin (ADM) <kevin.dyer@sfgov.org>; Chin, Carson (ADM) <carson.chin@sfgov.org>
**Subject:** Re: Meeting Follow Up - Language and Reports

Hi Tiana,

It should be me but I will include both Kevin Dyer, our Call Center Manager, and Carson Chin, our Deputy Director in the initial meetings. It would be good to start these conversations sooner rather than later as this could have impacts on HSH's budget depending on what is being planned and work involved for 311.

Sincerely,

Nancy Alfaro, Director
(pronouns: she, her, hers)
311 Customer Service Center
City and County of San Francisco
Direct: 415-701-3137
Cell: 415-260-4724
Email: nancy.alfaro@sfgov.org

---

**From:** Wertheim, Tiana (HOM) <tiana.wertheim@sfgov.org>
**Sent:** Monday, January 30, 2023 4:21:14 PM
**To:** Bell, Lauren (DEM) <lauren.bell@sfgov.org>; Alfaro, Nancy (ADM) <nancy.alfaro@sfgov.org>; Cannariato, Umecke (HOM) <umecke.cannariato@sfgov.org>
**Cc:** Sawyer, Amy (MYR) <amy.sawyer@sfgov.org>; Johnston, Jennifer (ADM) <jennifer.johnston@sfgov.org>; Wong, Bryan (ADM) <bryan.v.wong@sfgov.org>; Dyer, Kevin (ADM)

<kevin.dyer@sfgov.org>
**Subject:** RE: Meeting Follow Up - Language and Reports

Mecca, thanks for the nice introduction. Hi all. My name is Tiana Wertheim.  I'm previously from the Human Services Agency (where, incidentally, I helped to manage the MediCal/CalFresh Call Center) and currently working on special projects for HSH.

I'd like to start conversations with 311 to think through the workflow, scripts and training to prepare for calls from self-referred shelter-seekers.

I'm in the process of identifying the key questions that we must ask these callers and cross-referencing fields to RTZ. I'd love to start to work with a **project lead(s) at 311** to think through the workflow, scripts and training. **Could you let me know whom to reach out to?**

With thanks,
Tiana

**From:** Bell, Lauren (DEM) <lauren.bell@sfgov.org>
**Sent:** Tuesday, January 24, 2023 1:00 PM
**To:** Alfaro, Nancy (ADM) <nancy.alfaro@sfgov.org>; Cannariato, Umecke (HOM) <umecke.cannariato@sfgov.org>
**Cc:** Sawyer, Amy (MYR) <amy.sawyer@sfgov.org>; Johnston, Jennifer (ADM) <jennifer.johnston@sfgov.org>; Wong, Bryan (ADM) <bryan.v.wong@sfgov.org>; Wertheim, Tiana (HOM) <tiana.wertheim@sfgov.org>; Dyer, Kevin (ADM) <kevin.dyer@sfgov.org>
**Subject:** RE: Meeting Follow Up - Language and Reports

\* RESEND with correct Kevin included,  Kindly respond to this thread.  Thanks!

The draft doc includes verbal and template/email guidance.  We definitely need your review either in tandem with HSH review or following.   Thanks, Nancy!


**Lauren Bell**
**Street Response Planning Coordinator**
Department of Emergency Management
*She/Her/Hers*
*Lauren.bell@sfgov.org*

**From:** Alfaro, Nancy (ADM) <nancy.alfaro@sfgov.org>
**Sent:** Tuesday, January 24, 2023 12:49 PM
**To:** Bell, Lauren (DEM) <lauren.bell@sfgov.org>; Cannariato, Umecke (HOM) <umecke.cannariato@sfgov.org>
**Cc:** Sawyer, Amy (MYR) <amy.sawyer@sfgov.org>; Johnston, Jennifer (ADM) <jennifer.johnston@sfgov.org>; Kevin Charoenworawat <kevin@simtechsolutions.com>; Wong, Bryan (ADM) <bryan.v.wong@sfgov.org>; Wertheim, Tiana (HOM) <tiana.wertheim@sfgov.org>
**Subject:** RE: Meeting Follow Up - Language and Reports

Glad I didn't miss it! I would like to have an opportunity to review too after it has been approved by HSH.  Hopefully, it is keeping in mind what needs to said to a caller vs what we can put in a template after they have submitted (which can be longer and realizing it can only be sent to those who agree to provide an email address).

Sincerely,



(pronouns: she, her, hers)
Nancy Alfaro | Director | 311 Customer Service Center
d: (415) 701-3137 | f: (415) 701-3104 | c: (415) 260-4724
email: nancy.alfaro@sfgov.org



**From:** Bell, Lauren (DEM) <lauren.bell@sfgov.org>
**Sent:** Tuesday, January 24, 2023 12:18 PM
**To:** Cannariato, Umecke (HOM) <umecke.cannariato@sfgov.org>; Alfaro, Nancy (ADM) <nancy.alfaro@sfgov.org>
**Cc:** Sawyer, Amy (MYR) <amy.sawyer@sfgov.org>; Johnston, Jennifer (ADM) <jennifer.johnston@sfgov.org>; Kevin Charoenworawat <kevin@simtechsolutions.com>; Wong, Bryan (ADM) <bryan.v.wong@sfgov.org>; Wertheim, Tiana (HOM) <tiana.wertheim@sfgov.org>
**Subject:** FW: Meeting Follow Up - Language and Reports

Thanks Nancy and Mecca.  I don't think Nancy has seen this script as the first step was to get HSH review/sign off.

**Lauren Bell**
**Street Response Planning Coordinator**
Department of Emergency Management
*She/Her/Hers*
*Lauren.bell@sfgov.org*

**From:** Cannariato, Umecke (HOM) <umecke.cannariato@sfgov.org>
**Sent:** Tuesday, January 24, 2023 12:11 PM
**To:** Alfaro, Nancy (ADM) <nancy.alfaro@sfgov.org>; Bell, Lauren (DEM) <lauren.bell@sfgov.org>; Sawyer, Amy (MYR) <amy.sawyer@sfgov.org>
**Cc:** Johnston, Jennifer (ADM) <jennifer.johnston@sfgov.org>; Dyer, Kevin (ADM) <kevin.dyer@sfgov.org>; Wong, Bryan (ADM) <bryan.v.wong@sfgov.org>; Wertheim, Tiana (HOM) <tiana.wertheim@sfgov.org>
**Subject:** RE: Meeting Follow Up - Language and Reports

Hi Nancy:

Thank you for your email and sorry for the delay regarding confirmation of 311 messaging.  I am hoping to have more info on the script soon.  Until there are edits I am understanding we are still using the attached scripts Lauren put together for us.

Yes, I have been getting the emails and it seems manageable for now.  I have been reviewing and triaging them as appropriate to the teams of SFHOT or HSOC.

I did not have success with closing tickets and wanted to clarify if we decided that after the tickets are sent to me I though they were going to auto close?  Is that also your understanding?  Is that possible?  Yes, I would love a weekly report that I can review with SFHOT management team.  Can that come to me weekly on Monday mornings at 9am.

Finally, I wanted to add my wonderful colleague, Tiana Wertheim, who is working closely with me to find best ways to reintegrate 311 for shelter bed allocations.  She maybe reaching out to speak with staff at 311 to get input on our ideas for workflow and scripts.  Do you want her to work with Bryan Wong or another designee to start gathering input.  Lastly, on the report the team is listed as DPH – HOT team.  The program sits with HSH.  Can this be updated to read HSH – HOT team?

Thank you for being such a wonderful partner in this work.

**Mecca Cannariato, LCSW, MPA (she/her)**
Director of Outreach & Temporary Shelter
San Francisco Department of Homelessness & Supportive Housing
City & County of San Francisco
Umecke.Cannariato@sfgov.org | Phone:  415.525.1257 | F: 415.355.7408
Learn:  hsh.sfgov.org | Follow:  @SF_HSH | Like: @SanFranciscoHSH

CONFIDENTIALITY NOTICE: This e-mail is intended for the recipient only. If you receive this e-mail in error, notify the sender and destroy the e-mail immediately. Disclosure of the Personal Health Information (PHI) contained herein may subject the discloser to civil or criminal penalties under state and federal privacy laws.

**From:** Alfaro, Nancy (ADM) <nancy.alfaro@sfgov.org>
**Sent:** Monday, January 23, 2023 3:13 PM
**To:** Bell, Lauren (DEM) <lauren.bell@sfgov.org>; Cannariato, Umecke (HOM) <umecke.cannariato@sfgov.org>; Sawyer, Amy (MYR) <amy.sawyer@sfgov.org>
**Cc:** Johnston, Jennifer (ADM) <jennifer.johnston@sfgov.org>; Dyer, Kevin (ADM) <kevin.dyer@sfgov.org>; Wong, Bryan (ADM) <bryan.v.wong@sfgov.org>
**Subject:** Meeting Follow Up - Language and Reports

Hi,

I am following up on our meeting of 01/05/23 regarding language you would be providing to 311 for when we get third party callers requesting services for unhoused individuals they are concerned about since I have not received anything as of date. Again, this is for individuals not doing any illegal activity or blocking entrance or sidewalk access.  Although we did begin routing these types of requests to SFHOT

and automated an email to Mecca each time a request goes to the queue, at this time, we are simply saying we are sending a request to SFHOT.

Mecca, the email that you should have already been receiving should include all of the details of the case and it would allow you to close the request from the email (it would ask you for Verint credentials on the first time), making it easy for you to review and close out cases. Please let me know if you have not been receiving these.

Additionally, I have asked Bryan Wong of our team to create a report for you, which you could receive daily or weekly, whichever you prefer, showing all cases in your queue and it lets you see all details of the case from the report and it also lets you close out cases once you have called the individual or noted information about the case. It will ask you to provide Verint credentials to close the case.  If you see something that we shouldn't have sent you, you can easily reallocate it to us by simply selecting the CSP Supervisor queue.  We are seeing that you are receiving an average of 1.3 cases per day so we don't see this as something that you HSH shouldn't be able to manage on their own.



This can serve as another tool to easily manage cases that we may be sending to your queue.  We just need to know how often you would like to receive this report, daily, weekly and at what time?   Also, let us know if you have any questions related to the report.

I have reviewed the cases sent to your queue so far and I see some that perhaps we should have connected with PD or not created a service request and connected to the VM.  I have already addressed this with Kevin Dyer, our Call Center Manager, and he will address this with those specific CSRs since the instructions on our KB are clear with what we had discussed.

Below is a sample of what the report will look like for you.

Welcome to the HSH Virtual Office Alternative. The Case ID and Close Case cells are both clickable links. By select Case ID, the case details will open up with 311's Verint CRM. By selecting Close Case, user will be forwarded to the case closure option of the specified service request.

The initial selection of a case will prompt a login request of the user's Active Directory (AD) user.

## HSH42 - Virtual Office Alternative - All Opened Cases

| Case ID | Opened | Last Modified | Due Date | Close Case | Type | Title | Details |
|---|---|---|---|---|---|---|---|
| 16320735 | 1/19/2023 1:28:49 PM | 1/19/2023 1:33:05 PM | 1/26/2023 1:28:49 PM | Close Case | Request for City Services | customer_callback | ▮ |
| Printable Copy | | | | | | | |
| 16313908 | 1/18/2023 8:25:13 AM | 1/18/2023 8:27:18 AM | 1/25/2023 8:30:00 AM | Close Case | Request for City Services | request_for_service --- | ▮ |
| Printable Copy | | | | | | | |
| 16301551 | 1/15/2023 8:57:57 AM | 1/15/2023 9:01:55 AM | 1/23/2023 8:30:00 AM | Close Case | Request for City Services | request_for_service | ▮ |
| Printable Copy | | | | | | | |
| 16299014 | 1/14/2023 10:47:00 AM | 1/14/2023 10:57:36 AM | 1/23/2023 8:30:00 AM | Close Case | Request for City Services | request_for_service | ▮ |
| Printable Copy | | | | | | | |
| 16296319 | 1/13/2023 1:31:28 PM | 1/13/2023 1:33:45 PM | 1/20/2023 1:31:28 PM | Close Case | Request for City Services | customer_callback | ▮ |
| Printable Copy | | | | | | | |
| 16295030 | 1/13/2023 9:56:51 AM | 1/13/2023 10:02:03 AM | 1/20/2023 9:56:51 AM | Close Case | Request for City Services | request_for_service | ▮ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Printable Copy | | | | | | | |
| 16292560 | 1/12/2023 3:17:39 PM | 1/12/2023 3:21:07 PM | 1/19/2023 3:17:39 PM | Close Case | Request for City Services | request_for_service | |
| Printable Copy | | | | | | | |
| 16291389 | 1/12/2023 11:58:44 AM | 1/12/2023 11:59:46 AM | 1/19/2023 11:58:44 AM | Close Case | Request for City Services | request_for_service | |
| Printable Copy | | | | | | | |
| 16288210 | 1/11/2023 4:32:11 PM | 1/12/2023 8:18:53 AM | 1/18/2023 4:32:11 PM | Close Case | Request for City Services | request_for_service | |
| Printable Copy | | | | | | | |
| 16289049 | 1/11/2023 10:09:29 PM | 1/11/2023 10:12:42 PM | 1/19/2023 8:30:00 AM | Close Case | Request for City Services | request_for_service | |
| Printable Copy | | | | | | | |
| 16287481 | 1/11/2023 2:17:19 PM | 1/11/2023 2:23:41 PM | 1/18/2023 2:17:19 PM | Close Case | Request for City Services | request_for_service | |
| Printable Copy | | | | | | | |

| Case ID | Created | Updated | Closed | Status | Type | Subtype | Details |
|---|---|---|---|---|---|---|---|
| 16287369 | 1/11/2023 1:49:25 PM | 1/11/2023 1:51:54 PM | 1/18/2023 1:49:25 PM | Close Case | Request for City Services | request_for_service | ■ |
| Printable Copy | | | | | | | |
| 16286097 | 1/11/2023 10:08:08 AM | 1/11/2023 10:09:29 AM | 1/18/2023 10:08:08 AM | Close Case | Request for City Services | customer_callback | ■ |
| Printable Copy | | | | | | | |
| 16282547 | 1/10/2023 1:00:38 PM | 1/10/2023 1:03:01 PM | 1/17/2023 1:00:38 PM | Close Case | Request for City Services | customer_callback | ■ |
| Printable Copy | | | | | | | |
| 16282375 | 1/10/2023 12:38:49 PM | 1/10/2023 12:42:14 PM | 1/17/2023 12:38:49 PM | Close Case | Request for City Services | request_for_service | ■ |
| Printable Copy | | | | | | | |
| 16279759 | 1/10/2023 1:25:11 AM | 1/10/2023 1:26:35 AM | 1/17/2023 8:30:00 AM | Close Case | Request for City Services | customer_callback | --- ■ . |
| Printable Copy | | | | | | | |
| 16270341 | 1/7/2023 5:54:50 PM | 1/7/2023 5:57:36 PM | 1/16/2023 8:30:00 AM | Close Case | Request for City Services | request_for_service | ■ |
| Printable Copy | | | | | | | |
| 16270296 | 1/7/2023 5:30:26 PM | 1/7/2023 5:36:10 PM | 1/16/2023 8:30:00 AM | Close Case | Request for City Services | request_for_service | ■ |
| Printable Copy | | | | | | | |
| 16269872 | 1/7/2023 2:52:20 PM | 1/7/2023 2:58:26 PM | 1/16/2023 8:30:00 AM | Close Case | Request for City Services | request_for_service | ■ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Printable Copy | | | | | | |
| 16269088 | 1/7/2023 11:21:14 AM | 1/7/2023 11:24:38 AM | 1/16/2023 8:30:00 AM | Close Case | Request for City Services | request_for_service | |
| | Printable Copy | | | | | | |
| 16269001 | 1/7/2023 10:55:45 AM | 1/7/2023 10:58:23 AM | 1/16/2023 8:30:00 AM | Close Case | Request for City Services | request_for_service | |
| | Printable Copy | | | | | | |

| Case ID | Opened | Last Modified | Due Date | Close Case | Type | Title | Details |
|---|---|---|---|---|---|---|---|
| 16266467 | 1/6/2023 3:23:16 PM | 1/6/2023 3:24:50 PM | 1/13/2023 3:23:16 PM | Close Case | Request for City Services | request_for_service | ▇ |
| Printable Copy | | | | | | | |
| 16265301 | 1/6/2023 12:31:21 PM | 1/6/2023 12:33:25 PM | 1/13/2023 12:31:21 PM | Close Case | Request for City Services | request_for_service | ▇ |
| Printable Copy | | | | | | | |
| 16264824 | 1/6/2023 11:25:44 AM | 1/6/2023 11:26:36 AM | 1/13/2023 11:25:44 AM | Close Case | Request for City Services | customer_callback | ▇ |
| Printable Copy | | | | | | | |
| 16263074 | 1/6/2023 2:44:51 AM | 1/6/2023 2:47:07 AM | 1/13/2023 8:30:00 AM | Close Case | Request for City Services | request_for_service | ▇ |
| Printable Copy | | | | | | | |
| 16249675 | 1/3/2023 11:26:32 AM | 1/3/2023 11:32:05 AM | 1/10/2023 11:26:32 AM | Close Case | Request for City Services | request_for_service | ▇ |
| Printable Copy | | | | | | | |
| 16245683 | 1/2/2023 11:16:42 AM | 1/2/2023 11:18:28 AM | 1/9/2023 11:16:42 AM | Close Case | Request for City Services | customer_callback | ▇ |
| Printable Copy | | | | | | | |

Look forward to hearing back from you.

Sincerely,