# EXHIBIT F

Subscribe  Sign In

**Most Popular**

1. El Niño to bring record-breaking temperatures. What does that mean for...
2. S.F. downtown exodus: Another major retailer closes at Westfield mall
3. Historic bar returns to downtown San Francisco despite 'doom loop' fears
4. Cole Hardware to close SoMa store by end of the month
5. Mayor Breed: S.F. will be more 'aggressive' with people struggling with...

BAY AREA // SAN FRANCISCO

# Mayor Breed: S.F. will be more 'aggressive' with people struggling with drug addiction. Critics say that means arrests



Mallory Moench
Updated: May 24, 2023 11:01 a.m.





Mayor London Breed listens to Police Chief Bill Scott in 2017 in San Francisco, Calif.
Lea Suzuki, Staff / The Chronicle

**UPDATE:** Protesters halt plan to grill S.F. Mayor London Breed at U.N. Plaza over city's open-air drug dealing

Mayor London Breed's administration is launching a new program to work with drug users in acute crisis on the streets, as San Francisco faces escalating overdose deaths and public outcry over open-air drug dealing that has prompted recent state law enforcement intervention.

Breed's emergency management department said Tuesday it's working on a pilot program that would target people who are a danger to themselves or others.

Details of the program, which will be announced along with Breed's budget proposal next week, remain murky.

But Supervisor Dean Preston, who represents the hardest-hit neighborhood of the Tenderloin, told the Chronicle Tuesday that the emergency management department told him last week that the program would involve arresting drug users.

A man holds a chunk of fentanyl on a piece of foil purchased in the Tenderloin in San Francisco, California Tuesday, March 9, 2021.
Stephen Lam, Staff Photographer / The Chronicle

He said the department told him that officers would enforce two existing legal provisions: one that allows police to detain someone under the influence of a controlled substance without a prescription and another that prohibits illegal squatting. Preston's office said the department told them that after people were picked up multiple times, there may be an escalation, although it was not clear what that would look like.

Preston tweeted that the city "is preparing to start arresting people for public drug use. Arresting people for drug addiction is not "moderate" nor "commonsense." It's reactionary, cruel, and counterproductive."

The emergency management department said it stood by an earlier statement when asked for a response to Preston's comments, but did not provide more details about what exactly the plan would look like.

San Francisco Supervisor Dean Preston speaks during a rally outside City Hall in San Francisco, Calif., Tuesday, Dec. 13, 2022.
Stephen Lam, Staff Photographer / The Chronicle

"San Francisco is committed to caring for people experiencing substance use disorder on the streets, as well as, mitigating the harm caused to communities by open-air drug use," the city said in its earlier statement. "The City is developing a pilot program to address situations when someone is so far under the influence of drugs that they may pose a danger to themselves or others. We need every tool at our disposal to address the harm caused by open-air drug use."

Breed, who was asked by Board President Aaron Peskin during the supervisors' meeting Tuesday to do more to shut down open-air drug markets, said the city would be enacting local programs to end the disruptive behavior of people using drugs on the streets who refuse services. She praised Peskin for his concern, but took a swipe at an unnamed "certain member" of the board who vocally expressed opposition to some of the work – meaning Preston.

"I get that people have an issue with the fact that we are looking at being more aggressive with people struggling with drug addiction," said Breed, whose sister died of a drug overdose. "I want to make sure that person doesn't die. How do we do that? Force is going to have to be a part of it, whether people like it or not…Compassion is killing people."

Supervisor Matt Dorsey, a former police spokesman in recovery from substance use disorder who represents heavily affected neighborhood SoMa, applauded the mayor's move on Twitter on Tuesday and said it was one for which he has advocated.

A man sells items at UN Plaza in San Francisco, Calif., on Friday, Feb. 3, 2023. Some local business owners want the city to close the plaza due to it being overrun with illegal activity including vending.

Gabrielle Lurie/The Chronicle

ed it'll help save lives," Dorsey tweeted.

market fueling the worst public health

ost life-saving message we can send is

slature, which created the laws being

The same department made similar statements last year following Breed's declaration of an emergency over the drug crisis in the Tenderloin and her stated threats to offer drug users on the streets treatment or jail. They said police would join outreach workers to urge people to get help at the then-open Tenderloin Center, a multi-purpose drop-in center in UN Plaza.

During the emergency, police seized more drugs than the year before, and reported drug incidents increased. Last summer, the department made a push to engage with drug users and during several weeks in July, San Francisco police had issued tickets or made arrests in 129 cases involving a stand-alone allegation of possessing drug paraphernalia, compared with 89 issued through all of 2021 and the first six months of 2022 combined. More recent data wasn't immediately available. But the threat of enforcement against drug users did not bring about much noticeable change on the streets.

In September, District Attorney Brooke Jenkins said her office would also crack down on some drug users. She said her office would aggregate drug possession and paraphernalia charges for people with five or more citations, so that they can be treated as a single case. Jenkins will send these bundled cases to the Community Justice Center, a court that emphasizes restorative justice and services for people with addiction or mental health issues, primarily focusing on the Tenderloin, South of Market, Union Square and Civic Center neighborhoods.

Breed's administration has struggled to get more many people into treatment despite expanding beds and services. The Tenderloin Center closed in December, after Breed said it didn't get as many people into services as she hoped and neighbors complained about surrounding conditions. The area around the shuttered center has continued to deteriorate with drug use and unpermitted vending of stolen goods.

On Tuesday, Breed faced questioning from Peskin in the plaza, an unusual twist on her regular monthly appearance at their meeting, as he demands more action from her administration to clamp down on crime and open-air drug dealing in the area. But protesters caused Peskin to cut the outdoor portion of the meeting short and move back into the board chamber for Breed's response.

Local officials have sought more help from the state and federal governments to curb the crisis. At the start of May, Gov. Gavin Newsom brought in California Highway Patrol to the Tenderloin and SoMa for additional patrols targeting drug dealing. He also assigned California Guard officers to investigate high-level drug dealing rings.

5/24/23, 10:39 PM
Case 4:22-cv-05502-DMR   Document 130-7   Filed 05/25/23   Page 6 of 8
S.F. will be "more aggressive" with people struggling with addiction

Editor's note: This story has been updated.

Reach Mallory Moench: mallory.moench@sfchronicle.com

## Sign up for the Morning Fix newsletter

Top headlines from The Chronicle's newsroom

**Email**

SIGN UP

By signing up, you agree to our Terms of use and acknowledge that your information will be used as described in our Privacy Policy.

Written By
**Mallory Moench**

Reach Mallory on

Mallory Moench is a San Francisco City Hall reporter. She joined The San Francisco Chronicle in 2019 to report on business and has also written about wildfires, transportation and the coronavirus pandemic.

She previously covered immigration and local news for the Albany Times Union and the Alabama state legislature for the Associated Press. Before that, she freelanced with a focus on the Yemeni diaspora while studying at the City University of New York Graduate School of Journalism.

VIEW COMMENTS

## Top of the News

5/24/23, 10:39 PM
Case 4:22-cv-05502-DMR   Document 130-7   Filed 05/25/23   Page 7 of 8
S.F. will become "aggressive" with people struggling with addiction

#### Can Breed shut down 'drug supermarkets' in 90 days? Here's what experts say
Board of Supervisors President Aaron Peskin is increasingly confronting Mayor London Breed over San Francisco's escalating drug crisis, signaling an inflection point in the city's struggle to...

BY MALLORY MOENCH, J.D. MORRIS, NOAH ARROYO

S.F. downtown exodus: Another major retailer closes at Westfield mall
BY ROLAND LI

'Not what it used to be': How downtown Oakland's recovery compares to S.F.
BY SARAH RAVANI, ROLAND LI

Why California wineries are obsessed with this 32-year-old geologist
BY ESTHER MOBLEY

Historic bar returns to downtown San Francisco despite 'doom loop' fears
BY MARIO CORTEZ

San Francisco Chronicle                                                                 TOP

**ABOUT**

| | |
|---|---|
| Our Company | Your CA Privacy Rights (Shine the Light) |
| Terms of Use | DAA Industry Opt Out |
| Privacy Notice | Careers |
| CA Notice at Collection | Advertising |

### NEWSROOM

| | |
|---|---|
| Ethics Policy | News Tips |
| Our Use of AI | Newsroom News |
| Endorsement Process | |

### CONTACT

| | |
|---|---|
| Customer Service | Newsroom Contacts |
| FAQ | |

### SERVICES

| | |
|---|---|
| Subscriber Services | Membership |
| e-Edition | Place an Obituary |
| Reprints & Permissions | Store |
| Corporate Subscriptions | Subscription Offers |
| App | sfgate.com |
| Archives | |

Your Privacy Choices (Opt Out of Sale/Targeted Ads)

HEARST *newspapers*

©2023 Hearst Communications, Inc.