# EXHIBIT J

Date of posting: **2·25· 23**

Time of posting: **10 : 30**

Posted by: **T1947**    Vehicle# **00014**



**SAN FRANCISCO**
**PUBLIC**
**WORKS**

## SAN FRANCISCO PUBLIC WORKS

### 72-HOUR NOTICE OF PLANNED REMOVAL OF PROPERTY

Be advised that the [encampment and/or personal property] located at **350 Jones**
is in violation of City law. Any individuals residing in this area need to immediately move off this site and
remove any personal property they own.

On [Date] **2/28/23** [Time] **10:30** the City and County of San Francisco Public Works
will conduct a cleanup of the area, including the removal of all personal property, temporary shelters, junk
and/or garbage from the area.

Any personal property removed will be taken to the Public Works Operations Yard at 2323 Cesar Chavez
Street. Owners of the items should go to the Kansas Street entrance, at Marin Street, and call on the
intercom or call 415-695-2134.

For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m. There is no fee for
property storage or retrieval. Property not claimed within 90 days of the date of removal will be deemed
abandoned and will be destroyed.

Please be advised that the following types of items **will not be stored and may be discarded**:

1) Items that present an immediate threat to public health or safety (soiled, needles, infested with vermin)
2) Items that are evidence of a crime or contraband
3) Trash
4) Perishable food
5) Bulky items (i.e., furniture, mattresses, sheds, structures) ~~except tents and similar small~~
~~and handmade~~