# EXHIBIT M



PLEASE RESPECT THIS NEIGHBORHOOD:
DO NOT SET UP TENTS IN THE VICINITY.

# NO LODGING ZONE

Lodging on public property without permission is unlawful. Cal. Penal Code § 647(e).

The City and County of San Francisco recently worked to resolve illegal encampments in this area.

If you need shelter or if you see tents in this area, please contact 311.