LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **SUPPLEMENTAL DECLARATION OF JEZZEILLE MURDOCK** <br><br> **Judge:**   The Hon. Donna M. Ryu |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

# SUPPLEMENTAL DECLARATION OF JEZZEILLE MURDOCK

I, Jezzeille Murdock, hereby declare pursuant to 28 U.S.C. § 1746:

1. I have personal knowledge of the facts set forth in this declaration, and if call to testify I could competently do so.

2. I am 39 years old. I am involuntarily homeless. I have health conditions that limit the type of housing I am eligible for, but am actively searching for housing.

3. I previously submitted a declaration in support of the above case. Murdock Decl., Dkt. # 9-6 [4-53 – 4-55]. I submit this supplemental declaration regarding my experience during an HSOC encampment resolution on January 17, 2023.

4. A little after noon on January 17, 2023, HOT, DPW, SFPD, and SFFD arrived to where I was staying on Mission Street between 15th and 16th Streets.

5. I was given notice, both verbally and in writing, that the City would conduct a sweep on Friday. However, the City departments instead arrived on Tuesday. I was present when the sweep began. I was supposed to go to an orientation appointment for my General Assistance, but, when the City arrived, I knew from my previous experiences that I could not leave my belongings or they would be thrown away. I made the difficult choice to stay and try to protect what property I could, and I missed this important appointment.

6. When the City arrived, they told me I would have to move. The HOT team told me, "It's time to go." There was no indication that this was a temporary or voluntary request.

7. I was feeling unwell that day, so I was moving a bit slowly. Nonetheless, I tried to pack up as quickly as I could. As I was packing, the SFFD Incident Commander, Patrick, heckled me and told me to "just give in and throw in the towel."

8. I told City workers not to take my tent poles, as I needed them to erect shelter every night to protect myself from the elements. However, they did not listen to me and instead threw my tent poles away. Patrick also cut through and destroyed several of my tarps that I used for shelter.

9. That day, I lost many valuable belongings, including catering equipment that I use to supplement income, an electric bike, batteries and a charger, solar panels, and deeply

1

sentimental items like a ring and earring set that were commissioned by my deceased husband.

10. The City did offer me a congregate shelter space. I explained—as I have many times before—that I cannot accept a congregate shelter space because of my medical conditions. The SFFD Incident Commander said that he would attempt to find a hotel room for my campmate at the time and me. However, by the end of the sweep, we still had not been connected with viable shelter. Nonetheless, I had to leave the area with the belongings that I had managed to save. Although Patrick promised to follow up with us once he checked with his superior, I have not seen him since that time.

11. It is extremely traumatic to have to try and decide what belongings you grab in the chaotic moments of a sweep, when all of them are important to your daily survival and shelter means and needs.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 10, 2023 in San Francisco, California.

_____
Jezzeille Murdock