1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
2  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
3  Telephone: (415) 391-0600
4  al.pfeiffer@lw.com

5  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
6  Zal K. Shroff, MJP 804620, *pro hac vice*
7  131 Steuart Street, Ste. 400
   San Francisco, CA 94105
8  Telephone: (415) 543-9444
   zshroff@lccrsf.org
9

10 ACLU FOUNDATION OF NORTHERN
   CALIFORNIA
11 John Thomas H. Do, SBN 285075
   39 Drumm Street
12 San Francisco, CA 94111
   Telephone: (415) 293-6333
13 jdo@aclunc.org

14 *Attorneys for Plaintiffs*

15 *Additional Counsel Below*

16

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF KYLE ADAMS** <br><br> **Judge:**   The Hon. Donna M. Ryu |

1  LATHAM & WATKINS LLP
   Wesley Tiu, SBN 336580
2  Kevin Wu, SBN 337101
   Tulin Gurer, SBN 303077
3  505 Montgomery Street, Ste 2000
4  San Francisco, CA 94111
   Telephone: (415) 391-0600
5  wesley.tiu@lw.com
   kevin.wu@lw.com
6  tulin.gurer@lw.com

7
   LATHAM & WATKINS LLP
8  Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
   Telephone: (714) 540-1235
10 joseph.lee@lw.com

11
   LATHAM & WATKINS LLP
12 Rachel Mitchell, SBN 344204
   12670 High Bluff Drive
13 San Diego, CA 92130
   Telephone: (858) 523-5400
14 rachel.mitchell@lw.com

15
   LAWYERS' COMMITTEE FOR CIVIL
16 RIGHTS OF THE SAN FRANCISCO BAY AREA
   Elisa Della-Piana, SBN 226462
17 Hadley Rood, SBN 348168
   131 Steuart Street, Ste. 400
18 San Francisco, CA 94105
   Telephone: (415) 543-9444
19 edellapiana@lccrsf.org
20 hrood@lccrsf.org

21 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   Brandon L. Greene, SBN 293783
22 39 Drumm Street
   San Francisco, CA 94111
23 Telephone: (415) 293-6333
24 bgreene@aclunc.org

25

26

27

28

## DECLARATION OF KYLE ADAMS

I, Kyle Adams, declare:

1. I have personal knowledge of the facts set forth in this declaration and, if called to testify, could competently do so.

2. I am 39 years old. I am involuntarily homeless. I live on the streets of San Francisco ("City") with my wife, Katelyn Adams. For approximately the last month, we have lived in our tent on the northeast side of Leavenworth Street near Ellis Street in the City. We have been homeless, living in a tent, since SFPD and SFMTA towed our motor home where we had been parking in the City.

3. In the last year, my wife and I have been swept by the City at least ten times. Each time, the police tell us that we have to leave. Each time, we lose some of our belongings. We even lost our wedding rings during one sweep.

4. On January 23, 2023, at approximately 8 AM, the City showed up and told us that we would have to move from Leavenworth Street. All of the typical City departments were there: SFPD, SFFD, HOT, SFMTA, and DPW. No notice had been posted of the sweep. It was a complete surprise. Some DPW workers grabbed our property, which had been outside our tent, and threw it into their dump truck. These had been bags of our clothing, including my wife's shoes. We told them that the bags were our belongings. They refused to get the belongings out of the dump truck, telling us that the property had been "unaccounted for."

5. During that sweep, they moved a port-a-potty that was a few feet from our tent. Urine and feces leaked out and ran down the hill into our tent. One of the DPW workers told us that we would have to move right then and there or urine and feces would go over our belongings. It had only been approximately a half hour and we were still packing up. We grabbed everything that we could and hurried down the hill. We lost a lot of belongings that day, including clothes, food, and my wallet.

6. During that sweep, the HOT workers offered us shelter, but told us that we would have to be split up. We have been married for eleven years, but the City won't let us be in a shelter together. We really want to be off the street.

1

7. Four days later, on January 27, 2023, the City showed up again. The only warning that we received came the previous night, when a person came by our tent at approximately 6 PM and told us that we would have to move the next day. He said that the police would come the next day and have us move. He did not identify himself and we did not leave our tent to see who it was. No written formal notice was posted about that sweep either.

8. The City had showed up the morning of January 27th at approximately 9 AM. One of the HOT workers came by and asked if we would come out of our tent. We were getting dressed and could not come out at that moment. They told us that they could offer us shelter. We were very relieved. I told them that the shelter offer was a blessing. But then they said they were going to split us up again. They then criticized us, telling me that I didn't care about my wife because I wasn't willing to split up from her. I told them that I can't be separate from my wife. They didn't offer us anything after that.

9. During the conversation with the HOT worker, they told me that we would have to move. They told me that if we stayed then we would lose all of our belongings and maybe even get arrested. They said we would have to leave that block permanently.

10. After the HOT worker went away, the other City workers began doing their thing. The DPW workers started picking things up and the SFPD officers came by, likely to start telling us to leave.

11. Suddenly, the City workers all left. They all stopped what they were doing and disappeared. In all the sweeps that I have experienced, they have never done that. They've never just disappeared. It was weird.

12. Before they left, they told us that they would be doing these sweeps every four days.

13. After they left, a man came by and told us that he was an investigator with the ACLU. He explained that there is a current lawsuit against the City and a court order preventing the City from sweeping people and citing them for being homeless. In my opinion, the City left because he showed up.

14. I am very worried that if and when the ACLU leaves the city will come back and

force us to leave. I am confident that they will come back in four days and sweep us out of here.

15. The City doesn't treat us like we are humans. They treat us just like disposable people. They treat us the same way as the garbage that they throw in the street.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 27, 2023 at San Francisco, California.

*Kyle Adams*