1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
2  505 Montgomery Street, Ste 2000
3  San Francisco, CA 94111
   Telephone: (415) 391-0600
4  al.pfeiffer@lw.com

5  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
6  Zal K. Shroff, MJP 804620, *pro hac vice*
7  131 Steuart Street, Ste. 400
   San Francisco, CA 94105
8  Telephone: (415) 543-9444
   zshroff@lccrsf.org
9
   ACLU FOUNDATION OF NORTHERN
10 CALIFORNIA
   John Thomas H. Do, SBN 285075
11 39 Drumm Street
12 San Francisco, CA 94111
   Telephone: (415) 293-6333
13 jdo@aclunc.org

14 *Attorneys for Plaintiffs*

15 *Additional Counsel Below*

16
17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18                      **OAKLAND DIVISION**

19 | COALITION ON HOMELESSNESS, et al., | CASE NO. 4:22-cv-05502-DMR |
20 | Plaintiffs. | **DECLARATION OF DONOVAN EUGENE HARDING** |
   | v. | |
21 | CITY AND COUNTY OF SAN FRANCISCO, et. al., | **Judge:** The Hon. Donna M. Ryu |
22 | | |
23 | Defendants. | |

24
25
26
27
28

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

**DECLARATION OF DONOVAN EUGENE HARDING**

I, Donovan Eugene Harding, declare:

1. I have personal knowledge of the facts set forth in this declaration and, if called to testify, could competently do so.

2. I am 31 years old. I am involuntarily homeless. I have been homeless for approximately two years. I have lived on the streets of San Francisco ("City") for approximately three months. I mostly camp in my tent on Leavenworth Street just north of Ellis Street in the City.

3. On January 23, 2023 at approximately 8 AM, City workers came by the area where I camp – along with around 20 other people – and told me that I would have to move. No one had come by in advance and told us that we would have to move. There was no formal, written notice of the sweep either.

4. One of the City workers, a paramedic, told us that we would have to move. We asked him why a paramedic was telling us to move. He told us that he would get an SFPD officer to come tell us to move.

5. A few minutes later, a cop came over. He told us to move immediately. He told us "to get the hell out of there."

6. I started to pack up all my stuff and move as quickly as I could. I couldn't get anyone to help me. I moved everything I could but I wasn't fast enough. The paramedic picked up my tent – without asking me – and moved it up the hill. The DPW workers then tipped a port-a-potty that had been next to my tent and started spraying the ground. A lot of feces and urine leaked out of the port-a-potty and leaked downhill into the tents below mine.

7. The City came back and started to sweep me again on January 27, 2023. They showed up that morning at around 9 AM. Every City Department who do sweeps was there: SFPD, SFFD, HOT, SFMTA, and DPW.

8. No one had shown up before the sweep and given the notice of the sweep. No formal, written notice was posted of the sweep.

9. The first notice I received was from the HOT team. One of the HOT team workers

came by at around 9 AM and told us that we would have to move that morning. They told us that it would not be optional.

10. After the HOT workers came by, the DPW workers showed up. They threw me some trash bags and told us to start moving.

11. Just after that, though, the City suddenly left. They all just disappeared. It was very weird.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 27, 2023 at San Francisco, California.

*Donavan Eugene Harding*
Donavan Eugene Harding