LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br>   Plaintiffs. <br>   v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br>   Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF CARMEN MELENDEZ** <br><br> **Judge:**   The Hon. Donna M. Ryu |

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Wesley Tiu, SBN 336580<br>Kevin Wu, SBN 337101 |
| 3 | Tulin Gurer, SBN 303077<br>505 Montgomery Street, Ste 2000 |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 391-0600 |
| 5 | wesley.tiu@lw.com<br>kevin.wu@lw.com |
| 6 | tulin.gurer@lw.com |
| 7 | |
| 8 | LATHAM & WATKINS LLP<br>Joseph H. Lee, SBN 248046 |
| 9 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 10 | Telephone: (714) 540-1235<br>joseph.lee@lw.com |
| 11 | |
| 12 | LATHAM & WATKINS LLP<br>Rachel Mitchell, SBN 344204 |
| 13 | 12670 High Bluff Drive<br>San Diego, CA 92130 |
| 14 | Telephone: (858) 523-5400<br>rachel.mitchell@lw.com |
| 15 | |
| 16 | LAWYERS' COMMITTEE FOR CIVIL<br>RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 17 | Elisa Della-Piana, SBN 226462<br>Hadley Rood, SBN 348168 |
| 18 | 131 Steuart Street, Ste. 400<br>San Francisco, CA 94105 |
| 19 | Telephone: (415) 543-9444<br>edellapiana@lccrsf.org |
| 20 | hrood@lccrsf.org |
| 21 | ACLU FOUNDATION OF NORTHERN CALIFORNIA |
| 22 | Brandon L. Greene, SBN 293783<br>39 Drumm Street |
| 23 | San Francisco, CA 94111<br>Telephone: (415) 293-6333 |
| 24 | bgreene@aclunc.org |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## DECLARATION OF CARMEN MELENDEZ

I, Carmen Melendez, declare:

1. I have personal knowledge of the facts set forth in this declaration and, if called to testify, could competently do so.

2. I am 28 years old and involuntarily unhoused. I have been unhoused for approximately four years. I typically sleep in a tent on Myrtle Way and with a friend in their tent near the intersection of Leavenworth Street and Ellis Street in San Francisco ("City").

3. On January 27, 2023, at approximately 9:00 AM, I was sitting on the sidewalk next to the tent where I had stayed the night. At approximately that time, I began to see City workers show up at the group of tents. There were approximately seven tents and 15 people living outside in the cluster of tents in this area.

4. At approximately 9:30 AM that day, a worker from the City came up to me. He told me that the City might have shelter or services to provide me with. I asked him what he meant. He told me that he works for the City's Homeless Outreach Team.

5. As we were talking, I began sweeping up the dirt around the tent. He told me that I did not need to sweep because the City was coming to move us and clean the area. He told me that we would have to move from the area.

6. After he told me this, I told him that there was an injunction preventing the City from forcibly moving unhoused people on the street. He told me that the court order had been lifted and that the case was over. He told me that because the order was gone, I would have to move. Shortly after, he ended the conversation.

7. Over the next half hour, more and more City workers, including SFMTA, DPW, SFFD, and SFPD officers began to show up.

8. My conversation with the HOT worker was the first time anyone told me that I would have to move that day. There were no notices posted of this sweep and no one came by before the sweep to tell us that we would have to move.

9. I currently have a housing referral for a place on Howard Street, but have not been able to complete the process because the City keeps moving me around. Every time that the City

1

moves me around, I lose more and more of my property. This makes it very hard to keep the information I need to get real housing. It also destabilizes me, forcing me to cart around my belongings from place to place rather than focus on what I need to do.

10. As I was talking to an ACLU investigator after my conversation with the HOT worker, the City workers suddenly all left. The police, SFMTA, HOT, SFFD, et cetera suddenly drove away. I have been swept by the HOT and City workers at least thirty times before, through the City. I have never seen them all come, tell people that they would have to move, and then suddenly disappear before. In my opinion, the City workers left because the ACLU and Coalition on Homelessness workers were there and saw what they were doing.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 27, 2023 at San Francisco, California.

*Carmen Sierra Melendez*
Carmen Melendez