LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **SUPPLEMENTAL DECLARATION OF JOSHUA DONOHOE** <br><br> **Judge:**     The Hon. Donna M. Ryu |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

**SUPPLEMENTAL DECLARATION OF JOSHUA DONOHOE**

I, Joshua Donohoe, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Joshua Donohoe and I am thirty-three years old. I am a named plaintiff in the above-titled case. I previously submitted a declaration in this case describing my direct experiences with San Francisco's homelessness sweeps (Donohoe Decl., Dkt. # 9-4, 2-12 – 2-14).

2. I submit this supplemental declaration regarding my observations at the HSOC encampment resolution that took place on Willow Street on January 31, 2023.

3. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

**Observations at HSOC Encampment Resolution**

4. On January 31, 2023, I observed part of an encampment sweep at Willow Street between Polk Street and Van Ness while I was walking around the area. Based on what I know about the area, about 30-40 unhoused people resided at this site.

5. I arrived at the location at approximately 2:30 PM. When I arrived, HOT, SFPD, DPW, ERT, and Community Ambassadors were present. I did not see any notices posted in the area despite checking.

6. I spoke with a friend, who is an unhoused individual living at the site. He was told that if the people present at the site did not comply and move from the encampment, SFPD would have them put in jail. My understanding from these orders was that unhoused individuals were not to return to the area.

7. I observed several Department of Public Works (DPW) workers going through the encampment and throwing away unhoused people's property. I heard one City worker say that "everything must go." While unhoused people in the encampment were continuing to pack up their belongings, DPW workers picked up materials without asking the people present what items they wanted to keep and what items should be discarded.

8. The workers loaded what appeared to be many personal items into their dump trucks, including numerous tents, carts, and bikes. No apparent attempt to bag and tag these items

was made.

9. During my observation, I saw only two people receive transport to a shelter and it seemed as if other folks did not receive access to shelter. Nonetheless, at the end of the sweep, almost all of the unhoused individuals had vacated the site.

I declare under penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge in San Francisco, CA.

Executed on: February 3, 2023

Joshua Donohoe