LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | CASE NO. 4:22-cv-05502-DMR |
| Plaintiffs. | **DECLARATION OF ANDREW BERGER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et. al., | **Judge:**     The Hon. Donna M. Ryu |
| Defendants. | |

1   LATHAM & WATKINS LLP
    Wesley Tiu, SBN 336580
2   Kevin Wu, SBN 337101
    Tulin Gurer, SBN 303077
3   505 Montgomery Street, Ste 2000
4   San Francisco, CA 94111
    Telephone: (415) 391-0600
5   wesley.tiu@lw.com
    kevin.wu@lw.com
6   tulin.gurer@lw.com

7   LATHAM & WATKINS LLP
8   Joseph H. Lee, SBN 248046
    650 Town Center Drive, 20th Floor
9   Costa Mesa, CA 92626
    Telephone: (714) 540-1235
10  joseph.lee@lw.com

11  LATHAM & WATKINS LLP
12  Rachel Mitchell, SBN 344204
    12670 High Bluff Drive
13  San Diego, CA 92130
    Telephone: (858) 523-5400
14  rachel.mitchell@lw.com

15  LAWYERS' COMMITTEE FOR CIVIL
16  RIGHTS OF THE SAN FRANCISCO BAY AREA
    Elisa Della-Piana, SBN 226462
17  Hadley Rood, SBN 348168
    131 Steuart Street, Ste. 400
18  San Francisco, CA 94105
19  Telephone: (415) 543-9444
    edellapiana@lccrsf.org
20  hrood@lccrsf.org

21  ACLU FOUNDATION OF NORTHERN CALIFORNIA
22  Brandon L. Greene, SBN 293783
    39 Drumm Street
23  San Francisco, CA 94111
    Telephone: (415) 293-6333
24  bgreene@aclunc.org

25

26

27

28

## <u>DECLARATION OF ANDREW BERGER</u>

I, Andrew Berger, declare:

1. I have personal knowledge of the facts set forth in this declaration, and if call to testify I could competently do so.

3. I am 31 years old. I have been involuntarily homeless for the past 17 years on and off, since I was 14 years old. I lost my apartment in Paradise, California after the Camp Fire there in 2018. I have been homeless in California since then, struggling to find housing.

4. For the last two or three months, I have camped in my tent on Leavenworth Street in San Francisco ("City"), on the block between Ellis and O'Farrell.

5. Starting in early 2023, the City and its workers began coming to my tent and the others on that block, telling us that we would have to pack up. For the first real week of January 2023, the City workers were not that bad. They would tell us that we would not actually have to move, that they were just cleaning up, and that all we had to do was give them our trash.

6. That lasted a few weeks, however. Starting in mid-January, the City workers started telling us that we would have to move. They would come every four days and tell us that we would have to move or they would take our stuff.

7. On January 27, 2023, the City came and told us to move. This was the SFPD, SFFD, HOT, DEM, and DPW. They told us that we would have to move and that we didn't have a choice. But then, they suddenly disappeared that day, mid-way through the sweep.

8. The City came back on February 9, 2023, showing up at around 7 Am. They told us that we would have to move. The HOT workers told me that. They did not say what would happen if I did not move.

9. When they told us to move, the HOT workers told me that they would see if they had shelter for me. They said that they would see if they had shelter allocations. At the time, they told me to move, they said that they did not know if they would have shelter for me.

10. After they told me to move, I packed up everything I could and carried it up the block. I was not able to take all my belongings with me. I watched DPW workers throw the rest of my

1

1   stuff in their dump truck. I lost a few backpacks worth of belongings as I hurried up the block.

2

3   I declare under penalty of perjury that the foregoing is true and correct and that this declaration

4   was executed on February 9, 2023 at San Francisco, California.

5

6

7                                                    Andrew Berger

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2