LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>　　　　　　Plaintiffs.<br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et. al.,<br><br>　　　　　　Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**DECLARATION OF KATELIN BAGLEY-ADAMS**<br><br>**Judge:**　　The Hon. Donna M. Ryu |

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Wesley Tiu, SBN 336580<br>Kevin Wu, SBN 337101 |
| 3 | Tulin Gurer, SBN 303077<br>505 Montgomery Street, Ste 2000 |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 391-0600 |
| 5 | wesley.tiu@lw.com<br>kevin.wu@lw.com |
| 6 | tulin.gurer@lw.com |
| 7 | |
| 8 | LATHAM & WATKINS LLP<br>Joseph H. Lee, SBN 248046 |
| 9 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 10 | Telephone: (714) 540-1235<br>joseph.lee@lw.com |
| 11 | |
| 12 | LATHAM & WATKINS LLP<br>Rachel Mitchell, SBN 344204 |
| 13 | 12670 High Bluff Drive<br>San Diego, CA 92130 |
| 14 | Telephone: (858) 523-5400<br>rachel.mitchell@lw.com |
| 15 | |
| 16 | LAWYERS' COMMITTEE FOR CIVIL<br>RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 17 | Elisa Della-Piana, SBN 226462<br>Hadley Rood, SBN 348168 |
| 18 | 131 Steuart Street, Ste. 400<br>San Francisco, CA 94105 |
| 19 | Telephone: (415) 543-9444<br>edellapiana@lccrsf.org |
| 20 | hrood@lccrsf.org |
| 21 | ACLU FOUNDATION OF NORTHERN CALIFORNIA |
| 22 | Brandon L. Greene, SBN 293783<br>39 Drumm Street |
| 23 | San Francisco, CA 94111<br>Telephone: (415) 293-6333 |
| 24 | bgreene@aclunc.org |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# DECLARATION OF KATELIN BAGLEY-ADAMS

I, Katelin Bagley-Adams, declare:

1. I have personal knowledge of the facts set forth in this declaration, and if call to testify I could competently do so.

2. I am involuntarily homeless. I am 30 years old. I have been homeless, living on the streets of San Francisco ("City"), for approximately the last three years. I have been homeless since the City towed the RV in which my husband and I had been living.

3. I currently camp with my husband on Leavenworth Street just north of Ellis Street. We have been camping at this spot for the last few months.

4. On or around February 6, 2023, City workers with the Tenderloin District came by and put up a notice at our encampment. The notice, which is attached hereto as **Exhibit A**, said that we would have to move on February 9, 2023. The City workers posting the notice told me that they would be coming back on Thursday with the police and that we would have to move then.

5. I asked the City workers why they could force us to move. I told them that I thought they could not force us to move because there was an active court case. The City worker I told this to just shrugged and said that we would have to move so that they could clean the street.

6. On Thursday, February 9, 2023, the City came back. There were workers from SFPD, SFFD, DPW, HOT, et cetera. There were so many of them, more than twenty, with a lot of vehicles. They showed up at approximately 7 AM.

7. At approximately 8 AM, the police and other City workers started telling people that they would have to move. One of the HOT workers came up to me. He told me that all the tents would have to be down today. Shortly after that, someone from the City came by and started shaking our tent, telling us that we had to get out of our tent and move. They told us that if we did not move they would take our belongings.

8. Because of these threats, I immediately started packing up my tent to move along. I did

1  not want to lose my belongings.

4  I declare under penalty of perjury that the foregoing is true and correct and that this declaration
5  was executed on February 9, 2023 at San Francisco, California.

Katelin Bagley-Adams