# EXHIBIT A



**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

Resolution (02/09/23) THURSDAY
7:00am 300 - 400 Leavenworth (Eddy to O'Farrell)
1:00pm Shotwell 19th to 18th (also 19th btw Folsom to Shotwell, 18th btw Shotwell to Folsom)

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, and (4) perishable food.

We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.

---

**La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:**

Resolucion  02/09/23  JUEVES
7:00AM 300 - 400 Leavenworth (Eddy to O'Farrell)
1:00PM Shotwell 19th to 18th (also 19th btw Folsom to Shotwell, 18th btw Shotwell to Folsom)

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente