| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Alfred C. Pfeiffer, Jr., SBN 120965 |
|   | 505 Montgomery Street, Ste 2000 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: (415) 391-0600 |
| 4 | al.pfeiffer@lw.com |
| 5 | LAWYERS' COMMITTEE FOR CIVIL |
|   | RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 6 | Zal K. Shroff, MJP 804620, *pro hac vice* |
| 7 | 131 Steuart Street, Ste. 400 |
|   | San Francisco, CA 94105 |
| 8 | Telephone: (415) 543-9444 |
|   | zshroff@lccrsf.org |
| 9 | |
|   | ACLU FOUNDATION OF NORTHERN |
| 10 | CALIFORNIA |
|   | John Thomas H. Do, SBN 285075 |
| 11 | 39 Drumm Street |
| 12 | San Francisco, CA 94111 |
|   | Telephone: (415) 293-6333 |
| 13 | jdo@aclunc.org |

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | CASE NO. 4:22-cv-05502-DMR |
| Plaintiffs. | **DECLARATION OF HELEN HOFFMAN** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et. al., | **Judge:** The Hon. Donna M. Ryu |
| Defendants. | |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

# DECLARATION OF HELEN HOFFMAN

I, Helen Hoffman, declare:

1. I have personal knowledge of the facts set forth in this declaration, and if call to testify I could competently do so.

2. I am 55 years old. I am involuntarily homeless. I have been homeless for the last two weeks, when I was evicted from my apartment of 18 years after my partner was arrested. I was not on the lease and could not find another apartment, so I lost my housing. My apartment had been in the Tenderloin in San Francisco ("City").

3. Approximately two weeks ago, I began sleeping in a tent that I had bought from Target. I keep my tent on Leavenworth Street in San Francisco, on the block just south of Eddy Street.

4. On or around January 30, 2023, City employees with the San Francisco Police Department ("SFPD"), Homeless Outreach Team ("HOT"), and the Department of Public Works ("DPW") came by my tent and told me that I would have to move in two days so that they could clean the sidewalk. They did not say what would happen if I did not move.

5. Two days later, on February 1, 2023, the City did not show up. I had spent the previous two days packing up but the City never showed up.

6. On February 6, 2023, the City came back. HOT workers said to me that day that they would return on Thursday, February 9, 2023, and that I would have to move that day. They said that if we did not move they would take our property – including my tent – and hold it for 90 days. They said that there was a recently passed new law that allowed them to do that. The police were behind the HOT workers the whole time, looking at us threateningly. I felt like I could not say anything or push back on what the City was saying because the police were there.

7. On February 9, 2023, the City workers came back as promised. There were a lot of City workers: HOT workers, SFPD, DPW, SFFD, et cetera. They arrived at around 7 AM. The DPW workers and HOT workers told me that I would have to move, along with the other people camping near me. They told me that if we didn't they would take our belongings, including our tents, for 90 days. They said that we would have to move.

8. When the City told us to move, they said that they might have shelter for us, but they

said that they didn't know if or what type of shelter beds they would have. They did not say when they would know that they would have the shelter beds. Still, they said that we would have to move.

9. I asked the City workers where we could go. They told me that I could not stay on the street that I was on.

10. At approximately 9 AM, I moved my tent with the help of two other people in the encampment. We moved because I did not want to lose my belongings. A photo of two of my friends moving my tent is attached hereto as **Exhibit A**.

11. I feel like the City telling us to move like this is not right. It is harassment. They could clean the street without moving us. But instead they treat us like it is our fault that we are out here, but this isn't a choice. I don't want to be out here.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 9, 2023 at San Francisco, California.

_____
Helen Hoffman