LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF HENRY JONES** <br><br> **Judge:**   The Hon. Donna M. Ryu |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

# DECLARATION OF HENRY JONES

I, Henry Jones, declare:

1. I have personal knowledge of the facts set forth in this declaration and, if called to testify, could competently do so.

2. I am currently homeless. I have been homeless since July 28, 2022. I am involuntarily homeless. I have been sleeping in a tent on Sherman Street near Victoria Manalo Park since December 6, 2022.

3. On or around February 6, 2023 City officials came to my tent at approximately 7 AM. They told me that they were with the Homeless Outreach Team and that I had to move. They told me that if I did not move they would take my tent and go through my belongings.

4. That morning, they told me that I would have to move within the next few hours. I told them that I had thought there was a court order that prevented them from sweeping me. They told me that they did not care about the court order and that I would have to move.

5. At approximately 7:10 AM – only 5 or 10 minutes after they had told me to move – the City workers began throwing out my belongings. They threw away my bikes, two sets of tires, a dog stroller, a pair of shoes, and a lot of other possessions. None of it was trash. I told them that the belongings weren't trash and I wanted them back. They told me that the belongings were already on the truck and that I couldn't have them back. The incident commander, SFFD Captain Patrick Mullaney, told me, "Once it's on the truck, it's on the truck," and refused to give me my belongings back.

6. I then noticed that my dog was missing. I didn't see where my dog had gone, so I asked some people on the other side of the street what had happened to my dog. They told me that the City workers had taken my dog. I then went back up to the SFPD officers to ask for my dog back. They told me that they could not help me.

7. I spent the next thirty minutes looking for my dog, but I couldn't find him. I never found my dog and still have not.

8. At approximately 9 AM, the City left. They just left. They did not tell me why they had left or whether I would still have to move. It felt like they had come by just to terrorize me, to take

my belongings, and for no other reason.

9. On February 14, 2023, the City came back. They told me at approximately 7 AM that I would have to go and that all of my belongings would have to be moved. Patrick from SFFD told me that I would have to move. He did not tell me what would happen if I didn't move.

10. At first, Patrick told me that I would have to move by 11 AM. Then, he told me that I would need to move by 3:30 PM. He said that if any of my stuff remained on the block, they would throw it away.

11. I am tired of being constantly harassed by City workers, who come by, give me contradictory orders, and take my belongings with no notice. It seems like they can abuse me and other people on the street, and I can't do anything about it.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 14, 2023 at San Francisco, California.

_____  2/14/23
Henry Jones