LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **SUPPLEMENTAL SECOND DECLARATION OF JOSHUA DONOHOE** <br> **Judge:**   The Hon. Donna M. Ryu |

1  LATHAM & WATKINS LLP
   Wesley Tiu, SBN 336580
2  Kevin Wu, SBN 337101
   Tulin Gurer, SBN 303077
3  505 Montgomery Street, Ste 2000
4  San Francisco, CA 94111
   Telephone: (415) 391-0600
5  wesley.tiu@lw.com
   kevin.wu@lw.com
6  tulin.gurer@lw.com

7
   LATHAM & WATKINS LLP
8  Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
   Telephone: (714) 540-1235
10 joseph.lee@lw.com

11
   LATHAM & WATKINS LLP
12 Rachel Mitchell, SBN 344204
   12670 High Bluff Drive
13 San Diego, CA 92130
   Telephone: (858) 523-5400
14 rachel.mitchell@lw.com

15
   LAWYERS' COMMITTEE FOR CIVIL
16 RIGHTS OF THE SAN FRANCISCO BAY AREA
   Elisa Della-Piana, SBN 226462
17 Hadley Rood, SBN 348168
   131 Steuart Street, Ste. 400
18 San Francisco, CA 94105
   Telephone: (415) 543-9444
19 edellapiana@lccrsf.org
20 hrood@lccrsf.org

21 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   Brandon L. Greene, SBN 293783
22 39 Drumm Street
23 San Francisco, CA 94111
   Telephone: (415) 293-6333
24 bgreene@aclunc.org

25

26

27

28

# SECOND SUPPLEMENTAL DECLARATION OF JOSHUA DONOHOE

I, Joshua Donohoe, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am a plaintiff in this action. I am 33 years old. I live in San Francisco ("City").

3. On March 1, 2023, at approximately 8:30 AM, I went to an encampment located at O'Farrell Street between Jones Street and Taylor Street in the City. One of my friends was staying at this encampment and I went to visit them.

4. At approximately 10 AM that day, workers with the City's sweep team showed up. There were workers from the Homeless Outreach Team ("HOT"), San Francisco Fire Department ("SFFD"), San Francisco Police Department ("SFPD"), Department of Public Works ("DPW"), and San Francisco Municipal Transportation Authority ("SFMTA"). I counted approximately 2 cops, 2 firefighters, 3 DPW workers, 3 DPW trucks, 2 cop cars, and 4 HOT workers at least.

5. At approximately 10:15 AM, the SFFD officer came by. He told me and my friends that the HOT team was here to offer shelter and that after that DPW would be cleaning the sidewalks. I asked him what would happened if we refused to move. He told us that we would have to move and leave the area. I told him that that was incorrect. I told him about the court order and said that the owner of one of the tents was not there.

6. I told him that the City had not posted any notice of the sweep, as I did not see any notice posted near any of the half dozen tents I saw on the block. He first told me that the City did not have to post written notice of the sweep. He then told me that the City had posted the required notice.

7. Five minutes later, the SFFD officer came back to talk to me again. This time, he told me that he agreed with me and that there had not been any notice posted of the sweep. He said that because the City had not posted notice we would not have to move. Although he told me that, I did not see him go back around to the other people he had already talked to and tell them that they did not have to move. The people in the encampment were all hurriedly packing up.

8. I then went to talk to the other people in the encampment. They all told me that they had

1  been told to move and that no one had come by to say that they did not have to move.

3  I declare under penalty of perjury that the foregoing is true and correct, and that this declaration
4  was executed on March 1, 2023 in San Francisco, California.

                                                                        Joshua Donohoe

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DONOHOE 2ND SUPP. DECL.
CASE NO. 4:22-CV-05502-DMR