LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF COREY BARKLEY** <br><br> **Judge:**   The Hon. Donna M. Ryu |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

## **DECLARATION OF COREY BARKLEY**

I, Corey Barkley, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am currently homeless. I have been homeless for approximately three years now, the last 2.5 years in San Francisco ("City"). I mostly sleep in a tent near the corner of Masonic & Geary in the City. I am involuntarily homeless. I am 33 years old.

3. In the last two and a half years, I have been swept approximately 20 times by the City. The City workers come every month or so to tell me to move.

4. I have been swept approximately six times since December 24, 2022. These sweeps have not looked any different than those before then. I was only offered shelter at two of these sweeps.

5. I have a hard time trusting the City's offers of shelter. Approximately six to eight months ago, I was camping on Masonic near Geary Street. Around 7 AM one morning, the HOT workers came up to me. They asked me if I was interested in shelter. I said yes. They told me that I could go to an SRO on Post Street. I said yes. They told me that they would come back to pick me up.

6. I then waited on the curb for three hours but no one came. I just sat there and waited but they never came. As I waited, DPW workers took some of my bedding and clothes, which I let them take because I thought I was going to shelter. But no one ever came and I just ended up losing those belongings.

7. Since then, the HOT workers often reference that incident when they talk to me. They tell me things like, "Oh, you're the guy we forgot about that time."

8. Approximately one month ago, in or around late February 2023, the SFPD and DPW showed up to my tent and approximately noon one day. They told me that we would have to move within the next hour. HOT team was not there; it was only SFPD and DPW, so no one offered any shelter. No one offered shelter, they just said we would have to move. They did not tell us why or for how long.

9. That day, I lost a bed, some flashlights, my tent, and other belongings. A DPW worker threw it all in the back of his truck. He did not offer to store any of my property. I didn't know where I could take the bed and tent and couldn't carry the bed across the street, so I felt I had no

other options because they didn't offer to store it.

10. The most recent sweep I've experienced was on March 23, 2023. A few days before, the City came by and told us that they would be sweeping, but no one put up any notices, so I thought they weren't coming.

11. I first learned that the City was doing a sweep at around 1:30 PM on March 23. I was a few blocks away asking people for money so I can get something to eat. My friend at the encampment called me and told me that they were sweeping and that I should come back right away so that my belongings don't get taken. I hurried back to my tent.

12. When I got back to my tent, I moved it to the other side of the street, thinking that I would be okay there. Shortly after I had done so, someone with the HOT team came up to me. He asked me if I "wanted to go inside." I did not know what he meant. That offer means nothing to me. He did not offer me anything more specific than that. He then told me that DPW would be there shortly and that I would have to move from my new spot, before walking away.

13. I have had very bad experiences at some of the City's shelters, so I am hesitant when they don't say what shelter they are offering. When I first started living on the street of the City, I accepted an offered for a Navigation Center when they asked me, "Do you want to go inside?" without saying more. When I said yes, they transported me via ambulance, which was embarrassing. I arrived there, they told me that I couldn't bring anything with me. I had to empty out my pockets and was given a list of everything I could not have.

14. I stayed at that Navigation Center for two days. I felt like a cow in a slaughterhouse, packed in butt to elbow with everyone else. It was very claustrophobic. I have paranoid schizophrenia, and this environment was terrible for me. I felt trapped and kept thinking that someone could come in there with a gun and shoot the whole place up. I felt herded in, like I was in a compound. It really hurt my mental stability.

15. Since that time, I haven't been able to go back to Navigation Centers. But the only shelters I have been offered – if the City provides specifics at all – is to go to the Navigation Centers. That simply doesn't work for my disability.

16. Some of the City workers are very hostile and seem to want to destroy our belongings.

There is one Fire Chief who leads the sweep team who is particularly vicious. At one sweep, this Fire Chief repeatedly told me that I would have to move each time I had packed up and moved down the block. Each time I packed up and moved, he would come back and tell me that I could not stay where I was, without telling me where I could go. At another sweep, he picked up a tent that one of my friends was staying in and threw it in the back of a DPW truck, even as I told him that my friend was staying in the tent and would return shortly (my friend wasn't there at the time).

17. I have never seen the City store any property during a sweep. I've also never had the City offer to store any property for me. The City always only gives me two options: take what I can carry or lose it.

18. Shortly after completing this declaration, DPW came back. Without asking me, they grabbed my belongings and threw them in their dump truck. I lost my sleeping bag and all of my food. I tried to grab my bedding from the truck, but an SFPD officer stopped me, telling me that I could not grab anything from the truck. It is cold tonight and I don't know what to do.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 23, 2023 in San Francisco, California.

*Corey Barkley*
Corey Barkley