LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF THOMAS DRAPER** <br><br> **Judge:** The Hon. Donna M. Ryu |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

# **DECLARATION OF THOMAS DRAPER**

I, Thomas Draper, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am currently homeless. I currently live in my tent in San Francisco ("City") on Fern Street between Larkin Street and Polk Street. I have been living on or near this location for approximately nine months. I am originally from San Francisco. I am involuntarily homeless. I am 38 years old.

3. On March 30, 2023, at approximately 9 AM, I was walking from BART – after going to visit my family – when a friend of mine texted me and told me that the City was here to do a sweep. I hurried back to my tent.

4. When I got back to my tent, I saw a lot of City worker standing around or near my tent. I saw approximately five cops, some DPW workers, some HOT workers, and other City workers. I stood next to my tent and tidied up my belongings.

5. In the past nine months, the City has come by to do street cleaning every two to three weeks. Because I am not blocking the sidewalk or the street, the City has not forced me to move in the past. I only have to tidy up my stuff and then I'm allowed to stay where I am.

6. This time, however, was different. At approximately 11 AM, some City workers in tan jackets came up to me. They told me that I would have to move off the block for street cleaning and a big event. They told me I had to move but did not tell me where I could go. They did not tell me what would happen if I did not move. They also did not tell me how much time I had to move. They only asked me how much time I needed but did not say when I'd have to go.

7. When these workers came up to me, they did not offer me shelter or any other City services. They just told me that I would have to move.

8. I do not see any posters or notices up on the block about any street cleaning or coming events.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration

1

1 | was executed on March 30, 2023 in San Francisco, California.

_____
Thomas Draper