LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF TROY HAWTHORNE** <br><br> **Judge:**   The Hon. Donna M. Ryu |

1  LATHAM & WATKINS LLP
   Wesley Tiu, SBN 336580
2  Kevin Wu, SBN 337101
3  Tulin Gurer, SBN 303077
   505 Montgomery Street, Ste 2000
4  San Francisco, CA 94111
   Telephone: (415) 391-0600
5  wesley.tiu@lw.com
   kevin.wu@lw.com
6  tulin.gurer@lw.com

7
   LATHAM & WATKINS LLP
8  Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
   Telephone: (714) 540-1235
10 joseph.lee@lw.com

11
   LATHAM & WATKINS LLP
12 Rachel Mitchell, SBN 344204
   12670 High Bluff Drive
13 San Diego, CA 92130
   Telephone: (858) 523-5400
14 rachel.mitchell@lw.com

15
   LAWYERS' COMMITTEE FOR CIVIL
16 RIGHTS OF THE SAN FRANCISCO BAY AREA
   Elisa Della-Piana, SBN 226462
17 Hadley Rood, SBN 348168
   131 Steuart Street, Ste. 400
18 San Francisco, CA 94105
   Telephone: (415) 543-9444
19 edellapiana@lccrsf.org
20 hrood@lccrsf.org

21 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   Brandon L. Greene, SBN 293783
22 39 Drumm Street
23 San Francisco, CA 94111
   Telephone: (415) 293-6333
24 bgreene@aclunc.org

25

26

27

28

# DECLARATION OF TROY HAWTHORNE

I, Troy Hawthorne, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am currently homeless. I am involuntarily homeless. I currently live in a tent on King Street near Berry Street in San Francisco ("City"). I have been camping in this spot for approximately nine months now. I have been homeless in the City since 2015, living on the street most of the time. I am 39 years old.

3. I have a disability. I have broken my neck twice, in 2000 and 2019, meaning I have a lot of neurological damage. One of my feet has drop-foot, meaning that I cannot use it. I have trouble with balance. I have had three traumatic brain injuries and 19 concussions. Due to these injuries, I have a lot of trouble focusing and with my memory. I can't concentrate on anything. Due to these issues, I can't work.

4. Because of my disabilities, I use a wheelchair to get around. I can currently only walk 20 feet without my wheelchair. I need to use a cane for that.

5. I also have severe PTSD. In January 2018, while I was living in a tent on 5th and Harrison in the City, my tent was lit on fire by some kids while I was inside. I barely escaped. I had 3rd degree burns on 38% of my body. The doctor had to amputate seven fingers because they were so badly burned. I was hospitalized for seven months. Since then, I get night terrors in which I wake up screaming. I struggle with paranoia and trusting other people.

6. I have been in shelter in the City in the past. They have not worked for me. In or around 2020, I was placed in a Project Roomkey shelter. I stayed there for around two months. My PTSD made it very difficult for me to be there with other people.

7. I currently live on the street with my 17-year-oold son Aaron. I take care of him.

8. On April 6, 2023, at approximately 9 AM, City workers with the HOT team came to talk to me at my tent. They told me that the City was doing a sweep and asked if I was interested in shelter. I said yes. They then told me that my son could not go with me. They did not tell me why that was the case. They then offered me a hotel room that I would have to share with two other people. I told them that I couldn't do that because of my PTSD and my son. After that, they did

not offer me anything else.

9. Despite my disabilities, no City workers offered to help me move my stuff or give me more time because of my disabilities. When I was talking with an investigator with the ACLU, a SFFD Fire Captain came up to me, told me I would have to move off the street, and told me that the ACLU investigator would be able to help move my stuff. The ACLU investigator then helped move my stuff. No one from the City helped.

10. I do not know what I'm going to do tonight, April 6, 2023. I could not move my tent on my own, so I'll have to see if I can buy another one. I'll have to find a new place to sleep until the next sweep.

11. The City workers have told me that they will take me to COMPASS to put me on the waitlist for housing, but they said they don't know how long that will take – it won't be tonight.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 6, 2023 in San Francisco, California.

Troy Hawthorne