LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF KRYSTLE ERICKSON** <br><br> **Judge:** The Hon. Donna M. Ryu |

1  LATHAM & WATKINS LLP
   Wesley Tiu, SBN 336580
2  Kevin Wu, SBN 337101
   Tulin Gurer, SBN 303077
3  505 Montgomery Street, Ste 2000
4  San Francisco, CA 94111
   Telephone: (415) 391-0600
5  wesley.tiu@lw.com
   kevin.wu@lw.com
6  tulin.gurer@lw.com

7
   LATHAM & WATKINS LLP
8  Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
   Telephone: (714) 540-1235
10 joseph.lee@lw.com

11
   LATHAM & WATKINS LLP
12 Rachel Mitchell, SBN 344204
   12670 High Bluff Drive
13 San Diego, CA 92130
   Telephone: (858) 523-5400
14 rachel.mitchell@lw.com

15
   LAWYERS' COMMITTEE FOR CIVIL
16 RIGHTS OF THE SAN FRANCISCO BAY AREA
   Elisa Della-Piana, SBN 226462
17 Hadley Rood, SBN 348168
   131 Steuart Street, Ste. 400
18 San Francisco, CA 94105
   Telephone: (415) 543-9444
19 edellapiana@lccrsf.org
   hrood@lccrsf.org
20

21 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   Brandon L. Greene, SBN 293783
22 39 Drumm Street
   San Francisco, CA 94111
23 Telephone: (415) 293-6333
   bgreene@aclunc.org
24

25

26

27

28

**DECLARATION OF KRYSTLE ERICKSON**

I, Krystle Erickson, declare:

1. I have personal knowledge of the facts set forth in this declaration, and if called to testify I could competently do so.

2. I am involuntarily homeless. I am 42 years old. I have been homeless, living on the streets of San Francisco ("City"), for approximately 8 years.

3. I currently camp in a tent in Erie Alley. I have been staying in Erie Alley for about a year.

4. Several months ago, after the new year, DPW came through Erie Alley where I was staying. Only DPW was present; they came with approximately 4 trucks. The trucks already had items in them, as though DPW had previously been to other locations that morning.

5. DPW had posted no notice that they would be coming. Many of us had heard about the injunction and so were not expecting them to come and take our property with no notice.

6. When DPW arrived, they did not give us any option for anywhere else to go. No shelter offers were made.

7. That day, they took a bunch of belongings of mine that were by the side of my tent. My belongings were set neatly to the side of my tent and covered with a tarp. DPW took a brand-new Weber grill of mine that I had just recently purchased, which I had planned to cook steaks on. They also took some dishes and other camp gear. They took a suitcase with some of my clothes in it as well. There was no attempt made to bag and tag any of my or my friends' property.

8. I saw DPW tearing down my neighbor's tent, which was momentarily unattended. We shouted at DPW that the tent was clearly not abandoned or trash, and asked if any of our belongings would be bagged and tagged. They ignored us and continued throwing things into their trucks.

9. In total, I saw DPW take down 4 or so tents or tarps. They took several people's whole camps, just because the people who were staying there had stepped away for a moment. These were clearly set-up camps where people were obviously staying. I heard the workers declare

these momentarily unattended items abandoned and trash, then they threw them away.

10. It had been raining the night before, and the forecast predicted more rain later on. I did not understand why DPW would take someone's tent or tarp in that weather.

11. Approximately one week ago, someone came by and told me verbally that the City would be coming in a few days and that we would have to move. There was no indication that the move would be temporary. There was no posted notice.

12. I have not seen the City since then. I am not sure if they will come and force us to move. To my knowledge, no paper notice has been posted about this sweep.

13. I have noticed that, since the injunction, DPW will drive by and not pick up trash, even when it is clearly set aside and we want them to take it. We want clean streets also—I would like for DPW to pick up trash and keep the street clean, so long as they are not taking people's clearly unabandoned property.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 20, 2023 at San Francisco, California.

_Krystle Erickson_
Krystle Erickson