**LATHAM & WATKINS LLP**
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA**
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

**ACLU FOUNDATION OF NORTHERN CALIFORNIA**
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF NOAH VAN HARIN** <br><br> **Judge:** The Hon. Donna M. Ryu |

1  LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
2  Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
3  505 Montgomery Street, Ste 2000
San Francisco, CA 94111
4  Telephone: (415) 391-0600
wesley.tiu@lw.com
5  kevin.wu@lw.com
tulin.gurer@lw.com
6

7
LATHAM & WATKINS LLP
8  Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
Telephone: (714) 540-1235
10 joseph.lee@lw.com

11
LATHAM & WATKINS LLP
12 Rachel Mitchell, SBN 344204
12670 High Bluff Drive
13 San Diego, CA 92130
Telephone: (858) 523-5400
14 rachel.mitchell@lw.com

15
LAWYERS' COMMITTEE FOR CIVIL
16 RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
17 Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
18 San Francisco, CA 94105
Telephone: (415) 543-9444
19 edellapiana@lccrsf.org
hrood@lccrsf.org
20

21 ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
22 39 Drumm Street
San Francisco, CA 94111
23 Telephone: (415) 293-6333
bgreene@aclunc.org
24

25

26

27

28

## DECLARATION OF NOAH VAN HARIN

I, Noah van Harin, declare:

1. I have personal knowledge of the facts set forth in this declaration, and if call to testify I could competently do so.

2. I am involuntarily homeless. I am 30 years old. I have been homeless for approximately 4 years, living on the streets of San Francisco ("City"), for approximately the last 2 years.

3. In approximately February 2023, the City conducted a sweep where I was staying on Woodward and 14th Streets. They had posted one notice, but they only posted one notice, on a pole far away from where we were. I did not see the notice and therefore did not know the City would be coming.

4. About an hour before the sweep, an SFPD officer drove by to give us verbal warning that DPW would be coming. He said he would come back when DPW arrived. However, he never came back.

5. Only DPW was present during this sweep. I do not recall the HOT team being present that day; if they were, they did not talk to me. I was not given any offer of shelter.

6. DPW gave us approximately 30 minutes to try to gather what we could and move it out of the area before they started throwing away everything we had not yet moved. My then-partner and I immediately began grabbing our most valuable possessions and moving them across the street, but we were not able to move everything. As I tried to move some of my property across the street, away from the sweep. Every time I turned my back, DPW would grab more of my things.

7. They threw a few of my belongings onto their DPW truck, and they would not allow me to take them back. I heard the head DPW person point at my guitar case and say specifically to grab that. They threw it on the truck. He wondered what was in it and opened it, and he was upset that my guitar was not inside. I wanted my guitar case because I do own a guitar, and I asked specifically to get it off the truck, but he would not allow me to take it off the truck. They took suitcases with clothes in them as well, and also my tent.

8. There was no mention of bag and tag. In my recollection, I have never actually

heard the City talk about bagging and tagging our property. In the past, I have been to the DPW yard and have never been successful in retrieving any of my property.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 20, 2023 at San Francisco, California.

_____
Noah van Harin