LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

COALITION ON HOMELESSNESS, et al.,

Plaintiffs.

v.

CITY AND COUNTY OF SAN FRANCISCO, et. al.,

Defendants.

CASE NO. 4:22-cv-05502-DMR

**DECLARATION OF STEPHANIE GARCIA**

**Judge:** The Hon. Donna M. Ryu

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

**DECLARATION OF STEPHANIE GARCIA**

I, Stephanie Garcia, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I have been involuntarily unhoused for the past couple of years with my husband in San Francisco. We have been in TL, Willow, Ellis, San Bruno SIP hotels and have never been provided with housing. The hotel was shut down.

3. We try to keep our area clean. If we are not present, our stuff is taken by City workers. DPW and police force moves so fast I have to leave stuff behind. HOT comes and says they will return but never do. No posted notices, ever.

4. The police say move, and whatever I can't take, DPW removes. Never offered bag and tag. Then we move back after they leave.

5. We've lost tents, hygiene products, cell phones. Sometimes this causes us to lose each other and have to search since no phones.

6. The most recent sweep was near the end of February.

7. The City is not helpful at all—it's a hassle.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 24, 2023 at San Francisco, California.

Stephanie Garcia