LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF ABIMOLA MYERS** <br><br> **Judge:** The Hon. Donna M. Ryu |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

## DECLARATION OF ABIMOLA MYERS

I, Abimbola Myers, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am currently homeless. I have been homeless for approximately the last 20 years. I have lived on the streets of San Francisco ("City") for the vast majority of that time. I am involuntarily homeless. I am 40 years old.

3. I typically sleep in a tent near or around O'Farrell Street and Jones Street in the City. I live in my tent with my girlfriend.

4. I have been swept by the City approximately 50 times in the last year. The City comes by every week to tell me to move. When the City comes, I never know they are coming in advance of that day. There is no posted notice. The City just shows up in a convoy of vehicles, with the Police Department, DPW, SFFD, and the HOT team coming all at once. When they come, they all begin doing their work at once. They HOT workers will come talk to me while the DPW workers start grabbing my belongings and throwing them into their dumpsters. The HOT always want me to talk to them and answer their questions while the other workers are taking my stuff. It's always impossible to feel like I can talk to them.

5. I have lost so much property during these sweeps. I have lost tents, sleeping bags, bikes, coolers full of food, blankets to keep warm during winter, backpacks full of my coin collection, cell phones, and other belongings.

6. I have not noticed any change for the better since the court order in late December. In fact, the City ramped up its sweeps in January 2023. I have been swept at least 10 times since the beginning of the year. Sometimes they come twice a week, as if they are looking for the knockout blow. They have grabbed bikes, tents, and other property without any warning during these sweeps. No notice was posted at any of these sweeps except for one in late February.

7. At one sweep in or around January 2023, near the beginning of the month, the City showed up at around 9 AM. There was no notice posted – I did not know they were coming except for a bad feeling in my gut. They told me that I would have to move and that if I did not move they would have DPW grab my stuff and throw it in the trash. One of the SFPD officers told me this.

He told me that if I did not move I would suffer the consequences.

8. That officer told me that if I did not move he would run my name and arrest me if I had an active warrant. I have an old failure to appear warrant for an old driving without a license violation. I hurriedly packed up my stuff and left so that I would not get arrested.

9. That day, an SFPD officer told me that I could not take all of my belongings with me. He told me that I could only take three bags of property and that they would throw out the rest. They did not offer to bag and tag my property. In fact, the City has never offered to bag and tag my property. They have only ever offered me two options: bring what I could carry with me or lose it forever.

10. The HOT team did not come out that day. No one offered me or my girlfriend shelter during that sweep.

11. In the last two months, when the HOT team does come out and offer shelter, they only offer shelter for single people. My partner and I would have to be separated to accept this shelter. One time in or around January 2023, late in the month, a HOT worker told me that they did not have any housing for couples available but that they would come back when they did have that shelter available. I still was told to move that day. The HOT team never came back to offer couple shelter as they had promised.

12. On March 1, 2023 at approximately 8:00 AM, one DPW worker came by my tent at Jones and O'Farrell and told me that the City would be coming by later to do a sweep. This was the first I had heard of the sweep. The City had not posted notice of the sweep.

13. At approximately 10 AM that morning, the City came back. There were approximately 10 workers there that morning: people from HOT, DPW, SFMTA, SFFD, and SFPD. I saw dump trucks, cop cars, parking violation vehicles, and HOT vehicles.

14. After they showed up, an officer with SFFD came up to me. He told me that the SFFD, HOT, DPW, and SFPD were all there for a sweep. He told me that I had to grab what I could and separate out what was trash. They told me that I could grab my belongings and go up the block, but I was scared to do so because the City has thrown out my belongings in the past when I have

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

left them for 15 minutes.

15. After I talked to the Fire Department officer, an SFPD officer came up to me. He told me that I would have to move. He did not tell me why I would have to move or what would happen to me if I didn't move. He told me that I would have to move and that I had accumulated too many belongings.

16. I then briefly spoke with the HOT team. A HOT team worker asked me my name, even though they come at least once a week to talk to me. She did not offer anything after that. She did not offer me shelter or any other services.

17. I then hurriedly moved what I could off the block. I broke down my tent and wheeled what I could up off the block. I broke down my tent and wheeled what I could up off the block. I lost a lot of property, including a boke, a suitcase full of clothing and jackets, a backpack that included some paperwork for housing and DMW applications, paperwork of family member's phone numbers, some photos of me and my girlfriend, and other property. I lost all this property because I only had 30 minutes to an hour to pack up and move my property.

18. My partner struggles a lot during these sweeps. She often shuts down and struggles to pack up anything during the sweeps. I often have to attend to her and calm her down when I'm also trying to pack up our stuff so that it is not destroyed. It is highly stressful.

19. I hate these sweeps. The City targets us. It is 100% targeting. We are solely cast out, and selected for sweeps by the City. It is highly upsetting.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 1, 2023 in San Francisco, California.

*Abimbola Myers* (signature)