1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
2  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
3  Telephone: (415) 391-0600
4  al.pfeiffer@lw.com

5  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
6  Zal K. Shroff, MJP 804620, *pro hac vice*
7  131 Steuart Street, Ste. 400
   San Francisco, CA 94105
8  Telephone: (415) 543-9444
   zshroff@lccrsf.org
9
   ACLU FOUNDATION OF NORTHERN
10 CALIFORNIA
   John Thomas H. Do, SBN 285075
11 39 Drumm Street
12 San Francisco, CA 94111
   Telephone: (415) 293-6333
13 jdo@aclunc.org

14 *Attorneys for Plaintiffs*

15 *Additional Counsel Below*
16

17                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
18                       **OAKLAND DIVISION**

19

| COALITION ON HOMELESSNESS, et al., | CASE NO. 4:22-cv-05502-DMR |
|---|---|
| Plaintiffs. | **DECLARATION OF PAULINE WISE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et. al., | **Judge:**    The Hon. Donna M. Ryu |
| Defendants. | |

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Wesley Tiu, SBN 336580<br>Kevin Wu, SBN 337101 |
| 3 | Tulin Gurer, SBN 303077<br>505 Montgomery Street, Ste 2000 |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 391-0600 |
| 5 | wesley.tiu@lw.com |
| 6 | kevin.wu@lw.com<br>tulin.gurer@lw.com |
| 7 | |
| 8 | LATHAM & WATKINS LLP<br>Joseph H. Lee, SBN 248046 |
| 9 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 10 | Telephone: (714) 540-1235<br>joseph.lee@lw.com |
| 11 | |
| 12 | LATHAM & WATKINS LLP<br>Rachel Mitchell, SBN 344204 |
| 13 | 12670 High Bluff Drive<br>San Diego, CA 92130 |
| 14 | Telephone: (858) 523-5400<br>rachel.mitchell@lw.com |
| 15 | |
| 16 | LAWYERS' COMMITTEE FOR CIVIL<br>RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 17 | Elisa Della-Piana, SBN 226462<br>131 Steuart Street, Ste. 400 |
| 18 | San Francisco, CA 94105<br>Telephone: (415) 543-9444 |
| 19 | edellapiana@lccrsf.org |
| 20 | ACLU FOUNDATION OF NORTHERN CALIFORNIA |
| 21 | Brandon L. Greene, SBN 293783<br>John Do, SBN 285075 |
| 22 | 39 Drumm Street<br>San Francisco, CA 94111 |
| 23 | Telephone: (415) 293-6333<br>bgreene@aclunc.org |
| 24 | jdo@aclunc.org |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**DECLARATION OF PAULINE WISE**

I, Pauline Wise, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am currently homeless, I have been homeless on and off for 15 years. I am 44 years old. I am involuntarily homeless.

3. At the beginning of February at about 7am we were woke up with no warning, someone was shaking our tents and told us we needed to get the hell out of here and that we weren't supposed to be here. I was very scared. As soon as I got out of my tent a person working for DPW got out a big long knife which he used to shred the tent. All of the other workers were shredding other tents.

4. The people working for DPW were taking furniture and drawers full of property and throwing it in the back of the truck. As I was turning around I saw the worker who woke me up lift my dad's guitar in the air and crush it against the sidewalk. That guitar was the last thing I had from my father, and it was destroyed. The workers were laughing the whole time.

5. In my nightstand there were my mom's pearls, engagement ring, and anniversary band. These were very sentimental and they took them. I saw one worker put all of the jewelry into his pocket and get in the truck. I tried telling them those were my mom's but they just responded with they belong to the City now.

6. At a different sweep in late February my $259 tent from REI was taken by DPW. I never received any notice of this sweep. They also took my laptop, tablet, and phone – I had just purchased. I cannot keep in contact with my family without these things. I also have social anxiety so communicating is very hard without my devices.

/   /   /   /

/   /   /   /

/   /   /   /

1

7. People need to understand that this is our home. How would DPW like it if we came into their home and threatened them or destroyed their belongings?

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 28, 2023 in San Francisco, California.

Pauline Wise