LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br>       Plaintiffs. <br>   v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br>       Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF PETER CALLOWAY** <br><br> **Judge:**    The Hon. Donna M. Ryu |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

**DECLARATION OF PETER CALLOWAY**

I, Peter Calloway, hereby declare pursuant to 28 U.S.C. § 1746:

1.  My name is Peter Calloway and I am above 18 years of age. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

2.  I am a Deputy Public Defender at the San Francisco Public Defender's Office. I have worked at the San Francisco Public Defender's Office for approximately 5 years, 2 of those years as a legal fellow and 3 of those years as a Deputy Public Defender. Because of my work as a public defender, I am deeply familiar with state and local criminal laws. I was also made aware of the district court's injunction in this case because the injunction impacts many of my indigent clients.

3.  On April 21, 2023 at approximately 8:19 AM, while walking to work, I observed three uniformed SFPD officers in a marked SFPD vehicle facing southwest down Stevenson Street—just west of 7th Street. A reference photo of the area from Google Street View is attached hereto as **Exhibit A**.

4.  There were approximately a dozen people onsite who appeared to me to be unhoused. They looked like they had been living outside for some time, were wearing worn clothes, and appeared to have experienced sun damage. Although I did not see any tents set up in the area, I believe several of the individuals had suitcases with them. Some people were sitting down while others were simply standing with their belongings. To my view, none of the individuals appeared to be blocking the sidewalk in any significant way.

5.  The SFPD vehicle was either stationary or moving very slowly when I observed it at approximately 8:19 AM. It flashed its lights and siren, and one of the officers—I believe the driver—shouted something through the loudspeaker. It sounded like he said, "Let's go!" This command seemed directed at the unhoused people onsite, and it was clearly intended to make them leave the area. I believe they all left the immediate vicinity quickly once the officer shouted his command.

6.  There was no indication that any offers of shelter had been made to these

1

individuals. I saw the officers approach the unhoused individuals with their vehicle and believe I would have heard if they had offered shelter. No other City or County officials were present to my knowledge.

7.  I took a photo, attached as **Exhibit B**, identifying the police car and the officer driving the car. I then approached the officers' vehicle on the driver's side and asked what the basis was for ordering the unhoused people to leave. The driver responded, "sit and lie." I asked for the officer's star number, and he said nothing. I leaned forward and identified his star number as "750."

8.  The SFPD officer drove the car away slowly. I took another photo, attached as **Exhibit C**, as the police car drove away. As I continued to watch the area, the SFPD vehicle proceeded slowly down Stevenson Street with its lights on, made a U-turn, and drove slowly back down Stevenson toward 7th Street—the area where the unhoused people had just been forced to leave. The car stopped on Stevenson and 7th Street.

I declare under penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge, and that I executed this declaration on April 24, 2023 in San Francisco, California.

*/s/ Peter Calloway*
Peter Calloway