# EXHIBIT A

TO

DECLARATION OF PETER CALLOWAY

