# EXHIBIT B

TO

DECLARATION OF PETER CALLOWAY

