# EXHIBIT C

TO

DECLARATION OF PETER CALLOWAY

