LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF DAVID MARTIN** <br><br> **Judge:**     The Hon. Donna M. Ryu |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

# DECLARATION OF DAVID MARTIN

I, David Martin, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am currently homeless. I have been living on the streets of San Francisco ("City") since August 2022. I am involuntarily homeless. I currently live in my tent on Fern Street between Larkin Street and Polk Street in the City. I am 58 years old.

3. I have a disability. I have sciatica. I have had sciatica since I was 18. It is debilitating and causes me extreme pain. I also have chronic neck and knee problems from a motorcycle accident in the 80s. As a result of my disabilities, I often struggle to pack up my belongings when the City staff come to tell me to move during a sweep. The City has never offered to assist me or give me more time to move during a sweep because of my disability.

4. I have stayed at multiple shelters in the City, but my experiences there have made me afraid to go back to congregate shelters in the City. I stayed at one shelter at Saint Anne's Church in January 2023 for approximately ten days. The staff there mistreated us terribly. They would often keep us outside in the raid, not letting us inside during the January storms. There were no washing facilities. The staff ran the place like a boot camp. For instance, if I tried to set up a fold-up bed for my disability – so that I would not have to get up from the ground, which is painful to me because of my disability – staff would take that away, even if I told them I needed the accommodation for my disability.

5. At another City shelter, the Next Door Shelter, on or around the first week of January 2023, I was kicked out after staff falsely claimed that I had been played "hide-and-go-seek" with the security staff at the shelter. I had no idea what that meant. When I asked them for an explanation, they claimed that I had been hiding from them and told me to leave.

6. I have been swept at least 30 times by the City since August 2022. Since January 2023 I have been swept at least 20 times. Staff have offered me shelter at only some of these sweeps.

7. After I left the City shelters in January 2023, I started sleeping in doorways near Bill Graham Auditorium. Multiple times a week, the City Police would come by and tell me that I would have to move. This happened nearly every morning at 6:30 AM. They would not offer me

shelter – HOT was never there – but only tell me that I would have to move immediately so that they could power-wash the streets. They never provided notice before these sweeps.

8. At one sweep in late February 2023, on the block I was staying at the time (Hemlock and Larkin in the City), an SFPD officer came by and told me that I had to move or he would arrest me. He did not tell me what he would arrest me for if I did not move. I hurriedly packed up, hurting my back, so that I would not get arrested. No one offered me shelter that day.

9. I have lost a lot of personal property during sweeps because the City doesn't give me enough time to pack up. I have lost phones, bedding, food, clothing, a brand new backpack, and a lot of other property. The City has never offered to store nor has stored any of my property for me. At one sweep in January 2023, I asked a police officer if the City could store my property. He refused.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 30, 2023 in San Francisco, California.

David Martin