LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF SAVANNAH WALTIER** <br><br> **Judge:**   The Hon. Donna M. Ryu |

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Wesley Tiu, SBN 336580 |
|   | Kevin Wu, SBN 337101 |
| 3 | Tulin Gurer, SBN 303077 |
|   | 505 Montgomery Street, Ste 2000 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 391-0600 |
| 5 | wesley.tiu@lw.com |
|   | kevin.wu@lw.com |
| 6 | tulin.gurer@lw.com |
| 7 | |
|   | LATHAM & WATKINS LLP |
| 8 | Joseph H. Lee, SBN 248046 |
|   | 650 Town Center Drive, 20th Floor |
| 9 | Costa Mesa, CA 92626 |
|   | Telephone: (714) 540-1235 |
| 10 | joseph.lee@lw.com |
| 11 | |
|   | LATHAM & WATKINS LLP |
| 12 | Rachel Mitchell, SBN 344204 |
|   | 12670 High Bluff Drive |
| 13 | San Diego, CA 92130 |
|   | Telephone: (858) 523-5400 |
| 14 | rachel.mitchell@lw.com |
| 15 | |
|   | LAWYERS' COMMITTEE FOR CIVIL |
| 16 | RIGHTS OF THE SAN FRANCISCO BAY AREA |
|   | Elisa Della-Piana, SBN 226462 |
| 17 | 131 Steuart Street, Ste. 400 |
|   | San Francisco, CA 94105 |
| 18 | Telephone: (415) 543-9444 |
| 19 | edellapiana@lccrsf.org |
| 20 | ACLU FOUNDATION OF NORTHERN CALIFORNIA |
|   | Brandon L. Greene, SBN 293783 |
| 21 | 39 Drumm Street |
|   | San Francisco, CA 94111 |
| 22 | Telephone: (415) 293-6333 |
| 23 | bgreene@aclunc.org |

# DECLARATION OF SAVANNAH WALTIER

I, Savannah Waltier, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an intern with the Coalition on Homelessness ("COH" or "the Coalition"). I have been interning at the Coalition since September 2022. I recently graduated from the University of San Francisco with a Bachelor's Degree in Environmental Science.

2. As part of my work with the Coalition, I regularly monitor San Francisco's Healthy Streets Operation Center ("HSOC") encampment resolutions and have personally witnessed over thirteen encampment resolutions.

3. I submit this declaration regarding my observations at HSOC encampment resolutions after the preliminary injunction was issued.

4. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

**Observations at HSOC Encampment Resolutions**

5. I have observed at least seven sweeps since the Preliminary Injunction in the above-captioned case was issued on December 23, 2022.

6. *Forced Move-Alongs*: In my observation, during morning sweeps, the City does not know what shelter availability looks like when City employees first arrive to the site. In fact, the Housing Outreach Team ("HOT") does not appear to know what shelter beds are actually available until at least 9 AM or 10 AM or later. Yet, the City still comes to encampments with a lot of City workers and a heavy police presence well before that time.

7. The sheer number of workers appears to be a scare tactic where unhoused individuals are intimidated into moving along. Often, City workers will arrive and will hover around the area for hours without explaining what is happening to the unhoused people staying at the site.

8. In particular, on February 28, 2023, I observed a sweep at Larch from Franklin to Van Ness in the pouring rain. SFPD, DPW, HOT, SFFD, and SFMTA were all present. Of the four individuals I spoke with, only one reported receiving verbal notice; the other three reported no verbal or written notice. I did not observe any posted notice but did observe a "no lodging

zone" sign posted at the site (attached hereto as **Exhibit A**). It did not appear that the City was giving concrete shelter offers.

9. *Property Destruction:* At two different sweeps, I have witnessed DPW workers seize unhoused individuals' tents and dump them into the backs of the DPW trucks. These tents were clearly neither abandoned nor trash. The tents contained other belongings and in usable condition. I have not witnessed any attempt to bag and tag the tents nor any belongings inside of the tents.

10. In particular, I observed one sweep on March 30, 2023, on Hemlock Street and Fern Street between Polk and Larkin. SFPD, DPW, HOT, SFFD, and SFMTA were all present at the site. Of the ten individuals present at this operation, at least two were not offered shelter. DPW took property from at least four individuals, including a mattress and other items. In my observation, people appeared to feel pressured to have DPW throw away their belongings.

11. This appears to be a pattern, as unhoused individuals appear pressured to give up some of their items to DPW workers so that DPW will not take the rest of their belongings. I have observed that unhoused individuals appear reluctant to give up their belongings but, under pressure from DPW workers standing close by, will designate certain items that DPW can take so that they could keep other belongings. City employees also take these belongings without giving the property owners information or notice on how they can retrieve their property.

12. I declare under penalty of perjury that the contents of this declaration are true and correct to the best of my knowledge, and that I executed this declaration on May 24, 2023 in San Francisco, California.

*Savannah Waltier*
Savannah Waltier