LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF STEVEN GARRETT** <br><br> **Judge:** The Hon. Donna M. Ryu |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
John Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org
jdo@aclunc.org

# DECLARATION OF STEVEN GARRETT

I, Steven Alan Garrett, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am 45 years old. I am involuntarily homeless and have lived on the streets of San Francisco for 4 and a half years. Within that time, I have had my personal possessions taken by the city a couple of dozen times.

3. I currently live on California Street close to the corner of Presidio Avenue and across the street from the Jewish Community Center.

4. Today at 1 p.m., I was approached by community members who told me that at 1:30 p.m. the San Francisco's HSOC was scheduled to be where. I am now to clean the sidewalk where I live. As far as I know, no one of us who live close together, was previously notified of a cleaning in writing or orally.

5. As it worked out, HSOC never did come this afternoon.

6. Three weeks ago, within the last two weeks of April, I was living on the median at Octavia and Waller, across from the freeway entrance and exit. I needed to go to the GA office. When I returned around 1 or 2 p.m. a DPW pick-up truck was full of pretty much all of my stuff.

7. I asked the DPW worker for him to give me my things back. He said he could not because the things were already in the truck. He did not bag and tag my things.

8. There was a bike and my tent that he did not put in the truck yet.

9. What the DPW worker did take are: my paper work, tools that I needed for my work, socket wrench set, alien wrenches, phone chargers, all my food and the cooler it was in, an inflatable mattress, blankets and pillow, and all my clothes.

10. I felt messed up. I didn't know what I was going to do. But it happens when you're out here on the street. And you never know when it is going to happen.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 12, 2023 at San Francisco, California.

_____
Steven Garrett