1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
2  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
3  Telephone: (415) 391-0600
4  al.pfeiffer@lw.com

5  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
6  Zal K. Shroff, MJP 804620, *pro hac vice*
7  131 Steuart Street, Ste. 400
   San Francisco, CA 94105
8  Telephone: (415) 543-9444
   zshroff@lccrsf.org
9

10 ACLU FOUNDATION OF NORTHERN
   CALIFORNIA
11 John Thomas H. Do, SBN 285075
   39 Drumm Street
12 San Francisco, CA 94111
   Telephone: (415) 293-6333
13 jdo@aclunc.org

14 *Attorneys for Plaintiffs*

15 *Additional Counsel Below*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| COALITION ON HOMELESSNESS, et al., | CASE NO. 4:22-cv-05502-DMR |
|---|---|
| Plaintiffs. | **DECLARATION OF JERRY CANNON** |
| v. | **Judge:**     The Hon. Donna M. Ryu |
| CITY AND COUNTY OF SAN FRANCISCO, et. al., | |
| Defendants. | |

1  LATHAM & WATKINS LLP
   Wesley Tiu, SBN 336580
2  Kevin Wu, SBN 337101
3  Tulin Gurer, SBN 303077
   505 Montgomery Street, Ste 2000
4  San Francisco, CA 94111
   Telephone: (415) 391-0600
5  wesley.tiu@lw.com
   kevin.wu@lw.com
6  tulin.gurer@lw.com

7
   LATHAM & WATKINS LLP
8  Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
   Telephone: (714) 540-1235
10 joseph.lee@lw.com

11
   LATHAM & WATKINS LLP
12 Rachel Mitchell, SBN 344204
   12670 High Bluff Drive
13 San Diego, CA 92130
   Telephone: (858) 523-5400
14 rachel.mitchell@lw.com

15
   LAWYERS' COMMITTEE FOR CIVIL
16 RIGHTS OF THE SAN FRANCISCO BAY AREA
   Elisa Della-Piana, SBN 226462
17 Hadley Rood, SBN 348168
   131 Steuart Street, Ste. 400
18 San Francisco, CA 94105
   Telephone: (415) 543-9444
19 edellapiana@lccrsf.org
   hrood@lccrsf.org
20

21 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   Brandon L. Greene, SBN 293783
22 39 Drumm Street
   San Francisco, CA 94111
23 Telephone: (415) 293-6333
   bgreene@aclunc.org
24

25

26

27

28

## **DECLARATION OF JERRY CANNON**

I, Jerry Cannon, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am currently homeless and I stay in my tent on Alameda and San Bruno. I have been living in San Francisco for 11 years. I am involuntarily homeless. I am 56 years old.

3. About 3 weeks ago, the City—DPW—took my tent, took 3 phones in my tent, a tablet and a laptop. I was out looking for work, and when I came back, my tent, everything was gone and a friend of mine told me that DPW came and took my stuff from where I was staying on Mission and 15th.

4. Without my phone, laptop, and tablet I cannot do my work to make money. I put my email out there so people can contact me if they need a repair for a good price. It's quality work at a fair price.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 20, 2023 at San Francisco, California.

*Jerry Cannon*
Jerry Cannon