LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF MAURICE MORAN** <br><br> **Judge:**       The Hon. Donna M. Ryu |

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
Hadley Rood, SBN 348168
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org
hrood@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

# DECLARATION OF MAURICE MORAN

I, Maurice Moran, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am currently homeless. I have been living on the streets of San Francisco ("City") in a tent for approximately six months. I currently live in a tent on Mission Street near the intersection with 7th Street. I am 54 years old.

3. I have been swept by City workers many times in the last six months. During these sweeps I often lose a lot of property that the City takes from me. For instance, during one sweep two days after my birthday in late September 2022, I lost a lot of brand-new clothing that my ex-wife had bought for me only two days prior for my birthday. I hadn't even worn the clothing yet, but DPW workers took it from me and threw it in a dump truck. When I asked for it back, they told me that once it was on the truck it wasn't coming back.

4. In another sweep in early January 2023, the City workers took my ID, my SSI card, and other property that was in a backpack. I had gone away for 15 minutes, down the block, and the City workers threw out my stuff without asking me first. Without my SSI card, I haven't been able to get my SSI for nearly 3 months now.

5. That sweep also made me scared to ever leave my tent. I feel like I can't look for work, reapply for benefits, or find other help because if I do leave I may come back and all my stuff will be gone.

6. On March 3, 2023, at approximately 9 AM, City workers showed up for a sweep. There were two City firefighters, two SFMTA workers, four cops, four DPW workers, and around four HOT outreach workers. The HOT workers came up to me first and asked me if I was interested in shelter. I told them yes but told them I could not go to a congregate shelter and sleep near strangers. I was previously raped at one congregate shelter and don't like to talk about it, but now I can't go to sleep or feel safe at congregate shelters. After I told the HOT workers this, they told me that they did not have any noncongregate shelters to offer me. They then walked away.

7. Shortly afterwards, another man came up. He introduced himself as an investigator with

the ACLU. He said that there was a current lawsuit against the City about their treatment of homeless people.

8. Shortly after he talked to me, the City workers' behavior changed. Around that time, one of the firefighters had told me that one of the tents, which I knew belonged to my friend, was abandoned. I was worried that they were going to take it. The firefighter then walked away. The DPW workers then took one tent belonging to a friend of mine, telling me it was dirty and a health hazard. I had to argue with them to take some of the backpacks and other property out of the tent so that my friend's stuff was not all destroyed. The City workers with DPW then began pressure-washing the sidewalk where my friend's tent had been.

9. Right after they did all this and I had just talked to the man from the ACLU, the City workers seemed to change their minds. They told me that they would only be taking that one tent and all suddenly left, every one of them. I have not seen this happen before. In my opinion, they left because the man from the ACLU showed up. I am worried, though, that they will come back soon and force me to move.

10. When they came this day, March 3, 2023, they did not give any warning. I did not see any notice posted and did not know that they were coming.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 3, 2023 in San Francisco, California.

_Maurice Moran_ (signature)
Maurice Moran