LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF RONALD WILSON** <br><br> **Judge:** The Hon. Donna M. Ryu |

1  LATHAM & WATKINS LLP
   Wesley Tiu, SBN 336580
2  Kevin Wu, SBN 337101
   Tulin Gurer, SBN 303077
3  505 Montgomery Street, Ste 2000
4  San Francisco, CA 94111
   Telephone: (415) 391-0600
5  wesley.tiu@lw.com
   kevin.wu@lw.com
6  tulin.gurer@lw.com

7
   LATHAM & WATKINS LLP
8  Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
   Telephone: (714) 540-1235
10 joseph.lee@lw.com

11
   LATHAM & WATKINS LLP
12 Rachel Mitchell, SBN 344204
   12670 High Bluff Drive
13 San Diego, CA 92130
   Telephone: (858) 523-5400
14 rachel.mitchell@lw.com

15
   LAWYERS' COMMITTEE FOR CIVIL
16 RIGHTS OF THE SAN FRANCISCO BAY AREA
   Elisa Della-Piana, SBN 226462
17 Hadley Rood, SBN 348168
   131 Steuart Street, Ste. 400
18 San Francisco, CA 94105
19 Telephone: (415) 543-9444
   edellapiana@lccrsf.org
20 hrood@lccrsf.org

21 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   Brandon L. Greene, SBN 293783
22 39 Drumm Street
23 San Francisco, CA 94111
   Telephone: (415) 293-6333
24 bgreene@aclunc.org

25

26

27

28

# **DECLARATION OF RONALD WILSON**

I, Ronald Wilson, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am a disabled man. I use a wheelchair and have heart problems. I currently live in an SRO, where I have lived for two years after spending eight years on the streets of San Francisco ("City"). I am 33 years old.

3. On March 3, 2023, at approximately 8:30 AM, I went to an encampment at Minna Street and 7th Street in the City to visit some friends.

4. Around a half hour later, at approximately 9 AM, workers with the City's sweeps team showed up. I saw workers with HOT, DPW, SF Fire Department, and SFPD show up. They began talking to people. I could not overhear what they were saying to the people at the encampment.

5. At approximately 9:45 AM, I overheard the City workers talking. I heard one of them say that they would be returning the next day to force people to move. One of the HOT workers said that they were there to get a head count today and that tomorrow they would be back to force people to move.

6. The encampment at Minna Street has around 9 tents and around 15 people staying at it. At this time, I do not see any notice posted of any street cleaning or sweep even though the City workers said that they would be back only tomorrow to force everyone to move.

7. Shortly after I overheard the City say this, I talked to a man who introduced himself as an investigator with the ACLU. He told me that there is a current lawsuit about the City's homeless sweeps and practices. Shortly after he showed up, the City all left – all the cops and DPW workers and HOT team members.

8. In my opinion, the City decided to leave, not sweep the encampment today, and come

1  back to sweep the encampment tomorrow because the man with the ACLU showed up.

2

3  I declare under penalty of perjury that the foregoing is true and correct under the

4  laws of the United States of America, and that this declaration was executed on March 3,

5  2023 in San Francisco, California.

*[signature]*

Ronald Wilson