LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION** <br><br> **Judge:** The Hon. Donna M. Ryu <br><br> **Hearing Date:** July 13, 2023 <br> **Time:** 1:00 p.m. <br> **Place:** Courtroom 4 – 3rd Floor <br> 1301 Clay Street <br> Oakland, CA 94612 |

1  LATHAM & WATKINS LLP
   Wesley Tiu, SBN 336580
2  Kevin Wu, SBN 337101
3  Tulin Gurer, SBN 303077
   505 Montgomery Street, Ste 2000
4  San Francisco, CA 94111
   Telephone: (415) 391-0600
5  wesley.tiu@lw.com
   kevin.wu@lw.com
6  tulin.gurer@lw.com

7
   LATHAM & WATKINS LLP
8  Joseph H. Lee, SBN 248046
   650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
   Telephone: (714) 540-1235
10 joseph.lee@lw.com

11
   LATHAM & WATKINS LLP
12 Rachel Mitchell, SBN 344204
   12670 High Bluff Drive
13 San Diego, CA 92130
   Telephone: (858) 523-5400
14 rachel.mitchell@lw.com

15
   LAWYERS' COMMITTEE FOR CIVIL
16 RIGHTS OF THE SAN FRANCISCO BAY AREA
   Elisa Della-Piana, SBN 226462
17 131 Steuart Street, Ste. 400
   San Francisco, CA 94105
18 Telephone: (415) 543-9444
19 edellapiana@lccrsf.org

20 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   Brandon L. Greene, SBN 293783
21 39 Drumm Street
   San Francisco, CA 94111
22 Telephone: (415) 293-6333
23 bgreene@aclunc.org

24

25

26

27

28

**[PROPOSED] ORDER**

This matter comes before the Court on the motion to enforce preliminary injunction ("Motion") by Plaintiffs the Coalition on Homelessness ("Coalition"), Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn (collectively, "Plaintiffs"). Having carefully considered the motion and the papers submitted, and having heard the arguments of counsel, and for good cause shown, the Court finds that:

1. Additional monitoring is necessary to assess Defendants' compliance with the preliminary injunction due to the complexity of this litigation and the problems associated with monitoring Defendan's' compliance, including the Court's limited resources to effectively monitor Defendants' interactions with hundreds of unhoused individuals each month for compliance with the preliminary injunction.

2. Defendants' non-compliance with the Fourth and Eighth Amendments and Defendants' own policies prior to issuance of the injunction and Defendants' intrasigence in demonstrating compliance with the preliminary injunction over the past five months support additional monitoring to protect Plaintiffs from irreparable harm.

**IT IS HEREBY ORDERED THAT:**

1. Defendants the City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management (collectively, "Defendants") must produce periodic reports under oath regarding Defendants' compliance with the Court's preliminary injunction at all dispatch, enforcement, displacement, property removal/destruction, or other operatoins involving interfacing with unhoused individuals and their property.

2. A Special Master is appointed at Defendants' expense to assist with the implementation of the Court's preliminary injunction, to monitor compliance with the terms of this injunction, to review compliance reports and the underlying data and certifications, and to address ongoing compliance disputes before they are raised with this Court.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING PLFS.' MOT. TO ENFORCE
CASE NO. 4:22-cv-05502-DMR

3. The Parties are ordered to submit a joint letter brief, no more than 10 pages, otherwise pursuant to the Court's standing order, within seven days, setting forth the parties' positions regarding the scope of autohrity for the Special Master, appropriate candidates for the position, the scope and frequency of compliance reports, and any underlying data necessary and sworn certifications to be included in those reports.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Donna M. Ryu
CHIEF MAGISTRATE JUDGE