# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL LAW & MOTION AND CONFERENCE MINUTE ORDER

| **Date:** 5/25/23 | **Time:** 1:02-1:27 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness et al v. City and County of San Francisco et al | |

**For Plaintiffs:**
John Do
Joseph Lee

**For Defendants:**
James Emery
Edmund Wang
Ryan Stevens
Kaitlyn Murphy

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:02-1:27

### PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1.  Joint Discovery Letter Brief [Docket No. 123] held

    Plaintiffs' motion to compel Defendants to produce 100 CADs every three weeks: for the reasons stated on the record, the motion is granted in part and denied in part.  Defendants shall produce 45 CADs every three weeks, along with the other agreed-upon categories of materials.  This order is without prejudice to Plaintiffs requesting production of a higher number of CADs but only if they can demonstrate good cause.

2.  Further Case Management Conference held

**COURT SET THE FOLLOWING DATES:**

Further Case Management Conference:  **9/20/2023** at 1:30 p.m. by Zoom Videoconference
Updated Joint Case Management Conference Statement due by:  **9/13/2023**

**Order to be prepared by:**
( )     Plaintiff               ( )     Defendant               ( )     Court

cc:  Chambers