DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4675 (Snodgrass)
               (415) 554-4628 (Emery)
               (415) 554-3857 (Wang)
               (415) 554-3975 (Stevens)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
Facsimile:     (415) 554-4699
E-mail:        wayne.snodgrass@sfcityatty.org
               jim.emery@sfcityatty.org
               edmund.wang@sfcityatty.org
               ryan.stevens@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**SCHEDULING STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION (DKT # 130)**<br><br>Trial Date:          April 15, 2024 |

WHEREAS, Defendants (collectively "San Francisco") and Plaintiffs, through their counsel of record, enter into the following scheduling stipulation.

**STIPULATION**

WHEREAS, on May 25, 2023, Plaintiffs filed a Motion to Enforce Preliminary Injunction ("the Motion");

WHEREAS San Francisco seeks additional time beyond the 14 days provided in the Court's local rules to respond to the Motion, and the parties have met and conferred on San Francisco's request for additional time;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that: San Francisco will serve and file its response to the Motion on or before July 6, 2023; Plaintiffs will serve and file their reply in support of the Motion on or before July 25, 2023; and the hearing on the Motion will be reset to August 10, 2023.

IT IS SO STIPULATED.

Dated: June 2, 2023

DAVID CHIU
City Attorney
WAYNE SNODGRASS
JAMES M. EMERY
EDMUND T. WANG
Deputy City Attorneys

By: s/James M. Emery
JAMES M. EMERY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: June 2, 2023

ELISA MARIE DELLA-PIANA
ZAL K. SHROFF
Lawyers' Committee for Civil Rights of the San Francisco Bay Area

By:**s/Zal K. Shroff
ZAL K. SHROFF

Attorneys for Plaintiffs
COALITION ON HOMELESSNESS, et al.

Dated: June 2, 2023

JOHN THOMAS H. DO
BRANDON L. GREENE
ACLU Foundation Of Northern California

By: **s/John Thomas H. Do
JOHN THOMAS H. DO

Attorneys for Plaintiffs
COALITION ON HOMELESSNESS, et al.

Dated: June 2, 2023

ALFRED C. PFEIFFER, JR.
WESLEY TIU
KEVIN WU
TULIN GURER
JOSEPH H. LEE
RACHEL MITCHELL
Latham & Watkins LLP

By: **s/Alfred C. Pfeiffer, Jr.
ALFRED C. PFEIFFER, JR.

Attorneys for Plaintiffs
COALITION ON HOMELESSNESS, et al.

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Stipulation and Proposed Order is GRANTED as follows:

- San Francisco will serve and file its response to the Motion on or before July 6, 2023;
- Plaintiffs will serve and file their reply in support of the Motion on or before July 25, 2023; and
- The hearing on the Motion will be reset to August 10, 2023.

IT IS SO ORDERED.

Date:_____   _____
HONORABLE DONNA M. RYU
United States Magistrate Judge