1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
4  MEREDITH B. OSBORN, State Bar # 250467
   Chief Trial Deputy
5  JAMES M. EMERY, State Bar #153630
   EDMUND T. WANG, State Bar #278755
6  RYAN C. STEVENS, State Bar #306409
   KAITLYN MURPHY, State Bar #293309
7  MIGUEL A. GRADILLA, State Bar #304125
   Deputy City Attorneys
8  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
9  San Francisco, California 94102-4682
   Telephone:    (415) 554-4675 (Snodgrass)
10                (415) 554-4628 (Emery)
                  (415) 554-3857 (Wang)
11                (415) 554-3975 (Stevens)
                  (415) 554-6762 (Murphy)
12                (415) 554-3870 (Gradilla)
   Facsimile:    (415) 554-4699
13 E-mail:       wayne.snodgrass@sfcityatty.org
                 jim.emery@sfcityatty.org
14               edmund.wang@sfcityatty.org
                 ryan.stevens@sfcityatty.org
15               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
16
   Attorneys for Defendants
17 CITY AND COUNTY OF SAN FRANCISCO, et al.

18                            UNITED STATES DISTRICT COURT

19                           NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21 COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
| 22     Plaintiffs, | **DECLARATION OF JAMES M. EMERY IN SUPPORT OF SCHEDULING STIPULATION RE PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION (DKT # 130)** |
| 23     vs. | |
| 24 CITY AND COUNTY OF SAN FRANCISCO, et al., | Trial Date:         April 15, 2024 |
| 25     Defendants. | |

26

27

28

EMERY DECL                                                    n:\govlit\li2022\230239\01681248.docx
CASE NO. 4:22-cv-05502-DMR

I, James M. Emery, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for defendants in this action (collectively, "San Francisco "). I submit this declaration pursuant to Local Civil Rule 6-2(a) in support of the parties' Scheduling Stipulation Re Plaintiffs' Motion To Enforce Preliminary Injunction. If called as a witness, I could and would testify competently to the matters set forth herein.

2. The parties' scheduling stipulation extends time frames set in the Local Rules for briefing on a noticed motion.

3. San Francisco requests additional time to respond to plaintiffs' motion because 29 supporting declarations accompany the motion. The declarations raise at least 55 separate alleged violations of the December 23, 2022 injunction, spanning a period of 5 months.

4. Previously, the Court granted San Francisco's administrative motion to extend the briefing schedule for plaintiffs' preliminary injunction motion (Dkt ##9, 34).

5. The proposed stipulated extension of the briefing schedule for plaintiffs' motion to enforce preliminary injunction will have no impact on the schedule for the case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed June 2, 2023 in San Francisco, California.

                                                  s/James M. Emery
                                                  JAMES M. EMERY