LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | CASE NO.: 4:22-cv-05502-DMR<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ELISA DELLA-PIANA** |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN: |
| 2 | PLEASE TAKE NOTICE that ELISA DELLA-PIANA of |
| 3 | Lawyers' Committee for Civil Rights of the San Francisco Bay Area, is hereby |
| 4 | withdrawn as attorney of record for Plaintiffs Coalition on Homelessness, Toro |
| 5 | Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa |
| 6 | Sandoval, and Nathaniel Vaughn ("Plaintiffs") effective June 8, 2023. Plaintiffs |
| 7 | have been given notice via email and will retain their representation by the other listed |
| 8 | counsel of record. |

Dated: June 8, 2023

Lawyers' Committee for Civil Rights of the San Francisco Bay Area

By: /s/ *Elisa Della-Piana*

Elisa Della-Piana

*Attorney for Plaintiffs*