DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4675 (Snodgrass)
                (415) 554-4628 (Emery)
                (415) 554-3857 (Wang)
                (415) 554-3975 (Stevens)
                (415) 554-6762 (Murphy)
                (415) 554-3870 (Gradilla)
Facsimile:      (415) 554-4699
E-mail:         wayne.snodgrass@sfcityatty.org
                jim.emery@sfcityatty.org
                edmund.wang@sfcityatty.org
                ryan.stevens@sfcityatty.org
                kaitlyn.murphy@sfcityatty.org
                miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S ADMINISTRATIVE MOTION FOR ORDER ALLOWING DEFENDANTS TO EXCEED THE 25 PAGE LIMIT FOR THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION** <br><br> Trial Date:          April 15, 2024 |

1    Pursuant to Local Rule 7-11, Defendants City and County of San Francisco; San Francisco

2  Police Department; San Francisco Department of Public Works; San Francisco Department of

3  Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of

4  Emergency Management (collectively, "Defendants"), through their undersigned counsel, hereby

5  request leave to file a memorandum of points and authorities not to exceed 30 pages, 5 pages over the

6  limit, exclusive of tables and caption, in support of Defendants' Opposition to Plaintiffs' Motion to

7  Enforce Preliminary Injunction. Defendants will file the Opposition on July 6, 2023. Plaintiffs,

8  through their attorneys, have indicated that they do not oppose this motion.

9    Defendants have made a good faith effort to limit the length of their memorandum of points

10 and authorities, but cannot adequately brief the Court on the issues raised within the 25-page limit.

11 Plaintiffs' Motion to Enforce is accompanied by 29 declarations, with the entire filing comprising

12 about 400 pages total. The Motion to Enforce Preliminary Injunction and supporting declarations raise

13 voluminous factual allegations in the hundreds of pages submitted that Defendants have been working

14 to investigate and address. Defendants seek leave of court to file an over-length brief because it is

15 necessary in order to address the issues raised by Plaintiffs in a timely and thorough manner.

16    This request is based on the accompanying Declaration of Miguel A. Gradilla.

17 / / /

18 / / /

19 / / /

Dated:  June 29, 2023

DAVID CHIU
City Attorney
YVONNE R. MERÉ
WAYNE SNODGRASS
MEREDITH B. OSBORN
JAMES M. EMERY
EDMUND T. WANG
RYAN C. STEVENS
KAITLYN MURPHY
MIGUEL A. GRADILLA
Deputy City Attorneys


By:  s/Miguel A. Gradilla
      MIGUEL A. GRADILLA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN
FRANCISCO POLICE DEPARTMENT; SAN
FRANCISCO DEPARTMENT OF PUBLIC WORKS;
SAN FRANCISCO DEPARTMENT OF
HOMELESSNESS AND SUPPORTIVE HOUSING;
SAN FRANCISCO FIRE DEPARTMENT; SAN
FRANCISCO DEPARTMENT OF EMERGENCY
MANAGEMENT