DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4675 (Snodgrass)
               (415) 554-4628 (Emery)
               (415) 554-3857 (Wang)
               (415) 554-3975 (Stevens)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
Facsimile:     (415) 554-4699
E-mail:        wayne.snodgrass@sfcityatty.org
               jim.emery@sfcityatty.org
               edmund.wang@sfcityatty.org
               ryan.stevens@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF MIGUEL A. GRADILLA IN SUPPORT OF DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S ADMINISTRATIVE MOTION FOR ORDER ALLOWING DEFENDANTS TO EXCEED THE 25 PAGE LIMIT FOR THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Trial Date:    April 15, 2024 |

I, Miguel A. Gradilla, declare as follows:

1. I am a Deputy City Attorney for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of Emergency Management (collectively, "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn (collectively, "Plaintiffs") filed and served their Motion to Enforce Preliminary Injunction on May 25, 2023.

3. On June 2, 2023, Judge Donna M. Ryu issued an Order directing Defendants to file their opposition brief on or by July 6, 2023. (ECF #133).

4. I made a good faith effort to limit the length of the opposition brief to 25 pages to comply with Civil L.R. 7-4(b), but I have determined that I cannot adequately brief the Court on the issues raised within the 25-page limit.

5. Plaintiffs, through their attorneys, have indicated that they do not oppose the present request to file an oversize brief not to exceed 30 pages. Attached as **Exhibit A** is a true and correct copy of my correspondence with Plaintiffs' counsel seeking to reach an agreement on this issue prior to filing the instant administrative motion.

6. Plaintiffs' Motion to Enforce Preliminary Injunction is accompanied by 29 declarations, with the entire filing totaling about 400 pages. The Motion to Enforce Preliminary Injunction and supporting declarations raise voluminous factual allegations in the hundreds of pages submitted that Defendants have been working to investigate and address.

7. Defendants seek leave of court to file an over-length brief because it is necessary in order to address the issues raised by Plaintiffs in a timely and thorough manner.

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct to the best of my knowledge. Executed June 29, 2023, at El Cerrito, California.

          s/Miguel A. Gradilla
          MIGUEL A. GRADILLA