# EXHIBIT A

# TO

# DECLARATION OF MIGUEL A. GRADILLA IN SUPPORT OF DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S ADMINISTRATIVE MOTION FOR ORDER ALLOWING DEFENDANTS TO EXCEED THE 25 PAGE LIMIT FOR THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| | |
|---|---|
| **From:** | Gradilla, Miguel (CAT) |
| **To:** | "Wesley.Tiu@lw.com"; zshroff@lccrsf.org |
| **Cc:** | jdo@aclunc.org; Al.Pfeiffer@lw.com; Joseph.Lee@lw.com; SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com; Emery, Jim (CAT); Snodgrass, Wayne (CAT); Murphy, Kaitlyn (CAT); Stevens, Ryan (CAT); Wang, Edmund (CAT); Mere, Yvonne (CAT); Cheeseborough, Pamela (CAT); Garcia, Sophia (CAT); Andrew, Rhonda (CAT); Fong, Winnie (CAT) |
| **Subject:** | RE: Coalition v. San Francisco - stipulation re leave to file oversize brief |
| **Date:** | Thursday, June 29, 2023 4:13:35 PM |

Thanks, Wesley. We'll get the motion on file requesting 5 additional pages.

Miguel

**Miguel A. Gradilla** (he/him)
Deputy City Attorney
Complex and Affirmative Litigation Team
Office of City Attorney David Chiu
(415) 554-3870 Direct
www.sfcityattorney.org

**From:** Wesley.Tiu@lw.com <Wesley.Tiu@lw.com>
**Sent:** Thursday, June 29, 2023 3:50 PM
**To:** Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; zshroff@lccrsf.org
**Cc:** jdo@aclunc.org; Al.Pfeiffer@lw.com; Joseph.Lee@lw.com; SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com; Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>
**Subject:** RE: Coalition v. San Francisco - stipulation re leave to file oversize brief

Thanks Miguel,

We can appreciate the need for competing factual declarations, but that is not the same as need for up to 10 pages of legal argument from an attorney. We previously provided an extended briefing schedule that pushed back our hearing. But as another courtesy, we would **not oppose** a motion to extend your brief by 5 additional pages. We would expect Defendants to extend a similar courtesy to Plaintiffs in the future if necessary.

Best,
Wesley

**Wesley Tiu**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8272

**From:** Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>
**Sent:** Thursday, June 29, 2023 12:53 PM
**To:** Tiu, Wesley (Bay Area) <Wesley.Tiu@lw.com>; zshroff@lccrsf.org
**Cc:** jdo@aclunc.org; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Lee, Joseph (OC) <Joseph.Lee@lw.com>; #SF PRO BONO - UNHOUSED PERSONS LITIGATION <SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com>; Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>
**Subject:** RE: Coalition v. San Francisco - stipulation re leave to file oversize brief

Thanks, Wesley. As you know, the Motion to Enforce is accompanied by more than 20 supporting declarations. We have diligently been preparing and looking into the voluminous allegations made in the motion and all the supporting declarations, but this has taken an enormous amount of effort by many people. I disagree that this is a late request as we have been assessing whether we need more than the 25 allowed pages and made the request only now that we think we need more space.

Also, the request is for "us to file a memorandum <u>not to exceed</u> 35 pages," not for 10 extra pages. At this time, I do not know exactly how many more pages over 25 we'll need, but think we can adequately brief the court in less than 35 pages.

I'm not sure why Plaintiffs would oppose our request as in my experience parties generally extend such courtesy to one another, particularly when, as here, the moving party has submitted a large number of declarations.

I'm happy to discuss further, but please let us know soon.

Thanks,
Miguel

**Miguel A. Gradilla** (he/him)
Deputy City Attorney
Complex and Affirmative Litigation Team
Office of City Attorney David Chiu
(415) 554-3870 Direct
www.sfcityattorney.org

---

**From:** Wesley.Tiu@lw.com <Wesley.Tiu@lw.com>
**Sent:** Thursday, June 29, 2023 12:40 PM
**To:** Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; zshroff@lccrsf.org
**Cc:** jdo@aclunc.org; Al.Pfeiffer@lw.com; Joseph.Lee@lw.com;

SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com; Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>
**Subject:** RE: Coalition v. San Francisco - stipulation re leave to file oversize brief

Hi Miguel,

Thank you for your email. To meaningfully evaluate your request, would you be able to provide additional explanation as to why Defendants require 10 pages in excess of the standard 25-page limit? San Francisco's email—which only states San Francisco's belief that 25 pages is insufficient to brief the Court on the "relevant issues"—does not provide any information to allow Plaintiffs to assess whether an additional 10 pages is warranted.

We are also concerned as to the late breaking nature of your request, given that our opposition to any administrative motion filed today would be due on July 3. Please let us know if you'd like to discuss.

Best,
Wesley

**Wesley Tiu**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8272

---

**From:** Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>
**Sent:** Wednesday, June 28, 2023 10:21 PM
**To:** zshroff@lccrsf.org
**Cc:** jdo@aclunc.org; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Lee, Joseph (OC) <Joseph.Lee@lw.com>; Tiu, Wesley (Bay Area) <Wesley.Tiu@lw.com>; #SF PRO BONO - UNHOUSED PERSONS LITIGATION <SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com>; Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>
**Subject:** Coalition v. San Francisco - stipulation re leave to file oversize brief

Zal,

As you know, the deadline for us to file an opposition to your clients' Motion to Enforce the

Preliminary Injunction is July 6, 2023. Despite our efforts, we do not believe we can adequately brief the Court on the relevant issues within the 25-page limit. Pursuant to N.D. Cal. L.R. 7-11(a), I am writing to ask if you will stipulate to our forthcoming request seeking leave of court to allow us to file a memorandum not to exceed 35 pages in response to the Motion to Enforce?

Please let us know as soon as possible. We'd like to file the administrative motion tomorrow in the early afternoon.

Thank you,
Miguel

**Miguel A. Gradilla** (he/him)
Deputy City Attorney
Complex and Affirmative Litigation Team
Office of City Attorney David Chiu
(415) 554-3870 Direct
www.sfcityattorney.org

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.