1 DAVID CHIU, State Bar #189542
  City Attorney
2 YVONNE R. MERÉ, State Bar #173594
  Chief Deputy City Attorney
3 WAYNE SNODGRASS, State Bar #148137
  Deputy City Attorney
4 MEREDITH B. OSBORN, State Bar # 250467
  Chief Trial Deputy
5 JAMES M. EMERY, State Bar #153630
  EDMUND T. WANG, State Bar #278755
6 RYAN C. STEVENS, State Bar #306409
  KAITLYN MURPHY, State Bar #293309
7 MIGUEL A. GRADILLA, State Bar #304125
  Deputy City Attorneys
8 City Hall, Room 234
  1 Dr. Carlton B. Goodlett Place
9 San Francisco, California 94102-4682
  Telephone:    (415) 554-4675 (Snodgrass)
10               (415) 554-4628 (Emery)
                 (415) 554-3857 (Wang)
11               (415) 554-3975 (Stevens)
                 (415) 554-6762 (Murphy)
12               (415) 554-3870 (Gradilla)
   Facsimile:    (415) 554-4699
13 E-mail:       wayne.snodgrass@sfcityatty.org
                 jim.emery@sfcityatty.org
14               edmund.wang@sfcityatty.org
                 ryan.stevens@sfcityatty.org
15               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
16
   Attorneys for Defendants
17 CITY AND COUNTY OF SAN FRANCISCO, et al.

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE FOR DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL. TO EXCEED THE 25 PAGE LIMIT FOR THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION<br><br>Trial Date:         April 15, 2024 |

28

Pursuant to Civil Local Rule 7-11, Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of Emergency Management, (collectively, "Defendants"), submitted an Administrative Motion for Order Allowing Defendants to Exceed Page Limit in Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Enforce Preliminary Injunction.

Having considered Defendants' submissions, the Court hereby GRANTS Defendants' motion and allows Defendants to file their brief not to exceed 30 pages, exclusive of declarations and exhibits.

IT IS SO ORDERED

DATE: June 30, 2023



_____
Honorable Donna M. Ryu
Chief Magistrate Judge