DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4675 (Snodgrass)
                (415) 554-4628 (Emery)
                (415) 554-3857 (Wang)
                (415) 554-3975 (Stevens)
                (415) 554-6762 (Murphy)
                (415) 554-3870 (Gradilla)
Facsimile:      (415) 554-4699
E-mail:         wayne.snodgrass@sfcityatty.org
                jim.emery@sfcityatty.org
                edmund.wang@sfcityatty.org
                ryan.stevens@sfcityatty.org
                kaitlyn.murphy@sfcityatty.org
                miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED IN OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Trial Date:　　　　April 15, 2024 |

Having reviewed Defendants' administrative motion to file under seal certain portions of Defendants' Opposition to Plaintiffs' Motion To Enforce The Preliminary Injunction, and good cause appearing, the Court grants Defendants' administrative motion to seal the following portions of their filing:

| DOCUMENT | PAGE/LINE NUMBER | ORDER |
|---|---|---|
| Defs' Opposition | 2:17 | Sealed |
| Defs' Opposition | 2:18 | Sealed |
| Defs' Opposition | 14:23 | Sealed |
| Defs' Opposition | 15:3 | Sealed |
| Defs' Opposition | 15:7 | Sealed |
| Defs' Opposition | 15:9 | Sealed |
| Defs' Opposition | 15:11-12 | Sealed |
| Defs' Opposition | 16:4 | Sealed |
| Defs' Opposition | 16:24-26 | Sealed |
| Decl. of Arielle Pistunovich | 2:24-2:25 | Sealed |
| Decl. of Arielle Pistunovich | 2:27 | Sealed |
| Decl. of Arielle Pistunovich | 3:16 | Sealed |
| Decl. of Arielle Pistunovich | 3:18 | Sealed |
| Decl. of Arielle Pistunovich | 5:24-5:26 | Sealed |
| Decl. of Arielle Pistunovich | 6:1-6:3 | Sealed |
| Decl. of Arielle Pistunovich | 8:14-16 | Sealed |
| Decl. of Arielle Pistunovich | 13:6-13:7 | Sealed |
| Decl. of Arielle Pistunovich | 16:15 | Sealed |
| Decl. of Arielle Pistunovich | 16:17 | Sealed |
| Decl. of Arielle Pistunovich | 16:22 | Sealed |
| Decl. of Arielle Pistunovich | 16:24 | Sealed |

| | | |
|---|---|---|
| Decl. of Arielle Pistunovich | 16:28 | Sealed |
| Decl. of Arielle Pistunovich | 17:1 | Sealed |
| Decl. of Arielle Pistunovich | 17:5 | Sealed |
| Decl. of Arielle Pistunovich | 17:88 | Sealed |
| Decl. of Arielle Pistunovich | 17:11 | Sealed |
| Decl. of Arielle Pistunovich | 17:13 | Sealed |
| Decl. of Arielle Pistunovich | 17:15 | Sealed |
| Decl. of Arielle Pistunovich | 17:17-17:19 | Sealed |
| Decl. of Arielle Pistunovich | Ex. A | Sealed |
| Decl. of Arielle Pistunovich | Ex. B | Sealed |
| Decl. of Arielle Pistunovich | Ex. E | Sealed |
| Decl. of Arielle Pistunovich | Ex. H | Sealed |
| Decl. of Arielle Pistunovich | Ex. O | Sealed |
| Decl. of Arielle Pistunovich | Ex. P | Sealed |
| Decl. of Arielle Pistunovich | Ex. T | Sealed |
| Decl. of Jorge Morales | 6:4-6:7 | Sealed |
| Decl. of Jorge Morales | 6:11 | Sealed |
| Decl. of Jorge Morales | 6:13 | Sealed |
| Decl. of Pete Rincon | 3:6-3:7 | Sealed |
| Decl. of Pete Rincon | 3:11-3:13 | Sealed |
| Decl. of Pete Rincon | 3:26-3:27 | Sealed |
| Decl. of Pete Rincon | 4:1 | Sealed |
| Decl. of Pete Rincon | 4:3 | Sealed |
| Decl. of Pete Rincon | 4:7 | Sealed |
| Decl. of Pete Rincon | 4:9 | Sealed |
| Decl. of Pete Rincon | 5:4-5:7 | Sealed |
| Decl. of Pete Rincon | 5:11-5:13 | Sealed |

| Decl. of Sarah Locher | 2:11-6:25 | Sealed |
|---|---|---|

**IT IS SO ORDERED.**

DATE:_____        _____
                                    Honorable Donna M. Ryu
                                    Judge, United States District Court