**EXHIBIT A**

**TO**

**DECLARATION OF JAMES BAIRD, MPP, IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**



# 915 and 919 Data from 2019 through May 2023



