# EXHIBIT B

# TO

# DECLARATION OF JAMES BAIRD, MPP, IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION



# 915 and 919 Data for the Previous 6 Months

## Number of Dispatched 919s (Original Call Type) by Month



ON_VIEW ● N ● Y

| Month | Number of Calls |
|---|---|
| December 2022 | 231 |
| January | 210 |
| February | 189 |
| March 2023 | 235 |
| April | 266 |
| May | 279 |

## Number of Dispatched 915s (Original Call Type) by Month



ON_VIEW ● N ● Y

| Month | N | Y |
|---|---|---|
| December 2022 | 159 | 487 |
| January | 127 | 461 |
| February | 126 | 400 |
| March 2023 | 161 | 645 |
| April | 159 | 536 |
| May | 203 | 476 |

### Total 915 and 919 Calls

**4380**

Dec 24 - May 22

### Calls by Disposition

| DISPOSITION | # of Calls | % of Total |
|---|---|---|
| HAN | 1970 | 45.0% |
| ADV | 1048 | 23.9% |
| GOA | 676 | 15.4% |
| UTL | 447 | 10.2% |
| ND | 84 | 1.9% |
| NOM | 36 | 0.8% |
| CIT | 26 | 0.6% |
| NULL | 26 | 0.6% |
| ADM | 24 | 0.5% |
| REP | 23 | 0.5% |
| CAN | 10 | 0.2% |
| ARR | 4 | 0.1% |
| ABA | 3 | 0.1% |
| 22 | 1 | 0.0% |
| NCR | 1 | 0.0% |
| SCT | 1 | 0.0% |
| **Total** | **4380** | **100.0%** |

*The two bar graphs are for December of 2022 through May of 2023 while the Total Number of Calls and Dispositions are for December 24th - May 22nd (Plaintiff's Time Period)*