# EXHIBIT C

# TO

# DECLARATION OF CARL BERGER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

