**EXHIBIT E**

**TO**

**DECLARATION OF CARL BERGER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**





