DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF JUDY CHOY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Date:　　August 10, 2023<br>Time:　　1:00 PM<br>Judge:　Hon. Donna M. Ryu<br>Place:　Courtroom 4 – 3rd Floor<br>　　　　1301 Clay Street<br>　　　　Oakland, CA 94612<br><br>Trial Date:　April 15, 2024 |

1   I, Judy Choy, declare as follows:

2   1. I work for San Francisco Animal Care and Control and am employed as the Shelter Office Supervisor. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

3   2. Stray animals in San Francisco should be brought to the shelter office located at 1419 Bryant Street. Animals can be brought by City employees or members of the public. Our office makes efforts to identify owners for stray animals and rehouse animals with their owners where possible.

4   3. When a stray animal is brought into the shelter office, we check to see if there is any identifying information for an owner and if there is, we contact the owner. We also photograph stray animals and post their pictures on our website so that anyone who has lost a pet can locate their missing animal. Individuals who have lost a pet can also come to our shelter in person to see if their animal is in our care.

5   4. Animals brought to the shelter office are tracked through kennel cards, which are stored in an electronic database. When an animal comes to the shelter their kennel card lists, among other information, the date and time of intake and the location where the animal was found. In my role with San Francisco Animal Care and Control, I am familiar with the procedures for City employees responding to unattended animals including the kennel card system.

6   5. I am informed and believe that Mr. Henry Jones alleged that "on or around February 6, 2023" someone told him that a City worker had taken his dog from Sherman Street near Victoria Manalo Park.

7   6. City employees who encounter a stray dog should bring them to our shelter office and any dog brought to the shelter office would be tracked by a kennel card.

8   7. I reviewed the San Francisco Animal Care and Control's database for February 6, 2023 and did not identify any dogs brought from that location nor did I identify any dogs brought in from that location in the three days surrounding February 6, 2023 on either end.

9   8. The closest record I was able to locate was a German Shepherd mix brought in near Folsom Street and Sherman Street five days earlier on February 1, 2023 at approximately 3:30 p.m.

1  This dog was not brought in by a City employee. The finder, who did not leave their contact
2  information, stated that they had found the tog running around Victoria Manalo Park by itself.
3      9.      No one came to collect this dog during our stay holding period. Accordingly, the dog
4  was transferred to one of our partner organizations on February 7, 2023.

6      I declare under penalty of perjury under the laws of the United States and the State of
7  California that the foregoing is true and correct.
8      Executed this 29th day of June, 2023, in San Francisco, California.

s/ Judy Choy