# EXHIBIT B

# TO

# DECLARATION OF DARRYL DILWORTH IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

# HOMELESS PROPERTY INFORMATION

*(PLEASE PRINT CLEARLY)*

UNATTENDED ITEMS

**Pick Up Date:** 12/27/22

**Pick Up Time:** 10:45 AM

**Intake Date:**

**# of Carts or Bags:** 1 - BLK BAG, 1 - Teal, White, a Blue bag, & 1 - Blue/Green plaid Suitcase

*(Detailed description please)*

**Pick Up Location:** Hampshire

**Street Address:** @ 17th & 18th

**Cross Street:**

*(Include # of building, if it applies)*

*Circle what corner, if it applies:*

N/W     S/W     N/E     S/E

**SFPD Star #:** N/A

**Picked up by:** *(SFPW Personnel name)* D. Dilworth

**Public Works Employee Radio #:** 007

**Tag #:** 124     **Tag Color:** BLUE

**Service Request #:** 2730220

**Retrieval Date:**     **Disposal Date:**

Distribution:
White Page to Log Book     Yellow Page to Radio Room     Pink page to remain with items brought in

# Service Request

**DPW**

Request ID No: **2730220**

Status: **Done**

Bureau of Street Environmental Services

Email: 28clean@sfgov.org
Telephone: 28Clean (282-5326)
Fax: 415-695-2019

12/27/2022 1:13:44 PM

Tuesday

Department of Public Works Neighborhood Service Center received the following information.
Please fill in the appropriate assignment and action that was taken to complete this request and forward it back to DPW's Customer Service Center by Email, fax or contacting our Customer Service personnel at 28Clean, using the above numbers, within one(1) week.

Source: **SES Internal**   Entered By: **Eric Butler**   Priority: **Normal**

Location: **Hampshire St at 17th St / 18th St**

Caller: **Darryl Dilworth**

Callback Needs:

Second Calls: 12/27/2022 1:17:02 PM

Zone or Shift: **D**   **Mickels, Alison**   Zone: **D**

Category: **Bag & Tag**

Request: **Unattended items collected on site:**

1 Black Bag with Electronics
1 Red/White/Blue bag
1 Blue/Green Plaid suitcase

Secure by Darryl Dilworth: Discarded Items: 1-Blk & Blue torn soiled tent with extensive water damage & feces

--- Assignment Information ---

Work Assignd To/Inspctd by: **Dilworth, Darryl**

Truck No:   Assigned date: **December 27, 2022**   at this time:   **1:16 PM**

Callback Assigned To:

Called Customer Back: ☐   Date Called Back:

**TAG # 124 BLUE**

Transfer to:

Instructions:

--- Action Taken ---

Work Status: **Done**   Resolution: **Transferred**

Completed By: **Eric Butler**

Completed on this date: **December 27, 2022**   at this time:   **1:17 PM**

Entered by: **Eric Butler**   Date: **12/27/2022**   Time:   **1:17 PM**





CCSF-COH_000357





CCSF-COH_000359













# SAN FRANCISCO PUBLIC WORKS
## NOTICE OF REMOVAL OF PROPERTY

Be advised that unattended personal property has been removed from this area because it was stored on City or State property in violation of California Penal Code Sections 372 and/or 647(e), and/or San Francisco Police Code Section 22.

Date and approximate time of removal: 12/27/22

Location of removal: Mid Block Hampshire @ 17th & 18th (Westside)

General description of items removed:

1 - BLUE & GREEN PLAD Suit CASE.
1 - Red White & Blue large bag

You may retrieve your belongings at the **Public Works Operations Yard** located at **2323 Cesar Chavez Street** (use the Kansas Street entrance, at Marin Street), 415-695-2134. For the first 72 hours after items are collected, they can be claimed 24 hours a day. Afterwards, owners may retrieve their items Monday through Friday, 9 a.m. to 3 p.m. There is no fee for storage or retrieval. Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property in order to retrieve it. Property not claimed **within 90 days** of the date of removal will be deemed abandoned and will be destroyed.



## SAN FRANCISCO PUBLIC WORKS
## NOTICE OF REMOVAL OF PROPERTY

Be advised that unattended personal property has been removed from this area because it was stored on City or State property in violation of California Penal Code Sections 372 and/or 647(e), and/or San Francisco Police Code Section 22.

Date and approximate time of removal: 12/27/22

Location of removal: Mid Block Hampshire @ 17th & 18th (Westside)

General description of items removed:

1- BLUE & GREEN Plad Suit Case
1- Red White - Blue large bag

You may retrieve your belongings at the **Public Works Operations Yard** located at 2323 Cesar Chavez Street (use the Kansas Street entrance, at Marin Street), 415-695-2134. For the first 72 hours after items are collected, they can be claimed 24 hours a day. Afterwards, owners may retrieve their items Monday through Friday, 9 a.m. to 3 p.m. There is no fee for storage or retrieval. Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property in order to retrieve it. Property not claimed **within 90 days** of the date of removal will be deemed abandoned and will be destroyed.

CCSF-COH_000367