# EXHIBIT C

# TO

# DECLARATION OF DARRYL DILWORTH IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION



**Bureau of Street & Environmental Services**

Fax. 415.695.2175 | 2323 Cesar Chavez St. Building A, Room 24, San Francisco, CA 94124

# INCIDENT REPORT

**DATE & TIME OF INCIDENT:** 5/20/2023 at 10:00am

**LOCATION:** 25th St and Mission St

**EMPLOYEE(S) INVOLVED:** Jeffrey Ramirez

**WHAT HAPPENED?**

While at 25th St and Mission St, I had pulled over to make a city can safe that had been knocked over. While making the city can safe, an unhoused individual had walked up to me and started cursing and threw a glass bottle at me. While trying to leave the area the same individual approached me with another glass bottle and had tried to hit me with it. He threatened to kill me if I called the police and spit at me He had chased me with that glass bottle a whole block down to 26th and Mission. PD arrived and arrested the unhoused individual.

**WAS SFPD CALLED?** Yes     **POLICE REPORT NO.:** 230348159

**OFFICER:** Cortez     **STAR #** 4262

**WITNESSES:** Edgar Garcia

**Report prepared by:** Jeffrey Ramirez

**Class Number:** 7215

**Supervisor's Signature:** _____     **Date:** 5/21/23

## San Francisco Police Department

REPORTEE FOLLOW-UP

Case Number: 230 348 159

Case numbers are assigned to an investigator based on facts obtained during the initial investigation.

| | |
|---|---|
| ☐ Company A (Central) | 315-2400 |
| ☐ Company B (Southern) | 575-6000 |
| ☐ Company C (Bayview) | 671-2300 |
| ☒ Company D (Mission) | 558-5400 |
| ☐ Company E (Northern) | 614-3400 |
| ☐ Company F (Park) | 242-3000 |
| ☐ Company G (Richmond) | 666-8000 |
| ☐ Company H (Ingleside) | 404-4000 |
| ☐ Company I (Taraval) | 759-3100 |
| ☐ Company J (Tenderloin) | 345-7300 |
| ☐ Auto/Burglary | 553-7324 |
| ☐ Community Violence Reduction Team (CVRT) | 553-1401 |
| ☐ Crime Gun Investigations Center | 553-9528 |
| ☐ General Work | 553-9192 |
| ☐ Homicide | 553-1145 |
| ☐ Narcotics | 553-1426 |
| ☐ Night Investigations | 553-1201 |
| ☐ Robbery | 553-1201 |
| ☐ Special Investigations | 553-1133 |
| ☐ Traffic Collision Invest. Unit | 678-3600 |

### Special Victims Unit

| | |
|---|---|
| ☐ Child Abuse/Juvenile | 553-1361 |
| ☐ Domestic Violence/Stalking | 553-9225 |
| ☐ Financial Crimes | 553-1521 |
| ☐ Missing Persons | 734-3070 |
| ☐ Sex Crime/Human Trafficking | 553-1361 |

Cortez  #4262

Officer's Name and Star No.

SFPD 105 Front (Rev. 04/22)

| Service Request | DPW | Request ID No: **2789166** |
|---|---|---|
| Status: **Open** | Bureau of Street Environmental Services | 5/20/2023 10:00:52 AM |
| | Email: 28clean@sfgov.org<br>Telephone: 28Clean (282-5326)<br>Fax: 415-695-2019 | **Saturday** |

Department of Public Works Neighborhood Service Center received the following information. Please fill in the appropriate assignment and action that was taken to complete this request and forward it back to DPW's Customer Service Center by Email, fax or contacting our Customer Service personnel at 28Clean, using the above numbers, within one(1) week.

Source: **SES Internal**         Entered By: **Eric Butler**         Priority: **Safety Concern**

Location: **Mission St at 25th St / 26th St**

Caller: **Edgar Garcia** Redacted

Callback Needs:                                     Second Calls:

Zone or Shift: **D**         **Transfer to Agency**         Zone: **D**

Category: **Other**         <u>In Mayor's Corridor</u>

Request: **SFPD- EMERGENCY Call 911. Stay on the phone line.. (Edgar Garcia called in for active situation)**

**LP Jeffrey Ramirez in 43100287; on location at Mission and 25th Streets, being assaulted by homeless citizen; Male, Latin, mid 30's, Long black hair, black jacket and 5 feet 7 in.**

**Citizen is throwing cans at the LP and chaising him with glass bottle in hand**

———————————————————— Assignment Information ————————————————————

Work Assignd To/Inspctd by:

Truck No:         Assigned date:         at this time:

Callback Assigned To:

Called Customer Back: ☐    Date Called Back:

Transfer to: **DPW BSES**

Instructions: **Call or Fax 28Clean.. use speaker phone Emergencies- Call 911**
**Non Emergencies Fax: 558-5543**
**Non Emergencies- Call 553-0123**
**Police Barricades- Call 550-1377.**

———————————————————— Action Taken ————————————————————

Work Status: **Open**         Resolution:

Completed By:

Completed on this date:         at this time:

Entered by:         Date:         Time: