# EXHIBIT D

# TO

# DECLARATION OF DARRYL DILWORTH IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

| | |
|---|---|
| **From:** | Dilworth, Darryl (DPW) |
| **Sent:** | Friday, January 13, 2023 8:09 AM |
| **To:** | McDaniels, Christopher (DPW) |
| **Cc:** | Roumbanis, Mark (DPW); Frohm, Darlene (DPW); Bruce, Kenny (DPW); Vaing, Jonathan (DPW) |
| **Subject:** | FW: Unhoused Pedestrian Threatened Crew Members 011323 |
| **Attachments:** | IMG_8207.jpg; IMG_8206.jpg; IMG_8212.jpg; IMG_8200.jpg; IMG_8210.jpg; IMG_8211.jpg; Service Order 2736832 011323.pdf |

Good morning Chris,

While cleaning the exterior of an encampment at Caesar Chavez & Vermont (Freeway entrance-101 North) , Latin male exited the encampment and started threatening Hot Spot Crew members by yelling profanity's and waving what appeared to be a gun.

SFPD was notified immediately and apprehended the suspect. What appeared to look like a firearm from 20-25 ft away tuned out to a construction impact gun (See Photos).

All employees are safe and was offered EAP.


Darryl Dilworth
Operations Supervisor II

Bureau of Street Environmental Services  |  San Francisco Public Works  |  City and County of San Francisco
2323 Cesar Chavez St.  |  San Francisco, CA 94124  |  (415) 641-2662  |  sfpublicworks.org · twitter.com/sfpublicworks

**From:** Dilworth, Darryl (DPW) <Darryl.Dilworth@sfdpw.org>
**Sent:** Friday, January 13, 2023 7:47 AM
**To:** Dilworth, Darryl (DPW) <Darryl.Dilworth@sfdpw.org>
**Subject:** Unhoused Pedestrian Threatened Crew Members 011323


Get Outlook for iOS

1









CCSF-COH_022037



CCSF-COH_022038



CCSF-COH_022039

| | | |
|---|---|---|
| **Service Request** | **DPW** | Request ID No: **2736832** |
| Status: **Open** | Bureau of Street Environmental Services | 1/13/2023 5:09:51 AM |
| | Email: 28clean@sfgov.org | |
| | Telephone: 28Clean (282-5326) | Friday |
| | Fax: 415-695-2019 | |

Department of Public Works Neighborhood Service Center received the following information.
Please fill in the appropriate assignment and action that was taken to complete this request and forward it back to DPW's Customer Service Center by Email, fax or contacting our Customer Service personnel at 28Clean, using the above numbers, within one(1) week.

Source: **SES Internal**    Entered By: **Racquel Washingto**    Priority:

Location: **Cesar Chavez St at Vermont St**

Caller:

Callback Needs:                                  Second Calls:

Zone or Shift: **E**        **Lau, Peter; Bruce, Kenny; Dilworth, Darryl; Superv**    Zone: **E**

Category: **Unusual Events**

Request: **While cleaning an encampment at the entrance of 101 north, a Latin male exited the encampment and started threatening employees by yelling profanity and waving what appeared to look like a gun . SFPD was notified and apprehended the suspect . All employees are safe. Cad # 230028787**

——————————————— Assignment Information ———————————————

Work Assignd To/Inspctd by:

Truck No:        Assigned date:                at this time:

Callback Assigned To:

            Called Customer Back:  ☐   Date Called Back:

Transfer to:

Instructions:

——————————————— Action Taken ———————————————

Work Status: **Open**            Resolution:


Completed By:

Completed on this date:                at this time:

Entered by:        Date:                Time:

CCSF-COH_022040

## San Francisco Police Department
### REPORTEE FOLLOW-UP

Case Number: 230028787

Case numbers are assigned to an investigator based on facts obtained during the initial investigation.

- [ ] Company A (Central) — 315-2400
- [ ] Company B (Southern) — 575-6000
- [x] Company C (Bayview) — 671-2300
- [ ] Company D (Mission) — 558-5400
- [ ] Company E (Northern) — 614-3400
- [ ] Company F (Park) — 242-3000
- [ ] Company G (Richmond) — 666-8000
- [ ] Company H (Ingleside) — 404-4000
- [ ] Company I (Taraval) — 759-3100
- [ ] Company J (Tenderloin) — 345-7300
- [ ] Auto/Burglary — 553-7324
- [ ] Community Violence Reduction Team (CVRT) — 553-1401
- [ ] Crime Gun Investigations Center — 553-9528
- [ ] General Work — 553-9192
- [ ] Homicide — 553-1145
- [ ] Narcotics — 553-1426
- [ ] Night Investigations — 553-1201
- [ ] Robbery — 553-1201
- [ ] Special Investigations — 553-1133
- [ ] Traffic Collision Invest. Unit — 678-3600

### Special Victims Unit
- [ ] Child Abuse/Juvenile — 553-1361
- [ ] Domestic Violence/Stalking — 553-9225
- [ ] Financial Crimes — 553-1521
- [ ] Missing Persons — 734-3070
- [ ] Sex Crime/Human Trafficking — 553-1361

VILLALOZANO 1326

Officer's Name and Star No.

SFPD 105 Front (Rev. 04/22)

CCSF-COH_022041