DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4675 (Snodgrass)
               (415) 554-4628 (Emery)
               (415) 554-3857 (Wang)
               (415) 554-3975 (Stevens)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
Facsimile:     (415) 554-4699
E-mail:        wayne.snodgrass@sfcityatty.org
               jim.emery@sfcityatty.org
               edmund.wang@sfcityatty.org
               ryan.stevens@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF JOSEPH FARKASH IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**<br><br>Hearing Date:  August 10, 2023<br>Time:          1:00 p.m.<br>Place:         Courtroom 4—3rd Floor<br><br>Trial Date:    April 15, 2024 |

FARKASH DECL.
CASE NO. 4:22-cv-05502-DMR

n:\govlit\li2022\230239\01685138.docx

I, Joseph Farkash, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am a Park Ranger employed by the San Francisco Recreation and Park Department. I was on duty on May 11, 2023 and stationed at United Nations Plaza ("UN Plaza"), which is a city park located adjacent to Market Street in San Francisco. Based on my experience as a Park Ranger, UN Plaza is an area of the City with frequent drug use.

3. At approximately 11:30 a.m. that day I saw an elderly man laying flat on his back, motionless near the steps of 50 UN Plaza. A fellow Park Ranger and I approached this individual to conduct a welfare check. Upon my initial approach, the individual appeared unconscious, so I attempted to wake him. When he woke up I asked if he needed assistance. The individual responded that he was fine and that he was getting up.

4. The individual then made numerous attempts to rise from the ground on his own, but kept losing consciousness and was not able to do so. A nearby Urban Alchemy employee came over and offered administer Narcan. Narcan is a medication that can reverse an opioid overdose. The individual refused Narcan.

5. While attempting to assess the situation, my fellow Park Ranger stomped his foot on the ground and I raised my voice to get the individual's attention and try to keep him awake because he was going in and out of consciousness. As a result of these efforts, the individual eventually got up from the ground, but was still unable to consistently stay conscious and nearly fell backwards numerous times.

6. Throughout this process I offered the individual medical services, which he repeatedly refused. The individual eventually left UN Plaza headed east on Market Street at the edge of the park.

7. Despite the individual's persistent refusal for services, my fellow Park Ranger and I stayed with him to ensure he could safely cross Market Street. I feared for his safety at a busy City intersection given his condition. During that process the individual again swayed and almost fell backwards while stepping onto the curb of a bus stop. My fellow Park Ranger and I caught him.

8. At this point the individual became belligerent and yelled at my fellow Park Ranger and I for trying to assist him. In response to his requests, we left him.

9. At no point during our interactions was this individual detained. He also was not cited or arrested and neither my fellow Park Ranger nor I threatened to cite or arrest him for any offense.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 29, 2023, at San Francisco, California.

/s/ Joseph Farkash