DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF SOPHIA GARCIA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**<br><br>Hearing Date:  August 10, 2023<br>Time:          1:00 p.m.<br>Place:         Courtroom 4—3rd Floor<br><br>Trial Date:    April 15, 2024<br><br>Attachments:  Exhibits A - BB |

I, Sophia Garcia, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am a Legal Assistant at the San Francisco City Attorney's Office.

3. On October 26, 2022 I produced documents in this matter. The production sent on October 26, 2022 included Department of Public Works ("DPW") Bag and Tag Intake Forms along with Bag and Tag Spreadsheets. The bates range for this production is CCSF_COH_PI_DPW_000001 – 000036. A true and correct copy of my email to the Coalition attaching the document production is attached hereto as Exhibit A.

4. On October 28, 2022 I produced ("DPW") Bag and Tag Intake Forms along with Bag and Tag Spreadsheets. I also produced San Francisco Department of Homelessness and Supportive Housing ("HSH") bed allocation emails. The bates range for this production is CCSF_COH_PI_DPW_000037 – 000049 and CCSF_COH_PI_HSH_000001 – 000006. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit B.

5. On November 4, 2022 I produced DPW Bag and Tag Intake Forms along with Bag and Tag Spreadsheets. I also produced HSH bed allocation emails. The bates range for this production is CCSF_COH_PI_DPW_000050 – 000064 and CCSF_COH_PI_HSH_000007 – 000014. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit C.

6. On November 8, 2022 I produced San Francisco Police Department ("SFPD") Data which consisted of a Spreadsheet of Weekly Lodging Without Permission; Maintaining a Public Nuisance; Public Nuisance, Maintaining After Notification; Public Nuisance, Committing report of incidents and a Spreadsheet of Weekly report of 915 - Homeless-related Computer Aided Dispatch Calls. The bates range for this production is CCSF_COH_PI_SFPD_000001 – 000018. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit D.

7. On November 10, 2022 I produced DPW Bag and Tag Intake Forms along with Bag and Tag Spreadsheets. I also produced HSH bed allocation emails. The bates range for this production is CCSF_COH_PI_DPW_000065 – 000083 and CCSF_COH_PI_HSH_000015 – 000021. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit E.

8. On November 15, 2022 I produced SFPD Data which consisted of a Spreadsheet of Weekly Lodging Without Permission; Maintaining a Public Nuisance; Public Nuisance, Maintaining After Notification; Public Nuisance, Committing report of incidents and a Spreadsheet of Weekly report of 915 - Homeless-related Computer Aided Dispatch Calls. The bates range for this production is CCSF_COH_PI_SFPD_0000019 – 000042. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit F.

9. On November 17, 2022 I produced Healthy Streets Operations Center ("HSOC") documents pursuant to the court's order regarding expedited discovery [Dkt 44]. The bates range for this production is CCSF_COH_PI_HSOC_000001 – 000975 A true and correct copy of my email to the Coalition as well as confirmation of plaintiffs download of the production is attached hereto as Exhibit G.

10. On November 18, 2022 I produced DPW Bag and Tag Intake Forms along with Bag and Tag Spreadsheets. I also produced HSH bed allocation emails. The bates range for this production is CCSF_COH_PI_DPW_000084 – 000091 and CCSF_COH_PI_HSH_000022 – 000034. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit H.

11. On November 22, 2022 I produced SFPD Data which consisted of a Spreadsheet of Weekly Lodging Without Permission; Maintaining a Public Nuisance; Public Nuisance, Maintaining After Notification; Public Nuisance, Committing report of incidents and a Spreadsheet of Weekly report of 915 - Homeless-related Computer Aided Dispatch Calls. The bates range for this production is CCSF_COH_PI_SFPD_000043 – 000075. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit I.

12. On November 23, 2022 I produced DPW Bag and Tag Intake Forms along with Bag and Tag Spreadsheets. I also produced HSH bed allocation emails. The bates range for this production is CCSF_COH_PI_DPW_000092 – 000101 and CCSF_COH_PI_HSH_000035 – 000041. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit J.

13. On November 28, 2022 I produced HSH bed allocation emails. The bates range for this production is CCSF_COH_PI_HSH_000042 – 000046. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit K.

14. On November 22, 2022 I produced SFPD Data which consisted of a Spreadsheet of Weekly Lodging Without Permission; Maintaining a Public Nuisance; Public Nuisance, Maintaining After Notification; Public Nuisance, Committing report of incidents and a Spreadsheet of Weekly report of 915 - Homeless-related Computer Aided Dispatch Calls. The bates range for this production is CCSF_COH_PI_SFPD_000076 – 000081. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit L.

15. On December 2, 2022 our office produced DPW Bag and Tag Intake Forms, DPW Bag and Tag Spreadsheets and HSH bed allocation emails. The bates range for this production is CCSF_COH_PI_DPW_000102 – 000109 and CCSF_COH_PI_HSH_000047 – 000070. A true and correct copy of the email to the Coalition attaching the production is attached hereto as Exhibit M.

16. On December 6, 2022 I produced SFPD Data which consisted of a Spreadsheet of Weekly Lodging Without Permission; Maintaining a Public Nuisance; Public Nuisance, Maintaining After Notification; Public Nuisance, Committing report of incidents and a Spreadsheet of Weekly report of 915 - Homeless-related Computer Aided Dispatch Calls. The bates range for this production is CCSF_COH_PI_SFPD_000082 – 000093.  A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit N.

17. On December 9, 2022 I produced DPW Bag and Tag Intake Forms along with Bag and Tag Spreadsheets. I also produced HSH bed allocation emails.  The bates range for this production is CCSF_COH_PI_DPW_000110 – 000119 and CCSF_COH_PI_HSH_000071 – 000085.  A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit O.

18. On December 13, 2022 I produced SFPD Data which consisted of a Spreadsheet of Weekly Lodging Without Permission; Maintaining a Public Nuisance; Public Nuisance, Maintaining After Notification; Public Nuisance, Committing report of incidents and a Spreadsheet of Weekly report of 915 - Homeless-related Computer Aided Dispatch Calls. The bates range for this production is CCSF_COH_PI_SFPD_000094 – 000105. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit P.

19. On December 16, 2022 I produced DPW Bag and Tag Intake Forms along with Bag and Tag Spreadsheets. I also produced HSH bed allocation emails.  The bates range for this production

is CCSF_COH_PI_DPW_000120 – 000128 and CCSF_COH_PI_HSH_000086 – 000092. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit Q.

20. On December 20, 2022 I produced SFPD Data which consisted of a Spreadsheet of Weekly Lodging Without Permission; Maintaining a Public Nuisance; Public Nuisance, Maintaining After Notification; Public Nuisance, Committing report of incidents and a Spreadsheet of Weekly report of 915 - Homeless-related Computer Aided Dispatch Calls. The bates range for this production is CCSF_COH_PI_SFPD_000106 – 000118. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit R.

21. On December 23, 2022 I produced DPW Bag and Tag Intake Forms along with Bag and Tag Spreadsheets. The bates range for this production is CCSF_COH_PI_DPW_00129 – 000142. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit S.

22. On January 26, 2023 I produced a recently issued department notice by SFPD. The bates range for this production is CCSF_COH_SFPD_000001 – 000003. A true and correct copy of my email to the Coalition attaching the production is attached hereto as Exhibit T.

23. On March 3, 2023 our office produced documents from several City agencies such as Department of Emergency Management ("DEM"), DPW, HSH, SFPD and San Francisco Fire Department ("SFFD"). The documents in this production included policies, procedures and training for SFFD, bed allocation emails from HSH, Weekly Lodging and Homeless-related data from SFPD and DPW bag and tag logs and spreadsheets. The bates range for this production is CCSF-COH_000001-003133. A true and correct copy of the email to the Coalition attaching the production as well as confirmation of plaintiffs download of the production is attached hereto as Exhibit U.

24. On April 11, 2023 I produced documents from DEM which consisted of JFO notices, Internal Street Responses documents, DPW bag and tag logs and spreadsheets, HSH bed allocation emails and Weekly Lodging and Homeless-related data from SFPD and several other documents from these City agencies. The bates range for this production is CCSF-COH_003134 – 022197. A true and correct copy of the email to the Coalition attaching the production as well as confirmation of plaintiffs download of the production is attached hereto as Exhibit V.

25. On May 5, 2023 I produced documents CAD (Computer Aided Dispatch) reports, DPW bag and tag logs and spreadsheets, HSH bed allocation emails and Weekly Lodging and Homeless-related data from SFPD. The bates range for this production is CCSF-COH_022198 – 022344. A true and correct copy of the email to the Coalition attaching the production as well as confirmation of plaintiffs download of the production is attached hereto as Exhibit W.

26. On May 23, 2023 I produced documents which consisted of emails of custodians identified by and agreed by the parties. The bates range for this production is COH_022345 – CCSF-COH_045583. A true and correct copy of the email to the Coalition attaching the production as well as confirmation of plaintiffs download of the production is attached hereto as Exhibit X.

27. On June 15, 2023 I produced documents pursuant to the court's order regarding Ongoing Discovery to Assess Compliance with Court's PI dated May 25, 2023 [Dkt 129]. The documents I produced included Joint Field Operations ("JFO") schedules, Healthy Streets Operation Center ("HSOC") meeting notes, DPW bag and tag logs and spreadsheets, HSH bed allocation emails and Weekly Lodging and Homeless-related data from SFPD. The document production also included 44 SFPD police incident reports and 381 CAD reports from DEM. The bates range for this production is CCSF-COH_045584 – 048489. A true and correct copy of the email to the Coalition attaching the production as well as confirmation of plaintiffs download of the production is attached hereto as Exhibit Y.

28. On July 6, 2023 I will be serving documents in compliance with the court's order on order regarding Ongoing Discovery to Assess Compliance with Court's PI dated May 25, 2023 [Dkt 129].

29. On October 21, 2022 I began the 72-hour notification emails to the Coalition of upcoming planned encampment resolutions. A true and correct copy of the first email notification to the Coalition is attached hereto as exhibit Z. I have continued sending 72 hour notification emails to the Coalition since October 21, 2022.

30. On June 13, 2023 I notified the Coalition of a cancellation in the JFO schedule for June 19, 2023. The Coalition received the June 2023 schedule for JFO operations as part Defendants June

15, 2023 document production. A true and correct copy of the email notification to the Coalition of the JFO cancellation is attached hereto as exhibit AA.

31. On June 27, 2023 I began notification emails to the Coalition of upcoming JFO operations. All previous JFO schedules were produced to the plaintiffs as part Defendants June 15, 2023 document production. A true and correct copy of the email notification to the Coalition of the July 2023 JFO schedule is attached hereto as exhibit BB.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.   Executed July 5, 2023 in San Francisco, California.

*[signature]*

SOPHIA GARCIA