**EXHIBIT G**

**TO**

**DECLARATION OF SOPHIA GARCIA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**

**Garcia, Sophia (CAT)**

| | |
|---|---|
| **From:** | Garcia, Sophia (CAT) |
| **Sent:** | Thursday, November 17, 2022 12:03 PM |
| **To:** | 'zshroff@lccrsf.org'; 'Kevin.Wu@lw.com'; 'Wesley.Tiu@lw.com'; 'jdo@aclunc.org'; 'hrood@lccrsf.org'; 'Al.Pfeiffer@lw.com'; 'Tulin.Gurer@lw.com'; 'nshahram@lccrsf.org'; 'Joseph.Lee@lw.com'; 'bgreene@aclunc.org'; 'Rachel.Mitchell@lw.com'; 'ksetren@lccrsf.org'; 'edellapiana@lccrsf.org'; 'sf.probono.unhoused.persons.litigation@lw.com' |
| **Cc:** | Emery, Jim (CAT); Wang, Edmund (CAT) |
| **Subject:** | Coalition on Homelessness - Defendants' Document Production |

Dear Counsel:

Pursuant to the Order on Expedited Discovery (ECF No. 44), Defendants' document production has been sent to you via the City's secure share FTP system. Please use the access code:
**429454** to download the files. Please note that the link and access code will expire on 11/24/2022. We recommend using Firefox, or Microsoft Edge to access FTP.

Should you have any difficulty accessing the link, please do not hesitate to contact me.



Thank you,
Sophia

**Sophia Garcia**
Legal Assistant
Office of City Attorney David Chiu
(415) 554-3877 Direct
www.sfcityattorney.org
Find us on: Facebook Twitter Instagram

**Garcia, Sophia (CAT)**

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply <no-reply@sfgov.org> |
| **Sent:** | Thursday, November 17, 2022 12:02 PM |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | Coalition on Homelessness - Defendants' Document Production |

To: zshroff@lccrsf.org, Kevin.Wu@lw.com, Wesley.Tiu@lw.com, jdo@aclunc.org, hrood@lccrsf.org, Al.Pfeiffer@lw.com, Tulin.Gurer@lw.com, nshahram@lccrsf.org, Joseph.Lee@lw.com, bgreene@aclunc.org, Rachel.Mitchell@lw.com, ksetren@lccrsf.org, edellapiana@lccrsf.org, sf.probono.unhoused.persons.litigation@lw.com
CC: jim.emery@sfcityatty.org, edmund.wang@sfcityatty.org



This is an official message sent by the City & County of San Francisco Office of Cybersecurity to you.
.

One or more files have been sent to you :

Please visit the Workspace to retrieve files.

You may be prompted to register an account if authentication is required.

These links will expire on 11/24/2022 7:57:53 PM

Office of Cybersecurity
City & County of San Francisco
For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or dtis.helpdesk@sfgov.org

Pursuant to the Order on Expedited Discovery (ECF No. 44), attached please find Defendants' document production.
Thank you,
Sophia

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 12:24:29 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000001-000052.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com
(anonymously) from 209.120.187.67 on 11/17/2022 at 12:24:21 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 12:24:32 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000423-000459.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com
(anonymously) from 209.120.187.67 on 11/17/2022 at  12:24:24 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 12:24:33 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000460-000470.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com
(anonymously) from 209.120.187.67 on 11/17/2022 at  12:24:24 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 12:24:33 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000471-000975.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com
(anonymously) from 209.120.187.67 on 11/17/2022 at  12:24:26 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 12:25:07 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000053-000422.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com
(anonymously) from 209.120.187.67 on 11/17/2022 at  12:25:01 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 12:32:49 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000471-000975.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com
(anonymously) from 209.120.187.67 on 11/17/2022 at  12:32:43 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

**From:**      CCSF SFTP NO-Reply
**To:**        Garcia, Sophia (CAT)
**Subject:**   File Action Notification
**Date:**      Thursday, November 17, 2022 2:02:51 PM

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000001-000052.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com
(anonymously) from 209.120.187.67 on 11/17/2022 at  2:02:46 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 2:02:52 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000423-000459.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com
(anonymously) from 209.120.187.67 on 11/17/2022 at  2:02:47 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

**From:**      CCSF SFTP NO-Reply
**To:**      Garcia, Sophia (CAT)
**Subject:**      File Action Notification
**Date:**      Thursday, November 17, 2022 2:02:55 PM

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000460-000470.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com
(anonymously) from 209.120.187.67 on 11/17/2022 at  2:02:47 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 2:02:56 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000471-000975.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com
(anonymously) from 209.120.187.67 on 11/17/2022 at  2:02:48 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 2:03:46 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000053-000422.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com
(anonymously) from 209.120.187.67 on 11/17/2022 at  2:03:40 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 2:08:03 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000001-000052.pdf was downloaded by hrood@lccrsf.org (anonymously) from
107.77.214.191 on 11/17/2022 at  2:07:56 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 2:08:07 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org): CCSF_COH_PI_HSOC_000460-000470.pdf was downloaded by hrood@lccrsf.org (anonymously) from 107.77.214.191 on 11/17/2022 at  2:08:01 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or dtis.helpdesk@sfgov.org

**From:**      CCSF SFTP NO-Reply
**To:**        Garcia, Sophia (CAT)
**Subject:**   File Action Notification
**Date:**      Thursday, November 17, 2022 2:08:07 PM

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000423-000459.pdf was downloaded by hrood@lccrsf.org (anonymously) from
107.77.214.191 on 11/17/2022 at  2:08:00 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 2:08:09 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org): CCSF_COH_PI_HSOC_000471-000975.pdf was downloaded by hrood@lccrsf.org (anonymously) from 107.77.214.191 on 11/17/2022 at  2:08:03 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 2:44:24 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org): CCSF_COH_PI_HSOC_000001-000052.pdf was downloaded by zshroff@lccrsf.org (anonymously) from 24.7.91.144 on 11/17/2022 at 2:44:17 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 2:45:27 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000460-000470.pdf was downloaded by zshroff@lccrsf.org (anonymously) from
24.7.91.144 on 11/17/2022 at  2:45:23 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 2:45:30 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000423-000459.pdf was downloaded by zshroff@lccrsf.org (anonymously) from
24.7.91.144 on 11/17/2022 at  2:45:23 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 2:45:31 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000471-000975.pdf was downloaded by zshroff@lccrsf.org (anonymously) from
24.7.91.144 on 11/17/2022 at  2:45:23 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Thursday, November 17, 2022 2:46:13 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000053-000422.pdf was downloaded by zshroff@lccrsf.org (anonymously) from
24.7.91.144 on 11/17/2022 at  2:46:05 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org

**From:** CCSF SFTP NO-Reply
**To:** Garcia, Sophia (CAT)
**Subject:** File Action Notification
**Date:** Thursday, November 17, 2022 2:55:53 PM

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org):
CCSF_COH_PI_HSOC_000053-000422.pdf was downloaded by hrood@lccrsf.org (anonymously) from
50.250.227.105 on 11/17/2022 at 2:55:45 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or
dtis.helpdesk@sfgov.org