# EXHIBIT H

# TO

# DECLARATION OF SOPHIA GARCIA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

## Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | Garcia, Sophia (CAT) |
| **Sent:** | Friday, November 18, 2022 5:49 PM |
| **To:** | 'zshroff@lccrsf.org'; 'Kevin.Wu@lw.com'; 'Wesley.Tiu@lw.com'; 'jdo@aclunc.org'; 'hrood@lccrsf.org'; 'Al.Pfeiffer@lw.com'; 'Tulin.Gurer@lw.com'; 'nshahram@lccrsf.org'; 'Joseph.Lee@lw.com'; 'bgreene@aclunc.org'; 'Rachel.Mitchell@lw.com'; 'ksetren@lccrsf.org'; 'edellapiana@lccrsf.org'; 'sf.probono.unhoused.persons.litigation@lw.com' |
| **Cc:** | Wang, Edmund (CAT); Emery, Jim (CAT) |
| **Subject:** | Coalition on Homelessness - DPW & HSH weekly production |
| **Attachments:** | CCSF_COH_PI_DPW_000084-000091.pdf; CCSF_COH_PI_HSH_000022-000034.pdf |

Pursuant to the Order Regarding Defendants' Administrative Motion for Extended Briefing Schedule (ECF No. 34), attached please find DPW records from 11/10/2022-11/16/2022.

Pursuant to the Order Regarding Defendants' Administrative Motion for Extended Briefing Schedule (ECF No. 34), attached please find HSH records from 11/14/2022-11/18/2022.



Thank you,
Sophia

**Sophia Garcia**
Legal Assistant
Office of City Attorney David Chiu
(415) 554-3877 Direct
www.sfcityattorney.org
Find us on: Facebook Twitter Instagram