# EXHIBIT M

## TO

## DECLARATION OF SOPHIA GARCIA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

| | |
|---|---|
| **From:** | Chen, Albert (CAT) |
| **To:** | "zshroff@lccrsf.org"; "Kevin.Wu@lw.com"; "Wesley.Tiu@lw.com"; "jdo@aclunc.org"; "hrood@lccrsf.org"; "Al.Pfeiffer@lw.com"; "Tulin.Gurer@lw.com"; "nshahram@lccrsf.org"; "Joseph.Lee@lw.com"; "bgreene@aclunc.org"; "Rachel.Mitchell@lw.com"; "ksetren@lccrsf.org"; "edellapiana@lccrsf.org"; "sf.probono.unhoused.persons.litigation@lw.com" |
| **Cc:** | Garcia, Sophia (CAT); Wang, Edmund (CAT); Emery, Jim (CAT) |
| **Subject:** | Re: Coalition on Homelessness - DPW & HSH weekly production |
| **Date:** | Friday, December 2, 2022 12:53:44 PM |
| **Attachments:** | CCSF_COH_PI_DPW_000102-000109.pdf<br>CCSF_COH_PI_HSH_000047-000070.pdf |

Pursuant to the Order Regarding Defendants' Administrative Motion for Extended Briefing Schedule (ECF No. 34), attached please find DPW records from 11/24/2022 to 11/30/2022.

Pursuant to the Order Regarding Defendants' Administrative Motion for Extended Briefing Schedule (ECF No. 34), attached please find HSH records from 11/28/2022 to 12/2/2022.

Thank you,

**Albert Chen**
Paralegal
Office of City Attorney David Chiu
(415) 554-4287 Direct
www.sfcityattorney.org

This e-mail message and any attachments may contain confidential information that is legally privileged. If you are not the intended recipient(s) or person responsible for delivering it to the intended recipient(s) you are hereby notified that any review, disclosure, copying, distribution or use of any of the information contained herein is strictly prohibited. If you have received this transmission in error, please contact the sender by reply e-mail and destroy the original transmission and any attachments without reading or saving in any manner.