# EXHIBIT P

## TO

## DECLARATION OF SOPHIA GARCIA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | Garcia, Sophia (CAT) |
| **Sent:** | Tuesday, December 13, 2022 11:41 AM |
| **To:** | 'zshroff@lccrsf.org'; 'Kevin.Wu@lw.com'; 'Wesley.Tiu@lw.com'; 'jdo@aclunc.org'; 'hrood@lccrsf.org'; 'Al.Pfeiffer@lw.com'; 'Tulin.Gurer@lw.com'; 'nshahram@lccrsf.org'; 'Joseph.Lee@lw.com'; 'bgreene@aclunc.org'; 'Rachel.Mitchell@lw.com'; 'ksetren@lccrsf.org'; 'edellapiana@lccrsf.org'; 'sf.probono.unhoused.persons.litigation@lw.com' |
| **Cc:** | Wang, Edmund (CAT); Emery, Jim (CAT) |
| **Subject:** | Coalition on Homelessness - SFPD production |
| **Attachments:** | CCSF_COH_PI_SFPD_000094-000104.pdf; CCSF_COH_PI_SFPD_000105.pdf |

Pursuant to the Order on Joint Letters (ECF No. 38), attached please find SFPD records from October 17, 2022 to December 11, 2022.



Thank you,
Sophia

**Sophia Garcia**
Legal Assistant
Office of City Attorney David Chiu
(415) 554-3877 Direct
www.sfcityattorney.org
Find us on: Facebook Twitter Instagram