# EXHIBIT R

# TO

# DECLARATION OF SOPHIA GARCIA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | Garcia, Sophia (CAT) |
| **Sent:** | Tuesday, December 20, 2022 11:36 AM |
| **To:** | 'zshroff@lccrsf.org'; 'Kevin.Wu@lw.com'; 'Wesley.Tiu@lw.com'; 'jdo@aclunc.org'; 'hrood@lccrsf.org'; 'Al.Pfeiffer@lw.com'; 'Tulin.Gurer@lw.com'; 'nshahram@lccrsf.org'; 'Joseph.Lee@lw.com'; 'bgreene@aclunc.org'; 'Rachel.Mitchell@lw.com'; 'ksetren@lccrsf.org'; 'edellapiana@lccrsf.org'; 'sf.probono.unhoused.persons.litigation@lw.com' |
| **Cc:** | Wang, Edmund (CAT); Emery, Jim (CAT) |
| **Subject:** | Coalition on Homelessness - SFPD production |
| **Attachments:** | CCSF_COH_PI_SFPD_000118.pdf; CCSF_COH_PI_SFPD_000106-000117.pdf |

Pursuant to the Order on Joint Letters (ECF No. 38), attached please find SFPD records:

Lodging Without Permission; Maintaining a Public Nuisance; Public Nuisance, Maintaining After Notification; Public Nuisance, Committing from October 17, 2022 through December 18, 2022.

915 Homeless-related Computer Aided Dispatch Calls from December 3, 2022 through December 17, 2022.

Thank you,
Sophia

**Sophia Garcia**
Legal Assistant
Office of City Attorney David Chiu
(415) 554-3877 Direct
www.sfcityattorney.org
Find us on: Facebook Twitter Instagram