# EXHIBIT U

# TO

# DECLARATION OF SOPHIA GARCIA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

| | |
|---|---|
| **From:** | Fong, Winnie (CAT) |
| **To:** | "edellapiana@lccr.com"; "zshroff@lccrsf.org"; "hrood@lccrsf.org"; "bgreene@aclunc.org"; "jdo@aclunc.org"; "joseph.lee@lw.com"; "wesley.tiu@lw.com"; "al.pfeiffer@lw.com"; "kevin.wu@lw.com"; "tulin.gurer@lw.com"; "rachel.mitchell@lw.com" |
| **Cc:** | Snodgrass, Wayne (CAT); Emery, Jim (CAT); Stevens, Ryan (CAT); Murphy, Kaitlyn (CAT); Gradilla, Miguel (CAT); Garcia, Sophia (CAT); Andrew, Rhonda (CAT) |
| **Subject:** | Coalition on Homelessness - Defendants" Document Production (passcode) |
| **Date:** | Friday, March 3, 2023 3:43:05 PM |

Dear Counsel:

You will be receiving an email from **CCSF SFTP NO-Reply** with a link to Defendants' document production, Bates-numbered CCSF-COH_000001 – 003133.

*Instructions for download*

1. For best results, please use Microsoft Edge internet browser. FTP does not work well with Chrome.
2. Open **CCSF SFTP No-Reply** email and click on **Workspace** link to download the file.
3. Enter the **Passcode 419548** and click **Submit**.
4. Click on the file to download.

Please note the link will expire on **March 10, 2023**. If you do not receive the link, or if you have difficulty downloading the files, please contact me.

Thank you.


Winnie Fong
Paralegal
Office of City Attorney David Chiu
(415) 554-4215 Direct
www.sfcityattorney.org

CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. It you are not the intended recipient, please contact the sender and destroy all copies of the communication.

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | winnie.fong@sfgov.org |
| **Subject:** | Coalition on Homelessness - Defendants" Document Production |
| **Date:** | Friday, March 3, 2023 3:42:55 PM |

To: edellapiana@lccr.com, zshroff@lccrsf.org, hrood@lccrsf.org, bgreene@aclunc.org, jdo@aclunc.org, joseph.lee@lw.com, wesley.tiu@lw.com, al.pfeiffer@lw.com, kevin.wu@lw.com, tulin.gurer@lw.com, rachel.mitchell@lw.com
CC: Wayne.Snodgrass@sfcityatty.org, Jim.Emery@sfcityatty.org, Ryan.Stevens@sfcityatty.org, Kaitlyn.Murphy@sfcityatty.org, Miguel.Gradilla@sfcityatty.org, Sophia.Garcia@sfcityatty.org, Rhonda.Andrew@sfcityatty.org, winnie.fong@sfgov.org



Globalscape

This is an official message sent by the City & County of San Francisco Office of Cybersecurity to you.
.

One or more files have been sent to you :

Please visit the Workspace to retrieve files.

You may be prompted to register an account if authentication is required.

These links will expire on 3/10/2023 11:38:35 PM

Office of Cybersecurity
City & County of San Francisco
For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or dtis.helpdesk@sfgov.org

Dear Counsel:

Please see attached zip file with Defendants' document production. A passcode will be sent by separate email.

Thank you.

Winnie Fong (she/her)

Paralegal
Office of City Attorney David Chiu
(415) 554-4215 Direct
www.sfcityattorney.org
Find us on: Facebook Twitter Instagram

CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply |
| **To:** | Fong, Winnie (CAT) |
| **Subject:** | File Action Notification |
| **Date:** | Friday, March 3, 2023 4:00:43 PM |

This message is being sent to you by the City Cybersecurity Team.

SFSecureShare Notification:

Coalition on Homelessness - Defendants' Document Production (winnie.fong@sfcityatty.org): CCSF-COH_000001 - 003133.zip was downloaded by wesley.tiu@lw.com (anonymously) from 209.120.187.67 on 3/3/2023 at 4:00:33 PM.

For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or dtis.helpdesk@sfgov.org