# EXHIBIT W

## TO

## DECLARATION OF SOPHIA GARCIA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | Garcia, Sophia (CAT) |
| **Sent:** | Friday, May 5, 2023 3:00 PM |
| **To:** | 'zshroff@lccrsf.org'; 'Kevin.Wu@lw.com'; 'Wesley.Tiu@lw.com'; 'jdo@aclunc.org'; 'Al.Pfeiffer@lw.com'; 'Tulin.Gurer@lw.com'; 'nshahram@lccrsf.org'; 'Joseph.Lee@lw.com'; 'bgreene@aclunc.org'; 'Rachel.Mitchell@lw.com'; 'ksetren@lccrsf.org'; 'edellapiana@lccrsf.org'; 'sf.probono.unhoused.persons.litigation@lw.com' |
| **Cc:** | Emery, Jim (CAT); Wang, Edmund (CAT); Stevens, Ryan (CAT); Snodgrass, Wayne (CAT); Murphy, Kaitlyn (CAT); Gradilla, Miguel (CAT); Fong, Winnie (CAT); Andrew, Rhonda (CAT) |
| **Subject:** | Coalition on Homelessness - Defendants' Document Production |

Dear Counsel:

You will be receiving an email from **CCSF SFTP NO-Reply** with a link to Defendants' document production, Bates-numbered CCSF-COH_022198 - 022344.

*Instructions for download*

1. For best results, please use Microsoft Edge internet browser. FTP does not work well with Chrome.
2. Open **CCSF SFTP No-Reply** email and click on **Workspace** link to download the file.
3. Enter the **Passcode 431306** and click **Submit**.
4. Click on the file to download.

Please note the link will expire on **May 12, 2023**. If you do not receive the link, or if you have difficulty downloading the files, please contact me.

Thank you.
Sophia

**Sophia Garcia**
Legal Assistant
Office of City Attorney David Chiu
(415) 554-3877 Direct
www.sfcityattorney.org
Find us on: Facebook Twitter Instagram

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply <no-reply@sfgov.org> |
| **Sent:** | Friday, May 5, 2023 2:59 PM |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | Coalition on Homelessness - Defendants' Document Production |

To: zshroff@lccrsf.org, Kevin.Wu@lw.com, Wesley.Tiu@lw.com, jdo@aclunc.org, Al.Pfeiffer@lw.com, Tulin.Gurer@lw.com, nshahram@lccrsf.org, Joseph.Lee@lw.com, bgreene@aclunc.org, Rachel.Mitchell@lw.com, ksetren@lccrsf.org, edellapiana@lccrsf.org, sf.probono.unhoused.persons.litigation@lw.com
CC: jim.emery@sfcityatty.org, edmund.wang@sfcityatty.org, wayne.snodgrass@sfcityatty.org, kaitlyn.murphy@sfcityatty.org, miguel.gradilla@sfcityatty.org, ryan.stevens@sfcityatty.org, winnie.fong@sfcityatty.org, rhonda.andrew@sfcityatty.org



This is an official message sent by the City & County of San Francisco Office of Cybersecurity to you.
.

One or more files have been sent to you by sophia.garcia@sfcityatty.org :

Please visit the Workspace to retrieve files.

You may be prompted to register an account if authentication is required.

These links will expire on 5/12/2023 9:52:48 PM

If the link has expired before you have accessed the shared file(s), please contact sophia.garcia@sfcityatty.org to resend link or invitation.

Office of Cybersecurity
City & County of San Francisco
For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or dtis.helpdesk@sfgov.org

Dear Counsel:
Please see attached zip file with Defendants' document production. A passcode will be sent by separate email.

Thank you.
Sophia Garcia

Legal Assistant
Office of City Attorney David Chiu

# Garcia, Sophia (CAT)

**From:** CCSF SFTP NO-Reply <no-reply@sfgov.org>
**Sent:** Friday, May 5, 2023 3:32 PM
**To:** Garcia, Sophia (CAT)
**Subject:** File Action Notification

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org): CCSF-COH_022198 - 022344.zip was downloaded by sf.probono.unhoused.persons.litigation@lw.com (anonymously) from 136.179.7.150 on 5/5/2023 at 3:31:50 PM.