# EXHIBIT X

# TO

# DECLARATION OF SOPHIA GARCIA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | Garcia, Sophia (CAT) |
| **Sent:** | Tuesday, May 23, 2023 1:03 PM |
| **To:** | 'zshroff@lccrsf.org'; 'Kevin.Wu@lw.com'; 'Wesley.Tiu@lw.com'; 'jdo@aclunc.org'; 'Al.Pfeiffer@lw.com'; 'Tulin.Gurer@lw.com'; 'Joseph.Lee@lw.com'; 'bgreene@aclunc.org'; 'Rachel.Mitchell@lw.com'; 'edellapiana@lccrsf.org'; 'sf.probono.unhoused.persons.litigation@lw.com' |
| **Cc:** | Emery, Jim (CAT); Wang, Edmund (CAT); Murphy, Kaitlyn (CAT); Stevens, Ryan (CAT); Snodgrass, Wayne (CAT); Gradilla, Miguel (CAT); Andrew, Rhonda (CAT); Fong, Winnie (CAT) |
| **Subject:** | Coalition on Homelessness - Defendants' Document Production |

Dear Counsel,

You will be receiving an email from CCSF SFTP NO-Reply with a link to Defendants' document production, Bates-numbered CCSF-COH_022345 to CCSF-COH_045583.

*Instructions for download*
1. For best results, please use Microsoft Edge internet browser.  FTP does not work well with Chrome.
2. Open CCSF SFTP No-Reply email and click on Workspace link to download the file.
3. Enter the Passcode **369511** and click Submit.
4. Click on the file to download.

Please note the link will expire on May 30, 2023.  If you do not receive the link, or if you have difficulty downloading the files, please contact me.



Thank you,
Sophia

**Sophia Garcia**
Legal Assistant
Office of City Attorney David Chiu
(415) 554-3877 Direct
www.sfcityattorney.org
Find us on: Facebook Twitter Instagram

1

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply <no-reply@sfgov.org> |
| **Sent:** | Tuesday, May 23, 2023 1:02 PM |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | Coalition on Homelessness - Defendants' Document Production |

To: zshroff@lccrsf.org, Kevin.Wu@lw.com, Wesley.Tiu@lw.com, jdo@aclunc.org, Al.Pfeiffer@lw.com, Tulin.Gurer@lw.com, Joseph.Lee@lw.com, bgreene@aclunc.org, Rachel.Mitchell@lw.com, edellapiana@lccrsf.org, sf.probono.unhoused.persons.litigation@lw.com
CC: jim.emery@sfcityatty.org, edmund.wang@sfcityatty.org, wayne.snodgrass@sfcityatty.org, kaitlyn.murphy@sfcityatty.org, miguel.gradilla@sfcityatty.org, ryan.stevens@sfcityatty.org, winnie.fong@sfcityatty.org, rhonda.andrew@sfcityatty.org



This is an official message sent by the City & County of San Francisco Office of Cybersecurity to you.
.

One or more files have been sent to you by sophia.garcia@sfcityatty.org :

Please visit the Workspace to retrieve files.

You may be prompted to register an account if authentication is required.

These links will expire on 5/30/2023 7:49:26 PM

If the link has expired before you have accessed the shared file(s), please contact sophia.garcia@sfcityatty.org to resend link or invitation.

Office of Cybersecurity
City & County of San Francisco
For help or assistance for this service, please contact the City HelpDesk at (628)652-5000 or dtis.helpdesk@sfgov.org

Dear Counsel,
Please find Defendants' document production, Bates-numbered CCSF-COH_022345 to CCSF-COH_045583.

Thank you,
Sophia Garcia

Legal Assistant
Office of City Attorney David Chiu

2

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply <no-reply@sfgov.org> |
| **Sent:** | Tuesday, May 23, 2023 1:13 PM |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org): 2022-05-23 CCSF Letter Encl Doc Production.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com (anonymously) from 136.179.7.150 on 5/23/2023 at 1:13:00 PM.

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply <no-reply@sfgov.org> |
| **Sent:** | Tuesday, May 23, 2023 1:17 PM |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org): PROD004.zip was downloaded by sf.probono.unhoused.persons.litigation@lw.com (anonymously) from 136.179.7.150 on 5/23/2023 at 1:17:09 PM.

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply <no-reply@sfgov.org> |
| **Sent:** | Tuesday, May 23, 2023 1:55 PM |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org): 2022-05-23 CCSF Letter Encl Doc Production.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com (anonymously) from 136.179.7.150 on 5/23/2023 at 1:55:28 PM.

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply <no-reply@sfgov.org> |
| **Sent:** | Tuesday, May 23, 2023 3:22 PM |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org): 2022-05-23 CCSF Letter Encl Doc Production.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com (anonymously) from 136.179.7.150 on 5/23/2023 at 3:21:48 PM.

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply <no-reply@sfgov.org> |
| **Sent:** | Tuesday, May 23, 2023 3:22 PM |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org): 2022-05-23 CCSF Letter Encl Doc Production.pdf was downloaded by sf.probono.unhoused.persons.litigation@lw.com (anonymously) from 136.179.7.150 on 5/23/2023 at 3:21:58 PM.

1

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | CCSF SFTP NO-Reply <no-reply@sfgov.org> |
| **Sent:** | Tuesday, May 23, 2023 3:27 PM |
| **To:** | Garcia, Sophia (CAT) |
| **Subject:** | File Action Notification |

Coalition on Homelessness - Defendants' Document Production (sophia.garcia@sfcityatty.org): PROD004.zip was downloaded by sf.probono.unhoused.persons.litigation@lw.com (anonymously) from 136.179.7.150 on 5/23/2023 at 3:27:12 PM.

1