# EXHIBIT AA

# TO

# DECLARATION OF SOPHIA GARCIA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | Garcia, Sophia (CAT) |
| **Sent:** | Tuesday, June 13, 2023 4:16 PM |
| **To:** | 'zshroff@lccrsf.org'; 'Kevin.Wu@lw.com'; 'Wesley.Tiu@lw.com'; 'jdo@aclunc.org'; 'Al.Pfeiffer@lw.com'; 'Tulin.Gurer@lw.com'; 'nshahram@lccrsf.org'; 'Joseph.Lee@lw.com'; 'bgreene@aclunc.org'; 'Rachel.Mitchell@lw.com'; 'ksetren@lccrsf.org'; 'sf.probono.unhoused.persons.litigation@lw.com' |
| **Cc:** | Emery, Jim (CAT); Wang, Edmund (CAT); Gradilla, Miguel (CAT); Murphy, Kaitlyn (CAT); Stevens, Ryan (CAT); Snodgrass, Wayne (CAT); Fong, Winnie (CAT); Andrew, Rhonda (CAT) |
| **Subject:** | Coalition on Homelessness et al. v. CCSF et al – JFO Cancellation Notice |

Please take notice that JFO will not be operating on June 19, 2023 in observance of the Juneteenth Holiday. JFO will resume in zone 1 as planned on June 20, 2023.

Thank you,
Sophia



**Sophia Garcia** *(she/her)*
Legal Assistant
Office of City Attorney David Chiu
(415) 554-3877 Direct
www.sfcityattorney.org

**CONFIDENTIALITY NOTICE:** This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). If you are not the intended recipient, please contact the sender and destroy all copies of the communication.