# EXHIBIT BB

## TO

## DECLARATION OF SOPHIA GARCIA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

# Garcia, Sophia (CAT)

| | |
|---|---|
| **From:** | Garcia, Sophia (CAT) |
| **Sent:** | Tuesday, June 27, 2023 3:37 PM |
| **To:** | 'zshroff@lccrsf.org'; 'Kevin.Wu@lw.com'; 'Wesley.Tiu@lw.com'; 'jdo@aclunc.org'; 'Al.Pfeiffer@lw.com'; 'Tulin.Gurer@lw.com'; 'nshahram@lccrsf.org'; 'Joseph.Lee@lw.com'; 'bgreene@aclunc.org'; 'Rachel.Mitchell@lw.com'; 'ksetren@lccrsf.org'; 'sf.probono.unhoused.persons.litigation@lw.com' |
| **Cc:** | Emery, Jim (CAT); Wang, Edmund (CAT); Murphy, Kaitlyn (CAT); Stevens, Ryan (CAT); Gradilla, Miguel (CAT); Snodgrass, Wayne (CAT); Andrew, Rhonda (CAT); Fong, Winnie (CAT) |
| **Subject:** | Coalition on Homelessness et al. v. CCSF et al – JFO notice |
| **Attachments:** | 7.2023.docx |

Please take notice of the following JFO operations for the month of July 2023.

Thank you,
Sophia



**Sophia Garcia** *(she/her)*
Legal Assistant
Office of City Attorney David Chiu
(415) 554-3877 Direct
www.sfcityattorney.org

**CONFIDENTIALITY NOTICE:** This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). If you are not the intended recipient, please contact the sender and destroy all copies of the communication.