DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF VINESH GOVINDBHAI IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**<br><br>Hearing Date:    August 10, 2023<br>Time:            1:00 p.m.<br>Place:           Courtroom 4—3rd Floor<br><br>Trial Date:      April 15, 2024 |

I, Vinesh Govindbhai, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am a peace officer employed with the San Francisco Police Department. My star number is 750. I was on duty on the morning of April 21, 2023 and was patrolling in a police vehicle. I was not assigned to work as part of an HSOC resolution or JFO event that day.

3. I am aware of the January 2023 revisions to Enforcement Bulletin 23-007 "Enforcement of Laws and Ordinances for Homeless Individuals Sitting, Lying, or Sleeping on Public Property." I received this Bulletin from the SFPD in January 2023 and reviewed the Bulletin when it was received.

4. I have not cited any individuals for violations of California Penal Code sections 647(e), 370, 372 or for violations of San Francisco Police Code sections 168 or 169 since the Court's preliminary injunction issued on December 23, 2022. Nor do I recall having threatened to enforce any of these provisions since the Court's preliminary injunction issued.

5. I have reviewed the declaration of Peter Calloway that I am informed and believe Plaintiffs submitted with their Motion to Enforce the Preliminary Injunction. I have no specific recollection of the events Mr. Calloway describes or any interaction with him. I was not aware of any complaints or concerns with my conduct on April 21, 2023 until I read Mr. Calloway's declaration in June 2023. Had I learned of any complaints or concerns close in time to April 21, 2023, I would have had a better recollection of that day and had a better opportunity to rebut the statements in Mr. Calloway's declaration. After reviewing Mr. Calloway's declaration I reviewed my records to see if there was any Body Worn Camera ("BWC") footage or Incident Report ("IR") created related to the conduct he describes. I did not locate any such record.

6. I note that Mr. Calloway does not state that I threatened to enforce or actually enforced any of the enjoined sit/lie/sleep laws referenced in Paragraph 4. I also note that Mr. Calloway does not allege that I referenced "sit and lie" until after the individuals had already left the location.

7. Following my review of Mr. Calloway's declaration I have re-reviewed the January 2023 Bulletin and remain committed to complying with the Court's order as reflected in the January 2023 Enforcement Bulletin.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 28, 2023 at San Francisco, California.

Vinesh Govindbhai