1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
4  MEREDITH B. OSBORN, State Bar # 250467
   Chief Trial Deputy
5  JAMES M. EMERY, State Bar #153630
   EDMUND T. WANG, State Bar #278755
6  RYAN C. STEVENS, State Bar #306409
   KAITLYN MURPHY, State Bar #293309
7  MIGUEL A. GRADILLA, State Bar #304125
   Deputy City Attorneys
8  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
9  San Francisco, California 94102-4682
   Telephone:     (415) 554-4675 (Snodgrass)
10                (415) 554-4628 (Emery)
                  (415) 554-3857 (Wang)
11                (415) 554-3975 (Stevens)
                  (415) 554-6762 (Murphy)
12                (415) 554-3870 (Gradilla)
   Facsimile:     (415) 554-4699
13 E-mail:        wayne.snodgrass@sfcityatty.org
                  jim.emery@sfcityatty.org
14                edmund.wang@sfcityatty.org
                  ryan.stevens@sfcityatty.org
15                kaitlyn.murphy@sfcityatty.org
                  miguel.gradilla@sfcityatty.org
16
   Attorneys for Defendants
17 CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF MIGUEL A. GRADILLA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Date:     August 10, 2023<br>Time:    1:00 PM<br>Judge:   Hon. Donna M. Ryu<br>Place:   Courtroom 4 – 3rd Floor<br>          1301 Clay Street<br>          Oakland, CA 94612<br><br>Trial Date:  April 15, 2024<br>Attachments: Exhibits A-B |

I, Miguel A. Gradilla, declare as follows:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am a member of the bar of the state of California and counsel of record for defendants in this action. I submit this declaration in support of San Francisco's Opposition to Plaintiffs' Motion to Enforce the Preliminary Injunction. If called as a witness, I could and would testify competently to the matters set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Responses to Defendants' First Set of Requests for Production of Documents, Request Number 3.

4. Attached hereto as Exhibit B is San Francisco's itemized objections to Plaintiffs' evidence.

5. In connection with this litigation, my office requested and received the 11 incident reports referenced by Plaintiffs in Exhibit C of Shroff's Declaration, Dkt. 130-4.

6. My office also requested the incident reports for the 26 citations and 4 arrests referenced by James Baird in his declaration in support of San Francisco's opposition. As of the date of this filing, my office received 11 incident reports of the 30 requested.

7. I reviewed the incident reports referenced in paragraphs 4 and 5 above and learned that:

   a. 10 of the 11 incidents referenced in Shroff's declaration at Exhibit C were citations for obstructing the public sidewalk;

   b. 1 of the 11 incidents referenced in Shroff's declaration at Exhibit C was a citation issued by University of California Police, not San Francisco, for lodging without permission on UCSF's property;

   c. 2 of the 4 arrests and 6 of the 26 citations referenced in Baird's declaration were for possession of drug paraphernalia in violation of Health and Safety Code 11364(a);

   d. 1 arrest was made following the discovery of outstanding warrants during an officer's response to calls for obstruction of the sidewalk in violation of S.F. Police Code 22; and

Case 4:22-cv-05502-DMR   Document 143-54   Filed 07/06/23   Page 3 of 3

e. 2 citations were for obstructing the sidewalk.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this sixth day of July, 2023, at San Francisco, California.

/s/
MIGUEL A. GRADILLA

DECL. GRADILLA ISO OPP. TO MOT. ENFORCE PI; CASE NO. 4:22-cv-05502-DMR      2      n:\govlit\li2022\230239\01687994.docx