# EXHIBIT B

# TO

# DECLARATION OF MIGUEL GRADILLA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

## Objections to Evidence
## COH's Mtn to Enforce PI

| Paragraph | Objection | Sustained | Overruled |
|---|---|---|---|
| **Shroff Decl. (Dkt No. 130-1)** | | | |
| ¶ 4 | Argument, conclusory, opinion ("effectively" "meaningful data"). Federal Rules of Evidence (FRE) 403. | | |
| ¶ 6 | Argument, conclusory, opinion ("insufficient"). FRE 403. | | |
| ¶ 24 | Speculation (8 arrests "may be implicated by the PI"). FRE 602, 701. | | |
| ¶ 26 | Video is unauthenticated, and hearsay. FRE 802, 901. | | |
| ¶ 30 & Exh F | Chronicle article is hearsay. FRE 802. | | |
| **Friedenbach CoH Decl. (Dkt No. 130-8)** | | | |
| ¶ 10 | Hearsay ("The Coalition ahs received calls and heard from …"; The Coalition also continues to hear from unimpacted individuals…"; "the Coalition … often hears from unhoused individuals after the fact…"). FRE 802. | | |
| ¶¶ 11-16 | Hearsay, lack of foundation ("I share the following observations from both myself **and my staff**…") (¶ 11 emphasis supplied). FRE 802, 901. | | |
| ¶ 12 | Hearsay, lack of foundation ("From **our** direct observations…") (emphasis supplied). FRE 802, 901. | | |
| ¶ 15 | Hearsay ("the Coalition continues to receive reports…"). FRE 802. | | |
| ¶ 16 | Hearsay ("unhoused individuals onsite tell us …"). FRE 802. | | |
| ¶ 17 | Hearsay ("The reports we hear every day from impacted unhoused individuals …"). FRE 802. | | |
| **Supplemental Verner-Christ Decl. (Dkt No. 130-9)** | | | |
| ¶ 8 | Hearsay ("Unhoused people … who I interviewed … reported …"). FRE 802. | | |
| ¶ 9 | Hearsay ("numerous unhoused reported …"; "some encampment residents reported …"). FRE 802. | | |
| ¶ 10 | Speculation, lack of foundation (operations "were not noticed"). FRE 602, 701, 901. | | |
| ¶ 10 | Hearsay (Interviews with unhoused people … revealed …"). FRE 802. | | |
| ¶ 11 | Hearsay ("When interviewed, many unhoused people …"). FRE 802. | | |
| ¶ 25 | Hearsay ("The encampment residents I spoke with reported …"; "Some reported …"). FRE 802. | | |
| ¶ 26 | Hearsay ("The unhoused people I talked with reported … and told me …"). FRE 802. | | |
| ¶ 33 | Hearsay ("They reported …"). FRE 802. | | |

1

| Paragraph | Objection | Sustained | Overruled |
|---|---|---|---|
| ¶ 38 | Hearsay ("one man in the encampment … reported …"). FRE 802. | | |
| ¶ 39 | Hearsay ("encampment occupants … reported …"; "Andrew Berger [ ] reported …"; "Helen Hoffman [ ] reported…"; Katelin Bagley-Adams [ ] reported …"). FRE 802. | | |
| ¶ 50 | Hearsay ("unhoused man … reported …. He further reported …"). FRE 802. | | |
| ¶ 55 | Hearsay ("one unhoused woman … reported …") ("She reported …"). FRE 802. | | |
| ¶ 56 | Lack of foundation ("an unhoused person went to talk to the City workers …"). FRE 901. | | |
| ¶ 58 | Hearsay ("Some [encampment occupants] reported …"). FRE 802. | | |
| ¶ 73 | Hearsay ("They reported …"; "One of the unhoused people … told me …"). FRE 802. | | |
| ¶ 77 | Legal conclusion ("which I understand to be unconsitutional"). FRE 602, 703. | | |
| ¶ 82 | Hearsay ("He reported that …"). FRE 802. | | |
| ¶ 83 | Hearsay ("Mr. Wilson reported …"). FRE 802. | | |
| ¶ 86 | Hearsay ("He reported …"). FRE 802. | | |
| ¶ 97 | Hearsay ("She told me …"). FRE 802. | | |
| ¶ 100 | Hearsay ("He reported …). FRE 802. | | |
| ¶ 101 | Hearsay ("He reported …"; "He said…"; "He said…"; "He told me …"). FRE 802. | | |
| ¶ 103 | Hearsay ("He told me …"; "He said …"). FRE 802. | | |
| ¶ 104 | Hearsay ("Mr. Barkley reported …"; "He said …"). FRE 802. | | |
| ¶ 114 | Hearsay "According to one [of] thse occupants, Thomas Draper, the HOT workers told him …"). FRE 802. | | |
| ¶ 116 | Hearsay ("She told me …"). FRE 802. | | |
| ¶ 117 | Hearsay ("They told me …"). FRE 802. | | |
| ¶ 122 | Hearsay ("One occupant, Troy Hawthorne, reported …"; "He reported…"). FRE 802. | | |
| **Supp Murdock Decl. (Dkt No. 130-23)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| **Adams Decl. (Dkt No. 130-24)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| ¶¶ 13-14 | Speculation/Lack of foundation ("In my opinion…") ("I am very worried …"). FRE 602, 701. | | |
| **Harding Decl. (Dkt No. 130-25)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| **Melendez Decl. (Dkt No. 130-26)** | | | |
| ¶ 2 | Legal conclusion ("I am … involuntarily unhoused"). FRE 602, 703. | | |

| Paragraph | Objection | Sustained | Overruled |
|---|---|---|---|
| ¶ 11 | Speculation/lack of foundation ("In my opinion…"). FRE 602, 701. | | |
| **Supp Donohoe Decl. (Dkt No. 130-27)** | | | |
| ¶ 6 | Hearsay ("He was told …"). FRE 802. | | |
| ¶ 9 | Speculation/lack of foundation ("it seemed as if other folks did not receive access to shelter"). FRE 602, 701. | | |
| **Berger Decl. (Dkt No. 130-28)** | | | |
| ¶ 2 | Legal conclusion ("I have been involuntarily homeless…."). FRE 602, 703. | | |
| **Bagley-Adams Decl. (Dkt No. 130-29)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| **Hoffman Decl. (Dkt No. 130-31)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| ¶ 11 | Lack of foundation ("They could clean the street without moving us."). FRE 602. | | |
| **Harding Decl. (Dkt No. 130-33)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| **Jones Decl. (Dkt No. 130-34)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| **2d Supp Donohoe Decl (Dkt No. 130-35)** | | | |
| ¶ 8 | Hearsay ("They all told me …"). FRE 802. | | |
| **Barkley Decl. (Dkt No. 130-36)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| **Draper Decl (Dkt No. 130-37)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| **Hawthorne Decl. (Dkt No. 130-38)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| **Erickson Decl. (Dkt No. 130-39)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |

| Paragraph | Objection | Sustained | Overruled |
|---|---|---|---|
| ¶ 6 | Lack of foundation ("No shelter offers were made."). FRE 602. | | |
| **Van Harin Decl (Dkt No. 130-40)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| ¶ 4 | Lack of foundation ("they only posted one notice"). FRE 602. | | |
| **Garcia Decl (Dkt No. 130-41** | | | |
| ¶ 2 | Legal conclusion ("I have been involuntarily unhoused …"). FRE 602, 703. | | |
| **Myers Decl. (Dkt No. 130-42)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| **Wise Decl. (Dkt No. 130-43)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| **Calloway Decl. (Dkt No. 130-44)** | | | |
| ¶ 6 | Lack of foundation ("There was no indication that any offers of shelter had been made…"). FRE 602. | | |
| **Martin Decl. (Dkt No. 130-48)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| **Waltier Decl. (Dkt No. 130-49)** | | | |
| ¶ 7 | Lack of foundation; argument ("… appears to be a scare tactic…"). FRE 602, 701, 901. | | |
| ¶ 8 | Hearsay ("one reported …"; "the other three reported …"). FRE 802. | | |
| ¶ 8 | Lack of foundation/speculation ("It did not appear …"). FRE 602, 701. | | |
| ¶ 10 | Lack of foundation ("at least two were not offered shelter"). FRE 602, 701. | | |
| ¶ 10 | Opinion/speculation ("People appeared to feel pressured …"). FRE 602, 701. | | |
| ¶ 11 | Lack of foundation/speculation/opinion ("appears to be a pattern"; "unhoused individuals appear reluctant …"). FRE 602, 701. | | |
| **Garrett Decl. (Dkt No. 130-51)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless…"). FRE 602, 703. | | |
| ¶ 4 | Lack of foundation/speculation ("As far as I know …"). FRE 602, 701. | | |

| Paragraph | Objection | Sustained | Overruled |
|---|---|---|---|
| **Cannon Decl. (Dkt No. 130-52)** | | | |
| ¶ 2 | Legal conclusion ("I am involuntarily homeless"). FRE 602, 703. | | |
| ¶ 3 | Hearsay ("a friend of mine told me …"). FRE 802. | | |
| **Moran Decl. (Dkt No. 130-53)** | | | |
| ¶ 4 | Lack of foundation/speculation ("I had gone away for 15 minutes"). FRE 602, 701. | | |
| ¶ 9 | Speculation/lack of foundation ("In my opinion, …"). FRE 602, 701. | | |
| **Wilson Decl. (Dkt No. 130-54)** | | | |
| ¶ 8 | Speculation/lack of foundation/opinion. FRE 602, 701. | | |