DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF YAOCHENG "ERIC" LEI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Date:      August 10, 2023<br>Time:     1:00 PM<br>Judge:   Hon. Donna M. Ryu<br>Place:    Courtroom 4 – 3rd Floor<br>            1301 Clay Street<br>            Oakland, CA 94612<br><br>Trial Date: April 15, 2024<br><br>Attachment: Exhibit A |

I, Yaocheng "Eric" Lei, declare as follows:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am an Administrative Analyst with the San Francisco Department of Homelessness and Supportive Housing ("HSH"). I currently serve as the Healthy Streets Operations Center ("HSOC") Liaison Analyst. I have been an Administrative Analysis with HSH for 10 months. My duties include maintaining and collecting data related to HSOC operations and sending shelter referral for clients engaged at HSOC resolutions. For example, Arielle Piastunovich and I maintain the "client log" to track client engagements and facilitate shelter placement during HSOC operations.

3. As the HSOC Liaison Analyst, I receive an "encampment report" from the HSOC incident commander. The encampment report shows, among other things, the HSOC incident commander's estimates of the starting tents, structures, and vehicles, at an HSOC resolution location, as well as the remaining tents, structures, and vehicles at the location following the resolution. The HSOC incident commander typically updates the report daily. There are days when the report may not be completed for a variety of reasons, for example, the HSOC incident commander forgot, or someone filling in for the usual HSOC incident commander did not know to complete the report on that day. Attached hereto as **Exhibit A** are true and correct excerpts from the HSOC encampment report.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 5th day of July, 2023, at San Francisco, California.

Yaocheng "Eric" Lei