**EXHIBIT A**

**TO**

**DECLARATION OF YAOCHENG "ERIC" LEI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

| Location | Date | Shift | Mission | Team Present | Starting Tents | Starting Structures | Remaining Tents & Structures | Starting Vehicles - Occupied | Starting Vehicles - Abandoned | Remaining Vehicles | Clients Onsite |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mission/16th | 1/18/2023 | Afternoon | Resolution | DPW;SFHOT;SFPD;MTA;SFFD;FEST; | 1 | 1 | 0 | 0 | 0 | 0 | 8 |
| Willow/Van ness | 1/31/2023 | Morning | Resolution | DPW;SFHOT;SFPD;MTA;DPH;SFFD;DEM;HSH;Other; | 20 | 11 | 16 | 0 | 0 | 0 | 32 |
| Willow/Van Ness | 1/31/2023 | Afternoon | Resolution | DPW;SFHOT;SFPD;MTA;SFFD;FEST; | 12 | 4 | 1 | 0 | 0 | 0 | 14 |
| Leavenworth/ellis to Ofarrel | 2/9/2023 | Morning | Resolution | DPW;SFHOT;SFPD;MTA;DPH;SFFD;DEM;Advocates;Other; | 13 | 0 | 0 | 0 | 0 | 0 | 18 |
| Russ/Howard down to Sherman | 2/14/2023 | Morning | Resolution | DPW;SFHOT;SFPD;MTA;DPH;SFFD;DEM;HSH;Advocates;Other; | 9 | 2 | 4 | 0 | 0 | 0 | 14 |
| Crisp/palou | 2/15/2023 | Morning | Resolution | DPW;SFHOT;SFPD;MTA;DPH;SFFD;DEM;HSH;Advocates;Other;Community; | 0 | 0 | 0 | 10 | 6 | 4 | 12 |
| Woodward/Stevenson @ 14th | 2/16/2023 | Morning | Resolution | DPW;SFHOT;SFPD;MTA;DPH;SFFD;DEM;HSH;Other; | 11 | 0 | 7 | 0 | 0 | 0 | 11 |
| Woodward/Stevenson @ 14th | 2/16/2023 | Afternoon | Resolution | DPW;SFHOT;SFPD;MTA;SFFD;HSH; | 5 | 0 | 1 | 0 | 0 | 0 | 7 |
| Geary/Masonic from Presidio to Euclid | 2/21/2023 | Afternoon | Resolution | DPW;SFHOT;SFPD;MTA;SFFD;FEST; | 6 | 1 | 4 | 1 | 0 | 1 | 8 |
| Fern btw Polk / Larkin | 2/27/2023 | Afternoon | Resolution | DPW;SFHOT;SFPD;MTA;SFFD; | 5 | 0 | 5 | 1 | 0 | 1 | 5 |
| Larch btw Van ness and Franklin | 2/28/2023 | Morning | Resolution | DPW;SFHOT;SFPD;MTA;DPH;SFFD;DEM; | 9 | 1 | 10 | 0 | 0 | 0 | 10 |
| Larch St and Masonic Ave | 3/23/2023 | Both | Outreach & Cleaning | DPW;SFHOT;SFPD;MTA;DPH;SFFD;DEM;HSH;Advocates;FEST; | 20 | 1 | 1 | 2 | 0 | 0 | 16 |
| Mission btwn 7th and 8th | 4/21/2023 | Morning | Resolution | DPW;SFHOT;SFPD;MTA;SFFD;FEST;Community; | 14 | 0 | 8 | 0 | 0 | 0 | 16 |
| 5th and Jessie. Also 500 block of Natoma | 4/21/2023 | Afternoon | Resolution | DPW;SFHOT;SFPD;MTA;SFFD;FEST;HSH; | 5 | 1 | 6 | 0 | 0 | 0 | 6 |
| Erie from s Van ness to folsom | 4/25/2023 | Morning | Outreach & Cleaning | DPW;SFHOT;SFPD;MTA;DPH;SFFD;DEM;FEST;HSH; | 8 | 6 | 2 | 0 | 1 | 0 | 6 |
| Market and Octavia | 5/3/2023 | Afternoon | Resolution | DPW;SFHOT;SFPD;MTA;SFFD;HSH; | 4 | 0 | 3 | 0 | 0 | 0 | 6 |
| Dore/Brannon | 5/18/2023 | Morning | Resolution | DPW;SFHOT;SFPD;MTA;SFFD;DEM;FEST;HSH; | 10 | 10 | 18 | 5 | 1 | 4 | 20 |
| Dore/Brannon | 5/18/2023 | Afternoon | Resolution | DPW;SFHOT;SFPD;MTA;SFFD;FEST;HSH;Community; | 4 | 2 | 1 | 0 | 1 | 1 | 5 |

| Community Referrals | Clients to Safe Parking | Clients to Safe Sleeping | Clients to Shelter | Clients to Hotel | Clients to Other DPH or HSH Programs | Clients Transported to Emergency Services | Clients Already Housed/Sheltered | Clients Declining Services and Leaving Area | Clients Declining Services and Remaining | Public Safety Incidents (SFPD or SFFD) | Utility Tapping | Barriers/Signs Placed | Follow-Up Required | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 4 | 2 | 0 | 0 | 0 | 2 | 0 | No | No | No | No | |
| 0 | 0 | 0 | 7 | 2 | 0 | 0 | 2 | 8 | 15 | No | Yes | No | Yes | |
| 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 10 | 2 | No | Yes | No | Yes | |
| 0 | 0 | 0 | 4 | 4 | 2 | 0 | 4 | 10 | 0 | No | No | No | Yes | |
| 0 | 0 | 0 | 4 | 3 | 0 | 0 | 2 | 3 | 4 | No | Yes | No | Yes | |
| 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 9 | 0 | No | Yes | No | Yes | |
| 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 4 | 6 | No | No | No | Yes | |
| 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 3 | 1 | No | No | No | No | |
| 1 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 4 | 0 | Yes | Yes | No | Yes | None |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | No | No | No | Yes | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 8 | No | No | No | Yes | Heavy rain |
| 2 | 0 | 1 | 7 | 0 | 2 | 0 | 0 | 8 | 2 | No | Yes | No | No | |
| 0 | 0 | 0 | 3 | 2 | 0 | 0 | 2 | 2 | 10 | No | No | No | Yes | |
| 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 5 | No | No | No | Yes | |
| 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 3 | 0 | No | No | No | No | 1 stolen Vespa reunited with owner who removed vehicle |
| 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | No | Yes | No | Yes | Light Rain |
| 2 | 1 | 0 | 2 | 2 | 0 | 0 | 4 | 0 | 16 | Yes | Yes | No | Yes | Attempted arrest due to warrant on well known subject. Subject fled. Plan to return in afternoon to remove structure. |
| 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 2 | 1 | Yes | Yes | No | Yes | Packer began smoking. Load dumped and extinguished by DPW. SFFD engine doused load. To be picked up tmrw by front loader. |