**REDACTED**

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF SARAH LOCHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Date:  August 10, 2023<br>Time:  1:00 PM<br>Judge: Hon. Donna M. Ryu<br>Place: Courtroom 4 – 3rd Floor<br>       1301 Clay Street<br>       Oakland, CA 94612<br><br>Trial Date: April 15, 2024 |
|---|---|

DECL. LOCHER ISO OPP. TO MOT. ENFORCE PI
CASE NO. 4:22-cv-05502-DMR

I, Sarah Locher, declare as follows:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am the Manager of Data & Performance for the San Francisco Department of Homelessness and Supportive Housing ("HSH"). I have held my current role since June 2022, and previously led the team as a Principal Administrative Analyst from March 2017 to June 2022. Prior to HSH, I was a Senior Administrative Analyst for Performance and Business Support at the San Francisco Municipal Transportation Agency. Before coming to work for the City and County of San Francisco, I worked as a Management Analyst for the Presidio Trust. I have a Master of Public Policy (MPP) degree from the University of California, Los Angeles.

3. As the Manager of Data & Performance, my responsibilities include analyzing and reporting on HSH's data, inclusive of data maintained in the Online Navigation and Entry System ("ONE"). The ONE System is a database that satisfies U.S. Department of Housing and Urban Development ("HUD") requirements to maintain San Francisco's Homeless Management Information System ("HMIS"). It is HSH's system of record for information about interactions and services offered and provided to people experiencing homelessness. My work also involves data captured in the SF COVID Placement Tool ("RTZ"), a database developed by RTZ Systems and contracted by HSH for the purposes of managing shelter bed inventory. The RTZ database contains information on client referrals and stays to a subset of HSH's temporary shelter and crisis interventions programs.

4. Certain HSH employees, including myself, have access to query the ONE system and RTZ data to determine, among other information, offers of shelter and housing made to individuals (to the extent that they are documented in our administrative data systems), the current and past housing status of individuals in City-provided housing and shelter programs, outreach by HSH's San Francisco Homeless Outreach Team ("SFHOT") to individuals, and outcomes from those interactions. The information contained in ONE and RTZ is recorded by HSH or provided to it by staff from City departments or HSH contractors with knowledge of the information and is recorded at or near the time of the event. This information is maintained by HSH as part of its regular operations, and recording the information contained in ONE and RTZ is a regular practice of HSH.

DECL. LOCHER ISO OPP. TO MOT. ENFORCE PI       1
CASE NO. 4:22-cv-05502-DMR

1  5. I have reviewed information contained in ONE and RTZ regarding Housing Primary Assessments administered through HSH's Coordinated Entry programs, referrals to housing, housing enrollment, outreach encounters, offers of shelter, and shelter enrollments for the following individuals: Kyle Adams, Katelin Bagley-Adams (in ONE as Katlin Bagley), Corey Barkley, Andrew Berger, Jerry Cannon, Joshua Donohoe, Thomas Draper, Krystle Erickson, Stephanie Garcia, Steven Alan Garrett, Donovan Eugene Harding, Troy Hawthorne, Helen Hoffman, Henry Jones, David Martin, Carmen Melendez, Maurice Moran, Jezzeille Murdock, Abimbola Myers, Noah Van Harin (in ONE as Noah Van Haren), Ronald Wilson, and Pauline Wise.

6. Based on my review of ONE and RTZ for the individuals described above, I have determined the following:

a. 

b.

c.

d.

e.

f.

g.



DECL. LOCHER ISO OPP. TO MOT. ENFORCE PI            4
CASE NO. 4:22-cv-05502-DMR

Case 4:22-cv-05502-DMR   Document 143-59   Filed 07/06/23   Page 6 of 8

n.

o.

p.

q.

r.



DECL. LOCHER ISO OPP. TO MOT. ENFORCE PI     5
CASE NO. 4:22-cv-05502-DMR

s.

t.

u.

v.

///

///

DECL. LOCHER ISO OPP. TO MOT. ENFORCE PI     6
CASE NO. 4:22-cv-05502-DMR



I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 6th day of July, 2023, at San Francisco, California.

*[signature]*
Sarah Locher