**EXHIBIT A**

**TO**

**DECLARATION OF MARK MAZZA IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO
ENFORCE PRELIMINARY INJUNCTION**

**From:** Mazza, Mark (CPC)
**Sent:** Tuesday, February 28, 2023 10:05 AM
**To:** tmixon@cohsf.org
**Subject:** FW: JFO schedule March 2023

FYI

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

**Sustained Joint Field Operations**
**Quadrant Calendar (March 2023)**

# March

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
|  |  | 1 *Quadrant 2* | 2 *Quadrant 3* | 3 *Quadrant 4* | 4 *Quadrant 1* | 5 *Quadrant 2* |
| 6 *Quadrant 3* | 7 *Quadrant 4* | 8 *Quadrant 1* | 9 *Quadrant 2* | 10 *Quadrant 1* | 11 *Quadrant 2* | 12 *Quadrant 1* |
| 13 *Quadrant 2* | 14 *Quadrant 1* | 15 *Quadrant 2* | 16 *Quadrant 1* | 17 *Quadrant 2* | 18 *Quadrant 1* | 19 *Quadrant 2* |
| 20 *Quadrant 1* | 21 *Quadrant 2* | 22 *Quadrant 1* | 23 *Quadrant 2* | 24 *Quadrant 1* | 25 *Quadrant 2* | 26 *Quadrant 1* |
| 27 *Quadrant 2* | 28 *Quadrant 1* | 29 *Quadrant 2* | 30 *Quadrant 1* | 31 *Quadrant 2* |  |  |

**JFO QUADRANT MAP + RALLY LOCATIONS**

Agencies meet at rally locations at 9:15am



**Rally Locations** ⭐

JFO agencies meet @ 9:15am

**Q1** Eddy + Leavenworth
**Q2**: Eddy +Mason
**Q3**: 8th street + Market
**Q4**: 7th + Mission