# EXHIBIT B

# TO

# DECLARATION OF MARK MAZZA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

---

**From:** Mazza, Mark (CPC)
**Sent:** Wednesday, April 5, 2023 2:38 PM
**To:** Tracey Mixon <tmixon@cohsf.org>
**Subject:** RE: JFO schedule April 2023

Map updated to reflect the new Zone 1 location for 9:15 (Polk / Myrtle)

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Mazza, Mark (CPC)
**Sent:** Tuesday, March 28, 2023 12:35 PM
**To:** Tracey Mixon <tmixon@cohsf.org>
**Subject:** RE: JFO schedule April 2023

FYI

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Sent:** Tuesday, February 28, 2023 10:22 AM
**To:** Tracey Mixon <tmixon@cohsf.org>
**Subject:** Re: JFO schedule March 2023

The star on the map is where we meet at 9:15. There is a different location for each quadrant.

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Tracey Mixon <tmixon@cohsf.org>
**Sent:** Tuesday, February 28, 2023 10:15:34 AM
**To:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Subject:** Re: FW: JFO schedule March 2023

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

raHey Mark,

Thanks for the info. Are there times? Also, I'm definitely not sure about the various quadrants.

Thanks,
Tracey
.

On Tue, Feb 28, 2023 at 10:06 AM Mazza, Mark (CPC) <mark.mazza@sfgov.org> wrote:

> FYI
>
> Mark Mazza, LCSW
>
> Tenderloin Street Operations Manager
>
> City and County of San Francisco
>
> Department of Emergency Management




Zone 1- Myrtle / Polk
Zone 2- Eddy /Leavenworth
Zone 3- Eddy / Taylor
Zone 4- 8th / Market