# EXHIBIT C

# TO

# DECLARATION OF MARK MAZZA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

**From:** Mazza, Mark (CPC)
**Sent:** Wednesday, April 26, 2023 12:44 PM
**To:** Tracey Mixon <tmixon@cohsf.org>
**Subject:** JFO schedule May 2023

See attached. The team now begins at 8am (at the starred location). This may soon change to 9am. I will let you know if that happens.

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

**From:** Mazza, Mark (CPC)
**Sent:** Wednesday, April 5, 2023 2:38 PM
**To:** Tracey Mixon <tmixon@cohsf.org>
**Subject:** RE: JFO schedule April 2023

Map updated to reflect the new Zone 1 location for 9:15 (Polk / Myrtle)

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

**From:** Mazza, Mark (CPC)
**Sent:** Tuesday, March 28, 2023 12:35 PM
**To:** Tracey Mixon <tmixon@cohsf.org>
**Subject:** RE: JFO schedule April 2023

FYI

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

**From:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Sent:** Tuesday, February 28, 2023 10:22 AM
**To:** Tracey Mixon <tmixon@cohsf.org>
**Subject:** Re: JFO schedule March 2023

The star on the map is where we meet at 9:15. There is a different location for each quadrant.

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

**From:** Tracey Mixon <tmixon@cohsf.org>
**Sent:** Tuesday, February 28, 2023 10:15:34 AM
**To:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Subject:** Re: FW: JFO schedule March 2023

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

raHey Mark,

Thanks for the info. Are there times? Also, I'm definitely not sure about the various quadrants.

Thanks,
Tracey
.

On Tue, Feb 28, 2023 at 10:06 AM Mazza, Mark (CPC) <mark.mazza@sfgov.org> wrote:

> FYI
>
> Mark Mazza, LCSW
>
> Tenderloin Street Operations Manager
>
> City and County of San Francisco
>
> Department of Emergency Management

# Sustained Joint Field Operations
# Quadrant Calendar

## MAY 2023

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 1 *Quadrant 3* | 2 *Quadrant 4* | 3 *Quadrant 1* | 4 *Quadrant 2* | 5 *Quadrant 3* | 6 *Quadrant 4* | 7 *Quadrant 1* |
| 8 *Quadrant 2* | 9 *Quadrant 3* | 10 *Quadrant 4* | 11 *Quadrant 1* | 12 *Quadrant 2* | 13 *Quadrant 3* | 14 *Quadrant 4* |
| 15 *Quadrant 1* | 16 *Quadrant 2* | 17 *Quadrant 3* | 18 *Quadrant 4* | 19 *Quadrant 1* | 20 *Quadrant 2* | 21 *Quadrant 3* |
| 22 *Quadrant 4* | 23 *Quadrant 1* | 24 *Quadrant 2* | 25 *Quadrant 3* | 26 *Quadrant 4* | 27 *Quadrant 1* | 28 *Quadrant 2* |
| 29 *Quadrant 3* | 30 *Quadrant 4* | 31 *Quadrant 1* | | | | |



**Revised Tenderloin JFO Boundaries**
SAN FRANCISCO

Zone 1- Larkin / Willow
Zone 2- Ellis / Hyde
Zone 3- Eddy / Taylor
Zone 4- 8th / Market