**EXHIBIT  D**

**TO**

**DECLARATION OF MARK MAZZA IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO
ENFORCE PRELIMINARY INJUNCTION**



I would like to Thank @SF_emergency management services and the unknown man for coming and clearing this ADA violation https://t.co/oMuYgB33cW

 war24182236
twitter.com