**EXHIBIT A**

**TO**

**DECLARATION OF JORGE MORALES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

**The City & County of San Francisco will be resolving the encampment listed below on the following date:**

You may be asked to move so the Department of Public Works can clean the area. After the area is cleaned you may return to the area so long as you do not block the public right of way.

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

San Francisco Police Department officers may be present during the resolution to ensure safety. SFPD is not currently enforcing California or local laws prohibiting sitting, lying, or sleeping on public property.

**Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, and (4) perishable food.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco



# Substance use or behavioral health concerns

**Treatment Access Program (TAP)**
1380 Howard St. and the hours M-F 8am-5pm
(800) 750-2727

**Health Right 360 (detox program)**
1563 Mission Street
Arrive at 8am

# Housing Access Points

## ADULTS

**Dolores Street Community Services**
2645 Mission Street
San Francisco, CA 94110
415-282-6209 x307

**Episcopal Community Services**
123 10th Street (at Mission)
San Francisco, CA 94103
415-487-3300 x7000

**Saint Vincent dePaul Society**
525 5th Street (at Bryant)
San Francisco, CA 94107
415-757-6501

**Swords to Plowshares**
1060 Howard St (at Russ)
San Francisco, CA 94103
415-727-VETS (8387)

---

## FAMILIES

**Central city Access Point**
37 Grove Street 415-644-0504

**The Mission Access Point**
2871 Mission Street
San Francisco, CA 94110
415-972-1281

**Bayview Access Point**
1641 LaSalle Avenue
San Francisco, CA 94124
415-430-6320

---

## YOUTH

**Larkin Street**
Youth Services (ages 18-24)
134 Golden Gate Ave
San Francisco, CA 94102
415-673-0911x456

**3rd Street Youth Center and Clinic**
5688 3rd Street
San Francisco, CA 94124
415-839-1706

**San Francisco LGBT Center**
1800 Market Street
San Francisco, CA 94102
415-865-5612

**Dolores Street & Larkin Street Youth Services:**
938 Valencia Street
San Francisco, CA 94110
TAYNavigation@larkinstreetyouth.org

**City & County of San Francisco**

## La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

Es posible que se le pida que se mueva para que el Departamento de Obras Públicas pueda limpiar la zona. Una vez limpiada la zona, puede regresar siempre cuando no obstruya la vía pública.

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Los policías del Departamento de Policía de San Francisco pueden estar presentes durante la solución para garantizar su seguridad. SFPD no está actualmente aplicando las leyes de California o locales que prohíben sentarse, acostarse o dormir en la propiedad pública.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, y (4) alimentos perecederos.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco

# Preocupaciones por el uso de sustancias o salud del comportamiento

**Treatment Access Program (TAP)**
1380 Howard St. and the hours M-F 8am-5pm
(800) 750-2727

**Health Right 360 (detox program)**
1563 Mission Street
Arrive at 8am

# Puntos de Acceso

## ADULTOS

**Dolores Street Community Services**
2645 Mission Street
San Francisco, CA 94110
415-282-6209 x307

**Episcopal Community Services**
123 10th Street (at Mission)
San Francisco, CA 94103
415-487-3300 x7000

**Saint Vincent dePaul Society**
525 5th Street (at Bryant)
San Francisco, CA 94107
415-757-6501

**Swords to Plowshares**
1060 Howard St (at Russ)
San Francisco, CA 94103
415-727-VETS (8387)

## FAMILIAS

**Central city Access Point**
37 Grove Street 415-644-0504

**The Mission Access Point**
2871 Mission Street
San Francisco, CA 94110
415-972-1281

**Bayview Access Point**
1641 LaSalle Avenue
San Francisco, CA 94124
415-430-6320

## JÓVENES

**Larkin Street**
Youth Services (ages 18-24)
134 Golden Gate Ave
San Francisco, CA 94102
415-673-0911x456

**3rd Street Youth Center and Clinic**
5688 3rd Street
San Francisco, CA 94124
415-839-1706

**San Francisco LGBT Center**
1800 Market Street
San Francisco, CA 94102
415-865-5612

**Dolores Street & Larkin Street Youth Services:**
938 Valencia Street
San Francisco, CA 94110
TAYNavigation@larkinstreetyouth.org

**City & County of San Francisco**