DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF JAMES O'DONNELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Date:    August 10, 2023<br>Time:    1:00 PM<br>Judge:   Hon. Donna M. Ryu<br>Place:   Courtroom 4 – 3rd Floor<br>         1301 Clay Street<br>         Oakland, CA 94612<br><br>Trial Date:    April 15, 2024 |

I, James O'Donnell, declare as follows:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am a community paramedic with the San Francisco Fire Department (SFFD) and the Tenderloin Joint Field Operation (JFO) incident commander Monday through Friday. I began my current position as JFO incident commander in mid-April 2023.

3. Before my current role, I worked several other jobs with SFFD for nine years. From about 2014 to sometime in 2015, I was an Emergency Medical Technician (EMT). from sometime in 2015 to sometime in 2022, I served as a paramedic. And from sometime in 2022 to the present, I have been a community paramedic. Prior to joining the SFFD, I was an EMT and paramedic for Pro-Transport, a private company, from about 2008 until I joined SFFD. I was also briefly employed by Falck as a paramedic in 2014.

4. I obtained my paramedic certificate from National College of Technical Instruction (NCTI), a division of American Medical Response, Inc., in 2009. I obtained my EMT certificate in 2007 from the National Outdoor Leadership School.

**Typical JFO Resolution**

5. JFO is a multiagency task force that works to respond to tent encampments with offers of social services and to clean up the sidewalks and streets in a geographically limited area of San Francisco that encompasses the Tenderloin and a small area immediately outside the Tenderloin in SOMA. Individuals from many San Francisco agencies and departments work the resolutions, including outreach workers from the Homeless Outreach Team (HOT), employees from the San Francisco Police Department (SFPD), the Department of Public Works (DPW), the Municipal Transportation Agency (MTA), the Department of Homelessness and Supportive Housing (HSH), the Felton Institute (FEST), and the Department of Emergency Management (DEM). People affiliated with the Community Benefit District (CBD) will also assist by picking up trash and performing other clean up tasks. The persons from these organizations who work on JFO operations are not always the same people, so there is a rotating cast of workers in the field.

6. JFO resolutions take place in one of four zones in the Tenderloin area. Each day the team addresses a different zone than the previous day on a preset rotation. I try to let people on the street know the day before that we will be at their location the following day. On a typical day, I head to the zone selected for the operation that day first thing in the morning. Each zone has its own rallying point where the entire team meets and from where the operation begins. I typically drive throughout the zone first to see if things have gotten better or worse from when we were there last.

7. Around 8:30 am or so, I will make my way back to the area where the operation will take place that day. Usually the goal is to get through two, sometimes three, areas to clean within a zone. I will begin sometime between 8:30 and 9 am by letting people sleeping on the sidewalks in their tents or structures know we are there so they can wake up. Once they are up, I will ask them to move so we can clean the sidewalk. Sometimes I will check tents or structures to make sure there is no one inside.

8. The resolution usually starts around 9 am and typically lasts four hours. My team and I are generally alerted of the shelter bed allocations for the day around 10 am. However, it is my experience that a significant number, perhaps 1 in 5 people I encounter during JFO resolutions, have access to shelter but keep a tent or other structure on the street because they are part of the community out there and wish to spend their time there. Sometimes, people may simply have too many belongings that they wish to keep and since they generally cannot take many belongings with them to a shelter many place their belongings on the sidewalks. I also them know that DPW and the HOT team will be there around 9 am. A lot of the people we encounter during JFO resolutions are people we routinely encounter.

9. I have become aware that many of the people I encounter during JFO resolutions have access to a bed because people frequently share that information. Some people share that although they are staying at Hospitality House, for example, they need a tent as well to spend time with their community out in the streets. Other times, someone might share that they cannot stand a roommate in their shelter, for example. This type of information is discussed frequently by the people I encounter in JFO resolutions every day.

10. As to whether or not people's belongings are discarded or not during a resolution, I defer to the DPW workers on the team to make those decisions. In my experience, DPW workers bag and tag items about once a week, but a lot of items they encounter are health hazards because they contain drugs or drug paraphernalia or human waste and are inappropriate for bagging and tagging. Further, the focus of JFO is to temporarily move people to clean the sidewalks and offer them services. In my experience, when individuals are present, there is no need for bagging and tagging because they want to maintain possession of their items. Some discard items such as old foof, soiled clothing, items in disrepair, etc.

11. Also, at the beginning of a resolution, members of the HOT team engage individuals in tents or structures in the area of focus for the day. The HOT team workers will ask them whether they are interested in shelter and try to assess what referrals they might be able to make once the shelter allocations are released.

12. Sometime between 9 and 9:30 am the MTA team blocks streets in the resolution area to ensure the team's and the public's safety from traffic. DPW also begins to clean the sidewalk, first by sweeping and generally cleaning around tents or structures. The pressure washing of the sidewalk will happen once the sweeping concludes.

13. The above description occurs in the first area we clean for the day within a zone. Sometime around 11 am we usually move on to a second area within the same zone for the day to conduct a second operation. I conduct the second operation in a similar fashion to the first operation that starts usually around 9 am except that the second one, and sometimes third operation, is conducted without the HOT team.

14. Once the operations are concluded, I scout the zone for the following day's operation, see if there are any major issues, notify people on the sidewalk that we will be there the next day, and discuss with Mark Mazza what the plan is for the following day.

15. I view my role as JFO incident commander as a coordinator that makes sure the team works well together. I also think of my role as helping to ensure my team's and the public's safety. For example, I will sometimes send the MTA ahead to the second operation spot of the day as we finish the first so that the streets are blocked for the operation to proceed. I also am attentive to any medical

and social needs of the population we work with. Since I started this role with JFO in April 2023, I have witnessed 5 overdoses and worked to try and save those people's lives. Because I am a community paramedic, I know about shelter resources and the difficulties opiate use disorder presents to people who suffer from it. And because I see a lot of the same people again and again during JFO resolutions, I do a lot of goal setting with people about why they are out on the street. I try my best to connect them to services, like General Assistance, which provides people with no other income a very modest amount of money each month. I do my best to see what resources I can connect people to.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 5 day of July, 2023, at El Sobrante, California.

s/ *[signature]*
James O'Donnell