DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF OFC MICHAEL PERALTA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Hearing Date: August 10, 2023<br>Time: 1:00 p.m.<br>Place: Courtroom 4 – 3 Floor<br><br>Trial Date: April 15, 2024<br><br>Attachments: Exhibit A |

PERALTA DECL
CASE NO. 4:22-cv-05502-DMR

n:\govlit\li2022\230239\01686324.docx

I, Michael Peralta, declare:

1. I have personal knowledge of the matters stated herein, except for those stated on information and belief, and if called and sworn as a witness could and would competently testify thereto.

**Background and Work with HSOC**

2. I am an Officer in the San Francisco Police Department ("SFPD"). I have worked at SFPD for 15 years. My current assignment is to be part of the SFPD presence during HSOC Resolutions.

3. I am assigned to work with San Francisco's Healthy Streets Operations Center ("HSOC") and was assigned to HSOC in August of 2022.

**April 6, 2023**

4. I was on duty with HSOC on April 6, 2023 at King and Berry Street and was involved in an incident with an individual named Troy Hawthorne. Hawthorne claimed he was the father of a minor with the initials AB. For the minor's privacy, I will refer to him only by AB here.

5. I am informed and believe Hawthorne submitted a declaration in this lawsuit claiming AB is his son and that at the April 6, 2023 HSOC resolution outreach workers refused to accommodate Hawthorne's request to be sheltered with AB.

6. I have personally reviewed Hawthorne's declaration. It contains information that is false. I personally confirmed that Hathorne was not AB's parent or legal guardian. At most, Hawthorne had only known AB for two weeks.

7. My investigation was documented in a contemporaneous incident report. A true and correct copy of that incident report is attached to this declaration as **Exhibit A**. Pursuant to SFPD policy, I activated my Body Worn Camera ("BWC") while engaged with AB.

8. My investigation concluded that AB was a 17 year old ward of the state of North Carolina that had run away from group home in North Carolina. A social worker reported him missing and the local police had opened a missing person investigation. I discovered the AB had been taken from the group home to an urgent care facility and while awaiting treatment had escaped the

facility and boarded a bus to San Francisco. When I encountered AB he had been living in San Francisco for approximately two weeks.

9. Given that AB was a minor and had been living in a tent in an encampment with Hawthorne, an adult with whom he had no apparent familial relationship, I was concerned about AB's health and safety and my partner and I called an ambulance and accompanied AB to the hospital. While at the hospital we contacted Child Protective Services and then received instructions from SF Juvenile Probation Officer Mila Baranov that AB needed to be kept in a secure facility until he could be transported back to his group home in North Carolina.

**Hawthorn's Conduct On Other Occasions**

10. Recently, at a resolution on Harrison street, I again observed Hawthorne living with a different individual who appeared to be a minor. The minor living with Hawthorne appeared to be under the influence of opiates. I asked the suspected minor his name and how old he was and he refused to answer my questions or engage with me and walked away. Given my training and experience, it was concerning to me to observe Hawthorne again sharing a tent with a minor who appeared to be under the influence of drugs.

**My Work At Other HSOC Resolutions**

11. I have been present at a large number of HSOC resolutions. Based on SFPD records, I was present at the following specific resolutions: January 10, 2023 PM at or near 7th St. and Mission St.; January 17, 2023 PM at or near 15th St./16th St. and Mission St.; January 31, 2023 AM & PM at or near Polk St. and Willow St. and Van Ness Ave.; February 6, 2023 PM at or near Russ Street and Howard Street; February 9, 2023 AM at or near Ellis St. and Leavenworth St. and Eddy St.; February 14, 2023 AM at or near Russ St. and Howard St./Folsom St. and Sherman St.; February 15, 2023 AM at or near Crisp St. and Palou St.; February 16, 2023 AM & PM at or near 14th St. and Stevenson St. and Woodward St.; February 21, 2023 PM at or near Geary St. and Masonic St.; February 27, 2023 PM at or near Fern St. and Hemlock St. from Polk St. to Larkin St.; February 28, 2023 AM at or near Larch St. and Van Ness Ave. and Franklin St.; March 30, 2023 AM at or near Fern St. and Larkin St. and Polk St. and Willow St.; April 6, 2023 AM at or near King St. and Berry St.; May 3, 2023 PM at

or near Octavia St. and Market St.; May 18, 2023 AM & PM at or near San Bruno Ave. and Alameda St.

12. At these resolutions I have never seen SFPD officers fail to comply with Department Bulletin 23-007. I have not seen any SFPD Officers cite, or threaten to cite, individuals with violations of Cal Penal Code 647(e), 370, and 372, SF Police Code 168 and 169, or section Cal Penal Code 148(a) in connection with one of these offenses.

13. It is common that members of the public or individuals associated with the ACLU or Coalition observe HSOC resolutions. In my experience, the resolution team operates the same whether or not observers are present. We often do not know whether the observers are simply interested members of the public, or are associated with the Coalition or ACLU. Whether or not observers are present, SFPD Officers follow their training and comply with Department Bulletin 23-007.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 29, 2023, at San Francisco, California.

/s/ _____
Michael Peralta