# EXHIBIT A

# TO

# DECLARATION OF OFC MICHAEL PERALTA IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

# San Francisco Police Department
# INCIDENT REPORT

**Report Type:** Initial  
**230238312**

## INCIDENT

| Incident Number | Occurrence From Date / Time | Occurrence To Date / Time | Reported Date / Time | CAD Number |
|---|---|---|---|---|
| 230-238-312 | 04/06/2023 09:55 | | 04/06/2023 09:55 | 230960890 |

**Type of incident:** FOUND PERSON 75000 JUVENILE INVOLVED (SECONDARY CODE) 15500

| Location of Occurrence: | At Intersection with/Premise Type | District |
|---|---|---|
| 400 BERRY ST | MISCELLANEOUS OUTSIDE AREA OR STORE | SOUTHERN |

| Confidential Report? ☐ | Arrest Made? ☐ | Suspect Known? ☐ | Suspect Unknown? ☐ | Non-Suspect Incident? ☑ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit 3X74 |

| Location Sent / On View: | At Intersection with | Reporting District |
|---|---|---|
| 400 BERRY ST | | SOUTHERN |

| Crime and Clearance Status | Reported to Bureau | Name | Star | Date/Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☑ | Prejudice Based? ☐ |
|---|---|---|---|---|---|---|---|---|
| 0 | DOC | Obregon, Francisco A | 4826 | 04/06/2023 16:25 | | | | |

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04?

## OFFICER DECLARATION

I declare under penalty of perjury, this report of **5** pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

**PROP 115 CERTIFIED**  5 Years

| Reporting Officer | Star | Station | Watch | Date |
|---|---|---|---|---|
| PERALTA, MICHAEL V | 2450 | FOB-Patrol Division | 0600-1600 | 04/06/23 19:48 |
| Reviewing Officer | Star | Station | Watch | Date |
| HOANG, DENNIS | 1861 | FOB-Patrol Division | 0600-1600 | 04/06/23 20:37 |
| OIC | Star | Station | Watch | Date |
| HOANG, DENNIS | 1861 | FOB-Patrol Division | 0600-1600 | 04/06/23 20:37 |

| Related Case | Related Case | Re-assigned to / Copies to 5T300C 5T300A | Assigned to 5T300C / Add'l Copies | Assigned by MP 2450 |
|---|---|---|---|---|
| -- | -- | | | |

## REPORTEE 1

| Code | Name (Last, First Middle) | Alias | Email |
|---|---|---|---|
| R 1 | HARDIMAN, PATRICK | | |

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| (415) 558-3200 | Work | | | | |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| (415) 555-8320 | Work | 698 2ND ST | SAN FRANCISCO | CA | 94107- |

| DOB / Age | DOB Unk. | or age between and | Race W | Sex M | Height 6'0 | Weight 210 | Hair Color GRY | Eye Color GRE | ID Type DL CA | Jurisd. | ID No. Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted / 58 | ☐ | | | | | | | | | | |

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☐ | Statement YES ☑ | Relationship to Subject STRANGER/NONE |

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language |
|---|---|---|
| | | SFFD CAPTAIN |

| Interpreter Needed ☐ | Language | Language Description (if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |

## REPORTEE 2

| Code | Name (Last, First Middle) | Alias | Email |
|---|---|---|---|
| R 2 | HAWTHORNE, TROY | | Unknown |

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| (000) 000-0000 | Unknown | UNKNOWN | UNKNOWN | CA | - |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| (000) 000-0000 | Unknown | | | | |

| DOB / Age | DOB Unk. | or age between and | Race W | Sex M | Height | Weight | Hair Color | Eye Color | ID Type DL CA | Jurisd. | ID No. Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted / 39 | ☐ | | | | | | | | | | |

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☐ | Statement YES ☐ | Relationship to Subject KNOWN |

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language |
|---|---|---|
| | N/A | SF# Redacted |

| Interpreter Needed ☐ | Language | Language Description (if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |

Incident# 230238312

Page 1 of 5

*Watermark: Retrieved by A09312 on 6/6/2023 at 2:36 PM — Do Not Duplicate*

# San Francisco Police Department
# INCIDENT REPORT

**Report Type:** Initial
**Incident #:** 230238312

## BOOKED 1

| Field | Value |
|---|---|
| Code | B 1 |
| Name (Last, First Middle) | BAKER, A [Redacted] |
| Alias | [Redacted] |
| Email | None |
| Day Phone | (000) 000-0000 |
| Type | None |
| Home Address | UNKNOWN |
| City | UNKNOWN |
| State | CA |
| Zip Code | - |
| Night Phone | (000) 000-0000 |
| Type | None |
| Work Address | |
| City | |
| State | |
| Zip Code | |
| DOB | [Redacted] |
| Age | [Redacted] |
| Race | B |
| Sex | M |
| Height | 6'1 |
| Weight | 160 |
| Hair Color | BLK |
| Eye Color | BRO |

**Booking Charge(s):** Courtesy Hold for North Carolina/Runaway
**Booking Location:** JUVENILE JUSTICE CENTER

**Mirandized:** ☑ Star 2450
**Date Time:** 04/06/2023 10:00
**CWB Check:** PFEIFER
**Star:** 24

**Book/Cite Approval:** SGT. HOANG  **Star:** 1861
**M X-Rays:** ☐
**Statement:** ☑

**Other Information:** Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos
LSW: BLUE/BLACK JACKET, BLACK T-SHIRT, BLACK SWEATPANTS, BLACK/WHITE "NIKE" SHOES

## PROPERTY

### E1
- **Code/No:** EVD 1
- **Item Description:** FORMS
- **Quantity:** 1
- **Seized by (Star):** 724
- **From Where:** 375 WOODSIDE AVE (JJC FACILITY)
- **Additional Description/Identifying Numbers:** SFPD PROPERTY RECEIPT /SFPD-315  Submitted at: F - Park

### E2
- **Code/No:** EVD 2
- **Item Description:** FORMS
- **Quantity:** 1
- **Seized by (Star):** 724
- **From Where:** 375 WOODSIDE AVE (JJC FACILITY)
- **Additional Description/Identifying Numbers:** JUVENILE DETENTION SUBSEQUENT DISPOSITION REPORT  Submitted at: F - Park

### E3
- **Code/No:** EVD 3
- **Item Description:** FORMS
- **Quantity:** 1
- **Seized by (Star):** 724
- **From Where:** 375 WOODSIDE AVE (JJC FACILITY)
- **Additional Description/Identifying Numbers:** SAN FRANCISCO JUVENILE JUSTICE CENTER ADMISSION FORM  Submitted at: F - Park

Retrieved by A09312 on 6/8/2023 at 2:38 PM — Do Not Duplicate

## PROPERTY

### P1 / PFS 1
| Code/No | Item Description | | | Brand | Model |
|---|---|---|---|---|---|
| PFS 1 | OTHER - SEE DESCRIPTION | | | UNKNOWN | UNKNOWN |
| Serial No. | Gun Make | Caliber | Color: CLR | Narcotics Lab No. | Quantity: 1 | Value |
| Seized by (Star): 724 | From Where: 375 WOODSIDE AVE (JJC FACILITY) |

Additional Description/Identifying Numbers
GLASS SMOKING PIPE  Submitted at: F - Park

### P2 / PFS 2
| Code/No | Item Description | | | Brand | Model |
|---|---|---|---|---|---|
| PFS 2 | BB/PELLET/AIRGUN | | | SIG SAUER | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity: 1 | Value |
| Seized by (Star): 724 | From Where: 375 WOODSIDE AVE (JJC FACILITY) |

Additional Description/Identifying Numbers
SIG MFX RIFLE WITH BLACK MAGAZINE  Submitted at: F - Park

### P3 / PFS 3
| Code/No | Item Description | | | Brand | Model |
|---|---|---|---|---|---|
| PFS 3 | OTHER - SEE DESCRIPTION | | | FSTWING | UNKNOWN |
| Serial No. | Gun Make | Caliber | Color: BLK | Narcotics Lab No. | Quantity: 1 | Value |
| Seized by (Star): 724 | From Where: 375 WOODSIDE AVE (JJC FACILITY) |

Additional Description/Identifying Numbers
HOLSTER  Submitted at: F - Park

### P4 / PFS 4
| Code/No | Item Description | | | Brand | Model |
|---|---|---|---|---|---|
| PFS 4 | KNIFE | | | UNKNOWN | |
| Serial No. | Gun Make | Caliber | Color: BLK | Narcotics Lab No. | Quantity: 1 | Value |
| Seized by (Star): 724 | From Where: 375 WOODSIDE AVE (JJC FACILITY) |

Additional Description/Identifying Numbers
FOLDING KNIFE  Submitted at: F - Park

### BWC 1
| Code/No | Item Description | | | Brand | Model |
|---|---|---|---|---|---|
| BWC 1 | BODY WORN CAMERA FOOTAGE | | | AXON | BODY TYPE 3 |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity: 3 | Value |
| Seized by (Star) | From Where: 1899 WALLER STREET (PARK POLICE STATION) |

Additional Description/Identifying Numbers
#2450, #724, #1861 later uploaded our body worn camera footage into Evidence.com

Retrieved by A09312 on 6/8/2023 at 2:38 PM  Do Not Duplicate

| Report Type: Initial | San Francisco Police Department<br>INCIDENT REPORT | 230238312 |

## NARRATIVE

On 4/6/2023 at approximately 0955 hours, Officer Camarra #724 and I (3X74) were on duty in police uniform and were driving a marked patrol vehicle. We are currently assigned to the SFPD's Field Operations Bureau HSOC (Healthy Streets Operations Center) Unit. We were near the intersection of King Street at Berry Street with the Homeless Outreach Team, San Francisco Fire Department and Department of Public Works, conducting outreach to homeless encampments that were set up in a gated off area. Our goals were to respond to this area and to assist the unhoused individuals with getting connected with available city resources, shelter, and to assist with cleaning up the trash and debris that was in the immediate vicinity.

(R1) SFFD Captain Patrick Hardiman met with an unhoused individual, (R2) Troy Hawthorne. Captain Hardiman and the homeless outreach team were connecting with Hawthorne when an unknown black male who appeared to be a juvenile, exited Hawthorne's tent. Captain Hardiman engaged with the subject who identified himself as, (B1) [Redacted]. [Redacted] told Captain Hardiman that he was 17 years of age, provided him with his birth date, and advised him that he had left his group home in North Carolina. Captain Hardiman provided Officer Camarra with [Redacted] personal information to see if [Redacted] was listed as a missing person.

Officer Camarra conducted a criminal history check on [Redacted] which revealed that on 3/27/2023, [Redacted] was reported as a runaway from his group home in North Carolina. [Redacted] was reported missing by a Social Worker from the home; Kinsley Pendergast. Pendergast reported [Redacted] as a missing person to the Charlotte-Mecklenburg Police Department (Case #: 20230327101505). [Redacted] ran away while awaiting to be seen at a behavioral urgent care facility.

Officer Camarra and I activated our (BWC) body worn cameras which recorded the entirety of this contact. Officer Camarra and I contacted [Redacted] and took custody of him. [Redacted] told me that he ran away from his group home in North Carolina approximately "1 to 2 weeks ago". [Redacted] stated that he got to San Francisco after boarding a bus and riding it to SF. [Redacted] stated that since he left North Carolina he has not been the victim of any crimes and stated that he left North Carolina voluntarily. [Redacted] stated that Hawthorne was his "caretaker". At 1000 hours, I mirandized [Redacted] utilizing my department issued miranda warning card. [Redacted] acknowledged that he understood each right. [Redacted] was in possession of a (PSK1) glass smoking pipe, (PSK2) Sig Sauer BB gun (rifle), (PSK3) holster, and (PSK4) folding knife.

Officer Tiffer and Officer Villena attempted to speak with Hawthorne regarding [Redacted] living with him however, b[Redacted] refused to give a statement. Officer Camarra confirmed Hawthorne's identity at the scene via SFMUGS. Officer Tiffer contacted Kimberly McDevitt, who works for [Redacted]'s group home. McDevitt texted Officer Tiffer a picture of [Redacted]. I observed that [Redacted] was the same subject in the photo.

Due to the fact that [Redacted] had stated that he had been living on the streets for approximately 2 weeks, I requested for an ambulance to respond to the scene. King America Medic 110 arrived on scene and assessed [Redacted]. Officer Tiffer #577 and Officer Villena #472 were on scene and assisted with this investigation. Officer Tiffer contacted [Redacted] group home, Kinsley Prendergast, and advised her that [Redacted] had been located in San Francisco, CA. [Redacted] was transported from the scene to UCSF Benioff Children's Hospital so he could be medically evaluated. Officer Camarra and I followed Medics and [Redacted] to this location. At UCSF Benioff Children's Hospital I contacted San Francisco's Child Protective Services, Patricia (H145) and informed her of this incident. [Redacted] appeared to be in overall good health. [Redacted] had one minor cut on his right thumb and one minor cut on his left index finger. [Redacted] also had a small abrasion on his right shin area.

I was contacted by SF Juvenile Probation Officer Mila Baranov, who advised me that [Redacted] was a ward of the state in North Carolina and advised that he is to be held in a secure facility till North Carolina CPS could respond to San Francisco to take custody of [Redacted].

Juvenile Probation Officer Baranov directed me to bring [Redacted] to San Francisco's Juvenile Justice Center where he will be placed on a "Courtesy Hold-North Carolina". Sergeant Hoang #1861 was notified of Probation Officer

| | | |
|---|---|---|
| Report Type: **Initial** | **San Francisco Police Department**<br>**INCIDENT REPORT** | 230238312 |

Baranov's instructions and approved this "booking/courtesy hold". B[Redacted] was medically evaluated and cleared by Doctor Vania Singleterry. Officer Camarra took possession B[Redacted] items as property for safe keeping because they are either considered contraband and are not allowed in JJC or the item is illegal for B[Redacted] to possess. Officer Camarra completed a (E1) Property Receipt Form for these items and provided B[Redacted] with a copy. Officer Camarra and I transported B[Redacted] to JJC where he was admitted into the care and custody of the Juvenile Justice Center. While here I completed the (E2) JJC Admission Form and (E3) the Juvenile Detention Subsequent Disposition Report. Probation Officer Baranov provided me with a copy of these forms. I later digitally attached a copy of these forms to this report. B[Redacted] was in possession of numerous white pills which he claimed were his medications. Staff at JJC was provided with these pills and took possession of them.

All items of evidence and property for safe keeping was later booked as evidence at Park Station. All body worn camera footage was later uploaded to www.evidence.com. I contacted DOC, PSA Obregon #4826, who removed B[Redacted] from MUPS.

Retrieved by A09312 on 6/8/2023 at 2:38 PM
Do Not Duplicate