**REDACTED**

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Date:    August 10, 2023<br>Time:    1:00 PM<br>Judge:   Hon. Donna M. Ryu<br>Place:   Courtroom 4 – 3rd Floor<br>         1301 Clay Street<br>         Oakland, CA 94612<br><br>Trial Date:    April 15, 2024<br><br>Attachments:  Exhibits A - U |

I, Arielle Piastunovich, hereby declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto. I previously submitted a declaration in this matter on November 15, 2022, and on January 10, 2023.

2. I work for the San Francisco Department of Homelessness and Supportive Housing ("HSH"). I currently serve as the Liaison between HSH and San Francisco's Healthy Streets Operations Center ("HSOC") (the "HSH/HSOC Liaison"). I have been the HSH/HSOC Liaison since January 2022. As the HSH/HSOC Liaison, my duties include acting as the liaison between HSH and the entities that make up HSOC and coordinating services and placements offered by HSH for people experiencing homelessness, such as shelter placement opportunities.

3. Yaocheng "Eric" Lei, Administrative Analyst, HSH, and I maintain a "client log" to track client engagements and facilitate shelter placement during HSOC operations. Eric and I are in communication with the HSOC staff conducting outreach during an operation. The information in the "client logs" is updated during and soon after the close of HSOC operations for the day. Each row of the client logs reflects a client engagement by HSOC. The "Encountered Date" column shows the date of the operation during which the client was engaged. HSOC generally conducts two operations per day, one in the morning and one in the afternoon. The "Shift or Referral" column shows at which operation on a particular date, the morning or afternoon operation, the client was engaged. The "Location" column contains a general description of the location of the operation. The "HSOC Staff Initials" column shows the initials of the San Francisco Homeless Outreach Team ("SFHOT") member who engaged with the client. The "Client First Name" column shows the first name of the client, where provided by the client or otherwise known. The "Client Last Name" column shows the last name of the client, where provided by the client or otherwise known. If the client refuses to engage with HSOC and refuses to provide information about themselves, the "Client First Name" and "Client Last Name" columns would either include the notation "Refused" or be left blank.

4. When a client refused to engage with HSOC, that is reflected in the "Engagement Status" column through the notation "Refused to provide info." When a client was already housed, that is reflected in the "Engagement Status" column through the notation, "Already in Shelter." When a

client initially accepted an offer of shelter but then declined the shelter offered before they could be transported to the shelter, that is reflected in the "Engagement Status" column through the notation "Referral sent but client changed mind." When a client engaged with HSOC, but did not accept an offer of shelter for any reason, for example, because they were not interested in shelter, or they preferred a different shelter than what was offered, that is reflected in the "Engagement Status" column through the notation "Engaged not Referred to Shelter." When a client accepted an offer of shelter, that is reflected in the "Engagement Status" column through the notation "Referred to Shelter." When a client accepted an offer of shelter, the shelter they accepted and to which they were referred is set forth in the "Destination or Program" column.

**January 10, 2023 PM at or near 7th St. and Mission St.**

5. **Exhibit A** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

6. Pre-resolution outreach at the resolution location estimated there were 3 tents and structures, 0 occupied vehicles, and 3 clients.

7. The client log shows that at this HSOC resolution: 2 clients were engaged; 1 client was already sheltered; and as a result of this HSOC resolution, HSOC was able to refer and transport 1 client to shelter. This information, shown in the client log, is summarized in the following chart:

| Engagements | 2 |
|---|---|
| Refused to provide information | 0 |
| Engaged but refused shelter offer | 0 |
| Already sheltered | 1 |
| Shelter placements | 1 |

8. The client log shows that HSOC engaged ▮▮▮▮▮▮ at the afternoon resolution on January 10, 2023 at or near 7th Street and Mission Street, and that ▮▮▮▮▮▮ was already sheltered. This is reflected in the "Housed?" column ("Yes"), and "Engagement Status" column ("Already in Shelter"). HSH records showed that ▮▮▮▮▮▮ was already "Active at MSC South," a homeless shelter, which is reflected in the "HSH Notes" column.

**January 17, 2023 PM at or near 15th St./16th St. and Mission St.**

9. **Exhibit B** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

10. Pre-resolution outreach at the resolution location estimated there were 2 tents and structures, 0 occupied vehicles, and 9 clients.

11. The client log shows that at this HSOC resolution: 9 clients were engaged; 1 client refused to provide their information; 2 clients did not accept an offer of shelter or were not interested in shelter; and as a result of this HSOC resolution, HSOC was able to refer and transport 6 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| Engagements | 9 |
|---|---|
| Refused to provide information | 1 |
| Engaged but refused shelter offer | 2 |
| Already sheltered | 0 |
| Shelter placements | 6 |

12. The client log shows that HSOC engaged ▬▬▬▬▬ at the afternoon resolution on January 17, 2023, at or near 15th Street and Mission Street and 16th Street and Mission Street, and that ▬▬▬▬▬ did not accept an offer of shelter or was not interested in shelter.

**January 31, 2023 AM & PM at or near Polk St. and Willow St. and Van Ness Ave.**

13. **Exhibit C** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

14. Pre-resolution outreach at the resolution location estimated there were 47 tents and structures, 0 occupied vehicles, and 37 clients.

15. The client log shows that at this HSOC resolution: 37 clients were engaged; 6 clients refused to provide their information; 14 clients did not accept an offer of shelter or were not interested in shelter; 3 clients were referred to shelter but changed their minds; 2 clients were already sheltered;

and as a result of this HSOC resolution, HSOC was able to refer and transport 12 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| | |
|---|---|
| **Engagements** | 37 |
| **Refused to provide information** | 6 |
| **Engaged but refused shelter offer** | 14 |
| **Referred to shelter but changed mind** | 3 |
| **Already sheltered** | 2 |
| **Shelter placements** | 12 |

16. The client log does not show that Joshua Donohoe was present at the morning or afternoon resolutions on January 31, 2023, at or near Polk Street and Willow Street and Van Ness Ave. There were 6 clients engaged by HSOC, however, who refused to provide their name or other information to HSOC during the resolution.

**February 6, 2023 PM at or near Russ Street and Howard Street**

17. **Exhibit D** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

18. Pre-resolution outreach at the resolution location estimated there were 12 tents and structures, 0 occupied vehicles, and 20 clients.

19. The client log shows that at this HSOC resolution: 9 clients were engaged; 7 clients refused to provide their information; 1 client was already sheltered; and as a result of this HSOC resolution, HSOC was able to refer and transport 1 client to shelter. This information, shown in the client log, is summarized in the following chart:

| | |
|---|---|
| **Engagements** | 9 |
| **Refused to provide information** | 7 |
| **Engaged but refused shelter offer** | 0 |
| **Already sheltered** | 1 |
| **Shelter placements** | 1 |

20. The client log does not show that Henry Jones was present at the afternoon on February 6, 2023, at or near Russ Street and Howard Street, which is one block from Victoria Manalo Draves Park. There were 7 clients engaged by HSOC, however, who refused to provide their name or other information to HSOC during the resolution.

**February 9, 2023 AM at or near Ellis St. and Leavenworth St. and Eddy St.**

21. **Exhibit E** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

22. Pre-resolution outreach at the resolution location estimated there were 13 tents and structures, 0 occupied vehicles, and 23 clients.

23. The client log shows that at this HSOC resolution: 23 clients were engaged; 4 clients refused to provide their information; 9 clients did not accept an offer of shelter or were not interested in shelter; 2 clients were referred to shelter but changed their mind; 0 clients were already sheltered; and as a result of this HSOC resolution, HSOC was able to refer and transport 8 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| **Engagements** | 23 |
|---|---|
| **Refused to provide information** | 4 |
| **Engaged but refused shelter offer** | 9 |
| **Referred to shelter but changed mind** | 2 |
| **Already sheltered** | 0 |
| **Shelter placements** | 8 |

24. Notification of the February 9, 2023 resolution at or near Ellis Street and Leavenworth Street and Eddy Street was provided on February 4, 2023.

25. The client log shows that HSOC engaged ▮▮▮▮▮▮▮▮ at the morning resolution on February 9, 2023, at or near Ellis Street and Leavenworth Street and Eddy Street, and that ▮▮▮▮▮▮▮▮ did not accept an offer of shelter or was not interested in shelter.

26. The client log shows that HSOC engaged ▬▬▬▬▬ at the morning resolution on February 9, 2023, at or near Ellis Street and Leavenworth Street and Eddy Street, and that ▬▬▬▬▬ did not accept an offer of shelter or was not interested in shelter.

27. The client log does not show that Katelin Bagley-Adams was present at the morning resolution on February 9, 2023, at or near Ellis Street and Leavenworth Street and Eddy Street. Please note, however, that 4 clients engaged by HSOC refused to provide their names or other information to HSOC during the resolutions.

28. The client log does not show that Donovan Harding was present at the morning resolution on February 9, 2023, at or near Ellis Street and Leavenworth Street and Eddy Street. There were 4 clients engaged by HSOC, however, who refused to provide their name or other information to HSOC during the resolution.

**February 14, 2023 AM at or near Russ St. and Howard St./Folsom St. and Sherman St.**

29. **Exhibit F** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

30. Pre-resolution outreach at the resolution location estimated there were 9 tents and structures, 0 occupied vehicles, and 16 clients.

31. The client log shows that at this HSOC resolution: 16 clients were engaged; 4 clients refused to provide their information, one of whom told HSOC they were already housed or sheltered; 5 clients did not accept an offer of shelter or were not interested in shelter; and as a result of this HSOC resolution, HSOC was able to refer and transport 7 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| Engagements | 16 |
|---|---|
| Refused to provide information | 4 |
| Engaged but refused shelter offer | 5 |
| Already sheltered | 0 |
| Shelter placements | 7 |

32. The client log does not show that Henry Jones was present at the morning resolution on February 14, 2023, at or near Russ Street and Howard Street and Folsom Street and Sherman Street. There were 4 clients engaged by HSOC, however, who refused to provide their name or other information to HSOC during the resolution.

**February 15, 2023 AM at or near Crisp St. and Palou St.**

33. **Exhibit G** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

34. Pre-resolution outreach at the resolution location estimated there were 0 tents and structures, 10 occupied vehicles, 6 unoccupied vehicles, and 5 clients.

35. The client log shows that at this HSOC resolution: 5 clients were engaged; 0 clients refused to provide their information; 4 clients did not accept an offer of shelter or were not interested in shelter; and as a result of this HSOC resolution, HSOC was able to refer and transport 1 client to shelter. This information, shown in the client log, is summarized in the following chart:

| **Engagements** | 5 |
|---|---|
| **Refused to provide information** | 0 |
| **Engaged but refused shelter offer** | 4 |
| **Already sheltered** | 0 |
| **Shelter placements** | 1 |

**February 16, 2023 AM & PM at or near 14th St. and Stevenson St. and Woodward St.**

36. I understand that Noah Van Harin takes issue with an interaction with City personnel at Woodward Street and 14th Street that occurred on an unspecified date in February 2023. HSOC records show that there was a resolution at or near 14th Street and Stevenson Street and Woodward Street on February 16, 2023.

37. **Exhibit H** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

38. Pre-resolution outreach at the resolution location estimated there were 16 tents and structures, 0 occupied vehicles, and 13 clients.

39. The client log shows that at this HSOC resolution: 13 clients were engaged; 1 client refused to provide their information; 8 clients did not accept an offer of shelter or were not interested in shelter, one of whom told HSOC they were already housed; 1 client was already sheltered; and as a result of this HSOC resolution, HSOC was able to refer and transport 4 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| Engagements | 13 |
|---|---|
| Refused to provide information | 1 |
| Engaged but refused shelter offer | 8 (1 was already housed) |
| Already sheltered | 1 |
| Shelter placements | 4 |

40. I understand that Mr. Van Harin alleges he does not recall whether SFHOT was present. The client log, however, shows that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

**February 21, 2023 PM at or near Geary St. and Masonic St.**

41. **Exhibit I** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

42. Pre-resolution outreach at the resolution location estimated there were 7 tents and structures, 1 occupied vehicle, and 7 clients.

43. The client log shows that at this HSOC resolution: 7 clients were engaged; 3 clients refused to provide their information; 2 clients did not accept an offer of shelter or were not interested in shelter; 1 client was already sheltered; and as a result of this HSOC resolution, HSOC was able to refer and transport 1 client to shelter. This information, shown in the client log, is summarized in the following chart:

| Engagements | 7 |
|---|---|
| Refused to provide information | 3 |
| Engaged but refused shelter offer | 2 |
| Already sheltered | 1 |
| Shelter placements | 1 |

44. The client log does not show that Corey Barkley was present at the afternoon resolution on February 21, 2023, at or near Geary Street and Masonic Street. There were 3 clients engaged by HSOC, however, who refused to provide their name or other information to HSOC during the resolution.

**February 27, 2023 PM at or near Fern St. and Hemlock St. from Polk St. to Larkin St.**

45. I understand that David Martin takes issue with an interaction with City personnel that he alleges occurred at Hemlock Street and Larkin Street on an unspecified date in late February 2023. HSOC records show that there was a HSOC resolution at or near Fern Street and Hemlock Street from Polk Street to Larkin Street.

46. **Exhibit J** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

47. Pre-resolution outreach at the resolution location estimated there were 5 tents and structures, 1 occupied vehicle, and 6 clients.

48. The client log shows that at this HSOC resolution: 6 clients were engaged; 4 clients refused to provide their information; 1 client did not accept an offer of shelter or was not interested in shelter; and 1 client was already sheltered. No one accepted an offer of shelter on this day. This information, shown in the client log, is summarized in the following chart:

| Engagements | 6 |
|---|---|
| Refused to provide information | 4 |
| Engaged but refused shelter offer | 1 |
| Already sheltered | 1 |

| | |
|---|---|
| **Shelter placements** | 0 |

49. The client log does not show that David Martin was present at the afternoon resolution on February 27, 2023, at or near Fern Street and Hemlock Street from Polk Street to Larkin Street. There were 4 clients engaged by HSOC, however, who refused to provide their name or other information to HSOC during the resolution.

**February 28, 2023 AM at or near Larch St. and Van Ness Ave. and Franklin St.**

50. **Exhibit K** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

51. Pre-resolution outreach at the resolution location estimated there were 10 tents and structures, 0 occupied vehicles, and 11 clients.

52. The client log shows that at this HSOC resolution: 11 clients were engaged; 4 clients refused to provide their information; 5 clients did not accept an offer of shelter or were not interested in shelter; and 2 clients were already sheltered. No one accepted an offer of shelter on this day. This information, shown in the client log, is summarized in the following chart:

| | |
|---|---|
| **Engagements** | 11 |
| **Refused to provide information** | 4 |
| **Engaged but refused shelter offer** | 5 |
| **Already sheltered** | 2 |
| **Shelter placements** | 0 |

53. I understand that Savannah Walter alleges that she did not see any posted notice of this HSOC resolution. A true and correct copy of a photograph of the written notification of this HSOC resolution that was posted is attached hereto as **Exhibit L**.

**March 23, 2023 PM at or near Geary St. and Masonic St.**

54. **Exhibit M** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

55. Pre-resolution outreach at the resolution location estimated there were 11 tents and structures, 2 occupied vehicles, and 11 clients.

56. The client log shows that at this HSOC resolution: 11 clients were engaged; 6 clients refused to provide their information; and as a result of this HSOC resolution, HSOC was able to refer and transport 5 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| **Engagements** | 11 |
|---|---|
| **Refused to provide information** | 6 |
| **Engaged but refused shelter offer** | 0 |
| **Already sheltered** | 0 |
| **Shelter placements** | 5 |

57. I understand that Dylan Verner-Crist and Corey Barkley allege no notices of this HSOC resolution were posted. A true and correct copy of a photograph of the written notification of this HSOC resolution that was posted is attached hereto as **Exhibit N**.

58. The client log does not show that Corey Barkley was present at the afternoon resolution on March 23, 2023 at or near Geary Street and Masonic Street. There were 6 clients engaged by HSOC, however, who refused to provide their name or other information to HSOC during the resolution.

**March 30, 2023 AM & PM at or near Fern St. and Larkin St. and Polk St. and Willow St.**

59. **Exhibit O** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

60. Pre-resolution outreach at the resolution location estimated there were 14 tents and structures, 0 occupied vehicles, and 17 clients.

61. The client log shows that at this HSOC resolution: 17 clients were engaged; 3 clients refused to provide their information; 8 clients did not accept an offer of shelter or were not interested in shelter; 2 clients were already sheltered; and as a result of this HSOC resolution, HSOC was able to

refer and transport 4 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| Engagements | 17 |
| --- | --- |
| Refused to provide information | 3 |
| Engaged but refused shelter offer | 8 |
| Already sheltered | 2 |
| Shelter placements | 4 |

62. I understand that Savannah Waltier alleges that 2 individuals, out of the 10 individuals engaged, at the morning portion of this resolution were not offered shelter. One client was not interested in shelter, refusing to even provide their information to HSOC, because he had a "bad experience" with shelter due to "[t]oo many rules." And one client was already sheltered at 711 Post. *See* Exhibit P.

63. The client log does not show that Thomas Draper was present at the morning resolution on March 30, 2023, at or near Fern Street and Larkin Street and Polk Street and Willow Street. There was one client engaged by HSOC, however, who refused to provide their name or other information to HSOC during the resolution.

**April 6, 2023 AM at or near King St. and Berry St.**

64. **Exhibit P** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

65. Pre-resolution outreach at the resolution location estimated there were 9 tents and structures, 0 occupied vehicles, and 7 clients.

66. The client log shows that at this HSOC resolution: 7 clients were engaged; 0 clients refused to provide their information; 3 clients did not accept an offer of shelter or were not interested in shelter; 0 clients were already sheltered; and as a result of this HSOC resolution, HSOC was able to refer and transport 4 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| Engagements | 7 |
|---|---|
| Refused to provide information | 0 |
| Engaged but refused shelter offer | 3 |
| Already sheltered | 0 |
| Shelter placements | 4 |

67. The client log shows that HSOC engaged ▮▮▮▮▮▮▮ at the morning resolution on April 6, 2023, at or near King Street and Berry Street, and that ▮▮▮▮▮▮ did not accept an offer of shelter or was not interested in shelter.

**April 21, 2023 AM & PM at or near 7th St. and Mission St. and Natoma St.**

68. **Exhibit Q** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

69. Pre-resolution outreach at the resolution location estimated there were 20 tents and structures, 0 occupied vehicles, and 21 clients.

70. The client log shows that at this HSOC resolution: 27 clients were engaged; 2 clients refused to provide their information; 17 clients did not accept an offer of shelter or were not interested in shelter; 1 client was referred to shelter but changed their mind; 2 clients were already sheltered; and as a result of this HSOC resolution, HSOC was able to refer and transport 5 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| Engagements | 27 |
|---|---|
| Refused to provide information | 2 |
| Engaged but refused shelter offer | 17 |
| Referred to shelter but changed mind | 1 |
| Already sheltered | 2 |
| Shelter placements | 5 |

**April 25, 2023 AM at or near Erie St. between South Van Ness Ave. and Folsom St.**

71. I understand that Krystle Erickson takes issue with an interaction with City personnel approximately one week before April 20, 2023 at Erie Street. There was no HSOC resolution on Erie Street between April 1, 2023, and April 20, 2023. There was a HSOC resolution at or near Erie Street, between South Van Ness Avenue and Folsom Street on April 25, 2023.

72. **Exhibit R** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

73. Pre-resolution outreach at the resolution location estimated there were 14 tents and structures, 1 unoccupied vehicle, and 6 clients.

74. The client log shows that at this HSOC resolution: 6 clients were engaged; 1 client refused to provide their information; 2 clients did not accept an offer of shelter or were not interested in shelter; 1 client was already sheltered; and as a result of this HSOC resolution, HSOC was able to refer and transport 2 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| **Engagements** | 6 |
|---|---|
| **Refused to provide information** | 1 |
| **Engaged but refused shelter offer** | 2 |
| **Already sheltered** | 1 |
| **Shelter placements** | 2 |

75. The client log does not show that Krystle Erickson was present at the morning resolution on April 25, 2023, at or near Erie Street, between South Van Ness Avenue and Folsom Street. There was one client engaged by HSOC, however, who refused to provide their name or other information to HSOC during the resolution.

**May 3, 2023 PM at or near Octavia St. and Market St.**

76. I understand that Steven Alan Garett takes issue with an interaction with City personnel approximately two weeks before May 12, 2023 at Octavia Street and Waller Street. There was a HSOC resolution at or near that location (Octavia Street and Market Street) on May 3, 2023.

77.     **Exhibit S** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

78.     Pre-resolution outreach at the resolution location estimated there were 4 tents and structures, 0 occupied vehicles, and 6 clients.

79.     The client log shows that at this HSOC resolution: 6 clients were engaged; 1 client refused to provide their information; 2 clients did not accept an offer of shelter or were not interested in shelter; 1 client was referred to a shelter but changed their mind; zero clients were already sheltered; and as a result of this HSOC resolution, HSOC was able to refer and transport 2 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| Engagements | 6 |
|---|---|
| Refused to provide information | 1 |
| Engaged but refused shelter offer | 2 |
| Referred to shelter but changed mind | 1 |
| Already sheltered | 0 |
| Shelter placements | 2 |

80.     The client log does not show that Steven Garett was present at the afternoon resolution on May 3, 2023, at or near Octavia Street and Market Street. There was one client engaged by HSOC, however, who refused to provide their name or other information to HSOC during the resolution.

**May 18, 2023 AM & PM at or near San Bruno Ave. and Alameda St.**

81.     **Exhibit T** is a true and correct copy of an excerpt from the client log for 2023 showing the client engagements at this resolution. This exhibit has been redacted to remove confidential, private, and personally identifiable information of clients.

82.     Pre-resolution outreach at the resolution location estimated there were 26 tents and structures, 5 occupied vehicles, 2 unoccupied vehicles, and 15 clients.

83.     The client log shows that at this HSOC resolution: 15 clients were engaged; 2 clients refused to provide their information; 5 clients did not accept an offer of shelter or were not interested

in shelter; 1 client was already sheltered; and as a result of this HSOC resolution, HSOC was able to refer and transport 7 clients to shelter. This information, shown in the client log, is summarized in the following chart:

| Engagements | 15 |
|---|---|
| Refused to provide information | 2 |
| Engaged but refused shelter offer | 5 |
| Already sheltered | 1 |
| Shelter placements | 7 |

**HSOC Resolution Notifications**

84. The SFHOT outreach workers who conduct the pre-resolution outreach for HSOC resolutions typically email me a photograph of the posted written notice, which I then store in an electronic database. As an example, attached hereto as **Exhibit U** are true and correct copies of photographs of posted written notices for most of the above identified HSOC resolutions.

**June 29, 2023:** ▮▮▮▮▮▮▮▮ **Is Offered Housing In a Cabin, But Refuses That Offer.**

85. On June 29, 2023, at 8:15 a.m. I received a call from Mark Mazza, DEM, who informed me that ▮▮▮▮▮▮▮▮ was encamped with others at Castro and Market Street. The sidewalk was completely blocked. Mark inquired about the possibility of a Gough Tiny Home and I let him know (after calling the site) that a cabin had opened up in the morning and would be clean and ready by 12 p.m. At 9:26 a.m., I received a phone call from a member of the City's Emergency Response Team ("ERT"), who told me that he was calling me from at or near the intersection of Castro and Market Streets in San Francisco. He stated that he had just offered housing in a cabin to ▮▮▮▮▮▮▮▮, who I understand is one of the plaintiffs in this lawsuit, and who had been sleeping in a tent in that area for a number of days. The ERT member stated that ▮▮▮▮▮▮▮▮ had responded to him by saying that he did not want to accept the offer of cabin housing unless his five friends, who were also sleeping in that area, could also receive cabin space.

86. Later that day, at 10:51 a.m., I received another phone call from the same ERT worker. He was speaking with ▮▮▮▮▮▮▮▮ at the time he called me, and I told him to put me on speakerphone

1  so that I could speak with ▌       ▐ directly.  He did so.  I told ▌       ▐ that we had only
2  enough cabin openings at that time to make an offer for a single person and were offering that one
3  space to him.  I urged him to consider the offer carefully and told him that I needed to hear back from
4  him that same day by no later than 2:00 p.m. if he wished to accept the offer.

5      87.    ▌       ▐ stated that he needed to talk to his lawyers first.  I repeated my request that
6  I needed to hear a concrete answer from him by no later than 2:00 p.m.  He responded that it would
7  depend on when his lawyers got back to him.

8      88.    I told the ERT worker to give ▌       ▐ my cell phone number so that he could call
9  me directly.  While I was still on speakerphone, I heard the ERT worker doing so.

10     89.    In a subsequent phone call with the ERT worker later that same day, at 12:51 p.m., I
11 heard the ERT worker again repeating to ▌       ▐ the offer of housing in a cabin, and the fact that
12 I needed to hear from him by 2:00 p.m.

13     90.    ▌       ▐ never contacted me, either by 2:00 p.m. or at any other time that day, to
14 accept or otherwise respond to the offer of housing in a cabin that the City had extended to him.  After
15 the 2:00 p.m. deadline had passed without any response from ▌       ▐, we offered the single cabin
16 space to another unhoused individual, who accepted it.

17     91.    June 29, 2023 was not the first time that ▌       ▐ has been offered housing and
18 rejected the offer.  Approximately one month earlier, City workers had offered ▌       ▐ housing,
19 both in a shelter and in a cabin, but ▌       ▐ had rejected those offers.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed __July 5__, 2023 in San Francisco, California.

*/s/ Arielle Piastunovich*
ARIELLE PIASTUNOVICH