# <u>REDACTED</u>
# EXHIBIT A
# TO
# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 01/10/23 | Afternoon | 7th and Mission | PR | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | Client requested a Navigation | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 109 | 01/10/23 | Afternoon | 7th and Mission | PR | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | Client requested a shelter bed at | Yes | Yes | | | | | Already in Shelter | | Active at MSC South | SOMA |