# <u>REDACTED</u>
# EXHIBIT B
# TO
# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 166 | 01/17/23 | Afternoon | 15th and Mission | PR | | | | | | | Client is interested in a couples bed; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Mission |
| 167 | 01/17/23 | Afternoon | 15th and Mission | PR | | | | | | Other Referral | | No | | Female | No | | 0 | 0 | 2 | No | | Client is interested in a couples bed | Yes | No | | | | | Engaged but refused shelter offer | | | Mission |
| 168 | 01/17/23 | Afternoon | 16th and Mission | AB | | | | | | Shelter | | No | | Male | No | | 1 | 1 | 2 | No | | | Yes | No | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |
| 169 | 01/17/23 | Afternoon | 16th and Mission | JM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 0 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |
| 170 | 01/17/23 | Afternoon | 15th and Mission | PR | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | Client requested a shelter bed | Yes | No | AB - Sanctuary | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |
| 171 | 01/17/23 | Afternoon | 16th and Mission | AB | | | | | | Shelter | | No | | Female | No | | 0 | 1 | 2 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |
| 172 | 01/17/23 | Afternoon | 16th and Mission | PR | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | Client requested a shelter bed | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |
| 173 | 01/17/23 | Afternoon | 16th and Mission | AB | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Mission |
| 174 | 01/17/23 | Afternoon | 16th and Mission | JM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |