# EXHIBIT C

# TO

# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Preferred Language | Wheelchair? | Self Care Independent? | Caregiver Full Name | Overdose reversal in past 30 days? | Medical Concerns | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | ONE ID | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood/District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 309 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | | No | | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 310 | 01/31/23 | Morning | Polk and Willow | JM | | | | | | | No | | Male | | | | | | | 0 | 1 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 311 | 01/31/23 | Morning | Polk and Willow | JM | | | | | | | No | | Male | | | | | | | 0 | 1 | 2 | No | | | Yes | No | | | | | | Referral sent, but client changed mind | | | Tenderloin |
| 312 | 01/31/23 | Morning | Willow and Polk | NM | | | | | Refusing Service | Client states they are already | | | | | | | | | | | | | | | | Unknown | Yes | | | | | | Already in Shelter | | | Tenderloin |
| 313 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | Previous bad experience; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Tenderloin |
| 314 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | Did not engage with team; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Tenderloin |
| 315 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | Did not engage with team; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Tenderloin |
| 316 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | Did not engage with team; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Tenderloin |
| 317 | 01/31/23 | Morning | Willow and Polk | JM | | | | | | | No | | Male | | | | | | | 0 | 0 | 1 | No | | | Yes | No | | | | | | Referral sent, but client changed mind | | | Tenderloin |
| 318 | 01/31/23 | Morning | Willow and Van Ness | PR | | | | | | | No | | Male | | | | | | | 0 | 1 | 2 | No | | Client requested a site-P | Yes | No | | Baldwin | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Cathedral Hill |
| 319 | 01/31/23 | Morning | Willow and Polk | JM | | | | | | | No | | Male | | | | | | | 0 | 1 | 2 | No | | Interested 711 post | Yes | No | | Baldwin | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Tenderloin |
| 320 | 01/31/23 | Morning | Willow and Polk | NM | | | | | | | Yes | AJ | Female | | | | | | | 0 | 0 | 0 | No | | Staying in the Adante and needs a | Yes | Yes | | | | | | Already in Shelter | | Active at Site 35 | Tenderloin |
| 321 | 01/31/23 | Morning | Willow and Polk | JM | | | | | | | Yes | EC | Male | | | | | | | 0 | 0 | 1 | No | | | Yes | No | | 35 - Adante Hotel (Winter Shelter) | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Tenderloin |
| 322 | 01/31/23 | Morning | Willow and Polk | NM | | | | | | | Yes | CT | Female | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 323 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | Did not engage with team; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Tenderloin |
| 324 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | Did not engage with team; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Tenderloin |
| 325 | 01/31/23 | Morning | Willow and Van Ness | PR | | | | | | | Yes | CC | Male | | | | | | | 0 | 0 | 2 | No | | Client is interested in a couples bed | No | Unknown | | | | | | Engaged but refused shelter offer | | | Cathedral Hill |
| 326 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | | Yes | HE | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 327 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | | No | | Female | | | | | | | 1 | 0 | 2 | No | | | Yes | No | | | | | | Referral sent, but client changed mind | | | Tenderloin |
| 328 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | | No | | Male | | | | | | | 0 | 1 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 329 | 01/31/23 | Morning | Willow and Van Ness | PR | | | | | | | No | | Male | | | | | | | 0 | 0 | 2 | No | | Client requested a Navigation | Yes | No | | | | | | Engaged but refused shelter offer | | | Cathedral Hill |
| 330 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | | No | | Male | | | | | | | 0 | 1 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 331 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | | Yes | JS | Female | | | | | | | 0 | 0 | 2 | No | | | No | Unknown | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 332 | 01/31/23 | Morning | Willow and Van Ness | PR | | | | | | | No | | Male | | | | | | | 0 | 0 | 2 | No | | Client requested a shelter bed | Yes | No | | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Cathedral Hill |
| 333 | 01/31/23 | Morning | Willow and Franklin | JM | | | | | | | No | | Male | | | | | | | 0 | 1 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Cathedral Hill |
| 334 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | | No | | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 335 | 01/31/23 | Morning | Willow and Van Ness | PR | | | | | | | No | | Male | | | | | | | 0 | 0 | 2 | No | | Client requested a shelter bed | Yes | No | | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Cathedral Hill |
| 336 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | | No | | Male | | | | | | | 0 | 1 | 2 | No | | | No | Unknown | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 337 | 01/31/23 | Morning | Willow and Franklin | JM | | | | | | | No | | Female | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | Bayview Navigation Center | HSH Transport Team | Yes | yes | Referred to Shelter | | | Tenderloin |
| 338 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | | No | | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 339 | 01/31/23 | Morning | Polk and Willow | NM | | | | | | | Yes | TH | Male | | | | | | | 1 | 0 | 2 | No | | | Yes | No | | H - Embarcadero Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Tenderloin |
| 340 | 01/31/23 | Morning | Polk and Willow | JM | | | | | | | No | | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | AB - Sanctuary | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Tenderloin |
| 341 | 01/31/23 | Morning | Willow and Van Ness | PR | | | | | | | No | | Female | | | | | | | 0 | 0 | 2 | No | | Client requested a gough mini | Yes | No | | V07 - Gough Mini Cabins | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Cathedral Hill |
| 342 | 01/31/23 | Afternoon | Polk and Willow | JM | | | | | | | No | | Female | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 343 | 01/31/23 | Afternoon | Willow and Van Ness | Par | | | | | | | No | | Male | | | | | | | 0 | 0 | 2 | No | | Client requested a shelter bed | Yes | No | | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Cathedral Hill |
| 344 | 01/31/23 | Afternoon | Polk and Willow | JM | | | | | | | No | | Female | | | | | | | 2 | 0 | 2 | No | | | Yes | No | | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Tenderloin |
| 345 | 01/31/23 | Afternoon | Polk and Willow | EL | | | | | | | No | | Female | | | | | | | 0 | 0 | 0 | No | | | Yes | No | | Bayview Navigation Center | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Tenderloin |