**EXHIBIT D**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Preferred Language | Wheelchair? | Self Care Independent? | Caregiver Full Name | Overdose reversal in past 30 days? | Medical Concerns | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | ONE ID | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood/District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 406 | 02/06/23 | Afternoon | Russ and Howard | JM | | | | | Shelter | | No | | Male | | | | | | | 0 | 1 | 2 | No | | | Yes | No | | AB - Sanctuary | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 407 | 02/06/23 | Afternoon | Howard and Russ | AB | | | | | | No reason given; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | SOMA |
| 408 | 02/06/23 | Afternoon | Howard and Russ | JM | | | | | Shelter | | No | | Female | | | | | | | 0 | 0 | 2 | No | | Can someone call at the youth | Yes | Yes | | | | | | Already in Shelter | | Active at Tay Nav, transfer back | SOMA |
| 409 | 02/06/23 | Afternoon | Howard and Russ | AB | | | | | | No reason given;Client states they are already housed or sheltered; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | SOMA |
| 410 | 02/06/23 | Afternoon | Howard and Russ | AB | | | | | | No reason given; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | SOMA |
| 411 | 02/06/23 | Afternoon | Howard and Russ | JM | | | | | | Client states they are already housed or sheltered; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | SOMA |
| 412 | 02/06/23 | Afternoon | Howard and Russ | JM | | | | | | Client states they are already housed or sheltered; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | SOMA |
| 413 | 02/06/23 | Afternoon | Howard and Russ | JM | | | | | | Client states they are already housed or sheltered; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | SOMA |
| 414 | 02/06/23 | Afternoon | Howard and Russ | JM | | | | | | No reason given; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | SOMA |