# **<u>REDACTED</u>**
# **EXHIBIT E**
# **TO**

# **DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 457 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | | Did not engage with team; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Tenderloin |
| 458 | 02/09/23 | Morning | Ellis and Leavenworth | JM | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 459 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 460 | 02/09/23 | Morning | Ellis and Leavenworth | JM | | | | | | Shelter | | No | | Male | No | | 0 | 1 | 0 | No | | | Yes | No | | | | | Referral sent, but client changed mind | | Client refused put away weapons walk | Tenderloin |
| 461 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | Shelter | | No | | Male | Yes | Mobility Constraints; | 0 | 0 | 2 | Yes | DPH Follow Up (medical or behavioral) | | Yes | No | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 462 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | | Did not engage with team; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Tenderloin |
| 463 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | No | Unknown | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 464 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | | Did not engage with team; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Tenderloin |
| 465 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | | Did not engage with team; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Tenderloin |
| 466 | 02/09/23 | Morning | Ellis and Leavenworth | PR | | | | | | Shelter | | Yes | SG | Male | No | | 1 | 0 | 2 | No | | Client requested a couple bed | Yes | No | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 467 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | Shelter | | Yes | AB | Male | Yes | Auditory Impairment; | 1 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 468 | 02/09/23 | Morning | Ellis and Leavenworth | PR | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | Client requested a shelter bed | Yes | No | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 469 | 02/09/23 | Morning | Ellis and Leavenworth | PR | | | | | | Shelter | | Yes | RV | Male | No | | 0 | 0 | 2 | No | | Client requested a couple bed | Yes | No | Y - Taimon Booton | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Tenderloin |
| 470 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | Shelter | | Yes | DF | Female | No | | 0 | 0 | 2 | Yes | DPH Follow Up (medical or behavioral) | | Yes | No | Y - Taimon Booton | HSH Transport Team | Yes | Yes | Referred to Shelter | | due for hrs, head injury, may require | Tenderloin |
| 471 | 02/09/23 | Morning | Leavenworth and Eddy | AB | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Tenderloin |
| 472 | 02/09/23 | Morning | Leavenworth and Eddy | JM | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | yes | Referred to Shelter | | | Tenderloin |
| 473 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 474 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | Shelter | | No | | Female | Yes | Cancer; | 0 | 1 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 475 | 02/09/23 | Morning | Ellis and Leavenworth | NM | | | | | | Shelter | | Yes | AM | Male | No | | 0 | 0 | 2 | No | | | Yes | No | P - 711 Post | HSH Transport Team | Yes | yes | Referred to Shelter | | | Tenderloin |
| 476 | 02/09/23 | Morning | Ellis and Leavenworth | PR | | | | | | Shelter | | Yes | SW | Female | No | | 0 | 0 | 2 | No | | Client requested a shelter bed | Yes | No | P - 711 Post | HSH Transport Team | Yes | yes | Referred to Shelter | | | Tenderloin |
| 477 | 02/09/23 | Morning | Ellis and Leavenworth | JM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Referral sent, but client changed mind | | | Tenderloin |
| 478 | 02/09/23 | Morning | Ellis and Leavenworth | PR | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | Client requested a site-P | Yes | No | P - 711 Post | HSH Transport Team | Yes | yes | Referred to Shelter | | | Tenderloin |
| 479 | 02/09/23 | Morning | Ellis and Leavenworth | JM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 1 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | yes | Referred to Shelter | | | Tenderloin |