# EXHIBIT F

# TO

# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 517 | 02/14/23 | Morning | Russ and Howard | NM | | | | | | Shelter | | Yes | GA | Female | No | | 0 | 0 | 2 | No | | | Yes | No | 685 Ellis | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 518 | 02/14/23 | Morning | Russ and Howard | NM | | | | | | Shelter | | Yes | CC | Male | No | | 0 | 0 | 2 | No | | | Yes | No | 685 Ellis | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 519 | 02/14/23 | Morning | Russ and Howard | NM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 520 | 02/14/23 | Morning | Russ and Howard | AB | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | Yes | No | Bayview Navigation Center | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 521 | 02/14/23 | Morning | Russ and Howard | NM | | | | | | Shelter | | Yes | DR | Male | Yes | Mobility Constraints; | 0 | 0 | 2 | Yes | HSH - Problem Solving; | Interested in a job | No | Unknown | | | | | Engaged but refused shelter offer | | | SOMA |
| 522 | 02/14/23 | Morning | Russ and Howard | NM | | | | | | Shelter | | Yes | AB | Female | No | | 0 | 0 | 2 | Yes | HSH - Problem Solving; | Interested in a job | No | Unknown | | | | | Engaged but refused shelter offer | | | SOMA |
| 523 | 02/14/23 | Morning | Russ and Howard | NM | | | | | | | Did not engage with team; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | SOMA |
| 524 | 02/14/23 | Morning | Russ and Howard | NM | | | | | | | Previous bad experience; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | SOMA |
| 525 | 02/14/23 | Morning | Russ and Howard | NM | | | | | | Shelter | | Yes | EA | Female | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 526 | 02/14/23 | Morning | Russ and Howard | NM | | | | | | Shelter | | No | | Male | Yes | Mobility Constraints; | 0 | 1 | 2 | Yes | DPH Follow Up (medical or behavioral | Medical follow up | Yes | No | AB - Sanctuary | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 527 | 02/14/23 | Morning | Russ and Folsom | NM | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 528 | 02/14/23 | Morning | Folsom and Sherman | NM | | | | | | Shelter | | Yes | MJ | Female | No | | 0 | 0 | 2 | No | | | Yes | No | Baldwin | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 529 | 02/14/23 | Morning | Folsom and Sherman | NM | | | | | | Shelter | | Yes | JB | Male | No | | 0 | 1 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 530 | 02/14/23 | Morning | Folsom and sherman | NM | | | | | | | Did not engage with team; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | SOMA |
| 531 | 02/14/23 | Morning | Folsom and Sherman | NM | | | | | | | Client states they are already | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | SOMA |
| 532 | 02/14/23 | Morning | Russ and Howard | NM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | Bayview Navigation Center | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |