# EXHIBIT G

# TO

# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Preferred Language | Wheelchair? | Self Care Independent? | Caregiver Full Name | Overdose reversal in past 30 days? | Medical Concerns | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | ONE ID | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 543 | 02/15/23 | Morning | Crisp and Palou | AB | | | | | Shelter | | No | | Male | | | | | | | 2 | More than 2 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Bayview |
| 544 | 02/15/23 | Morning | 25th and Capp | JM | | | | | Shelter | | Yes | CM | Male | | | | | | | 0 | 1 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Mission |
| 545 | 02/15/23 | Morning | 25th and Capp | JM | | | | | Shelter | | Yes | EA | Female | | | | | | | 0 | 1 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Mission |
| 546 | 02/15/23 | Morning | Crisp and Palou | JM | | | | | Shelter | | No | | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | Yes | | | | | | Engaged but refused shelter offer | | Per JM, active at Bayview, transfer | Bayview |
| 547 | 02/15/23 | Morning | Crisp and Palou | DN | | | | | Shelter | | No | | Female | | | | | | | 0 | 1 | 2 | Yes | Multiple Encounters; | | Yes | No | | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Bayview |