# REDACTED
# EXHIBIT H
# TO
# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 560 | 02/16/23 | Morning | 14th and Stevenson | NM | | | | | | Shelter | | No | | Male | No | | 0 | 1 | 2 | No | | | Yes | No | H - Embarcadero Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |
| 561 | 02/16/23 | Morning | 14th and Stevenson | PR | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | requested a hotel | Yes | Yes | | | | | Engaged but refused shelter offer | | Active at DCNC | Mission |
| 562 | 02/16/23 | Morning | 14th and Stevenson | AB | | | | | | Shelter | | Yes | MO | Male | Yes | Wheelchair; | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Mission |
| 563 | 02/16/23 | Morning | 14th and Stevenson | AB | | | | | | Shelter | | Yes | AF | Male | No | | 0 | 1 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Mission |
| 564 | 02/16/23 | Morning | 14th and Stevenson | PR | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | Client requested a couple bed | Yes | No | | | | | Engaged but refused shelter offer | | | Mission |
| 565 | 02/16/23 | Morning | 14th and Stevenson | NM | | | | | | Shelter | | Yes | SC | Male | No | | 1 | 1 | 2 | No | | | Yes | No | 685 Ellis | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |
| 566 | 02/16/23 | Morning | 14th and Stevenson | NM | | | | | | Shelter | | Yes | AA | Female | No | | 0 | 2 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Mission |
| 567 | 02/16/23 | Morning | 14th and Stevenson | NM | | | | | | Shelter | | Yes | PC | Female | Yes | Pregnant; | 0 | 0 | 2 | Yes | DPH Follow Up (medical or behavioral | Client states she is pregnant | Yes | No | | | | | Engaged but refused shelter offer | | | Mission |
| 568 | 02/16/23 | Morning | 14th and Stevenson | PR | | | | | | Shelter | | No | | Male | Yes | Wheelchair; | 0 | 0 | 2 | No | | Client requested a couples bed | Yes | No | | | | | Engaged but refused shelter offer | | | Mission |
| 569 | 02/16/23 | Morning | 14th and Woodward | NM | | | | | | Refusing Service | Too many rules in the shelter; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Mission |
| 572 | 02/16/23 | Morning | 14th and Stevenson | JM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |
| 573 | 02/16/23 | Afternoon | 14th and Stevenson | NM | | | | | | Shelter | | No | | Female | Yes | Mobility Constraints; | 0 | 0 | 2 | No | | | Yes | No | H - Embarcadero Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |
| 574 | 02/16/23 | Afternoon | 14th and Stevenson | JM | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Mission |