# EXHIBIT I

# TO

# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood/District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 606 | 02/21/23 | Afternoon | Geary and Masonic | JM | | | | | | helter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | 685 Ellis | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Lone Mountain |
| 607 | 02/21/23 | Afternoon | Geary and Masonic | NM | | | | | | efusing ervice | Client states they are already | | | | | | | | | | | | Yes | Yes | | | | | Already in Shelter | | Active at Mini Cabins | Lone Mountain |
| 608 | 02/21/23 | Afternoon | Geary and Masonic | NM | | | | | | helter | | Yes | NM | Female | No | | 0 | 1 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Lone Mountain |
| 609 | 02/21/23 | Afternoon | Geary and Masonic | NM | | | | | | helter | | Yes | JT | Female | No | | 0 | 1 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Lone Mountain |
| 610 | 02/21/23 | Afternoon | Geary and Masonic | NM | | | | | | | Must be placed in same location | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lone Mountain |
| 611 | 02/21/23 | Afternoon | Geary and Masonic | NM | | | | | | | Must be placed in same location | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lone Mountain |
| 612 | 02/21/23 | Afternoon | Geary and Masonic | NM | | | | | | | Must be placed in same location | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lone Mountain |