**EXHIBIT J**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Preferred Language | Wheelchair? | Self Care Independent? | Caregiver Full Name | Overdose reversal in past 30 days? | Medical Concerns | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | ONE ID | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 691 | 02/27/23 | Afternoon | Fern and Larkin | NM | | | | | | Did not engage with team | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Lower Nob Hill |
| 692 | 02/27/23 | Afternoon | Fern and Larkin | NM | | | | | | Did not engage with team | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Lower Nob Hill |
| 693 | 02/27/23 | Afternoon | Fern and Larkin | NM | | | | | | Previous bad experience | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 694 | 02/27/23 | Afternoon | Fern and Larkin | NM | | | | | | Did not engage with team | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Lower Nob Hill |
| 695 | 02/27/23 | Afternoon | Fern and Larkin | NM | | | | | | No reason given | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Lower Nob Hill |
| 696 | 02/27/23 | Afternoon | Fern and Larkin | NM | ████████ | | | | Refusing service | Client states they are already | | | | | | | | | | | | | | | | Unknown | Yes | | | | | | Already in Shelter | | | Lower Nob Hill |