**EXHIBIT K**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 697 | 02/28/23 | Morning | Larch and Van Ness | NM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 698 | 02/28/23 | Morning | Larch and Van Ness | NM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | No | Unknown | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 699 | 02/28/23 | Morning | Larch and Van Ness | NM | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | No | Unknown | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 700 | 02/28/23 | Morning | Larch and Van Ness | NM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 701 | 02/28/23 | Morning | Larch and Van Ness | NM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 702 | 02/28/23 | Morning | Larch and Van Ness | NM | | | | | | | Client states they are already | | | | | | | | | | | | Unknown | Yes | | | | | Already in Shelter | | | Lower Nob Hill |
| 703 | 02/28/23 | Morning | Larch and Van Ness | NM | | | | | | | Client states they are already | | | | | | | | | | | | Unknown | Yes | | | | | Already in Shelter | | | Lower Nob Hill |
| 704 | 02/28/23 | Morning | Larch and Van Ness | NM | | | | | | | Previous bad experience; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lower Nob Hill |
| 705 | 02/28/23 | Morning | Larch and Van Ness | NM | | | | | | | Previous bad experience; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lower Nob Hill |
| 706 | 02/28/23 | Morning | Larch and Van Ness | NM | | | | | | | Did not engage with team; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lower Nob Hill |
| 707 | 02/28/23 | Morning | Larch and Van Ness | NM | | | | | | | Did not engage with team;No | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lower Nob Hill |