# EXHIBIT M

# TO

# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 975 | 03/23/23 | Afternoon | Larch and Van Ness | NM | | | | | | | Too many rules in the shelter;Too | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Cathedral Hill |
| 981 | 03/23/23 | Afternoon | Geary and Masonic | PR | | | | | | Shelter | | No | | Male | No | | 0 | 1 | 2 | No | | Client requested Bayview | Yes | No | Bayview Navigation Center | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Lone Mountain |
| 983 | 03/23/23 | Afternoon | Geary and Masonic | NM | | | | | | | Client states they are already | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lone Mountain |
| 984 | 03/23/23 | Afternoon | Geary and Masonic | NM | | | | | | | No reason given; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lone Mountain |
| 985 | 03/23/23 | Afternoon | Geary and Masonic | NM | | | | | | | No reason given; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lone Mountain |
| 986 | 03/23/23 | Afternoon | Geary and Masonic | PR | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | Client requested site685 | Yes | No | 685 Ellis | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Lone Mountain |
| 987 | 03/23/23 | Afternoon | Geary and Masonic | PR | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | Client requested a shelter bed | Yes | No | Baldwin | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Lone Mountain |
| 988 | 03/23/23 | Afternoon | Geary and Masonic | CT | | | | | | Refusing Service | Planning to go back home to mom in | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lone Mountain |
| 989 | 03/23/23 | Afternoon | Geary and Masonic | CT | | | | | | | Previous bad experience;To o many rules | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | Lone Mountain |
| 990 | 03/23/23 | Afternoon | Geary and Masonic | PR | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | Client requested Gough mini | Yes | No | V07 - Gough Mini Cabins | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Lone Mountain |
| 991 | 03/23/23 | Afternoon | Geary and Masonic | PR | | | | | | Shelter | | Yes | JT | Female | No | | 0 | 0 | 2 | No | | Client requested a couple bed | Yes | No | 685 Ellis | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Lone Mountain |