# EXHIBIT N

## TO

## DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

*[Partial notice, left edge cut off:]*

...items are collected and stored, they can be claimed by their owners 24...
...ners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
...storage or retrieval.
...ed to present official I.D., you must provide a reasonably specific
...he property to retrieve it.
...0 days of the date of removal will be deemed abandoned

...owing types of items will not be stored and may be discarded:
...diate threat to public health or safety (i.e., items that are soiled
...edles), (2) items that are evidence of a crime, (3) trash, and (4)

...ncerns, fires, and traffic hazards when our streets, sidewalks,
...s are free of tents, structures, and belongings.

City & County of San Francisco

*[Second notice in Spanish, partial:]*

**...e San Francisco gestionará el campamento
...continuación, en la siguiente fecha:**

...rom Euclid Ave to Geary, Geary from Masonic to Presidio Ave
...Van Ness to Franklin

...rcionaremos acceso a refugios, lugares para dormir en un ambiente
...s personas. Los trabajadores de Servicios Comunitarios del
...nda de Apoyo y el Departamento de Salud Pública también pueden

...siquiátricas.

...roblemas, por ejemplo, el programa Homeward Bound.
...stornos por uso de sustancias y para atención de salud mental.
...salud.

...rvicios disponibles para las personas sin vivienda, consulte el dorso

...cía de San Francisco puede estar presente durante la gestión del
...eguridad durante la operación y ver que se cumplan las leyes de
...rio.

Tenga en cuenta que los ... se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, y (4) alimentos perecederos.

...stamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, ...ras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco 

**he City & County of San Francisco will be resolving
 e encampment listed below on the following date:**

on 03/23/23    **THURSDAY**
Masonic Ave from Euclid Ave to Geary, Geary from Masonic to Presidio Ave
 arch from Van Ness to Franklin

...ment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels
... Outreach workers from the Department of Homelessness and Supportive Housing and/or
...ublic Health may also offer:
...cal and psychiatric care
...essments
...ng assistance such as the Homeward Bound program
...ubstance use disorder treatment and mental health care
...on, information, and referrals
...ne services available for people experiencing homelessness are listed on the back

...rancisco Police Department may be present during the resolution. They will focus
...he operation. They may enforce San Francisco and California laws as needed.
...g the resolution, the Department of Public Works will clean the sidewalks and street.
...t is left at the encampment will be removed and taken to the Public Works
...esar Chavez Street.
...s should go to the Kansas Street entrance (at Marin Street)
...com or call 415-695-2134.
...s after items are collected and stored, they can be claimed by their owners 24
...rs, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
...operty storage or retrieval.
... required to present official I.D., you must provide a reasonably specific
...ion of the property to retrieve it.
...within 90 days of the date of removal will be deemed ...