# **<u>REDACTED</u>**
# **EXHIBIT O**
# **TO**

# **DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Preferred Language | Wheelchair? | Self Care Independent? | Caregiver Full Name | Overdose reversal in past 30 days? | Medical Concerns | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | ONE ID | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1063 | 03/30/23 | Morning | Fern and Larkin | NM | | | | | | Previous bad experience;Too many rules | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Lower Nob Hill |
| 1064 | 03/30/23 | Morning | Fern and Larkin | NM | | | | | Shelter | | No | | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 1065 | 03/30/23 | Morning | Fern and Polk | PR | | | | | helter | | No | | Male | | | | | | | 0 | 0 | 2 | No | | Client is interested in site-p | Yes | No | | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 1066 | 03/30/23 | Morning | Fern and Polk | AB | | | | | afe Sleeping | | Yes | CC | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 1067 | 03/30/23 | Morning | Fern and Polk | JM | | | | | helter | | Yes | CB | Female | | | | | | | 1 | 0 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 1068 | 03/30/23 | Morning | Fern and Polk | PR | | | | | afe Sleeping | | Yes | JG | Male | | | | | | | 0 | 1 | 2 | No | | Client requested a couples bed | Yes | No | | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 1069 | 03/30/23 | Morning | Fern and Polk | PR | | | | | helter | | Yes | JN | Female | | | | | | | 0 | 0 | 2 | No | | Client requested a couples | Yes | No | | | | | | Engaged but refused shelter offer | | | Lower Nob Hill |
| 1070 | 03/30/23 | Morning | Fern and Polk | PR | | | | | helter | | Yes | RB | Male | | | | | | | 0 | 0 | 2 | No | | Client requested a couples bed | Yes | No | | 35 - Adante Hotel (Winter Shelter) | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Lower Nob Hill |
| 1071 | 03/30/23 | Morning | Fern and Polk | JM | | | | | helter | | Yes | GM | Female | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | 35 - Adante Hotel (Winter Shelter) | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Lower Nob Hill |
| 1072 | 03/30/23 | Afternoon | Willow and Van Ness | NM | | | | | | Too many rules in the shelter;Previo | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Tenderloin |
| 1073 | 03/30/23 | Afternoon | Willow and Van Ness | NM | | | | | | No reason given; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Tenderloin |
| 1074 | 03/30/23 | Afternoon | Willow and Polk | PR | | | | | helter | | No | | Male | | | | | | | 0 | 1 | 2 | No | | Client requested a shelter bed | Yes | No | | | | | | Engaged but refused shelter offer | | | Tenderloin |
| 1075 | 03/30/23 | Afternoon | Willow and Van Ness | NM | | | | | Refusing ervice | Client states they are already | | | | | | | | | | | | | | | | Yes | No | | | | | | Already in Shelter | | | Tenderloin |
| 1076 | 03/30/23 | Afternoon | Willow and Polk | PR | | | | | helter | | No | | Male | | | | | | | 1 | 0 | 2 | No | | Client requested a navigation | Yes | No | | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Tenderloin |
| 1077 | 03/30/23 | Afternoon | Willow and Polk | JM | | | | | helter | | No | | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Tenderloin |
| 1078 | 03/30/23 | Morning | Willow and Polk | PR | | | | | Refusing ervice | Client states they are already | | | | | | | | | | | | | | | | Yes | Yes | | | | | | Already in Shelter | | Active at 711 | Tenderloin |
| 1079 | 03/30/23 | Afternoon | Willow and Polk | PR | | | | | helter | | No | | Female | | | | | | | 0 | 0 | 2 | No | | Client requested a motel | Yes | No | | | | | | Engaged but refused shelter offer | | | Tenderloin |