# **REDACTED**

# EXHIBIT P

# TO

# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1152 | 04/06/23 | Morning | Jerrold and Barneveld | NM | ■ | ■ | | | | Safe Parking | | Yes | CL | Female | No | | 0 | 0 | 2 | No | | | Yes | No | Safe Parking | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Produce Market |
| 1153 | 04/06/23 | Morning | Berry and King | NM | ■ | ■ | | | | Shelter | | No | | Male | No | | 0 | 1 | 2 | No | | | Yes | No | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission Bay |
| 1154 | 04/06/23 | Morning | Berry and King | NM | ■ | ■ | | | | Shelter | | No | | Female | No | | 1 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Mission Bay |
| 1155 | 04/06/23 | Morning | Berry and King | NM | ■ | ■ | | | | Shelter | | No | | Male | No | | 0 | 1 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Mission Bay |
| 1156 | 04/06/23 | Morning | Berry and King | NM | ■ | ■ | | | | Shelter | | No | | Male | No | | 1 | 1 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | Mission Bay |
| 1157 | 04/06/23 | Morning | Berry and King | JM | ■ | ■ | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission Bay |
| 1158 | 04/06/23 | Morning | Berry and King | JM | ■ | ■ | | | | Shelter | | No | | Male | No | | 1 | 1 | 2 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission Bay |