# EXHIBIT Q

# TO

# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Nickname | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Physical Disability | Type of Disability | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1388 | 04/21/23 | Morning | 7th & Mission | PR | | | | | | Refusing Service | Client states they are already | | | | | | | | | | | | Yes | Yes | | | | | Already in Shelter | | Active at SS SVN | SOMA |
| 1389 | 04/21/23 | Morning | 7th & Mission | JL | | | | | | Shelter | | No | | Male | Yes | Mobility Constraints; | 0 | 0 | 0 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1390 | 04/21/23 | Morning | 7th and Mission | NM | | | | | | Shelter | | Yes | LL | Female | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1391 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | Yes | KL | Male | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1392 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Refusing Service | No reason given; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | SOMA |
| 1393 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1394 | 04/21/23 | Morning | 7th Mission | JL | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 0 | No | | | Yes | No | P - 711 Post | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 1395 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | No | | Male | No | | 1 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1396 | 04/21/23 | Morning | 7th mission | JL | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 0 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1397 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | No | | Female | Yes | Seizures; | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1398 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | Yes | AF | Male | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1399 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | Yes | JB | Female | Yes | Wheelchair; | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1400 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Refusing Service | Prefers to live outside; | | | | | | | | | | | | Unknown | Unknown | | | | | Refused to provide info | | | SOMA |
| 1401 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1402 | 04/21/23 | Morning | 7th Mission | JL | | | | | | Refusing Service | Client states they are already | | | | | | | | | | | | Yes | Yes | | | | | Already in Shelter | | Active at Baldwin | SOMA |
| 1403 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | No | | Male | No | | 0 | 1 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1404 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1405 | 04/21/23 | Morning | 7th and Mission | JL | | | | | | Shelter | | No | | Female | Yes | Wheelchair;Mobility Constraints; | 0 | 0 | 0 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 1406 | 04/21/23 | Morning | 7th & Mission | PR | | | | | | Refusing Service | Too much stuff; | | | | | | | | | | | | No | Unknown | | | | | Engaged but refused shelter offer | | | SOMA |
| 1407 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | No | | Female | Yes | Wheelchair;Mobility Constraints; | 1 | 0 | 2 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1408 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 1 | No | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1409 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 2 | No | | | Yes | No | | | | | Referral sent, but client changed mind | | | SOMA |
| 1410 | 04/21/23 | Morning | 7th & Mission | PR | | | | | | Refusing Service | Too many rules in the shelter; | | | | | | | | | | | | Yes | No | | | | | Engaged but refused shelter offer | | | SOMA |
| 1411 | 04/21/23 | Morning | 7th & Mission | PR | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | Client requested a shelter bed | No | Unknown | | | | | Engaged but refused shelter offer | | | SOMA |
| 1412 | 04/21/23 | Morning | Mission and 7th | NM | | | | | | Shelter | | No | | Male | No | | 0 | 0 | 2 | No | | | Yes | No | E - Division Circle Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 1413 | 04/21/23 | Afternoon | 7th and natoma | NM | | | | | | Shelter | | No | | Female | No | | 0 | 0 | 1 | No | | | Yes | No | S - Next Door | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 1414 | 04/21/23 | Afternoon | 7th and natoma | JL | | | | | | Refusing Service | Wants to go into a program ; | | | | | | | | | | | | Yes | No | Bayview Navigation Center | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |