# EXHIBIT R

# TO

# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Preferred Language | Wheelchair? | Self Care Independent? | Caregiver Full Name | Overdose reversal in past 30 days? | Medical Concerns | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | ONE ID | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1438 | 04/25/23 | Morning | Erie & Van Ness | PR | | | | | Refusing Service | Client states they are already | | | | | | | | | | | | | | | | Yes | Yes | | | | | | Already in Shelter | | | Mission |
| 1439 | 04/25/23 | Morning | Erie & Van Ness | AB | | | | | Refusing Service | Too many rules in the shelter; | | | | | | | | | | | | | | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Mission |
| 1440 | 04/25/23 | Morning | Erie & Van Ness | JL | | | | | Refusing Service | Previous bad experience; | | | | | | | | | | | | | | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Mission |
| 1441 | 04/25/23 | Morning | Erie & Van Ness | PR | | | | | Refusing Service | Did not engage with team; | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | Mission |
| 1442 | 04/25/23 | Morning | Erie & Van Ness | PR | | | | | Shelter | | Yes | RL | Female | | | | | | | 1 | 1 | 2 | No | | Client requested a couples bed | Yes | No | | 30 - Monarch | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |
| 1443 | 04/25/23 | Morning | Erie & van ness | PR | | | | | Shelter | | Yes | KR | Male | | | | | | | 0 | 1 | 2 | No | | Client requested a couple bed | Yes | No | | 30 - Monarch | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Mission |