# EXHIBIT S

# TO

# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Preferred Language | Wheelchair? | Self Care Independent? | Caregiver Full Name | Overdose reversal in past 30 days? | Medical Concerns | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | ONE ID | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood /District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1547 | 05/03/23 | Afternoon | Market and Octavia | JL | | | | | Shelter | | Yes | KH | Female | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | V04 - South Van Ness Safe Sleep | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 1548 | 05/03/23 | Afternoon | Octavia and Market | AB | | | | | | Client states they are already | | | | | | | | | | | | | | | | Unknown | Unknown | | | | | | Refused to provide info | | | SOMA |
| 1549 | 05/03/23 | Afternoon | Octavia & Market | PR | | | | | Shelter | Too much stuff | No | | Female | | | | | | | 0 | 1 | 2 | No | Yes | Client requested a the Baldwin | Yes | No | | | | | | Referral sent, but client changed mind | | Had a small table that she did not want | SOMA |
| 1550 | 05/03/23 | Afternoon | Gough and Market | JL | | | | | Shelter | | No | | Male | | | | | | | 0 | 0 | 0 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | SOMA |
| 1551 | 05/03/23 | Afternoon | Octavia and Market | AB | | | | | Shelter | | Yes | LW | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | V04 - South Van Ness Safe Sleep | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 1552 | 05/03/23 | Afternoon | Gough and Market | JL | | | | | Shelter | | No | | Male | | | | | | | 0 | 0 | 0 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | SOMA |