# **<u>REDACTED</u>**
# **EXHIBIT T**
# **TO**

# **DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

| Line# | Encountered Date | Shift or Referral | Location (address, park, intersection, etc.) | Staff Initials | Client First Name | Client Last Name | Date of Birth | Last four SSN | Desired Destination or Refuse | Reason for Refusal | With Partner? | If Partnered, Indicate Initials | Gender Identity | Preferred Language | Wheelchair? | Self Care Independent? | Caregiver Full Name | Overdose reversal in past 30 days? | Medical Concerns | Number of Pets | Number of Bikes | Number of Bags | Follow-Up Required? | Follow-Up Needed | Notes | In ONE? | Housed? | ONE ID | Destination or Program | Transport Method | Transport Confirmed? | Site Informed? | Engagement Status | RTZ Entered? | HSH Notes | Neighborhood/District |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1719 | 05/18/23 | Morning | Dore and Bryant | JM | | | | | Shelter | | Yes | JJ | Female | | | | | | | 0 | 1 | More than 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | SOMA |
| 1720 | 05/18/23 | Morning | Dore and Bryant | AB | | | | | Shelter | | Yes | VO | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | NA | | | | | | Engaged but refused shelter offer | | | SOMA |
| 1721 | 05/18/23 | Morning | Dore & Bryant | PR | | | | | Shelter | | No | | Male | | | | | | | 0 | 0 | 2 | No | | Client requested a shelter | Yes | No | | Baldwin | HSH Transport Team | Yes | Yes | Referred to Shelter | | | SOMA |
| 1722 | 05/18/23 | Morning | Dore & Bryant | PR | | | | | Shelter | | No | | Male | | | | | | | 0 | 1 | 2 | No | | Client requested a shelter bed | Yes | No | | | | | | Engaged but refused shelter offer | | | SOMA |
| 1723 | 05/18/23 | Morning | Dore and Bryant | AB | | | | | Shelter | | No | | Female | | | | | | | 1 | 0 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | SOMA |
| 1724 | 05/18/23 | Morning | Alameda & San Bruno | PR | | | | | Shelter | | Yes | GA | Female | | | | | | | 0 | 0 | 0 | No | | | Yes | Yes | | | | | | Already in Shelter | | At the Adante | Showplace Square |
| 1725 | 05/18/23 | Morning | San Bruno and Division | JM | | | | | Shelter | | Yes | CC | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | E - Division Circle Nav | Self- Present | Yes | Yes | Referred to Shelter | | Joining partner CC at Adante | Showplace Square |
| 1726 | 05/18/23 | Morning | San Bruno & alameda | PR | | | | | | Did not engage with team; | | | | | | | | | | | | | | | | | | | | | | | Refused to provide info | | | Showplace Square |
| 1727 | 05/18/23 | Morning | San Bruno & alameda | PR | | | | | | Too much stuff; | | | | | | | | | | | | | | | | | | | | | | | Refused to provide info | | | Showplace Square |
| 1728 | 05/18/23 | Morning | 6th and Howard | AP | | | | | Shelter | | No | | Male | | | | | | | 0 | 0 | 2 | No | n | Linked with Castro /DPH Blue team | Yes | No | | E - Division Circle Nav | Community Transport | Yes | Yes | Referred to Shelter | | | SOMA |
| 1729 | 05/18/23 | Morning | Shelby st | JM | | | | | Shelter | | Yes | EAE | Female | | | | | | | 2 | 1 | More than 2 | No | | | Yes | No | | Safe Parking | Self- Present | Yes | Yes | Referred to Shelter | | | Bayview |
| 1730 | 05/18/23 | Morning | Shelby st | JM | | | | | Shelter | | Yes | JP | Male | | | | | | | 2 | 1 | More than 2 | No | | | Yes | No | | Safe Parking | Self- Present | Yes | Yes | Referred to Shelter | | | Bayview |
| 1731 | 05/18/23 | Afternoon | Dore and Brannan | JM | | | | | Shelter | | No | | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | H - Embarcadero Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Showplace Square |
| 1732 | 05/18/23 | Afternoon | Dore and Brannan | JM | | | | | Shelter | | No | | Female | | | | | | | 1 | 1 | 2 | No | | | Yes | No | | | | | | Engaged but refused shelter offer | | | Showplace Square |
| 1733 | 05/18/23 | Afternoon | Dore and Brannan | AB | | | | | Shelter | | No | | Male | | | | | | | 0 | 0 | 2 | No | | | Yes | No | | H - Embarcadero Nav | HSH Transport Team | Yes | Yes | Referred to Shelter | | | Showplace Square |