**EXHIBIT U**

**TO**

**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

## The City & County of San Francisco will be resolving the encampment listed below on the following date:

Resolution 01/10/23 Tuesday
7:00am Myrtle ( Polk & Larkin)
1:PM 7 From Mission to Howard and partially down side street & Natoma down to 6 th st

**Once the encampment has been resolved, please do not return to this area.**

**During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.** Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. **Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.**

- Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
- For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
- After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
- There is no fee for property storage or retrieval.
- Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
- Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
- Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.

**We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.**

City & County of San Francisco

## La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:

Resolucion 01/10/23 Martes 7:00AM Mytle to Polk and Larkin
1:00PM 7th from Mission to Howard partially down side streets and Natoma down to 6th

**Una vez se haya gestionado el campamento, no regrese a esta área.**

**Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas.** Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. **Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.**

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, y (4) alimentos perecederos.

**Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.**

City & County of San Francisco

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:
Resolucion 01/17/23 (Martes)
7:00AM Harrison at 19th (Harrison 18th-20th and 19th from Harrison to Folsom)
1:00PM Mission from 16th to 15th and on Capp from 15th to 16th
Durante la gestión del campamento, proporcionaremos acceso a refugios, para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:
1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de
5. Referencias e información sobre la salud.
Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.
Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.
Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.
Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
No hay costo por el almacenamiento o la recuperación de los artículos.
Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, y (4) alimentos perecederos.
Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.
The City & County of San Francisco will be resolving the encampment listed below on the following date:
Resolution (01/17/23 Tuesday)
7:00am Harrison at 19th (18th-20th and 19th from Harrison to Folsom)
1:00pm Mission from 16th-to 15th and on Capp from 15th to 16th
During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:
1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals
Information on some of the services available for people experiencing homelessness are listed on the back of this notice.
Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.
Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.
Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
There is no fee for property storage or retrieval.
Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, and (4) perishable food.
We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.
City & County of San Francisco



La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:
Resolución 01/17/23 (Martes)
7:00AM Harrison at 19th (Harrison 18th-20th and 19th from Harrison to Folsom
1:00PM Mission from 16th to 15th and on Capp from 15th to 16th
Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:
1. Atención de urgencias médicas y psiquiátricas
2. Evaluaciones de vivienda
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental
5. Referencias e información sobre la salud
Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.
Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.
Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.
Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
No hay costo por el almacenamiento o la recuperación de los artículos.
Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, y (4) alimentos perecederos.
Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.
The City & County of San Francisco will be resolving the encampment listed below on the following date:
Resolution (01/17/23 Tuesday)
7:00am Harrison at 19th (18th-20th and 19th from Harrison to Folsom)
1:00pm Mission from 16th-to 15th and on Capp from 15th to 16th
During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:
1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals
Information on some of the services available for people experiencing homelessness are listed on the back of this notice.
Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.
Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.
Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
There is no fee for property storage or retrieval.
Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, and (4) perishable food.
We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.













The City & County of San Francisco will be resolving the encampment listed below on the following date:
Resolution 02/21/23 Tuesday
7:00AM Embarcadero from Washington to Don Chee Way (Embarc. Nav Center parking lot)
1:00PM Geary at Masonic Ave., incl median at Geary @ Presidio
During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.
La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:
GOLDEN BEAR









Larch between Franklin and Van Ness

The City & County of San Francisco will be resolving the encampment listed below on the following date:
Resolution 02/15/23 Wednesday
7:00AM Crisp between Palou and Revere and around on Palou past Griffith
1:00PM Griffith/Palou/ Thomas/Ingalls Grid- including Shafter and Revere
During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:
1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals
Information on some of the services available for people experiencing homelessness are listed on the back of this notice.
Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.
Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.
Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
There is no fee for property storage or retrieval.
Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, and (4) perishable food.
The City & County of San Francisco will be resolving the encampment listed below on the following date:
Resolution 02/15/23 Wednesday
7:00AM Crisp between Palou and Revere and around on Palou past Griffith
1:00PM Griffith/Palou/ Thomas/Ingalls Grid- including Shafter and Revere
During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:
1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals
Information on some of the services available for people experiencing homelessness are listed on the back of this notice.
Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.
Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.
Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
There is no fee for property storage or retrieval.
Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, and perishable food.
We are all safer from health concerns, fires, and traffic hazards when our streets
and public spaces are free of tents, structures, and belongings.

The City & County of San Francisco will be resolving the encampment listed below on the following date:
THURSDAY 03/30/2023
8:00 AM- 12:00 PM: Fern btw Polk & Larkin, Hemlock btw Polk/Larkin
1:30 PM- 4:00 PM: Willow btw Polk/Van Ness & 700 block Eddy St - Ellis/Van ness
You may be asked to move so the Department of Public Works can clean the area. After the area is cleaned you may return to the area so long as you do not block the public right of way.
During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:
1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals
Information on some of the services available for people experiencing homelessness are listed on the back of this notice.
San Francisco Police Department officers may be present during the resolution to ensure safety. SFPD is not currently enforcing California or local laws prohibiting sitting, lying, or sleeping on public property.
Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.
• Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
• For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
• After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
• There is no fee for property storage or retrieval.
• Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
• Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
• Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, and (4) perishable food.
We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.
La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:
THURSDAY 03/30/2023
8:00 AM- 12:00 PM: Fern btw Polk & Larkin, Hemlock btw Polk/Larkin
1:30 PM- 4:00 PM: Willow btw Polk/Van Ness & 700 block Eddy St - Ellis/Van ness
Es posible que se le pida que se mueva para que el Departamento de Obras Públicas pueda limpiar la zona. Una vez limpiada la zona, puede regresar siempre cuando no obstruya la vía pública.
Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:
1. Atención de urgencias médicas y psiquiátricas
2. Evaluaciones de vivienda
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental
5. Referencias e información sobre la salud
Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.
Los policías del Departamento de Policía de San Francisco pueden estar presentes durante la solución para garantizar su seguridad. SFPD no está actualmente aplicando las leyes de California o locales que prohíben sentarse, acostarse o dormir en la propiedad pública.
Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.
• Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
• Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.

The City & County of San Francisco will be resolving the encampment listed below on the following date:
TUESDAY
4/25/23
8am Erie St. from South Van Ness to Folsom
1:30pm Bryant & 8th (structures and debris around the freewayfooting)
During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:
1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals
Information on some of the services available for people experiencing homelessness are listed on the back of this notice.
Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.
Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.
• Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
• For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
• After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
• There is no fee for property storage or retrieval.
• Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
• Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
• Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, and (4) perishable food.
We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.
City & County of San Francisco
La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:
MARTES 04/25/2023
8:00AM-12:00PM: Erie St desde South Vanness hasta Folsom
1:30PM-4:00PM: Bryant & 8th (estructuras y escombros alrededor de los cimientos de la autopista
Es posible que se le pida que se mueva para que el Departamento de Obras Públicas pueda limpiar la zona. Una vez limpiada la zona, puede regresar siempre cuando no obstruya la vía pública.
Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:
1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.
Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.
Los policías del Departamento de Policía de San Francisco pueden estar presentes durante la solución para garantizar su seguridad. SFPD no está actualmente aplicando las leyes de California o locales que prohíben sentarse, acostarse o dormir en la propiedad pública.
Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.
• Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
• Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
• Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
• No hay costo por el almacenamiento o la recuperación de los artículos.
• Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
• Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
• Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas), (2) artículos que son evidencia de un delito, (3) basura, y (4) alimentos perecederos.
Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

13th btw
Folsom and
SVN
the encampment listed below on the following date:
La Ciudad y Condado de San Francisco gestionará el campamento
que se nombra a continuación, en la siguiente fecha:

La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:
AM: Vermont @ Division, up San Bruno to Alameda to Utah
PM: San Bruno at Alameda up San Bruno to 15th Miercoles 05/17/23
The City & County of San Francisco will be resolving the encampment listed below on the following date:
Resolution: 05/18/23
AM: San Bruno at Alameda St, up San Bruno to 10th, including side streets
PM: Dore b/w Bryant & Brannon. Area around Brannon towards Potrero Ave