DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF BRYAN WONG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Date:   August 10, 2023<br>Time:   1:00 PM<br>Judge:  Hon. Donna M. Ryu<br>Place:  Courtroom 4 – 3rd Floor<br>        1301 Clay Street<br>        Oakland, CA 94612<br><br>Trial Date:  April 15, 2024 |

I, Bryan Wong, declare as follows:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am an IT Project Manager at the 311 Customer Service Center within the Office of the City Administrator. I have been in this role since February 2023. Before that, I was employed in 311 Customer Service Center within the Office of City Administrator as a Senior Business Analyst from March 2020 to February 2023. Before that, I was employed in 311 Customer Service Center within the Office of City Administrator as a Business Analyst from April 2016 to March 2020. I earned my Bachelor of Science, Computer Engineering from San Francisco State University in 2015.

3. I was asked to analyze 311 data reported to my office through 311 channels such as the Web, Mobile, and Phone. I analyzed encampment-related service requests found in the HSOC Queue, HSOC Individual Queue, Duplicate Case Hold Queue for the month of May 2023. Each time a complaint or request is submitted via 311 channels such as the Web, Mobile, and Phone, that is referred to as a case.

4. The data shows that for the month of May 2023, the top 5 block segments in San Francisco that have received the highest volume of cases reported by the public through different 311 channels such as the Web, Mobile, and Phone are:

    a. 1000 Eddy Street between Laguna Street and Gough Street, with 194 cases reported;

    b. 200 Main Street between Howard Street and Folsom Street, with 39 cases reported;

    c. 1700 Market between Octavia Street and Gough Streets, with 38 cases reported;

    d. 500 Natoma Street between 6th Street and 7th Street, with 34 cases reported;

    e. 400 Leavenworth Street between O'Farrell Street and Ellis Street, with 26 cases reported;

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 5th day of June, 2023, at San Francisco, California.

s/ *[signature]*
Bryan Wong