# EXHIBIT D

# TO

# DECLARATION OF LT. WAYMAN YOUNG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION

| San Francisco Police Department | 7.02 |
|---|---|
| **GENERAL ORDER** | Rev. 08/04/04 |

## PSYCHOLOGICAL EVALUATION OF JUVENILES

This order presents guidelines for arrangement of emergency psychological assessment of persons under the age of eighteen, including coordination, emergency medical treatment and filing of criminal charges.

I.   **INFORMATION AND GUIDELINES**

    A.  PSYCHOLOGICAL DISTRESS. Occasionally, officers may come into contact with a juvenile who appears to be in acute psychological distress. In addition to many other symptoms, this distress may be characterized by severe depression, suicidal behavior, or threats of violence constituting a danger to the juvenile or to others.

    B.  COMPREHENSIVE CHILD CRISIS SERVICE (CCCS). CCCS is a program of the City and County of San Francisco/ San Francisco Department of Public Health/ Community Behavioral Health Service. It is the City and County of San Francisco's designated agency responsible for psychiatric evaluation of persons under 18 years who may require urgent psychiatric services. CCCS is a 24-hour mobile response unit that has a response time of approximately 30 minutes. The telephone number for CCCS is (415) 970-3800. To obtain an emergency evaluation, call CCCS and request services.

    C.  PSYCHIATRIC EMERGENCY SERVICES (PES). PES is a holding facility for adults at San Francisco General Hospital, 1001 Potrero Ave, San Francisco, CA. (415) 206-8125. If juveniles need to be assessed in a secure setting, CCCS will determine if the juvenile should go to PES. If CCCS determines that an evaluation should occur at PES, a CCCS team will meet the juvenile and responsible adult at PES. If an adult does not accompany the juvenile to PES, the officer will be required to stay throughout the evaluation. Do not transfer a juvenile to PES without first consulting with CCCS.

II.  **POLICY**

    A.  It is the policy of the San Francisco Police Department that officers respond in a helpful manner to juveniles whom they believe to be in acute psychological distress. Pursuant to section 5585.50 of the Welfare and Institutions Code, an officer may take a minor for psychiatric evaluation when the minor, as a result of mental disorder, is a danger to others, is a danger to himself/herself, or is gravely disabled, and authorization for voluntary treatment is not available. These are the same criteria that apply to adults under section 5150 W & I Code.

1

DGO 7.02
08/04/04

> Members are required to provide a Miranda Advisement only in instances described in the Welfare and Institution Code § 625(c).

### III. PROCEDURES.

A. CCCS ASSESSMENT WITHOUT PENDING CRIMINAL CHARGES.
   When requesting an assessment, follow these procedures:

   1. NOTIFICATION. Notify CCCS. CCCS will consult with you and decide where an assessment team will meet with you to conduct the evaluation.

   2. SUPERVISION. If a responsible adult (parent, legal guardian, or school staff) does not accompany the juvenile, the officer shall remain until the evaluation is complete.

B. CCCS ASSESSMENT WITH PENDING CRIMINAL CHARGES.
   When requesting an assessment of a juvenile in custody for a criminal offense, follow these procedures:

   1. CITATION PROCEDURES. When it is appropriate to issue a criminal citation (see DGO 5.06, Citation Release), telephone CCCS and arrange to have an assessment team meet with you to conduct an evaluation. Members must remain with the juvenile during the evaluation. If the juvenile is not placed on a hold per 5150 W & I, the officer, prior to citing the juvenile, shall contact the authorized receiving facility during their operating hours. A probation officer from the authorized receiving facility, after consulting with the member, will determine whether the arrested juvenile should be brought to his/her facility.

   2. BOOKING PROCEDURE. When booking is required, follow these procedures:

      a. Prior to transporting a juvenile, contact CCCS as soon as practical and arrange to have the assessment team meet with you. A member of the assessment team will consult with you and determine where the evaluation should take place. (CCCS may join the officer(s) in the field and evaluate the juvenile at home, school, CCCS office, PES or other locations appropriate for the situation.)

      b. Stay with the juvenile. If the assessment team decides not to request a psychiatric evaluation (5150 W& I), the arresting officers, prior to

2

DGO 7.02
08/04/04

      booking the juvenile, shall contact the authorized receiving facility during its operating hours. A probation officer from the authorized receiving facility, after consulting with the member, will determine whether the arresting juvenile should be brought to his/her location.

   c. If the assessment team decides to psychiatrically hospitalize the juvenile for psychiatric evaluation. CCCS staff will make arrangements to secure an inpatient psychiatric bed and transportation to that bed.

   d. Put a "police hold" on the juvenile by filling out the lower portion of "Application for 72-hour Detention for Evaluation and Treatment," under the section labeled "Notification to be provide to Law Enforcement Agency." Notify the staff that you will book the juvenile into Youth Guidance Center in absentia. Leave the juvenile in CCCS custody, complete the admissions form and deliver it to the Youth Guidance Center.

C. NOTIFICATION AND TELEPHONE CALLS.

  1. NOTIFICATION. Take reasonable and immediate steps to notify the juvenile's parent, guardian or responsible relative that the juvenile is in custody and is being detained for assessment. Inform the parent or guardian that they may be present during the assessment or should be accessible by phone to talk with CCCS during the evaluation.

  2. TELEPHONE CALLS. Advise the juvenile that he/she has a right to make at least (2) completed phone calls: (1) to a parent, guardian, responsible relative or employer, and (1) to an attorney.

D. COORDINATION OF CCCS ASSESSMENT WITH EMERGENCY MEDICAL TREATMENT. When requesting an assessment of a juvenile receiving emergency medical treatment, follow this procedure:

  1. NOTIFICATION. Telephone CCCS from the emergency room. CCCS will consult with you regarding coordination of its psychological assessment with the emergency medical treatment. CCCS will respond to the emergency room when the juvenile is medically cleared.

E. COORDINATION OF CCCS ASSESSMENT WITH EMERGENCY MEDICAL TREATMENT OF A JUVENILE IN CUSTODY FOR CRIMINAL OFFENSE. When requesting an assessment of a juvenile who is in custody for

3

DGO 7.02
08/04/04

a criminal offense and is receiving emergency medical treatment, follow these procedures:

1. NOTIFICATION. Telephone CCCS from the emergency room. CCCS will consult with you regarding coordination of its psychological assessment with the emergency medical treatment. CCCS will respond to the emergency room when the juvenile is medically cleared.

2. CITATION. If appropriate (see DGO 5.06, Citation Release) cite the juvenile. Prior to releasing the juvenile, arresting officers shall contact the authorized receiving facility during its operating hours. A probation officer from the authorized receiving facility, after consulting with the officer, will determine whether the arrested juvenile should be brought to his/her location.

3. BOOKING. If the juvenile must be admitted to the hospital, and booking is required, place a "police hold" on the juvenile with the emergency room staff by following these procedures:

    a. Complete the lower portion of the "Application for 72- hour Detention for Evaluation and Treatment" under the section "Notification to be provided to Law Enforcement Agency."

    b. Complete a YGC Admission Form and deliver it along with a copy of the completed "Application for 72-hour Detention for Evaluation and Treatment" to the Youth Guidance Center. The absentia booking process is complete. The officer shall remain at the hospital until a probation officer from YGC arrives to relieve him/her of responsibility for the juvenile.

F. INCIDENT REPORT

1. NO PENDING CRIMINAL CHARGES. Write an incident report, title it "Aided Case/5150 Evaluation/CCCS."

2. PENDING CRIMINAL CHARGES. If criminal charges are involved, write an incident report and title it by the primary offense, e.g., Battery/Fists/Aided Case/5150 Evaluation/CCCS.

4

DGO 7.02<br>08/04/04

G. QUESTIONS. For consultations or further information, call the Juvenile Division at (415) 558-5500, Monday-Friday, 0900-1700 hours. During non-business hours, contact the Operations Center.

---

**Reference**
DGO 5.06, Citation Release
DGO 7.01, Juvenile Policies and Procedures