DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
RYAN C. STEVENS, State Bar #306409
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
              (415) 554-3975 (Stevens)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org
              ryan.stevens@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**EXHIBIT A TO DECLARATION OF KHALED SHEHADEH IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**<br><br>Hearing Date:   August 10, 2023<br>Time:           1:00 p.m.<br>Place:          Courtroom 4—3rd Floor<br><br>Trial Date:     April 15, 2024 |

# EXHIBIT A

# TO

# DECLARATION OF KHALED SHEHADEH IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION



# San Francisco Public Works: Procedure Pertaining to the Removal and Temporary Storage of Personal Items Collected from Public Property

Public Works staff adheres to this policy when removing personal items from public property for temporary storage and retrieval. These procedures are commonly known as "bag and tag." These rules apply to Public Works staff when they are working on City property, as well as when working with another agency or on property under the jurisdiction of another agency (i.e. Caltrans). This policy explains what is attended, unattended and abandoned property, and how that property must be treated.

This written procedure is intended to provide employees the normal operating method to carry out the goals of the department. It is understood field conditions may require a modification of the procedure given below. Employees who repeatedly encounter conditions requiring a change in procedure should notify management so that a revision to this procedure be produced.

When Public Works receives a service request and/or request from San Francisco Police Department to collect personal items from the street or sidewalk, Public Works staff must follow the "bag and tag" procedures to collect and store the items.

1. Identifying, collecting and storing personal property: unattended personal property
   a. Upon inspection by street-cleaning staff, unattended personal property – where neither the owner nor anyone who states that they have been designated by the owner to watch the property is present – will be collected and stored for retrieval.

   b. Except as described below, all unattended personal property that is collected for storage will be bagged and tagged upon collection and taken to the Public Works Operations Yard for storage.

   c. Only items listed under Section 3 Items that will be discarded will be discarded immediately. All other items will be removed and stored.

   Staff will place a post-removal notice in the area from which the items were removed stating how, where and when the items may be retrieved. (See Section 4, Note 6.)

## OFFICE OF THE CITY ADMINSTRATOR
## City Wide Vehicle Use Policy

BAG AND TAG TAILGATE

**SUPERVISOR:** Khaled Shehadeh
**BUREAU:** BSES
**DATE:** 12.01.22    **NUMBER OF HOURS:** .50 Hours

| PRINT NAME | | SIGN NAME |
|---|---|---|
| 1. MELODY OU YANG | 7514 | [signature] |
| 2. YI ZHENG YU | 7514 | [signature] |
| 3. LAMAR SIMPSON | 7514 | [signature] |
| 4. Terrell Kindred | 7514 | [signature] |
| 5. Anthony McCoy | 7514 | [signature] |
| 6. Khusi Guruhs | 7514 | [signature] |
| 7. Leroy Elips | 7514 | L Elips |
| 8. Robert Fields | 7514 | [signature] |
| 9. FREDERICK L. JOHNSON | 7514 | [signature] |
| 10. JOSE CABRERA | 7514 | [signature] |
| 11. LEONARD DIDOSS JR. | 7514 | [signature] |
| 12. DANIEL FEEVICK | 7514 | [signature] |
| 13. ALBERTO BUSTAMANTE | 7514 | [signature] |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |