1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
2  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
3  Telephone: (415) 391-0600
   al.pfeiffer@lw.com
4

5  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
6  Zal K. Shroff, MJP 804620, *pro hac vice*
   131 Steuart Street, Ste. 400
7  San Francisco, CA 94105
   Telephone: (415) 543-9444
8  zshroff@lccrsf.org
9

10 AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA
   John Thomas H. Do, SBN 285075
11 39 Drumm Street
   San Francisco, CA 94111
12 Telephone: (415) 293-6333
   jdo@aclunc.org
13

14 *Attorneys for Plaintiffs Coalition on Homelessness,*
   *Toro Castaño, Sarah Cronk, Joshua Donohoe,*
15 *Molique Frank, David Martinez, Teresa Sandoval,*
   *Nathaniel Vaughn*
16

17 *Additional Counsel Appear on Signature Page*

18               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
19                    **OAKLAND DIVISION**

20

21 COALITION ON HOMELESSNESS, et al.,      Case No. 4:22-cv-05502-DMR

            Plaintiffs,                    **DECLARATION OF RACHEL**
22                                         **MITCHELL IN SUPPORT OF**
        v.                                 **STIPULATION AND [PROPOSED]**
23                                         **ORDER TO EXTEND DEADLINE TO**
   CITY AND COUNTY OF SAN FRANCISCO,       **RESPOND TO DEFENDANTS ANSWER**
24 et al.,                                 **TO SECOND AMENDED COMPLAINT**
                                           **FOR DECLARATORY AND**
            Defendants.                    **INJUNCTIVE RELIEF**
25

26                                         **Trial Date:**      April 15, 2024
27

28

I, Rachel Mitchell, hereby declare:

1.    I am a member of the bar of the state of California and counsel of record for Plaintiffs in this action. I submit this declaration pursuant to Rule 6-2.

2.    On September 27, 2022, Plaintiffs filed a complaint against the Defendants;

3.    Following the Court's partial grant and partial denial of Defendants' motion to dismiss, Plaintiffs filed a first amended complaint against Defendants on February 28, 2023;

4.    Following a second motion to dismiss that the court denied, Plaintiffs filed a second amended complaint on June 6, 2023 in accordance with the court's grant of a motion to strike;

5.    Defendants filed an answer to the second amended complaint on June 30, 2023;

6.    A motion to strike any portion of the answer is currently due by July 11, 2023;

7.    Plaintiffs and Defendants have agreed to meet and confer regarding certain alleged deficiencies in Defendants' answer raised by the Plaintiffs but do not expect to complete the meet and confer process prior to July 11, 2023;

8.    Accordingly, to allow for the parties to attempt to resolve their differences regarding Defendants' answer without need for motion practice, counsel for Plaintiffs and Defendants hereby stipulate that the deadline of any motion to strike Defendants' answer shall be August 10, 2023;

9.    Prior changes in deadlines in this case were:

   a.   The court granted a motion to extend time for the Defendants' Opposition to the Preliminary Injunction, providing the deadline of November 15, 2022, with a Reply due December, 1, 2022, and the hearing held December 22, 2022. Dkt. 34.

   b.   The court granted a motion to shorten time for Defendant's motion to stay, resetting a hearing on the matter to March 23, 2023. Dkt 107.

   c.   The court granted the Defendants' request for additional time to respond to the motion to enforce, allowing the Defendants to respond on or before July 6, 2023. Dkt. 133.

1

10.     This stipulation will not alter the date of any other events or deadlines already fixed by Court order.

11.     Good cause exists for this extension, as the parties are working diligently to resolve the issues regarding Defendants' answer, and need the additional time to allow for further meeting and conferring.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed July, 10, 2023 in San Diego, California.

Date:  July 10, 2023                    */s/ Rachel Mitchell.*

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Dr.
San Diego, CA 92130
Telephone: (858) 523-3940
Rachel.Mitchell@lw.com
*Attorney for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah*
*Cronk, Joshua Donohoe, Molique Frank, David*
*Martinez, Teresa Sandoval, Nathaniel Vaughn*

2