LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,*
*Toro Castaño, Sarah Cronk, Joshua Donohoe,*
*Molique Frank, David Martinez, Teresa Sandoval,*
*Nathaniel Vaughn*

*Additional Counsel Appear on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS ANSWER TO SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** <br><br> **Trial Date:**     April 15, 2024 |

Plaintiffs and Defendants by and through their undersigned counsel, hereby stipulate as follows:

1. On September 27, 2022, Plaintiffs filed a complaint against the Defendants;

2. Following the Court's partial grant and partial denial of Defendants' motion to dismiss, Plaintiffs filed a first amended complaint against Defendants on February 28, 2023;

3. Following a second motion to dismiss that the court denied, Plaintiffs filed a second amended complaint on June 6, 2023 in accordance with the court's grant of a motion to strike;

4. Defendants filed an answer to the second amended complaint on June 30, 2023;

5. A motion to strike any portion of the answer is currently due by July 11, 2023;

6. Plaintiffs and Defendants have agreed to meet and confer regarding certain alleged deficiencies in Defendants' answer raised by the Plaintiffs but do not expect to complete the meet and confer process prior to July 11, 2023;

7. Accordingly, to allow for the parties to attempt to resolve their differences regarding Defendants' answer without need for motion practice, counsel for Plaintiffs and Defendants hereby stipulate that the deadline of any motion to strike Defendants' answer shall be August 10, 2023;

8. Good cause exists for this extension, as the parties are working diligently to resolve the issues regarding Defendants' answer, and need the additional time to allow for further meeting and conferring.

This stipulation will not alter the date of any other events or deadlines already fixed by Court order. IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD TO PLAINTIFFS AND THE DEFENDANTS.

Date: July 10, 2023        /s/ Alfred C. Pfeiffer, Jr.

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
*Attorney for Plaintiffs*

1

| | | |
|---|---|---|
| 1 | | *Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn* |
| 2 | | |
| 3 | | |
| 4 | Date: July 10, 2023 | */s/ Kaitlyn Murphy* |
| 5 | | Kaitlyn Murphy |
| 6 | | Deputy City Attorney<br>City Hall, Room 234 |
| 7 | | 1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA 94102-4682 |
| 8 | | Telephone: (415) 554-6762<br>Kaitlyn.murphy@sfcityatty.org |
| 9 | | *Attorney for Defendants* |

2

# **ATTESTATION**

I, Alfred C. Pfeiffer, Jr., am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: July 10, 2023     /s/ *Alfred C. Pfeiffer, Jr.*

Alfred C. Pfeiffer, Jr., SBN 120965
Attorney for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Josh Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn

**ORDER**

Pursuant to stipulation and for good cause shown, Plaintiffs' deadline to file any motion to strike in response to Defendants' answer is extended to August 10, 2023.

IT IS SO ORDERED.

Dated: July 11, 2023

_____
HONORABLE DONNA M. RYU
CHIEF MAGISTRATE JUDGE