1    LATHAM & WATKINS LLP
     Alfred C. Pfeiffer, SBN 120965
2    505 Montgomery Street, Ste 2000
     San Francisco, CA 94111
3    Telephone: (415) 391-0600
     al.pfeiffer@lw.com
4
     LAWYERS' COMMITTEE FOR CIVIL
5    RIGHTS OF THE SAN FRANCISCO BAY AREA
     Zal K. Shroff, MJP 804620, *pro hac vice*
6    131 Steuart Street, Ste. 400
     San Francisco, CA 94105
7    Telephone: (415) 543-9444
     zshroff@lccrsf.org
8    edellapiana@lccrsf.org

9    ACLU FOUNDATION OF NORTHERN CALIFORNIA
     John Thomas H. Do, SBN 285075
10   Brandon L. Greene, SBN 293783
     William S. Freeman, SBN 82002
11   39 Drumm Street
     San Francisco, CA 94111
12   Telephone: (415) 621-2493
     jdo@aclunc.org
13   bgreene@aclunc.org
     wfreeman@aclunc.org
14
     *Attorneys for Plaintiffs*
15

16                    **UNITED STATES DISTRICT COURT**

17                  **NORTHERN DISTRICT OF CALIFORNIA**

18   COALITION ON HOMELESSNESS, et al.,        CASE NO. 4:22-cv-05502-DMR

19                       Plaintiffs,            NOTICE OF APPEARANCE OF
                 v.                             WILLIAM S. FREEMAN
20
     CITY AND COUNTY OF SAN FRANCISCO,
21   et al.,

22                       Defendants.

23

24

25

26

27

28
                                         1

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that William S. Freeman, SBN 82002, of the American Civil Liberties Union ("ACLU") Foundation of Northern California hereby enters his appearance in the above-captioned matter as counsel for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn. He requests that all papers in connection with this action be provided to him at the following:

William S. Freeman
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
(415) 621-2943
wfreeman@aclunc.org

Respectfully submitted,

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Dated: July 11, 2023         /s/ *William S. Freeman*
William S. Freeman, SBN 82002
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493
wfreeman@aclunc.org

*Counsel for Plaintiffs*

NOTICE OF APPEARANCE WILLIAM S. FREEMAN
CASE NO. 4:22-cv-05502-DMR