| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER Monique Handy-Jones | 2a. CONTACT PHONE NUMBER (415) 395-8163 | 3. CONTACT EMAIL ADDRESS Monique.Handy-Jones@lw.com |
| 1b. ATTORNEY NAME (if different) Wesley Tiu | 2b. ATTORNEY PHONE NUMBER (415) 395-8272 | 3. ATTORNEY EMAIL ADDRESS Wesley.Tiu@lw.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Latham & Watkins LLP 505 Montgomery Street, Suite 2000 San Francisco, CA 94111-6538 | 5. CASE NAME Coalition on Homelessness, et al. v. City and County of SF, et al. | 6. CASE NUMBER 4:22-cv-05502-DMR |
|---|---|---|
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY (Next day) | DAILY | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/25/2023 | DMR | CMC/MTC | Full Hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

Digital Recording Time:  Zoom Webinar Time: 1:02 - 1:27

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE  /s/ Wesley Tiu

12. DATE  07/12/2023

Clear Form      Save as new PDF