DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4675 (Snodgrass)
                        (415) 554-3857 (Wang)
                        (415) 554-6762 (Murphy)
                        (415) 554-3870 (Gradilla)
                        (415) 554-4223 (George)
                        (415) 355-3307 (Ikels)
Facsimile:      (415) 554-4699
E-mail:          wayne.snodgrass@sfcityatty.org
                        edmund.wang@sfcityatty.org
                        kaitlyn.murphy@sfcityatty.org
                        miguel.gradilla@sfcityatty.org
                        john.george@sfcityatty.org
                        zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**NOTICE OF APPEARANCE OF ZUZANA S. IKELS FOR SAN FRANCISCO DEFENDANTS**<br><br>Trial Date:          April 15, 2024 |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Deputy City Attorney ZUZANA S. IKELS is appearing on behalf of Defendants CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (collectively referred to as the "San Francisco Defendants").

The office and email addresses, and the telephone and facsimile numbers for Ms. Ikels are as follows:

Zuzana S. Ikels, Esq.
Deputy City Attorney
Office of the City Attorney of San Francisco
1390 Market Street, Fox Plaza, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3307
Facsimile: (415) 554-3837
Email: zuzana.ikels@sfcityatty.org

Please include Ms. Ikels on all proofs of service and communications in this matter.

Dated: July 19, 2023

DAVID CHIU
City Attorney
YVONNE R. MERÉ
WAYNE SNODGRASS
MEREDITH B. OSBORN
EDMUND T. WANG
KAITLYN M. MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
ZUZANA S. IKELS
Deputy City Attorneys

By: /s/*Zuzana S. Ikels*
ZUZANA S. IKELS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.