LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO EXCEED 15 PAGE LIMIT FOR THE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>**Trial Date:**   April 15, 2024 |

Pursuant to Local Rule 7-11, Plaintiffs, through their undersigned counsel, hereby request leave to file a reply memorandum not to exceed 20 pages, 5 pages over the limit, exclusive of tables and caption, in support of Plaintiffs' Motion to Enforce Preliminary Injunction. Plaintiffs will file the Reply on or before July 25, 2023. Defendants, through their attorneys, have indicated that they do not oppose this motion.

Plaintiffs have made a good faith effort to limit the length of their memorandum of points and authorities, but cannot adequately brief the Court on the issues raised within the 15 page limit. Plaintiffs seek leave of court to file an over-length brief as necessary to thoroughly address the issues raised by Defendants' equally extended brief.

This request is based on the accompanying Declaration of Kevin Wu.

Date: July 19, 2023         */s/ Alfred C. Pfeiffer, Jr.*

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
*Attorney for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*