LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF KEVIN WU IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION ALLOWING PLAINTIFFS TO EXCEED 15 PAGE LIMIT FOR THE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION** <br><br> **Trial Date:** April 15, 2024 |

I, Kevin Wu, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated and, if called to testify, I can and will testify competently as to all matters set forth herein.

2. On September May 25, 2023, Plaintiffs filed a Motion to Enforce the Preliminary Injunction.

3. On June 2, 2023, this Court issued an Order directing Defendants to file their Opposition brief on or before July 6, 2023, and directing Plaintiffs to file their Reply on or before July 25, 2023;

4. Plaintiffs have made a good faith effort to limit the length of the reply brief to 15 pages in compliance with Civil L.R. 7-4(b), but Plaintiffs have determined that they cannot adequately respond to the issues raised in the Opposition within the 15-page limit;

5. The Court granted Defendants' unopposed motion for 5 additional pages for their Opposition.

6. Defendants, through their attorneys, have indicated they do not oppose the present request to extend the file to an oversize brief not to exceed 20 pages.

7. Plaintiffs seek leave of court to file an over-length brief because it is necessary to address the issues raised by Defendants in a timely and thorough manner.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed July 19, 2023 in San Francisco, California.

Date: July 19, 2023        */s/ Kevin Wu*

LATHAM & WATKINS LLP
Kevin Wu, SBN 337101
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
kevin.wu@lw.com
*Attorney for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

## **ATTESTATION**

I, Alfred C. Pfeiffer, Jr., am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: July 19, 2023  /s/ Alfred C. Pfeiffer, Jr.

Alfred C. Pfeiffer, Jr., SBN 120965
*Attorney for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Josh Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn*

2