LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>    Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **[PROPOSED]** ORDER GRANTING LEAVE FOR PLAINTIFFS TO EXCEED 15 PAGE LIMIT FOR THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' REPLY TO THE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE PRELIMINARY INJUNCTION <br><br> **Trial Date:** April 15, 2024 |

Pursuant to Local Rule 7-11, Plaintiffs submitted an Administrative Motion allowing Plaintiffs to Exceed the 15 Page Limit for their Memorandum of Points and Authorities in Reply in support of Plaintiff's Motion to Enforce Preliminary Injunction.

Having considered Plaintiffs' submissions, the Court hereby GRANTS Plaintiff's motion and allows Plaintiffs to file their brief not to exceed 20 pages, exclusive of declarations and exhibits.

IT IS SO ORDERED.

Dated:  July 20, 2023

HONORABLE DONNA M. RYU
CHIEF UNITED STATES MAGISTRATE JUDGE