LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

*Additional Counsel Appear on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**Trial Date:**     April 15, 2024 |

STIPULATION AND [PROPOSED] ORDER TO EXT DISCOVERY DEADLINES
CASE NO. 4:22-CV-05502-DMR

Plaintiffs and Defendants by and through their undersigned counsel, hereby stipulate as follows:

1. On September 27, 2022, Plaintiffs filed a complaint against the Defendants;

2. On January 13, 2023, the Court issued its Case Management and Pretrial Order for Court Trial (Dkt. 85), which set the following fact and expert discovery deadlines:

- All non-expert discovery shall be completed by 7/28/2023;
- Experts shall be disclosed and reports provided by 8/25/2023;
- Rebuttal experts shall be disclosed and reports provided by 9/22/2023;
- All discovery from experts shall be completed by 10/6/2023;

3. The parties have met and conferred and agree that an extension to the schedule will be necessary to allow sufficient time for ongoing fact discovery;

4. However, the parties are still meeting and conferring and have not reached an agreed upon extension to the schedule;

5. Given the imminent approach of the date originally set by the Court for the close of fact discovery, July 28, 2023, the parties agreed in principle to a brief interim extension to the discovery deadlines to allow the parties to agree upon a comprehensive proposed extended schedule;

6. Accordingly, to allow for the parties to attempt to reach agreement on a comprehensive extension to the schedule, counsel for Plaintiffs and Defendants hereby respectfully request that pending their work to reach agreement, the close of fact discovery be extended to the date of the next scheduled case management conference, September 20, 2023, or as soon thereafter as the Court rules on the parties' proposed comprehensive schedule, and that all subsequent expert discovery deadlines be extended an equal amount of time;

7. The parties agree to submit by September 13, 2023, seven days before the case management conference, a comprehensive proposed extended discovery schedule that will request extension of the above discovery deadlines and the other deadlines set in the Case Management and Pretrial Order for Court Trial (Dkt. 85). The parties will continue to work diligently to agree

1  on a single proposed schedule, but in the event they cannot reach agreement, will submit by
2  September 13, 2023, respective proposed schedules;

3     8.   Good cause exists for this extension, as the parties are working diligently to arrive
4  upon an agreed upon extended discovery schedule and need the additional time to allow for further
5  meeting and conferring.

6     This stipulation will alter the date of events or deadlines already fixed by Court order.  IT
7  IS SO STIPULATED, THROUGH COUNSEL OF RECORD TO PLAINTIFFS AND THE
8  DEFENDANTS.

10  Date:  July 25, 2023          /s/ Joseph H. Lee

11                                LATHAM & WATKINS LLP
                                  Alfred C. Pfeiffer, Jr., SBN 120965
12                                Wesley Tiu, SBN 336580
                                  Kevin Wu, SBN 337101
13                                Tulin Gurer, SBN 303077

14                                505 Montgomery Street, Ste. 2000
                                  San Francisco, CA 94111
15                                Telephone: (415) 391-0600
                                  al.pfeiffer@lw.com
16                                wesley.tiu@lw.com
                                  kevin.wu@lw.com
17                                tulin.gurer@lw.com

18                                LATHAM & WATKINS LLP
                                  Joseph H. Lee, SBN 248046
19                                650 Town Center Drive, 20th Floor
                                  Costa Mesa, CA 92626
20                                Telephone: (714) 540-1235
                                  joseph.lee@lw.com

22                                LATHAM & WATKINS LLP
                                  Rachel Mitchell, SBN 344204
23                                12670 High Bluff Drive
                                  San Diego, CA 92130
24                                Telephone: (858) 523-5400
                                  rachel.mitchell@lw.com

25                                ACLU FOUNDATION OF NORTHERN
                                  CALIFORNIA
26                                William S. Freeman, SBN 82002
                                  Brandon L. Greene, SBN 293783
27                                39 Drumm Street
                                  San Francisco, CA 94111
28                                Telephone: (415) 293-6333

                                           2

wfreeman@aclunc.org
bgreene@aclunc.org

*Attorney for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

Date:  July 25, 2023        */s/ John H. George*

David Chiu, SBN 189542
Yvonne R. Mere, SBN 173594
Wayne Snodgrass, SBN 148137
Zuzana S. Ikels, SBN 208671
Meredith B. Osborn, SBN 250467
Edmund T. Wang, SBN 278755
John H. George, SBN 292332
Kaitlyn Murphy, SBN 293309
Miguel A. Gradilla, SBN 304125
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
Telephone:  (415) 554-6762
*Kaitlyn.murphy@sfcityatty.org*

*Attorney for Defendants*

**ATTESTATION**

I, Joseph H. Lee, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: July 25, 2023                    /s/ Joseph H. Lee.

Joseph H. Lee, SBN 248046
Attorney for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Josh Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn

**[PROPOSED ORDER]**

Pursuant to stipulation and for good cause shown, the non-expert discovery deadline shall be extended from July 28, 2023 to September 20, 2023 and all subsequent discovery deadlines will be likewise extended: from August 27, 2023 to October 18, 2023 for expert disclosures and reports; from September 22, 2023 to November 15, 2023 for rebuttal expert disclosures and reports; and from October 6, 2023 to November 29, 2023 for expert discovery.  The parties are ordered to further submit a joint statement regarding a further proposed discovery schedule by September 13, 2023.

IT IS SO ORDERED.

Dated: _____

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE