LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,*
*Toro Castaño, Sarah Cronk, Joshua Donohoe,*
*Molique Frank, David Martinez, Teresa Sandoval,*
*Nathaniel Vaughn*

*Additional Counsel Appear on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF WESLEY TIU IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**Trial Date:**     April 15, 2024 |

I, Wesley Tiu, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for Plaintiffs in this action. I submit this declaration pursuant to Rule 6-2.

2. On September 27, 2022, Plaintiffs filed a complaint against the Defendants;

3. On January 13, 2023, the Court issued its Case Management and Pretrial Order for Court Trial (Dkt. 85), which set the following fact and expert discovery deadlines:

- All non-expert discovery shall be completed by 7/28/2023;
- Experts shall be disclosed and reports provided by 8/25/2023;
- Rebuttal experts shall be disclosed and reports provided by 9/22/2023;
- All discovery from experts shall be completed by 10/6/2023;

4. The parties have met and conferred and agree that an extension to the schedule will be necessary to allow sufficient time for ongoing fact discovery;

5. However, the parties are still meeting and conferring and have not reached an agreed upon extension to the schedule;

6. Given the imminent approach of the date originally set by the Court for the close of fact discovery, July 28, 2023, the parties agreed in principle to a brief interim extension to the discovery deadlines to allow the parties to agree upon a comprehensive proposed extended schedule;

7. Accordingly, to allow for the parties to attempt to reach agreement on a comprehensive extension to the schedule, counsel for Plaintiffs and Defendants hereby agreed to request the Court, pending their work to reach agreement, to extend the close of fact discovery to the next scheduled case management conference, September 20, 2023, or as soon thereafter as the Court rules on the parties' proposed comprehensive schedule, and that all subsequent expert discovery deadlines be extended an equal amount of time;

8. The parties agreed to submit by September 13, 2023, seven days before the case management conference, a comprehensive proposed extended discovery schedule that will request extension of the above discovery deadlines and the other deadlines set in the Case Management and Pretrial Order for Court Trial (Dkt. 85). The parties will continue to work diligently to agree

on a single proposed schedule, but in the event they cannot reach agreement, will submit by September 13, 2023, respective proposed schedules;

9. Good cause exists for this extension, as the parties are working diligently to arrive upon an agreed upon extended discovery schedule and need the additional time to allow for further meeting and conferring.

10. Prior changes in deadlines in this case were:

   a. The Court granted a motion to extend time for the Defendants' Opposition to the Preliminary Injunction, providing the deadline of November 15, 2022, with a Reply due December, 1, 2022, and the hearing held December 22, 2022. Dkt. 34.

   b. The Court granted a motion to shorten time for Defendant's motion to stay, resetting a hearing on the matter to March 23, 2023. Dkt 107.

   c. The Court granted the Defendants' request for additional time to respond to the motion to enforce, allowing the Defendants to respond on or before July 6, 2023. Dkt. 133.

   d. The Court granted the parties' stipulation to extend Plaintiffs' deadline to respond to Defendants' Answer to the Second Amended Complaint from July 11, 2023 to August 10, 2023. Dkt. 148.

11. The requested time modification would extend the fact and expert discovery schedules previously set by the Court (Dkt. 85). While the parties do not seek a modification to any other dates set by the Court at this time, they expect that their submission(s) on September 13, 2023 will include a proposed schedule for the remaining dates on the case schedule.

Date: July 25, 2023                          /s/ Wesley Tiu

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077

505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

2

al.pfeiffer@lw.com
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

ACLU FOUNDATION OF NORTHERN CALIFORNIA
William S. Freeman, SBN 82002
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
wfreeman@aclunc.org
bgreene@aclunc.org

*Attorney for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

3

**ATTESTATION**

I, Joseph H. Lee, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: July 25, 2023

*/s/ Joseph H. Lee.*

Joseph H. Lee, SBN 248046
Attorney for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Josh Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn