1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
2  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
3  Telephone: (415) 391-0600
4  al.pfeiffer@lw.com

5  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
6  Zal K. Shroff, MJP 804620, *pro hac vice*
7  131 Steuart Street, Ste. 400
   San Francisco, CA 94105
8  Telephone: (415) 543-9444
   zshroff@lccrsf.org
9

10 ACLU FOUNDATION OF NORTHERN
   CALIFORNIA
11 John Thomas H. Do, SBN 285075
   39 Drumm Street
12 San Francisco, CA 94111
   Telephone: (415) 293-6333
13 jdo@aclunc.org

14 *Attorneys for Plaintiffs*

15 *Additional Counsel Below*

16

17                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
18                              **OAKLAND DIVISION**

19 | COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
20 | Plaintiffs, | **SUPPLEMENTAL DECLARATION OF ZAL K. SHROFF IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION** |
   | v. | |
21 | CITY AND COUNTY OF SAN FRANCISCO, et al., | |
22 | Defendants. | |
23 | | **Judge:** The Hon. Donna M. Ryu |
24 | | **Hearing Date:** August 10, 2023 |
   | | **Time:** 1:00 p.m. |
25 | | **Place:** Courtroom 4 – 3rd Floor |
   | | 1301 Clay Street |
26 | | Oakland, CA 94612 |

27

28

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

ACLU FOUNDATION OF NORTHERN CALIFORNIA
William S. Freeman, SBN 82002
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
wfreeman@aclunc.org
bgreene@aclunc.org

**DECLARATION OF ZAL K. SHROFF**

I, Zal K. Shroff, hereby declare as follows:

1.  I am the Acting Legal Director with the Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCRSF"). I am also counsel of record for the Coalition on Homelessness (the "Coalition"), Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn in the above-captioned action. I am admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2.  I submit this Declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion to Enforce Preliminary Injunction ("Reply"). I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently to them.

3.  On May 25, 2023, the Court issued an Order regarding ongoing discovery disclosures by Defendants to assess compliance with the Court's preliminary injunction. Dkt. 129. The Court's Order required Defendants to provide recurring disclosures of certain categories of information every three weeks as well as to disclose information falling within those categories of information from the date of the Preliminary Injunction to the May 25 Order.

4.  The Court's Order requires Defendants to produce policy bulletins, training materials, or other similar documents or memoranda regarding compliance with the Court's Preliminary Injunction. Based upon review by myself and persons I supervise, Defendants did not produce any training materials or similar documents or memoranda regarding compliance with the Court's Preliminary Injunction in either Defendants' June 15, 2023 or July 6, 2023 productions. Based on our review, Defendants have not produced *any* training materials to Plaintiffs identifying what training police officers have received regarding the Court's preliminary injunction—either through ordinary discovery or the Court's May 25 Order.

5.  The Court's Order requires Defendants to provide Plaintiffs with 72-hour notice of the date, time, and cross street location of any homeless encampment operation that is planned at least 72 hours in advance, involving two or more HSOC-participating agencies. This notice requirement applies to JFO operations. *See* Dkt. 129, ¶ 1. An example of Defendants' notice for July JFO operations is attached as **Exhibit A.** While Defendants have recently agreed to provide

1

date, time and cross-street location for when JFO operations begin, Defendants stated that JFO does not plan the routes for JFO operations in advance. Because JFO does not plan operation routes in advance, Defendants further stated that notice is not given to unhoused individuals prior to JFO operations taking place.

6. The Court's Order requires Defendants to provide Plaintiffs with 24-hour advance notice of the date, time, and cross street location of any regular encampment cleanings conducted by Hot Spot crews, as described in Section 4 of Public Works' current Bag and Tag Policy. *See* Dkt. 129, ¶ 3. As of the date of this Declaration, Defendants have not provided Plaintiffs notice of a single notice of encampment cleanings conducted by Hot Spot crews pursuant to the Bag and Tag policy. Nor have Defendants provided Plaintiffs with a single 72-hour removal of property notice as required by Section 4 of the Bag and Tag policy. It is unclear how DPW is removing unhoused individual's property without adopting and employing the appropriate notices required by this policy and required to be shared with Plaintiffs' counsel by the Court's order.

7. On June 15, 2023, Defendants made their first production pursuant to the Court's Order. Defendants' first production consisted of 1,013 documents. On July 6, 2023 Defendants made their second production pursuant to the Court's Order. Defendants' second production consisted of 214 documents.

8. Based upon review by myself and persons I supervise, Defendants' June 15, 2023 and July 6, 2023 did not include any logs from DPW that would assist Plaintiffs in ascertaining how or whether DPW is recording disputed property at interactions with unhoused individuals, and how if it all it is documenting those interactions of property removal or destruction that do not result in a bag and tag being conducted. Defendants' productions for the entire retrospective period of the injunction did include a total of approximately 114 photos. Defendants did not provide any metadata, including date taken or location, for each photo. Without accompanying metadata or any attendant information, logs, or records, Plaintiffs are unable to assess the nature of each photo, including for what purpose the photo was taken.

9. Based upon review by myself and persons I supervise, Defendants produced a total of 44 SFPD Incident Reports on June 15, 2023 and 1 Incident Report on July 6, 2023. Of those 45

Incident Reports, only 3 of those Incident Reports post-date the Preliminary Injunction. Plaintiffs had anticipated receiving upwards of 240 relevant Incident Reports from the period of the Preliminary Injunction based on Paragraph 14 of the Court's Order.

10. On June 30, 2023, pursuant to the paragraphs 5 and paragraph 14 of the Court's Order, Plaintiffs requested Defendants produce body cam footage and incident reports related to 28 CAD dispatch reports and 12 SFPD Incident Reports. Defendants produced body cam footage relating to only 4 incidents total. Defendants represented that no body cam footage existed for 22 of the 28 CAD reports requested, suggesting that three of those requests were duplicate requests. Defendants also stated that they were not under an obligation to record body worn camera at all police dispatches in response to 919 Sit/Lie enforcement dispatches. While Defendants agreed to produce some body cam footage required under Paragraph 14 of the Court's order for the entire retrospective period of the injunction—to the extent available—as of the date of this Declaration, Defendants have not produced any body cam footage pursuant to paragraph 14. The deadline to do so set by the Court's Order had been July 14, 2023.

11. Attached as **Exhibit B** is a true and correct copy of meet and confer correspondence between the parties between June 30, 2023 and July 25, 2023 regarding Plaintiffs' request for body cam footage.

12. Plaintiffs previously submitted evidence in support of its Motion that the City had posted signs across the City that continued to threaten enforcement for sitting or sleeping outside. Dkt. No. 138-9 ¶ 128, Dkt. 138-22. When the parties met and conferred about these notices, Defendants conceded that incorrect notices had been inadvertently posted at HSOC operations. Plaintiffs requested Defendants provide information as to how many times notices had been inadvertently used and whether they had fully investigated the use of such notices, but Defendants declined to answer those questions.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on July 25, 2023 in San Francisco, California.

/s/ Zal K. Shroff
Zal K. Shroff

*Attorney for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Josh Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn*

# **ATTESTATION**

I, Alfred C. Pfeiffer, Jr. am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: July 25, 2023

*/s/ Alfred C. Pfeiffer, Jr.*
Alfred C. Pfeiffer, Jr.

# Exhibit A

| | |
|---|---|
| **From:** | Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org> |
| **Sent:** | Tuesday, June 27, 2023 3:37 PM |
| **To:** | 'zshroff@lccrsf.org'; Wu, Kevin (Bay Area); Tiu, Wesley (Bay Area); 'jdo@aclunc.org'; Pfeiffer, Al (Bay Area); Gurer, Tulin (Bay Area); 'nshahram@lccrsf.org'; Lee, Joseph (OC); 'bgreene@aclunc.org'; Mitchell, Rachel (SD); 'ksetren@lccrsf.org'; #SF PRO BONO - UNHOUSED PERSONS LITIGATION |
| **Cc:** | Emery, Jim (CAT); Wang, Edmund (CAT); Murphy, Kaitlyn (CAT); Stevens, Ryan (CAT); Gradilla, Miguel (CAT); Snodgrass, Wayne (CAT); Andrew, Rhonda (CAT); Fong, Winnie (CAT) |
| **Subject:** | Coalition on Homelessness et al. v. CCSF et al – JFO notice |
| **Attachments:** | 7.2023.docx |

Please take notice of the following JFO operations for the month of July 2023.

Thank you,
Sophia



**Sophia Garcia** *(she/her)*
Legal Assistant
Office of City Attorney David Chiu
(415) 554-3877 Direct
www.sfcityattorney.org

**CONFIDENTIALITY NOTICE:** This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

## Sustained Joint Field Operations
## Quadrant Calendar

# July 2023

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1<br><br>*Quadrant 4* | 2<br><br>*Quadrant 1* |
| 3<br><br>*Quadrant 2* | 4<br><br>*NO JFO due to holiday* | 5<br><br>*Quadrant 4* | 6<br><br>*Quadrant 1* | 7<br><br>*Quadrant 2* | 8<br><br>*Quadrant 3* | 9<br><br>*Quadrant 4* |
| 10<br><br>*Quadrant 1* | 11<br><br>*Quadrant 2* | 12<br><br>*Quadrant 3* | 13<br><br>*Quadrant 4* | 14<br><br>*Quadrant 1* | 15<br><br>*Quadrant 2* | 16<br><br>*Quadrant 3* |
| 17<br><br>*Quadrant 4* | 18<br><br>*Quadrant 1* | 19<br><br>*Quadrant 2* | 20<br><br>*Quadrant 3* | 21<br><br>*Quadrant 4* | 22<br><br>*Quadrant 1* | 23<br><br>*Quadrant 2* |
| 24<br><br>*Quadrant 3* | 25<br><br>*Quadrant 4* | 26<br><br>*Quadrant 1* | 27<br><br>*Quadrant 2* | 28<br><br>*Quadrant 3* | 29<br><br>*Quadrant 4* | 30<br><br>*Quadrant 1* |
| 31<br><br>*Quadrant 2* |  |  |  |  |  |  |



Revised Tenderloin JFO Boundaries
SAN FRANCISCO

Zone 1- Polk / Ellis
Zone 2- Ellis / Jones
Zone 3- Eddy / Taylor
Zone 4- 6th / Jessie

# Exhibit B

| | |
|---|---|
| **From:** | Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org> |
| **Sent:** | Tuesday, July 25, 2023 1:39 PM |
| **To:** | 'Zal Shroff'; Tiu, Wesley (Bay Area); Snodgrass, Wayne (CAT); Wang, Edmund (CAT); Gradilla, Miguel (CAT); Mere, Yvonne (CAT); Cheeseborough, Pamela (CAT); Garcia, Sophia (CAT); Andrew, Rhonda (CAT); Fong, Winnie (CAT); George, John (CAT); Ikels, Zuzana (CAT) |
| **Cc:** | Pfeiffer, Al (Bay Area); Lee, Joseph (OC); John Do; Bill Freeman; #SF PRO BONO - UNHOUSED PERSONS LITIGATION |
| **Subject:** | RE: Coalition v. San Francisco - Request for Body Cam Footage Pursuant to Dkt. 129 |
| **Attachments:** | 01692376.DOCX |

Hi Zal,

Thank you for your email. It sounds like Plaintiffs had the mistaken assumption that there should be a Body Work Camera ("BWC") video for every CAD report. SFPD uses BWC consistent with its publicly available policy. That policy wouldn't require an officer to engage their BWC for every CAD. Additionally, the following three entries from Plaintiffs' initial video requests were duplicates:

- CCSF-COH_048346 is a duplicate of CCSF-COH_022312
- CCSF-COH_048351 is a duplicate of CCSF-COH_022314 and
- CCSF-COH_048337 is a duplicate of CCSF-COH_048465.

Regarding BWC video requests going forward, I write to discuss a modification to the General Protective Order (ECF No. 127) to facilitate faster production of BWC video. One of the categories of information that needs to be redacted from many BWC videos is Criminal Offender Record Information ("CORI"), which includes data compiled by criminal justice agencies for the purpose of identifying offenders and/or maintaining certain records related to offenders. This information is protected from disclosure by statute. As you've likely seen from the City's production thus far, BWC videos often contain CORI that needs to be either beeped out (for audio) or blurred over (for video) either because the officer's radio is reporting updates from unrelated cases or the officer is near a tablet or phone showing such information.

In this case, we've discovered that much of the requested BWC video contains larger than typical volumes of CORI information that has taken considerable time for the City to redact. As an example, the first 2-3 hours of BWC footage Plaintiffs requested took more than 30 hours to review and redact due to the large amount of footage containing CORI. The burden of the City from such redactions is not proportional to the needs of the case. Additionally, the City understands that Plaintiffs have an interest in receiving such BWC videos as quickly as possible. Therefore, the City proposes the parties enter into a stipulation to modify the General Protective Order in such a way that would allow the City to produce BWC videos to Plaintiffs without redacting CORI information from them.



A draft stipulation is attached. Please let us know if Plaintiffs would join a request that the Court modify the protective order to accommodate this issue.

Thank you,
Kaitlyn

**Kaitlyn Murphy**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-6762 Direct
www.sfcityattorney.org

*Please note the new telephone number.

---

**From:** Zal Shroff <zshroff@lccrsf.org>
**Sent:** Friday, July 21, 2023 6:30 PM
**To:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wesley Tiu (SF/SV) <Wesley.Tiu@lw.com>; Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; Andrew, Rhonda (CAT) <Rhonda.Andrew@sfcityatty.org>; Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>; George, John (CAT) <John.George@sfcityatty.org>; Ikels, Zuzana (CAT) <Zuzana.Ikels@sfcityatty.org>
**Cc:** Al Pfeiffer <Al.Pfeiffer@lw.com>; Joseph Lee (OC) <Joseph.Lee@lw.com>; John Do <jdo@aclunc.org>; Bill Freeman <wfreeman@aclunc.org>; sf.probono.unhoused.persons.litigation@lw.com
**Subject:** Re: Coalition v. San Francisco - Request for Body Cam Footage Pursuant to Dkt. 129

Hi Kaitlyn:

Thank you for your email. We are concerned that at the vast majority of SFPD dispatch incidents for which we requested body cam footage, it appears that officers never turned on their body cams. This reflects fully 22 of the 28 CAD reports requested. We are also not aware of any duplication in these requests. Is it Defendants' position that SFPD is not required to turn on body worn cameras for interactions with unhoused individuals in response to a dispatch for 919 Sit/Lie enforcement?

We also continue to await production of the body cam footage required under Paragraph 14 of the Court's order for the entire retrospective period of the injunction. That order specifically required Defendants to produce the requested footage within 14 days, with any meet and confer as to length of the video to be resolved within that time period and contemplating only a temporary delay to accommodate a meet and confer. Defendants failed to assert any issue with the length of Plaintiffs' video request until Defendants had already reached the 14-day deadline, and now yet another week has passed without disclosure of the required footage. Please advise at your earliest convenience when we can expect to receive the requested body cam footage.

Best regards,



**Zal K. Shroff** (he/him)
Interim Legal Director
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org

---

**From:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>
**Date:** Wednesday, July 19, 2023 at 2:55 PM
**To:** Wesley Tiu (SF/SV) <Wesley.Tiu@lw.com>, Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>, Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>, Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>, Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>, Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>, Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>, Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>, Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>, Andrew, Rhonda (CAT) <Rhonda.Andrew@sfcityatty.org>, Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>, George, John (CAT) <John.George@sfcityatty.org>, Ikels, Zuzana (CAT) <Zuzana.Ikels@sfcityatty.org>

**Cc:** Al Pfeiffer <Al.Pfeiffer@lw.com>, Joseph Lee (OC) <Joseph.Lee@lw.com>, John Do <jdo@aclunc.org>, Zal Shroff <zshroff@lccrsf.org>, Bill Freeman <wfreeman@aclunc.org>, sf.probono.unhoused.persons.litigation@lw.com <sf.probono.unhoused.persons.litigation@lw.com>
**Subject:** RE: Coalition v. San Francisco - Request for Body Cam Footage Pursuant to Dkt. 129

Hi Wesley,

Thank you for your email. The majority of the 28 CAD Reports Plaintiffs identified had no videos associated with them or were duplicates of other CAD Reports requested. Plaintiffs' request only included six unique BWC videos, which were those identified in my Friday email. Of the six CAD Reports with associated BWC, all pre-dated May 25-June 15 timeframe and were part of Plaintiffs' oversized request for videos from the date of the PI through May 24 that the parties met and conferred about on Friday.

San Francisco appreciates that your email now identifies a narrowed set of video requested from the pre-May 25 timeframe. San Francisco will work diligently on Plaintiffs' narrowed request, but given that Plaintiffs only identified their narrowed list on Monday afternoon, San Francisco cannot commit to producing the approximately 6.8 hours of requested BWC by Thursday.

Thank you,
Kaitlyn Murphy



**Kaitlyn Murphy**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-6762 Direct
www.sfcityattorney.org

*Please note the new telephone number.

**From:** Wesley.Tiu@lw.com <Wesley.Tiu@lw.com>
**Sent:** Monday, July 17, 2023 2:31 PM
**To:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; Andrew, Rhonda (CAT) <Rhonda.Andrew@sfcityatty.org>; Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>; George, John (CAT) <John.George@sfcityatty.org>; Ikels, Zuzana (CAT) <Zuzana.Ikels@sfcityatty.org>
**Cc:** Al.Pfeiffer@lw.com; Joseph.Lee@lw.com; jdo@aclunc.org; zshroff@lccrsf.org; wfreeman@aclunc.org; SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com
**Subject:** RE: Coalition v. San Francisco - Request for Body Cam Footage Pursuant to Dkt. 129

Hi Kaitlyn,

Thanks for your email, and we'll make sure to add John and Zuzana to our correspondence going forward. Please also add Bill Freeman, cc'ed here, in future correspondence.

Last week's production did not include body cam footage for any of the 28 CAD incidents requested by Plaintiffs. The list of footage recounted below likewise only lists 6/28 CAD incidents as having body cam footage. Can you confirm whether body cam footage exists for the remaining 22 CAD reports identified in our request? If so, we would request a complete

list of all of the bodycam footage available for those episodes by Tuesday morning so that we can select which incidents to pull from to arrive at 7 hours.

To the extent no further body cam exists for the remaining 22 CAD incidents we have requested, and your list identifies the extent of body cam footage available, please simply remove SFPD Incident Report 230299643 from the list of body cam footage to be produced under paragraph 14 of the Court's Order**.** (This would get us under 7 hours of footage. We would also reserve the right to seek footage for this incident through ordinary discovery.)  Please confirm that we will receive the rest of the footage by Thursday as we had originally anticipated receiving the footage this past Friday pursuant to the Court's order. Thank you.

Best,
Wesley

**Wesley Tiu**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8272

---

**From:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>
**Sent:** Friday, July 14, 2023 12:34 PM
**To:** Tiu, Wesley (Bay Area) <Wesley.Tiu@lw.com>; Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; Andrew, Rhonda (CAT) <Rhonda.Andrew@sfcityatty.org>; Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>; George, John (CAT) <John.George@sfcityatty.org>; Ikels, Zuzana (CAT) <Zuzana.Ikels@sfcityatty.org>
**Cc:** Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Lee, Joseph (OC) <Joseph.Lee@lw.com>; jdo@aclunc.org; zshroff@lccrsf.org; wfreeman@aclunc.org; #SF PRO BONO - UNHOUSED PERSONS LITIGATION <SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com>
**Subject:** RE: Coalition v. San Francisco - Request for Body Cam Footage Pursuant to Dkt. 129

Hi Wesley,

Following up on our meet and confer today at 11, the BWC Plaintiffs' identified under paragraph 14 of the May 25 Order totals 9 hours and 4 minutes as broken out below. Can you please identify the narrowed set of 7 hours of footage Plaintiffs request to be produced on the expedited schedule?

I've also added John George and Zuzana Ikels to the distribution list. Going forward, can you please include them on communications related to this case?

| | |
|---|---|
| CCSF-COH_048060 | 4 minutes |
| CCSF-COH_048278 | 4 minutes |
| CCSF-COH_045584 | 10 minutes |
| CCSF-COH_048417 | 2 minutes |
| CCSF-COH_048440 | 3 minutes |
| CCSF-COH_048444 | 2 minutes |
| SFPD Incident Report 230289478 | 91 minutes |
| SFPD Incident Report 230299643 | 125 minutes |

| | |
|---|---|
| SFPD Incident Report 230301157 | 55 minutes |
| SFPD Incident Report 230301232 | 62 minutes |
| SFPD Incident Report 230301323 | 43 minutes |
| SFPD Incident Report 230304032 | 38 minutes |
| SFPD Incident Report 230338122 | 60 minutes |
| SFPD Incident Report 230340343 | 35 minutes |

Thank you,
Kaitlyn



**Kaitlyn Murphy**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-6762 Direct
www.sfcityattorney.org

*Please note the new telephone number.

---

**From:** Wesley.Tiu@lw.com <Wesley.Tiu@lw.com>
**Sent:** Wednesday, July 12, 2023 4:10 PM
**To:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; Andrew, Rhonda (CAT) <Rhonda.Andrew@sfcityatty.org>; Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>
**Cc:** Al.Pfeiffer@lw.com; Joseph.Lee@lw.com; jdo@aclunc.org; zshroff@lccrsf.org; wfreeman@aclunc.org; SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com
**Subject:** RE: Coalition v. San Francisco - Request for Body Cam Footage Pursuant to Dkt. 129

Counsel,

We have not heard from Defendants in response to our June 30 request for production of body cam footage and incident reports, to the extent not already produced, for the below requested CAD reports and SFPD incident reports. As you know, per Dkt. 129, the deadline to produce the requested bodycam footage is July 14. Please confirm that Defendants intend to produce the requested body cam footage and incident reports by the agreed-upon deadline. Thank you.

Best,
Wesley

**Wesley Tiu**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8272

---

**From:** Tiu, Wesley (Bay Area) <Wesley.Tiu@lw.com>
**Sent:** Friday, June 30, 2023 4:41 PM
**To:** Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Stevens, Ryan (CAT) <Ryan.Stevens@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mere, Yvonne (CAT)

<Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; Andrew, Rhonda (CAT) <Rhonda.Andrew@sfcityatty.org>; Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>
**Cc:** Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>; Lee, Joseph (OC) <Joseph.Lee@lw.com>; John Do <jdo@aclunc.org>; Zal Shroff <zshroff@lccrsf.org>; #SF PRO BONO - UNHOUSED PERSONS LITIGATION <SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com>
**Subject:** Coalition v. San Francisco - Request for Body Cam Footage Pursuant to Dkt. 129

Counsel,

Pursuant to paragraphs 5 and 14 of the Court's Order Regarding Ongoing Discovery To Assess Compliance with the Preliminary Injunction (Dkt. 129), Plaintiffs request that Defendants produce body cam footage and incident reports, to the extent not already produced, related to the following CAD reports and SFPD Incident Report numbers. These bodycam requests pertain to the retrospective period between the Preliminary Injunction and the Court's discovery order as well as the first round of bodycam footage for the recurring productions. Please confirm whether Defendants will produce the requested body cam footage within 14 days. To the extent the total body cam footage time for the requested incidents exceeds 7 hours as provided for in paragraph 14 for the retrospective period and 5 hours as provided for in paragraph 5 for the first round of recurring productions, please promptly provide time estimates for each such footage requested for Plaintiffs' evaluation to narrow our request. Thank you.

**CAD Reports Produced At the Following Document IDs:**
1. CCSF-COH_048051
2. CCSF-COH_047995
3. CCSF-COH_048029
4. CCSF-COH_048060
5. CCSF-COH_048093
6. CCSF-COH_048125
7. CCSF-COH_048207
8. CCSF-COH_048241
9. CCSF-COH_048278
10. CCSF-COH_022302
11. CCSF-COH_022309
12. CCSF-COH_022312
13. CCSF-COH_048346
14. CCSF-COH_048348
15. CCSF-COH_022314
16. CCSF-COH_048351
17. CCSF-COH_045584
18. CCSF-COH_048409
19. CCSF-COH_048417
20. CCSF-COH_048440
21. CCSF-COH_048444
22. CCSF-COH_048449
23. CCSF-COH_048465
24. CCSF-COH_048337
25. CCSF-COH_048247
26. CCSF-COH_048263
27. CCSF-COH_048343
28. CCSF-COH_048430

**SFPD Incident Report Numbers:**
1. 230289478

2. 230299643
3. 230301157
4. 230301232
5. 230301323
6. 230304032
7. 230338122
8. 230340343
9. 230378322
10. 230379944
11. 230390053
12. 230392037


Best,
Wesley

**Wesley Tiu**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8272

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.