LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **DECLARATION OF TRACEY LUZ** <br><br> **Judge:** The Hon. Donna M. Ryu |

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Wesley Tiu, SBN 336580<br>Kevin Wu, SBN 337101 |
| 3 | Tulin Gurer, SBN 303077<br>505 Montgomery Street, Ste 2000 |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 391-0600 |
| 5 | wesley.tiu@lw.com |
| 6 | kevin.wu@lw.com<br>tulin.gurer@lw.com |
| 7 | |
| 8 | LATHAM & WATKINS LLP<br>Joseph H. Lee, SBN 248046 |
| 9 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 10 | Telephone: (714) 540-1235<br>joseph.lee@lw.com |
| 11 | |
| 12 | LATHAM & WATKINS LLP<br>Rachel Mitchell, SBN 344204 |
| 13 | 12670 High Bluff Drive<br>San Diego, CA 92130 |
| 14 | Telephone: (858) 523-5400<br>rachel.mitchell@lw.com |
| 15 | |
| 16 | ACLU FOUNDATION OF NORTHERN CALIFORNIA<br>Brandon L. Greene, SBN 293783 |
| 17 | 39 Drumm Street<br>San Francisco, CA 94111 |
| 18 | Telephone: (415) 293-6333<br>bgreene@aclunc.org |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1

**DECLARATION OF TRACEY LUZ**

I, Tracey Luz, declare:

1. The below is true and correct and based on my personal experience. If called to testify, I could competently do so.

2. I am currently involuntarily homeless. I live on the streets of San Francisco ("City"). I currently live in a tent near the corner of Alameda and Harrison in the City. I am 37 years old.

3. I am HIV positive. I was diagnosed with HIV in October 2022. To manage my diagnosis, I take Biktarvy to keep my white blood cell count high and to keep the virus low. I need this medication to stay healthy.

4. On or around April 2023, I was living in a tent with a friend near the intersection of Eddy and Larkin in the City. At approximately 9 AM, two SFPD officers came up to my tent. They asked me who the tent that I was inside belonged to. I told them that I was living in it but that the tent also belonged to the other person as well. They told me that DPW would be there in 20 minutes. I told them that I would find the other occupant of the tent.

5. I then went to call the other occupant of the tent. I could not reach him. He had only been gone for approximately half an hour, but I did not know where he was, so I went to look for him.

6. I got back approximately 20 minutes later. I saw that the tent was already gone. It was in the back of the DPW trash truck.

7. I went up to talk to the SFPD officers that I had talked to before. I told them that my belongings were inside the tent, including my Biktarvy prescription. In my backpack with the Biktarvy – which had been inside the tent – were also my journals, my notebooks, my makeup, a brand-new cot, my EBT card, and other important belongings. I keep a diary to think and reflect on my life, so my journals are important to me. All these things were in the tent. I told the officers that and asked if I could get my property back. The officers said that because the DPW workers had put the tent and my backpack in the

back of their truck and had then put trash on top of it, I could not get any of it back. They told me that all the stuff would be at a dump site in Ocean Beach.

8.    There was nothing hazardous or soiled in that tent. The tent was quite new, approximately a month old. There were no needles, trash, feces, or any other trash inside the tent, but the City destroyed it.

9.    The officers told me that I could just go get more medication. They did not appear concerned. But this was not true. I had just gotten my prescription refilled.

10.   Approximately four days later, I went to a pharmacy to get a new dosage of Biktarvy. The pharmacy workers told me that because I had just refilled my medication, I would have to wait another two weeks before I could refill my prescription. These medications are important to my health, but I couldn't get them.

11.   That morning, HOT did not come by to talk to me. They did not come up to my tent. I am interested in shelter but they did not come up to offer me anything.

12.   I am currently on a waitlist, waiting for a General Assistance ("GA") appointment. I hope that I can get GA soon so that I can get into an SRO and get off the street.

13.   That morning, the SFPD officers told me that I would have to leave. They told me that I could not stay there. They did not say if it was temporary or permanent. It was very vague. I did not know if or when I could return, but because they were ordering me to get off the street, I understood their direction to be permanent.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 11, 2023 in San Francisco, California.

*[signature]*

Tracey Luz