1   LATHAM & WATKINS LLP
    Alfred C. Pfeiffer, Jr., SBN 120965
2   505 Montgomery Street, Ste 2000
    San Francisco, CA 94111
3   Telephone: (415) 391-0600
    al.pfeiffer@lw.com
4

5   LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS OF THE SAN FRANCISCO BAY AREA
6   Zal K. Shroff, MJP 804620, *pro hac vice*
    131 Steuart Street, Ste. 400
7   San Francisco, CA 94105
    Telephone: (415) 543-9444
8   zshroff@lccrsf.org

9
    ACLU FOUNDATION OF NORTHERN
10  CALIFORNIA
    John Thomas H. Do, SBN 285075
11  39 Drumm Street
    San Francisco, CA 94111
12  Telephone: (415) 293-6333
    jdo@aclunc.org
13

14  *Attorneys for Plaintiffs*

15  *Additional Counsel Below*

16

17              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
18                    OAKLAND DIVISION

19
    COALITION ON HOMELESSNESS, et al.,        CASE NO. 4:22-cv-05502-DMR
20
                       Plaintiffs.            **SUPPLEMENTAL DECLARATION OF**
21          v.                                **ABIMBOLA MYERS**

22  CITY AND COUNTY OF SAN FRANCISCO,
    et. al.,                                  **Judge:**        The Hon. Donna M. Ryu
23
                       Defendants.
24

25

26

27

28

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

**DECLARATION OF ABIMBOLA MYERS**

I, Abimbola Myers, declare:

1.     I have direct, first-person knowledge of the facts set forth below and, if called to testify, I could competently do so.

2.     I am currently involuntarily homeless. I sleep in a tent in the Tenderloin neighborhood of San Francisco ("City"). I am 41 years old.

3.     On Thursday, July 6, 2023, I was staying in a tent on Taylor Street between Eddy Street and Ellis Street. The City workers showed up at approximately 8 AM to do a sweep operation. They told me and everyone else on the block that we would have to move for street cleaning. Two City workers, a SFFD captain and a SFPD officer, told me that I would have to move. They did not say whether the move was temporary or permanent, just that I had to move. Because the police officer was telling me that I had to move, I understood the direction to be an order and to be permanent.

4.     Throughout the sweep operation that morning, the SFPD officers stood on the sidewalk or in their cars right by my tent. Whenever SFFD or DPW workers came up, SFPD would come out or sit in their vehicles or stand behind me. Whenever the workers would tell me to leave and say that if I did not move, they would take my belongings, SFPD would stand behind them. Although SFPD officers would not always say anything, their presence led me to understand that the directions to move were orders and that they were permanent.

/     /     /     /

/     /     /     /

/     /     /     /

/     /     /     /

5.      At approximately 11 AM that morning, DPW workers began unloading metal barriers and putting them up on the block where my tent had been (I was still packing up at the time). One of the DPW workers came up to me while he was putting up the barriers. While he was putting up the barriers, the SFFD Fire Captain came up to me. My understanding is that he was the incident commander and in charge of the sweep operation. He told me that the City was putting up the barriers so that the "campers" did not come back. True and correct photos of these barriers are attached hereto as **Exhibit A.**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 11, 2023 in San Francisco, California.

Abimbola Myers

# EXHIBIT A



