

CITY AND COUNTY OF SAN FRANCISCO

DAVID CHIU
City Attorney

OFFICE OF THE CITY ATTORNEY

JOHN H. GEORGE
Deputy City Attorney

Direct Dial: (415) 554-4223
Email: john.george@sfcityatty.org

August 9, 2023

Magistrate Judge Donna M. Ryu
United States District Court, Northern District
Oakland Courthouse
Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

    Re:   *Coalition on Homelessness, et al. v. City and County of San Francisco, et al.*
           United States District Court Case No. 4:22-cv-05502-DMR

Dear Judge Ryu:

      Northern District Local Rule 7-3(d) provides that "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval," with two exceptions: (1) an "Objection to Reply Evidence" filed within seven days of the reply; and (2) a "Statement of Recent Decision." Plaintiffs' Response to Defendants' Objections to Evidence Supporting Plaintiffs' Reply to Motion for Enforcement of Preliminary Injunction (ECF No. 164), filed on August 8, 2023, is neither a statement of recent decision nor an objection to reply evidence. Defendants request the Court disregard Plaintiffs' Response (ECF No. 164).

                                                Respectfully,

                                                DAVID CHIU
                                                City Attorney

                                                */s/ John H. George*

                                                John H. George
                                                Deputy City Attorney

cc: All counsel via ECF