DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN GEORGE, State Bar # 292332
ZUZANA S. IKELS, State Bar # 208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:	(415) 554-4675 (Snodgrass)
	(415) 554-3857 (Wang)
	(415) 554-6762 (Murphy)
	(415) 554-3870 (Gradilla)
	(415) 554-4223 (George)
	(415) 355-3307 (Ikels)
Facsimile:	(415) 554-4699
E-mail:	wayne.snodgrass@sfcityatty.org
	edmund.wang@sfcityatty.org
	kaitlyn.murphy@sfcityatty.org
	miguel.gradilla@sfcityatty.org
	john.george@sfcityatty.org
	zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>         Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF EDMUND WANG IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO DISREGARD NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF OR, IN THE ALTERNATIVE, TO GRANT DEFENDANTS LEAVE TO FILE A SURREPLY**<br><br>Trial Date:         April 15, 2024 |

I, Edmund Wang, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for Defendants in this action. I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Administrative Motion to Seal Documents Submitted in Support of Motion for Administrative Relief to Disregard New Evidence in Plaintiffs' Reply Brief or, in the Alternative, to Grant Defendants Leave to File a Surreply, pursuant to Civil Local Rule 7-11(a) and 79-5(c). If called as a witness, I could and would testify competently to the matters set forth herein.

2. San Francisco seeks to file redacted versions and seal the unredacted versions of the following documents submitted with Defendants' Motion for Administrative Relief to Disregard New Evidence in Plaintiffs' Reply Brief or, in the Alternative, to Grant Defendants Leave to File a Surreply:

  a. Declaration of Arielle Piastunovich in Support of Defendants' Surreply to New Evidence in Reply Brief in Support of Motion to Enforce the Preliminary Injunction (1:10, 1:12-16);

  b. Exhibit A to the Declaration of Arielle Piastunovich; and

  c. Declaration of Lucky Jordan in Support of Defendants' Surreply to New Evidence in Plaintiffs' Reply Brief in Support of Motion to Enforce the Preliminary Injunction (1:9-12, 15, 17, 18, 22, 24-27; 2:8-9).

3. Plaintiffs filed new declarations and arguments alleging, among other things, factual allegations about the offers of shelter San Francisco has made to persons experiencing homelessness. In order to respond to Plaintiffs' Reply, San Francisco requires the ability to provide details about the offers of shelter made and the responses by individual declarants and/or Plaintiffs. However, San Francisco is, arguably, statutorily prohibited from publicly disclosing this information absent a court order.

4. To avoid improper disclosure of confidential information, San Francisco has filed the above-referenced materials conditionally under seal.

5. San Francisco takes no position on whether the materials should be sealed.

6. Plaintiffs bear the burden of proof to establish the information is confidential and/or private.

7. San Francisco's request is narrowly tailored because it seeks to redact and seal only portions of the material that prevent San Francisco from disclosing information that is arguably statutorily protected, and not the filings in their entirety.

8. Information that does not implicate potential, confidential information has not been redacted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed August 11, 2023 in San Francisco, California.

*/s/ Edmund Wang*
Edmund Wang