DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN GEORGE, State Bar # 292332
ZUZANA S. IKELS, State Bar # 208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 335-3307 (Ikels)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO DISREGARD NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF OR, IN THE ALTERNATIVE, TO GRANT DEFENDANTS LEAVE TO FILE A SURREPLY**<br><br>Trial Date:        April 15, 2024 |

1  Having reviewed Defendants' administrative motion to file under seal Documents Submitted In
2  Support Of Motion For Administrative Relief To Disregard New Evidence In Plaintiffs'' Reply Brief
3  Or, In The Alternative, To Grant Defendants Leave To File A Surreply, and good cause appearing, the
4  Court grants Defendants' administrative motion to seal the following portions of their filing:

| DOCUMENT | PAGE/LINE NUMBER | ORDER |
| --- | --- | --- |
| Decl. of Lucky Jordan | 1:9 | Sealed |
| Decl. of Lucky Jordan | 1:10 | Sealed |
| Decl. of Lucky Jordan | 1:11 | Sealed |
| Decl. of Lucky Jordan | 1:12 | Sealed |
| Decl. of Lucky Jordan | 1:15 | Sealed |
| Decl. of Lucky Jordan | 1:17 | Sealed |
| Decl. of Lucky Jordan | 1:18 | Sealed |
| Decl. of Lucky Jordan | 1:22 | Sealed |
| Decl. of Lucky Jordan | 1:24 | Sealed |
| Decl. of Lucky Jordan | 1:25 | Sealed |
| Decl. of Lucky Jordan | 1:26 | Sealed |
| Decl. of Lucky Jordan | 1:26 | Sealed |
| Decl. of Lucky Jordan | 1:27 | Sealed |
| Decl. of Lucky Jordan | 2:8-9 | Sealed |
| Decl. of Arielle Piastunovich | 1:10 | Sealed |
| Decl. of Arielle Piastunovich | 1:12 | Sealed |
| Decl. of Arielle Piastunovich | 1:13 | Sealed |
| Decl. of Arielle Piastunovich | 1:14 | Sealed |
| Decl. of Arielle Piastunovich | 1:15 | Sealed |
| Decl. of Arielle Piastunovich | 1:16 | Sealed |
| Decl. of Arielle Piastunovich | Exhibit A | Sealed |

1 **IT IS SO ORDERED.**

DATE:_____

_____
Honorable Donna M. Ryu
Judge, United States District Court