DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN GEORGE, State Bar # 292332
ZUZANA S. IKELS, State Bar # 208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO DISREGARD NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF OR, IN THE ALTERNATIVE, TO GRANT DEFENDANTS LEAVE TO FILE A SURREPLY**<br><br>Date:    August 24, 2023<br>Time:    1:00 PM<br>Judge:   Hon. Donna M. Ryu<br>Place:   Courtroom 4 – 3rd Floor<br>         1301 Clay Street<br>         Oakland, CA 94612 |

The law is clear; when a party submits new evidence on reply, as Plaintiffs have done here, courts must either disregard the new material or allow the opposing party to respond. Accordingly, pursuant to Civil Local Rule 7-11, Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of Emergency Management (collectively, "Defendants") request that the Court grant Defendants leave to file a Surreply to respond to Plaintiffs' new evidence.

"It is improper for the moving party to 'shift gears' and introduce new facts or different legal arguments in the reply brief than presented in the moving papers." *Imtiaz Khan v. K2 Pure Sols., LP*, No. 12-CV-05526-WHO, 2013 WL 4734006, at *6 (N.D. Cal. Sept. 3, 2013) (cleaned up). If a party "raises a new argument or presents new evidence in a reply brief, a court may consider these matters only if the adverse party is given an opportunity to respond." *In re PersonalWeb Techs., LLC*, No. 18-md-02834-BLF, 2019 WL 1975432, at *1 (N.D. Cal. Feb. 6, 2019) (citation omitted); *accord Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996).

As Defendants explained in their Objections to Evidence Supporting Plaintiffs' Reply to Motion for Enforcement of Preliminary Injunction, Plaintiffs submitted five new or supplemental declarations that do not directly respond to arguments or evidence in Defendants' opposition to the motion to enforce the preliminary injunction, and thus constitute "new evidence." ECF No. 161 at 1-2.[1] In the Objections, Defendants, as required by the Local Rules, requested the Court strike the new evidence Plaintiffs submitted. *Id.*; *see Kwan Software Eng'g, Inc. v. Foray Techs., LLC*, No. C 12-03762 SI, 2014 WL 572290, at *1 n.1 (N.D. Cal. Feb. 11, 2014) ("If a party disputes the evidence filed in support of a reply brief, the proper procedure under the Local Rules is to file objections to the reply evidence, not a motion to strike the evidence. *See* Civ. L.R. 7–3(d)(1).").

To the extent the Court considers the new evidence, rather than ignores it, Defendants should be granted leave to file a surreply, which is attached as Exhibit A. *Samperio v. Davis,* No. 2:14-cv-

---

[1] Plaintiffs, in violation of Local Rule 7-3(d), filed a Response to Defendants' Objections to Evidence Supporting Plaintiffs' Reply to Motion for Enforcement of Preliminary Injunction. ECF No. 164. The Court should disregard this unpermitted filing.

2455 KJM AC P., 2015 WL 2455541, at *1 n.1 (E.D. Cal. May 22, 2015) (citation omitted) (allowing a surreply where a "valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief"); *Resnansky v. United States,* No. 13-cv-05133-DMR, 2015 WL 1968606, at *8 n.4 (N.D. Cal. May 1, 2013) (permitting "Defendant to file a Surreply to respond to the new evidence in Plaintiffs' Reply"); *Bautista v. Hunt & Henriques*, No. C-11-4010 JCS, 2012 WL 160252, at *3 n.1 (N.D. Cal. Jan. 17, 2012) (considering "the Surreply to the extent that it presents arguments regarding the new evidence submitted by Defendant"); *In re PersonalWeb Techs., LLC*, 2019 WL 1975432, at *1 (granting permission to file surreply to respond to new reply evidence); *United States v. Venture One Mortg. Corp.*, No. 13-CV-1872 W (JLB), 2015 WL 12532139, at *2 (S.D. Cal. Feb. 26, 2015) (declining to strike new arguments and evidence raised in the defendant's reply papers but allowing the plaintiff an opportunity to file a surreply addressing the new material).

      Finally, Defendants' proposed surreply is supported by declarations, including two, Arielle Piastunovich and Lucky Jordan, with potentially private information. Defendants file those provisionally under seal.

Dated: August 11, 2023

DAVID CHIU
City Attorney
YVONNE R. MERÉ
WAYNE SNODGRASS
MEREDITH B. OSBORN
JAMES M. EMERY
EDMUND T. WANG
RYAN C. STEVENS
KAITLYN MURPHY
MIGUEL A. GRADILLA
Deputy City Attorneys

By: s/Miguel A. Gradilla
     MIGUEL A. GRADILLA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT