DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN GEORGE, State Bar # 292332
ZUZANA S. IKELS, State Bar # 208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF JOHN H. GEORGE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR RELIEF FOR LEAVE TO FILE A SURREPLY**<br><br>Date:        August 24, 2023<br>Time:        1:00 PM<br>Judge:       Hon. Donna M. Ryu<br>Place:       Courtroom 4 – 3rd Floor<br>             1301 Clay Street<br>             Oakland, CA 94612<br><br>Trial Date:  April 15, 2024 |

I, John H. George, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for Defendants in this action. I submit this declaration to support Defendants' Motion for Administrative Relief for Leave to File a Surreply and pursuant to Civil Local Rule 7-11(a). If called as a witness, I could and would testify competently to the matters set forth herein.

2. Defendants have unsuccessfully attempted to obtain a stipulation with Plaintiffs to file the proposed sur-reply.

3. On August 10, 2023, I emailed Plaintiffs' counsel to notify them that Defendants intended to file an administrative motion requesting permission to file a sur-reply responding to Plaintiffs' new evidence submitted with their reply brief in support of their motion to enforce the preliminary injunction and requested they inform Defendants whether Plaintiffs would stipulate to such a sur-reply. After an exchange of emails, Plaintiffs' counsel informed me on August 11, 2023 that they would not stipulate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed August 11, 2023 in San Francisco, California.

*/s/ John George*
John George