DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN GEORGE, State Bar # 292332
ZUZANA S. IKELS, State Bar # 208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO DISREGARD NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF OR, IN THE ALTERNATIVE, TO GRANT DEFENDANTS LEAVE TO FILE A SURREPLY**<br><br>Date:      August 24, 2023<br>Time:      1:00 PM<br>Judge:     Hon. Donna M. Ryu<br>Place:     Courtroom 4 – 3rd Floor<br>           1301 Clay Street<br>           Oakland, CA 94612<br><br>Trial Date:    April 15, 2024 |

1   Pursuant to Civil Local Rules 7-11, Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of Emergency Management, (collectively, "Defendants"), submitted an Administrative Motion for Administrative Relief to Disregard New Evidence in Plaintiffs' Reply Brief Or, In The Alternative, To Grant Defendants Leave to File a Surreply.

Having considered Defendants' submissions, the Court hereby GRANTS Defendants' motion and:

1.   DISREGARDS the new evidence in the Reply Brief in support of Plaintiffs' Motion to Enforce included in the new Declarations of Dylan Verner-Crist, Zal Schroff, Tracey Luz, Toro Castaño, and Abimbola Myers, by STRIKING these declarations, and also DISREGARDS Plaintiffs' Response to Objections to Evidence Supporting Plaintiffs Reply to Motion for Enforcement of Preliminary Injunction, filed on August 8, 2023, by STRIKING that filing.

**OR**

2.   GRANTS LEAVE to Defendants to File a Surreply to respond to the new evidence filed by Plaintiffs in their Reply Brief. Defendants' Surreply, which is Exhibit A to the Administrative Motion, and the accompanying Request for Judicial Notice, and Declarations of Mark Mazza, Arielle Piastunovich, Alfredo Oropeza, Lucky Jordan, Jorge Morales, Pete Rincon, Michael Lunardelli, and Carl Berger are deemed filed as of the date of the Order.

IT IS SO ORDERED

DATE:_____

                                        Honorable Donna M. Ryu
                                        Judge, United States District Court