DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN GEORGE, State Bar # 292332
ZUZANA S. IKELS, State Bar # 208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**SUPPLEMENTAL DECLARATION OF CARL BERGER IN SUPPORT OF DEFENDANTS' SURREPLY TO NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**<br><br>Date:  August 24, 2023<br>Time:  1:00 PM<br>Judge:  Hon. Donna M. Ryu<br>Place:  Courtroom 4 – 3rd Floor<br>        1301 Clay Street<br>        Oakland, CA 94612<br><br>Trial Date:  April 15, 2024 |

I, Carl Berger, declare as follows:

1. I am an Acting Paramedic Captain with the San Francisco Fire Department (SFFD). I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. Currently, I am assigned to the Department of Emergency Management (DEM)'s Healthy Street Operations Center (HSOC) as an incident commander. In that role, while I am an SFFD employee, DEM supervises the work I do for HSOC. I previously submitted a declaration in this case. *See* Berger Decl., Dkt. 143-4.

3. I understand that Plaintiffs' counsel's investigator, Dylan Verner-Crist, submitted a declaration taking issue with a photo in my prior declaration regarding a JFO operation on March 3, 2023. *See* Verner-Crist Decl., Dkt. 157-5 at ¶¶ 21-22. As I previously stated, I was present at the JFO operation at or near Mission Street and 7th Street.

4. The three photos I included in my prior declaration at Exhibit F, *see* Berger Decl., Dkt. 143-10, were taken on the JFO incident commander's phone on March 3, 2023. The first picture at Exhibit F of my prior declaration is a picture of Jessie Street. *Id.*

5. After reviewing the JFO phone on which the pictures at Exhibit F of my prior declaration were taken, I learned that the first picture of Jessie Street was taken on March 3, 2023 at approximately 7:53 am. Approximately 2 hours later, at around 10:13 am, the second and third pictures of the feces soiled tent with needles inside at Exhibit F of my prior declaration were taken approximately 1 minute apart. *See* Berger Decl., Dkt. 143-10. This timeline of when the second and third pictures were taken is consistent with Mr. Verner-Crist's statement in his declaration in support of Plaintiffs' motion to enforce referencing a woman whose tent was discarded on March 3, 2023 sometime around 10:20 am. *See* Verner-Crist Decl., Dkt. 130-9 at ¶¶ 87-88.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 11TH day of August, 2023, at San Francisco, California.

_____
Carl Berger