DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF MICHAEL LUNARDELLI IN SUPPORT OF DEFENDANTS' SURREPLY TO NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**<br><br>Date:     August 24, 2023<br>Time:     1:00 PM<br>Judge:    Hon. Donna M. Ryu<br>Place:    Courtroom 4 – 3rd Floor<br>          1301 Clay Street<br>          Oakland, CA 94612<br><br>Trial Date: April 15, 2024<br><br>Attachment: Exhibit A |

I, Michael Lunardelli, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am a General Laborer with the Bureau of Street Environmental Services ("BSES") division of the San Francisco Department of Public Works ("DPW"). I have been with DPW for over 4 years. BSES is a division of DPW that keeps streets, sidewalks and other public spaces clean with mechanical street sweepers, manual cleaning work crews, graffiti abatement and power washing. As a Zone laborer, I am assigned to one of six geographic "zones" in the City, designated as A-F. Zone laborers respond to complaints about the streets and sidewalks within their zone. These complaints come from City employees and members of the public.

3. I am assigned to Zone B, which includes the Tenderloin and surrounding neighborhoods where Joint Field Operations ("JFO") is conducted. I have been a laborer in Zone B for approximately a year. In addition to complaint-driven work, Zone laborers who work Zone B, like myself, can also be assigned to support JFO. I am frequently assigned to support JFO.

4. During JFO operations, I primarily remove garbage and debris and clean the sidewalks. I sweep around tents and offer large black trash bags to unhoused individuals so that they can collect their trash for DPW to throw away for them. While performing my work, I have come across hazardous materials, such as needles and feces, as well as, spoiled food, soiled mattresses and clothing, and other discardable items. Only after individuals have had the opportunity to collect the property they would like to keep and put out anything they want DPW to discard does DPW use the steamer to clean the sidewalks at the encampment.

5. I am familiar with DPW's bag and tag policy as written and DPW's practices regarding bagging and tagging items at JFO.

6. When cleaning as part of JFO, I remove garbage, debris, and items that have been abandoned by its owner. This may also include items that the owner has asked DPW to remove for them. I also remove items that present an immediate health or safety risk, such as needles, items that are soiled by human waste, bodily fluids, mold, or mildew, or items infested by rodents or insects.

7. I do not discard unattended property unless it presents an immediate health or safety risk. After abandoned, discarded, and hazardous items are removed, I either leave the remaining items where they are and clean around the items or I bag and tag the items.

8. I have been trained on DPW's bag and tag policy. Bag and tag issues have also been raised during tailgate meetings, which are all-hands meetings that typically happen at the beginning of each shift.

9. I was assigned to the JFO operation on April 25, 2023 at or near Larkin Street and Eddy Street. I do not recall discarding an unattended or abandoned tent during the JFO on April 25, 2023. In my experience with JFO operations at or near that location, that location is usually a place where people hang out and typically there are no tents at that location. I would not have discarded a tent unless it presented a health and safety risk, such as being soiled or littered with needles or other hazardous materials.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August 8, 2023 at San Francisco, California.

*Michael Lunardelli*
Michael Lunardelli

DECL. LUNARDELLI ISO SURREPLY         3
CASE NO. 4:22-cv-05502-DMR