DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4675 (Snodgrass)
               (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3307 (Ikels)
Facsimile:     (415) 554-4699
E-mail:        wayne.snodgrass@sfcityatty.org
               edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF MARK MAZZA IN SUPPORT OF DEFENDANTS' SURREPLY TO NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**<br><br>Date:   August 24, 2023<br>Time:   1:00 PM<br>Judge:  Hon. Donna M. Ryu<br>Place:  Courtroom 4 – 3rd Floor<br>        1301 Clay Street<br>        Oakland, CA 94612<br><br>Trial Date: April 15, 2024<br><br>Attachments: Exhibits A-B |

I, Mark Mazza, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I was the Outreach Manager of the San Francisco Department of Homelessness and Supportive Housing ("HSH") from August 2020 until October 2022, and was previously in the interim role since January 2020. As the Outreach Manager of the HSH, a portion of my role was to manage the work of the San Francisco Homeless Outreach Team ("SFHOT"). Additionally, I worked in various capacities for HSH since May 2016. Before that I worked for San Francisco's Department of Public Health from March 2013 until May of 2016. Before joining the City in 2013, I worked twelve years as a counselor, therapist and behavioral health specialist at nonprofits and schools. I received a Master's Degree in social work in 2006 from Virginia Commonwealth University.

3. I currently serve as the Tenderloin Street Operations Manager of the Department of Emergency Management ("DEM"). My job duties include managing the Tenderloin Joint Field Operation ("JFO").

**April 25, 2023 JFO Operation At Larkin Street And Eddy Street**

4. JFO was at Larkin Street and Eddy Street on April 25, 2023. This was the only time JFO was at Larkin Street and Eddy Street in April 2023.

**July 6, 2023 HSOC Operation**

5. I understand that Plaintiffs take issue with barricades that were placed on Taylor Street following HSOC operation at or near Taylor Street and Ellis Street on July 6, 2023. These barricades were placed alongside Mercy Housing's Presentation Senior Community, which not only houses seniors, but includes an adult day health center, Presentation Day Health, run by SteppingStone, that serves the residents of Presentation Senior as well as seniors from the surrounding neighborhood. The barricades were an effort to address and prevent the repeated obstruction of the sidewalk and free passage of the seniors, many of whom use wheelchairs, who reside at Presentation Senior or are trying to access health services at Presentation Day Health.

6. The sidewalks fronting and adjacent to Presentation Senior and Presentation Day Health were the subject of repeated complaints from Presentation Senior and Presentation Day Health

about, among other things, the obstruction of the sidewalk. Many of the complaints from Presentation Senior and Presentation Day Health concern declarant Abimbola Myers and his partner and their bike chop shop. Attached hereto as **Exhibit A** are true and correct copies of emails from representatives of Presentation Senior and Presentation Day Health regarding the conditions at Taylor Street and Ellis Street before the July 6, 2023 HSOC outreach.

7. I understand that Plaintiffs' declarants contend they understand requests to move for cleaning to be requests to move permanently. Plaintiffs' declarants' contentions are belied by the fact that individuals have regularly returned to the area, including after the barricades were placed alongside Presentation Senior and Presentation Day Health. Presentation Senior and Presentation Day Health continue to complain about re-encampment at the subject location, including after the barricades were placed on Taylor Street. Individuals have used the barricades to create structures that further obstruct the sidewalk and the free passage of the seniors residing at Presentation Senior and accessing services at Presentation Day Health. Attached hereto as **Exhibit B** are true and correct copies of more emails from representatives of Presentation Senior and Presentation Day Health regarding the conditions at Taylor Street and Ellis Street after the July 6, 2023 HSOC outreach.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed August 8, 2023 in San Francisco, California.

_____
MARK MAZZA