# EXHIBIT A

# TO

# DECLARATION OF MARK MAZZA IN SUPPORT OF DEFENDANTS' SURREPLY TO NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

**From:** Sally Chiu < ▮▮▮Redacted▮▮▮ >
**Sent:** Thursday, June 1, 2023 4:12 PM
**To:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>; Esan Looper < ▮▮▮Redacted▮▮▮ >
**Cc:** ▮▮▮Redacted▮▮▮
**Subject:** Re: 300 Block Safety issues

Thank you very much. Christy used to email this schedule to us before. Thank you for sharing 😊

Best Regards,


# Sally Chiu

SENIOR PROPERTY MANAGAER | PRESENTATION SENIOR COMMUNITY | MHMG
*she/her/hers*

▮▮▮Redacted▮▮▮

**From:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Sent:** Thursday, June 1, 2023 3:47 PM
**To:** Sally Chiu < ▮▮▮Redacted▮▮▮ >; Esan Looper < ▮▮▮Redacted▮▮▮ >
**Subject:** [EXTERNAL] Re: 300 Block Safety issues

**EXTERNAL EMAIL -** Please use caution with email links or attachments.

Hi,
We will be there again tomorrow. I've attached the JFO schedule. We meet at 9:00 at eddy and Taylor each time we are in zone 3.

I share your frustration. Everyone deserves better, both housed and unhoused.

Unfortunately we cannot come more often, as we have a large area to cover with a small amount of time each day (9am-1pm). With that said, we will keep working on this and the location is a priority.

1

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Sally Chiu < Redacted >
**Sent:** Thursday, June 1, 2023 3:13:12 PM
**To:** Esan Looper < Redacted >; Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Subject:** Re: 300 Block Safety issues

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Hi Esan and Mark
My staff and I have been calling the non-emergency police calls and they kept saying that they have our records of encampment and loitering, noise, music, debris all over the sidewalk and etc that we have reported but it is still PENDING. I have seen TLCBD truck scame from time to time to power wash the Taylor Street. However, I found out it was inconsistent that sometimes doesn't come at all for the week. May I know the schedule that I can share with my staff? We called this morning for the urines smell and our seniors from Taylor street side of our building complaints about bad smell such as fences, urine, dog barking, music and people talk out from day to night. It is such chaotic situation for so many months and no improvement from the polices. The encampment is completely blocked the sidewalk and all people has to walk on the road to pass by.
Again, could you able to send someone to come more often for our Taylor side of the side walk encampment issues? Greatly appreciate with any help!







Best Regards,

## Sally Chiu

SENIOR PROPERTY MANAGAER|PRESENTATION SENIOR COMMUNITY|MHMG
*she/her/hers*



**From:** Esan Looper < Redacted >
**Sent:** Monday, May 22, 2023 2:24 PM
**To:** Steve Binnquist < Redacted >; Mazza, Mark (HOM) <Mark.Mazza@sfgov.org>
**Cc:** Redacted

**Subject:** [EXTERNAL] Re: 300 Block Safty Group TODAYS MEETING VIA ZOOM

EXTERNAL EMAIL - Please use caution with email links or attachments.

Hey Steve and Mark! I want to be sure you two know each other. Mark is the person I mentioned at the meeting today. He's always happy to build relationship with folks who are in relationship with those who are unhoused. He would also be interested in meeting with this group to help you understand the work he is doing with the unhoused as well as the limit of the city's ability to enforce the camping laws.

Mark, Steve Binquist is one of the leads at YWAM. He is convening those on the 300 block of Ellis. I hope you both can take it from here! The next meeting is going to be the 4th Monday of June at 1:30pm. There will be a hybrid option.

On Mon, May 22, 2023 at 11:22 AM Steve Binnquist < ████ Redacted ████ > wrote:

> Hey all,
> Due to some unforeseen circumstances, we will be meeting via ZOOM!
>
>
> Here is the Zoom link
>
> Steve Binnquist is inviting you to a scheduled Genesis Zoom meeting.
>
> Topic: 300 Block..
> Time: May 22, 2023 01:15 PM Pacific Time (US and Canada)
>
> Join Zoom Meeting
> https://genesis.zoom.us/j/92749518557?pwd=YkNXdjFhY0YwekNPeTRFQ2M4ZmJYZz09
>
> Meeting ID: 927 4951 8557
> Password: 428452
> One tap mobile
> +16699009128,,92749518557#,,#,428452# US (San Jose)
> +16694449171,,92749518557#,,#,428452# US
>
> Dial by your location
> +1 669 900 9128 US (San Jose)
> +1 669 444 9171 US
> +1 719 359 4580 US
> +1 253 205 0468 US
> +1 253 215 8782 US (Tacoma)
> +1 346 248 7799 US (Houston)
> +1 646 558 8656 US (New York)
> +1 646 931 3860 US
> +1 689 278 1000 US
> +1 301 715 8592 US (Washington DC)
> +1 305 224 1968 US
> +1 309 205 3325 US
> +1 312 626 6799 US (Chicago)
> +1 360 209 5623 US
> +1 386 347 5053 US
> +1 507 473 4847 US
> +1 564 217 2000 US
> +61 8 6119 3900 Australia
> +61 8 7150 1149 Australia
> +61 2 8015 6011 Australia
> +61 3 7018 2005 Australia
> +61 7 3185 3730 Australia
> +47 2400 4736 Norway
> +47 2400 4735 Norway
> +44 208 080 6591 United Kingdom

+44 208 080 6592 United Kingdom
+44 330 088 5830 United Kingdom
+44 131 460 1196 United Kingdom
+44 203 481 5237 United Kingdom
+44 203 481 5240 United Kingdom
+44 203 901 7895 United Kingdom
+31 20 794 0854 Netherlands
+31 20 794 6519 Netherlands
+31 20 794 6520 Netherlands
+31 20 794 7345 Netherlands
+31 707 006 526 Netherlands
+31 20 241 0288 Netherlands
Meeting ID: 927 4951 8557
Password: 428452
Find your local number: https://genesis.zoom.us/u/a6deYjXyO

Join by Skype for Business
https://genesis.zoom.us/skype/92749518557

**Join with Google Meet**

**Meeting link**
meet.google.com/iht-pgsp-grf

**Join by phone**
(US) +1 929-238-0668
PIN: 689540773

More phone numbers

## 300 Block Safty Group

Monday May 22, 2023 · 1pm – 2pm (Pacific Time - Los Angeles)

This was the date that Seemed best in the group.

Peace to you all.
Steve

**Guests**

Steve Binnquist - organizer

Redacted



--
Esan Looper
Director - Community Organizing
Pronouns: He | Him | His | why pronouns matter
Tenderloin Community Benefit District
Redacted
....A Vibrant Community For All

Subscribe to Tenderloin Talk, *a monthly e-newsletter of TLCBD's work and other neighborhood happenings.*

**From:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Sent:** Wednesday, June 14, 2023 5:13 PM
**To:** Sally Chiu ████████ Redacted ████████
**Cc:** ████████ Redacted ████████
**Subject:** Re: Cleaned up on Taylor Street

Sally,
I don't have the power to tell other departments how to do their jobs. I coordinate the work of a small team. I wish I could do more but I am limited.

Happy to talk next time we are in that neighborhood. Let's connect next time I'm at Ellis/Taylor. I'll call you when I am there

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Sally Chiu ████████ Redacted ████████
**Sent:** Wednesday, June 14, 2023 4:54:52 PM
**To:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Cc:** ████████████████████████
**Subject:** RE: Cleaned up on Taylor Street

The cones picked up from the SFMTA.

Regarding the 4 feet of ADA access... I have circled in the photo where their tents located, it is not enough 4 feet. This is a 2 feet clearance. Also, you said other places is in priority for the barricades so the DPW took those extra barricades from the rear end on Ellis Street, which I texted you that DPW almost removed all barricades on the Ellis Street. Captain Chin said we need the barricades on Taylor Street too. If these homelessness continue to loitering here after the barricades in place, they can take action to tell them to leave because of the ADA access... Please let us know when you can coordinate this. I received more and more residents complaints about noise at night from these group of encampment on Taylor St to request a unit transfer. I also have many residents moving out of this housing due to the homelessness by our building. I am very exhausted each day facing this problem. I hope you do understand and feels our pain.



Best Regards,

## Sally Chiu

SENIOR PROPERTY MANAGAER | PRESENTATION SENIOR
COMMUNITY | MHMG
*she/her/hers*

**mercy** HOUSING



Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm

**From:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Sent:** Wednesday, June 14, 2023 11:58 AM
**To:** Sally Chiu ████████ Redacted ████████
**Subject:** [EXTERNAL] RE: Cleaned up on Taylor Street

EXTERNAL EMAIL - Please use caution with email links or attachments.

Hi Sally,

Per DPW code, there is a certain amount of bikes this individual is allowed to retain. Per the injunction, the couple are expected to move for cleaning but allowed to return after cleaning as long as 4 feet of ADA access is retained. SFPD warned the couple about blocking the sidewalk. The cones are property of the couple, so we cannot take them away (I will double check this).

I know this is frustrating, but we must only do what we are legally allowed to do. Outreach is continuing to work with this couple and it has proven to be a very difficult situation. We will keep working on this.

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

**From:** Sally Chiu ███████ Redacted ███████
**Sent:** Wednesday, June 14, 2023 11:54 AM
**To:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Subject:** Cleaned up on Taylor Street

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Hi Mark,
I have texted you about Thank you for coming out this morning and I am sure you have spoke to this guy and his girlfriend. Again after the DPW, power washed and Fire Department left, this guy went back to Ellis Street rear end and took at least another 7-10 bikes to Taylor street and continuing to fix bikes. However, the cleaning team didn't take back the orange cones and this seem like giving this guy more spaces to work on the curbside holding up the street for him? I just didn't get it.



Best Regards,

**Sally Chiu**
SENIOR PROPERTY MANAGAER|PRESENTATION SENIOR
COMMUNITY|MHMG
*she/her/hers*



Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm

**From:** Sally Chiu < ​Redacted​ >
**Sent:** Wednesday, June 28, 2023 2:38 PM
**To:** Chin, Sergio (POL) <Sergio.Chin@sfgov.org>
**Cc:** Larisa Abramova Redacted ; Jess Koehn Redacted
Redacted ; Steve Binnquist < ​Redacted​ >; David Elliott Lewis
Redacted ; Matteo Milesi Redacted >; Edgar Perez
Redacted ; Lily Sun Redacted ; Fang Huang
< Redacted ; Mazza, Mark (CPC) <mark.mazza@sfgov.org>; Dodge, Samuel (DEM)
<sam.dodge@sfgov.org>; FirePIO, FIR (FIR) <firepio@sfgov.org>; Esan Looper <e​Redacted​ ;
​Redacted​ ; Edgar Perez ​Redacted​ >; Matteo Milesi
< Redacted Steve Binnquist < ​Redacted​ >; DPH-ggundry
Redacted >; David Elliott Lewis Redacted ; The
Coronado Redacted Lillian Mark < ​Redacted​ >; Andrea
Aguinaldo Redacted
**Subject:** Noise and fire on Taylor- this is unacceptable
**Importance:** High

Hi Captain Sergio Chin,

This is unacceptable from these homeless people that has been disturbing to all our residents and the surrounding neighbors. As you knew the condition of encampment on Taylor Street, it has not been better but got worsen after our in-person meeting with you on June 08th, 2023. In fact, lately this homeless person who collected lots of bicycles with his girlfriend, making loud music at night and I mean at 12am, 1am or even 2am. I also see fireworks at 2:57am. Today, 6/28/203 at 1:15pm, they even had an accident of fire… the girl didn't know what to do and just walked away. This camp site fire is just outside of my office and this putting everyone at risk!!!(please see attached video for this incident). I have spoke to many City Agencies and they all agreed what you also mentioned our Taylor Street is much narrower than other blocks. This is enough answer that these encampment shouldn't be still staying here. I also heard that sooner they will give out tickets but action has not been taken. Who is hesitating to do this? I live onsite so I know exactly how much anger I have the same as my tenants who came down to complain to me about the noise in the middle of the night (over acceptable music noise volume that they played). I have called non-emergency calls, put in 311 in my app to place that services as well. Throughout the night I didn't see any police officers came by except police cars passed by through unstop while they knew music was loud on the sidewalk. I didn't see any police officer patrolling in our area which you mentioned that you could do that.
I also gets residents' family members to complain about this about their parents lacking of sleep that creating their health issues and unsafe to walk through the road, not on the sidewalk because there wasn't enough spaces for them to walk. My previous video and hope you have watched that many people has to walk on the road and included people on wheelchair. When our residents can deserve some peaceful here. What is holding the City to let these homelessness staying to cause so much health hazard and unsafe condition? Does the City needs the Media to draw them attention or unless someone die on the road that would be hit by the vehicle because they were walking on the road, not on the sidewalk? I am asking what other alternative that Mercy Housing can step-in to get our residents and employees in a safety and healthy environment.

Sincerely
Sally Chiu, Senior Property Manager









Best Regards,

## Sally Chiu

SENIOR PROPERTY MANAGAER|PRESENTATION SENIOR
COMMUNITY|MHMG
*she/her/hers*

<!-- Redacted signature block -->
Redacted

Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm

**From:** Nicole Clause < Redacted >
**Sent:** Monday, June 26, 2023 6:53 PM
**To:** Sally Chiu < Redacted >; Mazza, Mark (CPC) <mark.mazza@sfgov.org>; Chin, Sergio
(POL) <Sergio.Chin@sfgov.org>; Dodge, Samuel (DEM) <sam.dodge@sfgov.org>; Esan Looper
Redacted >; DPW, (DPW) <dpw@sfdpw.org>; sfpdtenderlionstation@ci.sf.ca.us;
FirePIO@sfgov.org
**Cc:** Larisa Abramova Redacted >; Jess Koehn Redacted ;
Redacted ; Steve Binnquist < Redacted >; Kate Robinson < Redacted >;
Redacted ; Matteo Milesi < Redacted >; Edgar Perez
< Redacted >; Lily Sun < Redacted ; Fang Huang
Redacted >
**Subject:** [EXTERNAL] Re: 7 tents on Taylor Street plus loud music and fireworks at 12:20am on 6/21/23

EXTERNAL EMAIL - Please use caution with email links or attachments.

Hi Sally,

I share your frustration as I left the June 8 Community meeting that you scheduled here at
Presentation Senior Community feeling hopeful that action would finally be taken to enforce
sidewalk accessibility when Tenderloin Station Captain Sergio Chin announced that barricades
would be placed along the Taylor Street side of the building the next day so that the police
would be able to enforce 4 feet sidewalk accessibility laws. He announced this at the end of the
meeting after placing some calls and to a round of applause from all of us present.

It has been almost 3 weeks since this meeting and there are still no barricades, the tents are
still present, and seniors and adults with disabilities, especially those using devices such as
walkers and wheelchairs for ambulation, are using the street for passage.

I understand that the December 23, 2022 injunction has prohibited the enforcement of some
laws pertaining to homeless encampments, but do not understand why encampments cannot
be relocated to safer spaces such as public parks or land where they are not impeding on others
right to safe passage. The Presentation Senior Community and our onsite Adult Day Health

center serve seniors and adults with disabilities, and they deserve the right to be able to access the community in which they live.

Sincerely,


Nicole Clause

Program Director

Stepping Stone Presentation Day Health

███ Redacted ███

---

**From:** Sally Chiu ███ Redacted ███
**Sent:** Wednesday, June 21, 2023 10:31 AM
**To:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>; Chin, Sergio (POL) <Sergio.Chin@sfgov.org>; Dodge, Samuel (DEM) <sam.dodge@sfgov.org>; Esan Looper < ███ Redacted ███ >; DPW, (DPW) <dpw@sfdpw.org>; sfpdtenderlionstation@ci.sf.ca.us <sfpdtenderlionstation@ci.sf.ca.us>; FirePIO@sfgov.org <FirePIO@sfgov.org>
**Cc:** Larisa Abramova ███ Redacted ███ ; Nicole Clause ███ Redacted ███ ; Jess Koehn < ███ Redacted ███ ███ Redacted ███ ; Steve Binnquist ███ Redacted ███ ; Kate Robinson ███ Redacted ███ ███ Redacted ███ Matteo Milesi ███ Redacted ███ Edgar Perez ███ Redacted ███ ; Lily Sun ███ Redacted ███ ; Fang Huang ███ Redacted ███
**Subject:** 7 tents on Taylor Street plus loud music and fireworks at 12:20am on 6/21/23

Hi all,
As you all well aware of the encampment on Taylor Street, the guy who collected bikes quicker than DPW helped him hauled away his unwanted bikes, parts and debris that he created on Taylor Street. Since June 8th, 2023, from the meeting with Captain Chin, our seniors' residents, neighborhood and staffing at 301 Ellis Street has been hoping to have better attention from all city departments as we been told to have barricades to put on the Taylor Street between Ellis and Eddy, where the photo below exact area. However, the encampment has been larger and larger, from one tent increased to 7 tents. I do live onsite and my apartment also facing on Taylor Street so I do completely understand how angry and frustrating from the side of my senior residents feel. Last night, 6/20/23 at 11:30pm until 12:20am, someone from outside that I believe from the encampment homeless turned on super loud music which I waked up immediately and couldn't sleep. I called non-emergency for this reason but then at 12:20am, there was fireworks right on the same block. I called 911 for this reason as well.
We at Presentation Senior Community has mostly frail seniors in addition to an Adult Day Health Center on site and a Theater on Taylor Street. Our residents have complained about the noise, encampment that have no pathway to go through the sidewalk on Taylor Street and difficulties to pass by the YWAM to get their weekly food pantry. Addition, the attachment was taken by me when on my way back to our garage on Taylor Street, a senior with his wheelchair, had to go through the road instead of the

pedestrian walkway. This video is an good example of how daily residents that lives here couldn't get their rights to walk on the sidewalk. The ADA 4 feet pathway wasn't enforce by law enforcement. The homeless argued back that 2 feet is enough for people to pass through when I tried to talk to them. This is so unacceptable manner and action that they took.

I understand that SFPD issued Department Notice that were published on 1.25.23 for the" Enforcement of Law and Ordinance for Homeless Individuals Sitting, Lying, or Sleeping on Public Property". I don't agree that they have the right to disturb the peace of others, especially frail seniors. In fact, we, as citizen, have the right to object and complain about the noise, the bike repair lighted up the rubber smell, drug users smoking their pots that goes into our building, apartments. I feel these chaotic situations are going above and beyond what is reasonable and at this point, their assembly is disruptive and disturbing to our neighborhood!

We are trying hard to improve the atmosphere of the TL and I believe we are achieving that goal with collaboration from all city departments. My residents are asking me to write a letter to our Mayor or anyone that could able to hear from their side to get back their normal life that they deserved. No one deserved to walk on the road to get through to the park, food pantry, essential needs. This tents and homelessness loitering right in front of their tents blocked the entire sidewalk. This is again unacceptable for any human being.



Best Regards,

**Sally Chiu**
SENIOR PROPERTY MANAGAER|PRESENTATION SENIOR
COMMUNITY|MHMG
*she/her/hers*

| | Redacted | | | | |

Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm

**From:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Sent:** Friday, June 16, 2023 12:26 PM
**To:** Sally Chiu <​Redacted​>; Chin, Sergio (POL) <Sergio.Chin@sfgov.org>; Dodge, Samuel
(DEM) <sam.dodge@sfgov.org>; Esan Looper Redacted>; DPW, (DPW) <dpw@sfdpw.org>
**Cc:** Larisa Abramova Redacted Redacted; Jess
Koehn Redacted
**Subject:** [EXTERNAL] RE: Additional tents on Taylor Street

EXTERNAL EMAIL - Please use caution with email links or attachments.

Thank you, Sally. We will continue working on this.

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

**From:** Sally Chiu Redacted
**Sent:** Friday, June 16, 2023 11:47 AM
**To:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>; Chin, Sergio (POL) <Sergio.Chin@sfgov.org>; Dodge,
Samuel (DEM) <sam.dodge@sfgov.org>; Esan Looper Redacted>; DPW, (DPW)
<dpw@sfdpw.org>
**Cc:** Larisa Abramova Redacted; Jess
Koehn Redacted
**Subject:** Re: Additional tents on Taylor Street

Thank you Mark for your consistency coordinated with multi departments to provide our residents,
commercial tenants and staff a better environment almost every day. We all do really appreciated you
and Esan's effort to talk these homelessness that has been causing all our seniors, specially at night time
when all staff are gone for the day. Like the photos below, our residents and commercial tenant,
Cuttingball Theater doesn't deserved to have someone smoking pots and having a big mattress set up
just right in front of a "theater".

However, I really appreciated the DPW, DEM and police officers comes out as much as you can so hopefully these homelessness would be tired of loitering here as your teams comes out often. And hopefully the barricades can be set up on Taylor Street soon. That is our best hope!





Best Regards,

**Sally Chiu**
SENIOR PROPERTY MANAGAER | PRESENTATION SENIOR
COMMUNITY | MHMG
*she/her/hers*



Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm

**From:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Sent:** Thursday, June 15, 2023 7:09 PM
**To:** Sally Chiu            Redacted            ; Chin, Sergio (POL) <Sergio.Chin@sfgov.org>; Dodge, Samuel

(DEM) <sam.dodge@sfgov.org>; Esan Looper ▮▮▮Redacted▮▮▮ >; DPW, (DPW) <dpw@sfdpw.org>
Cc: Larisa Abramova ▮▮▮▮▮▮Redacted▮▮▮▮▮▮
Subject: [EXTERNAL] Re: Additional tents on Taylor Street

EXTERNAL EMAIL - Please use caution with email links or attachments.

Hi Sally,
Again, I dont work for dpw. I work for DEM. I coordinate a multi departmental approach to street conditions. We have a very limited amount of staff and only a handful hours daily to address a large area. I do not have staff that report to me directly and I do not have the authority to direct how departments prioritize their resources.

I empathize with your struggles and I want to improve conditions. For the team I oversee, we have prioritized your block. We will continue to do so. As I've said, however, I'm limited in my ability to affect change. I wish I could do more, but this is the reality of my capacity.

Mark Mazza, LCSW

Tenderloin Street Operations Manager

City and County of San Francisco

Department of Emergency Management

---

From: Sally Chiu <▮▮▮Redacted▮▮▮
Sent: Thursday, June 15, 2023 5:26:17 PM
To: Chin, Sergio (POL) <Sergio.Chin@sfgov.org>; Mazza, Mark (CPC) <mark.mazza@sfgov.org>; Dodge, Samuel (DEM) <sam.dodge@sfgov.org>; Esan Looper ▮▮▮Redacted▮▮▮ DPW, (DPW) <dpw@sfdpw.org>
Cc: Larisa Abramova ▮▮▮▮▮▮Redacted▮▮▮▮▮▮
▮▮▮Redacted▮▮▮
Subject: Additional tents on Taylor Street

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Hi all

After our excited meeting and plans from last Thursday, 06/08/2023 meeting at Presentation Senior Community, not just myself but all staff and residents were so looking forward for improvement on our sidewalk such as getting barricades on Taylors. Get more polices to patrol on our blocks. These plans could possible eliminate tents being set up on Taylor due to the new ordinance- 4 feet ADA accessible and noise disturbing business, residents. However, as of today, there was no barricades being set up on Taylor Street. Thank you Mark that you came out on Wednesday, 06/14 and spoke to one of the tent that he accumulated bikes and the DPW took lots of his unwanted bikes but within 15-30 minutes after the City law enforcement left, this homeless brought in more bikes from other side of the street on Ellis street. Since last night, additional more tents set up on Taylor Street. I have more tenants came forward to me this morning about what happened to the plan of getting barricades and why after the meeting from last Thursday, tents and homelessness increased, instead of decreasing. I am very frustrating and felt very helpless here. Someone told me that other places were in the propriety of set up barricades so they took extra barricade on Ellis rear side. When can our seniors here get propriety for their health, safety, and enjoy their quite enjoyment?

These photos just took at 5pm.





Best Regards,

**Sally Chiu**
SENIOR PROPERTY MANAGAER|PRESENTATION SENIOR
COMMUNITY|MHMG
*she/her/hers*



Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm