**EXHIBIT B**

**TO**

**DECLARATION OF MARK MAZZA IN SUPPORT OF DEFENDANTS' SURREPLY TO NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**

**From:** Sally Chiu <Redacted>
**Sent:** Thursday, July 20, 2023 4:49 PM
**To:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>; Esan Looper <Redacted>
**Subject:** Re: Taylor Street/Ellis St- need comers causing problem again

Thank you Mark! We had our Resident Meeting today. Many of the residents that their apartment is facing the Taylor Street, recommended to do a strike at the TLSFPD station. I told them that Captain Chin is now on vacation. I told them that actually there was a resident went to the SFPD station to report of her concerns and her health due to the music were loud and some drum loud noise and a guy was fixing the bikes from 11pm-4am that causing the noise as well. Once awhile there was fireworks too. We really did what we could. I know it will get better but with patients and work together. I will continue to educate them to call and report for any activities outside of our building to all city departments.
Thank you Mark and I know you are taking care all the residents of the TL. You actually have the toughest job!!
P.S, I really wish the SFPD gives them tickets each day…

Best Regards,

## Sally Chiu

SENIOR PROPERTY MANAGAER|PRESENTATION SENIOR COMMUNITY|MHMG
*she/her/hers*

Redacted

Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm

**From:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Sent:** Thursday, July 20, 2023 11:52 AM
**To:** Sally Chiu <Redacted>; Esan Looper <Redacted>
**Subject:** [EXTERNAL] Re: Taylor Street/Ellis St- need comers causing problem again

EXTERNAL EMAIL - Please use caution with email links or attachments.

What you saw is the extent of my ability. I will continue trying. Please continue to copy police on emails related to crime and the fire department related to all fire concerns. I will continue to do all that I can.

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Sally Chiu  Redacted
**Sent:** Thursday, July 20, 2023 11:46:20 AM
**To:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>; Esan Looper < Redacted >
**Subject:** RE: Taylor Street/Ellis St- need comers causing problem again

Hi Mark
This morning the Team came out but not much improvement except did some power wash. Here is the condition even while several departments were here. And, for the past three nights, loud music that played more than 1.5 hours and last night at 2:30am, one of the homeless guy made fire on the very last tree on Taylor but burned his belonging and cardboard. This could create a fire if winds blew hard that put us in a risk…. Again, these new comers are new and cause more problems. The bike collector took the car parking area and built himself with his plastic barricades…. I did called 311, non emergency calls. Matt Mason and Captain Chin never respond to any of my emails.



Best Regards,

**Sally Chiu**
SENIOR PROPERTY MANAGAER|PRESENTATION SENIOR COMMUNITY|MHMG
*she/her/hers*

Redacted

Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm

---

**From:** Sally Chiu
**Sent:** Tuesday, July 18, 2023 6:01 PM
**To:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>; Esan Looper < Redacted >
**Subject:** Taylor Street/Ellis St- need comers causing problem again

Hi Mark
I called at 5:15pm for little emergency and the police came but after the guy done using his tools to damage the barricade. The homeless guy pull out the barricade to build his tent to avoid the wind. The police came and just tell the

3

homeless guy not to pull the barricade and then didn't say anything else and left even I was there to tell them that this wasn't given anyone the 4 feet ADA access to the sidewalk. The police aren't helpful at all.



Best Regards,

**Sally Chiu**
SENIOR PROPERTY MANAGAER|PRESENTATION SENIOR COMMUNITY|MHMG
*she/her/hers*

Redacted

Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm

**From:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Sent:** Tuesday, July 18, 2023 1:41 PM
**To:** Sally Chiu Redacted ; Esan Looper Redacted
**Subject:** [EXTERNAL] RE: JFO schedule July 2023

EXTERNAL EMAIL - Please use caution with email links or attachments.

No worries. Keep the emails coming. They are helpful.

4

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Sally Chiu <Redacted>
**Sent:** Tuesday, July 18, 2023 1:39 PM
**To:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>; Esan Looper <Redacted>
**Subject:** RE: JFO schedule July 2023

Thank you Mark. I just want to keep informing you both about the condition on Taylor Street. We did called Non-emergency and 311 from management. We did continue to educate and encourage our residents, guests, employees and family members of the residents to call and report the issue. Please accept my future emails that I will continue to emails you both about Taylor Street; otherwise, you both would think everything is fine since Sally didn't email anymore.

Best Regards,

## Sally Chiu
SENIOR PROPERTY MANAGAER|PRESENTATION SENIOR COMMUNITY|MHMG
*she/her/hers*

Redacted

Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm

---

**From:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Sent:** Tuesday, July 18, 2023 1:26 PM
**To:** Sally Chiu <Redacted>; Esan Looper <Redacted>
**Subject:** [EXTERNAL] RE: JFO schedule July 2023

EXTERNAL EMAIL - Please use caution with email links or attachments.

We will be there on Thursday. Unfortunately we need to address other blocks tomorrow that are in just as poor shape, sometimes worse. I will continue to advise you and your residents to utilize the 311 app to report these concerns consistently. I appreciate your emails, but they are no replacement for 311 submissions. If the city receives consistent 311 tickets, that will increase city services directed at that location. I can't stress this enough.

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Sally Chiu <Redacted>
**Sent:** Tuesday, July 18, 2023 1:11 PM
**To:** Esan Looper <Redacted>; Mazza, Mark (CPC) <mark.mazza@sfgov.org>
**Subject:** JFO schedule July 2023

5

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Hi Esan, for the last few days, the condition on Taylor Street. There was some graffiti by our wall on Taylor and we can't get access to the area as these "new faces" homelessness taking over the entire half of the Taylor Street where almost no pathway. Wondering if tomorrow can send the City departments to clear the street again as I was expect today they would come.



Best Regards,

**Sally Chiu**
SENIOR PROPERTY MANAGAER|PRESENTATION SENIOR COMMUNITY|MHMG
*she/her/hers*

Redacted

Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm

**From:** Esan Looper < Redacted >
**Sent:** Monday, July 3, 2023 1:27 PM

6

**To:** Esan Looper <Redacted>
**Subject:** [EXTERNAL] Fwd: JFO schedule July 2023

**EXTERNAL EMAIL -** Please use caution with email links or attachments.

thought you'd be interested

---------- Forwarded message ---------
From: **Mazza, Mark (CPC)** <mark.mazza@sfgov.org>
Date: Tue, Jun 27, 2023 at 11:53 AM
Subject: JFO schedule July 2023
To: Haddadan, Kimia (CPC) <Redacted>, <Redacted> Esan Looper <Redacted>, Helene Sautou <Redacted>, Stephen Gibson <Redacted>, fernando <Redacted>, Chris Schulman <Redacted>
Cc: Constance Cavallas <Redacted>, Lagina Wyatt <Redacted>, Elgin Rose <Redacted>, Dodge, Samuel (DEM) <sam.dodge@sfgov.org>, <Redacted> <Redacted>

Attached

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management


--
Esan Looper
Director - Community Organizing
Pronouns: He | Him | His | why pronouns matter
Tenderloin Community Benefit District
<Redacted>
....A Vibrant Community For All

Subscribe to Tenderloin Talk, *a monthly e-newsletter of TLCBD's work and other neighborhood happenings.*

**From:** Sally Chiu <Redacted>
**Sent:** Tuesday, July 25, 2023 6:40 PM
**To:** Mason, Matt (POL) <Matt.Mason@sfgov.org>; Chin, Sergio (POL) <Sergio.Chin@sfgov.org>
**Cc:** Mazza, Mark (CPC) <mark.mazza@sfgov.org>; Esan Looper <Redacted>; Larisa Abramova <Redacted>; DPW, (DPW) <dpw@sfdpw.org>
**Subject:** 277 Taylor Street, current condition- cooking with grill
**Importance:** High

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Hi Matt,
I didn't hear back from your respond from my previous email. The residents' needs the SFPD help as this condition is getting out of control. Just yesterday, the Joint Field Operations came, how this homeless collected so many junks and especailly fixing and selling bikes during 24/7. He turned music loud and we have been calling the non-emergencies for help as the 311 does not take report. I have several seniors are crying to me every day at my office. I went to the SFFD community meeting as I learned to continue to educate our residents to call to report. The seniors have been looked out the windows to hope the police to enforce the noise condition in the middle of the night for hours long. This homeless man cooks with his grill and other pots that the smoke goes into our resident's apartments. We have some seniors with asthma so I am urgently to ask if any other way I can report this as this causing SENIORS health in danger. The barricades has been inplace on Taylor Street which causing pedestrians who are in wheelchairs, walkers and needs someone to hold on to walk are not enough pathway. Will the police officers enforce this? Any help is greatly appreciated !

Sincerely
Sally Chiu, Senior Property Manager and all seniors of Redacted







Best Regards,

## Sally Chiu

SENIOR PROPERTY MANAGAER|PRESENTATION SENIOR COMMUNITY|MHMG
*she/her/hers*

Redacted

Office Hours: Monday to Thursday: 9 am to 5 pm, Friday 9 am to 2 pm