DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF JORGE MORALES IN SUPPORT OF DEFENDANTS' SURREPLY TO NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**<br><br>Date:     August 24, 2023<br>Time:     1:00 PM<br>Judge:    Hon. Donna M. Ryu<br>Place:    Courtroom 4 – 3rd Floor<br>          1301 Clay Street<br>          Oakland, CA 94612<br><br>Trial Date:   April 15, 2024<br><br>Attachment: Exhibit A |

I, Jorge Morales, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am an Outreach Specialist III with the San Francisco Homeless Outreach Team ("SFHOT") and a member of the Encampment Resolution Team ("ERT"), who are SFHOT outreach workers who are assigned to San Francisco's Healthy Streets Operations Center ("HSOC") encampment resolutions. I have worked for the ERT for approximately 3 and half years. I have been a SFHOT outreach worker for almost 5 years.

3. I, along with my colleagues Pete Rincon and Jojo Lloyd, performed outreach services during the HSOC resolution at or near Taylor Street and Ellis Street on July 6, 2023.

4. At the July 6, 2023 HSOC resolution, Pete, Jojo, and I engaged a couple, an elderly woman in a wheelchair, and her male partner. We offered the couple a placement at 685 Ellis Street, where the partner could go with the elderly woman as her caregiver. The elderly woman, however, left to go to the methadone clinic. The woman was gone for approximately one and a half hours. When she returned, her partner did not want to go to shelter.

5. At the July 6, 2023 HSOC resolution, Pete, Jojo, and I also engaged another elderly woman who needed a wheelchair. The woman had an electric wheelchair, but it did not work because the battery had been stolen. Jojo was able to obtain a wheelchair for the woman from GLIDE Memorial Church nearby. We tried to place her in shelter but no shelter will accept someone who cannot transfer themselves into a bed. We were able, however, to connect her with another social worker who was familiar with the elderly woman and her health issues and could offer her services.

6. During the July 6, 2023 HSOC resolution, a third party tried to listen in on our conversation with a client. I am informed and believe that this third party was Dylan Verner-Crist. Our conversations with clients are private and confidential. While Mr. Verner-Crist told us he had been given permission to listen in on our conversation with the client, the client herself never told us that

///

///

DECL. MORALES ISO SURREPLY     2
CASE NO. 4:22-cv-05502-DMR

she had given Mr. Verner-Crist permission to do so. We were not presented with written consent by the client that her information could be shared with Mr. Verner-Crist.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August 10, 2023, at San Francisco, California.

_____
Jorge Morales