DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF OFFICER ALFREDO OROPEZA IN SUPPORT OF DEFENDANTS' SURREPLY TO NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**<br><br>Date:    August 24, 2023<br>Time:    1:00 PM<br>Judge:   Hon. Donna M. Ryu<br>Place:   Courtroom 4 – 3rd Floor<br>         1301 Clay Street<br>         Oakland, CA 94612<br><br>Trial Date:   April 15, 2024 |

I, Alfredo Oropeza, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am an Officer in the San Francisco Police Department ("SFPD"). I have worked at SFPD for approximately 7 years. My current assignment is working patrol in the Castro neighborhood.

3. I am familiar with Toro Castaño. I frequently encounter and interact with Mr. Castaño because his encampment is within my beat. Mr. Castaño is the subject of frequent complaints from the residents of the Castro. I have referred Mr. Castaño to SFHOT members on numerous occasions. I have also offered to connect Mr. Castaño to SFHOT to get shelter and other services on numerous occasions. I have never taunted or harassed Mr. Castaño.

4. I am familiar with Department Bulletin 23-007. When I have asked Mr. Castaño to move temporarily for cleaning or to move his property to allow a 4-foot path of travel on the sidewalk, I have never cited him or threatened to cite him with violations of Cal Penal Code 647(e), 370, and 372, SF Police Code 168 and 169, or section Cal Penal Code 148(a) in connection with one of these offenses. I have never prevented, ordered, or otherwise told Mr. Castaño he could not return. Mr. Castaño frequently returns to the same location that was cleaned.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August 10, 2023 at San Francisco, California.

*[Signature]* #432

Alfredo Oropeza