**REDACTED VERSION**

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4675 (Snodgrass)
               (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3307 (Ikels)
Facsimile:     (415) 554-4699
E-mail:        wayne.snodgrass@sfcityatty.org
               edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' SURREPLY TO NEW ARGUMENTS AND EVIDENCE IN REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**<br>Date:　　　　August 24, 2023<br>Time:　　　　1:00 PM<br>Judge:　　　　Hon. Donna M. Ryu<br>Place:　　　　Courtroom 4 – 3rd Floor<br>　　　　　　　1301 Clay Street<br>　　　　　　　Oakland, CA 94612<br><br>Trial Date:　　April 15, 2024<br><br>Attachment:  Exhibit A |

I, Arielle Piastunovich, hereby declare:

1.      I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2.      I work for the San Francisco Department of Homelessness and Supportive Housing ("HSH"). I currently serve as the Liaison between HSH and San Francisco's Healthy Streets Operations Center ("HSOC") (the "HSH/HSOC Liaison"). I have been the HSH/HSOC Liaison since January 2022. As the HSH/HSOC Liaison, my duties include acting as the liaison between HSH and the entities that make up HSOC and coordinating services and placements offered by HSH for people experiencing homelessness, such as shelter placement opportunities.

3.      June 29, 2023 was not the last time ███████ was offered a Gough Tiny Home and rejected the offer of a Gough Tiny Home.

4.      On July 11, 2023, I again directly spoke with ███████ and personally offered ██ ███████ shelter in a Gough Tiny Home at 33 Gough Street. At ███████ request, I confirmed the offer in an email to ███████. Attached hereto as **Exhibit A** is a true and correct copy of the email confirming the July 11, 2023 offer of a Gough Tiny Home to ███████, which I sent to ███████ on July 11, 2023 at his request. ███████ did not accept the offer of a Gough Tiny Home.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed August 8, 2023 Columbus, Ohio.

_____
ARIELLE PIASTUNOVICH