**REDACTED VERSION**

# EXHIBIT A

# TO

# DECLARATION OF ARIELLE PIASTUNOVICH IN SUPPORT OF DEFENDANTS' SURREPLY TO NEW ARGUMENTS AND EVIDENCE IN REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

**REDACTED - FILED UNDER SEAL**