**EXHIBITS B**

**TO**

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SURREPLY TO NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**


BETTER
BAY AREA
CASTRO MERCHANTS FRUSTRATED BY ENCAMPMENT
SAN FRANCISCO
abc 7
NOT


BETTER
BAY AREA
CASTRO MERCHANTS FRUSTRATED BY ENCAMPMENT
SAN FRANCISCO
abc 7


BETTER
BAY AREA
CASTRO MERCHANTS FRUSTRATED BY ENCAMPMENT
SAN FRANCISCO
abc
7


KK
SALOMON
TOMORROW IS YOURS
BETTER
BAY AREA
CASTRO MERCHANTS FRUSTRATED BY ENCAMPMENT
SAN FRANCISCO
abc 7


BETTER
BAY AREA
CASTRO MERCHANTS FRUSTRATED BY ENCAMPMENT
SAN FRANCISCO
abc 7


Take
Back
Our Sidewalk!
NOT
BETTER
BAY AREA
CASTRO MERCHANTS FRUSTRATED BY ENCAMPMENT
SAN FRANCISCO
abc 7