# EXHIBITS C

# TO

# DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SURREPLY TO NEW EVIDENCE IN PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE THE PRELIMINARY INJUNCTION



Next Up: Maui fires: Latest updates on resorts, businesses...

**Most Popular**

1. Maui fires: Latest updates on resorts, businesses and landmarks in...

2. Lahaina fire map: Here's exactly where the Maui blazes are burning

3. Maui's famous banyan tree scorched in fire. Will it survive?

4. 

BAY AREA // SAN FRANCISCO

# S.F. can't sweep homeless encampments. Business owners in this neighborhood blame one man





Aldo Toledo

Updated: Aug. 9, 2023 2:30 p.m.



**1 of 5**

Toro Castaño sits next to his Salvador Dalí print in his tent at Market and Castro streets in San Francisco on Aug. 3.
Michaela Vatcheva/Special to The Chronicle

Outside an empty storefront, Toro Castaño stands barefoot, sweeping up debris near his tent and chatting with his neighbor. With dirt-covered, calloused hands, he picks up the corner of a gray, duct-taped tarp and enters his tent just feet away from a truck loudly whizzing by on Market Street.

Castaño, a former art teacher, isn't camping out in the fentanyl-ravaged Tenderloin or the languishing Financial District: The 52-year-old man lives on the street in the heart of the affluent Castro. Police have assured him they won't remove him from his spot, as they have from other places he's pitched his tent,

usually because he's blocking access to city or private property.

"It's safest here," he said.

But the small encampment at Market and Castro streets, taking up much of the sidewalk and abutting a highly trafficked bus stop in the center of the neighborhood's business district, has become a battleground at the center of a fight between San Francisco officials and advocates for the homeless.

Many area business owners and residents and the district supervisor for the Castro say the small cluster of tents disrupts commerce and activity in the area, and is the result of a coordinated effort — with Castaño himself at the center — that is preventing the city from cleaning up its streets and neighborhoods.



The encampment is seen at Market and Castro streets on Aug. 3.
Michaela Vatcheva/Special to The Chronicle

The three or so tents would likely be removed under the city's existing policies that allow for sweeps of encampments in public spaces, except the city is barred from doing so under a preliminary injunction issued by a judge in December.

## More for you

San Francisco is violating ban on homeless sweeps, advocates allege in new filing

Read Now



S.F. doesn't have the highest homelessness rates in California. These cities do

Read Now



Castaño is a plaintiff in the lawsuit that prompted the injunction preventing the city from removing homeless encampments without providing shelter. The suit, championed by the Coalition on Homelessness, aims to force the city to move resources away from sweeping encampments and instead toward building more housing and providing other shelter opportunities.

The city maintains it provides access to shelter, but waiting lists are long and there are only about 3,000 beds for the estimated 7,000 people who ask for them. The city says it doesn't police homelessness, but the suit claims years of data show thousands of citations and arrests essentially for being homeless.

Castaño's presence has caused the legal fight to spill over into the Castro, where business owners are demanding city leaders get the homeless off the streets.

"I'm not the only one who's frustrated. I think the whole city is frustrated and they feel helpless, like they can't do anything," said Desmond Morgan, owner of Eureka Sky cannabis dispensary and one of the people who picketed the encampment with about 10 others in July.



Toro Castaño rearranges his tent at Market and Castro streets.
Michaela Vatcheva/Special to The Chronicle

Meanwhile, a lawyer for Castaño said he's being harassed by the store owners.

"It's really painful to watch anyone experiencing that and that he's gotten the brunt of it," attorney Zal Shroff said. "We should be angry about homelessness, but that should be directed to the politicians that have either the capital or the resources to make the appropriate investments and haven't done so."

Business owners say Castaño has turned down offers of housing from the city.

City Attorney David Chiu has described a case similar to Castaño's in which a plaintiff in the lawsuit turned down placement in a tiny home. In a July tweet, Mayor London Breed said people who refuse housing shouldn't be allowed to remain on the street.



SFNext is Chronicle coverage devoted to the city's most vexing problems.

**To become involved:** Send feedback, ideas and suggestions to sfnext@SFChronicle.com

"Cities can't operate this way," she said.

Castaño denies outright refusing housing. He said the city has not given him a "real opportunity" to make an informed decision and accept "appropriate housing and shelter." Instead, he said, "I have been frustrated with being given conflicting, confusing information."





Toro Castaño hangs up his new mirror at Market and Castro streets.
Michaela Vatcheva/Special to The Chronicle

In recent months, he agreed that a tiny home on Gough Street, which he was offered in June, may be the best place for him to go. He said he asked for a tour from a representative of Urban Alchemy, which runs the village and other homeless outreach services, and set a time, but when he got there no one showed up. He said he was later told Urban Alchemy doesn't do tours of the tiny home village.

Castaño, who said he became homeless after losing a job in 2019, returned to the street because it was the best place for him, he said, and until the city can offer him a viable place to live, that's where he'll stay.

Castaño has felt the sting of San Francisco's efforts to remove encampments. In August 2020, during a sweep of the encampment where he was staying at 16th and Market streets, Castaño got a surprise wake-up call from four members of the city's Special Homeless Outreach Team warning him the police and Department of Public Health workers were on their way.

He was told he could grab some of his items, and that the rest would be "bagged and tagged." But hours later, he said, he watched as his property, deemed a fire hazard, was dumped into a garbage truck.



The encampment is seen at Market and Castro streets on Aug. 8.
Michaela Vatcheva/Special to The Chronicle

"The things I lost that day were irreplaceable," he said. In all, Castaño said, about $10,000 worth of his belongings — including a tent, a MacBook Pro computer and a road bike — were destroyed.

Most painful were the hundreds of photos and documents on his laptop and his mother's wedding Kimono. He filed an administrative claim and settled with the city for about $9,000 last year.



# The Get Involved calendar

Search for public meetings on top San Francisco issues so you can add your voice.

Castaño said he prefers not to dwell on the losses. He'd rather admire a passing brightly-colored jacket or wax poetic about the virtues of Bertolt Brecht and contemplate his framed — albeit broken — print of a Salvador Dalí painting propped up against the back of a white leather futon inside his tent.

He counts prominent painters, graphics designers and art scholars among his friends, and he doesn't fail to mention his time at the University of Southern California and his work at several museums.



Toro Castaño shows his art supply collection outside his tent at Market and Castro streets.
Michaela Vatcheva/Special to The Chronicle

At creative bars like Spec's or Vesuvio he'd be like anyone else droning on about intellectual subjects — but on the street no one talks to him, they just judge, he said.

To a degree, he's right.

"I don't blame the city" for the Castro Street encampment, said Savio D'Souza, who owns the UPS store one door down from the encampment. "I blame the person. I blame the homeless coalition. They are the ones making things worse."

Supervisor Rafael Mandelman told The Chronicle that he feels for the business owners and residents who are tired of walking down tent-lined streets. He, too, places blame on the homeless coalition and Castaño.

In February, Mandelman praised successful efforts to get several unhoused people off the streets in the Castro. Since then, he said, many of those folks have returned to the street, and now the city has little ability to move them elsewhere.

"This is a guy who's flagrantly breaking the law," Mandelman said. "The frustration of folks in the neighborhood is rooted in the sense that he is taking the city for a ride. And that whatever his grandiose delusions of his own role in advancing the cause of housing justice, that he's quite wrong."





Toro Castaño's cat-phone, a gift from an unhoused friend, is seen in his tent at Market and Castro streets.
Michaela Vatcheva/Special to The Chronicle

Mandelman blames the injunction for kneecapping the city's ability to continue to do the work of getting people off the street.

The city is actively fighting the injunction. In January, the city asked the Ninth U.S. Circuit Court of Appeals in San Francisco for a modification of the injunction, arguing that lack of available shelter records and the city's alleged history of criminalizing homelessness were no basis for a citywide order. The city, citing a recent study, wants the court to consider that nearly half of all homeless people offered housing refuse it.

Castaño said the injunction makes him feel like a city resident again whose personal safety and property are protected by law, at least temporarily. As two of his neighbors played dice for pennies next to his tent — writing down the score on a piece of cardboard with a yellow marker missing its cap — Castaño picked up a phone shaped like a cat that had been given to him by a hoarder friend.

"I use a lot of humor to stay sane," he said. "It's hard to absorb so much hatred. I use aesthetics and art and funny things to try to resist it. But sometimes all I can feel is pure rage."

Reach Aldo Toledo: Aldo.Toledo@sfchronicle.com

Reach Aldo Toledo: Aldo.Toledo@sfchronicle.com



Written By
Aldo Toledo

Reach Aldo on

Adalberto "Aldo" Toledo is a city hall reporter with The San Francisco Chronicle covering the mayor and Board of Supervisors. He is a Venezuelan American from a family of longtime journalists.

Before joining the Chronicle in 2023, he reported on Peninsula governments and breaking news for the San Jose Mercury News. He also has bylines in the Dallas Morning News, Pittsburgh Post-Gazette and Champaign, Illinois News-Gazette.

Raised in Texas, he studied journalism with a print news focus at the University of North Texas Mayborn School of Journalism, where he worked as News Editor for the North Texas Daily student newspaper.

VIEW COMMENTS

# Top of the News

