LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **STIPULATION AND ORDER TO ALLOW DEFENDANTS TO FILE AMENDED ANSWER TO SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** <br><br> **Trial Date:**     April 15, 2024 |

Plaintiffs and Defendants by and through their undersigned counsel, hereby stipulate as follows:

1. On September 27, 2022, Plaintiffs filed a complaint against the Defendants;

2. Following the Court's partial grant and partial denial of Defendants' motion to dismiss, Plaintiffs filed a first amended complaint against Defendants on February 28, 2023;

3. Following a second motion to dismiss that the court denied, Plaintiffs filed a second amended complaint on June 6, 2023 in accordance with the court's grant of a motion to strike;

4. Defendants filed an answer to the second amended complaint on June 20, 2023;

5. On July 11, 2023, the court approved the parties' stipulation that the deadline for plaintiffs to file a motion to strike part of the answer was extended to August 10, 2023 in order to allow for the parties to meet and confer regarding plaintiffs' concerns.

6. The parties met and conferred and have corresponded by e-mail regarding plaintiffs' concerns with the affirmative defenses asserted in the answer.

7. Plaintiffs and Defendants have agreed that Defendants will amend their answer on or before September 25, 2023.

8. Plaintiffs and Defendants have agreed that Defendants will provide a draft of their amended answer to Plaintiffs on or before September 18, 2023.

9. Plaintiffs and Defendants agree to confer in good faith to resolve any remaining disputes, but Plaintiffs reserve the right under Fed. R. Civ. P. 15(a)(3) to file a response to the amended answer within 14 days if no agreement is reached.

10. Pursuant to Rule 15(a)(2), Plaintiffs consent to Defendants filing an amended answer.

This stipulation will not alter the date of any other events or deadlines already fixed by Court order. IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD TO PLAINTIFFS AND THE DEFENDANTS.

| | |
|---|---|
| Date: August 10, 2023 | */s/ Alfred C. Pfeiffer, Jr.* |

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
*Attorney for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

| | |
|---|---|
| Date: August 10, 2023 | */s/   John H. George* |

DAVID CHIU
City Attorney
YVONNE R. MERÉ
WAYNE SNODGRASS
MEREDITH B. OSBORN
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
ZUZANA S. IKELS
Deputy City Attorneys
San Francisco City Attorney's Office
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
Telephone:  (415) 554-4223
john.george@sfcityatty.org

*Attorneys for Defendants*

**ATTESTATION**

I, Alfred C. Pfeiffer, Jr., am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: August 10, 2023

/s/ *Alfred C. Pfeiffer, Jr.*

Alfred C. Pfeiffer, Jr., SBN 120965
Attorney for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Josh Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn

**ORDER**

Pursuant to stipulation and for good cause shown, Defendants shall file an amended answer on or before September 25, 2023. Defendants shall provide a copy of the amended Answer to Plaintiffs on or before September 18, 2023 to permit the parties to meet and confer regarding the same. Any response from Plaintiffs is due by October 9, 2023.

IT IS SO ORDERED.

Dated: August 14, 2023

HONORABLE DONNA M. RYU
CHIEF MAGISTRATE JUDGE

*[Signature stamp: IT IS SO ORDERED, Judge Donna M. Ryu, United States District Court, Northern District of California]*

4