LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO DISREGARD EVIDENCE OR TO GRANT LEAVE TO FILE SURREPLY** <br><br> **Judge:** The Hon. Donna M. Ryu |

## I. DEFENDANTS' REQUEST TO DISREGARD IS IMPROPER

Defendants' Administrative Motion asking the Court to disregard Plaintiffs' Reply evidence is improper, and should be disregarded. Administrative Motions are used only for "administrative matters, not otherwise governed by a federal statute, Federal Rule, local rule, or standing order of the assigned judge." N.D. Cal. Civ. L.R. 7-11. Thus, the Defendants' request to disregard reply evidence is improper because objections to reply evidence are specifically permitted under Local Rule 7-3(d)(1). Indeed, Defendants already filed such objections to Plaintiffs' reply evidence. *See* ECF No. 161.

## II. PLAINTIFFS EVIDENCE IS NOT NEW AND DEFENDANTS' PROPOSED SURREPLY DOES NOT GO TO THE ULTIMATE QUESTION

Courts routinely deny motions for a surreply when, as here, there was no new arguments or evidence introduced on reply—only rebuttal arguments and rebuttal evidence. *See e.g. Banga v. First USA, NA*, 29 F. Supp. 3d 1270, 1276 (N.D. Cal. 2014) (denying leave for surreply where defendant did not raise new argument on reply); *Afifeh v. Ahamadabadi,* 2022 WL 3016147, at *1 (denying leave to file surreply where argument raised on reply "responds to arguments raised by Plaintiff in the opposition"); *Applied Materials, Inc. v. Demaray LLC*, 2020 WL 8515132, at *1 (N.D. Cal. Dec. 16, 2020) (denying leave to file surreply where arguments raised on reply "do not present new information, but respond to arguments raised in [the] Opposition"); *Farmer v. Barkbox, Inc.,* 2023 WL 3149278, at *1 (C.D. Cal. Apr. 11, 2023) (same).

Plaintiffs explained why the evidence is not new. *See* ECF 164. Although Defendants appear to recognize their objections were improper argument and now bring this motion, Defendants have not offered any explanation for how the evidence is new in either this motion or in their proposed surreply; rather, they simply make conclusory statements saying so. *See* ECR No. 168 at 1:15-18; *see generally* Ex. A. to 168-3. Moreover, the surreply does not even go to the central question of the motion to enforce, which asks whether the Defendants' *thousands* of interactions with unhoused people and/or encampments are evading Plaintiffs' and this Court's review—including because Defendants have dispatched untrained SFPD officer hundreds of times reportedly to enforce sit/lie laws without turning on body-worn cameras, and because

1

Defendants do not create meaningful property removal logs that reflect the full extent of their destruction of unhoused individuals' property. ECF 157 at 2:10-15; 16:5-6, 13-19.

### III. CONCLUSION

For the reasons above, Plaintiffs respectfully ask the Court to deny Defendants' Administrative Motion.

Dated: August 15, 2023                                        Respectfully submitted,

By: /s/ Alfred C. Pfeiffer, Jr.

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

By: /s/ Zal K. Shroff

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*

131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

By: */s/ John Thomas H. Do*

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
William S. Freeman SBN 82002
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
bgreene@aclunc.org
wfreeman@aclunc.org

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

**ATTESTATION**

I, Alfred C. Pfeiffer, Jr., am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: August 15, 2023                                                  /s/ Alfred C. Pfeiffer, Jr.