1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
4  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
5  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
6  ZUZANA S. IKELS, State Bar #208671
   Deputy City Attorneys
7  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
8  San Francisco, California 94102-4682
   Telephone:    (415) 554-4675 (Snodgrass)
9                (415) 554-3857 (Wang)
                 (415) 554-6762 (Murphy)
10               (415) 554-3870 (Gradilla)
                 (415) 554-4223 (George)
11               (415) 355-3307 (Ikels)
   Facsimile:    (415) 554-4699
12 E-mail:       wayne.snodgrass@sfcityatty.org
                 edmund.wang@sfcityatty.org
13               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
14               john.george@sfcityatty.org
                 zuzana.ikels@sfcityatty.org
15
   Attorneys for Defendants
16 CITY AND COUNTY OF SAN FRANCISCO, et al.

17                     UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR THE COURT EITHER TO: ORDER THE AUGUST 24, 2023 HEARING REGARDING PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION SHALL BE PUBLIC; THE UNDERLYING BRIEFING AND SUPPORTING PAPERS ARE NOT CONFIDENTIAL; OR, ALTERNATIVELY, ISSUE A PROTECTIVE ORDER SEALING THE COURTROOM FOR THE HEARING ON AUGUST 24, 2023** |

Pursuant to Civil Local Rules 7-11, Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of Emergency Management, (collectively, "Defendants"), submitted an Administrative Motion For Order Either: (A) A Protective Order To Seal The Courtroom For The Hearing On August 24, 2023 Regarding Plaintiffs' Motion To Enforce The Preliminary Injunction, Or (B) Order The Hearing Is Public And All Underlying Briefing, Including Declarations, Shall Not Be Sealed Or Treated As Confidential.

Having considered Defendants' submissions, the Court hereby GRANTS Defendants' motion and:

1. When Plaintiffs file individual declarations publicly in the first instance, each individual's privacy and confidentiality interests have been relinquished, waived and put at issue, and exempts Defendants, under sub-section (a) of California Welfare and Institutions Code Section 10850, from sealing documents that respond to and/or rebut Plaintiffs public disclosures.

2. The August 24, 2023 hearing regarding Plaintiffs' Motion to Enforce the Preliminary Injunction shall not be sealed, and the supporting documents filed in support of Defendants' Opposition and Surreply shall not be sealed. At the hearing, both sides, through their counsel of record, are authorized to reference and discuss the underlying briefing and supporting documentation without restriction during oral argument, pursuant to the exception under sub-section (a) California Welfare and Institutions Code Section 10850.

**OR**

2. The Court also finds that, pursuant to California Welfare and Institutions Code Section 10850, Plaintiffs have demonstrated a compelling interest necessitates that the hearing on the Motion to Enforce should be sealed so that all the parties, through their counsel of record, may freely reference and discuss the supporting documents without restriction during oral argument.

/ / /

1    IT IS SO ORDERED

2

3   DATE:_____    _____
                                 Honorable Donna M. Ryu
4                                Judge, United States District Court