LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF ZAL K. SHROFF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ADMINISTRATIVE MOTION FOR THE COURT EITHER TO: ORDER THE AUGUST 24, 2023 HEARING REGARDING PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION SHALL BE PUBLIC; THE UNDERLYING BRIEFING AND SUPPORTING PAPERS ARE NOT CONFIDENTIAL, OR ALTERNATIVELY, ISSUE A PROTECTIVE ORDER SEALING THE COURTROOM FOR THE HEARING ON AUGUST 24, 2023** <br><br> **Trial Date:**     April 15, 2024 |

I, Zal K. Shroff, hereby declare:

1. I am the Interim Legal Director of the Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCSRF"). I am admitted to practice before this Court *pro hac vice* in the above captioned matter. I have personal knowledge of the matters stated and, if called to testify, I can and will testify competently as to all matters set forth herein.

2. On August 15, 2023, counsel for the City emailed Plaintiffs to meet and confer regarding the August 24, 2023 hearing on Plaintiff's Motion to Enforce the Preliminary Injunction. The City requested that Plaintiffs stipulate that the August 24, 2023 should be public and that briefing and documents filed in support and opposition should not be sealed.

3. On August 16, 2023, counsel for Plaintiffs responded to counsel for the City agreeing that while the hearing on the Motion to Enforce should be public to the extent possible while respecting individuals' privacy rights, Plaintiffs believed that the most appropriate way to ensure that the hearing could remain public while allowing the parties to appropriately discuss any particular individual's sensitive information was to use neutral identifiers at the hearing.

4. Counsel for Plaintiffs further explained to the City that Plaintiffs welcomed the opportunity to meet and confer to further develop a protocol regarding statutorily protected information for the remainder of the litigation, including a protocol regarding what information should be filed under seal and how that material is to be addressed at future court appearances.

5. Attached as **Exhibit A** is a true and correct copy of the parties' correspondence on August 15-16, 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed August 21, 2023 in San Francisco, California.

Date: August 21, 2023        */s/ Zal K. Shroff*

                             Zal K. Shroff

                             *Attorney for Plaintiffs*

**ATTESTATION**

I, Alfred C. Pfeiffer, Jr., am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated:  August 21, 2023                                        /s/ Alfred C. Pfeiffer, Jr.