# Exhibit A

| | |
|---|---|
| **From:** | Ikels, Zuzana (CAT) <Zuzana.Ikels@sfcityatty.org> |
| **Sent:** | Wednesday, August 16, 2023 2:19 PM |
| **To:** | Lee, Joseph (OC); zshroff@lccrsf.org; Tiu, Wesley (Bay Area); George, John (CAT); wfreeman@aclunc.org; jdo@aclunc.org; Pfeiffer, Al (Bay Area) |
| **Cc:** | Murphy, Kaitlyn (CAT); Snodgrass, Wayne (CAT); Gradilla, Miguel (CAT); Wang, Edmund (CAT); Mere, Yvonne (CAT); Cheeseborough, Pamela (CAT); Garcia, Sophia (CAT); Andrew, Rhonda (CAT); Fong, Winnie (CAT) |
| **Subject:** | RE: Coalition v. San Francisco - Meet and Confer Regarding the Hearing on August 24, 2023 and Sealing Related Material |

Thanks Joe. We don't see how it is workable for the hearing given: (a) Plaintiffs filed the declarations publicly without redaction or sealing them, and (b) the number of declarations exceeds 35, making it difficult to track which neutral identifier references a particular declarant. If you have a written stipulation that would enable both sides to reference the record clearly and easily in the hearing, however, please send it to us.

Given the upcoming deadline, we will file the administrative motion and set forth your position.

Also, sounds good as to meeting and conferring in the future. Thank you, Zuzana

**From:** Joseph.Lee@lw.com <Joseph.Lee@lw.com>
**Sent:** Wednesday, August 16, 2023 11:59 AM
**To:** Ikels, Zuzana (CAT) <Zuzana.Ikels@sfcityatty.org>; zshroff@lccrsf.org; Wesley.Tiu@lw.com; George, John (CAT) <John.George@sfcityatty.org>; wfreeman@aclunc.org; jdo@aclunc.org; Al.Pfeiffer@lw.com
**Cc:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; Andrew, Rhonda (CAT) <Rhonda.Andrew@sfcityatty.org>; Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>
**Subject:** RE: Coalition v. San Francisco - Meet and Confer Regarding the Hearing on August 24, 2023 and Sealing Related Material

Dear Zuzana:

Thank you for your patience. We agree that the hearing on the enforcement motion should be public to the extent possible while respecting individual's privacy rights, and believe that the most appropriate way to ensure the hearing can remain public while allowing the parties to appropriately discuss any particular individual's sensitive information is to agree not to use names at the hearing, but rather a neutral identifier. This will allow the parties to freely discuss particular instances the party may wish to discuss without publicly disclosing any particular individual's identity.

Going forward, as we imagine that more detailed shelter and outreach records may include sensitive information inappropriate for public disclosure, we welcome the opportunity to meet and confer prior to additional briefing to come to a broader agreement for the litigation as it proceeds.

Let us know if this is agreeable to you.

Best regards,

Joe

Joseph H. Lee

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8046

---

**From:** Ikels, Zuzana (CAT) <Zuzana.Ikels@sfcityatty.org>
**Sent:** Wednesday, August 16, 2023 9:42 AM
**To:** 'Zal Shroff' <zshroff@lccrsf.org>; Tiu, Wesley (Bay Area) <Wesley.Tiu@lw.com>; George, John (CAT) <John.George@sfcityatty.org>; Bill Freeman <wfreeman@aclunc.org>; John Do <jdo@aclunc.org>; Lee, Joseph (OC) <Joseph.Lee@lw.com>; Pfeiffer, Al (Bay Area) <Al.Pfeiffer@lw.com>
**Cc:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; Andrew, Rhonda (CAT) <Rhonda.Andrew@sfcityatty.org>; Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>
**Subject:** RE: Coalition v. San Francisco - Meet and Confer Regarding the Hearing on August 24, 2023 and Sealing Related Material

Dear Zal,

I wanted to follow-up because of the pending deadline, we need to file something today to ensure the Court rules on the request.

Thank you,
Zuzana

---

**From:** Zal Shroff <zshroff@lccrsf.org>
**Sent:** Tuesday, August 15, 2023 5:06 PM
**To:** Ikels, Zuzana (CAT) <Zuzana.Ikels@sfcityatty.org>; Wesley Tiu (SF/SV) <Wesley.Tiu@lw.com>; George, John (CAT) <John.George@sfcityatty.org>; Bill Freeman <wfreeman@aclunc.org>; John Do <jdo@aclunc.org>; Joseph Lee (OC) <Joseph.Lee@lw.com>; Alfred Pfeiffer (SF/SV) <Al.Pfeiffer@lw.com>
**Cc:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; Andrew, Rhonda (CAT) <Rhonda.Andrew@sfcityatty.org>; Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>
**Subject:** Re: Coalition v. San Francisco - Meet and Confer Regarding the Hearing on August 24, 2023 and Sealing Related Material

Thank you, Zuzana. We appreciate the outreach on this and the consideration of the appropriate way to address this issue at the hearing and beyond. We will plan to revert back to you tomorrow with a response.

Best regards,



**Zal K. Shroff** (he/him)
Interim Legal Director
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.220
Fax: (415) 543-0296
www.lccrsf.org

---

**From:** Ikels, Zuzana (CAT) <Zuzana.Ikels@sfcityatty.org>
**Date:** Tuesday, August 15, 2023 at 1:15 PM
**To:** Wesley Tiu (SF/SV) <Wesley.Tiu@lw.com>, George, John (CAT) <John.George@sfcityatty.org>, Zal Shroff <zshroff@lccrsf.org>, Bill Freeman <wfreeman@aclunc.org>, John Do <jdo@aclunc.org>, Joseph Lee (OC) <Joseph.Lee@lw.com>, Alfred Pfeiffer (SF/SV) <Al.Pfeiffer@lw.com>
**Cc:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>, Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>, Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>, Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>, Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>, Cheeseborough, Pamela (CAT) <Pamela.Cheeseborough@sfcityatty.org>, Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>, Andrew, Rhonda (CAT) <Rhonda.Andrew@sfcityatty.org>, Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>
**Subject:** RE: Coalition v. San Francisco - Meet and Confer Regarding the Hearing on August 24, 2023 and Sealing Related Material

Dear counsel,

We write to ask Plaintiffs to stipulate that the upcoming hearing, on August 24, 2023, should be public (not sealed), and that the briefing and documents filed in support and opposition should not be sealed. Alternatively, we ask that Plaintiffs stipulate that the hearing should be sealed to ensure that both sides, through their counsel of record, may freely reference and discuss the underlying documents filed by both sides.

Plaintiffs' Motion to Enforce the Preliminary Injunction and the more than 34 declarations filed in support of the moving and reply papers disclosed individual plaintiffs and third parties' personal information regarding their housing, financial, non-employment and/or health status and recounted alleged interactions with City agencies. (Dkt. 130). Plaintiffs filed the declarations publicly, did not designate any of the individual declarations as confidential under the Protective Order, or seek to redact or seal the contents. Defendants filed their Opposition and declarations responding to the individuals' assertions.  In an abundance of caution, the City filed a motion to conditionally seal the redacted names and other information, pursuant to Welf. & Inst. Code Section 10850. Plaintiffs did not respond or seek to seal material. Indeed Plaintiffs filed five additional declarations publicly in support of their reply brief publicly.

The result is a strange procedural posture – the precautions taken by Defendants contrasted by Plaintiffs' public disclosures of the individual declarants' personal information.

Sub-section (a) of Section 10850, and relevant jurisprudence construing the statute, make clear that where a plaintiff discloses publicly an individual's unhoused status and/or receipt of social services, the privacy interests of said individual(s), if any, have been waived and put at issue. Accordingly, we also ask Plaintiffs to stipulate that when Plaintiffs file personal information publicly, Defendants need not seek to seal documents responding and rebutting to Plaintiffs' representations, as Plaintiffs consented to the disclosure and waived any corresponding privacy interest by filing the information publicly.

Please let us know whether Plaintiffs will stipulate to the above. Otherwise, we will file our administrative motion requesting the Court's guidance and determination as to whether the papers and hearing should be sealed tomorrow.

Thank you,

Zuzana

