LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **[PROPOSED] ORDER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO ADMINISTRATIVE MOTION FOR THE COURT EITHER TO: ORDER THE AUGUST 24, 2023 HEARING REGARDING PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION SHALL BE PUBLIC; THE UNDERLYING BRIEFING AND SUPPORTING PAPERS ARE NOT CONFIDENTIAL, OR ALTERNATIVELY, ISSUE A PROTECTIVE ORDER SEALING THE COURTROOM FOR THE HEARING ON AUGUST 24, 2023** <br><br> **Trial Date:**         April 15, 2024 |

Pursuant to Local Rule 7-11, Defendants filed an Administrative Motion requesting that the Court order the August 24, 2023 hearing regarding Plaintiff's Motion to Enforce the Preliminary Injunction be made public, that the underlying briefing and supporting papers are not confidential, or in the alternative, to issue a protective order sealing the courtroom for the hearing on August 24, 2023.

Having considered the parties' submissions, the Court hereby DENIES Defendants' Administrative Motion. The parties are ordered to refrain from identifying particular individuals by name while discussing that individual's sensitive information at the August 24, 2023 hearing. The parties are permitted to refer to individuals through the use of initials or docket numbers. Additional care should be taken not to disclose personally identifiable information contained in Defendants' social services records about particular individuals that is not already in the public record.

IT IS SO ORDERED.

Dated: _____

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE