1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
4  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
5  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
6  ZUZANA S. IKELS, State Bar #208671
   Deputy City Attorneys
7  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
8  San Francisco, California 94102-4682
   Telephone:      (415) 554-4675 (Snodgrass)
9                  (415) 554-3857 (Wang)
                   (415) 554-6762 (Murphy)
10                 (415) 554-3870 (Gradilla)
                   (415) 554-4223 (George)
11                 (415) 355-3307 (Ikels)
   Facsimile:      (415) 554-4699
12 E-mail:         wayne.snodgrass@sfcityatty.org
                   edmund.wang@sfcityatty.org
13                 kaitlyn.murphy@sfcityatty.org
                   miguel.gradilla@sfcityatty.org
14                 john.george@sfcityatty.org
                   zuzana.ikels@sfcityatty.org
15
   Attorneys for Defendants
16 CITY AND COUNTY OF SAN FRANCISCO, et al.

17                 UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19 COALITION ON HOMELESSNESS; TORO       Case No. 4:22-cv-05502-DMR
   CASTAÑO; SARAH CRONK; JOSHUA
20 DONOHOE; MOLIQUE FRANK; DAVID         **DEFENDANTS' EMERGENCY REQUEST
   MARTINEZ; TERESA SANDOVAL;            FOR LEAVE TO CONTINUE THE AUGUST
21 NATHANIEL VAUGHN,                     24, 2023 HEARING REGARDING
                                         PLAINTIFFS' MOTION TO ENFORCE THE
22        Plaintiffs,                    PRELIMINARY INJUNCTION TO A DATE
                                         AFTER THE NINTH CIRCUIT ISSUES ITS
23        vs.                            OPINION**

24 CITY AND COUNTY OF SAN
   FRANCISCO, et al.,
25
          Defendants.
26

27

28

EMERGENCY REQUEST FOR LEAVE TO CONTINUE                    n:\govlit\li2023\230239\01700341.docx
HEARING;  CASE NO. 4:22-cv-05502-DMR

Pursuant to Northern District of California Local Rules, Rule 7-11,  Defendants file this emergency motion for administrative relief to continue the hearing on August 24, 2023 to a date after the Ninth Circuit issues its opinion regarding Defendants' pending appeal. Defendants make the request based on the suggestions at the hearing before the Panel of the Ninth Circuit today. Specifically, Circuit Judge Lucy Koh inquired as to whether the parties had requested a continuance of the August 24, 2023 hearing on the Motion to Enforce to a date after the Ninth Circuit issues its opinion so that the Court could "weigh in on the issues." Judge Koh appeared to invite the parties to request the August 24, 2023 hearing be continued.  The transcript of the hearing is not yet prepared, but Judge Koh's discussion can be found at 8:52 of the video recording of the hearing at: https://www.youtube.com/watch?v=mhfZw15ENdI.

A continuance would also be appropriate in light of the pending motion to modify and/or stay before the Ninth Circuit, as well as the Panel's request that the parties formalize, by written stipulation, Plaintiffs' concessions made during oral argument today. During the hearing, Judge Koh pointed out that none of the legal authority presented by Plaintiffs supported the argument that police presence, without a written or verbal threat, establishes a threat of enforcement of the enjoined laws. Defendants met and conferred with Plaintiffs to stipulate to the request. Plaintiffs opposed a continuance. (Ikels Decl., ¶¶ 2-3.) Defendants have initiated the meet and confer regarding the stipulation requested by the Ninth Circuit., which will impact the arguments and potentially render the motion to enforce moot, as well as inform the Ninth Circuit's pending Opinion and ruling on Defendants' Motion to Modify and/or Stay the Preliminary Injunction, as noted by the Circuit Judges during oral arguments this morning, which warrant a continuance.

Dated:  August 23, 2023

DAVID CHIU
City Attorney
YVONNE R. MERÉ
WAYNE SNODGRASS
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
ZUZANA S. IKELS
Deputy City Attorneys


By:  s/Zuzana S. Ikels
ZUZANA S. IKELS
Attorneys for Defendants CITY AND COUNTY OF
SAN FRANCISCO, et al.