DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF ZUZANA S. IKELS IN SUPPORT OF DEFENDANTS' EMERGENCY REQUEST FOR LEAVE TO CONTINUE THE AUGUST 24, 2023 HEARING REGARDING PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION TO A DATE AFTER THE NINTH CIRCUIT ISSUES ITS OPINION** |

I, Zuzana S. Ikels, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for Defendants in this action. I submit this declaration to support Defendants' Emergency Administrative Motion to Continue the Hearing on the Motion to Enforce. If called as a witness, I could and would testify competently to the matters set forth herein.

2. On August 23, 2023, I attended the hearing on Defendants appealed the Order on Motion for Preliminary Injunction before the Court of Appeals for the Ninth Circuit.

3. Circuit Judge Lucy Koh inquired as to whether the parties had moved to continue the hearing on the Motion to Enforce pending the appeal so that the Ninth Circuit could "weigh in on the issues."

4. We understood the Panel was inviting the parties to request that this Court continue the hearing until the Ninth Circuit issued its Opinion. Given the urgency, as between the Ninth Circuit hearing and the hearing tomorrow, I wrote counsel for Plaintiffs, Joseph Lee, at approximately 1:20 p.m. and provided them with a draft of the administrative motion. At 2:48 p.m., Mr. Lee responded, indicating Plaintiffs would not agree to a continuance, appeared not to hear Judge Koh's remarks and instead "disagreed that Judge Koh was inviting a continuance of the hearing tomorrow." The recording of the hearing speaks for itself; it is recorded and published by the United States Court of Appeals for the Ninth Circuit and located here: https://www.youtube.com/watch?v=mhfZw15ENdI. Her discussion of continuing the hearing on the Motion to Enforce can be found at approximately 8:52 of the video of the recording, provided above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed August 23, 2023 in San Francisco, California.

          /s/ Zuzana S. Ikels
          Zuzana S. Ikels