UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 8/24/2023 | **Time:** 1:03-2:34 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness, et al v. City and County of San Francisco, et al | |

**For Plaintiff:**
Kevin Wu
Joseph Lee
Zal Shroff

**For Defendant:**
Edmund Wang
Miguel Gradilla
Zuzana Ikels

**Deputy Clerk:** Ivy Lerma Garcia            **Recorded in Zoom:** 1:03-2:34

PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. Plaintiffs' Motion to Enforce Preliminary Injunction [Docket No. 130]

   The portion of the motion directed to compliance with the preliminary injunction as it pertains to Plaintiffs' Eighth Amendment claim is denied without prejudice for the reasons stated on the record. With respect to the 4th Amendment claim and compliance with the bag and tag policy, the court ordered supplemental evidence and briefing. **By 9/22/2023,** Defendants shall submit a detailed declaration describing how many DPW employees interact with homeless individuals with respect to cleaning; the context in which they interact with homeless individuals with respect to cleaning; and the training they receive on the bag and tag policy, including the frequency, length and format of the training and details of any training materials. **By 10/6/2023**, Plaintiffs may file a brief not exceeding five pages responding solely to Defendants' supplemental evidence about training of DPW employees on the bag and tag policy.

   **By 9/22/2023,** Defendants shall file a detailed declaration specifying the number of SFPD officers who have interacted with homeless individuals in response to 919 and 915 calls for service since the issuance of the preliminary injunction, including specifying how many of those officers are not part of the group of SFPD officers providing support to HSOC or JFO. Defendants shall also file a statement on whether San Francisco is willing to provide training on SFPD Bulletin 23-007 to non-HSOC/JFO SFPD officers who are reasonably likely to interact with homeless individuals, and if so, what that training would be.

Defendants indicated their willingness to work with Judge Cisneros on developing simple, uniform and clear communications to be used by SFPD officers in their interactions with homeless individuals about their rights in the context of requests to relocate, consistent with the guidance in SFPD Bulletin 23-007.  Judge Cisneros shall determine the timing and format.

**Order to be prepared by:**
( )  Plaintiff          ( )  Defendant          ( )  Court


cc:  Chambers