LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Joshua Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
Nathaniel Vaughn*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF WESLEY TIU IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE SCHEDULE** <br><br> **Trial Date:**   April 15, 2024 |

I, Wesley Tiu, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for Plaintiffs in this action. I submit this declaration pursuant to Rule 6-2.

2. The parties have met and conferred and agree that an extension to the schedule will be necessary to allow sufficient time for ongoing fact discovery;

3. The parties have met and conferred and have agreed to the following revisions to the case schedule:

| Event | Current Case Schedule | Proposed Case Schedule |
|---|---|---|
| Deadline to substantially complete document production | - | 6/28/2024 |
| Non-expert discovery completed | 8/28/2023 | 8/30/2024 |
| Experts disclosed and reports provided | 9/25/2023 | 10/9/2024 |
| Rebuttal experts disclosed and reports provided | 10/23/2023 | 11/8/2024 |
| Deadline to complete all expert discovery | 11/6/2023 | 12/5/2024 |
| Last day for hearing dispositive motions | 1/25/2024 | 2/20/2025 |
| Pre-trial meet and confer | 3/5/2024 | 2/24/2025 |
| Deadline to file a joint pre-trial statement | 3/15/2024 | 3/10/2025 |
| Deadline to file evidentiary motions or motions in limine | 3/25/2024 | 3/24/2025 |
| Pre-trial conference | 4/3/2024 | 4/7/2025 |
| Trial | 4/15/2024 | 4/21/2025 |

4. The parties have agreed that, notwithstanding the substantial completion deadline, documents and video footage produced pursuant to the ongoing discovery order (Dkt. No. 129) and documents or other information created on or after 30 days before the substantial completion deadline may be produced after the substantial completion deadline.

1

5. Prior changes in deadlines in this case were:

   a. The Court granted a motion to extend time for the Defendants' Opposition to the Preliminary Injunction, providing the deadline of November 15, 2022, with a Reply due December, 1, 2022, and the hearing held December 22, 2022. Dkt. 34.

   b. The Court granted a motion to shorten time for Defendant's motion to stay, resetting a hearing on the matter to March 23, 2023. Dkt 107.

   c. The Court granted the Defendants' request for additional time to respond to the motion to enforce, allowing the Defendants to respond on or before July 6, 2023. Dkt. 133.

   d. The Court granted the parties' stipulation to extend Plaintiffs' deadline to respond to Defendants' Answer to the Second Amended Complaint from July 11, 2023 to August 10, 2023. Dkt. 148.

   e. The Court partially granted the parties' stipulation to extend discovery deadlines as follows: the fact discovery deadline was continued from July 28, 2023 to August 28, 2023, the deadline to disclose experts and provide reports was continued from August 25, 2023 to September 25, 2023; the deadline to disclose rebuttal experts and provide reports was continued from September 22, 2023 to October 23, 2022, the deadline to complete all expert discovery was continued from October 6, 2023 to November 6, 2023. Dkt. 160.

6. The requested time modification would extend the case schedules previously set by the Court (Dkt. 85, 160).

Date: August 28, 2023

/s/ Wesley Tiu
Wesley Tiu

2

# **ATTESTATION**

I, Joseph H. Lee, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: August 28, 2023                    */s/ Joseph H. Lee*

Joseph H. Lee, SBN 248046
Attorney for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Josh Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn