DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN GEORGE, State Bar # 292332
ZUZANA S. IKELS, State Bar # 208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4675 (Snodgrass)
                (415) 554-3857 (Wang)
                (415) 554-6762 (Murphy)
                (415) 554-3870 (Gradilla)
                (415) 554-4223 (George)
                (415) 355-3307 (Ikels)
Facsimile:      (415) 554-4699
E-mail:         wayne.snodgrass@sfcityatty.org
                edmund.wang@sfcityatty.org
                kaitlyn.murphy@sfcityatty.org
                miguel.gradilla@sfcityatty.org
                john.george@sfcityatty.org
                zuzana.ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF JOHN H. GEORGE IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE SCHEDULE**<br><br>Trial Date:      April 15, 2024 |

I, John H. George, hereby declare:

1.     I am a member of the bar of the state of California and counsel of record for Defendants in this action.  I submit this declaration pursuant to Civil Local Rule 6-2(a) in support of the parties' Stipulation and [Proposed] Order to Extend Case Schedule.  This declaration "[s]ets forth with particularity the reasons for the requested enlargement . . . of time." Civ. L.R. 6-2(a)(1).

2.     The parties' proposed schedule is based, in substantial part, on Defendants' estimate of the time needed to complete discovery, including the need to review more than 133,000 unique custodial documents and thousands more non-custodial documents.  Defendants have been diligently producing information pursuant to the Court's May 25, 2023 ongoing discovery order (ECF No. 129) and Plaintiffs' requests, but need the time agreed by the parties to complete discovery.

3.     The parties' search terms have been run on the custodial files of 22 custodians and returned nearly 133,000 unique documents that need review, unless Plaintiffs stipulate or the Court orders a reduction in the ESI.  Defendants, who do not have dedicated document review attorneys, estimate review will take at least a year and even then, would be very burdensome (four attorneys dedicating half of each working day reviewing custodial documents at about 2 minutes per document will take 47 weeks).  Defendants have proposed changing the term connector "and" to "w/10" and limiting the custodians to seven to ten, which would reduce the ESI by one-third to half, but Plaintiffs have thus far declined to narrow the scope of ESI.  Given this matter involves face-to-face interactions, Defendants believe the ESI's relevance is remote. The parties have committed to continue to meet and confer in good faith to limit the ESI volume. Defendants provide this information to be transparent with the Court that even the proposed schedule may be insufficient to accommodate the current scope of ESI.

4.     Defendants are also collecting, reviewing, and producing many non-custodial documents.  These voluminous documents are time-consuming to collect due to technological, confidentiality, and human-resource limitations.  For example, Plaintiffs have requested all 915

DECL. GEORGE ISO ADMIN. MOT. TO FILE SURREPLY
CASE NO. 4:22-cv-05502-DMR                                          1                    \\ocdata1\user\canders2\config\windows\desktop\3.
                                                                                                         george decl iso schedule stip.docx

and 919 Department of Emergency Management CADs, which must be manually retrieved and printed, a laborious and time-consuming process for DEM and one that must be completed alongside document requests for other cases.  Defendants are working on solutions to speed this process, and have already implemented others (*e.g.*, the amended protective order that allows unredacted body-worn camera footage), but continue to face limits on how quickly production can occur.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed August 28, 2023 in San Francisco, California.

*/s/ John H. George*
John H. George

**<u>ATTESTATION</u>**

I, Joseph H. Lee, am the ECF user whose user ID and password authorized the

filing of this document.  Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document

have concurred in this filing.


Dated:  August 28, 2023                              */s/ Joseph H. Lee*     

                                    Joseph H. Lee, SBN 248046
Attorney for Plaintiffs Coalition on Homelessness,
Toro Castaño, Sarah Cronk, Josh Donohoe,
Molique Frank, David Martinez, Teresa Sandoval,
and Nathaniel Vaughn

3