| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>AUG 29 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| COALITION ON HOMELESSNESS; et al.,<br><br>  Plaintiffs-Appellees,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>  Defendants-Appellants. | No.   23-15087<br><br>D.C. No. 4:22-cv-05502-DMR<br>Northern District of California, Oakland<br><br>ORDER |

Before: BUMATAY, KOH, and DESAI, Circuit Judges.

The parties shall file an update on their efforts to reach agreement on the City and County's motion to modify the preliminary injunction pending appeal by Friday, September 1, 2023.