LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
Andrew Ntim, SBN 347084
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
zshroff@lccrsf.org
antim@lccrsf.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN<br><br>Plaintiffs,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**NOTICE OF APPEARANCE OF ANDREW NTIM** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Andrew Ntim of Lawyers Committee for Civil Rights of the San Francisco Bay Area hereby enters his appearance in the above-captioned matter as counsel for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn.

He respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

>Andrew Ntim, SBN 347084
>Lawyers Committee for Civil Rights
>of the San Francisco Bay Area
>131 Steuart St #400
>San Francisco, CA 94105

Dated: August 31, 2023

>LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF
>THE SAN FRANCISCO BAY AREA
>
>By: */s/ Andrew Ntim*
>   Andrew Ntim
>
>*Attorney for Plaintiffs*