UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 9/20/2023 | **Time:** 1:33-1:57 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness, et al v. City and County of San Francisco, et al | |

**For Plaintiffs:**
Joseph Lee
William Freeman
Kevin Wu
Wesley Tiu

**For Defendants:**
John George

**Deputy Clerk:** Ivy Lerma Garcia         **Recorded in Zoom:** 1:33-1:57

PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

Further Case Management Conference held.

Each side may only file one Rule 56 motion without leave of court.

For the reasons stated on the record, the court granted in part the parties' joint request for an extension of the case management schedule. The court ordered the parties to engage in ESI quality control with an iterative process before seeking adjudication of a discovery dispute.

The court communicated its expectation that Defendant work with Judge Cisneros efficiently and without delay in developing "simple, uniform and clear communications to be used by SFPD officers in their interactions with homeless individuals about their rights in the context of requests to relocate, consistent with the guidance in SFPD Bulletin 23-007," as Defendant agreed to do in the 8/24/23 hearing [Doc. 180.]

**REFERRALS:**

[X]     This case has already been referred to Magistrate Judge Lisa J. Cisneros for settlement.

**COURT SET THE FOLLOWING DATES:**

Further Case Management Conference: **1/17/2024** at 1:30 p.m. by Zoom Videoconference (may be changed to in-person by the court)

Updated Joint Case Management Conference Statement due by:  **1/10/2024**
Last day to hear dispositive motions:  **7/11/2024** at 1:00 p.m.
Pretrial Conference:  **9/18/2024** at 3:00 p.m.
Bench Trial:  **10/1/2024** at 9:00 a.m. (estimated length:  8 days)

(PLEASE SEE COURT'S SEPARATE AMENDED CASE MANAGEMENT AND PRETRIAL ORDER FOR ALL OTHER DATES SET BY THE COURT).

**AMENDED CASE MANAGEMENT AND PRETRIAL ORDER TO BE PREPARED BY:**
    [ ] **Plaintiff**    [ ] **Defendant**    [X] **Court**

cc:    Chambers