| **Plaintiff's Exhibit Markers** | **Defendant's Exhibit Markers** |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br>PLNTF EXHIBIT NO._____<br><br>Date Admitted:_____<br><br>Mark B. Busby, Clerk<br>By:_____, Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br>DEFT EXHIBIT NO._____<br><br>Date Admitted:_____<br><br>Mark B. Busby, Clerk<br>By:_____, Deputy Clerk |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br>PLNTF EXHIBIT NO._____<br><br>Date Admitted:_____<br><br>Mark B. Busby, Clerk<br>By:_____, Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br>DEFT EXHIBIT NO._____<br><br>Date Admitted:_____<br><br>Mark B. Busby, Clerk<br>By:_____, Deputy Clerk |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br>PLNTF EXHIBIT NO._____<br><br>Date Admitted:_____<br><br>Mark B. Busby, Clerk<br>By:_____, Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br>DEFT EXHIBIT NO._____<br><br>Date Admitted:_____<br><br>Mark B. Busby, Clerk<br>By:_____, Deputy Clerk |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br>PLNTF EXHIBIT NO._____<br><br>Date Admitted:_____<br><br>Mark B. Busby, Clerk<br>By:_____, Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br>DEFT EXHIBIT NO._____<br><br>Date Admitted:_____<br><br>Mark B. Busby, Clerk<br>By:_____, Deputy Clerk |

Counsel shall pre-mark all exhibits (Plaintiff shall use numbers; Defendant shall use letters). Exhibit markers should be placed on the lower right-hand corner of the exhibit. Exhibits should be contained within a binder with each exhibit separated by a tabbed page denoting the exhibit number.