**EXHIBIT C**

**TO**

**DECLARATION OF JONATHAN VAING IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT ORDER (ECF NO. 180)**

Tuesday, April 18th, 2023

# Sup. II Minute Meeting

We hope everyone's week is going fantastic. We appreciate everyone for handing in the 13th Annual Montoya Awards Nomination Form. Also, we want to respect everyone's hard work! We would also like to welcome Antonio Pacheco as our new sup. I.

## *Supervisor Information*

- *Forms DUE:*
  - San Francisco Public Works Statement of Incompatible Activities – ASAP
  - Safety Vehicle Inspection – goal does not reach half the month.
  - Q3 – Please turn in your Q3 check-ins.
  - S/O, records, and reports – submitted to Maria, Espina and Mary Ngwe to file.
- *Admin Office:*
  - Limit to managers and supervisors only.
  - Employees who need assistance should be accompanied by their direct supervisor.
- *Bag & Tag:*
  - Request CMMS number
  - Should not be passing work to next shift – if must contact supervisor.
  - Night will do bag & tag now too.
  - Required to document and photo everything.
  - The original copy of the Bag & Tag **intake form** stays **attached** to the Bag & Tag **items**.
  - **Supervisor** (in **possession** of the other *two bags & tag forms/copies)* will **drop** them off at the **Radio Room mailbox** (on the door) to process/file.
  - The last copy of the form will then be **placed** by a Radio Room staff member into the **Special Projects Team mailbox** at **Bldg. A**.
  - Please **inform** all Radio Room staff of this change in the Bag and Tag form distribution.
- *Cherry Blossom:*
  - Check with staff/crew members on the situation and what happened.
  - Supervisors on duty try to check on events going on. Everyone should try to concern themselves with events going on. Check before and after events.
  - Better communication - check who's working and communicate with supervisors.
- *Events (coming soon):*
  - Might need help with barricades.
  - Will be sending out email including time, place, and assignments.
- *New Staffs:*
  - complete forms and training

## *Staff Information*

- **No Lay offs**
- *Tents:*
    - o DO NOT go inside tents.
    - o Stay away and don't open any tents.
- *Narcan (coming soon):*
    - o On every vehicle.
    - o Will have flyer for safety coming soon.
    - o Require training.
- **No washing their vehicle at Recology**
- **Dump trash, gas vehicle and return keys.**
- **No using emergency access code – try to request borrow/spare keys.**
- **Vehicle missing numbers on tailgate – please request to fix.**

## *Extra Information*

- *CMMS mobile training (coming soon):*
    - o Look out for emails with time.
- **Mayor wants to meet with BSES – schedule coming.**
- **Need Sup. II for Saturday**
- **Material and Supplies are projected to be overspent.**
- **Mark Roumbanis:**
    - o Will be out for two weeks.
    - o Nicole Cook will be filling in for Mark R.

Date: April 25th, 2023
Starting Time: 7:30 am
Location: Training Trailer

# Minute Meeting

We want to appreciate everyone's hard work. The streets and events last week were spotless. I hope everyone is having a good week and isn't overwhelmed. Stay safe and have a great rest of the week.

## Today

- Safety Meeting 4/25/2023 at 8:30 am
- CMMS mobile training at 1 pm

## Information

- Moment of silence for Jada and her Family
- Narcan *(update)* – H&S is working on a plan. Before the plan try to update first-aid report
- Network- down this Friday at 7 pm – Saturday at 3 am
- Mandatory – fuel at the end of the shift or before the shift
- HR – still having issues with role and responsibilities.
- Admin – minor change in admin roles
- New annex building – waiting for monitor and whiteboards.
- CC – D8 – 16th St. – Noe to Guerrero/Church and Sanchez from Market to 17th
- 261 Meeting – a great time for all
- Vest on always while working and driving.
- Pre-trip inspection – not meeting standards.
- Bag and tag – CMMS (s/o #), not 28 claims
    - Missing intake form information from staff will be sent to the supervisor.
    - Updating training and will have follow-up training.
    - Document everything (ex: pictures)
- Every new Sup. and laborers will have a checklist. Please complete the checklist and file the documents
- Vehicle Inspection – try to give vehicle number ahead of time.
- Borrow vehicle from another employee. Try to park in the correct spots!
- Make sure truck number and zone sheets are correct for that specific vehicle.
- Stay safe (ex: surroundings, inspecting bathrooms (Narcan))

May 2nd, 2023

# Minute Meeting

Happy Tuesday! Hope everyone week has been going great so far. The Chase Center and Moscone Center were amazing. Please let your staff know they've been doing a great job. We want them to appreciate all the hard work they have done!

## Due

- Overtime
  - o CC your supervisor

## Supervisor information

- Timesheets
  - o (OFF) Have your **own** supervisor do their crews timesheet. **Initial & sign** before hanging to another supervisor II to sign off.
  - o Supervisor should CC Katherine (***katherine.mak@sfdpw.org***) on the emailing timesheets
- Respirator Training and Fit-Testing (**Wednesday**)
  - o **Employees** are **not allowed** to **steam** unless they do training.
  - o Supervisors should make **necessary arrangements** with **Ralph** for **Swing** and **Night** employees.
  - o Get a **list** of employees' steaming with **expired certification**.
- BSES Minute Meeting
  - o On V: drive under BSES sup II-minute meeting.
  - o Notify/Inform staff on discussion from meeting.
- Safety Inspections (**not completed**)
  - o 93% on April

## Staff information

- Tailgate
  - o Wrong Fuel on Trucks (disciplinary actions)
  - o Stay in their own zone!
  - o Only leave zone for tunnel road and back
  - o Public Workers should represent themselves with high standards.
  - o Put out cone on rear bumpers and fold side view mirror
- Safety
  - o Work hard but don't get hurt.
  - o PPE -Vest, belt, and ear/eye protection
  - o Stay alert to your surroundings. Stay Safe!

- Vehicle
  - o Pre-trip inspection
  - o Wear seat belts
  - o Look ahead and be alert!
  - o Use mirrors & fold mirrors when not driving.
  - o Mandatory - Fuel vehicle at end of shift
  - o Parked property and on correct spots
  - o GPS (If not working report to the shop to fix)
- Health and Safety
  - o Basic First Aid must be done.
  - o Narcan – H&S working on plan
- CMMS mobile training (coming soon)
- Admin Office
  - o Limit to supervisors - Close Door Policy
- CC – D9 – San Bruno – Silver to Olmstead Market to 17th
- Bag & Tag
  - o Document the job (picture before and after)
- Asian American Pacific Islander Heritage Month
  - o Potluck at 49 South Van Ness/shuttle will be available.
  - o Can sign-up and contribute monetarily or bring a dish.
- Mental Health Awareness Month
- SP – Sick Pay
- Zone Sheets
  - o Should be on vehicle.

Date: 5/16/2023

Location: Training Trailer

Start time: 7:30 am

# SUP II Minute Meeting

- Beautification day – went well.
- Complaints
    - o Supervisors need to take actions on the complaints and put in the service request. Note down the action.
    - o Document and email for records
- Encampment
    - o Give time to clean up items/properties.
    - o Clean the area and move on
- Application and interview Skills training Class (June 7th)
- CC – D11 – Mission from Geneva to Sickels.
- CPR TRAINING (approximately 4.5 – 5 hours not including breaks/meal breaks)
    - o priority supervisors should attend first and/or each session must have a supervisor in attendance.
    - o The class will take place in the training trailer.
    - o There should be total of 12 participants (no more, no less)
    - o SES is holding 5 sessions of CPR classes on these dates & times:
        - ▪ Tuesday, 5/30 @ 1pm – Swing
        - ▪ Wednesday, 5/31 @ 7am – day shift
        - ▪ Wednesday, 6/7 @ 10pm – night shift
        - ▪ Wednesday, 6/14 @ 7am – day shift
        - ▪ Thursday, 6/22 @ 7am – day shift
- Timesheet – communicate with staff and use all resources to fill out timesheets accurately and correctly.
- CMMS
    - o Use tablet for pictures (before & after)
    - o Send names if require training.
- Lunch breaks
    - o Communicate with staff on rotating breaks and zones.
- Employee portal training - supervisors
- Mandatory Fuel – Fuel at end of shift
- Safety
    - o Check your surroundings!
- Do not engage (remind staff they are civil servants)
    - o Report to supervisor if PD isn't coming - GET OUT!
    - o Safety first Trash second

Date: 5/23/2023

Location: Training Trailer

Start Time: 7:30 AM

**Sup II Minute Meeting**

Hi everyone. DDO and all the management want to thank the staff/employees for their hard work. B2B was phenomenal. We also want to thank you for the work done to clean the corridors. We want to give a hand of applause to everyone.

- Pin Ceremony – All should attend.
- CC – D1 – Geary from Park Presidio to 28th
- Open House (9 am - 12 noon) – Bring Kids to Workday (coded as training)
- Carnival – This weekend
- Pride – end of June
- Castro Event – Markey to 18th Street – Noon to Midnight
- Sunday Streets
- Fire Debris (CSOP Responsibilities)
  - Clean up divide large & small.
  - Private property (don't touch)
  - Document before removing.
  - In not wet (don't touch) – minimize dust.
  - tailgate
- Interview training
  - Push back to July.
  - Please get staff to signup
- PARS – spreadsheet – Due June 23, 2023
- Reports – vehicle accidents and incidents report due yesterday.
- IT – Server will be down Wednesday 7pm and futures Wednesdays.
- Document AWOL, SP, etc.
- Safety – always be aware and alert.
- Event planning – morning tailgate before the event
- Encampment
  - CMMS
  - Document & take pictures (before & after)
- CMMS training
  - 5/23 – 5/26
  - Required if you want overtime.
  - Suggestion for XMMS (give to Arthur)
- Consequence for not working when called. (Reverse seniority)
- Assessment vehicle for Thursday
- Overtime sheet
  - Make sure its correct (double check)
  - Overtime due today 5/23/2023

Date: 5/30/2023
Location: Training Trailer
Start Time: 7:30 AM

SES SUP II Minute Meeting

DDO want everyone to know they appreciate all the hard work. They wanted the staff to know that the Carnival event went great, and the street wouldn't be so clean without everyone. Congratulations to everyone who won a pin/award and thank everyone for attending the pinning ceremony.

- Please pass the information to your staff (Message not getting out to the team)
- Public Work Week went great! Appreciate everyone attending the pinning ceremony. Happy for everyone who got pins & awards!
- Communicating with Recology
- CPR Training (Supervisors only)
- CMMS training (Please sign up)
  - Mandatory training
  - Aren't just for overtime employees.
- PAR due June (start early, please)
- Elm alley (good job)
- Safety
  - PPE
  - Vest on all time while working.
  - Drive carefully!
- Sober Center
  - Six new staff and supervisors will be running the program (Bag and Tag)
- A lot of events are coming in June (ex: Pride and Juneteenth)
  - Will have a calendar.
- Update needed on Clean Corridor List.
- Tailgates (No parking on Marin & No Employee vehicle in parking lot)
- Please inform staff of university classes & remind staff to sign up.
- Bag and Tag
  - Call radio room for s/o
  - Document and take pictures!
- Recology
  - Working with finance for new pricing
  - Go to supervisors if you have new conditions/ideas.
- Claim related.
  - Need documents to testify.
  - Create CMMS s/o to document & pictures!
- CBB can
  - Call the radio room for a list.
  - Isn't out responsible for cleaning (they have their contact)
- Give graffiti for the list to weed/cut.

Date: 6/6/2023

Location: Training Trailer

Starting time: 7:30 AM

# **Sup II Minute Meeting**

We would like to give a moment of silence for Health Guillory. We want to thank the employees/staff for all their help and hard work, for example, such as Sunday Street, tailgates, inspection, and lots more. Thank everyone and we appreciate everyone's hard work they have been giving every day. Have a great rest of the week and stay safe!

- If any employee/staff missed EAP, last Friday and require anytime to express/talk. Let Chris know/schedule time.
- Flyer available too
- CC - Hyde from Union to Geary
- GPS
    - Check list for non-working GPS report and get GPS fixed.
    - Look into the GPS report and address before sending in report.
- Update everyone emergency contact
- PARS – spreadsheet – Due June 23, 2023
- Attend Safety Meeting
    - June 13th & June 27th
- Communicate with employees/staff. Let staff know what they are expected/standard.
- Supervisors need to supervise their team.
- Moscone Center cleaning
- Juneteenth coming
- Bag and Tag
    - Request control for CMMS #
    - Take picture/document everything, even take picture of stuff you can't take like food and etc.

Date: 6/13/2023

Location: Training Trailer

Start Time: 7:30 AM

Sup II Minute Meeting

# **Staff Information**

- Memorial trees will be planted at the yard for Heath Guillory.
- Update all staff emergency contact!
- Accident need notify Ralph (EHS) for interview. - call/email
  - o Take better pictures.
  - o Locked up the tablets in the correct spots/places.
- Use correct s/o for Sunday Streets
- CC - Taraval from 19th Avenue to 30th Avenue (construction might change)
- CPR – attend the classes.
- PARS due on 6/23/2023
- Chris McDaniels will be out of the office starting Friday for a few weeks. Jonathan Vaing will be acting superintendent for Chris.
- Kenny Bruce will be out for two weeks too. Nat and Darryl will be acting Asst. Superintendent for Kenny Bruce. Darryl first week and Nat second week
- Mandatory supervisor meeting from Nancy Chin
- Tailgates
  - o Put out safety cones!
  - o Be aware of surroundings.
  - o Lockup tablets/supplies
- Review event plans for supervisors and staff working on events. Barricade drop off. Please request cmms s/o.
- CMMS training - tell management to schedule with IT.
  - o Isn't optional. Mandatory training
- Bag and Tag
  - o Must know how to use CMMS.
  - o Every supervisor should follow through/follow up.
  - o The supervisor should inspect notes and action photos.
  - o Provide more training if necessary.
- Check staff In-Lieu/Float. Communicate and manage your crew's time.

Date: 6/20/2023

Location: Training Trailer

Starting time: 7:30 AM

## <u>Sup II Minute Meeting</u>

- Appreciation for all employees
- Shoutout Darryl for clean up on big encampment on San Bruno and Robert Milton for Juneteenth
- CC - Haight from Central to Stanyan
- PARS due soon
- Moscone event still going.
- Trans March Event
- Pride On Sunday
- Clean out encampment surrounding area and document everything on CMMS (before & after pictures).
- Bag And Tag
    - o Fill out all information on Intake Form
    - o Close out service orders when finish
    - o The cage key should be inside the key watcher.
    - o Only supervisor should have access.
    - o Laborer should notify supervisor or back and tag & sup should check the CMMS and follow up.
- Last week CC - Taraval from 37th Avenue to the Great Highway went well.
- Check Castro are near Dolores Park
- Darryl will be acting Assistant Superintendent on 6/22 for one week (Kenny Bruce will be out of the office).
- vehicles
    - o Missing Vehicle Numbers - bring vehicle in to fix.
    - o Prefill trucks and check safety equipment.
    - o Pull parking brakes.
    - o Proper inspection
- Tailgate pre-trip & post-trip
- Key Watcher Emergency Access
    - o Log/sign name on borrow book for any key pulled.
- Notify the Radio Room if picking any larger item on the field.
- Everyone must attend CMMS.
- Supervisors go over Pride plan before the event with staff.

Date: 7/5/2023

Location: Training Trailer

Time: 7:30 AM

SUP II Minute Meeting

DDO/Management hope everyone had a great fourth of July. We want to thank everyone for the last fiscal year and all the hard work everyone has done for the Bureau. We know everyone had multiple hats/responsivity this year and we appreciate all the work. We wouldn't be so successful without everyone. Thank you and have another wonderful fiscal year.

- Staff/Employee/Crew
    - know and care for your staff.
    - Train/groom promising staff member to step up and promote.
    - Train incoming or potential rising stars
    - Treat staff members fair (like how you would want to be treated.)
    - Let staff know contact information/numbers.
    - Inform about Wellness Being (this month)
- PowerPoint (Sup II)
    - Contact and job description.
- Shoutout and thank everyone for helping with pride parade and jazz festival.
- Next Fiscal Year
    - Taking notes for improvement
    - Taking suggestion/idea and acting on them
- Thank everyone for using the correct SO#
- Bag & Tag
    - Document everything.
    - Take multiple before and after pictures!
    - Inform Radio Room
- Nat will be Acting Assistant Superintendent for Kenny this week.
- Missing duty phone (turn to dispatch)
- Tailgate for trucks.
- Shopping Carts and Article 20 (Bike Shop)

Date: 7/11/2023

Location: Training Trailer

Start Time: 7:30 AM

## **Sup II Minute Meeting**

- New Fiscal year

    o Management appreciates everyone hard work for this last fiscal year

    o DDO and Management are reviewing last fiscal year, gaps and developing solution.

- Create role/responsibility/expectations for each classification for PARS (Supt II, Supt I and Leads) – bullet point format.

- Management is working with DDO wreath for Health Guillory

- Recent event of firework and truck catching on fire. Emergency, if safe open gate and dump trash on street.

- Emergency incident call/report require more picture of the incident.

- DDO, sup I meeting attendance is low. Please have sup I attend.

- CC – D6 - Eddy St. Van Ness to 5th St.- Hyde St. Geary to Leavenworth St.

- Thursday DDO sup II meeting.

- Vehicle inspection should be inspected not just written.

- No parking double parking on Marin, Chavez, and No employee vehicles in the employee parking lot.

- Wear PPE and seat belt while driving City vehicle.

- Bag & Tag

    o CMMS

    o Photo document

    o Document and picture everything taken/thrown.

    o Laborer that aren't clear with procedure are supervisor's responsibility.

- CMMS

    o Are required and is necessary for anyone doing OT.

- o   Attend CMMS training.
- Hold tailgate for Folding Mirror and Cones out.
- Keep Moscone Center area clean.
- Job opening. HR might put opening for 1 day. Keep resume updated and be alert of openings.
- Disciplining actions and HR issues - email management
- Keep copy of city file
- Help/train sup I how to submit weekly report/DDO weekly and etc.
- Sweeper needs to be cleaned daily.
- Vehicles should be clean and topped off with fuel daily.
- Vehicles need to be turned in when Bid Inspections are due.
- Remind staff to complete after accident reports.
- SES Safety Trainer Instructors will be needed.
- Issuing citations. This information should be in weekly report.
- Continue to coach staff and communicate appropriately.
- Leave Pay:
    - o   • Must be earned
    - o   • Must be approved
    - o   • Must be appropriate
    - o   • Must be monitored
    - o   • Responsibility of Supt II
    - o   Have Supt II monitor and include in weekly report.
- Weekly Report
    - o   Timely Submittal of Report (Friday)
    - o   Accurate Tonnage
    - o   Verify Supt Dump Run
    - o   Verify number of steamers
    - o   Verify all remaining information.

- o  Verify Training completion.
- DDO Report
  - o  Timely Submittal of Report (Tuesday)
  - o  List before and after-action photos with staff and equipment
  - o  List Location (Zone and or Place)
  - o  List Date of Work
  - o  List what is being done
  - o  List event name (Example – B2B)
  - o  Timely submittal of regular and safety tailgate record

Date: 8/8/2023

Location: Training Trailer

Start time: 7:30AM

Sup II Minute Meeting

- Roles and responsibilities will be asked with more specific detail for the group/Zones.

- List of vehicles/trailers used under your assignment.

- PARS – turned on time (good job)

- DDO Sup I, meeting, did not go well. Sit down and teach/train supervisor weekly report, DDO report, incident reports and how to complete forms/report.

- Mandatory DDO session. Supervisor must attend Thursday 6:30 am and 1 pm

- Mandatory apprentice meeting at Armstrong trailer

- MEMO tailgates – Standards and Procedures, Safety Vests, Appropriate Work Clothing, and Attendance, Punctuality and Work Attire.

- Company phone for business use only and no personal usage.

- CC – D4 - Irving St. from 19th to 27th Ave.

- GPS

     o   Monitor/check on staffs

    o   Take note of any problem/issues

- Remove/report Illegal posting and give citations.

- Schedule staff lunch rotations and they should not leave zone during lunch.

- CMMS

    o   Verbal/written counseling for anyone who still don't know how to use CMMS.

    o   Take before and after pictures (let staff know the important of pictures for documenting)

- Bag and Tag

    o   Policy never changed. Still the same

    o   CMMS- before and after picture (protect employee and SES from lawsuits)

    o   City attorney review CMMS and documentation

    o   Use discretion on bag and tag (take pictures)

- Moscone Event coming soon – keep area clean.
- Outside land golden gate park
- Performance plans for your staff
- Extended shift can be signup in the morning at dispatch.
- Inspect trucks in the morning. Inform supervisor if anything is missing.
- Should not be at tunnel road early (before 1 pm).
- Mark will be out for (2) weeks and Khaled will be acting assistant superintendent.

Date: 8/22/2023

Location: Training Trailer

Starting time: 7:30 a.m.

Sup II Minute Meeting

- Appreciation
- SES superintendent Chris will be out the office next month.
- IKEA opening Wednesday (mayor will be in town) – keep market St. clean.
- Moscone Center will be having major event. Keep Market – Folsom clean.
- CC - D8 - Castro from 19th to Market / 18th from Noe to Diamond / Market from Castro to Dolores
- Tomorrow special request – Filmore/Pine – Sacramento
- HSOC
- Car show – need more participants.
- Safety Meeting 8/22/2023 at 8:30 a.m.
- Management book for advancement (Stephen's desk)
  - o  Measure what matters.
  - o  Business planning
  - o  The Visual Display of Quantitative Information
- Manager is in the people business.
- SMART goal
  - o  Specific
  - o  Measurable
  - o  Achievable
  - o  Relevant
  - o  Time
- Bag and Tag (before & after pictures)
- Weekend on Fleet (random vehicle inspection) – Make sure everyone vehicle up to date.
- Careful of dumping. Recology still get dump for shovel and cones (hold a tailgate)
- The following are some of the information received today:
  - o  Assign two PIO to each zone.
  - o  Create proactive graffiti spray crew.
  - o  Strategically plan large HSOC clean up events.

o Ensure regular staff level are factored into plans for major event to minimize overtime.

o Management is learned and takes study, experience, and practice.

o OKR – Is a management system that identifies Objectives, defines Key results, and sets SMART goals.

o Create a bag and tag crew to handle the bag and tag specifically.

Date: 9/5/2023

Location: Training Trailer

Start Time: 7:30 a.m.

# Sup II Minute Meeting

- Management appreciates everyone's hard work. Please relay the information to the laborer and supervisors.

- Asset Management

- APEC coming to San Francisco (Market to Harrison/ 2nd to 5th)

- Dreamforce

  o Sep 12th -14th

  o It will be the last convention in San Francisco if City streets aren't clean.

- Keep the area clean – Night/Zone B/Swing/Corridor

- PARS – Due

- The car show participate list is closed.

- Covid required requirement – Sunset.

- Stay professional at the workplace.

- CC - D10 - 3rd St. from Van Dyke to Hudson Ave.

- CMMS

  o Before & after pictures

  o Help any staff and provide more training for any staff still having trouble.

  o Provide CMMS to staff. No more 28Clean

- Bag and Tag

  o The truck isn't required to be empty to do Bag and Tag. Just make room so items do not get mixed together.

  o Staff who don't follow procedure or policy must be written up, and disciplinary action.

- The Bag and Tag will go straight to the supervisor. The supervisor will be relegated the Bag and tag to staff.