# EXHIBIT D

## TO

# DECLARATION OF JONATHAN VAING IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT ORDER (ECF NO. 180)

*Mandatory Refresher Tailgate* *Attendance*

Sup II Notes. ⟨signature⟩

SUPERVISOR/TRAINER: J. Reilly
DEPARTMENT: 90    DIVISION/GROUP: Zone F    DAY SHIFT
DATE: 27 APR 23

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | Jacque Wilson | | 7514 |
| 2. | Sheldon Silas | Sheldon Silas | 7514 |
| 3. | Bernie Hession | Benny Hession | 7514 |
| 4. | Kenneth Jackson | | 7514 |
| 5. | Justin Mavoney | | 7514 |
| 6. | Allegra Yoranha | | 7215 |
| 7. | Myola Whitfield | Kyler Wulfa | 7215 |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

*ABSENT:*                              *REASON:*

*Supervisor: Give the original and the evaluation forms to your Safety Recordkeeper. Keep a copy for your files and update your employees' training records. Safety Recordkeeper: Log the attendance data into your 2021 Training Plan. File the original attendance sheet with your records.*

01/01/2021
San Francisco Office of the City Administrator

## SAFETY TAILGATE
## ATTENDANCE LIST

**SUPERVISOR:** Corey Jackson
**DEPT/PROGRAM:** BSES / Zone A
**DATE:** 4-19-23

**TITLE OF TRAINING:** Supervisor II Meeting Minutes 4-18-23

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Holdman Ahjae | | 7514 |
| 2. | ALVARO MATUS | | 7514 |
| 3. | XIAOCHAO Zhu | | 7514 |
| 4. | Jinai Gwen | | 7414 |
| 5. | Tommy LAM | | 7514 |
| 6. | Ali Davis | | 7215 |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

*ABSENT:* Francisco Echaver    *REASON:* FML

GSA-EHS 01/01/23

# SAFETY TAILGATE
## ATTENDANCE LIST

**SUPERVISOR:** Corey Jackson

**DEPT/PROGRAM:** BSES/ Zone A

**DATE:** 4-26-23

**TITLE OF TRAINING:** Sup 11 Meeting Minutes (4-25-23)

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | ALVARO MATUS | | 7514 |
| 2. | A. Holdman | | 7514 |
| 3. | Jinai Chen | | 7514 |
| 4. | Tommy Lam | | 7514 |
| 5. | Albert Davis | | 7215 |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

*ABSENT:* XiaoChao Zhu          *REASON:* VAC
Ernest Renfro          WCU
Franciso Echavez          FML

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE - 2023

Sup 2 Minutes

SUPERVISOR/TRAINER: _Juan C River_

BUREAU: _BSES_          DIVISION/GROUP: _90_

DATE: _4-20-23_

| PRINT NAME | SIGNATURE | JOB CLASS# |
|------------|-----------|------------|
| Lyle NORBErt | Lyle Norbert | 7514 |
| Kenneth Burcum | D B | 7514 |
| william J Starks Jr | william j. Starke jr | 7514 |
| Federico Diaz | F Diaz | 7514 |
| Flavis Nina | | 7514 |
| Darre L Vins | | 7514 |

*ABSENT: REASON:*

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE -2023

### Sup 2 Minutes

SUPERVISOR/TRAINER: _Juan C Rivera_

BUREAU: _BSES_                    DIVISION/GROUP: _90_

DATE: _4-27·23_

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| william J Harks I | william g. Starks jr | 7514 |
| Jervi L Uinson | inson | 7514. |
| Federico Diaz | | 7514 |
| KENNETH BURCULE JR | | 7514 |
| Dennis Nomura | | 7514 |
| Lyle NORbert | | 7514 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:*

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

SUP II MEETING MINUTES.

SUPERVISOR/TRAINER: Allegra Porchia / John Reilly
DEPARTMENT: BSES   DIVISION/GROUP:
DATE: 5/3/23

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | Justin Maroney | | 7514 |
| 2. | Kenneth Jackson | | 7514 |
| 3. | Bernie Hession | Donny Hession | 7514 |
| 4. | Jacque Wilson | | 7514 |
| 5. | Allegra Porchia | AP | 7215 |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

*ABSENT:*                    *REASON:*

*Supervisor: Give the original and the evaluation forms to your Safety Recordkeeper. Keep a copy for your files and update your employees' training records. Safety Recordkeeper: Log the attendance data into your 2021 Training Plan. File the original attendance sheet with your records.*

01/01/2021
San Francisco Office of the City Administrator

*Mandatory Refresher Tailgate 2023*　　　　　　　　*Attendance*

**Supervisor 11 minutes**

SUPERVISOR/TRAINER: L FUNES / N. DE LA GARZA / A. BUSTAMANTE
DEPARTMENT: DES　　　DIVISION/GROUP: Gvaffiti
DATE: 5/2/23

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | Brunc | 2 | 75 15 |
| 2. | RENO HUTCHINS | Reno Hutchin | 7514 |
| 3. | LAMAS Simpson | SS | 7514 |
| 4. | Khusi Gurung | | 7514 |
| 5. | MELODY von YAILO | | 7514 |
| 6. | GREtchen McGowan | Hutchen McGowan | 7514 |
| 7. | ALBERTO BUSTAMANTE | alto Busta | 7215 |
| 8. | Terrell Kindred | Terrell K | 7514 |
| 9. | Jose m CABran | g.n Gaba | 7514 |
| 10. | DAN Feerick | Dan Feerick | 7514 |
| 11. | Anthony McCoy | Tinthony McCy | 7514 |
| 12. | Guoshen Jun | | 7514 |
| 13. | LEONARD D. DOSS Sr | Leonard Dass | 7514 |
| 14. | Robert Fields | Robert Fulds | 7514 |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

ABSENT: LGROY Elips　　　REASON: VAC

Supervisor: Give the original sign in sheet to your Safety recordkeeper. Keep a copy for your files and update your training record summary records.
Safety Recordkeeper: Log the attendance data into your 2023 Training Plan. File the original attendance sheet with your records.

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE -2023

**Sup 2 Minutes**

SUPERVISOR/TRAINER: _Robert Milton_                    _Jun C Wilson_

BUREAU: _90_                DIVISION/GROUP: _BSES    Zone E_

DATE: _5-31-23_

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| William J, Starks Jr | William Starks Jr | 7514 |
| M Scott | | 7514 |
| Federico Diaz | | 7514 |
| Kenneth Buncun Jr | | 7514 |

*ABSENT: REASON:*
Lyle Norbert , Vinson , Lynn Jerri, Gui, Chen Lin , Dennis Nomura
Vac  /  FMLA   OFF   Sp

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

## Attendance

### SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE -2023

**Sup 2 Minutes**

SUPERVISOR/TRAINER: _____  Juac C'River

BUREAU: _BSES_____  DIVISION/GROUP: _Zone E_____

DATE: _5-3-23_____

| PRINT NAME | SIGNATURE | JOB CLASS# |
|------------|-----------|------------|
| William J. Stevers Jr | William J. Stockson | 7514 |
| Federico Diaz | FEDERICO DIAZ | 7519 |
| Dennis memor | | 7514 |
| Lyle Norbert | Lyle Norbert | 7514 |
| Jerri L. Vinson | | 7514 |
| Kenneth Buncum Jr. | | 7514 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:*

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE -2023

#### Sup 2 Minutes

SUPERVISOR/TRAINER: Robert Milton          ~~Jaw C Rivera~~

BUREAU: 90          DIVISION/GROUP: BSES  Zone E

DATE: 5-17-23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| William J. Storks Jr | _William J. Storks Jr_ | 7514 |
| Fuddi L Vins— | | 7514 |
| Lyle Norbert | _Norbert_ | 7514 |
| Kenneth Burcum | | 7514 |

ABSENT: REASON: Dennis Nomura - Earntime , Frederico Diaz - VAC
Melvin, Scott - SLP

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

# SAFETY TAILGATE
## ATTENDANCE LIST

**SUPERVISOR:** Corey Jackson

**DEPT/PROGRAM:** BSES/Zone A

**DATE:** 5-3-23

**TITLE OF TRAINING:** Sup II Meeting Minutes (5-2-23)

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | ALVARO MATUS | | 7514 |
| 2. | A. Holdman | | 7514 |
| 3. | A. Davis | | 7206 |
| 4. | Jinai Cauan | | 7514 |
| 5. | Tommy Lam | | 7514 |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 2. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

| *ABSENT:* | *REASON:* |
|---|---|
| Xaio Chao Zhu | VAC |
| Ernest Renfro | WCU |
| Francisco Echavez | FML |

GSA-EHS 01/01/23

*r Tailgate 2023*                                                    ***Attendance***

Standards Procedures updates

**SUPERVISOR/TRAINER:** X. Dranason  L. Soriano, N. Cook
**DEPARTMENT:** BSES     **DIVISION/GROUP:** Dispatch - MOD DUTY
**DATE:** 5.16.23

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | VICTOR RENAIDO | | 7355 |
| 2. | RICHARD AVILICA | | 7355 |
| 3. | Edwin Silveyra | EL | 7355 |
| 4. | Uganda Dailey | | 7355 |
| 5. | Geoffrey Wong | | 7355 |
| 6. | MARVIN ALEMAN | M. ALEMAN | 7355 |
| 7. | Sherman Ith | | 7355 |
| 8. | HENRY Slasher | | 7355 |
| 9. | A. Matteocci | | 7355 |
| 10. | Salvatore Patrick | | 7355 |
| 11. | G. OLIMPIADA | | 7355 |
| 12. | Sergio Reyes | | 7355 |
| 13. | Jason Priest | | 7355 |
| 14. | Patrick Molena | | 7378 |
| 15. | Dominic Wal | | 7355 |
| 16. | Sngin T. | | u  l |
| 17. | Robert Pizzo | | 7355 |
| 18. | S. LANGE | | 7355 |
| 19. | ROBERT DEMARIA | | 7355 |
| 20. | MIKE HOGAN | | 7355 |

**ABSENT:**                                     **REASON:**

*Supervisor:* Give the original sign in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.
*Safety Recordkeeper:* Log the attendance data into your 2023 Training Plan. File the original attendance sheet with your records.

11

## GENERAL SERVICE AGENCY
### SAFETY TAILGATE - 2023

**Standards and Procedures Updates**
Sup N meeting

**SUPERVISOR/TRAINER:** N·COOK, V·Dlangson. L-smano

**BUREAU:** BSES _____ **DIVISION/GROUP:** Dispatch- Broom Support

**DATE:** 5.16.23 _____

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Walter Medsluse | WI4 | 7514 |
| HOTIEY RIFORMO | Hurley Rifor | 7574 |
| F.Bon/L-Lopez | E | 7517 |
| MCHAE   Lopez | Madil lay | 7514 |
| Echison M. Fincher | Eli M Ful | 7514 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:* _____

_____

*vervisor: Give the original and the evaluation forms to your Bureau Health and Safety Coordinator.*
*keep a copy for your files.*
**Health & Safety Coordinator:** Log the attendance data into your Training Plan. File the original
attendance sheet with your records.

**GENERAL SERVICE AGENCY**
**SAFETY TAILGATE - 2023**

**Standards and Procedures Updates**
Sup N meeting

SUPERVISOR/TRAINER: Nicole Cook, V. Diangson, L. Soriano
BUREAU: BSES          DIVISION/GROUP: Dispatch - MoD
DATE: 5.16.23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Tris Mureen | J. Mullin | 7514 |
| Toriano Brown | Tarrano Brown | 7517 |
| Yim-Bing Khong | Zmi Bing png | 7514 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*ABSENT: REASON:*
R. Hernandez - WUU    F. Aleman - WUU
D. Otis   - PL        K. Bollington - WUU
A. Gonzalez - PL

*pervisor:* Give the original and the evaluation forms to your Bureau Health and Safety Coordinator.
Keep a copy for your files.
**Health & Safety Coordinator:** Log the attendance data into your Training Plan. File the original
attendance sheet with your records.

**GENERAL SERVICE AGENCY**
**SES TAILGATE - 2023**
Sup 11 meeting

SUPERVISOR/TRAINER: Nicole Cock , V. Diangson. L-Giriano

BUREAU: BSES                    DIVISION/GROUP: Dispatch

DATE: 5.16.23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Andre Mayfield | and mm | 7355 |
| Darnell Ward | Dan Cee | 7385 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*ABSENT: REASON:*

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE - 2023

### Sup 2 Minutes

SUPERVISOR/TRAINER: Robert Mitton        June Trum

BUREAU: BSES                DIVISION/GROUP: Zone E

DATE: 6-14-23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| William I Storks Jr | William J Storks jr | 7514 |
| Federico Diaz | | 7514 |
| TERRI Lynn Unser | | 7514 |
| Lyle Norbert | Lyle Norbert | 7514 |
| Melvin Scott | M S | 7514 |
| Kenneth Bacum Jr | K.B.C | 7514 |
| Dennis Lui | | 7514 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:*

Lui, Chen, Lin - OFF

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

Attendance

**SAN FRANCISCO PUBLIC WORKS - BSES**
**TAILGATE -2023**

**Sup 2 Minutes**

SUPERVISOR/TRAINER: Robert Miller    Jun (Rivis Dasol/a Raymond

BUREAU: 9U    DIVISION/GROUP: BSES    WhE, E

DATE: 6-21-23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Federico Dinz | | 7514 |
| Melvin Scott | | 7514 |
| William J. Starks Jr | | 7514 |
| Lyle NoRBeRt | | 7514 |
| Vikk. Lynn Vinsa | | 7514 |
| Dennis runs | | 7514 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:*

GUI, CHEN LIN    OFF

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE -2023

**Sup 2 Minutes**

SUPERVISOR/TRAINER: Robert Miltn          Juan C Rivera

BUREAU: BSES _____ DIVISION/GROUP: 90 _____

DATE: 6-7-23 _____

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| William J. Starks II | William J. Starks Jr | 7514 |
| Federico Diaz | Feauro | 7514 |
| Lyle Norbert | Lyle Norbert | 7514 |
| KENNETH BANDUM L. | KB-Q | 7514 |
| Dennis Nnuna | | 7514 |
| Melvin Scott | MS | 7514 |

*ABSENT: REASON:*
Gui CHEN LIN - OFF
Vinson, Lynn Jerri  FH

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

K3.

*Mandatory Refresher Tailgate 2023*                          *Attendance*

Sup II Meeting Notes

SUPERVISOR/TRAINER: _____ J. Reilly _____
DEPARTMENT: SES   DIVISION/GROUP: Zone F   Day Shift
DATE: _____ 21 Jun 23

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Justin Maroney | | 7514 |
| 2. | Kenneth Jackson | | 7514 |
| 3. | Qcong Fanglau | | 7514 |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

*ABSENT:* _____ *REASON:* _____

*Supervisor: Give the original sign in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.*
*Safety Recordkeeper: Log the attendance data into your 2023 Training Plan. File the original attendance sheet with your records.*

*Mandatory Refresher Tailgate 2023*                              *Attendance*

SUP II MEETING NOTES

**SUPERVISOR/TRAINER:** J. Remy

**DEPARTMENT:** SES    **DIVISION/GROUP:** ZONE  F    DAY SHIFT

**DATE:** 14 June 23

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Heye Qin | | 7514 |
| 2. | Nicole Whitfield | MCnn MWf | 7215 |
| 3. | Illyra Porchia | | 7215 |
| 4. | Sheldon Silas | Sheldon Silas | 7514 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

**ABSENT:**                        **REASON:**

*Supervisor: Give the original sign in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.*
*Safety Recordkeeper: Log the attendance data into your 2023 Training Plan. File the original attendance sheet with your records.*

## *Mandatory Refresher Tailgate 2023*        *Attendance*

### Supervisor II Minutes

SUPERVISOR/TRAINER: N. DelaGarza

DEPARTMENT: Public Works DIVISION/GROUP: BSES / GRaFFITI

DATE: 6/15/23

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | Guoshen Tu | *(signature)* | 7514 |
| 2. | Anthony Mccoy | *(signature)* McCoy | 7514 |
| 3. | Gretchen McGowan | Gretchen McGowan | 7514 |
| 4. | Marie Conner | *(signature)* | 7501 |
| 5. | Craig Blackmon | Craig Blackmon | 7514 |
| 6. | Reno Hutchins | Reno Hutchins | 7514 |
| 7. | Bradley Young | B. Young | 7514 |
| 8. | Lamar Simpson | *(signature)* | 7514 |
| 9. | Khusi Gurung | K Gurung | 7514 |
| 10. | Melody Ou Yang | *(signature)* | 7514 |
| 11. | Daniel Ferrick | Daniel Ferrick | 7514 |
| 12. | Brenda Joy | *(signature)* | 7514 |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

ABSENT: KEVIN FUNES    REASON: EARNED TIME
     LEONARD DOSS      VAC
     LEROY ELIPS      SLP
     JOSE CABRERA      SLP

*Supervisor: Give the original sign-in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.*
*Safety Recordkeeper: Log the attendance data into your 2023 Training Plan. File the original attendance sheets with your records.*

## SAFETY TAILGATE
## ATTENDANCE LIST

**SUPERVISOR:** Corey Jackson
**DEPT/PROGRAM:** BSES/ Zone A
**DATE:** 6-28-23

**TITLE OF TRAINING:** Sup II Meeting Minutes

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Albert Davis | | 7215 |
| 2. | XJHochas Zhu | | 7514 |
| 3. | Jinai Ewen | | 7514 |
| 4. | Tommy Lam | | 7514 |
| 5. | FRANCISCO ECHAVEZ | | 7514 |
| 6. | Ahjare Holdmaren | | 7514 |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:** Ernest Renfro          **REASON:** FML
          Charles Allen                    Off

GSA-EHS 01/01/23

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE -2023

Sup 2 Minutes

SUPERVISOR/TRAINER: RAYMOND DASALLA / Robert Mitton / im Chion

BUREAU: 90                    DIVISION/GROUP: BSES

DATE: 6-28-23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Federico Diaz | FV | 7514 |
| William J. Starles Jr | william J. Starks gr | 7514 |
| Jerri L Vinsun | | 7514 |
| Melvin Scott | | 7514 |
| Dennis Nims | | |
| Lyle Norbert | Lyle Norbert | 7514 |

ABSENT: REASON:

Gui, Chen Lin    OFF

Kenneth Duncan    AWOL

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

*Mandatory Refresher Tailgate 2023*                                    *Attendance*

Supervisor II Minutes

SUPERVISOR TRAINER: N. DELEGARZZ

DEPARTMENT Public Works DIVISION GROUP: BSES/ZONE

DATE: 6/28/23

| PRINT NAME | SIGN NAME | JOB CLASS |
|---|---|---|
| Craig Blackmon | Craig Blackmon | 7514 |
| Bradley Young | B.Y. | 7514 |
| Jose Cabran | gen Cabra | 7514 |
| GROSHEN TAN | Groshens | 7514 |
| LEONARD D.DOSS Sr- | Leonard D.Doss | 7514 |
| Reno Hutchins | Reno Hutchins | 7514 |
| Khrish Gurung | | 7514 |
| MELODY LUU YANG | | 7514 |
| DANIEL Feerick | Dan Feerick | 7514 |
| Anthony McCoy | Anthony McE | 7514 |
| Marwe wonley | egce | 7501 |
| LAMAR Simpson | | 7514 |
| Gretchen M-Gowan | Gretchen McGowan | 7514 |
| ALBERTO BUSTAMANTE | alto | 7215 |
| Terrell Kindred | Terrell K | 7514 |

# *Mandatory Refresher Tailgate 2023*                    *Attendance*

Sup II Meeting Notes

SUPERVISOR/TRAINER: _____ Nycole Whitfield
DEPARTMENT: Public Works DIVISION/GROUP: _____ Zone F
DATE: _____ Oe·29·2023

| PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|
| 1. Justin Maroney | | 7514 |
| 2. Kennth JACKSON | | 7514 |
| 3. Qiong Fang Tan | | 7514 |
| 4. Heye Qin | | 7514 |
| 5. Ebony Manuels | Ebony Mannd | 7501 |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |

*ABSENT:* Sheldon Silas          *REASON:* FHP
          Bernie Hesson                    VAP

*Supervisor: Give the original sign in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.*
*Safety Recordkeeper: Log the attendance data into your 2023 Training Plan. File the original attendance sheet with your records.*

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE -2023

**Sup 2 Minutes**

SUPERVISOR/TRAINER: JuAN C RIVERA / RAYMOND DAGALLA

BUREAU: 90                          DIVISION/GROUP: BSES

DATE: 7-13-22

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| William J. Starkes Jr | William J. Starkey | 7514 |
| Federico, D. az | | 7514 |
| Melvin Scott | | 7514 |
| KENNETH BUCAN R | | 7514 |
| Dennis Nomura | | 7514 |
| | | |

*ABSENT: REASON:*
Lyle Norbert          MOD  Duty

Gui CHeng Lin      TRAING   SAN Ramon

**Supervisor:** *This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE -2023

**Sup 2 Minutes**

SUPERVISOR/TRAINER: RAYMOND DASALLA /

BUREAU: BSES _____  DIVISION/GROUP: 90

DATE: 7-20 - 23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Fe Accieo Diac | | 7514 |
| Melvin Scott | | 7514 |
| Kenneth Bunung | | 7514 |
| Gill Ching Lin | | 7501 |
| Dennis Men | | 7514. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**ABSENT: REASON:**

William Starks   OFF

L

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

## *Mandatory Refresher Tailgate 2023*     *Attendance*

Supervisor II Minutes/Folding in Truck Mirrors & Putting cones out

SUPERVISOR/TRAINER: NICOLE DE LA GARZA

DEPARTMENT: Public Works DIVISION/GROUP: BSES/GRAFFITI

DATE: 7/18/23

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | Brandon Joyce | | 7514 |
| 2. | LAMAR Simpson | | 7514 |
| 3. | Reno Hutchins | Reno Hutchins | 7514 |
| 4. | Jose Cabrera | Jose Cabrera | 7514 |
| 5. | Leroy Elips | L Elips | 7514 |
| 6. | Khusi Gurung | KG | 7514 |
| 7. | Marcus Conley | Marcus C | 7561 |
| 8. | Anthony McCoy | Anthony McCoy | 7514 |
| 9. | GUUSHEN TAN | Guushen T | 7514 |
| 10. | Craig Blackman | Craig Blackman | 7514 |
| 11. | MELODY ou YANG | | 7514 |
| 12. | Robert Fields | Robert Fields | 7514 |
| 13. | Gretchen McGowan | Gretchen McGowan | 7514 |
| 14. | LEONARD DIDOSS Jr | Leonard DiDoss | 7514 |
| 15. | DANIEL Feerick | Dan Feerick | 7514 |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

ABSENT:        REASON:

*Supervisor: Give the original sign in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.*

*Safety Recordkeeper: Log the attendance data into your 2023 Training Plan. File the original attendance sheet with your records.*

01/01/2023
San Francisco Office of the City Administrator

Sup II

*Mandatory Refresher Tailgate*                                        *Attendance*

SUPERVISOR/TRAINER: A. Mycoe Whitfield
DEPARTMENT: B.S.O.S  DIVISION/GROUP: Zone F
DATE: 07·06·2023

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Justin Maroney | | 7514 |
| 2. | Kenneth Jackson | | 7514 |
| 3. | Qiong Fang Tan | | 7514 |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

ABSENT: Ebony Manuels        REASON: Training
        Bernie Hession                Injury

*Supervisor: Give the original and the evaluation forms to your Safety Recordkeeper.
Keep a copy for your files and update your employees' training records.*
*Safety Recordkeeper:*

9

San Francisco Office of the City Administrator

**Attendance**

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE - 2023

### Sup 2 Minutes

SUPERVISOR/TRAINER: _Nycole Whitfield_

BUREAU: _B.S.E.S._          DIVISION/GROUP: _Zone F_

DATE: _07-20-2023_

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Justin Maroney | _(signature)_ | 7514 |
| Kenneth JACKSON | _(signature)_ | 7514 |
| Ebony Manuels | Ebony Manuel | 7501 |
| Qiong Fang Tan | _(signature)_ | 7514 |
| Bernie Hossion | Bernie Hossion | 7514 |

*ABSENT: REASON:* Johnnie Walker          comp

---

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
## TAILGATE - 2023

**Sup 2 Minutes**

SUPERVISOR/TRAINER: Nycole Whitfield

BUREAU: B.S.E.S.    DIVISION/GROUP: Zone F

DATE: 07-27-23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Justin Marony | | 7 5 14 |
| Kennth Jackson | | 75 14 |
| Giong Fang Tan | | 75 18 |
| Bernie Hessien | Barri Pellion | 75 14 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:* Ebony Manuels — FHP

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE - 2023

### Sup 2 Minutes

SUPERVISOR/TRAINER: _Nicole Whitfield_

BUREAU: _B.S.E.S_    DIVISION/GROUP: _Zone F_

DATE: _07.13.23_

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Justin Maroney | | 7514 |
| Kenneth Jackson | | 7514 |
| Qiong Faug Tau | | 7514 |
| | | |

ABSENT: REASON: _Ebony Manuels - San Ramon_

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

*Mandatory Refresher Tailgate 2023*                                    *Attendance*

## Supervisor II Minutes

SUPERVISOR/TRAINER: _Nicole Delgarzz_
DEPARTMENT: _Public Works_ DIVISION/GROUP: _BSES / GRAFFITI_
DATE: _8/16/23_

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | LEONARD D. ROSS JR | _Leonard D ross_ | 7514 |
| 2. | Rono Hutchins | _Reno Hutchins_ | 7514 |
| 3. | Anthony McCoy | _Anthony Mcc_ | 7514 |
| 4. | Terrell Kindred | _Terrell K_ | 7514 |
| 5. | Robert Fields | _Robert Ful_ | 7514 |
| 6. | Marco Con | | 7501 |
| 7. | Leroy Flips | _L Elr_ | 7514 |
| 8. | Khusi Gurung | | 7514 |
| 9. | ALBERTO BUSANAVE | | 7215 |
| 10. | Bradley Young | B. Young | 7514 |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

ABSENT: Melody Ou Yang        REASON: FML
Lamar Simpson                 FH
Brenda Lopez                  FH

*Supervisor: Give the original sign in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.*

*Safety Recordkeeper: Log the attendance data into your 2023 Training Plan. File the original attendance sheet with your records.*

01/01/2023
San Francisco Public Works City Administrator

*Mandatory Refresher Tailgate 2023*                    *Attendance*

## Supervisor II Minutes

SUPERVISOR/TRAINER: _N. De La Garza_
DEPARTMENT: _Public Works_ DIVISION/GROUP: _BSES / Graffiti_
DATE: _8/3/23_

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | Bradley Young | B. Young | 7514 |
| 2. | Craig Bladukov | Craig | 7514 |
| 3. | Reryo Hutchins | Rovio Hutchins | 1514 |
| 4. | Josa M Cabrou | galeba | 75/4 |
| 5. | Khusi Gurung | | 7514 |
| 6. | LAMAS Sampson | | 2514 |
| 7. | MELODY OU YANG | | 7514 |
| 8. | GNOSHEN TAN | | 7514 |
| 9. | LEONARD D DOSS SR | Leonard D. Doss | 7514 |
| 10. | DANiel Feerick | Daniel Feerick | 7514 |
| 11. | Brant John | | 2514 |
| 12. | Terre 11 Kindred | Terrell K | 7514 |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

*ABSENT:*                              *REASON:*

*Supervisor: Give the original sign in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.*
*Safety Recordkeeper: Log the attendance data into your 2023 Training Plan. File the original attendance sheet with your records.*

01/01/2023
San Francisco Office of the City Administrator

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
## TAILGATE - 2023

### Sup 2 Minutes

SUPERVISOR/TRAINER: _A. Nycole Whitfield_

BUREAU: _B.S.E.S._     DIVISION/GROUP: _Zone F_

DATE: _08-10 2023_

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Justin Marmor | _(signature)_ | 7514 |
| Kenneth Jackson | _(signature)_ | 7514 |
| Ebony Manuels | Ebony Manuel | 7501 |
| Qiong Fang Tan | _(signature)_ | 7514 |
| Bernie Hession | Bernin Hession | 7514 |

*ABSENT: REASON:*

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

## SAFETY TAILGATE
## ATTENDANCE LIST

**SUPERVISOR:** Corey Jackson

**DEPT/PROGRAM:** BSES A Zone A

**DATE:** 8-2-23

**TITLE OF TRAINING:** Sup 11 Meeting MPinutes

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Jinai Gwen | JG | 7514 |
| 2. | Albert Davis | QD | 7215 |
| 3. | Tommy LAM | | 7514 |
| 4. | FRANCISCO ECHAVEZ | | 7514 |
| 5. | A. Holdman | | 7514 |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

*ABSENT:* Ernest Rendro          *REASON:* WC

Xui'o Chao Zhu          MOD DUTY

Charles Allen          Off

## SAFETY TAILGATE
## ATTENDANCE LIST

SUPERVISOR: Corey Jackson

DEPT/PROGRAM: BSES / Zone A

DATE: 8-9-23

TITLE OF TRAINING: Sup ll Meeting Minutes

| PRINT NAME | SIGN NAME | JOB CLASS # |
|------------|-----------|-------------|
| 1. FRANCISCO ECHAVEZ | FEz | 7514 |
| 2. A. Holdman | AH | 7514 |
| 3. Tommy LAM | TM | 7514 |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |

ABSENT: Ernest Rendro     REASON: WC
        Jinai Guan                VAC
        Charles Allen             Off

GSA-EHS 01/01/23

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE -2023

**Sup 2 Minutes**

SUPERVISOR/TRAINER: RAYMOND OASALLA

BUREAU: BSES          DIVISION/GROUP: QD

DATE: 9-17-23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| William J. Starks Jr | William J. Starks Sr | 7514 |
| KENNETH BUNCUM Jr | | 7514 |
| GUI CHENG LIN | Gui Lia Lin | 7501 |
| Melvin Scott | | 7514 |
| Dennis Lucas | Dr | 7514 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:* Lyle Norbert - Mod Duty
Jerri Lynn Vinson - Zone B

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE -2023

**Sup 2 Minutes**

SUPERVISOR/TRAINER: _Ivan C Rivon_

BUREAU: _BSES_     DIVISION/GROUP: _90_

DATE: _8-3-23_

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| william J. Starks Jr | William J. Starks Jr | 7514 |
| Foderico Diaz | | 7514 |
| Melvin Scott | MS | 7514 |
| Dennis Nunn | | 7514 |
| arthy Lii | Gull Li | 7501 |
| Kennetn Buncum Jr | | 7514 |

*ABSENT: REASON:*
Lyle Norbert

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

**Attendance**

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE - 2023

**Sup 2 Minutes**

SUPERVISOR/TRAINER: _Nicole Whitfield_

BUREAU: _B.S.E.S_   DIVISION/GROUP: _Zone F_

DATE: _08.03.2023_

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Kenneth JACKSON | Ketta | 7514 |
| Qiong Fang Tau | | 7518 |
| Ebony Manuels | Ebony Manuel | 7501 |
| Justin Maroney | | 7514 |

*ABSENT: REASON:* Bernie Hession  —  SP
Heye Qin  —  Vac

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*



Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE - 2023

**Sup 2 Minutes**

SUPERVISOR/TRAINER: _____ Nicole Whitfield _____

BUREAU: B.S.E.S.    DIVISION/GROUP: Zone 1^c

DATE: 08·17·2023

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Heye Qin | ~fer~ | 7514 |
| Kenneth JACKSON | Kit for | 7514 |
| Ebony Manuels | Ebony Manuel | 7501 |
| Qiong Fangfan | ~signature~ | 7514 |
| JOHNNIE WALKER | ~signature~ | 7514 |
| Bernie Hession | Bernie Hession | 7514 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:*

_____

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

## SAFETY TAILGATE
## ATTENDANCE LIST

SUPERVISOR: Corey Jackson

DEPT/PROGRAM: BSES / Zone A

DATE: 3-23-23

TITLE OF TRAINING: Sup II Meeting Minutes

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | XIAOCHAO Zhen | | 7514 |
| 2. | Albert Davis | | 7215 |
| 3. | Jinai Guan | | 7514 |
| 4. | FRANCISCO ECHAVEL | | 7514 |
| 5. | Ahjae Holdman | | 7514 |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 2. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

ABSENT: Ernest Renfro          REASON: WC

Tommy Lam                              VAC

GSA-EHS 01/01/23