# EXHIBIT E

# TO

# DECLARATION OF JONATHAN VAING IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT ORDER (ECF NO. 180)

Attendance

# GENERAL SERVICE AGENCY
## SES TAILGATE - 2022

{ Bag & Tag process refresher }

SUPERVISOR/TRAINER: Maximo Valdes, Corey Jackson, Alison Mickels
BUREAU: Street Environmental Services   DIVISION/GROUP: Zone A
DATE: 1-12-23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Weisheng Chen | [signature] | 7514 |
| Gui CHENG LIN | [signature] | 7501 |
| EARNEST RENFRO | Earnest Renfro | 7514 |
| Maximo Valdes | [signature] | 7215 |
| Janai Gwen | [signature] | 7514 |
| Emma Cabrera | [signature] | 7501 |
| TOMMY LAM | [signature] | 7514 |
| DEANDRE GAKERA | [signature] | 7514 |
| Ed Martinez | Ed M. | 7514 |
| BYRON PAZ | [signature] | 7514 |
| FRANCISCO ECHAVEZ | [signature] | 7514 |

ABSENT: REASON: Ahjae Holdman   Leave

**SAN FRANCISCO PUBLIC WORKS - BSES**
**TAILGATE MEETING - 2023**

## Refresher: Bag and Tag Policy

SUPERVISOR/TRAINER: Guillermo Perez Jr.
BUREAU: SES          DIVISION/GROUP: ZONE C
DATE: 1/12/23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Justin Maroney | | 7514 |
| Al Davis | | 7213 |
| Kareem Jackson | | 7315 |
| George Fonje | | 7514 |
| Pei Fang Li | | 7501 |
| Mirna Pimentel | | 7501 |
| Henry C Ramirez | | 7215 |
| Guoshen Tan | | 7514 |

*ABSENT:*                                        *REASON:*

*Supervisor:* This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.

Attendance

## GENERAL SERVICE AGENCY
## SES TAILGATE - 2022

{Bag and Tag procedure update}

SUPERVISOR/TRAINER: Edgar Garcia / Ngqole Whitfield

BUREAU: BSES     DIVISION/GROUP: Zone F

DATE: 12/29/2022

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Kenneth Jackson | Kf Jak | 7514 |
| Evette Demings | Evatt | 7501 |
| Sheldon Silas | Sheldon Silas | 7514 |
| Jarrell Williams | Jw m | 7501 |
| Walter Meale | WM | 7514 |

*ABSENT: REASON:*
Johnnie Wolfer out on workers comp.
Ivan Velazquez out sick.

# Preliminary Injunction Order
## Bag & Tag Procedural Changes 011023

**SUPERVISOR:** Robert M. Hu

**BUREAU:** 90 BSES        Zone E

**DATE:** 1-10-23                **NUMBER OF HOURS:** _____

| # | PRINT NAME | SIGN NAME |
|---|---|---|
| 1. | Thomas Lopez | Thomas Lopez |
| 2. | William J Starks Jr | William J Starks |
| 3. | JOHN DUPONT | John Dupont |
| 4. | Lyle Norbert | Lyle Norbert |
| 5. | Kenneth Duncan | [signature] |
| 6. | Edward Redel | [signature] |
| 7. | Fernando Mendoza | [signature] |
| 8. | Danis M[...] | [signature] |
| 9. | Jerril Vins | [signature] |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |

U:\Tailgates\SAFETY TAILGATE SIGN-IN LIST.doc

# SAN FRANCISCO PUBLIC WORKS - BSES
## TAILGATE MEETING - 2023

## Refresher: Bag and Tag Policy

SUPERVISOR/TRAINER: Guillermo Perez Jr.
BUREAU: SES          DIVISION/GROUP: ZONE C
DATE: 1/12/23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Justin Maroney | | 7514 |
| Al Davis | | 7215 |
| Kareem Jada | | 7815 |
| Qiong Fang | | 7514 |
| Pei Fang Li | | 7501 |
| Mirna Pimentel | | 7501 |
| Henry C Ramirez | | 7215 |
| Guoshen Tan | | 7514 |

ABSENT:                                    REASON:

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

# Mandatory Refresher Tailgate 2023 — Attendance

## Bag and Tag

**SUPERVISOR/TRAINER:** NICOLE DeLaGarza
**DEPARTMENT:** Public Works **DIVISION/GROUP:** BSES / Graffiti
**DATE:** 8/30/23

| # | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1 | LEONARD D. DOSS Jr | Leonard D. Doss | 7514 |
| 2 | Jose M Cabrera | Jon Cab | 7514 |
| 3 | Khusi Gurung | K Gurung | 7514 |
| 4 | Bradley Young | B. Young | 7514 |
| 5 | Leroy Edps | L Edps | 7514 |
| 6 | Craig Blumer | Craig Blum | 7514 |
| 7 | Reno Hutchins | Reno Hutchins | 7514 |
| 8 | Brad J. | (signature) | 7514 |
| 9 | Ana Cordova | Ana | 7501 |
| 10 | Anthony McCoy | Anthony McCoy | 7514 |
| 11 | Gretchen McGowan | Gretchen McGowan | 7514 |
| 12 | Guoshen Tan | Gnosh T | 7514 |
| 13 | Lamar Sumpter | (signature) | 7514 |
| 14 | Terrell Kindred | Terrell K | 7514 |
| 15 | Daniel Feerick | Daniel Feerick | 7514 |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

**ABSENT:** Melody O. Yancey   **REASON:** FML
Supervisor: Give the original sign in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.
Safety Recordkeeper: Log the attendance data into your 2023 Training Plan. File the original attendance sheet with your records.

01/01/2023
San Francisco Office of the City Administrator

11

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
## TAILGATE - 2023

*Bag & Tag Procedures.*
*(A CMMS Service order number, photos before & after are require, plus all details and information must be fill up in the report).*

**SUPERVISOR/TRAINER:** Alberto Zapata/Jeffrey Ramirez
**BUREAU:** SFPW   **DIVISION/GROUP:** S.E.S "Zone D".
**DATE:** 8/29/2023/23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Daniela Eaton | [signature] | 7514 |
| Steve Padilla | APadilla | 7514 |
| Isaias Vidal | I. Vidal | 7514 |
| [illegible] | Catarina Mach | 7514 |
| [illegible] J. [illegible] | Frexxed L Johnson | 7514 |
| Jaime Barragan | [signature] | 7514 |
| William Dow | William Dow | 7514 |
| Lengue Hart-Figgins | [signature] | 7514 |
| Daniel [illegible] | [signature] | 7514 |

*ABSENT: REASON:*

## Process for Unattended-Un-Housed Belongings for Bag & Tag 110822

**SUPERVISOR:** D. Dilworth
**BUREAU:** BSES - HOT SPOT CREW
**DATE:** 11/8/22        **NUMBER OF HOURS:** 4am - 12:30pm

| # | PRINT NAME | SIGN NAME | |
|---|---|---|---|
| 1. | Thomas Jeffer | Thoms Jeff | 7514 |
| 2. | Larry Banefield | | 7514 |
| 3. | Scott Branch | Scott Branch | 7514 |
| 4. | Daniel Garcia | | 7514 |
| 5. | Julio Martin | Julio M | 7514 |
| 6. | Alvino Matus | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | Employees Not Present: | | |
| 21. | - B. Brandon - COV | | |
| 22. | - I. Graham - VM | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |

U:\Tailgates\SAFETY TAILGATE SIGN-IN LIST.doc

# OFFICE OF THE CITY ADMINSTRATOR
## City Wide Vehicle Use Policy

**BAG AND TAG TAILGATE**

**SUPERVISOR:** Khaled Shehadeh
**BUREAU:** BSES
**DATE:** 12.01.22   **NUMBER OF HOURS:** .50 Hours

| # | PRINT NAME | | SIGN NAME |
|---|---|---|---|
| 1. | MELODY OU YANG | 7514 | *signature* |
| 2. | YI ZHENG YU | 7514 | *signature* |
| 3. | LAMAR SIMPSON | 7514 | *signature* |
| 4. | Terrell Kindred | 7514 | Terrell K |
| 5. | Anthony McCoy | 7514 | Anthony McCoy |
| 6. | Khusi Gurung | 7514 | *signature* |
| 7. | Leroy Elips | 7514 | L Elips |
| 8. | Robert Fields | 7514 | Robert Fields |
| 9. | FREDERICK L. JOHNSON | 7514 | Frederick L. Johnson |
| 10. | JOSE CABRERA | 7514 | *signature* |
| 11. | LEONARD DIDOSS JR. | 7514 | Leonard D. Doss |
| 12. | DANIEL FEEVICK | 7514 | Daniel Fee... |
| 13. | ALBERTO BUSTAMANTE | 7514 | *signature* |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |

# GENERAL SERVICE AGENCY
## SES TAILGATE - 2022

### Unattended belonging Bag and Tag Policy

SUPERVISOR/TRAINER: Edgar Garcia / Nycole Whitfield

BUREAU: BSES    DIVISION/GROUP: Zone F

DATE: 11/9/22

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Kenneth Jackson | [signature] | 7514 |
| IVAN VELAZQUEZ | [signature] | 7514 |
| Sheldon Silas | Sheldon Silas | 7514 |
| Evette Demings | [signature] | 7514 |
| NANCY WONG | [signature] | 1312 |

*ABSENT: REASON:*

# GENERAL SERVICE AGENCY
## SES TAILGATE - 2022

{Bag and Tag procedure update}

SUPERVISOR/TRAINER: Edgar Garcia / Ngagoue Whitfield

BUREAU: BSES  DIVISION/GROUP: Zone F

DATE: 12/29/2022

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Kenneth Jackson | Ken Jak | 7514 |
| Evette Demings | Evett | 7501 |
| Sheldon Silas | Sheldon Silas | 7514 |
| Jarrell Williams | Jw | 7501 |
| Walter Meade | WM | 7514 |

*ABSENT: REASON:*

Johnnie Walker out on workers comp.
Ivan Velazquez out sick.

# OFFICE OF THE CITY ADMINISTRATOR
## SAFETY MEETING/JOB SPECIFIC TRAINING
### ATTENDANCE LIST

SUPERVISOR: T. JONES
DEPT/PROGRAM: SES ZONE A
DATE: 10-25-2022    NUMBER OF HOURS: .30
TITLE OF TRAINING: BAG N TAG PROCEDURES

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | ERNEST REUPRO | Ernest Reu | 7714 |
| 2. | Tommy LAM | TL | 7514 |
| 3. | Jin Nguyen | JN | 7514 |
| 4. | Yan Muong | YM | 7501 |
| 5. | Weisheng Chen | WC | 7514 |
| 6. | FRAVCISCO EUHUN | FE | 7514 |
| 7. | Byron Sir | BS | 7514 |
| 8. | Corey Jackson | CJ | 7215 |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

ABSENT:                REASON:

Supervisor: Forward with attached Safety Meeting Description to Safety Recordkeeper for filing.

## Preliminary Injunction Order
## Bag & Tag Procedural Changes 011023

**SUPERVISOR:** Robert M. H__
**BUREAU:** 90 BSES    Zone E
**DATE:** 1-10-23    **NUMBER OF HOURS:** ____

| | PRINT NAME | SIGN NAME |
|---|---|---|
| 1. | Thomas Lopez | Thomas Lopez |
| 2. | William J Starks Jr | William S. Starks |
| 3. | JOHN DUPONT | John Dupont |
| 4. | Lyle Norbert | Lyle Norbert |
| 5. | Kenneth Duncan | [signature] |
| 6. | Edward Redd | ER |
| 7. | Fernando Mendoza | [signature] |
| 8. | Dennis M__ | [signature] |
| 9. | Jerry L Vince | [signature] |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |