# EXHIBIT F

# TO

# DECLARATION OF JONATHAN VAING IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT ORDER (ECF NO. 180)



## SAN FRANCISCO PUBLIC WORKS

## NOTICE OF REMOVAL OF PROPERTY

Be advised that unattended personal property has been removed from this area because it was stored on City or State property in violation of California Penal Code Sections 372 and/or 647(e), and/or San Francisco Police Code Section 22.

**Date and approximate time of removal:** _____

**SR/CMMS#:** _____

**Location of removal:** _____

**General description of items removed:** _____

_____

**PW Staff name:** _____ **Vehicle #:** _____

You may retrieve your belongings at the Public Works Operations Yard located at 2323 Cesar Chavez Street (use the Kansas Street entrance at Marin Street), 415-695-2134. They can be claimed 24 hours a day after items is collected for the first 72 hours.  Afterwards, owners may retrieve their items Monday through Friday, 9 a.m. to 3 p.m. There is no fee for storage or retrieval. Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property in order to retrieve it. Property not claimed
within 90 days of the date of removal will be deemed abandoned and will be destroyed.