DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**SUPPLEMENTAL DECLARATION OF LT. WAYMAN YOUNG IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT ORDER (ECF NO. 180)**<br><br>Trial Date:            April 15, 2024 |

I, Wayman Young, declare as follows:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto. I previously submitted a declaration in this matter on July 6, 2023.

2. I am a Lieutenant in the San Francisco Police Department ("SFPD"). I have worked at SFPD for 19 years. When San Francisco's Healthy Streets Operations Center ("HSOC") was created in January 2018, I joined HSOC as the field Supervisor Sergeant. Once HSOC reformed after being disbanded for 10 months, I rejoined in August 2022 as a Sergeant. In November 2022, I was promoted to Lieutenant and left HSOC. I returned to HSOC as the Lieutenant on February 27, 2023. Currently, I supervise one sergeant and seven SFPD officers providing support to HSOC.

3. In my previous declaration, I stated that every SFPD Officer has received a copy of Department Bulletin 23-007 and was required to sign an electronic form attesting to receipt of it. This was sent out through the Power DMS system, and every officer's department work email, which is the SFPD's system in which it alerts all Department employees of new updates to policies and procedures. Again, every SFPD member of HSOC has electronically signed off on DN 23-007.

4. "Roll-call" training occurs at the beginning of the "watch" or shift. This provides an opportunity for the Supervisor to go over DN 23-007 line by line as written and for Officers to refresh their knowledge and reinforce skills learned in previous trainings. Officers are allowed to engage in discussion and ask questions about the implementation of the department notice. "Roll-call" training on DN 23-007 was completed with the HSOC officers sometime around mid-March 2023.

5. I am developing additional training in coordination with other SFPD members regarding DN 23-007 that will be delivered to all officers assigned to patrol throughout the Department via "roll-call" training. This training would consist of the Officer in Charge (Lts. or Sgts.) reviewing DN 23-007 with the group of officers they supervise and explain in detail what DN 23-007 means and answer any questions. This training may include additional clarifying language and common scenarios officers encounter. In the event that DN 23-007 is superseded by a further Department notice, the "roll-call" training procedure described above will take place to train officers on the superseding notice.

I declare under penalty of perjury that the above is true and correct under the laws of the State of California.  Executed on September 21, 2023 in San Francisco, California.

/s/ Wayman Young
Wayman Young