1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
4  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
5  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
6  ZUZANA S. IKELS, State Bar #208671
   Deputy City Attorneys
7  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
8  San Francisco, California 94102-4682
   Telephone:    (415) 554-4675 (Snodgrass)
9                (415) 554-3857 (Wang)
                 (415) 554-6762 (Murphy)
10               (415) 554-3870 (Gradilla)
                 (415) 554-4223 (George)
11               (415) 355-3307 (Ikels)
   Facsimile:    (415) 554-4699
12 E-mail:       wayne.snodgrass@sfcityatty.org
                 edmund.wang@sfcityatty.org
13               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
14               john.george@sfcityatty.org
                 zuzana.ikels@sfcityatty.org
15
   Attorneys for Defendants
16 CITY AND COUNTY OF SAN FRANCISCO, et al.

17                        UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19
   COALITION ON HOMELESSNESS; TORO           Case No. 4:22-cv-05502-DMR
20 CASTAÑO; SARAH CRONK; JOSHUA
   DONOHOE; MOLIQUE FRANK; DAVID             DECLARATION OF JASON CUNNINGHAM
21 MARTINEZ; TERESA SANDOVAL;                IN SUPPORT OF DEFENDANTS' RESPONSE
   NATHANIEL VAUGHN,                         TO COURT ORDER (ECF NO. 180)
22
         Plaintiffs,
23
                                             Trial Date:      April 15, 2024
         vs.
24
25 CITY AND COUNTY OF SAN
   FRANCISCO, et al.,
26
         Defendants.
27

28
   CUNNINGHAM DECL                                                    n:\govlit\li2022\230239\01631534.docx
   CASE NO. 4:22-cv-05502-DMR

I, Jason Cunningham, declare as follows:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am a Program Manager in the Professional Standards & Principled Policing Unit of the San Francisco Police Department ("SFPD"). I have worked at the SFPD for 7 years. My responsibilities in this role include managing the business analysis team, which is responsible for criminal statistical reporting at the local, state and federal level, publication of data through our data transparency program, data and analysis for command staff, department members, the police commission and board of supervisors, and response to data related to public information requests, among other duties.

3. I directed members of my team to query our systems to obtain information responsive to the Court's minute order dated August 24, 2023. Dkt. 180. Particularly, under my direction, my team sought to determine the number of SFPD officers who are not assigned to respond to HSOC or JFO operations who have interacted with homeless individuals in response to 915 and 919 calls for service from December 22, 2023 to September 13, 2023, as noted in the Court's order.

4. My team queried our systems first to find the number of calls with a final call code of 915 and 919. We then filtered the data and removed all callsigns associated with HSOC and JFO operations, and also filtered out call dispositions which indicated no contact with an individual was made. We also filtered out callsigns that are assigned to the HEART and PERT program, which exclusively utilize non-sworn, non-SFPD employees. We then associated each callsign with the individuals assigned that callsign on that particular day.

5. The individuals assigned to a callsign are shown in the Computer Aided Dispatch (CAD) record with a unique identifying number, also known as an "A number", or an error number, which displays as "-999." We then counted distinct "A numbers" to determine the distinct number of members outside of HSOC and JFO who have likely interacted with homeless individuals on 915 and 919 calls during the time period noted above. 715 members have likely been in contact with homeless individuals under the previously noted parameters.

6. "-999" error codes are not counted above, and may account for individuals who are not issued "A numbers" or otherwise do not have an "A number" in the call record. We are therefore unable to count distinct officers making contact in this subset of the data. Instead, we assumed by distinctly counting callsigns and assumed between one and two individuals per callsign. We found 184 distinct callsigns that may account for between 184 and 368 individual officers under the previously noted parameters.

7. Based on the above, a likely total of between 899 and 1,083 officers responded to 915 and 919 calls in the time period noted above likely resulting in a contact with a person experiencing homelessness. Due to the nature of the error, it is possible that individuals counted with a "-999" error code may also be counted with a distinct "A number" elsewhere in the data, or more than once in the "-999" data, possibly leading to a double count.

8. We then separately counted HSOC and JFO A number and associated –999 counts, and made the same set of assumptions with callsigns. Under the previous parameters, 43 distinct officers may have interacted with individuals based on A numbers assigned to HSOC and JFO callsigns. Between 22 and 44 additional officers may have interacted with individuals based on "-999" error codes under previous parameters. Combining the HSOC and JFO count with the non-HSOC and JFO count leads to a total of between 964 and 1,170 distinct officers responding to 915 and 919 calls under previously noted parameters. Due to the nature of the -999 error, it is possible that individuals counted with a "-999" error code may also be counted with a distinct "A number" elsewhere in the data or more than once within the "-999" data, possibly leading to a double count.

I declare under penalty of perjury that the above is true and correct under the laws of the State of California. Executed on September 22, 2023 in San Francisco, California.

JASON CUNNINGHAM