1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
2  505 Montgomery Street, Ste 2000
   San Francisco, CA 94111
3  Telephone: (415) 391-0600
   al.pfeiffer@lw.com
4

5  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
6  Zal K. Shroff, MJP 804620, *pro hac vice*
   131 Steuart Street, Ste. 400
7  San Francisco, CA 94105
   Telephone: (415) 543-9444
8  zshroff@lccrsf.org

9  ACLU FOUNDATION OF NORTHERN
   CALIFORNIA
10 John Thomas H. Do, SBN 285075
   39 Drumm Street
11 San Francisco, CA 94111
   Telephone: (415) 293-6333
12 jdo@aclunc.org

13 *Attorneys for Plaintiffs*

14 *Additional Counsel Listed on Signature Page*

15

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                      OAKLAND DIVISION

19 COALITION ON HOMELESSNESS, et al.,      CASE NO. 4:22-cv-05502-DMR

20            Plaintiffs,                  **NOTICE OF PLAINTIFFS' OPPOSITION
                                           TO SAN FRANCISCO'S MOTION TO**
21       v.                                **RELATE CASE TO** *COLLEGE OF LAW,
                                           SAN FRANCISCO ET AL. V. CITY AND*
22 CITY AND COUNTY OF SAN FRANCISCO,       *COUNTY OF SAN FRANCISCO,* **CASE**
   et al.,                                 **NO. 4:20-cv-03033-JST**
23
              Defendants.
24

25

26

27

28

1    Plaintiffs provide this Court notice of the attached brief in the matter of *College of Law,*

2    *San Francisco et al. v. City and County of San Francisco,* Case No. 4:20-cv-03033-JST ("UC

3    Law" matter) to oppose a motion to relate.   On October 3, 2023, the City and County of San

4    Francisco (the "City") filed a motion to relate this case to the *UC Law* matter.   *UC Law* Dkt. No.

5    116.  Plaintiffs were provided notice of this motion the following day.  *UC Law* Dkt. No. 117.  It

6    is unknown whether the City lodged the motion with this court pursuant to L. R. 3-12 (b).  Plaintiffs

7    lodge their opposition here pursuant to L. R. 3-12 (e).

8

9    Dated:  October 10, 2023                    Respectfully submitted,

10                                               By: */s/ Alfred C. Pfeiffer, Jr.*

11
                                                 LATHAM & WATKINS LLP
12                                               Alfred C. Pfeiffer, Jr., SBN 120965
                                                 Wesley Tiu, SBN 336580
13                                               Kevin Wu, SBN 337101
                                                 Tulin Gurer, SBN 303077
14                                               505 Montgomery Street, Ste 2000
                                                 San Francisco, CA 94111
15                                               Telephone: (415) 391-0600
                                                 al.pfeiffer@lw.com
16                                               wesley.tiu@lw.com
                                                 kevin.wu@lw.com
17                                               tulin.gurer@lw.com
18
                                                 LATHAM & WATKINS LLP
19                                               Joseph H. Lee, SBN 248046
20                                               650 Town Center Drive, 20th Floor
                                                 Costa Mesa, CA 92626
21                                               Telephone: (714) 540-1235
                                                 joseph.lee@lw.com
22
                                                 LATHAM & WATKINS LLP
23                                               Rachel Mitchell, SBN 344204
24                                               12670 High Bluff Drive
                                                 San Diego, CA 92130
25                                               Telephone: (858) 523-5400
                                                 rachel.mitchell@lw.com
26

27                                               By: */s/  Zal K. Shroff*

28                                               LAWYERS' COMMITTEE FOR CIVIL

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF PLAINTIFFS' OPPOSITION TO
MOTION TO RELATE CASES
CASE NO. 4:22-CV-05502-DMR

RIGHTS OF THE SAN FRANCISCO BAY
AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org

By: */s/ John T. Do*

ACLU FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman SBN 82002
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

*Counsel for Plaintiffs*

NOTICE OF PLAINTIFFS' OPPOSITION TO
MOTION TO RELATE CASES
CASE NO. 4:22-CV-05502-DMR

**<u>ATTESTATION</u>**

I, Alfred C. Pfeiffer, Jr., am the ECF user whose use ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in the filing.

Dated:  October 10, 2023                    */s/ Alfred C. Pfeiffer, Jr.*

NOTICE OF PLAINTIFFS' OPPOSITION TO
MOTION TO RELATE CASES
CASE NO. 4:22-CV-05502-DMR