**EXHIBIT B**

**TO**

**DECLARATION OF JOHN H. GEORGE IN SUPPORT OF MOTION TO STAY ALL PROCEEDINGS PENDING THE SUPREME COURT'S DECISION IN** *GRANTS PASS V JOHNSON*

NEW YEAR SALE: ONLY 99¢     **Sign in**

**NEW YEAR SALE: Get 6 Months of Access for 99¢!**

ACT NOW

**BAY AREA // SAN FRANCISCO**

# S.F. is working to reduce homeless tent camps. New data shows how it's going

By **J.D. Morris**

Jan 11, 2024

  





A unhoused man gathers his belongings during an encampment sweep along 13th Street in the Mission District of San Francisco, Friday, Nov. 3, 2023.
Stephen Lam/The Chronicle

San Francisco reduced the number of homeless tents on its streets by about 17% last year in the months after the city ramped up encampment sweeps in response to a court ruling, Mayor London Breed's office said Thursday.

The city counted 609 tents in July, prior to receiving September guidance from a federal appeals court that local officials said empowered them to take a more assertive approach to clearing encampments. In November, after San Francisco had begun incorporating the court guidance, the tent count dropped to 508, Breed's office said.

6 MONTHS FOR 99¢

Act Now

The initial July tent figure was the highest since October 2020, when the city counted 703 tents. And the November tent count of 508 was the lowest since June 2022 when there were 492 tents, according to city data.

However, the number of tents tends to fluctuate and it's unclear from the data whether the court guidance was behind the drop.

ADVERTISEMENT
Article continues below this ad

November was also when San Francisco hosted the closely watched Asia-Pacific Economic Cooperation summit attended by President Joe Biden and various other world leaders, along with thousands of CEOs, dignitaries and international journalists. San Francisco made clearing some hot spots for homeless tent camps a priority ahead of APEC, and the November tent count was conducted after the summit, a spokesperson for Breed said.

Still, the data sheds light on how a central part of the city's homelessness strategy has shifted in the context of an ongoing lawsuit that limits the city's ability to clear encampments without providing adequate shelter offers to unhoused people. A divided federal appeals court on Thursday upheld a magistrate's ruling that limits San Francisco from conducting homeless sweeps, rejecting a request by the city to reconsider the court order.

John Do, a senior attorney at the American Civil Liberties Union of Northern California, which is representing the plaintiffs in the encampment lawsuit, said he believed the decrease in tents said more about the lawsuit putting pressure on the city to follow the law and its own policies around encampment sweeps than it did about the court's updated guidance. The figures also highlight the impact of adding more shelter capacity: The city added hundreds of new beds in the second half of 2023.

"These new numbers show that the city's doomsday projections are untrue and that they can reduce street homelessness while at the same time protecting the rights of those living on the street and not cruelly and usually punishing them," Do said.

The tent reduction came in the same year that the number of people on the street who the city connected to shelter or housing increased by 22% from 2022,

officials said.

---

**ADVERTISEMENT**
Article continues below this ad

---

Breed's office underscored the difficulty it has repeatedly said the city faces in getting people into shelter. The data showed 64% of the encampment dwellers who street outreach teams engaged with last year either refused a shelter bed or said they already had somewhere else to stay, according to Breed's office.

"San Francisco is a compassionate city that will always lead with a services-first approach, but we also can't allow people to deteriorate on our streets when we have a place for them to go," Breed said in a Thursday statement. "We have worked to expand our street outreach efforts to bring people indoors into the City's system of care, despite the challenges we have been facing that has limited our outreach efforts."

Under an injunction in place since December 2022 — which San Francisco is challenging in court — the city is restricted in its ability to remove homeless tents from streets and sidewalks without providing shelter and from enforcing certain laws against public camping. The city has still been able to remove tent camps, after giving 72 hours' notice, to ensure access for disabled people and first responders. The injunction also allows for sweeps to be conducted for health and safety reasons, and it permits the city to force encampment residents to move temporarily for street cleaning.

But after the Ninth U.S. Circuit Court of Appeals released guidance in the case in September, the city said it could begin enforcing anti-camping laws against people determined to be "voluntarily" homeless, which means they "declined a

specific offer of available shelter" or already had access to shelter.

Nisha Kashyap, senior attorney at the Lawyers' Committee for Civil Rights, which also represented the plaintiffs, celebrated Thursday's appellate court ruling, calling it a "clear win" on their behalf.

"It confirmed many of the points that we've been making all along, including that the city has been able, under the preliminary injunction, to both provide adequate offers to housing and shelter and also conduct enforcement," she said.

Reach J.D. Morris: jd.morris@sfchronicle.com; Twitter: @thejdmorris

Jan 11, 2024

 By J.D. Morris 

J.D. Morris covers San Francisco City Hall, focused on Mayor London Breed. He joined the Chronicle in 2018 to cover energy and spent three years writing mostly about PG&E and California wildfires.

Before coming to The Chronicle, he reported on local government for the Santa Rosa Press Democrat, where he was among the journalists awarded a Pulitzer Prize for their coverage of the 2017 North Bay wildfires.

He was previously the casino industry reporter for the Las Vegas Sun. Raised in Monterey County and Bakersfield, he has a bachelor's degree in rhetoric from UC Berkeley.

He can be reached at jd.morris@sfchronicle.com.

**Top Of The News**



**CALIFORNIA**

# Palisades Tahoe avalanche: Witness video shows aftermath

Two friends were strapping on their gear when they heard the shout: "Avalanche!" Farther down the slope, they joined in the digging and called 911.

**WEATHER FORECASTS**

# An atmospheric river storm is approaching California. Here's when rain could return

**SAN FRANCISCO**

# 'It's getting worse': Why Tenderloin businesses worry about a new S.F. homeless intervention in their midst

**SAN FRANCISCO**

# What's the richest San Francisco neighborhood? The answer isn't as simple as it sounds

**BAY AREA**

# Two more fashion retailers will shutter at S.F.'s biggest mall

About

Contact

Services

Account

*HEARST newspapers*   © 2024 Hearst Communications, Inc.   Terms of Use   |   Privacy Notice   |   CA Notice at Collection

Your CA Privacy Rights (Shine the Light)   |   DAA Industry Opt Out   |   Your Privacy Choices (Opt Out of Sale/Targeted Ads)

NEW YEAR SALE: ONLY 99¢          **Sign in**

**NEW YEAR SALE: Get 6 Months of Access for 99¢!**

ACT NOW

**BAY AREA // SAN FRANCISCO**

# S.F. is working to reduce homeless tent camps. New data shows how it's going

By **J.D. Morris**

Jan 11, 2024

  





A unhoused man gathers his belongings during an encampment sweep along 13th Street in the Mission District of San Francisco, Friday, Nov. 3, 2023.
Stephen Lam/The Chronicle

San Francisco reduced the number of homeless tents on its streets by about 17% last year in the months after the city ramped up encampment sweeps in response to a court ruling, Mayor London Breed's office said Thursday.

The city counted 609 tents in July, prior to receiving September guidance from a federal appeals court that local officials said empowered them to take a more assertive approach to clearing encampments. In November, after San Francisco had begun incorporating the court guidance, the tent count dropped to 508, Breed's office said.

6 MONTHS FOR 99¢

Act Now

The initial July tent figure was the highest since October 2020, when the city counted 703 tents. And the November tent count of 508 was the lowest since June 2022 when there were 492 tents, according to city data.

However, the number of tents tends to fluctuate and it's unclear from the data whether the court guidance was behind the drop.

ADVERTISEMENT
Article continues below this ad

November was also when San Francisco hosted the closely watched Asia-Pacific Economic Cooperation summit attended by President Joe Biden and various other world leaders, along with thousands of CEOs, dignitaries and international journalists. San Francisco made clearing some hot spots for homeless tent camps a priority ahead of APEC, and the November tent count was conducted after the summit, a spokesperson for Breed said.

Still, the data sheds light on how a central part of the city's homelessness strategy has shifted in the context of an ongoing lawsuit that limits the city's ability to clear encampments without providing adequate shelter offers to unhoused people. A divided federal appeals court on Thursday upheld a magistrate's ruling that limits San Francisco from conducting homeless sweeps, rejecting a request by the city to reconsider the court order.

John Do, a senior attorney at the American Civil Liberties Union of Northern California, which is representing the plaintiffs in the encampment lawsuit, said he believed the decrease in tents said more about the lawsuit putting pressure on the city to follow the law and its own policies around encampment sweeps than it did about the court's updated guidance. The figures also highlight the impact of adding more shelter capacity: The city added hundreds of new beds in the second half of 2023.

"These new numbers show that the city's doomsday projections are untrue and that they can reduce street homelessness while at the same time protecting the rights of those living on the street and not cruelly and usually punishing them," Do said.

The tent reduction came in the same year that the number of people on the street who the city connected to shelter or housing increased by 22% from 2022,

officials said.

ADVERTISEMENT
Article continues below this ad

Breed's office underscored the difficulty it has repeatedly said the city faces in getting people into shelter. The data showed 64% of the encampment dwellers who street outreach teams engaged with last year either refused a shelter bed or said they already had somewhere else to stay, according to Breed's office.

"San Francisco is a compassionate city that will always lead with a services-first approach, but we also can't allow people to deteriorate on our streets when we have a place for them to go," Breed said in a Thursday statement. "We have worked to expand our street outreach efforts to bring people indoors into the City's system of care, despite the challenges we have been facing that has limited our outreach efforts."

Under an injunction in place since December 2022 — which San Francisco is challenging in court — the city is restricted in its ability to remove homeless tents from streets and sidewalks without providing shelter and from enforcing certain laws against public camping. The city has still been able to remove tent camps, after giving 72 hours' notice, to ensure access for disabled people and first responders. The injunction also allows for sweeps to be conducted for health and safety reasons, and it permits the city to force encampment residents to move temporarily for street cleaning.

But after the Ninth U.S. Circuit Court of Appeals released guidance in the case in September, the city said it could begin enforcing anti-camping laws against people determined to be "voluntarily" homeless, which means they "declined a

specific offer of available shelter" or already had access to shelter.

Nisha Kashyap, senior attorney at the Lawyers' Committee for Civil Rights, which also represented the plaintiffs, celebrated Thursday's appellate court ruling, calling it a "clear win" on their behalf.

"It confirmed many of the points that we've been making all along, including that the city has been able, under the preliminary injunction, to both provide adequate offers to housing and shelter and also conduct enforcement," she said.

Reach J.D. Morris: jd.morris@sfchronicle.com; Twitter: @thejdmorris

Jan 11, 2024

 By J.D. Morris 

J.D. Morris covers San Francisco City Hall, focused on Mayor London Breed. He joined the Chronicle in 2018 to cover energy and spent three years writing mostly about PG&E and California wildfires.

Before coming to The Chronicle, he reported on local government for the Santa Rosa Press Democrat, where he was among the journalists awarded a Pulitzer Prize for their coverage of the 2017 North Bay wildfires.

He was previously the casino industry reporter for the Las Vegas Sun. Raised in Monterey County and Bakersfield, he has a bachelor's degree in rhetoric from UC Berkeley.

He can be reached at jd.morris@sfchronicle.com.

**Top Of The News**



**CALIFORNIA**

# Palisades Tahoe avalanche: Witness video shows aftermath

Two friends were strapping on their gear when they heard the shout: "Avalanche!" Farther down the slope, they joined in the digging and called 911.

**WEATHER FORECASTS**

# An atmospheric river storm is approaching California. Here's when rain could return

**SAN FRANCISCO**

# 'It's getting worse': Why Tenderloin businesses worry about a new S.F. homeless intervention in their midst

**SAN FRANCISCO**

# What's the richest San Francisco neighborhood? The answer isn't as simple as it sounds

**BAY AREA**

# Two more fashion retailers will shutter at S.F.'s biggest mall

**About**

**Contact**

**Services**

**Account**

© 2024 Hearst Communications, Inc. | Terms of Use | Privacy Notice | CA Notice at Collection

Your CA Privacy Rights (Shine the Light) | DAA Industry Opt Out | Your Privacy Choices (Opt Out of Sale/Targeted Ads)