**EXHIBIT C**

**TO**

**DECLARATION OF JOHN H. GEORGE IN SUPPORT OF MOTION TO STAY ALL
PROCEEDINGS PENDING THE SUPREME COURT'S DECISION IN
*GRANTS PASS V JOHNSON***

Subscribe          Sign in

**POLITICS**

# S.F. still restricted in sweeps of homeless encampments, court rules

By **Bob Egelko**

Updated Jan 11, 2024 5:28 p.m.

  

A homeless man walks past a rally outside the 9th Circuit Court of Appeals in San Francisco on Aug. 23, when protesters urged the court to overturn an injunction prohibiting the city from sweeping homeless encampments. The court upheld the injunction Thursday.

Jessica Christian/The Chronicle

San Francisco cannot remove homeless people from its streets and sidewalks unless it offers them immediate and available shelter, a divided federal appeals court ruled Thursday, upholding a magistrate's restrictions on sweeps of homeless encampments in the city.

The 9th U.S. Circuit Court of Appeals said U.S. Magistrate Judge Donna Ryu's December 2022 injunction was based on evidence that San Francisco "used a set of laws and practices ... to criminalize sitting, sleeping, or lying in public," arresting unhoused people who refused to leave and confiscating their belongings.

In Thursday's 2-1 ruling, the court said the city was violating constitutional standards that the 9th Circuit had declared in 2018 when it said Boise, Idaho, could not make it a crime to sleep on a public street or sidewalk when shelters are not available.

---

ADVERTISEMENT
Article continues below this ad

---

The appeals court told Ryu to make sure that her injunction applies only to the "involuntarily homeless," who have no other safe place to go. But for now, her order will remain in effect, Judge Lucy Koh said in the majority opinion.

In a heated dissent, Judge Patrick Bumatay wrote that the ruling "dictates to San Francisco how it may manage its sidewalks, streets, and parks" and "leaves the

citizens of San Francisco powerless to enforce their own health and safety laws without the permission of a federal judge."

The U.S. Supreme Court rejected an earlier appeal of the Boise ruling. But San Francisco has asked the court to reconsider that case and a follow-up ruling by the 9th Circuit in 2022, in a case from Grants Pass, Ore., that increased restrictions on sweeps of encampments and has been interpreted to ban the removals unless a city has enough shelter space for its entire homeless population. Gov. Gavin Newsom has also asked the Supreme Court to review and overturn the Grants Pass ruling.

In its appeal of Ryu's order, the city said it was closing off only a few blocks and was providing notice to the homeless residents before police arrived.

But Koh, joined by Judge Roopali Desai, said Ryu relied on evidence from encampment residents and their advocates that written notice of the sweeps was "rarely provided." There was also evidence of "individuals having to move multiple times in a day from different locations and being told they could not move to various alternative locations," Koh wrote.

---

ADVERTISEMENT
Article continues below this ad

---

City officials also said homeless people could find shelter in parks and beaches, but Koh said the city "has not shown that these spaces are realistically available during the hours in question."

In dissent, Bumatay said Ryu's injunction "disregards the long history of anti-vagrancy laws in this country."

"It cannot be cruel and unusual to prohibit homeless persons from sleeping, camping, and lodging wherever they want, whenever they want," Bumatay wrote. "While they are entitled to the utmost respect and compassion, homeless persons are not immune from our laws."

Koh and Desai were both appointed to the court by President Joe Biden, and Bumatay by President Donald Trump.

Newsom criticized the ruling and said it showed the need for the Supreme Court to take up the issue and allow cities to enforce their laws.

"This latest action by the court will only create further delays and confusion as we work to address homelessness," the governor said in a statement. "It offers a troubling invitation to continued litigation that will hamper efforts to address encampments and provide people with the resources they need."

One lawyer for the homeless residents in the case, John Do of the American Civil Liberties Union, noted that the ruling was issued on the same day that the city reported increasing shelter placements and an overall reduction in encampments.

"It shows that San Francisco can do both," Do said. "It can respect the rights of unhoused individuals, not criminalize them, while at the same time addressing encampments."

Jen Kwart, spokesperson for San Francisco City Attorney David Chiu, said city officials were pleased the court has "clarified that the injunction only applies to people who are involuntarily homeless, not those who have refused an offer of shelter," and that Ryu has been directed to reconsider parts of her injunction.

"Nothing about the Court's order today requires San Francisco to modify its compassionate services-first approach to homelessness," Kwart said in a statement.

Reach Bob Egelko: begelko@sfchronicle.com; Twitter: @BobEgelko

Jan 11, 2024 | Updated Jan 11, 2024 5:28 p.m.

 By **Bob Egelko**  

Bob Egelko has been a reporter since June 1970. He spent 30 years with the Associated Press, covering news, politics and occasionally sports in Los Angeles, San Diego and Sacramento, and legal affairs in San Francisco from 1984 onward. He worked for the San Francisco Examiner for five months in 2000, then joined The Chronicle in November 2000.

His beat includes state and federal courts in California, the Supreme Court and the State Bar. He has a law degree from McGeorge School of Law in Sacramento and is a member of the bar. Coverage has included the passage of Proposition 13 in 1978, the appointment of Rose Bird to the state Supreme Court and her removal by the voters, the death penalty in California and the battles over gay rights and same-sex marriage.

He can be reached at begelko@sfchronicle.com.

## About Our Newsroom

Our politics team covers **California government** from Sacramento and **national politics** from the Bay Area and Washington, D.C. The guiding principle in choosing which stories to cover is: **How does political and government news affect the Bay Area and California?**

*Read more about how The Chronicle covers politics and what we do to ensure fairness in our reporting*

**Top Of The News**



OPINION

# She was viciously attacked by a dog at an S.F. beach. Why the city couldn't do anything about it

S.F. and federal officials had an informal agreement on how to handle dangerous dog cases that occurred on federal land in the city. That agreement fell apart in 2019, and a stalemate persists.

---

RESTAURANTS

# The 25 best restaurants in the Bay Area — updated for winter 2024

---

REAL ESTATE

# Exclusive: Historic S.F. office tower could become housing and a 'poster child' for conversions

**BERKELEY**

## What UC Berkeley housing in People's Park would look like

**SCOTT OSTLER**

## Why should 49ers fans worry about the Packers? Let us count the ways

Top

**About**

**Contact**

**Services**

**Account**

H E A R S T *newspapers*    © 2024 Hearst Communications, Inc.   Terms of Use  |  Privacy Notice  |  CA Notice at Collection  |

Your CA Privacy Rights (Shine the Light)  |  DAA Industry Opt Out     Your Privacy Choices (Opt Out of Sale/Targeted Ads)