1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
4  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
5  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
6  ZUZANA S. IKELS, State Bar #208671
   STEVEN A. MILLS, State Bar #328016
7  Deputy City Attorneys
   City Hall, Room 234
8  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
9  Telephone:    (415) 554-4675 (Snodgrass)
                 (415) 554-3857 (Wang)
10               (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
11               (415) 554-4223 (George)
                 (415) 355-3307 (Ikels)
12               (415) 355-3304 (Mills)
   Facsimile:    (415) 554-4699
13 E-mail:       wayne.snodgrass@sfcityatty.org
                 edmund.wang@sfcityatty.org
14               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
15               john.george@sfcityatty.org
                 zuzana.ikels@sfcityatty.org
16               steven.mills@sfcityatty.org

17 Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING OUTCOME OF PETITION FOR WRIT OF CERTIORARI**<br><br>Hearing Date:  February 21, 2024<br>Time:          10:00 a.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    October 1, 2024 |

**[PROPOSED] ORDER**

The Court hereby GRANTS Defendants' Motion to Stay. The stay shall remain in effect for thirty (30) days from the date the United States Supreme Court issues its opinion in *City of Grants Pass v. Gloria Johnson, et al.*, U.S. Case No. No. 23-175. All current and pending dates and deadlines, including pretrial and trial dates, are vacated.

IT IS SO ORDERED.

DATE:_____

Honorable Donna M. Ryu
Judge, United States District Court