1 | DAVID CHIU, State Bar #189542
City Attorney
2 | YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
3 | WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
4 | EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
5 | MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
6 | ZUZANA S. IKELS, State Bar #208671
STEVEN A. MILLS, State Bar #328016
7 | Deputy City Attorneys
City Hall, Room 234
8 | 1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
9 | Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
10 |           (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
11 |           (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
12 |           (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
13 | E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
14 |           kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
15 |           john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org
16 |           steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
| Plaintiffs, | **STIPULATION REGARDING SHORTENING OF TIME TO BRIEF AND HEAR DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING THE SUPREME COURT'S DECISION IN *GRANTS PASS V. JOHNSON*** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | Trial Date:    October 1, 2024 |

1  Pursuant to Civil Local Rule 6-2, Defendants and Plaintiffs (collectively, "parties"), through
2  their counsel of record, enter into the following stipulation.

## STIPULATION

WHEREAS, the parties attended a Further Case Management Conference on January 17, 2024;

WHEREAS, Defendants expressed an intent to move on an expedited basis to stay the proceedings in this case as to all claims pending the U.S. Supreme Court's issuance of its ruling in the matter entitled, *City of Grants Pass v. Gloria Johnson, et al.*, U.S. Case No. 23-175;

WHEREAS, the parties were ordered to meet and confer concerning the viability of a stipulated stay and any expedited briefing;

WHEREAS, the parties did meet and confer and were unable to reach a resolution as to the scope of a stay;

WHEREAS, the parties did agree to a shortened briefing schedule and expedited hearing subject to the availability of the Court;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that:

1. Defendants shall file any motion for stay by no later than January 17, 2024;
2. Plaintiffs shall file any opposition to Defendants' forthcoming motion to stay by no later than January 29, 2024;
3. Defendants shall file any reply in support of Defendants' forthcoming motion to stay by no later than February 2, 2024; and
4. Subject to the availability of the Court, the hearing on Defendants' forthcoming motion to stay shall be heard on February 8, 2024 at 1:00 p.m.

/ / /

/ / /

1    IT IS SO STIPULATED.

3    Dated:  January 17, 2024                DAVID CHIU
                                             City Attorney
                                             YVONNE R. MERÉ
                                             WAYNE SNODGRASS
                                             EDMUND T. WANG
                                             KAITLYN MURPHY
                                             MIGUEL A. GRADILLA
                                             JOHN H. GEORGE
                                             ZUZANA S. IKELS
                                             STEVEN A. MILLS
                                             Deputy City Attorneys

                                         By: s/_____
                                             STEVEN A. MILLS

                                             Attorneys for Defendants
                                             CITY AND COUNTY OF SAN FRANCISCO, et al.

     Dated:  January 17, 2024             By:**s/*John Thomas H. Do*

                                             JOHN THOMAS H. DO
                                             WILLIAM S. FREEMAN
                                             ACLU Foundation Of Northern California
                                             ZAL K. SHROFF
                                             ANDREW NTIM
                                             NISHA KASHYAP
                                             Lawyers' Committee for Civil Rights of the San
                                             Francisco Bay Area
                                             ALFRED C. PFEIFFER, JR.
                                             WESLEY TIU
                                             KEVIN WU
                                             TULIN GURER
                                             JOSEPH H. LEE
                                             RACHEL MITCHELL
                                             Latham & Watkins LLP

                                             Attorneys for Plaintiffs
                                             COALITION ON HOMELESSNESS, et al.


                                             *\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory
                                             attests that each of the other Signatories have concurred
                                             in the filing of this document.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:_____

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge