# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL CONFERENCE MINUTE ORDER

| **Date:** 1/17/2024 | **Time:** 1:48-2:21 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness et al v. City and County of San Francisco et al | |

**For Plaintiff:**
John Do
Nisha Kashyap
William Freeman

**For Defendant:**
John George
Steven Mills

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:48-2:21

## PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

Further Case Management Conference held.

The court ordered the parties to immediately meet and confer regarding Defendants' anticipated motion to stay.

**COURT SET THE FOLLOWING DATES:**

Further Case Management Conference: **5/15/2024** at 1:30 p.m. by Zoom Videoconference
Updated Joint Case Management Conference Statement due by: **5/8/2024**

**ORDER TO BE PREPARED BY:**
[ ] **Plaintiff**     [ ] **Defendant**     [ ] **Court**

cc:     Chambers