DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **STIPULATION AND ORDER REGARDING SHORTENING OF TIME TO BRIEF AND HEAR DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING THE SUPREME COURT'S DECISION IN *GRANTS PASS V. JOHNSON*** <br><br> Trial Date:    October 1, 2024 |

STIP. AND ORDER
CASE NO. 4:22-cv-05502-DMR

Pursuant to Civil Local Rule 6-2, Defendants and Plaintiffs (collectively, "parties"), through their counsel of record, enter into the following stipulation.

## STIPULATION

WHEREAS, the parties attended a Further Case Management Conference on January 17, 2024;

WHEREAS, Defendants expressed an intent to move on an expedited basis to stay the proceedings in this case as to all claims pending the U.S. Supreme Court's issuance of its ruling in the matter entitled, *City of Grants Pass v. Gloria Johnson, et al.*, U.S. Case No. 23-175;

WHEREAS, the parties were ordered to meet and confer concerning the viability of a stipulated stay and any expedited briefing;

WHEREAS, the parties did meet and confer and were unable to reach a resolution as to the scope of a stay;

WHEREAS, the parties did agree to a shortened briefing schedule and expedited hearing subject to the availability of the Court;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that:

1. Defendants shall file any motion for stay by no later than January 17, 2024;
2. Plaintiffs shall file any opposition to Defendants' forthcoming motion to stay by no later than January 29, 2024;
3. Defendants shall file any reply in support of Defendants' forthcoming motion to stay by no later than February 2, 2024; and
4. Subject to the availability of the Court, the hearing on Defendants' forthcoming motion to stay shall be heard on February 8, 2024 at 1:00 p.m.

/ / /

/ / /

IT IS SO STIPULATED.

Dated: January 17, 2024

DAVID CHIU
City Attorney
YVONNE R. MERÉ
WAYNE SNODGRASS
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
ZUZANA S. IKELS
STEVEN A. MILLS
Deputy City Attorneys

By: s/_____
STEVEN A. MILLS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: January 17, 2024

By:**s/*John Thomas H. Do*

JOHN THOMAS H. DO
WILLIAM S. FREEMAN
ACLU Foundation Of Northern California
ZAL K. SHROFF
ANDREW NTIM
NISHA KASHYAP
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
ALFRED C. PFEIFFER, JR.
WESLEY TIU
KEVIN WU
TULIN GURER
JOSEPH H. LEE
RACHEL MITCHELL
Latham & Watkins LLP

Attorneys for Plaintiffs
COALITION ON HOMELESSNESS, et al.

***Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: January 18, 2024

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge