# Exhibit B

| | |
|---|---|
| **From:** | George, John (CAT) <John.George@sfcityatty.org> |
| **Sent:** | Wednesday, January 17, 2024 12:12 PM |
| **To:** | John Do; Bill Freeman; Zal Shroff; 'Nisha Kashyap'; Andrew Ntim; Pfeiffer, Al (Bay Area); Lee, Joseph (OC); Tiu, Wesley (Bay Area); Wu, Kevin (Bay Area); Mitchell, Rachel (SD); Gurer, Tulin (Bay Area) |
| **Cc:** | Mere, Yvonne (CAT); Snodgrass, Wayne (CAT); Murphy, Kaitlyn (CAT); Wang, Edmund (CAT); Gradilla, Miguel (CAT); Mills, Steven (CAT); Fong, Winnie (CAT); Garcia, Sophia (CAT); ORourke, Michaela (CAT) |
| **Subject:** | RE: Coalition on Homelessness v. CCSF - Motion to Stay, Shorten Time |

John,

Thank you for your email. San Francisco's motion to stay is based upon the Supreme Court's grant of certiorari in *Grants Pass*, which necessitates a stay of our litigation given the centrality of *Grants Pass* and *Martin* to the case, including each of Plaintiffs' theories of liability, the parties' discovery, expert reports, dispositive motions, and proof. The motion should be heard on an expedited timeframe because the parties are at a critical and time-intensive stage of litigation working toward deadlines in the next few months that apply to fact discovery, expert disclosures and discovery, and dispositive motions. At this juncture, every day counts towards preserving the parties' resources and San Francisco seeks to avoid further prejudice. We intend to file the motion today, so please let us know Plaintiffs' position by the close of business today.

The stay would not impact the application of the preliminary injunction.



Feel free to call if you would like to discuss.

Thanks,
John

**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org

---

**From:** John Do <JDo@aclunc.org>
**Sent:** Wednesday, January 17, 2024 11:37 AM
**To:** George, John (CAT) <John.George@sfcityatty.org>; Bill Freeman <wfreeman@aclunc.org>; Zal Shroff <zshroff@lccrsf.org>; 'Nisha Kashyap' <nkashyap@lccrsf.org>; Andrew Ntim <antim@lccrsf.org>; Alfred Pfeiffer (SF/SV) <Al.Pfeiffer@lw.com>; Joseph Lee (OC) <Joseph.Lee@lw.com>; Wesley Tiu (SF/SV) <Wesley.Tiu@lw.com>; Kevin Wu (SF/SV) <kevin.wu@lw.com>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; Tulin Gurer (SF/SV) <Tulin.Gurer@lw.com>
**Cc:** Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; ORourke, Michaela (CAT) <Michaela.ORourke@sfcityatty.org>
**Subject:** RE: Coalition on Homelessness v. CCSF - Motion to Stay, Shorten Time

John,

Thank you for reaching out first on your possible motion.  We will seriously consider your proposal, but to evaluate your proposal, please let us know (1) the basis for the wholesale stay, (2) the need for the motion to be heard on shortened time, and (3) whether the current orders on ongoing disclosures and the preliminary injunction would remain and be enforceable during the proposed say.

Regards,



**JOHN THOMAS H. DO**
SENIOR STAFF ATTORNEY
RACIAL & ECONOMIC JUSTICE PROGRAM

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM

---

**From:** George, John (CAT) <John.George@sfcityatty.org>
**Sent:** Tuesday, January 16, 2024 3:13 PM
**To:** Bill Freeman <wfreeman@aclunc.org>; John Do <JDo@aclunc.org>; Zal Shroff <zshroff@lccrsf.org>; 'Nisha Kashyap' <nkashyap@lccrsf.org>; Andrew Ntim <antim@lccrsf.org>; Alfred Pfeiffer (SF/SV) <Al.Pfeiffer@lw.com>; Joseph Lee (OC) <Joseph.Lee@lw.com>; Wesley Tiu (SF/SV) <Wesley.Tiu@lw.com>; Kevin Wu (SF/SV) <kevin.wu@lw.com>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; Tulin Gurer (SF/SV) <Tulin.Gurer@lw.com>
**Cc:** Mere, Yvonne (CAT) <Yvonne.Mere@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; Fong, Winnie (CAT) <Winnie.Fong@sfcityatty.org>; Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>; ORourke, Michaela (CAT) <Michaela.ORourke@sfcityatty.org>
**Subject:** Coalition on Homelessness v. CCSF - Motion to Stay, Shorten Time

Dear Counsel:

In light of the Supreme Court's grant of certiorari in *Johnson v. Grants Pass*, Defendants intend to request a stay of the proceedings pending the Supreme Court's decision.  Please let us know whether you will stipulate to a stay and, if not, whether you intend to oppose such a motion.  If you intend to oppose a motion to stay, please let us know if you will stipulate to shortening the time for briefing and a hearing on the motion.  If you won't stipulate to shortened time, please let us know if you will oppose a request to hear the motion on February 8.



We are available to discuss if you would like.

Thanks,
John

**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org