1  ACLU FOUNDATION OF NORTHERN CALIFORNIA
2  John Thomas H. Do, SBN 285075
   William S. Freeman, SBN 82002
3  39 Drumm Street
   San Francisco, CA 94111
4  Telephone: (415) 293-6333
   jdo@aclunc.org
5
   *Attorneys for Plaintiffs Coalition on Homelessness,*
6  *Toro Castaño, Sarah Cronk, Joshua Donohoe,*
   *Molique Frank, David Martinez, Teresa Sandoval,*
7  *Nathaniel Vaughn*

8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **OAKLAND DIVISION**

12

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | CASE NO. 4:22-cv-05502-DMR |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | **Judge:** The Hon. Donna M. Ryu |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **Date:** February 8, 2024<br>**Time:** 1:00 p.m.<br>**Place:** Courtroom 4 – 3rd Floor<br>1301 Clay Street<br>Oakland, CA 94612 |
| Defendants. | |

**[PROPOSED] ORDER**

The Court hereby DENIES Defendants' motion to stay. The Court continues current case deadlines. The new deadlines shall be:

A. <u>Amendment of Pleadings</u>. The parties may amend their pleadings (complaint and answer) within 2 weeks of the date that *Grants Pass* is decided by the Supreme Court.

B. <u>Discovery and Expert Disclosures</u>.

    a. All non-expert discovery shall be completed by **8/12/2024**.

    b. Experts shall be disclosed and reports provided by **8/12/2024**.

    c. Rebuttal experts shall be disclosed and reports provided by **08/26/2024.**

    d. All discovery from experts shall be completed by **09/09/2024**.

C. <u>Motions, Pretrial, and Trial.</u> The Court will set all remaining dates at the next case management conference.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE