# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>                Plaintiffs.<br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>                Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF NISHA KASHYAP IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>**Judge:**     The Hon. Donna M. Ryu |

## DECLARATION OF NISHA KASHYAP

I, Nisha Kashyap, hereby declare as follows:

1. I am an attorney with the Lawyers' Committee for Civil Rights of the San Francisco Bay Area. I am counsel of record for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn in the above-captioned action. I am a member in good standing of the State Bar of California and admitted to practice before this Court in the above-captioned matter. I have personal knowledge of the facts set forth herein.

2. On January 30, 2024, I contacted counsel for Defendants to inform them that Plaintiffs intended to file a statement of recent decision regarding *Tyson et al., v. City of San Bernardino*, No. 5:23-CV-01539, Dkt. 63 (C.D. Cal. Jan. 12, 2024) in support of Plaintiffs' pending Motion to Enforce.

3. I informed counsel for Defendants that, because Plaintiffs' Motion to Enforce had been heard, Plaintiffs were required to move for leave of court to file the statement of recent decision pursuant to Local Rule 7-11 and seek a stipulation pursuant to Local Rule 7-12. I asked if Defendants would stipulate under Local Rule 7-12.

4. On January 31, 2024, counsel for Defendants stated that Defendants would not oppose Plaintiffs' motion for leave to file the statement of recent decision, but would not stipulate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I executed this declaration on February 2, 2024 in Glendale, California.

      /s/ *Nisha Kashyap*
      Nisha Kashyap

*Counsel for Plaintiffs*