1  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
2  Nisha Kashyap, SBN 301934
   131 Steuart Street, Ste. 400
3  San Francisco, CA 94105
   Telephone: (415) 543-9444
4  nkashyap@lccrsf.org

5  *Attorneys for Plaintiffs Coalition on Homelessness,*
   *Toro Castaño, Sarah Cronk, Joshua Donohoe,*
6  *Molique Frank, David Martinez, Teresa Sandoval,*
   *Nathaniel Vaughn*

7

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11                   **OAKLAND DIVISION**

12  COALITION ON HOMELESSNESS, et al.,    | CASE NO. 4:22-cv-05502-DMR

13                       Plaintiffs,      | **[PROPOSED] ORDER ON PLAINTIFFS'**
                                          | **ADMINISTRATIVE MOTION FOR**
14            v.                          | **LEAVE TO FILE STATEMENT OF**
                                          | **RECENT DECISION**
15  CITY AND COUNTY OF SAN FRANCISCO,     |
    et al.,                               | **Judge:**        The Hon. Donna M. Ryu
16
                       Defendants.        |
17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2          The Court hereby GRANTS Plaintiffs' Administrative Motion for Leave to File Statement

3     of Recent Decision.

4

5     **IT IS SO ORDERED.**

6

7     Dated: _____

8

9                                                    _____
                                                          HONORABLE DONNA M. RYU
10                                                   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28