DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4675 (Snodgrass)
                (415) 554-3857 (Wang)
                (415) 554-6762 (Murphy)
                (415) 554-3870 (Gradilla)
                (415) 554-4223 (George)
                (415) 355-3307 (Ikels)
                (415) 355-3304 (Mills)
Facsimile:      (415) 554-4699
E-mail:         wayne.snodgrass@sfcityatty.org
                edmund.wang@sfcityatty.org
                kaitlyn.murphy@sfcityatty.org
                miguel.gradilla@sfcityatty.org
                john.george@sfcityatty.org
                zuzana.ikels@sfcityatty.org
                steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF JOHN H. GEORGE IS SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING THE SUPREME COURT'S DECISION IN *GRANTS PASS V JOHNSON***<br><br>Hearing Date:   February 8, 2024<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br>Trial Date:     October 1, 2024<br><br>Attachments:  Exhibits H-I |

I, John H. George, hereby declare:

1.     I am a member of the bar of the state of California and counsel of record for Defendants in this action. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2.     In April 2023, the parties agreed to 59 search terms to be applied to the custodial files of 22 custodians. On December 15, 2023, Defendants proposed several modifications to the original terms. On December 27, 2023, Plaintiffs responded by accepting some of the proposed modifications and proposing further modifications. The parties' proposed modifications refine, but do not delete, any of the original terms. Attached hereto as **Exhibit H** is a true and correct copy of the parties' original terms and modifications.

3.     On the morning of February 2, 2024, I emailed Plaintiffs to request that, in the interest of efficiency and dispute resolution, they agree to stay the proceedings or withdraw their opposition in exchange for Defendants continuing to provide 72-hour notice emails of resolutions and produce, every three weeks, the information in paragraphs 5 (SFPD incident reports), 9 (CADs), 10 (DPW bag and tag logs), and 11 (HSH daily shelter bed records) of the Ongoing Discovery Order (ECF No. 129). Attached hereto as **Exhibit I** is a true and correct copy of my email. As of the time of filing, Plaintiffs have not responded.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 2, 2024 in San Francisco, California.

                         */s/ John H. George*
                         John H. George