**EXHIBIT H**

**TO**

**DECLARATION OF JOHN H. GEORGE IS SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING THE SUPREME COURT'S DECISION IN** *GRANTS PASS V JOHNSON*

|   | Original Term | City's Modified Term | Plaintiffs' Response |
|---|---|---|---|
| 1 | (homeless* or unhous* or unshelter* or PEH) and encamp* | (homeless or homelessness or unhous* or unshelter* or PEH) and (encamp or encampments) | (homeless or homelessness or unhous* or unshelter* or PEH) and (encamp or encampments or encampment) |
| 2 | (homeless* or unhous* or unshelter* or PEH) and (re-encamp* or reencamp*) | (homeless or homelessness or unhous* or unshelter* or PEH) and ("re-encamp" or "re-encampment") | (homeless or homelessness or unhous* or unshelter* or PEH) and ("re-encamp" or "re-encampment" or "re-encampments" or "re-encamping" or "re-encamped" or "reencamp" or "reencampment" or "reencampments" or "reencamping" or "reencamped") |
| 3 | (homeless* or unhous* or unshelter* or PEH) and camp* | (homeless or homelessness or unhous* or unshelter* or PEH) and (camp or camping or camper or campers or camped) | (homeless or homelessness or unhous* or unshelter* or PEH) and (camp or camping or camper or campers or camped or camps) |
| 4 | (homeless* or unhous* or unshelter* or PEH) and tent* | (homeless or homelessness or unhous* or unshelter* or PEH) and (tent or tents or tenting) | Accept City's modified term |
| 5 | (homeless* or unhous* or unshelter* or PEH) and resol* | (homeless or homelessness or unhous* or unshelter* or PEH) w/15 (resolution or resolutions) | (homeless or homelessness or unhous* or unshelter* or PEH) w/100 (resolution or resolutions) |
| 6 | (homeless* or unhous* or unshelter* or PEH) and sweep* | (homeless or homelessness or unhous* or unshelter* or PEH) and sweep* | Accept City's modified term |

| 7 | (homeless* or unhous* or unshelter* or PEH) and operation* | (homeless or homelessness or unhous* or unshelter* or PEH) w/15 (operation or operations) | (homeless or homelessness or unhous* or unshelter* or PEH) w/100 (operation or operations) |
|---|---|---|---|
| 8 | (homeless* or unhous* or unshelter* or PEH) and outreach* | (homeless or homelessness or unhous* or unshelter* or PEH) w/15 outreach* | (homeless or homelessness or unhous* or unshelter* or PEH) w/100 outreach* |
| 9 | (homeless* or unhous* or unshelter* or PEH) and shelter* | (homeless or homelessness or unhous* or unshelter* or PEH) w/15 (shelter or shelters or sheltered or sheltering) | (homeless or homelessness or unhous* or unshelter* or PEH) w/100 (shelter or shelters or sheltered or sheltering) |
| 10 | (homeless* or unhous* or unshelter* or PEH) and bed* | (homeless or homelessness or unhous* or unshelter* or PEH) and (bed or beds) | Accept City's modified term |
| 11 | (homeless* or unhous* or unshelter* or PEH) and allocat* | (homeless or homelessness or unhous* or unshelter* or PEH) and (allocate or allocation or allocations or allocated or allocating) | (homeless or homelessness or unhous* or unshelter* or PEH) and (allocate or allocates or allocation or allocations or allocated or allocating) |
| 12 | (homeless* or unhous* or unshelter* or PEH) and (propert* or belonging*) | (homeless or homelessness or unhous* or unshelter* or PEH) w/15 (property or properties or belonging or belongings) | (homeless or homelessness or unhous* or unshelter* or PEH) w/100 (property or properties or belonging or belongings) |
| 13 | (homeless* or unhous* or unshelter* or PEH) and (abandon* or unabandon*) | (homeless or homelessness or unhous* or unshelter* or PEH) and (abandon or abandoned or unabandon or unabandoned) | (homeless or homelessness or unhous* or unshelter* or PEH) and (abandon or abandons or abandoned or unabandon or unabandoned) |

| 14 | (homeless* or unhous* or unshelter* or PEH) and (bag w/5 tag) | (homeless or homelessness or unhous* or unshelter* or PEH) and (bag w/5 tag) | Accept City's modified term |
|---|---|---|---|
| 15 | (homeless* or unhous* or unshelter* or PEH) and enforc* | (homeless or homelessness or unhous* or unshelter* or PEH) and (enforce or enforced or enforcing or enforcement) | (homeless or homelessness or unhous* or unshelter* or PEH) and (enforce or enforces or enforced or enforcing or enforcement) |
| 16 | (homeless* or unhous* or unshelter* or PEH) and arrest* | (homeless or homelessness or unhous* or unshelter* or PEH) and (arrest or arrests or arrested) | Accept City's modified term |
| 17 | (homeless* or unhous* or unshelter* or PEH) and (citation* or cite* or admonish*) | (homeless or homelessness or unhous* or unshelter* or PEH) and (citation or citations or cite or cited or admonish or admonished) | (homeless or homelessness or unhous* or unshelter* or PEH) and (citation or citations or cite or cites or cited or admonish or admonishes or admonished) |
| 18 | (homeless* or unhous* or unshelter* or PEH) and nuisanc* | (homeless or homelessness or unhous* or unshelter* or PEH) and nuisance* | Accept City's modified term |
| 19 | (homeless* or unhous* or unshelter* or PEH) and (lodging* w/5 permission*) | (homeless or homelessness or unhous* or unshelter* or PEH) and ((lodging or lodgings) w/5 permission*) | Accept City's modified term |
| 20 | (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("647(c)" or "647c") | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and ("647(c)" or "647c") | Accept City's modified term |

| | | | |
|---|---|---|---|
| 21 | (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("647(e)" or "647e") | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and ("647(e)" or "647e") | Accept City's modified term |
| 22 | (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("148(a)" or "148a") | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and ("148(a)" or "148a") | Accept City's modified term |
| 23 | (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD or DPW or HOT or DPH or HSH) and ("168" or "169") | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and ("168" or "169") | Accept City's modified term |
| 24 | (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("370" or "372") | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and ("370" or "372") | Accept City's modified term |
| 25 | (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("97(b)" or "97b") | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and ("97(b)" or "97b") | Accept City's modified term |
| 26 | (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("581" or "596") | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and ("581" or "596") | Accept City's modified term |

| | | | |
|---|---|---|---|
| 27 | (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("22" or "23" or "24" or "22-24") | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and (("22" or "23" or "24" or "22-24") w/5 ("code" or "sec" or "section" or "§")) | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and ("22" or "23" or "24" or "22-24") ~~w/5 ("code" or "sec" or "section" or "§"))~~ |
| 28 | (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("25" or "26" or "27" or "25-27") | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and (("25" or "26" or "27" or "25-27") w/5 ("code" or "sec" or "section" or "§")) | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and ("25" or "26" or "27" or "25-27") ~~w/5 ("code" or "sec" or "section" or "§"))~~ |
| 29 | (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD or port) and ("2.9" or "2.10") | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and (("2.9" or "2.10") w/5 ("code" or "sec" or "section" or "§")) | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and ("2.9" or "2.10") ~~w/5 ("code" or "sec" or "section" or "§"))~~ |
| 30 | (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD or park) and ("3.12" or "3.13") | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and (("3.12" or "3.13") w/5 ("code" or "sec" or "section" or "§")) | (homeless or homelessness or unhous* or unshelter* or PEH) and (police or policing or officer* or SFPD) and ("3.12" or "3.13") ~~w/5 ("code" or "sec" or "section" or "§"))~~ |
| 31 | (homeless* or unhous* or unshelter* or PEH) and (move w/5 along) | (homeless or homelessness or unhous* or unshelter* or PEH) and (move w/5 along) | Accept City's modified term |

| 32 | (homeless* or unhous* or unshelter* or PEH) and (sit* w/5 (lie* or ly*)) | (homeless or homelessness or unhous* or unshelter* or PEH) and ((sit or sitting) w/5 (lie or lying)) | Accept City's modified term |
|---|---|---|---|
| 33 | (homeless* or unhous* or unshelter* or PEH) and ("Prop Q" or "Proposition Q") | (homeless or homelessness or unhous* or unshelter* or PEH) and ("Prop Q" or "Proposition Q") | Accept City's modified term |
| 34 | (homeless* or unhous* or unshelter* or PEH) and 914 | (homeless or homelessness or unhous* or unshelter* or PEH) and 914 | Accept City's modified term |
| 35 | (homeless* or unhous* or unshelter* or PEH) and 915 | (homeless or homelessness or unhous* or unshelter* or PEH) and 915 | Accept City's modified term |
| 36 | (homeless* or unhous* or unshelter* or PEH) and 917 | (homeless or homelessness or unhous* or unshelter* or PEH) and 917 | Accept City's modified term |
| 37 | (homeless* or unhous* or unshelter* or PEH) and 919 | (homeless or homelessness or unhous* or unshelter* or PEH) and 919 | Accept City's modified term |
| 38 | ("Joint Field Operation") or ("JFO") | | No modification suggested, keep original term |
| 39 | "bag and tag" | | No modification suggested, keep original term |
| 40 | "encampment resolution" | | No modification suggested, keep original term |

| 41 | (camp* or encamp* or tent*) and resol* | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/15 (resolution or resolutions) | (camp or camping or camper or campers or camped or camps or encampment or encampments or tent or tents or tenting) w/100 (resolution or resolutions) |
| --- | --- | --- | --- |
| 42 | (camp* or encamp* or tent*) and sweep* | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and sweep* | (camp or camps camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and sweep* |
| 43 | (camp* or encamp* or tent*) and operation* | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/15 (operation or operations) | (camp or camps or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/100 (operation or operations) |
| 44 | (camp* or encamp* or tent*) and servic* | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/15 (service or services) | (camp or camps or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/100 (service or services) |
| 45 | (camp* or encamp* or tent*) and outreach* | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/15 outreach* | (camp or camps or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/100 outreach* |
| 46 | (camp* or encamp* or tent*) and shelter* | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/15 (shelter or shelters or sheltered or sheltering) | (camp or camps or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/100 (shelter or shelters or sheltered or sheltering) |

| 47 | (camp* or encamp* or tent*) and bed* | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/15 (bed or beds) | (camp or camps or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/100 (bed or beds) |
|---|---|---|---|
| 48 | (camp* or encamp* or tent*) and refer* | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/15 (refer or referral or referrals or referred or referring) | (camp or camps or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) w/100 (refer or refers or referral or referrals or referred or referring) |
| 49 | (camp* or encamp* or tent*) and allocat* | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and (allocate or allocation or allocations or allocated or allocating) | (camp or camps or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and (allocate or allocates allocation or allocations or allocated or allocating) |
| 50 | (camp* or encamp* or tent*) and arrest* | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and (arrest or arrests or arrested) | (camp or camps or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and (arrest or arrests or arrested) |
| 51 | (camp* or encamp* or tent*) and (citation* or cite*) | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and (citation or citations or cite or cited) | (camp or camps or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and (citation or citations or cite or cites or cited) |

| | | | |
|---|---|---|---|
| 52 | (camp* or encamp* or tent*) and (nuisanc*) | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and (nuisanc*) | (camp or camps camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and (nuisanc*) |
| 53 | (camp* or encamp* or tent*) and (lodging* w/5 permission*) | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and ((lodging or lodgings) w/5 permission*) | (camp or camps or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and ((lodging or lodgings) w/5 permission*) |
| 54 | (camp* or encamp* or tent*) and (move w/5 along) | (camp or camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and (move w/5 along) | (camp or camps camping or camper or campers or camped or encampment or encampments or tent or tents or tenting) and (move w/5 along) |
| 55 | (block* or obstruct*) w/2 public* | (block or blocked or blocking or obstruct*) w/2 public* | (block or blocks or blocked or blocking or obstruct*) w/2 public* |
| 56 | (block* or obstruct*) w/2 sidewalk* | (block or blocked or blocking or obstruct*) w/2 sidewalk* | (block or blocks or blocked or blocking or obstruct*) w/2 sidewalk* |
| 57 | (abandon* or unabandon*) and (propert* or belonging* or tent* or camp*) | (abandon or abandoned or unabandon or unabandoned) and (property or properties or belonging or belongings or tent or tents or tenting or camp or camping or camper or campers or camped) | (abandon or abandons or abandoned or unabandon or unabandoned) and (property or properties or belonging or belongings or tent or tents or tenting or camp or camps or camping or camper or campers or camped) |

| 58 | ((homeless* or unhous* or unshelter* or PEH) w/25 refer*) | ((homeless or homelessness or unhous* or unshelter* or PEH) w/25 (refer or referral or referrals or referred or referring)) | ((homeless or homelessness or unhous* or unshelter* or PEH) w/25 (refer or refers or referral or referrals or referred or referring)) |
| --- | --- | --- | --- |
| 59 | ((homeless* or unhous* or unshelter* or PEH) w/25 servic*) | ((homeless or homelessness or unhous* or unshelter* or PEH) w/25 (service or services)) | Accept City's modified term |