**EXHIBIT I**

**TO**

**DECLARATION OF JOHN H. GEORGE IS SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING THE SUPREME COURT'S DECISION IN** *GRANTS PASS V JOHNSON*

| | |
|---|---|
| **From:** | George, John (CAT) |
| **Sent:** | Friday, February 2, 2024 10:37 AM |
| **To:** | 'John Do'; 'Bill Freeman'; Zal Shroff; 'Nisha Kashyap'; Andrew Ntim; Alfred Pfeiffer (SF/SV); Joseph Lee (OC); Wesley Tiu (SF/SV); Kevin Wu (SF/SV); Rachel Mitchell (SD); Tulin Gurer (SF/SV) |
| **Cc:** | Mere, Yvonne (CAT); Murphy, Kaitlyn (CAT); Snodgrass, Wayne (CAT); Wang, Edmund (CAT); Gradilla, Miguel (CAT); Mills, Steven (CAT); Andrew, Rhonda (CAT); Fong, Winnie (CAT); ORourke, Michaela (CAT); Garcia, Sophia (CAT) |
| **Subject:** | Coalition v. CCSF |

Dear Counsel,

San Francisco remains committed to litigating this case in the most efficient manner and resolving disputes where they can be resolved. In the interest of resolving our dispute regarding San Francisco's request for a stay, please let us know if you will either agree to stipulate to stay the proceedings pending the Supreme Court's decision in *Johnson*, or withdraw your opposition to the motion to stay, in exchange for the continued production of several categories of information from the Ongoing Discovery Order (ECF No. 129). Specifically, San Francisco would continue to provide the 72-hour notice emails of resolutions and produce, every three weeks, the information in paragraphs 5 (SFPD incident reports), 9 (CADs), 10 (DPW bag and tag logs), and 11 (HSH daily shelter bed records) of the Ongoing Discovery Order. We look forward to your response.

Thanks,
John

**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org