1 | DAVID CHIU, State Bar #189542
City Attorney
2 | YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
3 | WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
4 | EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
5 | MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
6 | ZUZANA S. IKELS, State Bar #208671
STEVEN A. MILLS, State Bar #328016
7 | Deputy City Attorneys
City Hall, Room 234
8 | 1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
9 | Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
10 |              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
11 |              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
12 |              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
13 | E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
14 |              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
15 |              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org
16 |              steven.mills@sfcityatty.org

17 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**STATEMENT OF NONOPPOSITION WITH COMMENT TO PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Trial Date:         October 1, 2024 |

1   Pursuant to Northern District of California Civil Local Rule 7-11, Defendants file this Statement of Nonopposition With Comment to Plaintiffs' Unopposed Administrative Motion for Leave to File Statement of Recent Decision. (*See* ECF No. 212.) Defendants respectfully submit this statement to clarify that they did not oppose Plaintiffs' request to seek leave to file a Statement of Recent Decision because they understood that Plaintiffs would not make argument concerning the case, which is consistent with Civil Local Rule 7-3(d)(2)'s requirement that a "Statement shall contain a citation to and provide a copy of the new opinion without argument." Plaintiffs' motion violates this prohibition on argument.

While Defendants do not oppose the filing of an appropriate Statement of Recent Decision in principle, Defendants disagree with Plaintiffs' characterization of the relevance of *Tyson et al., v. City of San Bernardino*, No. 5:23-CV-01539, Dkt. 63 (C.D. Cal. Jan. 12, 2024) to the motion to enforce. As Plaintiffs' motion for leave concedes, *Tyson* concerned the granting of a motion for preliminary injunction. (ECF No. 212 at 2:23, 3:3.)  *Tyson* says nothing about and is not instructive to the question of enforcing a preliminary injunction.  Additionally, Plaintiffs mischaracterize the relief sought in their Motion to Enforce in an attempt to make *Tyson* appear applicable.  ECF No. 212 at 3 ("Plaintiffs similarly seek additional training, documentation, and compliance reporting . . . .").  Plaintiffs' Motion to Enforce does not seek "additional training" or "documentation."  ECF No. 130 at 30 ("Plaintiffs respectfully request the Court issue an Order to enforce the preliminary injunction and ensure the City's compliance with the preliminary injunction by appointing a special master and requiring the City to submit regular compliance reports.").

/ / /

/ / /

Dated: February 2, 2024

>  DAVID CHIU
>  City Attorney
>  YVONNE R. MERÉ
>  WAYNE SNODGRASS
>  EDMUND T. WANG
>  KAITLYN MURPHY
>  MIGUEL A. GRADILLA
>  JOHN H. GEORGE
>  ZUZANA S. IKELS
>  STEVEN A. MILLS
>  Deputy City Attorneys
>
>  By: s/Steven A. Mills
>      STEVEN A. MILLS
>
>  Attorneys for Defendants
>  CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT