DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**JOINT RESPONSE TO COURT ORDER REGARDING MOTION TO STAY (ECF NO. 215)**<br><br>Trial Date:    October 1, 2024 |

Pursuant to this Court's order, the parties met and conferred regarding Defendants' proposal of Friday morning, February 2, 2024, to provide certain categories of discovery in exchange for Plaintiffs' agreement to a stay of proceedings. Plaintiffs declined the proposal and did not offer a counter-proposal that would contemplate a stay. Rather than agree to a stay, Plaintiffs maintained their position as set forth in their opposition, which Plaintiffs maintain is a compromise by extending the discovery deadlines past an anticipated decision in *Grants Pass*. The parties agreed to refrain from further argument in this letter.

Dated:  February 5, 2024

> DAVID CHIU
> City Attorney
> YVONNE R. MERÉ
> WAYNE SNODGRASS
> EDMUND T. WANG
> KAITLYN MURPHY
> MIGUEL A. GRADILLA
> JOHN H. GEORGE
> ZUZANA S. IKELS
> STEVEN A. MILLS
> Deputy City Attorneys
>
> By: s/*Miguel A. Gradilla*
> MIGUEL A. GRADILLA
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT

/ / /

/ / /

| | |
|---|---|
| Dated: February 5, 2024 | By: **s/*Nisha Kashyap*<br>NISHA KASHYAP<br><br>JOHN THOMAS H. DO<br>WILLIAM S. FREEMAN<br>ACLU Foundation Of Northern California<br>ZAL K. SHROFF<br>ANDREW NTIM<br>NISHA KASHYAP<br>Lawyers' Committee for Civil Rights of the San Francisco Bay Area<br><br>ALFRED C. PFEIFFER, JR.<br>WESLEY TIU<br>KEVIN WU<br>TULIN GURER<br>JOSEPH H. LEE<br>RACHEL MITCHELL<br>Latham & Watkins LLP<br><br>Attorneys for Plaintiffs<br>COALITION ON HOMELESSNESS, et al. |

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*