UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 2/8/2024 | **Time:** 1:04-1:51 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness et al v. City and County of San Francisco et al | |

**For Plaintiffs:**
Nisha Kashyap
John Do

**For Defendants:**
John George

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:04-1:51

### PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. Defendants' Motion to Stay all proceedings pending the Supreme Court's Decision in Grants Pass v. Johnson [Docket No. 204] – hearing held, motion is taken under submission.

**Order to be prepared by:**
( )   Plaintiff          ( )   Defendant          (X)   Court

cc: Chambers