|   |   |
|---|---|
| 1 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 2 | Zal K. Shroff, MJP 804620, *pro hac vice* |
| 3 | Nisha Kashyap, SBN 301934<br>Andrew Ntim, SBN 347084 |
| 4 | 131 Steuart Street, Ste. 400<br>San Francisco, CA 94105 |
| 5 | Telephone: (415) 543-9444<br>Facsimile: (415) 543-0296 |
| 6 | zshroff@lccrsf.org |
| 7 | nkashyap@lccrsf.org<br>antim@lccrsf.org |
| 8 | |
| 9 | *Attorneys for Plaintiffs* |

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
Nisha Kashyap, SBN 301934
Andrew Ntim, SBN 347084
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
zshroff@lccrsf.org
nkashyap@lccrsf.org
antim@lccrsf.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ZAL K. SHROFF**<br><br>**Judge:**　The Hon. Donna M. Ryu |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that ZAL K. SHROFF of Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCRSF"), withdraws as attorney of record for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, and Nathaniel Vaughn ("Plaintiffs") effective February 15, 2024. Plaintiffs will retain their representation by other listed counsel at LCCRSF and all other listed counsel of record.

*/s/ Zal K. Shroff*
Zal K. Shroff

1