DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO RELATE**<br><br>Trial Date:            May 1, 2025 |

I, KAITLYN MURPHY, declare as follows:

1. I am a Deputy City Attorney in the Office of the San Francisco City Attorney, and represent Defendant City and County of San Francisco ("City" or "San Francisco") in the above action. I have personal knowledge of the contents of this declaration, except as to matters stated on information and belief, and as to those matters, I am informed of those matters in my capacity as a deputy city attorney and believe them to be true.

2. I file this declaration in support of San Francisco's Administrative Motion to Relate, this case: *Coalition on Homelessness et al. v. City and County of San Francisco et al.,* N.D. Cal. Civil Case No. 4:22-cv-05502-DMR (LJC) with *Jane Roe et al. v City and County of San Francisco*, N.D. Cal. Civil Case No. 3:24-cv-01562-AMO.

3. San Francisco attempted to obtain a stipulation with the *Coalition* Plaintiffs. Specifically, on March 19, 2024, I contacted counsel for the Coalition forwarding them a copy of the *Roe* Complaint, stating that the City intended to file an Administrative Motion to Relate under Civil Local Rule 3-12, and asking whether the *Coalition* Plaintiffs would stipulate to relating the cases. *Coalition* Plaintiffs declined to stipulate.

4. San Francisco also attempted to obtain a stipulation with the *Roe* Plaintiffs. Specifically, on March 19, 2024, the City's counsel contacted counsel for the *Roe* Plaintiffs forwarding them a copy of the *Coalition* complaint, stating that the City intended to file an Administrative Motion to Relate under Civil Local Rule 3-12, and asking whether the *Roe* Plaintiffs would stipulate to relating the cases. *Roe* Plaintiffs declined to stipulate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 21, 2024 in San Francisco, California.

                                                          */s/ Kaitlyn Murphy*
                                                         KAITLYN MURPHY