DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4675 (Snodgrass)
               (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3307 (Ikels)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        wayne.snodgrass@sfcityatty.org
               edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               zuzana.ikels@sfcityatty.org
               steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**PROOF OF SERVICE**<br><br>Trial Date:           May 1, 2025 |

PROOF OF SERVICE
CASE NO. 4:22-cv-05502-DMR (LJC)

n:\govlit\li2022\230239\01744943.docx

# PROOF OF SERVICE

I, HOLLY CHIN, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, City Hall, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

On March 21, 2024, I served the following document(s):

- **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO RELATE**

- **DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO RELATE**

- **[PROPOSED] ORDER GRANTING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO RELATE**

- **PROOF OF SERVICE**

on the following persons at the locations specified:

**Jane Roe, et al. v. City and County of San Francisco; USDC Case No. 3:24-cv-01562-AMO**

| | |
|---|---|
| Michael A. Kelly, Esq.<br>Richard H. Schoenberger, Esq.<br>Matthew D. Davis, Esq.<br>Ashcon Minoiefar, Esq.<br>LAW OFFICES OF WALKUP, MELODIA, KELLY & SCHOENBERGER<br>A Professional Corporation<br>650 California Street, 26th Floor<br>San Francisco, CA 94108-2615<br>Telephone: (415) 981-7210<br>Facsimile:  (415) 391-6965<br>Email:  mkelly@walkuplawoffice.com<br>            rschoenberger@walkuplawoffice.com<br>            mdavis@walkuplawoffice.com<br>            aminoiefar@walkuplawoffice.com<br><br>Shanin Spector, Esq.<br>(Pro Hac Vice Application Pending)<br>Alex Van Dyke, Esq.<br>KLINE & SPECTER, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102<br>Telephone: (215) 772-1000<br>Facsimile:  (215) 772-1359<br>Email:  shanin.specter@klinespecter.com<br>            alex.vandyke@klinespecter.com<br><br>Attorneys for All Plaintiffs | David Chiu<br>CITY ATTORNEY<br>Yvonne R. Meré<br>Chief Deputy City Attorney<br>Wayne Snodgrass<br>Tara M. Steeley<br>Thomas S. Lakritz<br>John H. George<br>Kaitlyn M. Murphy<br>Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA 94102-4682<br>Telephone:  (415) 554-4655 (Steeley)<br>                     (145) 554-4628 (Lakritz)<br>                     (415) 554-4223 (George)<br>                     (415) 554-6762 (Murphy)<br>Facsimile:  (415) 554-4699<br>Email:  tara.steeley@sfcityatty.org<br>            tom.lakritz@sfcityatty.org<br>            john.george@sfcityatty.org<br>            kaitlyn.murphy@sfcityatty.org<br><br>Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: holly.chin@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed March 21, 2024, at San Francisco, California.

                                                  /s/ *Holly Chin*
                                                  HOLLY CHIN