ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman SBN 8202
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br>    Plaintiffs,<br>v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>    Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO RELATE CASE TO ROE ET AL., CASE NO. 3:24-CV-01562** |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' Administrative Motion to Relate Cases. Having carefully considered the motion and the papers submitted, the Courts finds this case unrelated to *Roe et al. v. City and County of San Francisco*, N.D. Cal. Civil Case No. 3:24-cv-01562. Defendants' motion is hereby DENIED.

IT IS SO ORDERED.

Dated: _____

                                            HONORABLE DONNA M. RYU
                                     UNITED STATES MAGISTRATE JUDGE