**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL CONFERENCE MINUTE ORDER**

| **Date:** August 7, 2024 | **Time:** 15 M | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness et al v. City and County of San Francisco et al | |

**For Plaintiff:**
John Do
William Freeman

**For Defendant:**
John George
Kaitlyn Murphy

**Deputy Clerk:** Karen Hom                              **Recorded in Zoom:** 1:29-1:44

### PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

Further Case Management Conference held.

Parties will file a stipulation to dismiss claims 1-4. Plaintiffs do not intend to file a third amended complaint.
Parties shall supplement their initial disclosures by 8/21/2024.
Defendant shall file their motion for judgment on the pleadings by 9/9/2024.

**COURT SET THE FOLLOWING DATES:**

   Further Case Management Conference:  12/4/2024 at 1:30 p.m. by Zoom Videoconference.
   Updated Joint Case Management Conference Statement due by:  11/27/2024.

**ORDER TO BE PREPARED BY:**
   [ ] **Plaintiff**     [ ] **Defendant**     [ ] **Court**

cc:      Chambers