# EXHIBIT A

# **Bag & Tag Questions**

1. Is there a limit on how much drug paraphernalia found in homeless debris to be considered hazardous?
2. Can we put postings on Bag & Tag containers saying what not to bag & Tag (hazardous material, etc.….)?
3. Do we Bag & Tag burnt items?
4. If at a location doing a Bag & Tag and there are multiple individuals who items are being Bag & Tagged do I use the same CMMS number or create multiple?
5. If we are at an encampment and individual does not want any resources and says he does not feel like moving his items can we just Bag & Tag all of his stuff for him and he will just pick it up later do we?