# EXHIBIT B

Date: 9/5/2023

Location: Training Trailer

Start Time: 7:30 a.m.

# Sup II Minute Meeting

- Management appreciates everyone's hard work. Please relay the information to the laborer and supervisors.

- Asset Management

- APEC coming to San Francisco (Market to Harrison/ 2nd to 5th)

- Dreamforce

  o Sep 12th -14th

  o It will be the last convention in San Francisco if City streets aren't clean.

- Keep the area clean – Night/Zone B/Swing/Corridor

- PARS – Due

- The car show participate list is closed.

- Covid required requirement – Sunset.

- Stay professional at the workplace.

- CC - D10 - 3rd St. from Van Dyke to Hudson Ave.

- CMMS

  o Before & after pictures

  o Help any staff and provide more training for any staff still having trouble.

  o Provide CMMS to staff. No more 28Clean

- Bag and Tag

  o The truck isn't required to be empty to do Bag and Tag. Just make room so items do not get mixed together.

  o Staff who don't follow procedure or policy must be written up, and disciplinary action.

- The Bag and Tag will go straight to the supervisor. The supervisor will be relegated the Bag and tag to staff.

Date: 09/19/2023

Location: Training Trailer

Start time: 7:30 a.m.

# Sup II Minute Meeting

- Vehicle inspection report
  - Missing equipment
  - Bold tires
  - Expired extinguisher
  - Emergency brake set
  - Dirty vehicles
  - License plate dirty or damage and need to be replaced.
  - Passed due for service.
- Moscone Center
  - TechCrunch Sep 19-21
  - Swing/nights and zone keep area clean.
- Redlight Tickets
  - Slow down
  - Yellow mean slows down not run through.
- Sunday Streets on the weekend
- October 2nd – 1 hour lunch break
- Mandatory training must be completed for new hire employees.
- Respirator training and fit testing – list employees in your group
- Provide CMMS service request, documents and justification for area where City Can need to be removed or installed (ex of criteria: bus stop, school, etc.)
- Bag and Tag
  - Add how many bags and tag section was done/completed, as well as the CMMS #
- Cone blocking lower yard gates and door. Please remove/put away the cone and alert the employee it isn't allowed to keep the lower yard gates open 24/7 for safety reasons.

- Coordinate with staff/employees to handle/take care of the events.

- CC – D1 - Clement Ave. from Arguello to Funston Ave.

- Picking some supervisors as panels for recruiting 7514 general laborers

- Neighborhood beautifications cleanup was amazing.

- Roles and responsibilities attached to PAR

- Tailgates

  - Roles and responsibilities

  - Redlight

  - 1hour lunch break Oct 2nd

- Please provide exact # for equipment that require repair.

- Alley Crew will doing Russian Hill Street cleaning.

- Saturday and Sunday Chinatown Autumn Moon Festival

Date: 09/26/2023

Location: Training trailer

Start time: 7:30 AM

SUP II Minute Meeting

- Appreciation for hard work from Carla and DiJaida

- Appreciation for the help with the Folsom Street Fair, Sunday Street, and Autumn Moon Festival. Stay healthy/Safe, don't overwork!

- Pass the message to the front staff – they aren't receiving the message. Any messaged password down should be able to explain to staff why we do these procedures.

- Chris (BSES Superintendent) will be having surgery on 09/27/2023. JV will be acting.

- Health Fair (10/11)

  o Manage personal mental health and physical health. Stay healthy!

  o Manage employees/staff first, trash second.

  o will have flu shots available for employees.

- Job fair 09/28/2023

  o quick interview, practice test

  o If staff reply too late, send your name to management to add their name to the fair.

  o second one soon

- PAR – Due

- APEC

  o Keep areas around the event clean

  o Area include Moscone Center, Union Square, Fisherman Wharf, Fremont etc.

  o Make plans for staff to be coordinated during the event.

  o NO VACATIONS

- Storm watch – SLOW DOWN!

- Supervisor I have meeting on Sep 8

- DDO retreats at PUC around Oct & Nov

- Bag and Tag

- o   We are receiving issues with NO PICTURES and Staff not doing bag and tag.

- o   PLEASE take pictures and follow the procedures.

- o   If staff aren't doing the work, the supervisor will need to be responsible.

- o   Radio Room will not longer give 28Clean #, only CMMS #

- o   Tailgate for SUP II Minute will have a policy specific for Bag & tag.

- Car Show will be Yearly.

- Newsome – Sending help for Homelessness.

- CC - D2 - Union from Gough to Steiner / Fillmore from Union to Chestnut St.

- Do not clean trucks at Recology, clean at the YARD.

- There will be a potluck at 49 South Van Ness

Date: 10/03/2023

Location: Training Trailer

Start Time: 7:30 AM

## SUP II Minutes

- Appreciation for everyone's hard work and excellent job at the job fair!

- (2) new supervisors, Kenneth Simmons-Jr for Zone F and Sarat Meas for Zone E

- Jonathan Vaing will be the acting superintendent for Chris, Darryl Dilworth will be the acting assistant superintendent for Jonathan, and Brittany Brandon will be the acting supervisor II for Darryl.

- Multiple Special Events (keep the area clean)

  - Dianne Feinstein Memorial Funeral Service at City Hall

    - Plenty of traffic around city hall. Plan before heading into the area

  - Fleet Week

  - Italian Heritage Parade

  - APEC

- Holiday: Indigenous Peoples' Day

- Buddy System/Encampment

  - (1) person works while (1) person looks out.

  - Regarding the police department:

    - Call the police department to clear the area. If police don't show up, call the police again in minutes. After 30 minutes of waiting, if the police do not show up, notify the radio room and leave the area.

    - It is not the laborer's responsibility but the PD's responsibility to clear/break crowds.

    - If unsafe, notify the supervisor and leave the area.

  - Safety first before garbage

- CMMS

  - Document everything

  - Continue using CMMS

- Radio Room

- No one should be allowed in the radio room without approval from the supervisors, Darryl Dilworth and Eric Guajardo.

- Rain season is coming.
  - Order raingear

- CC

- APEC AND DMACC (Top Priority)
  - The radio room should know if you're cleaning or working for DMACC.
  - Inform your staff about DMACC.
  - Specific S/O # for APEC

- GPS
  - Document lengthy stops
  - Suppose the GPS is faulty or broken. Bring the vehicle in to fix it.

- Latinx-Hispanic Heritage Month potluck will be at 49 South Van Ness.

- Bag and Tag
  - The Intake form looked good. We got all the service #.
  - If possible, be more specific on the description (e.g., suitcase -> green suitcase)

- Alley Crew will be in the Chinatown Area this week.

- Stay professional!

Date: 10/10/2023

Location: Training Trailer

Start Time: 7:30 AM

## **SUP II Minutes**

- Appreciation – clean corridors, fleet week, and all hard work for multiple events
- Health Fair (10/11/23)
  - Employees can have (2) hours at the health fair.
  - Schedule employees so they aren't all back at the Op's yard at the same time.
  - Clean up around the yard before the event.
  - Let staff know and take advantage of the fair.
- Overdue service vehicles
- 14 vehicles for recall for SES
- Raingear coming soon.
- APEC & DMACC
  - The requests are the top priority.
- Bag & Tag
  - Every location cleaned need a CMMS #
  - Supervisors are held responsible, not the litter patrol.
- Recent new policy for moving encampments.
  - PD can move encampments. However, we still do not move encampments.
  - PD does not show, and we wait 30 minutes. Get out!
- CC – D4 - Taraval from 40th to 48th Ave.
- Safety Tailgate – If anything comes up, they need to inform their supervisors.
- CMMS training
- Let Darryl know if any need the training (ex, new hires)
- HSOC – for locations, supervisors are required/necessary to inspect the area to set up clean-up.
- Sick time usage – written/counseling disciplinary action.

Date: 10/17/2023

Location: Training Trailer

Start time: 7:30 AM

SUP II Minutes

- Appreciations
    - For hard work on Clean Corridor last week
    - For staff who attended the CMMS training
- APEC plan
- 72 Hours
- Notice of removal of property
- Bag & Tag
    - Photo document
    - New bag/containers coming soon.
    - Each bag should have its own tags.
- New Acting Sup 2 Zone F – Maximo Valdes
- Corey will be Acting Sup 2 for Corridor
- Tessa will be back to Zone A
- CC –D5 - Gough from Hayes to Haight / Hayes from Laguna to Gough St.
- GPS report
- Attendance for employees, make sure they show up for work.
- Make sure Zone works with their PIO.
- Problem with crowd control call PD
- Latinx-Hispanic Heritage Potluck
- Tablet/CMMS training
    - Send a list of employees who need training to Darryl.
    - Encourage staff who had CMMS training to see the result of the training.
- Vehicle Inspections
    - Check on your trucks to make sure they are up to date.
    - Check the list vehicle recall.

- o   Brake inspection this weekend
- Alley Crew on Polk St.
- Do not paint over Mural!
- Any related to media go to Rachael Gordon, we should not be the one talking to the public.
- Events this week
  - o   Lesbians who tech
  - o   Music City Song writers' festival

Date: 10/24/2023

Location: Training Trailer

Start time: 7:30 am

Sup II Minutes

- Appreciation
  - Assistant superintendent for covering while Chris was out.
  - Great work at Neighborhood Beautification Day
  - Amazing job on CleanCorridorSF
- Chris
  - Will not be 100% recovered until March 19, 2024
  - Will work remote Wednesday – Thursday
- Safety
- Jonathan Vaing will be out on November 10th.
- APEC
- Storm Watch
- PD
  - PD – no show/DPW – no show
  - PD – leave/DPW – leave
  - Inform the radio room!
  - Feel unsafe getting out of there!
- CC – D6 - Polk St. from Post to Golden Gate Ave.
- Chase Center
- DDO retreat will be at Griffin Yard
- Clean audit
- Board/controller office audit
- Coffee and Car (Sunday depending on weather)
- Private contractor cleaning (Zone Meeting)
- List of vehicles with no pre trip

- Meet/work with Anna to set up CBD.
- Bag and Tag
    - Follow procedures and show staff.
    - Document everything done.
    - Want the report weekly basics.
- Special Project will be in the Boardway Tunnel – will need assistance to cover.
- Reply to the message to your staff.
- Hold safety tailgate on everything we talked about
    - Use tablet/ not personal phone for pictures.
    - Bag and Tag
    - Make Minute tailgate title more specific (ex: bag and tag, use of tablet and not personal phone, etc.)
    - DO NOT use 28clean#! Please use CMMS#
- For Neighborhood Beautification Day, supervisors should visit and show up for their Zone.
- Vehicle Inspection – checkup and maintain the vehicles.
- Alley Crew will be on Mission Area
- Repairs at the Gas Station – need to turn in the PDF and Keys

Date: 10/31/2023

Location: Training Trailer

Time: 7:30 AM

Sup II Minutes

- Appreciation
    - Staff
    - Last week, Darryl, for Acting Assistant Superintendent
    - Brittany Brandon to Acting Supervisor II
- HR – Jessie Franklin
    - Will work/be in contact with supervisors to resolve problematic employees.
- Chris will be acting DDO this week and next Monday/Tuesday
- The director is scheduling an APEC meeting with all BSES staff this week.
- Job Fair on Friday, Nov 3, at Union Hall
- Captain Exam on Thursday
    - Permeant supervisor, I only
    - Signup sheet in Building A and Dispatch
- New Cleaning responsibility in Mission Bay & Treasure Island
- Cleaning Contractor Ready
    - I will be providing/sending a report.
    - Pictures before/after
- Bag and Tag
    - Each week, DDO will look at/review the CMMS bag and Tag.
    - If without documentation/photographs, the supervisor will be written up.
    - If 28Clean requests a CMMS#
- will check on adding a hotspot queue to CMMS.
- MyTime will be coming soon.
- Never Park in the designated DDO spot at City Hall
- Cans on the Great Highway Promenade need to be cleaned more often. Mayor's Request
- Tailgate on Accident Policy and Procedures
- Halloween

- Clean Halloween blocks
- Careful driving – be aware of kids.

- APEC is coming.
- Moscone Event – corridor will be sending out some manuals to sweep the area.
- Stay in communication with PIO.
- Running low on barricades – if you see any stray barricades, call in/pick up.
- Extend shift – sign up at dispatch.
- An ongoing problem with the vehicle left at the gas station.
- Be specific when calling the Hotline if they want FMLA, Kincare, etc. We won't backtrack sick.
- Property owner clean/responsible for their sidewalk

Date: 11/07/2023

Location: Training Trailer

Start Time: 7:30 a.m.

## Sup II Minute

- Appreciation
    - Hard Work
- Motivation – Director visit and message
- Execute APEC Bureau Plan
- Anticipation
    - Be Flexible and understand deployment will change.
- Proactive Work
    - Regular work must be done as well.
- Reactionary Work
    - Hot spot will come up.
- Supreme Customer Service
    - Respect folks that at visiting our city.
- Represent City
    - Be proud of PW, yourself and team members.
- Safety
    - Situational Awareness. "In doubt, get out."
    - "No PD no show – you do show". "PD leaves site, you leave."
- Celebration
    - We have a great City so let's shine.
- Nicole Cook will be (acting) assistant superintendent for Jonathan Vaing
- Waiting on approval from DiJaida for extended
- Vehicle missing tailgate/safety inspections.
    - Written counseling
- CC - D9 - Potrero Ave. Cesar Chavez to 16th St.
- (2) Flatbed truck loaded with barricade for APEC emergency
- Direct calls from Chris/Director. Notify Radio Room to create service request.

- o   The radio room would put notes if APEC related.
- Before entering APEC red zone, the vehicle must go to pier 37 for scan.

Date: 11/14/2023

Location: Training Trailer

Start Time: 7:30 a.m.

## <u>Sup II Minute</u>

- Appreciation
  - For showing up and hardworking for APEC week
  - For the clean corridor last week
- CC - D5        Haight St. from Central to Stanyan St.
- Supervisor Safety Chat
  - 11/14/2023 safety chat canceled.
  - Reschedule for next Tuesday, 11/21/2023.
- Sick
  - Meet/talk to the staff and make your position plain on your disappointment.
- Congratulations
  - (12) supervisors I passed the Captain Exam
- Un Plaza
  - No more washing/cleaning every 2 hours.
- Contractors
  - Started their routes.
  - They'll drop the bags and DPW will pick them up.
  - Inform PIO of the routes the CBD are scheduled.
- Bag and Tag
  - New location, container now located near the Armstrong Trailer
  - Uncomplete CMMS/forms
  - Written/counseling on supervisors that CMMS isn't completed.
  - will only be assigned to supervisors, then supervisors can hand down to a litter patrol.
  - Police request

- ▪ We only do bags and tag for the homeless.
- ▪ Take note on CMMS if it's regarded to homeless, location and PD badge #
- Still missing last month safety inspections/vehicle inspections
- Overtime
  - o Provide it to Xavier ahead of time.
- (5) new 7501
- Newest addition Sup I, Kelvin Brooks
- Fruit at the dispatch lunchroom for staff working on APEC.

Date: 11/21/2023

Location: Training Trailer

Start Time: 7:30 a.m.

## <u>Sup II Minute</u>

- Appreciation

- Breakfast for supervisors at Training Trailer

- SES bid December 18-22

- Bag and Tag
  - o Take pictures.
  - o Good job on everyone stepping up on the documentation on bag and tag.

- Staff needed for overtime for Holidays.

- Feedback for APEC from supervisors (good or bad)

- New general laborers starting soon.

- Kid vouchers for gifts application (12 under)

- Contractors are starting work in their Zones.
  - o Provide pictures, documentation, and reports.

- Tailgate and Vehicle Inspections

- Staff/Employee leaving early (should not be leaving early)

- Training due at web portal

Date: 11/28/2023

Location: Training Trailer

Start Time: 7:30 a.m.

## <u>Sup II Minute</u>

- Appreciation
- Safety Inspections/Tailgates
  - Do not leave keys in the truck.
  - Fold Mirrors
  - Parking Brakes
  - Seatbelt
  - Workplace violence/drugs not tolerated.
  - Properly wear safety vest
- Notice Hazardous material around the yard. Document and report to Health and Safety
- CMMS
  - Bag & Tag training
  - Supervisors should attend too.
  - Missed crew member reschedule with Arthur.
- University training for employees
- Coaching/Counseling/Verbal
- Rain is coming – raingear at tool room.
- Thank for coverage for last week Thanksgiving and Black Friday
- Vehicle Inspection Issues
  - Ergonomics of the chair on the vehicles
  - Don't drive with the seat reclined.
  - Let them know during the safety tailgate.
- Zone stays in contact with PIO.
- Bag and Tag

- Each Item should have separate tags.
- Xavier is off this week. Send the Overtime to Lorenzo and Nicole

Date: 12/12/2023

Location Training Trailer

Start time: 7:30 am

## **SUP II MINUTES**

- Welcome back.
    - o Jonathan Vaing
    - o John Reily
- Chris will be acting DDO this week.
- Rainy weather – drive safely.
    - o Check vehicles/tires.
- Good job/accomplishments.
    - o for Nicole Cook covering/acting assistant superintendent
    - o Zone E great job on Clean Corridor Last week
- Mandatory CMMS Training
    - o Check CMMS schedule.
    - o Training/sign-in sheet will be provided to attorney/court.
    - o If all staff completed 100% let Arthur know
- Management/Supervisors Retreat soon.
- CC – D8 - Valencia St. from 22nd to 18th / 18th from Valencia to Dolores St.
    - o Should be all day and no one should leave and stay.
- Be professional – city representative.
- Alley Crew will be in Chinatown this week.
- Let staff know about Wellbeing at the workplace.
- Supervisors II will have special lunch tomorrow 12/6/2023 lunch at Original Joes at Noth Beach at 11:30 am
- 7501 signups are open again.
- Let staff know about University training/signup.
- New employee title VI/PARS

- Employee web portal training due end of the year

- Q2 check-in forms are due.

Date: 12/19/2023

Location: Building A Break Room

Start Time: 7:30 AM

## SUP II MINUTES

- Chris is currently still acting for DDO.

- Bis is still ongoing.

- Heavy Rain

  - Slow down (driving)

  - Check CB – PUC flood map.

  - Daily storm watch call – sandbag count

  - The crew needs to do vehicle inspections.

- Tessa will be acting Assistant superintendent for Mark next week.

- Q2 Check-In due

- Thank Zone F for last Week's Clean Corridor. Canadian New Media was very impressed.

- This week, Clean Corridor will be at Zone D - D9 - Valencia St. from 22nd to Cesar Chavez / Mission from Cesar Chavez to 24th St.

- Budget Reduction (20%)

  - General Fun 85mil -> 68mil

  - Gas 8.9mil -> 7.1mil

  - Solid Waste 9.5mil -> 7.6mil

  - Total Budget 122mil -> 90mil

- New laborers

  - onboarding

  - Title VI

  - Should reduce Overtime.

- Everyone's Timesheets and Overtime should be submitted daily.

- Holidays

  - Christmas night (football game)

  - There will be fireworks this year, and we will have a PLAN.

- Holiday Overtime Coverage

  - Christmas Day – Edgar Garcia

  - New Year's Eve – Nicole Cook

  - New Year's Day – Nicole Dela Garza

- CMMS

  - Continue to provide staff with CMSS training.

  - Bag and tag continue taking pictures.

- Bag and Tag

  - New container upper yard

  - Lower yard cage for bulky items only

  - Pick up from the police station should be the item and name requested on the list.

- MVI

  - supervisor and employees still require writing a report and call the radio room even if the homeless attack the vehicle.

  - Alley Crew will be at SOMA this week.

  - All Broom support is going back to dispatch. The trucks will be dispatched, too.

  - Laborer and Sup, I Truck cannot take trucks to their new group/zone.

Date:1/2/2024

Location: Training Trailer

Start Time: 7:30 AM

## SUP II MINUTES

- **Appreciation**
    - o  Everyone hard work
    - o  Staff with New Years clean up.
- **Herman Loo passing**
    - o  Cards will be around for signing.
- **Supervisors II BID – 3 years (pilot)**
    - o  Pilot and will be based on attendance and results.
    - o  Address staff attendance and issues
    - o  Ensure the supervisor I are doing their jobs.
    - o  Let as-needed temporary supervisors/staff will be assigned to where we need to go.
- **Follow chain of command**
- **Vehicle**
    - o  Employees moving to different zones cannot take their trucks to their new group.
    - o  Seniority does not matter who would get the truck/vehicle.
    - o  Tablet assigned to truck/vehicle, stay with the truck/vehicle.
- **Retreat for supervisor II and supervisor I** *(coming soon)*
- **PCS position will open this year.**
- **Training**
    - o  CMMS
    - o  Drug/Post-After Training
    - o  Tracking service orders
- **Journal/Notes**
    - o  Keep notes/spreadsheets of employee time-off/service orders.
- **2 weeks' notice for staff that will have change schedule**
- **Overtime**
    - o  No more overtime unless approved by Superintendent and DDO.
- **GPS reports**

- Only attach/highlight reports employees that leave their zones, speeding, idle, etc. Else if report is good/have no problem, you'll not need to send.

- **<u>Clean Corridor (1/4/2024)</u>**

  - Hayes St. Franklin St. to Fillmore St.

- **<u>General Laborers</u>**

  - Supervisors II can write reprimands for employees.

  - attendance and everyone report to work on day you have clean team.

- **<u>The IT Team informed us that employees cannot move their setup to new location.</u>**

- **<u>Special Events</u>**

  - Be specific (Name/Date/Time)

  - Put it on the Calendar.

- **<u>CMMS/Bag & Tag</u>**

  - All employees should know how to use CMMS. If employees don't know CMMS, supervisors are responsible for requesting/training the employee. Supervisors will be written up if an employee can't do their task.

  - No more 28Clean should be used. 28Clean cannot have any pictures uploaded. Please call the Radio Room/Control to generate a CMMS #.

- **<u>Supervisor's tailgate</u>**

  - DiJaida will be attending one of your tailgates to have some time to talk to your staff. Please email her the date/time (e.g., Thursday, 6:30 AM).

  - Have a tailgate for Bag & Tag/CMMS. Please put it on the title. The tailgate topic should be weekly.

- **<u>BSES</u>**

  - We will have another Assistant Superintendent and (2) management for community engagement and workforce development.

Date: 1/09/2024

Location: Training Trailer

Start time: 7:30 AM

## <u>SUP II MINUTES</u>

- **<u>Appreciation</u>**
  - o staff for hard work

- **<u>Safety Chat</u>**

- **<u>Tools</u>**
  - o Secure in the toolbox of the vehicle/trucks
  - o In the future, requesting supplies will only be available with paper slips from the supervisor.

- **<u>Tailgate</u>**
  - o Key watcher
  - o DO NOT Dumping Tool at Recology – cones, shovels, and supplies.
  - o Proper usage of PPE

- **<u>Web Portal Training</u>**

- **<u>Safety</u>**
  - o Slow Down! Drive Safely.
  - o Hazardous Safety – be aware of your surroundings.

- **<u>Hazardous Materials Storage</u>**
  - o Scooters (DO NOT Pick Up)
    - ▪ Can cause fires to our vehicles.
    - ▪ DPW no longer picks up scooters.
    - ▪ Leave on the side safely and take a picture.
    - ▪ call 311 about the request to send back.

- **<u>DPW will start Cleaning the Yard every month.</u>**
  - o Document/picture.

- **<u>Vehicle Inspection</u>**
  - o Smog

- o Services
- o Stickers
- o Safety

- **Key Watcher Report**
  - o Verbal/Written/Document the counseling for employees who forget to put back their keys.

- **Bag & Tag**
  - o This month – we've been getting a few reports without pictures.
  - o Let employee/staff know the procedures.
  - o Make sure the stuff gets into the cage/container that day.

- **CMMS**
  - o Use correct/proper SO#
  - o Document and take pictures.

- **NO OVERTIME. Only emergency overtime**

- **Martin Luther King – Supervisor II overtime**

- **List of names for supervisors for NARCAN training**

- **New employee checklist**
  - o Respirator
  - o Access CMMS
  - o Key watch
  - o Safety
  - o Bag and Tag

- **Bid Rotation**
  - o Bid is over. Everyone should be in their position.
  - o Desks are shared and not assigned.

- Provide staff with information about their zone, map, and work assignments.

- Planning on creating a reactionary crew/team.

- Adam Maroney (supervisor II) last week at Public Works will be January 13th, 2024.

Date: 1/16/2024

Location: Training Trailer

Time: 7:30 AM

## <u>SUP II MINUTES</u>

- **<u>How to talk to our staff/co-workers</u>**
  - o Respect
  - o How do you talk to people
  - o Think before you speak.
  - o Polite, professional, and respectful

- **<u>DDO Retreat</u>**
  - o 1/17/2024 Superintendent and assistant superintendent retreat
  - o Supervisors 2 & 1, a retreat is coming soon.

- **<u>HR</u>**
  - o Management is working with HR on new policies.

- **<u>Training Program for employees</u>**
  - o Ensure that new/old employees know and understand what they are doing while in the workplace/field.

- **<u>Policy and Procedures</u>**
  - o Inform staff/crew why we have these policies and procedures (ex, in-take form for tool room)

- **<u>Vacation</u>**
  - o It should only go up till March.

- **<u>Clean Corridor - 1/18/2024 - D2 - Chestnut and Lombard (W/B) from Fillmore to Divisadero - including side streets.</u>**

- **<u>Tailgates</u>**
  - o Policy and procedures
  - o Vehicle usage

- **<u>Whistleblower regarding running red light and double parking.</u>**
  - o WE SHOULD NOT double park on handicap, bus zone, blue zones, and red zones

- **<u>HR leaves absence overview presentation (1/16/2024)</u>**

- **<u>Understand the regulations on illegal posting signs.</u>**

- **<u>Supervisors on duty that day should cover for the supervisors that are off that day.</u>**

- **<u>Proper steamer training (future re-training for steamers)</u>**

- **<u>7501 Rotation soon</u>**

- **<u>Coffee and Cars (coming soon for Sundays)</u>**

Date: 1/23/2024

Location: Training Trailer

Start time: 7:30 AM

## **SUP II MINUTES**

- Moment of silence for Herman Loo
- Chris McDaniels will be off Wednesday, Thursday, and Friday
- New mini HSOC crew is being developed right now.
  - o This crew will be focus on HSOC and JFO
- Create a crew for Mission Street Power Washing – deep clean.
- Unaccepted streets cleaning
- Camera project/Bayview
- Overtime
  - o Must be approved by Chris McDaniels and DDO
- New general laborers starting soon.
- Supervisors II DDO retreat coming soon.
  - o Will send supervisors menu to place food order.
- New vehicles are coming in.
- Assignments of vehicle need to be approved by DDO.
- Steaming trainer training last week
- Tool room
  - o Community engagement team was under SES for tools.
  - o Lost tools
  - o New system with signing sheet
- MTA new policies
  - o Will be citing vehicle if they are blocking sidewalk, hydrations, or bus stop.
  - o They will be towing if necessary.
- Communication with your staff – be professional, respectful, and fair.

- The keys in the key watch been a problem.
  - Do not remove the spares to drive the vehicles.
  - Return the keys to the system.
  - Comply with the protocol.
- Parking spot in the yard
  - Park where you should be park.
- Pre-trip inspection – expectation pre-trip, seatbelt, and vest
- Take for last week clean corridors.
- This week clean corridor - D3 - Columbus from Washington to Lombard
- Problem with replacing tablet chargers – keep track of employees who keep request.
- Email from director – Prohibited Political Activity
- Will be selecting 4 of the veteran steamers will be share with the rest of the staff – tomorrow west yard (8am – 10am)
- If supervisors if schedule off – ask another supervisor to cover (communicate)
- Employee portal training
- Owner of you oversee on your operation – know/supervisor your staff.
- JV and Mark schedule change but assignment still remain the same
- Train the new employee correctly – document and keep record.
- CMMS
  - Bag and tag
  - Before and after pictures
  - Until further notice, if your queue is ahead help swing shift queue.
  - Every member of staff should know CMMS.
- Raining season
  - Drive slowly and safely.
  - Check tires!
  - Rain gear
- Use correct SO# to track!

- Bag and tag
  - Be descriptive on what comes in
- A special project will be in the Broadway tunnel next week.

Date: 01/30/2024

Location: Training Trailer

Start Time: 7:30 AM

## **SUP II MINUTES**

- Moment of silence for our staff member Angel Gonzalez

- Appreciation

  - For everyone that attended Herman loo funeral

  - Clean Corridor last week

  - Steamers' steaming trainer training last week.

  - Last week beautification day

- Planning with other City Departments for 49ers ceremony

- Heavy Rain

  - Sandbag

  - Storm watch

  - Catch Basin

- Audit for SES

- Pre-trip

  - Should be daily on every vehicle.

  - Check oil, water, headlights, fire extinguisher, and tires.

- If experiencing a problem with a staff member, bring the employee to superintendent (Chris McDaniels) for a meeting.

- MTA have started citing vehicles parked on sidewalk.

- Overtime must be pre-approved.

- Mission Street deep Cleaning started.

- Make sure to use correct SO#

- Staff should know what is required.

  - Pre -trip

  - CMMS (before & after pictures)

- Bag and Tag
  - o Finish forms complete and accurately.
- Count/Number of vehicles that need MTA restroom keys.
- Back History Month (noon – 1 am)
- Supervisors should check their email daily.
- This weekend Chinese New Year Flower Fair (Sat – Sun, 9AM – 5PM)
- Special Project will be doing Broadway cleaning

Date: 02/06/2024

Location: Training Trailer

Start Time: 7:30 AM

## **<u>SUP II MINUTES</u>**

- Appreciation – Storm watch – Sandbags and Catch basin Cleaning.

- Check Ins – Qtr. II due now.

- Check Ins – Qtr. III due March 1, 2024

- Form 700 – Due ASAP

- BSES Audit – SR closeout and Proper Coding of time

- Succession Planning

- Workforce Development- Warren and Community Engagement - Ramses will be joining BSES.

- Supt II Perm – Priority with HR

- Supt II Cat – 18 being developed.

- Prep Trip - Mandatory

- Lunar Event Today – Tessa at site now

- CNY Parade - Planning

- SF 49er Event – TBD – Various Meeting

- Commission Meeting – Feb 26, 2024 - 311 Relationship

- DPWSTAT – Feb 22, 2024

- Flock – Surveillance Camera Locations

- Hazardous area being clear/setup soon.

- Bag and Tag
  - CMMS
  - Picture and document

Date: 2/13/2024

Location: Training Trailer

Start Time: 7:30 AM

## <u>SUP II MINUTES</u>

- Appreciation
  - o For clean corridor
  - o Superbowl clean up.
  - o Special project for attending out City Event
- Black History Month Potluck
  - o Let staff know if anyone needs help covering the potluck, let Chris know.
- SES will be expanding with workforce development under Warren.
- Retreat with SUP II
- Clean Corridor
- DDO training for SUP II and would love SUP I to attend.
- Hazmat training need supervisor to attend.
- Incident report writing training.
- HR will send guidelines for sickness procedures.
- Form 700 needs to be due as soon as possible.
- Union meeting this week.
- Check in – start schedule as soon as possible.
- DPW commission on the 22nd
- Supervisor should check/verify employee work for loyal and honest work.
- Bag and tag.
  - o Every group needs to do a tailgate.
- Update your bag and tag policy.
- vehicle
  - o Park the vehicle in the correct spot

- o Don't leave lights on
- o Will continue to look for future trucks.
- No scooters should be brought in
- MTA restroom key available at Dispatch

Date: 2/20/2024

Location: Training Trailer

Start Time: 7:30 AM

## <u>SUP II MINUTES</u>

- Appreication
  - o Clean Corridor last week

- Hazmat
  - o Being maintained
  - o Scooters don't need to be picked up.
  - o We will someone monitoring there.
    - ▪ She will be modified duty – might require assistant.

- Sup II retreat last week
  - o DDO is looking for feedback.
- CC-D7-Ocean from Victoria to Frida Kahlo Way.
- DPW starts meeting today.
- Black History Month
  - o Tomorrow at noon, Zoom, BHM – Jazz & The Fillmore with Sam Peoples, Jr,
  - o Donation RSVP
  - o Let your staff know.
- Need a Sup II for Chinese New Year Parade
- Pre-trip/seatbelt/vest compliance
- Checked stats SP.
- Caught last week for reprimand pre-trip.
- No double parking in Kansas
- Pre-plan review on the 22nd with the team/supervisors
- Protest graffiti.
  - o On public property

- o  Racial slurs, profanity

- o  Always create a service request

- Cleaning contractors

    - o  If you have not scheduled the contractor with the new excel sheet, please schedule.

- Tailgate – radio use.

- GA – be on time.

- CMMS

    - o  Speak clearly.

    - o  Check timesheet is correct.

- Email Sean Lange for new employee driving training.

- Chinese New Year Street fair on Saturday and Sunday

- Bag and Tag

    - o  Should be taking pictures.

- 7501 will be attending school.

    - o  Supervisors missing envelope please request.

- All chargers should remain in the trucks.

    - o  Should go to their supervisors if requesting for new chargers.

- Tailgate – for tablet charger.

- All new employees should have CMMS training.

Date: 2/27/2024

Location: Training Trailer

Start time: 7:30 AM

## **SUP II MINUTES**

- Q3 check -ins due 3/1
- Appreciation
  - o Last week Clean Corridor
  - o The crew that worked on the Chinese New Years Parade
  - o Alley Crew for the work at Mission Alley
- Clean Corridor - D8 - 24th from Douglas to Valencia St.
- Use Deep Cleaning S/O at Deep Mission (currently 65%)
- Employee
  - o If Employee refuses to drive City Truck because Radio does not work, send them to do block job.
  - o Employee who steals city time, discipline.
  - o Coach/promote the hard-working employee.
- Classes/Training
  - o Back Safety Training, 2/27/2024, 8:30 AM – 10:30 PM – 21 total on the list
  - o Another Excel class today
- SUP II Minutes will be attached with S/O numbers.
- No Double Park at Kansas
- Bag & Tag Tailgate
- Hazmat Area
  - o Fanny Mae – will be assigned in the area (8:00 AM -5:00 PM)
  - o Will have signs, poster.
- Use brush and holes to clean truck not pressure washer.
- Drop off the keys at the gas station for services.
- Black History Month
  - o Last Panel Zoom on Wednesday
  - o The Potluck will be at 49 South Van Ness will use their 1-hour lunch break if staff want to attend
  - o BHWM – Danny Glover will count toward their 1 hour training if staff attend the event.
- Bag and Tag

- Use the current update tag/intake form.
- 1 tag per item
- Sheldon last week(retirement)

Date: 3/5/2024

Location: Training Trailer

Start Time: 7:30 AM

## <u>SUP II MINUTES</u>

- Appreciation
    - o Everyone hard work and leadership
    - o Successful for BHM & shoutout to Corey for the amazing week
- Alaric Degrafinried's back at Public Works
- Union bargaining meeting continues.
- DDO Retreat – Supervisor I on March 19th, 2024, at Southeast Community Center at Evans and 3rd, 8 am
- Check Ins – due!
- DPWSTATS meeting – SLA are down (attached with minutes)
- HR
    - o Continue weekly meetings with HR.
    - o Hiring new employees
    - o Developing disciplinary actions
- No Commission Meeting on March
- Clean Corridors - D9 - 24th from Valencia to Potrero Ave.
- Developing Treasure Island Cleaning responsibilities
- Chris McDaniels – superintendent at BSES is retiring.
- Succession Planning and Knowledge Transfer
- Saturday – Arbor Day (tree planting)
- Check email for vehicles ready – need to be moved from gas station right away.
- This weekend will be Daylight Saving – remind staff to adjust clocks and not be late.
- Bag and Tag
    - o Pictures and CMMS
- Double check timesheet before submitting.

Date: 3/12/24

Location: Training Trailer

Start time: 7:30AM

## <u>SUP II MINUTES</u>

- Appreciation
    - o Mission Street Deep Cleaning
    - o Arbor Day
- Hazardous waste certificate
    - o Print out and place all on vehicles.
- Q3 check in due this week.
- Sick Leave History List/Counseling Date due this week
- George Brown Jr Funeral Service:
    - o Providence Baptist Church
    - o Location: 1601 McKinnon Street, San Francisco, CA, 94124
    - o Date: March 21, 2024, beginning at 11:00 am
- Stay professional – should never be rude and unprofessional!
- Take charge and cover supervisors/ group that supervisors aren't here or sick.
    - o Inform management you're only supervisor for that day and you're not able to come in.
- 100 Block of Hyde – Monday, Wednesday and Friday should be charged to DMACC.
    - o 2 hours for steamer
    - o 1 hour for supervisor
- Double check timesheet for correct SO and employee time
- Management is figuring out which day we will start our monthly yard cleaning.
- Behind on Stats SLA response
    - o Keep note of dates/justification on why your group is behind SLA for that day.
- CBD – each section should have contact information for that area.
- Vehicle Inspection

- o Vehicles should be inspected, and reports completed every day.
- o Should be submitted every week for group.
- o Label the group.
- o Add to inspection if tablet charger cord isn't there too.
- New Employee are required to attend New Employee Orientation
  - o Check email and let staff know they are required to attend.
  - o If the date schedule is on their off date, let the coordinator know.
- Employee checklist
  - o Should include bag and tag.
  - o Be familiar with the policies and procedures.
    - Sick leave
    - Radio
    - Bag and tag.
    - Article 20
    - Etc.
- Timesheet and Overtime
  - o Take extra time to make sure everything is correct.
- Board of Supervisors – audit
  - o Reaching out to supervisors regarding 1 hour interview
  - o Let management know.
- Radio Room Service Request
  - o Take notes of action and step to complete the task.
- Clean Corridor - D10 - 22nd St. from Indiana to 3rd St. / 3rd St. from 22nd to Mariposa St.
- Vehicle at the Gas Station for SES – check for your group
- Raining
  - o Drive safely and wear safety rain gear.
- CMMS training for new employees
- DMACC – 4 out 7 days, PD no show

- 3 new Street inspectors starting soon.
- Think of route for new employee block jobs
- Events
  - Saint Patrick Day
  - Civic Center
- Safety Meeting 3/12/2024

Date: 4/2/2024

Location: Training Trailer

Start time: 7:30 AM

<u>Sup II Minutes</u>

- Still in the Union bargaining
- Open House
- SAS Commission Meeting
- DPWSTATS in May
    - Monthly review of our performance
    - SLA
    - Bureau performance evulation
- JV and Mark will be switching roles 4/1/2024.
- Better way to communicate with our staff.
    - Compassionate
    - Professionalism
- Appreciation
    - Last week corridor
- Tailgate
    - Report any incident immediate to the supervisor, notify right away.
    - Lock your door and roll up your window every time you exit the vehicle to protect the thief.
- Be aware of your surroundings.
- Expect the unexpected
- Form 700 are due – last day.
- If heavy call for assistance
- Service for Calloway today.
- Plan for laborer that are double up will do block job – no doubling up.
- Employees with attendance do no ride and double up they do block job.
- Vehicle inspections and overdue for service

- Make sure the radio on your sheet is accurate.

- Sign documents for the open house if you bring any kids that day.

- Use correct SO# on timesheets.

- If you have an active SFMTA lot, call to create a CMMS #

- Information guidelines

- If anyone has anyone need defense driving training – email Stephen Ruan and Brittany Brandon

- Good job on the Bag and Tag before and after pictures.

- Wellbeing at work for April

Date: 4/2/2024

Location: Training Trailer

Start time: 7:30 AM

<u>Sup II Minutes</u>

- Appreication
    - Clean Corridor last week
- Check SO# timesheet and use correct SO#
- Updated SO on timessheet.
- Clean Corridor – Stockton from Sacramento to Broadway and Grant from Bush to Broadway
- Big thanks Special project for steamer on Gas Station project
- Statement of incompatibility
- Tablets
    - Report missing or broken
    - Lock inside the truck and cabinet
    - Tailgate regarding missing, broken and locking the tablet
- Safety meeting 4/9/2024
- Clean for the weekend event
- Cleaning the Operation's yard
    - 1 hour
    - Will have a plan created
- Inspections
    - Field and vehicle
    - All supervisors require 4 a month
    - Include tablet into the inspection.
    - Seatbelts
- Vehicle accidents
    - Let them know it will be serious.

- Working with HR for policies and procedures for vehicle accidents/drug test- will provide paperwork when finalize.

- Cherry Blossom plan

- Tailgate – smith system safe driving.

    o On tailgate – put cone has to be out.

- Bag and Tag

    o 3 time a year we are require doing a tailgate regarding this topic.

- Missing reports – missing pictures and information

- City Can document.

    o Any illegal dumping

    o Can removal

    o Can installation

-

Date: 4/16/2024

Location: Training Trailer

Start time: 7:30 am

Sup II Minutes

- Appreciation
  - Neighborhood beautification day
  - Clean corridor
- This week corridor
- Continue cherry blossom festival.
- DDO wants to meet their staff (6:30 AM)
  - 4/30 A & B
  - 5/1 C & F
  - 5/2 D & E
- Church and 20th Street cleaning
- Portal Training for all your staff
- MTA signs are meant to drop off at the lower yard not hazardous area.
- Tailgate
  - No hazardous waste dropped off at Recology.
- Yard Cleaning tomorrow 4/17 clean the Yard.
- SP
  - After reprimand staff are still calling in sick
  - If you notice staff still calling SP after their reprimand let management know to contact HR
- Accidents
  - Discuss/talks with staff to drive safely.
  - Slow down
  - We are paid by the hour – take your time.
- Open House 4/24
- DDM – 4/17

- Disciplinary action

- Hiring process

- Bag and Tag
    - Reactionary Crew – if supervisor call for backup please help them out
    - Refresher for the Bag and Tag tailgates
    - New employee must do Bag and Tag
    - If you have issues with CMMS let management know

- MyTime will be online for supervisors soon.

- Tomorrow we will have a meeting with FLOCK about the camera being installed.

- Gas Station steamer due

- Appreciate for the 3 events this weekend.

- Corridor orientation went well.

- Offensive tagging
    - If you notice call the Radio room
    - Cover if you have paint.

- Voting day for the Union
    - Schedule with your crew
    - 1 hour for lunch and 1 hour for vote
    - Do not park in the school white zone – will get towed and ticketed.

- Do not leave vehicle running idle at tool room

Date: 4/23/2024

Location: Training Trailer

Start time: 7:30 am

Sup II Minutes

- Accidents
    - Most are preventable
    - Remind staff we have an accident committee that will review the accident – afterward HR will review and handle
    - Remind cones behind truck while they are out of their trucks
- Pin ceremony today
    - Plan accordily
- Vehicle repairs – will have to put a hold on repairs
- Treasure Island – mayor has approve blocks for street cleaning will be taking care
- Review the new Blue book
- Car Show at PUC
    - Will add a BBQ cook off
    - Peoples choice for car and bbq
- Cherry Blossom festival was packed – good job
- Clean Corridor – good job last week
- Safety with equipment
- Fire Site Chat at Training Trailer, Thursday
- Fill gas for Tonight, gas station will be shut down tomorrow for Open House
- Broadway tunnel April 29 – March 2nd

Date: 4/30/24

Location: Training Trailer

Start time: 7:30AM

SUP II Minutes

- Check on the tonnage in the Supervisor's report.

- Everyone zone should have 1 person doing a block job.

- Sup I permeant test coming up.

- Permanent positions coming up soon - (60) 7514, (16) 7215, and (6) 7281.

- June – July – permeant position will be going out.

- Documents employee's bad behavior and habit

- Bag and Tag
    - Will be added to new employee orientation.
    - Standards
        - Before and after pictures
        - 3 tailgates yearly
        - CMMS
        - Notes

- New employee training
    - Defensive driving training

- Spot check with new folks

- Recology is still reporting hazardous material being dropped off.

- Web portal training - employee

- Check timesheets – WKS, SICK, VACATION

- Respond to payroll for confirmations.

- Check everything on timesheets to make it accurate.

- Thursday 6am – will be here to observe signing in staffs and tailgates.
    - Will ride along to observe the job.
    - Be on time.

- Pre-clean police office for mayor visit

- Clean Corridor –

- Documents problematic employee

- 3 steps bag and tag

  - CMMS

  - Before and after pictures

  - Notes

- Whenever in doubt get out and look.

- Cinco de Mayo Folsom/ 24th – 25th

  - 9 am – 5 pm

- Special projects in the tunnel

  - April 29th – May 10th

-

Date: 5/07/2024

Location: Training Trailer

Start time: 7:30AM

Sup II Minutes

- Pass information down to front line.
- Admin appreciation party
- Car show/Cook off May 18th - people's choice award.
- May – PARS due end of fiscal year
- Unsafe work conditions – SFPD no show, we leave.
  - If PD shows but don't get out of their car, we leave but document and email management.
- Bag and Tag
- Controller offices verify and do ride along.
- Make sure staff know their responsibilities.
- Email of staff development
- Chris retirement Party
- Safety
  - Keep your eyes moving – alert.
  - Remind your staff even if your staff doing a job at sidewalk to be cautious.
- Thank everyone for cleaning the corridor last week.
- Need the sup II for next year's Clean Corridor routes – by next Thursday.
  - Look at the calendar and input and want to keep or take away for your respected zone.
- This Sunday – memorial services
- The 19th will be Bay to Breaker – keep the routes for cleaning and weeding.
  - Will be calling out OT.
- Stay in contact with your PIO.
- Moscone Event – keep track of events with SO and paperwork.
  - The routes have hotels we clean too.
- Bag and Tag

- o   Keep your crew to follow our down DPW policies and not follow PD policies.

- o   Supervisors' responsibilities to keep crew safe, if PD leave pull crew back and document

- o   New employees will have Bag and Tag training.

- o   3 training a year.

- o   If the crew doesn't follow procedures, we need counseling/write up.

- o   Be respectful and document everything.

- o   Create a standard binder if needed for employee to put in Trucks.

- Tailgates

  - o   We are <u>civil services</u> – after we check on family, we are to return to work.

- Treasure Island

  - o   We will start street cleaning at Treasure Island in the future.

  - o   We will set up the yard and vehicle after removing the debris.

- Vehicles need to be cleaned – preterit.

  - o    Clean the trucks at the end of the shift.

- Washington and Stockton

- Mental health is important.

- If we say we care about our people we care about our people

-

Date: 5/14/2024

Location: Training Trailer

Start time: 7:30AM

Sup II Minutes

- 6:00 AM, 5/14/2024 Carla wants to meet SES staff, Dispatch.
- PARS due June
    - Start early and prep
- thank the assistant superintendent for all their hard work
- Bay to Breaker – Overtime call out
    - Prep the route for this Sunday major event
- No laborer is upstair on Building B, unless staff is asked to be there
- Lead pay request
- Thank everyone for help with Neighborhood beaufication
- Clean Corridor –
- Ralph Ray – respriator fit test
- Strategic Plan – thank for everyone for attending
- Supervisor and Staff required to wear vest while driving City vehicle
- Pass information to staff members
- Standard Cleaniliness Powerpoint
    - Do a tailgate
- Thank everyone for the cleaning on live church
- Last minute for barricade for President – thank for the barricade
- Laguna Honda – clear encampment
- Bag and Tag
    - Counseling/Reprimand for any employee who don't follow procedures
- Practice calling radio room to create proactive request
- Document CMMS complaints and notes you can go back later. Actions happen "investigate and addressed"
- Vehicle inspections

- Wash vehicles
- Gas station – employees are going without their supervisors
  - People are forgetting to drop their keys
- Bay to breaker overtime be called this week
-

Date: 5/21/24

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Car Show last Saturday.
    - Keith Jones won best car show.
    - BBQ cook off winner – Eric Guajardo
- Title Vi – Due soon
- PARS – due Jun 24
- Bay to Breaker went well and smooth – job well done.
- Carnival is coming up.
- Commission meeting 2 hours – performance/SLA – 5/20/24, Monday
    - Defer to specialist.
- Go over cleaning standards/questions.
- Clean Corridor last week good job
- Clean Corridor this week –
- Overtime for Carnivial & Memorial Day
    - Khaled will be covering for Memorial Day
    - If Nat 'No" then Nicole will cover Carnival
- Timesheet is better.
- Safety Inspections & Tailgates
    - 2 mandatory tailgates and 4 vehicle inspections
- Carnival opts in - Program are abated.
- Clean Corridor changes will be due by Thursday.
- City Can illegal dumping/removal
    - Create CMMS
    - Document and take pictures.
- Employees are required to put a cone behind the truck while they are parked.

Date: 5/28/2024

Location: Training Trailer

Start Time: 7:30 AM

### SUP II Minutes

- Trash can per capita
  - SF has the most
  - Blue = where cans are
- Title Vi – Due soon
- PARS – due Jun 24
- CBD are supposed to do their job
- Working together with Recology (DPW)
  - Any removal for cans, send to Recology
- Commission meeting 5/28/24, Monday
  - 15 questions for meeting
  - Defer to specialist.
- Juneteenth coming soon
- Clean Corridor last week good job
- Clean Corridor this week –
  - Bayshore from Jerrold to Industrial St
- Mark Roumbanis Off
  - John Reilly take over
- JV Off 13th – 14th
- Kenny Off 28th-15th
  - Refer to Nicole De La Garza
  - Jeffery Ramirez Act Sup II
- June 8th Parade
- Still dumping Hazmat materials
  - Hold another tailgate
  - Required to post a sign when picking stuff up

- - - Sign has location pick
- Illegal dumping
    - Check ID first

Date: 6/4/2024

Location: Training Trailer

Start Time: 7:30 AM

**<u>SUP II Minutes</u>**

- Assistant Sup Meeting for Stats for Commission Meeting
  - What they're capturing is a small percentage of what we do
  - Any SR we can get, it closed in 48 hours
  - What they're only capturing is 311 calls
  - Get credit for everything, they're only getting the 311's
  - When PD calls that is an SR
- Green are requests

  - Right now no credit, only getting credit for 311's
  - Want credit for everything in green
  - Don't want to continue getting credit only for 311
- Mary is creating SO for everything to track time = Money
- Mytime coming in the future
- We will have money associated with hrs
- Commission saying we only get it done 72% of the time
- Want SR for every day for JFO
  - Losing credit without doing that
  - Take about 3 months to get it together
- Part of our strategic business plan
  - Starting with zones first
- SO for monetary tracking
- Call to create SR for the special you were given to capture everything
- Tomorrow Vice President going to Manny – create a special SR 16th Valencia to 15th, 18th to 15th
- Clean corridor last week — thank you
  - Mission from Geneva to Sickles Ave
- Training – please check your portal
- Mark off – John Reilly acting Sup
- Kareem acting Sup II for C&F
- Zone A — Kelvin Brooks
- Last fiscal – use the hours,
- Food drive on 7th
- Juneteenth Parade Saturday

Date: 6/18/2024

Location: Training Trailer

Start Time: 7:30 AM

Sup II

- Last Sup II Minute Meeting for Chris McDaniels
  - Tremendous lost will Chris retiring
- Appreciation
  - For DPW
  - Staff
  - Assistance superintendent
    - Hard work
    - Information/detail
    - Specialty
- Communication
- 500 – backpack will be coming to DPW
- Hope everyone had a happy Father's Day
- Thank everyone for Clean Corridor
- Tailgate – Recology – tell us our truck cutting off/speeding
- Nighttime – lunchroom left opening
- Sunday Street – tenderloin
- Robert – Juneteenth coverage
  - Will call OT
- Zone work with PIO
- Everybody given staff Title Vi Training
- PARS – due
- Cybersecurity training on web portal
- DDO – memo for standards and procedures

- Chinatown – blue bags
    - o  Put everything in right hand side of corner
- Clean Corridor Schedule
    - o  Will be fixed and be provided
- Make sure all staff use CMMS
    - o  Document everything
- Bag and Tag
    - o  First thing to do is create a CMMS
    - o  Before and after pictures
- Tailgate and Vehicle Inspections
- Good work on the Laguna Honda
- OT will be coming for Pride Weekend
- Keep cones in the back of the Truck
    - o  Muni is taking pictures
- Will increase reprimand and discipline for speeding

Date: 6/25/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- PARS finish by this week
- Title VI is due on Friday 28th
- Jonathan Vaing will be Acting Superintendent
  - o Kenny Bruce will be off and return on July 15th
    - Nicole De La Garza will be Acting Sup II
- Clean Corridor last week – thank you
  - o Clean Corridor this week – Hyde St. from Union to Geary St.
- Pride Parade Cleaning Route
  - o Sup II
    - John Reilly
    - Nicole Cook – Team A
    - Edgar Garcia – Team C
- Trans March
  - o Nat Mansker
- Sunday
  - o Alberto Zapata
- Neighborhood Beautification on Saturday – thank you
- Thursday Retirement Party for Chris McDaniel
  - o If planning to go — go to Mary
- Have crew make Service Request for everything
  - o Start calling in all they do
    - Service Request takes time – almost 20 minutes or more, please be patient

Date: 7/2/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Pride Parade
  - o Big shoutout to the Crew Clean Up at Pride
    - ▪ Pass the message along to the staff
- Recology
  - o Remind crew no hazmat materials and no washing vehicles
    - ▪ Inform new staff know about this
- Broken/Lost (Tablets/Charger/Phones)
  - o When requesting new – make incident report and a supervisor report
- Bag & Tag
  - o Shopping Cart Policy – revising the policy
  - o Continue to document work in CMMS
  - o 3 times a year for tailgate
- Heat Prevention
  - o Stay hydrated, stay cool, if necessary, pull over to rest and inform supervisor
- Pride
  - o Next year more pictures
  - o Add block truck mapping
  - o Thank Khaled for helping with communication at Pride
- Chris McDaniels Retirement
  - o The party was a success
- SP Reprimand Follow-Up
  - o Check if they got better or not
- Mark Roumbanis
  - o Work hour will be Monday – Friday 8-5
  - o Tuesdays – will come early and leave early
- Overtime for July 4th
- Open Service Orders
  - o More communications and teamwork
- 7514 PCS applications are available – let as needed know
- Not allowed to put/use metal no lodge sign
- Remove sign that say "Steal under 950 signs"
- Tailgate for trucks about Recology incident
- New PARS should be started
  - o Due end of month

- Don't leave sign in and our board out
  - Supervisor needs to be present
  - No sign in/out at the same time
- Vehicle Keys
  - Losing a lot of vehicle keys
  - Lots of issue of not dropping off the vehicle keys at gas stations

Date: 7/9/2024

Location: Training Trailer

Start Time: 7:30 AM

## **SUP II Minutes**

- Appreciations
  - Great job cleaning up Pride Parade
  - Any suggestions for improvements, email manager about them
- Dolores Hill Bomb
  - Work was not bad
  - Concerns about sunshine
    - We were sunshined – handed info over and it got leaked online
- Jazz Festival
  - Event went well
  - Couple of compliments, kudos to Edgar Garcia
- PARS
  - Due the end of the month
- SES Audit
  - Use correct SO's
  - Graffiti is next for audit
  - Regarding Flower Mart – around 2mil not used
- Service Request
  - Internal request will be compared with who requested
- Sup I Test – General Labor
  - Talk to staff and encourage them to sign up
- Tailgate
  - Jaida wants a huddle every day – to know what's going on
- SP
  - Some are abusing the SP, discipline had been given, now to follow up
  - Take note of staff usage of SP
- Radio Room
  - Good increase of Radio calls
  - Uptick of calls to RR
- Incident
  - New vehicle had a big scrape on the side
  - Give tailgate for pre-trip and post-trip
- Bag & Tag
  - Photo document everything
  - Write down everything that is in the photo

- o   Note down everything
- Clean Corridor
  - o   Clement from Arguello to Funston
- GPS
  - o   Not working – vehicle needs to be down and inspected immediately
- Excelsior Open Streets
  - o   July 21
- SF Marathon
  - o   July 28

Date: 7/16/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Thank you, Nicole De La Garza
  - Covering for Kenny while he was off
- Clean Corridor – New SO#
  - Sutter from Mason to Polk, 7/18/2024
- Do Tailgate
  - Regarding Recology
    - Do not bring hazardous materials
    - Pay attention to stop signs
    - Slow down
    - Obey traffic signs
- Service Request
  - Open and close the same day for our proactive work
  - Make it a habit to create SR for jobs that don't have SR
- Performing Random Gate Inspections (starting now)
  - Seat belt should be on
  - Vest should be on
  - Filled out pre-trip inspections
- PARS Plan
  - Due 7/28/2024
- JV off today, 7/16/2024
- Bag & Tag
  - Providing 3 tailgates a year regarding bag & tag procedures
  - If any questions/issues, contact management
- Equipment and Pre-Trip Inspections
  - Demonstrate how to do a Pre-Trip
  - Do a practice run with your employees
  - Sean Lange does Pre-Trip Inspections Training
  - When dents do appear of trucks
    - Management will check if the individual does a pre-trip
- Mandatory tailgates should be halfway through
- Call in to create SR – Radio Room
- Events
  - Neighborhood Beautification – 7/20
    - District 2, Sherman Elementary School

- Sunday Street Excelsior
  - Mission Street from Thereasa/Avalon to Geneva as well as Ocean between Mission and Persia
- SF Marathon
  - 7/28

Date: 7/23/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Clean Corridors
  - o Hyde from Post to Golden Gate
- CMMS
  - o Follow up with CMMS
  - o Some are behind on how to use CMMS
    - ▪ Document it
    - ▪ Log/document finding and action taken with notes and photos
- Daily Vehicle Inspections
  - o Remind crew
    - ▪ Pre-Trip
    - ▪ Safety Vest
    - ▪ Seatbelt
- Accident and Injuries
  - o Go over policy and procedures – what needs to be done
  - o For estimate – go to Fleet Team
- Playbook
  - o Needs to be ready to go
    - ▪ Needs to be updated
- This week – Clean up our workplace
- PARS Plan – Due next Monday
- Director will come here 3rd Thursday every month
  - o Be on time
- New towing contractor
- Bag & Tag
  - o Refresher training – continue to follow DPW policy and procedures
  - o Departments should clarify to all staff that the policy provides 30 minutes for individuals to bag their items. 30 minutes is not a minimum amount of time. This is a guideline, as opposed to a goal. A reasonable amount of extra time should be provided to individuals requesting ADA accommodations. While it is not possible to provide a definitive cap on this extra time, in most cases, an additional 15 minutes should suffice.
- When calling for emergencies – Call channel 1 or 8
  - o Do not call channel 2
  - o Press orange button – will go to channel 8

- - Stay on the phone
- Events
  - SF Marathon city wide from Saturday – Sunday

Date: 7/30/2024

Location: Training Trailer

Start Time: 7:30 AM

## **SUP II Minutes**

- Bag & Tag
  - Bag & Tag being looked at more closely
  - Next Thursday, TV crew coming
    - Please don't talk to the media when you don't need to
  - Departments should clarify to all staff that the policy provides 30 minutes for individuals to bag their items. 30 minutes is not a minimum amount of time. This is a guideline, as opposed to a goal. A reasonable amount of extra time should be provided to individuals requesting ADA accommodations. While it is not possible to provide a definitive cap on this extra time, in most cases, an additional 15 minutes should suffice.
  - If homeless refuse to move – go a few feet away and clean around them
- CMMS
  - Document everything
    - Finding & action taken
- Clean Corridor
  - 3rd St from Van Dyke to Evans
- Tailgate
  - Give tailgate that no one should hang around Building B
    - If caught, will get names and take action
- Timesheet
  - Must be accurate, do not sign your own Timesheet
  - Sup II must sign it
- Gate Inspections
  - Remind staff it is random and unannounced
  - Will get written up if not met the requirements
- Mayor Special
  - New SO# - will talk to Mary when she returns
- If your staff needs to talk to someone – here are options
  - Union
  - EAP
  - HR
  - Downtown building
- Special Projects
  - Tomorrow will purge the Bag & Tag

- o  Will purge every 1st of the month
- Saturday there will be vehicle inspections
  - o  Remind staff to return their keys

Date: 8/6/2024

Location: Training Trailer

Start Time: 7:30 AM

**<u>SUP II Minutes</u>**

- Clean Corridors
  - Mission St from 15th to 24th
- Bag & Tag
  - Do monthly – Refresher, Tailgate of Bag & Tag Refresher due this Friday
    - See attached policy (power point)
  - Take pictures of everything – before, during (justify) and after
    - Try to get name of homeless, if no name provided put in the comments
  - If the homeless want to keep their tent, let them keep it. Don't try to take it.
  - SFPD to enforce the timing allowance person to take their belonging – PD enforce caution tape of working zone.
  - Do tailgate for proper lifting techniques
  - Corey tailgate for Corridor 9916
    - Any ideas – let Mark know
- PARS
  - Will send calendar invite as reminder for due dates
  - Check your calendar often
- Calendar Reminders
  - PARS – Q2, Q3, Q4
  - Yard cleaning 3rd Wednesday every month
  - Director meeting 3rd Thursday every month AM & PM
  - Clean Corridor schedule
- Camera locations
  - Send locations to Kenny, need them by 1pm today
- Covid cases starting to increase
  - Guidelines still the same
  - Wear masks and have the employee sign the form
- Joint Agency Encampment Clean Up
  - SO# 2316147
  - Pictures need to be in the tablet
  - Need during pictures – to justify reason of disposed items/trash.
  - Take pictures and make notes of stuff the homeless person is keeping and stuff they're throwing away, note of name of individual – ask HSOC-PD.
  - Call Radio Room to create CMMS# is the first step before cleaning.
- Gate Checks

- o Still going and are unannounced
- Metal Barricades
  - o If someone is requesting for barricades – email Edgar to process.
- Kudos Edgar and Brittany- Well done representing the Department.

Date: 8/13/2024

Location: Training Trailer

Start Time: 7:30 AM

**<u>SUP II Minutes</u>**

- Kudos Zone C
  - o Mario and Kareem for Special Clean up
- Clean Corridor
  - o Mission from Geneva to Silver / Excelsior from Mission to Paris
- Bag & Tag
  - o Email manager some Q&A to be put in the playbook
    - Around 20 of them
  - o If you train staff out in the field – document it
- Do Tailgate
  - o Remind staff to push in mirrors and put cones out by rear bumper
  - o Last week – Truck stolen
    - Don't prop open the gate
    - Wait for gate to close before leaving
    - Look around
  - o How not to do Bag & Tag
    - No CMMS
    - Little description
    - No name
    - No Radio Room #
    - Using old color tags
    - No before and during pictures
  - o Random Gate Inspections still happening
- PARS
  - o 94%
  - o Reminder on calendar 2 weeks before due date
    - Director meeting
    - Wednesday Yard cleaning
    - Clean Corridor
    - Q2, 3, and 4
- Vehicle Accident Report
  - o Some reports have no supervisor signature
  - o Read the write up
  - o Be careful what you sign
  - o Accident – call Radio Room

- o   Continue to practice it
- Director will be here this Thursday
  - o   Remind staff to be on time
  - o   One at 6:00am and another at 1:30pm
- Next Wednesday is the 3rd Wednesday of the month
  - o   Yard Clean Up
- Overtime this weekend
  - o   Zone A – 6 - 3
    - ▪   Friday – Nicole De La Garza
    - ▪   Saturday – Khaled Shehadeh
  - o   Zone B
    - ▪   Sunday – Darryl Dilworth
  - o   Zone D
    - ▪   Sup I – looking
- Neighborhood beautification Day
  - o   Saturday, district 6
  - o   415 5th Street
- Thank you for Citywide Joint Operations
  - o   Zone A, Zone C, Special Projects, and Graffiti
- No tablet mount or broken
  - o   Let Mike know to get it fixed
- JLMC Sup II Meeting Today
  - o   At Armstrong Trailer 11:30am
- Events
  - o   Saturday
  - o   Hungry Ghost Festival 2024
    - ▪   Waverly Place between Washington and Clay streets
  - o   All My Usos Family Day 2024
    - ▪   903 Gilman Ave, SF