# EXHIBIT C



*Mandatory Refresher Tailgate 2023*     *Attendance*

**Bag and Tag Procedure**

SUPERVISOR/TRAINER: _NICOLE DELGARZZ_
DEPARTMENT: _Public Works_ DIVISION/GROUP: _BSES / Graffiti_
DATE: _10/25/23_

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | LEONARD D. DOSS Jr | _Leonard D. Doss_ | 7514 |
| 2. | JOSEM CABrera | _Jen Cabr_ | 7514 |
| 3. | Khusi Gonns | _KGns_ | 7514 |
| 4. | Ana Cordova | _AC_ | 7501 |
| 5. | Bradley Young | B. Y | 514 |
| 6. | Leroy Elipos, | E. Lp | 7514 |
| 7. | Reno Hutchins | Reno Hutchin | 7514 |
| 8. | B---/- | | 7514 |
| 9. | GRetchen Mc GOwan | Gretchen Mc Gowan | 7514 |
| 10. | ANThONY MCCoy | Anthony MCCoy | 7514 |
| 11. | Cods BlACKMON | Craig Blackmon | 7514 |
| 12. | DANIEl Feerick | Daniel feerick | 7514 |
| 13. | GUUSHEN TAN | Gwsh Tan | 7514 |
| 14. | Robert Fields | Rubin Svp | 7514 |
| 15. | LAMAr Simpson | JS | 7514 |
| 16. | Terrell Kindred | Terrell K | 7514 |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

*ABSENT:*     *REASON:*

*Supervisor:* Give the original and the evaluation forms to your Safety Recordkeeper
Keep a copy for your files and update your employees' training records.
*Safety Recordkeeper:* Log the attendance data into your 2023 Training Plan. File the original attendance
sheet with your records.

**Attendance**

## GENERAL SERVICE AGENCY
## SES TAILGATE - 2023
Bag + Tag Procedures

SUPERVISOR/TRAINER: HENRY C RAMIREZ

BUREAU: BSES      DIVISION/GROUP: ERC

DATE: 12.6.23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| H. Howard | Harry Howard | 7814 |
| J. Martin | | 7514 |
| Mirna Pimentel | Mim Pfield | 7501 |
| J. Ortega | J. Ortega | 7514 |
| A. Young | A. Young | 7514 |
| N. Manske | | 7281 |
| H. Ramirez | Hery C-Rain | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:*

**Attendance**

## GENERAL SERVICE AGENCY
## SES TAILGATE - 2022

**Bag & Tag Procedures – 121323**

SUPERVISOR/TRAINER: _Darryl Dilworth_

BUREAU: _BSES_          DIVISION/GROUP: _Hotspot_

DATE: _12/13/23_

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Israel Graham | _I_ | 7215 |
| SCOTT BRANCH | _Scott Brand_ | 7514 |
| Morgen Bod | _MM_ | 754 |
| Esteban Trujillo | _Full_ | 1514 |
| Charles alling | _Chas_ | 750 |
| ALVARO CASTRO | _a L_ | 7514 |
| Gabe Summers | _Ds_ | 7514 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:*

| | | |
|---|---|---|
| B. Brandon | - | CTP |
| A. Razo | - | UPL |
| Y. Jin | - | VAP |

## GENERAL SERVICE AGENCY
## SAFETY TAILGATE - 2023

### Bag & Tag Policy

SUPERVISOR/TRAINER: XAVIER D , N. COOK

BUREAU: BSES          DIVISION/GROUP: Dispatch

DATE: 12-29-23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| F. BONILLA | | 7574 |
| W Medolee | | 7514 |
| Derrick Breaux | | 7514 |
| Adrian bomder | | 7514 |
| Willie H. Woodson III | Willie H. Woodson III | 7514 |
| GEORGE AMAN | | 7514 |
| LOY TSANG | Tsang Joey | 7355 |
| Willie Wickles | | 7514 |
| | | |

*ABSENT: REASON:*

*Supervisor: Give the original and the evaluation forms to your Bureau Health and Safety Coordinator. Keep a copy for your files.*

**Health & Safety Coordinator:** Log the attendance data into your Training Plan. File the original attendance sheet with your records.

*KB*

## Mandatory Refresher Tailgate 2023                    *Attendance*

BAG & TAG

**SUPERVISOR/TRAINER:** TESSA D. JONES

**DEPARTMENT:** SES   **DIVISION/GROUP:** SES   ZONE X

**DATE:** 1-3-24

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Corey Kopf | | 7514 |
| 2. | Albert Davis | | 7215 |
| 3. | FRANUSCO ECHAVE | | 7514 |
| 4. | Tommy Lam | | 7514 |
| 5. | DAVID KICAURTE | | 7514 |
| 6. | Anthony Ramirez | | 7514 |
| 7. | XIAO CHAO ZEN | | 7714 |
| 8. | Jinci Guer | | 7614 |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

**ABSENT:**                        **REASON:**

---

**Supervisor:** *Give the original sign in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.*
**Safety Recordkeeper:** *Log the attendance data into your 2023 Training Plan. File the original attendance sheet with your records.*

01/01/2023
San Francisco Office of the City Administrator

**Attendance**

## GENERAL SERVICE AGENCY
## SES TAILGATE - 2024

# Bag & Tag

**SUPERVISOR/TRAINER:** Robert Milton

**BUREAU:** BSES      **DIVISION/GROUP:** 90   Zone E

**DATE:** 1-11-24

| PRINT NAME | SIGNATURE | JOB |
|---|---|---|
| JOHN DUPONT | | 7514 |
| Edward Redd | | 7514 |
| Mike Lunardelli | | 7514 |
| ADALBERTO MOCA N | | 7514 |
| Mark Maluta S | | 7514 |
| Allegra Porchia | | 7514 |
| MARVBE Melton | | 7514 |
| Antonio Gutierrez | | 7514 |
| Melvin Scott | | 7514 |
| JACOLBY Jones | | 7514 |
| DEVON MASK | | 7514 |
| Qiong Fangjian | | 7514 |
| Jinan Guo | | 7514 |
| GuoSHEN YAN | | 7514 |
| Santongo Pena | | 7514 |
| RENATO LEONARDO | | 7514 |
| FRANYSCO ECHAVEZ | | 7514 |
| Kareem Jackson | | 7215 |
| Mycoll Whitfield | | 7215 |

***ABSENT: REASON:***



**Attendance**

## GENERAL SERVICE AGENCY
## SES TAILGATE - 2024

# Bag & Tag

J. Reilly / R Milroy

**SUPERVISOR/TRAINER:**

**BUREAU:** _____ SES _____   **DIVISION/GROUP:** _____ Zones _____

**DATE:** _____ 11 Jan 24 _____

| PRINT NAME | SIGNATURE | JOB |
|---|---|---|
| JOHN DUPONT | John Dupont | 7514 |
| Edward Redd | Edward Redd | 7514 |
| Mike Lunardelli | Mike Lunardelli | 7514 |
| ADALBERTO MACA N | | 7514 |
| Mark Maketa S | | 7514 |
| Allegra Porchia | | 7514 |
| Marque Melton | | 7514 |
| Antonio Gutierrez | Gutierrez | 7514 |
| Melvin Scott | | 7514 |
| JACOLBY Jones | | 7514 |
| DEVON MASK | | 7514 |
| Qiong Feng Tam | | 7514 |
| Jesus Guan | | 7514 |
| ENOSHEN Tan | | 7514 |
| Santiago Pena | | 7514 |
| RENATO LEONARDO | | 7514 |
| FRANCISCO ECHAVEZ | | 7514 |
| Karen Jackson | | 7215 |
| MYCOLL Whitfield | Mycoll W | 7215 |

**ABSENT: REASON:**

**Attendance**

**SAN FRANCISCO PUBLIC WORKS - BSES**
**TAILGATE - 2024**

# Bag & Tag Procedures.

**SUPERVISOR/TRAINER: Alberto Zapata**

**BUREAU: SFPW**             **DIVISION/GROUP:  S.E.S "Zone D".**

**DATE: 1/17/2024**

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| John Jump | | 7514 |
| Anthony Gremeans | | 7510 |
| Aldo Garra | | 7514 |
| Steve Padilla | | 7514 |
| Isaias Vidal | | 7514 |
| Scott Garibal | | 7514 |
| John Nathan | | 7514 |
| Enrique Hart Figgins | | 7514 |
| Catalina Mackey | | 7514 |
| Maximo Valdes | | 7215 |
| Jimmy Vaing | | 7215 |

*ABSENT: REASON:*

**Attendance**

**GENERAL SERVICE AGENCY**
**SES TAILGATE - 2024**

Bag & Tag Procedures – 012524

SUPERVISOR/TRAINER: D. Dilworth / Kenny Simmons Jr

BUREAU: BSES          DIVISION/GROUP: Alley Crew

DATE: 1/25/24

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Harry Howard | | 7514 |
| Thomas Jeffer | | 7514 |
| Mirna Pimentel | | 7501 |
| ANDREW YOUNG | | 7514 |
| Antonio Lopez | | 7514 |
| B. Sices | | 7514 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:*
All Present

**Attendance**

### SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE - 2024

# Bag & Tag Procedures.

**SUPERVISOR/TRAINER: Alberto Zapata**

**BUREAU: SFPW**                    **DIVISION/GROUP:  S.E.S "Zone D".**

**DATE: 1/31/2024**

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| John JAMs | | 7514 |
| Scott Garibaldi | | 7514 |
| Steve Padilla | | 7514 |
| Isaias Vidal | I. Vidal | 7514 |
| John Kathian | | 7514 |
| Aldo Parra | Aldo Parra | 7514 |
| Charlanville | | 7514 |
| Enrique Hart Figairs | | 7514 |
| Maximo Valdes | | 7215 |
| Jimmy Vaina | | 7215 |
| ANTHONY CREMEANS | | 7514 |

*ABSENT: REASON:*

**Attendance**

**GENERAL SERVICE AGENCY
SES TAILGATE - 2024**

# SUP II Mins Truck inspections / Layoffs/ Bag & Tag

**SUPERVISOR/TRAINER:** Robert Milta

**BUREAU:** BSES                  **DIVISION/GROUP:** Zone E

**DATE:** 1-31-24

| PRINT NAME | SIGNATURE | JOB |
|---|---|---|
| Antonio Gutierrez | Gutie | 7514 |
| Melvin Scott | MS | 7514 |
| John Duport | John Duport | 7514 |
| Higinio Martinez | Higinio | 7514 |
| Allegra Porchia | AP | 7514 |
| Ina Collins | | 1514 |
| Kenneth Buncum Jr. | KB | 7514 |
| Edward Redd | Ed Redd | 7514 |
| Raymond Dasalla | Dal | 7215 |

*ABSENT: REASON:* Lyle Norbert - Comp
Kareem Jackson - Vac
William Dow - JDP

## JOB SPECIFIC TRAINING
## ATTENDANCE LIST

SUPERVISOR: _KENNETH LEON UR_

DEPT/PROGRAM: _BSEN REACTIONARY CREW / SPECIAL projects_

DATE: _2-6-2024_                    NUMBER OF HOURS: _.5_

**TITLE OF TRAINING:** _____ Bag and Tag Policy and Procedures.

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Joel Martinez | Justin. | 7514 |
| 2. | Felix Troncoso | Felix Trose | 7514 |
| 3. | Jose F. Moncada | Jen | 7514 |
| 4. | Reed Louis | | 7514 |
| 5. | George Johnson | | 7514 |
| 6. | Thurmoid Hollins | S Hollins | 7514 |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

*ABSENT:*                    *REASON:*

GSA-EHS 01/01/23

**Attendance**

**SAN FRANCISCO PUBLIC WORKS - BSES**
**TAILGATE - 2024**

# Bag & Tag Procedures.

**SUPERVISOR/TRAINER: Alberto Zapata**

**BUREAU: SFPW**                    **DIVISION/GROUP:  S.E.S "Zone D".**

**DATE: 2/13/2024**

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Enrique Hart Huggins | | 7514 |
| Scott Garibaldi | | 7514 |
| Aldo Pang | | 7514 |
| FREDERICK L. JOHNSON | | 7514 |
| John Nathan | | 7514 |
| Orlando Meule | | 7514 |
| Steve Padilla | | 7514 |
| Isaias Udde | | 7514 |
| John JAmy | | 7514 |
| Jimmy Vaing | | 7215 |
| Myramo Valdes | | 7215 |

**ABSENT: REASON:**

ZONE F

**Attendance**

**SAN FRANCISCO PUBLIC WORKS - BSES**
**TAILGATE - 2023**

Sup 2 Minutes + BAG-N-TAG POLICY

SUPERVISOR/TRAINER: John Reilly

BUREAU: P.W SES          DIVISION/GROUP: ZONE F

DATE: 3 APRIL 24

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Justin Mahoney | | 7514 |
| Kai Bevington | Kai Bergh | 7514 |
| | | 7501 |
| Robert Marquez | | |
| Sheldon Silas | Sheldon Silas | 7501 |
| Quong Faung Tan | | 7516 |
| Johnnie Walker | | 7514 |
| JEVON MASK | | 7514 |
| Mycole Whitfield | Mycole Whitfield | 4215 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

***ABSENT: REASON:***

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*



## OFFICE OF THE CITY ADMINISTRATOR
## SAFETY MEETING/JOB SPECIFIC TRAINING
## ATTENDANCE LIST

**SUPERVISOR:** T-JONES

**DEPT/PROGRAM:** SES ZONE A

**DATE:** 4-17-24          **NUMBER OF HOURS:** .30

**TITLE OF TRAINING:** BAG N TAG PROCEDURES

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Bradley Young | B.Y. | 7514 |
| 2. | Anthony Ramirez | | 7514 |
| 3. | Corey Kopf | CK | 7514 |
| 4. | TOMMY LAM | | 7514 |
| 5. | DAVID RICAURTE | | 7514 |
| 6. | Daniel Garcia | | 7514 |
| 7. | ERNEST RENFRO | Ernest Renfro | 7514 |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:**          **REASON:**

**Supervisor:  Forward with attached Safety Meeting Description to Safety Recordkeeper for filing.**

ZONE C2

**Attendance**

## SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE - 2023

**Sup 2 Minutes** + BAG ~ TAG POLICY

**SUPERVISOR/TRAINER:** J REILLY

**BUREAU:** PUBLIC WORKS     **DIVISION/GROUP:** BSES     ZONE C

**DATE:** 17 APRIL 24

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| JACOIBY Jones | | 7514 |
| Jamal Newton | | 7514 |
| LaMart Nicholson | | 7514 |
| RENATO LEONARDO | | 7514 |
| Willie Scott | Willie Scott | 7514 |
| Hamell Nasrani | | 7514 |
| FRANKLIN ECHAVEZ | | 7514 |
| Jin Ai Guen | | 7414 |
| MARIO BASILE | | 7215 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

***ABSENT: REASON:***

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*



**Attendance**

**SAN FRANCISCO PUBLIC WORKS - BSES**
**TAILGATE -**
BAG - N - TAG
**Sup 2 Minutes**
RULES & RESPONSIBILITIES

**SUPERVISOR/TRAINER:** _____ J Feicy _____

**BUREAU:** BSES   P.W.      **DIVISION/GROUP:** 90      ZONEC

**DATE:** 1 MA7 24

| PRINT NAME | SIGNATURE | JOB CLASS# |
|------------|-----------|-----------|
| Jamal Newton | | 7514 |
| FRANCISCO ECHAVEZ | | 7514 |
| RENATO LEONARDO | | 7514 |
| LaMart Nicholsa | | 7514 |
| W. Scott | Willy Scott | 7514 |
| Hamen Husrand | | 7514 |
| Sheldon Silas | Sheldon Silas | 7501 |
| JACOBY JONES | | 7514 |

*ABSENT: REASON:*

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

**Attendance**

GENERAL SERVICE AGENCY
SES TAILGATE - 2024

# SUP II Notes, Hazmat being dumped at Recology, Bag @ Tag

**SUPERVISOR/TRAINER:** Robert Milton

**BUREAU:** BSES          **DIVISION/GROUP:** Zone E

**DATE:** 5-29-24

| PRINT NAME | SIGNATURE | JOB |
|---|---|---|
| Antonio Gutierrez | _signature_ | 7514 |
| CARLOS HARDISON | _signature_ | 7501 |
| Higinio Martinez | _signature_ | 7514 |
| LLOYD DILWORTH | _signature_ | 7514 |
| JOHN DUPOA | _signature_ | 7514 |
| William Dow | _signature_ | 7514 |
| Melvin Scott | _signature_ | 7514 |
| RAYMOND DAGALA | _signature_ | 7215 |
| Laveem Judson | _signature_ | 7215 |
| Edward Ladd | _signature_ | 7514 |
| KENNETH DUNCAN Jr | _signature_ | 7514 |
| Dennis Romus | _signature_ | 7514 |

*ABSENT: REASON:* Lyle Norbert - OFF

**Attendance**

GENERAL SERVICE AGENCY
SES TAILGATE - 2024

## SUP II Notes, cmms tablet, Bag @ Tag

**SUPERVISOR/TRAINER:** Robert Milton

**BUREAU:** 90                    **DIVISION/GROUP:** Zonc E  BSES

**DATE:** 6-6-24

| PRINT NAME | SIGNATURE | JOB |
|---|---|---|
| Dennis Nomura | | 7514 |
| Melvin Scott | | 7514 |
| Carlos Harrison | | 7301 |
| William Dow | William Dow | 7514 |
| Antonio Gutierrez | Gutz | 7514 |
| Lloyd Dilworth | Lg M. Dewot | 7514 |
| Higinio Martinez | Higinio | 7514 |
| Edward Redd | Edward Redd | 7514 |
| Raymond Ossaca | | 7215 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

***ABSENT: REASON:*** John Dupart - SLP

Lyle Norbert - OFF

**Attendance**

### SAN FRANCISCO PUBLIC WORKS - BSES
### TAILGATE - 2024

# Bag & Tag Procedures.

**SUPERVISOR/TRAINER: Alberto Zapata**

**BUREAU:  SFPW**                    **DIVISION/GROUP:  S.E.S "Zone D".**

**DATE:** 6/12/24

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Xavier Hagwood | | 7514 |
| Lonque Hart Finns | | 7514 |
| Noble Mitchell | | 7514 |
| Weldon Andrew | | 7514 |
| J. Scott Garibaldi | | 7514 |
| Steve Padilla | | 7514 |
| John Nathan | | 7514 |
| Citani Mark | | 7514 |
| P. Reyna Burchie | | 7514 |
| Marino Valdes | | 7215 |
| K Brooks | | 7215 |
| Frederik Jottuson | | 7514 |
| Evette Demings | | 7501 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:*

## ALL BUREAU – SIGN IN SHEET
## ATTENDANCE LIST

**DEPARTMENT:**  PUBLIC WORKS - BSES

**DATE: 07/02/2024**                    **NUMBER OF HOURS:**  .25

**TITLE OF TRAINING:**  Bag and Tag Refresher training.

| | PRINT NAME | DSW # | JOB CLASS # | SIGNATURE |
|---|---|---|---|---|
| 1. | FRANPITO SAGOTE | 61563 | 7501 | Frank Scott |
| 2. | Maurice McKneely | 235931 | 7514 | Maurice McKneely |
| 3. | Ulysses Whitmore | 202289 | 7514 | Whitmore |
| 4. | Craig Moore | 051844 | 7514 | Craig L. Moore |
| 5. | Stephen Lee | 21083 | 7511 | |
| 6. | Fernando Mendez | 51609 | 7315 | |
| 7. | Tyrone York | 177833 | 7514 | TY |
| 8. | Nathan Stallworth | 176793 | 7514 | |
| 9. | Demian Mouton | 066904 | 7514 | |
| 10. | Christopher Seisay | 273242 | 9922 | |
| 11. | S Hollins | 275190 | 7514 | S Hollins |
| 12. | Joel M. | 235112 | 7514 | |
| 13. | Glader Johnson | 160525 | 7514 | |
| 14. | Shawn Smith Sr | 21025Z | 7501 | |
| 15. | Felix Troncoso | 235176 | 7514 | |
| 16. | Louis REED | 047684 | 7514 | |
| 17. | JOSE MONCADA | 235186 | 7514 | |
| 18. | Brittany Bawdin | 69158 | 7215 | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |

| ABSENT: | REASON: |
|---|---|
| Sophan Sovannara | 7501 Training |
| Tandy Hasani | FHP OFF |
| Emma Cabrera | 7501 Training |

**Attendance**

**GENERAL SERVICE AGENCY**
**SES TAILGATE - 2024**

# SUP II Notes, Heat illness prevention, Bag @ Tag, 7514 Application,

**SUPERVISOR/TRAINER:** Robert Milton

**BUREAU:** BSES _____ **DIVISION/GROUP:** 90   Zone E

**DATE:** 7-11-24

| PRINT NAME | SIGNATURE | JOB |
|---|---|---|
| Higinio Martinez | Higinio | 7514 |
| CARLOS HARRISON | | 7561 |
| LLOYD DILWORTH | Lly N. dewy | 7514 |
| Edward Redd | Edward Redd | 7514 |
| William Dow | William Dow | 7514 |
| Dennis nomus | | JJ M |
| RAYMOND DASALLA | | 7015 |
| Antonio Gutierrez | Gutier | 7514 |
| JOHN Dupost | John Dupert | 7514 |
| Jonathan Romero | Jonathan Rom | 7215 |
| Melvin Scott | | 7514 |
| KENNETH DENNIS | | 7514 |

***ABSENT: REASON:*** Lyle Norbert - Comp
Kareem Jackson - Zone C @ E

Bag and Tag

SUPERVISOR/TRAINER *Nicole DeLaGarza*
DEPARTMENT *public works* DIVISION/GROUP *Bses/zone B*

DATE *7/23/24*

| PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|
| 1. Collins, Ina | ON - LEAVE | |
| 2. De Lao, Santiago | | 7514 |
| 3. Handy, Kim | DID NOT SIGN | |
| 4. Helton, Marquise | | 7514 |
| 5. Jin, YuChun | | |
| 6. Lewis, Steven | | 75/4 |
| 7. Lunardelli, Michael | *Michae Lunardali* | 7514 |
| 8. Maza-Martinez, Adalberto | | 7514 |
| 9. Mims, Carlos | DID NOT SIGN | |
| 10. Munoz, Dominic | | 7514 |
| 11. Ramirez, Jeffrey | KIN CARE | |
| 12. Navarrete, Milton | | 7514 |
| 13. Newt, Mason | | 7514 |
| 14. Sullivan, Maurice | ON - LEAVE | |
| 15. Tan, Guo Shen | *En.vsher* | 7514 |
| 16. Wilson, Jackie | WCU | |
| 17. Wright, Clotis | FHP | |
| 18. Encinas, Ramon | *Ramon Encinas* | 7501 |
| 19. Mabutas, Mark | *Mark Mabutas* | 7514 |
| 20. Vaing, Jimmy | *Jimmy Vaing* | 7215 |

ABSENT, REASON

Supervisor: sign at end of shift.

Safety Recordkeeper: document hours.

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
## NON-SAFETY TAILGATE - 2024

**TITLE: Bag and Tag Procedure**

**SUPERVISOR/TRAINER: X. Diangson, Khalid Shehadeh**

**BUREAU: BSES**                    **DIVISION/GROUP: Graffiti**

**DATE: 7-23-24**

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Josce Cabrera | Jose Cabr | 7514 |
| Brad | | 7514 |
| Andrea Celatia | | 7514 |
| Khusi Gurung | KGurg | 7514 |
| Calvin John | | 7514 |
| Reno Hutchins | Reno Hutchins | 7514 |
| Craig Bladmer | Craig Bladmer | 7514 |
| Anthony McCoy | Anthony McCoy | 7514 |
| Dan Feerick | Dan Feerick | 7514 |
| Gretchen McGowan | Gretchen McGowan | 7514 |
| Lamar Simpson | | 7514 |
| Daniela Eaton | | 7514 |
| Melody Ou Yang | | 7514 |
| Robert Fields | Robert Fields | 7514 |
| Leonard D. Dos Th | Leonard D Dos | 7514 |
| Rico Thompson | | 7514 |
| Brian Owes | Ro | 7514 |

**ABSENT: REASON:**

*Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.*

## OFFICE OF THE CITY ADMINISTRATOR
## SAFETY MEETING/JOB SPECIFIC TRAINING
## ATTENDANCE LIST

**SUPERVISOR:** J. Reilly

**DEPT/PROGRAM:** SES    Alley Crew

**DATE:** 1 Aug 24    **NUMBER OF HOURS:** 1

**TITLE OF TRAINING:** BAG -N- TAG

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | ANDREW YANG | | 7514 |
| 2. | RUBEN MATA | | 7501 |
| 3. | B. SicES | | 7514 |
| 4. | ANTONIO LOPEZ | Antonio Lopez | 7514 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:**                    **REASON:**

Supervisor: Forward with attached Safety Meeting Description to Safety Recordkeeper for filing.

## OFFICE OF THE CITY ADMINISTRATOR
## SAFETY MEETING/JOB SPECIFIC TRAINING
## ATTENDANCE LIST

**SUPERVISOR:** D. Dilworth / I. Graham

**DEPT/PROGRAM:** Hot Spot Crew

**DATE:** 8/6/24          **NUMBER OF HOURS:** _____

**TITLE OF TRAINING:** Bag & Tag

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Daniel Trayer | | 7514 |
| 2. | Anthony C Nozo | Anthony C Nv | 7514 |
| 3. | Scott Branch | Scott Branch | 7514 |
| 4. | Esteban Trujillo | Esteb | 7514 |
| 5. | Herbert Ruth | Herbert Ruth | 7514 |
| 6. | Alvaro Castro | | 7514 |
| 7. | Bzob Sidnors | | 7514 |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

| **ABSENT:** | | **REASON:** |
|---|---|---|
| J. Amerson | - | Modified Duty |
| D. Harris | - | FML |

**Supervisor: Forward with attached Safety Meeting Description to Safety Recordkeeper for filing.**

01/01/24                    48

# _Mandatory Refresher Tailgate 2024_ BAG & TAG _Attendance_

**SUPERVISOR/TRAINER:** Terrance Perry / Redjil McLeod / Antonio Pacheco
**DEPARTMENT:** DPW     **DIVISION/GROUP:** SES-Nights
**DATE:** 8·7·24

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | JAXON Anderson | | 7514 |
| 2. | Donald Jackson | | 7514 |
| 3. | Ben Amaya | | 7514 |
| 4. | Bradley Young JR | | 7501 |
| 5. | Cifan Wah Kuan | | 7514 |
| 6. | John Molina | | 7514 |
| 7. | William Rodriguez | | 7514 |
| 8. | | | 7514 |
| 9. | | | 7514 |
| 10. | Eugene McFarland | | 7514 |
| 11. | Patrel Salinas | | 7514 |
| 12. | J. Pacheco | | 7514 |
| 13. | Redjil McLeod | | 7215 |
| 14. | Michael Taylor | | 7514 |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

**ABSENT:** J. Burton FML     **REASON:**
R. Foster SLP     Todd Watson SLP Bereavement
A. Garcia     VAP
D. McMath     WCU
Wen Hui Xie     SDU

_**Supervisor:** Give the original and the evaluation forms to your Safety Recordkeeper. Keep a copy for your files and update your employees' training records._ _**Safety Recordkeeper:** Log the attendance data into your 2021 Training Plan. File the original attendance sheet with your records._

11

## Attendance

### GENERAL SERVICE AGENCY
### SES TAILGATE - 2024

**Bag and Tag Policy (2024)**

**SUPERVISOR/TRAINER: Robert Milton**

**BUREAU:** __BSES_____ **DIVISION/GROUP:** __Zone E__

Robert Milton Jonathan Romero

**DATE: 8/7/2024_____**

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| LLOYD DILWORTH | *signature* | 7514 |
| Melvin Scott | *signature* | 7514 |
| Teauetak Buakerk | *signature* | 7514 |
| Antonio Gutierrez | *signature* | 7514 |
| Dennis Lane | *signature* | 7514 |
| CARLOS HARRISON | *signature* | 7161 |
| Edmund Redd | *signature* | 7514 |
| William Don | *signature* | 7514 |
| Lyle Norbert | *signature* | 7514 |
| Higinio Martinez | *signature* | 7514 |

*ABSENT: REASON:*



# MANDATORY TAILGATE - MEMO
## ATTENDANCE LIST

**SUPERVISOR:** TESSA JONES

**DEPT/PROGRAM:** SES ZONE A

**DATE:** 8 · 7 · 2024          **NUMBER OF HOURS:** - 30

**TITLE OF TAILGATE:** BAG AND TAG PROCEDURES

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Ed Martine | Ed M | 7514 |
| 2. | ERNEST RENFRO | Ernest Renfro | 7514 |
| 3. | Noble Mitchell | Noble M | 7514 |
| 4. | Covey Kopf | K | 7514 |
| 5. | Tommy Lam | | 7514 |
| 6. | DAVID RICAURTE | D / C Run | 7514 |
| 7. | Anthony Ramirez | | 7514 |
| 8. | John Jam | | 7514 |
| 9. | Bradley Young | B Y | 7514 |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:**          **REASON:**

Supervisor: Forward with attached Safety Meeting Description to Safety Recordkeeper for filing.

GSA-EHS 01/01/21



# City and County of San Francisco
## Public Works – Bag and Tag 8/8/24
### Sign in Sheet
Tailgate Version

| Title: | Bag and Tag FY 24-25 | | | | |
|---|---|---|---|---|---|
| # of Hours: | 0.25 | | | Location: | Remote |
| FILL IN ALL BOXES | | | | Buidine B (outside) | |
| BUREAU BSES | Name | DSW# | Date | Signature | |

| | BUREAU | Name | DSW# | Date | Signature |
|---|---|---|---|---|---|
| 1 | Mike | Mike Lunardell | 201792 | 8-8-24 | *(signature)* |
| 2 | Milton Nolan | *(signature)* | 231389 | 8-8-24 | *(signature)* |
| 3 | Marquise Helton | | 230428 | 8-8-28 | *(signature)* |
| 4 | Yu Chun Jin | *(signature)* | 7514 | 8-8-28 | *(signature)* |
| 5 | Alberto Naza | *(signature)* | 7514 | 8/8/24 | *(signature)* |
| 6 | Ramon Encinas | Ramon Encinas | 7501 | 8/8/24 | *(signature)* |
| 7 | Steve Lewis | *(signature)* | 7514 | 8/8/24 | *(signature)* |
| 8 | Gushu | Guoshen Tao | 7514 | 8/8/24 | *(signature)* |
| 9 | BSES | Santiago Archia | 7514 | 8-8-24 | *(signature)* |
| 10 | BSES | Domine Mun | 7514 | 8/9/24 | *(signature)* |
| 11 | Mark Mabutol | Mark | 7514 | 8-9-24 | *(signature)* |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |

Attended but did not sign: Kim Handy, Curtis Wright, Carlos Mims

Absent: Ina Collins - on leave, Maurice Sullivan on-leave, Jacuze Wilson WCU, Dominic Munoz FHP, Mason Newt VAC

## ATTENDANCE LIST

**SUPERVISOR:**   Brittany Brandon, Fernando Mendoza and Edgar Garcia
**DEPT/PROGRAM:**      BSES Special Projects
**DATE:  08/14/2024**

**TITLE OF TRAINING: Bag and Tag PowerPoint refresher training**

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Stephen Lu | | 7514 |
| 2. | Hassan Tariq | | 7514 |
| 3. | Craig Moore | Craig L Moore | 7514 |
| 4. | Ulysses Whittington | | 7514 |
| 5. | Savannah | | 7501 |
| 6. | Maurice McKneely | Maurice McKneely | 7514 |
| 7. | Tyrone York | TY | 7514 |
| 8. | Chris Selby | | 9922 |
| 9. | DeShawn Stallsworth | | 7514 |
| 10. | Shawn Smith Sr | | 7501 |
| 11. | Luis Reed | | 7514 |
| 12. | Joel Martinez | | 7514 |
| 13. | Felix Troncoso | Felix Tron | 7514 |
| 14. | Thurmond Hollins | D Hollins | 7514 |
| 15. | JOSE F Mancebo | | 7514 |
| 16. | Glacier Johnson | | 7514 |
| 17. | Frabrito Sagine | Fank Seaf | 7501 |
| 18. | Demian, Mouton | | 7514 |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

| *ABSENT:* | *REASON:* |
|---|---|
| | |
| | |
| | |
| | |

## ATTENDANCE LIST

**SUPERVISOR:**   **Brittany Brandon, Fernando Mendoza and Edgar Garcia**
**DEPT/PROGRAM:**      **BSES Special Projects**
**DATE:  08/14/2024**

**TITLE OF TRAINING: Sup II minutes / Wash trucks twice a month / Fold mirror and set cone when parking.**

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Sovannara Sophorn | | 7507 |
| 2. | Craig Moore | Craig L. Moore | 7514 |
| 3. | Hasani Tandy | | 2514 |
| 4. | Stephen W | | 7514 |
| 5. | Chyrus Whitmon | Whitmon | 7514 |
| 6. | Maurice McKneely | Maurice McKneely | 7514 |
| 7. | Tyrone York | TY | 7514 |
| 8. | Chris Seisay | | 9922 |
| 9. | DeShawn Stallsworth | | 7514 |
| 10. | Shaun Smith Sr | | 7501 |
| 11. | Louis Reed | | 7514 |
| 12. | Ken Lean | | 7515 |
| 13. | Joel Martinez | Jm. | 7514 |
| 14. | Felix Troncoso | Felix Troncoso | 7514 |
| 15. | Thurmond Hollins | G Hollins | 7514 |
| 16. | Jose F. Monroe | | 7514 |
| 17. | Demian P. Marrون | | 7514 |
| 18. | Fransivo Sagote | | 7501 |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:**                              **REASON:**

## BAG & TAG TRAINING
## ATTENDANCE LIST

**SUPERVISOR:** Jonathan Vaing

**DEPT/PROGRAM:** DPW-BSES

**DATE:** 8/20/2024                    **NUMBER OF HOURS:** 30 MINS

**TITLE OF TRAINING:** MANDATORY BAG & TAG PRESENTATION TRAINING

### UNATTENDED PERSONAL PROPERTY

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | MAMC RAZUMBANIS | M. r | 0932 |
| 2. | JOHN REILLY | J. Reilly | 7281 |
| 3. | Darryl D. Wonta | | 7281 |
| 4. | EDISON M. FINCHER | Ulia M. Inclin | 7340 |
| 5. | Alisha Whitt | | 2917 |
| 6. | Sean Lange | | 7801 |
| 7. | Jonathan Romero | Jonathan Rom | 7215 |
| 8. | ALBERTO ZAPATA | Zapato | 7281 |
| 9. | NICOLE DELAGARZA | | 7281 |
| 10. | TESSA D. JONES | one. | 7281 |
| 11. | Eric Guajardo | | 1320 |
| 12. | Kareem Uestion | | 7215 |
| 13. | HOLLY REFORMO | Holly Repere | 7215 |
| 14. | Edman Garcia | | 7281 |
| 15. | Khaled Shehadeh | | 7281 |
| 16. | Albert Davis | | 7215 |
| 17. | Stephen Ruan | Stephen Ru | 9922 |
| 18. | Vivian Chong | chang | 9922 |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:**                              **REASON:**

Q: If one location has multiple B&T, does each bag need a CMMS#?
A: Yes, because they are different items, different belongings. If a person comes for their belongings and if it's in one bag, the whole bag would be given.

**Procedure Number16-05-08 :**Removal-and-Temporary-Storage-of-Personal-Items-Collected-From-Public-Property

Public Works staff adheres to this policy when removing personal items from public property for temporary storage and retrieval. These procedures are commonly known as "bag and tag." These rules apply to Public Works staff when they are working on City property, as well as when working with another agency or on property under the jurisdiction of another agency (i.e., Caltrans). This policy explains what is attended, unattended and abandoned property and how that property must be treated.

**Identifying, collecting and storing personal property: unattended personal property**
**a.** Upon inspection by street-cleaning staff, unattended personal property – where neither the owner nor anyone who states that they have been designated by the owner to watch the property is present – will be collected and stored for retrieval.
**b.** Except as described below (Items to be discarded), all unattended personal property that is collected for storage will be bagged and tagged upon collection and taken to the Public Works Operations Yard for storage.
**c.** Only items listed under Section 3, Items that will be discarded, will be discarded immediately. All other items will be removed and stored. Staff will place a post-removal notice in the area from which the items were removed stating how, where and when the items may be retrieved.(See Section 4, Notices.)
**d.** Distinguishing between unattended and abandoned property
Temporarily unattended property is different from abandoned property, which may be immediately discarded. In determining if property is abandoned, staff should evaluate the facts and circumstances surrounding the items. Unattended property is not abandoned if it is accompanied by signs of ownership – for example, an unattended tent that is filled with personal belongings or items that are being stored in an orderly manner (i.e., packed up, wrapped or covered) are not abandoned.

In addition, if there is a third-party present who states they have been designated to watch or secure the items during the owner's temporary absence, the items are not abandoned and are attended property (see below). By contrast, abandoned items are unaccompanied by objective indications of ownership, for example, an empty or broken tent sitting by itself on a sidewalk with no other belongings, a bag of clothes open and strewn across a sidewalk, or items that are broken, disheveled, surrounded by trash or show other signs of neglect.



# OFFICE OF THE CITY ADMINISTRATOR
## SAFETY MEETING/JOB SPECIFIC TRAINING
## ATTENDANCE LIST

**SUPERVISOR:** D. Dilwoat / I. Grathor

**DEPT/PROGRAM:** Hot Spot Crew

**DATE:** 8/20/24        **NUMBER OF HOURS:** _____

**TITLE OF TRAINING:** Bag + Tag

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Herbert Rutl | | 7514 |
| 2. | Alvaro Castro | | 7514 |
| 3. | Gror Sitivens | | 7514 |
| 4. | Esteban Trujillo | | 7514 |
| 5. | SCOTT BRANT | Scott Brand | 7514 |
| 6. | Anthony C Plaza | Anthy C Pry | 7514 |
| 7. | Daniel Traper | | 7514 |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

| *ABSENT:* | | *REASON:* |
|---|---|---|
| J. AMERSON | - | Modified Duty |
| D. HARRIS | . | FML |

**Supervisor: Forward with attached Safety Meeting Description to Safety Recordkeeper for filing.**

8/20/24                        48



# OFFICE OF THE CITY ADMINISTRATOR
## SAFETY MEETING/JOB SPECIFIC TRAINING
### ATTENDANCE LIST

**SUPERVISOR:** _TESSA JONES_

**DEPT/PROGRAM:** _____

**DATE:** _8·20·2024_  **NUMBER OF HOURS:** _.30_

**TITLE OF TRAINING:** _BAG & TAG_

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Noble Mitchell | N Mitchell | 7514 |
| 2. | Anthony Ramirez | an | 7514 |
| 3. | Ed Martine | Ed M | 7514 |
| 4. | ERNEST RENFRO | Ernest Rnfr | 7514 |
| 5. | Corey Kopf | C K | 7514 |
| 6. | DAVID RICAUTE | | 7514 |
| 7. | John James | | 7514 |
| 8. | Tommy LAM | TM | 7514 |
| 9. | Bradley Young | B. Young | 7514 |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:**            **REASON:**

H. RAMIREZ                OUT

**Supervisor: Forward with attached Safety Meeting Description to Safety Recordkeeper for filing.**

01/01/20                    48

## BAG & TAG INTAKE FORM

**SUPERVISOR/TRAINER:** NICOLE / JIMMY / JEFFREY / REDI / SANTIAGO

**DEPARTMENT:** PW          **DIVISION/GROUP:** OES ZONE F

**DATE:** 8/21/24

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | Milton Najorro | | 7514 |
| 2. | GUOSHEN TAN | | 7570 |
| 3. | Domingue Mewz | | 7814 |
| 4. | Steve Lewis | | 7514 |
| 5. | Mazon Newt | | 7514 |
| 6. | Edward Redd | Edward Redd | |
| 7. | Marquise Helton | Marq Hel | 7514 |
| 8. | Ramon Encinas | Ramon Encinas | 7501 |
| 9. | Mark Mabitas | | 7514 |
| 10. | | | |
| 11. | YU CHUNG JIN | | 7514 |
| 12. | Jack S Wil | Jackie Wilson | 7514 |
| 13. | Charles Dent | | 7514 |
| 14. | ADALBERTO LAZA | | 7514 |
| 15. | Mike Lunardelli | Mike Lunardelli | 7514 |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

**ABSENT: REASON:** MAURICE Sullivan - on-leave, INA Collins on-leave, Clotis Wright SLP

Attended But Did Not Sign - KIM HANDY, CARlos MiMS

---

*Supervisor:* Give the original sign in sheet to your Safety Recordkeeper.  Keep a copy for your files and update your training record summary records.

*Safety Recordkeeper:* Log the attendance data into your current year Training Plan.  File the original attendance sheet with your records.