DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
ZUZANA S. IKELS, State Bar #208671
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 (Snodgrass)
              (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3307 (Ikels)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       wayne.snodgrass@sfcityatty.org
              edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              zuzana.ikels@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF DARRYL DILWORTH PURSUANT TO ORDER ON MOTION TO ENFORCE THE PRELIMINARY INJUNCTION RE: FOURTH AMENDMENT CLAIM (ECF NO. 231)**<br><br>Trial Date:　　　　May 1, 2025 |

I, Darryl Dilworth, hereby declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I have worked for the San Francisco Department of Public Works ("DPW") since 1999.

3. I am currently an operations Supervisor II assigned to manage the Hot Spot Team. The Hot Spot team is part of the Bureau of Street and Environmental Services ("BSES"). The Hot Spot Team's primary responsibility is providing support to HSOC encampment resolutions.

4. I first held the role of Supervisor II on the Hot Spot team from 2018 to mid-2019. From August 2019 to May 2022, I stepped away from the Hot Spot team to serve as the Acting Assistant Superintendent for BSES. When that temporary assignment ended in May 2022, I returned to the Hot Spot Team.

5. I understand that the Court requested further information regarding the training DPW employees receive on the Department's bag and tag policy and the bag and tag training that has taken place since September 22, 2023, the date Jonathan Vaing's and Carla Short's declarations were submitted to the Court. I provide this declaration in response to the Court's request.

**Tailgate Training**

6. In my role as Supervisor II of the Hot Spot Team, I am involved in directly training my team on the bag and tag policy. One way I train my team is through Tailgate meetings, which happen once a week. All employees on my team who are working that day are expected to attend the Tailgate.

7. I have held multiple bag and tag trainings as part of the Tailgate meetings for the Hot Spot Team. At these trainings my team can and does ask questions about how to implement the bag and tag policy and I answer their questions.

8. Attached as **Exhibit A** are true and correct copies of sign-in sheets from the Hot Spot Tailgate meetings showing I led a training on bag and tag issues on December 13, 2023 and August 6, 2024.

9. I have also led bag and tag trainings for other crews, including Alley Crew. Attached as **Exhibit B** is a true and correct copy of a sign-in sheet for the Alley Crew showing I led a bag and tag training with them on January 25, 2024.

### On The Job Training

10. In my role as the Supervisor II over the Hot Spot team I regularly attend HSOC resolutions in-person. I am often on-scene at multiple resolutions per week. This gives me the chance to watch my team in action and also for my team to ask me any questions they have about implementing the bag and tag policy. My team can and does reach out to me and other supervisors on-scene for guidance on how to apply the bag and tag policy and we are able to provide real time instruction.

### Preliminary Injunction And Importance of Complying With The Bag And Tag Policy

11. I am aware of the Court's preliminary injunction and that it is important that we follow the bag and tag policy. I likely first learned about the preliminary injunction in 2022 or early 2023 although I do not recall the exact date.

12. I understand it is important for DPW to follow our bag and tag policy even without a court order. I try to make sure the teams I manage achieve that goal.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed August 24, 2024 in San Francisco, California.

_____ 8/24/24
DARRYL DILWORTH