# EXHIBIT A


## Attendance

### GENERAL SERVICE AGENCY
### SES TAILGATE - 2022

Bag & Tag Procedures – 121323

**SUPERVISOR/TRAINER:** Darryl Dilworth
**BUREAU:** BSES  **DIVISION/GROUP:** Hotspot
**DATE:** 12/13/23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Israel Graham | [signature] | 7215 |
| SCOTT BRANCH | Scott Branch | 7514 |
| Morgan Bol | [signature] | 75 4 |
| Esteban Trujillo | [signature] | 7514 |
| Charles Allen | [signature] | 7501 |
| ALVARO CASTRO | [signature] | 7514 |
| Gage Summers | [signature] | 7514 |

***ABSENT: REASON:***
B. Brandon     –
A. Razo        –
Y. Jin         –

## OFFICE OF THE CITY ADMINISTRATOR
## SAFETY MEETING/JOB SPECIFIC TRAINING
## ATTENDANCE LIST

SUPERVISOR: D. Dilworth / F. Graham
DEPT/PROGRAM: HOT SPOT CREW
DATE: 8/6/24          NUMBER OF HOURS: _____
TITLE OF TRAINING: BAG & TAG

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Daniel Trayer | [signature] | 7514 |
| 2. | Anthony C Razo | Anthy C R | 7514 |
| 3. | SCOTT BRANCH | Scott Branch | 7514 |
| 4. | Esteban Trujillo | [signature] | 7514 |
| 5. | Herbert Ruth | Herbert Ruth | 7514 |
| 6. | ALVARO CASTRO | [signature] | 7514 |
| 7. | Greg Simons | [signature] | 7514 |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

ABSENT:                              REASON:
J. Amerson                           ▇▇▇▇▇▇▇▇
D. Harris                            ▇▇▇▇▇▇▇▇

Supervisor: Forward with attached Safety Meeting Description to Safety Recordkeeper for filing.

01/01/24                    48