# EXHIBIT B

Attendance

## GENERAL SERVICE AGENCY
## SES TAILGATE - 2024

Bag & Tag Procedures – 012524

SUPERVISOR/TRAINER: D. Dilworth / Kenny Simmons Jr
BUREAU: BSES   DIVISION/GROUP: Alley Crew
DATE: 1/25/24

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Harry Howard | [signature] | 7514 |
| Thomas Jeffen | [signature] | 7514 |
| Mirna Pimentel | [signature] | 7501 |
| ANDREW YOUNG | A Young | 7514 |
| Antonio Lopez | [signature] | 7514 |
| B. Sices | [signature] | 7514 |

ABSENT: REASON:
All Present