# EXHIBIT A

# HOMELESS PROPERTY INFORMATION

*(PLEASE PRINT CLEARLY)*

Pick Up Date: _____

Pick Up Time: _____

Intake Date: _____

How many items: _____ Description of items: _____

_____

P.D. Pick up: ☐

Field Pick up: ☐        *Evidence: ☐        Bag & Tag: ☐
*(if a citation is issued then it is considered evidence)*

SFPD Star #: _____ Property owner name and #: _____

Pick Up Location:
*(name of P.D. station)* _____        Zone: _____

Street Address: _____

Cross Street: _____

Mark the box which corner, if applicable:    N/W ☐   S/W ☐   N/E ☐   S/E ☐

Picked up by: *(SFPW Personnel name)* _____

Public Works Employee Radio #: _____

Tag #: _____        Tag Color: _____

Service Request #: _____

**TO BE FILLED OUT AFTER ITEMS HAVE BEEN PICKED UP BY RIGHTFUL OWNER**

Claimant Name: _____        Date claimed: _____

Signature: _____

Disposal date: _____

Distribution:
**White Page** to Log Book        **Yellow Page** to Radio Room        **Pink page** to remain with items brought in