1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-3857 (Wang)
8                (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
9                (415) 554-4223 (George)
                 (415) 355-3304 (Mills)
10 Facsimile:    (415) 554-4699
   E-mail:       edmund.wang@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
12               john.george@sfcityatty.org
                 steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date:  October 10, 2024<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    May 1, 2025<br><br>Attachments:   Exhibits A - C |

I, Steven A. Mills, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively, "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. On October 6, 2021, Plaintiff Toro Castaño commenced a small claims action in San Francisco Superior Court captioned *Toro Dutch Castano v. City and County of San Francisco*, No. CSM-21-864855 for an alleged property destruction that occurred on August 21, 2020. (*See* Exhibit A to Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings ["RJN"] contemporaneously filed with this declaration.) On January 6, 2021, Castaño entered into a Property Damage Only Release in connection with the small claims action with the assistance of counsel from the Lawyers' Committee for Civil Rights of the SF Bay Area. A true and correct copy of the January 6, 2021 Property Damage Only Release from the records of the San Francisco City Attorney's Office is attached hereto as **Exhibit A.**

3. On February 23, 2021, Plaintiff Nathaniel Vaughn commenced a small claims action in San Francisco Superior Court captioned *Nathaniel Vaughn v. San Francisco Public Works*, No. CSM-21-864077 for an alleged property destruction that occurred on January 8, 2020. (*See* RJN, Ex. B contemporaneously filed with this declaration.) On April 14, 2022, Vaughn entered into a Full and Final Release of the small claims action with the assistance of counsel from Morrison & Foerster LLP. A true and correct copy of the Full and Final Release from the records of the San Francisco City Attorney's Office is attached hereto as **Exhibit B.**

4. On May 19, 2022, Plaintiff Molique Frank commenced a small claims action in San Francisco Superior Court captioned *Molique Frank v. San Francisco Public Works*, No. CSM-22-865646 for an alleged property destruction that occurred on January 26, 2022. (*See* RJN, Ex. C

contemporaneously filed with this declaration.) On August 25, 2022, Frank entered into a Property Damage Only Release in connection with the small claims action with the assistance of counsel from the Lawyers' Committee for Civil Rights of the SF Bay Area. A true and correct copy of the August 25, 2022 Property Damage Only Release from the records of the San Francisco City Attorney's Office is attached hereto as **Exhibit C.**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California on September 5, 2024.

*/s/ Steven A. Mills*
STEVEN A. MILLS