**EXHIBIT A**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND
MOTION FOR JUDGMENT ON THE PLEADINGS**

# PROPERTY DAMAGE ONLY RELEASE

21-01261/                                              $9,000.00

Toro Castano

DPWGEN   Dept of Public Works (90)

For and in consideration of the agreement by the City and County of San Francisco (hereinafter "the City") to pay the sum of:

**NINE THOUSAND AND 00/100 DOLLARS**

the undersigned, and each of them, hereby release and discharge the City, all agents, employees, departments, commissioners, and officers thereof, of and from claims or causes of action for property damages heretofore sustained, suspected or unsuspected, in law or in equity, of every kind and character, we or either of us have, or our successors, assigns, heirs, executors, or administrators may hereafter have against them, or any of them, resulting from an incident occurring on or about

   August 21, 2020  at or near  16th St., SF

The undersigned represents that either (a) there are no liens which may attach to the settlement amount or to any recovery paid to the undersigned, or (b) to the extent there are any such liens, the undersigned will pay all such liens out of the settlement amount.

The undersigned agrees to defend, indemnify and hold harmless the City against any and all property damage claims by any person or entity purporting to hold any lien, interest, or other property damage claim involving the undersigned in connection with the incident which is the subject of this agreement.

The undersigned certifies that he/she has read Section 1542 of the California Civil Code, which provides that a:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

The undersigned hereby waives application of Section 1542 of the Civil Code to property damage claims. The undersigned understands and acknowledges that as a consequence of this waiver of Section 1542, even if the undersigned should incur additional property damages in any way related to the incident which is the subject of this agreement, the undersigned will not be permitted to make any further claims against the City to recover for such damages.

The undersigned acknowledges that he/she intends these consequences even as to claims for property damage that may exist as of the date of this Release but which the undersigned does not know exist, and which, if known, would materially affect the undersigned's decision to

execute this Release, regardless of whether the undersigned's lack of knowledge is the result of ignorance, oversight, error, negligence, or any other cause.

It is further understood that this settlement is the compromise of a disputed property damage claim and that the payment is not to be construed as an admission of liability on the part of the City and County of San Francisco, or any of its agents, employees, departments, commissioners or officers, by whom liability is expressly denied.

IN WITNESS WHEREOF, the undersigned have hereunto set their hands this __6__ day of __January__, 20__21__.

_Toro O Castaño_
**Claimant**

_Neda Shahram_
**Witness to signature**

_[signature]_

**Lawyers' Committee For Civil Rights of the SF Bay Area**
131 Steuart Street, Suite 400
San Francisco, CA  94105

2022 JAN -7  AM 11:11
1390 MARKET ST.
CITY ATTY'S OFFICE

# PROPERTY DAMAGE ONLY RELEASE

21-01261/                                           $9,000.00

Toro Castano

DPWGEN   Dept of Public Works (90)

For and in consideration of the agreement by the City and County of San Francisco (hereinafter "the City") to pay the sum of:

**NINE THOUSAND AND 00/100 DOLLARS**

the undersigned, and each of them, hereby release and discharge the City, all agents, employees, departments, commissioners, and officers thereof, of and from claims or causes of action for property damages heretofore sustained, suspected or unsuspected, in law or in equity, of every kind and character, we or either of us have, or our successors, assigns, heirs, executors, or administrators may hereafter have against them, or any of them, resulting from an incident occurring on or about

August 21, 2020        at or near        16th St., SF

The undersigned represents that either (a) there are no liens which may attach to the settlement amount or to any recovery paid to the undersigned, or (b) to the extent there are any such liens, the undersigned will pay all such liens out of the settlement amount.

The undersigned agrees to defend, indemnify and hold harmless the City against any and all property damage claims by any person or entity purporting to hold any lien, interest, or other property damage claim involving the undersigned in connection with the incident which is the subject of this agreement.

The undersigned certifies that he/she has read Section 1542 of the California Civil Code, which provides that a:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

The undersigned hereby waives application of Section 1542 of the Civil Code to property damage claims. The undersigned understands and acknowledges that as a consequence of this waiver of Section 1542, even if the undersigned should incur additional property damages in any way related to the incident which is the subject of this agreement, the undersigned will not be permitted to make any further claims against the City to recover for such damages.

The undersigned acknowledges that he/she intends these consequences even as to claims for property damage that may exist as of the date of this Release but which the undersigned does not know exist, and which, if known, would materially affect the undersigned's decision to

execute this Release, regardless of whether the undersigned's lack of knowledge is the result of ignorance, oversight, error, negligence, or any other cause.

It is further understood that this settlement is the compromise of a disputed property damage claim and that the payment is not to be construed as an admission of liability on the part of the City and County of San Francisco, or any of its agents, employees, departments, commissioners or officers, by whom liability is expressly denied.

IN WITNESS WHEREOF, the undersigned have hereunto set their hands this **6** day of **January**, 20**21**.

_____  _____
Claimant                          Witness to signature

_____
Lawyers' Committee For Civil Rights of the SF Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105

2022 JAN -7 AM 11:11
1390 MARKET ST.
CITY ATTY'S OFFICE

2                                         n:\claim\cl2022\21-01261\01574299.docx