**EXHIBIT B**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND
MOTION FOR JUDGMENT ON THE PLEADINGS**

# FULL AND FINAL RELEASE

Case Name:   ***Nathaniel Vaughn v. City and County of San Francisco***

Case No.:   **CSM-21-864077**

  FOR GOOD AND VALUABLE CONSIDERATION, in the amount of $7,000 (SEVEN THOUSAND Dollars) (the "SETTLEMENT AMOUNT"), the sufficiency of which is hereby admitted and acknowledged, NATHANIEL VAUGHN, individually and on behalf of his/her heirs, domestic partners, executors, administrators, and assigns, if any (hereinafter referred to individually and collectively as "RELEASOR"), hereby agrees to fully and forever release and discharge the City and County of San Francisco, together with its elective and/or appointive boards, agents, servants, employees, consultants, departments, commissioners, and officers (hereinafter referred to individually and collectively as "SAN FRANCISCO"), from any and all claims, actions, causes of action, liabilities, damages, demands, attorneys' fees, expenses and costs (including without limitation court costs) of any kind or nature whatsoever, whether known or unknown, suspected or unsuspected, which have existed or may have existed, or which do exist, or which hereafter shall or may exist, and which (1) are alleged or set forth or attempted to be set forth in the pleadings on file in that certain action entitled "Nathaniel Vaughn vs. City and County of San Francisco," being Action No. CSM-21-864077 on the records of the San Francisco Superior Court for the City and County of San Francisco (hereinafter referred to as the "ACTION"), or (2) arise out of or are in any way related to any of the transactions, occurrences, acts or omissions set forth or alleged in any of the pleadings in the Action (hereinafter referred to collectively as the "CLAIMS").

  RELEASOR represents and warrants that he/she has not assigned or transferred, or agreed to assign or transfer, or attempted to assign or transfer, to any third party or entity (including without limitation any insurer) any interest in any of the CLAIMS. RELEASOR agrees to defend, indemnify and hold harmless SAN FRANCISCO against any loss, expense or liability, including without limitation reasonable attorneys' fees, arising from any breach of the foregoing.  Furthermore, in the event that SAN FRANCISCO learns that RELEASOR has breached this warranty, SAN FRANCISCO may, at its sole option, elect to rescind this Full and Final Release, in which case RELEASOR shall immediately remit to SAN FRANCISCO the SETTLEMENT AMOUNT, plus interest accruing thereon at a rate of ten percent per year, compounded monthly, from the date of payment thereof.

  RELEASOR represents and warrants that either (a) there are no liens, including without limitation any medical reimbursement, unemployment or disability compensation liens, in existence which may attach to the SETTLEMENT AMOUNT or to any recovery paid to RELEASOR pursuant to the ACTION, or (b) to the extent there are any such liens, RELEASOR will pay and retire all such liens out of the SETTLEMENT AMOUNT. RELEASOR agrees to defend, indemnify and hold harmless SAN FRANCISCO against any and all claims by any person or entity purporting to hold any lien, interest, or other claim, whether for medical care, unemployment and/or disability compensation, attorneys' fees, or otherwise, involving RELEASOR and arising in connection with any of the CLAIMS.

RELEASOR certifies that he/she has read Section 1542 of the California Civil Code, which provides:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

RELEASOR hereby waives application of Section 1542 of the Civil Code. RELEASOR understands and acknowledges that, as a consequence of this waiver of Section 1542, even if RELEASOR should eventually suffer additional or further loss, damages or injury arising out of or in any way related to any of the events which gave rise to the CLAIMS, or any of them, RELEASOR will not be permitted to make any further claims against SAN FRANCISCO to recover for such loss, damages or injury. RELEASOR acknowledges that he/she intends these consequences even as to claims for personal injury or property damage that may exist as of the date of this Full and Final Release but which RELEASOR does not know exist, and which, if known, would materially affect RELEASOR's decision to execute this Full and Final Release, regardless of whether RELEASOR's lack of knowledge is the result of ignorance, oversight, error, negligence, or any other cause.

RELEASOR acknowledges that, in executing this Full and Final Release, he/she is acting on his/her own, independent judgment informed by his/her legal counsel. RELEASOR acknowledges having read this Full and Final Release and having been advised by his/her attorney as to its meaning and effect. RELEASOR acknowledges and warrants that his/her execution of this Full and Final Release is free and voluntary. RELEASOR further represents and warrants that, at the time he/she executed this Full and Final Release, he/she was not in the period of first physical confinement, whether as an inpatient or outpatient, in a clinic or health facility (as defined in Sections 1203 and 1250 of the Health and Safety Code) as a result of the injury alleged to have given rise to any of the CLAIMS, and that as a result Business and Professions Code section 6152(b) cannot be used to invalidate this Full and Final Release.

RELEASOR acknowledges that this Full and Final Release contains and constitutes the entire agreement between RELEASOR and SAN FRANCISCO with respect to the CLAIMS. The terms of this Full and Final Release are contractual and not a mere recital. RELEASOR acknowledges that SAN FRANCISCO has made no representations, express or implied, to induce RELEASOR to enter into this Full and Final Release, other than as expressly set forth herein.

No aspect of this Full and Final Release or the settlement which led to it is intended to be nor at any time shall be construed, deemed, or treated in any respect as an admission by SAN FRANCISCO of liability for any purpose. It is expressly understood by RELEASOR that this Full and Final Release does not constitute an admission of the truth or accuracy of any of the allegations made in the complaint on file in the ACTION or of liability for any of the CLAIMS, and that SAN FRANCISCO expressly denies the allegations made in the complaint, as more fully set forth in the answer or other responsive pleadings on file in the ACTION.

  If any of the provisions of this Full and Final Release or the application thereof is held to be invalid, its invalidity shall not affect any other provision or application of this Full and Final Release to the extent that such other provision or application can be given effect without the invalid provision or application, and to this end, the provisions of this Full and Final Release are declared and understood to be severable; provided, however, that should a court of competent jurisdiction hold that RELEASOR is entitled to sue SAN FRANCISCO upon any of the CLAIMS, and should RELEASOR bring or join in such a suit, then RELEASOR shall immediately remit to SAN FRANCISCO the SETTLEMENT AMOUNT, plus interest thereon accruing at a rate of ten percent per year, compounded monthly, from the date of payment thereof.

  RELEASOR understands and acknowledges that both RELEASOR and SAN FRANCISCO shall bear their own legal expenses and costs incurred in connection with prosecuting or defending against the ACTION and any of the CLAIMS.

  This Full and Final Release and the settlement which led to it have been fully negotiated with the assistance of counsel and should not be construed more strictly against one party than another.

  This Full and Final Release may be executed in two or more counterparts, all of which counterparts shall be deemed originals.

Dated: __April 14, 2022__

_____
Nathaniel Vaughn

APPROVED AS TO FORM:

Morrison & Foerster LLP

Dated: __April 14, 2022__

_____
Alexis Amezcua
Attorney for Releasor

Dated: __4/18/22__

_____
EDMUND WANG
Deputy City Attorney