DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>          Plaintiffs,<br><br>          vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>          Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF LISA RACHOWICZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date:   October 10, 2024<br>Time:           1:00 p.m.<br>Place:          Courtroom 4 – 3rd floor<br>                1301 Clay Street<br>                Oakland, CA 94612<br><br>Trial Date:     May 1, 2025 |

I, Lisa Rachowicz, declare as follows:

1.      I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2.      I am Acting Division Director of Outreach and Temporary Shelter for the San Francisco Department of Homelessness and Supportive Housing ("HSH"). I have been in this position since March 2024. Prior to becoming Acting Division Director, I was the Manager of Navigation Centers and Shelter Programs for the period between November 2020 and March 2024, the Navigation Centers Program Manger between August 2018 and November 2020, and a Senior Behavioral Health Clinician between February 2016 and August 2018. I am also a Licensed Clinical Social Worker with the California Board of Behavioral Sciences and obtained a Master's in Social Work from the University of California, Berkeley.

3.      As Acting Division Director of Outreach and Temporary Shelter, part of my responsibilities include leading HSH's response to street homelessness. I help manage the day-to-day operations of HSH's outreach shelter and other temporary housing projects, which includes, but is not limited to providing direct oversight of outreach, shelter, and navigation center operations, as well as developing strategic direction, in coordination with the executive team, for outreach and shelter programs within the continuum of care. Based upon my oversight responsibilities, I am familiar with temporary shelter options available to people experiencing homelessness in San Francisco and any active length of stay requirements.

4.      Since 2020, a person placed in City-provided shelter may generally stay there as long as they like subject to compliance with shelter rules and requirements. There are narrow exceptions where temporary shelter placements have an active length of stay requirement. For instance, a client placed in the RESTORE program is typically placed for up to seven days, with extensions possible. Journey Home placements are typically one to three days until relocation assistance can be provided. The Urgent Accommodation Voucher program provides shelter for families, survivors of domestic violence, transitional aged youth housing, and transgendered focused programming up to fourteen days, with extensions possible. The COVID Overflow program provides five to ten days isolation for guests that are COVID positive. Transitional Housing programs vary by program, but generally extend

anywhere between eighteen and thirty-six months. The goal of Transitional Housing is to help transition individuals into permanent housing solutions.

5.      I have been informed that Toro Castaño, Molique Frank, and Teresa Sandoval have been placed in emergency shelters. It is my understanding that these shelters are not subject to an active length of stay requirement.

6.      I have been informed that David Martinez and Nathaniel Vaughn are in permanent housing. It is my understanding that these permanent housing solutions are not subject to an active length of stay requirement.

7.      I have been informed that Sarah Cronk (also known as Apple Cronk) and Joshua Donohoe are in Transitional Housing and enrolled in the flexible housing subsidy pool. This means that Sarah Cronk and Joshua Donohoe are in search of a housing rental on the private market but do not have a move in date. While searching for a permanent housing solution, they may remain in transitional housing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.


Executed September 4, 2024, at San Francisco, California.


_____
LISA RACHOWICZ