DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date:   October 10, 2024<br>Time:           1:00 p.m.<br>Place:          Courtroom 4 – 3rd floor<br>                1301 Clay Street<br>                Oakland, CA 94612<br><br>Trial Date:     May 1, 2025<br><br>Attachments:    Exhibits A - C |
|---|---|

# REQUEST FOR JUDICIAL NOTICE

In connection with their Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings, Defendants hereby submit this Request for Judicial Notice.

Federal Rule of Evidence 201 permits a court to take judicial notice of an adjudicative fact if it is "not subject to reasonable dispute." Fed. R. Evid. 201(b); *see also, e.g.*, *United States v. Bernal-Obeso*, 989 F.2d 331, 333 (9th Cir. 1993). A fact is "not subject to reasonable dispute" if it is "generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). In this vein, a court "may take judicial notice of matters of public record." *United States v. 14.02 Acres of Land*, 547 F.3d 943, 955 (9th Cir. 2008) (quoting *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001)); *Manufactured Home Cmtys., Inc. v. City of San Jose*, 420 F.3d 1022, 1037 (9th Cir. 2005) (taking judicial notice of court records).

The following exhibits are true and correct copies of court records and filings downloaded from the San Francisco Superior Court Data Access Portal:

1. **Exhibit A:** Form SC-100 – Plaintiff's Claim and Order to Go to Small Claims Court filed by Plaintiff Toro Castaño on October 6, 2021, in a small claims action in San Francisco Superior Court captioned *Toro Dutch Castano v. City and County of San Francisco*, No. CSM-21-864855 for an alleged property destruction that occurred on August 21, 2020.

2. **Exhibit B:** Form SC-100 – Plaintiff's Claim and Order to Go to Small Claims Court filed by Plaintiff Nathaniel Vaughn on February 23, 2021, in a small claims action in San Francisco Superior Court captioned *Nathaniel Vaughn v. San Francisco Public Works*, No. CSM-21-864077 for an alleged property destruction that occurred between January 8, 2020, through January 30, 2020.

///
///
///
///
///
//

3. **Exhibit C:** Form SC-100 – Plaintiff's Claim and Order to Go to Small Claims Court filed by Plaintiff Molique Frank on May 19, 2022, in a small claims action in San Francisco Superior Court captioned *Molique Frank v. San Francisco Public Works*, No. CSM-22-865646 for an alleged property destruction that occurred on January 26, 2022.

Dated:  September 5, 2024

                DAVID CHIU
                City Attorney
                YVONNE R. MERÉ
                EDMUND T. WANG
                KAITLYN MURPHY
                MIGUEL A. GRADILLA
                JOHN H. GEORGE
                STEVEN A. MILLS
                Deputy City Attorneys

        By: s/Steven A. Mills
            STEVEN A. MILLS

        Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT