1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-3857 (Wang)
8                (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
9                (415) 554-4223 (George)
                 (415) 355-3304 (Mills)
10 Facsimile:    (415) 554-4699
   E-mail:       edmund.wang@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
12               john.george@sfcityatty.org
                 steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date:   October 10, 2024<br>Time:           1:00 p.m.<br>Place:          Courtroom 4 – 3rd floor<br>                1301 Clay Street<br>                Oakland, CA 94612<br><br>Trial Date:     May 1, 2025 |

**[PROPOSED] ORDER**

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings came on regularly for hearing on October 10, 2024 at 1:00 p.m., in the United States District Court, Northern District, Courtroom 4 – 3rd floor, 1301 Clay Street, Oakland, CA, the Honorable Donna M. Ryu presiding. Plaintiffs and Defendants appeared through their respective counsel of record.

Having carefully considered the motions and the papers submitted, and having heard the arguments of counsel, the Court hereby GRANTS Defendants' motion to dismiss all claims pursuant to Federal Rule of Civil Procedure 12(b)(1) without prejudice because no Plaintiff has standing to sue, leaving the Court without subject matter jurisdiction as to these Plaintiffs for any claim. Even if the Court were to have subject matter jurisdiction, the Court would GRANT Defendants' motion for judgment on the pleadings. The Supreme Court's decision in *City of Grants Pass v. Johnson*, 144 S.Ct. 2202 (2024) disposes of Plaintiffs' claims 1-4 and 9-13 to the extent they rely on a theory of liability that has been overturned. Plaintiffs constitutional claims also fail. All plaintiffs fail to state a state-created danger claim under federal or state law. Plaintiffs fail to state a due process claim because the availability of post-deprivation remedies bar the claim. The availability of adequate legal remedies also bars Plaintiffs' claim for injunctive relief. Plaintiffs Castaño and Vaughn do not plead any timely claim under any theory. All Plaintiffs fail to plausibly plead *Monell* liability to support a claim on any theory. Since Plaintiffs' fail to establish a constitutional violation, any conspiracy claim fails. Finally, Plaintiffs fail to state any disability claim under the ADA or California's equivalent under state law.

**IT IS SO ORDERED.**

DATE:_____

_____
The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT