1    [Counsel Identified on Signature Page]

2

3

4

5

6

7

8

9

10                              **UNITED STATES DISTRICT COURT**

11                             **NORTHERN DISTRICT OF CALIFORNIA**

12                                    **OAKLAND DIVISION**

13

14   COALITION ON HOMELESSNESS, et al.,          CASE NO. 4:22-cv-05502-DMR

15                          Plaintiffs,           **STIPULATION AND ORDER (AS
                                                  MODIFIED) TO EXTEND: (1) THE
16          v.                                    BRIEFING SCHEDULE ON
                                                  DEFENDANT'S MOTION TO
17   CITY AND COUNTY OF SAN FRANCISCO,            DISMISS AND MOTION FOR
     et al.,                                      JUDGMENT ON THE PLEADINGS;
18                                                AND (2) CASE SCHEDULE**
                          Defendants.
19                                                **Judge:** The Hon. Donna M. Ryu

20                                                **Trial Date:** May 1, 2025

21

22

23

24

25

26

27

28

Plaintiffs and Defendants by and through their undersigned counsel, hereby stipulate as follows:

1.   On September 12, 2024, the parties met and conferred and agreed to extend the briefing schedule on Defendants' pending Motion to Dismiss and Motion for Judgment on the Pleadings (Dkt. No. 242), the hearing on Defendants' pending Motion, to allow for two weeks between the filing of the last brief and the scheduled hearing date, and all case deadlines through dispositive motions.

2.   The parties have agreed that Plaintiffs' Opposition to Defendants' Motion will be filed by September 26, 2024, and Defendants' Reply will be filed by October 9, 2024.

3.   The parties respectfully request that the Court set the hearing on Defendants' Motion for October 24, 2024, or as soon thereafter as the matter may be heard.

4.   Provided the Court hears Defendants' Motion on October 24, 2024, the parties have agreed to the following revisions to the case schedule in an attempt to ensure sufficient time between the hearing on Defendants' pending Motion to Dismiss and Motion for Judgment on the Pleadings and potential ruling for the parties to incorporate any guidance provided by the Court as a result of Defendants' Motion into their case preparations and dispositive motions:

| Event | Current Case Schedule | Proposed Case Schedule |
|---|---|---|
| All non-expert discovery completed | 11/26/2024 | 12/10/24 |
| Experts disclosed and reports provided | 11/26/2024 | 12/10/24 |
| Rebuttal experts disclosed and reports provided | 12/10/2024 | 12/24/24 |
| Deadline to complete all expert discovery | 12/20/2024 | 1/10/25[1] |
| Last day for hearing dispositive motions | 1/23/2025 | 2/6/25 |

---

[1] Because a two-week extension of this deadline would place the deadline to complete all expert discovery on January 3, 2025—immediately after the holidays—the parties propose a three-week extension on this deadline only.

STIPULATION AND ORDER TO EXT. CASE
SCHEDULE
CASE NO. 4:22-CV-05502-DMR

| Pre-trial meet and confer | 3/18/2024 | No change |
|---|---|---|
| Deadline to file a joint pre-trial statement | 3/28/2025 | No change |
| Deadline to file evidentiary motions or motions in limine | 4/7/2025 | No change |
| Pre-trial conference | 4/16/2025 | No change |
| Trial | 5/1/2025 | No change |

5.   If the Court hears Defendants' Motion after October 24, 2024, the parties will submit a revised stipulation that extends the aforementioned case schedule concomitant with the extension on the hearing.

6. Pursuant to Civil Local Rule 6-2, the parties provided the following previous time modifications in this case, whether by Stipulation or Court order:

- On July 25, 2023, the parties filed a joint stipulation proposing an extension to the discovery schedule in order to permit the parties to reach an agreement on a proposed comprehensive extension to the case schedule (Dkt No. 156);

- On July 26, 2023, the Court issued an order extending the discovery deadlines and stated it would consider extending these deadlines further if the parties filed a joint proposed comprehensive schedule that demonstrated good cause by August 28, 2023 (Dkt. No. 160);

- On August 28, 2023, the parties submitted a stipulation and proposed order to modify the case schedule (Dkt. No. 182);

- On September 20, 2023, the Court modified the last case schedule (Dkt. No. 191); and

- On February 23, 2024, the Court stayed the case until 30 days after the Supreme Court issued an opinion in *City of Grants Pass v. Gloria Johnson*, Case No. 23-175 and issued a second amended case management and pretrial order. (Dkt. Nos. 222-223).

Dated:  September 13, 2024                     Respectfully submitted,

By: */s/ Nisha Kashyap*

LAWYERS' COMMITTEE FOR CIVIL

RIGHTS OF THE SAN FRANCISCO BAY
AREA
Nisha Kashyap, SBN 301934
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
nkashyap@lccrsf.org


Dated:  September 13, 2024          By: */s/ John H. George*

David Chiu, SBN 189542
Yvonne R. Mere, SBN 173594
Wayne Snodgrass, SBN 148137
Edmund T. Wang, SBN 278755
John H. George, SBN 292332
Kaitlyn Murphy, SBN 293309
Miguel A. Gradilla, SBN 304125
Steven A. Mills, SBN 328016
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
Telephone: (415) 554-4223
*john.george@sfcityatty.rog*

*Attorneys for Defendants*
*City and County of San Francisco; San Francisco*
*Police Department; San Francisco Department of*
*Public Works; San Francisco Department of*
*Homelessness and Supportive Housing; San*
*Francisco Fire Department; San Francisco*
*Department of Emergency Management; Mayor*
*London Breed; Sam Dodge*

**ORDER (AS MODIFIED)**

Plaintiffs' Opposition to Defendants' Motion to Dismiss and Motion for Judgment on

the Pleadings (Dkt. No. 242) must be filed by September 26, 2024.

Defendants' Reply must be filed by October 9, 2024.

The hearing on Defendants' Motion to Dismiss and Motion for Judgment on the

Pleadings is set for October 24, 2024 at ~~2:00 p.m.~~ **1:00 p.m.** in Oakland, by Zoom Videoconference.

Pursuant to stipulation and for good cause shown, the following case deadlines are

ordered:

| Event | Case Schedule |
|---|---|
| All non-expert discovery completed | 12/10/24 |
| Experts disclosed and reports provided | 12/10/24 |
| Rebuttal experts disclosed and reports provided | 12/24/24 |
| Deadline to complete all expert discovery | 1/10/25 |
| Last day for hearing dispositive motions | ~~2/6/25~~ **2/13/25** |
| Pre-trial meet and confer | 3/18/25 |
| Deadline to file a joint pre-trial statement | 3/28/25 |
| Deadline to file evidentiary motions or motions in limine | 4/7/25 |
| Pre-trial conference | 4/16/25 |
| Trial | 5/1/25 |

**IT IS SO ORDERED AS MODIFIED.**

Dated: September 16, 2024

_____
HONORABLE DONNA M. RYU
CHIEF MAGISTRATE JUDGE