1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

3

4

5

6

7

8

COALITION ON HOMELESSNESS, et al.,

Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 4:22-cv-05502-DMR

**SECOND SUPPLEMENTAL**
**DECLARATION OF CHRIS**
**HERRING, PHD**

Judge: Hon. Donna M. Ryu
Trial Date: May 1, 2025

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHRIS HERRING                                Case No. 4:22-cv-05502-DMR_

I, CHRIS HERRING, declare:

1.       My name is Chris Herring. I am currently an Assistant Professor of Sociology at the University of California, Los Angeles (UCLA). Attached as Appendix A is my Curriculum Vitae.  Prior to my appointment at UCLA, I was appointed as a Postdoctoral Fellow at Harvard University's Inequality in America Initiative between 2020-2022 in the Faculty of Arts and Sciences.  I received my Doctoral Degree in Sociology from the University of California, Berkeley. I have a master's degree in Sociology from the University of California, Berkeley and in Social Anthropology from Central European University. I earned my Bachelor of Arts Degree in Economics from Bard College.

**Expert Opinions Regarding the Defendant's Motion to Dismiss on Grounds of Plaintiffs Current Housing Status**

2.       I was tasked with opining and providing analysis, which could assist in the court's determination on the stability of the plaintiff's current housing status and what the current research indicates about their likelihood to return into the category/status of homelessness.  My review of the materials described above and my general expertise as an academic and researcher studying homelessness has led me to the following opinion:

3.       **Opinion #1:** The shifting and transitory nature that is characteristic of homelessness means that individuals in this case who have already exited unsheltered homelessness, or homelessness will likely experience involuntary unsheltered homelessness again in the short to medium term (1 month -5 years). They will be subject to the city's encampment clearances, which occur daily across the city. According to the city's own data on housing retention and research completed by colleagues and me in San Francisco and elsewhere, it would be surprising if none of the plaintiffs experienced involuntary unsheltered homelessness in the next 1 month -5 years.

4.       **Opinion #2:** The three plaintiffs currently staying in emergency shelter, may still be subject to the city's encampment clearances and enforcement efforts. While these plaintiffs would not be considered unsheltered, they are still defined as "homeless" according to the Department of Housing and Urban Development (HUD) guidelines, as well as the city and county of San Francisco and typically spend significant amounts of time in public spaces. Research in San Francisco and elsewhere shows that

even those residing in shelters face policing and sanitation sweeps from a variety of city employees including city police, transit police, sanitation teams, and park rangers.

### Qualifications and Expertise

5.     I have developed expertise in the following areas of study:  homelessness, housing, poverty, criminal justice, and welfare. This includes in San Francisco.

6.     I have conducted over 15 years of research on homeless encampments, shelters, and supportive housing, as well as the local, state, and federal policies impacting them.  This includes the impacts of encampment resolutions and sweeps, including health and various other impacts on those with physical and mental disabilities, which are central to this case.

7.     I have written and published on the topic areas of my expertise, including seven peer-reviewed articles in some of the leading journals in the social sciences and five book chapters in edited volumes of academic scholarship.  *See* **Appendix A**. My first book on the policing and punishment of homelessness in San Francisco is currently under contract with the University of California Press.

8.     My research and commentary on the issue of homelessness have been featured in the New York Times, Washington Post, LA Times, UK Guardian, and several other media outlets. Additionally, I have taught undergraduate and graduate courses on all these subjects for 12 years and I regularly peer-review academic articles on these topics for leading journals such as the American Journal of Sociology, American Sociological Review, Social Problems, and several others.

9.     Homelessness in San Francisco has been one of my major areas of study since I began my career as an academic. In addition to significant research and fieldwork on the ground with local government in San Francisco and with unhoused communities, I have also co-directed two major community-based surveys of people experiencing homelessness in San Francisco (Herring et al. 2020a, Herring et al. 2020b). I am therefore deeply knowledgeable about homeless encampments, shelter availability, law enforcement practices, and the local government response to homelessness in San Francisco.

10.     Beyond these academic achievements, I have extensive practical experience in affordable housing development, social work, and collaborating with government agencies to improve their response to homelessness. For example, between 2015 and 2023, on seven separate occasions, I

---

DECLARATION OF CHRIS HERRING                3                Case No. 4:22-cv-05502-DMR

provided expert testimony based on my research to the various San Francisco Board of Supervisors, Local Homeless Coordinating Board, and Police Commission; I was appointed to a Police Commission task force directed to provide recommendations on reforming the San Francisco Police Department's approach to homelessness; I am a current advisory board member of New York University's Policing Project, which consults various cities working on police reforms. Among other work on the Project, I served as lead author of their policy brief on policing homelessness and alternatives.

11.     I previously submitted two expert declarations in this case that led to the temporary injunction. # 9-1 and 49.  I have also served as an external reviewer for five reports from the Seattle University Law School's Homeless Advocacy Project and the University of California Law School's Policy Advocacy Clinic on issues related to homelessness and the law, including those related to encampment sweeps and destruction of people's property.

12.     The opinions contained in this expert declaration are the result of my years of experience as a researcher and expert on homelessness in San Francisco and across the United States, as well as a collection of public records about San Francisco's recent response to homeless encampments.

13.     I am being compensated for my work on this issue. My rates are as follows: regular work at $200 after pro-bono services; deposition and testimony in trial at $300; and travel at $100 per hour.

**Prior Sociological and Field Research in San Francisco and West Coast Cities**

*Immersive Ethnographic Field Research on Homeless Encampments, Sweeps, & Shelters*

14.     My ethnographic and field research on homelessness in San Francisco took place mainly between 2014 -2020. However, I continue to carry out research in the city, most recently during a trip last month in August 2024. Between 2014 and 2015, I conducted an ethnographic study of San Francisco's unhoused population. During the study, I spent 57 nights sleeping out on sidewalks, parks, and beneath underpasses in San Francisco; 96 nights living among hundreds of other men in shelters; and 76 nights staying in daily or weekly hotels with people who were marginally housed.

15.     I spent most days during the study period alongside a variety of homeless men and women acquiring the means of survival through charity, informal work, begging, and the illicit economy or through interacting with the local welfare and justice systems. I observed homeless individuals as

they navigated access to shelter, meals, and benefits, and as they struggled to navigate the criminal process both in courts and in jails.

16.     On a weekly basis—and often daily—I witnessed interactions between police, DPW sanitation workers, and other city employees with unhoused people. These law enforcement and other interactions primarily took place on the streets, but also in shelters and supportive housing programs. I witnessed countless encampment sweeps, arrests, citations, and "move-along" orders issued against unhoused people by law enforcement. While residing on the streets of San Francisco for the purposes of this study, I was personally given dozens of "move-along" orders and threatened with citation and arrest on numerous occasions, and experienced first-hand dozens of camp removals carried out by DPW.

17.     I also have first-hand experience observing front-line workers addressing homelessness in San Francisco through my ethnographic research. Between 2015 and 2017, I conducted 23 ride-alongs with police officers, shadowed public health workers on street outreach, and observed sanitation workers on encampment cleanings, clearances, and resolutions.

18.     In 2016, I worked for three months in San Francisco City Hall as the research assistant to Samuel Dodge—who is the present director of the Healthy Streets Operation Center (HSOC) but who at the time was the Director of the Mayor's Housing Opportunity, Partnerships and Engagement office. My work primarily focused on reforming City policies and linking people into supportive housing. I also worked with the San Francisco Treasurer's Office Financial Justice Initiative and the San Francisco Superior Court on reforms around unpaid citations for "quality of life" ordinances that punished homelessness.

19.     I have also co-directed two major community-based surveys of people experiencing homelessness in San Francisco from 2014-2015 and 2019-2020.  One survey examined the impacts of policing on those experiencing homelessness in San Francisco with a sample of 351 survey participants and including 43 in-depth interviews of currently homeless San Franciscans (2014-2015). The other survey was a needs-assessment study involving 589 survey participants and 25 focus groups, each comprised of between five and twelve participants who were homeless at the time (2019-2020). These studies have been completed in collaboration with other academics, advocacy groups, and service providers.

20.     As a result of these research studies and my expertise, I have been called on to provide expert testimony on my research to the San Francisco Board of Supervisors, San Francisco's Local Homeless Coordinating Board, and the San Francisco Police Commission on seven occasions from 2015 to 2023.

21.     From 2014-2020, I also volunteered with the Coalition on Homelessness. Among other activities, I performed outreach to unhoused individuals as well as proposed improvements to San Francisco's law enforcement and street cleaning policies to prevent the unwanted destruction of homeless people's property.

22.     My sociological and ethnographic work in San Francisco is reflective of the kind of research work I have done across California and the United States more broadly. For example, between 2010 and 2011, I spent three months residing in both legally sanctioned encampments and informal settlements in Fresno, California as part of an ethnographic study aimed at understanding the social organization of encampments and the impacts of state regulations on surviving homelessness. From 2008 to 2012, I also completed a comparative study of twelve large sanctioned and informal homeless encampments across eight West Coast cities. For that study, I interviewed 14 city officials, 23 non-profit administrators and staff, and 32 homeless residents in various local jurisdictions.

23.     Most recently, and particularly relevant to the issue at hand in this current motion to dismiss, is a research study begun this summer in Los Angeles on "The Causes and Consequences of Unstable Exits from Permanent Supportive Housing." This study is generously funded from a $100,000 grant from the National Alliance to End Homelessness, and an additional $25,000 of grant funding from UCLA. This summer myself and my research team have interviewed more than 25 currently homeless individuals to date who had previously been placed in permanent supportive housing by the city but returned to homelessness. We continue to interview participants and review the most up-to-date research on the stability and precarity of transitional and permanent supportive housing programs across the US and globe.

24.     This intensive ethnographic and field research into homelessness in San Francisco and beyond heavily informs my expertise in the field, in addition to my academic research and peer-reviewed publications on local government responses to homelessness in the United States.

**Materials and Information Considered**

25.     The opinions contained in this expert declaration are the result of my years of experience as a researcher and expert as well as reviewing (a) all materials covered in my previous two declarations including the original plaintiff declarations describing each person's situation from 2022 (b) the defendants' notice of motion and motion to dismiss for lack of subject matter jurisdiction and motion for judgment on pleadings filed on September 5, 2024 (c) Declaration of Sarah Locher and Lisa Rabowicz in support of defendants' motion to dismiss for lack of subject matter jurisdiction and motion for judgement on the pleadings also filed on September 5, 2024 and (d) declarations from the plaintiffs and others subject to enforcement.  I reserve the right to amend my testimony with any new information as additional evidence becomes available, and to modify my analysis and resulting conclusions accordingly.

**OPINIONS**

26.     **Opinion #1:** The shifting and transitory nature that is characteristic of homelessness means that individuals in this case who have already exited unsheltered homelessness, or homelessness will likely experience involuntary unsheltered homelessness again in the short to medium term (1 month -5 years). They will be subject to the city's encampment clearances, which occur daily across the city. According to the city's own data on housing retention and research completed by colleagues and me in San Francisco and elsewhere, it would be surprising if none of the plaintiffs experienced involuntary unsheltered homelessness in the next 1 month -5 years.

27.     The declarations of Sarah Locher, the manager of data and performance for the San Francisco Department of Homelessness and Supportive Housing ("HSH"), and Lisa Rachowicz, acting division director of outreach and temporary shelter for HSH reviews the shelter and housing status of the plaintiffs between December 1, 2022 – September 2024.  The city's data shows that in only two of the past 21 months examined have all the plaintiffs been housed or sheltered simultaneously. In the other 19 months, we see that the plaintiffs Mr. Castano, Mr. Frank, and Ms. Sandoval have revolved into and out of the city's emergency shelter. Meanwhile the other plaintiffs who have entered transitional or permanent supportive housing (PSH) have done so relatively recently. Except for Mr. Vaughn who entered PSH in 2020, Mr. Martinez, Mr. Donohoe, and Sarah Cronk all entered PSH in 2023. While

1  none of the plaintiffs may currently be experiencing unsheltered homelessness at the exact moment this

2  motion is brought before the court, this is an exceptional alignment of shelter/housing status for the

3  plaintiffs over recent years. Furthermore, research and the city's own data indicates that most of those

4  currently experiencing both unsheltered homelessness, and homelessness in general within the city do so

5  episodically, and that high percentages of those both in shelter and permanent supportive housing exit

6  and return to homelessness. Therefore, it would be surprising if none of the plaintiffs returned into

7  homelessness in the short to mid-term (1 month -5 year) period.

8      28.    In what follows I consider existing research and data on the transitory nature of

9  homelessness as it relates to shifts between (a) sheltered and unsheltered homelessness and (b) shifts

10  between homelessness and government supported transitional and permanent housing to help inform the

11  court's decision.

12      *Shifts between sheltered and unsheltered homelessness*

13      29.    According to the declaration of Locher and Rachowicz, three of the case's seven

14  plaintiffs – Mr. Castano, Mr. Frank, and Ms. Sandoval – are currently in some form of "emergency

15  shelter." According to Locher's and Rachowicz's declaration, Mr. Castano has entered and exited shelter

16  at least three times and Ms. Sandoval has entered and exited shelter at least four times between

17  December 1, 2022. This episodic pattern of revolving between sheltered and unsheltered homelessness

18  (or what may also be sheltered homelessness and housing as will be discussed in the next section) is

19  common among those who experience homelessness in San Francisco.

20      30.    In a study I supervised with other faculty members from UC Berkeley, UCSF, SF State,

21  and Santa Clara University (Herring et al. 2020b) in collaboration with the Our City Our Home

22  Coalition, we conducted a representative survey of 584 unhoused San Franciscans asking participants

23  about their experiences with residing unsheltered vs. sheltered. The survey participants current shelter

24  status was representative of the city's overall demographic proportion of sheltered vs. unsheltered

25  homeless at the time of the study. What we found, was a significant revolving door between street and

26  shelter. Among those individuals living on the streets or in their vehicles surveyed (n=321), 15% had

27  been sheltered at some point in the last month, nearly 40% had utilized shelter in the past year, and 81%

28  had either used or tried to access shelter in the past (Herring et al. 2020b, p30).

31.     When survey participants who had been homeless for one year or more and had stayed in shelter at some point in the past year were asked, "In the past year how much time you have spent in shelter?" only 27% reported that they resided in shelter for the full year. 29% reported for staying less than a month, 22% 1-5 months, and 22% for 6-11 months (Herring et al. 2020b, p30).  Rather than a stepping-stone out of homelessness, shelters in San Francisco are more often a temporary rest-stop with bridges to nowhere and an eventual return to the street. This finding complicates the static vision and distinction given in Point-In-Time Counts that define certain people as "sheltered" and others as "unsheltered."

32.     The reasons for leaving shelter were varied. A large number (32%) were exits due to time limits, which to my understanding are no longer in place in most San Francisco shelters, but others included mistreatment by staff (30%), that shelter rules and environment weren't accommodating, healthy, or safe (15%), being kicked out for a violation (12%), hospitalization (6%), or incarceration (4%). These reasons of shelter exits align with those of Mr. Castano, who exited shelter at various points due to (a) lice infestations and (b) safety issues related to a roommate with dementia and (c) being kicked out due to a lapse in CAAP benefits. When participants were asked "after the last time you left shelter where did you go?" the majority (54%) reported returning to living outside. A significantly high response compared to the second largest proportion (18%) staying at a family or friend's place or (14%) another shelter (Herring et al. 2020b, p13). Other researchers have similarly documented how those experiencing homelessness also shift between sleeping rough and other temporary accommodations such as motels and hotels, in vehicles, doubled-up or couch surfing with friends and family, which straddle various federal and local classifications of homelessness. (Desmond 2016, Knight 2015, Hallet 2012, Pruss 2023).

33.     This pattern of moving into and out of shelter is apparent in the records of two of the plaintiffs in this case according to the city's own accounting. According to Lochler's declaration, Toro Castaño has been in Emergency Shelter between December 1, 2022 and 6 April 29, 2023, August 22, 2023 and January 3, 2024, and January 26, 2024 through the present. Teresa Sandoval has been in Emergency Shelter between September 1, 2022 17 and September 28, 2022, December 12, 2023 and January 3, 2024, March 20, 18 2024 and April 1, 2024, and June 11, 2024 through the present.

*Shifts between homelessness and government supported transitional and permanent housing*

34.     Most people experiencing homelessness do so intermittently rather than constantly or as single lifetime event. For instance, in San Francisco's most recent Point in Time Count survey only 22% reported their current episode of homelessness as being their first (ASR 2024, p13). This means that for an estimated 78% of those experiencing homelessness on any given night have moved into and out of homelessness in the past. Of course, of those 22% who reported this being their first episode of homelessness, many, if not most will unfortunately experience homelessness again some point during their life course. This aligns with research conducted across the US, where survey studies consistently find that it is far less common than experiencing homelessness episodically (Culhane et al. 2007, Culhane and Kuhn 1998, McAllister et al. 2011). Either becoming homeless for brief spells in response to short-term changes in their economic, social, or psychological circumstances, or in situations of "chronic homelessness," which is not primarily comprised of individuals who have only experienced homelessness once, but rather those who have experienced homelessness greater than a year over multiple periods of homelessness with intermittent periods of being temporarily housed (HUD 2019).

35.     The recurrence of homelessness is especially high among those in the sorts of housing situations of many of the plaintiffs in this case who are currently residing in forms of government provided temporary, transitional, and permanent supportive housing. According to the declaration of Sarah Locher and Rachowicz, both city employees, four of the seven plaintiffs currently reside in city supported transitional or permanent supportive housing. While this form of housing, under the umbrella of what is commonly called "Housing First," has consistently shown to be more effective and stable than emergency shelter and earlier "staircase models" over decades of academic research, it is still relatively precarious and unstable, with many residents returning to homelessness.

36.     According Lochler's and Rachowicz's' declaration, two of the plaintiffs Nathaniel Vaughn and David Martinez are in the city's Permanent Supportive Housing (PSH). How stable and permanent is this housing and how likely do PSH residents return to homelessness? According to an audit carried out by San Francisco's Budget and Legislative Analyst's Office that followed an entire cohort of those entering PSH in San Francisco in 2010-2011. The study found that four years later 46% were no longer in their original housing placement (BLA 2016: 8). An even higher percentage of exits

(66%) were among those in what at the time was classified as the "HSA Master Lease" covering CAAP participants like Mr. Martinez. Among those who exited PSH, the average length of stay was only 1.5 years.  Other studies that track housing retention in PSH for 2-5 years elsewhere find similar rates of exit hovering between 50% – 65% (Nelson et al. 2014, Harkness et al. 2004, Hurlburt et al. 1996, Lipton et al. 2000, Schiff 2014, Stefancic and Tsemberis 2007).

37.     Among those exiting PSH in San Francisco, many return to homelessness. In the survey study I conducted with colleagues covered in the previous section (Herring et al. 2020b), we asked study participants currently experiencing homelessness in San Francisco (n=584) if they had ever been in PSH before. Eighteen percent, or nearly one in five of those currently homeless in San Francisco, reported that they had at some point resided in PSH. The survey also asked participants what sort of housing they were living in directly prior to their current episode of homelessness. Thirteen percent reported that they had become homeless after leaving PSH.  Of the 107 survey participants who had previously been in supportive housing and were now homeless, 65 percent had been in PSH within the last 5 years. The most common reasons for no longer being in that housing were eviction (25%) and the threat of eviction (13%) or being unable to pay rent (36%) most often due to a break in benefits (14%).

38.     These findings align with recent widespread news coverage and public hearings in 2022 and 2023 on the eviction crisis within the city's permanent supportive housing programs (Thadani 2022, Thadani 2023). In all providers of permanent supportive housing have evicted 774 people since 2018 (Sjosted 2023). However, from my own ethnographic research in the city's PSH buildings and interviews with PSH provider staff, the number of those served eviction notices is likely to be at least three times higher, and the number of those verbally threatened or warned of an eviction much higher. As multiple PSH case managers informed me, they typically encourage their clients who are facing what appear to be unstoppable evictions to leave prior to eviction proceedings, to avoid having the eviction going on their record and increasing their ability to re-enter PSH at a later point.

39.     As found in our survey, providers point to the failure to pay rent as a leading cause. In my ethnographic study, I observed this failure among many PSH residents to be a cause of a break in benefits, such as CAAP or SSI often for bureaucratic reasons of missing an appointment, failure to submit paperwork, or bureaucratic errors. According to Mr. Martinez's declaration, this has also been

1  his experience, due to his disabilities and poor health. Other research participants who moved off

2  benefits, often with employment in low-wage, temporary, precarious jobs would pay their 30% required

3  rent from their wages. However, once losing this employment, the transition back onto benefits could be

4  complicated and take months, resulting in months without steady income and the ability to make rent

5  payments.

6       40.    Interrogating the data on PSH from a different angle of analysis in California's other

7  major city researchers at UCLA examined Los Angeles' Homeless Management Information Systems

8  (HMIS) administrative data and its Housing Departments data on PSH placements to see what

9  percentage of those placed in PSH between 2010-present are currently homeless, as registered in the

10  HMIS. The researchers found that 22% of those who had exited PSH were also currently on the city's

11  shelter or street outreach rolls (Milburn et al. 2021).

12       41.    Transitional housing programs, where plaintiffs Sarah Cronk and Joshua Donahue

13  currently reside, are less secure than the permanent supportive housing discussed above. As Ms. Cronk

14  and Mr. Donahue express in their declarations, they are unsure of the length of time they will receive

15  housing support. Considering the existing research, the city's own data, and the current shelter and

16  housing circumstances of the seven individual plaintiffs it is most likely that one or many of the

17  plaintiffs could return to homelessness over the course of this case, or shortly thereafter.

18       ***

19       42.    **Opinion #2:** The three plaintiffs currently staying in emergency shelter, may still be

20  subject to the city's encampment clearances and enforcement efforts. While these plaintiffs would not be

21  considered unsheltered, they are still defined as "homeless" according to the Department of Housing and

22  Urban Development (HUD) guidelines, as well as the city and county of San Francisco and typically

23  spend significant amounts of time in public spaces. Research in San Francisco and elsewhere shows that

24  even those residing in shelters face policing and sanitation sweeps from a variety of city employees

25  including city police, transit police, sanitation teams, and park rangers.

26       43.    San Francisco's emergency shelters are not designed for twenty-four-hour residency.

27  They are primarily designed for overnight lodging. Some shelters are closed during most or all day.

28  Most lack both private spaces and adequate public spaces to pass daytime hours. Due to limited secure

storage and experiences of theft within shelters, shelter residents often bring their valuable belongings, if not all their possessions, with them outside of the shelter.

44.     Because shelter residents are extremely poor, they also typically do not possess the income required to comfortably or continually spend time in most indoor or outdoor areas of the city that typically require purchase or consumption, and therefore pass a large amount of time in public spaces. Among these spaces are homeless encampments. Many shelter residents maintain social ties and friendships with those residing in encampments outdoors. Some spend significant time at these encampments while outside their shelter residents. Due to the strict limitations on personal belongings at most San Francisco shelters, some shelter residents continue to keep belongings at these encampments with friends or loved ones.

45.     For instance, on a recent short 5-day research trip to San Francisco where I had conversations with over 60 unhoused individuals who appeared to be residing outside in public space just last month in August 2024, I met 14 individuals at encampments who were either living in emergency shelters, transitional housing, or permanent supportive housing while doing outreach at encampments. Five of these individuals, had significant amount of property still stored at these sites with friends residing in these camps. This was either because they felt their belongings were safer and easier to keep track of than at the shelter, or due to storage limitations at the shelter. Four of these individuals, including two in emergency shelters and one in permanent supportive housing had had their belongings taken at camp clearances, including two who were reportedly present at the time of the operations when their property was confiscated.   This was also a practice I observed over my research between 2015-2020.

46.     In a study carried out by myself and Dilara Yarbrough of SF State University (Herring et al. 2020a), which surveyed a representative sample of both unsheltered and sheltered San Franciscan's (n=351) we found that although shelter residents do not experience the same frequency or intensity of policing compared to those residing full-time outdoors, police and encampment resolutions still present an everyday threat and impact daily routines. Our survey asked respondents what their primary living situation had been since becoming homeless. Fifty three percent of those surveyed were sheltered and 47% were unsheltered, a proportion that matched the living situation of the city's overall homeless

population at the time.  As seen in the table below, when asked if they had been approached by police, forced to move, or cited while homeless during the past year, those residing primarily outdoors were exposed to much greater police contact. However, too often ignored is the fact that even those who stay in shelters, short-term hotels, or vehicles have few options but to pass their time in public space and face the same regular policing.

**Police Interactions by Living Situation of Respondent**

| Living Situation | Approached | Approached Monthly | Forced to Move | Cited | 5+ Citations |
|---|---|---|---|---|---|
| Street | 90% | 45% | 88% | 85% | 38% |
| Camping/Parks | 90% | 46% | 92% | 83% | 49% |
| Shelter | 67% | 21% | 61% | 57% | 19% |
| Vehicle | 90% | 20% | 80% | 60% | 2% |
| SRO | 78% | 12% | 55% | 60% | 9% |

Source: Herring et al. 2020a, p8

47.     It is critical to acknowledge that even those who are sheltered or precariously housed in the city's transitional and PSH programs, as the plaintiffs are at this particular point in time, they may remain impacted by the enforcement of quality-of-life laws aimed at homelessness and encampment clearances.

***

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 26, 2024 in Los Angeles, California.

Chris Herring

## References

ASR (Applied Survey Research). 2024. "San Francisco Homeless Point in Time Count."

Beckett, Katherine, and Steve Herbert. 2009. *Banished: The New Social Control in Urban America*. Oxford University Press.

BLA (Budget and Legislative Analyst of the City and County of San Francisco). 2016. "Impact of Supportive Housing on the Costs of Homelessness." San Francisco, CA.

Chang, Jamie Suki, Philip Boo Riley, Robert J. Aguirre, Katherine Lin, Marius Corwin, Nicole Nelson, and Madison Rodriguez. 2022. "Harms of Encampment Abatements on the Health of Unhoused People." *SSM-Qualitative Research in Health* 2:100064.

Culhane, Dennis P., and Randall Kuhn. 1998. "Patterns and Determinants of Public Shelter Utilization among Homeless Adults in New York City and Philadelphia." *Journal of Policy Analysis and Management: The Journal of the Association for Public Policy Analysis and Management* 17 (1): 23–43.

Culhane, Dennis P., Stephen Metraux, Jung Min Park, Maryanne Schretzman, and Jesse Valente. 2007. "Testing a Typology of Family Homelessness Based on Patterns of Public Shelter Utilization in Four US Jurisdictions: Implications for Policy and Program Planning." *Housing Policy Debate* 18 (1): 1–28.

Darrah-Okike, Jennifer, Sarah Soakai, Susan Nakaoka, Tai Dunson-Strane, and Karen Umemoto. 2018. "'It Was Like I Lost Everything': The Harmful Impacts of Homeless-Targeted Policies." *Housing Policy Debate* 28 (4): 635–51.

Desmond, Matthew. 2016. *Evicted: Poverty and Profit in the American City*. Crown.

Fazel, Seena, John R. Geddes, and Margot Kushel. 2014. "The Health of Homeless People in High-Income Countries: Descriptive Epidemiology, Health Consequences, and Clinical and Policy Recommendations." *The Lancet* 384 (9953): 1529–40.

Hallett, Ronald E. 2012. *Educational Experiences of Hidden Homeless Teenagers: Living Doubled-Up*. Routledge.

Harkness, Joseph, Sandra J. Newman, and David Salkever. 2004. "The Cost-Effectiveness of Independent Housing for the Chronically Mentally Ill: Do Housing and Neighborhood Features Matter?" *Health Services Research* 39 (5): 1341–60.

Herring, Chris. 2014. "The New Logics of Homeless Seclusion: Homeless Encampments in America's West Coast Cities." *City & Community* 13 (4): 285–309.

———. 2019. "Complaint-Oriented Policing: Regulating Homelessness in Public Space." *American Sociological Review* 84 (5): 769–800.

Herring, Chris, Dilara Yarbrough, Jamie Chang, Jenny Friedenbach, Olivia Glowacki, Christoph Hansmann, Sam Lew, Pike Long, and Kelsey Ludwig. 2020b. "Stop the Revolving Door: A Street Level Framework for a New System." San Francisco: San Francisco Coalition on Homelessness.

Herring, Chris, Dilara Yarbrough, and Lisa Marie Alatorre. 2020b. "Pervasive Penalty: How the Criminalization of Poverty Perpetuates Homelessness." *Social Problems* 67 (1): 131–49.

(HUD) US Department of Housing and Urban Development. 2019. "Annual Homelessness Assessment Report." Washington DC.

Knight, Kelly Ray. 2015. *Addicted.Pregnant.Poor*. Durham: Duke University Press Books.

Lipton, Frank R., Carole Siegel, Anthony Hannigan, Judy Samuels, and Sherryl Baker. 2000. "Tenure in Supportive Housing for Homeless Persons With Severe Mental Illness." *Psychiatric Services* 51 (4): 479–86.

McAllister, William, Mary Clare Lennon, and Li Kuang. 2011. "Rethinking Research on Forming Typologies of Homelessness." *American Journal of Public Health* 101 (4): 596–601.

Milburn, Norweeta G., Earl Edwards, Dean Obermark, and Janey Rountree. 2021. "Inequity in the Permanent Supportive Housing System in Los Angeles: Scale, Scope and Reasons for Black Residents' Returns to Homelessness."

Nelson, Geoffrey, Ana Stefancic, Jennifer Rae, Greg Townley, Sam Tsemberis, Eric Macnaughton, Tim Aubry, Jino Distasio, Roch Hurtubise, and Michelle Patterson. 2014. "Early Implementation Evaluation of a Multi-Site Housing First Intervention for Homeless People with Mental Illness: A Mixed Methods Approach." *Evaluation and Program Planning* 43:16–26.

Pruss, Graham J. 2023. "Homes without Homes: An Ethno-Archaeology of Vehicle Residency in
     Public Parking." *Human Organization* 82 (2): 153–68.

Robinson, Tony. 2017. "No Right to Rest: Police Enforcement Patterns and Quality of Life
     Consequences of the Criminalization of Homelessness." *Urban Affairs Review*.

Sjosted, David. 2023. "Evictions of Formerly Homeless People Prompt Scrutiny From Supervisors." *The
     San Francisco Standard*, March 21, 2023.

Stefancic, Ana, and Sam Tsemberis. 2007. "Housing First for Long-Term Shelter Dwellers with
     Psychiatric Disabilities in a Suburban County: A Four-Year Study of Housing Access and
     Retention." *The Journal of Primary Prevention* 28 (3–4): 265–79.

Stuart, Forrest. 2016. *Down, out, and under Arrest: Policing and Everyday Life in Skid Row*.
     University of Chicago Press.

Thadani, By Joaquin Palomino and Trisha. 2022. "S.F. Is Evicting Its Most Vulnerable Tenants
     Closer to Pre-Pandemic Levels. But Official Numbers Don't Show Scope of the Crisis." *San
     Francisco Chronicle*, September 7, 2022.

Thadani, Joaquin Palomino, Trisha. 2023. "Supes Question Rash of Evictions from S.F. Housing
     Programs." San Francisco Chronicle. March 21, 2023.

0

# Appendix A

cherring@soc.ucla.edu ✉
@cherring_soc 🐦
chrisherring.org 🌐

# CHRIS HERRING

## Appointments

| | |
|---|---|
| 2021 – present | Assistant Professor of Sociology, University of California Los Angeles<br>Affiliate Faculty: Luskin Institute on Inequality and Democracy, UCLA Skid Row Gateway. |
| 2020 – 2022 | Postdoctoral Fellow, Inequality in America Initiative, Harvard University |

## Education

| | |
|---|---|
| Ph.D. | Sociology, University of California, Berkeley 2020 |
| M.A. | Sociology, University of California, Berkeley, 2013 |
| M.A. | Social Anthropology, Central European University, 2010 |
| B.A. | Economics, Bard College, 2008 |

## Research and Teaching Interests

Urban Sociology, Poverty, Housing and Homelessness, Criminal Justice, Welfare, Employment, Social Theory, Ethnography, Community Action Research, Social Policy.

## Publications

### Journal Articles

Chris Herring. 2021. "Complaint-Oriented 'Services:' Shelters as Tools for Criminalizing Homelessness." *The Annals of the American Academy of Political and Social Sciences, 693*(1), 264-283.

Chris Herring, Dilara Yarbrough, and Lisa Marie Alatorre. 2020. "Pervasive Penality: How the Criminalization of Homelessness Perpetuates Poverty." *Social Problems*, 67(1), 131-149.

Chris Herring. 2019. "Complaint-Oriented Policing: Regulating Homelessness in Public Space." *American Sociological Review, 84*(5), 769-800.
*American Society of Criminology Joan Petersilia Outstanding Article Award. 2021.

Chris Herring and Emily Rosenman. 2016. "Engels in the Crescent City: Revisiting the Housing Question in Post-Katrina New Orleans." *ACME: An International Journal for Critical Geographies*, 15(3), 616-638.

Chris Herring, Manuel Rosaldo, Josh Seim, and Benjamin Shestakovsky. 2016. "Living Theory: Principles and Practices for Teaching Social Theory Ethnographically." *Teaching Sociology*, 12(1), 1-12.

Chris Herring and Manuel Lutz. 2015. "The Roots and Implications of the United States' Homeless Tent Cities." *City*, 19 (5), 689-701.

Chris Herring. 2014. "The New Logics of Homeless Seclusion: A Comparative Study of Homeless Encampments in the Western United States." *City and Community*, 13(4), 285-309.

### Book Chapters

Chris Herring. 2024. "Regulating Homeless Encampments." In D. Culhane, S. Fitzpatrick, G. Johnson, S. Metreaux, and E. O'Sullivan (eds), *"Research Handbook on Homelessness."* Edward Elgar Publishing.

Chris Herring. 2023. "Housing Deprivation: Homelessness and the Reproduction of Poverty." In B. McCabe and E. Rosen (eds), *The Sociology of Housing*. Chicago: University of Chicago Press.

Chris Herring and Paul Boden. 2021. "Criminalizing Homelessness" in *Counterpoints: A Bay Area Atlas by the Anti-Eviction Mapping Project*. Oakland, CA: PM Press.

Bilal Ali, Lisa Marie Alatorre, Jennifer Friedenbach, Chris Herring, TJ Johnston, and Dilara Yarbrough. 2020. "Fighting Anti-Homeless Laws through Participatory Action Research: Reflections from the San Francisco Coalition on Homelessness' Criminalization Study." In S. Greenbaum and P. Zinn (eds), *Collaborating for Change: A Participatory Action Research Casebook*. New Brunswick: Rutgers University Press.

*Society of Social Problems, Community Partner Paper Award. 2019.

Chris Herring. 2019. "Between Street and Shelter: Homeless Seclusion and the Neutralization of Poverty." In J. Flint and R. Powell (eds.) *Class, Ethnicity, and State in the Polarized Metropolis: Putting Wacquant to Work*. London: Palgrave.

Chris Herring. 2013. "The Housing Question of Disaster Reconstruction: Rebuilding New Orleans on the Tenants of an Ownership Society." In E. Murphy and N. Hourani (eds.), *The Housing Question: Tensions, Continuities, and Contingencies in the Modern City*. Ashgate Press.

Zoltan Gluck and Chris Herring. 2012. "The Homeless Question of Occupy." In *Occupy!: Scenes from Occupy America*. New York: Verso Press.

Essays, Reviews, and Commentary

Chris Herring. 2024. "High Court Upholds Law Criminalizing Homelessness, Making things Worse." *Fulcrum*. (Opinion).

Chris Herring. 2024. *European Journal of Homelessness*. Parsell, Cameron. *Homelessness: A Critical Introduction*. (John Wiley & Sons, 2023) (International Book Review. Symposium).

Neil Gong and Chris Herring. 2020. "The Case for Commandeering Hotel Rooms: San Francisco Has a Model to House the Homeless During the COVID-19 Pandemic." *Cal Matters*. (Opinion).

Chris Herring and Neil Gong. 2020. "San Francisco Has the Authority, Vacancies, and Funds to House Homeless People in Hotels." *San Francisco Examiner*. (Opinion).

Chris Herring. 2019. "Democrats hate Trump's plan for homelessness: But it's their plan too." *The Washington Post*. (Opinion Essay) Outlook sections front-page feature of the Sunday print edition.

Chris Herring. 2019. "Concentrated Poverty." In *The Wiley-Blackwell Encyclopedia of Urban and Regional Studies*, 1-10. Wiley-Blackwell. (Encyclopedia Article)

Chris Herring. 2019. "Evicting the Evicted: Zur Kriminalisierung von Obdachlosigkeit. Ein Gespräch mit dem Soziologen Chris Herring" in *Technopolis: Urbane Kämpfe in der San Francisco Bay Area*. Katja Schwaller (ed). Berlin: Association A. (Translated Interview)

Gretchen Purser, Lisa Bates, Erin McElroy, Manissa McCleave Maharawal, Daniela Aiello, Pamela Phan, Terra Graziani. 2018. "Eviction Lab Misses the Mark." *Shelterforce.* (Essay)

Chris Herring, Miranda Smith, and Thomas Gilbert (eds). 2017. "The Roots and Implications

of the Trump Election." *Berkeley Journal of Sociology*. 61: 23-42. (Volume Editor)

Chris Herring. 2015. "Tent City, America." *Places: Public Scholarship of Architecture, Landscape and Urbanism*. December. (Research Essay)

Chris Herring. 2015. "Evicting the Evicted: The Spurious Rationales of 'Homeless Sweeps.'" *Progressive Planning Magazine*. Fall, 29-32. (Research Essay)

Chris Herring. 2015. "Sheltering Those in Need: Architects Confront Homelessness." Introductory Essay for the 2016 Berkeley Prize Essay Competition. UC Berkeley, College of Environmental Design.

Chris Herring, Dilara Yarbrough, and Tony Sparks. 2015. "Punishing the Poorest." *Street Sheet*. San Francisco. Six articles for San Francisco's Homeless Street newspaper based on the report *Punishing the Poorest.*

Chris Herring. 2014. "Four Fallacies of the Jungle Eviction." *Beyond Chron*. San Francisco. (Opinion).

Manissa McCleave Maharawal and Chris Herring (eds). 2014. "Struggles for the Public University." *Berkeley Journal of Sociology*. 58: 23-42. (Special Issue co-editor).

Chris Herring. 2014. "The Magical Bum: The Cinematic Paradox of Positive Portrayals of Homelessness." *The State of Things Film Journal.* Los Angeles. (Film Essay)

Chris Herring. 2013. *California Historical Society Magazine*. Mark Wyman, *Hoboes: Bindlestiffs, fruit tramps, and the harvesting of the west.* (New York: Hill and Wang, 2010), 336 pp. & Art Hazelwood, *Hobos to Street People: Artists Responses to Homelessness from the New Deal to the Present.* (San Francisco: Freedom Voices, 2011).

Zoltan Gluck and Chris Herring. 2012. "Rearticulating the Struggle for Education." *The Occupy Gazette*. New York: N+1 Publishing.

Chris Herring. 2012. "Occupy Academia!" London School of Economics' Impact Blog.

Chris Herring. 2010. *Central European University Journal of Political Science*. Loïc Wacquant, Punishing the Poor: The Neoliberal Government of Social Insecurity (London: Duke University Press, 2009), 365 pp.


Policy Briefs and Reports

Social Scientist's Amicus Brief for Supreme Court Hearing of *Johnson v. Grants Pass*. Lead author. 2024.

Chris Herring (lead contributor with RPS staff). 2023. "RPS Brief Series: Unhoused Persons." NYU's Reimagining Public Safety Initiative. New York.

Sandra Smith and Chris Herring. 2022. "The Limits of Ban the Box." Institute for Labor and Employment Research. University of California, Berkeley.

Adriana Camarena, Stella Kunkat, Jennifer Friedenbach, John Hamanski, Chris Herring, Samantha Lew, Courtney McDonald, Sara Shortt, John Stiefell. 2021. "Compassionate Alternative Response Team (CART): A Community Plan for San Francisco." San Francisco Coalition to End the Policing of Homelessness. San Francisco.

Chris Herring, Dilara Yarbrough, Jamie Chang, Mark Flemming, Chris Hanssmann, Pike Long, Kelsey Ludwig. 2020. "Stop the Revolving Door: A Street Level Framework for a New System." Our City Our Home Coalition. San Francisco.

Kamran Abri Lavasani, Haruna Aridomi, Collette Auerswald, Zachary Butzin-Dozier, Brigid Cakouros, Joey Chiang, Brandon Chu, Jack Colford, Hoaian Dang, Sarah Ferrell, Jay Graham, Madeleine Kane, Toshali Katyal, Christine Ma, Dough Martin, Matt Matusieqicz, SandraMcCoy. 2020. "For the Good of Us All: Addressing the Needs of Our Unhoused Neighbors During the Covid-19 Pandemic." UC Berkeley School of Public Health. Berkeley.

Chris Herring, Dilara Yarborough, Lisa Marie Alattore, and the San Francisco Coalition on Homelessness. 2015. "Punishing the Poorest: How San Francisco's Criminalization of

Homelessness Perpetuates Poverty." San Francisco Coalition on Homelessness. San Francisco.

Chris Herring, Dilara Yarbrough, and Lisa Marie Alattore. 2015. "How Quality of Life Enforcement Affects Homelessness." Policy brief for California State Senate Bill SB608 "The Right to Rest Act."

Chris Herring. 2010. "Tent Cities in America: A Pacific Coast Report." National Coalition for the Homeless. Washington DC.

<u>In Progress</u>

Chris Herring. *Cruel Survival: Policing and Punishing the Unhoused in the American City* (Under contract with University of California Press)

Chris Herring. "Precarious Housing Fixes: The Limits of Homeless Housing Programs in San Francisco."

Jeff Garnand and Chris Herring. "Public-Private Parasites: How Business Improvement Districts Criminalize Homelessness."

Charles Musoff, Chris Herring, Dilara Yarbrough, Jennifer Friedenbach, and Mark Fleming. "From Precariously Housed to Homelessness: Lessons for Homelessness Prevention from San Francisco"

Sandra Smith and Chris Herring. "Undoing the Mark of a Criminal Record: Ban the Box and the Limits of Fair Chance Employment Policies."

## Presentations
<u>2021-2024</u>

"Complaint-Oriented 'Services:' Shelters as Tools for Criminalizing Homelessness"
- Panelist. Urban Affairs Association Annual Meeting. New York, NY. 2024.
- Invited lecture. Oregon Housing Conference. Portland, OR. 2023.
- International Sociological Association Congress. Melbourne. 2023.
- Invited panelist. American Sociological Association Sociological Association Meeting. 2022.
- Invited lecture. University of Southern California Price School of Public Policy. Social Innovations Series. 2022.
- Invited panelist. Webinar on "Ending Family Homelessness" hosted by the American Academy of Political and Social Sciences. 2021.
- Law and Society Association Annual Meeting. Virtual. 2021.
- Invited panelist. Conference for the special issue *Dynamics of Homelessness* in the Annals of the American Academy of Political and Social Sciences. Virtual. 2020.

"Cruel Survival: Policing and Punishing the Unhoused in the American City"
- Invited lecture. University of Chicago. Critical Social Sciences Workshop. 2023.
- Draft Book Talks/Workshops: UCLA Sociology 237 Workshop (2024), University of Oregon. Sociology Undergraduate "Community and Crime" (2024), Harvard University. Sociology Undergraduate Honors Course in Ethnography (2023).

"Pervasive Penality: How the Criminalization of Homelessness Perpetuates Poverty"
- Invited lecture. UCLA Division of Population Behavioral Health. 2024.
- Invited lecture. Penn State Criminology Department Graduate Workshop. 2022.
- Invited panelist. National Law Center on Homelessness Criminalization Report Release. 2020.
- Society of Social Problems Annual Meeting. With Dilara Yarbrough and Lisa Marie Alattore. New York. 2019.

- American Sociological Association Meeting. With Dilara Yarbrough. Philadelphia. 2018.
- Power at the Margins: An Academic and Organizing Conference. With Dilara Yarbrough and Kelley Cutler. University of Minnesota, Minneapolis. 2018.
- Invited Course Lectures: Penn State "Homelessness in America" undergraduate course, 2024. USC Sociology of Housing Undergraduate course, 2024. UC Berkeley School of Law Punishment, Culture, and Society course. 2023. Pomona College Undergraduate Qualitative Methods Seminar. 2023.

"Fighting Anti-Homeless Laws through Participatory Action Research: Lessons from the San Francisco Coalition on Homelessness' Criminalization Study."
- Invited lecture. With Lisa Marie Alatorre. University of California, Irvine Sociology Graduate Seminar in Research Design. 2024.
- Invited lecture. American University Anthropology Department's Graduate Workshop in Public Anthropology. 2021.
- Panel co-organizer with Faranak Miraftab, "Engaged Scholarship for Social Justice." American Sociological Association Annual Meeting. With Dilara Yarbrough. 2020 (Cancelled due to pandemic).
- Society of Social Problems Annual Meeting. With Dilara Yarbrough and Lisa Marie Alatorre. New York City. 2019.
- UC Berkeley Human Rights Center. With Dilara Yarbrough. 2016.

"Complaint-Oriented Policing: Regulating Homelessness in Public Space"
- Invited lecture. UC Berkeley Sociology Graduate Student Writing Workshop. 2023
- Invited panelist. "Policing the Crisis" Conference Rockefeller College, SUNY Albany. 2022.
- American Association of Geographers Annual Conference. New York. 2022.
- Invited panelist. Harvard Faculty of Arts and Science's Symposium. 2021.
- Invited lecture. Harvard Urban Theory and Data Lab. 2021.
- Invited panelist. UC Berkeley Social Science Matrix. 2020.
- Invited lecture. Northeastern University, Urban Anthropology Graduate Workshop. 2020.
- Invited lecture. University of Illinois Urbana Champaign. Department of Sociology. 2019.
- Invited lecture. UCLA, Department of Sociology. 2019.
- Invited lecture. UC Berkeley Global Urban Humanities colloquium. 2019.

"Organizing Against Homelessness in the Pandemic City"
- International Sociological Association Congress. Melbourne. 2023.
- Invited panelist. University of Oregon Housing Conference. Eugene. 2022.
- American Anthropological Association Annual Meeting. Baltimore. 2021.
- Invited panelist. Verso Books and Relational Poverty Network. Virtual. 2020.

"Compassionate Alternative Response Team (CART): A Community Plan for San Francisco."
- Invited Presentation to the San Francisco Police Commission. 2023.
- Press conference for the report release. With research team members. 2021.

"Precarious Housing Fixes: The Limits of Homeless Housing Programs in San Francisco."

- Invited panelist. University of Oregon Housing Conference. Eugene. 2022.
- Power at the Margins: An Academic and Organizing Conference. UC Berkeley. 2020 (Cancelled due to pandemic).
- Invited panelist. *The Sociology of Housing*. Georgetown University. 2019.

Discussant
- UCLA Law School. "The Supreme Court, Grants Pass, and The Criminalization of Homelessness." Invited Panelist. 2024.
- National Alliance to End Homelessness Researchers Network. "How Research Can Support Legal Advocacy." 2024.
- Royal Society of Geography. Social and Cultural Geography Group. "Teaching and Career Development in Higher Education." 2023.
- The Struggle for Housing Justice Workshop. Council of European Studies. ICSU-Lisboa + Sirigaita. Lisbon. 2022.
- Book Launch for "Better Lives: Hope, Freedom, and Home-Making Among People Sleeping Rough in Paris" by Johannes Lenhard. 2022.

>2021
"Stop the Revolving Door: A Street Level Framework for a New System."
- Press conference for the report release. With research team members. 2020.
- Invited presentation to San Francisco Department of Public Health and Homeless Emergency Services Provider Association. 2019.
- Invited panelist. Code for America. San Francisco. 2018.

"For the Good of Us All: Addressing the Needs of Our Unhoused Neighbors During the Covid-19 Pandemic."
- Press conference for the report release. With research team members. 2020.

"Therapeutic Penal Populism: Criminalizing Poverty in the Progressive City."
- Bay Area Politics Workshop. University of San Francisco and UC Berkeley Political Science Departments. Berkeley. 2019.

"Public-Private Parasites: How Business Improvement Districts Criminalize Homelessness."
- Urban Affairs Association Annual Meeting. With Jeff Garnand. Los Angeles. 2019.

"New Logics of Homeless Seclusion: A Comparative Study of Large-Scale Homeless Encampments."
- Invited lecture. Santa Clara University. 2019.
- Invited lecture. Santa Clara Homelessness Task Force. San Jose. 2019.
- Invited lecture and two policy roundtables on homeless encampments. West Coast Poverty Center. University of Washington. 2017.
- Invited lecture. Metropolitan Dallas Homeless Alliance. Dallas. 2015.
- Invited lecture. Pyatok Architects. Oakland. 2015.
- RC21 International Sociological Association Committee on Urban Research. Berlin. 2013.
- American Association of Geographers Annual Meeting. Los Angeles. 2013.
- Urban Affairs Association Annual Meeting. San Francisco. 2013.
- American Anthropological Association Annual Meeting. San Francisco. 2012.
- Spaces and Flows: An international conference of urban and extraurban studies. UCLA. 2011.
- American Sociological Association Annual Meeting. Las Vegas. 2011.

"Healthy Streets Operation Center's Impact on the Criminalization of Homelessness in San Francisco."
- Invited presentation. San Francisco Police Commission. 2019.
- Invited presentation. San Francisco Police Commission. 2018.
- Invited presentation. San Francisco Homeless Coordinating Board. 2018.
- Invited presentation. San Francisco Board of Supervisors. 2018.

"Urban Revanchism Reloaded: Gentrification, Homelessness, and Policing."

- Session organizer with Manissa Maharawal, Don Mitchell, and Amanda Huron. American Association of Geographers Annual Meeting. New Orleans. 2018.

"Punishing the Poorest: How the Criminalization of Homelessness Perpetuates Poverty in San Francisco."
- Invited presentation to UN Special Rapporteur on Human Rights and Extreme Poverty. With Dilara Yarbrough. San Francisco. 2017.
- Invited presentations with peer researchers Dilara Yarbrough and Lisa Marie Alattore to 13 San Francisco city agencies and commissions, 11 city supervisors, 6 state senators, and 13 community forums. San Francisco and Sacramento. 2015-2017.
- Invited presentation to investigators of the US Department of Justice. 2016.
- Invited panelist. Center for Solutions Based Journalism. San Francisco. 2016.

"Re-evaluating Expertise and Reversing Stigma: A Community Action Research Approach to Empirical Legal Studies."
- Invited lecture. With TJ Johnston. UC Berkeley School of Social Work's Annual Social Justice Symposium. Berkeley. 2016.
- Invited panelist. With Dilara Yarbrough. UC Berkeley and Sciences Po Mini Conference, "Social Solidarity." Berkeley. 2016.

"Towards a Compassionate City."
- Co-organizer, moderator, and speaker on three panels over three evenings at San Francisco's Storefront Lab examining encampments and addressing interim measures for addressing homelessness. San Francisco. 2016.

"The Roots and Implications of US Tent Cities."
- American Sociological Association Annual Meeting. Chicago. 2015.

"Advocacy and Research"
- Invited panelist. With Dilara Yarbrough and Jennifer Friedenbach. National Summit to End the Criminalization of Homelessness. National Coalition on Homelessness. Denver. 2015.

"The Housing Question of Disaster Reconstruction: Homeownership as the Sine Qua Non of Citizenship."
- "Infrastructures of Home and City: The Problem of Housing in Modern Urban Society" Conference. Michigan State University. 2012.
- American Association of Geographers Annual Meeting. New York City. 2012.
- Urban Affairs Association Annual Meeting. New Orleans. 2010.
- World Ecologies Conference. Lund University. 2010.

"Homeless by Law: Crafting a Photo-ethnography of California's Transient Sex-Offenders."
- Invited lecture. with Getty award winning photographer Ian Martin. UC Berkeley Center for Urban Ethnography "Images from the Field" lecture series. Berkeley. 2012.

"Author Meets Critic: Teresa Gowan, *Hobos, Hustlers, and Backsliders*."
- Invited discussant. Ann Lucas Lecture Series, San Jose State University. San Jose. 2011.

## Awards

American Society of Criminology Joan Petersilia Outstanding (Faculty) Article Award. 2021.

Society of Social Problems, Community Partner Paper Award. With Dilara Yarbrough and Lisa Marie Alatorre. 2019.

UC Berkeley Sociology Alumni Prize for Public Sociology. 2016.
UC Berkeley Sociology Alumni Prize for Public Sociology. With the Berkeley Journal of Sociology Editorial Collective. 2015.
UC Berkeley Teaching Effectiveness Award. 2015.
UC Berkeley Outstanding Graduate Student Instructor Award. 2014.
Central European University Department of Social Anthropology Academic Achievement Award. Highest ranked student in MA program. 2010.
Leon Botstein Award. Bard College. Highest interdisciplinary achievement of graduating

class. 2008.

## Fellowships and Grants

National Alliance to End Homelessness Research Grant. 2024-2026. $100,000.
UCLA Hellman Society of Fellows. 2024-2025. $20,000.
UCLA Center for Community Engagement, Social Impact Collaborative Grant. 2024
    2025. $10,000.
UCLA Equity, Diversity, & Inclusion Early Career Development Award. 2023-2024.
    $12,000.
UCLA Faculty Senate Grant. 2023. $6,683.

Horowitz Foundation for Social Policy Dissertation Grant. 2019.
Center for Engaged Scholarship Fellow. 2018.
Herbert Blumer Teaching Fellow, UC Berkeley Sociology Department. 2018.
UC Berkeley Empirical Legal Studies Fellow, UC Berkeley Law School and Center for the
    Study of Law and Society. 2017.
National Science Foundation Dissertation Improvement Grant. 2016.
UC Berkeley Global Metropolitan Studies Summer Research Fellowship, 2015.
UC Berkeley Sociology Social Justice Fellowship. 2015.
UC Berkeley Human Rights Fellowship, UC Berkeley Law School. 2015.
Sociological Initiatives Foundation Grant. with Dilara Yarbrough and the San Francisco
    Coalition on Homelessness. 2015.
National Science Foundation Graduate Research Fellow. 2011-2015.
Thomas J. Watson Fellowship (Declined). 2008.

## Teaching and Mentorship

### UCLA Courses Taught

Urban Sociology Graduate Seminar
Urban Sociology Undergraduate Lecture
Urban Sociology Undergraduate Honors Seminar: Contemporary Los Angeles
Poverty Ethnography Undergraduate Seminar
Divided Cities: A Global Sociology of Urban Inequality. Undergraduate Seminar

### UC Berkeley Courses Taught

Pedagogy Graduate Seminar (w/ Christina Mora)
Summer Workshop in Qualitative Methods Undergraduate Seminar (w/ Neil Gong)
Teaching Assistantships: Contemporary Social Theory (Michael Burawoy), Classical
Social Theory (Michael Burawoy) / Urban Sociology (Joanna Reed).

### PhD and MA Committees (*denotes chair)

*Current:* Sam Lutzker,* Victoria Tran, Irene Del Mastro, Rebecca Kauffman, Kate Smock,
Yvonne Carrillo, William Schuppman, Niahm Costello (social welfare), Jason Contino, Kai
Bovik, Arlo Hatcher, Zac Clark (urban planning),
*Past:* Chris Giamarino (urban planning), Nicolas Gutierrez (UCLA Casanova Scholar, SDSU
MA thesis).

### Undergraduate mentoring

*Current:* Frank Godinez (Mellon Mays Scholar), Sydney Do (McNair Scholar); Meg Houseworth, Gordon Krauss, Jillian Steinman (UCLA undergraduate research scholar program).
*Past:* Veronika Vucetic, Amelie Wu (UCLA undergraduate research scholar program), CC D'Arms (Harvard honors thesis), Eric Forter, Raquel Zitani-Rios (UC Berkeley honors thesis).

## Editorial Service

Reviewer for *American Journal of Sociology, American Sociological Review, Social Problems, Social Forces, Ethnography*, City and Community, *Law and Society*, *Urban Affairs Review*, *Urban Geography, Urban Studies, Annals of the American Association of Geographers, CITY, Journal of Planning Education and Research, Qualitative Sociology, International Journal of Comparative Sociology, Environment and Planning C: Politics and Space, Environment and Planning D: Society and Space, Social Movement Studies, Criminal Justice Studies, Political Geography, Antipode, Radical Housing Journal, Housing and Society, Law and Social Inquiry, Qualitative Research in Health, Socius, Social Currents, Sociological Compass, Sociological Forum, Criminology and Public Policy, The Howard Journal of Crime and Justice, Canadian Journal of Criminology and Criminal Justice, Journal of Social Distress and Homelessness, Yale State and Local Policy Review, Canadian Journal of Nursing Research.*

Managing Editor and Co-Founder of the revised online-first Berkeley Journal of Sociology. 2012-2014. 2016-2017. Editorial Collective Member, Berkeley Journal of Sociology, 2010-2019.

## University and Professional Service

*University of California, Los Angeles*
Faculty sponsor of Urban Sociology Working Group, 2022 – ongoing.
Faculty coordinator of the Urban Sociology Qualifying Exam, 2024 – ongoing.
UCLA Unhoused Task Force, 2024 – ongoing.
Luskin Institute Inequality and Democracy Activist in Resident Selection Committee. 2024.
Holistic Evaluation of Teaching Framework Committee, 2022-2023.

*Professional Associations*
American Society of Criminology Outstanding Article Award Selection Committee. 2024.

*University of California, Berkeley*
Co-organizer with Laura Belik, Eric Goldfischer, and Rob Robinson of multi-day conference "Power at the Margins: Mobilizing Across Housing Injustice." Spring 2020.
Jury Member for the Berkeley Prize Essay Competition. UC Berkeley, College of Environmental Design, 2016.
Coordinator of Center for Ethnographic Research Speakers Series, 2013 – 2018.
Director of Departmental Conference, "Critical Approaches to Financialization," 2013.
Berkeley Journal of Sociology Conference Organizer: 2011, 2012.

*Central European University, Budapest*
Student Representative to the Provost, 2009-2010.
Social Anthropology Representative to the Student Senate, 2009-2010.

## Community Engaged Scholarship
Participatory-Action Research

PI with LA Tenants Union. "The Causes and Consequences of Unstable Exits from
    Permanent Supportive Housing." 2024 – present.
Co-Director of Research with Dilara Yarbrough and Our City Our Home Coalition.
  San Francisco Homeless Needs Assessment. 2018-2020.
Co-Director of Research with Dilara Yarbrough and Lisa Marie Alatorre with the San
    Francisco Coalition on Homelessness. San Francisco Criminalization of
Homelessness
    Study. 2014-2015.

Community and Policy Work

Member. National Alliance to End Homelessness Research Network. 2024 – present.
Advisory Board Member. Reimagining Public Safety @ New York University School of
    Law's Policing Project. 2022 – present.
Member. Coalition for Alternatives to Policing Homelessness. Compassionate
Alternative Response Team (CART) implementation committee. 2020 – present.
Cal Humanities Grant Supervisor. "We are Home" community arts project with DISH
    Supportive Housing, San Francisco. 2022 – 2024.
Member. San Francisco Police Department Homeless Advisory Board. 2017-2020.
Member. San Francisco Coalition on Homelessness Human Rights Workgroup. 2014
    2020.
Member. Bay Area Safe and Organized Spaces Coalition. 2017-2018.
Research Affiliate. SF Department of Homelessness and Supportive Housing. Summer
    2016.
Research Affiliate. National Coalition for the Homeless. 2009-2010.
Project Manager. New York City Department of Housing Preservation and Development,
    division of multi-family housing new construction, New York, NY. 2008-2009.

Legal Work

Lead Organizer and Contributor to Social Scientist's Amicus Brief to Supreme Court *City
    of Grants Pass, Oregon v. Johnson*. 2024.
Expert Witness in *Williams v. City of Albuquerque*. With New Mexico ACLU. 2024 –
    present.
Expert Witness in *Duncan v. City of Portland*. With Oregon Law Center. 2023 – present.
Expert Witness in *San Francisco Coalition on Homelessness vs. City of San Francisco*.
    With Latham and Watkins LLP, LCCR, and ACLU of Northern California.  2022
    – present.
Expert Witness in *Berry vs. Hennepin County*. With ACLU Minnesota.  2021- present.

## Media Appearances
Commentary and coverage of my research has appeared multiple times on CNN, the LA
Times, San Francisco Chronicle, Bloomberg City Lab, San Francisco Examiner, UK

Guardian, Al Jazeera, Huffington Post, San Jose Mercury, ABC News, San Francisco Public Press, Los Angeles Public Press, SF Weekly, Vice, The Bold Italic, 48 Hills, Hoodline, The Frisc, Mission Local, San Francisco Standard, East Bay Express, and NPR affiliates KCRW and KQED, and the Daily Bruin.

Commentary and coverage of my research has appeared in the New York Times, Washington Post, Harpers, The New Yorker, Politico, The New Republic, BBC, Newsweek, New York Magazine, Daily Telegraph (London), Seattle Times, Miami Herald, Baltimore Sun, Associated Press, The Globe and Mail (Canada), US News and World Report, New Statesmen City Monitor (London), The Appeal, Curbed LA, Las Vegas Sun, Long Beach Post, Vanity Fair Italy, Bolt Magazine, Voice of America, San Francisco Bay View National Black Newspaper, Richmond Review/Sunset Beacon, VT Digger, United Nations Newsletter, California Planning Association's Newsletter, Urban Institute's Housing Matters Newsletter, Education News, and California Healthline.

I've been featured in program-length interviews on the podcasts/radio shows "Against the Grain" on KPFA, "Civic" by the SF Public Press, "Your Call with Rose Aguilar" on KPFA, and "Simply Superior" on Wisconsin Public Radio.  I've made appearances or my research has been referenced on Fox News, San Francisco Kron 4 News, KCBS San Francisco, CBS Austin, Al Jazeera, WFFA Dallas Evening News, KERA News North Texas, 99% Invisible Podcast, and Last Week Tonight with John Oliver. For links to media coverage visit chrisherring.org.

## Professional Affiliations

| | |
|---|---|
| American Sociological Association | Scholars Strategy Network |
| Society for the Study of Social Problems | Unequal Cities Network |
| Law and Society Association | American Society of Criminology |
| Urban Affairs Association | American Anthropological Association |
| American Association of Geographers | |
| International Sociological Association: RC21 & RC43 | |