**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

COALITION ON HOMELESSNESS, et al.,

Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 4:22-cv-05502-DMR

**DECLARATION OF DAVID MARTINEZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR JUDGEMENT ON THE PLEADING**

Judge: Hon. Donna M. Ryu
Trial Date: May 1, 2025

I, DAVID MARTINEZ, hereby declare pursuant to 28 U.S.C. § 1746:

1.  All facts set forth in this declaration are based on my personal knowledge and, if called upon to testify as to the truth of these facts, I could and would competently do so.

2.  About 11 or 12 years ago, I was diagnosed with a heart condition, right side congestive heart failure. Because of my heart condition, I have a variety of symptoms like difficulty breathing, speaking, lifting, bending, walking long distances, and seeing properly. I also experience poor circulation, which causes my legs to fall asleep very easily. All these symptoms make it hard for me to concentrate and would make working a typical job impossible. My condition means that I have to stay on top of my medical care to make sure I am healthy.

3.  I currently live in a single room occupancy ("SRO") unit in San Francisco. Before I got my current place, I was homeless and unsheltered for over 15 years.

4.  When I got to my current placement, I was told the placement would be temporary. I believe that at some point, I might have to move. I know people who got rooms before me who have been moved from placement to placement multiple times.

5.  I receive funds through the County Adult Assistance Program ("CAAP"). It is my understanding that these funds pay for my housing. I believe that I receive around $720 a month under the CAAP program after rent is deducted. My CAAP eligibility is reassessed every 6 months. This means I am required to show up to an in-person appointment each time I want to renew my CAAP benefits. My only other source of income is my CalFresh benefits. I receive around $223 a month for food stamps.

6.  My benefits have been cut off many times. The last time this happened was a few months ago. I received a letter saying my CAAP benefits would be cut off because I missed my renewal appointment. At the time, I wasn't even able to walk to the corner store from how sick I felt. My heart condition causes my lungs fill up with fluid and that makes it hard for me to breathe and walk. My benefits were cut off for a week. I was able to get a hold of one of the case workers and let her know I couldn't make it to the appointment because I had no wheelchair or way of getting there. Eventually, a case worker called me back and reinstated my benefits without an in-person appointment. I believe what happened was that they pushed

my next appointment for another six months because they realized my disability doesn't allow me to physically travel to renew my benefits every six months.

7. Before this incident, there was another time I was cut off from receiving CAAP benefits for about four months. I was cut off because I never received the booklet with information about the renewal process and because they changed my case worker around three times that month. The mistake was theirs. I was worried I would lose my housing because being cut off meant I couldn't pay the rent for four months. When this happened, I went to check in with the people who manage the building but no one ever brought any issues up. Eventually, I was able to reestablish CAAP eligibility over the phone.

8. I know how easy it is to end up on the streets of San Francisco. I lived in a high-rise apartment building in San Francisco for many years before I became homeless after I could not find enough work to afford rent.  Because of my past experiences, I am scared that I will face homelessness again. I think about it often. Having housing is no guarantee. If I could go from renting my own apartment for many years to living in a carboard box before, it can happen again.

9.  Living on the streets with a disability is the hardest thing I've ever done in my life. Those of us in nearby encampments would warn the police or DPW if someone was sick or unable to move during a sweep. But the City never cared, and we were still forced to quickly move our stuff. If we weren't fast enough, our stuff would be taken. I often would tell DPW workers and the police that I had a heart condition, and they would just laugh at me. They never cared. They never gave me more time. It seemed like the more issues someone had, the more they made your life difficult.

10.  I was always afraid of sweeps because nine times out of ten, I'd lose everything. Even if I was prepared for the sweep or not. My medication was taken multiple times, even if my name was on the bottle. That was always the first thing I tried to protect. One time, a lady dropped off a tent and a bunch of nice cooking stuff. I remember thinking I had everything I needed. I had an appointment to renew my CAAP benefits so I wrote a note on the tent, like

the police told me to do. I was gone for half an hour. On my way back, from the bus, I could see DPW taking my stuff. It was devastating.

11. I wanted to give up a bunch of times while living on the streets, but I saw other people—some who had lost limbs or couldn't walk at all—and that kept me going. I told myself there was no reason for why I should give up. I would be devasted if I had to go back to living on the streets. I was close to dying before getting my current place. I was affected by one thing after another on the streets. I couldn't ever make it to the doctors. I would spend my time lying down wherever I could. Now, I have more stability and hope.

*David Martinez*

David Martinez