UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF NATHANIEL VAUGHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR JUDGEMENT ON THE PLEADING**<br><br>Judge: Hon. Donna M. Ryu<br>Trial Date: May 1, 2025 |

I, Nathaniel Vaughn, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am a plaintiff in this case. I previously authored a declaration in this case. *See* ECF No. 9-4.

3. I currently live in the Henry Hotel in San Francisco ("City"). The Henry Hotel is a Single Room Occupancy Hotel in the SOMA neighborhood.

4. The Henry Hotel recently drastically increased my rent to $1500 a month from $17 a month. I cannot afford to pay this amount. I am currently one paycheck away from being on the street again. I am on borrowed time and am afraid that if I am back on the streets I will get harassed by the police again. I am also afraid that if I am back on the street again the City will come and take my stuff. I often see the City come and clear encampments in my neighborhood, taking peoples' stuff each time.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 18, 2024 in San Francisco, California

Nathaniel Vaughn