**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br>                Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>                Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF SARAH CRONK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR JUDGEMENT ON THE PLEADING**<br><br>Judge: Hon. Donna M. Ryu<br>Trial Date: May 1, 2025 |

I, SARAH CRONK, hereby declare pursuant to 28 U.S.C. § 1746::

1. My name is Sarah Cronk. All facts set forth in this declaration are based on my personal knowledge.

2. I currently live in transitional housing at Hamilton Families in San Francisco with my partner, Joshua Donohoe.

3. Prior to moving into Hamilton Home in December 2023, I had been in a drug treatment program for 6 months, a hospital for 5 months, and a shelter in place hotel for less than 1 month. Prior to January 2023, I was homeless and unsheltered, living in a tent on the street with Josh.

4. I have experienced homelessness on and off since the age of 14. The last time I had stable housing was in 2012, when I lived in housing provided by the city, and between then and January 2023 I was unsheltered. I first became unsheltered in 2012 because the city wished to turn the permanent housing into transitional housing and because of conflicts with neighbors.

5. On October 1, Josh and I hope to move to ParkMerced Apartments, subsidized by the Flexible Housing Subsidy Pool.

6. Based on my personal experiences, I believe that there is a significant possibility that we could end up back on the streets in the future.

7. Our sole source of income is Josh's job as a sheetworker, which pays roughly $2600 per month before taxes. As of October 2024, we will no longer receive any cash government benefits. Our portion of the rent at ParkMerced will be 30% of our income. However, if we lose our source of income we will lose the subsidy and have to pay the full amount of rent, $3300.

8. When we move to ParkMerced, we will receive a portion of our rent to Hamilton Families back as savings, but we have no other savings or assets.

9. I am unable to work right now because I care for our 1-year-old daughter.

10. I am afraid that if Josh is injured, loses his job, or has his hours cut at work due to its seasonal nature, that we will lose our subsidy or otherwise be unable to afford

our rent and would be evicted.

11. A few weeks ago, Josh came down with COVID and we lost half of our income for a week, which was a major financial blow. Last week, Josh crashed his scooter, and it made me wonder what would happen if he could not work. I could attempt to get a job, but without childcare support, that would be extremely difficult and I am not sure what job I could get.

12. I consider myself to have been an active member of the Coalition on Homelessness from 2011 to 2022. In my role as a member, I have helped to serve as a liaison between unhoused folks and service agencies, and also provided direct harm reduction support to people experiencing addiction.

13. Since my child was born in 2023, I have not been an active member, but still consider myself deeply aligned with the Coalition's mission to end homelessness.

14. I declare under penalty of that the foregoing is true and correct, and that this declaration was executed on September 25, 2024 in San Francisco, California.

*Sarah "Apple" Cronk*
Sarah Cronk