**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br>　　　　Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>　　　　Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF TORO CASTAÑO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR JUDGEMENT ON THE PLEADING**<br><br>Judge: Hon. Donna M. Ryu<br>Trial Date: May 1, 2025 |

I, TORO CASTAÑO, hereby declare pursuant to 28 U.S.C. § 1746::

1. All facts set forth in this declaration are based on my personal knowledge.

2. I currently live in transitional housing at the tiny home village at 33 Gough Street.

3. I have been in and out of shelters for a long time. From roughly December 2022 to April 2023, I lived at an emergency shelter at 711 Post. I was forced to leave 711 Post because of staff negligence that caused a lice infestation and a roommate with alcoholic dementia that created a safety issue for me there. From roughly December 2023 to April 2024, I lived at Next Door Shelter on Geary and Polk. I was forced to leave Next Door because my CAAP benefits were cut off. And for roughly a week at some point in Spring or Summer 2024, I lived in emergency shelter at Monarch House. I was forced to leave Monarch House because of a bedbug infestation. In between these emergency shelter placements, I was unsheltered and living on the street.

4. I have experienced homelessness in the Bay Area on and off since 2017. I first became unhoused in San Francisco because I was unable to find a job that would allow me to pay rent.

5. Based on my personal experiences, I believe that there is a significant possibility that I could end up back on the streets in the future. I have faced many health and safety issues in my previous shelter placements that have forced me to leave and go back on the street, and it is very conceivable that those issues could recur in my current placement at 33 Gough Street. I have already faced major health issues due to the food provided at 33 Gough, and if these health issues worsen I may have to leave. Moreover, I have faced conflict with workers at 33 Gough, including a disciplinary write-up related to a misunderstanding about my dog. Others at 33 Gough have been ordered to leave because of similar conflicts, and I am scared that this could happen to me.

6. I do not have sufficient income or savings to move into permanent housing. I receive $109 per month in the form of a homeless grant but no other cash assistance. I have no savings and less than $10 in my bank account. And I currently have two jobs – one

working as a home support services worker where I make $200 per week and one intermittent handyman position where I make on average less than $175. While I have been actively looking for housing through the Mayor's Office's DAHLIA portal, I have not found anything available that I can afford.

7. I declare under penalty of that the foregoing is true and correct, and that this declaration was executed on September 24, 2024 in San Francisco, California.

Toro Castaño