1 | DAVID CHIU, State Bar #189542
City Attorney
2 | YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
3 | EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
4 | MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
5 | STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
6 | City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
7 | San Francisco, California 94102-4682
Telephone:   (415) 554-3857 (Wang)
8 |              (415) 554-6762 (Murphy)
             (415) 554-3870 (Gradilla)
9 |              (415) 554-4223 (George)
             (415) 355-3304 (Mills)
10 | Facsimile:   (415) 554-4699
E-mail:      edmund.wang@sfcityatty.org
11 |             kaitlyn.murphy@sfcityatty.org
            miguel.gradilla@sfcityatty.org
12 |             john.george@sfcityatty.org
            steven.mills@sfcityatty.org
13
Attorneys for Defendants
14 | CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hearing Date:   October 24, 2024<br>Time:                1:00 p.m.<br>Place:               Courtroom 4 – 3rd floor<br>                         1301 Clay Street<br>                         Oakland, CA 94612<br>                         [Via Zoom]<br><br>Trial Date:         May 1, 2025 |
|---|---|

Pursuant to Civil Local Rules 7-11 and 75-5(f), Defendants submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed regarding certain documents submitted in connection with Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings. Specifically, the documents subject to this Administrative Motion include:

| Document | Portions of Documents to be Sealed | Parties Claiming Confidentiality |
| --- | --- | --- |
| Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion For Judgment on the Pleadings | Page 8, Footnote 11, at 27-28. | Plaintiffs |
| Exhibit A to the Supplemental Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings | The entire exhibit. | Plaintiffs |
| Exhibit B to the Supplemental Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings | The entire exhibit. | Plaintiffs |

The above referenced documents contain information that Plaintiffs have designated as "Confidential" under the terms of the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information (ECF No. 127) in this action. Having reviewed the documents at

issue, Defendants have no position on whether the aforementioned documents are entitled to protection. Defendants file the aforementioned documents provisionally under seal in order to comply with the Civil Local Rules, Court's Standing Order, and the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information.

Along with this Administrative Motion, Defendants submit, the Declaration of Steven Mills in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, underacted copies of the documents referenced above, and a proposed order.

Dated: October 9, 2024

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

By:   s/Steven A. Mills
STEVEN A. MILLS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT