DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hearing Date:  October 24, 2024<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    May 1, 2025 |
|---|---|

**[PROPOSED] ORDER**

The Court, having fully considered the papers and arguments presented by the parties, hereby grants the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Defendants. The following documents will remain sealed, as follows:

| Document or Portion of Documents Sought to Be Sealed | Evidence of Offered in Support of Sealing | Order |
|---|---|---|
| Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion For Judgment on the Pleadings<br><br>• Page 8, Fn. 11, at 27-28. | | |
| Exhibit A to the Supplemental Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings<br><br>• The entire document | | |
| Exhibit B to the Supplemental Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings<br><br>• The entire document | | |

IT IS SO ORDERED.

DATE:_____

The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT