DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date:   October 24, 2024<br>Time:           1:00 p.m.<br>Place:          Courtroom 4 – 3rd floor<br>                1301 Clay Street<br>                Oakland, CA 94612<br><br>Trial Date:     May 1, 2025<br><br>Attachments:    Exhibits A - C |

I, Steven A. Mills, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively, "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. Following the filing of Defendants' motion, Defendants took the Videotaped Deposition of Sarah A. Cronk on September 23, 2024. Plaintiffs provisionally designated the Transcript of the Videotaped Deposition of Sarah A. Cronk as Confidential pursuant to the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information ("Protective Order.") ECF No. 127. A true and correct copy of excerpts from the Transcript of the Videotaped Deposition of Sarah A. Cronk is attached hereto as **Exhibit A**.

3. Following the filing of Defendants' motion, Plaintiff Coalition on Homelessness produced documents Bates-numbered COH00687410 through COH01525361 on September 12, 2024. That production included COH00803832 through COH00803836, which Plaintiffs designated as "Confidential" pursuant to the Protective Order. A true and correct copy of COH00803832 through 00803836 is attached hereto as **Exhibit B**.

**4.** On August 7, 2024, the parties had a further case management conference. A true and correct copy of excerpts from the Transcript of Proceedings of the Official Electronic Sound Recording 1:28 -1:44 = 16 Minutes is attached hereto as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California on October 9, 2024.

*/s/ Steven A. Mills*
STEVEN A. MILLS