# EXHIBIT C

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3      Before The Honorable Donna M. Ryu, Magistrate Judge
 4
 5  COALITION OF HOMELESSNESS,    )
    et al.,                       )
 6                                )
              Plaintiffs,         )
 7                                )
    vs.                           )  No. C 22-05502-DMR
 8                                )
    CITY AND COUNTY OF SAN        )
 9  FRANCISCO, et al.,            )
                                  )
10            Defendants.         )
    _____)
11
12                                     Oakland, California
                                       Wednesday, August 7, 2024
13
14   TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
                RECORDING 1:28 - 1:44 = 16 MINUTES
15
    APPEARANCES:
16
    For Plaintiffs:
17                              ACLU Foundation of Northern
                                  California
18                              39 Drumm Street
                                San Francisco, California
19                                94111
                            BY: JOHN THOMAS H. DO, ESQ.
20                              WILLIAM S. FREEMAN, ESQ.
21
22
23
             (APPEARANCES CONTINUED ON THE NEXT PAGE.)
24
25
```

```
                                                                  2
 1  For Defendants:
                             San Francisco City Attorney's
 2                             Office
                             Fox Plaza
 3                           1390 Market Street
                             Sixth Floor
 4                           San Francisco, California
                               94102
 5                      BY:  JOHN H. GEORGE, ESQ.

 6                           San Francisco City Attorney's
                               Office
 7                           1 Dr. Carlton B. Goodlett
                               Place
 8                           Suite 234
                             San Francisco, California
 9                             94102
                        BY:  KAITLYN M. MURPHY, ESQ.
10
    Transcribed by:          Echo Reporting, Inc.
11                           Contracted Court Reporter/
                             Transcriber
12                           echoreporting@yahoo.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1         THE CLERK:  Okay.  The first matter we're calling
2 is 22CV5502, Coalition on Homelessness, et al. versus The
3 City and County of San Francisco.
4     Counsel, could you please raise your hands?
5     Judge, I think this is everybody.
6     So, Counsel, could you please state your appearances,
7 please, starting with the Plaintiff.
8         MR. DO (via Zoom):  Good afternoon.  John Do for
9 the Plaintiffs.
10         THE COURT:  Mr. Do.
11         MR. FREEMAN (via Zoom):  Good afternoon, your
12 Honor.  William Freeman for the Plaintiffs.
13         THE COURT:  Mr. Freeman.
14         MS. MURPHY (via Zoom):  Your Honor, Kaitlyn Murphy
15 for Defendants.
16         THE COURT:  Ms. Murphy.
17         MR. GEORGE:  Good afternoon, your Honor.  John
18 George from the San Francisco City Attorney's Office on
19 behalf of Defendants.
20         THE COURT:  Mr. George.
21     Good afternoon to you all, and welcome back to the
22 District Court.
23     So I took a look at your CMC statement, and I -- what I
24 think is the most efficient way forward on the pleadings is,
25 instead of having dueling pleadings motions, I would like

5

1  the Plaintiffs to file a motion for leave to file an amended
2  complaint.  So instead of -- you know, I don't want to have
3  both of you file at the same time when we're getting at
4  essentially the same issues.  So let's do this in an orderly
5  way.
6      I think what will happen is, in the amended -- the
7  motion -- sorry, the proposed amended complaint, we won't
8  see claims one through four, we will see claims five through
9  eight.  There'll be maybe some skirmishes around nine
10 through 13.  And in the opposition, Defendants can raise all
11 the issues that they raised in -- of concern in their side
12 of the CMC statement.  So standing the appropriate
13 Defendants, the scope of claims.  I think those will all get
14 vetted in a more orderly way.
15     Now, to the extent that the Plaintiffs are going to ask
16 to add new parties, claims, or defenses as part of their
17 motion, I want to remind the Plaintiffs that the deadline
18 for that passed some time ago.  That was February 28th,
19 2023.  So the standard is different, and we're pretty far
20 down the road with -- at least with respect to claims -- new
21 claims, but make whatever arguments you want to make.  But I
22 just want to remind everybody that there is a legal
23 consequence of trying to do that after the deadline.
24     So -- but, obviously, if you want to do that, then the
25 Defense gets a chance to make their points on that as well.

1        So, Defendants, please hold off on filing any motion
2   for judgment on the pleadings until we have a new operative
3   complaint.  Since -- things have changed since you were last
4   in the District Court.
5            MS. MURPHY:  Understood.
6            THE COURT:  Okay.  Great.
7        Now, on to --
8            MR. DO:  Your Honor.
9            THE COURT:  Oh, Mr. Do.
10           MR. DO:  Yeah, may I address this, because I think
11  -- some new information that may inform what you just said.
12  Since our filing of the joint case management conference
13  statement, Plaintiffs would like to just dismiss straight up
14  claims one through four, and we are seeking -- we have
15  recently informed the City of our seeking to try to do that
16  by stipulation --
17           THE COURT:  Okay.
18           MR. DO:  -- and -- rather than pursuing amending
19  the complaint to add additional claims at this time.
20           THE COURT:  Okay.  So you will just -- all right.
21  You're going to stipulate to take out one through four.  So
22  my minute order will note that now --
23           MR. DO:  (Indiscernible).
24           THE COURT:  -- so you need some paperwork.
25       Mr. George, Ms. Murphy, are you okay with me just

```
 1  noting that on the record that they're gone?
 2          MS. MURPHY:  And we just ask they be dismissed
 3  with prejudice.
 4          THE COURT:  Okay.
 5     Mr. Do?
 6          MR. DO:  I think we would like to (indiscernible)
 7  with regards to it is unnecessary to be with prejudice, and
 8  that's why we're seeking to dismiss it under Rule 49, I
 9  believe, if I get my rules correctly.
10          THE COURT:  Well, let me do this, one, I will have
11  you do a stipulation then.  Let's not hash that out on the
12  record.
13          MR. DO:  Sure.
14          THE COURT:  Let's have you go ahead and figure
15  that out and file whatever you want to file on that.  But I
16  get that one through four are going to be gone.  Are you
17  saying, Mr. Do, that the Plaintiffs do not need to file any
18  -- they're not going to -- you're not going to seek leave to
19  file any amended complaint.
20          MR. DO:  Not at this time.  And we're certainly
21  aware that to the extent that we're able to, we would have
22  to abide by Rule 15 and seek leave.
23          THE COURT:  Okay.  So I think that does mean that
24  the next move is the motion for judgment on the pleadings.
25     Mr. Do, do you agree?
```

1           MR. DO:  I believe so, yes.
2           THE COURT:  Okay.
3      So I take back what I said.  Things have changed.  We
4  now know what the Plaintiffs' position is.  We now have the
5  operative complaint.  There'll be a little tweak to that
6  with your stipulation.  So if you want to challenge the
7  pleadings through a motion for judgment on the pleadings,
8  then that's what you should do.
9      When do you think you'll have that on file?
10          MR. DO:  I recently made this request to the City
11 today, but I would imagine we would be able to do so by the
12 end of the week.
13          THE COURT: Okay.  And how about the motion for
14 judgment on the pleadings?
15          MS. MURPHY:  Sorry, I thought that that was the
16 initial question.  Perhaps within 30 days.
17          THE COURT:  Okay.
18      All right.  Then, on discovery, both sides plan to
19 supplement their initial disclosures.  I think that should
20 happen by August 21st, so two weeks from now.  Any problem
21 with that on the Plaintiffs' side?
22          MR. DO:  No, your Honor.
23          THE COURT:  Okay.  And --
24          MS. MURPHY:  (Indiscernible) --
25          THE COURT:  -- Ms. Murphy, I saw you saying --

```
                                                                    16
 1                    CERTIFICATE OF TRANSCRIBER
 2
 3      I certify that the foregoing is a true and correct
 4  transcript, to the best of my ability, of the above pages of
 5  the official electronic sound recording provided to me by
 6  the U.S. District Court, Northern District of California, of
 7  the proceedings taken on the date and time previously stated
 8  in the above matter.
 9      I further certify that I am neither counsel for,
10  related to, nor employed by any of the parties to the action
11  in which this hearing was taken; and, further, that I am not
12  financially nor otherwise interested in the outcome of the
13  action.
14                         [signature]
15
16
17              Echo Reporting, Inc., Transcriber
18                  Friday, September 20, 2024
19
20
21
22
23
24
25
```