JOHN THOMAS H. DO (SBN 285075)
jdo@aclunc.org
WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
Facsimile: (415) 255-8437

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | CASE NO. 4:22-cv-05502-DMR |
| Plaintiffs, | **DECLARATION OF JOHN THOMAS H. DO IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |
| | **Judge:** The Hon. Donna M. Ryu |
| | **Hearing Date:** October 24, 2024<br>**Time:** 1:00 p.m.<br>**Courtroom:** 1301 Clay Street<br>Oakland, CA 94612 |
| | **Trial Date:** May 1, 2025 |

I, John Thomas H. Do, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an attorney at the American Civil Liberties Union Foundation of Northern California, and counsel of record for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts contained in this declaration.

2. Plaintiffs request that the Court issue an order sealing Exhibit B to the Declaration of Steven Mills In Support of Defendants' Reply to Plaintiffs' Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings ("Exhibit B") in its entirety. Plaintiffs do not seek to seal the other items identified by Defendants, including the footnote in Defendants' Reply, Dkt. No. 250, or portions of the deposition testimony of Sarah Cronk.

3. Exhibit B was produced and designated Confidential under the parties' stipulated protective order.

4. Exhibit B consists of sensitive and confidential Coalition on Homelessness records regarding certain Coalition personnel. Sealing such information is necessary because the document implicates those persons' expectation of privacy regarding Human Resources documents, and the disclosure of the information in such documents could result in unnecessary embarrassment, prejudice, harassment, or injury, including impacting their livelihood and ability to seek housing and employment.

5. The confidential personnel record at issue here cannot merely be redacted for personally-identifying information, since the level of detail in these personnel records could permit individuals to readily ascertain the identity of the individual. In fact, Defendants have included their identity, unredacted, in the relate brief, Dkt. No. 250 at 8 n.11. As a result, every part of Exhibit B will be attributed to the Coalition personnel, providing compelling reasons to seal the entirety of Exhibit B.

6. Defendants' filing was unnecessary. The City did not meet and confer with Plaintiffs on their motion, nor did they "explore[] all reasonable alternatives to filing documents under seal" with Plaintiffs as contemplated by L.R. 7-11(a) and L.R. 79-5(a). Had the City done so, the parties

could have readily stipulated to the desired fact (regardless of its relevancy), attached a less sensitive document, and/or avoided briefing on sealing all together.

  I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on October 15, 2024, in San Francisco, California.

Dated:  October 15, 2024        <u>/s/ John Thomas H. Do</u>
                  John Thomas H. Do