JOHN THOMAS H. DO (SBN 285075)
jdo@aclunc.org
WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
Facsimile: (415) 255-8437

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **[PROPOSED] ORDER ON WHETHER MATERIALS SHOULD BE SEALED** <br><br> **Judge:** The Hon. Donna M. Ryu <br><br> **Hearing Date:** October 24, 2024 <br> **Time:** 1:00 p.m. <br> **Courtroom:** 1301 Clay Street <br>      Oakland, CA 94612 <br><br> **Trial Date:** May 1, 2025 |

This matter comes before the Court on a Motion to Consider Whether Another Party's Materials Should Be Sealed. Having carefully considered the motion and the papers submitted by the parties, the Courts orders the following sealed:

Exhibit B to the Declaration of Steven Mills In Support of Defendants' Reply to Plaintiffs' Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings, Dkt. No. 250-3

**IT IS SO ORDERED.**

Dated: _____      _____

HONORABLE DONNA M. RYU

UNITED STATES MAGISTRATE JUDGE