JOHN THOMAS H. DO (SBN 285075)
jdo@aclunc.org
WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EVIDENCE SUBMITTED ON REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> **Judge:** The Hon. Donna M. Ryu <br><br> **Hearing Date:** October 24, 2024 <br> **Time:** 1:00 p.m. <br> **Courtroom:** 1301 Clay Street <br> Oakland, CA 94612 <br><br> **Trial Date:** May 1, 2025 |

Pursuant to L.R. 7-3(d)(1), Plaintiffs hereby submit the following objections to evidence submitted by Defendants on reply in support of Defendants' motion to dismiss for lack of subject-matter jurisdiction and motion for judgment on the pleadings:

| Objecting to | Material Objected to | Grounds for Objection |
|---|---|---|
| Reply, 6 ¶ 3, n. 5 | Declaration of Jason Adamek ¶¶ 3-7. | Irrelevant. FRE 401. |
| Reply, 8 ¶ 12 | ECF No. 9-6 at 8, 58; Mills Supp. Decl., Ex. A. at 127:15-19 | Outside the scope of Defendants' facial attack on Coalition's standing and Defendants cannot convert to factual attack on reply. *See e.g. EduMoz, LLC v. Rep. of Mozambique*, 2014 WL 12802921 *7, n. 75 (C.D. Cal. July 21, 2014). |
| Reply, 8 ¶ 13-14 | ECF Nos. 9-4 at 3-7; 50-5; 157-3; 247-6 | Outside the scope of Defendants' facial attack on Coalition's standing and Defendants cannot convert to factual attack on reply. *See e.g. EduMoz, LLC v. Rep. of Mozambique*, 2014 WL 12802921 *7, n. 75 (C.D. Cal. July 21, 2014). |
| Reply, 8 ¶ 17, n. 11 | Mills Supp. Decl., Ex. A at 96:14-97:9; 98:24-101:6; 101:25-103:6; 103:17-2 | Outside the scope of Defendants' facial attack on Coalition's standing and Defendants cannot convert to factual attack on reply. *See e.g. EduMoz, LLC v. Rep. of Mozambique*, 2014 WL 12802921 *7, n. 75 (C.D. Cal. July 21, 2014). |
| Reply, 8 ¶ 17, n. 11 | Mills Supp. Decl., Ex. B | Outside the scope of Defendants' facial attack on Coalition's standing and Defendants cannot convert to factual attack on reply. *See e.g. EduMoz, LLC v. Rep. of Mozambique*, 2014 WL 12802921 *7, n. 75 (C.D. Cal. July 21, 2014).<br><br>Irrelevant and prejudicial. FRE 401. |

1 | For the stated reasons, Plaintiffs request Defendants' proffered evidence be struck from the record.

4 | Dated: October 16, 2024

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

By /s/ *John Thomas H. Do*
JOHN THOMAS H. DO
WILLIAM S. FREEMAN

*Attorneys for Plaintiffs*