DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**STATEMENT OF RECENT DECISION**<br><br>Hearing Date: October 24, 2024<br>Time: 1:00 p.m.<br>Place: Courtroom 4—3rd Floor<br>1301 Clay Street<br>Oakland, CA 94612<br>[Via Zoom]<br><br>Trial Date: May 1, 2025 |

1  Pursuant to Civil Local Rule 7-3(d)(2), Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management (collectively "Defendants") bring to the Court's attention the judicial opinion in *Strong Cmtys. Found. of Ariz., Inc. v. Richer*, No. CV-24-02030-PHX-KML, 2024 WL 4475248 (D. Ariz. Oct. 11, 2024). This opinion, published after Defendants filed their reply brief on October 9, 2024, discusses organizational standing at pages *8 through *10, and is relevant to Defendants' pending motion to be heard by the Court on October 24, 2024. On October 14, 2024, the plaintiffs filed a notice of interlocutory appeal of the opinion. A copy of the opinion is attached hereto as **Exhibit A**.

Dated:  October 17, 2024

                    DAVID CHIU
                    City Attorney
                    YVONNE R. MERÉ
                    EDMUND T. WANG
                    KAITLYN MURPHY
                    MIGUEL A. GRADILLA
                    JOHN H. GEORGE
                    STEVEN A. MILLS
                    Deputy City Attorneys


By:   /s/Steven A. Mills
      STEVEN A. MILLS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT