ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman SBN 8202
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF DECLARATION OF NATHANIEL VAUGHN RE: MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**Judge:**　　The Hon. Donna M. Ryu<br><br>**Hearing Date:** October 24, 2024<br>**Time:**　　　 1:30 p.m.<br>**Courtroom:**　1301 Clay St.<br>　　　　　　　Oakland, CA 94612<br><br>**Trial Date:**　May 1, 2025 |

1  Plaintiffs hereby notify the Court and counsel that they hereby withdraw the Declaration
2  of Nathaniel Vaughn in Support of Plaintiffs' Opposition to the Defendants' Motion to Dismiss
3  for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings, previously filed
4  as Dkt. No. 247-4 in this case, and disclaim any reliance on said declaration in connection with
5  their opposition to the pending motions.

Dated: October 24, 2024               Respectfully submitted,

                                      By: */s/ John Thomas H. Do*

                                      ACLU FOUNDATION OF NORTHERN
                                      CALIFORNIA
                                      John Thomas H. Do, SBN 285075
                                      William S. Freeman, SBN 82002

                                      *Counsel for Plaintiffs*