1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-3857 (Wang)
8                (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
9                (415) 554-4223 (George)
                 (415) 355-3304 (Mills)
10 Facsimile:    (415) 554-4699
   E-mail:       edmund.wang@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
12               john.george@sfcityatty.org
                 steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**THIRD STATEMENT OF RECENT DECISION**<br><br>Hearing Date:   October 24, 2024<br>Time:           1:00 p.m.<br>Place:          Courtroom 4—3rd Floor<br>                1301 Clay Street<br>                Oakland, CA 94612<br>                [Via Zoom]<br><br>Trial Date:     May 1, 2025 |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management (collectively "Defendants") bring to the Court's attention the judicial opinion in *Free Speech Coalition v. Knudsen*, No. CV 24-67-M-DWM, 2024 WL 4542260 (D. Mon. Oct. 22, 2024). This opinion, published after Defendants filed their reply brief on October 9, 2024, discusses organizational standing at page *9 and is relevant to Defendants' pending motion to be heard by the Court on October 24, 2024. A copy of the opinion is attached hereto as **Exhibit A**.

Dated:  October 24, 2024

                    DAVID CHIU
                    City Attorney
                    YVONNE R. MERÉ
                    EDMUND T. WANG
                    KAITLYN MURPHY
                    MIGUEL A. GRADILLA
                    JOHN H. GEORGE
                    STEVEN A. MILLS
                    Deputy City Attorneys

By:     /s/Steven A. Mills
       STEVEN A. MILLS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT