UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 10/24/2024 | **Time:** 1:08-2:27 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness, et al v. City and County of San Francisco, et al | |

**For Plaintiffs:**
John Do

**For Defendants:**
John George
Steven Mills

**Deputy Clerk:** Ivy Lerma Garcia        **Recorded in Zoom:** 1:08-2:27

## PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. Defendants' Motion to Dismiss and Motion for Judgment on the Pleadings [Docket No. 242] – hearing held, motions taken under submission.

**Order to be prepared by:**
( )    Plaintiff            ( )    Defendant            (X)    Court

cc: Chambers