AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF JOHN THOMAS H. DO IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE SCHEDULE** <br><br> **Trial Date:** May 1, 2025 |

I, John Thomas H. Do, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for Plaintiffs in this action. I submit this declaration pursuant to N. D. Cal. Civ. L. R. Rule 6-2.

2. Counsel for the parties in this case have engaged in an extensive meet-and-confer process in order to reach agreement on the need for additional depositions and the ground rules pertaining to those depositions. The agreements resulting from this process, are set forth in the accompanying Stipulation and [Proposed] Order to (1) Modify Deposition Limits and (2) Extend Case Schedule (the "Stipulation").

3. Good cause exists for approval of the Stipulation. The parties, despite diligently conducting discovery, have concluded that additional time is required to complete discovery due to the need to resolve disputes on the document production and to complete additional depositions, including the need to assess more than 50 individuals that each side included in their respective Supplemental Initial Disclosures. This increase in discovery cannot be reasonably completed with the current case schedule over the holiday season.  I believe that these agreements are necessary to enable the Parties to prepare properly for trial and to conduct the trial in a manner that allows them to fully present their evidence in an efficient manner, for the reasons set forth in the Stipulation.

4. Pursuant to Civil Local Rule 6-2, the Parties provided the following previous time modifications in this case, whether by Stipulation or Court order:

   a. On July 26, 2023, upon the stipulation of the Parties, the Court issued an order extending the discovery deadlines and stated it would consider extending these deadlines further if the parties filed a joint proposed comprehensive schedule that demonstrated good cause by August 28, 2023 (Dkt. No. 160);

   b. On September 20, 2023, upon the stipulation of the Parties submitted on August 28, 2023, the Court further modified the case schedule (Dkt. No. 191);

     c. On February 23, 2024, the Court stayed the case until 30 days after the Supreme Court issued an opinion in *City of Grants Pass v. Gloria Johnson*, Case No. 23-175 and issued a second amended case management and pretrial order. (Dkt. Nos. 222-223); and

     d. On September 16, 2024, the Court issued an order to extend the case schedule to accommodate a motion briefing schedule. (Dkt. 244).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2024 in San Francisco, California.

          *s/ John Thomas H. Do*
          John Thomas H. Do