UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Coalition on Homelessness et al,

    Plaintiff(s),

v.

City and County of San Francisco et al,

    Defendant(s).

Case No. 4:22-cv-05502-DMR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Vivake Prasad__, an active member in good standing of the bar of __New York__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __William S. Freeman__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __82002__.

Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Ave., 10th Fl., New York, NY 10020
MY ADDRESS OF RECORD

(212) 763-5000
MY TELEPHONE # OF RECORD

vprasad@ecbawm.com
MY EMAIL ADDRESS OF RECORD

ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 621-2493
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

wfreeman@aclunc.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __5669569__.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/01/2024

_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Vivake Prasad** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE