UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Coalition on Homelessness et al,<br><br>Plaintiff(s),<br><br>v.<br><br>City and County of San Francisco et al,<br><br>Defendant(s). | Case No. 4:22-cv-05502-DMR<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Bianca Herlitz-Ferguson, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is William S. Freeman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 82002.

Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Ave., 10th Fl., New York, NY 10020
MY ADDRESS OF RECORD

ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 763-5000
MY TELEPHONE # OF RECORD

(415) 621-2493
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bherlitz-ferguson@ecbawm.com
MY EMAIL ADDRESS OF RECORD

wfreeman@aclunc.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6164214.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/01/2024

APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bianca Herlitz-Ferguson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE