UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Coalition on Homelessness, et al.,

Plaintiff,

v.

City and County of San Francisco, et al.,

Defendant.

Case No. 4:22-cv-05502-DMR

**MOTION TO SUBSTITUTE LAW FIRM; ORDER**

On behalf of (party name) Plaintiffs Coalition on Homelessness, et al., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Vasudha Talla, Zoe Salzman*, Vivake Prasad*, Bianca Herlitz-Ferguson*
Emery Celli Brinckerhoff Abady Ward & Maazel LLP, *pro hac vice admission pending

Name(s) of counsel withdrawing from representation and firm name:

Alfred C. Pfeiffer, Jr., Joseph Lee, Wesley Tiu, Kevin Wu, Tulin Gurer, and Rachel Mitchell of Latham & Watkins LLP

Date: 11/1/2024

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: November 6, 2024



_____
DONNA M. RYU
CHIEF MAGISTRATE JUDGE