# EXHIBIT A

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 2 of 125

WLS# 25327091-01

# United States District Court
### for the
### NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

Coalition On Homelessness; et al.

)
)
)

_Plaintiff_

v.

City and County of San Francisco, et al.

)
)
)
)

Civil Action No. 4:22-cv-05502-DMR (LJC)

_DEFENDANT_

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO: **CUSTODIAN OF RECORDS OF: UCSF Medical Center, 6425 Christie Avenue, 4th Fl, MEDICAL RECORDS BOX 0308, Emeryville, CA 94608 Telephone No. (415) 353-2881**

_(Name of person to whom this subpoena is directed)_

☒ _Production:_ **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all medical records related to Sarah Cronk aka Apple Cronk (DOB: ▋/1993) from January 1, 2018, to present, to include records from UCSF Helen Diller Medical Center, 400 Parnassus Ave, San Francisco, CA and UCSF Medical Center at Mission Bay, 1825 Fourth Street, San Francisco, CA**

| Place: | Phone: (800) 698-8177 | Date and Time: |
|---|---|---|
| **WestCoast Legal Service** **1925 Winchester Blvd #203, Campbell  CA 95008** | | **10/29/2024 10:00:00** |

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

_CLERK OF COURT_

OR

_____              _____
Signature of Clerk or Deputy Clerk                              _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

---

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-01/A088B

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 3 of 125

WLS#25327091-01

Civil Action No. **4:22-cv-05502-DMR (LJC)**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **UCSF Medical Center**
on *(date)* **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**

_____    on *(date)*   **or**

☐ I returned the subpoena unexecuted because ;


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$  **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

I declare under penalty of perjury that this information is true.

**Date:**

_____
*Server's signature*


_____
*Printed name and title*


_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-03502-DMR    Document 278-1    Filed 11/12/24    Page 4 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

25327091-01

1  Kaitlyn Murphy   SBN 293309
   San Francisco City Attorney's Office
2  1390 Market Street, 6th Fl
   San Francisco, CA  94102

3  REPRESENT Defendant

4              UNITED STATES DISTRICT COURT

5           NORTHERN DISTRICT/SAN FRANCISCO

6

7

8  Coalition On Homelessness; et al.

9               Plaintiff/Petitioner(s)        No.: 4:22-cv-05502-DMR (LJC)
                                               NOTICE OF TAKING DEPOSITION
10 City and County of San Francisco,           PURSUANT TO RULE 30(B) (6) BY
   et al.                                       SUBPOENA DUCES TECUM
11               Defendant/Respondent(s)

12

13 TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the

14 Custodian of Records for UCSF Medical Center.

   PLEASE TAKE NOTICE that, pursuant to Rule 30(b) (6) of the Federal
15
   Rules of Civil Procedure. the deposition of said Custodian is
16
   scheduled for  October 29, 2024 at 10:00:00 at the offices of
17
   WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008
18
       PLEASE ALSO NOTE that no personal appearance will be made.  True,
19
   legible, and durable copies of all the documents described in the
20
   DEPOSITION SUBPOENA which are certified by the above named Custodian
21
   and which are delivered by mail or otherwise to the duly authorized
22
   deposition officer at the place and or before the date hereinabove
23
   shown will be accepted as sufficient compliance by said Custodian.
24
   Said deposition to continue from day to day until completed.
25

26

27

28
   Dated:  9/30/2024

                    Signed: _____
                             Attorney for Defendant
                                                    25327091-01/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**


On **September 30, 2024** I served the foregoing documents described as:


SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action



  XXX - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
          envelope addressed as follows:

          LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
          Andrew Ntim
          131 Steuart Street, Suite 400
          San Francisco, CA 94105



  XXX        (Mailing list continued on next page)

BY MAIL
          XXX   As follows: I am "readily familiar" with the firm's practice of collection and
          processing correspondence for mailing. Under that practice it would be deposited with
          the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
          California, in the ordinary course of business.


          Executed on  September 30, 2024, at Campbell, CA.

  XXX        (State) I declare under penalty of perjury under the laws of the State of California that
          the above is true and correct.




                              Signed:_____
                                              Donald Russi

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 8 of 125

WLS# 25327091-02

# United States District Court

for the

NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

| | |
|---|---|
| Coalition On Homelessness; et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-05502-DMR (LJC) |
| **City and County of San Francisco, et al.** | ) |
| _____ | ) |
| *DEFENDANT* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:    **CUSTODIAN OF RECORDS OF: UCSF Medical Center, 6425 Christie Avenue, 4th Fl, MEDICAL RECORDS BOX 0308, Emeryville, CA 94608 Telephone No. (415) 353-2881**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all psychiatric records related to Sarah Cronk aka Apple Cronk (DOB: ▮▮ 1993) from January 1, 2018, to present, to include records from UCSF Helen Diller Medical Center, 400 Parnassus Ave, San Francisco, CA and UCSF Medical Center at Mission Bay, 1825 Fourth Street, San Francisco, CA**

| Place:                                      Phone: (800) 698-8177 | Date and Time: |
|---|---|
| **WestCoast Legal Service** <br> **1925 Winchester Blvd #203, Campbell  CA 95008** | **10/29/2024 10:00:00** |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

    The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

CLERK OF COURT

OR

_____            _____
Signature of Clerk or Deputy Clerk                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

---

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-02/A088B

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 9 of 125

WLS#25327091-02

Civil Action No. **4:22-cv-05502-DMR (LJC)**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  **UCSF Medical Center**
on  *(date)*  **09/30/2024**

☒  I served the subpoena by delivering a copy to the named individual as follows: **, , ,**

_____  on *(date)*  **or**

☐  I returned the subpoena unexecuted because **;**


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$  **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

**I declare under penalty of perjury that this information is true.**


**Date:**

_____
*Server's signature*


_____
*Printed name and title*


_____
*Server's Address*


*Additional information regarding attempted service, etc:*

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

  **(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

    **(i)** is a party or a party's officer; or

    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery. A subpoena may command:**

    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

  **(2) Command to Produce Materials or Permit Inspection.**

    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) Quashing or Modifying a Subpoena.**

    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

    **(i)** fails to allow a reasonable time to comply;

    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

    **(iv)** subjects a person to undue burden.

    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is requried may, on motion, quash or modify the subpoena if it requires:

    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

  **(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) Claiming Privilege or Protection.**

    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

    **(i)** expressly make the claim; and

    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

CPROOF29/25327091

Kaitlyn Murphy   SBN 293309
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA 94102

25327091-02

REPRESENT Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT/SAN FRANCISCO

Coalition On Homelessness; et al.

                   Plaintiff/Petitioner(s)

City and County of San Francisco,
et al.

                   Defendant/Respondent(s)

No.: 4:22-cv-05502-DMR (LJC)
NOTICE OF TAKING DEPOSITION
PURSUANT TO RULE 30(B) (6) BY
SUBPOENA DUCES TECUM

TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the

Custodian of Records for UCSF Medical Center.

PLEASE TAKE NOTICE that, pursuant to Rule 30(b) (6) of the Federal

Rules of Civil Procedure. the deposition of said Custodian is

scheduled for  October 29, 2024 at 10:00:00 at the offices of

WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008

    PLEASE ALSO NOTE that no personal appearance will be made.  True,

legible, and durable copies of all the documents described in the

DEPOSITION SUBPOENA which are certified by the above named Custodian

and which are delivered by mail or otherwise to the duly authorized

deposition officer at the place and or before the date hereinabove

shown will be accepted as sufficient compliance by said Custodian.

Said deposition to continue from day to day until completed.

Dated:  9/30/2024

Signed: _Kaitlyn Murphy_____
              Attorney for Defendant

25327091-02/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105

_XXX_        (Mailing list continued on next page)

BY MAIL
_XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
California, in the ordinary course of business.

Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.

Signed:_____
Donald Russi

WestCoast Legal Service
925 Winchester Blvd #203
Campbell, CA 95008
Phone: (800) 698-8177 Fax: (800) 698-5877

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR     Document 278-1     Filed 11/13/24     Page 14 of 125

WLS# 25327091-03

# United States District Court
## for the
NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

Coalition On Homelessness; et al.

_____

*Plaintiff*

v.

City and County of San Francisco, et al.

_____

*DEFENDANT*

)
)
)
)
)

Civil Action No. 4:22-cv-05502-DMR (LJC)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:    **CUSTODIAN OF RECORDS OF: UCSF Mt Zion Medical Center, 400 Parnassus Ave., Room A-88, San Francisco, CA 94143 Telephone No. (415) 885-7344**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all medical records related to Sarah Cronk aka Apple Cronk (DOB: ██/1993) from January 1, 2018, to present**

| Place: WestCoast Legal Service 1925 Winchester Blvd #203, Campbell  CA 95008 | Phone: (800) 698-8177 | Date and Time: 10/29/2024 10:00:00 |
|---|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-03/A088B

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  **UCSF Mt Zion Medical Center**
on  *(date)* **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____  on *(date)*   **or**

☐ I returned the subpoena unexecuted because **;**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness
fees for one day's attendance, and the mileage allowed by law, in the amount of
$ **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

**I declare under penalty of perjury that this information is true.**

**Date:**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 16 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery. A subpoena may command:**

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is requried may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

CPROOF29/25327091

Kaitlyn Murphy   SBN 293309                                         25327091-03
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA 94102

REPRESENT Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT/SAN FRANCISCO

Coalition On Homelessness; et al.

                Plaintiff/Petitioner(s)

City and County of San Francisco,
et al.

               Defendant/Respondent(s)

No.: 4:22-cv-05502-DMR (LJC)
NOTICE OF TAKING DEPOSITION
PURSUANT TO RULE 30(B)(6) BY
SUBPOENA DUCES TECUM

TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the
Custodian of Records for UCSF Mt Zion Medical Center.

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal
Rules of Civil Procedure. the deposition of said Custodian is
scheduled for  October 29, 2024 at 10:00:00 at the offices of
WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008

    PLEASE ALSO NOTE that no personal appearance will be made.  True,
legible, and durable copies of all the documents described in the
DEPOSITION SUBPOENA which are certified by the above named Custodian
and which are delivered by mail or otherwise to the duly authorized
deposition officer at the place and or before the date hereinabove
shown will be accepted as sufficient compliance by said Custodian.
Said deposition to continue from day to day until completed.

Dated:  9/30/2024

Signed: _____
         Attorney for Defendant

25327091-03/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On  **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

 XXX - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
            envelope addressed as follows:

            LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
            Andrew Ntim
            131 Steuart Street, Suite 400
            San Francisco, CA 94105

 XXX        (Mailing list continued on next page)

BY MAIL
             XXX   As follows: I am "readily familiar" with the firm's practice of collection and
             processing correspondence for mailing. Under that practice it would be deposited with
             the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
             California, in the ordinary course of business.

            Executed on  September 30, 2024, at Campbell, CA.

 XXX        (State) I declare under penalty of perjury under the laws of the State of California that
            the above is true and correct.

Signed:_____
                        Donald Russi

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 20 of 125

WLS# 25327091-04

# United States District Court
## for the
### NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

| | |
|---|---|
| Coalition On Homelessness; et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-05502-DMR (LJC) |
| City and County of San Francisco, et al. | ) |
| _____ | ) |
| *DEFENDANT* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:  **CUSTODIAN OF RECORDS OF: UCSF Mt Zion Medical Center, 400 Parnassus Ave., Room A-88, San Francisco, CA 94143 Telephone No. (415) 885-7344**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all psychiatric records related to Sarah Cronk aka Apple Cronk (DOB: ▇▇/1993) from January 1, 2018, to present**

| Place: **WestCoast Legal Service** | Phone: (800) 698-8177 | Date and Time: |
|---|---|---|
| **1925 Winchester Blvd #203, Campbell  CA 95008** | | **10/29/2024 10:00:00** |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date:  September 30, 2024**

CLERK OF COURT

OR

_____          *Kaitlyn Murphy*
Signature of Clerk or Deputy Clerk          Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-04/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 21 of 125

WLS#25327091-04

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  **UCSF Mt Zion Medical Center**
on  *(date)* **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____  on *(date)*  **or**

☐ I returned the subpoena unexecuted because **;**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness
fees for one day's attendance, and the mileage allowed by law, in the amount of
$  **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

**I declare under penalty of perjury that this information is true.**

**Date:**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 22 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery. A subpoena may command:**

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is reqruied may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

CPROOF29/25327091

1  Kaitlyn Murphy   SBN 293309                                         25327091-04
   San Francisco City Attorney's Office
2  1390 Market Street, 6th Fl
   San Francisco, CA  94102
3  REPRESENT Defendant

4                   UNITED STATES DISTRICT COURT

5                NORTHERN DISTRICT/SAN FRANCISCO

6

7

8  Coalition On Homelessness; et al.

9                    Plaintiff/Petitioner(s)       No.: 4:22-cv-05502-DMR (LJC)
                                                    NOTICE OF TAKING DEPOSITION
10 City and County of San Francisco,               PURSUANT TO RULE 30(B) (6) BY
   et al.                                           SUBPOENA DUCES TECUM
11                   Defendant/Respondent(s)

12 TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the
13 Custodian of Records for UCSF Mt Zion Medical Center.
14 PLEASE TAKE NOTICE that, pursuant to Rule 30(b) (6) of the Federal
15 Rules of Civil Procedure. the deposition of said Custodian is
16 scheduled for  October 29, 2024 at 10:00:00 at the offices of
17 WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008
18    PLEASE ALSO NOTE that no personal appearance will be made.  True,
19 legible, and durable copies of all the documents described in the
20 DEPOSITION SUBPOENA which are certified by the above named Custodian
21 and which are delivered by mail or otherwise to the duly authorized
22 deposition officer at the place and or before the date hereinabove
23 shown will be accepted as sufficient compliance by said Custodian.
24 Said deposition to continue from day to day until completed.

25

26

27

28 Dated:   9/30/2024

                         Signed:  _____
                                  Attorney for Defendant
                                                         25327091-04/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105

_XXX_        (Mailing list continued on next page)

BY MAIL
_XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
California, in the ordinary course of business.

Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.

Signed:_____
Donald Russi

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 26 of 125

WLS# 25327091-05

# United States District Court
### for the
### NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

Coalition On Homelessness; et al.

)
)
*Plaintiff*                                      )
v.                                              )          Civil Action No. 4:22-cv-05502-DMR (LJC)
**City and County of San Francisco, et al.**     )
)
*DEFENDANT*

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:    **CUSTODIAN OF RECORDS OF: UCSF Medical Center (Patient Accounts)/Medical Group Business Services, 6425 Christie St, 3rd Fl, Emeryville, CA 94608 Telephone No. (415) 353-3519**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all billing (charges, payments, adjustments, and liens) related to Sarah Cronk aka Apple Cronk (DOB: ▓ 1993) from January 1, 2018, to present**

| Place:  **WestCoast Legal Service**  **1925 Winchester Blvd #203, Campbell  CA 95008**          Phone: (800) 698-8177 | Date and Time:  **10/29/2024 10:00:00** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date:  September 30, 2024**

CLERK OF COURT

OR

_____                    _____
Signature of Clerk or Deputy Clerk                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

---

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-05/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 27 of 125

WLS#25327091-05

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **UCSF Medical Center (Patient Accounts)/Medical Group Business Services**

on  *(date)*  **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____  on *(date)*  **or**

☐ I returned the subpoena unexecuted because **;**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$  **15.00**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 28 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

*(i)* is a party or a party's officer; or

*(ii)* is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery. A subpoena may command:**

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is reqiured may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

1  Kaitlyn Murphy   SBN 293309                                    25327091-05
   San Francisco City Attorney's Office
2  1390 Market Street, 6th Fl
   San Francisco, CA  94102

3  REPRESENT Defendant

4                 UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT/SAN FRANCISCO

6

7

8  Coalition On Homelessness; et al.

9              Plaintiff/Petitioner(s)   No.: 4:22-cv-05502-DMR (LJC)
                                          NOTICE OF TAKING DEPOSITION
10 City and County of San Francisco,      PURSUANT TO RULE 30(B) (6) BY
   et al.                                 SUBPOENA DUCES TECUM
11             Defendant/Respondent(s)

12 TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the
13 Custodian of Records for UCSF Medical Center (Patient
14 Accounts)/Medical Group Business Services.
15 PLEASE TAKE NOTICE that, pursuant to Rule 30(b) (6) of the Federal
16 Rules of Civil Procedure. the deposition of said Custodian is
17 scheduled for  October 29, 2024 at 10:00:00 at the offices of
18 WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008
19    PLEASE ALSO NOTE that no personal appearance will be made.  True,
20 legible, and durable copies of all the documents described in the
21 DEPOSITION SUBPOENA which are certified by the above named Custodian
22 and which are delivered by mail or otherwise to the duly authorized
23 deposition officer at the place and or before the date hereinabove
24 shown will be accepted as sufficient compliance by said Custodian.
25 Said deposition to continue from day to day until completed.
26

27

28 Dated:  9/30/2024

                              Signed: _____
                                      Attorney for Defendant
                                                          25327091-05/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

 XXX - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105

 XXX        (Mailing list continued on next page)

BY MAIL
 XXX   As follows: I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
California, in the ordinary course of business.

Executed on  September 30, 2024, at Campbell, CA.

 XXX        (State) I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.

Signed:_____
Donald Russi

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/13/24    Page 32 of 125

WLS# 25327091-06

# United States District Court
for the
NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

| Coalition On Homelessness; et al. | ) |
| --- | --- |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| **City and County of San Francisco, et al.** | ) |
| _____ | ) |
| *DEFENDANT* | |

Civil Action No. 4:22-cv-05502-DMR (LJC)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO: **CUSTODIAN OF RECORDS OF: UCSF Medical Center & UCSF Mt Zion (Radiology Dept), 400 Parnassus Avenue, 3rd Floor, Rm A365, San Francisco, CA 94143 Telephone No. (415) 514-5764**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all radiological films, studies, imagery & impressions, including but not limited to CT's, MRI's, and x-rays, pertaining to Sarah Cronk aka Apple Cronk, DOB: ▮▮▮▮ 1993, from January 1, 2018, to present, to include images from UCSF Helen Diller Medical Center, 400 Parnassus Ave, San Francisco, CA; UCSF Medical Center at Mission Bay, 1825 Fourth St, San Francisco, CA; and UCSF Medical Center at Mount Zion, 1600 Divisadero St, San Francisco, CA**

| Place: | Phone: (800) 698-8177 | Date and Time: |
| --- | --- | --- |
| **WestCoast Legal Service** | | **10/29/2024 10:00:00** |
| **1925 Winchester Blvd #203, Campbell  CA 95008** | | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
| --- | --- |
| | |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date:  September 30, 2024**

*CLERK OF COURT*

OR

_____          _____
Signature of Clerk or Deputy Clerk                        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-06/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 33 of 125

WLS#25327091-06

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **UCSF Medical Center & UCSF Mt Zion (Radiology Dept)**
on *(date)* **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____ on *(date)* **or**

☐ I returned the subpoena unexecuted because ;

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

25327091-06/AO88P2

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

 **(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

   **(i)** is a party or a party's officer; or

   **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:

  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

 **(2) Command to Produce Materials or Permit Inspection.**

  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

   **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

   **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3) Quashing or Modifying a Subpoena.**

  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

   **(i)** fails to allow a reasonable time to comply;

   **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

   **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

   **(iv)** subjects a person to undue burden.

  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

   **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

   **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

   **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

 **(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2) Claiming Privilege or Protection.**

  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

   **(i)** expressly make the claim; and

   **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

1   Kaitlyn Murphy   SBN 293309                                    25327091-06
    San Francisco City Attorney's Office
2   1390 Market Street, 6th Fl
    San Francisco, CA  94102

3   REPRESENT Defendant

4                   UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT/SAN FRANCISCO

6

7

8   Coalition On Homelessness; et al.

9                   Plaintiff/Petitioner(s)       No.: 4:22-cv-05502-DMR (LJC)
                                                   NOTICE OF TAKING DEPOSITION
10  City and County of San Francisco,              PURSUANT TO RULE 30(B) (6) BY
    et al.                                         SUBPOENA DUCES TECUM
11                  Defendant/Respondent(s)

12
    TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the
13
    Custodian of Records for UCSF Medical Center & UCSF Mt Zion (Radiology
14
    Dept).
15
    PLEASE TAKE NOTICE that, pursuant to Rule 30(b) (6) of the Federal
16
    Rules of Civil Procedure. the deposition of said Custodian is
17
    scheduled for  October 29, 2024 at 10:00:00 at the offices of
18
    WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008
19
        PLEASE ALSO NOTE that no personal appearance will be made.  True,
20
    legible, and durable copies of all the documents described in the
21
    DEPOSITION SUBPOENA which are certified by the above named Custodian
22
    and which are delivered by mail or otherwise to the duly authorized
23
    deposition officer at the place and or before the date hereinabove
24
    shown will be accepted as sufficient compliance by said Custodian.
25
    Said deposition to continue from day to day until completed.
26

27

28
    Dated:  9/30/2024

                          Signed: _____
                                   Attorney for Defendant
                                                            25327091-06/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On  **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105

_XXX_        (Mailing list continued on next page)

BY MAIL
_XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
California, in the ordinary course of business.

Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.

Signed:_____
Donald Russi

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action
Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 38 of 125
WLS# 25327091-07

# United States District Court
## for the
### NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

Coalition On Homelessness; et al.

_____

*Plaintiff*

v.

City and County of San Francisco, et al.

_____

*DEFENDANT*

)
)
)
)
)

Civil Action No. 4:22-cv-05502-DMR (LJC)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO: **CUSTODIAN OF RECORDS OF: St Francis Memorial Hospital Health Information Services, 900 Hyde St, San Francisco, CA 94109 Telephone No. (415) 353-6000**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all medical records related to Sarah Cronk aka Apple Cronk (DOB: ███ 1993) from January 1, 2018, to present**

| Place: **Phone: (800) 698-8177** <br> **WestCoast Legal Service** <br> **1925 Winchester Blvd #203, Campbell  CA 95008** | Date and Time: <br> **10/29/2024 10:00:00** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

*CLERK OF COURT*

OR

_____          _____
Signature of Clerk or Deputy Clerk          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-07/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 39 of 125

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* **St Francis Memorial Hospital Health Information Services**
on *(date)* **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____ on *(date)* **or**

☐ I returned the subpoena unexecuted because ;

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness
fees for one day's attendance, and the mileage allowed by law, in the amount of
$ **15.00**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 40 of 125

### Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery. A subpoena may command:**

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is requried may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

---

CPROOF29/25327091

1  Kaitlyn Murphy   SBN 293309                                    25327091-07
   San Francisco City Attorney's Office
2  1390 Market Street, 6th Fl
   San Francisco, CA  94102

3  REPRESENT Defendant

4                 UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT/SAN FRANCISCO

6

7

8  Coalition On Homelessness; et al.
                                          )  No.: 4:22-cv-05502-DMR (LJC)
9               Plaintiff/Petitioner(s)   )  NOTICE OF TAKING DEPOSITION
                                          )  PURSUANT TO RULE 30(B)(6) BY
10 City and County of San Francisco,      )  SUBPOENA DUCES TECUM
   et al.                                 )
11              Defendant/Respondent(s)   )

12

13 TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the

14 Custodian of Records for St Francis Memorial Hospital Health

15 Information Services.

16 PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal

17 Rules of Civil Procedure. the deposition of said Custodian is

18 scheduled for  October 29, 2024 at 10:00:00 at the offices of

19 WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008

20     PLEASE ALSO NOTE that no personal appearance will be made.  True,

21 legible, and durable copies of all the documents described in the

22 DEPOSITION SUBPOENA which are certified by the above named Custodian

23 and which are delivered by mail or otherwise to the duly authorized

24 deposition officer at the place and or before the date hereinabove

25 shown will be accepted as sufficient compliance by said Custodian.

26 Said deposition to continue from day to day until completed.

27

28 Dated:  9/30/2024

                          Signed: _____
                                  Attorney for Defendant

                                                          25327091-07/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On  **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105

_XXX_        (Mailing list continued on next page)

BY MAIL
_XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
California, in the ordinary course of business.

Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.

Signed:_____
Donald Russi

WestCoast Legal Service
925 Winchester Blvd #203
Campbell, CA 95008
Phone: (800) 698-8177 Fax: (800) 698-5877

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

      ACLU Foundation of Northern California
      John Thomas H. Do
      39 Drumm Street
      San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

      LATHAM & WATKINS LLP
      Joseph Hyuk Lee
      650 Town Center Drive, 20th Floor
      Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

      Latham & Watkins LLP
      Wesley Tiu
      505 Montgomery Street, Suite 2000
      San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

      LATHAM & WATKINS LLP
      Rachel Mitchell
      12670 High Bluff Drive
      San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action
Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/13/24    Page 44 of 125
WLS# 25327091-08

# United States District Court
### for the
NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

Coalition On Homelessness; et al.

)
)

_____

*Plaintiff*

)
)

v.

**City and County of San Francisco, et al.**

)
)

Civil Action No. 4:22-cv-05502-DMR (LJC)

_____

*DEFENDANT*

)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:     **CUSTODIAN OF RECORDS OF: St Francis Memorial Hospital Health Information Services, 900 Hyde St, San Francisco, CA 94109 Telephone No. (415) 353-6000**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all psychiatric records related to Sarah Cronk aka Apple Cronk (DOB: ▇▇ 1993) from January 1, 2018, to present**

| Place: **WestCoast Legal Service** 1925 Winchester Blvd #203, Campbell  CA 95008 | Phone: (800) 698-8177 | Date and Time: **10/29/2024 10:00:00** |
|---|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

CLERK OF COURT

OR

_____               _____
Signature of Clerk or Deputy Clerk                      Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-08/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 45 of 125

WLS#25327091-08

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **St Francis Memorial Hospital Health Information Services**
on  *(date)* **09/30/2024**

☒  I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____  on *(date)*  **or**

☐  I returned the subpoena unexecuted because ;

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness
fees for one day's attendance, and the mileage allowed by law, in the amount of
$  **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

**I declare under penalty of perjury that this information is true.**

**Date:**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

25327091-08/AO88P2

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

  **(i)** is a party or a party's officer; or

  **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:

  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

  **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

  **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

  **(i)** fails to allow a reasonable time to comply;

  **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

  **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

  **(iv)** subjects a person to undue burden.

  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

  **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

  **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

  **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

  **(i)** expressly make the claim; and

  **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

Kaitlyn Murphy   SBN 293309                                            25327091-08
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA  94102

REPRESENT Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT/SAN FRANCISCO

Coalition On Homelessness; et al.

                  Plaintiff/Petitioner(s)

City and County of San Francisco,
et al.

                  Defendant/Respondent(s)

No.: 4:22-cv-05502-DMR (LJC)
NOTICE OF TAKING DEPOSITION
PURSUANT TO RULE 30(B) (6) BY
SUBPOENA DUCES TECUM

TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the

Custodian of Records for St Francis Memorial Hospital Health

Information Services.

PLEASE TAKE NOTICE that, pursuant to Rule 30(b) (6) of the Federal

Rules of Civil Procedure. the deposition of said Custodian is

scheduled for  October 29, 2024 at 10:00:00 at the offices of

WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008

    PLEASE ALSO NOTE that no personal appearance will be made.  True,

legible, and durable copies of all the documents described in the

DEPOSITION SUBPOENA which are certified by the above named Custodian

and which are delivered by mail or otherwise to the duly authorized

deposition officer at the place and or before the date hereinabove

shown will be accepted as sufficient compliance by said Custodian.

Said deposition to continue from day to day until completed.

Dated:  9/30/2024

Signed: _____
          Attorney for Defendant

25327091-08/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**


On **September 30, 2024** I served the foregoing documents described as:


SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action



_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105



_XXX_        (Mailing list continued on next page)

BY MAIL
_XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
California, in the ordinary course of business.


Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.




Signed:_____
Donald Russi

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 50 of 125

WLS# 25327091-09

# United States District Court
### for the
### NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

Coalition On Homelessness; et al.

_____
Plaintiff )
v. )
City and County of San Francisco, et al. )
_____ )
DEFENDANT )

)
)

Civil Action No. 4:22-cv-05502-DMR (LJC)

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:  **CUSTODIAN OF RECORDS OF: St Francis Memorial Hospital (San Francisco) c/o Dignity Health (Billing), 900 Hyde St, San Francisco, CA 94109 Telephone No. (888) 488-7667**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all billing (charges, payments, adjustments, and liens) related to Sarah Cronk aka Apple Cronk (DOB: ▓▓ 1993) from January 1, 2018, to present**

| Place: **WestCoast Legal Service** 1925 Winchester Blvd #203, Campbell  CA 95008   Phone: (800) 698-8177 | Date and Time: **10/29/2024 10:00:00** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date:  September 30, 2024**

CLERK OF COURT

OR

_____     _____
Signature of Clerk or Deputy Clerk                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-09/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 51 of 125

Civil Action No. **4:22-cv-05502-DMR (LJC)**                                                        **WLS#25327091-09**

# PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)*  **St Francis Memorial Hospital (San Francisco) c/o Dignity Health (Billing)**

on  *(date)*  **09/30/2024**

    ☒  I served the subpoena by delivering a copy to the named individual as follows: **, , ,**

    _____  on *(date)*  **or**

    ☐  I returned the subpoena unexecuted because **;**

    Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

    $  **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

    **I declare under penalty of perjury that this information is true.**

**Date:**

                                                      _____
                                                         *Server's signature*

                                                      _____
                                                       *Printed name and title*

                                                      _____
                                                       *Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 52 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery. A subpoena may command:**

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

(A) Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

(A) When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is reqruied may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) Specifying Conditions as an Alternative. In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

(A) Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.

(D) Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

(A) Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

1   Kaitlyn Murphy   SBN 293309                                          25327091-09
    San Francisco City Attorney's Office
2   1390 Market Street, 6th Fl
    San Francisco, CA  94102

3   REPRESENT Defendant

4                   UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT/SAN FRANCISCO

6

7

8   Coalition On Homelessness; et al.

9                   Plaintiff/Petitioner(s)    No.: 4:22-cv-05502-DMR (LJC)
                                               NOTICE OF TAKING DEPOSITION
10  City and County of San Francisco,          PURSUANT TO RULE 30(B) (6) BY
    et al.                                     SUBPOENA DUCES TECUM
11                  Defendant/Respondent(s)

12

13  TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the

14  Custodian of Records for St Francis Memorial Hospital (San Francisco)

15  c/o Dignity Health (Billing).

16  PLEASE TAKE NOTICE that, pursuant to Rule 30(b) (6) of the Federal

17  Rules of Civil Procedure. the deposition of said Custodian is

18  scheduled for  October 29, 2024 at 10:00:00 at the offices of

19  WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008

20      PLEASE ALSO NOTE that no personal appearance will be made.  True,

21  legible, and durable copies of all the documents described in the

22  DEPOSITION SUBPOENA which are certified by the above named Custodian

23  and which are delivered by mail or otherwise to the duly authorized

24  deposition officer at the place and or before the date hereinabove

25  shown will be accepted as sufficient compliance by said Custodian.

26  Said deposition to continue from day to day until completed.

27

28  Dated:  9/30/2024

                            Signed: _____
                                    Attorney for Defendant
                                                        25327091-09/Cproof63

**Proof of Service**

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
         envelope addressed as follows:

         LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
         Andrew Ntim
         131 Steuart Street, Suite 400
         San Francisco, CA 94105

_XXX_        (Mailing list continued on next page)

BY MAIL
         _XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
          processing correspondence for mailing. Under that practice it would be deposited with
          the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
          California, in the ordinary course of business.

         Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
         the above is true and correct.

Signed:_____
                          Donald Russi

WestCoast Legal Service
925 Winchester Blvd #203
Campbell, CA 95008
Phone: (800) 698-8177 Fax: (800) 698-5877

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

ACLU Foundation of Northern California
John Thomas H. Do
39 Drumm Street
San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

LATHAM & WATKINS LLP
Joseph Hyuk Lee
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

Latham & Watkins LLP
Wesley Tiu
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

LATHAM & WATKINS LLP
Rachel Mitchell
12670 High Bluff Drive
San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR      Document 278-1      Filed 11/12/24      Page 56 of 125

WLS# 25327091-10

# United States District Court

for the

NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

Coalition On Homelessness; et al.
_____
Plaintiff
v.
City and County of San Francisco, et al.
_____
DEFENDANT

)
)
)
)
)

Civil Action No. 4:22-cv-05502-DMR (LJC)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:     **CUSTODIAN OF RECORDS OF: Dignity Health Medical Foundation, 3400 Data Dr, Rancho Cordova, CA 95670 Telephone No. (916) 379-2816**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all billing (charges, payments, adjustments, and liens) related to Sarah Cronk aka Apple Cronk (DOB:** ▮▮ **1993) from January 1, 2018, to present**

| Place:<br>**WestCoast Legal Service**<br>**1925 Winchester Blvd #203, Campbell  CA 95008** | **Phone: (800) 698-8177** | Date and Time:<br>**10/29/2024 10:00:00** |
|---|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date:  September 30, 2024**

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

OR

_____
Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-10/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 57 of 125

Civil Action No. **4:22-cv-05502-DMR (LJC)**                                    **WLS#25327091-10**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Dignity Health Medical Foundation**
on *(date)* **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____ on *(date)* **or**

☐ I returned the subpoena unexecuted because ;

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness
fees for one day's attendance, and the mileage allowed by law, in the amount of
$ **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

I declare under penalty of perjury that this information is true.

**Date:**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 58 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is requried may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

Kaitlyn Murphy   SBN 293309                                    25327091-10
San Francisco City Attorney's Office
1390 Market Street, 6th Fl
San Francisco, CA 94102

REPRESENT Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT/SAN FRANCISCO

Coalition On Homelessness; et al.

           Plaintiff/Petitioner(s)

City and County of San Francisco, et al.

           Defendant/Respondent(s)

No.: 4:22-cv-05502-DMR (LJC)
NOTICE OF TAKING DEPOSITION
PURSUANT TO RULE 30(B)(6) BY
SUBPOENA DUCES TECUM

TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the Custodian of Records for Dignity Health Medical Foundation.

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. the deposition of said Custodian is scheduled for October 29, 2024 at 10:00:00 at the offices of WestCoast Legal Service, 1925 Winchester Blvd #203, Campbell, CA 95008

    PLEASE ALSO NOTE that no personal appearance will be made. True, legible, and durable copies of all the documents described in the DEPOSITION SUBPOENA which are certified by the above named Custodian and which are delivered by mail or otherwise to the duly authorized deposition officer at the place and or before the date hereinabove shown will be accepted as sufficient compliance by said Custodian. Said deposition to continue from day to day until completed.

Dated: 9/30/2024

Signed: _____
Attorney for Defendant

25327091-10/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
          envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105

_XXX_        (Mailing list continued on next page)

BY MAIL
          _XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
          processing correspondence for mailing. Under that practice it would be deposited with
          the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
          California, in the ordinary course of business.

Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
          the above is true and correct.

Signed:_____
                              Donald Russi

WestCoast Legal Service
925 Winchester Blvd #203
Campbell, CA 95008
Phone: (800) 698-8177 Fax: (800) 698-5877

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

      ACLU Foundation of Northern California
      John Thomas H. Do
      39 Drumm Street
      San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

      LATHAM & WATKINS LLP
      Joseph Hyuk Lee
      650 Town Center Drive, 20th Floor
      Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

      Latham & Watkins LLP
      Wesley Tiu
      505 Montgomery Street, Suite 2000
      San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

      LATHAM & WATKINS LLP
      Rachel Mitchell
      12670 High Bluff Drive
      San Diego, CA 92130

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR     Document 278-1     Filed 11/13/24     Page 62 of 125

WLS# 25327091-11

# United States District Court
for the
NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

Coalition On Homelessness; et al.

_____

*Plaintiff*

v.

**City and County of San Francisco, et al.**

_____

DEFENDANT

)
)
)
)
)

Civil Action No. 4:22-cv-05502-DMR (LJC)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:     **CUSTODIAN OF RECORDS OF: MedAmerica Billing Services, Inc., 1601 Cummins Dr., Suite D, Modesto, CA 95358 Telephone No. (209) 567-5755**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all billing (charges, payments, adjustments, and liens) related to Sarah Cronk aka Apple Cronk (DOB: ▮▮ 1993) from January 1, 2018, to present**

| Place:                                                   **Phone: (800) 698-8177** | Date and Time: |
|---|---|
| **WestCoast Legal Service** <br> **1925 Winchester Blvd #203, Campbell  CA 95008** | **10/29/2024 10:00:00** |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

CLERK OF COURT

OR

_____       _____
Signature of Clerk or Deputy Clerk                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-11/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 63 of 125

WLS#25327091-11

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **MedAmerica Billing Services, Inc.**
on *(date)* **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____ on *(date)* **or**

☐ I returned the subpoena unexecuted because ;

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

**I declare under penalty of perjury that this information is true.**

**Date:**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery. A subpoena may command:**

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is reqiured may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

25327091-11

1   Kaitlyn Murphy   SBN 293309
San Francisco City Attorney's Office

2   1390 Market Street, 6th Fl
San Francisco, CA  94102

3   REPRESENT Defendant

4                    UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT/SAN FRANCISCO

6

7

8   Coalition On Homelessness; et al.

9                    Plaintiff/Petitioner(s)     No.: 4:22-cv-05502-DMR (LJC)
                                                 NOTICE OF TAKING DEPOSITION
10  City and County of San Francisco,            PURSUANT TO RULE 30(B)(6) BY
et al.                                           SUBPOENA DUCES TECUM
11                   Defendant/Respondent(s)

12

13  TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the

14  Custodian of Records for MedAmerica Billing Services, Inc..

    PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal

15  Rules of Civil Procedure. the deposition of said Custodian is

16  scheduled for  October 29, 2024 at 10:00:00 at the offices of

17  WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008

18     PLEASE ALSO NOTE that no personal appearance will be made.  True,

19  legible, and durable copies of all the documents described in the

20  DEPOSITION SUBPOENA which are certified by the above named Custodian

21  and which are delivered by mail or otherwise to the duly authorized

22  deposition officer at the place and or before the date hereinabove

23  shown will be accepted as sufficient compliance by said Custodian.

24  Said deposition to continue from day to day until completed.

25

26

27

28  Dated:  9/30/2024

                              Signed: _____
                                      Attorney for Defendant

                                                         25327091-11/Cproof63

**Proof of Service**

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On  **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105

_XXX_        (Mailing list continued on next page)

BY MAIL

_XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
California, in the ordinary course of business.

Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.

Signed:_____
Donald Russi

WestCoast Legal Service
925 Winchester Blvd #205
Campbell, CA 95008
Phone: (800) 698-8177 Fax: (800) 698-5877

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

ACLU Foundation of Northern California
John Thomas H. Do
39 Drumm Street
San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

LATHAM & WATKINS LLP
Joseph Hyuk Lee
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

Latham & Watkins LLP
Wesley Tiu
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

LATHAM & WATKINS LLP
Rachel Mitchell
12670 High Bluff Drive
San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 68 of 125

WLS# 25327091-12

# United States District Court
for the
NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

Coalition On Homelessness; et al.

_____
Plaintiff
v.

City and County of San Francisco, et al.

_____
DEFENDANT

)
)
)
)
)

Civil Action No. 4:22-cv-05502-DMR (LJC)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:    **CUSTODIAN OF RECORDS OF: St Francis Memorial Hospital (Radiology), 900 Hyde St, 1st Flr, San Francisco, CA 94109 Telephone No. (415) 353-6000**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all radiological films, studies, imagery & impressions, including but not limited to CT's, MRI's, and x-rays, pertaining to Sarah Cronk aka Apple Cronk, DOB: ████ 1993, from January 1, 2018, to present**

| Place:                                                      | Phone: (800) 698-8177 | Date and Time:          |
|-------------------------------------------------------------|-----------------------|-------------------------|
| **WestCoast Legal Service**                                 |                       | **10/29/2024 10:00:00** |
| **1925 Winchester Blvd #203, Campbell  CA 95008**           |                       |                         |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|--------|----------------|
|        |                |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

CLERK OF COURT

OR    *Kaitlyn Murphy*

_____            _____
Signature of Clerk or Deputy Clerk                      Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-12/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 69 of 125

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)*  **St Francis Memorial Hospital (Radiology)**
on  *(date)*  **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**

_____   on *(date)*   **or**

☐ I returned the subpoena unexecuted because **;**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness
fees for one day's attendance, and the mileage allowed by law, in the amount of
$  **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

**I declare under penalty of perjury that this information is true.**

**Date:**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 70 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery. A subpoena may command:**

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is reqruied may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

25327091-12

1  Kaitlyn Murphy   SBN 293309
San Francisco City Attorney's Office

2  1390 Market Street, 6th Fl
San Francisco, CA 94102

3  REPRESENT Defendant

4              UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT/SAN FRANCISCO

6

7

8  Coalition On Homelessness; et al.

9                    Plaintiff/Petitioner(s)     No.: 4:22-cv-05502-DMR (LJC)
                                                  NOTICE OF TAKING DEPOSITION
10  City and County of San Francisco,            PURSUANT TO RULE 30(B) (6) BY
et al.                                           SUBPOENA DUCES TECUM

11                    Defendant/Respondent(s)

12

TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the

13  Custodian of Records for St Francis Memorial Hospital (Radiology).

14  PLEASE TAKE NOTICE that, pursuant to Rule 30(b) (6) of the Federal

15  Rules of Civil Procedure. the deposition of said Custodian is

16  scheduled for  October 29, 2024 at 10:00:00 at the offices of

17  WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008

18      PLEASE ALSO NOTE that no personal appearance will be made.  True,

19  legible, and durable copies of all the documents described in the

20  DEPOSITION SUBPOENA which are certified by the above named Custodian

21  and which are delivered by mail or otherwise to the duly authorized

22  deposition officer at the place and or before the date hereinabove

23  shown will be accepted as sufficient compliance by said Custodian.

24  Said deposition to continue from day to day until completed.

25

26

27

28  Dated:  9/30/2024

Signed: _____
                 Attorney for Defendant

25327091-12/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On  **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

 XXX - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
             envelope addressed as follows:

         LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
         Andrew Ntim
         131 Steuart Street, Suite 400
         San Francisco, CA 94105

 XXX         (Mailing list continued on next page)

BY MAIL
         XXX   As follows: I am "readily familiar" with the firm's practice of collection and
          processing correspondence for mailing. Under that practice it would be deposited with
          the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
          California, in the ordinary course of business.

         Executed on  September 30, 2024, at Campbell, CA.

 XXX         (State) I declare under penalty of perjury under the laws of the State of California that
          the above is true and correct.

Signed:_____
                     Donald Russi

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

      ACLU Foundation of Northern California
      John Thomas H. Do
      39 Drumm Street
      San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

      LATHAM & WATKINS LLP
      Joseph Hyuk Lee
      650 Town Center Drive, 20th Floor
      Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

      Latham & Watkins LLP
      Wesley Tiu
      505 Montgomery Street, Suite 2000
      San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope
addressed as follows:

      LATHAM & WATKINS LLP
      Rachel Mitchell
      12670 High Bluff Drive
      San Diego, CA 92130

# United States District Court
### for the
### NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

| | |
|---|---|
| Coalition On Homelessness; et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-05502-DMR (LJC) |
| **City and County of San Francisco, et al.** | ) |
| _____ | ) |
| *DEFENDANT* | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:     **CUSTODIAN OF RECORDS OF: St Mary's Hospital & Clinics, 450 Stanyan St, San Francisco, CA 94117 Telephone No. (415) 750-5842**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all medical records related to Sarah Cronk aka Apple Cronk (DOB: ▉ 1993) from January 1, 2018, to present**

| Place: | Phone: (800) 698-8177 | Date and Time: |
|---|---|---|
| **WestCoast Legal Service** **1925 Winchester Blvd #203, Campbell  CA 95008** | | **10/29/2024 10:00:00** |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

|  CLERK OF COURT | | |
|---|---|---|
| | OR | *Kaitlyn Murphy* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

---

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-13/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 75 of 125

WLS#25327091-13

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **St Mary's Hospital & Clinics**
on *(date)* **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____ on *(date)* **or**

☐ I returned the subpoena unexecuted because ;

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

**I declare under penalty of perjury that this information is true.**

**Date:**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 76 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

*(i)* is a party or a party's officer; or

*(ii)* is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

*(i)* At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

*(ii)* These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

*(i)* fails to allow a reasonable time to comply;

*(ii)* requires a person to comply beyond the geographical limits specified in Rule 45(c);

*(iii)* requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

*(iv)* subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is reqruied may, on motion, quash or modify the subpoena if it requires:

*(i)* disclosing a trade secret or other confidential research, development, or commercial information; or

*(ii)* disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

*(i)* shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

*(ii)* ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

*(i)* expressly make the claim; and

*(ii)* describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

CPROOF29/25327091

1 | Kaitlyn Murphy   SBN 293309                                    25327091-13
San Francisco City Attorney's Office
2 | 1390 Market Street, 6th Fl
San Francisco, CA  94102

3 | REPRESENT Defendant

4 |                UNITED STATES DISTRICT COURT

5 |              NORTHERN DISTRICT/SAN FRANCISCO

6 |

7 |

8 | Coalition On Homelessness; et al.

9 |                     Plaintiff/Petitioner(s)     No.: 4:22-cv-05502-DMR (LJC)
                                                 NOTICE OF TAKING DEPOSITION
10 | City and County of San Francisco,            PURSUANT TO RULE 30(B)(6) BY
et al.                                           SUBPOENA DUCES TECUM
11 |                     Defendant/Respondent(s)

12 |

13 | TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the

14 | Custodian of Records for St Mary's Hospital & Clinics.

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal
15 |
Rules of Civil Procedure. the deposition of said Custodian is
16 |
scheduled for  October 29, 2024 at 10:00:00 at the offices of
17 |
WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008
18 |
     PLEASE ALSO NOTE that no personal appearance will be made.  True,
19 |
legible, and durable copies of all the documents described in the
20 |
DEPOSITION SUBPOENA which are certified by the above named Custodian
21 |
and which are delivered by mail or otherwise to the duly authorized
22 |
deposition officer at the place and or before the date hereinabove
23 |
shown will be accepted as sufficient compliance by said Custodian.
24 |
Said deposition to continue from day to day until completed.
25 |

26 |

27 |

28 | Dated:  9/30/2024

                              Signed: _____
                                      Attorney for Defendant
                                                           25327091-13/Cproof63

**Proof of Service**

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On  **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
            envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105

_XXX_        (Mailing list continued on next page)

BY MAIL
        _XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
         processing correspondence for mailing. Under that practice it would be deposited with
         the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
         California, in the ordinary course of business.

Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
            the above is true and correct.

Signed:_____
                                Donald Russi

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/13/24    Page 80 of 125

WLS# 25327091-14

# United States District Court
## for the
NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

| | |
|---|---|
| Coalition On Homelessness; et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| City and County of San Francisco, et al. | ) |
| _____ | ) |
| *DEFENDANT* | ) |

Civil Action No. 4:22-cv-05502-DMR (LJC)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:    **CUSTODIAN OF RECORDS OF: St Mary's Hospital & Clinics, 450 Stanyan St, San Francisco, CA 94117 Telephone No. (415) 750-5842**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all psychiatric records related to Sarah Cronk aka Apple Cronk (DOB: ▮▮ 1993) from January 1, 2018, to present**

| Place: **WestCoast Legal Service** <br> **1925 Winchester Blvd #203, Campbell  CA 95008**     Phone: (800) 698-8177 | Date and Time: <br> **10/29/2024 10:00:00** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-14/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 81 of 125

WLS#25327091-14

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

      I received this subpoena for *(name of individual and title, if any)*  **St Mary's Hospital & Clinics**
on  *(date)*  **09/30/2024**

      ☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____  on *(date)*  **or**

      ☐ I returned the subpoena unexecuted because ;

      Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$  **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

      **I declare under penalty of perjury that this information is true.**

**Date:**

                               _____
                                    *Server's signature*

                               _____
                                    *Printed name and title*

                               _____
                                    *Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 82 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery. A subpoena may command:**

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

(A) Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

(A) When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is reqruied may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) Specifying Conditions as an Alternative. In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

(A) Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.

(D) Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

(A) Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

1  Kaitlyn Murphy   SBN 293309                                            25327091-14
   San Francisco City Attorney's Office
2  1390 Market Street, 6th Fl
   San Francisco, CA  94102

3  REPRESENT Defendant

4                  UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT/SAN FRANCISCO

6

7

8  Coalition On Homelessness; et al.

9                    Plaintiff/Petitioner(s)    No.: 4:22-cv-05502-DMR (LJC)
                                                NOTICE OF TAKING DEPOSITION
10 City and County of San Francisco,            PURSUANT TO RULE 30(B)(6) BY
   et al.                                       SUBPOENA DUCES TECUM
11                    Defendant/Respondent(s)

12
   TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the
13
   Custodian of Records for St Mary's Hospital & Clinics.
14
   PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal
15
   Rules of Civil Procedure. the deposition of said Custodian is
16
   scheduled for  October 29, 2024 at 10:00:00 at the offices of
17
   WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008
18
       PLEASE ALSO NOTE that no personal appearance will be made.  True,
19
   legible, and durable copies of all the documents described in the
20
   DEPOSITION SUBPOENA which are certified by the above named Custodian
21
   and which are delivered by mail or otherwise to the duly authorized
22
   deposition officer at the place and or before the date hereinabove
23
   shown will be accepted as sufficient compliance by said Custodian.
24
   Said deposition to continue from day to day until completed.
25

26

27

28
   Dated:  9/30/2024
                                Signed: _____
                                        Attorney for Defendant
                                                            25327091-14/Cproof63

**Proof of Service**

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**


On **September 30, 2024** I served the foregoing documents described as:


SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action



_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
         envelope addressed as follows:

         LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
         Andrew Ntim
         131 Steuart Street, Suite 400
         San Francisco, CA 94105



_XXX_        (Mailing list continued on next page)

BY MAIL
         _XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
          processing correspondence for mailing. Under that practice it would be deposited with
          the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
          California, in the ordinary course of business.


         Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
         the above is true and correct.






                     Signed:_____
                                       Donald Russi

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

ACLU Foundation of Northern California
John Thomas H. Do
39 Drumm Street
San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

LATHAM & WATKINS LLP
Joseph Hyuk Lee
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

Latham & Watkins LLP
Wesley Tiu
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

LATHAM & WATKINS LLP
Rachel Mitchell
12670 High Bluff Drive
San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/13/24    Page 86 of 125

WLS# 25327091-15

# United States District Court
## for the
### NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

Coalition On Homelessness; et al.

_____  )
                                          )
               _Plaintiff_                )
               v.                         )    Civil Action No. 4:22-cv-05502-DMR (LJC)
City and County of San Francisco, et al.  )
                                          )
_____  )
               _DEFENDANT_

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:    **CUSTODIAN OF RECORDS OF: St Mary's Hospital & Clinics (Billing), 450 Stanyan St, San Francisco, CA 94117 Telephone No. (415) 750-5842**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all billing (charges, payments, adjustments, and liens) related to Sarah Cronk aka Apple Cronk (DOB: ██ 1993) from January 1, 2018, to present**

| Place:                                                                                  | Date and Time:          |
|-----------------------------------------------------------------------------------------|-------------------------|
| **Phone: (800) 698-8177**<br>**WestCoast Legal Service**<br>**1925 Winchester Blvd #203, Campbell  CA 95008** | **10/29/2024 10:00:00** |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place:                                                                                  | Date and Time:          |
|-----------------------------------------------------------------------------------------|-------------------------|
|                                                                                         |                         |

    The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date:  September 30, 2024**

                CLERK OF COURT

                                            OR     _Kaitlyn Murphy_
_____                _____
     Signature of Clerk or Deputy Clerk                    Attorney's signature

 The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

---

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-15/A088B

Civil Action No. **4:22-cv-05502-DMR (LJC)**

WLS#25327091-15

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **St Mary's Hospital & Clinics (Billing)**
on  *(date)* **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____  on *(date)*  **or**

☐ I returned the subpoena unexecuted because **;**


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness
fees for one day's attendance, and the mileage allowed by law, in the amount of
$  **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

**I declare under penalty of perjury that this information is true.**


**Date:**

_____
*Server's signature*


_____
*Printed name and title*


_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 88 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is requried may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

1  Kaitlyn Murphy   SBN 293309                                        25327091-15
   San Francisco City Attorney's Office
2  1390 Market Street, 6th Fl
   San Francisco, CA  94102

3  REPRESENT Defendant

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT/SAN FRANCISCO

6

7

8  Coalition On Homelessness; et al.

9                    Plaintiff/Petitioner(s)    No.: 4:22-cv-05502-DMR (LJC)
                                                 NOTICE OF TAKING DEPOSITION
10 City and County of San Francisco,            PURSUANT TO RULE 30(B) (6) BY
   et al.                                       SUBPOENA DUCES TECUM
11                    Defendant/Respondent(s)

12

13 TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the

14 Custodian of Records for St Mary's Hospital & Clinics (Billing).

15 PLEASE TAKE NOTICE that, pursuant to Rule 30(b) (6) of the Federal

16 Rules of Civil Procedure. the deposition of said Custodian is

17 scheduled for  October 29, 2024 at 10:00:00 at the offices of

18 WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008

19     PLEASE ALSO NOTE that no personal appearance will be made.  True,

20 legible, and durable copies of all the documents described in the

21 DEPOSITION SUBPOENA which are certified by the above named Custodian

22 and which are delivered by mail or otherwise to the duly authorized

23 deposition officer at the place and or before the date hereinabove

24 shown will be accepted as sufficient compliance by said Custodian.

25 Said deposition to continue from day to day until completed.

26

27

28 Dated:  9/30/2024

                              Signed: _____
                                      Attorney for Defendant
                                                           25327091-15/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105

_XXX_        (Mailing list continued on next page)

BY MAIL
_XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
California, in the ordinary course of business.

Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.

Signed:_____
Donald Russi

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 92 of 125

WLS# 25327091-16

# United States District Court

for the

NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

| | |
|---|---|
| Coalition On Homelessness; et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-05502-DMR (LJC) |
| **City and County of San Francisco, et al.** | ) |
| _____ | ) |
| *DEFENDANT* | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:     **CUSTODIAN OF RECORDS OF: St Mary's Hospital & Clinics (Radiology), 450 Stanyan St, San Francisco, CA 94117 Telephone No. (415) 750-5842**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all radiological films, studies, imagery & impressions, including but not limited to CT's, MRI's, and x-rays, pertaining to Sarah Cronk aka Apple Cronk, DOB: ▮▮▮▮ 1993, from January 1, 2018, to present**

| Place: | Phone: (800) 698-8177 | Date and Time: |
|---|---|---|
| **WestCoast Legal Service** | | **10/29/2024 10:00:00** |
| **1925 Winchester Blvd #203, Campbell  CA 95008** | | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

CLERK OF COURT

_____          OR          _____
Signature of Clerk or Deputy Clerk                                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

---

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-16/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 93 of 125

Civil Action No. **4:22-cv-05502-DMR (LJC)**                                          **WLS#25327091-16**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  **St Mary's Hospital & Clinics (Radiology)**
on  *(date)*  **09/30/2024**

☒  I served the subpoena by delivering a copy to the named individual as follows: **, , ,**

_____    on *(date)*   **or**

☐  I returned the subpoena unexecuted because **;**


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$  **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

**I declare under penalty of perjury that this information is true.**


**Date:**                                                          _____
                                                                          *Server's signature*


                                                                          _____
                                                                          *Printed name and title*


                                                                          _____
                                                                          *Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 94 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery. A subpoena may command:**

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is requried may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

1    Kaitlyn Murphy   SBN 293309                                    25327091-16
     San Francisco City Attorney's Office
2    1390 Market Street, 6th Fl
     San Francisco, CA  94102

3    REPRESENT Defendant

4                    UNITED STATES DISTRICT COURT

5                NORTHERN DISTRICT/SAN FRANCISCO

6

7

8    Coalition On Homelessness; et al.

9                    Plaintiff/Petitioner(s)      No.: 4:22-cv-05502-DMR (LJC)
                                                  NOTICE OF TAKING DEPOSITION
10   City and County of San Francisco,            PURSUANT TO RULE 30(B)(6) BY
     et al.                                       SUBPOENA DUCES TECUM
11                   Defendant/Respondent(s)

12

13   TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the

14   Custodian of Records for St Mary's Hospital & Clinics (Radiology).

15   PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal

16   Rules of Civil Procedure. the deposition of said Custodian is

17   scheduled for  October 29, 2024 at 10:00:00 at the offices of

18   WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008

19       PLEASE ALSO NOTE that no personal appearance will be made.  True,

20   legible, and durable copies of all the documents described in the

21   DEPOSITION SUBPOENA which are certified by the above named Custodian

22   and which are delivered by mail or otherwise to the duly authorized

23   deposition officer at the place and or before the date hereinabove

24   shown will be accepted as sufficient compliance by said Custodian.

25   Said deposition to continue from day to day until completed.

26

27

28   Dated:  9/30/2024

                             Signed: _____
                                     Attorney for Defendant
                                                            25327091-16/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On  **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

 XXX - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
          envelope addressed as follows:

          LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
          Andrew Ntim
          131 Steuart Street, Suite 400
          San Francisco, CA 94105

 XXX        (Mailing list continued on next page)

BY MAIL
          XXX   As follows: I am "readily familiar" with the firm's practice of collection and
          processing correspondence for mailing. Under that practice it would be deposited with
          the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
          California, in the ordinary course of business.

          Executed on  September 30, 2024, at Campbell, CA.

 XXX        (State) I declare under penalty of perjury under the laws of the State of California that
          the above is true and correct.

Signed:_____
                                Donald Russi

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 98 of 125
WLS# 25327091-17

# United States District Court
### for the
NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

| | |
|---|---|
| Coalition On Homelessness; et al. | ) |
| _____ | ) |
| *Plaintiff* | ) Civil Action No. 4:22-cv-05502-DMR (LJC) |
| v. | ) |
| **City and County of San Francisco, et al.** | ) |
| _____ | ) |
| *DEFENDANT* | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:    **CUSTODIAN OF RECORDS OF: San Francisco General Hospital, 1001 Potrero Ave, Building 5 Room 2B4, San Francisco, CA 94110 Telephone No. (628) 206-8622**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all medical, psychiatric, radiology, and imaging records related to Sarah Cronk aka Apple Cronk (DOB: ███ 1993) from January 1, 2018, to present**

| Place: **WestCoast Legal Service** **1925 Winchester Blvd #203, Campbell  CA 95008** | Phone: (800) 698-8177 | Date and Time: **10/29/2024 10:00:00** |
|---|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

*CLERK OF COURT*

                                 OR

_____            _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-17/A088B

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 99 of 125

WLS#25327091-17

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

    I received this subpoena for *(name of individual and title, if any)* **San Francisco General Hospital**
on *(date)* **09/30/2024**

    ☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____ on *(date)* **or**

    ☐ I returned the subpoena unexecuted because **;**

    Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

    **I declare under penalty of perjury that this information is true.**

**Date:**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 100 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

*(i)* is a party or a party's officer; or

*(ii)* is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery. A subpoena may command:**

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

*(i)* At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

*(ii)* These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

*(i)* fails to allow a reasonable time to comply;

*(ii)* requires a person to comply beyond the geographical limits specified in Rule 45(c);

*(iii)* requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

*(iv)* subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is requried may, on motion, quash or modify the subpoena if it requires:

*(i)* disclosing a trade secret or other confidential research, development, or commercial information; or

*(ii)* disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

*(i)* shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

*(ii)* ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

*(i)* expressly make the claim; and

*(ii)* describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

1    Kaitlyn Murphy   SBN 293309                          25327091-17
    San Francisco City Attorney's Office

2    1390 Market Street, 6th Fl
    San Francisco, CA 94102

3    REPRESENT Defendant

4                UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT/SAN FRANCISCO

6

7

8    Coalition On Homelessness; et al.

9                Plaintiff/Petitioner(s)    No.: 4:22-cv-05502-DMR (LJC)
                                      NOTICE OF TAKING DEPOSITION

10    City and County of San Francisco,        PURSUANT TO RULE 30(B) (6) BY
    et al.                                      SUBPOENA DUCES TECUM

11                Defendant/Respondent(s)

12

13    TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the

14    Custodian of Records for San Francisco General Hospital.

     PLEASE TAKE NOTICE that, pursuant to Rule 30(b) (6) of the Federal

15    Rules of Civil Procedure. the deposition of said Custodian is

16    scheduled for  October 29, 2024 at 10:00:00 at the offices of

17    WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008

18       PLEASE ALSO NOTE that no personal appearance will be made.  True,

19    legible, and durable copies of all the documents described in the

20    DEPOSITION SUBPOENA which are certified by the above named Custodian

21    and which are delivered by mail or otherwise to the duly authorized

22    deposition officer at the place and or before the date hereinabove

23    shown will be accepted as sufficient compliance by said Custodian.

24    Said deposition to continue from day to day until completed.

25

26

27

28    Dated:   9/30/2024

                                Signed: _____
                                     Attorney for Defendant

                                                 25327091-17/Cproof63

## Proof of Service

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**


On  **September 30, 2024** I served the foregoing documents described as:


SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action



_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105


_XXX_        (Mailing list continued on next page)

BY MAIL
_XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
California, in the ordinary course of business.


Executed on  September 30, 2024, at Campbell, CA.

_XXX_        (State) I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.




Signed:_____
                    Donald Russi

WestCoast Legal Service
1925 Winchester Blvd #203
Campbell, CA 95008
Phone: (800) 698-8177 Fax: (800) 698-5877

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

ACLU Foundation of Northern California
John Thomas H. Do
39 Drumm Street
San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

LATHAM & WATKINS LLP
Joseph Hyuk Lee
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

Latham & Watkins LLP
Wesley Tiu
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

LATHAM & WATKINS LLP
Rachel Mitchell
12670 High Bluff Drive
San Diego, CA 92130

Order#: 25327091-17/Cproof23

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 1:22-cv-05502-DMR   Document 278-1   Filed 11/12/21   Page 104 of 125

WLS# 25327091-18

# United States District Court
## for the
### NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

| | |
|---|---|
| Coalition On Homelessness; et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-05502-DMR (LJC) |
| City and County of San Francisco, et al. | ) |
| _____ | ) |
| *DEFENDANT* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO: **CUSTODIAN OF RECORDS OF: San Francisco General Hospital (Billing), 1001 Potrero Ave, Bldg 20, 4th Fl, San Francisco, CA 94110 Telephone No. (628) 206-8658**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Any and all billing (charges, payments, adjustments, and liens) related to Sarah Cronk aka Apple Cronk (DOB: ▮▮▮ 1993) from January 1, 2018, to present**

| Place: **WestCoast Legal Service** 1925 Winchester Blvd #203, Campbell  CA 95008 | **Phone: (800) 698-8177** | Date and Time: **10/29/2024 10:00:00** |
|---|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: September 30, 2024**

CLERK OF COURT

_____     OR     _____
Signature of Clerk or Deputy Clerk                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and County of San Francisco, et al., who issues or requests this subpoena, are:

**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl, San Francisco, CA 94102, (415) 554-3800**

---

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

25327091-18/A088B

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR    Document 278-1    Filed 11/12/24    Page 105 of 125

WLS#25327091-18

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  **San Francisco General Hospital (Billing)**
on  *(date)* **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____  on *(date)*  **or**

☐ I returned the subpoena unexecuted because **;**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

I declare under penalty of perjury that this information is true.

**Date:**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

Case 4:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 106 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

   **(i)** is a party or a party's officer; or

   **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:

  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

   **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

   **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

   **(i)** fails to allow a reasonable time to comply;

   **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

   **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

   **(iv)** subjects a person to undue burden.

  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is reqruied may, on motion, quash or modify the subpoena if it requires:

   **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

   **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

   **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

   **(i)** expressly make the claim; and

   **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

25327091-18

1  Kaitlyn Murphy   SBN 293309
   San Francisco City Attorney's Office
2  1390 Market Street, 6th Fl
   San Francisco, CA  94102

3  REPRESENT Defendant

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT/SAN FRANCISCO

6

7

8  Coalition On Homelessness; et al.

9                  Plaintiff/Petitioner(s)          No.: 4:22-cv-05502-DMR (LJC)
                                                     NOTICE OF TAKING DEPOSITION
10 City and County of San Francisco,                 PURSUANT TO RULE 30(B)(6) BY
   et al.                                            SUBPOENA DUCES TECUM
11                 Defendant/Respondent(s)

12
   TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the
13
   Custodian of Records for San Francisco General Hospital (Billing).
14
   PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal
15
   Rules of Civil Procedure. the deposition of said Custodian is
16
   scheduled for  October 29, 2024 at 10:00:00 at the offices of
17
   WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008
18
       PLEASE ALSO NOTE that no personal appearance will be made.  True,
19
   legible, and durable copies of all the documents described in the
20
   DEPOSITION SUBPOENA which are certified by the above named Custodian
21
   and which are delivered by mail or otherwise to the duly authorized
22
   deposition officer at the place and or before the date hereinabove
23
   shown will be accepted as sufficient compliance by said Custodian.
24
   Said deposition to continue from day to day until completed.
25

26

27

28
   Dated:  9/30/2024

                          Signed: _____
                                   Attorney for Defendant

25327091-18/Cproof63

**Proof of Service**

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**

On  **September 30, 2024** I served the foregoing documents described as:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action

 XXX - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
            envelope addressed as follows:

            LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
            Andrew Ntim
            131 Steuart Street, Suite 400
            San Francisco, CA 94105

 XXX        (Mailing list continued on next page)

BY MAIL
            XXX   As follows: I am "readily familiar" with the firm's practice of collection and
            processing correspondence for mailing. Under that practice it would be deposited with
            the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
            California, in the ordinary course of business.

            Executed on  September 30, 2024, at Campbell, CA.

 XXX        (State) I declare under penalty of perjury under the laws of the State of California that
            the above is true and correct.

Signed:_____
                    Donald Russi

WestCoast Legal Service
1925 Winchester Blvd #203
Campbell, CA 95008
Phone: (800) 698-8177 Fax: (800) 698-5877

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 1:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 110 of 125

WLS# 25327091-19

# United States District Court

for the

NORTHERN DISTRICT/SAN FRANCISCO of CALIFORNIA

Coalition On Homelessness; et al.

_____   )
                                           )
              *Plaintiff*                  )
                 v.                        )     Civil Action No. 4:22-cv-05502-DMR (LJC)
City and County of San Francisco, et al.   )
                                           )
_____   )
              DEFENDANT

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:   **CUSTODIAN OF RECORDS OF: SFGH Medical Group, 3130 20th St #350, San Francisco, CA 94110**
      **Telephone No. (415) 502-8162**

_____
                        *(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the
following documents, electronically stored information, or objects, and to permit inspection, copying,
testing, or sampling of the material:

**Any and all billing (charges, payments, adjustments, and liens) related to Sarah Cronk aka Apple Cronk (DOB:**
**███ 1993) from January 1, 2018, to present**

| Place:                                                    Phone: (800) 698-8177 | Date and Time: |
|---|---|
| **WestCoast Legal Service** <br> **1925 Winchester Blvd #203, Campbell  CA 95008** | **10/29/2024 10:00:00** |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises,
land, or other property possessed or controlled by you at the time, date, and location set forth below,
so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or
any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

    The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance;
Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your
duty to respond to this subpoena and the potential consequences of not doing so.

**Date:  September 30, 2024**

                                              CLERK OF COURT

                                                              OR        *Kaitlyn Murphy*
          _____                         _____
            *Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

 The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant City and
County of San Francisco, et al., who issues or requests this subpoena, are:
**Kaitlyn Murphy  SBN:293309, E-Mail: kaitlyn.murphy@sfcityatty.org, San Francisco City Attorney's Office, 1390 Market Street, 6th Fl,**
**San Francisco, CA 94102, (415) 554-3800**

_____

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a
copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 4:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 111 of 125

WLS#25327091-19

Civil Action No. **4:22-cv-05502-DMR (LJC)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **SFGH Medical Group**
on *(date)* **09/30/2024**

☒ I served the subpoena by delivering a copy to the named individual as follows: **, , ,**
_____ on *(date)* **or**

☐ I returned the subpoena unexecuted because ;

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ **15.00**

**My fees are $ _____ for travel and $ _____ for services, for a total of $ _____**

I declare under penalty of perjury that this information is true.

**Date:** _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

*Additional information regarding attempted service, etc:*

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Case 4:22-cv-05502-DMR   Document 278-1   Filed 11/12/24   Page 112 of 125

**Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)**

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fee on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required and also, after a motion is transferred, the issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

**For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).**

1
Kaitlyn Murphy   SBN 293309
25327091-19
San Francisco City Attorney's Office
2
1390 Market Street, 6th Fl
San Francisco, CA  94102
3
REPRESENT Defendant
4
UNITED STATES DISTRICT COURT
5
NORTHERN DISTRICT/SAN FRANCISCO
6

7

8
Coalition On Homelessness; et al.

9
                    Plaintiff/Petitioner(s)
No.: 4:22-cv-05502-DMR (LJC)
NOTICE OF TAKING DEPOSITION
10
City and County of San Francisco,
PURSUANT TO RULE 30(B)(6) BY
SUBPOENA DUCES TECUM
et al.
11
                    Defendant/Respondent(s)

12
TO ALL PARTIES OF RECORD AND THEIR ATTORNEYS, with respect to the
13
Custodian of Records for SFGH Medical Group.
14
PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal
15
Rules of Civil Procedure. the deposition of said Custodian is
16
scheduled for  October 29, 2024 at 10:00:00 at the offices of
17
WestCoast Legal Service, 1925 Winchester Blvd #203,  Campbell, CA 95008
18
    PLEASE ALSO NOTE that no personal appearance will be made.  True,
19
legible, and durable copies of all the documents described in the
20
DEPOSITION SUBPOENA which are certified by the above named Custodian
21
and which are delivered by mail or otherwise to the duly authorized
22
deposition officer at the place and or before the date hereinabove
23
shown will be accepted as sufficient compliance by said Custodian.
24
Said deposition to continue from day to day until completed.
25

26

27

28
Dated:  9/30/2024

                                    Signed: _____
                                         Attorney for Defendant
                                                                25327091-19/Cproof63

**Proof of Service**

I, Donald Russi, and any employee retained by WestCoast Legal Service, am employed in the county of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action,my business address is **1925 Winchester Blvd #203,  Campbell, CA 95008.**


On  **September 30, 2024** I served the foregoing documents described as:


SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION (with attachment); NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS;

to interested parties on this action



_XXX_ - 00(BY MAIL) by placing the true copies thereof enclosed in sealed
envelope addressed as follows:

LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
Andrew Ntim
131 Steuart Street, Suite 400
San Francisco, CA 94105



_XXX_      (Mailing list continued on next page)

BY MAIL
_XXX_   As follows: I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal Service on the same day with postage theron fully paid at Campbell,
California, in the ordinary course of business.


Executed on  September 30, 2024, at Campbell, CA.

_XXX_      (State) I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.




Signed:_____
                          Donald Russi

WestCoast Legal Service
1925 Winchester Blvd #203
Campbell, CA 95008
Phone: (800) 698-8177 Fax: (800) 698-5877

**(Continued from previous page.)**

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> ACLU Foundation of Northern California
> John Thomas H. Do
> 39 Drumm Street
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Joseph Hyuk Lee
> 650 Town Center Drive, 20th Floor
> Costa Mesa, CA 92626

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> Latham & Watkins LLP
> Wesley Tiu
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111

(MAIL SERVICE) by placing the true copies thereof enclosed in sealed envelope addressed as follows:

> LATHAM & WATKINS LLP
> Rachel Mitchell
> 12670 High Bluff Drive
> San Diego, CA 92130

# AUTHORIZATION FOR USE AND/OR DISCLOSURE
## OF MEDICAL INFORMATION (HIPAA Compliant)

**Name of Patient:** Sarah Cronk aka Apple Cronk
**Date of Birth:** ▮▮▮▮▮ 1993
**Social Security # and/or Medical Record # _____**

**I hereby Authorize:** San Francisco General Hospital
 1001 Potrero Ave, Building 5 Room 2B4 San Francisco, CA  94110
**To Disclose(Recipients) to:** WestCoast Legal Service
 1925 Winchester Blvd #203,  Campbell, CA 95008 , (800) 698-8177
**And to their Client:** San Francisco City Attorney's Office
 1390 Market Street, 6th Fl, San Francisco, CA  94102, Ph:(415) 554-3800


**RECORDS TO BE RELEASED:**
☐ **For any & all dates or** ☐ **The Following Dates_____to_____**
☐ **Medical Information**
☐ **Billing**
☐ **Diagnostic Imaging: X-Ray/ MRI/CT/Ultrasound etc.**
☒ **Psychiatric _____(initial) _____(date)**
☐ **Drug/Alcohol _____(initial) _____(date)**
☐ **HIV/AIDS &/or☐ Genetic Testing_____(initial)_____(date)**
☐ **Other Health Information_____**

_____

☒ **Specific records to be disclosed:** Any and all medical,
psychiatric, radiology, and imaging records related to Sarah Cronk aka
Apple Cronk (DOB: ▮▮▮▮ 1993) from January 1, 2018, to present

_____


Page 1 of 2

EXPLANATION
 This Authorization for use or disclosure of my medical records for possible or
pending litigation is required by state & federal law. Failure to provide ALL
information requested may invalidate this Authorization.

DURATION
 This Authorization shall become effective immediately and shall remain in effect for
one (1) year from the date of signature unless a different date is specified here
_____ (date).

REVOCATION
 This Authorization is also subject to written revocation by the patient at any time.
The written revocation will be effective upon receipt, except the extent that the
disclosing party or others have acted in reliance upon this Authorization.

RESTRICTIONS/REDISCLOSURE
 I acknowledge that any information disclosed pursuant to this Authorization may be
re-disclosed by the recipient and it may no longer be protected by federal
confidentiality law if the recipient of the health information is not a covered entity
that is subject to such federal confidentiality laws.

RIGHTS
 I may refuse to sign this Authorization and my refusal will not affect my ability to
obtain treatment or payment. I have a right to receive a copy of this Authorization. If
this line is initialed, a copy was requested and received:_____. I may inspect
and obtain a copy of the medical records that I am Authorizing for use or disclosure.
A copy of this Authorization is as valid at the original.


_____          Date: _____
 Signature:Sarah Cronk aka Apple Cronk


_____          Date: _____
 Indicate Relationship if signed by other than the Patient,
 Attach proof  to sign for patient: power of attorney, death certificate, court order.


_____
 Witness (if required)

Page 2 of 2

# AUTHORIZATION FOR USE AND/OR DISCLOSURE
## OF MEDICAL INFORMATION (HIPAA Compliant)

**Name of Patient:** Sarah Cronk aka Apple Cronk
**Date of Birth:** ▮▮▮▮ 1993
**Social Security # and/or Medical Record #** _____

**I hereby Authorize:** St Francis Memorial Hospital Health Information Service
 900 Hyde St San Francisco, CA  94109
**To Disclose(Recipients) to:** WestCoast Legal Service
 1925 Winchester Blvd #203,  Campbell, CA 95008 , (800) 698-8177
**And to their Client:** San Francisco City Attorney's Office
 1390 Market Street, 6th Fl, San Francisco, CA  94102, Ph:(415) 554-3800

## RECORDS TO BE RELEASED:
☐ **For any & all dates or** ☐ **The Following Dates** _____ **to** _____
☐ **Medical Information**
☐ **Billing**
☐ **Diagnostic Imaging: X-Ray/ MRI/CT/Ultrasound etc.**
☒ **Psychiatric** _____ **(initial)** _____ **(date)**
☐ **Drug/Alcohol** _____ **(initial)** _____ **(date)**
☐ **HIV/AIDS &/or** ☐ **Genetic Testing** _____ **(initial)** _____ **(date)**
☐ **Other Health Information** _____

_____

☒ **Specific records to be disclosed:** Any and all psychiatric records
related to Sarah Cronk aka Apple Cronk (DOB: ▮▮▮ 1993) from January 1,
2018, to present

_____

Page 1 of 2

EXPLANATION
This Authorization for use or disclosure of my medical records for possible or pending litigation is required by state & federal law. Failure to provide ALL information requested may invalidate this Authorization.

DURATION
This Authorization shall become effective immediately and shall remain in effect for one (1) year from the date of signature unless a different date is specified here _____ (date).

REVOCATION
This Authorization is also subject to written revocation by the patient at any time. The written revocation will be effective upon receipt, except the extent that the disclosing party or others have acted in reliance upon this Authorization.

RESTRICTIONS/REDISCLOSURE
I acknowledge that any information disclosed pursuant to this Authorization may be re-disclosed by the recipient and it may no longer be protected by federal confidentiality law if the recipient of the health information is not a covered entity that is subject to such federal confidentiality laws.

RIGHTS
I may refuse to sign this Authorization and my refusal will not affect my ability to obtain treatment or payment. I have a right to receive a copy of this Authorization. If this line is initialed, a copy was requested and received:_____. I may inspect and obtain a copy of the medical records that I am Authorizing for use or disclosure. A copy of this Authorization is as valid at the original.

_____     Date: _____
Signature:Sarah Cronk aka Apple Cronk


_____     Date: _____
Indicate Relationship if signed by other than the Patient,
Attach proof  to sign for patient: power of attorney, death certificate, court order.


_____
Witness (if required)

Page 2 of 2

# AUTHORIZATION FOR USE AND/OR DISCLOSURE
## OF MEDICAL INFORMATION (HIPAA Compliant)

**Name of Patient:** Sarah Cronk aka Apple Cronk
**Date of Birth:** ██████ 1993
**Social Security # and/or Medical Record # _____**

**I hereby Authorize:** St Mary's Hospital & Clinics
450 Stanyan St San Francisco, CA  94117
**To Disclose(Recipients) to:** WestCoast Legal Service
1925 Winchester Blvd #203,  Campbell, CA 95008 , (800) 698-8177
**And to their Client:** San Francisco City Attorney's Office
1390 Market Street, 6th Fl, San Francisco, CA  94102, Ph:(415) 554-3800


**RECORDS TO BE RELEASED:**
☐ **For any & all dates or** ☐ **The Following Dates_____to_____**
☐ **Medical Information**
☐ **Billing**
☐ **Diagnostic Imaging: X-Ray/ MRI/CT/Ultrasound etc.**
☒ **Psychiatric _____(initial) _____(date)**
☐ **Drug/Alcohol _____(initial) _____(date)**
☐ **HIV/AIDS &/or☐ Genetic Testing_____(initial)_____(date)**
☐ **Other Health Information_____**

_____

☒ **Specific records to be disclosed:** Any and all psychiatric records
related to Sarah Cronk aka Apple Cronk (DOB: ████ 1993) from January 1,
2018, to present

_____


Page 1 of 2

EXPLANATION
This Authorization for use or disclosure of my medical records for possible or pending litigation is required by state & federal law. Failure to provide ALL information requested may invalidate this Authorization.

DURATION
This Authorization shall become effective immediately and shall remain in effect for one (1) year from the date of signature unless a different date is specified here _____ (date).

REVOCATION
This Authorization is also subject to written revocation by the patient at any time. The written revocation will be effective upon receipt, except the extent that the disclosing party or others have acted in reliance upon this Authorization.

RESTRICTIONS/REDISCLOSURE
I acknowledge that any information disclosed pursuant to this Authorization may be re-disclosed by the recipient and it may no longer be protected by federal confidentiality law if the recipient of the health information is not a covered entity that is subject to such federal confidentiality laws.

RIGHTS
I may refuse to sign this Authorization and my refusal will not affect my ability to obtain treatment or payment. I have a right to receive a copy of this Authorization. If this line is initialed, a copy was requested and received:_____. I may inspect and obtain a copy of the medical records that I am Authorizing for use or disclosure. A copy of this Authorization is as valid at the original.

_____   Date: _____
Signature:Sarah Cronk aka Apple Cronk

_____   Date: _____
Indicate Relationship if signed by other than the Patient,
Attach proof  to sign for patient: power of attorney, death certificate, court order.

_____
Witness (if required)

## Page 2 of 2

# AUTHORIZATION FOR USE AND/OR DISCLOSURE
## OF MEDICAL INFORMATION (HIPAA Compliant)

**Name of Patient:** Sarah Cronk aka Apple Cronk
**Date of Birth:** ████████ 1993
**Social Security # and/or Medical Record # _____**

**I hereby Authorize:** UCSF Mt Zion Medical Center
400 Parnassus Ave., Room A-88 San Francisco, CA  94143
**To Disclose(Recipients) to:** WestCoast Legal Service
1925 Winchester Blvd #203,  Campbell, CA 95008 , (800) 698-8177
**And to their Client:** San Francisco City Attorney's Office
1390 Market Street, 6th Fl, San Francisco, CA  94102, Ph:(415) 554-3800

**RECORDS TO BE RELEASED:**
☐ **For any & all dates or** ☐ **The Following Dates_____to_____**
☐ **Medical Information**
☐ **Billing**
☐ **Diagnostic Imaging: X-Ray/ MRI/CT/Ultrasound etc.**
☒ **Psychiatric _____(initial) _____(date)**
☐ **Drug/Alcohol _____(initial) _____(date)**
☐ **HIV/AIDS &/or**☐ **Genetic Testing_____(initial)_____(date)**
☐ **Other Health Information_____**

_____

☒ **Specific records to be disclosed:** Any and all psychiatric records
related to Sarah Cronk aka Apple Cronk (DOB: ████ 1993) from January 1,
2018, to present

_____

Page 1 of 2

## EXPLANATION

This Authorization for use or disclosure of my medical records for possible or pending litigation is required by state & federal law. Failure to provide ALL information requested may invalidate this Authorization.

## DURATION

This Authorization shall become effective immediately and shall remain in effect for one (1) year from the date of signature unless a different date is specified here _____ (date).

## REVOCATION

This Authorization is also subject to written revocation by the patient at any time. The written revocation will be effective upon receipt, except the extent that the disclosing party or others have acted in reliance upon this Authorization.

## RESTRICTIONS/REDISCLOSURE

I acknowledge that any information disclosed pursuant to this Authorization may be re-disclosed by the recipient and it may no longer be protected by federal confidentiality law if the recipient of the health information is not a covered entity that is subject to such federal confidentiality laws.

## RIGHTS

I may refuse to sign this Authorization and my refusal will not affect my ability to obtain treatment or payment. I have a right to receive a copy of this Authorization. If this line is initialed, a copy was requested and received:_____. I may inspect and obtain a copy of the medical records that I am Authorizing for use or disclosure. A copy of this Authorization is as valid at the original.

_____    Date: _____

Signature:Sarah Cronk aka Apple Cronk

_____    Date: _____

Indicate Relationship if signed by other than the Patient,
Attach proof  to sign for patient: power of attorney, death certificate, court order.

_____

Witness (if required)

## Page 2 of 2

# AUTHORIZATION FOR USE AND/OR DISCLOSURE
## OF MEDICAL INFORMATION (HIPAA Compliant)

**Name of Patient:** Sarah Cronk aka Apple Cronk
**Date of Birth:** ▓▓▓▓ 1993
**Social Security # and/or Medical Record #** _____

**I hereby Authorize:** UCSF Medical Center
6425 Christie Avenue, 4th Fl Emeryville, CA  94608
**To Disclose(Recipients) to:** WestCoast Legal Service
1925 Winchester Blvd #203,  Campbell, CA 95008 , (800) 698-8177
**And to their Client:** San Francisco City Attorney's Office
1390 Market Street, 6th Fl, San Francisco, CA  94102, Ph:(415) 554-3800

## RECORDS TO BE RELEASED:
☐ **For any & all dates or** ☐ **The Following Dates_____to_____**
☐ **Medical Information**
☐ **Billing**
☐ **Diagnostic Imaging: X-Ray/ MRI/CT/Ultrasound etc.**
☒ **Psychiatric _____(initial) _____(date)**
☐ **Drug/Alcohol _____(initial) _____(date)**
☐ **HIV/AIDS &/or☐ Genetic Testing_____(initial)_____(date)**
☐ **Other Health Information_____**

_____

☒ **Specific records to be disclosed:** Any and all psychiatric records
related to Sarah Cronk aka Apple Cronk (DOB: ▓▓▓ 1993) from January 1,
2018, to present, to include records from UCSF Helen Diller Medical
Center, 400 Parnassus Ave, San Francisco, CA and UCSF Medical Center
at Mission Bay, 1825 Fourth Street, San Francisco, CA

_____

Page 1 of 2

EXPLANATION
This Authorization for use or disclosure of my medical records for possible or pending litigation is required by state & federal law. Failure to provide ALL information requested may invalidate this Authorization.

DURATION
This Authorization shall become effective immediately and shall remain in effect for one (1) year from the date of signature unless a different date is specified here _____ (date).

REVOCATION
This Authorization is also subject to written revocation by the patient at any time. The written revocation will be effective upon receipt, except the extent that the disclosing party or others have acted in reliance upon this Authorization.

RESTRICTIONS/REDISCLOSURE
I acknowledge that any information disclosed pursuant to this Authorization may be re-disclosed by the recipient and it may no longer be protected by federal confidentiality law if the recipient of the health information is not a covered entity that is subject to such federal confidentiality laws.

RIGHTS
I may refuse to sign this Authorization and my refusal will not affect my ability to obtain treatment or payment. I have a right to receive a copy of this Authorization. If this line is initialed, a copy was requested and received:_____. I may inspect and obtain a copy of the medical records that I am Authorizing for use or disclosure. A copy of this Authorization is as valid at the original.


_____        Date: _____
Signature:Sarah Cronk aka Apple Cronk


_____        Date: _____
Indicate Relationship if signed by other than the Patient,
Attach proof  to sign for patient: power of attorney, death certificate, court order.


_____
Witness (if required)

Page 2 of 2