1  NISHA KASHYAP (SBN 301934)
   nkashyap@lccrsf.org
2  ANDREW NTIM (SBN 347084)
   antim@lccrsf.org
3  LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE
   SAN FRANCISCO BAY AREA
4  131 Steuart Street, Suite 400
   San Francisco, CA 94105
5  Telephone: (415) 543-9444
6
7  Attorneys for Plaintiffs
8
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12
13 COALITION ON HOMELESSNESS, et al.,          CASE NO. 4:22-cv-05502-DMR
14
                Plaintiffs,                    **PLAINTIFFS' ADMINISTRATIVE
15                                             MOTION TO FILE UNDER SEAL**
        v.
16                                             **Judge:** The Hon. Donna M. Ryu
   CITY AND COUNTY OF SAN FRANCISCO,
17 et al.,
18
                Defendants.
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs submit this Administrative Motion to File Under Seal to seal six lines of the parties' joint discovery letter concerning Defendants' third-party subpoenas for all medical, psychiatric, radiological, and billing records related to the individual Plaintiffs from January 1, 2018 to present. Specifically, the portion of the discovery letter subject to the Administrative Motion is:

| Document | Portion of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Joint Discovery Letter regarding medical records subpoena | Final three lines on p. 4, first three lines on p. 5 | Plaintiffs |

The redacted information consists of confidential health and medical information that is deemed private by federal and California law, and qualifies for protection under Federal Rule of Civil Procedure 26(c) and the Stipulated Protective Order (Dkt. No. 127). *See Heldt v. Guardian Life Ins. Co. of Am.*, No. 16-CV-885-BAS-NLS, 2018 WL 5920029, at *2 (S.D. Cal. Nov. 13, 2018) ("Documents containing specific medical information may be filed under seal.") (citing *Domingo v. Brennan*, 690 Fed. Appx. 928, 930 (9th Cir. 2017) (upholding sealing of documents containing "sensitive medical information")).

Disclosure of this sensitive information in a public court filing will infringe upon Plaintiff David Martinez's privacy rights, and result in the dissemination of private health information to the public. Pursuant to Local Rule 79-5, Plaintiffs have redacted only "the truly sensitive information" in the document. Accordingly, good cause exists to seal the aforementioned six lines in the parties' joint discovery letter.

Defendants have no position on the sealing request.

1        Based on the foregoing, Plaintiffs respectfully request that the Court grant this Administrative Motion to File Under Seal.

Dated: November 12, 2024        Respectfully submitted,

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By */s/ Nisha Kashyap*
NISHA KASHYAP
ANDREW NTIM

*Attorneys for Plaintiffs*