1  NISHA KASHYAP (SBN 301934)
   nkashyap@lccrsf.org
2  ANDREW NTIM (SBN 347084)
   antim@lccrsf.org
3  LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
4  131 Steuart Street, Suite 400
   San Francisco, CA 94105
5  Telephone: (415) 543-9444

6
7  Attorneys for Plaintiffs

8
9
10
11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13
                    **OAKLAND DIVISION**
14

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | CASE NO. 4:22-cv-05502-DMR |
| Plaintiffs, | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **Judge:**    The Hon. Donna M. Ryu |
| Defendants. | |

**[PROPOSED] ORDER**

This matter comes before the Court on an Administrative Motion to File Under Seal. Having carefully considered the motion and the papers submitted by the parties, the Court orders the following sealed:

| Document | Portion of Document to be Sealed |
|---|---|
| Joint Discovery Letter regarding medical records subpoena | Final three lines on p. 4, first three lines on p. 5 |

**IT IS SO ORDERED.**

Date:_____

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge