UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| Date: 12/4/2024 | Time: 1:53-2:10 | Judge: DONNA M. RYU |
|---|---|---|
| Case No.: 4:22-cv-05502-DMR | Case Name: Coalition on Homelessness, et al v. City and County of San Francisco, et al | |

**For Plaintiffs:** John Do; Vasudha Talla; and Zoe Salzman

**For Defendants:** Kaitlyn Murphy and Steven Mills

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:53-2:10

PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

Further Case Management Conference held.

The last day to file a third amended complaint is **12/18/2024**.

Plaintiffs shall provide a preliminary privilege log by **12/9/24** with sufficient information for Defendants to assess whether to challenge an assertion of privilege. The parties are ordered to promptly meet and confer on any disputes regarding privilege. Challenges shall be made through a motion rather than a joint discovery letter.

**COURT SET THE FOLLOWING DATES:**

Further Case Management Conference: **4/2/2025** at 1:30 p.m. by Zoom Videoconference
Updated Joint Case Management Conference Statement due by: **3/26/2025**

**ORDER TO BE PREPARED BY:**
[ ] **Plaintiff**    [ ] **Defendant**    [ ] **Court**

cc:   Chambers