**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** December 12, 2024 | **Time:** 4:03 p.m.- 4:16 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness v. City and County of San Francisco | |

**For Plaintiffs:** Vasudha Talla, Emery Celli Brinckerhoff Abady Ward & Maazel LLP and William S. Freeman, ACLU Foundation of Northern California, counsel for Plaintiffs

**For Defendants:** Kaitlyn M. Murphy and John Hamilton George, San Francisco City Attorney's Office, counsel for Defendants

**Deputy Clerk:** Brittany Sims            **Reported by:** Not Recorded

**PROCEEDINGS**

Telephonic Pre-Settlement Conference held. The parties discussed the possibility of reconvening settlement negotiations to resolve what remains of Plaintiffs' claims. Recognizing that an amended complaint will be filed shortly, and considering the case schedule overall, the Court is willing to assist with renewed efforts in February-March 2025. On the morning of December 17, 2025, the Court will provide the parties with potential dates. The parties agreed to meet and confer to select a date and plan for an exchange of letters or other steps to prepare for the settlement conference.