LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Nisha Kashyap SBN 301934
Andrew Ntim SBN 347084
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
nkashyap@lccrsf.org
antim@lccrsf.org

*Attorneys for Plaintiffs Coalition on Homelessness, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval*

*Additional Counsel Appear on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL;<br><br>Plaintiffs.<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' NOTICE OF FILING OF THIRD AMENDED COMPLAINT** |

THIRD AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF
CASE NO. 4:22-CV-05502-DMR

**PLAINTIFFS' NOTICE OF FILING OF THIRD AMENDED COMPLAINT**

Pursuant to the Court's Order on Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings (Dkt. 281), Plaintiffs Coalition on Homelessness, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, and Teresa Sandoval, by and through their undersigned counsel, hereby file their Third Amended Complaint along with a redline against the Second Amended Complaint (Dkt. 242). Plaintiffs amend the complaint to cure the deficiencies in organizational standing identified by the Court, *see* Dkt. No. 281, at 19-20, 36-37, and to delete the dismissed claims and plaintiffs.

Dated:  December 18, 2024                    Respectfully submitted,


                                             By: */s/ Nisha Kashyap*

                                             LAWYERS' COMMITTEE FOR CIVIL
                                             RIGHTS OF THE SAN FRANCISCO BAY
                                             AREA
                                             Nisha Kashyap SBN 301934
                                             Andrew Ntim SBN 347084
                                             131 Steuart Street, Ste. 400
                                             San Francisco, CA 94105
                                             Telephone: (415) 543-9444
                                             nkashyap@lccrsf.org
                                             antim@lccrsf.org

                                             By: */s/ John Thomas H. Do*

                                             AMERICAN CIVIL LIBERTIES UNION
                                             FOUNDATION OF NORTHERN CALIFORNIA
                                             John Thomas H. Do, SBN 285075
                                             William S. Freeman SBN 82002
                                             39 Drumm Street
                                             San Francisco, CA 94111
                                             Telephone: (415) 293-6333
                                             jdo@aclunc.org
                                             wfreeman@aclunc.org

                                             By: */s/ Scout Katovich*

                                             AMERICAN CIVIL LIBERTIES UNION
                                             Scout Katovich, *pro hac vice*

425 California Street
Suite 700
San Francisco, CA 94104
212-549-2500
skatovich@aclu.org


By: /s/ Zoe Salzman

ECBAWM LLP
Zoe Salzman, *pro hac vice*
Vasudha Talla
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
600 Fifth Avenue, 10th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval*

**ATTESTATION**

I, Zoe Salzman, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: December 18, 2024                     /s/ Zoe Salzman