# EXHIBIT A

# Unattended and abandoned property Bag & Tag Process



**311-Radio Room, SFPD, Pro-Active**



**With Out Service Request**



Contact Radio Room for CMMS# request.

 **On Site/Location:**
**Assess, photos document in associated CMMS#/ request**

**With CMMS#- Service request**

No Bag and Tag- Per listed items to discard, (See attached)

**Clean Up and determined, belonging to be bag and tag or discard.**
**(see cheat sheet)**

**Bag and Tag.**
**Complete personal property information form & Post on site Notice for property removal –take photos on CMMS#- Except items pick up from PD station.**

Photos and noted on associated CMMS # and close

**Special project team, intake Log and document information on share drive.**

**Bring belonging with information to PW lower yard –inside cage- photos in associated CMMS#.**

# Procedure Number 16-05-08 : Removal-and-Temporary-Storage-of-Personal-Items-Collected-From-Public-Property

Public Works staff adheres to this policy when removing personal items from public property for temporary storage and retrieval. These procedures are commonly known as "bag and tag." These rules apply to Public Works staff when they are working on City property, as well as when working with another agency or on property under the jurisdiction of another agency (i.e., Caltrans). This policy explains what is attended, unattended and abandoned property and how that property must be treated.

**Identifying, collecting and storing personal property: unattended personal property**
**a.** Upon inspection by street-cleaning staff, unattended personal property – where neither the owner nor anyone who states that they have been designated by the owner to watch the property is present – will be collected and stored for retrieval.
**b.** Except as described below (Items to be discarded), all unattended personal property that is collected for storage will be bagged and tagged upon collection and taken to the Public Works Operations Yard for storage.
**c.** Only items listed under Section 3, Items that will be discarded, will be discarded immediately. All other items will be removed and stored. Staff will place a post-removal notice in the area from which the items were removed stating how, where and when the items may be retrieved.(See Section 4, Notices.)
**d.** Distinguishing between unattended and abandoned property
Temporarily unattended property is different from abandoned property, which may be immediately discarded. In determining if property is abandoned, staff should evaluate the facts and circumstances surrounding the items. Unattended property is not abandoned if it is accompanied by signs of ownership – for example, an unattended tent that is filled with personal belongings or items that are being stored in an orderly manner (i.e., packed up, wrapped or covered) are not abandoned.

In addition, if there is a third-party present who states they have been designated to watch or secure the items during the owner's temporary absence, the items are not abandoned and are attended property (see below). By contrast, abandoned items are unaccompanied by objective indications of ownership, for example, an empty or broken tent sitting by itself on a sidewalk with no other belongings, a bag of clothes open and strewn across a sidewalk, or items that are broken, disheveled, surrounded by trash or show other signs of neglect.

# Bulky Items

Storage of bulky items. Due to the limitations on space in the Public Works Operations Yard, the department will store "bulky items" for 14 days from the date of collection. A "bulky item" is any single item that does not fit in a 60-gallon container with the lid closed. Bulky items include furniture and mattresses. After 14 days, the department will discard unclaimed bulky items. A tent, operational walker, operational wheelchair, operational crutches or operational bicycle will not be treated as a bulky item, and the department will store it for 90 days, as provided above.



**Items that will be discarded and not stored**

Items that present an immediate health or safety risk, such as:

toxic sharps: needles, scissors, knives

chemicals: bleach, paint, oils, etc.

items (including bedding and clothing) soiled by infectious materials: human waste, body fluids, moldy, mildewed items

items infested by rodents and insects: rats, mice, fleas, lice, bed bugs

**Note:** If personal belongings are co-mingled or littered with needles, human waste or other health risks, staff may dispose of the entire pile of belongings and are not required to sort through and attempt to remove the health or safety risks.



**Pre-removal notice- 72 hours advance written**

For pre-planned encampment resolutions, the HSOC or the San Francisco Homeless Outreach Team (SFHOT-ERT) will provide 72 hours advance written notice, so long as the site does not present any imminent health or safety hazards requiring immediate removal. Shall be photograph and document.

**Date of posting:**
**Time of posting:**

**SAN FRANCISCO PUBLIC WORKS**
**72-HOUR NOTICE OF PLANNED REMOVAL OF PROPERTY**

Be advised that the [encampment and/or personal property] located at [describe location] is in violation of City law. Any individuals residing in this area need to immediately move off this site and remove any personal property they own.

On [insert date], at [insert time], the City and County of San Francisco Public Works will conduct a clean-up of the area, including the removal of all personal property, temporary shelters, junk and/or garbage from the area.

Any personal property removed will be taken to the Public Works Operations Yard at 2323 Cesar Chavez Street. Owners of the items should go to the Kansas Street entrance, at Marin Street, and call on the intercom or call 415-695-2134. For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day. After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m. There is no fee for property storage or retrieval. Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed except for the following: any single item that does not fit in a 60-gallon container with the lid closed will be deemed abandoned and destroyed 14 days after the date of removal. Tents and operational walkers, crutches, wheelchairs and bicycles will be stored for 90 days after the date of removal.

Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (soiled, needles, infested with vermin), (2) items that are evidence of a crime or contraband, (3) trash and (4) perishable food.




**Pre-removal notice- 72 hours advance written-In coordination with HSOC**

**24 hours advance written notice,**

For regular encampment cleaning conducted by the Hot Spot crews (i.e. where Public Works is cleaning the encampment and individuals are not required to permanently move), HSOC/SFHOT-ERC will provide 24 hours advance written notice, so long as the site does not present any imminent health or safety hazards and no exigent circumstances are present.

A notice of sidewalk cleaning shall be posted conspicuously in the area of the cleaning. The Notice shall be in a form substantially similar to Attachment B, the notice of sidewalk cleaning attached to this policy. Staff shall photograph all postings and shall document that notice was provided including the time, date, location of the posting. 16-05-08 - below

**SAN FRANCISCO PUBLIC WORKS**
**NOTICE OF SIDEWALK CLEANING**

**Location of Cleaning:** _____
**Date of Posting Notice:** _____
**Time of Posting Notice:** _____

Be advised that Public Works will clean the sidewalk in the location mentioned above between [TIME AND TIME] ON [DATE]. To facilitate the cleaning, please temporarily move your belongings from this area. During the cleaning, Public Works will accept for recycling or disposal all trash and any personal property no longer desired. Public Works will also accept personal property for storage, as explained below. Public Works may remove and store unattended personal property unlawfully stored in the public right of way, as explained below.

**This sidewalk cleaning IS NOT an encampment removal under Section 169 of the San Francisco Police Code.**

**Storage of Personal Property.** Personal property given to Public Works for storage or unattended personal property removed by Public Works from sidewalks or public right of way will be taken to the **Public Works Operations Yard at 2323 Cesar Chavez Street.** Owners of the items should go to the Kansas Street entrance, at Marin Street, and call on the intercom or call 415-695-2134. For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day. After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m. There is no fee for property storage or retrieval. Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property in order to retrieve it. **Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed except for the following: any single item that does not fit in a 60-gallon container with the lid closed will be deemed abandoned and destroyed 14 days after the date of removal. Tents and operational walkers, crutches, wheelchairs and bicycles will be stored for 90 days after the date of removal.**

Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., soiled, needles, infested with vermin), (2) items that are evidence of a crime or contraband, (3) trash, and (4) perishable food.

**For routine cleaning operations or when responding to 311 service requests, advance written notice is not required;** however, to the extent staff encounter encampments in connection with these cleanings, staff shall give persons a reasonable amount of time (approximately 30minutes) to collect and move their items, taking into account that individuals may have special needs and the volume of belongings.



**SAN FRANCISCO PUBLIC WORKS**

**NOTICE OF REMOVAL OF PROPERTY**

Be advised that unattended personal property has been removed from this area because it was stored on City or State property in violation of California Penal Code Sections 372 and/or 647(e), and/or San Francisco Police Code Section 22.

Date and approximate time of removal: _____

SR/CMMS#: _____

Location of removal: _____

General description of items removed: _____

_____

PW Staff name: _____ Vehicle #: _____

You may retrieve your belongings at the Public Works Operations Yard located at 2323 Cesar Chavez Street (use the Kansas Street entrance at Marin Street), 415-695-2134. They can be claimed 24 hours a day after items are collected for the first 72 hours. Afterwards, owners may retrieve their items Monday through Friday, 9 a.m. to 3 p.m. There is no fee for storage or retrieval. Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property in order to retrieve it. Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.

**Post-removal notice**
After any removal of unattended bag and tag property, Public Works staff shall place a post-removal notice, including the time, date and location they provided notice.

Post-removal notice on (cones or A-frames at location) Posted sign, cones, A-frames can't remove after 24 hours. For Unattended- Abandoned property.





## HOMELESS PROPERTY INFORMATION-Intake Form

*(carbon copy)* Public Works staff collects the personal items and while in the field documents the collection with a personal property collection bag and tag intake

# Photos –inside bag and tag storage



# Special Project: Sample of Intake log

# Encampment –bag & tag related document-forms

72 hours advance notice

▶ https://sfgov1.sharepoint.com/sites/DPW/ProceduresManual/Attachments/16-05-08%20-%20Attachment%20A.docx    (attached PDF)

24 hours advance notice

▶ https://sfgov1.sharepoint.com/sites/DPW/ProceduresManual/Attachments/16-05-08%20-%20Attachment%20B.docx    (attached PDF)

Notice of removal of Property

▶ https://sfgov1.sharepoint.com/sites/DPW/ProceduresManual/Attachments/16-05-08%20-%20Attachment%20C.docx    (attached PDF)

Property Owner Information-Intake Form

▶ https://sfgov1.sharepoint.com/sites/DPW/ProceduresManual/Attachments/16-05-08%20-%20Attachment%20D.docx    (attached PDF)