# EXHIBIT C

| Employee Id | Approval Group | Date |
|---|---|---|
| 233146 | Hotspot | 11/20/2024 |
| 232923 | Hotspot | 11/20/2024 |
| 65973 | Hotspot | 11/20/2024 |
| 232082 | Hotspot | 11/20/2024 |
| 158378 | Hotspot | 11/20/2024 |
| 166542 | Hotspot | 11/20/2024 |
| 177716 | Hotspot | On Leave |
| 31207 | Hotspot | 12/18/2024 |
| 36942 | Hotspot | On Leave |
| 20268 | Hotspot | 11/20/2024 |
| 235176 | Reactionary Crew | 11/26/2024 |
| 160525 | Reactionary Crew | 11/26/2024 |
| 235112 | Reactionary Crew | 11/26/2024 |
| 235186 | Reactionary Crew | 11/26/2024 |
| 47684 | Reactionary Crew | 11/26/2024 |
| 235190 | Reactionary Crew | 11/26/2024 |
| 21083 | Special Projects | on leave |
| 69158 | Special Projects | 11/26/2024 |
| 51844 | Special Projects | 10/17/2024 |
| 66904 | Special Projects | 10/17/2024 |
| 176793 | Special Projects | 10/17/2024 |
| 51609 | Special Projects | 10/17/2024 |
| 120955 | Special Projects | 10/17/2024 |
| 235931 | Special Projects | 10/17/2024 |
| 177833 | Special Projects | 10/17/2024 |
| 202259 | Special Projects | 10/17/2024 |
| 43011 | Supervisors | 11/12/2024 |
| 52796 | Supervisors | 10/24/2024 |
| 20251 | Supervisors | 11/12/2024 |
| 18865 | Supervisors | 11/21/2024 |
| 13959 | Supervisors | 10/24/2024 |
| 37487 | Supervisors | 11/20/2024 |
| 29681 | Supervisors | 11/26/2024 |
| 41908 | Supervisors | 12/12/2024 |
| 154183 | Supervisors | 11/21/2024 |
| 169897 | Supervisors | 10/17/2024 |
| 41582 | Supervisors | 11/26/2024 |
| 37580 | Supervisors | 11/26/2024 |
| 188291 | Zone A | on leave |
| 234140 | Zone A | 10/24/2024 |
| 59747 | Zone A | 10/24/2024 |
| 233269 | Zone A | 10/24/2024 |
| 183057 | Zone A | 10/24/2024 |
| 234143 | Zone A | 10/24/2024 |

| Employee Id | Approval Group | Date |
|---|---|---|
| 25332 | Zone A | 10/24/2024 |
| 23227 | Zone A | 10/24/2024 |
| 194869 | Zone A | 10/24/2024 |
| 236342 | Zone A | 10/24/2024 |
| 37879 | Zone A | 10/24/2024 |
| 155008 | Zone A | 11/26/2024 |
| 230684 | Zone B | 10/24/2024 |
| 34933 | Zone B | Pending reschedule |
| 187048 | Zone B | Pending reschedule |
| 20293 | Zone B | on leave |
| 177384 | Zone B | 10/24/2024 |
| 30256 | Zone B | 10/24/2024 |
| 233013 | Zone B | 10/24/2024 |
| 68670 | Zone B | 10/24/2024 |
| 216118 | Zone B | 10/24/2024 |
| 67256 | Zone B | 11/26/2024 |
| 22851 | Zone B | 10/24/2024 |
| 216794 | Zone B | 10/24/2024 |
| 230428 | Zone B | 10/24/2024 |
| 60345 | Zone B | 10/24/2024 |
| 201792 | Zone B | 10/24/2024 |
| 231389 | Zone B | 10/24/2024 |
| 54323 | Zone B | 10/24/2024 |
| 233015 | Zone B | 10/24/2024 |
| 154761 | Zone B | 10/24/2024 |
| 230772 | Zone C | 12/18/2024 |
| 160196 | Zone C | 11/5/2024 |
| 237018 | Zone C | 11/5/2024 |
| 60129 | Zone C | 11/5/2024 |
| 234162 | Zone C | 11/5/2024 |
| 187045 | Zone C | 11/26/2024 |
| 67854 | Zone C | 11/5/2024 |
| 227803 | Zone C | 11/5/2024 |
| 47236 | Zone C | 11/5/2024 |
| 66236 | Zone D | 11/12/2024 |
| 177363 | Zone D | 11/12/2024 |
| 233276 | Zone D | on leave |
| 210252 | Zone D | Pending reschedule |
| 183993 | Zone D | Pending reschedule |
| 208306 | Zone D | 12/18/2024 |
| 172264 | Zone D | 11/12/2024 |
| 236482 | Zone D | Pending reschedule |
| 237219 | Zone D | 12/18/2024 |
| 39361 | Zone D | 11/12/2024 |

| Employee Id | Approval Group | Date |
|---|---|---|
| 202256 | Zone D | 11/12/2024 |
| 234163 | Zone D | 11/12/2024 |
| 230819 | Zone D | 11/12/2024 |
| 45025 | Zone D | 11/12/2024 |
| 231003 | Zone E | 11/12/2024 |
| 227438 | Zone E | 11/12/2024 |
| 158563 | Zone E | 11/12/2024 |
| 176796 | Zone E | Pending reschedule |
| 233219 | Zone E | 11/12/2024 |
| 46896 | Zone E | Pending reschedule |
| 208344 | Zone E | Pending reschedule |
| 238867 | Zone E | 11/12/2024 |
| 36687 | Zone E | 11/5/2024 |
| 60703 | Zone E | 11/12/2024 |
| 183182 | Zone E | 11/12/2024 |
| 219904 | Zone E | 11/12/2024 |
| 202957 | Zone E | 11/12/2024 |
| 199824 | Zone E | 11/12/2024 |
| 198220 | Zone F | 11/5/2024 |
| 38321 | Zone F | 11/5/2024 |
| 232080 | Zone F | 11/5/2024 |
| 39143 | Zone F | 11/5/2024 |
| 160185 | Zone F | 11/5/2024 |
| 51616 | Zone F | on leave |
| 41864 | Zone F | 12/18/2024 |