# EXHIBIT D

Date: 9/3/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Kudos
  - o Last week's Clean Corridors
    - ▪ This week's Clean Corridors – Folsom from 4th to 9th
  - o Thank you for covering
    - ▪ Nicole De La Garza for Friday
    - ▪ Khaled Shehadeh for Saturday
    - ▪ Nicole Cook and Edgar Garcia for Sunday
    - ▪ Darryl Dilworth for Monday
- Vehicle Inspections
  - o Fleet Management did inspections and found issues
    - ▪ Seatbelt almost ripped off, no safety items in the vehicle, etc
    - ▪ Will need counseling of the individual(s) for the trucks that are not equipped with safety items
      - • Refer to Pre-Trip form for the list
  - o Twice a month we clean the vehicles – Document it
  - o Parking brakes – when vehicle parked, put the parking brakes on
- Kids are back in school, be careful driving around, slow down
- Bag & Tag
  - o Teach your staff how to identify what is garbage and what is to be bag & tag
    - ▪ Not everything inside a tent is to be disposed
  - o On CMMS, Zones are closing out SO for REA that they're still working on. Please remind your crew to read the comments before closing
    - ▪ Question
      - • Is that the same thing for Hotspot?
        - o Yes, the same thing with Hotspot. Make sure your staff read the comments carefully.

- Tailgate
  - When doing a tailgate, you need to do a Q&A. Have your team get more involved.
  - If your team have no questions, ask some Q&A to them to get them more involved
    - At the bottom of the paper, write the Q&A there
  - Remember to do your mandatory tailgates
- Time Off
  - Remind crews to submit 5 days in advance
  - Watch how many take time off – make sure you have someone to cover
- Timesheets
  - Please turn in timesheets on time
  - Months that have holidays, timesheets are due earlier than usual. Please turn it in to Katherine and Olu when you receive the reminder
  - If off, please have someone as back up to turn them in on time
- Boot Voucher
  - Please fill out the excel of which boot the employee wants and turn it in to Stephen
- Events
  - SF Fire Chili Cook-Off – Marina Greens on Saturday, September 7, 2024
  - Westwood Park Association Meeting – 881 Faxon on Saturday, September 7, 2024
  - Fleet Week – Will be on September 17th and will involve everybody
  - Special clean up on Saturday 14th
  - Next month we'll have a citywide emergency disaster response drill
  - Dream Force

Date: 9/10/2024

Location: Training Trailer

Start Time: 7:30 AM

**<u>SUP II Minutes</u>**

- DSS
  - o Start putting the DSS on your weekly report
  - o Reactionary Crew is maintaining Zone B, JFO and HSOC in the afternoon
  - o All the DSS calls will go to zones
    - ▪ PD will call the Radio Room, RR will create CMMS # and then call the Sup in that zone that this is a DSS
    - ▪ If PD leave, then you leave – make a note of it in CMMS
    - ▪ DSS will help keep track of your numbers – explains why the number is down
- Bag & Tag
  - o Be specific when you document a bag & tag
- Clean Corridor
  - o Church from 30th to Clipper
- Tailgate
  - o Make sure to turn in your 4 Safety Vehicle Inspections and 2 Tailgates on time every month. Don't put an X on the back of the inspection paper, use the check boxes.
  - o For questions asked during tailgate, write them on the bottom of the paper or the back
- Calendar
  - o Start using the calendar reminder on your phone
- Monitor the productivity in your crew
  - o Monitor how many requests in your crew that they have done. If someone has low numbers, look into why their numbers are low.
- Vacation
  - o If an employee comes to you with an emergency vacation request – they can only request it once a year (for employees who come in but then suddenly have to leave)
- Policy & Procedures
  - o If your staff report to you an incident that does not seem right, no matter what, write an incident report and make sure to move it up the chain
- Communication
  - o Please use the same email chain when responding to emails

- Events
  - o 82nd Community Day of Service
    - ▪ Bill Graham Civic Auditorium - <u>Wednesday, September 11, 2024</u>
  - o 34th Annual Autumn Moon Festival
    - ▪ "Grant Avenue between California Street and Broadway;
    - ▪ Commercial Street between Grant Avenue and Kearny Street;
    - ▪ Waverly Place between Clay and Washington streets.
    - ▪ Intersection(s) closed: Grant Avenue at Commercial Street"
      - • <u>Friday, September 13, 2024 to Sunday, September 15, 2024</u>
  - o Pacific Primary 50th Anniversary Block Party
    - ▪ Grove Street between Baker and Lyon - <u>Saturday, September 14, 2024</u>
  - o FCBC Harvest Festival 9/15
    - ▪ First Chinese Baptist Church (Corner of Waverly and Sacramento) - <u>Saturday, September 14, 2024 to Sunday, September 15, 2024</u>
  - o Dreamforce 2024
    - ▪ Moscone Center, Marriott Marquis, Intercontinental, St. Regis, Giants Ballpark, SF MOMA, AMC, Metron, City View, YB Gardens, Theater & Forum and Salesforce Tower
      - • <u>Saturday, September 14, 2024 to Thursday, September 19, 2024</u>
  - o Mexican Independence Day El Grito 2024
    - ▪ City Hall - <u>Sunday, September 15, 2024</u>
  - o Haight-Ashbury Street Fair
    - ▪ "Haight Street between Masonic and Stanyan Street;
    - ▪ Ashbury Street between Page and Waller Street;
    - ▪ Clayton Street between Page and Waller Street;
    - ▪ Cole Street between Page and Waller Street;
    - ▪ Belvedere Street between Page and Waller Street;
    - ▪ Schrader Street between Page and Waller Street;
    - ▪ Intersections closed: Ashbury, Clayton, Shrader, Cole and Belvedere at Haight Street"
      - • <u>Sunday, September 15, 2024</u>

Date: 9/17/2024

Location: Training Trailer

Start Time: 7:30 AM

### <u>SUP II Minutes</u>

- Kudos
  - Last Thursday's Clean Corridor
    - This week's Clean Corridor is at <u>West Portal from Ulloa to St. Francis</u>
- Vehicle Inspections
  - Inspections should be done on a weekly basis. The reminder should be on your calendar. Start using your calendar more for reminders
  - When you receive a vehicle inspection, review the inspection and make sure it's true
- Vehicles
  - When parking or double parking, make sure to put the cone behind the truck and fold in the mirrors
  - Make sure to set up properly and safely before working
- Accident/Incident Reports
  - Due asap, at the end of your shift. If you are unable to stay with the injured staff at the hospital, tell the staff to call the Radio Room when they are done and Radio Room will call whoever the Supervisor is on shift to take care of them
- Bag & Tag
  - Our bag & tag policy has not changed. Please follow the policy and procedures for bag & tag.
  - Please let your crew know to use the correct color when doing bag & tag. Do not use last month's color.
  - When doing encampments, don't be aggressive with them. Be cool and be nice. If you're unable to do the job just walk away.
  - If you're doing a job that took a few hours to do, make a comment about it on CMMS.
  - If you're not sure if you need to bag & tag something, bag & tag it.

- If you have permission from the owner to dispose an item that is in good condition, please document that in the comments in CMMS. If the owner wants to claim something, let them have it, if they want it thrown away, take a picture of it and dispose of it.
- Time-Off Request
  - Make sure you have someone to cover a shift and turn in the timesheets on time
- PARS – the Q2 are due soon
- Boot Truck for Redwings will be here tomorrow and on October 8th and 22nd
  - Stephen will email the group to go and get their boots
- Tomorrow is the 3rd Wednesday of the month – clean our house for one hour, everyone is to clean in their section
  - SO# 2255525
- This Thursday, the Director will be here at the yard at 6am and 1:30pm
- Events
  - Dream Force SO# 2347666
  - Oktoberfest - Friday, September 20, 2024
    - Front Street between California and Sacramento Streets;
    - Halleck Street between Battery and Front Streets"
  - This Saturday Neighborhood Beautification Day
    - K.C. Jones Playground - 3rd St & Armstrong Ave
  - Fiesta de las Americas - Saturday, September 21, 2024
    - 24th street between Bryant and Folsom including side streets from 23rd to 25th
  - Sunday Streets – Golden Gate Ave between Laguna St and Webster St

Date: 9/24/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Kudos
  - Last week's Clean Corridor
    - This week's Clean Corridor – Irving from 19th to 27th
    - Market Street Special – received a lot of compliments
    - Dream Force – received a lot of compliments
    - Fiesta de las Americas
    - Sunday Streets
    - K.C. Jones Playground
- You should not have anything to do with the election within the time of your work or city equipment. Try to avoid the rally if you have your vest on. (Please see attached for more info)
- Parking Permits
  - Permit is required to enter the parking lot
  - For those who are repeatedly getting the notice on their car – will be written up
- Vehicle Inspections
  - Remind staff to wear their seatbelt – seatbelt inspections will pop up again
    - If caught not wearing seatbelt – will be written up
  - Supervisors, please read the Pre-Trip your staff turns in
- Bag & Tag
  - Good job documenting
  - Court is finalizing bag & tag training – once approved, we need to re-train staff
  - When you bag & tag and if you have doubt if you should bag & tag something, bag & tag the item anyway – document it on CMMS
  - When you return to the yard – please be mindful of where you drop off the bags
- Special Request – Mayor's Office
  - The Warfield have 2 sold out concerts tonight and this Friday – make sure to clean and steam the area

- Tablets
  - Getting reports from day shift who are finding the tablet mount is bent to the floor and breaking at the base – please have tailgate about this
- Emergency Time Off
  - Staff who frequently request emergency time off – will need a doctor's note and document it
- MVI
  - 5 this month – please slow down, no need to rush
- Social Media
  - Last week a video is going around of one of our staff cleaning an area before it was cleared and engaging with a crowd of homeless people. We are do not engage with the homeless, the PD are supposed to clear the away then we are to clean the area. Do not clean an area when it is not cleared. We only clean after the area is cleared.
  - If you see a crowd of people, do not clean the area. If PD is not there to clear the area, move on to the next job
  - Please have a tailgate with your staff
- Events
  - Tenderloin Graffiti Wipe Out Day – coming up soon
    - Collaboration with the CBD
    - Will be on a Friday from 12-2:30pm
  - October 7th – Roll Call, Emergency Drill
  - October 8th – DOC Activation Drill
  - Moscone Center Event – 9/25 to 9/28
    - Moscone Center Hyatt Regency Embarcadero
  - Tehama Street Block Party - Friday, September 27, 2024
    - Tehama Street between 5th and 6th
  - Folsom Street Fair - 9/28 to 9/29
    - 10th St, north of Harrison St. and in front of 380 10th St
  - Saturday, September 28, 2024

- 12th Avenue Block Party 9/28/24 - 12th Avenue between Lincoln Way and Irving Street
- Richmond Autumn Moon Festival - Clement Street between 7th and 9th Avenue
- Fiesta on the Hill 2024 - Sunday, September 29, 2024
  - "Cortland Avenue between Folsom and Bocana Streets;
  - Moultrie Street between Eugenia and Cortland streets;
  - Ellsworth Street between Eugenia and Cortland streets
  - (Intersection(s) closed: Cortland Avenue at Gates, Ellsworth, Anderson, Moultrie, Andover, Wool and Bennington Streets"
- Latinx-Hispanic Heritage Month Potluck - Wednesday, October 16, 12-1 pm
  - 49 South Van Ness Ave. Check-in at 11th Floor Reception Desk; Potluck at 10th Floor Open Area
  - Please bring a favorite Latinx/Hispanic dish, or any special dish, you'd like to share. In lieu of a dish, contributions accepted: $13 by October 1 or $18 after October 1 (or at the door)

Date: 10/01/2024

Location: Training Trailer

Start Time: 7:30 AM

**<u>SUP II Minutes</u>**

- Remind staff about the Health Enrollment
  - See more info attached to email
- October 9 Health Fair
  - Everyone has 2 hours
- October 7
  - Call out
- October 8 – Citywide Emergency Activation
  - DOC Activation at the yard
    - The ones highlighted in the email JV sent - please register
  - Remind staff to fill up gas at the end of shift
    - At least 3/4 filled
- Bag & Tag
  - 311 activated where everyone is able to view the pictures
    - You need to take before, during and after pictures. If you have to upload pictures later, please write in comments why
    - Please have the comments match the pictures you are taking
  - Do not clean if the area is not cleared by the PD. If the PD leave, we leave.
- Clean Corridors
  - Haight from Divisadero to Laguna
- Please remind staff to be aware of your surroundings. Be alert and expect the unexpected
- Remind staff that Pre-Trip is mandatory and the unannounced gate check still on-going
- If you are short on staff, reach out and let the managers know of short staff
- Please do not keep the Bag & Tag color for September. Return old tags and get the October tags.
- Events
  - Wipe-out Event on Friday at Tenderloin

- o North Beach Block Party - Saturday, October 5, 2024
    - ▪ Stockton between Filbert and Union
- o Cayuga Fall Fest - Sunday, October 6, 2024
    - ▪ Naglee Stairs
- o Fleet Week 7th - 14th

Date: 10/15/2024

Location: Training Trailer

Start Time: 7:30 AM

## **<u>SUP II Minutes</u>**

- Kudos
  - o Clean Corridors
    - ▪ This week's Clean Corridor – Broad from Plymouth to Orizaba / Randolph from Orizaba to 19th
    - ▪ Castro Fair
    - ▪ Sunday Streets – SOMA
    - ▪ Fleet Week
    - ▪ Full Scale Exercise Disaster Drill
    - ▪ Health Fair
    - ▪ Italian Heritage Parade
- Safety Inspections
  - o 4 inspections, 2 tailgates every month
    - ▪ Remind your Sup I's
  - o Use your calendar for reminders
- Gate inspections still ongoing
  - o First violation: no pre-trip, no safety vest – counseling
  - o Seatbelt violation – Weingarten with HR
- Timesheets
  - o Please submit timesheets on time and remind Captain/Sup I's to use the correct SO#
- Time Off Requests
  - o Needs to be submitted 5 days in advance
- Q2 is coming up, start doing the Q2. Need to see attendance on Q2 this year.
  - o Q2 due November 15, please turn in before
- Bag & Tag
  - o Steps to start bag & tag
    - ▪ Create a CMMS#
    - ▪ Access the photos of the site conditions before you clean it up *before photos*
    - ▪ Determine what is debris and what are belongings, *this is during photos*
    - ▪ Take photos after the area is cleaned up *after photos*
    - ▪ Complete the bag & tag log, take pictures of bag & tag after you drop off at the cage
  - o How to determine what is abandoned property vs unattended property
    - ▪ Abandoned property

- Evaluate the circumstances surrounding the items
- An empty or broken tent sitting by itself on a sidewalk with no other belongings
- A bag of clothes open and strewn across a sidewalk, or items that are broken, disheveled, surrounded by trash or show other signs of neglect.
  - Unattended property
    - Property is accompanied by sign of ownership
      - Filled with personal belongings or items are stored in an orderly manner (i.e., packed up, wrapped or covered) are not abandoned.
      - If they say the items belong to them
  - If you have any doubt if you should bag & tag an item – **bag & tag the item**
- SP
  - Frequent flyers – send email to managers if they call SP
- Accidents
  - We had another preventable MVA – city vehicle sideswiped guardrail
    - hold tailgate about this
  - If at fault – need to do training
  - If not your fault – no safety driving
  - Reports need to be sent in immediately
  - Please see attached about drug test information
- October 25th Open Enrollment will close – remind staff about this
- Events
  - October 16 – 3rd Wednesday: clean the house
  - Moscone Center Event 10/16 to 10/24 - Moscone Center and Hyatt Regency Embarcadero
  - Latinx/Hispanic Potluck - 49 SVN, Wednesday, October 16, 2024
  - CASTRO NIGHT MARKET
    - 18TH STREET BETWEEN COLLINGWOOD & HARTFORD. BARRICADES REQUIRED AT HARTFORD 18TH,
    - BOTH SIDES OF 18TH AT CASTRO,
    - AND COLLINGWOOD AT 18TH - Friday, October 18, 2024
  - Filbert Street Fundraiser for UCSF - Filbert Street between Fillmore and Webster streets Saturday, October 19, 2024
  - Neighborhood Beautification Day Robert Louis Elementary 34th Ave and Pacheco - Saturday, October 19, 2024
  - Balboa Block Party - Greenwich between Fillmore and Steiner - Sunday, October 20, 2024

Date: 10/22/2024

Location: Training Trailer

Start Time: 7:30 AM

## <u>SUP II Minutes</u>

- General Laborer Test
  - o Need to use your own time
  - o Remind crew to submit their time off request
  - o Test will be on November 15th
- Captain Exam Final sign up date – **27th at 3pm**
  - o Remind Sup I PCS
  - o Exam scheduled date 10/29 and 10/30
- Clean Corridor
  - o Chestnut and Lombard from Fillmore to Divisadero (includes side streets)
- Inform Captains and Sup I's what's going on
  - o If you are off – you must put an out of office message on email
- Q2 due soon
- Transportation Permit
  - o Needs to be in every vehicle with the registration- Print and give to your staff
  - o Please see attached
- Accidents
  - o Too many preventable accidents
  - o Tell your crew to slow down – do a tailgate about safe driving
  - o If it is reported to you that someone was involved in an accident, what is the first thing you want to do?
    1. Make sure the employee is okay, tell them that they cannot drive the vehicle and take them back to the yard
    2. Get someone else to drive the vehicle to central shops to get the estimate to find out if employee needs to do drug test
       - Call Mike Fincher for an estimate, if he is out - call Sean Lange- Follow up for estimate to include with accident report package.
       - $1000 for Laborers, $3000 for Truck Drivers
       - If the vehicle is parked and keys out of ignition – no drug test
    3. Fill out the incident report (supervisor, equipment, police, etc)
       - Include drug test with report
    4. Make sure the report has the employee's signature and goes through the chain of commands to get it signed and completed
- Bag & Tag
  - o New training – double the slide, more information

- o   For the sign in sheet – use the back side for Q&A's
- o   How to determine what abandoned property is vs unattended property
    1. Abandoned property
        - Evaluate the circumstances surrounding the items
        - An empty or broken tent sitting by itself on a sidewalk with no other belongings
        - A bag of clothes open and strewn across a sidewalk, or items that are broken, disheveled, surrounded by trash or show other signs of neglect.
    2. Unattended property
        - Property is accompanied by sign of ownership
            - o   Filled with personal belongings or items are stored in an orderly manner (i.e., packed up, wrapped or covered) are not abandoned.
            - o   If they say the items belong to them
    - o   If you have any doubt if you should bag & tag an item – **bag & tag the item**
- CMMS
    - o   Email managers of those who don't know how to use CMMS
- House cleaning
    - o   3rd Wednesday of the month
        - Use the correct SO#
- Short-staffed – talk to manager for help-Plan ahead
- Events
    - o   October 24th 7501 Graduation – City Hall 11-1:30pm
    - o   Moscone Center Event - Moscone Center and Hilton Union Square
        - October 25 to October 30, 2024

Date: 10/22/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Halloween coming up – watch out
- Rain Season Coming
    - Pre-Trip
    - Make sure the lights are working
    - Rain gear
    - Flood map
- Accidents
    - More preventable accidents since last week
    - TBD: Award Program for the section with no accident or injuries – BBQ Party
    - Have a tailgate for safe driving
    - Reports – try to turn it in same day, if not, early the next day
    - Have drug test form in hand when going to do drug test
    - Fill out the VCNF (Vehicle Collision Notification Form) and turn it in to John Leal
    - Take better pictures of the accident and the vehicle#
- Have the Hazardous Waste form and Transportation Permit together with the vehicle registration
- Q2 due 11/4
    - If you have scheduled off – finish them before you're off
- Continue to schedule for CMMS training
    - Email managers if someone says they don't know how to use CMMS
    - If those who don't know how to use CMMS, will be skipped on the OT wheel
- Make sure to plug in tablet in the charger
- Core Value
    - Goal 1: Objectives
        - 1A Provide career support
        - 1B Hire efficiently and timely for long-term success
        - 1C Improve the workplace experience
    - Goal 2: Objectives
        - 2A Improve key partnerships and optimize our core services
        - 2B Be a leader in climate resilience and sustainability
        - 2C Reinvigorate our Emergency Management Program
        - 2D Access organizational structure to determine the most effective framework for project delivery

- o Goal 3: Objectives
    - • 3A Beautify shared and public spaces
    - • 3B Support citywide housing priorities and initiatives
    - • 3C Identify and prioritize ongoing maintenance funding for capital projects
- • Bag & Tag
    - o How to determine what abandoned property is vs unattended property
        - • Abandoned property
            - • Evaluate the circumstances surrounding the items
            - • An empty or broken tent sitting by itself on a sidewalk with no other belongings
            - • A bag of clothes open and strewn across a sidewalk, or items that are broken, disheveled, surrounded by trash or show other signs of neglect.
        - • Unattended property
            - • Property is accompanied by sign of ownership
                - o Filled with personal belongings or items are stored in an orderly manner (i.e., packed up, wrapped or covered) are not abandoned.
                - o If they say the items belong to them
    - o If you have any doubt if you should bag & tag an item – **bag & tag the item**
    - o When doing a clean-up – look in every direction within 50 ft (around 2 houses length) of other debris
- • Daylight Saving coming up – 11/3
- • Mark out next week – off for 2 weeks
    - o Nicole Cook taking over for Mark
    - o Lorenzo taking over for Nicole

Date: 11/05/2024

Location: Training Trailer

Start Time: 7:30 AM

## **SUP II Minutes**

- Clean Corridor – Thank you
  - o This week's Clean Corridor
    - Mission from 2nd to 11th
- Q2 are due – please turn them in
- Election Day
  - o Use your own time to vote
  - o Do not wear your vest and do no drive city vehicle
  - o Stay away from crowds, don't go through it
  - o Be aware of your surroundings
  - o Don't go near the voting places
- Accidents
  - o Accidents are increasing
    - Most are minor accidents
  - o Award Program
    - The section with no accidents in the timeframe of 6 months will have a BBQ
  - o When filling out the report, please have all forms completed before turning it in
    - See the checklist
- MTA Parking Lot
  - o Cleaning them 2 times of month now
  - o Charge the SO only when we clean, 311 request, or request from MTA staff
- Recology
  - o Do not feed the cats at Recology
- Aspiring Supervisors Class – 11/13/24
  - o 8 spots left
  - o Let your Supervisors know
- Timesheets
  - o Timesheets and OT are due Friday by 9am
- Mandatory Tailgates
  - o Don't forget to do the mandatory tailgates 2024 – check the sheet Vivian emailed to you
- November 15
  - o General Laborer Exam
    - Help your crew as best you can

- Mike Fincher is retiring on November 22nd
- Beck's Boot Truck coming
  - 13th from 6am – 12pm
  - 14th from 11am – 3pm
- Events
  - Neighborhood Beautification Day
    - 9 a.m. at Dr. Martin Luther King, Jr. Academic Middle School, 300 Bacon St

Date: 11/12/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Clean Corridor – Thank you
  - o This week's Clean Corridor - Hayes from Franklin to Fillmore
- Bag & Tag
  - o For those that were absent for the meeting with their section – need to attend the next bag & tag meeting
- Rain coming
  - o Look out for people coming for sand bags
  - o Wipers on, headlights on, check tires
  - o Clear catch basins
- MVA
  - o Remind crew to not rush, slow down
  - o Put cones in the front and back of the vehicle
  - o No city vehicle in the lot
  - o Do not double park on Cesar Chavez/Marin Street
- MTA
  - o New MTA Parking Law – cannot park 20ft from any crosswalk
    - New Law will start after New Years
    - From now to New Years – will be given a warning, after New Years you will be given a $40 fine
    - Let crew know as MTA will need time to update
  - o MTA Parking Lot
    - Only cleaning it twice a month, or from a 311 request
- Key Watcher
  - o Please tell your crew to put the keys back in properly and in the correct spot
- Let your crew know that they need to go to their Supervisor first before getting anything done
- Beck's Boot Truck
  - o November 13 6am-12pm
  - o November 14 11am-3pm

Date: 11/19/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Clean Corridor – Thank you
  - This week's Clean Corridor – Carroll from 3rd St to Jennings
    - Then Jennings from Fitzgerald to Van Dyke
- Timesheet
  - Turn in everything (timesheet, overtime, etc) by Friday 22nd
  - The latest, scan them to Katherine by 10am Saturday 23rd
- Holiday
  - Make sure you have enough staff coverage
  - 2 people can be off
- Tomorrow
  - 3rd Wednesday of the month – clean the yard
  - Bag & Tag Training at 12pm in the Training Trailer – those who were absent need to attend
- Thursday
  - Carla will be at the Training Trailer at 6am and 1:30pm
- Accidents
  - When your staff has an accident – they cannot drive until they do the defensive driver retraining, driver simulator and behind the wheel
  - Once they have completed all of them, email them to Health & Safety and the admin staff
- MTA Parking Lot
  - Clean twice a month or from a 311 request

Date: 12/3/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Clean Corridor – Thank you
  - This week's Clean Corridor – Balboa from 34th to 45th
- Accidents
  - Be aware of your surroundings, observe your surroundings
  - Follow the speed limit in the yard, slow down and pay attention to the stop signs
  - Make sure to do your pre-trip inspection before driving
    - If there is a problem with your vehicle while doing the pre-trip inspection – immediately report it to your supervisor
    - Supervisors must notify the equipment staff
  - Before entering your vehicle – check your surroundings so you are able to back up, check for anything in front and behind the vehicle
- Vehicles
  - Employees found attempting to disable or break a piece of equipment – will result in a disciplinary action
- Key Watch
  - Employees must use the key watch system to sign their work vehicles in and out – those who do not will result in a disciplinary action
- Incidents
  - If a civilian is becoming hostile toward you – do not engage and step away
- Lead Pay
  - If you have not completed the lead pay form – please see Mary about it
- Mandatory Tailgates
  - Don't forget to finish the mandatory tailgates – turn them in before the end of December

Date: 12/17/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Clean Corridor – Thank you
  - o This week's Clean Corridor – Columbus from Washington to Lombard
- Please do your required trainings before December 31st
- Please be careful and use the correct SO#
  - o If you're not sure about the SO#, ask for help
- Accident Report Procedure (please see attached for the memo)
  - o Supervisors must respond to the accident scene when their employee(s) are involved in an accident, if unable to respond – contact other supervisors to help respond
  - o Supervisor must take pictures to document the accident and to conduct an investigate by interviewing parties involved and any witnesses
  - o The employee must complete an accident report, the supervisor is now responsible to grade the accident using the attached Accident Grade Procedure
    - Preventable – (ex) if you rear-end someone, backing up
    - Non-Preventable – (ex) you are parked and someone hits you
  - o You must follow all accident guidelines – PD, notify Radio Room (RR will do a mass text)
  - o Take the vehicle to the Central Shop for an estimate
  - o The report must be submitted to Health and Safety
- Vehicle Inspections
  - o Need to review the inspections if employee did not write anything or if they wrote any hazards
- Pre-Trip
  - o Make sure your crew is doing the Pre-Trip – hold them honest
    - If the Pre-Trip is not accurate – start with the verbal coaching
- Bag & Tag
  - o Unattended property is not abandoned if it is accompanied by signs of ownership – for example, an unattended tent that is filled with personal belongings or items that are being stored in an orderly manner (i.e., packed up, wrapped or covered) are not abandoned.
  - o Abandoned items are unaccompanied by objective indications of ownership, for example, an empty or broken tent sitting by itself on a sidewalk with no other belongings, a bag of clothes open and strewn across a sidewalk, or items that are broken, disheveled, surrounded by trash or show other signs of neglect.

- When driving in the rain wipers and headlights must be on
- Nicole Cook will cover for Kenny Bruce
- Tomorrow is the 3rd Wednesday of the month
  - Clean the yard
- This Thursday is the 3rd Thursday of the month
  - The Director is coming to the yard – 6am and 1:30pm
- Payroll is closing on Saturday – submit the timesheet and OT by Friday