# EXHIBIT E

# SAFETY TAILGATE ATTENDANCE LIST

**SUPERVISOR:** JONATHAN VAING
**DEPT/PROGRAM:** SES
**DATE:** 9-17-2024

**TITLE OF TRAINING:** Sup. II MTG.

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | M. Rambanc | M. | 0932 |
| 2. | John Reilly | Reilly | 7281 |
| 3. | TESSA D. JONES | TJNS | 7281 |
| 4. | Vivian Chong | Chong | 9922 |
| 5. | Stephen Ruan | Stephen R | 9922 |
| 6. | Brittany Brandon | | 7215 |
| 7. | ETIC G | | 1326 |
| 8. | N. DELGARZZ | WR | 7281 |
| 9. | Ken Simmons Jr | | 7215 |
| 10. | EDGAR GARCIA | | 7281 |
| 11. | Khaled Srehaoleh | | 7281 |
| 12. | Kareem Jackson | | 7215 |
| 13. | ALBERTO BUSTAMANTE | | 6230 |
| 14. | Ivan C Rivera | | 7215 |
| 15. | Robert Milton | | 7281 |
| 16. | Corey Jackson | | 7215 |
| 17. | ALBERTO ZAPATA | Zapata | 7281 |
| 18. | Sean Lange | | 7804 |
| 19. | Nathaniel Mansker | | 7281 |
| 20. | Edison M. Fincher | | 7340 |
| 21. | Nicole Cook | Nicole Cook | 7281 |
| 22. | K. Bruce | | 0932 |

**ABSENT:**    **REASON:**

# SAFETY TAILGATE ATTENDANCE LIST

**SUPERVISOR:** JONATHAN C. VAING
**DEPT/PROGRAM:** BSES
**DATE:** 9/24/24

**TITLE OF TRAINING:** SUPERVISOR II meeting - See meeting minutes.

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Darryl Dilworth | [signature] | 7281 |
| 2. | Nicole Cook | [signature] | 7281 |
| 3. | Edson M. Fincher | [signature] | 7340 |
| 4. | Kenny Bruce | [signature] | 0932 |
| 5. | Sean Lange | [signature] | 7108 |
| 6. | TESSA D. JONES | [signature] | 7281 |
| 7. | Maximo Valdes | [signature] | 7215 |
| 8. | TANIKA GUINES | [signature] | 2917 |
| 9. | John Reilly | [signature] | 7281 |
| 10. | Stephen Ryan | [signature] | 9922 |
| 11. | N. Delgarza | [signature] | 7281 |
| 12. | Eric Gregorio | [signature] | 1326 |
| 13. | Kareem Jackson | [signature] | 7215 |
| 14. | Edinar Garcia | [signature] | 7281 |
| 15. | Khaleel Shehadeh | [signature] | |
| 16. | Samuel Peoples | [signature] | 0922 |
| 17. | ALBERTO BUSTAMANTE | [signature] | 6230 |
| 18. | Juan C Rivers | [signature] | 7215 |
| 19. | Robert Miller | [signature] | 7281 |
| 20. | Terrance Perry | [signature] | 7215 |
| 21. | Vivian Chong | [signature] | 9922 |
| 22. | | | |

**ABSENT:**                     **REASON:**

# SAFETY TAILGATE ATTENDANCE LIST

**SUPERVISOR:** JONATHAN C. VAINO

**DEPT/PROGRAM:** SUP. II MEETING

**DATE:** 10/1/24

**TITLE OF TRAINING:** SUPERVISOR II meeting (See meeting minutes)

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | John Reilly | | 7281 |
| 2. | Marie Roumbanis | | 0932 |
| 3. | Kenny Bruce | | 0932 |
| 4. | Nathaniel Mansker | | 7281 |
| 5. | Edison M. Fincher | | 7340 |
| 6. | Nicole Cock | | 7281 |
| 7. | Darryl Dilworth | | 7281 |
| 8. | Maximo Valdes | | 7215 |
| 9. | Alberto Zapata | | 7281 |
| 10. | Corey Jackson | | 7215 |
| 11. | Sean Lange | | 7801 |
| 12. | Samuel Peoples | | 0922 |
| 13. | Khaled Shehadeh | | 7281 |
| 14. | Kareem Jackson | | 7215 |
| 15. | Eric Grueyardo | | 1328 |
| 16. | N. Dolcezarze | | 7281 |
| 17. | Brittany Brandon | | 7215 |
| 18. | Robert Mifta | | 7281 |
| 19. | Alberto Bustamante | | 6238 |
| 20. | Juan C Rivera | | 7215 |
| 21. | | | |
| 22. | | | |

**ABSENT:**             **REASON:**

# SAFETY TAILGATE
## ATTENDANCE LIST

SUPERVISOR: Jonathan Vaing
DEPT/PROGRAM: SES
DATE: October 15, 2024

TITLE OF TRAINING: Supervisor II Weekly Meeting

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Marc Roumbanis | [signature] | 0932 |
| 2. | John Reilly | [signature] | 7281 |
| 3. | Darryl Dilworth | [signature] | 0281 |
| 4. | Vivian Chong | [signature] | 9922 |
| 5. | TESSA D. JONES | [signature] | 7281 |
| 6. | Taulika Gaines | [signature] | 2917 |
| 7. | Sean Lang | [signature] | 7108 |
| 8. | ALBERTO ZAPATA | [signature] | 7281 |
| 9. | Ilaveum Uaikoon | [signature] | 7215 |
| 10. | EDGAR GARCIA | [signature] | 7281 |
| 11. | Albert Davis | [signature] | 7215 |
| 12. | KAL G | [signature] | 1326 |
| 13. | ALBERTO BUSTAMANTE | [signature] | 6230 |
| 14. | NICOLE DELGARZA | [signature] | 7281 |
| 15. | Juan C Rivera | [signature] | 7215 |
| 16. | Robert Milton | [signature] | 7281 |
| 17. | Edison M. Fincher | [signature] | 1340 |
| 18. | Nathaniel Mansker | [signature] | 7281 |
| 19. | XAVIER DIANGSON | [signature] | 7215 |
| 20. | Kenny Bruce | [signature] | 0932 |
| 21. | | | |
| 22. | | | |

**ABSENT:** | **REASON:**
Khaled S.
Nicole Cook.
Alisha Whitts

★ NOTES: See Attached meeting minutes.
(Bag & Tag) Unattend/Abandoned propert(is)

GSA-EHS 01/01/23

## SAFETY TAILGATE ATTENDANCE LIST

SUPERVISOR: J. Vaink
DEPT/PROGRAM: Sup. II Meeting
DATE: 10/22/24

TITLE OF TRAINING: Supervisor II

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | John Reilly | [signed] | 7281 |
| 2. | Mark Roumbanis | [signed] | 0932 |
| 3. | Lenny Bruce | [signed] | 0932 |
| 4. | Nathaniel Mansker | [signed] | 7281 |
| 5. | Nicole Cook | Nicole Cook | 7281 |
| 6. | Albert Zapata | [signed] | 7281 |
| 7. | Jonathan Romero | Jonathan Ro— | 7215 |
| 8. | Kareem Jackson | [signed] | 7215 |
| 9. | Sean Lange | [signed] | 7108 |
| 10. | Khaled Shehadeh | [signed] | 7281 |
| 11. | Edgar Garcia | [signed] | 7281 |
| 12. | Nicole Delgarza | [signed] | 7281 |
| 13. | Eric Guajardo | [signed] | 1326 |
| 14. | Juan C Rivera | [signed] | 7215 |
| 15. | Vivian Cheng | [signed] | 9922 |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:**                                    **REASON:**
D. Dilworth
Tessa Jones
Rob Milton
Alisha Whitts

GSA-EHS 01/01/23

# SAFETY TAILGATE
# ATTENDANCE LIST

SUPERVISOR: _____
DEPT/PROGRAM: _____
DATE: 11/5/24

TITLE OF TRAINING: Sup 11 Minutes

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Rui Cheng Yu | [signed] | 1244 |
| 2. | Darryl Dilworth | [signed] | 7281 |
| 3. | Edison M. Fincher | [signed] | 7340 |
| 4. | Nathaniel Mensker | [signed] | 7281 |
| 5. | Maximo Valdes | [signed] | 7215 |
| 6. | Corey Jackson | [signed] | 7215 |
| 7. | Anikka Gaines | [signed] | 8917 |
| 8. | Loronzo Soriano | [signed] | 72N |
| 9. | Tessa D. Jones | [signed] | 7281 |
| 10. | Robert Milton | [signed] | 7281 |
| 11. | Erle Guajardo | [signed] | 1326 |
| 12. | Sam Peeples | [signed] | 0922 |
| 13. | Nicole Dela Garza | [signed] | 7281 |
| 14. | Edgar Garcia | [signed] | 7281 |
| 15. | Kareem Jackson | [signed] | 2215 |
| 16. | Khaled Sheldch | [signed] | 1281 |
| 17. | Ivan C Rivera | [signed] | 7215 |
| 18. | Alberto Bustamante | [signed] | 6230 |
| 19. | Stephen Ruon | [signed] | 9922 |
| 20. | Vivian Chong | [signed] | 7922 |
| 21. | | | |
| 22. | | | |

*ABSENT:* _____  *REASON:* _____

GSA-EHS 01/01/23

## SAFETY TAILGATE ATTENDANCE LIST

**SUPERVISOR:** JONATHAN VAING
**DEPT/PROGRAM:** SES
**DATE:** 11/12/24

**TITLE OF TRAINING:** Sup 11 Minutes

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | John Reilly | [signed] | 7281 |
| 2. | Nicole Cook | [signed] | 7281 |
| 3. | Kenny Bruce | [signed] | 0932 |
| 4. | Noel Mensker | [signed] | 7281 |
| 5. | Edison M. Fincher | [signed] | 7340 |
| 6. | Maximo Valdes | [signed] | 7215 |
| 7. | Darryl Dilworth | [signed] | 7281 |
| 8. | Tessa D. Jones | [signed] | 7281 |
| 9. | Tavika Gaines | [signed] | 2917 |
| 10. | Lorenzo Soriano | [signed] | 7215 |
| 11. | Eric Guajardo | [signed] | 1326 |
| 12. | Corey Jackson | [signed] | 7215 |
| 13. | Sean Lange | [signed] | 7108 |
| 14. | Khaled Skehdet | [signed] | 7281 |
| 15. | Edgar Garcia | [signed] | 7281 |
| 16. | Kareem Jackson | [signed] | 7215 |
| 17. | Alberto Bustamante | [signed] | 6230 |
| 18. | N. Delagarza | [signed] | 7281 |
| 19. | Robert Milta | [signed] | 7281 |
| 20. | Juan C Rivera | [signed] | 7215 |
| 21. | Stephen Ryan | [signed] | 9922 |
| 22. | Vivian Cuong | [signed] | 9922 |

**ABSENT:**   **REASON:**

GSA-EHS 01/01/23

# SAFETY TAILGATE ATTENDANCE LIST

**SUPERVISOR:** Jonathan Vaing
**DEPT/PROGRAM:** SES
**DATE:** 11-19-2024

**TITLE OF TRAINING:** SES operation - see meeting minutes.

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1 | John Reilly | [signed] | 7281 |
| 2 | Mark Rovmpson | [signed] | 0932 |
| 3 | Darryl Dilworth | [signed] | 7281 |
| 4 | Nrave Cock | [signed] | 7281 |
| 5 | Alberto Zapata | [signed] | 7281 |
| 6 | Edison Fincher | [signed] | 7340 |
| 7 | Sean Lange | [signed] | 7108 |
| 8 | Sam Peoples | [signed] | 0922 |
| 9 | Corey Jackson | [signed] | 7215 |
| 10 | FAC Guajardo | [signed] | 1326 |
| 11 | Terrance Perry | [signed] | 7215 |
| 12 | Tessa D. Jones | [signed] | 7281 |
| 13 | Alberto Bustamante | [signed] | 6230 |
| 14 | Robert Milta | [signed] | 7281 |
| 15 | Juan C Rivera | [signed] | 7215 |
| 16 | Santiago Delao | [signed] | 7215 |
| 17 | Kareem Jackson | [signed] | 7215 |
| 18 | Ervan Graris | [signed] | 7281 |
| 19 | Khaled Shehadeh | [signed] | 7281 |
| 20 | Kenny Bruce | [signed] | 0932 |
| 21 | Stephen Ruan | [signed] | 9922 |
| 22 | Vivian Chong | [signed] | 9922 |

**ABSENT:**               **REASON:**

GSA-EHS 01/01/23

## SAFETY TAILGATE
## ATTENDANCE LIST

**SUPERVISOR:** JONATHAN VAING
**DEPT/PROGRAM:** BSES
**DATE:** 11/26/24

**TITLE OF TRAINING:** Sup 11 minute meeting

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Nicole Cook | Viora Cook | 7281 |
| 2. | ALBERTO ZAPATA | [signature] | 7281 |
| 3. | Terrance Perry | [signature] | 7215 |
| 4. | TESSA D. JONES | [signature] | 7281 |
| 5. | ALBERTO BUSTAMANTE | [signature] | 6250 |
| 6. | NICOLE DelGarza | [signature] | 7281 |
| 7. | ERIC G | [signature] | 1326 |
| 8. | EDGAR MARCIA | [signature] | 7281 |
| 9. | Samuel Peoples | [signature] | 0922 |
| 10. | KENNY BRUCE | [signature] | 0932 |
| 11. | Marc Roumbanis | [signature] | 0932 |
| 12. | JOHN REILLY | [signature] | 7281 |
| 13. | Stephen Puon | [signature] | 9922 |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:**          **REASON:**

GSA-EHS 01/01/23

# SAFETY TAILGATE ATTENDANCE LIST

**SUPERVISOR:** M. Roumbanis
**DEPT/PROGRAM:** PW, BSES
**DATE:** 12/3/24

**TITLE OF TRAINING:** Sup 11 Minutes / Meeting

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Nathaniel Mansko | | 7281 |
| 2. | Sean Lange | | 7108 |
| 3. | Alberto Bustamante | | 6230 |
| 4. | Alberto Zapata | | 7281 |
| 5. | Tanika Grines | | 2917 |
| 6. | N. Dela Garza | | 7281 |
| 7. | Laveen Jackson | | 7215 |
| 8. | Henry C. Ramirez | | 7215 |
| 9. | Edgar Garcia | | 7281 |
| 10. | Khaled Shehadeh | | 7281 |
| 11. | Jose Rivera | | 7215 |
| 12. | Robert Milton | | 7281 |
| 13. | Corey Jackson | | 7215 |
| 14. | Stephen Ryan | | 9922 |
| 15. | Vivian Chong | | 9922 |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:**         **REASON:**

GSA-EHS 01/01/23

# SAFETY TAILGATE ATTENDANCE LIST

**SUPERVISOR:** Jonathan Vaing
**DEPT/PROGRAM:** SES
**DATE:** 12-17-2024
**TITLE OF TRAINING:** Sup II weekly meeting

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | John Reilly | | 7281 |
| 2. | M. Roumbanis | | ~~7086~~ 0932 |
| 3. | Kenny Bruce | | 0932 |
| 4. | Sean Lange | | 7108 |
| 5. | Alberto Zapata | | 7281 |
| 6. | Nicole Cook | | 7281 |
| 7. | Samuel Peoples | | 0922 |
| 8. | Darryl Dilworth | | 7281 |
| 9. | Tessa D. Jones | | 7281 |
| 10. | Fernando Mendoza | | 7215 |
| 11. | Terrance Perry | | 7215 |
| 12. | Corey Jackson | | 7215 |
| 13. | Khaled Shehadeh | | 7281 |
| 14. | Kareem Jackson | | 7215 |
| 15. | Juan C Rivera | | 7215 |
| 16. | Robert Milton | | 7281 |
| 17. | N. Delgarza | | 7281 |
| 18. | Vivian Chong | | 9922 |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:** Eric E.
**REASON:**

GSA-EHS 01/01/23