# EXHIBIT F

*Tailgate* Sup II Notes /City wide          *Attendance*

Emergency Activation / Bag @ Tag
City events / Gasing up the trucks.

**SUPERVISOR/TRAINER:** Robert Miltn

**DEPARTMENT:** BSES    **DIVISION/GROUP:** Zone E

**DATE:** 10-3-24

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | JOHN DUPONT | John Dupont | 7514 |
| 2. | Dennis Norman | | 7514 |
| 3. | KENNETH Bencure Jr | | 7514 |
| 4. | Bradley Young JR | Bradley | 7501 |
| 5. | Ruben MATA | Ruben Mata | 7501 |
| 6. | Higinio Martinez | Higinio 3 | 7514 |
| 7. | Antonio Gutierrez | Gutierrez | 7514 |
| 8. | Hoyd DILWORTH | hlg s dilwort | 7514 |
| 9. | Melvin Scott | M | 7514 |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

**ABSENT:** Jonathan Romero —    **REASON:** In lieu
Lyle Norbert – SLP
William Dow – SLP

*Supervisor: Give the original and the evaluation forms to your Safety Recordkeeper. Keep a copy for your files and update your employees' training records. Safety Recordkeeper: Log the attendance data into your Training Plan. File the original attendance sheet with your records.*

9

San Francisco Office of the City Administrator

BAG & TAG INTAKE FORM

SUPERVISOR/TRAINER: ALBERTO ZAPATA / MAXIMO VALDES
DEPARTMENT: SFDPW          DIVISION/GROUP: BSES - ZOPED
DATE: 10/9/24

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | Isaias Vidal | Isaias Vidal | 7514 |
| 2. | Scott Garibaldi | | 7514 |
| 3. | Aylo Payne | Aylo Payne | 7514 |
| 4. | Steve Padilla | | 7514 |
| 5. | Lenique Hart-Figgins | | 7514 |
| 6. | Anthony Cremean | | 7514 |
| 7. | Gibson Andersen | | 7514 |
| 8. | Xavier Hagwood | | 7514 |
| 9. | Mario Valdes | | 7215 |
| 10. | John Nathan | | 7514 |
| 11. | Pedrick Johnson | | 7514 |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

ABSENT: REASON:

*Supervisor:* Give the original sign in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.
*Safety Recordkeeper:* Log the attendance data into your current year Training Plan. File the original attendance sheet with your records.

**Attendance**

### Office of The City AMMIMISTRATION
### BSES TAILGATE -

### Bag & Tag

**SUPERVISOR/TRAINER: Edgar Garcia, Fernando Mendoza, Brittany Brandon**

**BUREAU:  BSES**  **DIVISION/GROUP:    Reactionary Crew**

**DATE:  October 9, 2024**

| PRINT NAME | SIGNATURE | JOB |
|---|---|---|
| Glacier Johnso | | 7514 |
| Felix Troncoso | Felix Troncoso | 7514 |
| Joel Martinez | Jn. | 7514 |
| Jose F. MONCADA (CHICO) | Jm. | 7514 |
| Louis Reed | | 7514 |
| Thurmond Hollins (Junior) | J Hollins | 7514 |
| | | |

Do we always Bag & tag wheelchairs? Yrs no
matter if they are abadoned.

*ABSENT: REASON:*

*Mandatory Refresher Tailgate 2024*　　　　　　　　　　　　　*Attendance*

# 1st Bag & Tag 10·10·24

SUPERVISOR/TRAINER: Terrance Berry, Radjl McLeod, Antonio Pacheco
DEPARTMENT: DPW/SES    DIVISION/GROUP: DPW SES/NIGHTS
DATE: 10·10·24

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | DONALD JACKSON | | 7514 |
| 2. | John Molina | John Molina | 7514 |
| 3. | ANTONIO J GARCIA | | 7514 |
| 4. | CHUN WAN GAR KWAN | Gwutien | 7514 |
| 5. | Michael Taylor | | 7514 |
| 6. | LAKON Anderson | | 7514 |
| 7. | William Rodrigue | | 7514 |
| 8. | INITIAL SAIYGO | | 7514 |
| 9. | J. Pacheco | | 7514 |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

ABSENT: E. J. McFarland FML　　　REASON:
T. Peacock FML   D. H Math WCU   B. Pittman VAP   Ben Amaya SLP   J. Burton SDV
FP   R. Salinas UPL

*Supervisor: Give the original and the evaluation forms to your Safety Recordkeeper. Keep a copy for your files and update your employees' training records. Safety Recordkeeper: Log the attendance data into your 2021 Training Plan. File the original attendance sheet with your records.*

11

BAC & TAC:
ITEMS THAT WILL BE
DISCARDED AND NOT STORED

SUPERVISOR/TRAINER: Santiago Peña
DEPARTMENT: DPW          DIVISION/GROUP: BSES
DATE: 10.10.29

| PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|
| 1. Mason Newt | | 7514 |
| 2. Marquise Helton | | 7514 |
| 3. Edmund Reid | | 7215 |
| 4. Jackie Wilson | | 7514 |
| 5. France Green | France Green | 7501 |
| 6. Erwin Mar | | 7514 |
| 7. Mahan Jin | | 7515 |
| 8. Steve Lynis | | 7514 |
| 9. Dalbertof Mesa | | 7514 |
| 10. | | |
| 11. | | |
| 12. Milton Navarro | | 7814 |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |

*ABSENT: REASON:*

*Supervisor: Give the original sign in sheet to your Safety Recordkeeper. Keep a copy for your files and update your training record summary records.*

*Safety Recordkeeper: Log the attendance data into your current year Training Plan. File the original attendance sheet with your records.*

**Attendance**

# Bag & Tag Refreseher – 101524

SUPERVISOR/TRAINER: D. Dilworth / I. Graham

BUREAU: BSES          DIVISION/GROUP: Hot Spot Crew

DATE: 10/15/24

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Daniel Trayer | | 7514 |
| SCOTT BRANCH | Scott Branch | 7514 |
| Esteban Trujillo | | 7514 |
| Herbert Ruth | Herbert Ruth | 7514 |
| Anthony C Razo | Anthony C Razo | 7514 |
| Greg Shields | | 7514 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ABSENT: REASON:*

| | | |
|---|---|---|
| James Amerson | . | FML |
| Diamond Morris | . | SDU |
| Alvaro Castro | . | SLP |

*Mandatory Refresher Tailgate 2024*                                    *Attendance*

2nd BAG & TAG October

SUPERVISOR/TRAINER: Terrance Perry, Antonio Pacheco, Redji Mcleod

DEPARTMENT: BSES    DIVISION/GROUP: SES/NIGHTS

DATE: 10·15·24

| PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|
| 1. ANTONIO J. GARCIA | | 7514 |
| 2. AARON Anderson | | 7514 |
| 3. DONALD JACKSON | | 7514 |
| 4. CHUN WAH KWAN | | 7514 |
| 5. John Molina | John molina | 7514 |
| 6. BRIAN PHIMA | | 7514 |
| 7. J. Pacheco | | 7514 |
| 8. IMTIAZ SAIYED | Sayeed | 7514 |
| 9. Will RODRIGUEZ | | 7514 |
| 10. Michael Taylor | | 7514 |
| 11. William J. Stapler Jr. | | 7514 |
| 12. MICAEL Lopez | | 7514 |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |

ABSENT:                              REASON:

*Supervisor: Give the original and the evaluation forms to your Safety Recordkeeper. Keep a copy for your files and update your employees' training records. Safety Recordkeeper: Log the attendance data into your 2021 Training Plan. File the original attendance sheet with your records.*

11

**Attendance**

# Bag & Tag Refresher

**SUPERVISOR/TRAINER:** Xavier Diangson, K. Shehadeh_____

**BUREAU:** __BSES_____    **DIVISION/GROUP:** _Graffiti_____

**DATE: October 16, 2024_____**

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Ricco Thompson | _(signature)_ | 7514 |
| Gin Cheng Lin | _(signature)_ | 7501 |
| Reno Watkins | _(signature)_ | 7514 |
| Khusi Gurung | _(signature)_ | 7514 |
| Joseph Cabrale | _(signature)_ | 7514 |
| Dan Feerick | _(signature)_ | 7514 |
| Lamar Sayles | _(signature)_ | 7514 |
| Robert Fields | _(signature)_ | 7514 |
| Craig Blackman | _(signature)_ | 7514 |
| Brian Owes | _(signature)_ | 7514 |
| Anthony McCoy | _(signature)_ | 7514 |
| Gretchen McGowan | _(signature)_ | 7514 |
| Daniela Eata | _(signature)_ | 7514 |
| Melody On Yang | _(signature)_ | 7514 |
| Calvin Johnson | _(signature)_ | 7514 |

**ABSENT: REASON:**   Leonard Doss    FML
ANDREA Celestine    FML
Brenda Lopez    WCU
EMMA CABRERA    VAP

*Supervisor:* Give the original and the evaluation forms to your Bureau Health and Safety Coordinator. Keep a copy for your files.

**Health & Safety Coordinator:** Log the attendance data into your Training Plan. File the original attendance sheet with your records.

**Attendance**

## GENERAL SERVICE AGENCY
## SES TAILGATE – 2024

### Bag N Tag

**SUPERVISOR/TRAINER: Kareem Jackson**

**BUREAU:   BSES**                      **DIVISION/GROUP:   Zone C  and F**

**DATE: 10/16/24**

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Kenneth JACKSON | | 7514 |
| HOLLY RETORNO | Holly Retno | 7215 |
| MARIO BASILE | | 7215 |
| Jamal Newton | | 7514 |
| SEVON MASLC | | 7514 |
| Willie Scott | Willie Scott | 7514 |
| LaMart Nicholron | | 7514 |
| Thereca Dunn | Theru Dn | 7501 |
| Qiong Taung'au | | 7515 |
| Francisco t(HB\ | | 7514 |
| RENATO LEONARDO | | 7514 |
| Rico R. Fernandez | | 7501 |

*ABSENT: REASON:*

**Attendance**

<br>

## Bag & Tag Refresher – 101624

<br><br>

SUPERVISOR/TRAINER: K. Simmons Tr

BUREAU: D.P.W/SES.    DIVISION/GROUP: SES.

DATE: 10/16/24

<br><br>

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| FRANISTO SAGUTE | *(signature)* | 7501 |
| Thomas Jefferson | Thomas Jefferson | 7514 |
| A. YOUNG | R You | 7514 |
| ANTONIO LOPEZ | Antonio Lopez | 7514 |
| | | |

<br>

*ABSENT: REASON:* Harry Howard (WCU),
Julio Matir (WCU)

# ALL BUREAU – SIGN IN SHEET
## ATTENDANCE LIST

**DEPARTMENT:   PUBLIC WORKS - BSES**  / Special projects

**DATE:** 10 | 17 | 24          **NUMBER OF HOURS:** 1 hr's

**TITLE OF TRAINING:**  Bag & tag Training

| | PRINT NAME | DSW # | JOB CLASS # | SIGNATURE |
|---|---|---|---|---|
| 1. | Evette Demings | 159892 | 7501 | |
| 2. | Deborah Starkevith | 192176 | 7514 | |
| 3. | Demian Mouton | 66904 | 7514 | |
| 4. | Craig Moore | 051844 | 7514 | Craig L. Moore |
| 5. | Edchar Chareis | 169897 | 7281 | |
| 6. | Tyrone York | | 7514 | |
| 7. | Myron | 70159 | 7514 | |
| 8. | Hasani Tandy | 120-955 | 7514 | |
| 9. | John Nathan | 202256 | 7514 | |
| 10. | FREDERICK JOHNSON | 172268 | 7514 | Frederick Johnson |
| 11. | Maurice McKneely | 235931 | 7514 | Maurice McKneely |
| 12. | Fernando Mendoza | 51609 | 7215 | |
| 13. | Mario Valdes | 025045 | 7215 | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |

| ABSENT: | REASON: |
|---|---|
| CHRISTOPHER SESSAY | CALLED IN SICK |
| STEPHEN LEE | CALLED IN SICK |

Q & A on back side

## ALL BUREAU – SIGN IN SHEET
## ATTENDANCE LIST

**DEPARTMENT:** __PUBLIC WORKS - BSES__

**DATE:** 10 | 17 | 24      **NUMBER OF HOURS:** __1__

**TITLE OF TRAINING:** __Bag & tag Training__

| | PRINT NAME | DSW # | JOB CLASS # | SIGNATURE |
|---|---|---|---|---|
| 1. | Evette Demings | 159892 | 7501 | |
| 2. | DaShawn Stolkevich | 192176 | 7514 | |
| 3. | Demian Mouton | 66904 | 7514 | |
| 4. | Craig Moore | 051844 | 7514 | Craig L. Moore |
| 5. | Edchan Garcia | 169897 | 7281 | |
| 6. | Tyrone york | | 7514 | |
| 7. | Mijram | 70957 | 7514 | |
| 8. | Hasani Tawdy | 170-955 | 7514 | |
| 9. | John Nathan | 202256 | 7514 | |
| 10. | FREDERICK JOHNSON | 172268 | 7517 | Frederick Johnson |
| 11. | Maurice McKneely | 235931 | 7514 | Maurice McKneely |
| 12. | Fernando mendoza | 51609 | 7215 | |
| 13. | Mario Valdes | 025045 | 7215 | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |

**ABSENT:**      **REASON:**

*SUB Minutes/Citywide
Motor Vehicle Accident MOU
Bag and Tag new training*

**Attendance**

## SAN FRANCISCO PUBLIC WORKS - BSES
## TAILGATE - 2024

**SUPERVISOR/TRAINER: Jonathan Romero**

**BUREAU: SFPW**                    **DIVISION/GROUP:  S.E.S "Zone E".**

**DATE:10-24-2024**

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| LLOYD DILWORTH | Lloyd N. Dewet | 7514 |
| Melvin Scott | | 7514 |
| Bradley Young JR | | 7501 |
| RUBEN MATA | | 7501 |
| Antonio Gutierrez | | 7514 |
| Higinio Martinez. | | 7514 |
| D. Nones | | 7514 |
| KENNETH DUNCUM | | 7514 |
| | | |

**ABSENT: REASON:** Lyle Norbert- Kin Care
John Duport- Sick Leave
Will Dow - WCU

ZONE A & B

## ALL BUREAU – SIGN IN SHEET
## ATTENDANCE LIST

**DEPARTMENT:** PUBLIC WORKS - BSES

**DATE:** 10-24-2024    6:30 Am -7:30 Am **NUMBER OF HOURS:** 1 hr.

**TITLE OF TRAINING:** <mark>Bag & tag Training</mark>   JONATHAN VAING / KENNY BRUCE

KIM HANDY        022857        7514        Kim Handy

| PRINT NAME | DSW # | JOB CLASS # | SIGNATURE |
|---|---|---|---|
| 1. N. DELAGARZA | 52796 | 7281 | |
| 2. TESSA D. JONES | 13969 | 7281 | T.MQ. |
| 3. Ti Martin | | 7514 | T |
| 4. Mark Mabitas | 216794 | 7514 | |
| 5. DAVID RICAUTE | 234143 | 7514 | |
| 6. Tommy LAM | 37879 | 7514 | |
| 7. Bradley Young | 059747 | 1514 | B.Y |
| 8. John J Ames | 194869 | 7514 | |
| 9. France Green | 216118 | 7501 | France Gren |
| 10. Santiago Deheo | 54323 | 7215 | |
| 11. Dominic Munoz | 233013 | 7514 | |
| 12. Milton Navora | 231589 | 7514 | |
| 13. Mason Newt | 060348 | 7514 | |
| 14. Steve Lewis | 233015 | 7514 | |
| 15. YICHUN JIN | | 7514 | |
| 16. ADALBERTO NAZA | 230684 | 7514 | |
| 17. Daniel Garcia | 183057 | 7514 | |
| 18. Anthony Ramirez | 234140 | 7514 | |
| 19. Corey Kopf | 233269 | 7514 | |
| 20. Noble Mitchell | 236342 | 7514 | |
| 21. Edward Kedd | 068670 | 7215 | Edm Kedd |
| 22. ERNEST RENFRO | 023227 | 7514 | Ernest Renfro |
| 23. Mike Lunardelli | 201792 | 7514 | Mike Lunardelli |
| 24. Maryse Helton | 230428 | 7514 | |
| CARLOS WILSON | 177384 | 7501 | |

(ABSENT: STAFF ON BACK )    **REASON:**

Carlos Mira   7514   Carlos Mira

Zone A & B

QUESTIONS & ANSWERS FOR BAG N TAG MEETING

① Q - IF WE HAVE A BAG N TAG: STRONG URINE SMELL, WHAT IF IT IS NOT SEEN (HOW ARE WE TO DOCUMENT) IN THE CMMS. - Ⓐ PHOTOS SHOULD MATCH THE PHOTO

② Q ∗ WHAT IF YOU SEE A XBOX IN THE PILE SHOULD WE INSPECT?
Ⓐ WE ARE ONLY TO GIVE A VISUAL INSPECTION, WE ARE NOT ASKING YOU TO REACH INSIDE OF BAGS BOXES TO GET ITEMS WE THINK ARE TO BE BAG & TAGGED

③ Q ∗ WHAT IF YOU GO TO A LOCATION AND THE HOMELESS CLAIM THIER ITEMS (LIKE FOOD)?
Ⓐ GIVE THE CITIZEN THEIR ITEMS

④ Q ∗ WHAT IF WE GET TO A LOCATION & THE P.D ARENT PRESENT? ARE WE TO STAY OR LEAVE?
Ⓐ NOTE ON THE CMMS & LEAVE (NOTIFY YOUR SUPERVISOR)

⑤ Q ∗ WHEN THE POLICE SHOWS UP AND ASK US TO THROW AWAY ITEMS DO WE THROW THEM AWAY?
Ⓐ BE RESPECTFUL TO THE POLICE, THEY HAVE THEIR OWN POLICY & WE HAVE OURS. WE FOLLOW OUR OWN POLICY.

⑥ Q ∗ WHAT IF YOUR SUPERVISOR IS NOT AVAILABLE? (FOR THE BAG N TAG) ENCAMPMENTS
Ⓐ ANY SUPERVISOR SHOULD RESPOND IF YOU HAVE QUESTIONS ABOUT THE BAG N TAG.

⑦ ∗ Q: LOTS OF TIMES, WE SEE PEOPLE WHO LOOK LIKE THEY ARE NOT ALERT, SHOULD WE APPROACH THEM?
- Ⓐ: BE STREET SMART, USE COMPASSION WHEN WE ARE CHECKING TO SEE IF PEOPLE WE ENCOUNTER PEOPLE WHO ARE UN RESPONSIVE

FACT:
ONLY 20% OF THE WORK SEE PREFORMS ISANT BEING RECORDED ALL OF THE WORK WE PROFORM SHOULD BE RECORDED. TAKE YOUR TIME WE SHOULD RECORD OUR WORK!

⑧:

Ⓑ * HOMELESS PERSON SAYS WE TOOK THEIR STUFF, DO WE PROVIDE INFORMATION AS TO WHERE THEY CAN PICK UP THEIR ITEMS

Ⓐ: WE ARE TO PROVIDE DOCUMENTATION

⑨ * WHAT IF SOME ONE CLAIMS A BAG OR TRASH?

Ⓐ: ALLOW THEM TO HAVE IT

⑩ WHAT IF THE ITEMS ARE BLOCKING THE SIDE WALK?

Ⓐ: CONTACT YOUR SUPERVISOR, THE SUPERVISOR SHOULD CONTACT THE P.D. FOR BACK UP.

⑪ * WE GET CALLS FROM CONTROL (ALOT OF TIMES OUR TRUCK IS FULL) IT MAKES IT HARD FOR ME TO MIX THE LOAD?

Ⓐ: CONTACT YOUR SUPERIOR( WE SHOULD BE ABLE TO GET A CLEAN TRUCK SO WE DONT MIX LOADS.

⑫ Q: HOW COME WE CANT GET AN ETA FROM P.D.? THEY ASK US FOR AN ETA

Ⓐ: LAST CALLS FOR THE ZONES ARE 1:30 NOTIFY YOUR SUPERVISOR (THE SUPERVISORS & MNGS SHOULD BE ABLE TO MAKE THE DECISION)

⑬ Q: BAG N TAG ON THE SIDE OF THE FREEWAY, ITS THE END OF THE SHIFT SHOULD WE LEAVE OR WAIT TIL THE NEXT SHIFT

Ⓐ: CONTACT THE SUPERVISOR (WE MAY ASK IF YOU CAN DO EXTENDED)

⑭ WE HAVE PROBLEMS @ THE DUMP 1:30 ON WE DONT HAVE THE ROOM TO WAIT AT THE FACILITY

Ⓐ: MR. BRUCE HAS A MEETING W/ RECOLOGY EVERY THURS, HE WILL ADDRESS THE CONCERNS W/ THEM.

Ⓑ ⑮: WHERE ARE BULKY ITEMS STORE?

Ⓐ: BULY ITEMS ARE STORED IN THE LOWER YARD.

⑯ Q: WE ARE SEPERATING BULY ITEMS YES?

Ⓐ: ALL ITEMS SHOULD HAVE THE SAME CLMS #5 AND THE TAG COLOR (THEY CHANGE EVERY MONTH).

## SAFETY TAILGATE
## ATTENDANCE LIST

SUPERVISOR: Nicole Cock

DEPT/PROGRAM: Public Works - Dispatch

DATE: 10.29.24

TITLE OF TRAINING: Bag and Tag Procedure

| PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|
| 1. A, 6vandique | | 7355 |
| 2. Jorge Preciado | | 7514 |
| 3. Leroy Elips | L Elis | 7514 |
| 4. Torjoms Brw | Jorm R | 7514 |
| 5. Jose Mran | | 7514 |
| 6. Federico Diaz | | 7514 |
| 7. Derrick Brealy | | 7514 |
| 8. Walt Blca | | 7514 |
| 9. Tirio, Miller | Miller | 7514 |
| 10. Omani Stembe | | 7514 |
| 11. Willie Mickles | | 7514 |
| 12. Willie Woodson | Willie Woodson | 7514 |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |

| ABSENT: | REASON: |
|---|---|
| Vanessa Lima | FML |
| De Andre Garao | WCU |
| Haye Qin | VAP |
| George Aucu | CT |

GSA-EHS 01/01/23

*Attendance*

Sup II Notes, Bag @ Tag, Performance Plan, Attendance,

**SUPERVISOR/TRAINER:** Robert Milton

**DEPARTMENT:** 90    **DIVISION/GROUP:** BSES Zone E

**DATE:** 10·31·24

| | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | Dennis Nava | | 7514 |
| 2. | K Burwell Jr | | 7514 |
| 3. | John Dupont | John Dupont | 7514 |
| 4. | Lyle Norbert | Lyle Norbert | 7514 |
| 5. | Higinio Martinez | Higinio P | 7514 |
| 6. | Ruben Mata | Ruben Mata | 7501 |
| 7. | Mirna Pimentel | Mirna Pedell | 7514 |
| 8. | Bradley Young, JR | Brigg | 7501 |
| 9. | Melvin Scott | MS | 7514 |
| 10. | Antonio Gutierrez | Tonto | 7514 |
| 11. | Jonathan Romero | Jonathan R | 7215 |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

**ABSENT:** William Dow – SLP    **REASON:**
Lloyd Dilworth – SLP

*Supervisor: Give the original and the evaluation forms to your Safety Recordkeeper. Keep a copy for your files and update your employees' training records. **Safety Recordkeeper:** Log the attendance data into your Training Plan. File the original attendance sheet with your records.*

9

# BAG AND TAG TRAINING
## ATTENDANCE LIST

**SUPERVISOR:** JONATHAN VAING & KENNY BRUCE

**DEPT/PROGRAM:** BSES

**DATE:** 11/5/2024                    **NUMBER OF HOURS:** 1

**TITLE OF TRAINING:** BAG & TAG Training - Zone C & Zone F

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Jamal Newton | *(signature)* | 7514 |
| 2. | JinAi Guan | *(signature)* | 7514 |
| 3. | RENATO LEONARDO | *(signature)* | 7514 |
| 4. | FRANCISCO ECHAVEZ | *(signature)* | 7514 |
| 5. | Willie Scott | *(signature)* | 7514 |
| 6. | LaMont Nicholsy | *(signature)* | 7514 |
| 7. | Rico P. Fernandez | *(signature)* | 7501 |
| 8. | Rui Cheng Yu | *(signature)* | 1244 |
| 9. | KAREEM Jackson | *(signature)* | 7215 |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:**                    **REASON:**

**Supervisor:  Forward with attached Safety Meeting Description to Safety Recordkeeper for filing.**

GSA-EHS 01/01/21

# BAG AND TAG TRAINING
## ATTENDANCE LIST

**SUPERVISOR:** JONATHAN VAING & KENNY BRUCE

**DEPT/PROGRAM:** BSES

**DATE:** 11/5/2024                          **NUMBER OF HOURS:** 1

**TITLE OF TRAINING:** BAG & TAG Training - Zone C & Zone F

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Kenneth JACKSON | | 7514 |
| 2. | Jevon MASC | | 7514 |
| 3. | Theresa Dunn | | 7501 |
| 4. | Justin Maroney | | 7514 |
| 5. | HAILEY RIFORMO | | 7215 |
| 6. | Ana Cordova | | 75-14 |
| 7. | Kareem Jackson | | 7215 |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:**                              **REASON:**

**Supervisor:  Forward with attached Safety Meeting Description to Safety Recordkeeper for filing.**

GSA-EHS 01/01/21

# SAFETY TAILGATE
## ATTENDANCE LIST

**SUPERVISOR:** Jonathan Vaing

**DEPT/PROGRAM:** BSES – 4 hour training  Hotspot / Alley Crew / ~~Special~~

Special Project

**DATE:** 11/20/24

**TITLE OF TRAINING:** Bag & Tag Training

| | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | (Eric) Ken Simmons Jr. | Ken Simmons | 7215 Sup 1 |
| 2. | ALVARO VICTOR CASTRO | Alvaro Castro | 7514 |
| 3. | Christopher Seisay | | 9922 |
| 4. | Anthony Razo | An CW | 7514 |
| 5. | Esteban Trujillo | | 7514 |
| 6. | Daniel Traquer | | 7514 |
| 7. | (Eric) Thomas Jefferson | Thom Jeff | 7514 |
| 8. | Herbert Ruth | | 7514 |
| 9. | Joe Shivors | | 7514 |
| 10. | SCOTT BRANCH | Scott Branch | 7514 |
| 11. | ANDREW YOUNG | A Young | 7514 |
| 12. | ANTONIO LOPEZ | Antonio Lopez | 7514 |
| 13. | Danny Dilworth | D. Dilw | 7281 |
| 14. | Stephen Ruan | Stephen R | 9922 |
| 15. | Fagpiro SAGOTE | Joseph Sagot | 7501 |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

| ABSENT: | REASON: |
|---|---|
| Israel Graham | |

GSA-EHS 01/01/23

## SAFETY TAILGATE
## ATTENDANCE LIST

**SUPERVISOR:** Jonathan Vaing & Mark Roumbanis

**DEPT/PROGRAM:** BSFS Corridor & Swing

**DATE:** 11/21/2024

**TITLE OF TRAINING:** Bag & Tag Training

| PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|
| 1. LEONARDO ABELARDO | | 7215 |
| 2. STEVEN DUONG | | 7281 |
| 3. Corey Jackson | | 7215 |
| 4. Jose Velasquez | | 7514 |
| 5. Yu Yi ZHENG | | 7514 |
| 6. Ondra Gwinn | | 7514 |
| 7. MARVIN Allen | Marvin Allen | 7514 |
| 8. GEORGE HERRERA | | 7215 |
| 9. Juan C Canon | | 7514 |
| 10. RUBEN PAZ | | 7514 |
| 11. JUNE MASINA. | | 7514 |
| 12. JOSEPH Kelly | | 7514 |
| 13. JARED Richesin | | 7514 |
| 14. JEREMY Cortez | | 7514 |
| 15. ANTHONY AISON | | 7514 |
| 16. GEORGE YEE | | 7514 |
| 17. Vaughtese James | James | 7514 |
| 18. CHRIS BANKS | | 7215 |
| 19. Matt ALAPAN | | 7514 |
| 20. John Reed | | 7514 |
| 21. YAN HUANG | | 7514 |
| 22. KEN LEON Sr | | 7215 |
| 23. HERMAN Andax | Herman Andax | 7514 |
| ~~ABSENT~~ 24. Joseph Williams | ~~REASON:~~ Joseph Williams | 7514 |

| 24. Thomas Lopez | Thomas Lopez | 7514 |
| 25. Sam Slaughter | Sam Slaughter | 7514 |

GSA-EHS 01/01/23