1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-3857 (Wang)
8                (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
9                (415) 554-4223 (George)
                 (415) 355-3304 (Mills)
10 Facsimile:    (415) 554-4699
   E-mail:       edmund.wang@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
12               john.george@sfcityatty.org
                 steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hearing Date: February 13, 2025<br>Time: 1:00 p.m.<br>Place: Courtroom 4 – 3rd floor<br>1301 Clay Street<br>Oakland, CA 94612<br>[Via Zoom]<br><br>Trial Date: July 28, 2025 |

Pursuant to Civil Local Rules 7-11 and 75-5(f), Defendants submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed regarding certain documents submitted in connection with Defendants' Motion to Dismiss the Third Amended Complaint. Specifically, the documents subject to this Administrative Motion include:

| Document | Portions of Documents to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Defendants' Notice of Motion and Motion to Dismiss the Third Amended Complaint | Page 12:6-7<br>Page 12:9-11<br>Page 12:17-19<br>Page 12:21-24<br>Page 12:27-28<br>Page 13:1-5<br>Page 13:7-8<br>Page 13:16-17<br>Page 14:28<br>Page 15:1<br>Page 15:4-10<br>Page 15:25-28<br>Page 16:1-5<br>Page 20:20-21<br>Page 20:26-27<br>Page 21:1-2 | Plaintiffs |
| Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | Page 3:15<br>Page 3:18-19<br>Page 3:21<br>Page 3:24<br>Page 3:28<br>Page 4:4<br>Page 4:7-8<br>Page 4:11-12<br>Page 4:15-16<br>Page 5:1<br>Page 5:4 | Plaintiffs |

| Document | Portions of Documents to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
|  | Page 5:7<br>Page 5:11<br>Page 5:15<br>Page 5:19<br>Page 6:4 |  |
| Exhibit H to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | Pages 231-232. | Plaintiffs |
| Exhibit Q to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs |
| Exhibit R to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit S to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit T to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit U to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |

| Document | Portions of Documents to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit V to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit W to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit X to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit Y to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit DD to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit EE to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit FF to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |

| Document | Portions of Documents to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit GG to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit HH to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit II to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit MM to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |

The above referenced documents contain information that Plaintiffs have designated as "Confidential" or "Highly Confidential -Attorneys Eyes Only" under the terms of the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information (ECF No. 127) in this action. Having reviewed the documents at issue, Defendants have no position on whether the aforementioned documents are entitled to protection. Defendants file the aforementioned documents provisionally under seal in order to comply with the Civil Local Rules, Court's Standing Order, and the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information.

Along with this Administrative Motion, Defendants submit, the Declaration of Steven Mills in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, underacted copies of the documents referenced above, and a proposed order.

Dated: January 2, 2025

        DAVID CHIU
        City Attorney
        YVONNE R. MERÉ
        EDMUND T. WANG
        KAITLYN MURPHY
        MIGUEL A. GRADILLA
        JOHN H. GEORGE
        STEVEN A. MILLS
        Deputy City Attorneys

By:   s/Steven A. Mills
      STEVEN A. MILLS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT