DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hearing Date:  February 13, 2025<br>Time:  1:00 p.m.<br>Place:  Courtroom 4 – 3rd floor<br>1301 Clay Street<br>Oakland, CA 94612<br><br>Trial Date:  July 28, 2025 |

I, Steven A. Mills, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively, the "City"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. Plaintiffs are the Designating Party of the information subject to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

3. Exhibits H, Q-Y, DD-II, and MM to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint are materials produced in discovery and designated by Plaintiff as "Confidential" or "Highly Confidential – Attorneys Eyes Only" under the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information (ECF No. 127).

4. The following page and line numbers of the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss refer to or describe the aforementioned Exhibits H, Q-Y, DD-JJ, and MM: Page 3:15; 3:18-19; 3:21; 3:24; 3:28; 4:4; 4:7-8; 4:11-12; 4:15-16; 5:1; 5:4; 5:7; 5:11; 5:15; 5:19; 6:4.

5. The following page and line numbers of Defendants' Notice of Motion and Motion to Dismiss the Third Amended Complaint reference the above-mentioned exhibits: 12:6-7; 12:9-11; 12:17-19; 12:21-24; 12:27-28; 13:1-5; 13:7-8; 13:16-17; 14:28; 15:1; 15:4-10; 15:25-28; 16:1-5; 20:20-21; 20:26-27; 21:1-2

6. Having reviewed the documents at issue, the City has no position on whether the aforementioned documents are entitled to protection. The City files the aforementioned documents provisionally under seal in order to comply with the Civil Local Rules and Court's Standing Order.

1  I declare under penalty of perjury that the foregoing is true and correct and that this declaration
2  was executed in San Francisco, California on January 2, 2025.

                                                    */s/ Steven A. Mills*
                                                    STEVEN A. MILLS