DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Hearing Date:  February 13, 2025<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br>               [Via Zoom]<br><br>Trial Date:    July 28, 2025 |

I, Steven A. Mills, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively the "City"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. The City seeks to file redacted versions and seal the unredacted versions of the following documents submitted with Defendants' Notice of Motion and Motion to Dismiss the Third Amended Complaint:

   a. The City's Motion: 17:5-6; 18:1; 18:3;
   b. Declaration of Jason Adamek in Support of Defendants' Motion to Dismiss the Third Amended Complaint: 2:21-3:12;
   c. Declaration of Sarah Locher in Support of Defendants' Motion to Dismiss the Third Amended Complaint: 2:4-6; 2:24-3:6;
   d. Declaration of Lisa Rachowicz in Support of Defendants' Motion to Dismiss the Third Amended Complaint: 2:6;
   e. Exhibit D to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint (Contact Information only): 2-5; and
   f. Exhibit JJ to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint (Contact Information Column only): 2:13-14; 3:8-5:6; 5:13-14; 5:16-187; 6:9-10; 6:12-13.

3. In order to challenge Plaintiffs' standing, the City needs to disclose limited confidential shelter information and government assistance information about Plaintiffs and third parties that Plaintiffs' rely upon to justify standing in this case. However, the City is, arguably, statutorily prohibited from publicly disclosing this information absent a court order. Exhibits D and JJ include phone numbers, address, and email addresses of third-parties. The City understands that much of this

information is no longer current and does not submit the phone numbers, address, and email address for the substance of the motion. That limited information is completely redacted.

4. To avoid improper disclosure of confidential information, much of which has already been disclosed by Plaintiffs in this case and in connection with the City's last motion to dismiss for lack of standing, the City has filed the above-referenced materials conditionally under seal.

5. In order to comply with the Court's order at ECF No. 232 requiring a stipulation or joint motion, the City initiated a meet and confer with Plaintiffs about sealing the protected information on December 27, 2024. Given the timing of the motion, Plaintiffs were only able to stipulate to the housing information of the named Plaintiffs and Mr. Castaño. The parties were not able to reach a complete agreement as to the issuance of government assistance and housing information of Plaintiffs and third-parties without additional authorization from those individuals given the timing. Because the parties were not able to reach a complete agreement by the time the City was required to file, the City files this motion out of an abundance of caution only for the information where there is no agreement, and will continue to work with Plaintiffs on a solution as to the remaining information.

6. The City's request is narrowly tailored as it seeks to seal only the portion of its filing that discloses statutorily protected information and not the filings in their entirety. Confidential information of third parties that is irrelevant to this motion has also been redacted even from the under seal version of Exhibits D and JJ. Additionally, while the City understands that many of the phone numbers, addresses, and email addresses are no longer current, the confidential information of third parties bears little public interest.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California on January 2, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven A. Mills*
　　　　　　　　　　　　　　　　　　　　　　　　STEVEN A. MILLS