DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Hearing Date: February 13, 2025<br>Time: 1:00 p.m.<br>Place: Courtroom 4 – 3rd floor<br>1301 Clay Street<br>Oakland, CA 94612<br><br>Trial Date: July 28, 2025 |

# [PROPOSED] ORDER

The Court, having fully considered the papers and arguments presented by the parties, hereby grants Defendants' Administrative Motion to Seal Documents Submitted in Support of Defendants' Motion to Dismiss the Third Amended Complaint. The following documents will remain sealed, as follows:

| Document | Evidence of Offered in Support of Sealing | Order |
|---|---|---|
| Defendants' Notice of Motion and Motion to Dismiss the Third Amended Complaint<br>• Page 17:5-6<br>• Page 18:1<br>• Page 18-3 | Cal. Welf. & Inst. Code § 10850; Declaration of Steven Mills in Support of Defendants' Administrative Motion to Seal Documents Submitted in Support of Defendants' Motion to Dismiss the Third Amended Complaint ("Mills Decl.") ¶¶ 3-6. | |
| Declaration of Jason Adamek in Support of Defendants' Motion to Dismiss the Third Amended Complaint<br>• Page 2:21-3:12 | Cal. Welf. & Inst. Code § 10850; Mills Decl. ¶¶ 3-6. | |
| Declaration of Sarah Locher in Support of Defendants' Motion to Dismiss the Third Amended Complaint:<br>• Page 2:4-6; 2:24-3:6 | Cal. Welf. & Inst. Code § 10850; Mills Decl. ¶¶ 3-6. | |
| Declaration of Lisa Rachowicz in Support of Defendants' Motion to Dismiss the Third Amended Complaint<br>• Page 2:6 | Cal. Welf. & Inst. Code § 10850; Mills Decl. ¶¶ 3-6. | |
| Exhibit D to the Declaration of Steven Mills in Support of Defendants' Motion to Dismiss the Third Amended Complaint (Contact Information only)<br>• Page 2-5 | Mills Decl. ¶ 6. | |
| Exhibit JJ to the Declaration of Steven Mills in Support of | Mills Decl. ¶ 6. | |

| Document | Evidence of Offered in Support of Sealing | Order |
|---|---|---|
| Defendants' Motion to Dismiss the Third Amended Complaint (Contact Information Column only)<br>• Pages 2:13-14; 3:8-5:6; 5:13-14; 5:16-187; 6:9-10; 6:12-13 | | |

IT IS SO ORDERED.

DATE:_____

_____
The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT