**REDACTED VERSION OF DOCUMENT PROVISIONALLY FILED UNDER SEAL**

1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-3857 (Wang)
8                (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
9                (415) 554-4223 (George)
                 (415) 355-3304 (Mills)
10 Facsimile:    (415) 554-4699
   E-mail:       edmund.wang@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
12               john.george@sfcityatty.org
                 steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF LISA RACHOWICZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Hearing Date:  February 13, 2025<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    July 28, 2025 |

I, Lisa Rachowicz, declare as follows:

1. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. I am Division Director of Outreach and Temporary Shelter for the San Francisco Department of Homelessness and Supportive Housing ("HSH"). I have been in this position since March 2024. Prior to becoming Division Director, I was the Manager of Navigation Centers and Shelter Programs for the period between November 2020 and March 2024, the Navigation Centers Program Manger between August 2018 and November 2020, and a Senior Behavioral Health Clinician between February 2016 and August 2018. I am also a Licensed Clinical Social Worker with the California Board of Behavioral Sciences and obtained a Master's in Social Work from the University of California, Berkeley.

3. As Division Director of Outreach and Temporary Shelter, part of my responsibilities include leading HSH's response to street homelessness. I help manage the day-to-day operations of HSH's outreach shelter and other temporary housing projects, which includes, but is not limited to providing direct oversight of outreach, shelter, and navigation center operations, as well as developing strategic direction, in coordination with the executive team, for outreach and shelter programs within the continuum of care. Based upon my oversight responsibilities, I am familiar with temporary shelter options available to people experiencing homelessness in San Francisco and any active length of stay requirements.

4. Since 2020, a person placed in City-provided shelter may generally stay there as long as they like subject to compliance with shelter rules and requirements. There are narrow exceptions where temporary shelter placements have an active length of stay requirement. For instance, a client placed in the RESTORE program is typically placed for up to seven days, with extensions possible. Journey Home placements are typically one to three days until relocation assistance can be provided. The Urgent Accommodation Voucher program provides shelter for families, survivors of domestic violence, transitional aged youth housing, and transgendered focused programming up to fourteen days, with extensions possible. The COVID Overflow program provides five to ten days isolation for guests that are COVID positive. Transitional Housing programs vary by program, but generally extend

1 anywhere between eighteen and thirty-six months. The goal of Transitional Housing is to help
2 transition individuals into permanent housing solutions.

3     5. I have been informed that Toro Castaño, Molique Frank, and Teresa Sandoval have
4 been placed in emergency shelters. It is my understanding that these shelters are not subject to an
5 active length of stay requirement.

6     6. I have been informed that David Martinez, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Sarah
7 Cronk (also known as Apple Cronk), and Joshua Donohoe are in permanent housing. It is my
8 understanding that these permanent housing solutions are not subject to an active length of stay
9 requirement.

10     I declare under penalty of perjury under the laws of the United States that the foregoing is true
11 and correct to the best of my knowledge.

13     Executed December 30, 2024, at San Francisco, California.

15 *Lisa Rachowicz*
16     LISA RACHOWICZ

DECL. RACHOWICZ ISO CCSF'S MTD TAC     2     n:\govlit\li2024\230239\01809194.docx
CASE NO. 4:22-cv-05502-DMR