**REDACTED VERSION OF DOCUMENT PROVISIONALLY FILED UNDER SEAL**

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Hearing Date:  February 13, 2025<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    July 28, 2025<br><br>Attachments:   Exhibits A - NN |

I, Steven A. Mills, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively, the "City"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. A true and correct copy of Plaintiffs' Responses to Defendants' Second Set of Interrogatories that were served on Defendants on December 20, 2024 is attached hereto as **Exhibit A**.

3. Following the Further Case Management Conference held on December 4, 2024, Defendants initiated a meet and confer with Plaintiffs' counsel concerning third-party service. On December 9, 2024, Defendants followed up on their efforts to meet and confer and provided Plaintiffs with copies of subpoenas for individuals that have been identified by Plaintiffs as likely trial witnesses and individuals that have not been designated as likely trial witnesses but appear on Plaintiffs' initial disclosure. In the same email, Defendants requested additional identifying information given deficiencies with the information contained on Plaintiffs' initial disclosure. On December 13, 2024, Plaintiffs responded to accept service on behalf of Sarah Stephenson and James Reem. On the same day, Defendants followed up on the request for additional identifying information or confirmation that Plaintiffs have provided all information that is known. On December 18, 2024, Plaintiffs responded that they would accept service for Shelsey Wiley, confirmed that Plaintiffs have been unsuccessful in reaching out to the remaining individuals, and that they would update Defendants on their progress. On the same day, Defendants requested additional information about how Plaintiffs are intending to facilitate service going forward to mitigate any risk of communicating with individuals Plaintiffs intend to represent and given the need to seek alternative service. To date, a response has not been received. True and correct copies of Defendants' email correspondence with Plaintiffs' counsel are attached hereto as **Exhibit B**, **Exhibit C**, and **Exhibit D**.

4. A true and correct copy of highlighted excerpts from the transcript of the Deposition of Sarah Cronk, taken on September 23, 2024 in connection with this case, is attached hereto as **Exhibit E**.

5. A true and correct copy of highlighted excerpts from the transcript of the Deposition of David Martinez, taken on October 15, 2024 in connection with this case, is attached hereto as **Exhibit F**.

6. A true and correct copy of highlighted excerpts from the transcript of the Deposition of Molique Frank, Volume I, taken on September 25, 2024 in connection with this case, is attached hereto as **Exhibit G**.

7. A true and correct copy of highlighted excerpts from the transcript of the Deposition of Joshua Donohoe, taken on November 12, 2024 in connection with this case, is attached hereto as **Exhibit H**.

8. A true and correct copy of highlighted excerpts from the transcript of the Deposition of Toro Castano, taken on October 9, 2024 in connection with this case, is attached hereto as **Exhibit I**.

9. On May 19, 2022, Plaintiff Molique Frank commenced a small claims action in San Francisco Superior Court captioned *Molique Frank v. San Francisco Public Works*, No. CSM-22-865646 for an alleged property destruction that occurred on January 26, 2022. A true and correct copy of Plaintiff's Claim and Order to Go to Small Claims Court is attached hereto as **Exhibit J**.

10. On August 25, 2022, Molique Frank entered into a Property Damage Only Release in connection with the small claims action with the assistance of counsel from the Lawyers' Committee for Civil Rights of the SF Bay Area. A true and correct copy of the August 25, 2022 Property Damage Only Release from the records of the San Francisco City Attorney's Office is attached hereto as **Exhibit K.**

11. A true and correct copy of highlighted excerpts from Plaintiffs' Response to Defendants' First Set of Interrogatories dated June 22, 2023 is attached hereto as **Exhibit L**.

12. A true and correct copy of the Coalition on Homelessness' Annual Report 2016, downloaded from the Coalition on Homelessness Annual Report Archive available at

1  https://www.cohsf.org/annual-reports/, is attached hereto as **Exhibit M**. Highlighting was added for
2  emphasis.

3      13.     A true and correct copy of the Coalition on Homelessness' Annual Report 2019,
4  downloaded from the Coalition on Homelessness Annual Report Archive available at
5  https://www.cohsf.org/annual-reports/, is attached hereto as **Exhibit N**. Highlighting was added for
6  emphasis.

7      14.     A true and correct copy of the Coalition on Homelessness' Annual Report 2022,
8  downloaded from the Coalition on Homelessness Annual Report Archive available at
9  https://www.cohsf.org/annual-reports/, is attached hereto as **Exhibit O**. Highlighting was added for
10 emphasis.

11     15.     A true and correct copy of the Grant Agreement between City and County of San
12 Francisco and Coalition on Homelessness, from the records of the San Francisco Arts Commission,
13 with Bates number CCSF-COH_309166 to 309202, is attached hereto as **Exhibit P**.

14     16.     A true and correct copy of May 21, 2019 email from Coalition's Executive Director,
15 Jennifer Friedenbach, entitled [REDACTED] and produced by Plaintiffs in discovery as confidential with
16 Bates number COH01388744, is attached hereto as **Exhibit Q**. Highlighting was added for emphasis.

17     17.     A true and correct copy of November 17, 2021 email from Coalition's Executive
18 Director, Jennifer Friedenbach, entitled "Document shared with you: [REDACTED]
19 [REDACTED]" and produced by Plaintiffs in discovery as confidential with Bates number
20 COH00832297, is attached hereto as **Exhibit R**. Highlighting was added for emphasis.

21     18.     A true and correct copy of the [REDACTED] and
22 produced by Plaintiffs in discovery as confidential with Bates number COH00832298 to
23 COH00832300, is attached hereto as **Exhibit S**. Highlighting was added for emphasis.

24     19.     A true and correct copy of the [REDACTED] produced by
25 Plaintiffs in discovery as confidential with Bates numbers COH00738208 to COH00738227, is
26 attached hereto as **Exhibit T**. Highlighting was added for emphasis.

27     20.     A true and correct copy of September 27, 2021 email from Coalition's Executive
28 Director, Jennifer Friedenbach, entitled [REDACTED] produced by

1    Plaintiffs in discovery as confidential with Bates numbers COH00873981 to COH00873985, is
2    attached hereto as **Exhibit U**. Highlighting was added for emphasis.
3          21.    A true and correct copy of an October 5, 2020 email from former Coalition Human
4    Rights Organizer, Kelley Cutler, entitled ███████████████████████ and produced by
5    Plaintiffs in discovery as confidential with Bates numbers COH00897439 to COH0089744, is attached
6    hereto as **Exhibit V**. Highlighting was added for emphasis.
7          22.    A true and correct copy of the Coalition's ████████████████████████
8    ████████████ and produced by Plaintiffs in discovery as confidential with Bates numbers
9    COH00742770 to COH00742847, is attached hereto as **Exhibit W**. Highlighting was added for
10   emphasis.
11         23.    A true and correct copy of ████████████████████████████████
12   ████████████ and produced by Plaintiffs in discovery as confidential with Bates number
13   COH00714793, is attached hereto as **Exhibit X**. Highlighting was added for emphasis.
14         24.    A true and correct copy of a January 4, 2024 email from Coalition's Executive
15   Director, Jennifer Friedenbach, entitled ████████████████████████████████
16   ████████ and produced by Plaintiffs in discovery as confidential with Bates numbers
17   COH01262154 to COH01262159, is attached hereto as **Exhibit Y**. Highlighting was added for
18   emphasis.
19         25.    A true and correct copy of Exhibit 32, from the Deposition of Toro Castano taken on
20   October 9, 2024, is attached hereto as **Exhibit Z**.
21         26.    A true and correct copy of Exhibit 33, from the Deposition of Toro Castano taken on
22   October 9, 2024, is attached hereto as **Exhibit AA**.
23         27.    A true and correct copy of Exhibit 6, from the Deposition of Sarah Cronk taken on
24   September 23, 2024, is attached hereto as **Exhibit BB**.
25         28.    A true and correct copy of Exhibit 10, from the Deposition of Sarah Cronk taken on
26   September 23, 2024, is attached hereto as **Exhibit CC**.
27
28

29. A true and correct copy of the ▮▮▮▮▮▮▮▮▮▮ and produced by Plaintiffs in discovery as confidential with Bates numbers COH01508325 to COH01508333, is attached hereto as **Exhibit DD**. Highlighting was added for emphasis.

30. A true and correct copy of the ▮▮▮▮▮▮▮▮▮▮ and produced by Plaintiffs in discovery as confidential with Bates numbers COH00733798 to COH0733808, is attached hereto as **Exhibit EE**. Highlighting was added for emphasis.

31. A true and correct copy of the ▮▮▮▮▮▮▮▮▮▮ and produced by Plaintiffs in discovery as confidential with Bates numbers COH00974420 to COH00974423, is attached hereto as **Exhibit FF**. Highlighting was added for emphasis.

32. A true and correct copy of an April 8, 2019 email to Coalition Executive Director, Jennifer Friedenbach, entitled ▮▮▮▮▮▮▮▮▮▮ and produced by Plaintiffs in discovery as confidential with Bates number COH01316598, is attached hereto as **Exhibit GG**. Highlighting was added for emphasis.

33. A true and correct copy of an October 8, 2021 email from Coalition's former Human Rights Organizer, Carlos Wadkins, entitled ▮▮▮▮▮▮▮▮▮▮ and produced by Plaintiffs in discovery as confidential with Bates numbers COH01168199 to COH01168200, is attached hereto as **Exhibit HH.** Highlighting was added for emphasis.

34. A true and correct copy of a November 12, 2021 email from Coalition's Executive Director, Jennifer Friedenbach, entitled ▮▮▮▮▮▮▮▮▮▮ and produced by Plaintiffs in discovery as confidential with Bates numbers COH01429817 to COH01429818, is attached hereto as **Exhibit II.** Highlighting was added for emphasis.

35. A true and correct copy of Plaintiffs' Second Amended Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) is attached hereto as **Exhibit JJ**.

36. A true and correct copy of excerpts from the December 4, 2024 Transcript of Proceedings from the Further Case Management Conference is attached hereto as **Exhibit KK**. Highlighting was added for emphasis.

37. A true and correct copy of excerpts from Couper Orona's public Threads social media account, downloaded on November 11, 2024, is attached hereto as **Exhibit LL**. Highlighting was added for emphasis.

38. A true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and produced by Plaintiffs in discovery as confidential with the Bates number COH01511418, is attached hereto as **Exhibit MM**.

39. A true and correct copy of excerpts from the transcript of the Deposition of Molique Frank, Volume II, taken on October 21, 2024 in connection with this case, is attached hereto as **Exhibit NN**. Highlighting was added for emphasis.

40. Todd Bryant was previously served with a document subpoena and was represented by outside counsel from Morrison & Foerster LLP. On December 18, 2024, Defendants conferred with outside counsel for Mr. Bryant, and outside counsel confirmed that they cannot accept service on his behalf for a deposition subpoena since they are not currently in contact with Mr. Bryant. As of the date of this declaration, Plaintiffs' counsel has not informed the Defendants that they will be accepting service on Mr. Bryant's behalf, even though he is identified as a member and likely trial witness.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California on January 2, 2025

               */s/ Steven A. Mills*
               STEVEN A. MILLS