# EXHIBIT C

## TO

## DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

| | |
|---|---|
| **From:** | Mills, Steven (CAT) |
| **To:** | "John Do"; Vivake Prasad; Murphy, Kaitlyn (CAT); Bill Freeman; Andrew Ntim; Nisha Kashyap; Scout Katovich; Vasudha Talla; Zoe Salzman; Bianca Herlitz-Ferguson |
| **Cc:** | George, John (CAT); Wang, Edmund (CAT); Gradilla, Miguel (CAT) |
| **Subject:** | RE: CoH v CCSF -service of subpoenas |
| **Date:** | Friday, December 13, 2024 5:03:20 PM |
| **Attachments:** | image004.png |

Thanks, John. We will deem those two subpoenas as being accepted today.

In my email from December 9, we followed up on an outstanding request for more contact information for the individuals on the initial disclosure and likely trial list. No contact information was provided for many individuals and almost all phone numbers are disconnected. Have plaintiffs provide all that is known?

**Steven Mills**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 355-3304 Direct
www.sfcityattorney.org

---

**From:** John Do <jdo@aclunc.org>
**Sent:** Friday, December 13, 2024 4:43 PM
**To:** Vivake Prasad <VPrasad@ecbawm.com>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Bill Freeman <wfreeman@aclunc.org>; Andrew Ntim <antim@lccrsf.org>; Nisha Kashyap <nkashyap@lccrsf.org>; Scout Katovich <skatovich@aclu.org>; Vasudha Talla <vtalla@ecbawm.com>; Zoe Salzman <zsalzman@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>
**Cc:** George, John (CAT) <John.George@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>
**Subject:** CoH v CCSF -service of subpoenas

Counsel,

Please know that we can accept service for Sarah Stephenson and James Reem from our Initial Disclosures and Likely Witness List. We will continue to update you on the remainer of the list. Thank you.

Regards,



**JOHN THOMAS H. DO**
**SENIOR ATTORNEY**
**RACIAL & ECONOMIC JUSTICE PROGRAM**

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM

**From:** Vivake Prasad <VPrasad@ecbawm.com>
**Sent:** Friday, December 6, 2024 3:24 PM
**To:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; John Do <jdo@aclunc.org>; Bill Freeman <wfreeman@aclunc.org>; Andrew Ntim <antim@lccrsf.org>; Nisha Kashyap <nkashyap@lccrsf.org>; Scout Katovich <skatovich@aclu.org>; Vasudha Talla <vtalla@ecbawm.com>; Zoe Salzman <zsalzman@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>
**Cc:** George, John (CAT) <John.George@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>
**Subject:** CoH v CCSF - Plaintiffs' Categorical Privilege Log

Counsel,

Following the discussion at the court conference this week regarding Defendants' service of notices or subpoenas on Coalition members, you may send those to us in the first instance and we will let you know if for some reason we cannot accept service.

In addition, please find a categorical privilege log attached.

Best,
Vivake

Vivake Prasad
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
vprasad@ecbawm.com
www.ecbawm.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (vprasad@ecbawm.com) immediately.