**EXHIBIT D**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

| | |
|---|---|
| **From:** | Mills, Steven (CAT) |
| **To:** | "Vasudha Talla" |
| **Cc:** | George, John (CAT); Murphy, Kaitlyn (CAT); Gradilla, Miguel (CAT); Wang, Edmund (CAT); jdo@aclunc.org; wfreeman@aclunc.org; nkashyap@lccrsf.org; antim@lccrsf.org; skatovich@aclu.org; Vivake Prasad; Bianca Herlitz-Ferguson |
| **Subject:** | RE: Coalition v. CCSF - Third-Party Service |
| **Date:** | Wednesday, December 18, 2024 1:15:56 PM |

Hello Vasudha,

Thank you very much for this information. We appreciate the helpful context. This email will confirm service of the subpoena on Shelsey Wiley as of today.

Can you provide additional information for how Plaintiffs are intending to facilitate service going forward? This creates some concern that we may reach out to an individual that Plaintiffs are seeking to represent and would like to mitigate that risk given that we intend to move forward with our efforts to serve these individuals absent confirmation from you that the Coalition was able to facilitate service. The Court denied the City's motion to dismiss in part on the basis of its understanding that Coalition was facilitating service. While we appreciate that efforts are being taken, the small number of individuals on Plaintiffs' likely witness list that the Coalition was able to locate for service is not consistent with the Court's expectation and understanding. This has been just three out of the forty-seven individuals identified.

We are hoping to have the process clarified this week because we previewed for the Court that we intend to request alternative service. Hopefully there is a solution to avoid burdening the court with motion practice, however, based on the current state it seems likely that we will need to request relief to avoid any prejudice to the City. Would Plaintiffs be willing to stipulate to a request for alternative service for the individuals on Plaintiffs' witness likely witness list that you have not been able to locate? This can be an item that we discuss at our next meet and confer on December 19.

Best,

Steven

**Steven Mills**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 355-3304 Direct
www.sfcityattorney.org

---

**From:** Vasudha Talla <vtalla@ecbawm.com>
**Sent:** Wednesday, December 18, 2024 7:51 AM
**To:** Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>

**Cc:** George, John (CAT) <John.George@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; jdo@aclunc.org; wfreeman@aclunc.org; nkashyap@lccrsf.org; antim@lccrsf.org; skatovich@aclu.org; Vivake Prasad <VPrasad@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; Vasudha Talla <vtalla@ecbawm.com>
**Subject:** RE: Coalition v. CCSF - Third-Party Service

Dear Steven:

With respect to the 32 individuals to whom the City has issued subpoenas that were listed on Plaintiffs' initial disclosures but have not been designated as likely trial witnesses (referenced in your email below), we can accept service for Shelsey Wiley. We have attempted to contact the other individuals using the contact information listed below, but have been unsuccessful to date. We will let you know if we are able to contact any of these individuals or receive updated contact information. We do not have DOB, SSN, or other drivers' license numbers for these individuals.

For the individuals that have been identified on Plaintiffs' likely trial witness list, we are continuing to facilitate service and will keep you updated on our progress.

Thank you, Vasudha

| | |
|---|---|
| **Abimbola Myers (32)** | [redacted] |
| **Andrew Berger (32)** | [redacted] |
| **Audra Sparks (32)** | [redacted] |
| **Carmen Melendez (32)** | [redacted] |
| **Dajuan Rochelle (32)** | [redacted] |

| Name | |
|---|---|
| Dante Wilson (32) | ▇▇▇ |
| Darrah Reasor (32) | ▇▇▇ |
| David Martin (32) | ▇▇▇ |
| Devon Partee (32) | ▇▇▇ |
| Donovan Harding (32) | ▇▇▇ |
| Garrett Washington (32) | |
| Heather Freehoffer (32) | ▇▇▇ |
| Helen Hoffman (32) | ▇▇▇ |
| Henry Jones (32) | ▇▇▇ |
| JD Cobb (32) | ▇▇▇ |

| | |
|---|---|
| | ▮▮▮ |
| Jeffery Connick (32) | ▮▮ |
| Jerry Cannon (32) | |
| Joseph Williams (32) | ▮▮▮ |
| Katelin Bagley-Adams (32) | ▮▮▮ |
| Kyle Adams (32) | ▮▮▮ |
| Noah Van Harin (32) | |
| Robert Harrison (32) | ▮▮▮ |
| Ronald Wilson (32) | ▮ |
| Stephanie Garcia (32) | |

| | |
|---|---|
| Steven Garrett (32) | |
| Thomas Draper (32) | ██████████████████ |
| Tracey Luz (32) | |
| Tricia Hurd (32) | ████████ |
| Troy Hawthorne (32) | ██████████████████ |
| Vejay Pacheco (32) | ██████████████ |
| Victoria Solomon (32) | ██████████████ |

**From:** Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Sent:** Monday, December 9, 2024 6:12 PM
**To:** jdo@aclunc.org; wfreeman@aclunc.org; nkashyap@lccrsf.org; antim@lccrsf.org; skatovich@aclu.org; Vasudha Talla <vtalla@ecbawm.com>; Vivake Prasad <VPrasad@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>
**Cc:** George, John (CAT) <John.George@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>

**Subject:** RE: Coalition v. CCSF - Third-Party Service

Counsel,

Thank you for your cooperation in seeking to facilitate service on Coalition members. We are confirming our understanding that Plaintiffs are not currently representing any of these individuals at this time and that Plaintiffs will notify us of any changes in representation. Until we receive notice, we will continue our outreach efforts.

Shortly, you will be getting an FTP link with subpoenas for documents only. There are two categories included in the link: (1) individuals that have been identified on Plaintiffs' likely trial witness list (excluding individuals we have already served); and (2) individuals that have been disclosed that have not been designated as likely trial witnesses (excluding individuals we have already served). For all of these individuals, we are seeking confirmation whether the Coalition intends to represent the individuals (for purposes of this document subpoenas, future depositions, or trial).

We'd also like to follow-up on Plaintiffs' initial disclosures. On September 10, 2024, we emailed Plaintiffs explaining that there are several individuals on the initial disclosure where insufficient information is provided for us to be able to locate or identify the correct person to serve. In that email, we sought information such as DOB, SSN, or Driver's License Numbers. To date, we have not received a response to that request. On December 5, 2024, we also indicated in our email that there are individuals on Plaintiffs' initial disclosure and likely trial witness list where no contact information is provided. In the event that Plaintiffs are not accepting service on behalf of witnesses, can you also confirm that you do not have any additional contact information or identifying information?

With discovery deadlines looming, we are asking for clarification of these issues by the end of this week. We remain willing to meet and confer to help streamline this process.

Thanks,

Steven

**Steven Mills**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 355-3304 Direct
www.sfcityattorney.org

**From:** Mills, Steven (CAT)
**Sent:** Thursday, December 5, 2024 3:41 PM
**To:** 'John Do' <JDo@aclunc.org>; Bill Freeman <wfreeman@aclunc.org>; Nisha Kashyap

<nkashyap@lccrsf.org>; Andrew Ntim <antim@lccrsf.org>; Scout Katovich <skatovich@aclu.org>; 'Vasudha Talla' <vtalla@ecbawm.com>; Vivake Prasad <VPrasad@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>
**Cc:** George, John (CAT) <John.George@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Subject:** Coalition v. CCSF - Third-Party Service

Counsel,

I write to facilitate service of third-party subpoenas to the individuals on Plaintiffs' likely trial witness list. To date, the City has expended significant time and resources trying to diligently serve witnesses, but has been unsuccessful in serving many of the individuals on Plaintiffs' likely witness list.

For the following individuals on Plaintiffs' likely trial list, can you confirm whether the Coalition intends to represent the individuals (for purposes of document subpoenas, depositions, or trial) and whether you can accept service of process for them? If not, can you please let us know what you are able to do to facilitate service going forward?

- Todd Bryant
- Shyhyene Brown
- Henrick Delamora
- Patrick Dubose
- Timothy Jones
- Shanna Couper Orona
- Joseph Williams
- **Corey Barkley**
- Krystle Erickson
- **Pauline Wise**
- **Maurice Moran**
- **Andrew Douglass**
- **Sarah Stephenson**
- **William Skaggs**
- **Elizabeth Stromer**
- **James Reem**
- **Jeremy Bullington**
- Jimmy Don Wheeler

We also note that Plaintiffs have not supplied any contact information for the individuals in bold. Can you also confirm that you do not have any in the event that you do not have authority to accept service on their behalf?

We request a response to this email by Tuesday, December 10. I'm available on 12/11 between 9-1 for a meet and confer.

Thanks,

Steven

**Steven Mills**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 355-3304 Direct
[www.sfcityattorney.org](www.sfcityattorney.org)