**EXHIBIT N**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**



# COALITION ON HOMELESSNESS, SF
## ANNUAL REPORT 2019

**CELEBRATING 30 YEARS OF STREET SHEET**

# ABOUT OUR WORK

The Coalition on Homelessness was formed in 1987 by homeless people and front-line social service workers to address the crisis of homelessness in San Francisco. For over thirty years, we have centered the wisdom and tenacity of currently and formerly homeless San Franciscans in the fight to end homelessness.

We fight for creative, systemic solutions. We fight for permanently affordable housing. We fight for eviction prevention to keep San Franciscans housed. We fight for behavioral health treatment for those in need. We fight to uphold the fundamental human rights of those forced to live on the street.

We conduct outreach every week on the streets, in shelters and at other places homeless people congregate, and this is where our campaigns are formed. Through outreach, we regularly receive input on our work as we activate people to join our struggle. This input is brought to our weekly open workgroup meetings that homeless people and their allies are welcome to attend. At these workgroups we fine-tune our campaigns and choose our tactics. All decisions we make follow a democratic and radically inclusive decision making process.

# 2019 AT A GLANCE



## SERVICES NOT SWEEPS

- We forced the city to invest in funding for 1,075 community members to receive mental health and/or substance abuse services.
- We removed wasteful $163,610 in funding for HSOC – the team that confiscates tents and gives citations to homeless people for being poor.
- We also got local legislators to cut $1,000,000 from SFPD to eliminate the introduction of Tasers (again).
- We pushed through 24-hour public restrooms which will result in 10,000 fewer instances of people forced into the indignity of toileting on the street.
- We won funding for employment services for 100 homeless individuals.
- We drew attention to illegal property confiscation through our Stolen Belonging project in collaboration with artist-activist Leslie Dreyer.  We now have striking oral testimony from all over the city, and public records verifying the allegations detailed in our oral testimonies.
- We passed legislation allowing for safe parking spaces for the vehicularly housed.

## OUR CITY OUR HOME

- Since our last report, we brought Our City - Our Home Proposition C to victory– truly the boldest measure to address homelessness in San Francisco, and we only could have won after decades of non-stop struggle by so many people (many of whom are in the room, and many of whom we dearly miss) with the ongoing crisis in our city.
- We hired hundreds of homeless people to help us with the campaign, we called almost 70,000 voters and knocked on almost 25,000 doors and we moved San Franciscans from despair to believing change is possible.
- While it is held up in a legal battle, we anticipate winning that and literally doubling our homeless efforts here in SF with broad sweeping expansion of prevention, housing and treatment. We will continue to fight tooth and nail until we win the 4,000 units of housing, 1,700 treatment slots, homeless prevention for thousands and an elimination of the shelter waitlist through expanded beds that Our City Our Home will fund.
- In the meantime, we are conducting a peer needs assessment survey to gather data on how existing City programs can be improved. This will ensure that we're ready to responsibly build out infrastructure when Prop C funding is released. We'll publish our findings by the end of the year.





## HOUSING IS A HUMAN RIGHT

We believe that every child, youth, and adult deserves a place to call home. We work tirelessly to ensure that San Francisco provides safe, dignified housing for all.

- This year, our organizing work has led to the city funding the creation of 473 new housing units or subsidies that will support hundreds of individuals and families in exiting homelessness.
- We got the city to commit to emergency housing for 110 community members.
- We fought for and won eviction prevention services that will keep 1,355 households in their homes or in shelter.
- As a result of these investments, by the end of this fiscal year, almost 1,509 households will exit homelessness, and thousands of households will maintain their housing.

# 30 YEARS OF STREET SHEET

For three decades, the Street Sheet has been the voice of homeless San Franciscans, bringing the word on the street into the living rooms of those with housing and putting income into the hands of those without. Our stories come directly from those with lived experience because we know that we are the true experts on our own lives, on our own struggles. Thank you for 30 years of dedicated support!

## ABOUT US

Wherever you are in San Francisco, you don't have to look too far to find someone in the BART station, outside the grocery store, or on the street corner selling a scrappy print publication called *Street Sheet*. The Street Sheet is the oldest continuously published street newspaper in the country, reaching over 30,000 readers every month and putting money into the pockets of more than 200 homeless vendors. This year we are celebrating our 30th year as the most reliable source for news relating to poverty, featuring stories that come directly from those with lived experience of homelessness.

With more than a thousand people languishing on the waitlist for a shelter bed, and 21,000 people experiencing homelessness annually in this wealthy city, we know our work is cut out for us. So next time you pick up a copy of Street Sheet, remember that you are not only getting the word on the street, you are also supporting a vendor who is struggling with poverty and helping them survive in a city that has largely abandoned them.

 **1989:** STREET SHEET DEBUTS AS ONE OF THE FIRST STREET NEWSPAPERS IN THE COUNTRY. IT IS PRINTED AS A ONE-PAGE NEWSLETTER.

 **1999:** STREET SHEET CELEBRATES 2 MILLION COPIES SOLD! WE ARE STILL THE MOST WIDELY DISTRIBUTED STREET NEWSPAPER IN THE WORLD.

 **2009:** AFTER TWO DECADES OF BEING A MONTHLY NEWSPAPER, STREET SHEET STARTS PRINTING ON THE 1ST AND 15TH OF EVERY MONTH.

 **2019:** AS WE CELEBRATE OUR 30TH ANNIVERSARY WE ALSO START ACCEPTING CASHLESS PAYMENTS, MAKING THE PAPER MORE ACCESSIBLE TO OUR READERS AND PUTTING MORE REVENUE IN THE POCKETS OF OUR HOMELESS VENDORS.



## OUR FUTURE

This year we look back at millions of papers sold, hundreds of homeless people earning an income, and countless critical headlines read citywide. At the same time the Street Sheet has managed to stay current, even as we face the decline of print media. Vendors are now able to accept Venmo payments from readers who don't carry cash, and this year will see the launch of Street Speak, our upcoming podcast answering your burning questions about San Francisco's homeless crisis. In the coming year we are also looking forward to having a budget that will allow us to compensate our contributors with lived experience homelessness for their work.

## Waverly Walton
## Street Sheet vendor since 1996



So I let folks know I'm with the Coalition, ask folks to donate to our paper we put out for the sheltered and homeless, because you can't really get real info in the Chronicle and the Examiner, so we have to do it ourselves. People who help themselves will prevail. You go out there and do it yourself, and that's what I do. I go out there and provide for myself every day, I don't beg or steal. I'm a retired vet and I know what it's like, 'cause when I first got out of the army I used to drink a lot and was homeless for a while and this organization helped me out and I appreciate it. So now I'm giving back since my life has come back together.



image: Michelle Klug

## Quiver Watts (they/them)
## Street Sheet editor since 2016

I am so grateful to the hundreds of people who have created and sustained this iconic newspaper over the last few decades, and I'm so excited to bring our upcoming podcast, Street Speak, to life in the coming year.

## TJ Johnston
## Street Sheet writer & editor since 2001

I would like Street Sheet to be redundant in 30 years because we have solved the problem of homelessness. If there is homelessness in 30 years I hope it's the kind where you move out of your place at the end of the month, crash with your friend a couple nights, then move into your new place for the next month.

## Emmett House
## Vendor Coordinator since 2018



In 30 years I hope that the Street Sheet is worldwide, not just citywide. One reason would be so the Street Sheet could be spread around to more people, and another is so we could get some more information on homeless peoples' situations around the world.

# LOOKING FORWARD TO 2020

### KEEPING SAN FRANCISCANS IN THEIR HOMES AND HOUSING SAN FRANCISCANS

- In the coming year, we will continue to fight for an expansion of housing, eviction prevention, and subsidies that ensure homeless San Franciscans have access to deeply affordable housing, while those at risk of homelessness can stay in their homes.
- While Our City, Our Home battles lawsuits from corporate interests, we will be exploring alternative options to realize the measure and the funding as soon as possible. This includes releasing a report with recommendations based on the experience of homeless people on how the new system should be structured, seating the oversight body.
- We are in the process of forming a Vehicularly Housed Residents' Association, "Our Wheels, Our Home", where homeless leaders staying in their vehicles can lead the fight for safe parking and against criminalization. We plan to secure multiple safe parking sites in 2020 as well as a halt to the practice of towing vehicles that are homes to the marginally housed.
- We will be centering community voices in the creation of a chartered oversight commission for the Department of Homelessness and Supportive Housing, so that the department is held accountable in its spending and policy decisions.


image: Leslie Dreyer

### EXPANDING ACCESS TO CARE

- We are working to dramatically expand access to mental health, and substance abuse treatment. We will push for these investments both legislatively and at the ballot, including securing revenue to fund new and expanded programs.
- We will be working to reform the Coordinated Entry system, making it equitable for all homeless San Franciscans seeking access to housing and shelter.

### TAKING ON THE CRIMINALIZATION OF HOMELESSNESS

- We will be fighting back against unprecedented criminalization of our community, whether unsheltered, vehicularly housed, or being pushed out of existing housing, and work towards having an alternative to a police response to homelessness.
- We will be strengthening the City's policy on property confiscation and disposal, as we ensure the policy is properly followed by City departments. We will use legal, legislative and creative tactics to bring attention to and remedy the City's violations.



# JOIN THE STRUGGLE





## SAVE THE DATE

Don't miss our twentieth annual Art Auction fundraiser, featuring artwork from hundreds of local artists!
Where: SOMArts Cultural Center
WHEN: Thursday September 10, 2020

Local artist Alejandro created the beautiful cover art you see on this issue. The image reflects the hundreds of vendors who have given so many hours of their lives to distributing the stories within these pages, and the history of the paper that has brought you the word on the street for 30 years.

**Artwork by Alejandro (they/them)**
web: alejandrodelacosta.net
ig: @alejandro_delacosta

## STAY INVOLVED!

**BUY AND READ THE STREET SHEET:**
Our vendors keep 100% of the money they receive from your purchase. Many of our vendors now accept Venmo as a digital alternative to cash. Reach out to our editor, Quiver Watts, to submit writing, artwork, or to volunteer skills such as graphic design or teaching a writing workshop. Street Sheet is the best way for you to tune-in to the latest developments in local policy, and our articles are primarily written by folks impacted by homelessness.

**JOIN THE FIGHT FOR HUMAN RIGHTS:**
We have simple fact sheets on SF homelessness and best practices for supporting your homeless neighbors on our website, cohsf.org. You can email our Human Rights Organizers, Kelley Cutler and Armando Garcia. Sign up for action alerts on our website, and plug into our social media pages on Facebook, Twitter, and Instagram. Search "Coalition on Homelessness" or "Street Sheet".

**FUNDRAISING:**
Our support primarily comes from individual donors like you. There are many ways to contribute to our fundraising, which are detailed on our website at www.cohsf.org/ways-to-give. Jay Rice, our Development Director, is always happy to discuss upcoming fundraising opportunities as well as ways to collaborate on fundraising with the Coalition.
All staff contact information available at www.cohsf.org/who-we-are.

**JOIN THE STRUGGLE:**
Workgroups meet weekly at our office at 280 Turk Street, and are open to the public:
Housing Justice meets Tuesdays at 12:00pm
Human Rights meets Wednesdays at 12:30pm



280 TURK ST.
SAN FRANCISCO, CA

WWW.COHSF.ORG
(415) 346-3740

**COALITION ON HOMELESSNESS, SF**

**OUR STAFF:**
Miguel Carrera, Kelley Cutler, Nathaly Frias, Jennifer Friedenbach, Armando Garcia, Olivia Glowacki, Emmett House, TJ Johnston, Jason Law, Sam Lew, Tracey Mixon, Jay Rice (they/them), Quiver Watts (they/them).

**OUR BOARD OF DIRECTORS:**
Julia D'Antonio, Barry Hills, Sara Hofverberg, Jesus Perez, Hadi Razzaq, Colleen Rivecca, Jenise Standfield, Joe Wilson, Barry Zevin.

# OUR 2019 DONORS

Mark Aaronson, Elizabeth Abbs, Henry Abrons, Larry Ackerman, Jan Adams, Marya Afzal, Paul Aguilar, In Ah Ahn, Maria Ahearne, Nick Ahwal, Barbara Albert, Nora Alcala, Marissa Allen, David Allen Family, Edward Allman, Asia Alman, Shanan Alper, Reuben Alvear, Priyanka Amin, Ahyoung An, Camille Anacabe, Jeannie Anderson, Todd Anderson, Christine Angeles, Dennis Antenore, Marion Anthonisen, Julie Armistead, Barbara Arms, Arthur Aron, Alka Arora, Larry Arrington, Jay Arter, Chris Arvin, Stephanie Ashton, Valerie Aurora, Jack Avery, Mahdi Azmandian, Kate B., Boris B., Joey Babbitt, Mary Kate Bacalao, Bree Baccaglini, Andre Bach, AJ Bahnken, Jason Baker, Therese Baker-Degler, Nandini Balakrishna, Allen Balderson, Alando Ballantyne, Liz Balsam, Alice and Richard Barron, Nelson Barry, Micah Barth-Rogers, T.E. Barthell, Sara Barz, TJ Basa, Brian Basinger, Kayce Basques, Rashida Basrai, Roy Bateman, Dena Beard, Jonathan Beard, Michael Beer, Janice Beglau-Taylor, Emily Bell, Nathan Bell, Charles Belov, Taylor Benninger, Rev. Jade Benson, Bonnie Bernstein, Alexander Bertsch, Carol Bettencourt, Anagha Bharadwaj, Krishna Bharathala, Simi Bhat, Iris Biblowitz, Jessica Bielenberg, Michael Bien, Bailey Bifoss, Betsy Bigelow-Teller, Brandon Bilinski, Christopher Bingham, Stephen Bingham, Nicholas Bisignani, Danny Bittker, Maia Bittner, Tobias Bloard, Chris Block, Norma Block, David Bloom, Lucie Blue, Ricky Bluthenthal, Paul Boden, Chelsea Boilard, Natalie Bonnewit, Deb Borne, Arlene Boro, Camellia Boutros, Grant Boyadjian, Johanna Boyes, George Bracey, Rachel Brahinsky, Hannah Brancato, Frish Brandt, Nikki Brandt, Rena Bransten, Lee and Jacki Breisacher, Tyler Breisacher, Ian Brennan, Martha Bridegam, Louise Brodie, Rachel Brody, Adele Brookman, Charles Brown, Chris Brown, Kathleen Brown, Kelly Brown, Preston Brown, Thomas Broxton, Tom Broxton, Ezra Buck, Jane Bulnes-Fowles, Noah Burnett, Amanda Burton, Matt Bushell, Lili Byers, Shavonne C., Adam Cadien, Sarah Cadwallader, Kathryn Calimag, Morgan Callahan, Brendan Callum, Miguel Camacho, Pamela Campe, Donna Canali, Katherin Canton, Carol Carbone, Dale Carlson, Ralph Carlson, Chris Carlsson, Hunter Caron, Rebecca Cate, Lee Cauble, Jane Caudell, B. Cavello, Danny Cavero, Daniel Cawley, Wendy Cawthon, Alyse Ceirante, Braden Cerutti, Ranjit Chacko, Linda Chafetz, Steven Chan, Geoffrey Chandler, Talia Chanoff, Christina Chauvenet, Kaitlyn Christensen, Erik Christianson, Yvonne Chu, Citizens Church, Dick Clark, Henry Clay Carter, Morgan Clendaniel, Stephanie Clowdus, Akele Coffey, Cindy Cohn, Michelle Cohn, Christine Colcord, Paul Coldren, G. and J. Collier, George Collier, Scott Compton, George Condon Jr., Debra Conte, Juanita Contreras, Allen Cooper, Clarice Corell, Syl Coronado, Mollie Cowger, Andrew Cox, Brian Crane, Debbie Craven-Green, Norah Crean, Joan Crotty, Ciara Crowley, Brandon and Jim Cruz Youll, Camila Curtis Contreras, Katie Daley, Christine Dalmacio, Patrick Daly, James Daniels, Teri Daniels, Angela Davidson, Matt Davis, Melanie Day, Alexander De Gaye, James Decker, Wendi Deetz, Cristina Deguzman, Gail Dekreon, Elisa Della-Piana, Sara Delucchi, Katie Delwich, Henry Der, Genoveva Descalzo, Christine Desrosiers, Bradley Detjen, James Devery, John Diamante, Heather Dickison, Kristof Didrickson, Corinne Dieterle, Atray Dixit, JT Do, Bao Doan, Shannon Dodge, Vicky Doll, Victoria Doll-Polanco, Alexandra Donahue, Thom Donnelly, Mary Donovan, Launie Douglas, Shannon Ducharme, Bevan Dufty, Quang Duong, Hannah Dweck, Eric Dyer, Steve Eabry, Devra Edelman, Lynne Eggers, Todd Eisenberger, Kaela Elias, Max Eliaser, Barb Elliott, Barbara Elliott, Rebecca Elstrom, Lydia Ely, Daniel Eric, Anna Etkin, Christin Evans, Lindsey Evans, Hank Everitt, Steve Everitt, Melissa Fafarman, Howard Fallon, William Falls, Donato Family, Kathleen Farrell, Michelle Farrow, Mirjana Farys, Spencer Faust, Nathan Fennell, James Ferguson, Sabina Fernandez, Joseph Fernicola, Teresa Ferrari, Talton Figgins, Nicolas Figueiredo, Fawn Fitter, Mauricio Flores, Peter Florin, Nicole Foley, Gregory Fomovsky, Michelle Foxworthy, William Freeman, Joshua Freitas, P.M. Friedenbach, Sue Friedenbach, Teresa Friend, David Fritsch, David Fry, Lindsay Fuerst, Barbara Fumea, Roel Funke, Lea Gabay, Andrew Galiger, Cezanne Garcia, Estela Garcia, David Gardiner, Shawn Garety, David Gast, Annie Gaus, Linda Gebroe, Karen Gehrman, Anna Geiduschek, Fred Geiger, Linda Gelphman, Johanna Gendelman, Marissa Geoffroy, Eleanor Gerould, Maria Giatrakis, Robin Gilbert, Carol Giles-Straight, Samuel Girvin, Robert Gitin, Molly Glasgow, Aman Gohal, Carl Goldberg, Gina Goldberg, Kevin Goldberg, Alexandra Goldman, Susan Goldstein, Jonathan Golike, Ben Golvin, Matt Gonzalez, Aaron Goodman, Robyn Goodridge, Carolyn Goossen, Judith Gordon, Kenzie Gordon, Jazzmin Gota, Ruth Grabowski, Alex Grande, Michael Graziano, Sean Greene, Colleen Gregerson, Anisse Gross, Nora Grossman, Robert Grudulis, Emily Grundman, Lena Gunn, Nicole Guthrie, Adan Gutierrez-Gallegos, Roger Guy-Bray, Laura Guzman, Cynthia Gyori, David Haddock, Lauren Hall, Paul Haller, Marian Halley, Charlotte Halloran-Couch, Keila Hamed-Ramos, Elaine Hammer, Scott Handleman, Sophia Hanifah, Josh Hannah, Elliot Harmon, Julie Harrington, Leo Harrington, Jake Harris, Marlena Hartman-Filson, Christa Hartsock, Danielle Harvey, Miyuki Hasegawa, William Hausle, Curtis Hawes, Mary Hawkins, Bill Heap, Janice Heiss, Judith Helder, David Hellman, Obo Help, Hannelore Hempe, Maggi Henderson, Conor Heneghan, Paloma Henriques, Ann Hess, Elizabeth Hewson, Ryan Hickey, Lawrence Hing, Sarah Hingston, Michael Hinshelwood, Ananda Hirsch, Jack Hirschman, Bill Hirsh, Daniel Hlad, Eric Ho, Carla Hoffman, Jill Hofman, Sara Hofverberg, Nerissa Hoglen, Joan Holden, Max Holder, Herman Holland, Thea Holsman, Lisa Honig, Douglas Horngrad, Brittany Horwich, Bill Hsu, Rachel Hsu, Karen Hudson, Alanna Hulburd, Alexis Humiston, Ryan Hundley, Silas Hundt, Joseph Hunter, James Hurlbut, Charles Hutchins, Cordelia Hyland, Eric Hysen, David Hysom, Daria Iaconi, Judith Ibanez, Joseph Ingrao, Joan Intrator, Nancy Ippolito, Mary Isham, Peter James, Dave Jankowski, William Janover, Eric Jansen, Roy Jarl, September Jarrett, Carla Javits, John Jaworek, Carolyn Jeffries, Isabel Jennings, Domingo Jimenez, Craig Johnson, Jenna Johnson, Linda Johnson, Milo Johnson, Chad Johnston, Aileen Joy, Liza Kachko, Jacob Kage, Anna Kaltenbach, Carol Kane, Dana Kane, Caroline Kangas, Cal Kanoho, Mike Kappus, Matthew Karas, Zachary Karnazes, Mary Kate, Jessica Katzman, Harry Keefe, Florence Kelly, Judy Kelly, Janice Kendall, Christina Kenrick, Jess Kerlin, Kwang Ketcham, Michael Keys, Anita Khan, Vaishali Khandekar, Jane Kilmer, Alyson Kim, Ellis Kim, Rosanna Kim, Cathy Kimura, Nick Kimura, Ryan King, Teresa King, Grant Kirkpatrick, Alison Kirsch, Erica Kisch, Mimi Klausner, Karen Klein, Kelly Knight, Luke Knowland, Meg Knudtsen, Elizabeth Koch, Hope Kogod, Peter Kohli, Beth Kohn, Eris Koleszar, Tiffany Konyen, Michael Korson, Jeff Kositsky, Lorena Kourousias, Toby and Mark Kramer, Chloe Krawczyk, Hollin Kretzmann, Anne Kronenberg, Brianna Krong, Karl Krooth, Max Krueger, Flora Kuang, Mena Kuchi, Steven Kuklin, Dany Kuoch, Margot Kushel, Alexandra Kutik, John Lago, John Landefeld, Thomas Landry, Amy Lange, Robin Lapid, Rachelle Larose, Michael Larsen, Jane Larson, Linda Lau, Aaron Lawrence, Julie Leadbetter, Ellen Lee, Hannah Lee, Jeffrey Lee, Kathy Lee, Kevin Lee, Marilyn Lee, Peggy Lee, Stephen Leeds, Jessica Lehman, Adrienne Lemberger, Evelyn Len, Jack Leng, Carla Leshne, Brittanie Leskin, Michelle Leung, Julie Levak, Jean-Benoit Levy, Myra Levy, Thellen Levy, Barnaby Lewis, Cayla Lewis, Laurence Lewis, Stacey Leyton, Steve Lhi, Christine Lias, Karen Libman, Linda Liebschutz, Wayne Lin, Andrea Lindsay, Macrae Linton, Kathleen Lipscomb, Jean Little, Dorian Llywelyn, Catharine J. Kit Lofroos, David Looman, Dave Lotz, Lauryn Loudermilk, Alex Lozano, Joseph and Gloria Lu, Kate Lubeck, Ella Luckhardt, Suzanne Ludlum, Matt Luedke, Carly Lukas, Anita Lusebrink, Jen Luther, Michael Lyon, Belinda Lyons, Michael Macia, Martin Mackerel, Dave Madden, Mary Magee, Kyle Magilavy, Jenny Maguire, Mitch Mankin, Manik Marasinghe, Rebecca Margolies, Emil Margolis, Khari Marshall, Craig Martek, Emily Martin, Stacey Martin, Ali Martinez, Emily Massari, Camille Matson, Hannah Matsunaga, Elizabeth Mattin, Maggie Mattson, Sharn Matusek, Jacqueline McAndrew, Tyler McDaniel, Gary McDole, Courtney McDonald, Patrice McElroy, Paulina McFarland, Daniel McGarry, Nancy McGlamery, Teri McIntyre, Dan McKenna, David McKenna, Jessica McKenna, Elaine McKinley, Kelly McKinley, Jacque McLaughlin, John McNally, Fred McNear, Tara Medve, Kevin Meehan, Richard Mehlinger, John Melichar, Angela Melkisethian, Kurt Mendelsohn, Kathleen Mendoza, Matt Mendoza, Michael Metzger, Eliska and Randy Meyers, TJ Michels, Giuliana Milanese, Henry Milich, M. and S. Millard, Josh Miller, Susan Miller, Gerry Milliken, Andrea Mina, Sally Mink, Diane Mirecki, Susan Mizner, Joel Mizzoni, Ronald Moe-Lobeda, Mykel Mogg, Charles Mohn, Cornelius Moore, Sarah Morales, Gary Moran, Joy Morgenstern, Matthias Mormino, Tom Morrow, Erica Morse, Denis Mosgofian, Robert Moyer, Cassidy Mueller, Rani Mukherjee, Frederic Mulheim, Stephanie Murphy, Robert Myers, Roger Myers, Julie Napolin, Nicole Naramura, Sean-Andrew Narcisse-Spence, Kylie Nealis, Celine Nguyen, Haley Nielsen, Cornelius Nilmeier, Carl Noelke, Emily Nord, Tiana Norlemann, Melissa Norman, Nathan Norris, Irma Nunez, John O'Boyle, Audrey O'Neill, Shane O'Rourke, Adam O'Donnell, Chiara Ogan, Ali Omrani, Sixto Ortiz, Kari Orvik, Julian Ostrow, Laura and John Otchy, Evan Owski, Patti Owski, Abigail Panares, Paula Pagano, June Palladino, Chris Palmer, Matthew Pancia, Tia Paneet, Andre Papantonio, Michelle Pascucci, Gopal Patel, Jacqueline Patton, Benjamin Paul, Rick Paulas, Sasha Perigo, Michael Peters, Kathleen Philips, Austin Phillips, Maryam Phillips, Diane Piagneri, Patrick Piazza, Will Pierson, William Pierson, Emily Pinkerton, Frances Pinnock, Genevieve Piraino, Alejandro Poler, Ben Polsky, Rachel Poonsiriwong, Will Pope, Gailyn Portelance, Deborah Porter, Linda Post, Michele Praeger, Ankita Prasad, Lisa Prato, Bob Prentice, Christine Preziosi, Barbosa Prince, Ora Prochovnick, Stanton Puck, Belen Purvee, Ari Putterman, Daisy Quan, Aaron Quist, Allan Quiton, Peter Radcliff, Colin Raffel, Madeleine Raffel, Barbara Raider, Mara Raider, Steven Rappolee, Adam Raskin, Joanna Rasmussen, Nicha Ratana, Faiq Raza, Hadi Razzaq, Trudy Reagan, David Reardon, Elizabeth Reder, Kenneth Reggio, Viktor Reinhardt, Toni Remillong, Alissa Riker, Elise Riley, Michele Rimando, Colleen Rivecca, Corona Rivera, Maggie Roberts, James Robinson, Lisa Robles, Adelheid Rodriguez, Frank Rodriguez, Alice Rogoff, Janet Roitz, David Rojas, Pamela Rosati, Jordan Rose, Marcia Rosen, Dan Rosenthal, Joan Ross, Steven Ross, Joan Roth, Heather Rothaus, Tess Rothstein, Shar Rouhani, Laura Ruffin, Ezekiel Runyon, Jimmy Ryan, Martha Ryan, Joel Sachs, Anthony Sado, Austin Sailors, Justin Salamon, Alon Salant, Susan Sandler, Stevie Sanz, Julian Saportiti, Sarah Sargaison, Katherine Sawyer, Martha Sawyer, Sara Scanlan, Eric Schatzkin, Danielle Scheper, Emma Schindler, Sandra Schlechter, Alexander Schmidt, Danielle Schneider, Gabriela Schneider, Kat Schoellenbach, Abigail Schott-Rosenfield, Stephanie Schug, Maria Schulman, Armida Schultz, Harley Schultz, Athena Scott, Ravinder Sehgal, Zara Seibel, Katie Selcraig, Luke Seufferlein, Sylvia Seufferlein, Tescia Seufferlein, Natalie Shalk, Russ Sharkey, Benjamin Shaya, Sarah Sherburn-Zimmer, Cindy Shih, Joe Short, Marc Shulman, Claudia Siefer, Christian Siegenthater, Zeke Sikelianos, Marc Silva, Leslie Simon, Theodora Simon, Camille Simoneau, Amanda Simons, Shanti Singh, Lauren Sir, Yigal and Tami Sklarin, Arendse Skovmmler, Thomas Slankard, Christine Sleeter, Minnie Slocum, Ariel Smith, Hannah Smith, Madeleine Smith, Sharon Smith, Tamsin Smith, Dana Sniezko, Kelly Solari, Lucia Sommers, Robert Soriano, Mirela Spasova, Joanna Spathis, Dianne Spaulding, Richard Spieglman, Carissa Spencer, David Spero, Anne Spevack, Ramesh Sridharan, Sam Stafford, Julie Starobin, Christopher Statton, Amanda Stavely, Ellen Stein, Janet Stein, Jane Stern, Caroline Stevens, Rachel Stober, Doreen Stock, Roger Stoll, Gilmore Stone, Jesse Stout, Betsy Strausberg, Elizabeth Streeter, Anna Strewler, Marynoel Strope, Gary Stroud, Anne Stuhldreher, Vanessa Suarez, Andrew Sullivan, Amelia Supan, Albert Sweigart, Catherine Sylvain, David Szanton, Agnieszka Szefer, Asumu Takikawa, Kay Taneyhill, Alicia Tapia, Jenn Tapler, Frances Taylor, Lauren Taylor, Brian Teng, Gladys Thacher, Darby Thomas, David Thomas, Marcia Thomas, Rob Thomas, Jackie Thornhill, Stefanie Tignor, Raechel Timme, Nicole Tollefson, Alexi Tolosa, Karissa Tom, Carly Tomaine, Emma Tome, Justin Tomlin, Bogos Torikian, Javier Torres, Paul Toulmin, Paul Touris, Keaghan Townsend, Julie Trachtenberg, Angela Traeger, My Tran, Patricia Tunnard, Amanda Ufheil-Somers, Kelly Umberg, Veronica Valdez, Rachel Van Heteren, Anna Van Kerken, Audrey Van Zee, Ryan Varick, Kevin Varzandeh, Katrina Velasco, Joel Ventresca, Saskia Verbeck, Mark Vermeulen, James Vest, Matt Vieyra, Marisa Villarreal, Gerald Vurek, Carlos Wadkins, Dean Wallace, Patricia Wallinga, Eileen Wampole, Yiming Wang, Quiver Watts, Stacy Webb, Cynthia Weber, Nicole Wedlake, Doron Weinberg, Ellen Weisbord, Jan Wells, Andrew Whalley, Evan White, Richard Wiersba, Joseph Wiese, Peter Wiggin, Andrew Wild, Don Willenburg, David Williams, George Williams, Harvey Williams, Johanne Williams-Baron, Ashley Wilson, Joseph Wilson, Megan Wilson, Leon Winston, Ann Winters, Carol Wisnieski, Theo Witrylak, Daniel Wlodarczyk, Mary Ann Wloszek, Amber Wolf, Gabrielle Wolodarski, Alice Wong, Delaney Woo, Margaret Wood, Meggie Woods, Danielle Wright, Catherine Wu, Sarah Wulff, Sarah Wunning, Paloma and Maria X. Martinez, Jane Yam, Ross Yelland, Patrick Yeon, Tabitha Yong, Amanda Young, Elise Youssoufian, Peter Zahody, Daniel Zamani, Linda Zaretsky, Cody Zeger, Octavia Zeigler, Raquel Zepeda, Richard Zevin, William Zickgraf, Zoosk Zoosk, Kara Zordel, Ben Zotto, Alanna Zrimsek.

**FOUNDATION SUPPORTERS:** Adobe Foundation, Aickin Fund of Horizons Foundation, Bright Funds Foundation, Catholic Campaign for Human Development, Common Counsel Honig Fund, Emarhavil High-Impact Charitable Fund, Kaiser Permanente in the Community, Milton A. and Charlotte Kramer Charitable Foundation, Rossi Family Foundation, San Francisco Arts Commission, Silicon Valley Community Foundation, Stupski Foundation, The Thomas C. and Mary Ann Hays Family Charitable Trust, Traynor Foundation, Unitarian Universalists of San Francisco.

**COMMUNITY PARTNERS:** ACLU of Northern California, Auction City, AXIS Dance Company, Balboa Theater, Bay Area Legal Aid, Borderline Art Collective, Causa Justa::Just Cause, Chinatown Community Development Center, Chinese Progressive Association, Clarion Alley Mural Project, Community Thrift, Compass Family Services, Curry Senior Center, Delivering Innovation in Supportive Housing, East Bay Eats, El Rio, Eviction Defense Collaborative, Faithful Fools Street Ministry, Harm Reduction Therapy Center, Homeless Prenatal Program, Hospitality House, Housing Rights Committee of San Francisco, Just Seeds, Justice for Luis Gongora Pat, Mercury Café, National Lawyer's Guild Stanford Chapter, Needles & Pens, Public Interest Law Project CA, PODER, Q Foundation/Aids Housing Alliance, Rainbow Grocery Cooperative Inc., Roxie Theater, Senior & Disability Action, SEIU, Smuggler's Cove, South of Market Community Action Network, Western Regional Advocacy Project, Zuni Café.

**IN-KIND DONORS:** Anchor Brewing Company, Bi-Rite Market, The Booksmith, The Cake Gallery, Chandler SF, Concannon Vineyard, Dandelion Chocolate, Fort Point Beer Company, Frames on Third, Gilroy Gardens Family Theme Park, Golden State Warriors, Dr. Hae Min Cho, L. Ac. DAOM, Hot Cookie, James McCann, Judith Ibanez, Justice Grace Vineyards, Lagunitas Brewing Company, Logic Magazine, NO Shop, Oakland Zoo, Peet's Coffee, Queers Makin' Beers, Rainbow Grocery, Small Works, Smuin Ballet, Son Do, Sterling Art Services, Tartine, Trader Joe's, Underglass Custom.