**EXHIBIT O**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**





**1987:**
A RAGTAG GROUP OF UNHOUSED LEADERS AND ALLIES, FED UP WITH HOMELESSNESS POLICY THAT FAILED TO ADDRESS THE ROOT CAUSES, FORMED THE COALITION ON HOMELESSNESS.

**1990:**
THE COALITION CREATED THE COMMUNITY HOUSING PARTNERSHIP (NOW KNOWN AS HOMERISE), A UNIQUE HOUSING AND EMPLOYMENT PROJECT WHICH NOW PROVIDES OVER 1,000 UNITS OF PERMANENTLY AFFORDABLE SUPPORTIVE HOUSING FOR THE CITY'S POOREST RESIDENTS AND EMPLOYS HOMELESS PEOPLE IN THE CONSTRUCTION, MAINTENANCE, AND SUPPORT SERVICES AT THOSE HOUSING LOCATIONS. THIS WAS THE CITY'S FIRST "SUPPORTIVE HOUSING" FOR HOMELESS PEOPLE, A MODEL NOW USED TO HOUSE THOUSANDS OF FORMERLY HOMELESS SAN FRANCISCANS.

**1989:**
THE COALITION FOUNDED THE STREET SHEET, NOW THE OLDEST CONTINUOUSLY PUBLISHED STREET NEWSPAPER IN NORTH AMERICA.

# ABOUT THE COALITION ON HOMELESSNESS

The Coalition on Homelessness grew out of the lack of government responsiveness to the homeless crisis in the 1980s. A ragtag group of homeless people and community activists, tired of emergency responses to what was a systemic crisis stemming from economic and racial inequities, joined together to form an organization that focused on the real causes of and long-term solutions to homelessness.

We are firmly dedicated to the elimination of homelessness – as directed by homeless people themselves. We organize poor and homeless people to create permanent solutions to poverty and homelessness while protecting the civil and human rights of those forced to remain on the streets.

Since our formation in 1987, we have won many sustainable and landmark changes in homeless policy affecting all areas of anti-poverty work, from welfare rights to housing development to economic justice. Our homeless and poor members have been able to effect the most notable changes in the history of San Francisco homeless policy. Whole organizations and programs were birthed as a result of our struggle. With integrity, determination, love in our hearts, and sweat on our brows, we take on one of the most pressing issues facing San Francisco. While we have a long road ahead of us, countless victories as well as painful losses trail behind us, more often than not, we persevere. In this special anniversary issue of our annual report, travel with us through the last 35 years of advancing justice and the important campaigns we're still working on today!

# 2022 WINS

- Codified Due Process Rights for shelter residents in San Francisco
- Reached the goal of expanding shelter for 1,000 people funded and operated
- Funding for 1,247 new Supportive Housing Units
- Funding for 1,836 additional rental subsidies
- Funding for 343 new treatment beds
- Three new permanent drinking fountains installed and six more funded over next two years
- Lawsuit and small claims cases filed against the City's sweeps

**1996:**
THE COALITION LED THE FIGHT AGAINST MAYOR FRANK JORDAN'S ANTI-HOMELESS MATRIX PROGRAM, IMPLEMENTED IN 1993, WHICH BROADLY PERSECUTED HOMELESS PEOPLE WHO WERE FORCED TO LIVE ON THE STREETS THROUGH TICKETING, PROPERTY CONFISCATION AND POLICE SWEEPS. IN 1996, WE FORCED THE DISTRICT ATTORNEY TO DISMISS 39,000 MATRIX CITATIONS AGAINST HOMELESS PEOPLE, AND EVENTUALLY PUT AN END TO THE PROGRAM.

**1998:**
AFTER PRODUCING A GROUNDBREAKING REPORT ENTITLED "LOCKED OUT," BASED ON INTERVIEWS WITH HUNDREDS OF HOMELESS PEOPLE EXPERIENCING MENTAL HEALTH CHALLENGES, IT BECAME CLEAR THAT THE MENTAL HEALTH SYSTEM NEEDED A LOT OF CHANGE. ONE FINDING WAS THAT THE LACK OF INSURANCE CREATED A BARRIER TO CARE. WE ALONG WITH COMMUNITY PARTNERS ORGANIZED FOR AND WROTE LEGISLATION TO CREATE A SINGLE STANDARD OF CARE WHEREBY UNINSURED MENTALY ILL PEOPLE ARE AFFORDED EQUAL MENTAL HEALTH TREATMENT AS THOSE WHO ARE INSURED.

**1997:**
THE SUBSTANCE USE AND MENTAL HEALTH WORKING GROUP (SAMH), WORKING OUT OF THE COALITION, SPEARHEADED A CAMPAIGN FOR SUBSTANCE USE TREATMENT ON DEMAND, WHICH RESULTED IN OVER $12 MILLION IN NEW TREATMENT FUNDS AND THE DEVELOPMENT OF A GRASSROOTS COMMUNITY PLANNING PROCESS FOR FUNDING PRIORITIES AND CONTRACT AWARDS. THE FIGHT FOR TREATMENT ON DEMAND CONTINUES TO THIS DAY.



## STREET SHEET

Street Sheet has been *the* San Francisco newspaper with an ear to the street, reporting on homelessness for over thirty years. We've been a platform for unhoused people to share their reporting, artwork, poetry, and stories since 1989, and our paper continues to hold City leaders accountable for the ongoing crisis of homelessness. Our vendors earn an income slinging the sheets on street corners and bus stops around San Francisco, and we've worked hard to rebuild the vendor program as we move through the ongoing pandemic. In 2022, we published hard-hitting editions focused on the struggles and resilience of unhoused immigrants and the shocking abuses of the City highlighted by the Stolen Belonging project, and we also celebrated the creativity of our creators with our Ghost Stories Halloween issue and our beloved poetry edition. You can also check out our podcast Street Speak wherever you get your podcasts.



## SHELTER ACCESS

In 1992, we fought for San Francisco to become the first city in the nation with due process rights for shelter residents. This year, after the right was dropped during the pandemic, and with the support of Board President Walton, we codified the Shelter Grievance Policy to ensure that every person in every shelter in the city still enjoys those rights. We also pushed the City to commit to reinstating a shelter self-referral system, and have secured funding for 1,000 new shelter beds since the passage of Prop. C. These wins will help ensure that unhoused San Franicscans who want shelter can access it.

**2000:**
LED BY COLEMAN ADVOCATES, THE "PEOPLE'S BUDGET COLLABORATIVE" WAS FOUNDED BY A COALITION OF COMMUNITY ORGANIZATIONS INCLUDING THE COALITION ON HOMELESSNESS TO IDENTIFY ALTERNATIVE CITY BUDGET SAVINGS AND REVENUES TO REDISTRIBUTE TO PROGRAMS FOR MARGINALIZED AND POOR SAN FRANCISCANS. IN THE FOLLOWING YEARS, THE COALITION PLAYED A HUGE ROLE IN THE PEOPLE'S BUDGET COLLABORATIVE'S ANNUAL BUDGET ADVOCACY, AND CONTINUE TO BE ACTIVE MEMBERS IN ITS SUCCESSOR, THE BUDGET JUSTICE COALITION. THROUGH THESE TWO GROUPS, WE HAVE FOUGHT FOR AND WON MILLIONS OF DOLLARS IN ADDITIONAL HOMELESSNESS FUNDING EVERY YEAR SINCE.

**2007:**
TOGETHER WITH ALLIED ORGANIZATIONS IN BERKELEY, OAKLAND, LOS ANGELES, PORTLAND, AND SEATTLE, WE COLLECTIVELY FOUNDED THE WESTERN REGIONAL ADVOCACY PROJECT (WRAP) VIA COALITION FOUNDER PAUL BODEN.

**2005:**
THE COALITION IDENTIFIED HUNDREDS OF SAN FRANCISCO HOUSING AUTHORITY VACANT UNITS AND DEMANDED THAT HOMELESS FAMILIES BE PLACED IN THOSE UNITS. IN A GREAT VICTORY FOR HOMELESS FAMILIES, THE SFHA AGREED TO OUR DEMANDS AND 300 HOMELESS FAMILIES FILLED THOSE UNITS. THIS CREATED THE GROUNDWORK FOR SFHA TO LATER INCLUDE A PREFERENCE FOR HOMELESS HOUSEHOLDS ON THEIR WAITLIST, ENSURING THOSE WITHOUT HOUSING DON'T HAVE TO WAIT AS LONG FOR A UNIT.



## ORGANIZING VEHICULARLY UNHOUSED PEOPLE

Over the last two years, we've made a strong effort to organize San Franciscans living in their vehicles. This year, we worked with vehicularly housed folks to advocate against the City's practice of towing their homes by meeting with SFMTA board members and routinely applying pressure in public meetings. We also supported residents of the Bayview safe parking site in their demands for better conditions, resulting in several meetings between residents and the Department of Homelessness and Supportive Housing (HSH). Additionally, we continued to hold community meetings with unhoused neighbors in the Lake Merced area to demand a safe parking site and other resources in their neighborhood. This group successfully garnered commitments from Supervisor Melgar and HSH to build a new parking site, and to be included in designing the program and rules for the site.

## FIXING HOUSING ACCESS

For years, our unhoused members have derided the coordinated entry process: the system used by the City to determine how housing resources will be distributed to whom. Many who have attempted to access housing through coordinated entry find the assessment invasive and offensive, the process confusing and unfair, and the housing resources offered inappropriate. This year, we gathered currently and formerly unhoused families, youth, and single adults together to give input on their experience with coordinated entry through listening sessions and popular assemblies. We used this feedback to write and release "A New Coordinated Entry," our report detailing the findings and recommendations for the coordinated entry system that were most important to unhoused San Franciscans. Through a year-long campaign of meetings, public hearings, and direct action, we have pushed the City to embark on a process to reform coordinated entry and remain involved in that process.

**2008:**
FOLLOWING UP ON OUR EARLIER SUCCESS ESTABLISHING DUE PROCESS RIGHTS AND SHELTER GRIEVANCE PROCEDURES, THE COALITION PASSED LEGISLATION FORMING THE SHELTER MONITORING COMMITTEE. THIS ESTABLISHED STANDARDS OF CARE IN THE SHELTER SYSTEM AROUND HEALTH, HYGIENE, AND HUMAN RIGHTS AND A COMMITTEE TO TRACK CONDITIONS IN SHELTERS. IF SHELTERS DO NOT FOLLOW THE STANDARDS, THEY MAY BE FINED, AND THE COMMITTEE REPORTS TO THE BOARD OF SUPERVISORS AND THE MAYOR, RESULTING IN THE EXPOSURE AND CORRECTION OF COUNTLESS PROBLEMS IN THE SHELTER SYSTEM OVER THE YEARS.

**2014:**
WITH NOWHERE TO GO, MANY UNHOUSED PEOPLE SEEK SHELTER IN TRANSPORTATION HUBS, INCLUDING BART. IN 2014, BART ANNOUNCED A NEW POLICY TO CITE AND ARREST ANYONE SITTING OR SLEEPING IN THEIR HALLWAYS, OR STATIONS, WITH AN EXPLICIT GOAL OF RIDDING THE STATIONS OF UNHOUSED PEOPLE. WE FOUGHT BACK, HELD A SLEEP-IN AT POWELL STREET STATION AND SUCCESSFULLY HALTED THIS BART PRACTICE OF ARRESTING HOMELESS PEOPLE.

**2012:**
PUBLIC HOUSING, FUNDED BY THE FEDERAL GOVERNMENT, HAS THE LARGEST NUMBER OF HOUSING UNITS AND RENTAL ASSISTANCE VOUCHERS FOR IMPOVERISHED SAN FRANCISCANS. UNFORTUNATELY, IT TRADITIONALLY HAD THE LONGEST WAITLIST WITH THOUSANDS OF HOUSEHOLDS LANGUISHING FOR YEARS. IN 2012, WE STARTED TO DEMAND AND WIN CHANGES IN THE ELIGIBILITY AND OCCUPANCY GUIDELINES FOR A PREFERENCE FOR UNHOUSED SAN FRANCISCANS SO THEIR WAIT TIME WOULD SHORTEN. THIS IS STILL IN PLACE TODAY.

## THE FIGHT AGAINST CRIMINALIZATION

From Frank Jordan's Matrix program to Gavin Newsom's Sit/Lie laws, unhoused San Franciscans have long had their rights to survival under attack, and the Coalition has always been at the forefront of fighting back. In 2022, after years of documenting and fighting against the City's illegal sweeps, we filed a groundbreaking lawsuit with the Lawyers' Committee for Civil Rights, ACLU NorCal, and Latham & Watkins against the City of San Francisco. At the same time, we continue the fight to implement a Compassionate Alternative Response Team (CART) to replace the City's current system of displacement and property theft. We also completed our second year of our administrative claim program, helping individual homeless people sue the City and win cash settlements for their stolen possessions. With each campaign win, we get one step closer to ending San Francisco's long history of criminalizing.



## WATER FOR ALL

In 2022, we continued our work to expand water access for houseless San Franciscans by working with the Public Utilities Commission (PUC) to implement three new water fountains throughout the Tenderloin. We also secured funding for three additional fountains in this year's budget, and are working with the PUC to establish an internal working group to address gaps in water access.

**2017:**
Working with allied organizations, we successfully transformed the SFPD use of force Department General Order, significantly limiting SFPD's ability to use force against criminalized San Franciscans, including unhoused people. This fight included banning the use of tasers, and preventing their re-implementation three times over the years.

**2020:**
Alongside many allies, we fought during the first year of the COVID-19 pandemic to force the city to open up 2,500 shelter in place (SIP) hotels for unhoused community members otherwise unable to keep themselves and their communities safe. Later, when the city attempted to close the hotels before the end of 2020, we forced them to keep hotels open and develop a plan to house all hotel residents rather than kicking them back onto the streets. Through our advocacy, we have also pushed the city to buy several of the hotels to become permanent supportive housing.

**2018:**
In an historic ballot campaign, the coalition formed Our City Our Home to develop and pass Proposition C, raising an additional $300 million in tax revenue annually to go to housing and services for unhoused San Franciscans. After years of being held up in court, funds from Prop. C today have added 25% more housing slots, meaning 2,474 households have left homelessness behind. In total, 3,591 housing slots have been funded by Prop. C. In addition, now there are 132 more treatment beds out of over 700 to come, an additional 1,000 shelter slots, and funding to prevent 3,600 households from becoming homeless are in place.

## CITY FUNDING FOR SOLUTIONS

After initially passing in 2018, and finally having funds released in 2020, Prop. C continues to pay dividends in solutions for homeless people in San Francisco. These past two years, we successfully lobbied for Prop. C funds to be spent on about 3,000 new housing units and rental subsidies for homeless families, youth, and adults. We also secured funding to expand the City's substance use and mental health treatment system with 343 new treatment beds, behavioral health programs in supportive housing and shelter programs, and continued funding for drop-in and outreach services. Additionally, Prop. C has helped prevent homelessness for thousands of households through eviction prevention services, back rent support, and rental subsidies for seniors and people with disabilities.



# ADVANCING JUSTICE IN 2023 AND BEYOND...

## STAY INVOLVED

None of the work we do is possible without the support of all of our incredible volunteers, allies, and supporters. To keep advancing justice next year, we need your help! Here's how you can stay involved:

### READ THE STREET SHEET
Street Sheet is the only newspaper in San Francisco made by and for people impacted by homelessness! Buying and reading Street Sheet is the best way for you to stay up to date on what's new with San Francisco homelessness, and the money from your purchase goes directly to one of our vendors. Reach out to our editor at qwatts@cohsf.org to become a vendor, or to submit writing, poetry or artwork, or to volunteer skills such as graphic design or teaching a workshop.

### JOIN A WORKGROUP
Our weekly workgroups are where all the magic happens! Our staff and members work together to coordinate outreach, develop campaigns, and carry out the actions that advance our cause week by week. Reach out to our organizing staff at www.cohsf.org/who-we-are to get information on how to join a meeting!

### BECOME A SUSTAINER
As a grassroots organization, we pride ourselves in receiving most of our funding from individual donors like you! We don't take government funding of any kind, nor any other funding sources which would compromise our fight for justice. The easiest way for you to give us a boost is by visiting our website at cohsf.org and becoming a one-time donor or a monthly sustainer. Otherwise, reach out to our Development Director Carlos Wadkins at cwadkins@cohsf.org to discuss all things fundraising.

## THE STRUGGLE CONTINUES...

IN THE LAST 35 YEARS, WE'VE COME A LOT FURTHER THAN MANY WOULD HAVE EXPECTED WHEN A FEW HOMELESS PEOPLE DECIDED TO TAKE THE FIGHT INTO THEIR OWN HANDS. WITH EVERY CAMPAIGN, WIN OR LOSE, THE COALITION ON HOMELESSNESS HAS CONTINUED TO ADVANCE JUSTICE AT THE DIRECTION OF HOMELESS PEOPLE! IN 2023, WE'LL KEEP FIGHTING TO STOP THE SWEEPS, TO FIX COORDINATED ENTRY, TO ENSURE HUMAN RIGHTS FOR UNHOUSED SAN FRANCISCANS AND, MOST IMPORTANTLY, TO WIN HOUSING FOR ALL!

**OUR STAFF:**
Javier Bremond, Miguel Carrera, Solange Cuba, Jennifer Friedenbach, Yessica Hernandez, Emmett House, Ian James, TJ Johnston, Tyler Kyser, Jason Law, Tracey Mixon, LaKetha Pierce, Carlos Wadkins, Quiver Watts

**OUR BOARD OF DIRECTORS:**
Julia D'Antonio, Ramsey Dunlap, Barry Hills, Sara Hofverberg, Jesus Perez, Colleen Rivecca, Jenise Standfield, Joe Wilson, Dr. Barry Zevin

# OUR 2022 DONORS

**Individual Donors:** Mark Aaronson, Aldrin Abastillas, Joseph Abbati, Susan Abby, Larry Ackerman, Sherilyn Adams, Dan Adler, Mahima Agrawal, Deborah Agre, Michelle Ahn, Alex Ainslie, Merissa Alexis, Scott Allen, Fernando Amat Gil, Abigail Amit, John Andrade, Dennis Antenore, Barbara Attard, Colette Auerswald, Valerie Aurora, Hd Avery, Isabel Avina, Hillary Baca, Andre Bach, Therese Baker-Degler, Alando Ballantyne, Sarah Barbour, Cliff Bargar, Brian Bartz, TJ Basa, Lauren Bates, Terry Baum, Jessica Beard, Mitchell Beckman, Amy Beinart, Milo Beitman, Owen Bell, Todd Berman, Olivia Bernadel-Huey, Kathleen Bernock, James Berry, Carol Bettencourt, Simi Bhat, Iris Biblowitz, Guillaume Bienaime, Brooks Bigart, Justin Bigelow, Christopher Bingham, Stephen Bingham, Max Bittman, Daniel Blair, Lucy Blake, Jeremy Blank, Mara Blitzer, Norma Block, Chris Block, Paul Boden, Kate Boeyen, Mira Bollman, Natalie Bonnewit, Aaron Borden, Jerome Bouquet, Holly Bowen, Danielle Brandon, Nikki Brandt, Michael Brauer, Tyler Breisacher, Clem Breslin, John Brett, Robert Brickell, Christina Briegleb, Steffi Brock-Wilson, Julie & Dan Brook, Sarah Brothers, Kathleen Brown, Dorothy Brown, Aaron Brown, Ian Browne, Laura Brueckner, Laura Buitrago, Tyler Bushnell, Bob Bustamonte, Lili Byers, Adam Cadien, Brendan Callum, Laurie Cameron, Gina Cargas, Ralph Carlson, Stevana Case, Bernice Casey, Beda Castillo, Casey Caston, Ashleigh Castro, Rebecca Cate, Sandra Cate, Daniel Cawley, Braden Cerutti, Linda Chafetz, Spandan Chakrabarti, Isabel Chalke, Isabel Chalker, Eden Chaloemtiarana, Park Chamberlain, Sierra Champagne, Geoffrey Chandler, Diana Chang, Talia Chanoff, Alice Chau, Laura Chiera, Jonathan Chimento, Erika Christakis, Kaitlyn Christensen, Kathryn Claiborn, Windy Click, Mark Cluff, Corrinn Cobb, Caroline Cochran, Laura Cohen, Max Cohen, Janice, Cohen, M.D., Cindy Cohn, Paul Coldren, Holly Coley, Justin Collaco, Jorge Colon, Joe Condon, Sheila Condon, George Condon Jr., Jessamyn Conell-Price, Julia Conte, Juanita Contreras, Gloria & Maria Contreras, Allen Cooper, Daniel Corbett, Kimberley Corelli-Simpson, Jules Cowan, Janet Cowperthwaite, Britt Creech, Lilly Creighton, Sophia Cross, Ciara Crowley, Brandon and Jim Cruz-Youll, Martina Cucullu Lim, Bennett Cyphers, Adam DAmico, Patty Debenham, Ian DeBoisblanc, Cristina DeGuzman, Gail Dekreon, Elisa Della-Piana, Katie Delwiche, Jacob Denney, Bradley Detjen, Arik Devens, James Devery, John Diamante, D. Mays Dickey, Grace Dickinson, Matthew Diegel, Allison DiMase, John Do, Bao Doan, Shannon Dodge, Madelyn Dolan, Ava Dordi, Launie Douglas, Carol Dugger, James Dunbar, Jacqueline Duran, E Dyer, Devra Edelman, Rachel Edelman, Megan Eisemann, Rebecca Elstrom, Matisse Enzer, Jake Esmael, Gretchen & Dick Evans, Evyn Evans, Howard Fallon, William Falls, Michelle Farrow, Cassidy Farrow, Scott Feeney, Peter Fenczik, Emma Fenton-Miller, Joseph Fernicola, Teresa Ferrari, Nicole Ferraro, Talton Figgins, Nicolas Figueiredo, Joan Finton Baumrind, Malcolm Flint, Barbara Flores, Boris Foelsch, Michelle Forrest, Lesley Foster, Maggie Frankel, Iesha Fraser, Anson Fraser, Jennifer Friedenbach, Emily Fromm, Annie Fukushima, Barbara Fumea, Lucas Galante, Bill Gallagher, Kevin Gallagher, Rich Gallagher, Patrick Gallagher, Ed Gallagher, David Gast, Max Gavrich, Gennie Gebhart, Fred Geiger, Alston Georges, Jeff Giaquinto, Betsy Giovannoni, Robert Gitin, Joshua Glasman, Olivia Glowacki, William Godwin, Gabo Goffman, Aaron Goldstein, Ben Golvin, Carolyn Goossen, Judith Gordon, Anna Goryachikova, Ruth Grabowski, Hannah Graham, Reilly Grant, Chance Gray, Alexa Graziani, Michael Graziano, Kathryn Green, Lux Grey, Kaytlyn Griego, Daniel Grobani, Jonathan Grobstein, Alexa Groenke, Robert Grudulis, Greg Gruszinsky, Kristina Gsell, Lena Gunn, Britta Gustafson, Roma Guy, Roger Guy-Bray, Akua Gyamerah, Vicki and David Haddock, Lauren Hall, Seana Hall, Melissa Hall, Marian Halley, Marc Hamel, Jessica Hammer, Lyndsay Hartman, Emma Hartung, William Hausle, David Haynes, Art Hazelwood, Claire Healy, Janice Heiss, Murray Heitzer, Obo Help, Jared Helton, Alyssa Henderson, Brian Henderson, Barry Hermanson, Brian Hicks, Joy Hill, Denise Hing, Michael Hinshelwood, Bill Hirsh, Daniel Hlad, Ronie Hochbaum, Carla Hoffman, Sara Hofverberg, TJ Holsman, Vanessa Holste, Jonah Horowitz, Rachel Howard, Mary Howe, Cheryl Howell, Claire Howlett, Maryann Hulsman, Jody Hume, Silas Hundt, Joseph Hunter, Ellen Hurtado, Charles Hutchins, Victor Hwang, Charlie Hwang, Judith Ibanez, Pat Ibañez, Vivian Imperiale, Joan Intrator, Cory Ishihara-wing, Artem Ivanov, Zev Izenberg, Giordano Jacuzzi, Brooke Jaffe, Ian James, Mark Janzer, Ms. Joaninha, John Jaworek, Mason Jeffrys, Judith Jensen, Kendra Johnson, Diane Jones, Aileen Joy, Ach Kabal, Milena Kaestner, Alaina Kafkes, Joanna Kang, Matthew Karas, Eric Karsten, David Kastelman, Roan Kattouw, Jessica Katzman, Joanne Kay, Florence Kelly, Judy Kelly, Kwang Ketcham, David Kettler, Michael Keys, Laurel Kilgour, Ed Kinchley, Alyson Kim, Grant Kirkpatrick, June Kissel, Karen Klein,  Laura Knox, Eris Koleszar, Sara Komorows, Tiffany Konyen, Noah Korotzer, Kai Kronfield, Jason Kruta, Alexandra Kutik, Anda Kwong, Yesenia Lacayo, Mehdi Lacombe, John Lago, Ashley Laird, Laura Lane, Victoria Larson,, Jacqueline Lathrop, Leah Laxamana, Alison Le Roy, Anna Lee, Kathleen Lee, Jane Lee, Jessica Lehman, Adrienne Lemberger, Danial Lemire, Nathalie Lendermann, Otis Lerer, Julie Levak, Samantha Levens, Cayla Lewis, Barnaby Lewis, Gerard Lewis, Stacey Leyton, Lily  Li, Lori Liederman, Liam Lindner, Andrea Lindsay, Jeannie Little, Alicia Loewenthal, Sarah Lohmeier, Pike Long, Claranne Long, David Looman, Genevieve Los, Matt Luedke, Shelly Luke Wille, Anita Lusebrink, Kevyn Lutton, Jonathan Ly, Michael Lyon, Patricia Machado, Barbara Machtinger, Michael Macia, Dave Madden, Rigel Madraswalla, Mary Magee, Angela Magyari, Jay Mahabal, Shirvan Mahto, Jason Mai, Vero Majano, Myra Marcelo, Rachel Marcus, Angela Marsiglio, Camille Matson, Stephanie Maurer, Kris McCandless, Michael  McConnell, Gary McDole, Diana McDonnell, Jenna McElroy, Paulina McFarland, Daniel McGarry, Nancy McGlamery, Eliza McGowen, Katey McKee, Rae McKelvey, Jacque McLaughlin, KC McNaughton, Meredith Meacham, Tara Medve, John Melichar, Angela Melkisethian, Diane Menardo, Toshio Meronek, Mary Merryman, Michael Metzger, Margaret Meyerhofer, Nicole Michel-Deshagette, M. & S. Millard, Sally Mink, Diane Mirecki, Charlotte Mitchell, Dalya Modlin, Mykel Mogg, Joseph Monardo, Mariangela Mondolo, Lou Moore, Izzy Moore, Mathilde Mouw-Rao, Carolina Morales, Gary Moran, Matthias Mormino, Teresa Morris, Terry Morris, Robert & Virginia Moyer, Jeanne Muller, Allison Murdach, Anita Nabha, Shelby Nacino, Chikako Nakandakari, Kylie Nealis, Sarah Nelson, Linnea Nelson, Lydia Nichols-Russell, Cornelius Nilmeier, Audrey O'Neill, Kathy O'Brien, Pilar Odabarria, Colin Oleary, Lynn Olson, Anna Olson, William Orgeman, Hannah Orlowski, Martin Oropeza, Monique Ortiz, Vicki Owen, Evan Owski, Anand Pai, Brenda Pak, Joseph Palakapilly, Teresa Palmer M.D., Taylor Parsell, Polly Passonneau, Jacqueline Patton, Benjamin Paul, Jeanna Penn, Laura Peterson, Diz Petit, McCandless Petty, Gina Pham, Donald Phillips, Diane Piagneri, Ellen Pimentel, Emily Pinkerton, Joseph Ponce, Cesar Ponce, Erik Popaja, Evy  Posamentier, Griffin Potrock, Aristya Pradita, Ronald Prasad, Bob Prentice, Richard & Ellen Price, Ariela Putterman, Allan Quiton, Mara Raider, James Rajasingh, Obie Ramsay, Srinivas Rao-Mouw, Adam Raskin, Hadi Razzaq, Gertrude Reagan, David Reardon, Kevin Reed, Marnie Regen, Kate Reid, Viktor Reinhardt, Diane Relleke, Montgomery Rene, Joshua Reynolds, Daniel Rhoades, Jon Richardson, Katherine Riley, Matthew Ringard, Martin Ringel, John Riselvato, Ronald Rittinger, Maria Rocchio, Anthony Rocco, Andrea Rocha, Frank Rodriguez, Lisa Rofel, Bryce Rogan, Janet Roitz, David Rojas, James & Joceyln Rolfs, Lex Roman, Sarah Roquemore, Adam Rosenbloom, Joan Ross, William Rostov, Kari Rudd, Laura Ruffin, Martha Ryan, Christian Sackes, Austin Sailors, Stephanie Sanchez, Sara Sandford, Jill Santandreu, Stevie Sanz, Sarah Sargaison, Deidre Savino, Dean Schaffer, Douglas Schleppegrell, Hannah Schmidt, Danielle Schneider, Naomi Schoenfeld, Abigail Schott-Rosenfield, Stephanie Schug, James Scolamieri, Paul Sedita, Sanya Sehgal, Erica Seidman, Theo Ser-Ramin, Raman Sharma, Sarah Sherburn-Zimmer, Andrew Sherman, Arthur Sherrill, Naomi Shiffman, Kristin Shiplet, Emma Shlaes, Sara Shortt, Zal Shroff, Carolyn Shuman, Michael Sidebottom, Claudia Siefer, Christian Siegenthaler, Andrea Silenzi, Andrew Silva, Camille Simoneau, Brian Singer, Lauren Sir, Nathan Sistek, Rose Skytta, Christine Sleeter, Minnie Slocum, Caitlin Smart, Elizabeth Smart, Kenneth Smith, Dana Sniezko, Carol Snow, Yeni Solis, Shamsi Soltani, Alisha Somji, Brandon Song, Sean Sorrell, Dianne Spaulding, Justin Spector, Carissa Spencer, David Spero, Anne Spevack, Courtney Stack, Rebecca Stebbins, Kevin Stine, Michael Stipicevic, Rachel Stober, Andrew Stober, Beth Stokes, Roger Stoll, Tim Storer, David Strachan, Elizabeth Streeter, Roger Strobel, Dan Sulfaro, Denise Svenson, Amy Svirsky, Adora Svitak, Carolyn Sy, David Szanton, Asumu Takikawa, Jason Tan, Kellyann Tang, Brian Teng, Sofia Teran, Nick Theobald, Linda & Gene Theriac, Laura Thomas, Jennifer Thommes, Brittany Thornton, Eric Thorpe, Samuel Thorpe, Stefanie Tignor, Jackson Tillman, Matthew Tom, Carly Tomaine, James Tracy, Aivi Tran, Betty Traynor, Teague Tubach, Timothy Tugade, Kelsey Tulloch, Patricia Tunnard, Maxwell Turner, Mary Turnipseed, Anna Viktoria Vaaben, Abby VanMuijen, Ryan Varick, Katrina Kay Velasco, Camila Vergara, Alejandra Vila, Rebekah Vittori, Rima Vora, Carlos Wadkins, Ian Waisler, Paul Wallace, Eileen Wampole, Daniel Wang, Amanda Warder, David Watterson, Ethan Wayne, Jeffrey Wear, Stacy Webb, Cynthia Weber, Sandy Weil, Zeke Weiner, Isa Weiskopf, Teresa Welborn, Jan Wells, Paije West, Tessa Weston, Elaine Whitney, Richard Wiersba, Don Willenburg, Wendy Williams, Kavin Williams, Richard Williams, David Williams, Harvey Williams, Liliana Williams, Ashley Wilson, Jesica Winterrowd, Rachel Wirth, Carol Wisnieski, Daniel Wlodarczyk, Ruth Grace Wong, Jeff Wozniak, Katherine Xiao, Patrick Yeon, Fiona Yu, Peter Zahody, Miguel Zavala Herrera, Richie Zevin, Barry Zevin, Sabrina Zhu, Jared Zimerman, Howard Zugman

**FOUNDATIONS AND CORPORATE SPONSORS:** Adobe Matching Gift Program, America's Best Local Charities, Barebottle Brewing Company, Boston Consulting Group, Bright Funds Foundation, California Community Foundation, Charles Schwab Foundation, Emarhavil High-Impact Charitable Fund, Fidelity Charitable Gift Fund, FirstGiving a FrontStream Company, Geeslin Family Fund, Give Lively Foundation Inc, Givinga Foundation Inc, Gordon and Betty Moore Foundation, Hartman - O'Brien Charitable Fund, Health Net, IBM Employee Charitable Contribution Campaign, Kaiser Permanente Foundation, Litchfield Donor-Advised Fund, Magic Cabinet, McNabb Foundation, One4All Charitable Fund, YourCause Blackbaud Giving Fund, Rainbow Grocery Cooperative, Inc., Rossi Family Foundation, Smith McFee 2013 Trust Giving Fund, SEIU, The Gallagher Family Donor-Advised Fund, The J. Scott Weaver Revocable Trust, The Sand Foundation, Thomas C. Hays & Mary Ann Hays Family Foundation, Whole Foods, Wiley & Kendall Family Fund, YourCause Blackbaud Giving Fund

**COMMUNITY SPONSORS:** ACLU NorCal, AIDS Legal Referral Panel, At The Crossroads, Chinatown Community Development Center, Community Thrift Store, Compass Family Services, Curry Senior Center, Delivering Innovation in Supportive Housing, Eviction Defense Collaborative, Inc., Faithful Fools Street Ministry, Hamilton Family Center, Harm Reduction Therapy Center, HealthRight 360, Homeless Prenatal Program, Hospitality House, Irvington High School Associated Student Gov, Lutheran Social Services, National Harm Reduction Coalition, Northwestern University, PODER, RAMS, Inc., Senior Disability Action , SOTA in Service, St. Anthony Foundation, Western Regional Advocacy Project

**IN-KIND DONORS:** 49ers Football, Amoeba Records, Anchor Steam Brewing Co., Bi-Rite Family of Businesses, Calavera Oakland, Creativity Explored, CVS, Flowers by Judith Ibañez, Glama Rama, Good Vibrations on Polk, Green Apple Books, Kendra Scott, Lagunitas, Queers Making Beers, Rocketbook, SF Botanical Gardens, SF Giants, SF MOMA, SF Opera, SF Warriors, SF Zoo, Sierra Nevada, Silver Sprocket, The Booksmith, The Chop Bar, Tito's Handmade Vodka, Total Wine & More, Wicked Grounds, Winchester Mystery House, Yerba Mate

