**EXHIBIT BB**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**





EXHIBIT 6 DEFT.
WITNESS S. Cronk
CONSISTING OF 3 PAGES
DATE 09-23-24
BEHMKE REPORTING AND VIDEO SERVICES, INC.







