# EXHIBIT CC

## TO

## DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT



EXHIBIT _10_  PLTF.
WITNESS _S. Cronk_  DEFT
CONSISTING OF _1_ PAGES
DATE _09-23-24_
BEHMKE REPORTING AND VIDEO SERVICES, INC.