**EXHIBIT KK**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3     Before The Honorable Donna M. Ryu, Magistrate Judge
 4
 5  COALITION ON HOMELESSNESS,    )
    et al.,                       )
 6                                )
            Plaintiffs,           )
 7                                )
    vs.                           )  No. C 22-05502-DMR
 8                                )
    CITY AND COUNTY OF SAN        )
 9  FRANCISCO, et al.,            )
                                  )
10          Defendants.           )
    _____)
11
12                                   Oakland, California
                                     Wednesday, December 4, 2024
13
14   TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
               RECORDING 1:53 - 2:10 = 17 MINUTES
15
16  APPEARANCES:
17  For Plaintiffs:
                                ACLU Foundation of Northern
18                                California
                                39 Drumm Street
19                              San Francisco, California
                                  94111
20                          BY: JOHN THOMAS H. DO, ESQ.
21                              Emery Celli Brinckerhoff Abady
                                  Ward & Maazel, LLP
22                              600 Fifth Avenue
                                Floor 10
23                              New York, New York 10020
                            BY: VASUDHA TALLA, ESQ.
24                              ZOE SALZMAN, ESQ.
25          (APPEARANCES CONTINUED ON THE NEXT PAGE.)
```

```
                                                               2
 1  For Defendants:
                           San Francisco City Attorney's
 2                           Office
                           Fox Plaza
 3                         1390 Market Street
                           Sixth Floor
 4                         San Francisco, California
                             94102
 5                    BY:  STEVEN A. MILLS, ESQ.

 6                         San Francisco City Attorney's
                             Office
 7                         1 Dr. Carlton B. Goodlett
                             Place
 8                         Suite 234
                           San Francisco, California
 9                           94102
                      BY:  KAITLYN M. MURPHY, ESQ.
10
11  Transcribed by:        Echo Reporting, Inc.
                           Contracted Court Reporter/
12                         Transcriber
                           echoreporting@yahoo.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

13

1             MS. MURPHY:  Yes, your Honor.
2        I wanted to bring up briefly the issue of substitute
3 service, that the parties worked well together to come up
4 with a shortened likely list of trial witnesses.  We've had
5 significant difficulty serving many of those people,
6 including Ms. Arona (phonetic) Cooper, who Plaintiffs have
7 as one of their members from the briefing.  I just wanted to
8 flag that in light of the difficulty there, we may be
9 bringing something to your attention requesting alternative
10 or a substitute service for those individuals.
11             THE COURT:  Okay.  I will wait to see if and what
12 you file.  But I'm hoping -- I'm -- I guess I'm assuming the
13 Plaintiffs have been working with their clients and with
14 people who they've identified as witnesses to facilitate
15 communication and service, if possible, of, I guess
16 deposition notices.
17        Ms. Murphy, is that what you're talking about?
18             MS. MURPHY:  And documents.  So there's a number
19 of individuals where the Plaintiffs have not -- or
20 Plaintiffs' counsel is not accepting service, and the best
21 contact information we received through initial disclosures
22 was very scant.  So we've had outside process servers.
23 We've had our own internal investigators making significant
24 attempts to find and serve these folks who are on the likely
25 trial witness lists without success at this point.

14

1  THE COURT: Okay. So what does the Plaintiff side
2 say about that? If you've identified them as people you're
3 going to use in your case, then how are you going to -- have
4 you been communicating with them or what? Fill me in on
5 what the difficulties are.
6  MR. DO: So -- first, this is the first I've heard
7 of substitute service. With that said, we're happy to, to
8 the extent that we're able, to facilitate service. Even
9 though we may not necessarily represent the individuals, we
10 can certainly work with Ms. Murphy and others of the City to
11 forego that because, as I think your Honor is indicating,
12 there is a -- for -- certainly, for certain folks that we
13 have identified as witnesses, it totally makes sense for
14 those folks to be available.
15  THE COURT: Yes. Yeah. Okay. So it sounds like
16 maybe you haven't had a thorough discussion. So, hopefully,
17 that will get worked out.
18     Anything more on the defense side?
19         MS. MURPHY: No.
20         THE COURT: Okay.
21     Well, thank you very much. We're concluded. And I'll
22 see you -- I'll see you on April 2nd, but perhaps before
23 then. Okay. Take care. Have a nice holiday.
24         MS. TALLA: Thank you, your Honor.
25         MR. DO: Thank you, your Honor. You as well.

*Echo Reporting, Inc.*

```
                                                          15
 1           THE COURT:  Thank you.
 2      (Proceedings adjourned at 2:10 p.m.)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                    16
 1                      CERTIFICATE OF TRANSCRIBER
 2
 3      I certify that the foregoing is a true and correct
 4 transcript, to the best of my ability, of the above pages of
 5 the official electronic sound recording provided to me by
 6 the U.S. District Court, Northern District of California, of
 7 the proceedings taken on the date and time previously stated
 8 in the above matter.
 9      I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties to the action
11 in which this hearing was taken; and, further, that I am not
12 financially nor otherwise interested in the outcome of the
13 action.
14
15                      [signature]
16
17               Echo Reporting, Inc., Transcriber
18                  Thursday, December 19, 2024
19
20
21
22
23
24
25
```