# EXHIBIT LL

# TO

# DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT



**couperisme** 09/26/2024

Veronica wanted to Give a BIG SHOUT-OUT to rad mission neighbors!

"It's so important for laundry to continue because without it we wouldn't have clean dry clothes . Thank you guys for all your hard work!!"



1

**couperisme** 09/20/2024

..we got our Mary back !
And Thank you Larissa (one of the ACLUs best) for stopping by to check out ladies nite.



**couperisme** 09/05/2024

A bit slow at ladies nite but nothing like a lil fun to pass the time ...
(Missing our Mary)

