**EXHIBIT NN**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,        )
 6   et al.,                           )
 7                  Plaintiffs,        ) CASE NO.
 8   v.                                ) 4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN            )
10   FRANCISCO, et al.,                )
11                  Defendants.        )
12   - - - - - - - - - - - - - - - - - -
13
14
15        VIDEOTAPED DEPOSITION OF MOLIQUE R. FRANK
16               MONDAY, OCTOBER 21, 2024
17               PAGES 126 - 228; VOLUME 2
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA  94104
25                                    (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10           Videotaped deposition of MOLIQUE R. FRANK,
11   VOLUME 2, taken on behalf of Defendants, at the
12   American Civil Liberties Union of North California at
13   39 Drumm Street, Third Floor, San Francisco, California,
14   commencing at 9:59 A.M., MONDAY, OCTOBER 21, 2024,
15   before Suzanne I. Andrade, Certified Shorthand Reporter
16   No. 10682, pursuant to Notice.
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS:
 3        AMERICAN CIVIL LIBERTIES UNION FOUNDATION NORTHERN
 4        CALIFORNIA
 5        BY:  LARISSA GRIJALVA, ATTORNEY AT LAW
 6             WILLIAM S. FREEMAN, ATTORNEY AT LAW
 7        39 Drumm Street
 8        San Francisco, California  94111
 9        Telephone:  (415) 293-6393
10        Email:  lgrijalva@aclunc.org
11                wfreeman@aclunc.org
12   FOR DEFENDANTS:
13        CITY AND COUNTY OF SAN FRANCISCO
14        OFFICE OF THE CITY ATTORNEY
15        BY:  KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY
16             STEVEN MILLS, DEPUTY CITY ATTORNEY
17        City Hall, Room 234
18        1 Dr. Carlton B. Goodlett Place
19        San Francisco, California  94102
20        Telephone:  (415) 554-6762
21        Email:  kaitlyn.murphy@sfcityatty.org
22                steven.mills@sfcityatty.org
23   ALSO PRESENT:
24        KYLE FRIEND, VIDEOGRAPHER
25
```

1     A.   No.
2     Q.   Okay.  Have you ever been arrested in
3  San Francisco for something you believe was related to
4  being homeless?
5     A.   No.
6     Q.   Okay.  Have you ever been cited, as opposed to
7  arrested, in San Francisco for something you believe was
8  related to homelessness?
9     A.   No.
10    Q.   Okay.  Do you know what a PPP loan is?
11    A.   Yes.
12    Q.   And that refers to the Paycheck Protection
13 Program?
14    A.   Yes.
15    Q.   Those were loans that the federal government
16 gave during COVID to small bus- -- or to business
17 owners, right?
18    A.   Yes.
19    Q.   Did you ever apply for a PPP loan?
20    A.   Yes.
21    Q.   And for what business did you apply?
22    A.   For a -- I'm not sure.
23    Q.   Okay.
24    A.   Can't remember.
25    Q.   Did you ever receive money as the result of a

```
 1   PPP loan?
 2        A.   Yes.
 3        Q.   How much money did you receive?
 4        A.   30 or 40.
 5        Q.   Okay.
 6        A.   30, 40 thousand.
 7        Q.   Could it possibly have been two payments of
 8   20,833 --
 9        A.   Yes, yes.
10        Q.   -- dollars?
11        A.   I believe.
12        Q.   So your best recollection is that as part of
13   the PPP loan program, the federal government paid you
14   more than $40,000 for --
15        A.   Yeah.
16        Q.   -- Paycheck Protection, but you don't remember
17   what business you requested it for?
18        A.   Yes.
19        Q.   Did you, in fact, have a business that you
20   applied for?
21        A.   Yes.
22        Q.   What was that business?
23        A.   It was just for -- for buying and reselling
24   stuff.
25        Q.   Can you say --
```

1     A.    Buying and reselling --
2     Q.    -- that again?
3     A.    Buying and reselling stuff. Like a thrift.
4     Q.    So do you recall being approved for your first
5  PPP loan on April 16th, 2021?
6     A.    I don't remember the date, but I guess so.
7     Q.    And do you recall being approved for a second
8  PPP loan around May 11th, 2021?
9     A.    Yes.
10    Q.    And your recollection is that both of those
11 approved loans were for $20,833?
12    A.    Yes.
13    Q.    What did you do with that money?
14    A.    I spent it.
15    Q.    On what?
16    A.    I don't remember. A lot of stuff.
17    Q.    What's -- what's that stuff?
18    A.    I bought computers. I bought -- I bought the
19 Xbox. I bought electric bike. I don't know; a lot of
20 stuff. I don't know. I can't remember.
21    Q.    Any other items you recall buying with the more
22 than $40,000 that you got from the PPP program in 2021?
23    A.    Clothes, stuff.
24    Q.    Clothes?
25    A.    Varied.

```
 1      Q.   Anything else?
 2      A.   Stuff, like gifts for my friends and family.
 3      Q.   Anything else?
 4      A.   No.
 5      Q.   I think you mentioned one of the things you
 6   bought was computers.  Right?
 7      A.   Mm-hmm.
 8      Q.   Is that a "yes"?
 9      A.   Yes.
10      Q.   How many computers did you buy with the more
11   than $40,000 you got from the PPP program in --
12      A.   Think I was --
13      Q.   -- 2021?
14      A.   -- buying two.
15      Q.   Do you remember the brand or the model?
16      A.   Yeah.  One's a Microsoft Surface Pro.
17      Q.   Were they both Microsoft Surface Pros?
18      A.   No.  The other one was, I think, a Lenovo.
19      Q.   And was the Lenovo a laptop?
20      A.   Yes.
21      Q.   Do you still have the Microsoft Surface Pro
22   you --
23      A.   No.
24      Q.   -- bought with the PPP loan money?
25      A.   No.
```

```
 1        Q.    What'd you do with it?
 2        A.    The -- they took it, DPW.
 3        Q.    You believe you lost a laptop to DPW on
 4   January 26, 2022?
 5        A.    Yes.
 6        Q.    What about the Lenovo laptop?
 7        A.    It got stolen.
 8        Q.    It got stolen?
 9        A.    Yeah.
10        Q.    Do you -- do you believe it was stolen by the
11   City?
12        A.    No.
13        Q.    And I think you said you still have the Xbox
14   you bought with the PPP loan money.  Is that right?
15        A.    Yeah -- no, I don't have that anymore.
16        Q.    Okay.  When -- when did you no longer have
17   that?
18        A.    They took that too, so DPW.
19        Q.    When do you recall DPW taking your Xbox?
20        A.    That was in the day -- the day of the
21   resolution, January whatever.
22        Q.    January 26 --
23        A.    Yeah.
24        Q.    -- 2022?
25        A.    January 26.
```

```
1      Q.    What about your ebike; what brand was that?
2      A.    It was a Super73.
3      Q.    And did you just have one, or did you get
4  more --
5      A.    Just had one.
6      Q.    -- than one?
7      A.    Just had one.
8      Q.    Okay.
9            (Reporter clarification.)
10          THE WITNESS:   Just had one.
11  BY MS. MURPHY:
12      Q.    Do you still have it?
13      A.    No.
14      Q.    What happened to it?
15      A.    I end up selling it.
16      Q.    How much did you sell it for?
17      A.    About a thousand.
18      Q.    Do you remember how much you bought it for?
19      A.    No.
20      Q.    Was it more than a thousand?
21      A.    Yeah.  About 15, 16 hundred, something like
22  that.
23      Q.    Do you recall, when you applied for the PPP
24  loans, having to sign that all of the information on
25  your application was true under the penalty of perjury?
```

1    A.   No.
2    Q.   Were you truthful in your PPP loan application?
3    A.   Yeah.
4    Q.   Do you recall saying in your PPP loan
5  applications that the business the paychecks were
6  protecting was a barbershop?
7    A.   Yes.
8    Q.   Did you, in fact, operate a barbershop in 2021?
9    A.   I didn't.  My friend did.
10   Q.   Was the PPP loans that you applied for on
11 behalf of someone else?
12   A.   No, for us.  For both of us.
13   Q.   Tell me a little bit more about this "us."
14   A.   I was going -- I was going to be a partner with
15 him.
16   Q.   So this was a business that didn't exist yet,
17 but you were planning to start?
18   A.   Yeah.
19   Q.   Do you recall saying in your PPP loan materials
20 that this was for a business that had been in existence
21 for two years or longer?
22   A.   No.
23   Q.   Okay.  Do you have a license to be a barber?
24   A.   No.
25   Q.   Does your friend?

1    Q.   Okay.  So if you wrote on the PPP loan
2  application that this was for an existing business that
3  had been in existence for two years or longer, that
4  would be incorrect?
5    A.   Yes.
6    Q.   Okay.  And if you said in your PPP loan
7  application that this was -- the money you requested was
8  pay -- to pay the salary of one existing employee of
9  that barbershop, that would be incorrect?
10   A.   Yeah.
11   Q.   Do you have any copies of the PPP loan
12 paperwork you filled out?
13   A.   No.
14   Q.   Okay.  How'd you fill it out?
15   A.   I don't remember.
16   Q.   Was it on a website, e-mail --
17   A.   On a website.
18   Q.   -- and a paper copy?
19   A.   Website.
20   Q.   Did you receive a confirmation e-mail?
21   A.   I think so.
22   Q.   And which e-mail account did that go to?
23   A.   I don't know.  One of the two I have.
24   Q.   Why did you fill out a PPP loan for somebody
25 else?

```
 1     A.   Have I ever seen it?
 2     Q.   Mm-hmm.
 3     A.   No.
 4     Q.   Do you --
 5     A.   Went to the barbershop, though.
 6     Q.   Do you know his --
 7     A.   Pretty sure he had one.
 8     Q.   -- middle name?
 9     A.   I don't.
10     Q.   Do you know if he's, like, a Jr., Sr., I, II,
11  III?
12     A.   I don't.
13     Q.   Okay.  Do you believe that you committed fraud
14  when you submitted those PPP loan materials?
15     A.   No.
16     Q.   Why not?
17     A.   I don't know.
18     Q.   Do you believe that all of the information in
19  the PPP loan materials you submitted was true?
20     A.   No.
21     Q.   Okay.  What's the name of Jason Adams'
22  barbershop?
23     MS. GRIJALVA:  I'm going to --
24     THE WITNESS:  I don't know.
25     MS. GRIJALVA:  -- object based on the Fifth
```

```
 1         THE WITNESS:  Yes.  I --
 2   BY MS. MURPHY:
 3         Q.   Are you refusing --
 4         A.   -- refuse.
 5         Q.   -- to answer on the basis of invoking your
 6   Fifth Amendment right?
 7         A.   Yes.
 8         Q.   Did you knowingly lie under oath when you
 9   submitted materials to the federal government in
10   connection with the PPP loan application that was
11   approved on April 16th, 2021?
12         MS. GRIJALVA:  Same objection.
13   BY MS. MURPHY:
14         Q.   Are you refusing to answer on the basis of
15   invoking your Fifth Amendment?
16         A.   Yes.
17         Q.   Did you knowingly lie to the federal government
18   in the PPP loan application in connection with the loan
19   that was approved on May 11th, 2021?
20         MS. GRIJALVA:  Same objection.
21   BY MS. MURPHY:
22         Q.   Are you invoking your Fifth Amendment right?
23         A.   Yes.
24         Q.   And refusing to answer on that basis?
25         A.   Yes.
```

```
 1              (Reporter clarification.)
 2              None.
 3       Q.     Did you knowingly destroy records related to
 4   the fraud you committed on the federal government
 5   related to the PPP loan that was approved on April 16th,
 6   2021?
 7       MS. GRIJALVA:  I'm going to object and instruct my
 8   client not to answer.
 9   BY MS. MURPHY:
10       Q.     Are you refusing to answer on the basis of the
11   Fifth Amendment --
12       A.     Yes.
13       Q.     -- instruction?
14              Did you knowingly destroy records related to
15   the fraud you committed on the federal government
16   related to the PPP loan that was approved on May 11th,
17   2021?
18       MS. GRIJALVA:  Same objection and same instruction.
19   BY MS. MURPHY:
20       Q.     Are you refusing to answer on the basis of your
21   Fifth Amendment rights?
22       A.     Yes.
23       Q.     Okay.  Do you have a habit of lying about your
24   interactions with the government to get what you want
25   out of a lawsuit?
```

```
 1        MS. GRIJALVA:  Same objection.  Same instruction.
 2   BY MS. MURPHY:
 3        Q.   Are you choosing not to answer on the basis of
 4   your Fifth Amendment right?
 5        A.   Yes.
 6        Q.   In this lawsuit, have you lied under oath about
 7   anything?
 8        A.   No.
 9        Q.   How long did you formulate your plan to defraud
10   the federal government in connection with the PPP loan
11   that was approved on April 16th, 2021?
12        MS. GRIJALVA:  Objection; same as before.  And
13   instruct my client not to answer.
14   BY MS. MURPHY:
15        Q.   Are you refusing to answer --
16        A.   Yes.
17        Q.   -- on the basis of invoking your Fifth
18   Amendment right?
19        A.   Yes.
20        Q.   How long did you formulate your plan to defraud
21   the federal government in connection with the PPP loan
22   that was approved on May 11th, 2021?
23        MS. GRIJALVA:  Same objection.  Same instruction.
24   BY MS. MURPHY:
25        Q.   Are you refusing to answer on the basis of your
```

```
 1   Fifth --
 2        A.   Yes.
 3        Q.   -- Amendment right?
 4        A.   Yes.
 5        Q.   Was the Xbox that you allege the City
 6   unlawfully took from you on January 26th, 2022, obtained
 7   by defrauding the federal government?
 8        MS. GRIJALVA:  Same objection.  Same instruction.
 9   BY MS. MURPHY:
10        Q.   Are you refusing to answer on the basis of
11   invoking your Fifth Amendment right?
12        A.   Yes.
13        Q.   Did you file a government claim with the City
14   and County of San Francisco to recover for property that
15   you obtained by defrauding the federal government?
16        MS. GRIJALVA:  Same objection.  Same instruction.
17   BY MS. MURPHY:
18        Q.   Are you refusing to answer on the basis of your
19   Fifth Amendment right?
20        A.   Yes.
21        Q.   Okay.  Are there any other items, beyond the
22   Xbox, that you obtained by defrauding the federal
23   government?
24        MS. GRIJALVA:  Same objection.  Same instruction.
25        THE WITNESS:  No.
```

```
 1        MR. FREEMAN:  Same objection.
 2        THE WITNESS:  No.
 3   BY MS. MURPHY:
 4        Q.   Okay.  Why not?
 5        A.   I'm not sure.
 6        Q.   Did you want housing in 2021?
 7        A.   Yeah.
 8        Q.   Did you ever consider paying for that housing
 9   yourself rather than asking the City to pay for it?
10        A.   No.
11        Q.   Okay.  Do you agree that the small claims
12   settlement you received that's referenced in your
13   declaration in this case contains items that you
14   obtained through government fraud?
15        MR. FREEMAN:  Object -- go ahead.
16        MS. GRIJALVA:  Object and instruct my client not to
17   answer.
18   BY MS. MURPHY:
19        Q.   Are you refusing to answer on the basis of your
20   Fifth Amendment rights?
21        A.   Yes.
22        Q.   Okay.
23        MS. MURPHY:  Thank you.  I have no further
24   questions.
25        THE VIDEO OPERATOR:  This concludes the Volume 2
```

```
 1  STATE OF CALIFORNIA          )
 2                               ) ss.
 3  COUNTY OF SAN FRANCISCO      )
 4           I hereby certify that the witness in the
 5  foregoing deposition, MOLIQUE R. FRANK, was by me duly
 6  sworn to testify to the truth, the whole truth and
 7  nothing but the truth, in the within-entitled cause;
 8  that said deposition was taken at the time and place
 9  herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested person,
12  and was thereafter transcribed into typewriting by
13  computer.
14           I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18           IN WITNESS WHEREOF, I have hereunto set my
19  hand this 29th day of October, 2024.
20  Reading and Signing was:
21  _x_ requested    ___ waived    ___ not requested
22
23                       [signature]
24
25          SUZANNE I. ANDRADE, CSR NO. 10682
```