1  EMERY CELLI BRINCKERHOFF ABADY
   WARD & MAAZEL LLP
2  Zoe Salzman, *admitted pro hac vice*
   600 Fifth Avenue
3  New York, New York
   Telephone: (212) 763-5000
4  zsalzman@ecbawm.com

5  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | CASE NO. 4:22-cv-05502-DMR |
| Plaintiffs, | **[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION FOR CONSOLIDATED BRIEFING OR ENLARGEMENT OF TIME** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | **Judge:**      The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

The Court hereby GRANTS Plaintiffs' Administrative Motion for consolidated briefing. Defendants may refile their motion to dismiss (Dkt. 295) as part of their motion for summary judgment due May 22, 2025 (Dkt. 264 at 4).

[In the alternative] [The Court GRANTS Plaintiffs' Administrative Motion for an enlargement of time. The deadline for Plaintiffs' opposition to Defendants' motion to dismiss (Dkt. 295) is extended from January 16, 2025 to January 30, 2025. Defendants shall file any reply by February 13, 2025. The motion to dismiss hearing originally scheduled for February 13, 2025 shall now take place on February 27, 2025.]

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE