DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**[PROPOSED] ORDER DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION FOR CONSOLIDATED BRIEFING OR ENLARGEMENT OF TIME**<br><br>Trial Date:    July 28, 2025 |
|---|---|

[PROPOSED] ORDER RE PLTS ADMIN MTN
CONSOLIDATE
CASE NO. 4:22-cv-05502-DMR (LJC)

**[PROPOSED] ORDER**

Having carefully considered the parties' papers submitted in connection with Plaintiffs' Administrative Motion for Consolidated Briefing or Enlargement of Time, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' request to consolidate Defendants' Motion to Dismiss the Third Amended Complaint with summary judgment is DENIED.

2. Plaintiffs request for an enlargement of time to respond to Defendants' Motion to Dismiss the Third Amended Complaint is GRANTED. Plaintiffs shall file any opposition by January 30, 2025, Defendants shall file any reply by February 13, 2025, and the February 13, 2025 hearing is continued to February 27, 2025.

**IT IS SO ORDERED.**

DATE:_____

The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT