# Exhibit A

1  JOHN THOMAS H. DO (SBN 285075)
   jdo@aclunc.org
2  WILLIAM S. FREEMAN (SBN 82002)
   wfreeman@aclunc.org
3  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, CA 94111
5  Telephone: (415) 293-6333
   Facsimile: (415) 255-8437
6
   Attorneys for Plaintiffs
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12  COALITION ON HOMELESSNESS; TORO          CASE NO. 4:22-cv-05502-DMR
    CASTANO; SARA CRONK; JOSHUA
13  DONOHOE; MOLIQUE FRANK; DAVID            **PLAINTIFFS' NOTICE OF PHYSICAL
    MARTINEZ; TERESA SANDOVAL;               INSPECTION OF PROPERTY**
14  NATHANIEL VAUGHN,

15             Plaintiffs,                    **Judge:** The Hon. Donna M. Ryu

16       vs.

17  CITY AND COUNTY OF SAN
    FRANCISCO; SAN FRANCISCO POLICE
18  DEPARTMENT; SAN FRANCISCO
    DEPARTMENT OF PUBLIC WORKS; SAN
19  FRANCISCO DEPARTMENT OF
    HOMELESSNESS AND SUPPORTIVE
20  HOUSING; SAN FRANCISCO FIRE
    DEPARTMENT OF EMERGENCY
21  MANAGEMENT; LONDON BREED, in her
    official capacity as Mayor; and SAM
22  DODGE, in his official capacity as Director
    of the Health Streets Operation Center
23  (HSOC),

24             Defendants.

25

26

27

28

1    **PLEASE TAKE NOTICE** that Plaintiffs Coalition on Homelessness, et al. by its

2    attorneys ACLU Foundation of Northern California, Lawyers' Committee for Civil Rights of the

3    San Francisco Bay Area, and Emery Celli Brinckerhoff Abady Ward & Maazel LLP, pursuant to

4    Rule 34(a)(2) of the Federal Rules of Civil Procedure, requests that Defendant City and County

5    of San Francisco permit entry upon the subject premises, to wit, the San Francisco Department of

6    Public Works Operation Yard, located at 2323 Cesar Chavez Street, San Fransisco, CA 94124,

7    on **January 15, 2025 at 9:00 a.m.** for the purpose of inspecting and photographing the property

8    and any objects or operations on it, including but not limited to:

9              1.    The receipt and storage of items "bagged and tagged" by any employees of

10                   the City during or in connection with the cleaning, resolution, or similar

11                   activity related to an encampment of unhoused persons;

12             2.    All records relating to any "bagging and tagging" of such items, or to the

13                   receipt, storage, and retrieval of such items;

14             3.    All policies and procedures relating to the "bagging and tagging" of such

15                   items, or to the receipt, storage, and retrieval of such items; and

16             4.    The processes by which persons may and do retrieve "bagged and tagged"

17                   items.

18

19             **PLEASE TAKE FURTHER NOTICE**, that in the event of your failure to

20    comply with this Notice, the undersigned attorneys for Plaintiff, will apply to the Court for an

21    Order for such relief as may be appropriate in the circumstances.

22

23

24

25    Dated:  December 16, 2024              By:  ___*/s/ John Thomas H. Do*___

26                                          ACLU FOUNDATION OF NORTHERN
                                            CALIFORNIA
27                                          John Thomas H. Do, SBN 285075
                                            William S. Freeman SBN 82002
28                                          39 Drumm Street
                                            San Francisco, CA 94111

PLAINTIFFS' NOTICE OF PHYSICAL INSPECTION OF
                                                      PROPERTY
                                            CASE NO. 4:22-CV-05502-DMR

1  |  Telephone: (415) 293-6333
jdo@aclunc.org
2  |  wfreeman@aclunc.org

3  |  LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
4  |  AREA
Nisha Kashyap, SBN 301934
5  |  Andrew Ntim, SBN 347084
131 Steuart Street, Ste. 400
6  |  San Francisco, CA 94105
Telephone: (415) 543-9444
7  |  nkashyap@lccrsf.org
antim@lccrsf.org
8

9  |  EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla, SBN 316219
10  |  Zoe Salzman, NY Reg. No. 4663308*
Vivake Prasad, NY Reg. No. 5669569*
11  |  Bianca Herlitz-Ferguson, NY Reg. No. 6164214*
600 Fifth Avenue, 10th Floor
12  |  New York, NY 10020
Telephone: (212) 763-5000
13  |  vtalla@ecbawm.com
zsalzman@ecbawm.com
14  |  vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com
15

16  |  *admitted pro hac vice

17  |  *Attorneys for Plaintiffs*

PLAINTIFFS' NOTICE OF PHYSICAL INSPECTION OF
PROPERTY
CASE NO. 4:22-CV-05502-DMR

1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:     (415) 554-3857 (Wang)
8                 (415) 554-6762 (Murphy)
                  (415) 554-3870 (Gradilla)
9                 (415) 554-4223 (George)
                  (415) 355-3304 (Mills)
10 Facsimile:     (415) 554-4699
   E-mail:        edmund.wang@sfcityatty.org
11                kaitlyn.murphy@sfcityatty.org
                  miguel.gradilla@sfcityatty.org
12                john.george@sfcityatty.org
                  steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17 COALITION ON HOMELESSNESS; TORO          Case No. 4:22-cv-05502-DMR (LJC)
   CASTAÑO; SARAH CRONK; JOSHUA
18 DONOHOE; MOLIQUE FRANK; DAVID            **DEFENDANT CITY AND COUNTY OF SAN**
   MARTINEZ; TERESA SANDOVAL;               **FRANCISCO'S RESPONSE TO PLAINTIFFS'**
19 NATHANIEL VAUGHN,                        **NOTICE OF PHYSICAL INSPECTION OF**
                                            **PROPERTY**
20          Plaintiffs,

21          vs.                             Trial Date:        July 28, 2025

22 CITY AND COUNTY OF SAN
   FRANCISCO, et al.,
23
            Defendants.
24

25

26

27

28

PROPOUNDING PARTY:    Plaintiffs COALITION ON HOMELESSNESS, SARAH CRONK,

JOSHUA DONOHOE, MOLIQUE FRANK, DAVID MARTINEZ, and

TERESA SANDOVAL

RESPONDING PARTY:    Defendant CITY AND COUNTY OF SAN FRANCISCO

Defendant CITY AND COUNTY OF SAN FRANCISCO (the "City") objects to Plaintiffs'

Notice of Physical Inspection of Property served on December 16, 2024 (the "Notice") as follows:

The City objects that the Notice fails to specify a reasonable time for the inspection (Fed. R.

Civ. P. 34(b)(1)(B)) in that it fails to provide reasonable notice of the date of the inspection, given the

intervening holidays. The City objects that the Notice fails to sufficiently specify the manner of the

inspection and/or the acts to be performed. Fed. R. Civ. P. 34(b)(1)(B). To the extent the Notice seeks

to "inspect" "records" or "policies and procedures," the City objects that the Notice is vague and

ambiguous, unintelligible, and a misuse of the discovery process in that it uses a discovery method in a

manner that does not comply with its specified procedures. The City will not produce "records" or

"policies and procedures" for inspection or photographing in response to the Notice requesting entry to

the physical property, the Department of Public Works Operations/Storage Yard, at 2323 Cesar

Chavez Street. The City objects that "items 'bagged and tagged' "/"'bagging and tagging' [] items" is

vague and ambiguous in that "bag and tagged" is undefined and thus fails to specify or identify the

items that are the subject of the Notice. The City interprets "items 'bagged and tagged'" to mean the

items collected and stored for retrieval by DPW pursuant to the policy and procedures embodied in

DPW Procedure No. 16-05-08 (REV 03). The City objects that the Notice is unduly burdensome. The

City objects that the Notice is outside the scope of discovery in that it seeks information that is not

relevant and not reasonably calculated to lead to the discovery of admissible evidence. None of

Plaintiffs' claims concern the physical premises of the DPW Operations/Storage Yard. *See* Fed. R.

Civ. P. 26(b)(1), (b)(2)(c)(iii). The City invites Plaintiffs to meet and confer regarding the relevance,

purpose, and scope of Plaintiffs' request to enter, inspect, and photograph the DPW

Operations/Storage Yard.

Dated:  January 6, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys


By:_____/s/*Edmund T. Wang*_____
       EDMUND T. WANG

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN
FRANCISCO POLICE DEPARTMENT; SAN
FRANCISCO DEPARTMENT OF PUBLIC WORKS;
SAN FRANCISCO DEPARTMENT OF
HOMELESSNESS AND SUPPORTIVE HOUSING;
SAN FRANCISCO FIRE DEPARTMENT; SAN
FRANCISCO DEPARTMENT OF EMERGENCY
MANAGEMENT

## PROOF OF SERVICE

I, HOLLY CHIN, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, City Hall, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

On January 6, 2025, I served the following document(s):

**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S RESPONSE TO PLAINTIFFS' NOTICE OF PHYSICAL INSPECTION OF PROPERTY**

on the following persons at the locations specified:

Andrew Ntim
Nisha Kashyap
LAWYERS COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:    415-543-9444
Facsimile:    415-543-0296
Email:    antim@lccrsf.org
          nkashyap@lccrsf.org

Scout Katovich
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco
New York, CA 94104
Telephone:    212-549-2500
Email:    skatovich@aclu.org
[Pro Hac Vice Attorney]

John Thomas H. Do
William S. Freeman
ACLU FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:    415-621-2493 [Do & Freeman]
Email:    jdo@aclunc.org
          wfreeman@aclunc.org

Zoe Salzman
Vivake Prasad
Bianca Herlitz-Ferguson
Vasudha Talla
EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
600 Fifth Avenue, Ste 10th Floor
New York, NY 10020
Telephone:    212-763-5000
Email:    zsalzman@ecbawm.com
          vprasad@ecbawm.com
          bherlitz-ferguson@ecbawm.com
          vtalla@ecbawm.com
[Pro Hac Vice Attorneys]

[Counsel For Plaintiffs COALITION ON
HOMELESSNESS; TORO CASTAÑO; SARAH
CRONK; JOSHUA DONOHOE; MOLIQUE
FRANK; DAVID MARTINEZ; TERESA
SANDOVAL; NATHANIEL VAUGHN]

in the manner indicated below:

☒    **BY ELECTRONIC MAIL:**  Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above.  Such document(s) were transmitted *via* electronic mail from the electronic address:  holly.chin@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.  Executed January 6, 2025, at San Francisco, California.

/s/*Holly Chin*
HOLLY CHIN