1 | DAVID CHIU, State Bar #189542
City Attorney
2 | YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
3 | EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
4 | MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
5 | STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
6 | City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
7 | San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
8 | (415) 554-6762 (Murphy)
(415) 554-3870 (Gradilla)
9 | (415) 554-4223 (George)
(415) 355-3304 (Mills)
10 | Facsimile: (415) 554-4699
E-mail: edmund.wang@sfcityatty.org
11 | kaitlyn.murphy@sfcityatty.org
miguel.gradilla@sfcityatty.org
12 | john.george@sfcityatty.org
steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>   Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hearing Date: February 27, 2025<br>Time: 1:00 p.m.<br>Place: Courtroom 4 – 3rd floor<br>1301 Clay Street<br>Oakland, CA 94612<br><br>Trial Date: July 28, 2025 |
|---|---|

Pursuant to Civil Local Rules 7-11 and 75-5(f), Defendants submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed regarding certain documents submitted in connection with Defendants' Notice of Motion and Partial Motion to Dismiss the Third Amended Complaint. Specifically, the documents subject to this Administrative Motion include:

| Document | Portions of Documents to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Defendants' Notice of Motion and Partial Motion to Dismiss the Third Amended Complaint | Pages:<br>• Page 12:23-26<br>• Page 13:3-5, 12-25, 27-28<br>• Page 14:2, 4-6, 19 | Plaintiffs |
| Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Pages:<br>• 2:4, 8, 12, 16, 20-21, 23, 26<br>• 3:2, 6, 9-10, 14, 17-18, 21-22 | Plaintiffs |
| Exhibit G to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs |
| Exhibit H to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs |
| Exhibit I to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit J to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit K to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |

| Document | Portions of Documents to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit L to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit M to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit N to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit O to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit P to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit Q to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit R to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |
| Exhibit S to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs. |

The above referenced documents contain information that Plaintiffs have designated as "Confidential" under the terms of the Stipulated Protective Order for Litigation Involving Highly

Sensitive Confidential Information (ECF No. 127) in this action. Having reviewed the documents at issue, Defendants have no position on whether the aforementioned documents are entitled to protection. Defendants file the aforementioned documents provisionally under seal in order to comply with the Civil Local Rules, Court's Standing Order, the Stipulated Protective, and Plaintiffs' request.

Along with this Administrative Motion, Defendants submit, the Declaration of Steven Mills in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, unredacted copies of the documents referenced above, and a proposed order.

Dated: January 23, 2025

                              DAVID CHIU
                              City Attorney
                              YVONNE R. MERÉ
                              EDMUND T. WANG
                              KAITLYN MURPHY
                              MIGUEL A. GRADILLA
                              JOHN H. GEORGE
                              STEVEN A. MILLS
                              Deputy City Attorneys

By:    s/Steven A. Mills
       STEVEN A. MILLS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT