1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-3857 (Wang)
8                (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
9                (415) 554-4223 (George)
                 (415) 355-3304 (Mills)
10 Facsimile:    (415) 554-4699
   E-mail:       edmund.wang@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
12               john.george@sfcityatty.org
                 steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hearing Date:  February 27, 2025<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    July 28, 2025 |

# [PROPOSED] ORDER

The Court, having fully considered the papers and arguments presented by the parties, hereby grants the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Defendants. The following documents will remain sealed, as follows:

| Document | Evidence of Offered in Support of Sealing | Order |
|---|---|---|
| Defendants' Notice of Motion and Partial Motion to Dismiss the Third Amended Complaint<br>• Page 12:23-26<br>• Page 13:3-5, 12-25, 27-28<br>• Page 14:2, 4-6, 19 | | |
| Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• Page 2:4, 8, 12, 16, 20-21, 23, 26<br>• Page 3:2, 6, 9-10, 14, 17-18, 21-22 | | |
| Exhibit G to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |
| Exhibit H to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |
| Exhibit I to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |

| Document | Evidence of Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit J to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |
| Exhibit K to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |
| Exhibit L to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |
| Exhibit M to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |
| Exhibit N to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |
| Exhibit O to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |
| Exhibit P to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | | |

| Document | Evidence of Offered in Support of Sealing | Order |
|---|---|---|
| • The entire exhibit. | | |
| Exhibit Q to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |
| Exhibit R to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |
| Exhibit S to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |

IT IS SO ORDERED.

DATE:_____

The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT