1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:      (415) 554-3857 (Wang)
8                  (415) 554-6762 (Murphy)
                   (415) 554-3870 (Gradilla)
9                  (415) 554-4223 (George)
                   (415) 355-3304 (Mills)
10 Facsimile:      (415) 554-4699
   E-mail:         edmund.wang@sfcityatty.org
11                 kaitlyn.murphy@sfcityatty.org
                   miguel.gradilla@sfcityatty.org
12                 john.george@sfcityatty.org
                   steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

15                 UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17 COALITION ON HOMELESSNESS; TORO          Case No. 4:22-cv-05502-DMR
   CASTAÑO; SARAH CRONK; JOSHUA
18 DONOHOE; MOLIQUE FRANK; DAVID            **DECLARATION OF STEVEN A. MILLS IN
   MARTINEZ; TERESA SANDOVAL;               SUPPORT OF ADMINISTRATIVE MOTION
19 NATHANIEL VAUGHN,                        TO CONSIDER WHETHER ANOTHER
                                            PARTY'S MATERIAL SHOULD BE SEALED**
20         Plaintiffs,
                                            Hearing Date:    February 27, 2025
21     vs.                                  Time:            1:00 p.m.
                                            Place:           Courtroom 4 – 3rd floor
22 CITY AND COUNTY OF SAN                                    1301 Clay Street
   FRANCISCO, et al.,                                        Oakland, CA 94612
23
           Defendants.                      Trial Date:      July 28, 2025
24

25

26

27

28

I, Steven A. Mills, declare as follows:

1.      I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively, the "City"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2.      Plaintiffs are the Designating Party of the information subject to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed. On January 17, 2025, Defendants conferred with Plaintiffs counsel by identifying documents that Defendants intended to rely upon in its Partial Motion to Dismiss the Third Amended Complaint. On January 21, 2025, Plaintiffs indicated that they would seal all documents except COH01262154-COH01262159 (Exhibit U to the City's Partial Motion to Dismiss the Third Amended Complaint). Thus, the City is only provisionally lodging the materials that Plaintiffs seek to seal in this case.

3.      Exhibits G-S to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint are materials produced in discovery and designated by Plaintiff as "Confidential" under the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information (ECF No. 127).

4.      The following page and line numbers of the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint refer to or describe the aforementioned Exhibits G-S: 2:4, 8, 12, 16, 20-21, 23, 26; 3:2, 6, 9-10, 14, 17-18, 21-22.

5.      The following page and line numbers of Defendants' Notice of Motion and Partial Motion to Dismiss the Third Amended Complaint reference the above-mentioned exhibits: 12:23-26; 13:3-5, 12-25, 27-28; 14:2, 4-6, 19.

6.      Having reviewed the documents at issue, the City has no position on whether the aforementioned documents are entitled to protection. The City files the aforementioned documents provisionally under seal in order to comply with the Civil Local Rules, Court's Standing Order, and Plaintiffs' request.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California on January 23, 2025.


_____*/s/ Steven A. Mills*_____
STEVEN A. MILLS