1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:      (415) 554-3857 (Wang)
8                  (415) 554-6762 (Murphy)
                   (415) 554-3870 (Gradilla)
9                  (415) 554-4223 (George)
                   (415) 355-3304 (Mills)
10 Facsimile:      (415) 554-4699
   E-mail:         edmund.wang@sfcityatty.org
11                 kaitlyn.murphy@sfcityatty.org
                   miguel.gradilla@sfcityatty.org
12                 john.george@sfcityatty.org
                   steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17 COALITION ON HOMELESSNESS; TORO          Case No. 4:22-cv-05502-DMR
   CASTAÑO; SARAH CRONK; JOSHUA
18 DONOHOE; MOLIQUE FRANK; DAVID            **[PROPOSED] ORDER GRANTING
   MARTINEZ; TERESA SANDOVAL;              DEFENDANTS' PARTIAL MOTION TO
19 NATHANIEL VAUGHN,                        DISMISS THE THIRD AMENDED
                                            COMPLAINT**
20        Plaintiffs,

21        vs.                               Hearing Date:    February 27, 2025
                                            Time:            1:00 p.m.
22 CITY AND COUNTY OF SAN                    Place:           Courtroom 4 – 3rd floor
   FRANCISCO, et al.,                                        1301 Clay Street
23                                                           Oakland, CA 94612
          Defendants.
24                                          Trial Date:      July 28, 2025

25

26

27

28
   [PROPOSED] ORDER GRANTING CCSF'S PARTIAL          n:\govlit\li2024\230239\01784306.docx
   MTD TAC
   CASE NO. 4:22-cv-05502-DMR

**[PROPOSED] ORDER**

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management's (collectively, the "City") Partial Motion to Dismiss the Third Amended Complaint came on regularly for hearing on February 27, 2025, at 1:00 p.m., in the United States District Court, Northern District, Courtroom 4 – 3rd floor, 1301 Clay Street, Oakland, CA, the Honorable Donna M. Ryu presiding. Plaintiffs and Defendants appeared through their respective counsel of record.

Having carefully considered the motions and the papers submitted, and having heard the arguments of counsel, the Court hereby GRANTS the City's motion to dismiss all claims brought by the Coalition on Homelessness in its individual capacity pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of organizational standing. Alternatively, the Coalition on Homelessness fails to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) because it does not allege that any of its property has been destroyed or that it has been deprived of any due process to support its federal and state law claims.

**IT IS SO ORDERED.**

DATE:_____        _____
                                    The Honorable Donna M. Ryu
                                    UNITED STATES DISTRICT COURT