# EXHIBIT P

# TO

# DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

# PROVISIONALLY FILED UNDER SEAL PURSUANT TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED