# EXHIBIT U

# TO

# DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

| | |
|---|---|
| **Message** | |
| **From:** | Veronica Irwin [vhi204@nyu.edu] |
| on behalf of | Veronica Irwin <vhi204@nyu.edu> [vhi204@nyu.edu] |
| **Sent:** | 1/6/2024 1:54:29 AM |
| **To:** | Jennifer Friedenbach [jfriedenbach@cohsf.org] |
| **Subject:** | Re: Press Request: NYU Student Covering Coalition on Homelessness |

Ah, I see. I was staying with a friend at the Nema apartments, right by Twitter HQ. It felt like a ghost town the streets were so empty.

On Fri, Jan 5, 2024 at 2:30 PM Jennifer Friedenbach <jfriedenbach@cohsf.org> wrote:
> May depend on where you were-- some blocks are really crowded and some empty,
>
>
> Jennifer Friedenbach (she,her)
> jfriedenbach@cohsf.org
> Coalition on Homelessness
> 280 Turk Street
> San Francisco, CA 94102
> (415)346-3740
> http://www.cohsf.org/
> Twitter @TheCoalitionSF
> Instagram coalitiononhomelessness
> Facebook
>
>
>
> Donate now to the Coalition on Homelessness!
>
>
> *"Love is an action, never just a feeling."*
>
> *Bell Hooks*

CONFIDENTIAL                                                                                                       COH01262154

COH01262154

On Jan 4, 2024, at 10:32 PM, Veronica Irwin <vhi204@nyu.edu> wrote:

Okay, I'll keep an eye out for the homeless count. It felt so starkly different than the last time I was there just 2 months ago!

On Fri, Jan 5, 2024 at 2:27 AM Jennifer Friedenbach <jfriedenbach@cohsf.org> wrote:
> Hi Vernica,
>
> There are folks that are continuing to get off the streets, thanks to Nov 2018 Prop C, and as it rolls out, thousands are able to move into housing, 400 more treatment beds and also almost a thousand more shelter beds, so hopefully that is what is going on.
>
> Wow will know more with the next homeless count to take place at end of January - however won't know the results until late march.

On Dec 29, 2023, at 11:49 AM, Veronica Irwin <vhi204@nyu.edu> wrote:

Hey Jennifer,

I'm in town for the holidays and noticed the homeless people are almost totally gone from downtown. Walking around SOMA last night, I saw hardly anyone until I hit the TL, and even the TL was emptier than usual. Is this all the remaining effect from APEC? Or is there more going on here?

Thanks,

Veronica

On Tue, Nov 28, 2023 at 1:26 PM Veronica Irwin <vhi204@nyu.edu> wrote:
> Ah, I see. Thanks!
>
> Veronica
>
> On Tue, Nov 28, 2023 at 11:31 AM Jennifer Friedenbach <jfriedenbach@cohsf.org> wrote:
>> Yeah that was article - and that was what Tan was likely referencing
>>
>>
>> Jennifer Friedenbach (she,her)
>> jfriedenbach@cohsf.org
>> Coalition on Homelessness
>> 280 Turk Street
>> San Francisco, CA 94102

CONFIDENTIAL

COH01262155
COH01262155

(415)346-3740  
http://www.cohsf.org/  
Twitter @TheCoalitionSF  
Instagram coalitiononhomelessness  
Facebook

Donate now to the Coalition on Homelessness!

*"Love is an action, never just a feeling."*

Bell Hooks

On Nov 27, 2023, at 7:47 PM, Veronica Irwin <vhi204@nyu.edu> wrote:

Hi Jennifer,

It's good to hear from you! I hope you enjoyed your time off — spoke to Javier a bit. Confirming this is the article you're talking about? https://www.marinatimes.com/fraudenbach-how-the-coalition-on-homelessness-is-holding-san-francisco-hostage

CONFIDENTIAL                                                                                                                    COH01262156
COH01262156

I saw that after I had actually looked at the 990s, actually. Just was looking at the 990s because of Garry Tan having called COH "corrupt" on Twitter.

Thanks,

Veronica

On Mon, Nov 27, 2023 at 4:56 PM Jennifer Friedenbach <jfriedenbach@cohsf.org> wrote:
Hi Veronica,

The allegations of corruption are all false news put out by an "neighborhood paper" that is supported by republican operatives the spread mis-information and run by a person who is known to put out misinformation. The 990 that was referred to in the article was about a line item under income called "Our City Our Home" which is a c4 organization created to run the Nov 2018 Prop C campaign and unspent campaign funds were legally donated to COH to do a study (restricted meaning could only be spent on this), called "Revolving Door" with the goal on getting deep input from unhoused people on best ways to spend Prop C revenue while it was held up in court.  It was "misread" to be funds generated from Prop C revenues - if that was the case, the 990 line item would have read City and County of San Francisco.

(1) Are there any organizations you would compare yourself to in other cities?
Probably the closes is Los Angeles Community Action Network
(2) This is a technical question, but I'm struggling to find a 2022 tax return - is there a reason it's not yet publicly available? We had a turnover on our finance position, previously held by someone who was here 9 years and we had to file for an extension.  It is now filed, not sure how long they take to post it.
(3) Your salary, as listed on 2021 and 2020 tax returns, is very low — less than half of what is considered "low income" by HUD. The board appears to receive no compensation. You're clearly not enriching yourselves through compensation from the nonprofit. I have a few questions on this:
    (a) Do you have any sources of income?
Our sources of income are 65% from individual donors, 10% contract and the remaining from foundations.
    (b) Why do board members participate with no compensation?
Our structure is such that we want to remain independent so we don't take government funds.  Our board is independent and grassroots. It is not typical for non profit board member to be paid, and in fact when they are, it is considered problematic because they are the ones who approves the organization budget.
    (c) Why do you choose to take so little compensation?
We make decisions about our budget collectively and historically staff chose to add FTE's rather than take a pay raise, and also concerns about profiting from homelessness.  We have recently been raising wages, but we all earn the same, so any increase is expensive.

(4) The budget for programs is even lower - are you able to say how much it costs to run the working groups, research, stolen belonging program, and Street Sheet individually?
    (a) what does homelessness outreach by the organization look like?
Stolen belongings was grant funded - about $40k over several years I think.  Difficult to break down the other categories as that would take more time than I have , but I have attached a budget.
(5) Overall, what is your response to inflammatory statements by Garry Tan and Elon Musk saying that the organization wants people to die on the streets?
Billionaires who can solve homelessness with their own income should not be trashing folks who are working hard, and successfully making progress on the issue, weighing in on issues they know nothing about, nor should they be trashing unhoused people from their affluent settings.  They are plainly ignorant, and frankly they should not be taken seriously.
(6) What is your outlook on the pending lawsuit?

CONFIDENTIAL                                                                                                                   COH01262157

COH01262157

We will win the lawsuit. The evidence is plainly in our favor. The city should settle. We are willing and have very moderate demands laid out publicly.

<Screenshot 2023-11-27 at 1.51.56 PM.png>

<Screenshot 2023-11-27 at 1.52.53 PM.png>

Jennifer Friedenbach (she,her)
jfriedenbach@cohsf.org
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
http://www.cohsf.org/
Twitter @TheCoalitionSF
Instagram coalitiononhomelessness
Facebook


Donate now to the Coalition on Homelessness!


*"Love is an action, never just a feeling."*

*Bell Hooks*

CONFIDENTIAL

COH01262158
COH01262158

On Nov 20, 2023, at 6:43 AM, Veronica Irwin <vhi204@nyu.edu> wrote:

Hello,

I'm a NYU graduate student journalist writing a brief story on the Coalition on Homelessness and its ongoing lawsuit against the City of San Francisco. I'm trying to address allegations of corruption by showing how funds are utilized by the organization. Would you be able to hop on the phone this week (I know it's difficult with the holiday, apologies in advance) or answer some questions via email?

My questions are:

(1) Are there any organizations you would compare yourself to in other cities?
(2) This is a technical question, but I'm struggling to find a 2022 tax return - is there a reason it's not yet publicly available?
(3) Your salary, as listed on 2021 and 2020 tax returns, is very low — less than half of what is considered "low income" by HUD. The board appears to receive no compensation. You're clearly not enriching yourselves through compensation from the nonprofit. I have a few questions on this:
    (a) Do you have any sources of income?
    (b) Why do board members participate with no compensation?
    (c) Why do you choose to take so little compensation?
(4) The budget for programs is even lower - are you able to say how much it costs to run the working groups, research, stolen belonging program, and Street Sheet individually?
    (a) what does homelessness outreach by the organization look like?
(5) Overall, what is your response to inflammatory statements by Garry Tan and Elon Musk saying that the organization wants people to die on the streets?
(6) What is your outlook on the pending lawsuit?

Thanks,

Veronica

CONFIDENTIAL                                                                                                  COH01262159

COH01262159