# EXHIBIT Y

## TO

## DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT





EXHIBIT 6
WITNESS S. Cronk
CONSISTING OF 3 PAGES
DATE 09-23-24
PLTF. / DEFT. (DEFT circled)
BEHMKE REPORTING AND VIDEO SERVICES, INC.

Google Maps    130 13th St







