# EXHIBIT Z

## TO

## DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT



EXHIBIT 10
WITNESS S. Cronk
CONSISTING OF 1 PAGES
DATE 09-23-24
PLTF. / DEFT.
BEHMKE REPORTING AND VIDEO SERVICES, INC.