UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 22-cv-05502-DMR<br><br>**ORDER REGARDING JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 299 |

On January 21, 2025, the parties filed a joint discovery letter (Docket No. 299) regarding Plaintiffs' request to inspect the San Francisco Department of Public Works Operation Yard ("DPW Yard") pursuant to Rule 34(a)(2), which provides that a party may serve a request within the scope of Rule 26(b) "to permit entry onto designated land or other property possessed or controlled by the responding party, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it." Fed. R. Civ. P. 34(a)(2). This matter can be determined without oral argument. Civil L.R. 7-1(b). Plaintiffs' request to inspect is granted in part.

The subject and purpose of the inspection is relevant, and Plaintiffs have already agreed to limit their inspection party to three people. The inspection shall take no longer than two hours (less than the three hours proposed by Plaintiffs but more than the 30 minutes offered by the defense). Plaintiffs are permitted to inspect and photograph the containers where property is stored and the immediate surrounding areas, the processes by which property is received, logged, stored, and retrieved, and the systems and operations used by City employees to catalog, track, place, search for, retrieve, return, and discard seized items. Plaintiffs are entitled to a simple

demonstration of how these operations work.  The parties shall meet and confer to arrange for the inspection to take place promptly.

**IT IS SO ORDERED.**

Dated: January 27, 2025

_____
Donna M. Ryu
Chief Magistrate Judge