1  EMERY CELLI BRINCKERHOFF ABADY
   WARD & MAAZEL LLP
2  Vasudha Talla, SBN 316219
3  Zoe Salzman, *admitted pro hac vice*
   Vivake Prasad, *admitted pro hac vice*
4  Bianca Herlitz-Ferguson, *admitted pro hac vice*
   600 Fifth Avenue
5  New York, New York
   Telephone: (212) 763-5000
6  zsalzman@ecbawm.com
7
8  *Attorneys for Plaintiffs*
9
10                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                       OAKLAND DIVISION

12 | COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR
13 | Plaintiffs, | **DECLARATION OF ZOE SALZMAN IN SUPPORT OF PLAINTIFFS'**
   | v. |
14 | | **CONSOLIDATED ADMINISTRATIVE**
15 | CITY AND COUNTY OF SAN FRANCISCO, et al., | **MOTION TO FILE UNDER SEAL AND STATEMENT IN RESPONSE TO**
16 | Defendants. | **DEFENDANTS' ADMINISTRATIVE**
17 | | **MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS**
18 | | **SHOULD BE SEALED**
19
20 | | **Judge:** The Hon. Donna M. Ryu
21
22
23
24
25
26
27
28

I, Zoe Salzman, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, admitted *pro hac vice* before this Court and counsel for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Consolidated Administrative Motion to File Under Seal and Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

2. Plaintiffs request that the Court issue an order sealing Exhibits G through S to Defendants' Fifth Motion to Dismiss (Dkt. 301), in addition to specified mentions of those exhibits in an attached declaration and memorandum of law, which are attached to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (Dkt. 300).

3. Plaintiffs additionally request that the Court issue an order sealing Plaintiffs' Exhibits 5, 8, and 10-12 to the Declaration of Jennifer Friedenbach in Support of Plaintiffs' Opposition to Defendants' Fifth Motion to Dismiss.

4. All the aforementioned documents (Defendants' Exhibits G through S, and Plaintiffs' Exhibits 5, 8, 10-12), were produced and designated Confidential under the terms of the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information (ECF No. 127) in this action and, as set forth in the accompanying motion, contain internal, sensitive discussions about the Coalition's work, strategies, and plans.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on February 6, 2025, in New York, New York.

Dated: February 6, 2025

                                              */s/ Zoe Salzman*
                                              Zoe Salzman