EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Zoe Salzman, *admitted pro hac vice*
600 Fifth Avenue
New York, New York
Telephone: (212) 763-5000
zsalzman@ecbawm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' CONSOLIDATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**Judge:**   The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

The Court hereby GRANTS of Plaintiffs' Consolidated Administrative Motion to File Under Seal and Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed. The following documents will remain sealed, as follows:

| Document | Reason for Sealing | Order |
|---|---|---|
| Defendants' Notice of Motion and Partial Motion to Dismiss the Third Amended Complaint<br><br>• Page 12:23-26<br>• Page 13:3-5, 12-25, 27-28<br>• Page 14:2, 4-6, 19 | Contains quotations from sealed documents listed below. | |
| Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br><br>• Page 2:4, 8, 12, 16, 20-21, 23, 26<br>• Page 3:2, 6, 9-10, 14, 17- 18, 21-22 | Contains quotations from sealed documents listed below. | |
| Exhibit G to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential legal strategies. | |
| Exhibit H to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential legal strategies. | |

| | | |
|---|---|---|
| Exhibit I to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential legal strategies. | |
| Exhibit J to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential legal strategies. | |
| Exhibit K to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential business organizing plans and strategies. | |
| Exhibit L to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential business organizing plans and strategies. | |
| Exhibit M to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential business organizing plans and strategies. | |
| Exhibit N to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential business organizing plans and strategies. | |
| Exhibit O to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential business organizing plans and strategies. | |
| Exhibit P to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential business organizing plans and strategies. | |

| | | |
|---|---|---|
| Exhibit Q to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential business organizing plans and strategies. | |
| Exhibit R to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential business organizing plans and strategies. | |
| Exhibit S to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Contains confidential business organizing plans and strategies. | |
| Exhibit 5 to Declaration of Jennifer Friedenbach in Support of Plaintiffs' Opposition to Defendants' Fifth Motion to Dismiss | Contains confidential business organizing plans and strategies and the names of non-parties. | |
| Exhibit 8 to Declaration of Jennifer Friedenbach in Support of Plaintiffs' Opposition to Defendants' Fifth Motion to Dismiss | Contains confidential business documents reflecting expenses. | |
| Exhibit 10 to Declaration of Jennifer Friedenbach in Support of Plaintiffs' Opposition to Defendants' Fifth Motion to Dismiss | Contains confidential business organizing plans and strategies. | |
| Exhibit 11 to Declaration of Jennifer Friedenbach in Support of Plaintiffs' Opposition to Defendants' Fifth Motion to Dismiss | Contains confidential business organizing plans and strategies. | |

| Exhibit 12 to Declaration of Jennifer Friedenbach in Support of Plaintiffs' Opposition to Defendants' Fifth Motion to Dismiss | Contains confidential business organizing plans and strategies. | |

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE