| | |
|---|---|
| 1 | EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP |
| 2 | Vasudha Talla, SBN 316219 |
| 3 | Zoe Salzman, *admitted pro hac vice* |
|   | Vivake Prasad, *admitted pro hac vice* |
| 4 | Bianca Herlitz-Ferguson, *admitted pro hac vice* |
|   | 600 Fifth Avenue |
| 5 | New York, New York |
| 6 | Telephone: (212) 763-5000 |
|   | zsalzman@ecbawm.com |
| 7 | |
| 8 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| 9 | JOHN THOMAS H. DO (SBN 285075) |
|   | jdo@aclunc.org |
| 10 | WILLIAM S. FREEMAN (SBN 82002) |
|   | wfreeman@aclunc.org |
| 11 | 39 Drumm Street |
| 12 | San Francisco, CA 94111 |
|   | Telephone: (415) 293-6333 |
| 13 | |
|   | LAWYERS' COMMITTEE FOR CIVILRIGHTS |
| 14 | OF THE SAN FRANCISCO BAY AREA |
|   | Nisha Kashyap, SBN 301934 |
| 15 | Andrew Ntim, SBN 347084 |
|   | 131 Steuart Street, Ste. 400 |
| 16 | San Francisco, CA 94105 |
| 17 | Telephone: (415) 543-9444 |
|   | nkashyap@lccrsf.organtim@lccrsf.org |
| 18 | |
|   | *Attorneys for Plaintiffs* |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF ZOE SALZMAN**<br><br>**Judge:** The Hon. Donna M. Ryu |

I, Zoe Salzman, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs and admitted before this Court *pro hac vice* in this matter. I submit this declaration in opposition to Defendants' fifth motion to dismiss.

2. Attached here as Exhibit 1 is a true and correct copy of excerpts from the deposition of Sarah Cronk at 95:14-96:10; 97:3-15; 109:7-111:6; 116:14-117:6; 183:9-185:6; 186:3-15; 211:17-213:22; 217:9-218:23; 226:24-227:3; 265:10-17; 266:9-25.

3. Attached here as Exhibit 2 is a true and correct copy of excerpts from the deposition of Joshua Donohoe at 99:16-100:8; 102:1-25.

4. Attached here as Exhibit 3 is a true and correct copy of excerpts from the deposition of David Martinez at 113:16-114:13; 143:3-144:15.

5. Attached here as Exhibit 4 is a true and correct copy of excerpts from the deposition of Molique Frank at 173:2-12.

6. Attached here as Exhibit 5 is a true and correct copy of excerpts from the deposition of Toro Castano at 114:11-20; 142:14-143:3.

7. Attached here as Exhibit 6 is a true and correct copy of excerpts from the deposition of Carlos Wadkins at 25:22-28:11; 127:16-128:1; 128:23-129:5; 130:1-4.

8. Attached here as Exhibit 7 is a true and correct copy of the Bag & Tag policy (Dkt. No. 193-4).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in New York, New York on February 6, 2025.

Dated: February 6, 2025

                                            */s/ Zoe Salzman*
                                            Zoe Salzman