# EXHIBIT 1

Salzman Declaration

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3  - - - - - - - - - - - - - - - - - -

 4  COALITION ON HOMELESSNESS; TORO  )

 5  CASTANO; SARAH CRONK; JOSHUA     )

 6  DONOHOE; MOLIQUE FRANK; DAVID    )

 7  MARTINEZ; TERESA SANDOVAL;       )

 8  NATHANIEL VAUGHN,                )

 9          Plaintiffs,              ) CASE NO.

10  v.                               ) 4:22-cv-05502-DMR(LJC)

11  CITY AND COUNTY OF               )

12  SAN FRANCISCO, et al.,           )

13          Defendants.              )

14  - - - - - - - - - - - - - - - - - -

15

16

17        VIDEOTAPED DEPOSITION OF SARAH A. CRONK

18              MONDAY, SEPTEMBER 23, 2024

19

20

21          BEHMKE REPORTING AND VIDEO SERVICES, INC.

22                  BY:  MARY J. GOFF, CSR NO. 13427

23                  550 CALIFORNIA STREET, SUITE 820

24                  SAN FRANCISCO, CALIFORNIA  94104

25                      (415) 597-5600
```

```
1         A     Probably around 2015 or so.
2         Q     And with what frequency do you think you
3    would go to Coalition on Homelessness' office in a
4    given year?
5         A     Probably once.
6         Q     Has Coalition ever given you a tent?
7         A     I don't remember.
8         Q     Have they ever given you like a cart to
9    push or move your belongings?
10        A     No.
11        Q     Have they ever offered you storage for
12   your personal belongings?
13        A     No.
14        Q     Have you ever gotten, like, Know Your
15   Rights info from Coalition on Homelessness?
16        A     Yes.
17        Q     And what can you tell me about that
18   information that you have gotten with respect to
19   Know Your Rights?
20        A     I don't know if I understand the question.
21        Q     So would Coalition on Homelessness give
22   you, like, a flyer that would say:  Know Your
23   Rights?
24        A     Yes.
25        Q     When do you think you first saw a flyer
```

1  from Coalition about knowing your rights?

2      A    Probably around the same time I found out

3  about them.

4      Q    So fair to say sometime around 2011?

5      A    Yeah.

6      Q    And how often do you think you would see

7  documents like that reminding you of what your

8  rights were from Coalition on Homelessness?

9      A    Pretty frequently.  Maybe every few months

10  or so.  But of course while I was in the City.

11      Q    Okay.  Have you ever asked for services

12  from Coalition on Homelessness that were declined?

13      A    No.

14      Q    Have you ever worked for the Coalition on

15  Homelessness as either an employee or an independent

16  contractor?

17      A    No.

18      Q    Have you ever been a volunteer with the

19  Coalition on Homelessness?

20      A    Not officially.

21      Q    Okay.  Well, what about unofficially?

22  Have you been a volunteer with the Coalition on

23  Homelessness?

24      A    Sure.

25      Q    And when was that?

1      A     I would say that was around the pandemic,

2   2 -- after 2020.

3      Q     And what did your volunteer activities

4   with the Coalition on Homelessness involve?

5      A     I would -- I have given out food,

6   distributed socks, spare sleeping bags, just had

7   conversations with people about what services are

8   available to them and tried to help my fellow person

9   who was outside.

10     Q     Have you ever gotten a sleeping bag from

11  Coalition on Homelessness?

12     A     Um-hum.

13     Q     How many sleeping bags have you gotten

14  from the Coalition on Homelessness?

15     A     I believe two.

16     Q     Okay.  And how many hours would you say

17  you have spent volunteering with the Coalition on

18  Homelessness?

19            ATTORNEY NTIM:  Objection.  Vague as to

20  time.

21            ATTORNEY MILLS:  And I just want to

22  clarify, because we have had two objecting

23  attorneys.

24            Which attorney is the speaking attorney

25  for the record?

```
 1      Q    And do you know if the camera was used for
 2  photos and videos of the encampments?
 3      A    It was not.
 4      Q    Okay.  And then what was the second type
 5  of laptop brand?
 6      A    That was also Windows.
 7      Q    And do you know when you started getting
 8  access to that computer?
 9      A    That was before -- it was actually right
10  before -- it got trashed right before I got the next
11  one, so at the end of 2021.
12      Q    So when you said that "it got trashed,"
13  can you elaborate what you mean by that?
14      A    Yeah.  During -- during the one of the
15  sweeps, it was thrown away when they took our tents.
16      Q    And this was Mr. Donohoe's laptop?
17      A    Yes.
18      Q    And just to clarify, this was the first
19  computer that you had access to --
20      A    Yes.
21      Q    -- of Mr. Donohoe's --
22      A    Yes.
23      Q    -- or Donohoe's?
24           Do you know the date that it was trashed?
25      A    I don't remember the specific date.
```

```
1        Q    Do you have a rough idea of what month and
2   year the computer was trashed?
3        A    I would say in -- probably in April 2022.
4        Q    And do you know if the computer was left
5   unattended?
6        A    No.
7        Q    Do you know where you were staying when
8   the computer was trashed in San Francisco?
9        A    Yes.  I was -- yes.
10       Q    And where was that?
11       A    Folsom and 9th.
12       Q    And did you see -- was it trashed by City
13  employees?
14       A    Yes.
15       Q    And did you see City employees take the
16  computer?
17       A    I did.
18       Q    And how did you know it was City
19  employees?
20       A    Because they wore uniforms.
21       Q    And what did the uniforms look like?
22       A    They -- it basically looks like -- like
23  jumpsuits, basically, for -- DPW workers wear when
24  they clean up.
25       Q    Did you ask for them to not throw the
```

1   computer away?

2        A    Yes.

3        Q    And what was the response?

4        A    They ignored me.

5        Q    Did Mr. Donohoe ask for the computer to

6   not be trashed as well?

7        A    Yes.

8        Q    Do you know if this was in the morning or

9   was it in the afternoon?

10       A    The morning.

11       Q    Do you have a rough idea of what time

12  of -- in the morning?

13       A    Probably around 6:00.

14       Q    6:00 a.m.?

15       A    Um-hum.

16       Q    On that day, were you given time to move

17  belongings?

18       A    Can you -- can you elaborate?  To -- A

19  given time?

20       Q    So how did you first come to interact with

21  City employees on that day in -- around April 2022?

22       A    They -- they pulled in front of our

23  encampments and immediately started picking things

24  up and putting them in their truck to dispose of.

25       Q    Did they ask you to gather any belongings

```
1        A     2022.
2        Q     And is that the only time you had camped
3   with Mr. Martinez?
4        A     Maybe the end of 2021.
5        Q     When is the first time you think you first
6   encountered Mr. Martinez?
7        A     Around the end of 2021.
8        Q     Did you ever stay in a -- in a tent with
9   Mr. Martinez?
10       A     No.
11       Q     Did you share belongings with
12  Mr. Martinez?
13       A     No.
14       Q     Have you ever witnessed Mr. Martinez's
15  property get destroyed?
16       A     Yes, I have.
17       Q     And what did you see of Mr. Martinez's
18  property get destroyed?
19       A     Everything.
20       Q     Do you know when that was?
21       A     It was June 2022.
22       Q     And that was behind the Target?
23       A     Yes.
24       Q     Do you know -- did he tell you what items
25  he lost that day?
```

```
 1        A    Yes, I had some idea.

 2        Q    And what were those items?

 3        A    He had -- he had a tent, a -- all his

 4   clothes, a sleeping bag, a phone, laptop, his

 5   documents, his medication.  I believe he had a bike

 6   as well.

 7             I don't know the extent of anything else.

 8        Q    Do you know if Mr. Martinez was there on

 9   June -- in -- sorry.  Strike that.

10             Do you know if Mr. Martinez was there in

11   June of 2022 to witness his property being taken?

12        A    He was not.

13        Q    Do you know where Mr. Martinez was?

14        A    I believe he at a medical appointment.

15        Q    Do you know if Mr. Martinez had asked

16   somebody to keep his stuff safe?

17        A    Yes.

18        Q    Do you know who he asked?

19        A    I don't know her name.

20        Q    Can you describe her generally?

21        A    She was short, probably around 5 foot,

22   late 30s.  I don't know.  Blonde or brownish hair.

23        Q    And do you know if this woman stayed to

24   watch Mr. Martinez's stuff?

25        A    I think she did for a period of time and
```

```
 1   violations in connection with that --
 2        A    No.
 3        Q    -- incident?
 4             Are there any other incidents in 2018 that
 5   you can recall where you experienced property
 6   destruction outside of this instance next to the bus
 7   stop in the Tenderloin?
 8        A    No.
 9        Q    And then in 2019, were there instances
10   where you experienced property destruction?
11        A    Yes.
12        Q    And how many instances in 2019 do you
13   think you experienced property destruction?
14        A    I would say three or four times.
15        Q    And let's start with the first one.
16             Do you recall when the first one took
17   place?
18        A    Yeah, it was a -- it was at the beginning
19   of the year, and I'm not sure.  January or February.
20        Q    And do you know where you were staying?
21        A    I was in Clara Alley.
22        Q    So that's Clara Alley?
23        A    Clara Alley, yes.
24        Q    And can you spell that, if you know?
25        A    C-L-A-R-A.
```

```
 1      Q    And how long had -- had you been staying
 2  in Clara Alley?
 3      A    A night.
 4      Q    And what property do you claim was wrongly
 5  taken?
 6      A    My backpack.  Yeah, just -- just the bags
 7  that I had.
 8      Q    And what was in the backpack?
 9      A    All of my clothing, blankets, my
10  paperwork, art supplies, some food.
11      Q    What kind of food was taken?
12      A    I don't remember.  I think candy.
13      Q    Do you know if it was open, the candy, if
14  it was --
15      A    It --
16      Q    -- open?
17      A    -- might have been open.
18      Q    And do you know if your art supplies were
19  visible to the naked eye --
20      A    No --
21      Q    -- in plain sight?
22      A    -- they were not.
23      Q    Were you given notice that you were going
24  to have to move?
25      A    No.
```

```
 1      Q    Were you given an opportunity to pack up
 2  your belongings once the City employees arrived?
 3      A    No.
 4      Q    So you weren't given any time to try to
 5  move your belongings whatsoever?
 6      A    No.
 7      Q    Did you report this incident to anybody?
 8      A    I did not.
 9      Q    Did you write it down anywhere?
10      A    No.
11      Q    What is the second instance in 2019 that
12  you can remember?
13      A    The second incidence was in Fern Alley.
14      Q    And do you know if there was a cross
15  street with Fern Alley?
16      A    Polk Street.
17      Q    Do you know if this is considered one of
18  the hotspot areas that we talked about earlier where
19  homeless individuals recommend to one another that
20  they should try to avoid, if they can?
21      A    Are you asking if I know now or I knew
22  then?
23      Q    Then.
24      A    I did not.
25      Q    Is that an area now that is known as being
```

1  a hotspot that individuals should try to avoid?

2       A    Yes.

3       Q    And what items do you think you lost in

4  this second instance in 2019 at Fern Alley and Polk?

5       A    I lost my tents.  I lost all of my -- my

6  documents.  I lost all of my clothing.  I lost some

7  of the -- the artwork that I was making.  Shoes,

8  backpacks.  That's -- that's all I can --

9       Q    That's all?

10      A    -- yeah.

11      Q    And when you say "documents," what do you

12 mean by "documents"?

13      A    Paperwork.  Like, my -- my -- one of my --

14 my California ID, one of my wallets, cards, and

15 phone numbers.

16      Q    Was it your practice at that time to not

17 keep your ID and wallet on your person when you left

18 your tent?

19      A    I did most of the time.  But at that

20 particular time, I didn't have it.

21      Q    And were you present -- physically present

22 when they were taking your property?

23      A    I was not.

24      Q    How long had you not been there?

25      A    About 10 minutes.

1      A    No.

2      Q    And how long were you asleep?

3      A    Probably 15 minutes.

4      Q    And did your tent have food in it?

5      A    Yes.

6      Q    And your tent wasn't thrown away that day?

7      A    No.

8      Q    Was anything inside of the tent thrown

9  away that day?

10      A    No, nothing inside.

11      Q    So just to clarify, was it the backpack,

12  the cooler, and the wagon that was discarded?

13      A    Yes.

14      Q    And those were all items that were outside

15  of your tent?

16      A    Yes.

17      Q    Okay.  What's the next incident that

18  you -- where your property was taken in 2023 --

19  sorry -- 2022?

20      A    It was in May.

21      Q    And can you -- was that at 9th and Folsom?

22      A    Yes.

23      Q    Do you know the day?

24      A    I don't know the day.

25      Q    Was it in the morning or in the afternoon?

```
 1      A    It was in the morning.
 2      Q    And can you describe what happened that
 3  day?
 4      A    Yes.  That day they -- they came, and they
 5  brought a few trucks.  And they woke us up, and
 6  again, they told us they needed to clean underneath
 7  our tents.
 8           They told us they would come back in
 9  30 minutes, so they waited for us to pack up.  We
10  were trying to pack up.  And we got a few things
11  together, but like they -- they were like:  We're
12  back, and we have to -- we have to continue doing
13  this.
14           So the stuff that we didn't move, they
15  picked up and they put on their truck, including our
16  tent, our tarp, our blankets, clothing, my
17  skateboard.
18      Q    And do you know if the tent had the red
19  hazard bin inside of it for Mr. Donohoe needles?
20      A    I don't remember.
21      Q    Did you have art supplies in the tent?
22      A    Yes.
23      Q    Did you have food inside of the tent?
24      A    Yes.
25      Q    Do you know what the condition of the tent
```

1   was?

2       A    The tent was in good shape.

3       Q    Would you describe it as being a "little

4   weathered," as you described the tent earlier on in

5   your testimony?

6       A    Maybe like a stain or two.  But for the

7   most part, it was -- it looked good -- looked

8   fairly -- fairly good.

9       Q    Do you know how long you had had that

10  tent?

11      A    I think we had it for about a week.

12      Q    Do you know what the weather was like

13  during that period of time?

14      A    I just remember it being cold.

15      Q    Was there mud?

16      A    There was no mud.

17      Q    So I understand you had at least

18  30 minutes to move your belongings.

19           Did you get any notice prior to the days

20  leading up to that incident that the City would be

21  coming?

22      A    No.

23      Q    At this point in time did you think that

24  this was a hotspot that the City was frequenting --

25  frequenting very often, that you were at risk from

```
 1   incident was going to be taking place that day?
 2       A    No.
 3       Q    Were you given any time to move your
 4   belongings before you were in the shower?
 5       A    No.
 6       Q    And what about after you were in the
 7   shower?  Were you given any additional time?
 8       A    No.
 9       Q    Are there any other instances in 2022 that
10   you witnessed property destruction?
11       A    September of 2022.
12       Q    And do you know if that was at the
13   beginning of the month or at the end of the month?
14       A    I don't recall.
15            THE COURT STENOGRAPHER:  Did you say
16   September or December?
17       A    September.  I'm sorry.
18            THE COURT STENOGRAPHER:  Thank you.
19       Q    (BY ATTORNEY MILLS) And do you know if it
20   was in the morning or in the afternoon?
21       A    It was in the morning and the afternoon.
22       Q    So were there two instances?
23       A    Well, it began in the morning and
24   continued on in the afternoon.
25       Q    And where was the location?
```

1        A      9th and Folsom.

2        Q      And what did you lose that day?

3        A      Pretty much everything we had.

4        Q      And can you describe what that involved?

5        A      That was our -- our tent, our cleaning

6   supplies, our clothing, our backpacks, our laptop --

7   my partner's laptops, art, art supplies, shoes,

8   food, toiletries, paperwork, notebooks.

9        Q      Do you know if the red hazard bin was

10  inside of the tent?

11       A      I don't remember.

12       Q      Did you have food inside of the tent?

13       A      Yes.

14       Q      What kind of food did you have inside of

15  the tent?

16       A      We had some canned food and some bags of

17  candy, some bags of -- or containers of nuts.

18       Q      And were the candy -- was the candy open?

19       A      It was not.

20       Q      Were the containers of nuts open?

21       A      Yes.

22       Q      Any other food?

23       A      Not that I remember.

24       Q      Any propane tanks?

25       A      No.

1  you circled in that location?

2      A    A few months.

3      Q    Is this what your tent looked like in

4  September of 2022?

5      A    No.

6      Q    And what was different?

7      A    It -- in September of 2022, if I remember

8  correctly, I think we had a different tent with the

9  same tarp over it and it was a little bit smaller.

10     Q    Is it common to change tents as a person

11 experiencing homelessness on the streets of

12 San Francisco?

13     A    Yes.

14     Q    Like how often would you typically change

15 out your tent?

16     A    Every couple of weeks to every couple of

17 months.

18     Q    And would you have to buy them yourself or

19 are you able to access tents for free through

20 various organizations that may provide them?

21     A    There were a few organizations that would

22 provide tents sometimes, if they had them, but most

23 of the time we would have to buy them.

24     Q    And do you know what organizations

25 provided tents in 2022?

1      A    I think the Coalition did provide some

2    tents.  Let's see.  At The Crossroads was an

3    organization that also provided tents.

4      Q    Do you know if the tent illustrated on

5    page 2 of Exhibit 6 was provided by an organization

6    or was it a tent that you purchased?

7      A    It was as tent that we purchased.

8      Q    Do you know how much you purchased the

9    tent for?

10     A    $200, roughly.

11     Q    And do you have any receipts for that

12   tent?

13     A    No.

14     Q    Did you have any furniture inside of the

15   tent?

16     A    We had a chair.

17     Q    Just one chair?

18     A    Yes.

19     Q    And what kind of chair was that?

20     A    Like a little stool type of thing.

21     Q    And did you have any bedding materials

22   inside of that tent?

23     A    Yes.

24     Q    And what kind of bedding materials did you

25   have?

1      A     Three.

2      Q     And how many backpacks of yours do you

3  think the City and County of San Francisco has

4  destroyed between 2018 and the present?

5      A     At least ten.

6      Q     How many pots and pans do you think that

7  the City has stolen of yours between 2018 and

8  present day?

9      A     About five.

10     Q     How many cell phones do you think that the

11 City has destroyed that belonged to you between the

12 period of 2018 and present day?

13     A     Two cell phones.

14     Q     And how many laptops that belonged to you

15 do you think that the City destroyed between 2018

16 and the present day?

17     A     One laptop.

18     Q     And how many tablets do you think that the

19 City destroyed between 2018 and present day?

20     A     No tablets.

21     Q     How many paint containers do you think

22 that the City destroyed of yours between 2018 and

23 present day?

24     A     I -- I don't know.  More than 50.

25     Q     How many paintbrushes do you think that

```
 1   the City destroyed between 2018 and present day?
 2        A    At least 40.
 3        Q    How many notebooks do you think that the
 4   City destroyed between 2018 and present day?
 5        A    I don't know.  10 or 20.
 6        Q    How many wallets of yours do you think
 7   that the City stole between 2018 and present day?
 8        A    Three.
 9        Q    How many identification cards do you think
10   the City stole between 2018 and present day?
11        A    Two.
12        Q    How many cards for other government
13   business -- benefits do you think that the City
14   stole between 2018 and present day?
15        A    Four or five.
16        Q    And has the City ever destroyed your
17   Social Security card?
18        A    Yes.
19        Q    And how many times did the City destroy
20   your Social Security card?
21        A    Between 2018 and the present day?
22        Q    Yeah.
23        A    Once.
24        Q    And do you know what date that was?
25        A    I -- that was -- that was September.
```