# EXHIBIT 2

Salzman Declaration

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,        )
 6   et al.,                           )
 7                Plaintiffs,          ) CASE NO.
 8   v.                                ) 4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN            )
10   FRANCISCO, et al.,                )
11                Defendants.          )
12   - - - - - - - - - - - - - - - - - -
13
14        TRANSCRIPT AND/OR ITS EXHIBITS MAY CONTAIN
15         INFORMATION SUBJECT TO A PROTECTIVE ORDER
16
17         VIDEOTAPED DEPOSITION OF JOSHUA DONOHOE
18                TUESDAY, NOVEMBER 12, 2024
19
20
21             BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                      BY:  CYNTHIA TURI, CSR NO. 11812
23                      550 CALIFORNIA STREET, SUITE 820
24                      SAN FRANCISCO, CALIFORNIA  94104
25                                      (415) 597-5600
```

```
 1  together.  Those were the two that I had actually
 2  built -- like, rebuilt, and got back up and running.  At
 3  least, could turn back on.
 4          And that would have been -- that would have been
 5  pre -- I think pre-COVID, so 2019ish, yeah.
 6      Q.  And so that's two laptops.
 7          When is your recollection of when the
 8  third laptop was taken?
 9      A.  That one was taken in August of 2022.
10      Q.  And were you there when the laptop was taken?
11      A.  No.
12      Q.  You weren't?
13      A.  No.
14      Q.  Where was the laptop?
15      A.  It was amongst the rest of my belongings.
16      Q.  And where were you staying in August of 2022
17  when the laptop was taken with the -- from your
18  belongings?
19      A.  13th and -- I can't to remember if it was
20  Folsom.  It was across -- on the other side of the block
21  that we normally stay on 13th.
22          So it was on that same block.
23      Q.  Was Ms. Cronk there when the laptop was taken?
24      A.  No.
25      Q.  So was Ms. Cronk with you when the laptop was
```

```
 1  taken?
 2       A.  Yes.
 3       Q.  So if you weren't there when the laptop was
 4  taken, how do you know that it was DPW?
 5       A.  A good friend of ours was watching our stuff,
 6  and we were gone for just a couple of hours.  And then
 7  we came back.  He was not there.  All of our stuff was
 8  not there, and the ground was wet from power washing.
 9       Q.  And who was the friend that was supposed to be
10  watching your stuff?
11       A.  I know him as Kid.
12       Q.  Kid?
13       A.  Uh-huh.
14       Q.  K-i-d?
15       A.  Yes.
16       Q.  Do you know if Kid has a last name?
17       A.  I'm sure he does, but I don't know it.
18       Q.  Can you describe Kid's general appearance for
19  me?
20       A.  He's a little shorter than me.  He has glasses,
21  curly hair, brown hair, yeah.  I mean, he's, like, half
22  Hispanic or -- yeah, half Hispanic and half white.
23       Q.  Did you hear from Kid after the incident in
24  August of 2022 where the laptop was taken from your
25  belongings?
```

```
 1        A.   Like, after August 15th.
 2        Q.   Did you know that DPW was going to come that
 3   day?
 4        A.   No.
 5        Q.   What all did you lose in addition to the laptop?
 6        A.   A tent -- actually, two tents, laptop, art
 7   supplies, a cell phone, tools, clothes, food.  That's
 8   about it, that I can remember.
 9        Q.   And what type of art supplies do you think were
10   lost that day?
11        A.   Painting supplies, markers, canvases, actual
12   paint, and, you know, fabric that both Sarah and I had
13   made, yeah.
14        Q.   And were these painting supplies kept out in the
15   open, inside of a tent?
16        A.   Not normally.  Yeah.
17        Q.   Do you know where they were stored on this day
18   in August of 2022?
19        A.   Yeah.  In a -- in a -- in a big bin along with
20   most of the other stuff that we had.
21        Q.   Was that bin inside of the tent, outside of the
22   tent?  Can you describe for me where it was?
23        A.   Yeah.  It was inside the tent, away from the
24   door.  It was actually part of the wall that helped the
25   tent, like, stay up in the wind.
```