# EXHIBIT 3

Salzman Declaration

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,         )
 6   et al.,                            )
 7              Plaintiffs,     ) CASE NO.
 8   vs.                        ) 4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN             )
10   FRANCISCO, et al.,                 )
11              Defendants.     )
12   - - - - - - - - - - - - - - - - - - -
13
14
15
16        VIDEOTAPED DEPOSITION OF DAVID MARTINEZ
17              TUESDAY, OCTOBER 15, 2024
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA  94104
25                               (415) 597-5600
```

```
 1      Q.   I see.
 2           So you might have lived with Jezzeille Murdock
 3   when you were in the Navigation Center on Mission?
 4      A.   Yeah.  Yes.
 5      Q.   Did she live with you in the encampment
 6   community on -- oh, shoot.
 7      A.   13th?
 8      Q.   Thank you.
 9      A.   Yes.  Yeah.
10      Q.   Okay.  You said maybe Darrah Reasor.
11           Anything, like, coming to mind?
12      A.   Mm-mm.
13      Q.   Okay.  And what about Garrett Washington?
14      A.   Mm-mm.
15      Q.   Still nothing?  Okay.
16           Are you familiar with the Coalition on
17   Homelessness?
18      A.   Yes.
19      Q.   Okay.  What do you know about it?
20      A.   Not much.  Just they help me out, you know, and
21   I offered to help, because I would volunteer my help
22   whenever I could.
23      Q.   How did the Coalition on Homelessness help you
24   out?
25      A.   They always come around, you know, let us know
```

```
 1   how close we were to getting housing or -- or where to
 2   be.  Because there would be, like, certain -- certain
 3   days where -- I don't know if it was the police or
 4   somebody else would come, and they would pick a certain
 5   amount of people from the group and they would house
 6   them.  So they would tell us where to go for that.
 7        Q.   So your recollection is that at some points the
 8   City had some shelter capacity, and the people from the
 9   Coalition on Homelessness were coming out letting you
10   know where to be to meet up with the City employees --
11        A.   Yeah.
12        Q.   -- if you wanted housing?
13        A.   Yeah.
14        Q.   Any other, like, services or ways they helped
15   you out?
16        A.   Not really.  I wasn't wanting to stick around
17   if it wasn't going to happen.  You know, I kind of knew
18   right up front, so just, like, walk away from it.
19        Q.   Yeah.
20             Have you ever seen people from the Coalition on
21   Homelessness as observers at resolutions?
22        A.   Sometimes.  Not very often, but, yeah, once or
23   twice.
24        Q.   Did you talk to them when that happened?
25        A.   No.  I was too busy packing up.
```

```
 1      A.   In my -- no.  In my opinion, no.  I don't think
 2   it ever existed.  I've never seen it.
 3      Q.   So is it your belief, as you sit here today,
 4   that the City bag-and-tag policy doesn't actually exist?
 5      A.   To my knowledge, yeah.  I remember -- I
 6   remember the cops telling us if we had a note, tape
 7   something to our tent if we weren't there for some
 8   reason.
 9           Like, I had to go to an appointment.  When I
10   was coming back from the appointment, they were -- they
11   were taking my tent and everything else and throwing it
12   in the back of a garbage truck, but I had a note taped
13   to it, you know, to the front of the tent.  So --
14      Q.   Yeah.
15      A.   -- they shouldn't have did that, but they did.
16      Q.   And so that's, for you, when you had to kind of
17   step away from your tent, something you would sometimes
18   do is leave a note.
19           What would the note say?
20      A.   Just that I had an appointment at so-and-so
21   place, and I'd be back by this time.
22      Q.   Okay.
23      A.   Basic, you know.
24      Q.   Why would you leave that note?
25      A.   Because we were told to.
```

1   Q.  Okay.  Who told you to do that?
2   A.  The police.
3   Q.  And, like, just mechanically, how do you attach
4   it to your tent?  Is it tape?
5   A.  Oh, I would pin it.  I would pin it.  Because I
6   knew tape wouldn't hold a lot of times.  It's windy
7   under that bridge, so I would pin it, yeah.
8   Q.  Do you believe that you've ever seen a City
9   employee violate the bag-and-tag policy?
10  A.  Yeah.  When I was coming home that day and the
11  cop just told me just -- you know, if I didn't walk
12  away, that I was going to get arrested.  I don't know
13  why, but that's what he said to me, so I kept going.
14  But everything I had, everything I owned was gone.  They
15  threw it in the back of a garbage truck for no reason.
16  Q.  So other than the one occasion you're just
17  describing, do you ever recall observing a City employee
18  violate the bag-and-tag policy?
19  A.  I've never actually seen it done, so I don't
20  know.  I know that they were supposed to, but, like I
21  said, I don't know.  I've never seen it done.
22  Q.  Yeah.  This is helpful.
23      So when I'm talking about the City bag-and-tag
24  policy, what does that mean to you?
25  A.  That DPW is supposed to put your belongings in