# EXHIBIT 4

Salzman Declaration

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,        )
 6   et al.,                           )
 7                  Plaintiffs,        ) CASE NO.
 8   v.                                ) 4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN            )
10   FRANCISCO, et al.,                )
11                  Defendants.        )
12   - - - - - - - - - - - - - - - - - -
13
14
15         VIDEOTAPED DEPOSITION OF MOLIQUE R. FRANK
16                 MONDAY, OCTOBER 21, 2024
17                 PAGES 126 - 228; VOLUME 2
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA  94104
25                            (415) 597-5600
```

```
 1      A.   No.  No.  Sorry.
 2      Q.   What items did the City take from you on this
 3  occasion before January 26, 2022?
 4      A.   My whole tent.  Everything was in the tent,
 5  like my clothes and stuff.
 6      Q.   So to your memory, sometime before January 26,
 7  2022, there was an occasion where the City took your
 8  stuff from Dore Alley, and when you returned, there was
 9  literally nothing left --
10      A.   Yeah, yeah.
11      Q.   -- is that right?
12      A.   Yeah.
13      Q.   When did you acquire the baseball trading cards
14  that you believe the City took on January 26, 2022?
15      A.   Well, I had them a long time.  I had them
16  awhile, but I can't remember when specifically.
17      Q.   Did you have them when the City -- you believe
18  the City took your property sometime before January 26,
19  2022?
20      A.   No.
21      Q.   Okay.  So sometime between when that first
22  resolution happened and January 26th, you acquired all
23  these baseball --
24      A.   I acquired those, yeah.
25      Q.   How much did you pay for the baseball cards?
```