# EXHIBIT 5

Salzman Declaration

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3
4   - - - - - - - - - - - - - - - - - - -
5   COALITION ON HOMELESSNESS,         )
6   et al.,                            )
7                 Plaintiffs,          )  CASE NO.
8   vs.                                )  4:22-cv-05502-DMR
9   CITY AND COUNTY OF SAN             )
10  FRANCISCO, et al.,                 )
11                Defendants.          )
12  - - - - - - - - - - - - - - - - - - -
13
14
15
16         VIDEOTAPED DEPOSITION OF TORO D. CASTAÑO
17                WEDNESDAY, OCTOBER 9, 2024
18
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA  94104
25                              (415) 597-5600
```

```
 1       Q.    And do you know when you needed to change
 2   laptops?
 3       A.    When I needed to change?
 4       Q.    Yes.
 5       A.    I'm not sure what you mean.
 6       Q.    So did you -- was there ever anytime where you
 7   had both laptops --
 8       A.    No.
 9       Q.    -- at once?
10       A.    No.
11       Q.    So why did you need to get a second laptop?
12       A.    The first one was destroyed.
13       Q.    Do you know when that was destroyed?
14       A.    August 21st.
15       Q.    Do you know what year?
16       A.    2021.  Was that the pandemic?  I think, yeah.
17       Q.    And do you still have the same laptop today
18   that replaced the one that was stolen -- or sorry --
19   destroyed on August 21st, 2020?
20       A.    No, definitely not.  I wish I did.
21       Q.    So right now is -- you don't have any laptop?
22       A.    I do.  Mine -- mine is a 2017 now, and that was
23   a 2006, I believe.
24       Q.    So let's go back to the first one that might
25   have been a 2006.
```

```
 1  objections or affirmations or...
 2  BY MR. MILLS:
 3      Q.   So if I am understanding the testimony, there
 4  is no document?
 5      A.   Per se --
 6      MR. FREEMAN:  Objection.
 7      THE WITNESS:  -- I don't know.  I wouldn't know.
 8      MR. NTIM:  Objection; misstates prior testimony.  He
 9  said that he was not aware of it.
10  BY MR. MILLS:
11      Q.   Did you have to pay any dues to the Coalition
12  on Homelessness?
13      A.   No.
14      Q.   Did the Coalition on Homelessness ever offer
15  you, personally, any services as an unhoused individual?
16      A.   Yes.
17      Q.   And what kind of services were you offered by
18  the Coalition?
19      A.   I think I was given a tent one time.  And Brian
20  was the first person I worked with.  He helped me to try
21  to resolve some of my financial issues and some citation
22  stuff.  Just practical things, I guess.
23      Q.   Do you know how many tents you were provided by
24  the Coalition on Homelessness?
25      A.   One.  And I'm not sure if it was from the
```

```
 1   Coalition.  It was from someone who worked there.  I
 2   think it was his personal tent.  So it might not have
 3   been from the Coalition.
 4        Q.   Do you know if the Coalition on Homelessness
 5   offered storage services to individuals?
 6        A.   I don't believe they did.  I think they were
 7   point -- they pointed people towards resources.
 8        Q.   And at any point while you've been unhoused,
 9   were you aware that the City offers storage for homeless
10   property?
11        A.   Yes.  I believe that's where they would refer
12   people to.
13        Q.   And what do you know about that programming
14   that the City has available?
15        A.   I've never participated in it.  I understand
16   that it's south of Market near 6th Street.
17        Q.   Do you know when you first learned about it?
18        A.   Early on.
19        Q.   Is it fair to say in 2020, you knew about
20   programming?
21        A.   Probably.  I think people in the street share a
22   lot of resources.  I'm sure someone told me there.
23        Q.   Do you know if the Coalition on Homelessness
24   helped unhoused individuals pool resources to locate
25   storage?
```