# EXHIBIT 4

Friedenbach Declaration

# FREE SCHOOL 2024

## COALITION ON HOMELESSNESS


Scan to RSVP

JOIN THE COALITION ON HOMELESSNESS FOR A SEQUENCE OF FREE WORKSHOPS DESIGNED TO ENHANCE YOUR SKILLS AS AN ORGANIZER.

When: Fridays
Time: 10:00 AM - 12:00 PM
Where: Hybrid
Address: 280 Turk St, San Francisco CA 94102


Scan for the zoom link

- **March 29th:** Community Organizing
- **April 5th:** Outreach and Base Building
- **April 12th:** Civics
- **April 19th:** City Budget
- **April 26th:** Trauma Informed Leadership
- **May 3rd:** Public Speaking and Persuasion

COH01528622