# EXHIBIT 5

Friedenbach Declaration

**FILED UNDER SEAL**