# EXHIBIT 6

Friedenbach Declaration

# McKinney-Vento Continuum of Care Homeless Programs
## Certification of Homelessness

Date (of enrollment into program): █████

To: McKinney-Vento Funded Continuum of Care Homeless Programs
From: Program Name and Agency

__Coalition on Homelessness__

Re: Certification of Homelessness for McKinney-Vento Funded Continuum of Care Homeless Programs

This will certify that (name of applicant): █████

(Social security number) █████

COALITION ON HOMELESSNESS

Meets the McKinney-Vento Funded Continuum of Care Homeless Programs guidelines defining homelessness. This applicant was living in the following situation at the time that she/he first contacted the application agency (please check one category that best describes the applicant's living situation and attach the appropriate documentation):

Street, parks, cars, or abandoned buildings (1) ██
Emergency shelter/ Emergency voucher (2) ___
Transitional housing facility (3) ___
Psychiatric facility (4) ___
Alcohol or drug treatment facility (4) Hospital (4) ___
Jail (4) ___
Eviction from private dwelling/hotel/motel (5) ___
Domestic violence shelter/fleeing domestic violence situations (6) ___

Is this client chronically homeless? (7)

(Yes*)    No    Unknown

*Please refer to the Chronically Homeless final definition and documentation requirements.

Name: █████ — COHSF organizer
(Print name and title of agency representative)

Signed: █████
(Signature of agency representative)

280 Turk St.
San Francisco, CA 94102
415.346.3740 TEL
415.775.5639 FAX
www.cohsf.org

COH01528599

McKinney-Vento Continuum of Care Homeless Programs
Certification of Homelessness

III. **If Self Certification is being used, explain the process or attempts made to get third party verification first:

N/A

COALITION ON HOMELESSNESS

Check here if all documentation is in case file: [✓]

Agency Staff Name and Title: ▉▉▉▉▉▉▉▉▉▉ (print) COHSF Organizer

Signature: ▉▉▉▉▉▉

Date: ▉▉▉▉▉▉

280 Turk St.
San Francisco, CA 94102
415.346.3740 TEL
415.775.5639 FAX
www.cohsf.org



COH01528597



COH01528601



COH01528596