# EXHIBIT 8

Friedenbach Declaration

**FILED UNDER SEAL**