# EXHIBIT 9

Friedenbach Declaration

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 1/31/2020 | 6530 |

**Bill To**
Street Sheet
Jason Law
280 Turk Street
San Francisco, CA 94102

**Ship To**
Street Sheet
280 Turk Street
San Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due Upon Receipt | | 1/31/2020 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 12,500 | SS08 Super | Street Sheet 8 page Super Tab February 2020 issue | 0.0636 | 795.00 |

1.5% per month will be charged on all overdue invoices.

**Total**  $795.00

CONFIDENTIAL COH01528623

MARINSUN PRINTING CO., INC.

3700 Bodega Ave,
Petaluma Ca. 94952

# Invoice

| Date | Invoice # |
|---|---|
| 10/2/2020 | 6586 |

| Bill To | Ship To |
|---|---|
| Street Sheet<br>Jason Law<br>280 Turk Street<br>San Francisco, CA 94102 | Street Sheet<br>280 Turk Street<br>San Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 10/2/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 9,000 | SS08 Super | Street Sheet 8 page Super Tab October 1 2020 issue all pages 4/color | 0.09 | 810.00 |

1.5% per month will be charged on all overdue invoices.

**Total**     $810.00

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 7/6/2021 | 6652 |

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 7/6/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab July 1, 2021 | 0.14083 | 845.00 |

| | Total | $845.00 |
|---|---|---|

CONFIDENTIAL

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 7/27/2021 | 6654 |

**PAID**

| Bill To | Ship To |
|---|---|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due Upon Receipt | | 7/27/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 7,000 | SS08 Super | Street Sheet 8 page Super Tab July 15, 2021 issue | 0.13071 | 915.00 |

**Total** $915.00

CONFIDENTIAL                                                                                                                                                       COH01528606

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 11/30/2021 | 6691 |

**PAID**

| Bill To | Ship To |
|---|---|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 11/30/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 8,000 | SS08 Super | Street Sheet 8 page Super Tab Dec. 1 2021 issue | 0.12125 | 970.00 |

**Total**  $970.00

CONFIDENTIAL                                                                 COH01528611

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 12/24/2021 | 6700 |

**PAID**

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 12/24/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 7,000 | SS08 Super | Street Sheet 8 page Super Tab Dec. 15 2021 issue | 0.13071 | 915.00 |

**Total** $915.00

CONFIDENTIAL COH01528612

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 7/2/2022 | 6756 |

**PAID**

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 7/2/2022 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 5,500 | SS08 Super | Street Sheet 8 page Super Tab July 1, 2022 issue | 0.14545 | 800.00 |

**Total** $800.00

CONFIDENTIAL                                                                                                          COH01528617

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 7/11/2022 | 6760 |

PAID

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 7/11/2022 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab July 15th 2022 | 0.15 | 900.00 |

**Total** $900.00

CONFIDENTIAL
COH01528618

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 12/4/2022 | 6800 |

**PAID**

| Bill To | Ship To |
|---|---|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 12/4/2022 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 5,000 | SS08 Super | Street Sheet 8 page Super Tab December 1, 2022 all 4/co;or | 0.196 | 980.00 |

| | Total | $980.00 |
|---|---|---|

CONFIDENTIAL                                                                                                           COH01528619

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 12/14/2022 | 6803 |

**PAID**

| Bill To | Ship To |
|---|---|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 12/14/2022 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 5,000 | SS08 Super | Street Sheet 8 page Super Tab December 15, 2022 issue all 4/color | 0.196 | 980.00 |

**Total** $980.00

CONFIDENTIAL    COH01528620

**MARINSUN PRINTING CO., INC.**                                          # Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 7/6/2023 | 6862 |

**PAID**

| Bill To | Ship To |
|---|---|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 7/6/2023 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 9,500 | SS08 Super<br>deliv | Street Sheet 8 page Super Tab  July 1 2023 all4/color<br>delivery to Berkeley | 0.10<br>50.00 | 950.00<br>50.00 |

**Total**    $1,000.00

CONFIDENTIAL                                                                                   COH01528607

# MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 7/13/2023 | 6865 |

**PAID**

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
Street Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 7/13/2023 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 9,500 | SS08 Super<br>deliv | Street Sheet 8 page Super Tab July 15, 2023 issue all 4/color<br>delivery Berkeley | 0.10<br>50.00 | 950.00<br>50.00 |

**Total** $1,000.00

CONFIDENTIAL                                                                                                                                    COH01528608

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 12/1/2023 | 6914 |

**PAID**

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 12/1/2023 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 8,000 | SS08 Super | Street Sheet 8 page Super Tab Dec 1 ,2023 Issue | 0.125 | 1,000.00 |
|  | deliv | delivery | 50.00 | 50.00 |

**Total** $1,050.00

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 12/14/2023 | 6911 |

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 12/14/2023 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 8,000 | SS08 Super | Street Sheet 8 page Super Tab Dec. 15, 2023 issue 8 pages all 4/color | 0.125 | 1,000.00 |
|  | deliv | delivery Berkeley | 50.00 | 50.00 |

**Total** $1,050.00

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 7/1/2024 | 6978 |

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 7/1/2024 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab July 1, 2024 | 0.14167 | 850.00 |

**Total**  $850.00

CONFIDENTIAL                                                                                                         COH01528613

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 7/16/2024 | 6984 |

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 7/16/2024 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab July 15, 2024 issue | 0.14333 | 860.00 |

**Total** $860.00

CONFIDENTIAL                                                                 COH01528614

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 12/5/2024 | 7031 |

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 12/5/2024 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4,500 | SS08 Super | Street Sheet 8 page Super Tab Dec.1, 2024 | 0.15111 | 680.00 |

**Total**  $680.00

CONFIDENTIAL
COH01528615

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 12/18/2024 | 7036 |

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

*PAID*

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 12/18/2024 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab December 15, 2024 issue | 0.14333 | 860.00 |

**Total** $860.00

CONFIDENTIAL                                                                                                  COH01528616