# EXHIBIT 10

Friedenbach Declaration

**FILED UNDER SEAL**