# EXHIBIT 11

Friedenbach Declaration

**FILED UNDER SEAL**