# EXHIBIT 12

Friedenbach Declaration

**FILED UNDER SEAL**