DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>       Plaintiffs,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>       Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**REPLY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hearing Date:  February 27, 2025<br>Time:        1:00 p.m.<br>Place:       Courtroom 4 – 3rd floor<br>              1301 Clay Street<br>              Oakland, CA 94612<br><br>Trial Date:     July 28, 2025 |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants timely filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed regarding certain documents submitted in connection with Defendants' Notice of Motion and Partial Motion to Dismiss the Third Amended Complaint on January 23, 2025. ECF No. 300. Any response from Plaintiffs was due within seven days, by January 30, 2025. Civil Local Rule 79-5(f)(3). Plaintiffs did not timely file any response. Additionally, the grounds for Plaintiffs' untimely sealing request is internally inconsistent. Plaintiffs claim they are requesting the identified records remain under seal because they contain information about Coalition's "legal and advocacy strategies," ECF No. 303, yet unsealed portions of Plaintiffs' Opposition to Defendants' Motion to Dismiss also discuss Coalition's legal and advocacy strategies. See e.g., ECF No. 304 at 8-9, 13-19. Plaintiffs also do not articulate any injury that may result from disclosure and make no showing or argument that Plaintiffs' request is narrowly tailored.

Dated:  February 10, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys


By:  ___s/Kaitlyn Murphy_____
KAITLYN MURPHY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT