1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-3857 (Wang)
8                (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
9                (415) 554-4223 (George)
                 (415) 355-3304 (Mills)
10 Facsimile:    (415) 554-4699
   E-mail:       edmund.wang@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
12               john.george@sfcityatty.org
                 steven.mills@sfcityatty.org
13

14 Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hearing Date: February 27, 2025<br>Time: 1:00 p.m.<br>Place: Courtroom 4 – 3rd floor<br>1301 Clay Street<br>Oakland, CA 94612<br><br>Trial Date: July 28, 2025 |

Pursuant to Civil Local Rules 7-11 and 75-5(f), Defendants submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed regarding certain documents submitted in connection with Defendants' Reply Brief in Support of Defendants' Notice of Motion and Partial Motion to Dismiss the Third Amended Complaint. Specifically, the documents subject to this Administrative Motion include:

| Document | Portions of Documents to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Defendants' Reply Brief in Support of Defendants' Notice of Motion and Partial Motion to Dismiss the Third Amended Complaint | Pages:<br>• Page 3:9<br>• Page 8:1-2<br>• Page 9:23-27<br>• Page 11:16<br>• Page 12:2-2<br>• Page 13:26-28<br>• Page 14:1<br>• Page 15:7-10 | Plaintiffs |
| Supplemental Declaration of Steven A. Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Pages:<br>• 1:10 | Plaintiffs |
| Exhibit A to the Supplemental Declaration of Steven A. Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | The entire exhibit. | Plaintiffs |

The above referenced documents contain information that Plaintiffs have designated as "Confidential" under the terms of the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information (ECF No. 127) in this action, or have moved to seal in connection with the pending motion to dismiss. Having reviewed the documents at issue, Defendants have no position on whether the aforementioned documents are entitled to protection. Defendants file the

aforementioned documents provisionally under seal in order to comply with the Civil Local Rules, Court's Standing Order, the Stipulated Protective, and Plaintiffs' request.

Along with this Administrative Motion, Defendants submit, the Declaration of Steven Mills in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, unredacted copies of the documents referenced above, and a proposed order.

Dated: February 13, 2025

                                  DAVID CHIU
                                  City Attorney
                                  YVONNE R. MERÉ
                                  EDMUND T. WANG
                                  KAITLYN MURPHY
                                  MIGUEL A. GRADILLA
                                  JOHN H. GEORGE
                                  STEVEN A. MILLS
                                  Deputy City Attorneys

                              By:    s/Steven A. Mills
                                  STEVEN A. MILLS

                                  Attorneys for Defendants
                                  CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT