1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-3857 (Wang)
8                (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
9                (415) 554-4223 (George)
                 (415) 355-3304 (Mills)
10 Facsimile:    (415) 554-4699
   E-mail:       edmund.wang@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
12               john.george@sfcityatty.org
                 steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

15                          UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17  COALITION ON HOMELESSNESS; TORO          Case No. 4:22-cv-05502-DMR
    CASTAÑO; SARAH CRONK; JOSHUA
18  DONOHOE; MOLIQUE FRANK; DAVID            **[PROPOSED] ORDER GRANTING
    MARTINEZ; TERESA SANDOVAL;               DEFENDANTS' ADMINISTRATIVE MOTION
19  NATHANIEL VAUGHN,                        TO CONSIDER WHETHER ANOTHER
                                             PARTY'S MATERIAL SHOULD BE SEALED**
20         Plaintiffs,
                                             Hearing Date:   February 27, 2025
21      vs.                                  Time:           1:00 p.m.
                                             Place:          Courtroom 4 – 3rd floor
22  CITY AND COUNTY OF SAN                                   1301 Clay Street
    FRANCISCO, et al.,                                       Oakland, CA 94612
23
           Defendants.                       Trial Date:     July 28, 2025
24

25

26

27

28

# [PROPOSED] ORDER

The Court, having fully considered the papers and arguments presented by the parties, hereby grants the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Defendants. The following documents will remain sealed, as follows:

| Document | Evidence of Offered in Support of Sealing | Order |
|---|---|---|
| Defendants' Reply Brief in Support of Defendants' Notice of Motion and Partial Motion to Dismiss the Third Amended Complaint<br>• Page 3:9<br>• Page 8:1-2<br>• Page 9:23-27<br>• Page 11:16<br>• Page 12:2-2<br>• Page 13:26-28<br>• Page 14:1<br>• Page 15:7-10 | | |
| Supplemental Declaration of Steven A. Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• Page 1:10 | | |
| Exhibit A to the Supplemental Declaration of Steven A. Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit. | | |

IT IS SO ORDERED.

DATE:_____

The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT