**REDACTED VERSION OF DOCUMENT PROVISIONALLY FILED UNDER SEAL**

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Hearing Date:  February 27, 2025<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    July 28, 2025<br><br>Attachments:   Exhibits A - F |

I, Steven A. Mills, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively, the "City"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. A true and correct copy of Exhibit 92 to the Deposition of Carlos Wadkins, taken on January 27, 2025, and entitled ███████████████████████████████ and produced by Plaintiffs in discovery as confidential with Bates numbers COH01481558 to COH01481570, is attached hereto as **Exhibit A**. Highlighting was added for emphasis.

3. A true and correct copy of the Coalition on Homelessness' What We Do, Learn More, and Ways to Give webpages, downloaded on February 12, 2025 from the Coalition on Homelessness website available at https://www.cohsf.org/annual-reports/, is attached hereto as **Exhibit B**.

4. A true and correct copy of the Coalition on Homelessness' What We Do, Learn More, and Ways to Give webpages from August 15, 2022, taken from the Wayback Machine Internet Archive on February 12, 2025, from

- https://web.archive.org/web/20220815100031/https://www.cohsf.org/what-we-do/
- https://web.archive.org/web/20220815103208/https://www.cohsf.org/get-involved/ways-to-give/
- https://web.archive.org/web/20220815103208/https://www.cohsf.org/get-involved/ways-to-give/

is attached hereto as **Exhibit C**.

5. A true and correct copy of the Coalition on Homelessness' What We Do, Learn More, and Ways to Give webpages from September 24, 2020, taken from the Wayback Machine Internet Archive on February 12, 2025, from

- https://web.archive.org/web/20200924142132/https://www.cohsf.org/what-we-do/

- https://web.archive.org/web/20200924144043/https://www.cohsf.org/what-we-do/resources/
- https://web.archive.org/web/20200924152719/https://www.cohsf.org/get-involved/ways-to-give/

is attached hereto as **Exhibit D**.

6. A true and correct copy of Plaintiffs' Third Amended Initial Disclosures & Amended Likely Trial Witness List dated January 24, 2025, with privacy redactions for non-party contact information, is attached hereto as **Exhibit E**.

7. A true and correct copy of highlighted excerpts from the transcript of the Deposition of Carlos Wadkins, taken on January 27, 2025 in connection with this case, is attached hereto as **Exhibit F**.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California on February 13, 2025

*/s/ Steven A. Mills*
STEVEN A. MILLS