# EXHIBIT C

## TO

## SUPPLEMENTAL DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

The Wayback Machine - https://web.archive.org/web/20220815100031/https://www.cohsf.org/what-we-do/

Coalition on Homelessness



COALITION ON HOMELESSNESS  /  WHAT WE DO

# WHAT WE DO

**WORKGROUPS**

**RESEARCH & REPORTS**

**STOLEN BELONGING**

**RESOURCES**



COALITION ON HOMELESSNESS
280 TURK ST.
SAN FRANCISCO, CA 94102

T: (415) 346-3740

  

**WHO WE ARE**

ACCOMPLISHMENTS
OUR TEAM

**WHAT WE DO**

WORKGROUPS
HOUSING JUSTICE
HUMAN RIGHTS
RESEARCH & REPORTS
STOLEN BELONGING
LEARN MORE!

**GET INVOLVED**

ACTION ALERTS
JOBS AND INTERNSHIPS
BE A HOUSED ALLY
GIVE CREATIVELY
STREET SHEET
DONATE
COH STORE!

© Copyright 2019 Coalition on Homelessness, San Francisco. All rights reserved.
Website Designed & Developed by Crystal Cross

The Wayback Machine - https://web.archive.org/web/20220815075109/https://www.cohsf.org/what-we-do/resources/

 Coalition on Homelessness

COALITION ON HOMELESSNESS  /  WHAT WE DO  /  LEARN MORE

# LEARN MORE

## ABOUT US

History & Accomplishments

Awards and Recognition

Annual Reports

## PUBLIC EDUCATION

Reports + Research

Stop the Sweeps

Know Your Rights Pamphlet (2019)

10 Things to Do When You See Homeless People in Crisis

Fact Sheet on SF Homelessness (Updated March 2022)

How to Be a Housed Ally (2020)

## MEDIA

Street Sheet

## FUNDRAISING

Ways to Give

## PARTNER ORGANIZATIONS









### WHO WE ARE

ACCOMPLISHMENTS
OUR TEAM

### WHAT WE DO

WORKGROUPS
HOUSING JUSTICE
HUMAN RIGHTS
RESEARCH & REPORTS
STOLEN BELONGING
LEARN MORE!

### GET INVOLVED

ACTION ALERTS
JOBS AND INTERNSHIPS
BE A HOUSED ALLY
GIVE CREATIVELY
STREET SHEET
DONATE
COH STORE!

COALITION ON
HOMELESSNESS
280 TURK ST.
SAN FRANCISCO, CA 94102

T: (415) 346-3740



© Copyright 2019 Coalition on Homelessness, San Francisco. All rights reserved.
Website Designed & Developed by Crystal Cross

The Wayback Machine - https://web.archive.org/web/20220815103208/https://www.cohsf.org/get-involved/ways-to-give/

 Coalition on Homelessness                                                                                ☰

COALITION ON HOMELESSNESS  /  GET INVOLVED  /  WAYS TO GIVE

# WAYS TO GIVE

*We are an independent, grassroots non-profit organization that does not accept government funding. We are a 501c3 and your donation is tax deductible. All donations sustain our tireless work eliminating poverty and homelessness in San Francisco.*

*Below are some more fun ways to donate. We appreciate you!*

Donate through Network for Good!: https://coalition.networkforgood.com/

*



We rely on a dedicated group of individual donors to make up the vast majority of our budget. Last year there were 520 individual donors (thanks!) and 60 of you gave us money every month (double thanks!)

\*\*\*

**Purchase Merchandise!**

We have Coalition hoodies & beanies and *STREET SHEET* masks & totes! Click here for our store!

**Need to Get Rid of an Old Car, RV, or Boat?**

Donate to Auction City and Support Homeless People!

You can donate your old car, boat, or RV to Auction City and the proceeds can help the Coalition on Homelessness. Visit **Auction City on-line** or call 1-800-574-0888 to make your donation or find out more information. You can also visit Vehicles for Charity or call 1-866-628-2277

\*\*\*

**Donate Items to Community Thrift:**

Donate to Community Thrift Store (623 Valencia St., San Francisco) to support the homeless community. All donations must be boxed or bagged. Make sure to designate your beneficiary as "Coalition on Homelessness" or "Account #205"
You can donate clothing; leatherwear; shoes; furniture; electronics; lamps; toys; bicycles; collectibles; books; magazines; artwork; housewares; music and movies; luggage; mirrors; jewelry and accessories; crutches; wheelchairs; walkers; and more!

\*\*\*

**House Party or Birthday Party Fundraiser:**

Gather your friends, family, and community for the Coalition on Homelessness by throwing a house party or birthday party and invite one of our staff members to talk about our campaigns. Call 415-346-3740 x 303 to learn more.

\*\*\*

**Donate your spare change automatically to the Coalition on Homelessness!**

**Link your debit card with RoundUp**

\*\*\*

**We are now accepting bitcoin donations:**

Pay with bitcoin

\*\*\* If you have other ways that you want to help and support the organization, please let us know.

Contact Development Director at development@cohsf.org or at (415) 346-3740 x 303.



| WHO WE ARE | WHAT WE DO | GET INVOLVED |
|---|---|---|
| ACCOMPLISHMENTS | WORKGROUPS | ACTION ALERTS |
| OUR TEAM | HOUSING JUSTICE | JOBS AND INTERNSHIPS |
|  | HUMAN RIGHTS | BE A HOUSED ALLY |
|  | RESEARCH & REPORTS | GIVE CREATIVELY |
|  | STOLEN BELONGING | STREET SHEET |
|  | LEARN MORE! | DONATE |
|  |  | COH STORE! |

COALITION ON HOMELESSNESS
280 TURK ST.
SAN FRANCISCO, CA 94102

T: (415) 346-3740



© Copyright 2019 Coalition on Homelessness, San Francisco. All rights reserved.
Website Designed & Developed by Crystal Cross