**EXHIBIT D**

**TO**

**SUPPLEMENTAL DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

The Wayback Machine - https://web.archive.org/web/20200924142132/https://www.cohsf.org/what-we-do/

Coalition on Homelessness



COALITION ON HOMELESSNESS  /  WHAT WE DO

# WHAT WE DO

| STREET SHEET | RESOURCES | WORKGROUPS |



COALITION ON
HOMELESSNESS
280 TURK ST.
SAN FRANCISCO, CA 94102

T: (415) 346-3740

  

**WHO WE ARE**

OUR TEAM
OUR BOARD
ACCOMPLISHMENTS

**WHAT WE DO**

WORKGROUPS
STREET SHEET
STOLEN BELONGING
LEARN MORE
STREET SHEET

**GET INVOLVED**

JOBS AND INTERNSHIPS
ACTION ALERTS
BUDGET JUSTICE
RESEARCH & REPORTS
EVENTS CALENDAR
GIVE CREATIVELY
DONATE
ARTAUCTION20

© Copyright 2019 Coalition on Homelessness, San Francisco. All rights reserved.
Website Designed & Developed by Crystal Cross

The Wayback Machine - https://web.archive.org/web/20200924144043/https://www.cohsf.org/what-we-do/resources/

 Coalition on Homelessness ☰

COALITION ON HOMELESSNESS  /  WHAT WE DO  /  LEARN MORE

# LEARN MORE

**ABOUT US**

Our History

Our Accomplishments

Awards and Recognition

Annual Reports

**PUBLIC EDUCATION**

Reports + Research

San Francisco Homelessness 101

Stop the Sweeps

**MEDIA**

Press Releases

Image Galleries

Video Archive

Street Sheet

**FUNDRAISING**

Ways to Give

**PARTNER ORGANIZATIONS**







## WHO WE ARE

OUR TEAM
OUR BOARD
ACCOMPLISHMENTS

## WHAT WE DO

WORKGROUPS
STREET SHEET
STOLEN BELONGING
LEARN MORE
STREET SHEET

## GET INVOLVED

JOBS AND INTERNSHIPS
ACTION ALERTS
BUDGET JUSTICE
RESEARCH & REPORTS
EVENTS CALENDAR
GIVE CREATIVELY
DONATE
ARTAUCTION20



COALITION ON HOMELESSNESS
280 TURK ST.
SAN FRANCISCO, CA 94102

T: (415) 346-3740



© Copyright 2019 Coalition on Homelessness, San Francisco. All rights reserved.
Website Designed & Developed by Crystal Cross

The Wayback Machine - https://web.archive.org/web/20200924152719/https://www.cohsf.org/get-involved/ways-to-give/

 Coalition on Homelessness ☰

COALITION ON HOMELESSNESS  /  GET INVOLVED  /  WAYS TO GIVE

# WAYS TO GIVE

*We are an independent, grassroots non-profit organization that does not accept government funding. We are a 501c3 and your donation is tax deductible. All donations sustain our tireless work eliminating poverty and homelessness in San Francisco.*

*Below are some fun ways to donate. We appreciate you!*

\*



\*

**Become a Donor or Monthly Sustainer:**

We rely on a dedicated group of individual donors to make up the vast majority of our budget. Last year there were 520 individual donors (thanks!) and 60 of you gave us money every month (double thanks!)

If you haven't already, please consider signing up for a one-time or recurring donation here:

**DONATE TO THE COALITION ON HOMELESSNESS**

You may also donate by sending a check addressed to **Coalition on Homelessness**, to 280 Turk St., San Francisco, CA 94102!

\*\*\*



**T-SHIRTS!**

\* $25 per t-shirt \*

*We have a LIMITED NUMBER of Coalition on Homelessness t-shirts available. We wont be doing another run of these t-shirts.*
*We only have medium, black tees left.*

Order here

\*\*\*



**TOTE BAGS!**

\* $10/bag\*

*We have a limited number of "30 Years of the Street Sheet" tote bags for sale, 100% canvas and $10 each!!*
Order here: http://cohsf.org/order-a-tote

\*\*\*

**Need to Get Rid of an Old Car, RV, or Boat?**

Donate to Auction City and Support Homeless People!

You can donate your old car, boat, or RV to Auction City and the proceeds can help the Coalition on Homelessness. Visit **Auction City on-line** or call 1-800-574-0888 to make your donation or find out more information. You can also visit Vehicles for Charity or call 1-866-628-2277

\*\*\*

**Donate Items to Community Thrift:**

Donate to Community Thrift Store (623 Valencia St., San Francisco) to support the homeless community. All donations must be boxed or bagged. Make sure to designate your beneficiary as "Coalition on Homelessness" or "Account #205"
You can donate clothing; leatherwear; shoes; furniture; electronics; lamps; toys; bicycles; collectibles; books; magazines; artwork; housewares; music and movies; luggage; mirrors; jewelry and accessories; crutches; wheelchairs; walkers; and more!

\*\*\*

**House Party or Birthday Party Fundraiser:**

Gather your friends, family, and community for the Coalition on Homelessness by throwing a house party or birthday party and invite one of our staff members to talk about our campaigns. Call 415-346-3740 x 303 to learn more.

\*\*\*

**Donate your spare change automatically to the Coalition on Homelessness!**

**Link your debit card with RoundUp**

\*\*\*

**We are now accepting bitcoin donations:**

Pay with bitcoin

\*\*\*

\*

If you have other ways that you want to help and support the organization, please let us know.

Contact Development Director at development@cohsf.org or at (415) 346-3740 x 303.



| WHO WE ARE | WHAT WE DO | GET INVOLVED |
|---|---|---|
| OUR TEAM | WORKGROUPS | JOBS AND INTERNSHIPS |
| OUR BOARD | STREET SHEET | ACTION ALERTS |
| ACCOMPLISHMENTS | STOLEN BELONGING | BUDGET JUSTICE |
| | LEARN MORE | RESEARCH & REPORTS |
| | STREET SHEET | EVENTS CALENDAR |
| | | GIVE CREATIVELY |
| | | DONATE |
| | | ARTAUCTION20 |

COALITION ON HOMELESSNESS
280 TURK ST.
SAN FRANCISCO, CA 94102

T: (415) 346-3740

  

© Copyright 2019 Coalition on Homelessness, San Francisco. All rights reserved.
Website Designed & Developed by Crystal Cross