# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

| **Date:** February 13, 2025 | **Time:** 10:04 a.m.- 6:25 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness v. City and County of San Francisco | |

**For Plaintiffs:** Vasudha Talla, Emery Celli Brinckerhoff Abady Ward & Maazel and William S. Freeman, American Civil Liberties Union, counsel for Plaintiffs.

**For Defendants:** Kaitlyn M. Murphy and John George, San Francisco City Attorney's Office, counsel for Defendants.

| **Deputy Clerk:** Brittany Sims | **Reported by:** Not Recorded |
|---|---|

## PROCEEDINGS

Settlement Conference held. The case did not settle. The parties agreed to certain next steps, and a tentative date of February 20, 2025, 10:00 am for the next settlement conference. Whether the further settlement conference will proceed will be determined by February 19, 2025 at 3:00 pm.