# **EXHIBIT A**

**Exhibit A to Plaintiffs' February 14, 2025 Discovery Letter**

**Selected questions asked at deposition of non-party witness Pauline Wise**

*Objections and answers in italics*

And what was your spouse's name? (Wise 15:18)

*Jamie Alan Wise.*

Is Mr. Wise still alive? (Wise 15:23)

*No.*

When did he die? (Wise 15:25)

*2014.*

Do you have any children? (Wise 16:2).

*No.*

Do you have any siblings? (Wise 16:4).

*Yes.*

And what are your siblings' names? (Wise 16:6).

*Robert Lee Triplett.*

Any siblings other than Mr. Triplett? (Wise 16:8).

*No.*

And is Robert Lee Triplett alive? (Wise 16:10).

*Yes.*

Where does he live? (Wise 16:12).

*I don't know.*

When was the last time that you spoke to him? (Wise 16:14).

*Ten years ago.*

At that time, where was he living? (Wise 16:16).

*Sacramento.*

Did you ever visit him in Sacramento? (Wise 16:18).

*No.*

Does Robert Lee Triplett have any children? (Wise 16:20).

*No.*

Is he married? (Wise 16:22).

*I don't know.*

And he's your only sibling; correct? (Wise 17:2).

*Yes.*

Is your mother alive? (Wise 17:5).

*No.*

What was your mother's name? (Wise 17:7).

*Carolyn Sue Triplett. Maiden name, Harris.*

And when did she pass? (Wise 17:12).

*She passed in 2006.*

Where did she live before she died? (Wise 17:14).

*West Virginia.*

Where in West Virginia? (Wise 17:16).

*Morgantown.*

And did she have a will? (Wise 17:18).

*No.*

Do you recall if there was a -- a probate case associated with her death? (Wise 17:20-21).

*Yes.*

And were you -- were you the executor of that? (Wise 17:23).

*Executrix. Yes.*

2

Did you appear in court as part of that executrix role? (Wise 18:2-3).

*I don't believe there was a court hearing for it.*

What did you do as part of that role as the executrix for your mother's estate? (Wise 18:6-7).

*I had to pay all of the bills. I had to take over as legal guardian of my brothers, because he was 16 when she died. And I had to close all the accounts.*

Your brother Robert Lee Triplett, was he born in 1990? (Wise 18:11-12).

*He was born in 1989.*

Did you inherit anything from your mother? (Wise 18:14-15).

*Yes.*

Did you inherit any land from your mother? (Wise 18:17).

*Yes.*

Do you still have that land? (Wise 18:19).

*No.*

Where was that? (Wise 18:21).

*In Morgantown, West Virginia.*

And did you own it on your own? (Wise 18:23).

*Yes.*

What did you do with it? (Wise 18:25).

*Sold it.*

When did you sell it? (Wise 19:2).

*In 2009.*

How much money did you receive for that? (Wise 19:4).

*150,000.*

Is your father still alive? (Wise 19:6).

*No.*

What was his name? (Wise 19:8).

*Robert Lee Triplett.*

And what year did he pass? (Wise 19:10).

*'99.*

Were you involved in administering his estate at all? (Wise 19:12-13).

*No.*

Was that your mother's responsibility? (Wise 19:15).

*Yes.*

And did you inherit anything from your father? (Wise 19:17-18).

*No.*

Do you know if he had a will? (Wise 19:20).

*No.*

No, you don't know? Or no, he didn't? (Wise 19:24).

*He did not have one.*

And did he also live in Morgantown, West Virginia? (Wise 20:2-3).

*Yes.*

Were your parents married at the time of his death? (Wise 20:5-6).

*Yes.*

Do you recognize the name Vincent Scott? (Wise 20:8).

*That sounds familiar.*

Do you know a person by that name? (Wise 20:10).

*I don't think so.*

Were you ever -- were you ever dating a person by the name Vincent Scott? (Wise 20:12-13).

*It sounds familiar, but I – I don't – I don't know.*

Where were you born? (Wise 20:16).

4

*Morgantown, West Virginia.*

And how long did you live there? (Wise 20:18).

*29 years.*

What year were you born? (Wise 20:20). *1979.*

Did you live anywhere else before you were 29? (Wise 20:22).

*I'm sorry. What does this have to do to pertain to this case? I'm trying to figure all this out. This is really – this is very hard on me emotionally. You guys need to know that, you know, going back on like this in my past, and I really --*

You mentioned before we went on the record that you recall who Vincent Scott is. (Wise 20:24-25)

*Yes.*

Who is that? (Wise 21:2).

*That is an ex-boyfriend that I had arrested.*

And did you have a stay-away order for him? (Wise 21:4).

*I did.*

Have you had any contact with him since that? (Wise 21:6).

*No.*

[D]id you live anywhere else other than Morgantown, West Virginia before you were 29? (Wise 22:1-3).

*No.*

And where did you move from Morgantown? (Wise 22:5).

*Las Vegas, Nevada.*

And what year did you head there? (Wise 22:7).

*2009.*

How long did you live in Las Vegas? (Wise 22:9).

*Six years.*

And so did you move out in about 2015? (Wise 22:11).

5

*Yes.*

Where did you move to? (Wise 22:13).

*Washington State. Vancouver.*

How long did you live in Vancouver, Washington? (Wise 22:15).

*Three years.*

So did you move out of Vancouver in about 2018? (Wise 22:17).

*Yes. About 2018.*

And where did you go after that? (Wise 22:19).  *Travelled everywhere, all the way down from Vancouver to Portland, Oregon. I lived in Portland, Oregon.*

How long did you live in Portland? (Wise 22:23).

*Two years.*

When did you arrive in Portland? (Wise 22:25).

*2018.*

So you left Vancouver, Washington around 2018? (Wise 23:4-5)

*Yes.*

And then went to Portland? (Wise 23:7)

*Yes.*

And when did you move out of Portland? (Wise 23:9)

*That was in 2020. July of 2020.*

[W]here did you -- where did you live after Portland? (Wise 23:12-13).

*Here in San Francisco..*

You went straight from Portland to San Francisco? (Wise 23:15-16).

*Yes.*

And why did you leave Portland? (Wise 23:18).

*I just wanted something new in my life.*

6

How did you get from Portland to here? (Wise 23:20).

*I took the Amtrak.*

Did you have a coat? (Wise 25:2).

*Yes.*

Did you have a purse? (Wise 25:4).

*No.*

Did you have any cash with you? (Wise 25:6).

*Yes.*

How did you pay for the hotel? (Wise 25:8).

*With cash.*

Do you have a bank account? (Wise 25:10).

*No.*

Did you have a bank account in 2020? (Wise 25:12).

*No.*

At that time in 2020, did you pay for everything with cash? (Wise 25:14-15).

*Yes.*

When you lived in Las Vegas, did you live on Twain Avenue? (Wise 25:17-18).

*Yes, I did.*

Any other addresses in Vegas? (Wise 25:20).

*Swensen Avenue. Paradise Avenue.*

And that was in Vegas? (Wise 25:24).

*Yes, it was.*

Did you live at any other shelters in Nevada? (Wise 26:1-2).

*No.*

Do you recognize the address 1332 Little Indian Creek Road? (Wise 26:4-5).

7

*Yes.*

What does that mean to you? (Wise 26:7).

*That's my home in West Virginia.*

Is that the address of the property that you inherited? (Wise 26:9-10).

*Yes.*

Have you ever lived in Fresno? (Wise 26:12).

*Yes.*

At what point? (Wise 26:14).

*Not lived but visited.*

Who did you visit in Fresno? (Wise 26:16).

*A guy of mine – a friend of mine named Red. He was a – just a friend of mine named Red.*

A friend of yours named Red. Does Red have a last name? (Wise 26:19-20).

*Yeah, it's Lambeth. Red Lambeth.*

Does he live on Ashcroft Way? (Wise 27:1).

*He did, yes.*

Do you know his current address? (Wise 27:3).

*No, I don't.*

When's the last time that you spoke to Red? (Wise 27:5).

*This was awhile ago. I – I can't tell you, I don't know.*

More than five years? (Wise 27:8).

*Yes.*

Do you have Red's phone number? (Wise 27:10).

*No.*

Do you have, other than Red, do you have any other friends in Fresno that you visited? (Wise 27:18-19).

*No.*

Have you ever used Red's address as your own address? (Wise 27:21-22).

*Yes.*

And for what purpose? (Wise 27:24).

*It was to get a copy of my birth certificate sent to me.*

Do you still have that birth certificate? (Wise 28:2).

*No.*

Do you recall around what time you used Red's address? (Wise 28:4-5).

*No.*

Did you ever live with him in Fresno? (Wise 28:7).

*Yes. Not lived but visited for two weeks.*

And do you remember around what year that was? (Wise 28:13).

*No, I don't.*

More than five years ago? (Wise 28:15).

*Yes.*

Was that before you moved to San Francisco? (Wise 28:17-18).

*Yes.*

Did you live with anyone in Washington? (Wise 28:20).

*Yes.*

Who was that? (Wise 28:22).

*His name was James Lindholm.*

How long did you live with Mr. Lindholm? (Wise 29:1).

*Three years.*

Were you ever married to Mr. Lindholm? (Wise 29:3).

*No.*

9

Do you stay in contact with Mr. Lindholm? (Wise 29:5).

*No.*

When was the last time that you spoke with him? (Wise 29:7).

*2000– I don't know exactly. I can't remember. I think it was 2015.*

Did you -- have you spoken to Mr. Lindholm since you left Washington? (Wise 29:10-11).

*No.*

Did you live with anyone in Portland? (Wise 29:13).

*No.*

Did you have a significant other while you were in Portland? (Wise 29:15-16).

*No.*

And where were you during those two days [that you left the Next Door shelter in 2023]? (Wise 34:14).

*I was out of town. I was in Sacramento.*

What were you doing in Sacramento? (Wise 34:16).

*Looking for my brother.*

And you weren't able to find him? (Wise 34:18).

*No.*

How long were you in Sacramento? (Wise 34:20).

*Almost a month.*

Okay. And was that in around July or August of 2023? (Wise 34:22-23).

*Mm-hmm.*

Do you remember it being hot? (Wise 34:25).

*Yes.*

How did you get back from Sacramento to here? (Wise 35:6).

*I did a rideshare thing.*

How did you pay for that? (Wise 35:8).

*I didn't.*

Who paid for it? (Wise 35:10).

*The person who was driving.*

Was it like a taxi? (Wise 35:12).

*No. it was just someone driving.*

Like a -- did you hitchhike? (Wise 35:14).

*Yeah.*

So you hitchhiked back from Sacramento? (Wise 35:21).

*Yeah.*

Did you hitchhike out there as well? (Wise 35:23).

*Yes.*

And was the taxi better than hitchhiking? (Wise 37:11).

*Well. Yeah.*

Were you ever homeless in West Virginia? (Wise 51:6).

*No.*

Were you ever homeless in Nevada? (Wise 51:8).

*Yes.*

Is that the first time that you became homeless was in Nevada? (Wise 51:10-11).

*Yes.*

And how did that happen? (Wise 51:13).

*Ran out of money.*

And you mentioned that you lived at a shelter in Nevada; is that correct? (Wise 51:15-16).

*Yes.*

Was that the first time that you were homeless? (Wise 51:18).

11

*Yes.*

Were you homeless in Washington State? (Wise 51:20).

*Yes.*

Were you homeless in Portland, Oregon? (Wise 51:22).

*Yes.*

Did you ever live in a shelter in Washington? (Wise 53:19-20).

*No.*

Did any government officials ever try to provide you any housing in Washington? (Wise 53:22-23).

*No.*

Did any nonprofits try to help you get housing in Washington? (Wise 53:25-54:1).

*No.*

Did anybody try to help you get housing in Washington? (Wise 54:3-4).

*Only James Lindholm.*

Mr. Lindholm whom you lived with? (Wise 54:6).

*Yes.*

So no one other than Mr. Lindholm helped you get housing in Washington? (Wise 54:8-9).

*No one.*

And how did you get into the shelter in Nevada? (Wise 54:11).

*It was through some type of a housing outreach team.*

Did anyone help you get any housing in Portland? (Wise 54:16).

*No.*

When you moved to San Francisco, did you -- did you know anyone in San Francisco? (Wise 56:13-14).

*No.*

And other than your brother who may have been in Sacramento at that time when you moved to

12

San Francisco, did you know anyone else who lived in California? (Wise 56:16-18).

*No.*

You don't have any relatives in California other than maybe your brother, right? (Wise 56:20-21).

*Right.*

Did you consider moving back to West Virginia? (Wise 57:3).

*No.*

Do you still have any ownership interest in any property in West Virginia? (Wise 54:5-6).

*No.*

Do you own a mobile home there? (Wise 54:8)

*No.*

How did you earn money in 2024? (Wise 58:20).

*I didn't.*

Did you earn any money in 2023? (Wise 58:22-23).

*No.*

How about 2022, did you earn any money? (Wise 58:25).

*No.*

Same for 2021? (Wise 59:2).

*Same.*

Did you earn any money in 2020? (Wise 59:4).

*No.*

You mentioned earlier you don't have a bank account, correct? (Wise 60:10-11).

*Correct.*

When was the last time that you had a bank account? (Wise 60:13-14).

*I can't remember.*

[Y]ou mentioned that you inherited some money from -- from your mother's estate. How did that money come to you? (Wise 60:16-18).

13

*It was through probate.*

Did you have a bank account at that time? (Wise 60:20-21).

*It was – yes, I had a bank account with them, yes.*

[W]as that in West Virginia? (Wise 60:24).

*Yes.*

Do you remember the name of that bank? (Wise 61:1).

*I want to say BB&T.*

Do you still have access to that BB&T account? (Wise 61:3-4).

*No.*

[D]id you close that account? (Wise 61:6-7).

*Yes.*

Do you remember when you closed it? (Wise 61:9).

*2009.*

2009. Okay. And were you living in West Virginia at that time? (Wise 61:11-12).

*Mm-hmm, yes.*

Did you withdraw that money as cash? (Wise 61:14).

*No.*

Was the bank account empty when you closed it? (Wise 61:16).

*Yes.*

So by 2009, you had already spent the $150,000? (Wise 61:18).

*Yes.*

Did you buy any property with that 150,000? (Wise 61:20)

*No.*

Do you recall what you did buy with it? (Wise 61:22).

*Yes.*

What was that? (Wise 61:24).

14

*A lot of drugs.*

What kind of drugs [did you buy in 2009]? (Wise 62:1).

MR. FREEMAN: *Okay. I'm going to stop the questioning right here. And I'm going to instruct the witness not to answer. You're getting into issues of personal privacy that have no relevance to this case.*

Have you ever told anyone that you were going kill yourself? (Wise 66:5-6).

*Yes.*

And when was that? (Wise 66:8).

*I can't remember the dates.*

Could it have been in around 2020? (Wise 66:10).

*Yes.*

You estimated that you've had about a hundred phones; correct? (Wise 71:7-8).

*Give or take, yeah.*

Did those all have different phone numbers? (Wise 71:10-11).

*Yes.*
And you estimated that you had about 25 phones in the last ten years; right? (Wise 71:13-14).

*Yeah.*

And did all those 25 phones have different numbers? (Wise 71:16-17).

*Yes.*

Did any of those phones have Verizon as the provider? (Wise 71:19-20).

*I don't remember.*

Okay. Do you remember the provider on any of those phones? (Wise 71:22-23).

*Maybe Boost.*

Boost? (Wise 71:25).

*I think there was a couple through Walmart.*

Through Walmart? (Wise 72:1).

*Yeah.*

15

Okay. Earlier you mentioned that you had got a phone from a street vendor; is that correct? (Wise 72:3-4).

*Yes.*

Of those 25 phones in the last ten years, around how many did you get from street vendors? (Wise 72:6-7).

*MR. FREEMAN: Objection. Relevance. You may answer.*

*THE WITNESS: I don't know.*

Are you familiar with the term Obama phone? (Wise 72:12).

*Yes.*

How many Obama phones have you had? (Wise 72:14).

*MR. FREEMAN: Objection. Relevance.*

*THE WITNESS: I don't know.*

More than one? (Wise 72:18).

*Oh, definitely.*

Definitely more than one? (Wise 72:20).

*Yeah.*

More than five? (Wise 72:22).

*Probably about 15.*

About 15 Obama phones? (Wise 72:24).

*Yeah.*

What does "Obama phone" mean to you? (Wise 73:1).

*Free phone.*

A free phone? (Wise 73:3).

*Yeah.*

Provided by the government? (Wise 73:5).

*Yes.*

16

And did those have limited usage? (Wise 73:7).

*Yeah.*

And they all had different phone numbers, all your Obama phones? (Wise 73:9-10).

*Yes.*

How did you use your Obama phones? (Wise: 71:12).

*MR. FREEMAN: Objection. Relevance.*

*THE WITNESS: I don't know.*

How long have you been doing that, borrowing someone else's device to send an email? (Wise 74:5-6).

*MR. FREEMAN: Objection. Relevance.*

*THE WITNESS: I don't know.*

In 2022, would you borrow someone's device to send an email? (Wise 74:11-12)

*MR. FREEMAN: Objection to the form of the question.*

*THE WITNESS: Yeah.*

Did you have a phone in 2022? (Wise 75:4).

*I – I can't remember that far back.*

In 2022, if you didn't have a phone or you didn't have a device to send an email how would you send an email? (Wise 75:6-8)

*MR, FREEMAN: Objection. Calls for speculation.*

*THE WITNESS: I don't know.*

You wouldn't send it? (Wise 75:12). *No.*

Would you ask someone to borrow a phone if you needed to use one? (Wise 75:14-15).

*MR. FREEMAN: Objection to the form.*

*THE WITNESS:* I don't know.

Have you ever purchased a phone with your own money? (Wise 75:19-20).

*Yes.*

17

When was the last time that you did that? (Wise 75:22).

*Probably about a year ago.*

And where did the money come from to buy that phone? (Wise 75:24-25).

*I can't remember.*

You can't remember how you got the money to buy that? (Wise 76:2-3).

*I can't remember how I got it right now.*

Do you have any other source of getting money other than the government benefits you get? (Wise 76:8-9).

*No. Every once in a while someone will be nice and hand me a couple dollars.*

You rely on people to give you cash? (Wise 76:12).

*No, I don't rely on people to give me cash. If someone hands me cash because they feel sorry for me, then sure.*

Other than people giving you some money because they feel sorry for you, is there any other way that you obtain cash? (Wise 76:16-18).
*No.*

What's the most that anybody has ever given you? (Wise 76:20-21).

*50 bucks.*

And when did that happen? (Wise 76:25).

*MR. FREEMAN: Objection. Relevance.*

*THE WITNESS: I was singing Christmas carols on the street.*

It was around Christmas time? (Wise 77:5)

*Yeah.*

And was that this past Christmas? (Wise 77:7)

*Yes.*

In 2024, a couple weeks ago? (Wise 77:9)

*Yeah.*

In the time that you've been homeless in San Francisco, how many tents have you had? (Wise 79:23-24)

*Probably about ten.*

Where did you get the other nine[tents] that you had? (Wise 80:1)

*Some homeless people had given them to me. Some I found – I'm sorry. I'm getting a huge headache. Can we just take a minute here?*