1   ACLU FOUNDATION OF NORTHERN
    CALIFORNIA
2   John Thomas H. Do, SBN 285075
    William S. Freeman, SBN 82002
3   39 Drumm Street
    San Francisco, CA 94111
4   Telephone: (415) 293-6333
5   jdo@aclunc.org
    wfreeman@aclunc.org
6
    *Counsel for Plaintiffs*
7

8                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
9                        OAKLAND DIVISION
10

11  COALITION ON HOMELESSNESS, et al.,      Case No. 4:22-cv-05502-DMR

                    Plaintiffs,
12                                          **PLAINTIFFS' ADMINISTRATIVE
          v.                                MOTION TO FILE UNDER SEAL**
13
    CITY AND COUNTY OF SAN FRANCISCO,
14  et al.,                                 **Judge:**        The Hon. Donna M. Ryu

                    Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to the Northern District of California Civil Local Rules 7-11 and 79-5, Plaintiffs

2   hereby respectfully request that the Court issue an order sealing:

| Document | Portions of Documents to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit A to Declaration of William S. Freeman (Parties' Joint Discovery Letter re Instructions Not to Answer) | • Page 2 lines 22-30<br>• Page 2 line 37<br>• Page 2 line 39<br>• Page 2 line 40<br>• Page 2 lines 41-21<br>• Page 3 lines 1-2<br>• Page 3 lines 27-28<br>• Page 5 lines 5-8<br>• Page 5 line 12<br>• Page 5 lines 13-14 | Plaintiffs |

15   The above referenced documents contain sensitive drug use information. Disclosure of

16   sensitive drug use information in a public court filing will infringe upon Deponents' privacy

17   rights, and result in the dissemination of private health information to the public. *See Heldt v.*

18   *Guardian Life Ins. Co. of Am.*, No. 16-CV-885-BAS-NLS, 2018 WL 5920029, at *2 (S.D. Cal.

19   Nov. 13, 2018) ("Documents containing specific medical information may be filed under seal.")

20   (citing *Domingo v. Brennan*, 690 Fed. Appx. 928, 930 (9th Cir. 2017) (upholding sealing of

21   documents containing "sensitive medical information")).

22   Pursuant to Local Rule 79-5, Plaintiffs have redacted only "the truly sensitive

23   information" in the document. Accordingly, good cause exists to seal the aforementioned

24   portions of Exhibit A to Declaration of William S. Freeman.

25   Along with this Administrative Motion, Plaintiffs submit, the Declaration of William S.

26   Freeman in Support of Plaintiffs' Administrative Motion to File Under Seal, a redacted copy of

1

1   the document referenced above, an unredacted copy of the document referenced above, and a

2   proposed order.

3

4

5   Dated: February 14, 2025                    Respectfully submitted,

6                                               By: */s/ William S. Freeman*

7                                               William S. Freeman

8                                               ACLU FOUNDATION OF NORTHERN
                                                CALIFORNIA
9                                               John Thomas H. Do, SBN 285075
                                                William S. Freeman, SBN 82002
10                                              39 Drumm Street
                                                San Francisco, CA 94111
11                                              Telephone: (415) 293-6333
                                                jdo@aclunc.org
12                                              wfreeman@aclunc.org
                                                *Attorneys for Plaintiffs*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28