ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman, SBN 82002
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> **Judge:**   The Hon. Donna M. Ryu |

I, William S. Freeman, declare:

1. I am an attorney duly licensed to practice law in the State of California and a member of the Bar of this Court. I am employed as Senior Counsel at the American Civil Liberties Union Foundation of Northern California, and I am one of the attorneys of record representing Plaintiffs in this action. The following facts are true based on my personal knowledge.

2. On February 7, 2025, Plaintiffs' counsel conferred with Defendants' counsel regarding Plaintiffs' counsel's instruction that witnesses not answer questions about drug use during their depositions. During the February 7, 2025 meet and confer, Plaintiffs' and Defendants' counsel were unable to reach an agreement and so, the parties decided to file a joint discovery letter on the matter. On February 14, 2025, Plaintiffs' counsel indicated to Defendants' counsel that they would seal portions of the joint discovery letter and the letter's accompanying exhibit.

3. Exhibit A to the Declaration of William S. Freeman in Support of Plaintiffs' Administrative Motion to File Under Seal consists of the Parties' Joint Discovery Letter to the Court dated February 14, 2025. A redacted and unredacted version of Exhibit A are filed herewith. The redacted information consists of sensitive drug use information. Disclosure of sensitive drug use information in a public court filing will infringe upon Deponents' privacy rights, and result in the dissemination of private health information to the public. *See Heldt v. Guardian Life Ins. Co. of Am.*, No. 16-CV-885-BAS-NLS, 2018 WL 5920029, at *2 (S.D. Cal. Nov. 13, 2018) ("Documents containing specific medical information may be filed under seal.") (citing *Domingo v. Brennan*, 690 Fed. Appx. 928, 930 (9th Cir. 2017) (upholding sealing of documents containing "sensitive medical information")).

4. Plaintiffs' counsel files the aforementioned documents provisionally under seal in order to comply with the Northern District of California's Civil Local Rules and the Court's Standing Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2025 at Hillsborough, California.

                                                */s/ William S. Freeman*
                                                William S. Freeman