ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman, SBN 82002
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> **Judge:**     The Hon. Donna M. Ryu |

The Court, having fully considered the papers and arguments presented by the parties, hereby grants the Administrative Motion to File Under Seal filed by Plaintiffs. The following document will remain sealed:

| Document | Portions of Documents to be Sealed |
|---|---|
| Exhibit A to Declaration of William S. Freeman (Parties' Joint Discovery Letter re Instructions Not to Answer) | <ul><li>Page 2 lines 22-30</li><li>Page 2 line 37</li><li>Page 2 line 39</li><li>Page 2 line 40</li><li>Page 2 lines 41-21</li><li>Page 3 lines 1-2</li><li>Page 3 lines 27-28</li><li>Page 5 lines 5-8</li><li>Page 5 line 12</li><li>Page 5 lines 13-14</li></ul> |

IT IS SO ORDERED.

DATE: _____

_____
The Honorable Donna M. Ryu
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT