EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla, SBN 316219
Zoe Salzman, *admitted pro hac vice*
Vivake Prasad, *admitted pro hac vice*
Bianca Herlitz-Ferguson, *admitted pro hac vice*
600 Fifth Avenue
New York, New York
Telephone: (212) 763-5000
zsalzman@ecbawm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF ZOE SALZMAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br><br> **Judge:** The Hon. Donna M. Ryu |

I, Zoe Salzman, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, admitted *pro hac vice* before this Court and counsel for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

2. Plaintiffs request that the Court issue an order sealing Exhibit A to Defendants' Reply in Support of their Fifth Motion to Dismiss (Dkt. 308), in addition to specified mentions of Exhibit A and other exhibits previously filed under seal (*see* Dkt. 300) in an attached declaration and reply memorandum of law, which are attached to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (Dkt. 307).

3. All the aforementioned documents (Defendants' Exhibit A and prior exhibits file seal) were produced and designated Confidential under the terms of the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information (Dkt. 127) in this action and, as set forth in the accompanying motion, contain internal, sensitive discussions about the Coalition's work, strategies, and plans.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on February 20, 2025, in New York, New York.

Dated: February 20, 2025

                                                               */s/ Zoe Salzman*
                                                               Zoe Salzman