EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Zoe Salzman, *admitted pro hac vice*
600 Fifth Avenue
New York, New York
Telephone: (212) 763-5000
zsalzman@ecbawm.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**Judge:**         The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

The Court hereby GRANTS Defendants' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed. The following documents will remain sealed, as follows:

| Document | Reason for Sealing | Order |
|---|---|---|
| Defendants' Reply Brief in Support of Defendants' Notice of Motion and Partial Motion to Dismiss the Third Amended Complaint<br>• Page 3:9<br>• Page 8:1-2<br>• Page 9:23-27<br>• Page 11:16<br>• Page 12:2-2<br>• Page 13:26-28<br>• Page 14:1<br>• Page 15:7-10 | Contains quotations from sealed documents listed below and documents filed under seal by Dkt. 300. | |
| Supplemental Declaration of Steven A. Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• Page 1:10 | References sealed document below. | |
| Exhibit A to the Supplemental Declaration of Steven A. Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint<br>• The entire exhibit | Contains confidential business organizing plans and legal strategies. | |

1 **IT IS SO ORDERED.**

3 Dated: _____

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE