OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** February 20, 2025 | **Time:** 10:21 a.m.- 1:25 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness v. City and County of San Francisco | |

**For Plaintiffs:** Vasudha Talla, Emery Celli Brinckerhoff Abady Ward & Maazel and William S. Freeman, American Civil Liberties Union, counsel for Plaintiffs

**For Defendants:** Kaitlyn M. Murphy and John George, San Francisco City Attorney's Office, counsel for Defendants.

**Deputy Clerk:** Brittany Sims                **Reported by:** Not Recorded

PROCEEDINGS

Settlement Conference held. The case did not settle, but the parties agreed to next steps. The next settlement conference will convene on March 11, 2025, at 10:30 am in Courtroom G.