ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman, SBN 82002
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **STIPULATION AND [PROPOSED] ORDER TO FILE WITNESS TRANSCRIPTS UNDER SEAL** <br><br> Dkt. No. 316 <br><br> **Judge:** The Hon. Donna M. Ryu |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants (collectively, "parties"), through their counsel of record, enter into the following stipulation.

## STIPULATION

WHEREAS, the parties filed a Joint Discovery Letter Brief on February 24, 2025;

WHEREAS, having reviewed the parties' Joint Discovery Letter Brief, the Court ordered that the parties file under seal the full transcripts of the depositions of non-party witnesses Henrick Delamora, Patrick Dubose, Sarah Stephenson, Elizabeth Stromer, and Pauline Wise, with Plaintiffs designating excerpts in support of their position with yellow highlighting, and Defendants designating excerpts in support of their position with blue highlighting;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that:

1. The parties shall file the unredacted full transcripts of Henrick Delamora, Patrick Dubose, Sarah Stephenson, Elizabeth Stromer, and Pauline Wise electronically under seal.

2. Plaintiffs will designate excerpts in support of their position with yellow highlighting; Defendants will designate excerpts in support of their position with blue highlighting; and excerpts that both parties wish to designate in support of their respective positions will be designated with green highlighting.

3. Transcript files that exceed the 50MB size limit for filing in ECF will be divided into multiple PDFs.

IT IS SO STIPULATED.

Dated: February 25, 2025              Respectfully submitted,

By: */s/ William S. Freeman*
William S. Freeman, SBN 82002
ACLU FOUNDATION OF NORTHERN CALIFORNIA
*Counsel for Plaintiffs*

By: */s/ Kaitlyn Murphy*
Kaitlyn Murphy, SBN 293309
Deputy City Attorney
CITY AND COUNTY OF SAN FRANCISCO
*Counsel for Defendants*

# ATTESTATION

Pursuant to N.D. Cal. Civ. L. R. 5-1(i)(3), I certify that each of the other signatories has concurred in the filing of this document.

                                                */s/ William S. Freeman*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: February 25, 2025

                                     HONORABLE DONNA M. RYU
                                     Chief Magistrate Judge