# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 3/4/2025 | **Time:** 1:03-1:21 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness, et al v. City and County of San Francisco, et al | |

**For Plaintiffs:**
William Freeman
Vasudha Talla

**For Defendants:**
Kaitlyn Murphy

**Deputy Clerk:** Ivy Lerma Garcia       **Recorded in Zoom:** 1:03-1:21

## PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. Joint Discovery Letter Briefs [Docket Nos. 310 and 311] – hearing held. The court ruled from the bench as set forth below.

   Docket No. 310: For the reasons stated on the record, the deposition of non-party Pauline Wise shall resume for no more than 45 minutes on the record (exclusive of breaks). If Plaintiffs seek to call Wise to testify about incidents beyond those described in her declaration, the parties shall meet and confer to agree on a reasonable extension of deposition time to cover the new incidents.

   Docket No. 311: For the reasons stated on the record, Defendants may ask questions pertaining to having or using drugs only as follows: (1) existence of drugs in a particular tent or specific area that the deponent claims was subject to an unconstitutional disposal of property; (2) drug use one month before and one month after a specific alleged unconstitutional disposal of property; (3) drug use at the time a witness prepared, reviewed, or signed their declaration or on day of deposition. Defendants' request for a negative inference as to all witnesses who invoked the Fifth Amendment in response to questions about drug use is denied.

**Order to be prepared by:**
( )    Plaintiff              ( )    Defendant              ( )    Court

cc: Chambers