DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING OUTSTANDING DISCOVERY DISPUTE BRIEFING**<br><br>Trial Date:        July 28, 2025 |
|---|---|

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Defendants and Plaintiffs (collectively, the "Parties"), through their counsel of record, enter into the following stipulation concerning outstanding discovery disputes.

**STIPULATION**

WHEREAS, fact discovery closed on March 10, 2025;

WHEREAS, pursuant to Local Rule 37-3, the final day for the Parties to present discovery disputes to the Court is March 17, 2025;

WHEREAS, the parties have engaged in extensive discovery spanning approximately 280 hours of depositions and the production of hundreds of thousands of documents;

WHEREAS, the Parties have four outstanding discovery disputes following the close of fact discovery and meet and confers: (1) Plaintiffs' alleged spoliation of relevant messages communicated via the Signal messaging application; (2) Plaintiffs' assertion of privilege over a document (COH1511418), previously filed at ECF No. 293-21 and discussed in ECF No. 295 at 20, concerning declaration guidance, and Plaintiffs' direction not to provide deposition testimony on the document after they clawed it back in a March 4, 2025 deposition of the ACLU's investigator; (3) Defendants' request that Plaintiffs produce a privilege log to identify who helped non-party witnesses draft their declarations; and (4) both Parties' responses to a few requests for admission that were served on March 10, 2025, including requests for admission that relate directly to the outcome of issue (2) concerning COH1511418;[1]

WHEREAS, the Parties met and conferred over these issues on March 11 and March 14, 2025 and have reached an impasse as to disputes 1 through 3;

WHEREAS, the Parties seek to preserve their ability to raise these issues to the Court for resolution past March 17, 2025 and believe extending the deadline to do so will allow for additional meet and confers and result in clearer and more efficient papers for the Court's consideration;

---

[1] Pursuant to stipulation between the Parties to avoid court intervention, the Defendants took the deposition of Coalition's member Melodie on March 14, 2025. Defendants have initiated a meet and confer concerning issues that arose in that deposition. Defendants reserve their right to present any outstanding dispute if meet and confers do not resolve Defendants' concerns.

WHEREAS, the Parties agree that issues 1 (spoliation) and 2 (potential privilege waiver) should be briefed in a noticed motion but on shortened time to account for parties' deadline to file dispositive motions by April 3, 2025;

WHEREAS, the Parties agree that issues 3 (privilege log) and 4 (requests for admission) should be briefed in joint discovery letters;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that:

1. As to issues 1 and 2, identified above, the Parties shall each file a separate noticed motion, pursuant to Local Rule 7-1, no later than March 21, 2025. Oppositions will be filed no later than March 31, 2025. Replies will be filed no later than April 4, 2025. Subject to the Court's availability and agreement to hear the issues on an expedited basis, the narrow discovery disputes can be heard on April 10, 2025 at 1:00 p.m.

2. As to issue 3 identified above, the Parties shall submit a joint discovery letter no later than March 19, 2025.

3. As to issue 4 identified above, the Parties shall continue to meet and confer as necessary to avoid Court intervention. To the extent the Parties confirm they are at an impasse, a joint discovery letter shall be submitted no later than March 21, 2025.

Pursuant to Civil Local Rules 6-1 and 6-2, the Parties submit the attached declaration, which sets forth the reasons for changing time and discloses all previous time modifications in this case.

///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated:  March 17, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys


By:  s/*Steven Mills*
STEVEN A. MILLS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated:  March 17, 2025

By: **s/*Vasudha Talla*
VASUDHA TALLA


JOHN THOMAS H. DO
WILLIAM S. FREEMAN
ACLU Foundation Of Northern California

ANDREW NTIM
NISHA KASHYAP
Lawyers' Committee for Civil Rights of the San Francisco Bay Area

SCOUT KATOVICH
American Civil Liberties Union Foundation

ZOE SALZMAN
VIVAKE PRASAD
BIANCA HERLITZ-FERGUSON
VASUDHA TALLA
Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Attorneys for Plaintiffs
COALITION ON HOMELESSNESS, et al.


**Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Stipulation and Proposed Order Regarding Discovery Dispute Briefing is GRANTED as follows:

1. As to discovery disputes 1 and 2, the Parties shall each file a separate noticed motion, pursuant to Local Rule 7-1, no later than March 21, 2025. Oppositions will be filed no later than March 31, 2025. Replies will be filed no later than April 4, 2025. A hearing on discovery disputes 1 and 2 is set for April 10, 2025 at 1:00 p.m. via Zoom videoconference.
2. As to discovery dispute 3, as identified in the Parties' stipulation, the Parties shall submit a joint discovery letter no later than March 19, 2025.
3. As to discovery dispute 4, as identified in the Parties' stipulation, the Parties shall submit a joint discovery letter, if any, no later than March 21, 2025.

IT IS SO ORDERED.

Date:_____

The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT