


DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF STEVEN MILLS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER REGARDING OUTSTANDING DISCOVERY DISPUTE BRIEFING**<br><br>Trial Date:　　　July 28, 2025 |

I, Steven Mills, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration pursuant to Local Rules 6-1 and 6-2.

2. Counsel for both parties have met-and-conferred in good faith on the issues that are the subject of the accompanying Stipulation and [Proposed] Order Regarding Outstanding Discovery Dispute Briefing (the "Stipulation"). The resulting agreement is set forth in the Stipulation.

3. Good cause exists for the Court to approve the Stipulation. The parties have engaged in extensive discovery spanning approximately 280 hours of depositions and the production of hundreds of thousands of documents. Despite diligently working to complete discovery by the cut-off date of March 10, 2025, and to resolve any discovery disputes arising therefrom, the Parties were unable to resolve their differences on the four issues discussed in the Stipulation. Given the March 17, 2025 deadline to file discovery motions, the Parties seek a short extension to permit them to seek the Court's guidance on these four issues and resolve important discovery disputes that will allow the parties to more clearly and efficiently present their arguments to the Court. The proposals made in the Stipulation are intended to streamline a resolution of disputes, some of which will require consideration of factual information that cannot traditionally be attached to a discovery letter. Without leave to present these disputes as proposed past the current deadline to present discovery disputes, the Parties will be left unable to present important information to the Court. Further, the short extension sought here is not requesting changes to the trial date and would allow Parties to present and discuss important information learned in discovery in upcoming dispositive motions.

4. In addition to seeking modifications of the discovery deadlines and briefing schedule, the parties are seeking to shorten time to resolve discovery related motions to April 10, 2025.

Dispositive motions are currently due by April 3, 2025. A resolution of these issues before opposition or reply briefs are filed could inform the substance of those papers and potentially obviate the need for any further supplements.

     5.    Pursuant to Local Rules 6-1 and 6-2, the previous time modifications in this case, whether by Stipulation or Court order, are as follows:

     a.    On July 26, 2023, upon the stipulation of the Parties, the Court issued an order extending the discovery deadlines and stated it would consider extending these deadlines further if the parties filed a joint proposed comprehensive schedule that demonstrated good cause by August 28, 2023 (ECF No. 160);

     b.    On September 20, 2023, following the Parties' stipulation submitted on August 28, 2023, the Court further modified the case schedule (ECF No. 191);

     c.    On February 23, 2024, the Court stayed the case until 30 days after the Supreme Court issued an opinion in *City of Grants Pass v. Gloria Johnson*, Case No. 23-175 and issued a second amended case management and pretrial order. (ECF Nos. 222-223);

     d.    On September 16, 2024, following the Parties' stipulation submitted on September 13, 2024, the Court issued an order to extend the case schedule to accommodate a motion briefing schedule. (ECF No. 244);

     e.    On October 31, 2024, following the Parties' stipulation submitted on October 29, 2024, the Court further modified the case schedule. (ECF No. 263)

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed March 17, 2025, at San Francisco, California.

                                            /s/*Steven Mills*
                                          STEVEN MILLS