DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**STIPULATION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION AND [PROPOSED] ORDER**<br><br>Trial Date:    July 28, 2025 |

Pursuant to Civil Local Rule 7-12, Defendants and Plaintiffs (collectively, the "Parties"), through their counsel of record, stipulate for leave to submit this Statement of Recent Decision related to Defendants' pending motion to dismiss related to organizational standing.

The parties bring to the Court's attention the order in *Arizona Alliance for Retired Americans v. Mayes*, No. 22-16490 (9th Cir., Mar. 18, 2025). This order, published after Defendants filed their reply brief on February 13, 2025, vacates the panel opinion in *Arizona Alliance for Retired Americans v. Mayes*, 117 F.4th 1165 (9th Cir. 2024) in order for the case to be decided en banc. The panel opinion is discussed in the Defendants' motion to dismiss at pages 6, 9, and 10, as well as pages 1, 3, 4, 5-7, and 10-13 of Defendants' reply brief. The panel opinion is cited in Plaintiffs' opposition brief at pages 5, 12, and 22. A copy of the order is attached as **Exhibit A**.

If the Court would like further briefing in light of the Ninth Circuit's order, the parties are prepared to provide such briefing. No argument is presented in this joint motion to comply with Civil Local Rule 7-3(d)(2).

IT IS SO STIPULATED

Dated: March 19, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

By: *s/Steven Mills*
STEVEN A. MILLS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: March 19, 2025

By: **s/Vasudha Talla*
VASUDHA TALLA

JOHN THOMAS H. DO
WILLIAM S. FREEMAN
ACLU Foundation Of Northern California

ANDREW NTIM

NISHA KASHYAP
Lawyers' Committee for Civil Rights of the San Francisco Bay Area

SCOUT KATOVICH
American Civil Liberties Union Foundation

ZOE SALZMAN
VIVAKE PRASAD
BIANCA HERLITZ-FERGUSON
VASUDHA TALLA
Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Attorneys for Plaintiffs
COALITION ON HOMELESSNESS, et al.

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

# [PROPOSED] ORDER

Good cause appearing, the Stipulation for Leave to File A Statement of Recent Decision is GRANTED.

IT IS SO ORDERED.

Date:_____     _____
                                 The Honorable Donna M. Ryu
                                 UNITED STATES DISTRICT COURT