OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** March 17, 2025 | **Time:** 10:15 a.m.-1:30 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness v. City and County of San Francisco | |

**For Plaintiffs:** Vasudha Talla, Emery Celli Brinckerhoff Abady Ward & Maazel LLP and William S. Freeman, ACLU Foundation of Northern California, counsel for Plaintiffs.

**For Defendants:** Kaitlyn M. Murphy and John Hamilton George, San Francisco City Attorney's Office, counsel for Defendants.

**Deputy Clerk:** Brittany Sims         **Reported by:** Not Recorded

PROCEEDINGS

Settlement Conference held. The case did not settle.