1 | DAVID CHIU, State Bar #189542
City Attorney
2 | YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
3 | EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
4 | MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
5 | STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
6 | City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
7 | San Francisco, California 94102-4682
Telephone:      (415) 554-3857 (Wang)
8 |                (415) 554-6762 (Murphy)
                (415) 554-3870 (Gradilla)
9 |                (415) 554-4223 (George)
                (415) 355-3304 (Mills)
10 | Facsimile:      (415) 554-4699
E-mail:      edmund.wang@sfcityatty.org
11 |            kaitlyn.murphy@sfcityatty.org
            miguel.gradilla@sfcityatty.org
12 |            john.george@sfcityatty.org
            steven.mills@sfcityatty.org
13 |
Attorneys for Defendants
14 | CITY AND COUNTY OF SAN FRANCISCO, et al.

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | COALITION ON HOMELESSNESS;          Case No. 4:22-cv-05502-DMR (LJC)
SARAH CRONK; JOSHUA DONOHOE;
18 | MOLIQUE FRANK; DAVID MARTINEZ;     **DECLARATION OF KAITLYN MURPHY IN
TERESA SANDOVAL,                   SUPPORT OF DEFENDANTS' UNOPPOSED
19 |                                    ADMINISTRATIVE MOTION REGARDING
                                   PAGE LIMITS FOR SUMMARY JUDGMENT
20 |         Plaintiffs,                BRIEFING**

21 |         vs.
                                   Trial Date:      July 28, 2025
22 | CITY AND COUNTY OF SAN
FRANCISCO, et al.,                 Attachment:      Exhibit A
23 |
        Defendants.

24 |

25 |

26 |

27 |

28 |

I, KAITLYN MURPHY, declare as follows:

1.      I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2.      Any summary judgment motion is due on or before April 3, 2025 pursuant to the Court's Case Management Order.

3.      The City anticipates filing a summary judgment motion challenging Plaintiffs' standing as well as the evidentiary basis for the claims alleged. The City has taken steps to plan the arguments and evidence that will be necessary to support its briefing and believes the over-length briefs are necessary to thoroughly address the issues in this case given the timeframe and claims at issue in the case and the volume of evidence.

4.      Plaintiffs have not indicated whether they intend to file their own summary judgment motion.

5.      Plaintiffs allege claims across no fewer than five City departments challenging conduct over a period of years.

6.      One of the operations at issue in the case is conduct at HSOC resolutions. Documents and testimony reveal that HSOC resolutions generally occurred twice per day, five days per week. In the timeframe since Plaintiffs filed their complaint on September 27, 2022, through the last day to present new facts on February 14, 2025, that would include at least 124 weeks, or approximately 1,240 such resolutions.

7.      Document discovery in this case spanned more than 250,000 documents, photographs, and videos totaling more than two million pages.

8.      The parties deposed more than 50 witnesses across approximately 280 hours of testimony.

9.      Plaintiffs' allege multiple theories of *Monell* liability and the City has asserted a number of defenses, including standing.

10.     The City sought to reach a stipulation with Plaintiffs regarding this issue. A true and correct copy of the parties' correspondence is attached hereto as **Exhibit A.**


I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed March 25, 2025, at San Francisco, California.


                              */s/Kaitlyn Murphy*
                              KAITLYN MURPHY