# EXHIBIT A

| | |
|---|---|
| **From:** | Vasudha Talla |
| **To:** | Murphy, Kaitlyn (CAT) |
| **Cc:** | Gradilla, Miguel (CAT); George, John (CAT); Mills, Steven (CAT); Wang, Edmund (CAT); Zoe Salzman; Bianca Herlitz-Ferguson; Vivake Prasad; skatovich@aclu.org; jdo@aclunc.org; wfreeman@aclunc.org; nkashyap@lccrsf.org; antim@lccrsf.org |
| **Subject:** | Re: CoH v CCSF - MSJ Briefing |
| **Date:** | Thursday, March 20, 2025 2:01:20 PM |

Dear Kaitlyn:

Thanks for your email. Although Plaintiffs previously agreed to join the City's request to extend page limits, we can no longer agree in light of the Court's last order and the judge's clear frustration with even agreed-upon attempts to deviate from her standing rules and prior orders. Should the City wish to proceed with its own motion to extend page limits, please note that Plaintiffs take no position on the request but would seek a corresponding extension if the City's request is granted.

Best,
Vasudha

> On Mar 20, 2025, at 10:35 AM, Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org> wrote:
>
> Hi Vasudha,
>
> Attached is draft admin motion and stip on the MSJ page limits. Can you please review and let me know if I have consent to file jointly? Feel free to give me a call on my cell if it would be helpful to discuss.
>
> Thank you,
> Kaitlyn
>
> <!--[if !vml]-->
> <image003.jpg>
> <!--[endif]-->**Kaitlyn Murphy**
>
> Deputy City Attorney
> Office of City Attorney David Chiu
> (415) 554-6762 Direct
> www.sfcityattorney.org
>
> *Please note the new telephone number.
>
> ---
>
> **From:** Vasudha Talla <vtalla@ecbawm.com>
> **Sent:** Thursday, March 13, 2025 3:36 PM
> **To:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>
> **Cc:** Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; George, John (CAT) <John.George@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>;

Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Zoe Salzman <zsalzman@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; Vivake Prasad <VPrasad@ecbawm.com>; skatovich@aclu.org; jdo@aclunc.org; wfreeman@aclunc.org; nkashyap@lccrsf.org; antim@lccrsf.org
**Subject:** Re: CoH v CCSF - MSJ Briefing

Hi Kaitlyn -

We don't see any reason to depart from the standard rules on evidentiary objections, but if there's another proposal you have that would still keep the evidentiary objections in the body of the memorandum of points and authorities, and keep the page limits as agreed, feel free to let us know.

Thanks, Vasudha

> On Mar 13, 2025, at 9:45 AM, Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org> wrote:
>
> Hi Vasudha,
>
> Thanks for your response. One follow-up question: Plaintiffs stated, "We would not join a request to modify the standard briefing rules regarding evidentiary objections as you've proposed." Does that mean Plaintiffs would be open to a different modification to the rules regarding evidentiary objections, or Plaintiffs are not open to any modifications?
>
> Thank you,
> Kaitlyn
>
> <image002.jpg>
> **Kaitlyn Murphy**
> Deputy City Attorney
> Office of City Attorney David Chiu
> (415) 554-6762 Direct
> www.sfcityattorney.org
>
> *Please note the new telephone number.
>
> ---
> **From:** Vasudha Talla <vtalla@ecbawm.com>
> **Sent:** Wednesday, March 12, 2025 1:25 PM
> **To:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; George, John (CAT) <John.George@sfcityatty.org>; Mills, Steven (CAT)

<Steven.Mills@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Cc:** Zoe Salzman <zsalzman@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; Vivake Prasad <VPrasad@ecbawm.com>; skatovich@aclu.org; jdo@aclunc.org; wfreeman@aclunc.org; nkashyap@lccrsf.org; antim@lccrsf.org
**Subject:** RE: CoH v CCSF - MSJ Briefing

Dear Kaitlyn –

Thanks for your email.

We would join a request to modify the page limits as follows:

1. Any opening or opposition brief not to exceed 40 pages; and
2. Any reply brief not to exceed 20 pages.

We would not join a request to modify the standard briefing rules regarding evidentiary objections as you've proposed ("Rather than including evidentiary objections in the body of the memorandum of points and authorities, the parties shall attach to each opposition or reply a chart of their evidentiary objections. The chart should include: (1) the document about which the objection was raised, including where appropriate a page and line number or pin cite; (2) a non-argumentative statement of the basis for the objection; and (3) a blank column for the Court's ruling on the objection.").

We don't think a modification to the case schedule is necessary and would not join a request to do so.

Thanks,
Vasudha

**Please Note Our New Address**

Vasudha Talla (she/hers)
Of Counsel
Emery Celli Brinckerhoff Abady Ward & Maazel LLP

1 Rockefeller Plaza, 8th Floor
New York, NY 10020
phone: 212-763-5000
fax: 212-763-5001
vtalla@ecbawm.com
www.ecbawm.com
(Admitted to practice in New York and California)

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (vtalla@ecbawm.com) immediately.

**From:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>
**Sent:** Tuesday, March 11, 2025 8:37 PM
**To:** Vasudha Talla <vtalla@ecbawm.com>; jdo@aclunc.org; Zoe Salzman <zsalzman@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; Vivake Prasad <VPrasad@ecbawm.com>; wfreeman@aclunc.org; skatovich@aclu.org; antim@lccrsf.org; nkashyap@lccrsf.org
**Cc:** George, John (CAT) <John.George@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Subject:** CoH v CCSF - MSJ Briefing

Plaintiffs' Counsel:

I'm writing to try to come up with a streamlined proposal for summary judgment briefing as I anticipate both sides will want to file oversize briefs given the claims and volume of discovery.

We propose a stipulated request to the Court seeking leave to modify the standard briefing rules as follows:

- 3. Any opening or opposition brief not to exceed 40 pages;
- 4. Any reply brief not to exceed 20 pages; and
- 5. Rather than including evidentiary objections in the body of the memorandum of points and authorities, the parties shall attach to each opposition or reply a chart of their evidentiary objections. The chart should include: (1) the document about which the objection was raised, including where appropriate a page and line number or pin cite; (2) a non-argumentative statement of the basis for the objection; and (3) a blank column for the Court's ruling on the objection.

Please let me know if this proposal works for Plaintiffs.

Additionally, the City is amenable to seeking narrow joint modification to the case schedule to allow room for briefing given the complexity of issues presented. The Court previously indicated that it was generally not inclined to make a modification to the case schedule since this case has been pending for a few years. However, it did not outright foreclose the ability to seek reasonable and limited modifications. Since fact discovery has closed, we could seek a one month modification to the dispositive motion deadline with a corresponding one month change to the balance

of the case schedule. Fact discovery will otherwise remain closed as the parties work towards summary judgment and trial. We are also amenable to resetting a trial date once summary judgment is decided.

We are happy to find a time to discuss this as well.

Thank you,
Kaitlyn

<image005.jpg>

**Kaitlyn Murphy**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-6762 Direct
www.sfcityattorney.org

*Please note the new telephone number.

<01828659.DOCX>