DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:   (415) 554-3857 (Wang)
             (415) 554-6762 (Murphy)
             (415) 554-3870 (Gradilla)
             (415) 554-4223 (George)
             (415) 355-3304 (Mills)
Facsimile:   (415) 554-4699
E-mail:      edmund.wang@sfcityatty.org
             kaitlyn.murphy@sfcityatty.org
             miguel.gradilla@sfcityatty.org
             john.george@sfcityatty.org
             steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION REGARDING PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING**<br><br>Trial Date:   July 28, 2025 |

[PROPOSED] ORDER
CASE NO. 4:22-cv-05502-DMR (LJC)

Good cause appearing, Defendants' Administrative Motion Regarding Page Limits For Summary Judgment Briefing is GRANTED as follows:

1. Any opening brief shall not exceed forty (40) pages.
2. Any reply brief shall not exceed twenty (20) pages.

IT IS SO ORDERED.

Date:_____

The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT