DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF MOLIQUE FRANK AND ALL DEFENDANTS**<br><br>Trial Date:           July 28, 2025 |
|---|---|

**TO THE COURT AND ALL PARTIES IN THIS ACTION:**

**PLEASE TAKE NOTICE** that Plaintiff Molique Frank and Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management ("Defendants") have reached agreement on the terms of settlement regarding each of Mr. Frank's claims. No other plaintiff is a party to the settlement. The settlement agreement is fully executed and has been approved by all necessary parties. Once Mr. Frank receives payment he will file a dismissal of his case with prejudice pursuant to the terms of the settlement agreement. The parties submit this joint filing to alert the Court and the remaining Plaintiffs to the settlement.

Dated: March 28, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

By: *s/John H. George*
JOHN H. GEORGE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT

| | |
|---|---|
| Dated:  March 28, 2025 | By: **s/*Vasudha Talla*<br>VASUDHA TALLA<br><br>JOHN THOMAS H. DO<br>WILLIAM S. FREEMAN<br>ACLU Foundation Of Northern California<br><br>ANDREW NTIM<br>NISHA KASHYAP<br>Lawyers' Committee for Civil Rights of the San Francisco Bay Area<br><br>SCOUT KATOVICH<br>American Civil Liberties Union Foundation<br><br>ZOE SALZMAN<br>VIVAKE PRASAD<br>BIANCA HERLITZ-FERGUSON<br>VASUDHA TALLA<br>Emery Celli Brinckerhoff Abady Ward & Maazel LLP<br><br>Attorneys for Plaintiffs<br>COALITION ON HOMELESSNESS, et al.<br><br>***Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.* |