DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date:         July 28, 2025 |

Pursuant to the Stipulation and Order Modifying Sealing Procedures at ECF No. 347, Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of Emergency Management (collectively the "City") file this interim administrative motion and provisionally file under seal the following materials filed in connection with the City's motion for summary judgment:

| Document | Portion of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Defendants' Notice of Motion and Motion for Summary Judgment; Memorandum Of Points And Authorities | Pages:<br>• 7:8-9<br>• 12:9-10<br>• 12:21<br>• 12:9-10<br>• 12:21<br>• 13:3-4<br>• 34:5-6 | City |
| Defendants' Notice of Motion and Motion for Summary Judgment; Memorandum Of Points And Authorities | Pages:<br>• 7:14-16<br>• 9:15-17<br>• 10:1-3<br>• 10:5-7<br>• 10:9-10<br>• 10:19<br>• 10:21-25<br>• 11:1<br>• 17:16-18<br>• 17:23-25<br>• 18:1<br>• 19:4-11 | Plaintiffs |
| Declaration of Sarah Locher | Pages:<br>• 2:4-6<br>• 2:8-28<br>• 3:1-10 | City |
| Declaration of Jason Adamek | Pages:<br>• 2:24-26<br>• 3:1-19 | City |
| Declaration of Lisa Rachowicz | Pages:<br>• 2:5-6<br>• 2:9-10 | City |

| Document | Portion of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Pages:<br>• 2:4-5<br>• 2:7-8<br>• 2:12<br>• 3:21-22<br>• 3:24<br>• 4:1<br>• 4:3-4<br>• 4:7-8<br>• 4:10-11<br>• 6:3-4 | Plaintiffs |
| Exhibit 2 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Pages<br>• 16:23-25<br>• 72:14-16<br>• 228:19-241:25<br>• 242:13-22 | Plaintiffs |
| Exhibit 3 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Pages<br>• 133:1-137:25 | Plaintiffs |
| Exhibit 5 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Pages:<br>• 27:19-25<br>• 112:21-25 | Plaintiffs |
| Exhibit 6 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 7 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 8 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 9 to the Declaration of Steven Mills in Support of | The entire document. | Plaintiffs |

| Document | Portion of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Defendants' Motion for Summary Judgment | | |
| Exhibit 12 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 13 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 14 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 15 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 20 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 22 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 23 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 24 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 25 to the Declaration of Steven Mills in Support of | The entire document. | Plaintiffs |

| Document | Portion of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Defendants' Motion for Summary Judgment | | |
| Exhibit 38 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | City |
| Exhibit 40 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | City |
| Exhibit 41 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiffs |
| Exhibit 42 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Columns B, C, AJ, AP, and AQ in native file. | City |
| Exhibit 43 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Columns B, C, AJ, AP, and AQ in native file. | City |
| Exhibit 44 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | City |
| Exhibit 46 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | City |

Dated: April 3, 2025

>DAVID CHIU
>City Attorney
>YVONNE R. MERÉ
>EDMUND T. WANG
>KAITLYN MURPHY
>MIGUEL A. GRADILLA
>JOHN H. GEORGE
>STEVEN A. MILLS
>Deputy City Attorneys
>
>By: s/Steven A. Mills
>   STEVEN A. MILLS
>
>Attorneys for Defendants
>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT