1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-3857 (Wang)
8                (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
9                (415) 554-4223 (George)
                 (415) 355-3304 (Mills)
10 Facsimile:    (415) 554-4699
   E-mail:       edmund.wang@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
12               john.george@sfcityatty.org
                 steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17 COALITION ON HOMELESSNESS;            Case No. 4:22-cv-05502-DMR (LJC)
   SARAH CRONK; JOSHUA DONOHOE;
18 MOLIQUE FRANK; DAVID MARTINEZ;        **DECLARATION OF LOUIS BRACCO**
   TERESA SANDOVAL,
19
           Plaintiffs,                   Hearing Date:    May 8, 2025
20                                        Time:            1:00 p.m.
           vs.                           Judge:           Hon. Donna M. Ryu
21                                        Place:           Courtroom 4 – 3rd floor
   CITY AND COUNTY OF SAN                                  1301 Clay Street
22 FRANCISCO, et al.,                                      Oakland, CA 94612
23         Defendants.                    Trial Date:      July 28, 2025
24
25
26
27
28

DECL. BRACCO                                          n:\govlit\li2022\230239\01830456.docx
CASE NO. 4:22-cv-05502-DMR (LJC)

I, Louis Bracco, declare as follows:

1.      I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2.      I am the Acting Manager of Shelters for the San Francisco Department of Homelessness and Supportive Housing ("HSH"). I have held my current role since about March 2024. Prior to that, I was the shelter systems supervisor at HSH for about a year. Prior to that, I had two other positions at HSH – Safe Sleep Team Lead and Shelter and Navigation Centers Program Manager. In total, I have been employed with HSH for over 5 years working on issues related to homeless shelters. I have a bachelor's degree in Political Science and International Studies from Johns Hopkins University.

3.      My current duties include management and oversight of the City's shelter system, including oversight of non-profit providers that operate the City's shelter programs. I also manage and supervise a team of over 10 staff at HSH, including several program managers who are responsible for managing the relationship with individual shelter programs.

4.      One of my responsibilities is to supervise the shelter system supervisor who manages a program manager responsible for overseeing the homeless storage program contracts. HSH partners with non-profit partners to offer a storage program to unhoused people where they can store certain personal belongings at two locations. HSH has contracted with non-profit partners to provide unhoused San Franciscans the ability to store small items at two locations in the City: currently at 680 Bryant Street and 74 Sixth Street. The 680 Bryant Street program opened sometime around March 2019, while the 74 Sixth Street program opened on or around September 6, 2022.

5.      Previously, a homeless storage program was operated at 350 Jones Street since at least around July 2009. This was a predecessor to the program at 74 Sixth Street and it is no longer in service. It stopped operating sometime around approximately September 2022.

6.      At each currently operating site, unhoused individuals can, at no cost, store items such as clothes, shoes, paperwork including legal documents, folded tents, clean bedding, and other small items in 20-gallon plastic bins. There are, however, prohibited items that people cannot store, including, for example, weapons, alcohol, drugs, and flammable items. The 680 Bryant Street location

1  can accommodate 704 20-gallon bins and clients there each get 2 bins. For its part, the 74 Sixth Street

2  location can accommodate 424 20-gallon bins and clients there each get 1 bin.

3      7.      People who store belongings at either location can access their belongings when each

4  facility is open, Monday through Friday 9 am to 4 pm. Also, people who store their belongings at

5  either location can store their belongings for 6 months, and can seek one 30-day extension after the

6  first 6 months. Once this time passes, clients who stored their belongings at either facility must remove

7  their belongings for 30 days, but after that, can then reapply to store belongings for another 6 months.

8

9

10

11      I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is

12  true and correct.

13      Executed April 1, 2025, at San Francisco, California.

14

15  _____
                LOUIS BRACCO

16

17

18

19

20

21

22

23

24

25

26

27

28