REDACTED VERSION OF DOCUMENT FILED PROVISIONALLY UNDER SEAL

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF LISA RACHOWICZ**<br><br>Hearing Date:  May 8, 2025<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    July 28, 2025 |
|---|---|

DECL. RACHOWICZ
CASE NO. 4:22-cv-05502-DMR

I, Lisa Rachowicz, declare as follows:

1. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. I am Division Director of Outreach and Temporary Shelter for the San Francisco Department of Homelessness and Supportive Housing ("HSH"). I have been in this position since March 2024. Prior to becoming Division Director, I was the Manager of Navigation Centers and Shelter Programs for the period between November 2020 and March 2024, the Navigation Centers Program Manger between August 2018 and November 2020, and a Senior Behavioral Health Clinician between February 2016 and August 2018. I am also a Licensed Clinical Social Worker with the California Board of Behavioral Sciences and obtained a Master's in Social Work from the University of California, Berkeley.

3. As Division Director of Outreach and Temporary Shelter, part of my responsibilities include leading HSH's response to street homelessness. I help manage the day-to-day operations of HSH's outreach shelter and other temporary housing projects, which includes, but is not limited to providing direct oversight of outreach, shelter, and navigation center operations, as well as developing strategic direction, in coordination with the executive team, for outreach and shelter programs within the continuum of care. Based upon my oversight responsibilities, I am familiar with temporary shelter options available to people experiencing homelessness in San Francisco and any active length of stay requirements.

4. Since 2020, a person placed in City-provided shelter may generally stay there as long as they like subject to compliance with shelter rules and requirements, including navigation centers such as the Bayview SAFE Navigation Center. There are narrow exceptions where temporary shelter placements have an active length of stay requirement. For instance, a client placed in the RESTORE program is typically placed for up to seven days, with extensions possible. Journey Home placements are typically one to three days until relocation assistance can be provided. The Urgent Accommodation Voucher program provides shelter for families, survivors of domestic violence, transitional aged youth housing, and transgendered focused programming up to fourteen days, with extensions possible. The

COVID Overflow program provides five to ten days isolation for guests that are COVID positive. Transitional Housing programs vary by program, but generally extend anywhere between eighteen and thirty-six months. The goal of Transitional Housing is to help transition individuals into permanent housing solutions.

5. I have been informed that, as of February 14, 2025, ███████████████████████████████████████████████████████████. It is my understanding that these shelters are through City grant agreements or contracts and not subject to an active length of stay requirement.

6. I have been informed that, as of February 14, 2025, ███████████████████████████████████████████████████████████. It is my understanding that these permanent housing solutions are through City grant agreements or contracts and not subject to an active length of stay requirement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed April 3, 2025, at San Francisco, California.

_Lisa Rachowicz_
LISA RACHOWICZ

DECL. RACHOWICZ  
CASE NO. 4:22-cv-05502-DMR

2