# EXHIBIT 10

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,        )
 6   et al.,                           )
 7                 Plaintiffs,         ) CASE NO.
 8   vs.                               ) 4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN            )
10   FRANCISCO, et al.,                )
11                 Defendants.         )
12   - - - - - - - - - - - - - - - - - - -
13
14
15
16          VIDEOTAPED DEPOSITION OF DAVID MARTINEZ
17                 TUESDAY, OCTOBER 15, 2024
18
19
20
21           BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA  94104
25                            (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          Videotaped deposition of DAVID MARTINEZ,
11   taken on behalf of Defendants, at American Civil
12   Liberties Union Northern California, 39 Drumm Street,
13   Third Floor, San Francisco, California, commencing at
14   9:58 A.M., TUESDAY, OCTOBER 15, 2024, before Suzanne I.
15   Andrade, Certified Shorthand Reporter No. 10682,
16   pursuant to Notice.
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL:
 2  FOR PLAINTIFFS:
 3       AMERICAN CIVIL LIBERTIES UNION FOUNDATION NORTHERN
 4       CALIFORNIA
 5       BY:  LARISSA GRIJALVA, ATTORNEY AT LAW
 6            WILLIAM S. FREEMAN, ATTORNEY AT LAW
 7       39 Drumm Street
 8       San Francisco, California 94111
 9       Telephone:  (415) 293-6393
10       Email:  lgrijalva@aclunc.org
11               wfreeman@aclunc.org
12
13  FOR DEFENDANTS:
14       CITY AND COUNTY OF SAN FRANCISCO
15       OFFICE OF THE CITY ATTORNEY
16       BY:  KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY
17            STEVEN MILLS, DEPUTY CITY ATTORNEY
17       City Hall, Room 234
18       1 Dr. Carlton B. Goodlett Place
19       San Francisco, California 94102
20       Telephone:  (415) 554-6762
21       Email:  kaitlyn.murphy@sfcityatty.org
22               steven.mills@sfcityatty.org
23
24
25
```

```
 1  APPEARANCES - CONTINUED:
 2  ALSO PRESENT:
 3         KYLE FRIEND, BEHMKE VIDEOGRAPHER
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        Q.   Okay.  When you say "another tenant," to me
 2   that means one person.
 3             Do you remember how many people told you that
 4   your placement at 44 McAllister would be temporary?
 5        A.   Just that one.
 6        Q.   Okay.  And when you said in the second sentence
 7   of paragraph 4 in Exhibit 44:  "I believe that at some
 8   point, I might have to move," did you mean move to
 9   another building or move and become homeless again?
10        A.   To another building.
11        Q.   Okay.  I'm not going to ask you any more
12   questions about documents for a minute.
13             Is it fair to say that at some point in time
14   you were homeless?
15        A.   Yes.
16        Q.   What's your best estimate of the time period
17   when you were homeless?
18        A.   It was a long time.  I would say over -- over
19   20 years.
20        Q.   And is it fair to say that the point where you
21   stopped being homeless was in January 2023 when you
22   moved to 44 McAllister?
23        A.   Mm-hmm.
24        Q.   Is that a yes?
25        A.   Yes, yes.
```

```
 1        Q.   Do you have a best estimate of, like, how old
 2   you were when you first became homeless?
 3        A.   No.  Sorry.
 4        Q.   That's fine.
 5             But so you think something longer than 20 years
 6   before January 2023; is that right?
 7        A.   Yes.
 8        Q.   Do you consider yourself homeless today?
 9        A.   No.
10        Q.   Sometimes people might end up in like a
11   Navigation Center or a shelter where you can kind of
12   stay, but it's time-limited.
13             Do you understand that?
14        A.   Yeah.  Yes.
15        Q.   Were there ever times when you were homeless
16   where you were staying in -- inside a building even
17   though it wasn't like a permanent home?
18        A.   Navigation Center, 3rd and 24th, I think was
19   the street.  It's called The Waterfront.  I stayed there
20   for about a year and a half.
21        Q.   Do you recall when you stayed at The
22   Waterfront?
23        A.   No.  I mean...
24        Q.   Do you have, like, an estimate of what decade
25   of your life you were in?  30s?  40s?
```

```
 1  and January of 2023 did anybody ever offer you housing?
 2       A.   No.  I've been offered housing before, other
 3  people, too.  But whenever -- they would tell us to
 4  wait, like, "We're going to get you guys housing," and
 5  we'd say, okay, right?  And they would tell us to wait,
 6  and within an hour they would come back and say there's
 7  nothing -- there's no room for anybody.  So that's
 8  usually how it happened.
 9       Q.   So your best recollection is that there were
10  times between 2018 and 2023 where someone asked if you
11  wanted housing, you said "yes," you waited, and then
12  when they came back, they said, "Sorry, we don't have
13  anything to offer you"?
14       A.   Yeah.  If they came back, yeah.  If they came
15  back, yeah.
16       Q.   Would your answer be any different if I said
17  offered you shelter as opposed to housing?
18       A.   Yeah, same thing.
19       Q.   Okay. So for some people they use the words to
20  mean something different.
21            For you, if I talk about when someone offers
22  you shelter versus offered housing, those are kind of
23  the same meaning?
24       A.   Yeah.
25       Q.   Okay.  Is it fair to say that you don't have
```

```
1    any plans to voluntarily leave your housing at 44
2    McAllister to become homeless?
3         A.   Oh, yeah.  Mm-hmm.
4         Q.   Do you currently store any of your stuff
5    outside of 44 McAllister?
6         A.   No.
7         Q.   Is it fair to say that as long as you're
8    allowed to live in 44 McAllister, you don't have an
9    intention to store any of your stuff on the street?
10        A.   No.  Oh, yes, I mean.  Oh, I don't know.
11        Q.   Let me ask a better question.
12        A.   No.  I wouldn't store anything, no.
13        Q.   Let me try to ask you a better question.
14             So while you live at 44 McAllister, do you
15   intend to store any of your stuff on the street?
16        A.   No.
17        Q.   I think you mentioned that you'd been in two
18   Navigation Centers before moving into 44 McAllister; is
19   that correct?
20        A.   Yes.
21        Q.   How did you get connected with those Navigation
22   Centers?
23        A.   I -- I just walked -- walked in and asked.
24        Q.   And what happened when you walked in and asked?
25        A.   It took -- they have a -- had a waiting period,
```

1    Q.   Yeah.
2         I think I also heard you say that you
3    volunteered with the Coalition on Homelessness when you
4    could; is that right?
5    A.   Yeah.
6    Q.   Can you tell me about that?
7    A.   Oh, I offered -- I offered to volunteer for
8    them, but so far I always go -- like, I volunteer when
9    they would show up.  Like I would walk with them and
10   talk to other homeless people, show them where certain
11   people were, because they would come every once in a
12   while looking for specific people.
13   Q.   Mm-hmm.
14   A.   And, you know, I don't know, but I would know
15   where everybody's at more or less.
16   Q.   Yeah.
17        So to make sure I'm understanding, there are
18   times when members of the Coalition on Homelessness
19   would come out to your community.
20        They were looking for certain people, and you
21   would kind of help connect them; is that right?
22   A.   Yeah.
23   Q.   Any other types of volunteer work you did for
24   the Coalition on Homelessness?
25   A.   No.  Pretty much that was about it, yeah.

```
 1      Q.   And did the Coalition on Homelessness tell you
 2   why they were looking for those people?
 3      A.   I guess so, yeah.
 4      Q.   What did they say?
 5      A.   I can't remember.  But I know it was -- that
 6   would definitely be a part of it.  I wouldn't -- I
 7   wouldn't show anybody where anybody was at unless I knew
 8   it was worth it, you know.
 9      Q.   What do you mean when you say unless you knew
10   it was worth it?
11      A.   Like, if it meant their housing or something
12   important, you know, I would definitely show you.
13      Q.   Yeah.
14      A.   But if it was something -- they wouldn't tell
15   me, I wouldn't show you.
16      Q.   Yeah.
17      A.   Because I don't know -- you know, I don't want
18   to put nobody in a bad situation.
19      Q.   Yeah.
20           Did the Coalition on Homelessness ever ask you
21   where people were to help, like, get a declaration for
22   one of their cases?
23      A.   I don't think so.
24      Q.   When's the last time that you recall
25   volunteering to help connect the Coalition on
```

```
 1   Homelessness with other members of your community?
 2        A.   A few years ago.
 3        Q.   Okay.  And we're in 2024.  So a few years ago,
 4   like...
 5        A.   Since I moved in.
 6        Q.   Okay.
 7        A.   So, uh-huh.
 8        Q.   And you moved in in January of 2023, right?
 9        A.   Yes.
10        Q.   Okay.  So your best recollection is that you
11   haven't had any volunteering with the Coalition on
12   Homelessness since at least January 2023?
13        A.   At least, yeah.  I'm still trying to get
14   situated.
15        Q.   Yeah.
16        A.   It's not an easy transition.
17        Q.   Have you ever been to the -- like, the physical
18   building where the Coalition on Homelessness is?
19        A.   I think so.
20        Q.   How many times do you estimate you've been
21   there?
22        A.   Maybe once or twice.  Not very often.
23        Q.   Have you ever participated in, like, a meeting
24   they were organizing somewhere in the community?
25        A.   Not really, no.  I was just waiting for them to
```

1  show up, and I would help them if they needed it.
2       Q.   Do you consider yourself at any point having
3  been a member of the Coalition on Homelessness?
4       A.   I guess.  I guess, yeah.
5       Q.   When you say "I guess," what do you mean by
6  that?
7       A.   Once I started helping, it was -- it was pretty
8  much, like, the people that would come, they knew me, I
9  knew them, you know, and it was just -- it was just that
10 simple.  As soon as they asked me, you know, for the
11 help, I would give it to them.
12      Q.   Yeah.
13           So, in other words, the reason you consider
14 yourself a member of the Coalition on Homelessness is
15 because you helped connect them with people?
16      A.   Yeah.  I was one of, like, the main guys, yeah.
17      Q.   Anything else that kind of makes you feel like
18 you were a member of the Coalition on Homelessness?
19      A.   No, not really.  Just -- just the fact that
20 they -- they would come straight to me for certain
21 things.
22      Q.   Yeah.
23      A.   That was...
24      Q.   Did you ever have to, like, sign up somewhere
25 to be a member?

```
 1      A.   No, no.
 2      Q.   Did you ever get, like, a membership card?
 3      A.   No.
 4      Q.   Do you ever get, like, membership e-mails from
 5   them?
 6      A.   No.  I think we could, but I don't -- I don't
 7   think I ever did.
 8      Q.   Yeah.
 9      A.   I never paid attention to my e-mails.
10      Q.   Were you ever able to, like, vote on what they
11   were, you know, making decisions about?
12      A.   I -- I guess if I wanted to, but I -- you know,
13   it depends on what I wanted.
14      Q.   Yeah.
15           But did you actually ever vote on something?
16      A.   No, no, I don't think so.
17      Q.   Okay.  Were you ever paid by the Coalition on
18   Homelessness?
19      A.   Mm-mm.
20      Q.   Is that a no?
21      A.   No.  Sorry.  Yes.  I probably wouldn't accept
22   it anyway.
23      Q.   How come?
24      A.   I don't know.  It's just something you do
25   for -- for reasons.  And you don't, you know...
```

```
1   STATE OF CALIFORNIA          )
2                                ) ss.
3   COUNTY OF SAN FRANCISCO      )
4            I hereby certify that the witness in the
5   foregoing deposition, DAVID MARTINEZ, was by me duly
6   sworn to testify to the truth, the whole truth and
7   nothing but the truth, in the within-entitled cause;
8   that said deposition was taken at the time and place
9   herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested person,
12  and was thereafter transcribed into typewriting by
13  computer.
14           I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18           IN WITNESS WHEREOF, I have hereunto set my
19  hand this 28th day of October, 2024.
20  Reading and Signing was:
21  _x_ requested    ___ waived    ___ not requested
22
23
24
25           SUZANNE I. ANDRADE, CSR NO. 10682
```