# EXHIBIT 27

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Message

| | |
|---|---|
| **From:** | Mazza, Mark (HOM) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88ABC295A15846D69B71B53B5C072D66-MARK MAZZA] |
| **Sent:** | 6/21/2022 5:20:26 PM |
| **To:** | Dodge, Samuel (DEM) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d609baafbfa046fea55b463209f98a2f-DPW_Purge_s]; Nakanishi, David (HOM) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=53a85ccdf1694d668c10eb96057f0304-David Nakanishi]; Piastunovich, Arielle (HOM) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9756551e8ee24edebc2073670d12c89b-Arielle Pia]; Torres, Jose (HOM - Contractor) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=20b521ebe6504ed5b9912f8d4fa47071-Jose M. Tor] |
| **Subject:** | Secure: Weekend HSOC notifications and outreach requests |

See below



Mark Mazza, LCSW (he/him)
Outreach Manager
San Francisco Department of Homelessness and Supportive Housing
mark.mazza@sfgov.org


Learn: hsh.sfgov.org | Follow: @SF_HSH | Like: @SanFranciscoHSH

CONFIDENTIALITY NOTICE: This e-mail is intended for the recipient only. If you receive this e-mail in error, notify the sender and destroy the e-mail immediately. Disclosure of the Personal Health Information (PHI) contained herein may subject the discloser to civil or criminal penalties under state and federal privacy laws.

Sunday HSOC 6/19


13th/Mission
14 tents
2 Structures
25 people



To MISSION
Once the encampment has been resolved, please do not return to this area.
During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or
based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:
1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals
Information on some of the services available for people experiencing homelessness are listed on the back of this notice.
Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.
Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street.
Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.
Owners of the items should go to the Kansas Street entrance (at Marin Street)

County of San Francisco will be resolving
encampment listed below on the following date:
AROUND THE Block
we will provide access to shelter, safe sleeping villages, and/or
Problem solving assistance such as the Homeward Bound program
They may enforce San Francisco and California laws as needed.
will be removed and taken to the Public Works
Cesar Chavez Street.



12th/Van- Ness/Market
19tent
4 structures
23 people



Laguna/
7 tents
7 people

Franklin/Eddy clear

Don Chee/Market Clear

Embarcadero/Washington
1 tent
1 person

Get Outlook for iOS

---

**From:** Torres, Jose (HOM - Contractor) <jose.torres@sfgov.org>
**Sent:** Friday, June 17, 2022 6:10:04 PM
**To:** HOM Dispatch Operator <SFHOT-Dispatch@sfgov.org>; Morales, Jorge (HOM - Contractor) <jorge.morales1@sfgov.org>; Richardson, Gretchen (HOM) <gretchen.richardson@sfgov.org>; Johnson, Joshcelyn (HOM - Contractor) <joshcelyn.johnson@sfgov.org>; Morales, Carlos (HOM - Contractor) <carlos.l.morales@sfgov.org>; Cormican, Erin (HOM - Contractor) <erin.cormican@sfgov.org>; Dinkins, Juliet (HOM - Contractor) <Juliet.Dinkins@sfgov.org>
**Cc:** Mazza, Mark (HOM) <Mark.Mazza@sfgov.org>; Meskan, Brenda (HOM) <brenda.meskan@sfgov.org>; Nakanishi, David (HOM) <david.nakanishi@sfgov.org>
**Subject:** Secure: Weekend HSOC notifications and outreach requests

Hello Weekend/Holiday Team,

Unfortunately we do not have a team schedule on Saturday. Sunday team please prioritize HSOC notifications for the shift.

Reminder to please confirm that these were completed and to send me photos of the signs with the wording and date. **Please also send pictures of signs posted publicly at the encampment (i.e. on fences or posts) with name of person who posted it, name of person who witnessed it posted, and date of posting**. However, the emphasis, as it always has been, should be on discussing with the clients, giving them the fliers, or putting it under their tent if no one is home.

| Date of operation | Exact notification language for flier | Map |
|---|---|---|
| 6/20/22 | | **HOLIDAY** |
| 6/21/22 | Embarcadero from Don Chee Way to Washington | |

CCSF-COH_203058

| | | |
|---|---|---|
| 6/22/22 | Golden Gate from Laguna to Franklin and Gough from Golden Gate to Eddy and Eddy from Gough to Laguna | |
| 6/23/22 | 13th from Folsom to Mission | |
| 6/24/22 | 12th St/ Market/ South Van Ness around the block | |

**Would appreciate report back on are they in the one system, willingness to accept services, total people, tents, garbage, etc. in the following locations:**
- 4th and Geary.
- 8th between Clement and Geary.
- 550 18th Street.
- 350 University Street (between Bacon and Burrows).
- California and Larkin.

Please submit a request for DPW to clean up if garbage are at locations through 311 app.

Keys and pouch for Lucy has been left in Jose mailbox as well as a gas card to use if vehicle needs fuel. Please provide receipts after use. Also supplies for clients are available in room 13.

**Elester Hubbard** is the supervisor on call for Saturday and Sunday, and **Jose Torres** is the supervisor on call Monday, please reach out to us with any questions or issues. **Also remember that you need to reach the supervisor on call if you are late, out sick or need to go home early.**

Thank you,
Jose

Jose M. Torres
Program Manager
San Francisco Homeless Outreach Team- SFHOT
Heluna Health
50 Ivy Street
San Francisco, CA 94102
Phone number: 415.686.8526



**STRICTLY CONFIDENTIAL:** The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CCSF-COH_203060

[Spanish notice:]

~~La Ciudad y Condado de San Francisco ha gestionado el campamento~~
~~que se nombra a continuación, en la siguiente fecha:~~

Resolución 6/23/22 13th From Folsom To Mission

~~Una vez se haya gestionado el campamento, no regrese al área.~~

Durante la gestión del campamento, proporcionaremos acceso a refugios, lugares para dormir en un ambiente seguro u hoteles según la elegibilidad de las personas. Los trabajadores de Servicios Comunitarios del Departamento de Carencia de Hogar y Vivienda de Apoyo y el Departamento de Salud Pública también pueden ofrecer:

1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
3. Intervenciones para resolución de problemas, por ejemplo, el programa Homeward Bound.
4. Referencias para tratamiento de trastornos por uso de sustancias y para atención de salud mental.
5. Referencias e información sobre la salud.

Para más información sobre algunos de los servicios disponibles para las personas sin vivienda, consulte el dorso de este folleto.

Tenga en cuenta que el Departamento de Policía de San Francisco puede estar presente durante la gestión del campamento con el objetivo de garantizar la seguridad durante la operación y ver que se cumplan las leyes de San Francisco y California cuando sea necesario.

Tenga en cuenta que durante la resolución del campamento, el Departamento de Obras Públicas limpiará las aceras y la calle. Cualquier propiedad personal que quede en el campamento se llevará al Patio de Operaciones de Obras Públicas en 2323 Cesar Chavez Street.

- Los propietarios de aquellos artículos deben llegar a la entrada por la calle Kansas (donde cruza la calle Marin) y llamar por el intercomunicador disponible o por teléfono al 415-695-2134.
- Durante las primeras 72 horas posteriores a la recolección y almacenamiento de los artículos, los propietarios pueden reclamarlos a cualquier hora, las 24 horas del día.
- Después de las primeras 72 horas, los propietarios pueden recuperar sus artículos de lunes a viernes, de 9 a.m. a 3 p.m.
- No hay costo por el almacenamiento o la recuperación de los artículos.
- Aunque no es necesario que presente una identificación oficial, usted debe proporcionar una descripción razonablemente específica y detallada de los artículos para poder recuperarlos.
- Los artículos que no se reclamen dentro de los 90 días posteriores a la fecha de traslado, se considerarán como abandonados y se destruirán.
- Tenga en cuenta que los siguientes tipos de artículos no se almacenarán y pueden desecharse: (1) artículos que representan una amenaza inmediata para la salud o la seguridad pública (es decir, artículos que están sucios o infestados de alimañas y agujas); (2) artículos que son evidencia de un delito, (3) basura, (4) alimentos perecederos y (5) artículos voluminosos (es decir, muebles, colchones, cobertizos, estructuras y tarimas), excepto carpas y bicicletas, caminadores, muletas y sillas de ruedas que estén funcionando correctamente.

Todos estamos más protegidos contra problemas de salud, incendios y accidentes de tráfico cuando nuestras calles, aceras y espacios públicos están libres de aglomeraciones de tiendas de campaña, personas y pertenencias.

City & County of San Francisco

[English notice:]

~~The City and County of San Francisco will resolve the encampment~~
~~named below on the following date:~~

Resolution 6/23/22 13th From Folsom To Mission

~~Once the encampment has been resolved, please do not return to this area.~~

During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:

1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals

Information on some of the services available for people experiencing homelessness are listed on the back of this notice.

Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.

Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.

- Owners of the items should go to the Kansas Street entrance (at Marin Street)