**EXHIBIT 28**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**





EXHIBIT 6
WITNESS S. Cronk
CONSISTING OF 3 PAGES
DATE 09-23-24
PLTF. / **DEFT.**
BEHMKE REPORTING AND VIDEO SERVICES, INC.







