**EXHIBIT 31**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Message
_____

**From:**      Montgomery, Francis (HOM - Contractor) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7D4D9A595774CD783C528AC5E57784A-FRANCIS MON]
**Sent:**      1/1/2023 2:21:46 AM
**To:**        Torres, Jose (HOM - Contractor) [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=20b521ebe6504ed5b9912f8d4fa47071-Jose M. Tor]; Dinkins, Juliet (HOM - Contractor)
               [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=46df1f7ca02a442596fd93ba451f280f-Juliet Dink]; Hicks,
               Glenn (HOM - Contractor) [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=ec6e636753ae41449280c35fea347faf-Glenn Hicks]; Swann, Sierra (HOM - Contractor)
               [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2e72526984654528bcc1ed6dd45e389b-Sierra Swan];
               Ahearne, Maria (HOM - Contractor) [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=b18f3b4b0feb4bec9af76cece154fef4-Maria Ahear]; Lloyd, Jonita (HOM - Contractor)
               [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dba7ecfc27e2479b9c9cfac41afef2bb-Jonita Lloy]; Morales,
               Jorge (HOM - Contractor) [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=45e3ad5dc7d84a2cac822b081410e5e5-Jorge Moral]; Rubin, Britt (HOM - Contractor)
               [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f1ad79936d334d38826be9bcd6e7d5c8-Britt Rubin]; Brown,
               Jamie (HOM - Contractor) [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=1926477a32da41258d056ebce44b4875-Jamie Brown]; Matthews, Nicole (HOM - Contractor)
               [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=39cb46ae5e39480fa8ab28d18a46553e-Nicole Matt]; Quach,
               Jimmy (HOM - Contractor) [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=ea9a23ad6b9a40879ddac654d197efed-Jimmy Quach]; Burrell, JJ (HOM - Contractor)
               [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d0095264be0402fb51cb3fc9fe624a9-Joy Burrell];
               Thompson, Cordarious (HOM - Contractor) [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=c14c04771af9479ab98e3ffa6a8baa2b-Cordarious]; HOM Dispatch Operator [/o=ExchangeLabs/ou=Exchange
               Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f09ee6ee55f44c659ef6f303750cf760-SFHOT Dispa]
**CC:**        Meskan, Brenda (HOM) [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=f48f7628b83349a8a9293f8c273cb0a3-Brenda Meskan]; Piastunovich, Arielle (HOM)
               [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9756551e8ee24edebc2073670d12c89b-Arielle Pia];
               Cannariato, Umecke (HOM) [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1e582f4c1b9459ab325ae763115b975-Umecke Cannariato]
**Subject:**   Re: Secure: Weekend HSOC notifications and outreach requests


Notices
Posted: by JoJo on Saturday December 31, 2022
Witnessed: by Jorge on Saturday December 31, 2022
Photo's by Francis on Saturday December 31, 2022
Counts of RV's, Tents, Structures : JoJo, Jorge and Francis on Saturday December 31, 2022

CCSF-COH_496242

Francis J. Montgomery
Pronouns-They/Them
Street Wellness Specialist
San Francisco Homeless Outreach Team (SFHOT)
**Heluna Health**
555 Stevenson Street
San Francisco, CA 94105
Phone number: 415-214-0479

**STRICTLY CONFIDENTIAL:** The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Sent from iPhone, please excuse any spelling or grammar errors.

**From:** Torres, Jose (HOM - Contractor) <jose.torres@sfgov.org>
**Sent:** Friday, December 30, 2022 5:18 PM

**To:** Dinkins, Juliet (HOM - Contractor) <Juliet.Dinkins@sfgov.org>; Hicks, Glenn (HOM - Contractor) <Glenn.Hicks@sfgov.org>; Swann, Sierra (HOM - Contractor) <Sierra.Swann@sfgov.org>; Ahearne, Maria (HOM - Contractor) <maria.ahearne@sfgov.org>; Lloyd, Jonita (HOM - Contractor) <Jonita.Lloyd@sfgov.org>; Montgomery, Francis (HOM - Contractor) <Francis.Montgomery@sfgov.org>; Morales, Jorge (HOM - Contractor) <jorge.morales1@sfgov.org>; Rubin, Britt (HOM - Contractor) <britt.rubin@sfgov.org>; Brown, Jamie (HOM - Contractor) <jamie.brown@sfgov.org>; Matthews, Nicole (HOM - Contractor) <Nicole.Matthews@sfgov.org>; Quach, Jimmy (HOM - Contractor) <jimmy.quach@sfgov.org>; Burrell, JJ (HOM - Contractor) <jj.burrell@sfgov.org>; Thompson, Cordarious (HOM - Contractor) <cordarious.thompson@sfgov.org>; HOM Dispatch Operator <SFHOT-Dispatch@sfgov.org>
**Cc:** Meskan, Brenda (HOM) <brenda.meskan@sfgov.org>; Piastunovich, Arielle (HOM) <arielle.piastunovich@sfgov.org>
**Subject:** Secure: Weekend HSOC notifications and outreach requests

Hello Weekend Team,

==**Please do not forget to de-activate the alarm in the morning and to activate the alarm in the evening. The code is 1965**==.Please report if the alarm was not set.

**Admin tasks:**
**Saturday** - Sierra please check voicemails. Jorge please complete MSR. JoJo please activate the alarm at the end of the shift.
**Sunday** - Francis please check voicemails. Nicole please complete MSR. Gretchen please activate the alarm at the end of the shift.
**Monday** - Britt please check voicemails. JJ B. please complete MSR. Cody please activate the alarm at the end of the shift.

**Notifications:**
Reminder to please confirm that these were completed and to send me photos of the signs with the wording and date. **Please also send pictures of signs posted publicly at the encampment (i.e. on fences or posts) with name of person who posted it, name of person who witnessed it posted, and date of posting**. However, the emphasis, as it always has been, should be on discussing with the clients, giving them the fliers, or putting it under their tent if no one is home. Notification team please make sure to include Arielle in the reply, thank you. We have left sheet protectors for the notifications as rain is expected next week, please use.

| Date of operation | Exact notification language for flier | Map |
|---|---|---|
| 01/02/23<br><br>District: X | AM:<br><br>PM: | AM:<br>PM: |

CCSF-COH_496244

| | | |
|---|---|---|
| X Station | | **HOLIDAY - HAPPY NEW YEAR EVERYONE!** |
| **01/03/23**<br><br>District 3<br><br>Central Station | **AM:**<br>Embarcadero (Washington to Don Chee Way)<br><br>**PM:**<br>PM: Merlin St at Harrison | **AM** Don Chee Way Clear. Embarcadero and center divide (island) total 5 tents and 5 structures  combined |

CCSF-COH_496245



La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:
The City & County of San Francisco will be resolving the encampment listed below on the following date:
Resolution Tuesday 01/03/23
7:00AM: Embarcadero ( Washington to Don Chee Way
1:00PM: Merlin st at Harrison st
Once the encampment has been resolved, please do not return to this area.
During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility.

| | | |
|---|---|---|
| | | PM:  Merlin flooded – unable to drive or walk down Merlin to count tents, structures, or RV. |

CCSF-COH_496247



CCSF-COH_496248



CCSF-COH_496249

| | | |
|---|---|---|
| **01/04/23**<br><br>District 9<br><br>Mission Station | **AM:**<br> Erie Street (btw S. Van Ness & Folsom)<br><br>**PM:** 11:00 25th and Capp | **AM:** Eri Street between S. Van ness and Folsom -8 Structures and 4 tents |

CCSF-COH_496250



The City & County of San Francisco will be resolving the encampment listed below on the following date:
Resolution Wednesday 01/04/23
7:00AM: Erie street ( Between S.Van Ness & Folsom st
1:00PM: 25th and Capp st
Once the encampment has been resolved, please do not return to this area.
During the encampment resolution, we will provide access to shelter, safe sleeping villages, and/or hotels based on eligibility. Outreach workers from the Department of Homelessness and Supportive Housing and/or the Department of Public Health may also offer:
1. Urgent medical and psychiatric care
2. Housing assessments
3. Problem solving assistance such as the Homeward Bound program
4. Referrals for substance use disorder treatment and mental health care
5. Health education, information, and referrals
Information on some of the services available for people experiencing homelessness are listed on the back of this notice.
Please note that the San Francisco Police Department may be present during the resolution. They will focus on ensuring safety during the operation. They may enforce San Francisco and California laws as needed.
Please also note that during the resolution, the Department of Public Works will clean the sidewalks and street. Any personal property that is left at the encampment will be removed and taken to the Public Works Operations Yard at 2323 Cesar Chavez Street.
Owners of the items should go to the Kansas Street entrance (at Marin Street) and call on the intercom or call 415-695-2134.
For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day.
After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m.
There is no fee for property storage or retrieval.
Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property to retrieve it.
Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed.
Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., items that are soiled or infested with vermin, and needles), (2) items that are evidence of a crime, (3) trash, (4) perishable food, and (5) bulky items (i.e., furniture, mattresses, sheds, structures, and pallets), except for tents and operational bicycles, walkers, crutches, wheelchairs.
We are all safer from health concerns, fires, and traffic hazards when our streets, sidewalks, and public spaces are free of tents, structures, and belongings.
City & County of San Francisco

PM:  25th and Cap Street

CCSF-COH_496252



The City & County of San Francisco will be resolving
the encampment listed below on the following date:

| | | |
|---|---|---|
| **01/05/23**<br><br>District 9<br><br>Mission Station | **AM**:<br>Treat & Alameda (behind Best Buy)<br>**PM**:<br>17th and Kansas St (4 +1RV) | **AM:  Treat and Alameda – 7 large tents 3 structures provided posted and verbal notification**<br>Alameda – 1 tent and 7 Structures |

CCSF-COH_496254



que se nombra a continuación, en la siguiente fecha:
7:AM Treat & Alameda Behind Best Buy
1:PM 17th and Kansas st ( 4+ 1 RV
1. Atención de urgencias médicas y psiquiátricas.
2. Evaluaciones de vivienda.
5. Referencias e información sobre la salud.
The City & County of San Francisco will be resolving the encampment listed below on the following date:
Resolution Wednesday 01/05/23
7:00AM: Treat & Alameda (Behind Best buy
1:00PM 17 and Kansas st (4 + 1RV

| | | |
|---|---|---|
| | | **PM: 17th Street and Kansas Street – Clear** |
| **01/06/23**<br><br>District 9<br><br>Mission Station | **AM:**<br>Florida - 17th to Mariposa, Bryant from 17th to Mariposa<br><br>**PM:**<br>19th and Harrison | **AM** Florida & 17th Street to Mariposa Bryant from 17th Street to mariposa – 1 Structure 6 tents<br>Florida – Clear<br>Mariposa /17th Clear<br>17th Florida 3 Large Tents<br>Bryant 17th Streets 6 tents 1 RV 1 Structure |

CCSF-COH_496256



| | | PM |
| | | **19th and Harrison – 3 tents, 3 Structures – Diana Santana and Carlos** |

CCSF-COH_496258



RESOLUCION 01/06/23
La Ciudad y Condado de San Francisco gestionará el campamento que se nombra a continuación, en la siguiente fecha:
7 AM Florida 17th to Mariposa, Bryant From 17 to mariposa
1 PM 19th and Harrison + 18th 19th Folsom st
Una vez se haya gestionado el campamento, no regrese a esta área.

**Would appreciate report back on are they in the one system, are they connected to a district team, willingness to accept services, total people, tents, garbage, etc. in the following locations:** .

- Please continue to outreach the Embarcadero, Dolores Park and Castro Neighborhood. Also check on Parks in neighborhoods you outreach and report back.
- Please increase wellness checks and pass supplies as it rain is expected Saturday until about 3pm. Inclement weather shelter stops on Saturday morning, only interfaith shelter will be available for self-referral.
- JFO on Ssturday only. No JFO on Sunday or Monday.
- 537 Natoma.
- 1695 Mission Street.
- Please do a wellness check at 3206 Scott Street. Client name is Richard Weaver and he is working with the Northern District team, he reported to the district team about getting threatened by a store manager where he is camp. Please just check in on him and let him know that the staff he is working with told us of the situation and that we would be checking in on him over the weekend. Let me know if you have any further questions about this request.

Please submit a request for DPW to clean up if garbage is at locations through 311 app.

Keys have been left for Lucy, 230 and 588 in Jose's mailbox as well as a gas card to use if vehicles need fuel. Please provide receipts after use. Also supplies for clients are available in the back of room 226.

**Jose Torres** is the supervisor on call for Saturday, Sunday, and Monday, please reach out to me with any questions or issues. **Also remember that you need to reach the supervisor on call if you are late, out sick or need to go home early.**

REMINDER: TO TEXT THE SUPERVISOR ON CALL WHEN YOU ARRIVE AT THE OFFICE.

Thank you,
Jose

Jose M. Torres
He/Him/His
Program Manager
San Francisco Homeless Outreach Team- SFHOT
Heluna Health
555 Stevenson Street
San Francisco, CA 94105

CCSF-COH_496260

Phone number: 415.686.8526



**STRICTLY CONFIDENTIAL:** The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CCSF-COH_496261