**EXHIBIT 32**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4   - - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS;           )
 6   SARAH CRONK; JOSHUA DONOHOE;         )
 7   MOLIQUE FRANK; DAVID MARTINEZ;       )
 8   TERESSA SANDOVAL,                    )
 9              Plaintiffs,               )
10   v.                                   )  CASE NO.
11   CITY AND COUNTY OF SAN FRANCISCO;    )  4:22-cv-05502-DMR (LJC)
12   et al.,                              )
13              Defendants.               )
14   - - - - - - - - - - - - - - - - - - -
15
16              DEPOSITION OF PETER RINCON
17              WEDNESDAY, FEBRUARY 19, 2025
18
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22      BY:  KRISTIE COFFELT SHEPHERD, CSR NO. 14268
23              550 CALIFORNIA STREET, SUITE 820
24              SAN FRANCISCO, CALIFORNIA 94104
25                          (415) 597-5600
```

```
 1       A.   Enough.  I bring at least 40 every time of each
 2   location, Spanish and English.
 3       Q.   Is that 40 in English and 40 in Spanish?
 4       A.   Yes.
 5       Q.   And --
 6       A.   I hand out as many as I can.  That's why I
 7   bring that many, depending on how many folks are at that
 8   said location, besides posting other ones on visual
 9   spots that clients can see that are not there at their
10   spots.
11       Q.   Is it fair to say that you bring English and
12   Spanish notices to each location you go to?
13       A.   Yes, for a.m. and p.m. locations, both have
14   Spanish and English versions of that document.
15       Q.   Once you post at a location, do you ever go
16   back and put up more notices?
17       A.   No.
18       Q.   Do you take photos of the notices that you
19   post?
20       A.   Every time.
21       Q.   Do you take photos of each and every notice
22   that you post?
23       A.   Only the ones that I post, yes.
24       Q.   And are you required to take photos of each and
25   every one?
```

```
 1   in our desktops, in our files, to be able to use.
 2        Q.   To your knowledge, is that the only thing that
 3   has changed?
 4        A.   Yes.
 5        Q.   And who is ultimately responsible for making
 6   that change?
 7        MR. GEORGE:  Objection.  Form.
 8        THE WITNESS:  I believe our director.
 9   BY MS. FERGUSON:
10        Q.   Do you recall when that change happened?
11        A.   I do not recall.
12        Q.   In your work as an Outreach Specialist, do you
13   ever encounter individuals at resolutions who don't know
14   how to read?
15        MR. GEORGE:  Objection.  Form.
16        THE WITNESS:  I don't know.  I don't remember.  I
17   can't recall.
18   BY MS. FERGUSON:
19        Q.   Have you ever encountered individuals who had
20   questions about what was written in the notice?
21        A.   Yes, I have.
22        Q.   What did you do in those situations?
23        A.   Read it to them, so they can hear what it
24   says and explain to them that -- what the wording is
25   saying.
```

1  You show up with your 40 notices in each language and
2  there are no encampments and no individuals present.
3  Where would you put up these notices?
4         MR. GEORGE:  Objection.  One second.
5             Objection.  Form.  Incomplete hypothetical.
6         THE WITNESS:  On each end of each street, of a
7  street in each corner.
8  BY MS. FERGUSON:
9     Q.    Could you physically mark on that map where you
10  would put it?
11    A.    Let me look at this map for a moment, please.
12    Q.    Sure.  Take your time.
13    A.    How about you go from each end of Willow and
14  post it on each corner of Willow from one end to the
15  other, also Eddy and the in-between street right there
16  where it's highlighted.  Those locations on each end
17  would get posted.
18    Q.    Could you physically put x marks?
19    A.    Yes, I will.
20    Q.    Thank you so much.
21    A.    Right here.
22    Q.    And so you show up, you have 40 in each
23  language.  How many would you put up?
24    A.    You just said no one was there.  So I wouldn't
25  put up -- I would put up two on each corner:  Spanish,

Case 4:22-cv-05502-DMR   Document 350-37   Filed 04/03/25   Page 6 of 8

```
1    English; Spanish, English; Spanish English; Spanish,
2    English and wouldn't leave none else because you just
3    said that there was no one at our location.  If I have,
4    in fact, pulled up to a location and no one is there, I
5    would still post it.
6        Q.   Okay.  And say we're talking about the same
7    hypothetical and there are five people.
8        A.   Yes.
9        Q.   Would it be the case you would put the postings
10   in the same spots and then give out five notices?
11       A.   Yes.
12       MR. GEORGE:  Objection.  Form.  Incomplete
13   hypothetical.
14       THE WITNESS:  Yes, I would still hand them notices
15   and still notify those exact locations and still post
16   them -- if the client wants me to hand it to them.
17   BY MS. FERGUSON:
18       Q.   And if there were -- so we assumed there were
19   no physical encampments.  If there was one encampment in
20   the middle of Eddy Street, how would that change how
21   many you post?
22       MR. GEORGE:  Objection. Form.  Incomplete
23   hypothetical.
24       THE WITNESS:  It wouldn't change.  I would still
25   notify all those other locations.
```

BEHMKE REPORTING AND VIDEO SERVICES, INC.
(415) 597-5600
83

```
 1        A.   No.
 2        MS. FERGUSON:  I think that's all the questions that
 3   I have for you.
 4        MR. GEORGE:  None for me.
 5        MS. FERGUSON:  Thank you for your time today.  I
 6   appreciate it.
 7        THE WITNESS:  Thank you.  No problem.
 8        MR. GEORGE:  Off the record at 12:54.
 9        THE REPORTER:  Mr. George, do you want a copy of the
10   transcript?
11        MR. GEORGE:  I do.  I don't think I need a rough.
12   But I will take a final.  Thank you.
13        THE REPORTER:  Thank you.
14             (Deposition concluded at 12:54 p.m.)
15
16
17
18
19
20        _____
21                   PETER RINCON
22
23
24
25
```

```
 1  STATE OF CALIFORNIA ) ss.
 2  COUNTY OF SONOMA     )
 3           I, Kristie Coffelt Shepherd, do hereby certify:
 4        That the witness in the foregoing deposition,
 5  PETER RINCON, was by me duly sworn to testify in the
 6  within-entitled cause; that said deposition was taken at
 7  the time and place therein named; that the testimony of
 8  said witness was reported by me, a duly Certified
 9  Shorthand Reporter of the State of California authorized
10  to administer oaths and affirmations, and said testimony
11  was thereafter transcribed into typewriting.
12           I further certify that I am not of counsel for or
13  attorney for either or any of the parties to said
14  deposition, nor in any way interested in the outcome of
15  the cause named in said deposition.
16            The dismantling, unsealing, or unbinding of the
17  original transcript will render the Reporter's
18  Certificate null and void.
19           IN WITNESS WHEREOF, I have hereunto subscribed my
20  name this 5th day of March, 2025.
21  Reading and Signing was requested.
22
23
24
25           KRISTIE COFFELT SHEPHERD, CSR NO. 14268
```