**EXHIBIT 33**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4

5    - - - - - - - - - - - - - - - - -

6    COALITION ON HOMELESSNESS,        )

7    et al.,                           )

8                    Plaintiffs,       )

9    vs.                               )  CASE NO.

10                                      )  4:22-cv-05502-DMR

11   CITY AND COUNTY OF SAN            )

12   FRANCISCO, et al.,                )

13                    Defendants.      )

14   - - - - - - - - - - - - - - - - -

15

16                    CONFIDENTIAL

17            DEPOSITION OF EDGAR GARCIA

18           THURSDAY, FEBRUARY 6, 2025

19

20

21        BEHMKE REPORTING AND VIDEO SERVICES, INC.

22        BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23             550 CALIFORNIA STREET, SUITE 820

24             SAN FRANCISCO, CALIFORNIA 94104

25                            (415) 597-5600

1  retrievals, when somebody comes to retrieve their items

2  and documenting that.

3      Q.   Anything else?

4      A.   And at the end of -- once it's been over the 90

5  days, we also oversee the disposal of items.

6      Q.   So are all of the items received into the

7  bag-and-tag operation kept for 90 days, or are there

8  some that are kept for a shorter period?

9      A.   The policy states that bulky items should be in

10 there for only 14 days, but we have a system where we

11 keep them at least for 90 days as well.  The way our

12 system is there's items that are there almost 120 days.

13     Q.   What would cause that?

14     A.   Because, let's say, you're looking at it month

15 to month.  Let's say you're keeping January, February

16 and March.  On April 1st maybe the stuff on January 1st

17 has been there 90 days, but the rest of the items in

18 January haven't.  So we wait till April and we dispose

19 of everything left behind from January.

20     Q.   Okay.  Sounds like you wait until May, if I

21 understand you.

22     A.   January, February, March...  Yes, May 1st.  So

23 items are there from -- some items are there for

24 90 days.  Some items end up being there for 120 days.

25     Q.   And that's because when you dispose of things,

1  you dispose of them by month in bulk.

2          So all of January, for example, gets disposed

3  of --

4      A.    Yes.

5      Q.    -- at the same time no matter whether it came

6  in on the 1st or 31st?

7      A.    Mm-hmm.

8      Q.    Yes?

9      A.    Yes.

10     Q.    When you dispose of items, who takes them out

11 of the yard?

12     A.    One of the employees that's in the crew that I

13 oversee takes them to the dump at Recology.

14     Q.    Okay.  Is there -- we've heard reference to a

15 hazmat area at the yard.

16          Is there such a thing?

17     A.    Yes.

18     Q.    What is that, please?

19     A.    That's where they store the paint, the

20 batteries, anything flammable.

21     Q.    Is that hazmat area exclusively for things that

22 are collected at homeless encampments?

23     A.    No.

24     Q.    So it includes the paints and flammable things

25 that are the property of DPW?

1    being too full.

2         Has that occurred from time to time?

3    A.   Yes.  Like it will be after -- you know, after

4    a holiday, one of the supervisors will say, "Edgar, can

5    you please have your crew move some of the stuff from

6    the Container A into the -- into the overflow

7    container," because we had some issues.  When we brought

8    some stuff in, we had to organize it a bit.

9    Q.   Okay.  That might be a good time to talk about

10   the various containers and get all this on the record.

11        So based on our visit to the yard two days ago,

12   my understanding is you've got -- can we call them

13   "shipping containers"?

14        Is that the best term to use for them?  You

15   just call them "containers"?

16   A.   Yes.

17   Q.   But they're the big, big corrugated metal

18   containers that house items, right?

19   A.   Yes.

20   Q.   So Container A and Container B are not too far

21   from the front gate where the guard is stationed,

22   correct?

23   A.   Yes.

24   Q.   And Container A contains all of the current

25   month's bag-and-tag intakes, correct?

```
 1      A.    Yes.

 2      Q.    Container B contains the previous month's

 3   bag-and-tag intakes, correct?

 4      A.    Yes.

 5      Q.    At the end of every month, do people -- do the

 6   laborers physically move items out of Container B to

 7   another place and they transfer the items that are in

 8   Container A to Container B?

 9      A.    Yes.

10      Q.    Container A is the one that has -- on the

11   outside of it, it has blank copies of the intake forms

12   and the color tags, correct?

13      A.    Yes.

14      Q.    Then at some distance from there, you've got

15   the gated area -- I think maybe it's referred to as "the

16   cage," Container C?

17      A.    Container C, yes.

18      Q.    And that's the cage, right?

19      A.    That's the cage.

20      Q.    It's a wire -- wire enclosure?

21      A.    Mm-hmm.

22      Q.    That's also locked?

23      A.    Yes.

24      Q.    How long has that been locked?

25      A.    Has it been locked?
```

```
 1      Q.   Yeah.
 2           I mean, when -- was there a time when it was
 3   unlocked?
 4      A.   Not that I'm aware.
 5      Q.   Okay.  So it's always had a lock on it.
 6           And it has tarps covering parts of it --
 7      A.   Yes.
 8      Q.   -- but not all of it, correct?
 9      A.   Yes.
10      Q.   Now, A and B are climate-controlled, correct?
11      A.   Yes.
12      Q.   C is not --
13      A.   No.
14      Q.   -- is that right?
15           Okay.  And then is C the place where you were
16   talking about where sometimes you put overflow?
17      A.   Yes.
18      Q.   And then you've got -- adjacent to C, you've
19   got two more metal containers, D and E, correct?
20      A.   Yes.
21      Q.   And D contains items from two months ago, and E
22   contains items from three months ago or vice versa?
23      A.   Yes.
24      Q.   Okay.
25      A.   The way we break it down to make it a little
```

1  easier, the Container A has items that are zero to

2  30 days old, Container B has items that are 30 to 60,

3  Container C has the overflow and the bulky items,

4  Container D has 60 to 90, and Container E has items that

5  are 90 plus.

6      Q.   And when you do this transfer of items at the

7  end of a month, things from A move to B and things from

8  B move down to D or E, right?

9      A.   One of them.

10     Q.   One of them?

11     A.   Yeah.

12     Q.   Okay.  You don't switch back and forth between

13 D and E, do you?

14     A.   No.

15     Q.   Okay.  Is that the area that's referred to as

16 "downstairs"?

17     A.   Yes.

18     Q.   Okay.  It's basically down a -- down an

19 embankment a couple of hundred yards away from A and B,

20 fair?

21     A.   Yes.

22     Q.   Then behind -- in another area behind C, D, and

23 E, you've got two more containers, F and G, correct?

24     A.   Yes.

25     Q.   What does F hold?

1  to those meetings?

2      A.   We have a table in the lunch -- well, the ones

3  that I hold with my crew, they're in the Annex Building.

4      Q.   Okay.  And is that building equipped with a

5  computer and projection equipment?

6      A.   Yes.

7      Q.   Do you use that when you conduct trainings?

8      A.   Yes.

9      Q.   Did you use that when you conducted trainings

10  at the end of 2022, beginning of 2023?

11      A.   We weren't in that building at that time.

12      Q.   Okay.  Where were you conducting tailgate

13  trainings then?

14      A.   At that time we had the zone -- sorry,

15  Building A lunchroom -- or break room, Building A break

16  room inside the Operations Yard.

17      Q.   Okay.

18      A.   We actually walked by that during the walk.

19      Q.   Yes.  That's 2323 Cesar Chavez?

20      A.   Yes.

21      Q.   And was that room equipped with a computer and

22  projection --

23      A.   No.

24      Q.   -- equipment?

25           How often since December of 2022 have you

1   trained employees on the bag-and-tag policy?

2       ATTORNEY MURPHY:   Object to form.

3       THE WITNESS:   It was quarterly, and then it became

4   monthly.   I don't know when it became monthly, but at

5   some point it was quarterly and then it became monthly.

6   BY ATTORNEY FREEMAN:

7       Q.   So, as we sit here today, your training on bag

8   and tag monthly --

9       A.   Yes.

10      Q.   -- who attends your trainings?

11      A.   My trainings will be the 15 staff that work for

12   me.

13      Q.   Okay.  And that -- that's the --

14      A.   Reactionary and Special Projects.

15      Q.   Reactionary and the Special Projects, correct?

16      A.   Yes.

17      Q.   And do you yourself receive periodic trainings

18   on bag and tag?

19      A.   Yes.

20      Q.   Who do you receive them from?

21      A.   From Jonathan Vaing or Mark Roumbanis.

22      Q.   And how do those trainings occur?

23      A.   During the Supe II meetings, a PowerPoint.

24      Q.   Is that done with the aid of a computer or a

25   handout or some other way?

1  right?

2      A.   Yes.

3      Q.   -- "intake Log and document information on

4  share drive."

5           So describe that process to me.

6      A.   So it says:  "intake Log and document

7  information on share drive."  So we'll grab the white

8  form with the tag matching the color.  We will enter it

9  into the spreadsheet that we have.  And then the

10  spreadsheet -- that -- the hard copy, the paper copy

11  goes into a binder.

12           And then the information has been entered into

13  an Excel sheet that we have that saves all that

14  information.

15     Q.   Actually, let's refer back to Exhibit 1122,

16  which is the current version of the intake form.

17           So this is the legend along the bottom of this

18  document?  That's what you're referring to, the white?

19     A.   Yes.

20     Q.   So this intake form has three copies?

21     A.   Yes.

22     Q.   One's white, one's yellow, one's pink, right?

23     A.   Yes.

24     Q.   Once this has been filled out by the DPW

25  worker, the white page goes into your logbook?

1      A.   Yes.

2      Q.   You have a series of -- you have like a

3   three-ring binder for each month?

4      A.   Yes.

5      Q.   Is that what you refer to as the logbook?

6      A.   Yes.

7      Q.   So you have a logbook that will say "February

8   2025"?

9      A.   Yes.

10      Q.   And every intake form that is completed in

11   February of 2025 will go into that -- the white copy

12   will go into that binder, correct?

13      A.   Yes.

14      Q.   The yellow copy of that goes to the Radio Room?

15      A.   Yes.

16      Q.   And the Radio Room keeps its own binder of

17   documents, correct?

18      A.   Yes.

19      Q.   And the pink copy immediately gets rolled up

20   and tied to one of the items in a group of items that

21   gets stored, correct?

22      A.   Yes.

23      Q.   And then the employee also fills out the

24   colored tag, depending on what month it is, and attaches

25   a tag to each item that goes into Container A, correct?

1      A.    That tag doesn't get filled out.   There's

2   nothing written on that one.

3      Q.    Okay.   It's just -- it's a preprinted number?

4      A.    Yeah.

5      Q.    Okay.

6      A.    Before they roll up that pink form and attach

7   it to one of the items, they write down every tag number

8   on that pink form.

9      Q.    Okay.   And then each item gets a tag attached

10   to it?

11      A.    Yes.

12      Q.    And then the employee separates each of those

13   tags at a perforation and takes the other copy of it and

14   does what with it?

15      A.    Turns it in to our office with the white

16   form --

17      Q.    Okay.

18      A.    -- the Homeless Property Information Form.

19      Q.    So where do those, that bottom half of the

20   colored tag, end up?  Is it attached to the white copy,

21   or is it kept separately?

22      A.    Storage after we document it?

23      Q.    Yeah.

24      A.    We dispose of it.

25      Q.    Okay.

1    A.   No.

2    Q.   Do you keep a record of the truckloads that you

3  send to the Recology yard when things are sent there

4  after three months?

5    A.   No.

6    Q.   Let's talk about what happens when someone

7  comes to retrieve an item.

8         Who is the first person at the yard that the

9  claimant interacts with?

10        Who is the first person they see?

11   A.   It depends.

12   Q.   Give me the possibilities.

13   A.   Depends on the time of day.

14   Q.   Okay.  Let's say it's the middle of the day,

15  it's working hours.

16   A.   Middle of the day, working hours, the first

17  person they will see is the security guard at the front

18  booth.

19   Q.   Does the security guard have a responsibility

20  to receive information to relay it to somebody else?

21   A.   Yes.

22   Q.   What do they do?

23   A.   They gather basic information and call the

24  Radio Room and provide it to them.

25   Q.   And what's the basic information that they

1   gather?

2       A.   Name, date, possible location, any -- date of

3   birth.

4       Q.   Okay.  And there's a person in the Radio

5   Room -- I believe there's someone there by the name of

6   Eric, but what is that person's title?

7       A.   He's a radio dispatcher.

8       Q.   So the security guard calls the radio

9   dispatcher and says, "There's someone here, name of

10  such-and-such," basic description of the items.

11          Does the person claiming the item -- I'll call

12  them the claimant -- does that person ever talk to the

13  radio operator?

14      A.   No.

15      Q.   So it's the security guard calls the radio

16  operator.

17          And what does the radio operator do with that

18  information?

19      A.   They inform somebody on my crew that that

20  person is there to retrieve their items and provides us

21  with the same info that was given to them, and they'll

22  start looking through the database to see if they can

23  assist us with information to where the items might be.

24          Like, you know, if the person doesn't have a

25  date, they might be able to find a date and provide us a

1    date so we know which container to look at.

2         Q.    There might be -- let me ask you about this.

3               There might be a step that comes before that.

4    In other words, does the radio operator first try to

5    match the information that comes from the security guard

6    to the information that he already has on CMMS?

7         A.    Yes.

8         Q.    Okay.  And if there's a solid match and you

9    could match up a name, you can match up an item, what

10   does the radio operator do?

11        A.    Inform us.

12        Q.    Okay.  He informs someone in Special Projects?

13        A.    He or she.

14        Q.    All right.  Informs someone in Special

15   Projects?

16        A.    Yes.

17        Q.    One of your employees?  Not you personally,

18   right?

19        A.    Not me personally.

20        Q.    Okay.  And then that person will go and then

21   search the appropriate bin --

22        A.    Yes.

23        Q.    -- for the month and try to find the item?

24        A.    Yes.

25        Q.    Okay.  Let's leave that there for a minute.

1          Let's suppose there is no obvious match.  The

2    radio operator takes the information, compares that to

3    what's in CMMS, and can't come up with a match.

4        A.    Yes.

5        Q.    What does the radio operator do?

6        A.    They inform us.

7        Q.    Okay.  They say, "We have no match" --

8        A.    Mm-hmm.

9        Q.    -- "See what you can do."

10        A.    To look at your information to see what you can

11    find.

12        Q.    Okay.  Let's hold that one for a second.

13          If the radio operator -- the radio operator

14    will know if something's -- if there's a match but the

15    item is being held at a police station, will the radio

16    operator know that?

17        A.    They can find that information.

18        Q.    Okay.  And if the radio operator calls -- knows

19    that information, they won't involve you at all, but

20    they'll call -- they'll call the police administration

21    or they'll tell the -- or will they tell the security

22    guard to tell the individual his stuff is at the police

23    station?

24        ATTORNEY MURPHY:  Object to form.

25        THE WITNESS:  There's two different ways.  They

1    might inform one of our guys that we don't have their

2    items, but they are at the police station, and we

3    might -- we might let them know, also.

4    BY ATTORNEY FREEMAN:

5        Q.    Okay.  But somehow that information will get

6    out to the claimant who's standing at the front gate,

7    "Your things are at the police station"?

8        A.    Yes.

9        Q.    Now, in the situation where the radio operator

10   can find a match and calls one of your employees, what

11   does that employee then do?

12       A.    Look for the items.

13       Q.    And how will he or she look for the item?

14       A.    They identify -- they'll have the information

15   of what date it happened on so they'll know what -- and

16   they'll either receive that information from the Radio

17   Room of what color tag they're looking for, so they'll

18   know what month they're -- what container they're

19   looking for.

20            They also know the number of the tags that

21   they're looking for, or they'll look for that

22   information themselves and identify what container the

23   items are in and look for the items.

24       Q.    So within a particular container, let's say

25   Container B --

1    A.    Yes.

2    Q.    -- which today holds everything from January,

3  correct?

4    A.    Yes.

5    Q.    Okay.  Within Container B, as an example, are

6  things sorted out, organized either by tag number or by

7  date?

8    ATTORNEY MURPHY:  Object to form.

9    THE WITNESS:  No.

10  BY ATTORNEY FREEMAN:

11    Q.    So they're basically all mixed together without

12  having been sorted by tag number or date, correct?

13    ATTORNEY MURPHY:  Same objection.

14    THE WITNESS:  Well, you start loading -- or you

15  start putting the items in order -- not order, but as

16  you're getting them so you can assume that the items

17  that are the oldest will be all the way in the back.

18  BY ATTORNEY FREEMAN:

19    Q.    Okay.  So does it ever happen that the radio

20  operator tells your employees, "I have a match," and

21  your employees can't find the item?

22    A.    It's happened in the past.

23    Q.    Okay.  What happens in that circumstance?

24    A.    We give the person, an individual, a claim

25  form.

1      Q.    And that's a form that they could use to make a

2  claim against the City for their property?

3      A.    Yes.

4      Q.    And you keep blank claim forms.

5            I think you keep them inside your Annex

6  Building, correct?

7      A.    Inside our Annex Building, yes.

8      Q.    Do you keep a copy of the claim forms that are

9  filled out?

10     A.    No.  We don't receive a filled-out form.

11     Q.    Okay.

12     A.    The form has a -- all the information they need

13  and where they need to turn that form in to.

14     Q.    So your employee will give the claimant a blank

15  claim form, explain to them what they need to do, and

16  then they don't -- your employee does not see that form

17  again?

18     A.    Correct.

19     Q.    Does it ever happen that you or your employees

20  are called upon to provide information about a completed

21  claim form?  Someone says to you, "Hey, this claim form

22  is here.  What do you know about it?  What can you tell

23  us?"

24         ATTORNEY MURPHY:  Object to form.  I instruct the

25  witness not to answer to the extent that any

1   investigation into a claim form would come from counsel

2   for the City, either at the City's direction or from the

3   City's attorney directly.

4        ATTORNEY FREEMAN:  Okay.

5   BY ATTORNEY FREEMAN:

6        Q.   Let me ask this:  Does it ever happen without

7   regard to any particular investigation, does it ever

8   happen that your -- that your team is called upon to

9   provide information concerning the claim form?

10       ATTORNEY MURPHY:  Object to form.  I instruct the

11  witness not to answer to the extent the question calls

12  for the substance of a conversation.

13       ATTORNEY FREEMAN:  I'm not asking for the substance

14  of a conversation.

15       ATTORNEY MURPHY:  Because your question asks about

16  the claim form, it implies that the substance of the

17  conversation is about the claim form.  I'm open to if

18  you can give another way of saying it.

19  BY ATTORNEY FREEMAN:

20       Q.   Have you ever received a completed claim form

21  from anybody?

22       A.   From anybody as in?

23       Q.   Anybody.  I'm not specifying whether it's an

24  attorney or the claimant or anyone else.

25       ATTORNEY MURPHY:  To the extent that you received a

1    claim form from the City Attorney's Office or from

2    someone acting on the City Attorney's Office direction,

3    I would instruct you not to answer the question.

4            You can say, "I can't answer because of the

5    instruction my attorney just gave me."

6        THE WITNESS:  I can't answer because of the

7    instruction the attorney just gave me.

8    BY ATTORNEY FREEMAN:

9        Q.    Approximately what percentage of the time when

10   someone comes to claim an item are -- are they unable to

11   retrieve it?

12       ATTORNEY MURPHY:  Object to form.

13       THE WITNESS:  I don't have a...

14   BY ATTORNEY FREEMAN:

15       Q.    Give me your best estimate.

16       ATTORNEY MURPHY:  Object to form.

17       THE WITNESS:  Can you repeat the question?

18   BY ATTORNEY FREEMAN:

19       Q.    Yes.

20            Approximately what percentage of the time that

21   a person comes to claim an item are they un- -- is it

22   unable to be located at the yard?

23       ATTORNEY MURPHY:  Same objection.

24       THE WITNESS:  Less than half.

25   BY ATTORNEY FREEMAN:

1       Q.    So you think more than half of the time you can

2   find the item and it's returned to the person?

3       A.    I believe so.

4       Q.    Okay.  Let's go back to what I was asking about

5   a few minutes ago, the situation now in which the radio

6   operator receives information from the security guard,

7   someone's there for an item, works on comparing the

8   information received to what's in CMMS and cannot find a

9   match.

10           Agree with me so far?

11      A.    Can you start over again?

12      Q.    Sure.

13           This is the situation -- we were talking about

14   scenarios a few minutes ago.

15      A.    Yes.

16      Q.    Someone comes to the security guard, gives

17   information about an item they're trying to retrieve,

18   security guard relays that to the Radio Room.

19           The Radio Room operator inputs the information

20   and compares the information that they've just received

21   to what they have in CMMS and cannot find a match.

22      ATTORNEY MURPHY:  Object to form.

23   BY ATTORNEY FREEMAN:

24      Q.    With me so far?

25      A.    Yes.

1      Q.    What then happens?

2            Does the operator then call one of your

3      employees and ask them to look for the item anyway?

4      A.    They call one of our employees to go speak with

5      the person to see if we can gather more information.

6      Maybe they were wrong about the date.  And this happened

7      before where they provided the wrong date.  We work with

8      the person to get a better date, better location, a

9      better description of what was found.

10     Q.    Okay.  And so let's -- I'm sure it happens from

11     time to time, that even after getting additional

12     information, there's no match, the radio operator cannot

13     find a match.

14           What do you do in that circumstance?

15     A.    Give the person a claim form.

16     Q.    So you don't undertake a search in the

17     containers if you haven't found a match from the Radio

18     Room through CMMS; is that correct?

19     A.    Can you repeat that differently?

20     Q.    Sure.

21           If somehow you can't come up with a match in

22     the Radio Room from the information that's been provided

23     to CMMS, then you won't -- you won't start a manual

24     search just looking through everything to try to find an

25     item --

1      ATTORNEY MURPHY:  Before we go off, provisionally

2    designate the transcript as Confidential.  And I've got

3    3:26 for the time.

4              (At 3:26 p.m. the deposition proceedings

5               concluded.)

6

7

8              _____

9                        EDGAR GARCIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   STATE OF CALIFORNIA          )
 2                                ) ss.
 3   COUNTY OF SAN MATEO          )
 4            I hereby certify that the witness in the
 5   foregoing deposition, EDGAR GARCIA, was by me duly sworn
 6   to testify to the truth, the whole truth and nothing but
 7   the truth, in the within-entitled cause; that said
 8   deposition was taken at the time and place herein named;
 9   and that the deposition is a true record of the
10   witness's testimony as reported by me, a duly certified
11   shorthand reporter and a disinterested person, and was
12   thereafter transcribed into typewriting by computer.
13            I further certify that I am not interested in
14   the outcome of the said action, nor connected with nor
15   related to any of the parties in said action, nor to
16   their respective counsel.
17            IN WITNESS WHEREOF, I have hereunto set my
18   hand this 18th day of February, 2025.
19   Reading and Signing was:
20   ____ Requested   ____ Waived   __X__ Not requested
21
22
23
24        SUZANNE I. ANDRADE, CSR NO. 10682
25        STATE OF CALIFORNIA
```