# EXHIBIT 35

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# PLACEHOLDER FOR NATIVE EXHIBIT FILED CONCURRENTLY WITH NOTICE OF MANUAL FILING