# EXHIBIT 41

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## PROVISIONALLY FILED UNDER SEAL PURSUANT TO INTERIM ADMINISTRATIVE MOTION TO SEAL