# EXHIBIT 45

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT



# San Francisco Public Works
# Training on Bag and Tag Policy

### (Procedure 16-05-08 Rev. 03, Removal and Temporary Storage of Personal Items Collected from Public Property)

Last Updated January 27, 2025

CCSF-COH_437437



This training is mandatory for all Bureau of Street Environmental Services employees whose work responsibilities require them to implement the Bag and Tag Policy.

CCSF-COH_437438

# Why is it important to comply with the Bag and Tag Policy?

▶ The policy ensures we respect the constitutional rights and property rights of those who live, work and visit our City.

▶ It helps protect Public Works from frivolous claims of property destruction.

▶ Following the policy ensures we comply with a December 2022 court order.

CCSF-COH_437439



CCSF-COH_437440

# This training will answer:

1. What notice is required before bagging and tagging?

2. What items should be bagged and tagged vs. what items can be discarded?

3. What documentation is required when we bag and tag?

4. How are items that are bagged and tagged stored for pickup?

CCSF-COH_437441

# What notice is required before bagging and tagging?

The notice requirements depend on the type of work you are doing:

1. Pre-planned encampment resolution: **YES**
2. Regular encampment cleaning: **YES**
3. Routine cleaning operations: **NO**

CCSF-COH_437442

## Pre-Planned Encampment Resolutions

▶ "Pre-planned encampment resolution" refers to Healthy Streets Operations Center (HSOC) encampment resolutions in which individuals are not allowed to return to the site.

▶ The HSOC team will provide advanced written notice no less than 72 hours prior to the resolution, so long as the site does not present any imminent health or safety hazards requiring immediate removal.

▶ Public Works staff are not responsible for posting the notice.

CCSF-COH_437443

# The 72-Hour Notice

**Date of posting:**
**Time of posting:**

**SAN FRANCISCO PUBLIC WORKS**
**72-HOUR NOTICE OF PLANNED REMOVAL OF PROPERTY**

Be advised that the [encampment and/or personal property] located at [describe location] is in violation of City law. Any individuals residing in this area need to immediately move off this site and remove any personal property they own.

On [insert date], at [insert time], the City and County of San Francisco Public Works will conduct a clean-up of the area, including the removal of all personal property, temporary shelters, junk and/or garbage from the area.

Any personal property removed will be taken to the Public Works Operations Yard at 2323 Cesar Chavez Street. Owners of the items should go to the Kansas Street entrance, at Marin Street, and call on the intercom or call 415-695-2134. For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day. After the first 72 hours, owners can retrieve items Monday through Friday, 9 a.m. to 3 p.m. There is no fee for property storage or retrieval. Property not claimed within 90 days of the date of removal will be deemed abandoned and will be destroyed except for the following: any single item that does not fit in a 60-gallon container with the lid closed will be deemed abandoned and destroyed 14 days after the date of removal. Tents and operational walkers, crutches, wheelchairs and bicycles will be stored for 90 days after the date of removal.

Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (soiled, needles, infested with vermin), (2) items that are evidence of a crime or contraband, (3) trash and (4) perishable food.

CCSF-COH_437444

 

At least 72 hours before a pre-planned encampment resolution, HSOC posts written pre-removal notices at the site of the resolution.

CCSF-COH_437445

# Pre-Planned Encampment Resolutions

▶ HSOC will provide email notice to Public Works confirming that, when required, notice was posted in advance of a resolution.

▶ When Public Works does not receive confirmation that notice was posted within the required timeframe, proceed as if you were responding to a routine cleaning operation.

CCSF-COH_437446

# Routine Cleaning Operations

▶ This refers to requests for service or responses to 311 requests.

▶ **No advance notice is required.**

▶ If you encounter an encampment during a routine cleaning operation, provide the owner a reasonable amount of time to collect and move their belongings, taking into account any special circumstances that the individuals may have and the volume of their belongings, which may require providing them with more time.

▶ 30 minutes is typically a reasonable amount of time.

CCSF-COH_437447

# Regular Encampment Cleanings

▶ This refers to preplanned resolutions where individuals are allowed to return after the cleaning.

▶ For regular encampment cleanings conducted by Hot Spots crews, the HSOC team will provide **24 hours' advance written notice** prior to the cleanings, as long as the site does not present any imminent health or safety hazards and no exigent circumstances are present.

▶ Public Works currently does not have general street cleaning crews providing regular encampment cleanings.

CCSF-COH_437448

**San Francisco Public Works**

Departmental Procedures Manual
Vol. 16 – Street Environmental Services

## ATTACHMENT B

### SAN FRANCISCO PUBLIC WORKS
### NOTICE OF SIDEWALK CLEANING

Location of Cleaning: _____
Date of Posting Notice: _____
Time of Posting Notice: _____

Be advised that Public Works will clean the sidewalk in the location mentioned above between [_____]. To facilitate the cleaning, please temporarily move your belongings from this area. During the cleaning, Public Works will accept for recycling or disposal all trash and any personal property no longer desired. Public Works will also accept personal property for storage, as explained below. Public Works may remove and store unattended personal property unlawfully stored in the public right of way, as explained below.

**This sidewalk cleaning IS NOT an encampment removal under Section 169 of the San Francisco Police Code.**

**Storage of Personal Property.** Personal property given to Public Works for storage or unattended personal property removed by Public Works from sidewalks or public right of way will be taken to the **Public Works Operations Yard at 2323 Cesar Chavez Street.** Owners of the items should go to the Kansas Street entrance, at Marin Street, and call on the intercom or call 415-895-2134. For the first 72 hours after items are collected and stored, they can be claimed by their owners 24 hours a day. After the first 72 hours, owners can retrieve items Monday through Friday, 8 a.m. to 3 p.m. There is no fee for property storage or retrieval. Although you are not required to present official I.D., you must provide a reasonably specific and detailed description of the property in order to retrieve it. **Property not claimed within 90 days** of the date of removal will be deemed abandoned and will be destroyed except for the following: any single item that does not fit in a 60-gallon container with the lid closed will be deemed abandoned and destroyed 14 days after the date of removal. Tents and operational walkers, crutches, wheelchairs and bicycles will be stored for 90 days after the date of removal.

Please be advised that the following types of items will not be stored and may be discarded: (1) items that present an immediate threat to public health or safety (i.e., soiled, needles, infested with vermin), (2) items that are evidence of a crime or contraband, (3) trash, and (4) perishable food.

CCSF-COH_437449

# Regular Encampment Cleanings

▶ HSOC will provide email notice to Public Works confirming that, when required, notice was posted in advance of a resolution.

▶ When Public Works does not receive confirmation that notice was posted within the required timeframe, proceed as if you were responding to a routine cleaning operation.

CCSF-COH_437450

# Steps to Take While Bagging and Tagging

▶ If the person is present, inform them that you are bagging and tagging their items and that the items will be collected if the owner does not move them.

▶ You can call the SFPD for support if you feel it is necessary for your safety.

▶ If you are bagging and tagging items at an HSOC resolution, HSOC staff will advise the owner to separate out any medications, medical devices, personal identification and legal documents and have them sign an acknowledgment.

▶ Make sure you give HSOC staff the time to do this before bagging and tagging.

CCSF-COH_437451

# Steps to Take While Bagging and Tagging- When owner is present, during HSOC and JFO resolution ONLY

**ADVISEMENT TO OWNER (OR DESIGNEE):**

**PLEASE REMOVE YOUR PERSONAL ITEMS FROM THE PROPERTY THAT THE CITY WILL TEMPORARILY STORE UNDER THE BAG AND TAG POLICY[1] (TO BE SIGNED BELOW BY OWNER OR DESIGNEE)**

Prior to bagging and tagging personal property that is placed on City property, the owner of the personal property (or the owner's designee) is advised to separate and hold onto any of the owner's medications, medical devices, personal identification, and legal documents.

**OWNER'S ACKNOWLEDGEMENT:**

I acknowledge that City staff have provided me with this advisement and that I have removed the following personal items from the personal property that the City will bag and tag or that the items to be bagged and tagged contained none of the items listed below **[check the box next to all items owner has removed and kept]:**

- ☐ medications,
- ☐ medical devices,
- ☐ personal identification,
- ☐ legal documents, and/or
- ☐ other

**Acknowledged by (owner or designee to sign below):**

| First Name: | | Last Name: | |
|---|---|---|---|
| Signature: | | Date: | |

**City Employee or Contractor**

| Full Name: | | Location: | |
|---|---|---|---|
| CMMS No. | | Date & Time: | |

☐ Please check this box if owner (or owner's designee) refused to sign the acknowledgment.

CCSF-COH_437452

# Advisement to Owner (or Designee) to Hold onto Medication, Medical Devices, Personal ID and Legal Documents

► Prior to bagging and tagging personal property that is placed on City property, the owner of the personal property (or the owner's designee) is advised by HSOC command staff to separate and hold onto any of the owner's medications, medical devices, personal identification and legal documents. The **role of Public Works staff is to photograph the signed document, upload the image into CMMS, collect and file the hard copy.**

► Secure written acknowledgment that states: I acknowledge that City staff have provided me with this advisement and that I have removed the following personal items from the personal property that the City will bag and tag or that the items to be bagged and tagged contained none of the items listed below:

   □ medications,

   □ medical devices,

   □ personal identification,

   □ legal documents, and/or

   □ other_____

CCSF-COH_437453

# Discarded items- Cheat Sheet

► **ITEMS THAT WILL DISCARDED AND NOT STORED**

1. Items that present an immediate health or safety risk, such as:

- toxic sharps: needles, scissors, knives

- chemicals: bleach, paint, oils, etc.

- items (including bedding and clothing) soiled by infectious materials: human waste, body fluids, moldy, mildewed items

- items infested by rodents and insects: rats, mice, fleas, lice, bed bugs

- personal belongings that are co-mingled or littered with needles, human waste, or other health risks - staff may dispose of the entire pile of belongings and are not required to sort through and attempt to remove the health or safety risks.

1. Perishable items, perishable food.

2. Contraband, illegal items; refer to San Francisco Police Department.

3. Trash, garbage, and/or debris. This includes property that appears to have been discarded by its owner and broken appliances or broken furniture. If staff has a reasonable doubt as to whether an item constitutes trash, it should be collected and stored.

4. Abandoned property (see definition above).

NOTE: Shopping carts are governed by Public Works Procedure 16.05.05 and are not subject to this policy. However, personal property inside a shopping cart shall be bagged and tagged in accordance with this policy. There is no limit to the number or volume of personal items that Public Works will bag and tag.

CCSF-COH_437454

## Items That Present an Immediate Health or Safety Risk Include:

▶ toxic sharps (needles, scissors, knives)

▶ chemicals (bleach, paint, oils)

▶ items soiled with infectious materials (human waste and bodily fluids, mold, mildew)

▶ items infested by rodents or insects (rats, mice, fleas, lice, bed bugs)

▶ items that present an immediate health or safety risk

CCSF-COH_437455

# What items can be discarded?

1. Items that present an immediate health or safety risk





CCSF-COH_437456

# What items can be discarded?

## 2. Perishable items, including perishable food

Takeaway food containers
Opened jars or cans
Foods that would ordinarily be refrigerated like   meat,
dairy or eggs

CCSF-COH_437457

# What items can be discarded?

## 2. Perishable items, including perishable food



CCSF-COH_437458

# What items can be discarded?

3. Contraband or illegal items:

   + sawed-off shotguns, metal knuckles, etc.
   + Illegal drugs (such as fentanyl, heroin, cocaine)

Refer to law enforcement for guidance if unsure how to proceed.

CCSF-COH_437459

# What items can be discarded?

3. Contraband or illegal items



CCSF-COH_437460

# What items can be discarded?

4. Trash, garbage and/or debris
   + broken or damaged items
   + items scattered on the ground

If you have a reasonable doubt about whether the item is trash, err on the side of not considering it trash.

CCSF-COH_437461

What items can be discarded?

4. Trash, garbage and/or debris

 

CCSF-COH_437462

# What items can be discarded?

4. Trash, garbage and/or debris



CCSF-COH_437463

# What items can be discarded?

5. Abandoned property:

    + Does not have signs of ownership
    + Does not appear to have any value or use.

CCSF-COH_437464

# What items can be discarded?

5. Abandoned property



CCSF-COH_437465

# What's the difference between ABANDONED items and UNATTENDED items?

▶ In determining if property is abandoned, staff should evaluate the facts and circumstances surrounding the items.

▶ **Unattended property** is accompanied by signs of ownership – for example, an unattended tent that is filled with personal belongings or items that are being stored in an orderly manner (i.e., packed up, wrapped or covered) are not abandoned. Or if someone says the items belong to them.

▶ "By contrast, **abandoned items** are unaccompanied by no objective indications of ownership, for example, an empty or broken tent sitting by itself on a sidewalk with no other belongings, a bag of clothes open and strewn across a sidewalk, or items that are broken, disheveled, surrounded by trash or show other signs of neglect." (Bag and Tag Policy, Section 1(d).)

CCSF-COH_437466

# Scenario 1:



You encounter a tent by itself with no one around and nothing inside it. The tent appears to work and is not obviously broken.






**Answer:**
**Bag and Tag.** This tent appears unattended (not abandoned) because it is in working order, set up, and there is nothing inside the tent that would make it comingled with hazards. Post and photograph Notice of Removal of Property

  

CCSF-COH_437468

# How do you post written notice when items have been bagged and tagged?

**SAN FRANCISCO PUBLIC WORKS**

**NOTICE OF REMOVAL OF PROPERTY**

Be advised that unattended personal property has been removed from
this area because it was stored on City or State property in violation of
California Penal Code Sections 372 and/or 647(e), and/or San Francisco
Police Code Section 22.

Date and approximate time of removal: _____

SR/CMMS#: _____

Location of removal: _____

General description of items removed: _____

_____

PW Staff name: _____   Vehicle #: _____

You may retrieve your belongings at the Public Works
Operations Yard located at 2323 Cesar Chavez Street (use the
Kansas Street entrance at Marin Street), 415-695-2134. They
can be claimed 24 hours a day after items are collected for the
first 72 hours. Afterwards, owners may retrieve their items
Monday through Friday, 9 a.m. to 3 p.m. There is no fee for
storage or retrieval. Although you are not required to present
official I.D., you must provide a reasonably specific and detailed
description of the property in order to retrieve it. Property not
claimed within 90 days of the date of removal will be deemed
abandoned and will be destroyed.

After any bagging and tagging
and removal of unattended
property, place a post-removal
notice, including the time, date
and location you provided
notice.

CCSF-COH_437469

# Scenario 2:



You encounter a homeless person and their property as part of a routine cleaning operation.

You give them 30 minutes to move any items they want to keep and offer to discard anything they leave behind.

The person leaves behind items that look like someone else could use them.



SO 2210827

CCSF-COH_437470



## Answer

**Discard.** These items have been abandoned. Although the items look in good working order, you spoke with the owner and gave them a reasonable amount of time to move whatever belongings they wanted to keep. The fact that the owner left these items behind shows they were abandoned.

CCSF-COH_437471

# What if discardable items are comingled with hazardous items?

If personal belongings are comingled or littered with needles, human waste or other health risks, you **DO NOT** need to sort through and remove the health risks. You may dispose of the entire pile of belongings.



CCSF-COH_437472



## Scenario 3:

**You find a tent that has an unknown white powdery substance loose inside it and/or pills that you cannot identify.**

CCSF-COH_437473



**Answer**

### Discard. This tent is comingled.

An unknown white powdery substance or pills are the type of "other health risk" that allows you to treat the entire tent as comingled for your own health and safety.



CCSF-COH_437474

## Scenario 4:

You encounter a tent with a bag of beer cans
and loose food inside the tent?



CCSF-COH_437475



**Answer**

## This tent is not comingled.

While you can discard the open bottles and cans because they are perishable items, they are not the type of health risk that would permit you to discard the entire tent and all its contents as comingled.

However, even when a tent is not comingled, the contents inside may be evidence that the tent is abandoned rather than unattended.

CCSF-COH_437476

# What to do if there is a dispute?

## Photograph it!

  

If there is a dispute between the owner and Public Works staff about whether to discard something, try to take a photo of the item before discarding it and upload the photo to CMMS.

If you don't have a tablet to take a photo, find a supervisor.

Your safety is the #1 priority. If you think taking a photo will endanger your safety, don't do it.

CCSF-COH_437477

## Are there minimum or maximum amounts of property that can be bagged and tagged?

▶ **No.**
▶ There are no limits on the amount of property that can be bagged and tagged.
▶ The volume of property is not a reason to discard items.

CCSF-COH_437478

# What to do if someone refuses to comply with a request to move/collect their belongings?

▶ Clean around them or
▶ Call SFPD for assistance

CCSF-COH_437479

# Bulky Items

- ▶ A "bulky item" is any single item that does not fit in a 60-gallon container with the lid closed. Bulky items include furniture, mattresses and personal carts.

- ▶ Bulky items should be considered for bag and tag just like any other item.

- ▶ Due to the limitations on space in the Public Works Operations Yard, the department will store "bulky items" for 14 days from the date of collection.

- ▶ An operational tent, operational walker, operational wheelchair, operational crutches or operational bicycle will **NOT** be treated as a bulky item and the Department will store it for 90 days.



CCSF-COH_437480

When Public Works staff collects personal items in the field, they must complete
the bag and tag intake form, describing the property the department has collected.

**HOMELESS PROPERTY INFORMATION**
*(PLEASE PRINT CLEARLY)*

| | |
|---|---|
| Pick Up Date: _____ | Name: _____ |
| Pick Up Time: _____ | DOB: _____ |
| CMMS Request #: _____ | Case #: _____ |

How many items: _____  Description of items: _____

P.D. Pick up: ☐
Field Pick up: ☐    *Evidence:* ☐    Bag & Tags ☐
*(if evidence is found does it is considered evidence)*

SFPD
Star #: _____    Property owner name and #: _____

Pick Up Location:
(name of F.D. stationg) _____    Zone: _____

Street Address: _____

Cross Street: _____

Mark the box which corner, if applicable:    NW ☐  SW ☐  NE ☐  SE ☐

Picked up by: *(SF PW Personnel name)*: _____

Public Works Employee Radio #: _____

Tag #: _____    Tag Color: _____

**TO BE FILLED OUT AFTER ITEMS HAVE BEEN PICKED UP BY RIGHTFUL OWNER**

Claimant Name: _____    Date claimed: _____

Signature: _____

Disposal Date: _____

*White Page=Gray Book    Yellow Page = Tan or Paper    Pink copy to return with item/bag #'s*

CCSF-COH_437481

are properly tagged.



CCSF-COH_437482

Items are stored organized and handled with care.



CCSF-COH_437483

# Special Projects: Sample of Intake Log



**HOMELESS PROPERTY INFORMATION**

Special Projects Team takes the information from the Homeless Property Information form and inputs it into a spreadsheet that tracks the inventory of items at the Operations Yard.

CCSF-COH_437484



# When can someone claim their items from the Operations Yard?

For the first 72 hours, items can be claimed by their owners 24 hours a day.

After the first 72 hours, items can be claimed Monday-Friday from 9AM to 3PM.

Owners should talk to the security guard at the gate or call the Radio Room at 415-695-2134.

At **NO** time are members of the public allowed to visit the storage areas to look for items.

CCSF-COH_437485

**Forms Used to Implement Bag & Tag Policy**

**Notice Posted 72 Hours Before Resolution**

▶ https://sfgov1.sharepoint.com/sites/DPW/ProceduresManual/Attachments/16-05-08%20-%20Attachment%20A.docx    (attached PDF)

**Notice Posted 24 Hours Before Resolution**

▶ https://sfgov1.sharepoint.com/sites/DPW/ProceduresManual/Attachments/16-05-08%20-%20Attachment%20B.docx    (attached PDF)

**Notice of Removal of Property**

▶ https://sfgov1.sharepoint.com/sites/DPW/ProceduresManual/Attachments/16-05-08%20-%20Attachment%20C.docx    (attached PDF)

**Property Owner Information - Intake Form**

▶ https://sfgov1.sharepoint.com/sites/DPW/ProceduresManual/Attachments/16-05-08%20-%20Attachment%20D.docx    (attached PDF)

**Advisement to Owner (or Designee) of Personal Items Removed and Temporarily Stored**

▶ https://sfgov1-my.sharepoint.com/:b:/g/personal/rachel_gordon_sfdpw_org/EV88BYISRr5GoK d7UBSLCk4BqSp4FJwAvng2g1uHV-DveQ (attached PDF)

CCSF-COH_437486

1. Can we put postings on Bag & Tag containers saying what not to bag & Tag (hazardous material, etc....)? **YES- The Special Project team will post photos of items to be discarded in our storage container.**

2. Do we Bag & Tag burnt items? **NO, burnt items can also be hazardous.**

3. If at a location doing a Bag & Tag and there are multiple individuals whose items are being Bag & Tagged, do I use the same CMMS number or create multiple? **YES, if we know for sure, those items belong to multiple or different owners.**

4. If we are at an encampment and an individual does not want any resources and says he does not feel like moving his items, can we just Bag & Tag all his stuff for him and he will just pick it up later, do we? **HSOC or JFO incident command should engage with unhouse person to document via Advisement to Owner Form. Public Work crew shall proceed with our bag and tag policy and procedure. Bag and tag items or belonging meet our criteria, take photograph via CMMS and the hard copy of the Advisement Owner Form.**

5. Do we bag and tag broken wheelchairs or with feces on them? **NO, per our standard procedure, photos graph wheelchair condition in associated CMMS and notes as is.**

CCSF-COH_437487

6. Do we bag and tag broken wheelchairs or with feces on them? **NO, per our standard procedure, photos graph wheelchair condition in associated CMMS and notes as is.**

7. Do we sort out items inside the bag or suitcase. **NO, due to safety, we would only do a visual inspection inside and document what we see. We do not go through it.**

8. What should we do when unhouse person claims items at our cleaning location. **Per our standard practice, every location we clean or service, shall have CMMS. We should give items the unhouse person claimed and noted comments in associated CMMS.**

**9. What should we do, If SFPD no show to assist at crowded location?. Report to radio room to document, ask radio room staff to contact SFPD nearest station. Clean surrounding area while for PD for additional 15 mins before leaving the area.**

**10. If Supervisor not around, Can we leave the bag and tag belonging outside our storage container? NO, All bag and tag belonging shall be store inside our container. Our 24/7 radio room staff have key to the container, including the key watcher lock box.**

CCSF-COH_437488

## Conclusion and Questions

▶ The goal of this training is to empower you to comply with the Bag and Tag Policy.

▶ Be sure to sign the sign-in sheet!

▶ If you have questions about how the Bag and Tag Policy applies when you are in the field cleaning and greening our City, please contact your supervisor who can give you additional guidance.

CCSF-COH_437489