# EXHIBIT 48

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4  - - - - - - - - - - - - - - - -
 5  COALITION ON HOMELESSNESS     )
 6  et al.,                       )
 7         Plaintiffs,            )
 8  v.                            )  CASE NO.
 9  CITY AND COUNTY OF            )  4:22-cv-05502-DMR
10  SAN FRANCISCO, et al.,        )
11         Defendants.            )
12  - - - - - - - - - - - - - - - -
13
14
15          CONFIDENTIAL - ATTORNEY'S EYES ONLY
16             DEPOSITION OF BRITTANY BRANDON
17                TUESDAY, JANUARY 28, 2025
18
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                   BY:  BELLE BALL, CSR NO. 8785
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA  94104
25                              (415) 597-5600
```

```
 1      A    Yes.
 2      Q    How do you review his work?
 3      A    I check his CMMS records in our spreadsheets.
 4      Q    What spreadsheets are you describing?
 5      A    We -- hot spot has spreadsheets for all
 6 resolutions.  So we create service requests, which is
 7 the CMMS, and those are all recorded on the
 8 spreadsheets, from dates and locations.
 9      Q    What is the name of those spreadsheets?
10      A    It's called "Hot Spot Spreadsheet."
11      Q    And so those spreadsheets you said combine
12 all the CMMS reports from the hot spot team?  Is that
13 correct?
14      A    Yeah, by dates and location.
15      Q    And so those would be the CMMS reports
16 created by anyone on the hot spot crew.
17      A    Usually only the supervisors or the lead
18 create the CMMS request.
19      Q    And is there any other way that you supervise
20 his work?
21      A    I go in the field and check.
22      Q    And by that, do you mean go to HSOC
23 resolutions?
24      A    Yes, exactly.
25      Q    Do you review the work of any of the general
```

 1     laborers on the hot spot team?
 2         A    Yes, when in the field.
 3         Q    And do they sometimes also create CMMS
 4     reports that get put on that spreadsheet?
 5         A    Only for supervisors not present.
 6         Q    And in supervising the other team, the alley
 7     team, how often do you meet with Kenny Simons?
 8         A    Simmons.
 9         Q    Simmons.
10         A    Every morning as well.
11         Q    And that's in person?
12         A    Yes.
13         Q    Do you also communicate with him by email?
14         A    Yes.
15         Q    By text message?
16         A    Yes.
17         Q    By phone call?
18         A    Yes.
19         Q    Any other means of communication?
20         A    No.
21         Q    And how do you supervise Kenny Simmons?
22         A    Same thing.  Go over his work.  Check -- he
23     also has a spreadsheet for alley group, so I'm
24     constantly checking his spreadsheets and the CMMS, and
25     checking, making sure everything is logged incorrectly.

```
 1        A    Yeah.  John Reilly is the assistant
 2   superintendent for my crew, and then Jonathan Vaing is
 3   the main superintendent.  So we are getting directly
 4   supervised by John Reilly, and then overseen by
 5   Jonathan Vaing.
 6        Q    And do you send the spreadsheets to John
 7   Reilly and Jonathan Vaing, or they just have access?
 8        A    They have access.
 9        Q    So in your -- we've just been talking about
10   your current position.  Before January 4th, when you
11   were a Supe 2 --
12        A    Supe 1.
13        Q    Supe 1, I apologize.  That always confuses
14   me.
15             How did you supervise the general laborers
16   that you are responsible for?
17        A    So Supe 1s are working supervisors, so we are
18   in the field with them, working.  So you're working
19   besides them, so that's how you supervise them.
20        Q    And did you also review their CMMS reports?
21        A    They didn't create CMMS reports.  The
22   supervisors does it.  For hot spot.  Only when the
23   supervisor isn't present would the general laborers do
24   it.
25        Q    And when you weren't present, did you review
```

```
 1   information into that CMMS reports?
 2       A    If you do a service request, you would be
 3   responsible to finish the service request you started.
 4       Q    And would your supervisor ever review the
 5   CMMS reports that you finished?
 6       A    They can, if need be.
 7       Q    Do you know if your supervisor on Zone F
 8   reviewed the CMMS reports that you completed?
 9       A    I don't recall.
10       Q    Did you create any other documents as a
11   Supe 1 on the hot spot team?
12       A    CMMS requests in the spreadsheet, that's it.
13       Q    And when you were a Supe 1 on Zone F, how did
14   you supervise your direct reports?
15       A    How --
16       Q    How did you supervise the general laborers
17   that worked under you?
18       A    The same, side by side in the field with
19   them, sign them in in the morning, have a quick
20   discussion, and dispatch.
21       Q    Where did you sign them in?
22       A    On our yard.
23       Q    And when you signed them in and have a quick
24   discussion, is that sometimes referred to as a
25   "tailgate meeting"?
```

1  just do the smaller ones.  We don't do the bureau-wide.
2       Q    And when you did those, how often would
3  they --
4       A    Once a month.
5       Q    Did you ever discuss the bag & tag policy at
6  those bureau-wide meetings?
7       A    I don't recall, but I believe it could have
8  been at tailgate.
9       Q    In tailgate?  Or in the bureau-wide?
10      A    Those are tailgates.
11      Q    Oh, gotcha.  Do you participate in Supe 2
12  meetings?
13      A    Yes.
14      Q    And what are Supe 2 meetings?
15      A    They are a weekly meeting with all the
16  Supe 2s and our managers.  Discussing things that are
17  going on in DPW and special -- specials that we have
18  going on for maybe parades, holidays, special events.
19      Q    And before becoming a Supe 2 in January, did
20  you attend those meetings?
21      A    I would attend Supe 2 meetings if my Supe 2
22  was off.
23      Q    And how often was that?
24      A    Not too often.
25      Q    Who leads those meetings?

```
 1       A    Yes.
 2       Q    Did the Supe 2 always go over notes from the
 3  Supe 2 meetings at tailgates?
 4       A    Yes.  As I can recall it, yes.
 5       Q    So at each tailgate meeting, the Supe 2 would
 6  relay information from those meetings?
 7       A    Yes.  Not at each tailgate meeting.  So it
 8  would be, like, we'd do like they have a Supe 2 meeting
 9  every week, and so when we would do our daily dispatch,
10  they would also include notes from the meeting that
11  needed to be discussed to the crew.
12       Q    And if you attend a Supe 2 meeting, did you
13  sign in for each meeting that you attend?
14       A    Yes.
15       Q    So if you were there, it would be documented
16  on a sign-in sheet?
17       A    Yes.
18       Q    Does DPW ever use private contractors for
19  street cleanings or encampment resolutions?
20            MS. MURPHY:  Object to form.
21            THE WITNESS:  I can't answer that, not to my
22  knowledge.  I don't know.
23  BY MS. KATOVICH
24       Q    Since you have been at DPW, have you ever
25  worked with private contractors?
```

```
 1        A    Yes.
 2        Q    Okay.
 3             MS. MURPHY:  Whenever you are at a natural
 4   breaking point, it's been an hour.
 5             MS. KATOVICH:  We can take a break now.
 6             (Recess taken from 3:47 p.m. to 3:58 p.m.)
 7   BY MS. KATOVICH
 8        Q    Have you received training on DPW's bag & tag
 9   policy?
10        A    Yes.
11        Q    When did you first receive training?
12        A    Probably when I was first hired.
13        Q    In 2018?
14        A    Yeah.  No, I was first hired in 2012.
15        Q    2012, right.
16        A    Yeah.
17        Q    And about how many trainings on the bag & tag
18   policy have you received since then?
19        A    I don't know.  A lot.
20        Q    When did you last receive training on the bag
21   & tag policy?
22        A    This morning.
23        Q    This morning.  And that was at a Supe 2
24   meeting?
25        A    Yeah, tailgate.
```

```
 1      Q    And what did that training entail?
 2      A    We -- just going over it.  It's a PowerPoint.
 3      Q    A PowerPoint.  Who presented the PowerPoint?
 4      A    Jonathan Vaing.
 5      Q    And that was a PowerPoint that was provided
 6  to all of the supervisors in the SES, is that correct?
 7      A    Yes.
 8  BY MS. KATOVICH
 9      Q    Supe 1s and Supe 2s?  Or only Supe 2s?
10      A    Supe 1 and Supe 2s, we all had it.
11      Q    And what does that PowerPoint cover?
12      A    Just the bag & tag policy.
13      Q    How long was that training?
14      A    I think it was only about -- because we were
15  trying to get through it, I think we spent 15, 20
16  minutes on it.
17      Q    And did you -- at the training, did you
18  discuss anything that wasn't in the PowerPoint that was
19  shown to you?
20      A    No.
21      Q    And before today's training, when is the last
22  time you received a training on the bag & tag policy?
23      A    I believe I did -- to my best knowledge I can
24  remember, I think I did a tailgate maybe two or three
25  weeks ago, with my crew.
```

```
 1        A    It's all good.
 2        Q    Found it.  You described trainings on the bag
 3   & tag policy.  When -- and sometimes you receive those
 4   trainings at the Supe 2 meetings, is that correct?
 5        A    Yes, sometimes.
 6        Q    And if you were at a Supe 2 meeting where
 7   there was training on bag & tag policy, would there be
 8   a record of that?
 9        A    Yes.
10        Q    And what form would that take?
11        A    It would be a sign-in sheet, tailgate sign-in
12   sheet.
13        Q    Did you ever receive training on the
14   preliminary injunction in this case?
15             MS. MURPHY:  Object to form.
16             THE WITNESS:  I can't recall.
17   BY MS. KATOVICH
18        Q    Did you receive training on the bag & tag
19   policy after December, 2022?
20        A    I believe so.
21             (Reporter clarification)
22             MS. KATOVICH:  2022, the year.
23   BY MS. KATOVICH
24        Q    And at that training, were you told anything
25   about what you needed to do to comply with the court
```

```
 1   STATE OF CALIFORNIA      )
 2                            ) ss.
 3   COUNTY OF SAN FRANCISCO  )
 4
 5          I, BELLE BALL, hereby certify:
 6          That the foregoing proceedings were taken
 7   before me at the time and place herein set forth; that
 8   any witnesses in the foregoing proceedings, prior to
 9   testifying, were duly sworn; that a record of the
10   proceedings was made by me using machine shorthand,
11   which was thereafter transcribed; that the foregoing
12   transcript is a true record of the testimony given.
13          I further certify that I am neither
14   financially interested in the action nor a relative
15   or employee of any attorney or party to this action.
16          IN WITNESS WHEREOF, I have this date
17   subscribed my name.
18          Dated: Thursday, February 6, 2025.
19
20          [signature: Belle Ball]
21
22   BELLE BALL, CRR, RDR, CSR NO. 8785
23   STATE OF CALIFORNIA
24
25
```