# EXHIBIT 49

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4   - - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS;           )
 6   SARAH CRONK; JOSHUA DONOHOE;         )
 7   MOLIQUE FRANK; DAVID MARTINEZ;       )
 8   TERESA SANDOVAL,                     )
 9              Plaintiffs,               )
10   v.                                   ) CASE NO.
11   CITY AND COUNTY OF SAN               ) 4:22-cv-05502-DMR
12   FRANCISCO, et al.,                   )
13              Defendants.               )
14   - - - - - - - - - - - - - - - - - - -
15
16              DEPOSITION OF JOEL MARTINEZ
17              TUESDAY, FEBRUARY 25, 2025
18
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22         BY:  KRISTIE COFFELT SHEPHERD CSR NO. 14268
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA 94104
25                          (415) 597-5600
```

```
 1     BY MS. KATOVICH:
 2         Q.   Sure.  Did you ever discuss any City policies
 3     or DPW policies with your supervisors?
 4         A.   Not really, no.  None other than, you know,
 5     like the tailgates we have.
 6         Q.   What are the tailgates?
 7         A.   It's just them going over protocol and
 8     basically explaining, you know, basically higher -- like
 9     a supervisor going over protocol basically explaining
10     what, you know, what procedures to follow.
11         Q.   And how often do those tailgates take place?
12         A.   We have -- we have them kind of -- not -- maybe
13     like once a month.  Yeah, maybe like once a month.
14         Q.   And those are led by Dario?
15         A.   Sometimes it will be led by him.  They'll
16     either be led by me or -- or Edgar, or even -- or even
17     our actual superintendent Jonathan Vaing.  Yeah.  Yeah.
18         Q.   And are those tailgates just for your crew?  Or
19     are they -- are there more than -- other crews that
20     participate in the same tailgate?
21         A.   Well, I mean, when they're giving them is --
22     it'll be basically just for our crew, but I'm pretty
23     sure other crews receive them too, you know.
24         Q.   Mm-hmm.  And do you -- at those tailgates, you
25     said you're -- whoever's leading them will explain
```

```
 1    protocol.  And will they provide sort of directions on
 2    how to follow the protocol?
 3         A.   Yeah.  Yeah.  And that's usually kind of --
 4    that's usually like a document, you know, with it that
 5    they kind of read out loud.  We actually -- and we kind
 6    of have like a -- like a little quiz at the end of each
 7    tailgate, you know.
 8         Q.   Is it a written quiz?
 9         A.   No.  It'll be more like, you know, I guess
10    either the supervisor or lead or whoever's giving the
11    tailgate, right, he would read out loud the questions
12    and then, you know, whoever got the answer, I guess they
13    could just say it out loud.
14         Q.   And are you provided that document at the
15    tailgates?  Or it's just read?
16         A.   No.  We -- I mean, they -- the -- we provide it
17    to them -- they provide it to me; I provide it to all of
18    them too, so, yeah.
19         Q.   So everybody gets copies?
20         A.   Everybody gets a copy.  Yeah.
21         Q.   And do you also have to sign in to show you
22    were at the tailgate?
23         A.   Yes, we do.  Yeah.
24         Q.   And so every tailgate you attend would have a
25    sign-in sheet?
```

```
 1   Chris and he -- he does the intake basically.
 2        Q.   And is Chris someone at DPW?
 3        A.   Yeah, yeah, yeah.  Like I said, I forgot his
 4   title -- you know, title position.
 5        Q.   And do you take it to him at the yard?
 6        A.   Yes.  Yeah.  Well, we will take it -- we will
 7   take it in with the Bag and Tag Form, you know.  It will
 8   go -- it will basically go in with the Bag and Tag Form,
 9   with the Intake Bag and Tag Form.
10        Q.   And are these new -- the new forms that you're
11   just describing, are they only filled out when there's a
12   bag and tag?
13        A.   Yeah, yeah.
14        Q.   When you had that tailgate last week about this
15   new form, were you provided any documents?
16        A.   Yeah.
17        Q.   What were those documents?
18        A.   It was a big -- big booklet that they gave us
19   basically.
20        Q.   Was it like a PowerPoint booklet?
21        A.   Kind of, yeah.
22        Q.   And each of you got a copy?
23        A.   Everybody did, yeah.
24        Q.   And during that tailgate, did Edgar Garcia go
25   over that document?
```

```
 1        A.    Yeah, he did.
 2        Q.    Did he discuss anything else that wasn't in the
 3   document?
 4        A.    Not really, no.
 5        Q.    Did you ask any questions?
 6        A.    Not really, no.
 7        Q.    Did anybody else?
 8        A.    Not that I remember.  Yeah, not that I
 9   remember.
10        Q.    How long was that tailgate?
11        A.    We had two that day, and -- because I did the
12   hazardous one, and then he did the bag and tag one.  And
13   I think both of them were like about -- well, we get out
14   -- we got out of there at -- we started at 8:00, and we
15   got out of there like 9:05, so like an hour and five
16   minutes.  I don't know.  Maybe 30 minutes each --
17   tailgate.
18        Q.    And before last week's tailgate, when was the
19   last time that you had a tailgate about the Bag and Tag
20   Policy?
21        A.    I forgot because we kind of -- we kind of had
22   -- we kind of had them, like, back to back.  We had one
23   with Brittany.  And then we had whichever -- which I
24   believe it was the last one.  But before that, we also
25   had one with Jonathan, Jonathan Vaing, but, like, I
```

```
 1    do not wrestle, you know, over -- over an item.  Like,
 2    they were, like, if they want to keep it, just let them
 3    -- let them have it, you know.
 4             Basically, they said have a more human
 5    approach, you know.  That's kind of what they got.
 6        Q.   And were there any other changes that Jonathan
 7    Vaing discussed at that tailgate?
 8        A.   No, that was it.
 9        Q.   Do you ever -- outside of those tailgates, do
10    you ever discuss the Bag and Tag Policy with your
11    supervisors?
12        A.   Not really, no.
13        Q.   And if you had a question about the Bag and Tag
14    Policy, who would you ask?
15        A.   I would go up to Edgar or Brittany, yeah.
16    Well, yeah, back in 2024, it was Brittany.  Now, I would
17    go up to Dario.
18        Q.   And did you ever ask either Brittany or Dario
19    questions about the Bag and Tag Policy?
20        A.   I did a few times, yeah.
21        Q.   When did you ask those questions?
22        A.   I don't -- I don't remember when exactly, but I
23    mean, I -- I remember asking a few questions after, you
24    know, tailgates sometimes, you know, just for them to
25    like clarify stuff.
```

```
1    STATE OF CALIFORNIA   ) ss.
2    COUNTY OF SONOMA      )
3              I, Kristie Coffelt Shepherd, CSR No. 14268, do
4    hereby certify:
5              That the foregoing proceedings were taken before
6    me at the time and place therein set forth, at which
7    time the witness declared under penalty of perjury; that
8    the testimony of the witness, JOEL MARTINEZ, and all
9    objections made at the time of the examination were
10   recorded stenographically by me and were thereafter
11   transcribed under my direction and supervision;
12             That the foregoing is a full, true, and correct
13   transcript of my shorthand notes so taken and of the
14   testimony so given;
15             Reading and Signing was:
16   ____  Requested  __x__  Not Requested  ____  Waived
17             I further certify that I am not financially
18   interested in the action, and I am not a relative or
19   employee of any attorney of the parties, nor of any of
20   the parties.
21             Dated this 14th day of March, 2025.
22
23
24
25             KRISTIE COFFELT SHEPHERD, CSR No. 14268
```