# EXHIBIT 50

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4   - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,        )
 6   et al.,                           )
 7               Plaintiffs,           )
 8   v.                                ) CASE NO.
 9   CITY AND COUNTY OF SAN            ) 4:22-cv-05502-DMR
10   FRANCISCO, et al.,                )
11               Defendants.           )
12   - - - - - - - - - - - - - - - - - -
13
14
15
16               DEPOSITION OF KHALED SHEHADEH
17                  MONDAY, JANUARY 13, 2025
18
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22            BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                550 CALIFORNIA STREET, SUITE 820
24                SAN FRANCISCO, CALIFORNIA  94104
25                              (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          Deposition of KHALED SHEHADEH, taken on behalf
11   of Plaintiffs, at 1390 Market Street, Seventh Floor,
12   San Francisco, California, commencing at 10:45 A.M.,
13   MONDAY, JANUARY 13, 2025, before Suzanne I. Andrade,
14   Certified Shorthand Reporter No. 10682, pursuant to
15   Notice.
16
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL:
 2  FOR PLAINTIFFS:
 3       AMERICAN CIVIL LIBERTIES UNION
 4       BY:  SCOUT KATOVICH, ATTORNEY AT LAW
 5       39 Drumm Street
 6       San Francisco, California 94111
 7       Telephone:  (415) 293-6333
 8       Email:  skatovich@aclu.org
 9  - AND -
10       EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
11       BY:  VASUDHA TALLA, ATTORNEY AT LAW
12       600 Fifth Avenue, 10th Floor
13       New York, New York  10020
14       Telephone:  (212) 763-5075
15       Email:  vtalla@ecbawm.com
16
17  FOR DEFENDANTS:
18       CITY AND COUNTY OF SAN FRANCISCO
19       OFFICE OF THE CITY ATTORNEY
20       BY:  MIGUEL GRADILLA, DEPUTY CITY ATTORNEY
21       1390 Market Street, Seventh Floor
22       San Francisco, California 94102
23       Telephone:  (415) 554-4700
24       Email:  miguel.gradilla@sfcityatty.org
25
```

```
 1                           INDEX
 2   MONDAY, JANUARY 13, 2025
 3   KHALED SHEHADEH                                      PAGE
 4   PROCEEDINGS
 5        Examination by MS. KATOVICH                        8
 6   P.M. SESSION
 7        Examination Resumed by MS. KATOVICH              101
 8
 9
10                          ---oOo---
11
12
13        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
14                     PAGE     LINE
15                       (None.)
16
17
18                          ---oOo---
19
20
21
22
23
24
25
```

```
 1       A.   Yes.
 2       Q.   Do Supe Is ever do the refreshers?
 3       A.   Supe Is too.
 4       Q.   When is the last time you did a refresher on
 5  bag and tag?
 6       A.   Last year.  Was it -- last month.
 7       Q.   Last month.
 8       A.   Yes.
 9       Q.   And who was that refresher for?
10       A.   For my crew, Graffiti.
11       Q.   Graffiti.
12            And when you were in -- when you were a Supe II
13  in Zone B, did you do any refreshers on the bag-and-tag
14  policy?
15       A.   Bag-and-tag policy or refresher, same thing.
16  Yes.
17       Q.   When did you do refreshers on the bag-and-tag
18  policy when in Zone B?
19       A.   We do it weekly.  Some of them is that --
20  you're going to -- because we -- when we meet -- we meet
21  with the crew every morning; then we tell them.  So we
22  say:  Don't forget bag and tag; don't forget this.  We
23  tell them what's going on for -- let's say if I have any
24  questions, vehicles when we sign them in.
25            So we always talk to them, remind them of
```

```
 1   stuff, drive safe, make sure don't rush, fill up gas.
 2   You know, the routine stuff.
 3        Q.   And that would be at a tailgate; is that
 4   correct?
 5        A.   Or just to talk at the beginning.
 6        Q.   Okay.  And you said the tailgates, there's a
 7   sign-in sheet for them?
 8        A.   Most of them, yes.
 9        Q.   For these other talks, would there be any,
10   like, sign-in sheet or other written record?
11        A.   No.
12        Q.   And how long do those talks usually last?
13        A.   It varies from 15 minutes to an hour.  It
14   depends if they have questions or not.
15        Q.   And how long do the -- you said the tailgates
16   usually last an hour; is that correct?
17        A.   Could.
18        Q.   Could last an hour.
19             But they might be shorter than that?
20        A.   Shorter, yes.
21        Q.   When you were in Zone B, did you attend any JFO
22   events?
23        ATTORNEY GRADILLA:  Objection; vague.
24        THE WITNESS:  I don't remember.  So...
25   BY ATTORNEY KATOVICH:
```

```
 1       Q.   Do you see any notation about the duration of
 2   this tailgate on this document?
 3       A.   No.
 4       Q.   And I'm now going to have you look back at one
 5   of the documents we looked at early on.  I think it's --
 6   it's that one right there, which I believe it's
 7   Exhibit A to your declaration.  I believe that was 1011.
 8   So it's this document right here.
 9       A.   Mm-hmm.  Yes, I know.
10       Q.   And there you see another sign-in sheet for a
11   tailgate, correct?
12       A.   Yes.
13       Q.   And what's the date on that tailgate?
14       A.   12/1/2022.
15       Q.   And is there a duration of the tailgate that's
16   noted?
17       A.   Yes.
18       Q.   How long did that tailgate last?
19       A.   .50.
20       Q.   And is that typical for tailgates, that it
21   would be half an hour?
22       A.   Depends if you have questions or not.
23       Q.   So was that -- the amount of time, was that
24   written in after the tailgate or before?
25       A.   After.
```

```
 1      Q.   And for the other tailgates that you've
 2  conducted on the bag-and-tag policy, have they taken
 3  more or less time than that one, more or less than half
 4  an hour?
 5      A.   Depends.  Each one is different.  Each group is
 6  different.
 7      Q.   So it could be more, it could be less?
 8      A.   Could be more, not less.
 9      Q.   Not less.
10           Is that because you're required to spend at
11  least half an hour on the bag-and-tag policy?
12      A.   No.  Because we going to read them the
13  bag-and-tag policy.  We just don't give it to them to
14  read.  We're going to read the bag-and-tag policy.  So
15  each person reads slower.  I know I read slower than X.,
16  so it's going to take me a little bit longer.  And if
17  anybody have any questions.
18      Q.   So do you read the policy out loud or --
19      A.   Yes.
20      Q.   -- do you hand it out?
21           Both?
22      A.   Both.
23      Q.   And you hand out a copy of the policy at every
24  refresher that you do on the bag-and-tag policy?
25      A.   Yes.
```

```
 1  STATE OF CALIFORNIA        )
 2                             ) ss.
 3  COUNTY OF SAN FRANCISCO    )
 4           I hereby certify that the witness in the
 5  foregoing deposition, KHALED SHEHADEH, was by me duly
 6  sworn to testify to the truth, the whole truth and
 7  nothing but the truth, in the within-entitled cause;
 8  that said deposition was taken at the time and place
 9  herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested person,
12  and was thereafter transcribed into typewriting by
13  computer.
14           I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18           IN WITNESS WHEREOF, I have hereunto set my
19  hand this 21st day of January, 2025.
20  Reading and Signing was:
21  ___ requested    ___ waived    _x_ not requested
22
23              [signature]
24
25            SUZANNE I. ANDRADE, CSR NO. 10682
```