# EXHIBIT 51

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Tuesday, April 18th, 2023

## Sup. II Minute Meeting

We hope everyone's week is going fantastic. We appreciate everyone for handing in the 13th Annual Montoya Awards Nomination Form. Also, we want to respect everyone's hard work! We would also like to welcome Antonio Pacheco as our new sup. I.

### *Supervisor Information*

- *Forms DUE:*
  - San Francisco Public Works Statement of Incompatible Activities – ASAP
  - Safety Vehicle Inspection – goal does not reach half the month.
  - Q3 – Please turn in your Q3 check-ins.
  - S/O, records, and reports – submitted to Maria, Espina and Mary Ngwe to file.
- *Admin Office:*
  - Limit to managers and supervisors only.
  - Employees who need assistance should be accompanied by their direct supervisor.
- *Bag & Tag:*
  - Request CMMS number
  - Should not be passing work to next shift – if must contact supervisor.
  - Night will do bag & tag now too.
  - Required to document and photo everything.
  - The original copy of the Bag & Tag **intake form** stays **attached** to the Bag & Tag **items**.
  - **Supervisor** (in **possession** of the other *two bags & tag forms/copies*) will **drop** them off at the **Radio Room mailbox** (on the door) to process/file.
  - The last copy of the form will then be **placed** by a Radio Room staff member into the **Special Projects Team mailbox** at **Bldg. A**.
  - Please **inform** all Radio Room staff of this change in the Bag and Tag form distribution.
- *Cherry Blossom:*
  - Check with staff/crew members on the situation and what happened.
  - Supervisors on duty try to check on events going on. Everyone should try to concern themselves with events going on. Check before and after events.
  - Better communication - check who's working and communicate with supervisors.
- *Events (coming soon):*
  - Might need help with barricades.
  - Will be sending out email including time, place, and assignments.
- *New Staffs:*
  - complete forms and training

### Staff Information

- **No Lay offs**
- *Tents:*
    - DO NOT go inside tents.
    - Stay away and don't open any tents.
- *Narcan (coming soon):*
    - On every vehicle.
    - Will have flyer for safety coming soon.
    - Require training.
- **No washing their vehicle at Recology**
- **Dump trash, gas vehicle and return keys.**
- **No using emergency access code – try to request borrow/spare keys.**
- **Vehicle missing numbers on tailgate – please request to fix.**

### Extra Information

- *CMMS mobile training (coming soon):*
    - Look out for emails with time.
- **Mayor wants to meet with BSES – schedule coming.**
- **Need Sup. II for Saturday**
- **Material and Supplies are projected to be overspent.**
- **Mark Roumbanis:**
    - Will be out for two weeks.
    - Nicole Cook will be filling in for Mark R.