# EXHIBIT 52

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Date: 6/13/2023

Location: Training Trailer

Start Time: 7:30 AM

Sup II Minute Meeting

# Staff Information

- Memorial trees will be planted at the yard for Heath Guillory.
- Update all staff emergency contact!
- Accident need notify Ralph (EHS) for interview. - call/email
    - Take better pictures.
    - Locked up the tablets in the correct spots/places.
- Use correct s/o for Sunday Streets
- CC - Taraval from 19th Avenue to 30th Avenue (construction might change)
- CPR – attend the classes.
- PARS due on 6/23/2023
- Chris McDaniels will be out of the office starting Friday for a few weeks. Jonathan Vaing will be acting superintendent for Chris.
- Kenny Bruce will be out for two weeks too. Nat and Darryl will be acting Asst. Superintendent for Kenny Bruce. Darryl first week and Nat second week
- Mandatory supervisor meeting from Nancy Chin
- Tailgates
    - Put out safety cones!
    - Be aware of surroundings.
    - Lockup tablets/supplies
- Review event plans for supervisors and staff working on events. Barricade drop off. Please request cmms s/o.
- CMMS training - tell management to schedule with IT.
    - Isn't optional. Mandatory training
- Bag and Tag
    - Must know how to use CMMS.
    - Every supervisor should follow through/follow up.
    - The supervisor should inspect notes and action photos.
    - Provide more training if necessary.
- Check staff In-Lieu/Float. Communicate and manage your crew's time.

CCSF-COH_1050231