# EXHIBIT 53

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Date: 2/27/2024
Location: Training Trailer
Start time: 7:30 AM

## Supervisor II Minutes Meeting

- PARS due
- Appreciation
    - Last week Clean Corridor
    - The crew that worked on the Chinese New Years Parade
    - Alley Crew for the work at Mission Alley
- Clean Corridor - D8 - 24th from Douglas to Valencia St.
- Use Deep Cleaning S/O at Deep Mission (currently 65%)
- Employee
    - If Employee refuses to drive City Truck because Radio does not work, send them to do block job.
    - Employee who steals city time, discipline.
    - Coach/promote the hard-working employee.
- Classes/Training
    - Back Safety Training, 2/27/2024, 8:30 AM – 10:30 PM – 21 total on the list
    - Another Excel class today
- SUP II Minutes will be attached with S/O numbers.
- No Double Park at Kansas
- Bag & Tag Tailgate
- Hazmat Area
    - Fanny Mae – will be assigned in the area (8:00 AM -5:00 PM)
    - Will have signs, poster.
- Use brush and holes to clean truck not pressure washer.
- Drop off the keys at the gas station for services.
- Black History Month
    - Last Panel Zoom on Wednesday
    - The Potluck will be at 49 South Van Ness will use their 1-hour lunch break if staff want to attend
    - BHWM – Danny Glover will count toward their 1 hour training if staff attend the event.
- Bag and Tag
    - Use the current update tag/intake form.
    - 1 tag per item
- Sheldon last week(retirement)

CCSF-COH_629544