# EXHIBIT 54

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# Mandatory Refresher Tailgate — Attendance

Sup II NOTES.

SUPERVISOR/TRAINER: J. Reilly
DEPARTMENT: 90   DIVISION/GROUP: Zone F   DAY SHIFT
DATE: 27 APR 23

| # | PRINT NAME | SIGN NAME | JOB CLASS# |
|---|---|---|---|
| 1. | Jacque Wilson | JW | 7514 |
| 2. | Sheldon Silas | Sheldon Silas | 7514 |
| 3. | Bernie Hession | Bernie Hession | 7514 |
| 4. | Kenneth Jackson | K Jan | 7514 |
| 5. | Justin Mavoney | | 7514 |
| 6. | Allegra Porchia | AP | 7215 |
| 7. | Nicole Whitfield | Nicole Whitf | 7215 |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

ABSENT:                REASON:

**Supervisor:** Give the original and the evaluation forms to your Safety Recordkeeper. Keep a copy for your files and update your employees' training records. **Safety Recordkeeper:** Log the attendance data into your 2021 Training Plan. File the original attendance sheet with your records.

7

01/01/2021
San Francisco Office of the City Administrator

## SAFETY TAILGATE ATTENDANCE LIST

**SUPERVISOR:** Corey Jackson
**DEPT/PROGRAM:** BSES / Zone A
**DATE:** 4-19-23

**TITLE OF TRAINING:** Supervisor II Meeting Minutes 4-18-23

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | Holdman Ahjae | [signature] | 7514 |
| 2. | ALVARO MATUS | [signature] | 7514 |
| 3. | XIAOCHAO Zhu | [signature] | 7514 |
| 4. | Jinai Gwen | [signature] | 7414 |
| 5. | Tommy LAM | [signature] | 7514 |
| 6. | Al Davis | [signature] | 7215 |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

**ABSENT:** Francisco Echaver     **REASON:** FML

GSA-EHS 01/01/23

CCSF-COH_264238

# SAFETY TAILGATE ATTENDANCE LIST

SUPERVISOR: Corey Jackson
DEPT/PROGRAM: BSES / Zone A
DATE: 4-26-23

TITLE OF TRAINING: Sup II Meeting Minutes (4-25-23)

| # | PRINT NAME | SIGN NAME | JOB CLASS # |
|---|---|---|---|
| 1. | ALVARO MATUS | [signature] | 7514 |
| 2. | A. Holdman | [signature] | 7514 |
| 3. | Jinai Chen | [signature] | 7514 |
| 4. | Tommy Lam | [signature] | 7514 |
| 5. | Albert Davis | [signature] | 7215 |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

ABSENT: XiaoChao Zhu         REASON: VAC
        Ernest Renfro                 WCU
        Francisa Echavez              FML

GSA-EHS 01/01/23

CCSF-COH_264239

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
## TAILGATE - 2023

### Sup 2 Minutes

SUPERVISOR/TRAINER: Juan C Rivera

BUREAU: BSES   DIVISION/GROUP: 90

DATE: 4-20-23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| Lyle Norbert | Lyle Norbert | 7514 |
| Kenneth Buncum Jr | D B | 7514 |
| William J. Starks Jr | William J. Starks Jr | 7514 |
| Federico Diaz | Frankie | 7514 |
| [illegible] Nina | [signature] | 7514 |
| Orrie L Vina | [signature] | 7514 |

ABSENT: REASON:

Supervisor: This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate

Attendance

## SAN FRANCISCO PUBLIC WORKS - BSES
## TAILGATE -2023

### Sup 2 Minutes

SUPERVISOR/TRAINER: Juan C Rivera
BUREAU: BSES         DIVISION/GROUP: 90
DATE: 4-27-23

| PRINT NAME | SIGNATURE | JOB CLASS# |
|---|---|---|
| William J Starks Jr | [signature] | 7514 |
| Jerrai L Vinson | [signature] | 7514 |
| Federico Diaz | [signature] | 7514 |
| Kenneth Burciaga Jr | [signature] | 7514 |
| Dennis Nomura | [signature] | 7514 |
| Lyle Norbert | [signature] | 7514 |

ABSENT: REASON:

**Supervisor:** This tailgate is for recording purposes only and it will not be counted towards your Safety Tailgate.