# EXHIBIT 56

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Message

| | |
|---|---|
| **From:** | Garcia, Edgar (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAA89E4DEE894B5B89D944F7D228578F-EDGAR GARCI] |
| **Sent:** | 8/14/2024 12:56:35 PM |
| **To:** | Roumbanis, Mark (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7a9ba144f8524028866882d2c3a6e9b6-Mark Roumbanis] |
| **CC:** | Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing]; Brandon, Brittany (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a4f6c3dcd3de4d24991d6dafc7a86ff8-Brittany Br]; Mendoza, Fernando (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8fa0b1605eb0499fb9ca081f01b9aa17-Fernando Me] |
| **Subject:** | Bag & Tag Power point refresher and Pictures. |
| **Attachments:** | Bag & Tag Sign In sheet.pdf; Clean Tent 3.jpg; Clean Tent 2.jpg; Soiled Tent 6.jpg; Soiled Tent 5.jpg; Soiled Tent 4.jpg; Soiled Tent 3.jpg; Soiled Tent 2.jpg; Soiled Tent 1.jpg; Clean Tent 1.jpg; Bag & Tag Questions.docx |

Good afternoon,

Please see the attached bag and tag Power Point sign in sheet.

Brittany Brandon was asked the following questions during her presentation:

# Bag & Tag Questions
1. Is there a limit on how much drug paraphernalia found in homeless debris to be considered hazardous?
2. Can we put postings on Bag & Tag containers saying what not to bag & Tag (hazardous material, etc.…)?
3. Do we Bag & Tag burnt items?
4. If at a location doing a Bag & Tag and there are multiple individuals who items are being Bag & Tagged do I use the same CMMS number or create multiple?
5. If we are at an encampment and individual does not want any resources and says he does not feel like moving his items can we just Bag & Tag all of his stuff for him and he will just pick it up later do we?
Brittany has also forwarded me pictures related to Bag and Tag that may be good for future trainings.



**Edgar Garcia**
**Supervisor II**
Operations – Special Projects
  Bureau of Street & Environmental Services
  San Francisco Public Works
  City and County of San Francisco
  2323 Cesar Chavez
  San Francisco, CA 94124
  Ph  (415)583-0324

Edgar.Garcia@sfdpw.org

**From:** Brandon, Brittany (DPW) <brittany.brandon@sfdpw.org>
**Sent:** Wednesday, August 14, 2024 12:49 PM

**To:** Garcia, Edgar (DPW) <edgar.garcia@sfdpw.org>
**Subject:** Bag & Tag



**Brittany Brandon**
Hot Spot Captain BSES Operations
brittany.brandon@sfdw.org

CCSF-COH_1067219