# EXHIBIT 57

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                  NORTHERN DISTRICT OF CALIFORNIA
 3                         OAKLAND DIVISION
 4    - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS; SARAH   )
 6   CRONK; JOSHUA DONOHOE; MOLIQUE     )
 7   FRANK; DAVID MARTINEZ; TERESA      )
 8   SANDOVAL,                          )
 9              Plaintiffs,             ) CASE NO.
10   v.                                 ) 4:22-cv-05502-DMR
11   CITY AND COUNTY OF SAN FRANCISCO;  )
12   et al.,                            )
13              Defendants.             )
14    - - - - - - - - - - - - - - - - - -
15
16                    REMOTE DEPOSITION OF
17                        COREY JACKSON
18                   MONDAY, FEBRUARY 24, 2025
19
20
21             BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                  BY: JOHN FAHRENWALD, CA CSR 14369
23                   550 CALIFORNIA STREET, SUITE 820
24                    SAN FRANCISCO, CALIFORNIA 94104
25                           (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7          Deposition of COREY JACKSON, taken on behalf of the
 8   Plaintiffs, via remote videoconference, with the witness
 9   located in San Francisco, California commencing at 10:00
10   A.M., MONDAY, FEBRUARY 24, 2025, before John Fahrenwald,
11   CA CSR No. 14369, pursuant to Notice of Deposition.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE):
 2   FOR THE PLAINTIFFS:
 3        EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
 4        BY:  VIVAKE PRASAD, ATTORNEY AT LAW
 5        600 Fifth Avenue, 10th Floor
 6        New York, New York  10020
 7        Telephone:  (212) 763-5000
 8        Email:  vprasad@ecbawm.com
 9
10   FOR THE DEFENDANTS:
11        CITY AND COUNTY OF SAN FRANCISCO
12        SAN FRANCISCO CITY ATTORNEY'S OFFICE
13        BY:  STEVEN ARTHUR MILLS, DEPUTY CITY ATTORNEY
14        1390 Market Street, 7th Floor
15        San Francisco, California  94102
16        Telephone:  (415) 355-3304
17        Email:  Steven.Mills@sfcityatty.org
18
19   ALSO PRESENT:
20        KYLE FRIEND, VIDEOCONFERENCE TECHNICIAN
21
22
23
24
25
```

```
 1                            INDEX
 2  MONDAY, FEBRUARY 24, 2025
 3  COREY JACKSON                                          PAGE
 4       Examination by MR. PRASAD                            6
 5
 6
 7                           ---o0o---
 8
 9
10         QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
11                        PAGE     LINE
12                           None.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  supervised, it would have been in the Corridor program.  So
2  that has not happened in Zone B.  Those guys -- let's say I
3  have a list of people who need to attend that training.
4  When it comes down to Zone B, it was just probably a certain
5  amount of people who maybe didn't get the training prior to
6  on a scheduled date.
7      Q.   Just to clarify, the last training that you spoke
8  about that occurred in the last couple of months, how many
9  individuals from Zone B would have attended that training?
10     A.   I think three of them.
11     Q.   Out of the 15 or so?
12     A.   Yes.  Because this was, as I referenced, a bit
13 earlier, making up for the times when the entire operation
14 may have done the bag and tag policy, as far back as when I
15 was with the Corridor program, like all the people in Zone
16 A, all the people in Zone B, on whatever date.
17          But if you and I were off because we were on
18 vacation and Steven was sick as well that day, then the next
19 time, which was within the last month, was kind of like the
20 scheduling of people who needed to get it who hadn't got it.
21     Q.   And back to tailgate meetings, have any of your
22 supervisees ever raised questions or concerns about the bag
23 and tag policy at tailgate meetings?
24     A.   Not to me.
25     Q.   Do you recall a time when anyone ever asked a

1  question about the bag and tag policy at a tailgate meeting?
2      A.   Yes.  People have questions.  Typically at all
3  tailgate meetings, questions get asked, so yes.
4      Q.   I mean about the bag and tag policy specifically.
5      A.   Yes.
6      Q.   And what questions are those, to your best memory?
7      A.   To my best memory, these questions were just like
8  refresher just to say, hey, just to be sure, if I take an
9  item that nobody's here and I leave this notice, that will
10 be listed.  It's just like a clarification.  I think those
11 are more the questions, just clarifying what's already in
12 the policy, just making it seem more realistic to what
13 they're doing on a day-to-day.
14     Q.   Do you mean questions about applying the words of
15 the policy to actual situations that happen?
16     A.   Yes.
17     Q.   What's a common question, to your understanding?
18     A.   I don't know what that would be.  Common --
19     Q.   I'm sorry.  Go ahead.
20     A.   No.  I would say I don't -- I can't really think
21 of a common question.  That's all I was going to say.
22     Q.   Do you remember any specific questions?
23     A.   The last question that I was sort of referring to
24 just now, one of my staff members were asking about the
25 72-hour notice for them that was in the policy.

```
 1  STATE OF ARIZONA            )
 2                              ) ss.
 3  COUNTY OF PIMA              )
 4          I hereby certify that the witness in the
 5  foregoing deposition, COREY JACKSON, was by me duly
 6  sworn to testify to the truth, the whole truth and
 7  nothing but the truth, in the within-entitled cause;
 8  that said deposition was taken at the time and place
 9  herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested
12  person, and was thereafter transcribed into typewriting
13  by computer.
14          I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18          IN WITNESS WHEREOF, I have hereunto set my
19  hand this Fourth day of March, 2025.
20  Reading and Signing was:
21  __X__ Requested    ____ Waived    ____ Not Requested
22
23             [signature]
24
25          JOHN FAHRENWALD, CSR. NO. 14369
```