# EXHIBIT 58

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3    - - - - - - - - - - - - - - - - - -
 4    COALITION ON HOMELESSNESS,        )
 5    et al.,                           )
 6                 Plaintiffs,          )
 7    vs.                               ) CASE NO:
 8                                      ) 4:22-cv-05502-DMR
 9    CITY AND COUNTY OF SAN            )
10    FRANCISCO, et al.,                )
11                 Defendants.          )
12    - - - - - - - - - - - - - - - - - -
13
14
15              DEPOSITION OF ISRAEL GRAHAM
16               THURSDAY, JANUARY 30, 2025
17
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA  94104
25                         (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          Deposition of ISRAEL GRAHAM, taken on behalf
11   of PLAINTIFFS, at 1390 Market Street, Seventh Floor,
12   San Francisco, California, commencing at 9:59 A.M.,
13   THURSDAY, JANUARY 30, 2025, before Suzanne I. Andrade,
14   Certified Shorthand Reporter No. 10682, pursuant to
15   Notice.
16
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL:
 2  FOR PLAINTIFFS:
 3      EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
 4      BY:  VASUDHA TALLA, ATTORNEY AT LAW
 5      600 Fifth Avenue, 10th Floor
 6      New York, New York  10020
 7      Telephone:  (212) 763-5000
 8      Email:  vtalla@ecbawm.com
 9  -AND-
10      AMERICAN CIVIL LIBERTIES UNION FOUNDATION NORTHERN
11      CALIFORNIA
12      BY:  WILLIAM S. FREEMAN, ATTORNEY AT LAW
13      39 Drumm Street
14      San Francisco, California  94111
15      Telephone:  (415) 293-6333
16      Email:  wfreeman@aclunc.org
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL - CONTINUED:
 2  FOR DEFENDANTS and THE DEPONENT:
 3       CITY AND COUNTY OF SAN FRANCISCO
 4       OFFICE OF THE CITY ATTORNEY
 5       BY:  KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY
 6       1390 Market Street, Seventh Floor
 7       San Francisco, California 94102
 8       Telephone:  (415) 554-6762
 9       Email:  kaitlyn.murphy@sfcityatty.org
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                          INDEX

 2   THURSDAY, JANUARY 30, 2025

 3   ISRAEL GRAHAM                                         PAGE

 4        Examination by MS. TALLA                           11

 5   P.M. SESSION                                           101

 6        Examination Resumed by MS. TALLA                  101

 7

 8

 9                         ---oOo---

10

11        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

12                       PAGE    LINE

13                         (None.)

14

15                         ---oOo---
```

```
 1   to be familiar with it.
 2        Q.   Meaning a City worker needs to become familiar
 3   with the bag-and-tag policy?
 4        A.   I mean, they should or -- I mean, yeah.  Yeah.
 5        Q.   Do you tell Ms. Brandon about instances where
 6   you believe a worker is not sufficiently familiar with
 7   the bag-and-tag policy?
 8        A.   No.
 9        Q.   So what types of clarifications about the
10   bag-and-tag policy do you discuss with Ms. Brandon?
11        A.   What do we discuss?  Just the basics, just
12   going over to make sure everything is -- is done
13   correctly.
14        Q.   Is there anything about the bag-and-tag policy
15   that you found unclear?
16        A.   No.
17        Q.   Okay.  If there's an issue that arises during
18   some of your removals of homeless encampments, do you
19   bring it to the attention of Ms. Brandon?
20        A.   Yes.
21        Q.   And how do you do that?
22        A.   Okay.  Either call or talk to her about it.
23        Q.   Is Ms. Brandon often physically with you when
24   working on encampment resolutions?
25        A.   For the most -- for the most part.
```

```
 1        Q.   What types of issues that come up during
 2   encampment resolutions do you discuss with Ms. Brandon?
 3        A.   Maybe like assignments, who should be probably
 4   doing the bag-and-tag that day.  Just clarifying what we
 5   are bag-and-tagging and disposing of.
 6        Q.   And when Mr. Dilworth was your supervisor last
 7   year, did you also have similar conversations with him
 8   about the bag-and-tag policy?
 9        A.   Pretty much, mm-hmm.
10        Q.   And was that in person or a different method?
11        A.   In person.  If nobody's there, then I might
12   have to call him on the phone, but...
13        Q.   Do you currently supervise DPW workers?
14        A.   Yes.
15        Q.   Okay.  How many?
16        A.   Probably about ten to twelve.
17        Q.   Are you assigned to a particular team or crew
18   at DPW?
19        A.   Yes.
20        Q.   Which one?
21        A.   Hot Spot.
22        Q.   And what does the Hot Spot team crew do?
23        A.   Remove homeless encampments throughout the
24   city.
25        Q.   You work on HSOC encampment resolutions?
```

```
 1       A.   Mm-hmm.  Yes.
 2       Q.   Can you name the -- as many of the ten to
 3  twelve people that you supervise that you remember?
 4       A.   Anthony, Daniel --
 5       Q.   Could you -- I'm sorry to interrupt.  Could you
 6  provide the first and last name?
 7       A.   Mm-hmm.  Anthony Razo, Daniel Trayer, Greg
 8  Shivers, Al Castro, Estebon Trujillo, Carlos Harrison,
 9  Antonio Lopez, Terrell Kindred, Herman Andry, somebody
10  else.  Can't think about...
11       Q.   Don't worry.
12            So the people that you just named, are they all
13  City employees?
14       A.   Yes.
15       Q.   Have you ever supervised work fair
16  participants?
17       A.   What is that?  I don't understand what that
18  question is.
19       Q.   That's okay.  I think you answered it.
20       A.   Okay.
21       Q.   So the people that you just named that you
22  supervise, do you work alongside them at resolutions?
23       A.   Yes.
24       Q.   Okay.  And if there is an issue that comes up
25  at a resolution that they need your guidance, do they
```

```
 1   come to you?
 2       A.   Yes.
 3       Q.   Okay.  Are they all supposed to follow the
 4   bag-and-tag policy?
 5       A.   Yes.
 6       Q.   And is it your responsibility to ensure that
 7   they follow the bag-and-tag policy?
 8       A.   Yes.
 9       Q.   Do they have questions about the bag-and-tag
10   policy during resolutions?
11       A.   Sometimes.
12       Q.   What types of questions do they have?
13       A.   Just to make sure that what we're keeping or
14   disposing of is correctly done, is it okay.
15       Q.   So they come occasionally to ask you:  Is this
16   okay to keep or dispose?
17       A.   Well, yeah, just to make sure.  It's a lot
18   going on at the resolution.  So, you know, if I'm on one
19   side of the street and they're on the other, they may
20   need to ask me is it okay -- what can we do, are we
21   moving forward with this, or something like that.
22       Q.   And are you the person who gives them the okay
23   on what to do --
24       A.   Mm-hmm.
25       Q.   -- with a piece of property?
```

```
 1    when -- my last position.
 2        Q.   Do you routinely carry a radio in your current
 3    position?
 4        A.   No.  We just use the truck radios.  Everybody
 5    work in a group at the resolutions.  Now, if I was out
 6    in the field by myself roaming the city, then I have a
 7    handheld radio.
 8        Q.   Okay.  And then what does "Tag Number" and "Tag
 9    Color" refer to?
10        A.   That is the -- once I bag and tag everything,
11    we put a tag, a certain color tag for that month with
12    the bag and tag.  And that way, the other personnel, DPW
13    personnel, can track the items down and get them to the
14    homeless person and also keep it organized in their --
15    in their storage containers.
16        Q.   Okay.  And do you insert the tag number and the
17    tag color onto this form at the yard?
18        A.   Yes.
19        Q.   Okay.  And do you place the tag on the property
20    at the yard?
21        A.   Yes, and take a picture with it.
22        Q.   Okay.  After you get to the yard with these
23    items, do you physically put those items in the storage
24    bin?
25        A.   Yes.
```

```
 1        A.   Yeah.  Oh, yeah.  They be right back up.
 2        Q.   And when you return to that location where
 3   you've done the resolution and see those encampments
 4   back up, do you remove those encampments?
 5        A.   No.
 6        Q.   Why don't you remove those encampments?
 7        A.   Because it's not on our resolution.  We're not
 8   there to remove any camps; we're just there to clean
 9   around the camps.
10        ATTORNEY TALLA:  Okay.  I think that's all the
11   questions I have.
12        ATTORNEY MURPHY:  Agree to go off.  It's 2:50.
13        ATTORNEY TALLA:  Okay.
14             (Deposition concluded at 2:50 p.m.)
15
16
17
18             _____
19                       ISRAEL GRAHAM
20
21
22
23
24
25
```

```
 1    STATE OF CALIFORNIA        )
 2                               ) ss.
 3    COUNTY OF SAN MATEO        )
 4           I hereby certify that the witness in the
 5    foregoing deposition, ISRAEL GRAHAM, was by me duly
 6    sworn to testify to the truth, the whole truth and
 7    nothing but the truth, in the within-entitled cause;
 8    that said deposition was taken at the time and place
 9    herein named; and that the deposition is a true record
10    of the witness's testimony as reported by me, a duly
11    certified shorthand reporter and a disinterested person,
12    and was thereafter transcribed into typewriting by
13    computer.
14           I further certify that I am not interested in
15    the outcome of the said action, nor connected with nor
16    related to any of the parties in said action, nor to
17    their respective counsel.
18           IN WITNESS WHEREOF, I have hereunto set my
19    hand this 10th day of February, 2025.
20    Reading and Signing was:
21    _X_ requested    ___ waived    ___ not requested
22
23                              [signature]
24
25               SUZANNE I. ANDRADE, CSR NO. 10682
```