# EXHIBIT 59

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - -
 6   COALITION ON HOMELESSNESS,     )
 7   et al.,                        )
 8              Plaintiffs,         ) CASE NO.
 9   v.                             ) 4:22-cv-05502-DMR
10   CITY AND COUNTY OF SAN         )
11   FRANCISCO, et al.,             )
12              Defendants.         )
13   - - - - - - - - - - - - - - - -
14
15
16                       CONFIDENTIAL
17            REMOTE DEPOSITION OF JONATHAN VAING
18               WEDNESDAY, JANUARY 15, 2025
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22               BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA  94104
25                              (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8        Remote deposition of JONATHAN VAING, taken
 9   on behalf of the Defendants, via videoconference,
10   with the witnesses located in San Francisco,
11   California, commencing at 10:01 A.M., WEDNESDAY,
12   JANUARY 15, 2025, before Suzanne I. Andrade,
13   Certified Shorthand Reporter No. 10682, pursuant
14   to Notice.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE):
 2   FOR THE PLAINTIFFS:
 3           LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF
 4           THE SAN FRANCISCO BAY AREA
 5           BY:  NISHA KASHYAP, ATTORNEY AT LAW
 6           131 Steuart Street, Suite 400
 7           San Francisco, California  94105
 8           Telephone:  (415) 543-9444
 9           Email:  nkashyap@lccrsf.org
10   - AND -
11           EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
12           BY:  VASUDHA TALLA, ATTORNEY AT LAW
13           600 Fifth Avenue, 10th Floor
14           New York, New York  10020
15           Telephone:  (212) 763-5075
16           Email:  vtalla@ecbawm.com
17   - AND -
18           AMERICAN CIVIL LIBERTIES UNION OF
19           NORTHERN CALIFORNIA
20           BY:  AMANDA YOUNG, ATTORNEY AT LAW
21           39 Drumm Street
22           San Francisco, California  94111
23           Telephone:  (415) 621-2493
24           Email:  ayoung@aclu.org
25
```

```
 1  APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE) - CONTINUED:
 2  FOR THE DEFENDANTS:
 3          CITY AND COUNTY OF SAN FRANCISCO
 4          OFFICE OF THE CITY ATTORNEY
 5          BY:  JOHN H. GEORGE, DEPUTY CITY ATTORNEY
 6          1390 Market Street, Seventh Floor
 7          San Francisco, California  94102
 8          Telephone:  (415) 554-4700
 9          Email:  john.george@sfcityatty.org
10
11  ALSO PRESENT:
12          KYLE FRIEND, VIDEOCONFERENCE TECHNICIAN
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                           INDEX
 2   WEDNESDAY, JANUARY 15, 2025
 3   JONATHAN VAING                                      PAGE
 4        Examination by MR. KASHYAP                       9
 5   P.M. SESSION
 6        Examination Resumed by MR. KASHYAP             106
 7
 8
 9                          ---oOo---
10
11
12           QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
13                        PAGE     LINE
14                          (None.)
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    crew or the Reactionary crew?
 2        A.   Yes.
 3        Q.   And I believe, previously, we discussed the
 4    fact that 90 percent of the time, there's either a
 5    Supe I or a Supe II physically present with the laborers
 6    at the encampment resolution.  Is that correct?
 7        A.   Yes.
 8        Q.   Okay.  How do the supervisors communicate with
 9    the other members of the team?
10        A.   Verbally, in person.
11        Q.   Are the supervisors ever in contact during an
12    encampment resolution with people who are not physically
13    present at the resolution?
14        A.   Can you repeat that again, please.
15        Q.   Sure.
16             Are the supervisors ever in contact with
17    someone who is not physically present at the encampment
18    resolution?
19        ATTORNEY GEORGE:  Objection; form.
20        THE WITNESS:  I'm sorry.  I'm not understanding the
21    question.
22    BY ATTORNEY KASHYAP:
23        Q.   That's all right.
24             Say, for example, a supervisor has a
25    question --
```

```
 1        ATTORNEY KASHYAP:  Thank you, Ms. Andrade.
 2        ATTORNEY GEORGE:  Nisha, are you all wrapped up?  No
 3   more questions?
 4        ATTORNEY KASHYAP:  That's right.  Thank you.
 5        ATTORNEY GEORGE:  Okay.  Nothing for me either.
 6            JV, you're free to go.
 7        THE WITNESS:  All right.  Thank you.
 8        ATTORNEY GEORGE:  Thank you.
 9        ATTORNEY KASHYAP:  Thank you, Mr. Vaing, for your
10   time.  Nice to meet you.
11        THE WITNESS:  You're welcome.  Nice to meet you.
12   Bye-bye.
13            (Deposition concluded at 5:17 p.m.)
14
15
16
17              _____
18                      JONATHAN VAING
19
20
21
22
23
24
25
```

```
1    STATE OF CALIFORNIA           )
2                                  ) ss.
3    COUNTY OF SAN FRANCISCO       )
4
5        I, SUZANNE I. ANDRADE, Certified Shorthand Reporter
6    for the State of California, License No. 10682, do hereby
7    certify:
8        That the testimony and proceedings were reported
9    stenographically by me and later transcribed under my
10   direction by computer transcription; that the foregoing
11   is a true record of the proceedings taken at that time;
12   and that I am not a party to nor do I have any interest
13   in the outcome of that action herein contained.
14       IN WITNESS WHEREOF, I have hereunto set my hand
15   and affixed my signature this 27th day of January,
16   2025.
17
18   [signature]
19
20   SUZANNE I. ANDRADE, CSR NO. 10682
21   STATE OF CALIFORNIA
```