# EXHIBIT 61

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## Welcome to The 6th Street Homeless Storage Program

- The 6th Street Homeless Storage Program (6th St. HSP) can serve 424 homeless individuals annually.

- All individuals must work with staff to complete a quick intake, inventory of all of their belongings and sign the 6th St. HSP Agreement.

- The 6th Street Homeless Storage Program (6thSTHSP) will be managed as a separate and distinct program from the Navigation Center

## Program Amenities

1. Storage Area that can accommodate 424 20-gallon plastic bins.
2. <u>ONLY 1 bins allowed per person, no exceptions</u>!
3. Shelving to place the plastic bins on
4. Plastic bags available for participants to store their belongings in a plastic bin after sorting & inventorying
5. **Participants can store their property up to 6 months with approved 30-day extensions after the first 6 months.**
6. A protected area for participants and 6thHSP staff to sort through and inventory all belongings slated for storage.

## General Guidelines

- All property must be inventoried, placed 20-gallon plastic bins.
- **<u>No participant can enter storage Area at any time. All of your property will be brought out to you.</u>**
- You MUST sign all documents requested.
- You will have access to your property **once per day.**
- **<u>Keep your visit to the storage facility under 20 minutes</u>**
- After your initial entry date, if you add or take ANY items in storage, you will participate with staff to create a new inventory sheet.
- 10 days after your expiration date, your property can be discarded.
- You can ask for 30 day extensions up until one week before your 6-month end date.
- after exiting you have a 30 day wait period before reapplying for storage.

## 6th St. HSP Intake Process

All participants will be guided through a short intake process, client will inventorying all property, Staff will assure there are no banned items stored and has signed the 6thHSP Agreement.

All paperwork will be signed by the participant and a copy given to them upon initial entry Into the program.

## 6th St. HSP Inventory Form

Form will be completed with each participant and signed off by 6thHSP staff, A copy of the completed inventory form will be placed in the storage bin. If client refuses to Inventory items 6th St. HSP will not be responsibilities for item in storage.

## Approved Property List

- Clothes
- Shoes
- Important Paperwork
- Books limited 3 to 5
- Folded Tents (must fit in to the 20 gallon plastic bin)
- Clean Bedding (<u>must fit in the 20-gallon plastic bin</u>)
- 1 of each laptop, cellphone, tablet with signature of electronic waiver Acknowledgment.
- Please limit weight to 50 lb or less

## Banned Property List

- Food or drinks
- Alcohol
- Drugs
- Prescription Medications
- Combustibles or Flammable Items
- Weapons or items that could be used as a weapon
- Glass items
- Liquid Cleaning Supplies
- Furniture & appliances (sofas, chairs, fridges)
- Bikes
- Items with bed bugs, roaches, feces, urine
- Please limit weight to 50 lb or less

## <u>Please review our complete list of Weapons that cannot be stored!</u>

CCSF-COH_713875

### Pet Policy
1. All pets are welcomed on-site but MUST be leashed and under the control of its owner.
2. All pet owners will clean-up after their pets.
3. Any pet that is acting aggressively towards another pet or participant may be asked to leave with its owner.
4. We will make every effort to give the participant an appointment if their pet is unable to control themselves around other people or pets.
5. We reserve the right to ban a participant and their pet for continued abuses of our pet policy.

### Weapons Policy
Absolutely no weapons or instruments that could be used as a weapon are allowed at the 6th St. HSP. ALL weapons or instruments that could be used as a weapon need to be left outside of the facility.

Possession or display of weapons that are brought onto the 6thStHSP site could incur a sanction from 6th St. HSP services for a designated period of time.

All sanctions for violations will be documented and a copy given to the participant.

12/5/2024

### Participant Line Policy
6th St. HSP services are first come, first served and 6th St. HSP staff will maintain a daily client sign-in sheet.

**If there is a line of more than 3 participants waiting to access 6thHSP services, the following will be implemented:**

1. The 6th St. HSP Manager will ask participants # 4th – on to come back later in the day.
2. An appointment slip will be handed to the participant as a reminder of their appointment.
3. <u>The 6thStHSP Manager will make every effort to  schedule All appointments for the same day</u>.

### 6th St. HSP Rules
**The following behavior will not be tolerated:**
1. Violence or threats of violence
2. Verbally abusive language (harassment, intimidation, bullying)
3. Destruction of property
4. Weapons on site (possession, use or display)
5. Using or selling alcohol and/or illegal drugs on-site
6. Verbal harassment or intimidation of other guests, staff or volunteers.
7. Loitering (after staff have asked you to move on)
8. Unauthorized entry into any of the Storage Area
9. Lack of Control of your Animal



## 6th Street Homeless Storage Program

74 6th Street
San Francisco, CA 94107

**Myron Miller**
**6th ST HSP Supervisor**

### Intake Times

**Monday - Friday**
**9 am - 4 pm**

**Property Storage Office**

**415-558-1778**

Sign_____
Name

Print_____
Name

Date_____

CCSF-COH_713876