# EXHIBIT 62

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Plaintiffs*

*Additional Counsel Listed In Signature Block*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>                    Plaintiffs.<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et. al.,<br><br>                    Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. Civ. P. 26(a)(1)**<br><br>**Judge:**  The Hon. Donna M. Ryu<br><br>**Action Filed:**  September 27, 2022<br>**Trial Date:**  Not Yet Set |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)
CASE NO. 4:22-CV-05502-DMR

Pursuant to Federal Rule of Civil Procedure 26(a)(1), plaintiffs by counsel provide the following initial disclosures. Plaintiffs make these disclosures to the best of their ability, after reasonable efforts, based on documents and information currently available to it. Plaintiffs reserve the right to supplement and/or amend these disclosures as discovery and investigation proceed.

At this time, plaintiffs are not able to identify every relevant document or individual who possesses discoverable information in support of their case. Plaintiffs' initial disclosures are made without waiving in any way: (1) the right to object on the grounds of competency, privilege, relevancy, hearsay, or any other proper ground, to the use of such information, for any purpose, in this action or in any subsequent proceeding; (2) the right to object on any grounds to any other discovery request involving or relating to the subject matter of these disclosures; or (3) the right to supplement initial disclosures pursuant to Federal Rule 26(e)(1).

## I. Individuals

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), Plaintiffs identify the names of individuals, not including expert witnesses, who are likely to have discoverable information that Plaintiffs may use to support their claims or defenses. For all individuals below who are identified as current or former Coalition on Homelessness employees, Plaintiffs reserve all rights to safeguard confidential, attorney-client privileged, and/or attorney work-product information. Plaintiffs demand that Defendants and their counsel refrain from contacting Coalition on Homelessness employees whether through counsel or otherwise. All such communications should be directed to Plaintiffs' undersigned counsel. Plaintiffs have not provided contact information for individuals currently employed by Defendants on the basis that Defendants possess that information.

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Christopher Herring | UCLA Social Sciences<br>273 Haines Hall<br>375 Portola Plaza<br>Los Angeles, CA 90095-1551<br>[Contact through counsel] | Assistant professor of sociology at UCLA with expertise in homelessness issues speaking to trends in City data showing property destruction and criminalization of involuntary homelessness, the harms associated with same, and any matter on which Professor Herring is qualified to opine on as an expert witness. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Jennifer Friedenbach | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact through counsel]* | Executive Director of COH with knowledge of organization and the harms caused to the organization and its members by property destruction and criminalization of involuntary homelessness. |
| Kelley Cutler | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact through counsel]* | Former COH employee and current volunteer who monitored property destruction and criminalization of involuntary homelessness. |
| Ian James | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact through counsel]* | Current COH employee who monitored property destruction and criminalization of involuntary homelessness and who has knowledge of the harms caused to the organization and its members. |
| Carlos Wadkins | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact through counsel]* | Same as above. |
| Javier Bremond | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact through counsel]* | Same as above. |
| Laketha Pierce | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact through counsel]* | Same as above. |
| Christin Evans | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact through counsel]* | COH volunteer who monitored property destruction and criminalization of involuntary homelessness. |
| Larry Ackerman | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact through counsel]* | Same as above. |
| Julia Vermeulen | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact through counsel]* | Same as above. |
| Flo Kelly | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact through counsel]* | Same as above. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)
CASE NO. 4:22-CV-05502-DMR

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Savannah Waltier | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>[Contact through counsel] | Same as above. |
| Markus Alexander Harris | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>[Contact through counsel] | Same as above. |
| Jeremy Long | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>[Contact through counsel] | Same as above. |
| Emily Laroache | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>[Contact through counsel] | Same as above. |
| Dylan Verner-Crist | ACLU of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111<br>[Contact through counsel] | ACLU NorCal investigator who monitored property destruction and criminalization of involuntary homelessness. |
| Katie O'Neill | Lawyers' Committee for Civil Rights of the SF Bay Area<br>131 Steuart St., Suite 400, San Francisco, CA 94105<br>[Contact through counsel] | LCCRSF executive assistant who monitored property destruction and criminalization of involuntary homelessness. |
| Toro Castaño | Named Plaintiff<br>[Contact through counsel] | Direct lived experience of property destruction and criminalization while homeless. |
| Sarah Cronk | Named Plaintiff<br>[Contact through counsel] | Same as above. |
| Joshua Donohoe | Named Plaintiff<br>[Contact through counsel] | Same as above. |
| Molique Frank | Named Plaintiff<br>[Contact through counsel] | Same as above. |
| David Martinez | Named Plaintiff<br>[Contact through counsel] | Same as above. |
| Teresa Sandoval | Named Plaintiff<br>[Contact through counsel] | Same as above. |
| Nathaniel Vaughan | Named Plaintiff<br>[Contact through counsel] | Same as above. |
| Damon Bennett | [redacted] | Former City employee with knowledge of the City's practices with respect to property destruction and criminalization of involuntary homelessness. |

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)
CASE NO. 4:22-CV-05502-DMR

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Andrinna Malone | | Same as above. |
| Kaki Marshall | | Same as above. |
| Todd Bryant | | Lived experience of property destruction and criminalization while homeless. |
| Shyhyene Brown | | Same as above. |
| Jeffery Connick | | Same as above. |
| Henrick Delamora | | Same as above. |
| Patrick Dubose | | Same as above. |
| Heather Freehoffer | | Same as above. |
| Robert Harrison | | Same as above. |
| Jayson Hill | | Same as above. |
| Andrew Howard | | Same as above. |
| Tricia Hurd | | Same as above. |
| Timothy Jones | | Same as above. |

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)
CASE NO. 4:22-CV-05502-DMR

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Jezzeille Murdock | [redacted] | Same as above. |
| Shanna Couper Orona | [redacted] | Same as above. |
| Devon Partee | [redacted] | Same as above. |
| Audra Sparks | [redacted] | Same as above. |
| Nichelle Solis | [redacted] | Same as above. |
| Victoria Solomon | [redacted] | Same as above. |
| Vincent Vetter | [redacted] | Same as above. |
| Darrah Reasor | [redacted] | Same as above. |
| JD Cobb | [redacted] | Same as above. |
| Joseph Williams | [redacted] | Same as above. |
| Dajuan Rochelle | [redacted] | Same as above. |
| Vejay Pacheco | [redacted] | Same as above. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)
CASE NO. 4:22-CV-05502-DMR

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| London Breed | Employee of Defendants | City employee with knowledge of the Defendants' policies and practices with respect to property destruction and criminalization of involuntary homelessness. |
| Samuel Dodge | Employee of Defendants | Same as above. |
| William Scott | Employee of Defendants | Same as above. |
| Carla Short | Employee of Defendants | Same as above. |
| Mark Mazza | Employee of Defendants | Same as above. |
| Mary Ellen Carol | Employee of Defendants | Same as above. |
| Samuel Christ | Employee of Defendants | Same as above. |
| Emily Cohen | Employee of Defendants | Same as above. |
| Darryl Dilworth | Employee of Defendants | Same as above. |
| Charles Hardiman | Employee of Defendants | Same as above. |
| Allison Horky | Employee of Defendants | Same as above. |
| David Nakanishi | Employee of Defendants | Same as above. |
| Arielle Piastunovich | Employee of Defendants | Same as above. |
| David Lazar | Employee of Defendants | Same as above. |
| Sean Elsbernd | Employee of Defendants | Same as above. |
| Jeffrey Kositsky | Former Employee of Defendants | Same as above. |

## II.  Documents

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Plaintiffs identify the following categories and locations of documents as likely to contain information relevant to disputed matters in this case that Plaintiffs may use to support its claims or defenses. These disclosures relate solely to documents within Plaintiffs' possession, custody, or control. Plaintiffs reserve the right to use any relevant evidence in support of its claims, regardless of the categories listed below.

| Category | Location |
|---|---|
| All documents, exhibits, and attachments filed in support of Plaintiffs' Motion for Preliminary Injunction or referenced therein. | *See generally* Dkts. # 9, 49, 50. |
| All documents specifically identified or referenced in the Complaint | *See generally* Dkt. # 1 |
| San Francisco Homeless County & Survey Comprehensive Report 2019 | https://hsh.sfgov.org/wp-content/uploads/2020/01/2019HIRDReport_SanFrancisco_FinalDraft-1.pdf |
| San Francisco 2021 Sheltered Point-in-Time Count | https://hsh.sfgov.org/wp-content/uploads/2021/09/2021-Sheltered-PIT-Count.pdf |
| San Francisco Homeless Count and Survey: 2022 Comprehensive Report | https://hsh.sfgov.org/wp-content/uploads/2022/08/2022-PIT-Count-Report-San-Francisco-Updated-8.19.22.pdf |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)
CASE NO. 4:22-CV-05502-DMR

| Category | Location |
|---|---|
| Review of the Healthy Streets Operations Center Report | https://sfcontroller.org/sites/default/files/Documents/Auditing/Review%20of%20the%20Healthy%20Streets%20Operations%20Center.pdf |
| City and County of San Francisco's Board of Supervisor's Policy Analysis Report | https://sfbos.org/sites/default/files/BLA.SCRT_.HSOC_.041922.pdf |
| 2022 Street Needs Assessment Report | https://www.kron4.com/wp-content/uploads/sites/11/2022/06/2022LTF.StreetAssessment_Plan.pdf |
| Small claims judgments against the City (September 8, 2021) | Dkt. # 9-9 |
| "Bag and Tag" logs from January-June 2021, January-September 2022. | Dkt. # 9-8 at 33-205; Dkt. # 50-12 |
| "Bag and Tag" log summaries from January 2021-August 2022 | Dkt. # 9-8 at 207-239 |
| "Bag and Tag" logs from 2016 to December 2020; July-September 2021 | In Defendants' custody and control |
| SFPD arrest and citation records at homeless encampments (2018-2022) | Dkt. # 9-8 at 251-395; Dkt. # 50-14 |
| Daily shelter allocation emails (January 2022-October 2022) | Dkt. # 9-8 at 400-446; Dkt. # 50-16; |
| Daily shelter allocation emails (2020-2021) | In Defendants' custody and control |
| HSOC Report January 1-February 28, 2021, August 30, 2021-November 8, 2022 | Dkt. # 9-8 at 451-458; Dkt. # 50-17 |
| HSOC Reports March 2019-July 2021 | In Defendants' custody and control |
| All records disclosed pursuant to this Court's order regarding interim reporting to Plaintiffs' counsel (Dkt. No. 34) | In Defendants' custody and control |
| All public records that will be provided to Plaintiffs in the future via records act requests regarding HSH shelter bed availability and allocation | In Defendants' custody and control |
| All public records that will be provided to Plaintiffs in the future via records act requests regarding HSOC schedules, reports, policies, and meetings | In Defendants' custody and control |
| All public records that will be provided to Plaintiffs in the future via records act requests regarding DPW bag and tag policies and records. | In Defendants' custody and control |
| All public records that will be provided to Plaintiffs in the future via records act requests regarding SFPD citations, arrests, and dispatches regarding homelessness. | In Defendants' custody and control |
| All public records produced in response to an anonymous records request submitted to SFPD on or about June 29, 2021 | In Defendants' custody and control (*see* responses to SFPD request no. P040194-962921) |
| *Stolen Belonging* film (Episode 3: City as Abuser) | https://www.youtube.com/watch?v=z-LHy9mZ30o |

### III. Damages

The provisions of Fed. R. Civ. P. 26(a)(1)(A)(iii) are inapplicable because Plaintiffs do

7

not seek damages from Defendants in this action.

IV.  **Insurance**

The provisions of Fed. R. Civ. P. 26(a)(1)(A)(iv) are inapplicable because there are no claims asserted against Plaintiffs in this action.

V.  **Certification**

Pursuant to Fed. R. Civ. P. 26(g)(1), the undersigned counsel for Plaintiffs certifies that to the best of their knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, these Initial Disclosures are complete and correct as of the time Plaintiffs make them.

Dated:  December 28, 2022         Respectfully submitted,

By: */s/ Alfred C. Pfeiffer, Jr.*

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

By: */s/ Zal K. Shroff*

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY

8

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)
CASE NO. 4:22-CV-05502-DMR

AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org


By: */s/ John Thomas H. Do*

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
bgreene@aclunc.org

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

9

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)
CASE NO. 4:22-CV-05502-DMR

**Certificate of Service**

I am over eighteen years of age, not a party in this actions, and employed in the County of San Francisco, State of California. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538. I am readily familiar with the practice of this office for collection and processing of correspondence for email delivery, and they are sent that same day in the ordinary course of business.

On December 28, 2022, I served the following document(s):

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

via email delivery to the persons and email addresses set forth below:

James M. Emery
Edmund T. Wang
Deputy City Attorneys, San Francisco City Attorney's Office
Email: jim.emery@sfcityatty.org
Email: edmund.wang@sfcityatty.org

Sophia Garcia
Legal Assistant, San Francisco City Attorney's Office
Email: sophia.garcia@sfcityatty.org

Pamela Cheeseborough
Legal Secretary, San Francisco City Attorney's Office
Email: pamela.cheeseborough@sfcityatty.org

*Attorneys for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of Emergency Management; Mayor London Breed; Sam Dodge*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 28, 2022, at Oakland, California

/s/ Kevin Wu
Kevin Wu

10

PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)
CASE NO. 4:22-CV-05502-DMR