# EXHIBIT 63

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| 1 | ACLU FOUNDATION OF NORTHERN CALIFORNIA |
| 2 | John Thomas H. Do, SBN 285075 |
| 3 | William S. Freeman, SBN 82002 |
|   | 39 Drumm Street |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 293-6333 |
| 5 | jdo@aclunc.org |
| 6 | wfreeman@aclunc.org |
| 7 | *Attorneys for Plaintiffs* |

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman, SBN 82002
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **PLAINTIFFS' FOURTH AMENDED INITIAL DISCLOSURES & AMENDED LIKELY TRIAL WITNESS LIST** <br><br> **Judge:** The Hon. Donna M. Ryu <br><br> **Action Filed:** September 27, 2022 <br> **Trial Date:** July 28, 2025 |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), plaintiffs by counsel provide an amendment to the likely trial witness list and third amended initial disclosures dated January 24, 2025. Plaintiffs make these disclosures to the best of their ability, after reasonable efforts, based on documents and information currently available to it. Plaintiffs reserve the right to supplement and/or amend these disclosures as discovery and investigation proceed.

Plaintiffs are not able to identify every relevant document or individual who possesses discoverable information in support of their case. Plaintiffs' initial disclosures are made without waiving in any way: (1) the right to object on the grounds of competency, privilege, relevancy, hearsay, or any other proper ground, to the use of such information, for any purpose, in this action or in any subsequent proceeding; (2) the right to object on any grounds to any other discovery request involving or relating to the subject matter of these disclosures; or (3) the right to supplement initial disclosures pursuant to Federal Rule 26(e)(1).

Pursuant to the Parties' October 29, 2024 Stipulation, Dkt. No. 263, Plaintiffs identify in **bold** likely trial witnesses. Plaintiffs reserve all rights to amend this list.

## I.   Individuals

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), Plaintiffs identify the names of individuals, not including expert witnesses, who are likely to have discoverable information that Plaintiffs may use to support their claims or defenses. For all individuals below who are identified as current or former Coalition on Homelessness employees, Plaintiffs reserve all rights to safeguard confidential, attorney-client privileged, and/or attorney work-product information. Plaintiffs demand that Defendants and their counsel refrain from contacting Coalition on Homelessness employees whether through counsel or otherwise. All such communications should be directed to Plaintiffs' undersigned counsel. Plaintiffs have not provided contact information for individuals currently employed by Defendants on the basis that Defendants possess that information.

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| **Jennifer Friedenbach** | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact Plaintiffs' counsel]* | Executive Director of COH with knowledge of the organization, the harms caused to the organization and its members by property destruction and displacement of unhoused people, including as described in declarations Dkt. ## 9-3, 50-4, 76. |
| **Lukas Illa** | Coalition on Homelessness<br>280 Turk Street<br>San Francisco, CA 94102<br>*[Contact Plaintiffs' counsel]* | COH employee who has observed property destruction, displacement of unhoused people, and the harms this caused to the organization and its members. |
| Kelley Cutler | *[Contact Plaintiffs' counsel]* | Former COH employee who has observed property destruction, displacement of unhoused people, and the harms this caused to the organization and its members. *See also* declaration Dkt. # 9-3. |
| Ian James | [redacted] | Same as above. *See also* declaration Dkt. # 9-3, 70-1, 77. |
| **Carlos Wadkins** | [redacted] | Same as above. *See also* declaration Dkt. # 9-3. |
| Javier Bremond | *[Contact Plaintiffs' counsel]* | Same as above. |
| **Christin Evans** | *[Contact Plaintiffs' counsel]* | Observations of property destruction and displacement of unhoused people. *See also* declaration Dkt. # 9-3. |
| **Larry Ackerman** | *[Contact Plaintiffs' counsel]* | Same as above. |
| Flo Kelly | *[Contact Plaintiffs' counsel]* | Same as above. |
| Savannah Waltier | *[Contact Plaintiffs' counsel]* | Same as above. |
| **Dylan Verner-Crist** | *[Contact Plaintiffs' counsel]* | ACLU NorCal employee who monitored property destruction and displacement of unhoused people, including as described in declarations Dkt. ## 50-3, 130, 157-5 |
| Katie O'Neill | *[Contact Plaintiffs' counsel]* | LCCRSF employee who monitored property destruction and displacement of unhoused people. |
| **Karina Ioffee** | *[Contact Plaintiffs' counsel]* | Investigator who monitored property destruction and displacement of unhoused people. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| **Toro Castaño** | *[Contact Plaintiffs' counsel]* | Member of the Coalition with knowledge regarding Coalition's standing; direct lived experience and observations of property destruction and displacement of unhoused people. *See also* Dkt. # 9-4. |
| **Sarah Cronk** | Named Plaintiff *[Contact through counsel]* | Same as above. *See also* declaration at Dkt. # 9-4. |
| **Joshua Donohoe** | Named Plaintiff *[Contact through counsel]* | Same as above. *See also* declaration at Dkt. # 9-4. |
| **Molique Frank** | Named Plaintiff *[Contact through counsel]* | Direct lived experience and observations of property destruction and displacement of unhoused people. *See also* Dkt. # 9-4. |
| **David Martinez** | Named Plaintiff *[Contact through counsel]* | Member of the Coalition with knowledge regarding Coalition's standing; direct lived experience and observations of property destruction and displacement of unhoused people. *See also* Dkt. # 9-4. |
| **Teresa Sandoval** | Named Plaintiff *[Contact through counsel]* | Direct lived experience and observations of property destruction and displacement of unhoused people. *See also* Dkt. # 9-4 |
| Nathaniel Vaughan | *[Contact through counsel]* | Same as above. *See also* declaration at Dkt. # 9-4. |
| **Damon Bennett** | ▮▮▮▮▮ | Former City employee with knowledge of the City's practices with respect to property destruction and displacement of unhoused people. *See also* declaration at Dkt. # 9-5 |
| **Andrinna Malone** | ▮▮▮▮▮ | Same as above. *See also* declaration at Dkt. # 50-9. |
| **Kaki Marshall** | ▮▮▮▮▮ | Same as above. *See also* declaration at Dkt. # 50-9. |
| **Todd Bryant** | ▮▮▮▮▮ | Member of the Coalition with knowledge of Coalition's standing; lLived experience of property destruction, displacement of unhoused people, and the impact of sweeps. *See also* declaration at Dkt. # 9-6. |
| **Shyhyene Brown** | ▮▮▮▮▮ | Member of the Coalition with knowledge of Coalition's standing; lived experience of property destruction, displacement of unhoused people, and the impact of sweeps. *See also* declaration at Dkt. # 9-6. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Jeffery Connick | | Lived experience of property destruction, displacement of unhoused people, and the impact of sweeps. *See also* declaration at Dkt. # 9-6. |
| **Henrick Delamora** | | Same as above. *See also* declaration at Dkt. # 9-6. |
| **Patrick Dubose** | | Same as above. *See also* declaration at Dkt. # 9-6. |
| Heather Freehoffer | | Same as above. *See also* declaration at Dkt. # 9-6. |
| Robert Harrison | | Same as above. *See also* declaration at Dkt. # 9-6. |
| Jayson Hill | | Same as above. *See also* declaration at Dkt. # 9-6. |
| Tricia Hurd | | Same as above. *See also* declaration at Dkt. # 9-6. |
| Timothy Jones | | Same as above. *See also* declaration at Dkt. # 9-6. |
| Jezzeille Murdock | | Same as above. *See also* declaration at Dkt. # 9-6. |
| **Shanna Couper Orona** | | Member of the Coalition with knowledge regarding Coalition's standing; lived experience of property destruction, displacement of unhoused people, and the impact of sweeps. *See also* declaration at Dkt. # 9-6. |
| Devon Partee | | Lived experience of property destruction, displacement of unhoused people, and the impact of sweeps. *See also* declaration at Dkt. # 9-6. |
| Audra Sparks | | Same as above. *See also* declaration at Dkt. # 9-6. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Nichelle Solis | | Same as above. *See also* declaration at Dkt. # 9-6. |
| Victoria Solomon | | Same as above. *See also* declaration at Dkt. # 9-6. |
| Vincent Vetter | | Same as above. *See also* declaration at Dkt. # 9-6. |
| Darrah Reasor | | Same as above. *See also* declaration at Dkt. # 9-6. |
| JD Cobb | | Same as above. *See also* declaration at Dkt. # 50-7. |
| Joseph Williams | | Same as above. *See also* declaration at Dkt. # 50-7. |
| Dajuan Rochelle | | Same as above. *See also* declaration at Dkt. # 50-7. |
| Vejay Pacheco | | Same as above. |
| Kyle Adams | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-24 |
| Donovan Harding | San Francisco, CA | Same as above. *See also* declaration at Dkt. ## 130-25, 130-33 |
| Carmen Melendez | San Francisco, CA | Same as above. *See also* declaration at Dkt. ## 130-26 |
| Andrew Berger | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-28 |
| Katelin Bagley-Adams | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-29, 130-30 |
| Helen Hoffman | San Francisco, CA | Same as above. *See also* declaration at Dkt. ## 130-31, 130-32 |
| Henry Jones | | Same as above. *See also* declaration at Dkt. # 130-34 |
| **Corey Barkley** | | Same as above. *See also* declaration at Dkt. # 130-36 |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Thomas Draper | | Same as above. *See also* declaration at Dkt. # 130-37 |
| **Krystle Erickson** | | Same as above. *See also* declaration at Dkt. # 130-39 |
| Abimbola Myers | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-42, 157-4 |
| **Pauline Wise** | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-43 |
| David Martin | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-48 |
| Steven Garrett | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-51 |
| Jerry Cannon | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-52 |
| Maurice Moran | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-53 |
| Ronald Wilson | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-54 |
| Tracey Luz | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 157-2 |
| Andrew Douglass | San Francisco, CA | Destruction of personal property, lack of notice at sweeps, impacts of sweeps. |
| **Sarah Stephenson** | San Francisco, CA | Member of the Coalition with knowledge regarding Coalition's standing; destruction of personal property, lack of notice at sweeps, impacts of sweeps. |
| Shelsey Wiley | San Francisco, CA | Destruction of personal property, lack of notice at sweeps, impacts of sweeps. |
| Dante Wilson | San Francisco, CA | Same as above. |
| Garrett Washington | San Francisco, CA | Same as above. |
| William Skaggs | San Francisco, CA | Same as above. |
| **Elizabath Stromer** | | Same as above. |
| **James Reem** | San Francisco, CA | Member of the Coalition with knowledge regarding Coalition's standing; destruction of personal property, lack of notice at sweeps, impacts of sweeps. |
| **Melodie** | San Francisco, CA | Same as above. |
| Jeremy Buffington | San Francisco, CA | Destruction of personal property, lack of notice at sweeps, impacts of sweeps. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| **Jimmy Don Wheeler** | Contact through counsel: Rachel Robson Associate \| **ALSTON & BIRD** +1 415 243 1023 (O) +1 425 922 7010 (M) Rachel.Robson@alston.com | Same as above, in addition to knowledge of the City's practices with respect to property destruction and displacement of unhoused people as a participant in DPW sweeps. |
| **London Breed** | Employee of Defendants | City employee with knowledge of the Defendants' policies and practices with respect to property destruction and displacement of unhoused people. |
| **Samuel Dodge** | Employee of Defendants | Same as above. |
| **William Scott** | Employee of Defendants | Same as above. |
| **Carla Short** | Employee of Defendants | Same as above. |
| **Mark Mazza** | Employee of Defendants | Same as above. |
| **Mary Ellen Carol** | Employee of Defendants | Same as above. |
| **Samuel Christ** | Employee of Defendants | Same as above. |
| **Emily Cohen** | Employee of Defendants | Same as above. |
| **Darryl Dilworth** | Employee of Defendants | Same as above. |
| **Israel Graham** | Employee of Defendants | Same as above. |
| **Charles Hardiman** | Employee of Defendants | Same as above. |
| **Allison Horky** | Employee of Defendants | Same as above. |
| **David Nakanishi** | Employee of Defendants | Same as above. |
| **Arielle Piastunovich** | Employee of Defendants | Same as above. |
| **David Lazar** | Employee of Defendants | Same as above. |
| **Sean Elsbernd** | Employee of Defendants | Same as above. |
| **Irvin Huerta** | Employee of Defendants | Same as above. |
| **Ruth Hubert** | Employee of Defendants | Same as above. |
| **Larry Stringer** | Employee of Defendants | Same as above. |
| **Alejandro Tiffer** | Employee of Defendants | Same as above. |
| **Jonathan Vaing** | Employee of Defendants | Same as above. |
| **Jeffrey Kositsky** | Former Employee of Defendants | Same as above. |
| **Individuals at the San Francisco Department of Public Health** | Employee of Defendants | Same as above. |
| Individuals listed on Defendants' Initial Disclosures, Witness List, and Any Supplemental Disclosures; | | |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Declarants in this case | | |
| Custodian of Documents | | |

## II. Certification

Pursuant to Fed. R. Civ. P. 26(g)(1), the undersigned counsel for Plaintiffs certifies that to the best of their knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, these Fourth Amended Witness Disclosures are complete and correct as of the time Plaintiffs make them.

Dated: February 14, 2025          Respectfully submitted,


By: */s/ John Thomas H. Do*

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman SBN 82002
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

*Attorneys for Plaintiffs*