DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:   (415) 554-3857 (Wang)
             (415) 554-6762 (Murphy)
             (415) 554-3870 (Gradilla)
             (415) 554-4223 (George)
             (415) 355-3304 (Mills)
Facsimile:   (415) 554-4699
E-mail:      edmund.wang@sfcityatty.org
             kaitlyn.murphy@sfcityatty.org
             miguel.gradilla@sfcityatty.org
             john.george@sfcityatty.org
             steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: May 8, 2025<br>Time: 1:00 p.m.<br>Place: Hon. Donna M. Ryu<br>Courtroom 4 –3rd Floor<br>1301 Clay Street<br>Oakland, CA 94612<br><br>Trial Date: July 28, 2025 |

# MANUAL FILING NOTIFICATION

Regarding the following specified exhibits in support of Defendants' Motion for Summary Judgment:

Steven Mills Declaration Supporting Defendants' Motion for Summary Judgment, Exhibits 34, 35, 36, 37, and 39; and

Steven Mills Declaration Supporting Defendants' Motion for Summary Judgment, Exhibits 38, 40, 42, 43, 44, and 46 under seal:

These filings are in paper or physical form only, and are being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media.

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X] Other (description): Excel workbook with multiple worksheets.

Dated: April 3, 2025

        DAVID CHIU
        City Attorney
        YVONNE R. MERÉ
        EDMUND T. WANG
        KAITLYN MURPHY
        MIGUEL A. GRADILLA
        JOHN H. GEORGE
        STEVEN A. MILLS
        Deputy City Attorneys

By: */s/ Steven Mills*
        STEVEN MILLS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT