DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO VACATE OR DISSOLVE THE PRELIMINARY INJUNCTION**<br><br>Trial Date:    July 28, 2025 |

Pursuant to the Stipulation and Order Modifying Sealing Procedures at ECF No. 347, Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of Emergency Management (collectively the "City") file this interim administrative motion and provisionally file under seal the following materials filed in connection with the City's motion to vacate or dissolve the preliminary injunction:

| Document | Portion of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Defendants' Notice of Motion and Motion to Vacate or Dissolve the Preliminary Injunction | Pages:<br>• 12:3<br>• 25:3<br>• 25:14<br>• 25:17-18 | City |
| Defendants' Notice of Motion and Motion to Vacate or Dissolve the Preliminary Injunction | Pages:<br>• 12:11-13<br>• 16:8-9<br>• 16:11-17<br>• 17:25-28<br>• 21:28-22:1<br>• 22:2<br>• 22:14-15<br>• 22:18-20<br>• 22:22-23<br>• 22:27-28<br>• 23:9-10<br>• 23:25-27 | Plaintiffs |
| Declaration of Sarah Locher | Pages:<br>• 2:4-6<br>• 2:8-28<br>• 3:1-10 | City |
| Declaration of Jason Adamek | Pages:<br>• 2:24-26<br>• 3:1-19 | City |
| Declaration of Lisa Rachowicz | Pages:<br>• 2:5-6<br>• 2:9-10 | City |
| Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | Pages:<br>• 2:17-18<br>• 2:24-25<br>• 2:28-3:4 | Plaintiffs |

| Document | Portion of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| | - 3:7-8<br>- 3:10-11<br>- 3:17-18<br>- 3:20-21<br>- 3:24 | |
| Exhibit 2 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | Pages<br>- 16:23-25<br>- 72:14-16<br>- 228:19-241:25<br>- 242:13-22 | Plaintiffs |
| Exhibit 3 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | Pages<br>- 133:1-137:25 | Plaintiffs |
| Exhibit 7 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | Columns B, C, AJ, AP, and AQ in native file. | City |
| Exhibit 8 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | Columns B, C, AJ, AP, and AQ in native file. | City |
| Exhibit 9 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | City |
| Exhibit 13 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |
| Exhibit 14 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or | Pages:<br>- 27:19-25<br>- 112:21-25 | Plaintiffs |

| Document | Portion of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Dissolve the Preliminary Injunction | | |
| Exhibit 15 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |
| Exhibit 16 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |
| Exhibit 17 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |
| Exhibit 18 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |
| Exhibit 19 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |
| Exhibit 22 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |
| Exhibit 23 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |
| Exhibit 24 Declaration of Steven Mills in | The entire document. | Plaintiffs |

| Document | Portion of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | | |
| Exhibit 26 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |
| Exhibit 27 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |
| Exhibit 28 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |
| Exhibit 29 Declaration of Steven Mills in Support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction | The entire document. | Plaintiffs |

Dated: April 3, 2025

          DAVID CHIU
          City Attorney
          YVONNE R. MERÉ
          EDMUND T. WANG
          KAITLYN MURPHY
          MIGUEL A. GRADILLA
          JOHN H. GEORGE
          STEVEN A. MILLS
          Deputy City Attorneys

By: s/Steven A. Mills
     STEVEN A. MILLS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT