REDACTED VERSION OF DOCUMENT PROVISIONALLY FILED UNDER SEAL

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN, | Case No. 4:22-cv-05502-DMR |
|---|---|
| Plaintiffs, | **DECLARATION OF SARAH LOCHER** |
| vs. | Hearing Date:  May 8, 2025<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612 |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | Trial Date:   July 28, 2025 |
| Defendants. | |

DECL. LOCHER
CASE NO. 4:22-cv-05502-DMR

n:\govlit\li2024\230239\01830450.docx

I, Sarah Locher, declare as follows:

1. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. I am the Deputy Director of Planning, Performance, & Strategy for the San Francisco Department of Homelessness and Supportive Housing ("HSH"). I have held my current role since October 2024. Prior to that, I was the Manager of Data & Performance between June 2022 and October 2024, and previously led the team as a Principal Administrative Analyst from March 2017 to June 2022. Prior to HSH, I was a Senior Administrative Analyst for Performance and Business Support at the San Francisco Municipal Transportation Agency. Before coming to work for the City and County of San Francisco, I worked as a Management Analyst for the Presidio Trust. I have a Master of Public Policy (MPP) degree from the University of California, Los Angeles.

3. As the Deputy Director of Planning, Performance, & Strategy, my responsibilities include overseeing the maintenance and analysis of data in the Online Navigation and Entry System ("ONE"). The ONE system is a database that satisfies U.S. Department of Housing and Urban Development ("HUD") requirements to maintain San Francisco's Homeless Management Information System ("HMIS"). It is HSH's system of record for information about interactions and services offered and provided to people experiencing homelessness.

4. Certain HSH employees, including myself, have access to query the ONE system to determine, among other information, the current and past housing status of individuals in City-provided housing and shelter programs. This information is maintained by HSH as part of its regular operations, and recording the information contained in ONE is a regular practice of HSH.

5. People experiencing homelessness in San Francisco have myriad shelter and housing programs available to them. In evaluating housing status and history, data can be categorized in three general program types: (1) Emergency Shelter; (2) Transitional Housing; and (3) Permanent Housing. Emergency Shelter is an umbrella term for indoor facilities that provide a temporary place to stay while people access services and look for housing. Transitional Housing provides a temporary place to stay and access intensive services for up to two years while they work to end their homelessness.

Permanent Housing is a community-based housing model, the purpose of which is to provide housing without a designated length of stay.

6. In order to prepare this declaration, I reviewed information contained in ONE as of February 14, 2025 ("Query Date") to determine the housing status and history of ███████████████████████████████████████████████████████████████████████. My query revealed the following results:

a. ████████████████████████████████████████
████████████████████████████████████████
██████████

b. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
█████████

c. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████

d. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████

e. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
█████

DECL. LOCHER
CASE NO. 4:22-cv-05502-DMR

2

n:\govlit\li2024\230239\01830450.docx

f. ███████████████████████████
███████████████████████████
██████████████████.

g. ███████████████████████████
███████████████████████████
██████.

h. ███████████████████████.

i. ██████████████████████.

j. ███████████████████████████
████████████.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed April 1, 2025, at San Francisco, California.

*Sarah Locher*
_____
SARAH LOCHER

DECL. LOCHER
CASE NO. 4:22-cv-05502-DMR

3

n:\govlit\li2024\230239\01830450.docx