**REDACTED VERSION OF DOCUMENT PROVISIONALLY FILED UNDER SEAL**

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-3857 (Wang)
                (415) 554-6762 (Murphy)
                (415) 554-3870 (Gradilla)
                (415) 554-4223 (George)
                (415) 355-3304 (Mills)
Facsimile:      (415) 554-4699
E-mail:         edmund.wang@sfcityatty.org
                kaitlyn.murphy@sfcityatty.org
                miguel.gradilla@sfcityatty.org
                john.george@sfcityatty.org
                steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION TO VACATE OR DISSOLVE THE PRELIMINARY INJUNCTION**<br><br>Hearing Date:    May 8, 2025<br>Time:            1:00 p.m.<br>Judge:           Hon. Donna M. Ryu<br>Place:           Courtroom 4 – 3rd floor<br>                 1301 Clay Street<br>                 Oakland, CA 94612<br><br>Trial Date:      July 28, 2025<br><br>Documents Attached:  Exhibits 1 - 32 |

1    I, STEVEN MILLS, declare as follows:

2    1.    I am a Deputy City Attorney in the Office of the City Attorney for the City and County

3    of San Francisco and am one of the attorneys of record for Defendants City and County of San

4    Francisco; San Francisco Police Department; San Francisco Department of Public Works; San

5    Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and

6    San Francisco Department of Emergency Management (collectively "Defendants" or the "City"). I am

7    a member in good standing of the bar of this Court. I have personal knowledge of the matters stated,

8    and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this

9    declaration in support of Defendants' Motion to Vacate or Dissolve the Preliminary Injunction.

10    2.    Defendants' motion relies on deposition testimony and evidence exchanged during fact

11    discovery.

12    3.    Attached hereto as **Exhibit 1** is a true and correct copy of the Bag & Tag Policy,

13    effective February 8, 2022, produced by the City in discovery, with Bates number CCSF-

14    COH_000385.

15    4.    Attached hereto as **Exhibit 2** is a true and correct excerpt of the November 12, 2024

16    deposition testimony of Plaintiff Joshua Donohoe taken in this action. Plaintiffs designated portions of

17    the testimony Confidential or Highly Confidential.

18    5.    Attached hereto as **Exhibit 3** is a true and correct excerpt of the September 23, 2024

19    deposition testimony of Plaintiff Sarah Cronk taken in this action. Plaintiffs designated portions of the

20    testimony Confidential or Highly Confidential.

21    6.    Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 6 introduced in the

22    Deposition of Sarah Cronk.

23    7.    Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 10 introduced in the

24    Deposition of Sarah Cronk.

25    8.    Attached hereto as **Exhibit 6** is a true and correct copy of Defendants' Second

26    Supplemental Respond to Plaintiffs First Interrogatories, dated March 10, 2025.

27

28

9.     Attached hereto as **Exhibit 7** is a true and correct copy of data concerning HSOC resolutions from June 2020 through February 14, 2025, produced by the City in discovery as Highly Confidential – Attorney's Eyes Only, with Bates number CCSF-COH_573455.

10.    Attached hereto as **Exhibit 8** is a true and correct copy of data concerning JFO operations resolutions from May 24, 2023 through February 14, 2025, produced by the City in discovery as Highly Confidential – Attorney's Eyes Only, with Bates number CCSF-COH_573456.

11.    Attached hereto as **Exhibit 9** is a true and correct copy of data 311 encampment complaints from January 2020 through February 14, 2025, produced by the City in discovery as Confidential, with Bates number CCSF-COH_573454.

12.    Attached hereto as **Exhibit 10** is a true and correct copy of CMMS Service Requests for Bag & Tag from 2022-2025, produced by the City in discovery, with Bates number CCSF-COH_681715.

13.    Attached hereto as **Exhibit 11** is a true and correct copy of Plaintiffs' Response to Defendants' First Set of Interrogatories, dated June 22, 2023.

14.    Attached hereto as **Exhibit 12** is a true and correct copy of Plaintiffs' Supplemental Response to Defendants' First Set of Interrogatories, dated August 26, 2024.

15.    Attached hereto as **Exhibit 13** is a true and correct copy of the ▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, introduced in the Deposition of Coalition on Homelessness' 30(b)(6) deposition as Exhibit 145, and produced by the Coalition on Homelessness in discovery as Confidential, with Bates number COH01471481 through COH01471504.

16.    Attached hereto as **Exhibit 14** is a true and correct excerpt of the February 25, 2025 deposition testimony of Coalition on Homelessness Executive Director Jennifer Friedenbach acting as the 30(b)(6) representative of Plaintiff Coalition on Homelessness taken in this action.

17.    Attached hereto as **Exhibit 15** is a true and correct copy of the ▆▆▆▆▆▆ ▆▆, produced by the Coalition on Homelessness in discovery as Confidential, with Bates number COH0000832298 through COH00832300.

18.    Attached hereto as **Exhibit 16** is a true and correct copy of a September 27, 2021 email from Coalition Executive Director Jennifer Friedenbach, entitled ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

1    ██████, produced by the Coalition on Homelessness in discovery as Confidential, with Bates number

2    COH00873981 through COH00873985.

3         19.     Attached hereto as **Exhibit 17** is a true and correct copy of the ████████

4    ████████████████████████████████████████████, produced by the Coalition

5    on Homelessness in discovery as Confidential, with Bates number COH00742770 through

6    COH00742847.

7         20.     Attached hereto as **Exhibit 18** is a true and correct copy of the ████████████

8    ████████████ produced by the Coalition on Homelessness in discovery as Confidential, with

9    Bates number COH01502334 through COH01502377.

10        21.     Attached hereto as **Exhibit 19** is a true and correct copy of notes entitled ████████

11   ████████████, produced by the Coalition on Homelessness in discovery as Confidential, with

12   Bates number COH00714793 through COH00714812.

13        22.     Attached hereto as **Exhibit 20** is a true and correct excerpt of the February 6, 2025

14   deposition testimony of non-party Shyhyene Brown taken in this action.

15        23.     Attached hereto as **Exhibit 21** is a true and correct copy of Plaintiffs' Response to

16   Defendants' Second Set of Interrogatories, dated December 20, 2024.

17        24.     Attached hereto as **Exhibit 22** is a true and correct copy of the ████████

18   ████████████████████████, produced by the Coalition on Homelessness in discovery as

19   Confidential, with Bates number COH00974420 through COH00974423.

20        25.     Attached hereto as **Exhibit 23** is a true and correct copy of the ████████████

21   ████████████ produced by the Coalition on Homelessness in discovery as Confidential, with Bates

22   number COH01508325 through COH0150833.

23        26.     Attached hereto as **Exhibit 24** is a true and correct copy of an October 5, 2020 email

24   entitled ████████████████████████, produced by the Coalition on Homelessness in discovery

25   as Confidential, with Bates number COH00897439 through COH00897444.

26        27.     Attached hereto as **Exhibit 25** is a true and correct excerpt of the October 15, 2024

27   deposition testimony of Plaintiff David Martinez taken in this action.

28

1    28.    Attached hereto as **Exhibit 26** is a true and correct excerpt of the February 28, 2025

2    deposition testimony of non-party Shanna Couper Orona taken in this action.

3    29.    Attached hereto as **Exhibit 27** is a true and correct excerpt of the March 14, 2025

4    deposition testimony of non-party Melodie taken in this action.

5    30.    Attached hereto as **Exhibit 28** is a true and correct excerpt of the March 4, 2025

6    deposition testimony of non-party Todd Dutch Bryant taken in this action.

7    31.    Attached hereto as **Exhibit 29** is a true and correct excerpt of the February 27, 2025

8    deposition testimony of non-party James Reem taken in this action.

9    32.    Attached hereto as **Exhibit 30** is a true and correct excerpt of the January 22, 2025

10    deposition testimony of non-party Sarah Stephenson taken in this action.

11    33.    Attached hereto as **Exhibit 31** is a true and correct copy of Plaintiffs' Responses to

12    Defendants' First Set of Requests for Admission, dated March 10, 2025. This document bears no

13    confidentiality designation.

14    34.    Attached hereto as **Exhibit 32** is a true and correct excerpt of the October 9, 2024

15    deposition testimony of former Plaintiff Toro Castano taken in this action.

16

17    I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is

18    true and correct.

19    Executed April 3, 2025, at San Francisco, California.

20

21                                 */s/ Steven A. Mills*
                                   STEVEN A. MILLS
22

23

24

25

26

27

28