# EXHIBIT 4

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION TO VACATE OR DISSOLVE THE PRELIMINARY INJUNCTION





EXHIBIT 6
WITNESS S. Cronk
CONSISTING OF 3 PAGES
DATE 09-23-24
BEHMKE REPORTING AND VIDEO SERVICES, INC.
PLTF. / DEFT. (DEFT circled)







