**EXHIBIT 5**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION TO VACATE OR DISSOLVE THE PRELIMINARY INJUNCTION**

Case 4:22-cv-05502-DMR   Document 353-10   Filed 04/03/25   Page 1 of 2

