**EXHIBIT 10**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF
DEFENDANTS' MOTION TO VACATE OR DISSOLVE THE
PRELIMINARY INJUNCTION**

**PLACEHOLDER FOR NATIVE EXHIBIT FILED CONCURRENTLY
WITH NOTICE OF MANUAL FILING**