# EXHIBIT 30

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION TO VACATE OR DISSOLVE THE PRELIMINARY INJUNCTION

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3    - - - - - - - - - - - - - - - -
 4   COALITION ON HOMELESSNESS,    )
 5   et al.,                       )
 6                  Plaintiffs,    )
 7   vs.                           )  CASE NO.
 8                                 )  4:22-cv-05502-DMR (LJC)
 9   CITY AND COUNTY OF SAN        )
10   FRANCISCO, et al.,            )
11                  Defendants.    )
12    - - - - - - - - - - - - - - - -
13
14
15       VIDEOTAPED DEPOSITION OF SARAH J. STEPHENSON
16                WEDNESDAY, JANUARY 22, 2025
17
18
19
20
21           BEHMKE REPORTING AND VIDEO SERVICES, INC.
22               BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                   550 CALIFORNIA STREET, SUITE 820
24                   SAN FRANCISCO, CALIFORNIA 94104
25                                    (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          Videotaped deposition of SARAH J. STEPHENSON,
11   taken on behalf of DEFENDANTS, at 131 Steuart Street,
12   Suite 400, San Francisco, California, commencing at
13   10:05 A.M., WEDNESDAY, JANUARY 22, 2025, before Suzanne
14   I. Andrade, Certified Shorthand Reporter No. 10682,
15   pursuant to Notice.
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS AND THE DEPONENT:
 3        LAWYERS' COMMITTEE FOR CIVIL RIGHTS
 4        BY:  NISHA KASHYAP, ATTORNEY AT LAW
 5        131 Steuart Street, Suite 400
 6        San Francisco, California 94105
 7        Telephone:  (415) 543-9444
 8        Email:  nkashyap@lccrsf.org
 9
10   FOR DEFENDANTS:
11        CITY AND COUNTY OF SAN FRANCISCO
12        OFFICE OF THE CITY ATTORNEY
13        BY:  MIGUEL A. GRADILLA, DEPUTY CITY ATTORNEY
14        1390 Market Street, 7th Floor
15        San Francisco, California 94102
16        Telephone:  (415) 554-3870
17        Email:  miguel.gradilla@sfcityatty.org
18
19   ALSO PRESENT:
20        KYLE FRIEND, BEHMKE VIDEOGRAPHER
21
22
23
24
25
```

```
 1     A.    Yes.
 2     Q.    And how long have you lived in San Francisco?
 3     A.    Since September of 2023.
 4     Q.    Where did you live before that?
 5     A.    Sacramento.
 6     Q.    How long were you in Sacramento?
 7     A.    Two years.
 8     Q.    Okay.
 9     A.    About.
10     Q.    So from about September of 2021 through
11  September of 2023, you were in Sacramento?
12     A.    Mm-hmm.
13           (Reporter clarification.)
14     THE WITNESS:  Yes.  I'm sorry.
15  BY ATTORNEY GRADILLA:
16     Q.    And where did you live before September of 2021
17  or thereabouts?
18     A.    In Reno.
19     Q.    And how long were you there?
20     A.    I moved back to Reno in 2016.
21     Q.    Do you remember about when, when -- or what
22  month in 2016?
23     A.    Yeah.  It was like June.
24     Q.    Have you lived anywhere else, even
25  intermittently, during that time period?
```

```
 1      A.   $217.
 2      Q.   Is there a limit to the number of days that you
 3 can stay in your current housing?
 4      A.   No.  Or -- no.
 5      Q.   Okay.  Am I correct that you previously
 6 experienced homelessness?
 7      A.   Yes.
 8      Q.   During what time frame?
 9      A.   I was -- I've been homeless for three years.
10      Q.   Do you remember about approximately what time
11 period?
12      A.   It was while I was in Sacramento and here.
13      Q.   The entire time you were in Sacramento, you
14 were homeless?
15      A.   Yes.
16      Q.   And when you were -- when you say "here," you
17 mean San Francisco?
18      A.   Yes.
19      Q.   What months, if you remember, approximately,
20 were you homeless in San Francisco?
21      A.   September of '23 until November of last year.
22      Q.   During that time period when -- from September
23 2023 to November of '24, were you ever in a shelter in
24 San Francisco?
25      A.   Yes.
```

```
 1      A.   That they would send somebody.  And asked me if
 2   the fire was out.
 3      Q.   Did a firefighter come?
 4      A.   No.
 5      Q.   Did any -- any responder come?
 6      A.   Four days later.
 7      Q.   Do you remember the date of the incident?
 8      A.   It was just October.
 9      Q.   And you said --
10      A.   I don't know.
11      Q.   -- it was on Shotwell?
12      A.   Mm-hmm.  Yes.
13      Q.   Going back to the first -- your first meeting
14   at the Coalition, did you talk to Carlos about how one
15   becomes a member at -- of the Coalition?
16      A.   No.
17      Q.   Okay.  How did you -- or when did you learn
18   that you could become a member of the Coalition?
19      A.   I don't think I ever learned it.  It was
20   something -- it just was.  I started wanting to help,
21   like pass out flyers and -- like, DPW's policies, I
22   printed off to give to other people.  And gave out their
23   cards so that -- because I didn't think a lot of
24   homeless -- the unhoused knew about them --
25      Q.   When you say --
```

```
 1  what date, you became a member?
 2       A.   I don't.
 3       Q.   And do you know, as a -- as a -- what rights
 4  you have as a member of the Coalition?
 5       ATTORNEY KASHYAP:   Objection; calls for facts not --
 6  or, excuse me, assumes facts not in evidence and vague.
 7       THE WITNESS:   No, I don't know.
 8  BY ATTORNEY GRADILLA:
 9       Q.   Did you ever attend any meetings organized by
10  the Coalition on Homelessness?
11       A.   No.
12       Q.   Did you ever attend any meetings of the
13  Coalition --
14       A.   I'm sorry.  Can I -- yes, be- -- are --
15  meetings, yes, with -- with specific people.
16       Q.   Okay.  Like one-on-one interactions with --
17       A.   Yes.
18       Q.   -- specific people?
19            Did you ever attend, like, organized meetings
20  of more than two people organized by the Coalition?
21       A.   No.
22       Q.   So you never attended meetings organized by the
23  Coalition on Homelessness Human Rights Workgroup?
24       A.   No.
25       Q.   Um.
```

```
 1      A.   I don't know.  I just know that, like -- when
 2  I'm not there, I don't know what they do.  But they
 3  still open the door, so I don't know.  But when I'm
 4  there, they open the door and they say, "Hello."
 5      Q.   Do they give you --
 6      A.   They knock.
 7      Q.   Do they give you notice?
 8      A.   No.
 9      Q.   But they knock or --
10      A.   Mm-hmm.  Yes.
11      Q.   Have they taken any of your stuff?
12      A.   I'm unaware.  I don't think so, but...
13      Q.   Do you have any reason to think that you might
14  become homeless again in the future?
15      A.   I don't have any reason to think that, no, but
16  it's a fear.
17      Q.   Where would you stay if you were to become
18  homeless?
19      A.   The street.
20      Q.   Would you live in a tent or a structure?
21      A.   A tent.
22      Q.   What belongings would you store with you?
23      ATTORNEY KASHYAP:  Objection; calls for speculation.
24      THE WITNESS:  What would I store with me?
25  BY ATTORNEY GRADILLA:
```

```
 1  STATE OF CALIFORNIA    )
 2                         ) ss.
 3  COUNTY OF SAN MATEO    )
 4           I hereby certify that the witness in the
 5  foregoing deposition, SARAH J. STEPHENSON, was by me
 6  duly sworn to testify to the truth, the whole truth and
 7  nothing but the truth, in the within-entitled cause;
 8  that said deposition was taken at the time and place
 9  herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested person,
12  and was thereafter transcribed into typewriting by
13  computer.
14           I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18           IN WITNESS WHEREOF, I have hereunto set my
19  hand this 3rd day of February, 2025.
20  Reading and Signing was:
21  __X__ requested    ___ waived    ___ not requested
22
23
24
25           SUZANNE I. ANDRADE, CSR NO. 10682
```