DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO VACATE OR DISSOLVE THE PRELIMINARY INJUNCTION**<br><br>Hearing Date:　May 8, 2025<br>Time:　　　　1:00 p.m.<br>Judge:　　　　Hon. Donna M. Ryu<br>Place:　　　　Courtroom 4 – 3rd floor<br>　　　　　　　1301 Clay Street<br>　　　　　　　Oakland, CA 94612<br><br>Trial Date:　July 28, 2025 |

[PROPOSED] ORDER GRANTING CCSF MTN TO VACATE
CASE NO. 4:22-cv-05502-DMR (LJC)

n:\govlit\li2022\230239\01831797.docx

**[PROPOSED] ORDER**

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management's Motion to Vacate or Dissolve the Preliminary Injunction came on regularly for hearing on May 8, 2025 at 1:00 p.m., in the United States District Court, Northern District, Courtroom 4 – 3rd floor, 1301 Clay Street, Oakland, CA, the Honorable Donna M. Ryu presiding. Plaintiffs and Defendants appeared through their respective counsel of record.

Having carefully considered the motion and the papers submitted, and having heard the arguments of counsel, the Court HEREBY ORDERS THAT Defendants' Motion to Vacate or Dissolve the Preliminary Injunction is GRANTED.

IT IS SO ORDERED.

DATE:_____

The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING CCSF MTN TO VACATE
CASE NO. 4:22-cv-05502-DMR (LJC)

1

n:\govlit\li2022\230239\01831797.docx