DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:   (415) 554-3857 (Wang)
             (415) 554-6762 (Murphy)
             (415) 554-3870 (Gradilla)
             (415) 554-4223 (George)
             (415) 355-3304 (Mills)
Facsimile:   (415) 554-4699
E-mail:      edmund.wang@sfcityatty.org
             kaitlyn.murphy@sfcityatty.org
             miguel.gradilla@sfcityatty.org
             john.george@sfcityatty.org
             steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING IN SUPPORT OF DEFENDANTS' MOTION TO VACATE OR DISSOLVE THE PRELIMINARY INJUNCTION**<br><br>Hearing Date:  May 8, 2025<br>Time:          1:00 P.M.<br>Place:         Hon. Donna M. Ryu<br><br>Trial Date:    July 28, 2025 |

# MANUAL FILING NOTIFICATION

Regarding the following specified exhibits in support of Defendants' Motion to Vacate or Dissolve The Preliminary Injunction:

Steven Mills Declaration Supporting Defendants' Motion to Vacate or Dissolve The Preliminary Injunction, Exhibit 10; and

Steven Mills Declaration Supporting Defendants' Motion to Vacate or Dissolve The Preliminary Injunction, Exhibits 7, 8, and 9 under seal:

These filings are in paper or physical form only, and are being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media.

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X] Other (description): Excel workbook with multiple worksheets.

Dated: April 3, 2025

> DAVID CHIU
> City Attorney
> YVONNE R. MERÉ
> EDMUND T. WANG
> KAITLYN MURPHY
> MIGUEL A. GRADILLA
> JOHN H. GEORGE
> STEVEN A. MILLS
> Deputy City Attorneys
>
> By: */s/ Steven Mills*
> STEVEN MILLS
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT