1  EMERY CELLI BRINCKERHOFF ABADY
   WARD & MAAZEL LLP
2  Vasudha Talla (SBN 316219)
   1 Rockefeller Plaza, 8th Floor
3  New York, New York
   Telephone: (212) 763-5000
4  vtalla@ecbawm.com

5  *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO DEFER CONSIDERATION OF MOTION TO VACATE OR ENLARGEMENT OF TIME** <br><br> **Judge:**   The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

The Court hereby GRANTS Plaintiffs' Administrative Motion to defer consideration of Defendants' motion to vacate or dissolve the preliminary injunction (Dkt. 353) until after the Court has issued a decision on Defendants' motion for summary judgment (Dkt. 350), with a briefing schedule on the motion to vacate to be set by the Court.

[In the alternative] [The Court GRANTS Plaintiffs' Administrative Motion for an enlargement of time. The deadline for Plaintiffs' opposition to Defendants' motion to vacate (Dkt. 353) is extended from April 17, 2025 to May 1, 2025. Defendants shall file any reply by May 8, 2025. A hearing on the motion to vacate or dissolve the preliminary injunction shall be set for May 22, 2025.]

**IT IS SO ORDERED.**

Dated: _____

                                                HONORABLE DONNA M. RYU
                                          UNITED STATES MAGISTRATE JUDGE