DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN THEOBALD, State Bar #328837
CONRAD METLITZKY KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    (415) 343-7103 [Metlitzky]
              (415) 343-7100 [Lanier & Theobald]
Facsimile:    (415) 343-7101
E-mail:       wmetlitzky@conmetkane.com
              jlanier@conmetkane.com
              ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF JOHN H. GEORGE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION**<br><br>Trial Date:     July 28, 2025 |

George Decl. ISO Opp. to Admin. Mtn.
CASE NO. 4:22-cv-05502-DMR (LJC)

n:\govlit\li2025\230239\01833067.docx

I, JOHN H. GEORGE, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Administrative Motion to Defer Consideration of Motion to Vacate or Enlargement of Time.

2. Attached hereto as **Exhibit A** is a true and correct copy of my complete correspondence with Vasudha Talla, counsel for Plaintiffs, regarding the Motion to Vacate and Plaintiffs' administrative motion. The timestamps on the emails reflect two time zones. Ms. Talla's emails to me are shown in Pacific Time and my emails to her are shown in Eastern Time. To determine the time at which I sent an email in Pacific Time, please subtract three hours from the time shown (*e.g.*, my Friday, April 4, 2025, 7:19 PM ET email was sent at 4:19 PM PT).

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed April 7, 2025, at San Francisco, California.

                                                    */s/ John H. George*
                                                  JOHN H. GEORGE