# EXHIBIT A

# TO THE DECLARATION OF JOHN H. GEORGE

| | |
|---|---|
| **From:** | Vasudha Talla |
| **To:** | George, John (CAT); Gradilla, Miguel (CAT); Murphy, Kaitlyn (CAT); Wang, Edmund (CAT); Mills, Steven (CAT); Jesse Lanier; Warren Metlitzky; Nathan Theobald |
| **Cc:** | Zoe Salzman; Vivake Prasad; Bianca Herlitz-Ferguson; jdo@aclunc.org; skatovich@aclu.org; wfreeman@aclunc.org; nkashyap@lccrsf.org; antim@lccrsf.org |
| **Subject:** | RE: COH v CCSF: Motion to Vacate or Dissolve Preliminary Injunction |
| **Date:** | Saturday, April 5, 2025 7:53:08 AM |

Dear John:

If Defendants can provide a position on Plaintiffs' proposal, which is reflected in the administrative motion, prior to Monday morning, please let us know.

If the parties can agree to defer consideration of the motion to vacate, that would moot the administrative motion.

Otherwise, Defendants can make their objections—including that the administrative motion was premature—in their response to the administrative motion.

Defendants' failure to properly consult or notify us or the Court of the motion to vacate has put Plaintiffs in the position of needing to seek relief quickly.

Regards,
Vasudha

**Our office has moved. Please note our new address.**

Vasudha Talla
Emery Celli Brinckerhoff Abady Ward & Maazel LLP

1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
vtalla@ecbawm.com
www.ecbawm.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (vtalla@ecbawm.com) immediately.

**From:** George, John (CAT) <John.George@sfcityatty.org>
**Sent:** Friday, April 4, 2025 10:30 PM
**To:** Vasudha Talla <vtalla@ecbawm.com>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; Jesse Lanier <jlanier@conmetkane.com>; Warren Metlitzky <wmetlitzky@conmetkane.com>; Nathan Theobald <ntheobald@conmetkane.com>
**Cc:** Zoe Salzman <zsalzman@ecbawm.com>; Vivake Prasad <VPrasad@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; jdo@aclunc.org; skatovich@aclu.org;

wfreeman@aclunc.org; nkashyap@lccrsf.org; antim@lccrsf.org
**Subject:** Re: COH v CCSF: Motion to Vacate or Dissolve Preliminary Injunction

Hi Vasudha,

I see that you just filed your motion 2 minutes after responding to my email. That is remarkably unprofessional and very disappointing.

Please amend your filing to include my prior response.

Thanks,
John

**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org

---

**From:** George, John (CAT) <John.George@sfcityatty.org>
**Sent:** Friday, April 4, 2025 7:27:19 PM
**To:** Vasudha Talla <vtalla@ecbawm.com>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; Jesse Lanier <jlanier@conmetkane.com>; Warren Metlitzky <wmetlitzky@conmetkane.com>; Nathan Theobald <ntheobald@conmetkane.com>
**Cc:** Zoe Salzman <zsalzman@ecbawm.com>; Vivake Prasad <VPrasad@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; jdo@aclunc.org <jdo@aclunc.org>; skatovich@aclu.org <skatovich@aclu.org>; wfreeman@aclunc.org <wfreeman@aclunc.org>; nkashyap@lccrsf.org <nkashyap@lccrsf.org>; antim@lccrsf.org <antim@lccrsf.org>
**Subject:** Re: COH v CCSF: Motion to Vacate or Dissolve Preliminary Injunction

Vasudha,

We don't even know what your administrative motion is requesting and have not been properly consulted as to whether we would stipulate to such relief. Your motion is entirely premature. Please include this position in your motion to the court.

Thanks,
John

**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org

---

**From:** Vasudha Talla <vtalla@ecbawm.com>

**Sent:** Friday, April 4, 2025 7:24:10 PM
**To:** George, John (CAT) <John.George@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; Jesse Lanier <jlanier@conmetkane.com>; Warren Metlitzky <wmetlitzky@conmetkane.com>; Nathan Theobald <ntheobald@conmetkane.com>
**Cc:** Zoe Salzman <zsalzman@ecbawm.com>; Vivake Prasad <VPrasad@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; jdo@aclunc.org <jdo@aclunc.org>; skatovich@aclu.org <skatovich@aclu.org>; wfreeman@aclunc.org <wfreeman@aclunc.org>; nkashyap@lccrsf.org <nkashyap@lccrsf.org>; antim@lccrsf.org <antim@lccrsf.org>
**Subject:** RE: COH v CCSF: Motion to Vacate or Dissolve Preliminary Injunction

Hi John,

Thanks for your email, and the information about your anticipated response. Given the short timeframe in which Plaintiffs must file an opposition to Defendants' motion to vacate, we are filing an administrative motion today in order to obtain effective relief. We'll set forth your communication below in our papers.

Regards,
Vasudha

**Our office has moved. Please note our new address.**

Vasudha Talla
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
vtalla@ecbawm.com
www.ecbawm.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (vtalla@ecbawm.com) immediately.

---

**From:** George, John (CAT) <John.George@sfcityatty.org>
**Sent:** Friday, April 4, 2025 7:19 PM
**To:** Vasudha Talla <vtalla@ecbawm.com>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; Jesse Lanier <jlanier@conmetkane.com>; Warren Metlitzky <wmetlitzky@conmetkane.com>; Nathan Theobald <ntheobald@conmetkane.com>
**Cc:** Zoe Salzman <zsalzman@ecbawm.com>; Vivake Prasad <VPrasad@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; jdo@aclunc.org; skatovich@aclu.org; wfreeman@aclunc.org; nkashyap@lccrsf.org; antim@lccrsf.org

**Subject:** RE: COH v CCSF: Motion to Vacate or Dissolve Preliminary Injunction

Hi Vasudha,

We are considering your position and proposal and will respond in substance no later than Monday morning.

Thanks and have a nice weekend,
John

**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org

---

**From:** Vasudha Talla <vtalla@ecbawm.com>
**Sent:** Friday, April 4, 2025 12:11 PM
**To:** Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; George, John (CAT) <John.George@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; Jesse Lanier <jlanier@conmetkane.com>; Warren Metlitzky <wmetlitzky@conmetkane.com>; Nathan Theobald <ntheobald@conmetkane.com>
**Cc:** Zoe Salzman <zsalzman@ecbawm.com>; Vivake Prasad <VPrasad@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; jdo@aclunc.org; skatovich@aclu.org; wfreeman@aclunc.org; nkashyap@lccrsf.org; antim@lccrsf.org
**Subject:** COH v CCSF: Motion to Vacate or Dissolve Preliminary Injunction

Counsel,

Having reviewed your motion to vacate or dissolve the preliminary injunction, your extended arguments in that motion appear largely duplicative of the arguments you raise in your motion for summary judgment regarding Plaintiffs' standing. In addition, the relief you request in the motion to vacate is identical to the relief that would be granted if you succeed on the motion for summary judgment. The motion to vacate is an improper attempt to obtain additional pages to advance arguments already made in the summary judgment motion, even though the Court considered your motion for additional pages for summary judgment and limited your brief to 32 pages.

Moreover, you did not provide notice in either the CMC statement filed on March 26, 2025 or in your motion to extend page limits filed on March 25, 2025, that you intended to file an additional and separate motion accompanied by a 25+ page brief. Having had no notice that Defendants intended to file such a motion, Plaintiffs were foreclosed from making their position clear that such a motion would be duplicative and burdensome, given the two-week response time for the summary judgment motion and the five expert depositions scheduled over the next two weeks. Similarly, our position the summary judgment page extension would have been informed by your desire for a

second motion.

To avoid burdening the Court with this inappropriate motion to vacate the preliminary injunction, we propose that Defendants withdraw the motion or stipulate to the Court defer considering it until after the motion for summary judgment is decided, with a briefing schedule set by the Court.

If you do not agree, please explain the basis for your refusal.

Given the two-week window for us to file a response to the motion to vacate, please let us know your position by COB today, after which we plan to seek relief from the Court.  As an alternative remedy, we will ask the Court for a 2-week extension to respond.  Please let us know your position on that alternative relief.

Regards,

**Our office has moved. Please note our new address.**

Vasudha Talla
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
vtalla@ecbawm.com
www.ecbawm.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (vtalla@ecbawm.com) immediately.