# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants | Case No. 4:22-cv-05502-DMR <br><br> **EXPERT DECLARATION OF CHRISTOPHER JOHN HERRING, PH.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> **Judge:** The Hon. Donna M. Ryu |

I, Christopher John Herring, under penalty of perjury, declare pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Professor of Sociology at the University of Los Angeles (UCLA). Prior to my appointment at UCLA, I was appointed as a postdoctoral fellow at Harvard University's Faculty of Arts and Sciences. I received my Ph.D. in Sociology from the University of California, Berkley. I also hold a Master's Degree in Social Anthropology from Central European University and a B.A. in Economics from Bard College.

2. Attached as **Exhibit 1** to this Declaration is a true and accurate copy of the Expert Report of Chris Herring, Ph.D. served on Defendants in this case on March 10, 2025. Attached as Appendix A to the Expert Report is my Curriculum Vitae. Attached as Appendix B to the Expert Report is a list of materials considered. Attached as Appendix C to the Expert Report are Survey Questions and Responses.

3. In my report, I noted that HSOC frequently "shifts" outside operations outside the noticed zones and described my review of a sample of HSOC call notes from October and November 2024.

4. I reviewed another sample of HSOC call notes from January 2 through January 13, 2025.

5. I compared the locations listed in the call notes with the maps prepared by the City indicating where notice was to be provided for the scheduled resolution.

6. In reviewing this set of call notes, shifts outside the scheduled designated resolution zone occurred at least eight times. This comprises 50% of the 16 HSOC operations scheduled in that time period, meaning that in nearly half of the HSOC operations in that period, teams shifted outside areas that should have been given the required 72-hour notice.

| Date of Sweep (AM/PM) | Bates Number for HSOC/JFO Call Notes | Noticed Location | Bates for HSOC Notice Map | Location Shifted To |
|---|---|---|---|---|
| 01/02/2025 (AM) | CCSF-COH_569742 | Jones between Eddy and Ellis; Leavenworth Eddy to O'Farrell | CCSF-COH_1075413 | Hyde & Ellis |

1

| | | | | |
|---|---|---|---|---|
| 01/02/2025 (PM) | CCSF-COH_569742 | Napoleon at Jerrold | CCSF-COH_1075413 | Barneveld |
| 01/06/2025 (AM) | CCSF-COH_568103 | Folsom btw 15th/16th; Harrison btw 15th/16th; Behind Best Buy (Alameda btw Harrison/Treat) | CCSF-COH_1075466 | Alameda btw Bryant/Potrero adjacent to U-Haul |
| 01/07/2025 (AM) | CCSF-COH_568108 *See also* CCSF-COH_568114 | 6th street corridor including at howard, Natoma, minna, notice howard btw harriet and russ | CCSF-COH_1075468 | Merlin at Harrison |
| 01/07/2025 (PM) | CCSF-COH_568108 *See also* CCSF-COH_568114 | Polk street corridor including Fern, Hemlock, Cedar, Myrtle | CCSF-COH_1075468 | 6th & Jessie |
| 01/08/2025 (AM) | CCSF-COH_568119 | Cesar Chavez between just slightly east of Pennsylvania to 3rd Also down Indiana to Marin | CCSF-COH_1075469 | "on Indiana just past Marin…" Islais Creek Promenade "pathway next to the off ramp…" |
| 01/10/2025 (PM) | CCSF-COH_568131 *See also* CCSF-COH_568137 | 300 Leavenworth | CCSF-COH_1075471 | Ada court and O'Farrell |
| 01/13/2025 (AM) | CCSF-COH_568143 | Oak Grove, Morris off of Harrison, Howard btw Harriett and Russ and down Harriett | CCSF-COH_1075507 | Merlin, Harrison across from Merlin |

7. For example, the notes from the January 10, 2025 PM operation designated for "Leavenworth Eddy to O'Farrell" states that "[t]hose encamped were moving," and goes on to describe property located at "Ada Court and O'Farrell:" "2 tarps covering misc items . . . carts, foam mattress, lawn chairs, bagged items." CCSF-COH_568132.

8. However, the intersection of Ada Court and O'Farrell was not designated to be noticed in advance of January 10, 2025. CCSF-COH_1075470-1075471.

9. These findings are consistent with the previous examples of HSOC resolutions without advance written notice detailed in my report.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I executed this declaration on April 14, 2025 in Los Angeles California.

Christopher John Herring, PhD
Dated: April 14, 2025