**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

COALITION ON HOMELESSNESS, et al.,

Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants

Case No. 4:22-cv-05502-DMR

**DECLARATION OF DYLAN VERNER-CRIST IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**Judge:** The Hon. Donna M. Ryu

I, Dylan Verner-Crist, declare:

1. All facts set forth in this declaration are based upon my personal knowledge.

2. I am the lead investigator at the ACLU of Northern California.

3. Between November 15, 2023 and February 14, 2025, I observed encampment clearances conducted by City and County of San Francisco (hereafter "City") officials, including Healthy Streets Operation Center ("HSOC") encampment resolutions and Joint Field Operations ("JFOs").   Below I describe the encampment clearances I observed.

**November 15, 2023 AM HSOC Resolution**

4. On November 15, 2023, I observed a HSOC resolution for which Plaintiffs' Counsel had received notice. The notice that I read described the area to be cleared as "Fern between Larkin and Polk," and stated that the resolution would begin at 8 AM.

5. At approximately 8:24 AM, I arrived at Fern Street, an alley between Larkin Street and Polk Street in the upper Tenderloin area. As I walked up, I saw HSOC Director David Nakanishi and San Francisco Fire Department ("SFFD") Incident Commander Sean Delise, as well as other individuals from other agencies.

6. At approximately 8:32 AM, I saw more DPW workers arrive on the scene. I talked to two unhoused people on the Larkin end of the block, a man named Adam and a woman with him who did not give her name. Adam told me that the tent and assorted belongings next to him belonged to his friend Mike, who was not at his encampment at the present moment but was likely at the Cova Hotel nearby. I followed Adam as he went to talk to Director Nakanishi and Incident Commander Delise to request time to go find Mike.  As I stood on, Adam asked Incident Commander Delise and Director Nakanishi for some additional time to find Mike. Incident Commander Delise and Director Nakanishi told Adam that he could not have more time and that Mike's belongings would be thrown out at 9:00 AM if they were still there on the block. Incident Commander Delise then said that the City had posted 72-hour notice. Adam then ran off to find Mike.

7. At approximately 8:44 AM, I took photos of Mike's belongings to document the condition that they were in. Attached hereto as **Exhibit A001** is a true and correct copy of one of

1

the photos that I took at that time (produced as a native file and produced at VERNER-CRIST_00002064).

8.     At approximately 8:48 AM, Incident Commander Delise approached Mike's tent. He snipped back the cover of the tent with scissors. He then took photos of the inside of the tent. He then told one of the DPW workers that the tent had been unoccupied since 6:30 AM.

9.     At approximately 8:52 AM, DPW workers began throwing out Mike's tent and the associated belongings. I approached Incident Commander Delise and reminded him that it was not yet 9 AM and that he had told Adam that he had until then to find Mike. Incident Commander Delise told me that it was almost 9 AM and that City was out here offering shelter anyway. I told Incident Commander Delise that there was functional property including two walkers in the encampment and that Mike could have a disability. In response, Incident Commander Delise said to me that he "hears that," but he did not intervene with the DPW workers.

10.     Meanwhile, the DPW workers, including Supervisor Israel Graham and General Laborer Esteban Trujillo, threw all the property into a dump truck. SFPD Officer K. Bradley stood by throughout and did not intervene. The DPW workers threw out all of Mike's belongings, including two walkers, a cooler, a couch, multiple pairs of shoes, a tarp, and a suitcase. I did not observe DPW workers bag and tag any of this property. By 8:58, the encampment was destroyed. Attached hereto at **Exhibit A002** is a photo taken by me showing the DPW workers dismantling the encampment (produced as a native file and produced at VERNER-CRIST_00002075).

11.     At approximately 9:02 AM, Mike returned with Adam. Mike saw his property on the truck and began arguing with the DPW workers and Incident Commander Delise about it. He told them that he worked all the time and attempted to grab his belongings off the truck. As Mike argued with Supervisor Graham and Incident Commander Delise, I heard Incident Commander Delise tell him that he had 72-hours of notice and that he wasn't allowed to stay on this block of Fern at all. Bradley eventually intervened and told Mike, "They gave you quite a few days to get your stuff out of here." Eventually, Supervisor Graham let Mike get a pair or two of shoes and some clothes from the truck, but only that much. Attached hereto at **Exhibit A003** is a photo taken by me at 9:03 AM showing Mike (center, gray and black jacket) arguing with Supervisor Graham

(on the truck) and Incident Commander Delise (in blue nearby) about his property (produced as a native file and produced at VERNER-CRIST_00002082).

12.     I continued to observe the encampment resolution operation until 10:10 AM, when the City workers left the area with the block clear.

**December 4, 2023 AM HSOC Resolution**

13.     On December 4, 2023, I observed the scheduled morning HSOC resolution. The notice that I read described the area to be cleared as "Fell between Baker and Lyon, also tent at 450 Baker," and stated that the resolution would begin at 8 AM.

14.     I arrived at the noticed block of Fell Street at 8:12 AM. I saw SFPD officers, including Lieutenant Wayman Young, Officer Peralta, Officer Irvin Huerta, and Sergeant Hoang, a woman named Angela Davis from the City Attorney's Office, and individuals from other agencies.

15.     At 8:44 AM, DPW workers started throwing out a fully intact tent and the personal belongings around it. Unhoused people were still packing up at the time around them. There was no one around to claim the tent or belongings. Before they did so, Incident Commander Berger asked them if they were going to bag and tag the tent. One of the workers replied that they were not going to bag and tag the tent or property. A true and correct copy of a photo of the tent and the property around it, including an armchair in good condition, is attached hereto as **Exhibit A004** (produced as a native file and produced at VERNER-CRIST_00001878)**.** I took this photo at 8:41 AM.

16.     The DPW workers began by throwing out the belongings around the tent, including an armchair. A true and correct copy of a photo showing a worker throwing an armchair onto their truck is attached hereto as **Exhibit A005** (produced as a native file and produced at VERNER-CRIST_00001879)**.** By 8:46 AM, the tent and the belongings around it were gone. Attached hereto as **Exhibit A006** (produced as a native file and produced at VERNER-CRIST_00001879) is a true and correct copy of a photo I took at 8:46 AM showing the workers about to take away the broken-down tent.

17.     At 9:20 AM, one of the unhoused people at the encampment, James Reem, asked

the DPW workers if they would store his grill. DPW had picked up his grill, which was a standard Weber grill that looked in good shape, and were bringing it towards their dump truck. Incident Commander Berger told James, "We don't bag and tag bulky items." I spoke up and told Incident Commander Berger that that was not consistent with the DPW Bag and Tag Policy, which dictates that bulky items will be preserved for 14 days. I took the DPW policy out of my backpack and showed it to him. Davis stood on watching, saying nothing. Incident Commander Berger looked at it and then told me he would make a call to clarify. He said that he recalled a previous notice stating that the City would not store bulky items. I told him that that was a previous notice that had been corrected by the parties. He then went away to make the call. He came back shortly after and told me that I was correct and that bulky items should be bagged and tagged.

18.     At 9:35, I walked by two of the DPW workers sitting on a stoop. I recognized them as DPW workers by their uniforms. I overheard one saying, "We don't have time for bag and tag. No one has time for that."

19.     At approximately 10:00, I walked over to the 400 Block of Baker Street, where the City workers were now clustered.

20.     At 10:24, I checked for notice of this operation on this block of Baker Street but did not see any notice.

21.     I continued to watch the resolution operation until 10:51, when I watched the DPW workers, Incident Commander Berger, and SFPD officers fist bump, get into their cars, and prepare to leave.

**August 5, 2024 AM HSOC Resolution**

22.     On August 5, 2024, I observed the scheduled morning HSOC resolution. The notice that I read described the area to be cleared as "Polk corridor: Polk Street corridor, Fern, Hemlock, Cedar between Larkin/Polk," and stated that the resolution would begin at 8 AM.

23.     At approximately 9:04 AM, I observed SFPD Officer Tien cite one man for illegal lodging. He then directed DPW to bag and tag the tent as evidence. The man was told that he could keep the rest of his belongings. Officer Tien then told him, though, that the tent was evidence and that he could only get it back once his criminal case was done. The officers then

offered the man shelter and a ride to San Jose, which appeared to be where he was from. The officers then told him that if they caught him camping again then they would book him into the jail.

24.     At approximately 9:58 AM, I followed the HSOC team to a new location, an encampment situated just north of the intersection of Polk Street and Ellis Street. I searched for notice in this location, but did not find any notice.

25.     At approximately 10:49 AM, the DPW workers began clearing the encampment on Polk Street just north of Ellis Street. The DPW workers first took some property belonging to an unhoused man named Andrew Douglass and threw it into a trash truck. They then took his tent as well. Attached hereto as **Exhibit A007** (produced as a native file and produced at VERNER-CRIST_00001871) is a photo taken by me at 10:49 showing two DPW workers carrying a bag containing clothing belonging to Douglass; the DPW worker holding the iPad in his hand as well is Supervisor Graham. The workers threw this bag containing clothing into their trash truck.

26.     At approximately 10:52 AM, the DPW workers took a cart containing Douglass's bulky items, including folding tables, cushions, and chairs, and brought it towards their trash truck. Douglass then told me that he knew the City was supposed to store such items under *Garcia v. Los Angeles*. I responded that he should ask them to store the items for him. Douglass then walked up to the DPW workers, pointed to the cart and belongings, and said, "You guys are destroying that, right?" The DPW workers did not respond. He then asked again, "You guys are destroying that, it's just going in the trash?" They still did not respond. Supervised by Supervisor Graham, the workers then loaded the cart of belongings onto their trash truck. While they were loading the cart onto their truck, Douglass's wife came up and demanded her backpack. The workers then continued to throw the cart and associated belongings onto their trash truck. Attached hereto as **Exhibit A008** is a true and correct copy of a still from a video (produced at LW_COHSF_0592517) that I took starting at 10:52, showing the destruction of the cart and the items on it.

**August 6, 2024 AM HSOC Resolution**

27.     On August 6, 2024, I observed the scheduled morning HSOC resolution. The notice

that I read described the area to be cleared as "Bryant from Division to just past Alameda," and stated that the resolution would begin at 8 AM.

28.     I arrived at Bryant and Division at 7:58 AM.

29.     At 8:00 AM, three police officers pulled up. I overheard the DPW workers on the block say that Izzy had already moved somewhere else. My understanding is that "Izzy" is a nickname for Supervisor Graham.

30.     I walked over to the area behind the Best Buy, getting to the intersection of Division and Treat at 8:04 AM. I saw HOT and DPW workers. The area looked recently cleared, as if people had recently left. I saw the City's Public Information Officer there. I saw Supervisor Graham and, behind him, unhoused people packing up their belongings. Walking down the block, I could see that unhoused people were packing up as far away as Division and Harrison.

31.     At 8:33 AM, I observed Coalition on Homelessness Human Rights Organizer Lukas Illa as he went to talk to Director Nakanishi. I stood nearby and listened. Illas asked Director Nakanishi if the area behind the Best Buy had received notice of the operation. Director Nakanishi said no and that the operation was a "re-encampment prevention" operation. He said that the City had swept the area two weeks prior. He said that the City did not have to provide notice of such re-encampment prevention operations. He said that during such operations the City would provide unhoused people with thirty minutes to pack up their belongings; if they had provided notice, they could move in immediately. He said that the people there had been told to move before. He said it did not matter if the same people had not been there two weeks ago, meaning that they had not received notice then.

32.     At approximately 8:40 AM, I watched SFPD officers approach a woman who was packing up belongings as DPW workers moved around her. I filmed the interaction. DPW workers took her cart and the belongings on top of it as she repeatedly told them that she needed the cart to move other belongings. Without responding to her, the DPW workers threw the cart onto the back of their truck alongside evident refuse and trash, mixing it in with the other belongings. One of the officers, Officer V. Pachetti, then went up to her and told her that she was not allowed to have carts or other items with wheels on the street.

6

33.    After the DPW workers and SFPD officers walked away, the unhoused woman told me that the belongings were mostly her boyfriend's, and that she needed the cart to move other belongings that she had.

34.    At 8:49 AM, Lukas Illa came up and told me that the DPW workers were planning to place yellow caution tape around a tent belonging to a man named Damon. I observed a second unhoused man, named Dante, limping around in the area next to Damon's tent. Illa then talked with Dante. I then overheard Illa ask the DPW workers if Dante could have some more time to pack up given his evident disability. One DPW worker responded to Illa that Dante had had thirty minutes, that that was enough time, and declined to give him any more time.

35.    By 9:12 AM, the HSOC team had cleared the area along Treat Avenue behind the Best Buy.

36.    At approximately 10:00 AM, the HSOC team began to drive away. I then overheard one of them say that they were going to 16th Street between Folsom and Howard, an area approximately half a mile away.

37.    I then walked to 16th Street between Folsom and Howard. I arrived at the area at approximately 10:30 AM. By the time I arrived, the HSOC team was actively at work on the block, cleaning the block of unhoused people and their belongings. I searched for a posted notice of this operation but did not see any notice.

38.    The City finished clearing this area at approximately 11 AM.

**August 15, 2024 AM HSOC Resolution**

39.    On August 15, 2024, I observed the scheduled morning HSOC resolution. The notice I read described the area to be cleared as "Jerrold at Napoleon, then Barneveld between Jerrold across from Bayshore Navigation Center, also dead end of Napoleon just past Evans," and stated that the resolution would begin at 8 AM.

40.    I arrived at the corner of Jerrold and Barneveld at 7:49 AM. By the time I arrived, the corner was already clear. Only boxes were left.

41.    At approximately 7:50 AM, I arrived at Jerrold south of Napoleon. As I walked up, I could see that the DPW workers were already well-along clearing this area. Their trucks were

already full.

42.     At 8:19 AM, I observed one unhoused woman on the block next to her tent. Over the next half hour, I observed City workers interact with the woman as she began to pack up her property. Attached hereto as **Exhibit A009** (produced as LW_COHSF_00592450) is a true and correct copy of a photo of the woman's tent and her property, taken by me at 8:37 AM.

43.     At approximately 8:52 AM, I observed SFPD officers detain the unhoused woman for illegal lodging. After the woman physically resisted officers, the officers used force to detain her and forcibly put her in the back of a police vehicle. DPW workers then took some of her property and threw it out. I watched as the DPW workers took her tent and a folding chair and threw them roughly in the back of their truck with evident trash. One of the workers then told me that they were taking the tent to bag and tag it as evidence of lodging, connected with the arrest, even though they had just thrown it out. The workers also threw out the woman's larger, bulky items.

44.     At 8:55 AM, the SFPD officers released the woman from their patrol car. They then uncuffed her and let her return to her property, which had been reduced by half.

45.     Attached hereto as **Exhibit A010** (produced LW_COHSF_00592414) is a photo showing Director Nakanishi standing next to the DPW truck containing the woman's belongings. The green and black tent and one of her chairs is visible in the truck. I took this photo at 9:17 AM.

46.     Between 9:55 and 10:10 AM, I observed the HSOC team clear an encampment at the underpass at Evans, near the Bayview Safe Navigation Center. This area was outside the noticed clearance area. I looked for notice in this area but did not observe any notice.

**October 23, 2024 AM HSOC Resolution**

47.     On October 23, 2024, I observed the scheduled morning HSOC resolution. The notice that I read described the area to be cleared as "Patterson between Flower & Oakdale, Loomis at Industrial, partway down towards Waterloo/Lowe's," and stated that the resolution would begin at approximately 8 AM.

48.     I arrived at Patterson Street at approximately 7:45 AM. I observed SFFD Incident Commander Brandon Cunningham already at the noticed location.

49.     At approximately 8:42 AM, after observing a portion of the City's HSOC resolution on Patterson Street, I went off in search of the DPW workers, who were no longer on Patterson Street.

50.     At approximately 8:44 AM, I found the DPW workers at Barneveld between McKinnon and Newcomb. This area was outside of the noticed area, two-tenths of a mile away. I searched for but did not see any notice in this area. There were two to four tents/structures in this location. When I arrived, there were police officers and DPW workers in this area, including Supervisor Darryl Dilworth, who was talking with Supervisor Graham and General Laborer Herbert Ruth. As I stood on, I watched the unhoused people quickly packing up.

51.     I then observed the police officers issue illegal lodging citations to the unhoused people at this location and seize their tents as evidence.

52.     At approximately 9:00 AM, I observed SFPD Officer Camarra tell the unhoused people at this location that they had five minutes to pack up their belongings.

53.     Over the next hour, I watched as the HSOC team cleared this location and the unhoused people moved along with a portion of their belongings.

**November 20, 2024 AM HSOC Resolution**

54.     On November 20, 2024, I observed the scheduled morning HSOC resolution. The notice that I read described the area to be cleared as "Hairball Northside, Cesar Chavez/Potrero 101 Off Ramp by Meadows Livingston School," and stated that the resolution would begin at approximately 8 AM.

55.     I arrived at the noticed location at approximately 7:45 AM.

56.     At approximately 7:48 AM, I observed DPW workers, Supervisor Dilworth, Incident Commander Cunningham, and MTA workers in this area.

57.     At approximately 9:33 AM, I observed DPW workers clearing unattended items from walkways along Cesar Chavez Street. Much of the property that they were clearing and bringing to waiting trucks was in decent condition: suitcases, carts, coolers, dressers, a drum, a mattress, and a tent. Attached hereto as **Exhibit A011** (produced as a native file and produced at VERNER-CRIST_00002182) is a photo taken by me at 9:35 AM showing these items in a pile

after the DPW workers had dragged them to a parking lot from the encampment area. I did not observe anyone bag or tag any of these items.

58. At approximately 9:36 AM, I observed the DPW workers on Cesar Chavez Street bring in a trash compactor truck. I looked for but did not observe any notice posted in this area.

59. At approximately 9:42 AM, the DPW workers loaded the items into the trash compactor truck. All of the items were destroyed. Attached hereto as **Exhibit A012** (produced as a native file and produced at VERNER-CRIST_00002184) is a true and correct copy of a still from a video taken by me at 9:42 AM showing the destruction of these items in the trash compactor.

**November 21, 2024 AM HSOC Resolution**

60. On November 21, 2024, I observed the scheduled morning HSOC resolution. The notice that I read described the area to be cleared as "Selby between Revere and Oakdale," and stated that the resolution would begin at approximately 8 AM.

61. At approximately 8:21 AM, I observed Incident Commander Cunningham tell a man living in an RV on Revere that the City was cleaning the area and that he needed to leave. I looked for but did not see any notice on this block, which was not included in the emailed notice nor the posted notices that I had seen along Selby Street.

62. At approximately 8:27 AM, Incident Commander Cunningham talked further with the man in the RV, telling him to clear the belongings outside his RV off of the sidewalk. I overheard Incident Commander Cunningham and the man negotiating over what of the man's stuff DPW could take.

63. Over the next hour, until approximately 9:17 AM, I observed the DPW workers take items from the man as he moved other belongings either onto or on top of his RV.

64. At approximately 9:17 AM, I followed the HSOC team as they moved to a new area in the Bayview: Barneveld Avenue just south of Jerrold Avenue. I looked for but did not observe any notice posted in this area, which was outside the noticed area for today's resolution and approximately a half-mile away from the noticed area for the morning.

65. At approximately 9:26 AM, I observed the HSOC team on Barneveld just south of Jerrold Avenue. I also observed Lieutenant Young arrive. I counted two tents/structures in this

area, with approximately four unhoused people inside.

66.     From approximately 9:35 to 9:49 AM, I left the area to use the bathroom. When I returned at 9:49 AM, the block was clear and the tents were gone, approximately twenty minutes after the workers had arrived. The DPW trucks were now piled high with belongings.

67.     By approximately 10:17 AM, all the City workers had left the area.

**December 7, 2024 JFO**

68.     On December 7, 2024, I observed a JFO that was scheduled to begin at Leavenworth Street and Eddy Street at 9:00 AM.

69.     I arrived to observe the operation at approximately 8:50 AM.

70.     During the operation, I observed SFFD Incident Commander Leslie Fong, two DPW workers, two MTA workers, and two HOT workers clearing encampments in the Tenderloin. I also observed four SFPD officers, including Officers Tiffer, Huerta, and Ivey, who from my understanding work on the HSOC detail, assist in these efforts, including by threatening unhoused people with arrest.

71.     During the operation, I also observed the DPW workers dispose of mattresses, suitcases, and other items that had belonged to unhoused people.

72.     I looked for but did not observe any notice posted on or near any of the tents or encampments cleared that morning.

**December 9, 2024 AM HSOC Resolution**

73.     On December 9, 2024, I observed the scheduled morning HSOC resolution. The notice that I read described the area to be cleared as "6th Street Corridor including at Howard, Minna, and Natoma," and stated that the resolution would begin at approximately 8 AM.

74.     I arrived at Sixth Street at approximately 7:50 AM.

75.     At approximately 8:36 AM, I observed some DPW workers clustered around an unattended tent on Jessie Street. I could overhear the workers discussing whether or not to bag and tag the unattended tent. They then took photos of the tent. One of the DPW workers then started breaking down the tent, forcibly snapping some of its legs, but then was told by Supervisor Graham to bag and tag it. The DPW workers then put the tent into a black trash bag and threw it in

11

their truck. They did not erect a post-removal storage notice at the site where the tent had been.

76.   At approximately 8:44 AM, I observed the DPW workers take a bicycle that appeared to be in working condition and throw it into their trash truck. Attached hereto as **Exhibit A013** (produced as a native file and produced at VERNER-CRIST_00001818) is a true and correct copy of a photo taken by me at 8:44 AM showing the bicycle in the back of the trash truck.

77.   At approximately 10:18 AM, I observed the DPW workers as they moved to the Natoma Alley. They then began to take pictures of the remaining tents on the block. I observed one large, well-kept tent on the block.

78.   At approximately 10:24 AM, I overheard Incident Commander Cunningham tell Supervisor Graham that the tent was abandoned. He did not explain to Supervisor Graham why he believed that the tent was abandoned. Supervisor Graham and another DPW worker then approached the tent and took photos of it. I then took photos of the inside of the tent. The tent was very clean, with a mattress covered by a blanket, a purse, some piled clothes, and some neatly stacked shoes inside. Attached hereto as **Exhibit A014** (produced as a native file and produced at VERNER-CRIST_00001823) is a true and correct copy of a photo taken by me at 10:23 AM, showing Supervisor Graham and another DPW worker taking photos of the inside of this tent. Attached hereto as **Exhibit A015** (produced as a native file and produced at VERNER-CRIST_00001824) is a true and correct copy of a photo taken by me at 10:25 AM, showing the interior of the tent.

79.   At approximately 10:37 AM, one of the DPW workers asked Supervisor Graham if they were going to bag and tag the tent shown in Exhibits A014-015. Supervisor Graham shook his head "no." The DPW workers then started taking the belongings out of the tent. Supervisor Graham then told his workers that everything in the tent was trash. The workers then broke down the tent and threw it and everything inside of it into their trash truck. Attached hereto as **Exhibit A016** (produced as a native file and produced at VERNER-CRIST_00001827)  is true and correct copy of a photo taken by me at 10:39 AM showing the destruction of the tent and the property inside of it.

**January 6, 2025 AM HSOC Resolution**

80.     On January 6, 2025, I observed the scheduled morning HSOC resolution. The notice that I read described the area to be cleared as "Folsom between 15th/16th, Harrison between 15th/16th; Behind Best Buy (Alameda between Harrison/Treat)," and stated that the resolution would begin at approximately 8 AM.

81.     I arrived at Folsom and 15th at approximately 7:45 AM.

82.     At approximately 7:55 AM, I observed Incident Commander Cunningham sitting in his DEM vehicle and watched as some police officers drove by.

83.     At approximately 8:20 AM, I watched as an unhoused woman removed belongings from a tent. First she took out a mattress, which some DPW workers took from her and put in their truck. She then took out a collapsible bedframe. One of the DPW workers asked her if the bedframe was trash. She responded, "Does it have to be?" He said no, adding, "whatever you can take away is yours." She then packed up the items into a cart. She appeared surprised, telling me that the City workers were letting her keep everything that day as long as she moved.

84.     At approximately 8:26 AM, as the woman was talking with some police officers, Laborer Trujillo walked up to the bed frame as it lay against a building, grabbed it, and threw it into one of the DPW trucks. I then asked the woman, who did not appear to have noticed Laborer Trujillo's actions, if she wanted the bedframe. She responded that it was okay, adding, "I need to work with them and give something up." Attached hereto as **Exhibit A017** (produced as a native file and produced at VERNER-CRIST_00001955) is a true and correct copy of a photo taken by me at 8:22 showing the bedframe in the foreground and General Laborers Ruth (left) and Trujillo (right) in the background. Attached hereto as **Exhibit A018** (produced as a native file and produced at VERNER-CRIST_00001958)  is a true and correct copy of a photo taken by me at 8:29 AM, showing the mattress and bedframe in the back of the trash truck.

85.     At approximately 9:12 AM, I observed the DPW workers throw out a complete bicycle. Attached hereto as **Exhibit A019** (produced as a native file and produced at VERNER-CRIST_00001967) is a true and correct copy of a photo taken by me at 9:19 AM, showing Laborer Trujillo throwing out this bicycle.

86.     At approximately 9:56 AM, after clearing a structure on Treat Avenue behind the

13

Best Buy, I overheard the City workers say "Alameda Street" while in the process of driving away. I walked to the intersection of Alameda Street and Hampshire Street, approximately one-quarter of a mile away from the noticed area.

87.    I arrived at Alameda Street and Hampshire Street at approximately 10:08 AM. I observed the HSOC team at the intersection. I looked for but did not observe any notice posted in the area. I counted approximately six tents/structures along Alameda Street.

88.    I watched as Lieutenant Young and the other police officers led this portion of the operation, going around to each tent and talking to its occupant. Over the next twenty minutes, I observed the police officers detain, handcuff, and cite the people at this encampment.

89.    At approximately 10:21 AM, I overheard General Laborer Ruth tell an unhoused man named Angel Ernesto Rosado that he could only take one cart of belongings with him from the encampment area. Lieutenant Young then walked up to Rosado, asked him if he spoke English, and told him that he would only be allowed to take one cart of belongings with him. Sergeant Ellison then wrote Rosado a citation. The DPW workers then asked the police officers if they could go ahead and clear the encampment, proceeding to do so after the police gave them the go-ahead.

90.    At approximately 10:26 AM, Rosado was released by Sergeant Ellison and went to grab his belongings. He grabbed a chair, but one DPW worker told him that he could not have the chair. Incident Commander Cunningham then stepped in and told the DPW worker, "It's fine," letting Rosado leave with the chair. Meanwhile, some of the DPW workers grabbed Rosado's red tent and two other carts with belongings and threw them into their trash trucks. They did not bag and tag any of the items. Attached hereto as **Exhibit A020** (produced as a native file and produced at VERNER-CRIST_00001974) is a true and correct copy of a photo of the DPW workers throwing out one of Rosado's carts that he was told he could not take with him.

91.    At approximately 10:34 AM, one of the DPW workers said to the other workers, "You see how quick that was?" By this point, the encampment was basically gone.

**January 7, 2025 JFO**

92.    On January 7, 2025, I observed a JFO that was scheduled to begin at Leavenworth

1    Street and Eddy Street at 9:00 AM.

2        93.    I arrived to observe the operation at approximately 8:54 AM.

3        94.    During the operation, I observed an SFFD incident commander, two DPW workers,

4    two MTA workers, two HOT workers, and four police officers clearing encampments in the

5    Tenderloin.

6        95.    At approximately 9:22 AM, I observed DPW workers take a small cart with some

7    items inside and throw it into their trash truck. Attached hereto as **Exhibit A021** (produced as a

8    native file and produced at VERNER-CRIST_00001981) is true and correct copy of a photo, taken

9    by me at 9:19, showing the disposal of this cart.

10       96.    At approximately 10:11 AM, I observed a DPW worker dispose of a small

11   bedframe, throwing it into the trash truck. Attached hereto as **Exhibit A022** (produced as a native

12   file and produced at VERNER-CRIST_00001988) is a true and correct copy of a photo taken by

13   me at approximately 10:11 AM, showing the worker throwing the bedframe into the truck.

14       97.    At approximately 10:32 AM, I observed the JFO team go to the 300 block of Jones

15   Street, where there are often people camping, tell the encampment occupants there that they had to

16   move, and then hose down the street.

17       98.    I looked for but did not observe any notice posted on or near any of the tents or

18   encampments cleared that morning.

19   **January 13, 2025 AM HSOC Resolution**

20       99.    On January 13, 2025, I observed the scheduled morning HSOC resolution. The

21   notice that I read described the area to be cleared as "Oak Grove & Morris off of Harrison,

22   Howard between Harriet and Russ, and down Harriett," and stated that the resolution would begin

23   at approximately 8 AM.

24       100.   I arrived at Howard between Harriet and Russ at approximately 7:38 AM. Although

25   I observed noticed posted at Howard and 6th, I did not observe any City workers in sight.

26       101.   Over the next eighty minutes, I walked throughout the area but did not observe any

27   City workers.

28       102.   At approximately 8:56 AM, I found the HSOC team on the Merlin alley, clearing

15

an encampment there. This alley, one alley over from the alleys within the noticed area, was not in the noticed area. When I arrived, I observed Incident Commander Cunningham and the DPW Hot Spot team clearing an encampment on the block. The DPW workers were midblock, throwing items into their trucks.

103.    By approximately 9:14 AM, I had walked up and down Merlin Alley looking for posted notice but did not see any notice. I talked to one unhoused man on the block. He told me that he did not know the City was coming that day. He told me that he was not on Merlin when the City arrived, but that he had received a call from a friend when they arrived. He said that he had then come to the block to retrieve his belongings.

104.    After clearing Merlin Street, the City workers then went to the streets described in the notice.

105.    I continued to observe the encampment clearance operation until approximately 10:36 AM, when the City workers left to another area and I was unable to find them.

**January 14, 2025 AM HSOC Resolution**

106.    On January 14, 2025, I observed the scheduled morning HSOC resolution. The notice that I read described the area to be cleared as "Duboce/Division/13th from Valencia/Mission/SVN/Folsom/Harrison/Bryant/Potrero," and stated that the resolution would begin at approximately 8 AM.

107.    I arrived at the noticed area at approximately 7:30 AM.

108.    At approximately 8:19 AM, two DPW workers approached a structure in the median, consisting of some tarps over some carts, and stood nearby. I then approached the structure and called out, trying to see if anyone was inside of it. There was no response. Attached hereto as **Exhibit A022** (produced as a native file and produced at VERNER-CRIST_00001887) is a true and correct copy of a photo taken by me at 8:19 AM showing this structure on the median.

109.    At approximately 8:31 AM, the DPW workers started to congregate near the structure in the median. Coalition on Homelessness Volunteer Observer Flo Kelly then went to talk to them. By this point, Supervisor Graham was on the median, positioning his truck behind

16

1    the unattended structure. As Kelly crossed to the median, Incident Commander Cunningham

2    followed her. He told her that she could not be on the median for liability reasons and walked her

3    back to the sidewalk. She then told him that she was concerned that the DPW workers would

4    throw out the unattended belongings on the median and that the items should be bagged and

5    tagged.

6          110.    At approximately 8:38 AM, Supervisor Graham and the other DPW workers then

7    began breaking down the belongings on the median. As they started to do so, Incident Commander

8    Cunningham walked to the median and talked to Supervisor Graham briefly. The DPW workers

9    meanwhile continued to break down the unattended encampment. After Incident Commander

10   Cunningham talked with Supervisor Graham, the workers took three pieces of luggage from the

11   encampment and placed them to the side. The workers then threw everything else into their trash

12   trucks, including the bulky carts, which appeared to be in good condition. Attached hereto as

13   **Exhibit A023** (produced as a native file and produced at VERNER-CRIST_00001892) is a true

14   and correct copy of a photo taken by me at 8:40 AM, showing Incident Commander Cunningham

15   directing the breakdown of the encampment.

16         111.    At approximately 8:45 AM, the workers wheeled the luggage to another truck,

17   different from the trash trucks. They then stood over the luggage and continued to talk. They

18   appeared to be deliberating on what to do.

19         112.    At approximately 8:47 AM, the DPW workers begin placing the luggage into black

20   trash bags. They then took the luggage and placed it onto the third truck. It appeared that they

21   were bagging and tagging the luggage. Despite bagging and tagging the luggage, the workers did

22   not post any post-removal notice at the site.

23         113.    At approximately 8:56 AM, the DPW workers drove on to a new location. Later

24   that morning, after the conclusion of the resolution operation, I returned to the site and

25   documented the continuing lack of any post-removal notice for the stored items. Attached hereto

26   as **Exhibit A025** (produced as a native file and at VERNER-CRIST_00001907) is a true and

27   correct copy of a photo taken by me at 10:53 AM, showing the lack of post-removal notice on the

28   median at the conclusion of the operation.

114.    At approximately 9:51 AM that morning, I followed the City workers as they went to and then cleared an encampment in the Erie Alley nearby. There was no notice in this alley, which was outside the noticed area for the day.

**January 16, 2025 JFO**

115.    On January 7, 2025, I observed a JFO that was scheduled to begin at 6th Street and Howard Street at 9:00 AM.

116.    I arrived at 6th and Howard at approximately 9:15 AM. I counted five DPW workers, the same workers I had seen working on the morning JFOs and the afternoon HSOC resolutions. I also observed two DPW trucks, both pretty empty, parked alongside Howard just west of 6th. The City workers were standing around. The block was already pretty clear of unhoused people.

117.    At approximately 10:10 AM, I observed some of the DPW workers cross over to the eastern side of Natoma Street, grab some blankets and sleeping bags on the corner, put them in trash cans, and walk back to their trucks, throwing the blankets and sleeping bags in their trash trucks.

118.    At approximately 10:54 AM, I observed one of the DPW workers take a functional, unattended cart on Jessie Street and throw it into his trash truck. Attached hereto as **Exhibit A026** (produced as a native file and at VERNER-CRIST_00002197-2198) is a photo taken by me at 10:53 AM, showing the disposal of this cart.

119.    I looked for but did not observe any notice posted in the area regarding the JFO.

**February 4, 2025 PM HSOC Resolution**

120.    On February 4, 2025, I observed the scheduled afternoon HSOC resolution. The notice that I read described the area to be cleared as "Taylor btw Eddy/Ellis, & Jones btw Eddy/Ellis," and stated that the resolution would begin at approximately 1 PM.

121.    I arrived at Taylor and Eddy at approximately 12:49 PM.

122.    At approximately 1:14 PM, I observed City workers on the 400 Block of Jones Street near a tent. I looked for but did not observe any notice for the day's operation nearby. This block was outside the noticed area for that afternoon.

18

123.    From approximately 1:15 PM to approximately 1:28 PM, I observed City workers, including HOT workers and Incident Commander Cunningham, talk to a man in the tent on the 400 Block and then transport him somewhere else.

124.    At approximately 1:34 PM, I observed DPW workers dispose of the tent on the 400 Block of Jones.

**February 5, 2025 JFO**

125.    On February 5, 2025, I observed a JFO that was scheduled to begin at Leavenworth and Ellis at 9:00 AM.

126.    I arrived at Leavenworth and Ellis at approximately 10:30 AM.

127.    At approximately 10:36 AM, I overheard the DPW workers talking about a bag and tag. The police officers were conferring with the DPW workers as well. One of the officers was writing a receipt and what appeared to be a citation.

128.    At approximately 10:39 AM, I observed an unhoused man on the corner walking on, leaving behind a tarp. The DPW workers then began bagging and tagging it, although one said that the man did not want it.

129.    I looked for but did not see any notice posted in the area.

130.    At approximately 10:47 AM, I talked to the unhoused man, who told me his name was Charles Thomas. He told me that he was cited for illegal lodging and that the officers had seized his tarp as evidence of lodging.

131.    I continued to observe the JFO until approximately 12:10 PM. I did not observe any notice posted in the area regarding the operation.

**February 8, 2025 JFO**

132.    On February 8, 2025, I observed a JFO that was scheduled to begin at Leavenworth and Ellis at 9:00 AM.

133.    I arrived at Leavenworth and Ellis at approximately 9:11 AM. As I arrived, I observed Incident Commander Fong, DPW worker Felix Troncoso, and individuals from other agencies.

134.    I looked for but did not observe any notice posted in this area.

19

135.    At approximately 10:33 AM, I observed the JFO team head to Turk Street between Jones and Taylor. I observed one person in a sleeping bag and one tent on the block.

136.    At approximately 10:39 AM, I observed Officer Tien and Incident Commander Fong go up to the one tent on the block. I overheard Officer Tien tell the people in the tent, "How much time do you need? Five minutes okay?" There was no notice on this block.

137.    At approximately 10:45 AM, the people inside the tent began to get up and pack up their belongings. I heard a man inside the tent moaning, as if he was in pain.

138.    At approximately 10:51 AM, I talked to the two people who were in the tent as they packed up. They told me that they did not know the City workers were coming that day and that they did not receive notice.

139.    By approximately 10:55 AM, approximately 16 minutes after they were first approached, the people in the tent moved along with their now disassembled tent.

**February 10, 2025 AM HSOC Resolution**

140.    On February 10, 2025, I observed the scheduled morning HSOC resolution. The notice that I read described the area to be cleared as "Cesar Chavez at Hampshire, down the bike/pedestrian path, towards 101 off ramp/Vermont (DPW yard)," and stated that the resolution would begin at approximately 8 AM.

141.    I arrived at the noticed area at approximately 8:18 AM.

142.    At approximately 8:27 AM, I observed DPW workers clearing debris and unattended encampments along the walkway underpass underneath US-101. Some of the DPW workers were the standard Hot Spot workers in their green vests, led by General Laborer Ruth. With them were other DPW workers who were dressed in orange vests. The men in orange vests did not appear to be regular City employees. They did not have PPE other than gloves, they were wearing ragged clothing, and some were wearing sneakers or tennis shoes rather than work boots. Throughout the operation, these workers handled unattended property, cleared encampments, and were directed by the hot spot workers. Attached hereto as **Exhibit A027** (produced as a native file and at VERNER-CRIST_00002619) is a true and correct copy of a photo taken by me that day showing these workers' attire as they cleared the encampments in this area.

**February 11, 2025 JFO**

143.    On February 8, 2025, I observed a JFO that was scheduled to begin at Leavenworth and Ellis at 9:00 AM.

144.    I arrived at Jones and Ellis, where I saw the JFO team, at approximately 9:03 AM. As I walked up, I observed the SFPD officers talking to an unhoused man. I also observed the normal DPW JFO reactionary crew, including Lead General Laborer Joel Martinez, on this block, and individuals from other agencies.

145.    I looked for but did not observe any notice posted in the area.

146.    At approximately 9:07 AM, I observed two SFPD officers, including Officer Huerta, as they cited one person on the block for illegal lodging. I overheard one unhoused woman say, referring to the tent, "How am I in possession of it if it isn't mine?" The officers then told her that they were going to take possession of the tent.

147.    At approximately 9:10 AM, another woman tried to take possession of the tent, but Officer Huerta told her that the tent was "part of the arrest," and added, "We are taking possession of it." He then called over Lead General Laborer Martinez and told him that they had a tent for illegal lodging.

148.    At approximately 9:18 AM, I talked to the woman who was cited with illegal lodging. She confirmed that she was cited for illegal lodging and that SFPD took the tent as evidence.

149.    As we were talking, the SFFD incident commander came over. He then told her to sign and date a form saying that she got all of her belongings out of the tent before they took it. He read it to her very quickly, telling her only that the form said that she had got her medications and related items out of the tent. She then signed it. The incident commander then dated the form after the woman signed it. He then showed me the form. The top half, which he had not read to her, stated that she acknowledged that she had 90 days to get the tent from the yard. He then told me that the form was new. He would not let me take a picture of it. He then pocketed the form without giving the woman a copy.

150.    At approximately 9:24 AM, I observed the DPW workers, including Lead General

21

1    Laborer Martinez, disassemble the tent and bag and tag it.

2        151.    At approximately 9:37 AM, I talked again with the woman who Officer Huerta had

3    cited. I asked her what the form was that the incident commander had had her sign. She replied

4    that the only form she had signed was the citation. I told her that I thought the police officers had

5    had her sign the citation. She replied that that was correct, but then said that the incident

6    commander also had had her sign the citation. She repeated that the second form was also a

7    citation. She appeared to have no understanding of the nature of the advisement form.

8        152.    At approximately 9:40 AM, I observed Officer Huerta tell another unhoused man

9    that he was illegally lodging. After the man declined shelter, Officer Huerta told the man, "We're

10   going to be coming out every day. What's your game plan? Are you just going to be dealing with

11   us every day?"

12       153.    I did not observe any notice in any of the areas that the City went to that day.

13   **February 12, 2025 JFO**

14       154.    On February 12, 2025, I observed a JFO that was scheduled to begin at Taylor and

15   Ellis at 9:00 AM.

16       155.    I arrived at Taylor and Ellis at approximately 9:12 AM, but did not see the JFO

17   team.

18       156.    At approximately 9:24 AM, I found the JFO team on Leavenworth Street between

19   Ellis and O'Farrell. The previous morning, I had observed seven tents on this street. By the time I

20   arrived to this block at 9:24 AM, there were no tents left and the block was littered with discarded

21   items. The main DPW truck was full. The workers already appeared mostly done on this block.

22   Attached hereto as **Exhibit A028** (produced as a native file and at VERNER-CRIST_00002592-

23   2594) is true and correct copy of a photo taken at 9:32 showing the DPW truck, already containing

24   tents, with a DPW worker standing on the truck.

25       157.    At approximately 10:45 AM, I followed the JFO team as they went to Eddy Street

26   between Hyde Street and Larkin Street. By the time I arrived, the block was largely clear.

27       158.    I looked for but did not observe any posted notice regarding the JFO in the vicinity

28   of any of the streets where I observed the JFO team go that day.

**February 13, 2025 PM HSOC Resolution**

159.    On February 13, 2025, I observed the scheduled afternoon HSOC resolution. The emailed notice that I read described the area to be cleared as "Alameda btw Potrero/Bryant (by the U-Haul), Alameda btw Harrison/Treat (behind Best Buy)," and stated that the resolution would begin at approximately 1 PM.

160.    At approximately 12:55 PM, I arrived at Bryant and Division. I did not see any workers at this intersection or on Treat Avenue, behind the Best Buy.

161.    At approximately 1:00 PM, I arrived at Alameda between Potrero and Bryant. I observed the HSOC team here, including the Reactionary DPW workers, Pedro Rincon, and Incident Commander Fong.

162.    At approximately 1:02 PM, Rincon and Incident Commander Fong began looking at one structure on the block. There were no other structures or tents on this block.

163.    Three SFPD officers arrived at approximately 1:14 PM.

164.    At approximately 2:02 PM, after the City workers finished clearing the unattended tent on this block, Rincon asked Incident Commander Fong, "Are we shifting?" Incident Commander Fong nodded her head affirmatively. The City workers then began to go to their vehicles.

165.    At approximately 2:04 PM, Incident Commander Fong began leaving Alameda Street in her DEM vehicle. She then said "Merlin" loudly to the other workers as I stood in the background. She then looked at me. They repeated "Merlin?" to her. She nodded. I realized that they may be referring to Merlin Street, which is approximately a mile away.

166.    From approximately 2:05 to 2:10 PM, I ran hard, following the City workers as they drove away. They drove down Alameda, right on Bryant, left onto Division, back onto Alameda, right onto Harrison, then down 15th, stopping between Folsom and Shotwell. I just managed to keep them in sight. As I walked up, Incident Commander Fong stuck her tongue out at me. I saw that the City workers were clustered around one tarp with two people under it. This area was a half mile away from the noticed area. There was no notice posted at this location. Rincon then went to talk to the two people, saying loudly "HOT team, interested in shelter?" The police

officers, DPW workers, and Incident Commander Fong were standing on.

167.   At approximately 2:16 PM, the two unhoused people at this location quickly walked away, leaving their belongings behind. One of the DPW workers then told the others, "They left, it means that we can throw out their stuff right?" Another DPW worker then shook his head. The first DPW worker then repeated, "But they left, they left their stuff here."

168.   At approximately 2:25 PM, one of the DPW workers okayed the destruction of the property. The DPW workers then threw the property into their trash trucks.

169.   At approximately 2:39 PM, I observed the City workers then go to a tent on Folsom Street between 15th and 16th Street. I saw Incident Commander Fong, a DPW worker, and Officer Meza standing over a man in the tent. The man was getting items out of his tent, placing them in trash bags. I looked for but did not observe any notice at this area, which was also well outside the noticed area for the day.

170.   At approximately 3:01 PM, the unhoused man left the area dragging one bag of his property with him. He left his tent and other items behind. The DPW workers then threw these items out.

**February 14, 2025 JFO**

171.   On February 14, 2025, I observed a JFO that was scheduled to begin at Polk and Geary at 9:00 AM.

172.   From approximately 9:00 to 9:45 AM, I went to the intersection of Polk and Geary and then walked through the Tenderloin looking for the JFO team to no avail.

173.   At approximately 9:45 AM, I found the JFO team clearing an encampment at Taylor Street and Ellis Street. When I arrived, the workers were finishing up, hosing down the block. I looked for but did not observe any notice posted at or near the area where the City was working.

174.   At approximately 10:06 AM, the JFO team went to an encampment on the 400 Block of Jones and cleared it as well. I looked for but did not observe any notice posted regarding the JFO on the 400 Block of Jones.

175.   At approximately 10:23 AM, the JFO went to an encampment on the 300 Block of

Jones and cleared it as well. I looked for but did not observe any noticed posted regarding the JFO on the 300 Block of Jones.

**Photos and Videos**

176.    The video file produced as VERNER-CRIST_00000866 is a video I recorded on August 6, 2024.

177.    The photographs produced as VERNER-CRIST_00001000, VERNER-CRIST_00001048, VERNER-CRIST_00001046, VERNER-CRIST_00001041 are photographs I took on December 9, 2024.

178.    I declare under penalty of that the foregoing is true and correct, and that this declaration was executed on April 16, 2025 in Oakland, California.

_____
Dylan Verner-Crist

25