# EXHIBIT A

# TO DECLARATION OF

# DYLAN VERNER-CRIST

# IN SUPPORT OF PLAINTIFFS'

# OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT



VERNER-CRIST EXHIBIT A001



VERNER-CRIST EXHIBIT A002



VERNER-CRIST EXHIBIT A003



VERNER-CRIST EXHIBIT A004



VERNER-CRIST EXHIBIT A005



VERNER-CRIST EXHIBIT A006



VERNER-CRIST EXHIBIT A007



VERNER-CRIST EXHIBIT A008



VERNER-CRIST EXHIBIT A009



VERNER-CRIST EXHIBIT A010



VERNER-CRIST EXHIBIT A011



VERNER-CRIST EXHIBIT A012



VERNER-CRIST EXHIBIT A013



VERNER-CRIST EXHIBIT A014



VERNER-CRIST EXHIBIT A015



VERNER-CRIST EXHIBIT A016



VERNER-CRIST EXHIBIT A017



VERNER-CRIST EXHIBIT A018



VERNER-CRIST EXHIBIT A019



VERNER-CRIST EXHIBIT A020



VERNER-CRIST EXHIBIT A021



VERNER-CRIST EXHIBIT A022



VERNER-CRIST EXHIBIT A023



VERNER-CRIST EXHIBIT A024



VERNER-CRIST EXHIBIT A025



VERNER-CRIST EXHIBIT A026



VERNER-CRIST EXHIBIT A027



VERNER-CRIST EXHIBIT A028