UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF LUKAS ILLA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Judge:** The Hon. Donna M. Ryu |

I, Lukas Illa, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I have been a human rights organizer at the Coalition on Homelessness (Coalition), a plaintiff in this case, since January 2024. If called upon to testify, I could and would testify to the truth of the facts in this declaration competently.

2. In my capacity as a human rights organizer, I have observed encampment resolutions conducted by the City of San Francisco's Healthy Streets Operations Center (HSOC).

**May 21, 2024 Incident**

3. On May 21, 2024, I observed an HSOC encampment resolution. The resolution was scheduled to take place beginning around 8:00 a.m. between San Bruno Avenue and Utah Street on Alameda Street.

4. At this resolution, I heard the HSOC Incident Commander Brandon Cunningham say "big bulk furniture, we can't keep," which I understood to mean that he understood DPW's bag and tag policy not to require storage of bulky items.

5. Later that morning, I saw an unhoused woman named Brandy and her partner moving their belongings from Alameda Street between San Bruno Avenue and Utah Street to an area near Alameda Street and Henry Adams Street.

6. DPW workers, including Israel Graham, took Brandy's palette mover and two mattresses and some bedding off of Brandy's cart and put those items in the back of a DPW truck with trash. It appeared like DPW trashed the mattresses and bedding simply because they were large, not because of their condition. Brandy was visibly upset and crying after her belongings were taken.

**May 30, 2024 Incident**

7. On May 30, 2024, I observed an HSOC encampment resolution. The resolution was scheduled to take place beginning around 8:00 a.m. on Dore Street between Bryant Street and Brannon Street.

8. After clearing the encampments at the noticed location, the HSOC team moved to Division Street around 9:00 a.m.

9. On Division Street, I encountered an unhoused woman named Shelley who was moving her belongings down Division Street from approximately Potrero Avenue toward San Bruno Avenue.

10. DPW workers, including Israel Graham, took two metal carts from Shelley and put those items in a DPW trash compactor, where they were crushed. The carts were hotel busboy style carts. Mr. Graham repeatedly told Shelley and the other unhoused people she was with that they could only have two carts.

**December 20, 2024 Incident**

11. On December 20, 2024, I observed an HSOC encampment resolution. The resolution was scheduled to take place beginning around 8:00 a.m. in the Sixth Street Corridor.

12. At the intersection of Sixth Street and Howard Street, I saw a cart packed with items, including a suitcase, that did not seem to belong to any of the individuals who were present.

13. A DPW worker wheeled the packed cart to a DPW truck and threw the cart and the items in it into the truck. Shortly thereafter, trash was put in that same truck.

14. DPW workers also threw a wagon packed with items upside down into a DPW truck, which also contained trash.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California on April 15, 2025.

*[signature]*

Lukas Illa