EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF VASUDHA TALLA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> **Judge:** The Hon. Donna M. Ryu |

I, VASUDHA TALLA, declare as follows:

1. I am an attorney at the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs in the above-captioned action. I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

2. Plaintiffs' Opposition relies on deposition testimony and evidence exchanged during fact discovery.

3. Attached hereto as exhibits are true and correct copies of the following documents in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, noting which exhibits have been filed under seal:

| Ex. No. | Name of Document | Filed Under Seal |
|---|---|---|
| 1 | Excerpts from February 25, 2025 deposition testimony of Jennifer Friedenbach, as Rule 30(b)(6) designee of Plaintiff Coalition on Homelessness | No |
| 2 | Excerpts from September 23, 2024 deposition testimony of Plaintiff Sarah Cronk | No |
| 3 | Excerpts from October 21, 2024 deposition testimony of Plaintiff Molique Frank | No |
| 4 | Excerpts from October 9, 2024 deposition testimony of Plaintiff Toro Castano | No |
| 5 | Excerpts from October 15, 2024 deposition testimony of Plaintiff David Martinez | No |
| 6 | Excerpts from November 12, 2024 deposition testimony of Plaintiff Joshua Donohoe | No |
| 7 | Excerpts from February 27, 2025 deposition testimony of third-party Jennifer Friedenbach | No |
| 8 | Excerpts from February 20, 2025 deposition testimony of third-party Lukas Illa | No |
| 9 | Excerpts from January 27, 2025 deposition testimony of third-party Carlos Wadkins | No |
| 10 | Excerpts from March 10, 2025 deposition testimony of third-party Christin Evans | No |
| 11 | Excerpts from February 6, 2025 deposition testimony of third-party Shyhyne Brown | No |
| 12 | Excerpts from February 28, 2025 deposition testimony of third-party Shanna Orona Couper | No |

1

| | | | |
|---|---|---|---|
| 13 | Excerpts from March 4, 2025 deposition testimony of third-party Todd Bryant | No |
| 14 | Excerpts designated Confidential from March 14, 2025 deposition testimony of third-party Melodie | Yes |
| 15 | Excerpts from February 27, 2025 deposition testimony of third-party James Reem | No |
| 16 | Excerpts from January 22, 2025 deposition testimony of third-party Sarah Stephenson | No |
| 17 | Excerpts from February 3, 2025 deposition testimony of third-party Patrick Dubose | No |
| 18 | Excerpts from February 7, 2025 deposition testimony of third-party Elizabeth Stromer | No |
| 19 | Excerpts from February 10, 2025 deposition testimony of third-party Krystle Erickson | No |
| 20 | Excerpts from February 13, 2025 deposition testimony of third-party Corey Barkley | No |
| 21 | Excerpts from March 5, 2025 deposition testimony of Jonathan Vaing, as Rule 30(b)(6) designee of Defendant City and County of San Francisco, et al. | No |
| 22 | Excerpts from March 10, 2025 deposition testimony of Samuel Dodge, as Rule 30(b)(6) designee of Defendant City and County of San Francisco, et al. | No |
| 23 | Excerpts from March 3, 2025 deposition testimony of David Lazar, as Rule 30(b)(6) designee of Defendant City and County of San Francisco, et al. | No |
| 24 | Excerpts from January 15, 2025 deposition testimony of third-party Jonathan Vaing | No |
| 25 | Excerpts from February 13, 2025 deposition testimony of third-party Mark Roumbanis | No |
| 26 | Excerpts from February 25, 2025 deposition testimony of third-party Kenny Bruce | No |
| 27 | Excerpts from February 24, 2025 deposition testimony of third-party Corey Jackson | No |
| 28 | Excerpts from February 6, 2025 deposition testimony of third-party Edgar Garcia | Yes |
| 29 | Excerpts from Janaury 13, 2025 deposition testimony of third-party Khaled Shehadeh | No |
| 30 | Excerpts from March 18, 2025 deposition testimony of third-party Samuel L. Peoples | Yes |
| 31 | Excerpts from January 28, 2025 deposition testimony of third-party Darryl Dilworth | No |
| 32 | Excerpts from January 28, 2025 deposition testimony of third-party Brittany Brandon | No |

DECLARATION OF VASUDHA TALLA
CASE NO. 4:22-cv-05502-DMR

| | | |
|---|---|---|
| 33 | Excerpts from January 30, 2025 deposition testimony of third-party Israel Graham | No |
| 34 | Excerpts from March 5, 2025 deposition testimony of third-party Alvaro Castro | No |
| 35 | Excerpts from March 21, 2025 deposition testimony of third-party Herbert Ruth | Yes |
| 36 | Excerpts from February 25, 2025 deposition testimony of third-party Joel Martinez | No |
| 37 | Excerpts from February 11, 2025 deposition testimony of third-party Arthur Cervantes | No |
| 38 | Excerpts from February 7, 2025 deposition testimony of third-party David Nakanishi | No |
| 39 | Excerpts from February 21, 2025 deposition testimony of third-party Mark Mazza | No |
| 40 | Excerpts from January 23, 2025 deposition testimony of third-party Wayman Young | No |
| 41 | Excerpts from March 5, 2025 deposition testimony of third-party Sgt. Dennis Hoang | No |
| 42 | Excerpts from February 18, 2025 deposition testimony of third-party Leslie Fong | No |
| 43 | Excerpts from February 25, 2025 deposition testimony of third-party Brandon Cunningham | No |
| 44 | Excerpts from January 31, 2025 deposition testimony of third-party Arielle Piastunovich | No |
| 45 | Excerpts from February 19, 2025 deposition testimony of third-party Pedro Rincon | No |
| 46 | Excerpts from February 24, 2025 deposition testimony of third-party Allison Horky | No |
| 47 | Excerpts from March 20, 2025 deposition testimony of third-party Shannon Ducharme | Yes |
| 48 | Excerpts from February 12, 2025 deposition testimony of third-party Jason Adamek | No |
| 49 | Defendants' Responses to Plaintiffs' First Set of Requests for Admission, dated Mar. 10, 2025 | No |
| 50 | Defendants' Second Supplemental Responses to Plaintiffs' First Set of Interrogatories, dated Mar. 10, 2025 | No |
| 51 | Depo. Ex. 42, Plaintiffs' Responses to Defendants' First Set of Interrogatories dated June 22, 2023 | No |
| 52 | Depo. Ex. 85, Photograph, undated (CCSF-COH_269885) | Yes |
| 53 | Depo. Ex. 214, Photographs, citation, property receipt (no Bates number) | Yes |
| 54 | Depo. Ex. 306, Photograph, undated (no Bates number) | No |

| | | | |
|---|---|---|---|
| 55 | Depo. Ex. 1020, K. Shehadeh Texts dated November 1, 2023 (CCSF-COH_415751-CCSF-COH_415755) | Yes |
| 56 | Bag and Tag Policy, Revision 3, last modified February 8, 2022 (Dkt. 193-4) | No |
| 57 | Depo. Ex. 1025, Email from Sam Peoples dated January 7, 2023 (CCSF-COH_056564-CCSF-COH_056566) | No |
| 58 | Declaration of Jonathan Vaing dated September 21, 2023 (Dkt. 193-3) and Exhibit B thereto (Dkt. 193-5) | No |
| 59 | Depo. Ex. 1039, SFPD Department Notice 24-126 re Enforcement Options following Grants Pass dated July 31, 2024 (CCSF-COH_263825-CCSF-COH_263830) | No |
| 60 | Depo. Ex. 1040, SFPD Incident Report dated April 15, 2024 (CCSF-COH_262661-CCSF-COH_262663) | Yes |
| 61 | Depo. Ex. 1041, SFPD Incident Report dated January 25, 2024 | Yes |
| 62 | Depo. Ex. 1042, SFPD Department Notice 24-140 re Bag & Tag Policy dated September 12, 2024 | No |
| 63 | Depo. Ex. 1050, Service Order (CMMS) Report dated January 30, 2024 (CCSF-COH_360811-CCSF-COH_360815) | No |
| 64 | Depo. Ex. 1056, SFPD Incident Report dated January 23, 2024 (CCSF-COH_261767-CCSF-COH_261769) | Yes |
| 65 | Depo. Ex. 1126, Service Order (CMMS) Report dated May 6, 2024 (CCSF-COH_308377) and attached photographs | No |
| 66 | Depo. Ex. 1127, Service Order (CMMS) Report dated May 29, 2024 | No |
| 67 | Depo. Ex. 1128, Email from Sophia Garcia dated May 26, 2024 with 72-hour notice for encampment resolution on May 29, 2024 | No |
| 68 | Depo. Ex. 1129, Service Order (CMMS) Report dated July 9, 2024 (CCSF-COH_364131 to CCSF-COH_364134) | No |
| 69 | Depo. Ex. 1130, Email from Sophia Garcia dated July 6, 2024 with 72-hour notice for encampment resolution on July 9, 2024 | No |
| 70 | Depo. Ex. 1131, Service Order (CMMS) Report dated August 6, 2024 | No |
| 71 | Depo. Ex. 1132, Email from Sophia Garcia dated August 3, 2024 with 72-hour notice for encampment resolution on August 6, 2024 | No |
| 72 | Depo. Ex. 1133, Video of Sweep dated August 6, 2024 (VERNER-CRIST_00000866) | No |
| 73 | Depo. Ex. 1136, Sweep Photographs dated December 9, 2024 (VERNER-CRIST_00001000, VERNER-CRIST_00001048, VERNER-CRIST_00001046, VERNER-CRIST_00001041) | No |
| 74 | Depo. Ex. 1167, Unattended and Abandoned Property Bag & Tag Process (CCSF-COH_017400) | No |
| 75 | Depo. Ex. 1169, Email from Kenny Bruce dated April 24, 2022 (CCSF-COH_102108-CCSF-COH_102110) | Yes |

DECLARATION OF VASUDHA TALLA
CASE NO. 4:22-cv-05502-DMR

| # | Description | |
|---|---|---|
| 76 | Depo. Ex. 1171, Several Weekly Reports and Photos dated Nov. 2022 to Dec. 2022 (CCSF-COH_079449-CCSF-COH_079449) | Yes |
| 77 | Depo Ex. 1174, Email from Edgar Garcia dated January 3, 2023 (CCSF-COH_079165-CCSF-COH_079166) | Yes |
| 78 | Depo. Ex. 1175, Email from Edgar Garcia dated February 16, 2023 (CCSF-COH_076257) | Yes |
| 79 | Depo. Ex. 1176, Email from Edgar Garcia dated February 16, 2023 (CCSF-COH_075968-CCSF-COH_075970) | Yes |
| 80 | Depo. Ex. 1177, Email from Redjil Mcleod dated Feb 24, 2023 (CCSF-COH_079989-CCSF-COH_079990) | Yes |
| 81 | Depo. Ex. 1205, Notice of Release dated December 12, 2024 (CCSF-COH_437220-CCSF-COH_437237) | Yes |
| 82 | Depo. Ex. 1206, Notice of Dismissal dated January 11, 2025 (CCSF-COH_437249-CCSF-COH_437321) | Yes |
| 83 | Depo. Ex. 1215, Text Messages between Leslie Fong and David Nakanishi dated May 1, 2024 (CCSF-COH_449434-CCSF-COH_449438) | Yes |
| 84 | Depo. Ex. 1221, Sweep Operation Dates and Maps dated January 2023 to February 2023 (CCSF-COH_350903-CCSF-COH_350908) | No |
| 85 | Depo. Ex. 1237, Email from Kathleen Johnson-Silk dated April 1, 2024 (CCSF-COH_563071-CCSF-COH_563072) | No |
| 86 | Depo. Ex. 1239, Email from Sam Dodge dated September 13, 2022 (CCSF-COH_202881-CCSF-COH_202882) | No |
| 87 | Depo. Ex. 1259, Series of text messages to/from David Nakanishi and others dated July 30, 2024 (CCSF-COH_455047-CCSF-COH_455075) | Yes |
| 88 | Depo. Ex. 1275, Email from DiJaida Durden to Kenny Bruce dated April 17, 2022 (CCSF-COH_075744-CCSF-COH_075748) | No |
| 89 | Depo. Ex. 1276, Email from Kenny Bruce dated April 20, 2022 (CCSF-COH_542296-CCSF-COH_542301) | No |
| 90 | Depo. Ex. 1277, Email from Kenny Bruce dated February 17, 2022 (CCSF-COH_129191-CCSF-COH_129194) | No |
| 91 | Depo. Ex. 1307, SFPD Department Notice 20-167 Protocol for Processing Homeless Property Consistent with DPW's "Bag & Tag" Policy dated December 15, 2020 (CCSF-COH_199465-CCSF-COH_199467) | No |
| 92 | Depo. Ex. 1310, San Francisco Standard Article by David Sjostedt and Gabe Greschler about Aggressive Sweeps after Grants Pass dated Jul. 30, 2024 (COH01528932-COH01528943) | No |
| 93 | Depo. Ex. 1311, Video screen recording of SF Standard Instagram video of aggressive sweep dated July 30, 2024 (COH01528931) | No |

| # | Description | |
|---|---|---|
| 94 | Depo. Ex. 1312, Dylan Verner-Crist Sweep Monitoring Notes dated August 22, 2024 (VERNER-CRIST_00001996- VERNER-CRIST_00002023) | No |
| 95 | Depo. Ex. 1339, David Sjostedt & Gabe Greschler, "'Aggressive' homeless camp sweeps begin in San Francisco," S.F. Standard, July 30, 2024 | No |
| 96 | Depo. Ex. 1376, Property Receipt Form dated January 28, 2025 (CCSF-COH_492985) | Yes |
| 97 | Depo. Ex. 1377, Bag & Tag Log re Incident dated January 28, 2025 (CCSF-COH_713830) | No |
| 98 | Depo. Ex. 1378, SFPD Incident Report dated January 23, 2024 (CCSF-COH_261767-CCSF-COH_261769) | Yes |
| 99 | Depo. Ex. 1383, Maps of resolution locations (CCSF-COH_305903-CCSF-COH_350908) | No |
| 100 | Depo. Ex. 1406, Email from Samuel Peoples dated June 28, 2024 | No |
| 101 | Human Rights Workgroup Meeting Notes (COH01527251-COH01527255) | Yes |
| 102 | Evaluation of Our Work in 2022 & Our Work Plan for 2023 (COH00742770-COH00742847) | Yes |
| 103 | Evaluation of Our Work in 2021 & Our Work Plan for 2022 (COH01525903-COH01525973) | Yes |
| 104 | COH 2020 Evaluation and 2021 Work Plan (COH01502334-COH01502377) | Yes |
| 105 | Declaration of Melodie dated September 11, 2024 (COH01528905) | Yes |
| 106 | Email dated April 2, 2024 from Wayman Young (CCSF-COH_563711-CCSF-COH_563714) | No |
| 107 | Service Order (CMMS) Report dated August 7, 2024 (CCSF-COH_713843) | Yes |
| 108 | Email dated March 25, 2022 from Rafael Ramirez (CCSF-COH_076268-CCSF-COH_076270) | No |
| 109 | April 19, 2024 Report from Edgar Garcia (CCSF-COH_641284-CCSF-COH_641285) | No |
| 110 | May 23, 2024 Report from Edgar Garcia (CCSF-COH_640757-CCSF-COH_640758) | No |
| 111 | September 15, 2022 Report from Jonathan Vaing (CCSF-COH_071803) | No |
| 112 | Email dated November 2, 2022 from Jonathan Vaing (CCSF-COH_080211-CCSF-COH_080213) | No |
| 113 | Combined set of DPW Bureau of Street Environmental Services Reports (CCSF-COH_071598; CCSF-COH_072483; CCSF-COH_073432; CCSF-COH_074590; CCSF-COH_074900; CCSF-COH_077893; CCSF-COH_079504; CCSF-COH_641754; CCSF-COH_642318; CCSF-COH_083221) | No |

DECLARATION OF VASUDHA TALLA
CASE NO. 4:22-cv-05502-DMR

| | | |
|---|---|---|
| 114 | Coalition on Homelessness, San Francisco: Manual (COH01529093-COH01529117) | Yes |
| 115 | 2020 Street Sheet invoices (COH01529119-COH01529129) | Yes |
| 116 | 2021 Street Sheet invoices (COH01529153-COH01529169) | Yes |
| 117 | 2022 Street Sheet invoices (COH01529130-COH01529152) | Yes |
| 118 | Declaration of Todd Bryant dated April 26, 2022 (Dkt. 9-6) | No |
| 119 | Declaration of Joshua Donohoe dated September 26, 2024 (Dkt. 247-3) | No |
| 120 | Declaration of Sarah Cronk dated September 25, 2024 (Dkt. 247-5) | No |
| 121 | Declaration of David Martinez dated September 12, 2022 (Dkt. 9-4) | No |
| 122 | Declaration of Carlos Wadkins dated February 5, 2025 (Dkt. 304-9) | No |
| 123 | Declaration of Kelley Cutler dated August 5, 2022 (Dkt. 9-3) | No |
| 124 | Declaration of Jennifer Friedenbach dated February 6, 2025 (Dkt. 304-10) | No |
| 125 | Exhibit 1 to Declaration of Jennifer Friedenbach dated February 6, 2025 (Dkt. 304-11) | No |
| 126 | Exhibit 2 to Declaration of Jennifer Friedenbach dated February 6, 2025 (Dkt. 304-12) | No |
| 127 | Exhibit 3 to Declaration of Jennifer Friedenbach dated February 6, 2025 (Dkt. 304-13) | No |
| 128 | Exhibit 8 to Declaration of Jennifer Friedenbach dated February 6, 2025 (Dkt. 304-18) | No |
| 129 | Exhibit 9 to Declaration of Jennifer Friedenbach dated February 6, 2025 (Dkt. 304-19) | Yes |
| 130 | Service Order (CMMS) Report dated August 7, 2024 (CCSF-COH_364422-364434) | No |
| 131 | Exhibit 12 to Declaration of Jennifer Friedenbach dated February 6, 2025 (Dkt. 304-22) | Yes |
| 132 | Exhibit 4 to Declaration of Jennifer Friedenbach dated February 6, 2025 (Dkt. 304-10) | No |
| 133 | Exhibit 5 to Declaration of Jennifer Friedenbach dated February 6, 2025 (Dkt. 304-10) | No |
| 134 | Exhibit 6 to Declaration of Jennifer Friedenbach dated February 6, 2025 (Dkt. 304-10) | No |
| 135 | Exhibit 7 to Declaration of Jennifer Friedenbach dated February 6, 2025 (Dkt. 304-10) | No |
| 136 | Declaration of Jennifer Friedenbach dated June 28, 2022 (Dkt. 9-3) | No |
| 137 | Email dated January 12, 2024 from Jonathan Vaing (CCSF-COH_642700-642701) | No |
| 138 | Depo Ex. 1048, Email dated May 6, 2022 from Brittany Brandon (CCSF-COH_249558) | No |
| 139 | Declaration of Christin Evans dated November 5, 2021 (Dkt. 9-3) | No |

| 140 | Declaration of Christin Evans dated November 29, 2022 (Dkt. 50-1) | No |
|---|---|---|
| 141 | Declaration of Christin Evans dated January 5, 2023 (Dkt. 78) | No |
| 142 | Excerpts designated Confidential from February 13, 2025 deposition testimony of third-party Mark Roumbanis | Yes |
| 143 | Excerpts designated Confidential from February 25, 2025 deposition testimony of third-party Brandon Cunningham | Yes |
| 144 | Excerpts designated Confidential from March 5, 2025 deposition testimony of Jonathan Vaing, as Rule 30(b)(6) designee of Defendant City and County of San Francisco, et al. | Yes |
| 145 | Excerpts designated Confidential from November 12, 2024 deposition testimony of Plaintiff Joshua Donohoe | Yes |
| 146 | Excerpts designated Confidential from February 12, 2025 deposition testimony of third-party Jason Adamek | Yes |

4.  Although no party has yet designated any portions of the deposition transcripts of Samuel Peoples, Herbert Ruth, or Shannon Ducharme as Confidential, Defendants' deadline to make any such designations has not expired and so Plaintiffs will file these excerpts under seal out of caution.

5.  Below is a chart of the names, affiliations, and titles of fact witnesses who have been deposed in this case:

| Deponent | Title |
|---|---|
| Sarah Cronk | Plaintiff |
| Joshua Donohoe | Plaintiff |
| David Martinez | Plaintiff |
| Molique Frank | Plaintiff |
| Nathaniel Vaughn | Former Plaintiff |
| Teresa Sandoval | Plaintiff |
| Toro Castaño | Former Plaintiff |
| Jennifer Friedenbach | Executive Director of Plaintiff Coalition on Homelessness |
| Corey Barkley | Unhoused Individual |
| Elizabeth Stromer | Unhoused Individual |
| Henrick Delamora | Unhoused Individual |
| James Reem | Unhoused Individual |
| Krystle Erickson | Unhoused Individual |
| Melodie | Unhoused Individual |
| Patrick Dubose | Unhoused Individual |
| Pauline Wise | Unhoused Individual |
| Sarah Stephenson | Unhoused Individual |
| Shanna Orona Couper | Unhoused Individual |
| Shyhyne Brown | Unhoused Individual |

| Todd Bryant | Unhoused Individual |
|---|---|
| Carlos Wadkins | Former Employee of Coalition on Homelessness & Observer |
| Christin Evans | Observer |
| Dylan Verner-Crist | Investigator with ACLU of Northern California & Observer |
| Karina Ioffee | Observer |
| Larry Ackerman | Observer |
| Lukas Illa | Observer |
| Samuel Dodge | Director, Street Response Coordination Division (DEM) |
| David Nakanishi | Healthy Streets Operation Center Manager (DEM) |
| Mark Mazza | Tenderloin Street Operations Manager (DEM) |
| James Baird | Data Manager (DEM) |
| DiJaida Durden | Deputy Director for Operations (DPW) |
| Jonathan Vaing | Acting Superintendent, Bureau of Street Environmental Services (DPW) |
| Kenny Bruce | Assistant Superintendent, Bureau of Street Environmental Services (DPW) |
| Mark Roumbanis | Assistant Superintendent, Bureau of Street Environmental Services (DPW) |
| Samuel Peoples | Manager (DPW) |
| Edgar Garcia | Operations Supervisor for Special Projects Crew (DPW) |
| Khaled Shehadeh | Operations Supervisor, Graffiti (DPW) |
| Corey Jackson | Operations Supervisor II, Street Cleaning (DPW) |
| Darryl Dilworth | Operations Supervisor II (DPW) |
| Brittany Brandon | General Laborer Supervisor II (DPW) |
| Israel Graham | General Laborer Supervisor I (DPW) |
| Joel Martinez | Lead General Laborer (DPW) |
| Alvaro Castro | General Laborer (DPW) |
| Herbert Ruth | General Laborer – HOT Spot (DPW) |
| Arthur Cervantes | 1010 Business Analyst Assistant (DPW) |
| David Lazar | Assistant Chief (SFFD) |
| Wayman Young | Lieutenant (SFPD) |
| Dennis Hoang | Sergeant (SFPD) |
| Brandon Cunningham | Incident Commander (SFFD) |
| Leslie Fong | Incident Commander (SFFD) |
| Arielle Piastunovich | HSH HSOC Liaison (HSH) |
| Pedro Rincon | Outreach Specialist III, SFHOT-ERT (HSH) |
| Allison Horky | Senior Behavioral Health Clinician (DPH) |
| Shannon Ducharme | Health Worker II, Street Medicine Team (DPH) |
| Jason Adamek | Director, County Adult Assistance Programs (DAAS) |

6. On April 1, 2025, Plaintiffs' counsel produced documents Bates stamped COH01529170-COH01530607, which consisted of 1,438 pages of homeless verification forms in the custody of the Coalition on Homelessness.

9

DECLARATION OF VASUDHA TALLA
CASE NO. 4:22-cv-05502-DMR

7. Plaintiffs' Responses to Defendants' Interrogatories contained objections on several grounds, including but not limited to that the requests were overbroad and unduly burdensome, the information requested was in the possession, custody, and control of Defendants, and that Plaintiffs' review of documents and information remained ongoing. *See* Dkt. 350, Ex. 19 (Pltfs' 1st Rog Resp.), Ex. 26 (Pltfs' Suppl. Resp. to Defs' 1st Set of Interrog.), Ex. 21 (Pltfs' 3rd Rog Resp.).

8. Two depositions in this case took place on the day that fact discovery closed and five witness depositions occurred after the formal close of fact discovery, with final transcripts delivered after they took place. *See, e.g.*, the DiJaida Durden 30(b)(6) Deposition (March 10, 2025), the Samuel Dodge 30(b)(6) Deposition (March 10, 2025), the Melodie Deposition (March 14, 2025), the Samuel Peoples Deposition (March 18, 2025), the Shannon Ducharme Deposition (March 20, 2025), the Herbert Ruth Deposition (March 21, 2025), and the Samuel Dodge Deposition (March 21, 2025).

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed April 17, 2025, in Oakland, California.

/s/ Vasudha Talla
Vasudha Talla