# EXHIBIT 3

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Coalition on Homelessness, et al. v.*
*City and County of San Francisco*

*Molique R. Frank*
*Vol. 2*
*October 21, 2024*

*Behmke Reporting and Video Services, Inc.*
*550 California Street, Suite 820*
*San Francisco, California  94104*
*(415) 597-5600*

Original File 43503FrankV2_NL.txt
Min-U-Script® with Word Index

Page 170

1  Q.  Was the sun still out?
2  A.  Yes.
3  Q.  Do you think it could have been before noon?
4  A.  Possibly, yeah.
5  Q.  Is that a guess?
6  A.  Yes.
7  Q.  Where did you go when you left the encampment
8     at Market and 12th Street on January 26, 2022?
9  A.  I don't remember where I went.
10 Q.  When you left the resolution at Market and 12th
11    on January 26, 2022, did you take all of your remaining
12    stuff with you?
13 A.  Yes.
14 Q.  When you left the encampment at Market and 12th
15    on January 26, 2022, did you take any stuff that wasn't
16    yours?
17 A.  No.
18 Q.  So sometimes at a resolution, have you ever
19    seen one camper take something from another person and
20    leave with it?
21 A.  No.
22 Q.  Do you recall anybody else who was there for
23    the resolution at Market and 12th on January 26, 2022?
24 A.  No.
25 Q.  Was January 26, 2022, the first time you

Page 171

1     believe the City wrongly took your stuff?
2  A.  No.
3  Q.  Tell me about the times before January 26,
4     2022, you believe the City wrongly took your stuff.
5  A.  It was another camp.
6  Q.  Can you say that again?
7  A.  Was another camp.
8  Q.  What else do you remember about it?
9  A.  Well, I wasn't there.  I came back and my stuff
10    was gone.
11 Q.  So to make sure I'm following, before
12    January 26, 2022, you remember one other time where you
13    left your camp, and when you came back, your stuff was
14    gone, and you believe the City took your stuff; is that
15    right?
16 A.  Yes.
17 Q.  Any other times before January 26, 2022, you
18    think the City took your stuff?
19 A.  No.
20 Q.  For the time before January 26, 2022, any best
21    estimate of the date?
22 A.  No.  Can't remember.
23 Q.  Do you remember the time of year, like the
24    season?
25 A.  No.

Page 172

1  Q.  Do you remember where you were camping?
2  A.  Dore.
3  Q.  Dore?
4  A.  Yeah.
5  Q.  Dore Alley?
6  A.  Yeah.
7  Q.  Do you remember, generally, the times when you
8     camped at Dore Alley?
9  A.  No, no.
10 Q.  If you weren't there when it happened, why do
11    you believe that it was the City that took your stuff
12    from Dore Alley?
13 A.  When I came back, the people also that was
14    camped there said City took it.
15 Q.  Do you remember the names of any of those
16    people?
17 A.  Crystal.
18 Q.  Anybody else?
19 A.  She's the one who told me.  That's the one I
20    talked to.
21 Q.  What's Krystal's last name?
22 A.  I'm not sure.
23 Q.  Anybody else?
24 A.  No.
25 Q.  Is that a --

Page 173

1  A.  No.  No.  Sorry.
2  Q.  What items did the City take from you on this
3     occasion before January 26, 2022?
4  A.  My whole tent.  Everything was in the tent,
5     like my clothes and stuff.
6  Q.  So to your memory, sometime before January 26,
7     2022, there was an occasion where the City took your
8     stuff from Dore Alley, and when you returned, there was
9     literally nothing left --
10 A.  Yeah, yeah.
11 Q.  -- is that right?
12 A.  Yeah.
13 Q.  When did you acquire the baseball trading cards
14    that you believe the City took on January 26, 2022?
15 A.  Well, I had them a long time.  I had them
16    awhile, but I can't remember when specifically.
17 Q.  Did you have them when the City -- you believe
18    the City took your property sometime before January 26,
19    2022?
20 A.  No.
21 Q.  Okay.  So sometime between when that first
22    resolution happened and January 26th, you acquired all
23    these baseball --
24 A.  I acquired those, yeah.
25 Q.  How much did you pay for the baseball cards?