# EXHIBIT 6

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3

4    - - - - - - - - - - - - - - - - -

5    COALITION ON HOMELESSNESS,        )

6    et al.,                           )

7                   Plaintiffs,        ) CASE NO.

8    v.                                ) 4:22-cv-05502-DMR

9    CITY AND COUNTY OF SAN            )

10   FRANCISCO, et al.,                )

11                   Defendants.       )

12   - - - - - - - - - - - - - - - - -

13

14

15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16                PURSUANT TO PROTECTIVE ORDER

17        VIDEOTAPED DEPOSITION OF JOSHUA DONOHOE

18                TUESDAY, NOVEMBER 12, 2024

19

20

21            BEHMKE REPORTING AND VIDEO SERVICES, INC.

22                  BY:  CYNTHIA TURI, CSR NO. 11812

23                  550 CALIFORNIA STREET, SUITE 820

24                  SAN FRANCISCO, CALIFORNIA  94104

25                          (415) 597-5600

```
 1        Q.  Who is that?

 2        A.  Kathleen Zerzan.

 3        Q.  Can you spell that for us?

 4        A.  Yeah.  K-a-t-h-l-e-e-n, Z-e-r-z-a-n.

 5        Q.  And when have you last had contact with

 6   Kathleen?

 7        A.  2013.

 8        Q.  Do you know where Kathleen is currently located?

 9        A.  At this moment, I do not know.

10        Q.  Do you know where Kathleen was last located,

11   based off of your personal knowledge?

12        A.  My personal knowledge, Rhode Island.

13        Q.  Any reason why you don't have contact with your

14   son?

15        A.  I lost custody and rights to, you know, even

16   communicate back in 2013 in Portland, Oregon.

17        Q.  Thank you.  So when did you start living in

18   San Francisco?

19        A.  2014.

20        Q.  And when you started living in San Francisco in

21   2014, did you start -- were you homeless?

22        A.  Yes.

23        Q.  Were there ever any periods after 2017 and when

24   you secured housing around January of 2023 where you

25   were no longer homeless?
```

```
 1   your stuff?
 2       A.  Someone who in the past has been trustworthy or
 3   at least somewhat trustworthy, the area of which, you
 4   know, to leave our stuff.
 5           Also, if there have been any DPW sweeps
 6   recently.  Yeah.
 7       Q.  After February of 2023, were there any instances
 8   where you were leaving property outside in encampments
 9   even though you were living physically inside?
10       A.  During February of 2023?
11       Q.  After February of 2023.
12       A.  Clarification, I was -- I wasn't -- I wasn't
13   indoors during -- after February of 2023.
14       Q.  So is there a period after February of 2023
15   where you were living on the street again?
16       A.  Yes.
17       Q.  And what was that period of time?
18       A.  Between February of 2023 to July.
19       Q.  And is July of 2023 when you were picked up on
20   the warrants?
21       A.  Yes.
22       Q.  And where were you staying between February of
23   2023 and July of 2023?
24       A.  Really everywhere.  I had no one specific spot I
25   was staying.
```

```
 1        Q.   Were you working at somewhere before
 2   Frank M. Booth?
 3        A.   Immediately before, I was unemployed.
 4        Q.   What do you mean by "immediately before"?
 5        A.   I experienced about a three-week -- a little
 6   over three weeks of unemployment.
 7        Q.   And why was that?
 8        A.   I got laid off.
 9        Q.   Where were you laid off from?
10        A.   Anderson Rowe and Buckley.
11        Q.   And how long were you working at Anderson Rowe
12   and Buckley?
13        A.   Literally, two days.
14        Q.   And were you working somewhere before Anderson
15   Rowe and Buckley?
16        A.   Yes.
17        Q.   Where was that?
18        A.   Fertado Heating and Air.
19        Q.   How long were you working at Fertado Heating and
20   Air?
21        A.   Four months.
22        Q.   And what type of work were you doing at Fertado
23   Heating and Air?
24        A.   Shop work for fabricating material for job
25   sites.
```

```
 1   together.  Those were the two that I had actually
 2   built -- like, rebuilt, and got back up and running.  At
 3   least, could turn back on.
 4           And that would have been -- that would have been
 5   pre -- I think pre-COVID, so 2019ish, yeah.
 6       Q.  And so that's two laptops.
 7           When is your recollection of when the
 8   third laptop was taken?
 9       A.  That one was taken in August of 2022.
10       Q.  And were you there when the laptop was taken?
11       A.  No.
12       Q.  You weren't?
13       A.  No.
14       Q.  Where was the laptop?
15       A.  It was amongst the rest of my belongings.
16       Q.  And where were you staying in August of 2022
17   when the laptop was taken with the -- from your
18   belongings?
19       A.  13th and -- I can't to remember if it was
20   Folsom.  It was across -- on the other side of the block
21   that we normally stay on 13th.
22           So it was on that same block.
23       Q.  Was Ms. Cronk there when the laptop was taken?
24       A.  No.
25       Q.  So was Ms. Cronk with you when the laptop was
```

1  taken?

2      A.  Yes.

3      Q.  So if you weren't there when the laptop was

4  taken, how do you know that it was DPW?

5      A.  A good friend of ours was watching our stuff,

6  and we were gone for just a couple of hours.  And then

7  we came back.  He was not there.  All of our stuff was

8  not there, and the ground was wet from power washing.

9      Q.  And who was the friend that was supposed to be

10  watching your stuff?

11      A.  I know him as Kid.

12      Q.  Kid?

13      A.  Uh-huh.

14      Q.  K-i-d?

15      A.  Yes.

16      Q.  Do you know if Kid has a last name?

17      A.  I'm sure he does, but I don't know it.

18      Q.  Can you describe Kid's general appearance for

19  me?

20      A.  He's a little shorter than me.  He has glasses,

21  curly hair, brown hair, yeah.  I mean, he's, like, half

22  Hispanic or -- yeah, half Hispanic and half white.

23      Q.  Did you hear from Kid after the incident in

24  August of 2022 where the laptop was taken from your

25  belongings?

1     A.   Yes.

2     Q.   What did you hear from Kid?

3     A.   He said that after an hour or two of us being

4 gone, he left to go use the restroom and came back to

5 DPW already kind of pulling our stuff apart.

6          And when he interjected, started arguing with

7 them about taking our stuff, the cops kind of snuck in

8 and said that he was going to get his name ran.  And if

9 he wanted to take responsibility for the stuff there

10 since it wasn't supposed to be there, you know, he could

11 be arrested and charged with -- not just taking him for

12 any kind of warrants he had.

13          He just -- the usual harassment that we get.  So

14 he, you know, felt really bad, but had to cut his losses

15 and take off.

16     Q.   Just to make sure I understand, did Kid leave

17 the items behind?

18     A.   Yes.

19     Q.   Do you know if Kid told them that he was

20 abandoning the items?

21     A.   I don't know.

22     Q.   What all did -- do you know what date in

23 August of 2022 this was?

24     A.   Not the exact date, but it was late August.

25     Q.   What do you mean by "late August"?

1      A.   Like, after August 15th.

2      Q.   Did you know that DPW was going to come that

3  day?

4      A.   No.

5      Q.   What all did you lose in addition to the laptop?

6      A.   A tent -- actually, two tents, laptop, art

7  supplies, a cell phone, tools, clothes, food.   That's

8  about it, that I can remember.

9      Q.   And what type of art supplies do you think were

10  lost that day?

11      A.   Painting supplies, markers, canvases, actual

12  paint, and, you know, fabric that both Sarah and I had

13  made, yeah.

14      Q.   And were these painting supplies kept out in the

15  open, inside of a tent?

16      A.   Not normally.   Yeah.

17      Q.   Do you know where they were stored on this day

18  in August of 2022?

19      A.   Yeah.   In a -- in a -- in a big bin along with

20  most of the other stuff that we had.

21      Q.   Was that bin inside of the tent, outside of the

22  tent?   Can you describe for me where it was?

23      A.   Yeah.   It was inside the tent, away from the

24  door.   It was actually part of the wall that helped the

25  tent, like, stay up in the wind.

1    name was Martinez.

2        Q.  So I want to clarify because our -- do you know

3    for certain if Shadow is David Martinez?

4        A.  I'm -- I guess, no.

5        Q.  But you knew Shadow's name was David?

6        A.  It rings a bell.

7        Q.  Do you know how many people the big tent could

8    contain, like, its capacity size?

9        A.  I believe it was a six-man.

10        Q.  And when you got it from Shadow, was it a new

11    tent?

12        A.  Fairly.

13        Q.  What do you mean by "fairly"?

14        A.  Like, the poles still needed to be, like, worked

15    in.  Had no holes.  It was -- yeah.  Everything -- I

16    mean, the crease marks were out, but it's probably

17    because it was stored kind of haphazardly.  But yeah.

18        Q.  When you got it from Shadow, were you told how

19    old it was?

20        A.  No.

21        Q.  Was it dirty?

22        A.  No.

23        Q.  Moldy?

24        A.  No.

25        Q.  Had there been any rain in the days leading up

```
1   to the August 2022 incident?
2        A.   No.
3        Q.   What color was the tent?
4        A.   Either dark green or brown.
5        Q.   Do you know the brand?
6        A.   I don't remember.
7        Q.   Did it have any, like, logos or insignias on it,
8   that you can remember?
9        A.   I'm trying to think.  I don't recall.
10       Q.   And what about the smaller tent that Kid was
11  staying in?  Do you know the brand of that one?
12       A.   No.
13       Q.   Do you know the color of that one?
14       A.   That one would have been, I think, gray, yeah.
15       Q.   How many hours were you away on that day?
16       A.   Roughly four.  Four or five.
17       Q.   And where did you go?
18       A.   We -- we were just going out.  I don't really
19  remember exactly where we went.  We just needed to get
20  away from the area for a bit.
21
```

```
 1   were both living together unhoused in San Francisco?
 2        A.  Just the one that got stolen -- that got taken
 3   in August.
 4        Q.  So I'll represent that Ms. Cronk testified that
 5   you would sometimes have a red sharps bin in your tent.
 6             Do you know if you had one in your tent on
 7   August -- in the August 2022 incident?
 8        A.  Yes.  And also, for the fourth laptop, I just
 9   remembered when that one was taken.
10        Q.  Okay.  Mr. Donohoe, on the break, did you talk
11   to anybody about the laptop?
12        A.  No.
13        Q.  And, Mr. Donohoe, when was the last laptop
14   taken?
15        A.  January of 2023.
16        Q.  And where were you staying when the laptop was
17   taken in January of 2023?
18        A.  That was when I moved into the SIP hotel.
19        Q.  And where was it taken from?
20        A.  The rest of my belongings that I could not take
21   to the SIP hotel when they were on 13th and Folsom.
22        Q.  And who took the laptop?
23        A.  It was told to me that DPW had taken our stuff.
24        Q.  Who told you that DPW took your stuff?
25        A.  A couple of the other people on the block.
```

1      Q.   You didn't see DPW take your stuff?

2      A.   No.

3      Q.   Is it possible that somebody else other than DPW

4  could have taken your laptop?

5      A.   I don't know.

6      Q.   Are you speculating that DPW took your laptop?

7      A.   No.

8      Q.   What day was that?

9      A.   Like, January 5th or 6th.

10     Q.   What's your birthday?

11     A.   January 3rd.

12     Q.   You testified earlier that there was an incident

13 prior to your birthday or that you got into the SIP

14 hotel before your birthday?

15     A.   No.  It was a couple of days after.  The day --

16 the day or the day -- like, two days after my birthday.

17     Q.   So two to three days after your birthday, you

18 went into a SIP hotel?

19     A.   No.  One or two days after my birthday.

20     Q.   So when you believe that the laptop was taken

21 from [sic] DPW, where did you leave it?

22     A.   It was inside my tent, inside of a backpack.

23     Q.   And where exactly were you on the street?

24     A.   Very close to Folsom, on 13th.

25     Q.   Do you know if you were by any specific

1    buildings that can serve as a landmark for where you

2    were at?

3        A.   Like, right behind Target.

4        Q.   Is that before -- is that close to Total Wine?

5        A.   It's close, yeah.

6        Q.   How close to Total Wine were you?

7        A.   Total Wine would be, like, a block away and

8    across the street.

9        Q.   Did you ever stay in front of Total Wine?

10       A.   Yes.

11       Q.   When did you stay in front of Total Wine?

12       A.   Middle of December, yeah, of 2022.

13       Q.   Do you know how many people were -- you were

14   camping with around January 5th or January 6th, 2023?

15       A.   Yeah.   There were, like, three other tents that

16   were nearby.   And then farther down the block, there was

17   a whole -- I don't know how many people were staying

18   there.

19       Q.   And to make sure I understand, did you leave the

20   items behind because you accepted a placement in the

21   SIP?

22       A.   Yes.

23       Q.   Did you ask anybody specifically to watch your

24   stuff?

25       A.   Yes.

1       Q.   Who was that?

2       A.   I don't remember his name.

3       Q.   Do you know --

4       A.   I'm sorry.  His name was Manny.

5       Q.   Is that a nickname, or is that Manny's actual

6    name?

7       A.   I just knew him as Manny.  I'm not sure.

8       Q.   Do you know -- can you describe Manny's physical

9    appearance?

10      A.   Yeah.  He's a little shorter than I am, kind of

11   stout, maybe mid 40s, white, male.  Not -- he had kind

12   of, like, dirty blond, gray hair, but short, and --

13   yeah.

14      Q.   Do you have any contact information for Manny?

15      A.   I don't.

16      Q.   Did you take any videos of the property that you

17   were leaving behind?

18      A.   No.

19      Q.   Did you take any photos of the property you were

20   leaving behind?

21      A.   No.

22      Q.   Did you write in a journal anywhere, that

23   property that you were leaving behind?

24      A.   No.

25      Q.   Do you know if Sarah Cronk took any photos of

1   the property that was being left behind?

2       A.   I don't.

3       Q.   Do you know if Sarah took any videos?

4       A.   I don't.

5       Q.   Do you know if Sarah journaled of anything that

6   was left behind?

7       A.   Not specifically, no.

8       Q.   So from the time that you -- what was the time

9   in between when you accepted your shelter at the SIP and

10  learned that the laptop had been stolen?

11      A.   About a day.  We had moved in, and we went to go

12  check on our stuff because we were planning on moving it

13  closer to the SIP hotel.

14           And by the time we got there, it was gone.  And

15  Manny, along with, like -- like, a couple of the other

16  guys were gone too.  Like, our neighbors were gone as

17  well.

18      Q.   So did you talk to Manny at all after you had

19  gone to the SIP hotel and returned to see if your

20  property was still there?

21      A.   Yes.  Can you rephrase that again?  Not rephrase

22  it, but repeat it.

23      Q.   Yeah.  Did you talk to Manny at all after you

24  left for the SIP hotel and then returned to see if your

25  property was still there?

```
 1          A.   After all that, yes.
 2          Q.   And where was that?
 3          A.   I think we ran into him downtown near
 4     Civic Center.
 5          Q.   Do you know how many days after you accepted the
 6     SIP hotel that was?
 7          A.   Probably a couple of days.   Like, I'd say, about
 8     four or five.
 9          Q.   And what did you learn from Manny about your
10     property?
11          A.   That DPW had come and -- you know, he doesn't
12     deal with -- he doesn't like dealing with cops and
13     everything.   And so he tried to start packing our stuff
14     up for us.
15          And they got -- they kind of pushed on him to --
16     you know, if it's not yours, you can't take it.   So he
17     took what he could, but then he had lost it between that
18     day and when we ran into him.
19          Q.   Do you know if Manny had warrants?
20          A.   I don't.
21          Q.   Do you know if Manny was afraid of interactions
22     with law enforcement?
23          A.   I just know he doesn't like dealing with them.
24          Q.   Was it your understanding that Manny left your
25     stuff behind so that he didn't have to interact with law
```

```
 1        Q.  Had you ever seen Manny take other peoples'
 2  belongings that were left behind?
 3        A.  No.
 4        Q.  Did you think that that was a possibility when
 5  you were leaving your items with Manny, that they could
 6  be taken by somebody?
 7        A.  No.
 8        Q.  Do you know if you had a red sharps bin in your
 9  tent on January 5th or 6th, 2023, when you accepted a
10  SIP hotel?
11        A.  Yes.
12        Q.  So, yes, you did have the sharps bin?
13        A.  Yes.
14        Q.  Do you know if any needles were out in the open
15  in your tent on January 5th or 6th of 2023 when you
16  accepted a SIP hotel?
17        A.  They were not.
18        Q.  Were they all in the sharps bin?
19        A.  Yes.
20        Q.  And in addition to the laptop, what other
21  property did you lose on January 5th or 6th of 2023?
22        A.  Art supplies, clothes, a cart that I was trying
23  to build and put together for transportation of all of
24  our stuff.  Blankets.  Waterproof piece of -- like, a
25  big piece of plastic because we had just weathered a
```

1    really gnarly storm.

2         A bin for washing clothes, cooking utensils,

3    food, because we weren't allowed to bring food with us.

4    And phone chargers.  A couple of portables, yeah.

5         Q.  Sorry.  What did you mean by "portables"?

6         A.  Portable chargers.  Also, some journals.  And --

7    and yeah.  Journals and, like, art books.

8         Q.  Do you do art also?

9         A.  Yes.

10        Q.  What type of art do you do?

11        A.  I like to -- I like to write.  I also -- you

12   know, I like to draw and kind of shadow things.  And I

13   don't really -- I like using color, but I'm not really a

14   painter.

15        I'm more of a, you know, color pencil and pen

16   kind of guy, yeah.

17        Q.  Do you know if there were paints in the art

18   supplies?

19        A.  Yes, there were.

20        Q.  What about things like paint remover?  Would you

21   have that in the tent?

22        A.  No.

23        Q.  Rubbing alcohol?

24        A.  I have rubbing alcohol for sterilization and,

25   like, wound cleaning, but not for paint.

1   had some carts or something that you were working on in

2   your tent; is that correct?

3        A.  Yeah.  I was working on a cart for transporting

4   all of our stuff.

5        Q.  What type of parts did you have in your tent or

6   structure?

7        A.  Like, poles, you know, screws to kind of, like,

8   bolt it down.  I had tools to do so with, yeah.

9             And obviously, the two carts that we were

10  working with.

11       Q.  I'm going to pan out a little bit.  Between 2018

12  and the time that you were no longer living on the

13  streets of San Francisco, how many times do you think

14  your property was destroyed in connection with a sweep

15  or resolution?

16       A.  I mean, way too many to count.  I couldn't give

17  you an exact number.  I mean, between -- yeah.  In those

18  six -- in those -- those four-and-a-half, five years,

19  yeah, a lot.

20       Q.  What's your best estimate of the number of times

21  you believe your property was destroyed in connection

22  with a sweep or resolution?

23       A.  More -- more than 50 between -- yeah, between

24  the five years.

25       Q.  In 2018 specifically, how many times do you

1   think your property was destroyed in connection with a

2   sweep or resolution?

3        A.   At least -- at least once a month, I'm thinking,

4   yeah.   That's on an average.   Average, once a month.

5        Q.   What about in 2019?

6        A.   Probably about -- yeah.   Maybe a little less

7   than once a month.   But about once a month.

8        Q.   And 2020?

9        A.   2020?   It dropped down to, like, maybe four,

10  five times that year.

11       Q.   What about in 2021?

12       A.   2021?   Definitely back up to, like, once a

13  month.

14       Q.   2022?

15       A.   Yeah.   About once a month again, if not, like, a

16  little more frequently.

17       Q.   What about in 2023?

18       A.   2023?   There were -- where my own objects were

19  affected?

20       Q.   Correct.

21       A.   Probably about three.   Three -- yeah, three or

22  four maybe.

23       Q.   And have you experienced any property

24  destruction in 2024?

25       A.   No.

1    was already, like, pretty full.

2          So without digging through there, which is, you

3    know, which was -- I was told, was illegal to do, I

4    wouldn't be able to find out.

5          But -- yeah.  After -- after a while, after,

6    like, a couple of people stood their ground, they ended

7    up leaving.  Everybody ended up -- pretty much almost

8    everybody left that day.

9          Q.  So you didn't see DPW take your stuff?

10         A.  My specific stuff, no.

11         Q.  And you don't know one way or the other if the

12   friend that you left your stuff with took your stuff?

13         A.  Correct.

14         Q.  Is it possible that the friend could have taken

15   your stuff?

16         A.  I never ran into him again, so I don't know.

17         Q.  You can't say one way or the other if the friend

18   didn't take your stuff?

19         A.  Correct.

20         Q.  And what items did you lose that day?

21         A.  Coffee maker.  That was the coffee maker

22   getting -- I lost a coffee maker that day.  I lost

23   clothing.  It wasn't a whole bunch.  I can't remember if

24   that was when the bike was stolen or taken.  Yeah.

25         I think it was just -- I mean, it was -- it was

```
 1        Q.  I'm just asking, based off --
 2        A.  Just in general?
 3        Q.  Yes.
 4        A.  I mean, the longest I've been at a place for --
 5   you know, undisturbed, for about a month, yeah.
 6        Q.  If you were to become homeless again in the
 7   future, would you try to conform your conduct to these
 8   laws?
 9            MR. NTIM:  Objection.  Calls for speculation.
10   Incomplete hypothetical.
11            THE WITNESS:  Yeah.  I don't like thinking about
12   the possibility of becoming homeless, even though I'm
13   very -- I'm not -- I'm definitely not that far away from
14   it.
15            So I mean, I would do -- I would do my best to
16   do what -- what I could.  I mean, I'm human.  I need a
17   place to sleep, so...
18   BY MR. MILLS:
19        Q.  So I want to go back to the incidents in
20   January 2023 because we had a little moment to pivot
21   about your understanding of some of the City's policies.
22            What was the third incident in January --
23   sorry -- in just 2023 where you believe your property
24   was destroyed?
25        A.  That would have been, I think -- yeah, in April.
```

1    April of 2023, yeah.

2          Q.   And where were you staying in April of 2023?

3          A.   My daughter had just been born.   And I was still

4    in and out of the hospital but leaving my stuff, stuff I

5    couldn't bring back to the hospital, and also, just, you

6    know, certain things, at a friend's tent, yeah.

7          Q.   So you were storing stuff on the street in

8    another camp in April of 2023?

9          A.   Yes.

10         Q.   And geographically, where was that at?

11         A.   That was on Erie Alley.

12         Q.   Can you describe Erie Alley for me?

13         A.   Yeah.   Erie Alley is an alley that connects

14   Folsom with -- it's just past 13th -- with the next

15   street over.   I can't think of the name of the street

16   right now.

17              But it's -- it's half a block away from

18   Foods Co.

19         Q.   And just to clarify, did you have a camp set up,

20   or were you just leaving your belongings with another

21   person at a camp?

22         A.   I was just leaving my belongings.

23         Q.   Who were you leaving your belongings with?

24         A.   Krystal.

25         Q.   And can you spell Krystal?

1          A.   K-r-y-s-t-a-l.

2          Q.   And do you know Krystal's last name?

3          A.   I do not.

4          Q.   Is it Krystal Ericson?

5          A.   It may be.  I'm not sure.

6          Q.   Don't want you to guess.

7               What items did you leave with Krystal in

8     April of 2023?

9          A.   A couple of backpacks, yeah.  Just basically, a

10    couple of backpacks.

11         Q.   What were in the backpacks?

12         A.   My needles supply, my tools, yeah.  That's -- I

13    think maybe some clothes.  I mean, it wasn't that much.

14         Q.   And so when you said needle supply, did you have

15    needles in a backpack?

16         A.   I had them in a container in a backpack.

17         Q.   Was it another sharps container?

18         A.   Yes.  But they were unused.

19         Q.   And do you know if Krystal used drugs?

20         A.   Yes.

21         Q.   What type of drugs did Krystal use?

22         A.   Heroin.

23         Q.   Do you know if she injected heroin?

24         A.   Yes.

25         Q.   Do you know with what frequency Krystal used

1    heroin?

2        A.    Every day.

3        Q.    Do you know if she had a sharps bin?

4        A.    Yes.

5        Q.    Do you know if it was in her camp?

6        A.    Yes.

7        Q.    Were you able to see it in her camp?

8        A.    Yes.

9        Q.    Where was it located in her camp?

10       A.    I mean, in that one in particular?

11       Q.    Uh-huh.

12       A.    Nearest the door.   And she had another one,

13   like, for her own personal use in the corner of the

14   tent.

15       Q.    So Krystal had two sharps containers in her tent

16   in April of 2023?

17       A.    Yes.

18       Q.    So how did you come to learn that your property

19   was destroyed?

20       A.    When I went to check -- check up on her and my

21   stuff, when I got there, she was already frantically

22   trying to pack everything up.   I think it was in April.

23   And, you know, she was arguing with DPW.   And when --

24   you know, I helped her move a couple of her carts out of

25   the alley.

1          But she had -- like, she was in distress, like,
2    she was really, really stressed out and everything.
3          And she had said that they got, like, one or
4    two carts out of the multiple carts that she had.  And
5    it didn't dawn on me until later that my backpacks were
6    probably in there, because we could not find them after
7    we -- after I helped her kind of set back up.
8          I was going through my stuff -- or going through
9    trying to find my stuff.
10     Q.  So you don't know where the bags were in
11   Krystal's camp?
12     A.  No.
13     Q.  Is it possible that somebody else took them
14   other than a City worker?
15          MR. NTIM:  Calls for speculation.  Objection.
16          THE WITNESS:  I don't know.  From what I know of
17   her, she, you know, holds on to things.  I've trusted
18   her in the past many times.
19   BY MR. MILLS:
20     Q.  So is Krystal one of those individuals that we
21   talked about where you would try to find somebody that
22   you would trust to leave your items with?
23     A.  Yes.
24     Q.  Do you know how long she had been holding your
25   items in April of 2023?

1    having to swat -- almost, like, push DPW off our stuff,

2    saying, you can't tell us to talk to these guys and then

3    turn around and take our stuff while we're talking to

4    them.

5         We were busy.

6    Q.   So were you offered shelter that day by the HOT

7    team?

8    A.   I -- I was.  I was offered the idea of shelter.

9    Q.   What type of shelter were you being offered?

10   A.   A tiny home that was located off of

11   Gough Street.  I think that's Gough, yeah.

12   Q.   As you sit here today, can you think of any

13   actual item of yours that the City destroyed that day?

14   A.   Clothing.  Yeah.  I'm not 100 percent sure.  I

15   know clothing went missing, but --

16   Q.   What type of clothing went missing?

17   A.   Like, what do you mean by "what type"?

18   Q.   What type of clothing items did you lose that

19   day in June of 2022?

20   A.   I lost -- we lost jackets.  I know a hat

21   specifically that I really liked.  And everything else

22   was, like, T-shirts, underwear.  I think socks.  I think

23   a lot of our socks went -- got taken that day.

24        And it was -- like I said, there was more stuff.

25   There was a lot going on that day.

1    Q.   Just to clarify, are you speculating about the

2    items that you lost that day, because there was some

3    hesitation in your answer?

4    A.   No.  I vividly remember thinking, I'm going --

5    we have to get new socks.  Also, the jackets and

6    everything.  My favorite jacket got missing.

7    Q.   And what was that favorite jacket?

8    A.   It was just a hoodie that fit me and kept me

9    warm.  I can't remember the make.

10    Q.   And were these items inside of your tent or

11    outside of your tent?

12    A.   Well, at the time that they were taken, they

13    were outside of the tent because we were asked to move.

14    Q.   Were they organized in a pile, or were they kind

15    of strewn all across the street?

16    A.   They were in trash bags, separated other things

17    in our belongings still.

18    Q.   So the clothing items that you claim that you

19    lost on June of 2022 were clothing items that were in a

20    trash bag?

21    A.   That were not sealed up and in front of our

22    tent, yes.

23    Q.   Did DPW give you the trash bag?

24    A.   No.

25    Q.   How did you get the trash bag?

1       A.   That's how we kind of kept our clothing inside

2    of our tent sometimes.

3       Q.   Did you see DPW physically take the bag that had

4    your clothing in it in June of 2022?

5       A.   Physically, no -- well, I saw them taking things

6    away from our -- away from our area before I had

7    separated the stuff that I wanted to go in the trash

8    while I was talking to the HOT team, and I was unable

9    to -- you know, I was -- they told us to move.   We

10   started moving.

11          They started pulling things out.   And then I got

12   distracted by HOT team.   And DPW came in and started

13   throwing stuff away.   Whenever I told them not to, they

14   continued to do it.

15          So I broke away from HOT team to pull all my

16   stuff back into my tent and actually move my whole tent

17   away and face the wall so they could not take anything

18   else from my tent.

19          I did not see what they -- like, which bags they

20   had taken.   I did not realize what was gone until later

21   on that night.

22      Q.   How many feet away from your camp were you with

23   the HOT workers?

24      A.   10 feet.

25      Q.   And were both you and Sarah Cronk talking to the

1    HOT workers together?

2         A.  Yes.

3         Q.  Did you ask if one of you can stay behind as the

4    other spoke with the HOT team about the tiny home?

5         A.  We did eventually once we realized that one of

6    us was going to have to safeguard our stuff and continue

7    packing.

8         Q.  Did one of you go back to watch the rest of your

9    stuff?

10        A.  Yes.

11        Q.  Did you end up moving the rest of your

12   belongings?

13        A.  We ended up dragging our tent across the street.

14        Q.  So nothing else other than the clothing was

15   destroyed in June of 2022?

16        A.  That I remember, yes.

17        Q.  Did you have notice that that resolution was

18   going to be taking place?

19        A.  I don't remember.

20        Q.  Is it possible you had notice?

21            MR. NTIM:  Objection.  Calls for speculation.

22            THE WITNESS:  Yeah.  I don't -- I don't recall.

23   BY MR. MILLS:

24        Q.  Do you know how much time you were given to move

25   your belongings on the day of?

1       A.   Initially, it was a few hours.  Once we got

2    contact with the HOT team, they gave us, like, maybe

3    another hour.  But we had to make a decision that day,

4    so it had shifted from us moving our stuff to making a

5    very quick decision on whether or not we wanted to move

6    to the tiny home.

7       Q.   So what was different between this day where you

8    were offered a shelter, a tiny home, and the incident in

9    January of 2023 where you accepted a SIP and left your

10   property behind?

11      A.   First and foremost, the SIP hotel was actually,

12   like, orchestrated and, like, put in the works by a

13   friend of mine, who I -- I am not sure.  She worked for

14   some part of the City or some kind of outreach program.

15   But I'm not sure what -- which one it is.

16           I ran into her at Target, and I told her about

17   Apple being pregnant.

18           And she said, oh, my God.  We need to get that

19   taken care of.  And she pulled some strings, like,

20   within a week or two.  They came specifically for us.

21   It was not a sweep.  It was not a -- it was them coming

22   out to us and saying, we have a place for you.

23      Q.   Do you know the name of that employee?

24      A.   Yeah.  Nikia Hanes or Heinz.  I'm not quite sure

25   how to spell her last name.

1     Q.  That's okay.

2     A.  Whereas -- yeah.  To continue answering that

3   other question, whereas, the one in June was a

4   full-blown sweep that was -- it was focused on making

5   people move.

6         Only us and one other person got offered a

7   shelter, and we only got offered the tiny home or

8   shelter because we were quickly assessed for priority on

9   getting housing.

10        And they were, like, you're priority one.  You

11  get to go today.  Almost like it was all, you won this.

12    Q.  And did you expressly decline the offer to move

13  into a tiny home?

14    A.  Not initially.

15    Q.  But you did?

16    A.  Eventually, yes.

17    Q.  So you told somebody, no, I don't want to move

18  into the tiny home?

19    A.  After it was told to us that we don't deserve

20  one.

21    Q.  Who told you you don't deserve a tiny home?

22    A.  The fire department chief of command, Patrick --

23  I don't know his last name.

24    Q.  And when did you hear that?

25    A.  During the whole ruckus before DPW left, before

1       A.   No.

2       Q.   Did you talk to the HOT team about trying to bag

3   and tag anything that day so you could go to the tiny

4   home?

5       A.   No.   It was not offered as an option.

6       Q.   But you didn't ask about it?

7       A.   Correct.

8       Q.   You are familiar with the bag and tag policy

9   because of your conversations and experience living on

10  the streets of San Francisco?

11           MR. NTIM:  Objection.  Misstates prior

12  testimony.  He did not state that he was familiar with

13  the specifics of the bag and tag policy.

14           THE WITNESS:  My experience with bag and tag is

15  that it's just another -- I know what the theory -- or I

16  have an idea of what the theory behind what the policy

17  might be.

18           But I know in action, it's just another word

19  for, I'm trashing your things.

20           MR. MILLS:  So how about we go off the record

21  and take a quick break.

22           THE VIDEOGRAPHER:  This marks the end of

23  Media No. 5.  We are going off the record.  The time is

24  5 o'clock.

25           (Recess taken from 5:00 to 5:27 p.m.)

```
 1        A.   Yes.
 2        Q.   Are you a member of the Coalition on
 3   Homelessness?
 4        A.   I consider myself to be.
 5        Q.   And why do you consider yourself to be a member
 6   of the Coalition on Homelessness?
 7        A.   Because I have done many outreach things for
 8   them.  I stand by a lot of the things that they stand
 9   by.
10        I've also been -- I've had also close contact
11   with a few of the actual active members.  I -- yeah.
12   I've even claimed -- you know, claimed being part of
13   the -- I've gone to their, you know, headquarters where
14   they meet, and I've met some of the higher-up people.
15        I have never gone to an actual meeting.  But
16   like I said, I've done a lot of outreach for them.
17        Q.   And when, based off of your experience, do you
18   think that you first became a member of the Coalition?
19        A.   Probably 2020.
20        Q.   And have you been a member since 2020?
21        A.   Off and on, yeah.
22        Q.   Were you a member on September 27th, 2022?
23        A.   Yes.
24        Q.   Were you a member when you were preparing the
25   declaration with Couper?
```

1      Q.  Did you ever fill out any online polls about the

2  issues that Coalition should focus on?

3      A.  I'm not sure.

4      Q.  Did you ever vote on issues for the Coalition on

5  Homelessness to focus on?

6      A.  Not that I -- not that I can remember.

7      Q.  I'm going to go back to some of the instances of

8  property destruction that we were talking about.

9          In this case, do you intend to testify about any

10  experiences of property destruction that you haven't

11  disclosed in written discovery or declarations?

12      A.  No.

13      Q.  So with that in mind, you submitted a

14  declaration in this case.  I'll represent that it was

15  submitted on September 13th -- dated September 13th,

16  2022.  And in that declaration, you refer to an incident

17  on September 12th, 2022.

18          As you sit here today, can you recall an

19  incident in September -- on September 12th of 2022?

20      A.  Yes.

21      Q.  What can you recall about that incident?

22      A.  So early morning, like, maybe -- you know, sun

23  was not up and it wasn't going to be up for a little

24  while -- I'd say maybe 5:00, DPW came by and started

25  pretty much harassing us.  It was part of those routine

1    cleanings that I mentioned earlier.

2            By the way, I wanted to clarify, earlier, I

3    said -- accidentally said five times a day.  I meant

4    five times a week.  I forgot exactly when I said that.

5    I meant five times a week.

6            This was one of those five times a week moments.

7    And I had -- you know, I was used to the routine, so I

8    had my sectioned-off trash off to the side in the gutter

9    away from my stuff, so that when they came, they could

10   just come and go.  We didn't want them to stay much

11   longer than they had to.  So trying to make their life a

12   little easier, just to get in and get out.

13           They showed up really early.  And when they

14   started grabbing stuff, they didn't grab my trash

15   immediately.  They started going behind where I could

16   see them.

17           And so Sarah was actually inside of a makeshift

18   shower that she had made to try and kind of, like, clean

19   up.  And I was over there, kind of, like, keeping an eye

20   on, you know, that spot, as well as the rest of my

21   stuff.

22           This guy kind of creeped around the corner.  I

23   saw him and I heard rustling.  So I went over there and

24   I said, hey, none of this is trash.  The trash is over

25   there.

1          And his response to me was, you know,

2    essentially, don't -- you know, don't disrespect me.  I

3    should break your jaw, along with some other things.  He

4    made some racial comments about some White boy standing

5    up to -- standing up to a Black man with a job.

6          It was very, very threatening.  I stood my

7    ground.  I continued to say, you can't take my stuff.

8    You can take trash because -- since you're talking about

9    your job, that's your job.  You're not supposed to be

10   taking my belongings.  These are my belongings.  And,

11   you know, you're here just to clean up.

12         So, you know, he continued to kind of, like,

13   just kind of make remarks that I can't really remember,

14   but I was definitely kind of, like, trying to keep an

15   eye on him from far away, because I didn't know what was

16   going on.

17         They were -- you know, they never touched my

18   trash.  They left the trash there to the point where,

19   like, I almost -- if I -- you know, if I had been more

20   aware of that, I probably would have thrown the trash in

21   their truck because I do that a lot.  I kind of do that

22   for them when they're going through, trying to clean up.

23         But I was more focused on this guy not taking

24   more of my stuff behind, you know, where he was, and him

25   being very threatening towards me.

1              Amongst the things that he did end up grabbing

2    were some clothes, food that we had, and that -- yeah.

3    Yeah.

4              And then they took off.  And actually, that

5    day -- like I said, it was before the sun even came up.

6    He ended up circling the block a couple of times.  So I

7    stayed outside to keep eyes on what was going on for a

8    while, but he -- he kept on driving by, making

9    eye contact with me, like, very -- like, I was actually

10   kind of afraid of what was going on.  I had previous

11   interactions with this guy.

12             So -- yeah.

13        Q.   So your testimony is that interaction was around

14   5 a.m.?

15        A.   Yes.

16        Q.   Did you have a clock?

17        A.   I did not.

18        Q.   What makes you think it was 5 a.m.?

19        A.   Judging by the fact that it was probably -- I

20   mean, the sun -- like I said, the sun didn't come up for

21   a while.  And normally they're there for, like, half an

22   hour, and then they're off.

23             And it was well after that that the sun came up.

24        Q.   And were police there that day?

25        A.   No.

1      Q.   Was anybody other than DPW there?

2      A.   No.

3      Q.   Was it just one DPW worker?

4      A.   No.   It was him and a sprayer -- a spray truck.

5      Q.   Were those two separate vehicles?

6      A.   Yes.

7      Q.   How many employees?

8      A.   Two.

9      Q.   So one DPW worker that threatened you and one

10   DPW worker that was driving a sprayer?

11      A.   Yes.

12          MR. NTIM:   For clarification, two vehicles,

13   two employees, right?

14          THE WITNESS:   Right.

15   BY MR. MILLS:

16      Q.   Do you know the name of the DPW worker that

17   threatened you?

18      A.   I do not.

19      Q.   Do DPW workers have any type of badge that they

20   wear, that you can see?

21      A.   No.

22      Q.   And you've interacted with this DPW worker how

23   many times before this interaction?

24      A.   Probably about four or five.

25      Q.   And did you ever learn the DPW worker's name?

```
 1        A.  No.

 2        Q.  Did you ever try to find out the DPW worker's

 3   name?

 4        A.  No.

 5        Q.  Did you ever ask the DPW worker for his name?

 6        A.  No.

 7        Q.  Did you ever report the incident to anybody?

 8        A.  Aside from the attorneys, no.

 9        Q.  So you never called DPW to report an employee

10   that threatened to break your jaw?

11        A.  I didn't have a way of calling.

12        Q.  Did you go to the DPW office to report that they

13   threatened to break your jaw?

14        A.  I did not think of that as an option.

15        Q.  Did you send an e-mail to DPW?

16        A.  No.

17        Q.  Did you go to SFPD to report that a City

18   employee had threatened you?

19        A.  No.

20        Q.  Had you done that for any of the other instances

21   where you had interacted with the employee before?

22        A.  No.

23        Q.  Did you do anything to try to learn that DPW

24   worker's number -- sorry.  Strike that.

25            Did you do anything to try to learn the DPW
```

1  employee's name after that incident?

2      A.   No.

3      Q.   In your declaration, you were able to identify a

4  vehicle number for the car.

5          How are you able to remember that number?

6      A.   Specifically, my -- I have a thing with numbers.

7  And plus, I ended up doing the declaration so soon

8  after, I recognized -- I memorized that number

9  specifically, just in case, because I knew that the

10  declaration was coming up.   And I needed to tell

11  somebody about it.

12          So also, I do believe that Sarah and I wrote the

13  number down in a journal that has since been destroyed

14  or lost.

15      Q.   Are you positive that you wrote the number down

16  in a journal, or are you speculating that you may have

17  written the number down in the journal?

18      A.   We brought the journal or the piece of paper

19  that we wrote it down on.   We tore it out of the journal

20  and brought it to the declaration.

21      Q.   Who did you give that piece of paper to with the

22  number?

23      A.   We didn't.   We just read it from it going in,

24  because like I said, I memorized the number.   And as we

25  were going to the declaration, we read it, and said,

1    okay.  Didn't think it was going to be necessary to hand

2    over.

3         Q.  Did you throw that piece of paper -- sorry.

4             Did you throw that piece of paper away when you

5    were done with it?

6         A.  No.  We put it back in the journal.

7         Q.  Do you still have that journal?

8         A.  No.

9         Q.  When did that journal go missing?

10        A.  I do not know.

11        Q.  Do you know how it went missing?

12        A.  No.

13        Q.  Did you look for it?

14        A.  Many times.  I mean, I don't really recall

15   exactly when we couldn't find it anymore.

16        Q.  And after you had the vehicle number of the DPW

17   vehicle, did you report that to DPW?

18        A.  No.

19        Q.  Did you report it to any City agency?

20        A.  No.

21        Q.  So I believe you testified that you lost

22   clothes.  What type of clothing items did you lose?

23        A.  Jackets, a lot of Sarah's clothes, and -- yeah.

24   Some boots that she was working on.

25             So I think blankets might have been part of

1    that.   It was -- it was, like, bags that went missing

2    were, like, our warm stuff, like -- yeah, just to stay

3    warm at night, so...

4        Q.   And do you know what the weather was like in

5    San Francisco around September 12th, 2022?

6        A.   Yeah.   Warm during the day and cold at night.

7        Q.   What type of food did you lose?

8        A.   Non-perishables.

9        Q.   And, yeah, what were those?

10       A.   I can't remember exactly.   Yeah.

11       Q.   How do you know they were non-perishable items

12   then?

13       A.   Because we didn't really get regular

14   perishable -- not regular -- we don't have access to a

15   fridge.

16            Every once in a while, we would have a cooler,

17   but, like, you know, we ate the things that would go bad

18   quickly -- as quick as possible, so I guess -- you know.

19       Q.   Were all of these items that were taken outside

20   of your tent?

21       A.   Yes.

22       Q.   And so the food was outside of the tent?

23       A.   Yes.

24       Q.   Do you know if you had any open food containers?

25       A.   If they were, it was all inside of a closed,

1    like, container, so...

2         Q.   So the food was in some kind of a container?

3         A.   Like, a bin or something.

4         Q.   And did the entire bin get taken?

5         A.   Yes.

6         Q.   And can you describe what the bin looked like?

7         A.   I want to say it was, like, a large Tupperware

8    kind of box.  Not Tupperware.

9              Like, a Rubbermaid box with a lid, closes.

10         Q.   And as a person that had been living in that

11   area, had you seen rodents, such as mice?

12         A.   No.

13         Q.   Had you seen rats?

14         A.   Not where we were living.

15         Q.   Did you ever hear of rats existing at 13th and

16   Folsom?

17         A.   No.

18         Q.   And no mice?

19         A.   No mice.

20         Q.   Ants?

21         A.   No ants.

22         Q.   Would you want to keep food stored so rodents

23   don't come to the camp?

24         A.   Yes.

25         Q.   And I heard you say that Sarah Cronk was in a