# EXHIBIT 18

To

Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Coalition on Homelessness, et al. v*
*City and County of San Francisco, et al.*

*Elizabeth Stromer*
*Vol. 1*
*February 7, 2025*

**Behmke Reporting and Video Services, Inc.**
550 California Street, Suite 820
San Francisco, California  94104
(415) 597-5600

Original File 44068Stromer_NL.txt
Min-U-Script® with Word Index

Case 4:22-cv-05502-DMR   Document 366-24   Filed 04/17/25   Page 3 of 10
Coalition on Homelessness, et al. v
City and County of San Francisco, et al.
Elizabeth Stromer - Vol. 1
February 7, 2025

Page 89

1   Do you remember?
2   A.  I believe, it was the -- I -- I'm not sure
3   what his -- uh, job is but, I believe, he was like
4   the fire marshal.  He's a younger man.  The one who
5   always says that it's a courtesy to give us notice.
6   Q.  Okay.  But you don't remember his name?
7   A.  (SHAKES HEAD.)
8   Q.  No?
9       That time, did anyone take your stuff?
10  A.  They probably did.  They were sneaking
11  around, and I was screaming.  And I couldn't keep my
12  eyes on everything.  And later, we realized, things
13  were gone that probably shouldn't have been gone,
14  'cause they want you to throw away everything you
15  can.  Get rid of it.  Downsize.  Which is fine.
16      But then as you're trying to pack things up
17  in the 15 minutes you're allowed, there's a whole
18  bunch of them, you know, yeah.
19  Q.  Did you ask for more time?
20  A.  Oh, yeah.
21  Q.  And what did -- who did you ask?
22  A.  The police officer with the -- not that
23  time, but the most time we were ever allowed was an
24  hour.
25  Q.  But that -- that time --

Page 90

1   A.  That --
2   Q.  The first wee of April of --
3   A.  There's was no time.  None whatsoever.
4   There was a notice unposted that time . . . uh, but
5   it did not say that we had to move.  It said, the
6   Encampment Resolution Team was coming to offer some,
7   you know, helpful advice or, you know, people wanted
8   shelter.  But it did not say anything about having
9   to move or street cleaning or anything.
10      And once again, he said, it was a courtesy
11  that they put that Notice up, that they got the
12  Notice wrong.  It was not their problem.
13  Q.  So -- sorry.  Just so I understand, again,
14  just -- we're just -- all my questions are going to
15  be about that instance on the first week of April --
16  A.  Okay.
17  Q.  -- 2024?  You --
18  A.  That was a different --
19      (SIMULTANEOUS DISCUSSION.)
20  Q.  Oh, sorry.
21  A.  I'm sorry.  Yeah.
22  Q.  I think, you just told me right now that
23  you had 15 minutes?
24  A.  Right.
25  Q.  Right?  Did you ask for more time?

Page 91

1   A.  Yes.
2   Q.  Who did you ask for more time?
3   A.  The police.
4   Q.  And did -- did they say "yes" or what they
5   say?
6   A.  Uh, no.  They -- they say "No."  They give
7   you a certain amount of time, and that's what you're
8   given.
9   Q.  Did you ask DPW?
10  A.  Uh, no.  They don't really say nothing.
11  Q.  What about the fire . . .
12  A.  Oh, yeah.  Yeah, him and I -- he -- he just
13  doesn't care.
14  Q.  But did you ask him?
15  A.  Oh, yeah.
16  Q.  What did he say?
17  A.  He said "no."
18  Q.  Did he say why?
19  A.  Uh, no.  He did not.  His big answer was,
20  it's a courtesy to let you know beforehand that
21  we're coming.  And if your stuff isn't off the
22  sidewalk in 15 minutes, then we start taking things
23  without asking.
24  Q.  And, sorry.  Can you describe this fire
25  person?  Is it --

Page 92

1       (SIMULTANEOUS DISCUSSION.)
2   A.  -- young, maybe, about 35.  Like, maybe,
3   sandy blond hair, very shortcut.  He -- average
4   building, average height, good looking gentleman,
5   and very nice about the attitude problem he has.
6   Q.  But you don't know his name?
7   A.  No.  I do not.
8   Q.  No?
9       And you mentioned that you -- you lost some
10  things that day?
11  A.  Not that day.
12  Q.  Not that day?
13  A.  But, maybe, about a week or so before that,
14  when we were across the street, when there was a
15  whole lot of them.
16  Q.  So now you're talking about, you lost stuff
17  in March then; right?
18  A.  Um, no.  That would have been before --
19  that would have been sometime in between, uh,
20  December and April.  And, I think, we had to move a
21  total of five or six times within the -- you know,
22  across the streets and stuff in that time period.
23      Two different times.  Two different places.
24  They were taking their stuff sneakily, like, you
25  know, we were trying to get things out of there.

Case 4:22-cv-05502-DMR    Document 366-24    Filed 04/17/25    Page 4 of 10
Coalition on Homelessness, et al. v
City and County of San Francisco, et al.
Elizabeth Stromer - Vol. 1
February 7, 2025

Page 105

1  A.  No.  Those collections are Juan Carlos'
2  collection.  And he is not a street vendor.  And he
3  does not sell anything.  Uh . . . yeah.
4  Q.  Okay.  Going back, I guess, to like just --
5  like what this encampment looked like.  Besides
6  Chaparrito, was there anyone else --
7     (SIMULTANEOUS DISCUSSION.)
8  A.  There was also somebody -- a white
9  gentleman, very tall, named Robert.  And we watched
10 his stuff once in a while.  But he didn't have much.
11 They took it all at that time also, when . . . you
12 know, they sneakily throwing things in the back of
13 the truck happened.
14 Q.  And, sorry.  When you say, "they sneakily
15 threw things," are you talking about the --
16 A.  Yes.
17 Q.  -- February 24th incident?
18    Let me get back to what happened.  Anyone
19 else --
20 A.  Uh, no.  Not anybody else's belongings that
21 were around.
22 Q.  Okay.  I'm just asking these questions to
23 get a sense for what was happening in the encampment
24 garbage in around --
25 A.  Yes.

Page 106

1  Q.  There was?
2  A.  But not our stuff.  That was chaparrito and
3  his big mess.
4  Q.  Was there like, you know, rodents,
5  cockroaches, fleas?
6  A.  I didn't see any -- any bugs, but there's
7  always rats out there.  But, yeah.  He had a lot of
8  stuff that -- just garbage, as far as I'm concerned.
9  Q.  And when you say "always rats out there,"
10 where --
11 A.  They're everywhere.  You can hear them on
12 the street at night.
13 Q.  Hmm.  Did you see -- again, in the vicinity
14 of like the general encampment where you were
15 there -- like needles or syringes or anything of
16 that --
17 A.  No.
18 Q.  -- sort of thing?
19    Any human waste?
20 A.  Uh, no.  Not in our encampment.  Chaparrito
21 was never there long enough, I think -- he --
22 name -- put his stuff there, and then would -- but,
23 no.
24 Q.  What about like, you know, rotten food or
25 anything like that?

Page 107

1  A.  Maybe, if it got wet.
2  Q.  But you don't remember if --
3  A.  No.
4  Q.  Okay.  Cooking equipment?
5  A.  Oh, yeah.
6  Q.  That you had?
7  A.  Yes.
8  Q.  What did you have?
9  A.  Well, when they took our stuff that day,
10 they -- they did not get our -- in February.  They
11 did not get our cooking equipment.  They did get our
12 tent, and that is only because our time limit was
13 almost up, and we didn't have a choice.
14 Q.  Do you remember the condition your tent was
15 in?
16 A.  It was a good -- it was almost a grand new
17 tent.  We had just purchased it from a -- a woman
18 that worked around the corner at the Salvation Army.
19 Q.  How long had you had the tent by that
20 point?
21 A.  Two weeks.
22 Q.  And when you say "they took it," who -- who
23 took it?
24 A.  DPW took it.  Our time was up.  We had
25 15 minutes that day to move our things out of the

Page 108

1  way so that they could clean the sidewalk.
2  Q.  Did you ask to keep it?
3  A.  Oh, yeah.
4  Q.  What did --
5  A.  But they -- but our time was up.
6  Q.  And so -- I'm sorry.  I -- I'm not as
7  familiar with the stuff as you, but . . .
8     So you asked to keep it, and what did they
9  say in return?
10 A.  They gave -- they said, times up.  Anything
11 else that we left, they took.
12 Q.  Do you remember speaking or asking to
13 specific employee like a supervisor or anything or
14 do you remember --
15 A.  Yes.
16 Q.  -- what you said?
17 A.  Yes.  Because that was the same time that
18 they -- that sign did not say that we had to move.
19 It said that they were -- the encampment resolution
20 team was coming to speak with us, and the officer --
21 Q.  Okay.  I'm sorry, but my question was,
22 like, did you -- if you remember which DPW worker
23 you asked for . . . to keep the tent?
24 A.  Uh . . . the only one I remember arguing
25 with was one officer, and he was actually pretty

Case 4:22-cv-05502-DMR   Document 366-24   Filed 04/17/25   Page 5 of 10
Coalition on Homelessness, et al. v
City and County of San Francisco, et al.
Elizabeth Stromer - Vol. 1
February 7, 2025

Page 109

1 decent. Uh, he kind of stepped back. And that fire
2 marshal guy was the one who was -- him and I were
3 back and forth, back and forth, back and forth.
4 Q. And so you -- so you -- sorry, just so I
5 understand it. So you didn't talk to DPW folks.
6 You talked to police officer?
7 A. Correct. DPW, they didn't say anything.
8 They didn't -- they just stand there and -- and --
9 what they're told to do, they do. They might offer
10 us bags, ask -- ask us if we need bags. Uh, but
11 mainly, they didn't say anything. They had their --
12 they had their masks on, and they just stand there
13 and wait for whoever to say, okay, get it.
14 Q. Okay. And so you ask police officers for
15 the tent?
16 A. Uh, we asked them for more time --
17 Q. For more time?
18 A. -- to get -- yes. And -- and -- and we
19 were not given an answer. And then I remember, we
20 were taking stuff down, you know, half a block to
21 get out of the way. Uh, he said, times up. I'm
22 sorry. And that was it. We watched him put the
23 whole tent in the back of the truck.
24 Q. Was there anything inside --
25 A. Yes --

Page 110

1 Q. -- the tent?
2 A. -- there was.
3    MS. GRIJALVA: Can we go off the record and
4 take a break?
5    MR. GRADILLA: Sure.
6    THE VIDEOGRAPHER: This marks the end of
7 Media No. 1. We are going off the record. The time
8 is 12:45.
9    (At 12:45 P.M., a lunch recess was taken
10    until 1:36 P.M. of the same day.)
11    (Nothing omitted nor deleted. See next
12    page.)

Page 111

1 FRIDAY, FEBRUARY 7, 2025; P.M. SESSION
2
3    THE VIDEOGRAPHER: This marks the beginning
4 of Media No. 2. We are on the record at 1:36.
5
6    EXAMINATION RESUMED
7    BY MR. GRADILLA:
8 Q. Ms. Stromer, before the break, we were
9 chatting about the incident that you were telling me
10 about in September -- sorry, in February of '24. So
11 we're just going through just the conditions of the
12 encampment that you were describing to me on Cesar
13 Chavez February of '24. So going back to that.
14    During that incident, February of 2024, in
15 that encampment, did you have a setup for
16 electricity?
17 A. No.
18 Q. I think, you mentioned, you had cooking
19 equipment; yes?
20 A. Yes.
21 Q. What -- what did you have?
22 A. Just a camp stove with the butane
23 cylinders.
24 Q. Any heating equipment?
25 A. Uh, candles.

Page 112

1 Q. Matches, lighters, that sort of thing?
2 A. Yes.
3 Q. In the encampment, is there anything that
4 you think could be viewed as a health or safety
5 hazard?
6 A. No.
7 Q. Anything that you think could be viewed as
8 contraband?
9 A. No.
10 Q. Anything that you think could be viewed as
11 soiled or moldy?
12 A. Yes.
13 Q. What?
14 A. Blankets, clothes, from the rain.
15 Q. Is there anything else that you think I
16 should know about, about the encampment that day?
17 A. Uh, no.
18 Q. And so that day, if -- if you remember,
19 what time did folks from the City show up?
20 A. Which time?
21 Q. February 2024.
22 A. That was mid-morning, before eleven.
23 Q. And again, all my questions right now are
24 about that February 2024 incident.
25 A. Okay.

Case 4:22-cv-05502-DMR    Document 366-24    Filed 04/17/25    Page 6 of 10
Coalition on Homelessness, et al. v                          Elizabeth Stromer - Vol. 1
City and County of San Francisco, et al.                         February 7, 2025

Page 113

1  Q. And were you there?
2  A. Yes.
3  Q. Who else was there?
4  A. Juan Carlos was there. And there was
5  another gentleman who . . . uh, he didn't live
6  there, but he was kind of hanging out with somebody
7  that was on that stretch of sidewalk. And his name
8  was also Juan, but I don't know anything else about
9  him.
10 Q. Okay.
11 A. There was, uh . . . Chaparrito had come and
12 saw what was going on. His stuff was not there with
13 our stuff, but -- at that time. Uh, but he helped
14 us move our stuff down the street.
15   And that's -- that's it. I don't
16 remember -- there was a girl that the other one was
17 with, but I don't know who she was or all. They
18 were just sitting in the bus stop talking.
19 Q. Okay. And for that occasion, again,
20 February 2024, did you see a notice posted?
21 A. Uh, that time, no. We did not.
22 Q. Did you look for one --
23 A. No.
24 Q. -- before or after?
25 A. No.

Page 114

1  Q. So when did you first learn about the
2  resolution?
3  A. The encampment team? Uh . . . I guess,
4  right after we probably became homeless out on --
5  after we lost our place.
6  Q. Oh, sorry. Sorry for -- I mean, when did
7  you hear -- first hear about that resolution on
8  February 20 -- in February 2024 that we were just
9  talking about?
10   If you didn't see a notice, did someone
11 come and talk to you or --
12 A. Uh, no. That day, we -- they just showed
13 up.
14 Q. Okay.
15 A. That day.
16 Q. When you say "that day," did --
17 "They just showed up." Who showed up?
18 A. The first person was the fire marshal or
19 what not with DPW. And there were, probably, thirty
20 people from DPW that day.
21 Q. Any other departments that you saw?
22 A. The Police Department was there. Uh . . .
23 just a couple of the Police Department people.
24   There was an advocate from somewhere who,
25 uh, had been told what was going on. She came to

Page 115

1  just observe, I guess. Uh, spoke with us a little
2  bit, but she was trying to keep an eye on our stuff,
3  because we were trying to move it. And they were
4  sneakily taking things, you know, when we weren't
5  looking.
6  Q. How did you know she was an advocate?
7  A. 'Cause she told us, she was. But I don't
8  remember who she -- she was with.
9  Q. So there was an advocate. There's DPW,
10 Police Department --
11 A. Just a few police officers. I'm sorry.
12 Q. The fire guy. Anyone else?
13 A. No.
14 Q. No?
15   So just -- just walk me through what
16 happened. So you're given some time to collect your
17 belongings?
18 A. (NODS HEAD.)
19 Q. Yes?
20 A. Yes. Oh, I'm sorry. "Yes."
21 Q. Do you remember how much time?
22 A. Fifteen minutes.
23 Q. That morning, how were your belongings
24 organized?
25 A. They were not organized to move. They

Page 116

1  were -- they had a little kitchen area that we --
2  our dishes -- that our dishes -- you know, might
3  have had a few dirty dishes, but not -- not anything
4  major.
5    We had a . . . a homemade rainwater
6  recycling bin so that we could have fresh water.
7  And we had the tent. And we had two wet blankets
8  enclosed.
9  Q. And were those wet blankets enclosed inside
10 the tent?
11 A. No.
12 Q. Where were they?
13 A. They were outside the tent in beds, in
14 hopes of getting them to the laundry mat before it
15 was too late.
16 Q. So what happened next? You know,
17 someone -- after they told you, you had 15 minutes?
18 A. We -- I started arguing. Him and I argued
19 a lot, and --
20 Q. You and --
21 A. -- Juan Carlos started packing things.
22 And -- and I started trying to help. And it was --
23 all happened so fast. And there was so many workers
24 from DPW that . . . we stepped into the tent to grab
25 few things to move down the street.

Case 4:22-cv-05502-DMR   Document 366-24   Filed 04/17/25   Page 7 of 10
Coalition on Homelessness, et al. v
City and County of San Francisco, et al.
Elizabeth Stromer - Vol. 1
February 7, 2025

Page 117

1  And we'd step out. And the lady that was
2  advocating would be like, you know, they're --
3  you're not supposed to be touching that. She asked
4  you not to touch anything or take anything. And
5  that she said, it was okay. And they were just, you
6  know -- you know, the second you turn your back,
7  like one of them would . . . scoop in and grab
8  something -- they're piled in the back of the truck
9  kept getting bigger and bigger. And we were not
10 telling them to throw anything away.
11     What we told them was okay was the stuff
12 that was outside the tent in the bags. Wet stuff.
13 We didn't care about that stuff no more.
14 Q. And when you say that you were arguing -- I
15    think, you mentioned --
16 A. Yes.
17 Q. -- you were arguing with someone. And was
18    that the fire --
19 A. Yes.
20 Q. -- person that you were arguing with?
21 A. Yes. He was the only one -- even the
22    police officer was decent; although, I was yelling.
23 Q. If you remember, how did you recognize that
24    it was DPW again?
25 A. The -- well, the -- the white uniforms and

Page 118

1  the mask now. They didn't used to wear masks, and
2  the trucks.
3  Q. And so, if you recall, what -- what items
4     that you told me you had that day, in February of
5     '24, what items were taken?
6  A. Mainly, anything that was bigger. Like,
7     they -- the -- take in the tank, 'cause we ran out
8     of time. Uh, they took like -- we have a
9     little . . . uh, I don't -- I don't know what it
10    was. It was just like a . . . a box that you could
11    put -- like an ottoman. That's what it was. They
12    took that.
13        They took our . . . our phone mattress that
14    we had gotten from the salvation -- or not -- yeah,
15    the Salvation Army. Anything that was sitting
16    outside. He had a bike, one bike, and a couple of
17    tires and wheels that were underneath our tarp.
18    They took all of that, because they claim that they
19    said that he said, it was okay to take it, but he
20    didn't. You know, he didn't really talk to them at
21    all. He was --
22        Juan Carlos who I'm speaking of. He was
23    getting upset with me because I was getting mad at
24    them and yelling at them, instead of just moving.
25 Q. Okay. So you mentioned an ottoman. Do you

Page 119

1  remember what condition the ottoman was in?
2  A. Uh, it was -- it was -- it was okay. I
3     mean, it wasn't -- didn't have mold on it. It
4     wasn't wet. It wasn't dirty. It was something we
5     got at the Salvation Army, which was right there
6     where we lived.
7         We were there all the time, like every
8     other day. When we had the apartment and when we
9     became homeless, they were very good to us about
10    being . . . you know, keep the can, if we need it --
11    needed it, put it back. You know, coats, jackets,
12    blankets, they . . . let us, you know, walk out with
13    paying a dollar for it, instead of what the normal
14    price was.
15 Q. And so how long had you had that ottoman at
16    that point, if you remember?
17 A. Hmm. Probably, not very long. I don't
18    know. Maybe, a month, if that.
19 Q. And you mentioned a foam mattress?
20 A. Yeah.
21 Q. Do you know the condition of that?
22 A. Uh, I don't -- I don't really know, because
23    it had a cover on it. It was, uh . . . I think,
24    probably, some sort of a seating area for an R.V. or
25    something, but it was in really good shape. But the

Page 120

1  inside, I never opened to look.
2  Q. You said, they mostly took the bigger
3     stuff; right?
4  A. Right.
5  Q. Anything else?
6  A. They took all the tarps. They took
7     anything that was in a bag of any sort that was
8     sitting outside the tent in the tarp. Hmm.
9  Q. Anything else --
10 A. Lots of things -- got a lot of things, like
11    maybe we noticed that, you know, certain suitcases,
12    all of our clothes were in -- missing.
13        Not this instance, but, uh, like -- I'm not
14    sure when it happened, but between that one and when
15    they took us in April, they got an entire suitcase
16    that he had of family albums and, uh, his silver
17    collection and . . . 'cause he tried to keep all
18    that stuff together. And it just was gone.
19 Q. I'll ask you about -- but that was not on
20    February 24th?
21 A. We're not sure when it happened. If it
22    happened that time, when they came or if it happened
23    in the April when they brought us to the Navigation
24    Center. We just happened to notice that they -- we
25    didn't have it anymore.

Case 4:22-cv-05502-DMR   Document 366-24   Filed 04/17/25   Page 8 of 10
Coalition on Homelessness, et al. v                                    James J. Reem, Jr.
City and County of San Francisco, et al.                               February 27, 2025

Page 145

1   took -- wrongly took your property. I think the second
2   time you mentioned, you said it was four to five months
3   after the move.
4       Do you remember that?
5  A. Possibly, yeah.
6  Q. Yeah. Let me try it differently.
7       So I think you mentioned a time in either of
8   December '23 or January '24 and then another time in
9   July or August 2024.
10      Was there something in between those two?
11 A. There was -- there -- yeah, there was -- there
12  was an incident.
13 Q. Okay. What's your best estimate of the time
14  frame for the incident?
15 A. It was all -- probably May -- May, June.
16 Q. So May or June of 2024?
17 A. Yeah.
18 Q. Okay. Do you remember where you were for the
19  incident?
20 A. It was -- I had moved my stuff from a posted
21  area. I was across the street from it where -- it
22  was actually in the Panhandle. So we needed -- that
23  agency couldn't do anything when we're there, so...
24  Yeah, that was it.
25 Q. So for this incident in either May or June

Page 146

1   2024, you saw a posted notice for an HSOC resolution, so
2   you moved a couple blocks away; is that right?
3  A. No. I moved across the street.
4  Q. Across the street. Okay.
5  A. Allowing them to clean.
6  Q. And you mentioned you were in the Panhandle.
7   Is it -- when you said they couldn't get there.
8       Do you mean like that Rec and Park handles the
9   Panhandle, and DPW does --
10 A. The rangers, yeah.
11 Q. Rangers.
12 A. It's different agencies.
13 Q. And what items did you lose that day?
14 A. I don't know exactly what was missing.
15 Q. Okay. Can you explain to me what happened?
16 A. The police left. I had moved my stuff across
17  the street. They did a cleaning, and then the police
18  left.
19      And then after the police left, the DPW workers
20  came over to my property and told me that I had to
21  uncover it because they wanted to know -- they wanted to
22  see what I was allowed to keep.
23 Q. Do you know anything about those DPW workers,
24  like identifying characteristics?
25      Did you know any of them?

Page 147

1  A. There was a heavyset Black woman. There was
2   a -- there was about -- there was about ten workers.
3   There was the firemen representative -- the Fire
4   Department's representative was there. He orchestrated
5   calling the police again. And they said, "We've been
6   already been out there; we're not coming back."
7       Then the DPW workers left but not without
8   perusing my things, taking the tarp back, going --
9   picking and pawing through my personal property.
10      And then that -- and then I -- then they
11  started playing a game with me and -- there was
12  observers -- where they would -- you know, one would go
13  towards the property. I'd go try to address that, and
14  then one would go behind me. Would you do -- they were
15  playing games with me. It was...
16 Q. Were there any items that DPW took that day?
17 A. I believe there were -- well, they walked away
18  with stuff, and it wasn't clear what it was. It was,
19  like, it was in a bag or it was in a box. They
20  just (descriptive sound).
21 Q. Can you identify any specific item that you
22  believe DPW took from you that day?
23 A. I believe they took a painting. They said
24  they -- the one woman said I couldn't keep that. Like,
25  why? Like, what...

Page 148

1       And there was -- you know, there was another
2   witness too. I mean, there's plenty of people that saw
3   what happened.
4       And I had -- I had to try to move my stuff away
5   from them at the same time I was trying to defend it.
6   It was very -- it was difficult. I can't really say
7   exactly what was missing. I know -- I mean, there's
8   things that ended up being missing, big paintings and --
9   you know, I don't know exactly what was missing.
10 Q. How many paintings would you estimate that you
11  had that day?
12 A. About ten.
13 Q. And any reason why only one of them DPW would
14  have said you can't have this one, but the other nine
15  are okay?
16 A. It was larger. It was too large.
17 Q. How big was it?
18 A. Oh, it was probably 3 by 4.
19 Q. So you believe you physically saw a DPW
20  employee take one of your paintings --
21 A. Yeah.
22 Q. -- at this incident in --
23 A. Yeah.
24 Q. -- June or May of 2024?
25 A. Yeah.

Case 4:22-cv-05502-DMR   Document 366-24   Filed 04/17/25   Page 9 of 10
Coalition on Homelessness, et al. v
City and County of San Francisco, et al.
James J. Reem, Jr.
February 27, 2025

Page 149

1  Q.  Any other specific items you believe you saw
2  DPW take that day?
3  A.  It could have been personal, like, clothing.
4  Q.  Yeah.
5  A.  Things came up missing.
6  Q.  So --
7  A.  I just -- it was -- we -- the moves themselves
8  are difficult.
9  Q.  My question --
10 A.  And then to organize things at the same time
11 you're trying to move them and then, you know, balance
12 everything.  And then -- then that confrontation, and
13 then things come up missing, and it's like --
14 Q.  Yeah.
15 A.  -- it's hard -- it's hard to keep track of
16 everything.
17 Q.  So it sounds like part of what you're saying is
18 that, in the process of moving, you might lose things
19 even if DPW doesn't take them, but you've still lost the
20 item?
21    Is that -- that's part of what you're saying?
22 A.  Yeah, but -- yeah.
23 Q.  Okay.  And I hear you saying that there are
24 other items you lost that day.
25    My question is a little different, which is:

Page 150

1  For things that you actually observed DPW take, I heard
2  you say there's one, a larger painting.
3     Anything else you saw the City take that day
4  from you?
5  A.  No.
6  Q.  Okay.  And did you ever attempt to get the
7  painting back?
8  A.  No.
9  Q.  I think you said on this occasion, there were
10 observers there; is that right?
11 A.  Yeah.
12 Q.  Who were those observers?
13 A.  This -- this woman, Melissa, took -- took on a
14 role, and she said -- she watched, and she said, "If
15 this ever happens again, you call me."  And she gave me
16 her phone number.
17    And she said her father was homeless and that
18 she has, you know, an interest in it for herself.  And
19 so she observed it.
20 Q.  Did you ever hear Melissa yell or -- yell at or
21 threaten the Public Works employees that day?
22 A.  Well, she told them what they were doing was
23 wrong and that they should leave the stuff alone.
24 Q.  And was the tone and the volume that she used
25 yelling when she did that?

Page 151

1  A.  Yelling or just -- well, there was a lot of
2  them, and they were spread out.  Yeah, I guess so.  I
3  mean...
4  Q.  Did you hear her use profanity?
5  A.  No.
6  Q.  You don't remember her using one --
7  A.  No, no.
8  Q.  -- swear word?
9  A.  I don't -- I don't remember it.  I mean --
10 Q.  Okay.
11 A.  -- I know what she told them was that they were
12 doing -- what they were doing was wrong.
13 Q.  Did she send you the video?
14 A.  We made it at Tim Redmond's 48 Hills thing, the
15 blog that was -- that was out there.
16 Q.  Do you have a copy of the video?
17 A.  It's on -- it's on the net.  I mean, that's
18 our -- I would go to 48 Hills.
19 Q.  Yeah.  So I understand that I could go to the
20 news site.
21 A.  That's the only thing -- I don't have -- I
22 didn't get a personal copy of it.
23 Q.  Got it.  Thank you.
24    Have you spoken with Melissa at any point since
25 then?

Page 152

1  A.  Well, since that incident, yeah.  Yeah, because
2  that was the one in August or July -- late July or early
3  August.  I think it was late July actually is what it
4  was.
5  Q.  So you met this woman Melissa at least twice,
6  once in May or June or 2024 and then again in late
7  August 2024?
8  A.  Yeah.  And then she -- she walks her daughter
9  to work -- I mean to school.  And so she would stop by
10 the encampments every once in a while and check on me.
11    She brought -- you know, she brought me a
12 sleeping bag, you know, food and stuff like that.
13 Q.  What's your best estimate of the time of day
14 this May, June 2024 incident happened?
15 A.  The morning.
16 Q.  Any more detail about time in the morning?
17 Like, close to lunch?
18 A.  Well, it was -- there were -- like, they
19 post -- we always had the A.M., for whatever reason.  I
20 don't know.  But 9:00 o'clock, they would show up and
21 then -- usually.
22 Q.  And then what happened when they showed up at
23 9:00?
24 A.  They would -- they would -- well, if you
25 weren't packed up and ready to go, then they would --

Case 4:22-cv-05502-DMR   Document 366-24   Filed 04/17/25   Page 10 of 10

Coalition on Homelessness, et al. v
City and County of San Francisco, et al.

Elizabeth Stromer - Vol. 1
February 7, 2025

Page 157

1   situation. We only had a couple minutes. And when
2   the ride showed up, she opened up the passenger
3   door. We got in, and it was -- off we went.
4   Q.  So your ID, other small items or just --
5   A.  I just grabbed the basic stuff. I think, I
6   took my backpack that I had, and I didn't have much
7   in that -- in there, and, uh, maybe, my coat or
8   something -- Navigation Center with anything anyway.
9   Q.  I'm sorry. Say that again.
10  A.  You're not allowed to go into the
11  Navigation Center with very much stuff. You know,
12  they -- there's reason they tell you, you get two
13  bags.
14     But I hear that it's normally the black
15  bags, but . . .
16  Q.  About how big would you estimate the bags
17  that they gave you?
18  A.  They were like the small trash can liners.
19  Q.  Liners?
20  A.  Liners. Very small.
21  Q.  Okay. So you . . .
22     You go to the Navigation Center. What
23  items that were left behind do you think were taken?
24  A.  They took everything.
25  Q.  What do you mean by "everything"? What is

Page 158

1   "everything"?
2   A.  My -- I didn't take anything, but they gave
3   me -- that was the only time I've ever gotten any
4   information on a bag and tag number to go in and
5   pick it up. And because we had things that were in
6   good condition, and it was -- we had it stored
7   properly, suitcases, and you know, things were
8   together, not like unorganized. And . . . we
9   figured that we had a chance to go in and getting
10  our stuff back.
11  Q.  Did you go to the -- where they told you to
12  go?
13  A.  Yes. We did.
14  Q.  When did you do that?
15  A.  Hmm. Maybe, a week or so later; maybe, two
16  weeks later.
17  Q.  Did you go on a bus or --
18  A.  No. We walked --
19  Q.  Walked?
20  A.  -- just down the street.
21  Q.  Oh, okay. Do you know what the place was
22  called that you went to?
23  A.  It's the Department of Public Works.
24  Q.  And can you just tell me what happened.
25  What --

Page 159

1   A.  We got to gate, and we pushed a button.
2   Tell -- somebody that worked there came out, spoke
3   to us, disappeared for 15, 20 minutes, came back,
4   and said, I'm sorry. There's no claim number that
5   matches that number. The officer must have wrote it
6   down wrong.
7   Q.  Do you remember who you spoke to?
8   A.  No. Just some man.
9   Q.  Can you describe him?
10  A.  Uh, he was, maybe, about 45. He had on,
11  uh . . . I believe, he had on blue overalls, not
12  overalls, but like a -- you know, like somebody that
13  works in an auto shop might wear. And it was a
14  light blue. And he had on some sort of, like, a
15  hard -- not -- not a hard hat, but some kind of a
16  work hat.
17  Q.  So he came out and told you, they don't
18  have a claim number that -- well, like the one you
19  presented; right?
20  A.  Right.
21  Q.  What happened after that?
22  A.  Uh, I was in disbelief, and I just -- I
23  turned around and walked off. I didn't say
24  anything. There was nothing more I could say.
25     I could not believe that he had just come

Page 160

1   in said, Oh, we're sorry. That tag number doesn't
2   exist. The officer must have wrote it down wrong.
3   There wasn't much I could say. I turned around and
4   kinda . . . didn't say anything for about two
5   seconds, and then . . . just kept walking.
6   Q.  Were you there alone or with --
7   A.  No.
8   Q.  -- Juan Carlos?
9   A.  We were together, but he -- he was still
10  standing there when I turned and walked off.
11  Basically, he was like in shock, not knowing what to
12  say. And I knew not to say nothing, just to walk
13  away.
14  Q.  And besides the card, do you have any other
15  pictures, documents, anything from that day?
16  A.  No.
17  Q.  On this incident, I'm just -- like I said,
18  since we haven't gotten a complete production, I
19  just -- gonna keep the record open about this.
20     So after the April 18th incident,
21  April 18th, 2024, incident, I think, you mentioned
22  one other; correct?
23  A.  Correct.
24  Q.  That was October --
25  A.  Uh-huh.