# EXHIBIT 19

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Coalition on Homelessness, et al. v.*
*City and County of San Francisco, et al.*

*Krysle Lorraine Erickson*
*February 10, 2025*

Behmke Reporting and Video Services, Inc.
550 California Street, Suite 820
San Francisco, California  94104
(415) 597-5600

Original File 44077Erickson_nl.txt
Min-U-Script® with Word Index

Case 4:22-cv-05502-DMR   Document 366-25   Filed 04/17/25   Page 3 of 7

Coalition on Homelessness, et al. v.  
City and County of San Francisco, et al.

Krysle Lorraine Erickson  
February 10, 2025

Page 93

[redacted]

Page 94

[lines 1–7 redacted]

8  Q   So going -- so still on the second time that
9  you experienced a resolution at Dore and Target-ish.
10 A   Uh-huh.
11 Q   Walk me through, I guess, that day. So, did
12 you stay for the resolution?
13 A   Uh-huh.
14 Q   And that was in the morning, I think you
15 said?
16 A   Uh-huh.
17 Q   What did you see?
18 A   Them taking everybody's stuff. I mean,
19 taking my stuff, taking everybody's stuff.
20     Especially if you weren't there, like, I
21 mean, it was very -- nobody -- nobody had a camp to
22 come back to if you weren't there. And --
23 Q   And when say "them," who do you mean?
24 A   Them, taking people's stuff?
25 Q   Yes.

Page 95

1  A   DPW.
2  Q   Anyone else there at the resolution?
3  A   Um, SFPD was always there, is there, yeah.
4  Kind of enabling DPW to do their thing.
5  Q   But that morning, did a HOT Team member come
6  and talk to you?
7  A   The HOT Team was probably -- yeah, yeah. HOT
8  Team was there a lot. And that particular morning, I
9  believe I was -- they talked to me about a room, if it
10 -- if it was available.
11     And so we had to wait to see, again, if there
12 was a bed available. A room.
13 Q   Anyone else talk to you that day from the
14 resolution team?
15 A   I don't think so, no.
16 Q   Okay. So focusing on your stuff, did you
17 have time to pack up your stuff?
18 A   Um, I had a little bit of time. But it's --
19 it's hard because there -- when -- yeah, DPW, like, it
20 is my experience every time I've ever been swept or had
21 a -- resolved or whatever, it's -- I'm always having to
22 deal with, like, trying to pack up my things.
23     And then as soon as I turn around, like, DPW
24 grabbing what I just to, you know, set -- what I'm
25 trying to pack up (Indicating). And, you know, them

Page 96

1  just deeming my belongings garbage, which, like,
2  definitely happened that day.
3  Q   That day -- what happened that day, sorry?
4  A   Them taking stuff as I'm trying to pack it
5  up, you know what I mean? And I'm, like, setting aside
6  and running over here and doing this, and like as soon
7  as I turn around, they're taking stuff, and I'm like:
8  No, no, no, no.
9      And then when I do that, they're taking the
10 other stuff (Indicating), and -- it sucked. Excuse my
11 language. I'm sorry. That was not fun.
12     So, yeah. Trying to pack things up.
13 Q   Do you remember, like, on that second time
14 that we've been talking about, do you remember what
15 things were taken?
16 A   Um, I mean, just -- I know, specifically -- I
17 think the camp stove was taken that time. A lot of --
18 a lot of things, actually. They got some of my dog
19 stuff.
20 Q   Like, what kind? Like leashes? Or like
21 food, or --
22 A   Yeah, like her -- her, like -- I mean, like
23 the bin that her food was in, and like her bed, and her
24 little toys and everything that were all in the box,
25 the bin thing.

Case 4:22-cv-05502-DMR   Document 366-25   Filed 04/17/25   Page 4 of 7

Coalition on Homelessness, et al. v.
City and County of San Francisco, et al.

Krysle Lorraine Erickson
February 10, 2025

Page 97

1              And, um, my -- some extra blankets and stuff
2    that I had, tarps.  A lot of -- they tried to get my
3    tent, but I don't -- they didn't get it that time.
4       Q    You said it was raining that day?
5       A    Yeah, it was kind of raining.  Not like
6    pouring -- it wasn't raining like right then, but it
7    had been raining for those couple -- like for a couple
8    days leading up to that.
9       Q    And so you said -- sorry.  So your dog stuff,
10   like bin for food, her bed, toys, extra blankets, the
11   tent.
12           Anything else, can you remember?
13      A    No, they didn't -- they didn't get the tent
14   all the way, that particular time.
15      Q    So not the tent.
16      A    That particular time.  They tried to.  They
17   tried to.
18      Q    So, did you, did you stop them?  Or what did
19   you -- what happened with the tent?
20      A    Yeah.  I just got it broken down, broken
21   down.  Like, got it broken down and out of their way, I
22   guess.
23      Q    So you packed it.
24      A    Yes.
25      Q    I see.  Were the blankets that they took,

Page 98

1    were they wet, or anything?
2       A    No.
3       Q    How did you keep them dry?
4       A    Well, they had been inside my tent, folded
5    up, put in, like, one of those, like, blanket -- what
6    you get at the store, those plastic, like, zip-up
7    blanket things is how I would normally turn -- you
8    know, move my blankets and stuff around.
9       Q    And what condition were the things that you
10   mentioned?  Your dog's things that were taken, what
11   condition were they in?
12      A    They were in good condition.  You know, her
13   stuff.
14      Q    When you say "good condition," you mean,
15   like --
16      A    Like not -- not garbage.  Like, they were --
17   it was her bed that was in my tent that she used, you
18   know, so it wasn't -- it was nice.
19           You know, I had some dog hair on it, and
20   stuff, but...
21      Q    Anything else that was taken at that time?
22      A    Probably.  I can't remember specifically, but
23   yeah.
24      Q    Do you remember what things you were able to
25   pack up?

Page 99

1       A    My -- my actual tent.  Um, some of my clothes
2    and stuff.  Some other random -- like, water jugs and
3    stuff, I remember I got away with.  And yeah, some
4    stuff -- just, that's basically it.
5            One tarp that was over -- I know they took
6    the tarps that were over the side, the stuff on the
7    side, but I think I got to keep the tarp that was over
8    my actual tent.
9       Q    Got it.  So you packed up, and then you
10   walked away, I assume?
11      A    Yeah.  I can move my stuff across the street,
12   and was waiting for the HOT Team to get back to me
13   about the room or whatever.
14      Q    And did you -- did they come?
15      A    They ended up not having a bed available.
16   But, yeah.
17      Q    But they came and told you that, I assume?
18      A    Uh-huh.
19           MR. GRADILLA:  It's 12:30.
20           Can we go off the record?
21           THE VIDEOGRAPHER:  This marks the end of
22   Media No. 2.  We are going off the record.  The time is
23   12:37 p.m.
24           (Off-the-Record discussion)
25           (A lunch recess was taken at 12:37 p.m.)

Page 100

1                      P.M. SESSION
2                        ---oOo---
3            THE VIDEOGRAPHER:  This is the beginning of
4    Media No. 3.  We are on the record at 1:33.
5                   EXAMINATION RESUMED
6    BY MR. GRADILLA:
7       Q    Good afternoon, Ms. Erickson.
8       A    Good afternoon.
9       Q    Thank you for being here.  You understand
10   you're still under oath, yes?
11      A    Yes.
12      Q    Okay.  So, next I will ask you some questions
13   about what I'm going to introduce as Exhibit --
14   double-check where we are --
15           THE REPORTER:  122.
16           MR. GRADILLA:  122.  Thank you.
17           (Exhibit 122 marked for identification.)
18           (Document tendered)
19           MR. NTIM:  Thank you.
20           THE WITNESS:  Yep, yep.
21   BY MR. GRADILLA:
22      Q    I'm going to ask you to take a second to look
23   at it.
24      A    Uh-huh.
25      Q    Have you seen this document before?

Case 4:22-cv-05502-DMR    Document 366-25    Filed 04/17/25    Page 5 of 7

Coalition on Homelessness, et al. v
City and County of San Francisco, et al.

Elizabeth Stromer - Vol. 1
February 7, 2025

Page 105

1  A.  No.  Those collections are Juan Carlos'
2  collection.  And he is not a street vendor.  And he
3  does not sell anything.  Uh . . . yeah.
4  Q.  Okay.  Going back, I guess, to like just --
5  like what this encampment looked like.  Besides
6  Chaparrito, was there anyone else --
7      (SIMULTANEOUS DISCUSSION.)
8  A.  There was also somebody -- a white
9  gentleman, very tall, named Robert.  And we watched
10  his stuff once in a while.  But he didn't have much.
11  They took it all at that time also, when . . . you
12  know, they sneakily throwing things in the back of
13  the truck happened.
14  Q.  And, sorry.  When you say, "they sneakily
15  threw things," are you talking about the --
16  A.  Yes.
17  Q.  -- February 24th incident?
18     Let me get back to what happened.  Anyone
19  else --
20  A.  Uh, no.  Not anybody else's belongings that
21  were around.
22  Q.  Okay.  I'm just asking these questions to
23  get a sense for what was happening in the encampment
24  garbage in around --
25  A.  Yes.

Page 106

1  Q.  There was?
2  A.  But not our stuff.  That was chaparrito and
3  his big mess.
4  Q.  Was there like, you know, rodents,
5  cockroaches, fleas?
6  A.  I didn't see any -- any bugs, but there's
7  always rats out there.  But, yeah.  He had a lot of
8  stuff that -- just garbage, as far as I'm concerned.
9  Q.  And when you say "always rats out there,"
10  where --
11  A.  They're everywhere.  You can hear them on
12  the street at night.
13  Q.  Hmm.  Did you see -- again, in the vicinity
14  of like the general encampment where you were
15  there -- like needles or syringes or anything of
16  that --
17  A.  No.
18  Q.  -- sort of thing?
19     Any human waste?
20  A.  Uh, no.  Not in our encampment.  Chaparrito
21  was never there long enough, I think -- he --
22  name -- put his stuff there, and then would -- but,
23  no.
24  Q.  What about like, you know, rotten food or
25  anything like that?

Page 107

1  A.  Maybe, if it got wet.
2  Q.  But you don't remember if --
3  A.  No.
4  Q.  Okay.  Cooking equipment?
5  A.  Oh, yeah.
6  Q.  That you had?
7  A.  Yes.
8  Q.  What did you have?
9  A.  Well, when they took our stuff that day,
10  they -- they did not get our -- in February.  They
11  did not get our cooking equipment.  They did get our
12  tent, and that is only because our time limit was
13  almost up, and we didn't have a choice.
14  Q.  Do you remember the condition your tent was
15  in?
16  A.  It was a good -- it was almost a grand new
17  tent.  We had just purchased it from a -- a woman
18  that worked around the corner at the Salvation Army.
19  Q.  How long had you had the tent by that
20  point?
21  A.  Two weeks.
22  Q.  And when you say "they took it," who -- who
23  took it?
24  A.  DPW took it.  Our time was up.  We had
25  15 minutes that day to move our things out of the

Page 108

1  way so that they could clean the sidewalk.
2  Q.  Did you ask to keep it?
3  A.  Oh, yeah.
4  Q.  What did --
5  A.  But they -- but our time was up.
6  Q.  And so -- I'm sorry.  I -- I'm not as
7  familiar with the stuff as you, but . . .
8     So you asked to keep it, and what did they
9  say in return?
10  A.  They gave -- they said, times up.  Anything
11  else that we left, they took.
12  Q.  Do you remember speaking or asking to
13  specific employee like a supervisor or anything or
14  do you remember --
15  A.  Yes.
16  Q.  -- what you said?
17  A.  Yes.  Because that was the same time that
18  they -- that sign did not say that we had to move.
19  It said that they were -- the encampment resolution
20  team was coming to speak with us, and the officer --
21  Q.  Okay.  I'm sorry, but my question was,
22  like, did you -- if you remember which DPW worker
23  you asked for . . . to keep the tent?
24  A.  Uh . . . the only one I remember arguing
25  with was one officer, and he was actually pretty

Case 4:22-cv-05502-DMR   Document 366-25   Filed 04/17/25   Page 6 of 7
Coalition on Homelessness, et al. v
City and County of San Francisco, et al.
Elizabeth Stromer - Vol. 1
February 7, 2025

Page 117

1    And we'd step out.  And the lady that was
2    advocating would be like, you know, they're --
3    you're not supposed to be touching that.  She asked
4    you not to touch anything or take anything.  And
5    that she said, it was okay.  And they were just, you
6    know -- you know, the second you turn your back,
7    like one of them would . . . scoop in and grab
8    something -- they're piled in the back of the truck
9    kept getting bigger and bigger.  And we were not
10   telling them to throw anything away.
11       What we told them was okay was the stuff
12   that was outside the tent in the bags.  Wet stuff.
13   We didn't care about that stuff no more.
14   Q.  And when you say that you were arguing -- I
15   think, you mentioned --
16   A.  Yes.
17   Q.  -- you were arguing with someone.  And was
18   that the fire --
19   A.  Yes.
20   Q.  -- person that you were arguing with?
21   A.  Yes.  He was the only one -- even the
22   police officer was decent; although, I was yelling.
23   Q.  If you remember, how did you recognize that
24   it was DPW again?
25   A.  The -- well, the -- the white uniforms and

Page 118

1    the mask now.  They didn't used to wear masks, and
2    the trucks.
3    Q.  And so, if you recall, what -- what items
4    that you told me you had that day, in February of
5    '24, what items were taken?
6    A.  Mainly, anything that was bigger.  Like,
7    they -- the -- take in the tank, 'cause we ran out
8    of time.  Uh, they took like -- we have a
9    little . . . uh, I don't -- I don't know what it
10   was.  It was just like a . . . a box that you could
11   put -- like an ottoman.  That's what it was.  They
12   took that.
13       They took our . . . our phone mattress that
14   we had gotten from the salvation -- or not -- yeah,
15   the Salvation Army.  Anything that was sitting
16   outside.  He had a bike, one bike, and a couple of
17   tires and wheels that were underneath our tarp.
18   They took all of that, because they claim that they
19   said that he said, it was okay to take it, but he
20   didn't.  You know, he didn't really talk to them at
21   all.  He was --
22       Juan Carlos who I'm speaking of.  He was
23   getting upset with me because I was getting mad at
24   them and yelling at them, instead of just moving.
25   Q.  Okay.  So you mentioned an ottoman.  Do you

Page 119

1    remember what condition the ottoman was in?
2    A.  Uh, it was -- it was -- it was okay.  I
3    mean, it wasn't -- didn't have mold on it.  It
4    wasn't wet.  It wasn't dirty.  It was something we
5    got at the Salvation Army, which was right there
6    where we lived.
7        We were there all the time, like every
8    other day.  When we had the apartment and when we
9    became homeless, they were very good to us about
10   being . . . you know, keep the can, if we need it --
11   needed it, put it back.  You know, coats, jackets,
12   blankets, they . . . let us, you know, walk out with
13   paying a dollar for it, instead of what the normal
14   price was.
15   Q.  And so how long had you had that ottoman at
16   that point, if you remember?
17   A.  Hmm.  Probably, not very long.  I don't
18   know.  Maybe, a month, if that.
19   Q.  And you mentioned a foam mattress?
20   A.  Yeah.
21   Q.  Do you know the condition of that?
22   A.  Uh, I don't -- I don't really know, because
23   it had a cover on it.  It was, uh . . . I think,
24   probably, some sort of a seating area for an R.V. or
25   something, but it was in really good shape.  But the

Page 120

1    inside, I never opened to look.
2    Q.  You said, they mostly took the bigger
3    stuff; right?
4    A.  Right.
5    Q.  Anything else?
6    A.  They took all the tarps.  They took
7    anything that was in a bag of any sort that was
8    sitting outside the tent in the tarp.  Hmm.
9    Q.  Anything else --
10   A.  Lots of things -- got a lot of things, like
11   maybe we noticed that, you know, certain suitcases,
12   all of our clothes were in -- missing.
13       Not this instance, but, uh, like -- I'm not
14   sure when it happened, but between that one and when
15   they took us in April, they got an entire suitcase
16   that he had of family albums and, uh, his silver
17   collection and . . . 'cause he tried to keep all
18   that stuff together.  And it just was gone.
19   Q.  I'll ask you about -- but that was not on
20   February 24th?
21   A.  We're not sure when it happened.  If it
22   happened that time, when they came or if it happened
23   in the April when they brought us to the Navigation
24   Center.  We just happened to notice that they -- we
25   didn't have it anymore.

Case 4:22-cv-05502-DMR    Document 366-25    Filed 04/17/25    Page 7 of 7

Coalition on Homelessness, et al. v.
City and County of San Francisco, et al.

Krysle Lorraine Erickson
February 10, 2025

Page 129

    with -- out of DPW's hands, a lot of the time, you
    know.
            But, they got to, like, really be kind of
    focused on me a lot, because, I mean, I verbally gave
    them hell, I guess.  So.  But, so...
        Q   On this incident we're talking about from
    your claim in October of '22, did you verbally give
    them hell?
        A   Yeah, yeah.  Of course.
        Q   Can you tell me what you said?
        A   Um, you know, it wasn't like at first or
    anything like that, you know what I mean.  And I kind
    of wait -- as soon as -- I comply, like, you know.
            I know I was complying then, too.  But it was
    a -- it became clear pretty quick that they weren't
    going to -- it didn't matter, like, you know what I
    mean?  They were just there to take everybody's stuff,
    kind of.
            Like, they did take a lot of people's stuff
    that day.  It didn't matter if we were trying to pack
    it up or not, like, couldn't do it fast enough, and
    they always just -- you know.
        Q   I want to follow up on two things.
            Did someone either from DPW, HOT, police,
    someone tell you how much time you had to pack up your

Page 130

    stuff?
        A   No, there's never really like a time frame
    given; it's kind of like do it now, kind of thing.
        Q   Did you ask for some time?
        A   Sometimes.  That particular time, I don't
    recall if I specifically asked for any.  Any time that
    they were waiting for a -- if we were -- if we were
    waiting to find out about beds, we would get a
    little -- like, that time to pack up our stuff.
            But, yeah.  I don't really recall exactly how
    it went down.
        Q   Okay.  And so this time, you start packing up
    your stuff, I assume; yes?
        A   Uh-huh.
        Q   At some point, did you interact with anyone,
    a DPW worker, such that you gave them hell?
            Or I guess, just tell me how it went from you
    packing up your things to, I guess, raising your voice
    at DPW, on October --
        A   Oh, that would just be like them, you know,
    like coming over, and while you're -- while I'm packing
    up, you know, doing things like start tearing down, you
    know, shit, like -- excuse me.  Excuse my language.
            Tearing down stuff, my camp belongings.
    Being just really aggressive with it, and sort of

Page 131

    taking stuff that you're clearly trying to pack up and
    get out of the way.
            And, not at all being professional.  Like,
    you know, saying -- like, verbally being really
    disrespectful, and kind of judgmental, and stuff like
    that.
        Q   When you say they were verbally
    disrespectful, just tell me, what happened?  Did they
    say anything?  Or --
        A   Yeah, they always -- I mean, always would say
    stuff.  Like --
        Q   On -- and we're talking --
        A   -- just stuff like -- I know, this particular
    day.  But, yeah.  Just, I believe there was a lot of
    going back and forth, like, with what -- what's
    considered gar- -- what of my belonging was garbage,
    and what -- you know; it wasn't like that.  It was
    calling my stuff garbage a lot.  And stuff like that.
            So we -- arguing with them, like:  This is my
    dog -- dog food.  How is this garbage?
            You know, stuff like that, like.
        Q   Do you remember if you were able to keep any
    of your things, that day?
        A   I don't remember keeping very many of my
    things.  I think -- I mean, it -- this is the day

Page 132

    that --
            (Witness examines document)
        A   This is the day that -- no.  I didn't -- I
    didn't get any, any -- I don't think there -- I think I
    may have left with a backpack, and my dog.
        Q   And so, what did you see DPW do?  Like, did
    you see them -- yeah.  What did you see them physically
    do?
        A   Oh, yeah.  Tear down my tarp; yank my tent,
    like, with stuff still in it and everything.  Like,
    like, as I was trying to -- you know what I mean?  Like
    when I was -- like I'd be moving some stuff to one side
    of the sidewalk that's over here (Indicating),
    whatever.
            And when I'm doing that, they just start like
    taking, pulling the corners, the whole corners of the
    tent (Indicating), like pulling the whole tent
    (Indicating).  And so everything gets all toppled in
    there.  And they just end up trashing -- like, hoisting
    the whole thing up into the back.
        Q   Were all of your belongings in the tent that
    day?
        A   I mean, a lot of them.
        Q   Did you have things outside the tent?
        A   Yeah.  At that point, because I was trying to