# EXHIBIT 20

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Coalition on Homelessness, et al. v*
*City and County of San Francisco, et al.*

---

*Corey Barkley*
*February 13, 2025*

---

*Behmke Reporting and Video Services, Inc.*
*550 California Street, Suite 820*
*San Francisco, California  94104*
*(415) 597-5600*

Original File 44102Barkley_NL.txt
Min-U-Script® with Word Index

Case 4:22-cv-05502-DMR   Document 366-26   Filed 04/17/25   Page 3 of 11
Coalition on Homelessness, et al. v
City and County of San Francisco, et al.
Corey Barkley
February 13, 2025

Page 45

1  out there. We just haven't had, like -- we just haven't
2  had the right chances.
3      And it's not to say that some of us -- I don't
4  know. Some of us have -- I know -- I know life -- like,
5  life, you're not just going to be handed things. I
6  realize that.
7      But sometimes, like, some of us need a little
8  bit of extra help, I guess.
9      So I guess, going back to your question, I feel
10 like if they came through and made -- like, I know,
11 like, it all takes time. I realize how the world works,
12 you know. Like, I realize it would take time and money
13 and all that.
14     But maybe coming through and helping us or --
15 yeah.
16 Q. Helping you how?
17 A. Like, telling us what we can and can't have
18 instead of just taking it all and tossing it in the back
19 of a truck and calling it all garbage.
20 Q. Okay. Thanks for that.
21     Mr. Barkley, would you consider yourself an
22 advocate for people experiencing homelessness?
23 A. No. I wouldn't consider myself an advocate.
24 Q. Do you have any positive things to say about how
25 the City responds to homelessness?

Page 46

1  A. Yeah. Like I said before, like, the City seems
2  to embrace it a lot more than most other cities. And
3  there are -- yeah, there are a lot of good people out
4  there that do want to help us, that have helped us, or
5  is -- yeah, in the midst of helping us.
6  Q. Would you consider yourself -- shifting gears a
7  little bit, Mr. Barkley.
8      Would you consider yourself an expert on any of
9  the issues or topics related to this lawsuit?
10 A. One more time.
11 Q. Would you consider yourself an expert in any of
12 the issues or topics in this lawsuit?
13 A. No.
14     MR. GRADILLA: Why don't we take a break now.
15 Is that okay?
16     THE VIDEOGRAPHER: The time is 11:03. We're
17 going off the record.
18     (Recess taken from 11:03 to 11:21 a.m.)
19     THE VIDEOGRAPHER: The time is 11:21. We're
20 back on the record.
21     BY MR. GRADILLA:
22 Q. Mr. Barkley, do you know what the phrase --
23 well, let me rephrase.
24     Have you heard of the phrase, bag and tag?
25 A. Yes.

Page 47

1  Q. What does that phrase mean to you?
2  A. That your belongings are sometimes put into a
3  bag, and you are sometimes able to get them back from
4  DPW.
5  Q. How did you come to understand -- how do you
6  know that? Or did you read something? Did someone tell
7  you about this?
8  A. I had heard about it, but never seen it actually
9  happen.
10 Q. Who did you hear about it from?
11 A. The -- from the -- like, from a few different
12 people. I -- I had known, like, they had sometimes
13 gotten this bag and tag had happened. Like, they were
14 able to do that.
15 Q. When you say, "a few different people," do you
16 mean, like, people --
17 A. Homeless, yes.
18 Q. Have you ever read the bag and tag policy?
19 A. No.
20 Q. So you don't know one way or the other if the
21 policy has changed over time?
22 A. No.
23 Q. Is it fair to say you've never received training
24 on the bag and tag policy?
25 A. I -- I don't think -- I haven't spoken to

Page 48

1  anybody that has, no. So no.
2  Q. Do you have any other basis for your
3  understanding of what the bag and tag policy is, like,
4  other than speaking to folks on the street?
5  A. No. It was never brought to my attention.
6  Q. ==I think you said this, but correct me if I'm==
7  ==wrong. So you've never had your things bagged and==
8  ==tagged?==
9  ==A. No. Just always thrown away.==
10 ==Q. Have you ever seen DPW bag and tag someone==
11 ==else's belongings?==
12 ==A. No.==
13 Q. I think we went over this. Just to make
14 absolutely clear, you've never filed a government claim
15 with the City of San Francisco, correct?
16 A. No.
17 Q. Do you -- do you currently, Mr. Barkley, do you
18 fear that your property is going to be destroyed or
19 taken by the City of San Francisco?
20 A. Yeah.
21 Q. Why is that?
22 A. Because it has in the past couple of months,
23 yeah.
24 Q. In the past couple of months?
25 A. Yeah.

Case 4:22-cv-05502-DMR   Document 366-26   Filed 04/17/25   Page 4 of 11

Coalition on Homelessness, et al. v
City and County of San Francisco, et al.

Corey Barkley
February 13, 2025

Page 57

1  A. Yeah.
2  Q. So you read this in March of 2023 -- sorry.
3     You helped write this in March of 2023?
4  A. Yeah.
5  Q. And is that your signature right there?
6  A. That is.
7  Q. And just, the top is your signature; and the
8     bottom writing, is that your printed name?
9  A. Yeah.
10 Q. Is that what that's supposed to be?
11    I wanted to point that out so you could --
12    situate you back to when you wrote this time wise.
13 A. Yeah.
14 Q. Could you read paragraph 3 to yourself, and let
15    me know when you're done.
16 A. Okay.
17 Q. So it says here that you were approximately --
18    that you were -- you were swept or experienced
19    resolutions approximately 20 times back then.
20 A. Yep.
21 Q. Is that still accurate?
22 A. Correct.
23 Q. Is there anything else about the -- sorry.
24    Is there anything about paragraph 3 that you
25    would change?

Page 58

1  A. No.
2  Q. If you could read paragraph 4, and tell me when
3     you're done.
4  A. Okay.
5  Q. Is there anything about paragraph 4 that you
6     would change?
7  A. No.
8  Q. Could you read paragraph 5, and let me know when
9     you're done.
10 A. Okay.
11 Q. You say, I have a hard time trusting the City's
12    offers of shelter? Can you tell me more about that?
13 A. Yeah. Because this incident right here, they --
14    I -- I was told I was going to be going indoors. And
15    they -- they said that they were going to have someone
16    come pick me up. And me and my friend sat on the side
17    of what is -- what was the Lucky Penny.
18    Shortly after, we let the City workers take all
19    of our stuff and throw it in the back of their truck as
20    garbage. And we sat there waiting for -- indefinite,
21    because they never came. And we just had all of our
22    stuff thrown away.
23 Q. So here in -- so when you say, this incident,
24    you're referring to the one where you say, approximately
25    six to eight months ago?

Page 59

1  A. At this time, yeah.
2  Q. So that would have been, I think, sometime in
3     August or -- between August and October of 2022?
4  A. Correct.
5  Q. And correct me if I'm wrong, but I think I heard
6     you say you let City workers take your stuff.
7     Is that accurate?
8  A. Yeah, because we were under the assumption we
9     were going indoors, and we weren't allowed to have --
10    all the stuff that we had, we weren't allowed to take
11    with us, so we had no choice, really.
12 Q. Was there, like, a conversation where you're,
13    like --
14 A. Yeah. They said -- they specifically told us
15    that if you're going -- if you're going to be going
16    indoors, you can only have what was two bags. And
17    that's kind of vague. That's a vague -- you know what I
18    mean?
19    That could be two huge bags or, you know -- so
20    we kind of kept what we thought was -- what we assumed
21    was two bags.
22 Q. And who told you this, that you can only keep
23    two bags?
24 A. The HOT team.
25 Q. Did they give you bags?

Page 60

1  A. No.
2  Q. Did anyone give you bags, any City workers?
3  A. Yeah, for garbage.
4  Q. But not to put your two bags' worth of things?
5  A. No.
6  Q. Who gave you the garbage bags?
7  A. Specifically, I don't -- I want to say DPW.
8  Q. And did you ask for your belongings to be bagged
9     and tagged?
10 A. I didn't know about this bagging and tagging.
11 Q. So when -- relative to this incident sometime
12    between August and October of 2022, when would you say
13    you learned about bagging and tagging?
14 A. It -- well, I mean, like, it was something that
15    I had heard about. But like I said, I'd never seen it
16    happen. And I honestly didn't think it would happen.
17 Q. But I guess what I'm asking is, since you said
18    you didn't know about bagging and tagging during this
19    incident, when do you think, if you remember, you
20    learned about bagging and tagging?
21 A. I honestly don't remember. I mean, it was
22    probably something that was said in passing. Like I
23    said, I didn't honestly believe it.
24 Q. So you didn't think to ask for your stuff to be
25    bagged and tagged?

Case 4:22-cv-05502-DMR   Document 366-26   Filed 04/17/25   Page 5 of 11

Coalition on Homelessness, et al. v
City and County of San Francisco, et al.

Corey Barkley
February 13, 2025

Page 61

1  A.  Because I didn't know about it.  I thought they
2  deemed it as garbage.
3  Q.  So is it safe to say that you would have learned
4  about bagging and tagging after --
5  A.  Correct.
6  Q.  -- October of 2022 -- or sometime after
7  August or October?
8  A.  Right.  Right.
9  Q.  Is there anything about paragraph 5 that you
10  would change?
11  A.  No.
12  Q.  Can you read paragraph 6, please.  Let me know
13  when you're done.
14  A.  Okay.
15  Q.  Is there anything about paragraph 6 that you
16  would change?
17  A.  No, sir.
18  Q.  Can you read paragraph 7?  Let me know when
19  you're done.
20  A.  Yeah.
21  Q.  You say, since then, the HOT workers often
22  reference that incident when they talk to me.
23     Is it -- if you remember, was it specific HOT
24  workers?  Was it, like, the same people over --
25  A.  Yeah.  Yeah.  It was -- like, they would be,

Page 62

1  like, the same HOT team workers that would come out
2  there.
3  Q.  Do you remember their names?
4  A.  No.
5  Q.  Do you remember what they looked like?
6  A.  Yeah.
7  Q.  Can you describe?
8  A.  One of them is Hispanic.  He's -- yeah.  He was,
9  like, Hispanic -- yeah, kind of broken English, but
10  not -- not bad.
11     And then another gentleman, white gentleman,
12  Caucasian, early 40s, glasses.  Yeah.
13     And this -- this black female that would always
14  come up there, that -- she seemed pretty nice, yeah.
15  Q.  Do you remember about how old she was?
16  A.  How old she was?  Maybe mid to late 30s.
17  Q.  Anything distinctive about her?
18  A.  No.  No.
19  Q.  So paragraphs, I'm going to say 5 through 7,
20  refer to one incident, correct, the one on Masonic and
21  Geary sometime between August and October of 2022,
22  right?
23  A.  Yeah.
24  Q.  Can you give me more details about that -- about
25  that incident?  Like, let's start with --

Page 63

1  A.  I was waiting --
2  Q.  Let's start with how your tent was set up.
3  Where was it?
4  A.  It was closer to -- closer to Masonic -- I'm
5  sorry -- closer to Geary.  And it was tucked back,
6  like -- because we knew that we had to keep so much
7  space for people to be able to walk by and walk through.
8     And I made sure to -- like, I always made sure
9  the outside of my tent was -- there was no garbage.
10  There was no people having to walk over or through
11  anything.  I made sure to keep it upkept and the -- the
12  people around -- like, my immediate friends that stayed
13  around there, yeah, we all made sure that it was not
14  somewhere that you could just store your shit --
15  sorry -- store your stuff, and make it look like crap.
16     Because that was the one thing we didn't want
17  was people coming by and just saying things.  Or we made
18  sure that we pretty much tried to always keep it -- we
19  always kept it really nice up there.
20  Q.  When you say, "we," like, how many other people
21  were you camping with?
22  A.  Three.
23  Q.  So there's four of you total?
24  A.  Yeah.
25  Q.  Did you tend to camp with them, like, as a

Page 64

1  group?
2  A.  Yeah.
3  Q.  Do you remember their names, like, first and
4  last names?
5  A.  Yeah.
6  Q.  Could you tell me their names?
7  A.  My friend Scott Warfield; William Graham, and
8  Rudy -- what's his last name? -- Rudy Aguilar.
9  Q.  Did you each have your own tent?
10  A.  No.  Me and Rudy stayed in my tent.  And then --
11  yeah, William Graham has his own tent, and Scott has his
12  own tent.
13  Q.  And did -- I think you mentioned that you didn't
14  keep things in front of your tent or around it.
15     So is it safe to say all your belongings were
16  inside the tent?
17  A.  Correct.
18  Q.  And the tent that you had at that time, did you
19  purchase it?
20  A.  Yeah.
21  Q.  If you remember, where did you get it?
22  A.  I got it from the Target in Bay Fair.
23  Q.  And do you remember how long before the incident
24  you had had that tent?
25  A.  I'd had it a couple of months.

Case 4:22-cv-05502-DMR    Document 366-26    Filed 04/17/25    Page 6 of 11
Coalition on Homelessness, et al. v
City and County of San Francisco, et al.
Corey Barkley
February 13, 2025

Page 65

1  Q.  So in that area in that encampment, like, on
2  Masonic and Geary, was there a bathroom that you tended
3  to use?  How did you use the bathroom?
4  A.  We used the Target -- Target bathroom.  Or we
5  would go over to Trader Joe's that was right across the
6  street.
7  Q.  Were there any animals staying with you guys?
8  A.  Animals?  No.
9  Q.  Again, we're just speaking about this incident
10  that you write about in your declaration, sometime
11  between August and October of 2022.
12      Can you describe to me the items that you had in
13  your tent?
14  A.  I had, like, a little mattress, like, a speaker.
15  I think I had, like, a couple of laptops.  What else?
16  Obviously, like, some clothes and, like, a little -- you
17  know, the little dresser, like the plastic dresser
18  things that have the drawers on them and stuff.
19  Q.  Yeah.  Like you would get at Target?
20  A.  Yeah.  Yeah.  And not too much else really.
21  Yeah.  Maybe, like, some food items and stuff, yeah.
22  Q.  I was just about to ask about food.  Did you
23  store food in, like, a plastic container or something?
24  A.  Yeah.  Typically, we would try to keep, like,
25  one of those Styrofoam coolers or something.

Page 66

1  Q.  So you -- your practice generally was to store
2  your food in the Styrofoam cooler?
3  A.  Yes.
4  Q.  Is that also true for Rudy?
5  A.  Yeah.  If he was staying with me, then yeah.
6  Q.  What about any cooking equipment, like a stove
7  or anything like that?
8  A.  No.
9  Q.  No?
10  A.  No.
11  Q.  Did you -- like, how would you cook your food,
12  if at all?
13  A.  Like, we would -- we would usually just eat a
14  lot of junk food and stuff.
15  Q.  You didn't have, like, pots, pans, stuff like
16  that?
17  A.  No.  No.
18  Q.  What about an electricity setup?  Did you have
19  an electricity hookup?
20  A.  We would usually -- because Target, they used to
21  have -- it's a box on the inside where you could -- and
22  it had -- like, you could put in, like, any sort of
23  number.
24      And you could put your electronics in there, and
25  it would charge it up.  And you could leave it there.

Page 67

1  And it would be locked up.  And you just come back after
2  a little bit, and your things would be charged.
3      That's what we used for a long time.
4  Q.  Inside the store --
5  A.  Inside the store.
6  Q.  -- there's, like, some sort of a safe kind of a
7  thing?
8  A.  Yeah.  You could call it that.
9  Q.  You would lock your phone behind a door?
10  A.  Phone or, like, any sort of electronic, yeah.
11  Yeah.
12  Q.  So it would be charging, but only you would have
13  access to it?
14  A.  Correct.
15  Q.  So that's helpful to know.
16      But the question, I think, was just, like, was
17  there an electricity setup in your tent area.  So the
18  answer is no?
19  A.  No.
20  Q.  No solar panels or anything like that?
21  A.  No.
22  Q.  What about, like, heating stuff, like, things to
23  keep you warm, like --
24  A.  Blankets.
25  Q.  No candles, no --

Page 68

1  A.  No.  I'd seen horror -- yeah.
2  Q.  What would you do with your garbage?
3  A.  We kept it in a garbage bag.
4  Q.  Where would you put that?
5  A.  It would stay in my tent till they would come
6  around.  That was one thing that we, like, we -- they
7  would tell us, if we do accumulate garbage, that we
8  could take it across the street to the Lucky Penny by,
9  like, the sign that they have.
10      And we could leave it there.
11  Q.  Who would tell you that?
12  A.  DPW.
13  Q.  So would you do that?
14  A.  Yeah.
15  Q.  How -- how do you know it was DPW?  Were people
16  wearing uniforms?
17  A.  What do you mean, how would we know?
18  Q.  The people who told you --
19  A.  Yeah.  Yeah.  Yeah.  They're driving the DPW
20  trucks, so I would assume.
21  Q.  And your tent at Masonic and Geary, again, just
22  focusing on that incident that we're talking about that
23  happened sometime between August and October of 2022,
24  did you have, like, a sharps container or anything like
25  that?

Case 4:22-cv-05502-DMR   Document 366-26   Filed 04/17/25   Page 7 of 11

Coalition on Homelessness, et al. v
City and County of San Francisco, et al.

Corey Barkley
February 13, 2025

Page 69

1  A.  No.
2  Q.  Did any of your -- did Rudy?
3  A.  No.
4  Q.  What about the other folks?
5  A.  No.
6  Q.  What about, like, foil or pill containers,
7     anything like that?
8  A.  No.
9  Q.  Pipes?
10 A.  No.
11 Q.  Lighters?
12 A.  Sure.  I'm sure we had lighters.
13 Q.  Was there, like, rodents or cockroaches or
14    anything like that?
15 A.  No.
16 Q.  What about human waste?
17 A.  No.  That was the only thing we would -- yeah.
18 Q.  Rotten food or spoiled food?
19 A.  Not purposely, no.
20 Q.  But if you remember, was there?
21 A.  No.
22 Q.  Was there anything that you think could be
23    viewed as a health or safety hazard?
24 A.  No.
25 Q.  Anything that you think could be viewed as

Page 70

1    soiled or moldy?
2  A.  Not that I can recollect, no.
3  Q.  Anything that can be viewed as, like, drug
4     paraphernalia, anything like that?
5  A.  No.
6  Q.  What was the weather that day that -- when the
7     sweep happened in -- sometime between August and October
8     of 2022?
9  A.  When they were supposed to come pick us up?
10 Q.  Yeah.
11 A.  It was a pretty nice day.  Yeah, it was nice.
12    And it was, like, closer to the evening that they
13    came -- yeah.
14 Q.  But -- sorry.  The --
15 A.  Closer to the afternoon, rather.  Sorry.
16 Q.  That who came, the DPW person?
17 A.  Yeah.  Yeah.  The DPW and HOT team.
18 Q.  And so when -- so it was in the afternoon.
19    Could you walk me through what happened?  The
20    HOT team approached you first, I assume?
21 A.  Yeah.  They were typically the first ones there
22    that would show up.  And -- yeah.  They were asking me
23    and my -- my friend Coyote if we wanted to -- if we
24    wanted to go inside, and we told them yes.
25    And we -- so, yeah, we were, like, kind of

Page 71

1    excited to finally be going inside.  And we started to
2    get our stuff together.  And we -- I had -- I was --
3    yeah, I started to get my stuff together.
4       And then me and him went across the street.  And
5    DPW showed up shortly after that and, yeah, started,
6    yeah, throwing our shit in the back of their truck.
7       And we were sitting there, and it was, like,
8    three hours we sat there waiting.
9  Q.  So you were sitting across the street from where
10    you had your stuff?
11 A.  Right.
12 Q.  And --
13 A.  Because, yeah, that was, like -- typically,
14    like, the protocol that we had to go, because they would
15    come with a pressure washer, and then pressure wash
16    everything.  And then typically, we would end up going
17    back over and setting up after they left.
18 Q.  So when HOT first came up to you that day, had
19    you -- was an incident commander with them at all, like,
20    a fire person, or no?
21 A.  I don't -- I don't remember specifically if --
22    yeah, if anybody was there that day.
23 Q.  Before HOT approached you, had you seen a notice
24    that day or in days prior about an operation?
25 A.  That time, I can't -- yeah.  I can't remember.

Page 72

1  Q.  So you don't know one way or the other if you
2     saw one?
3  A.  If I saw what?
4  Q.  A notice.
5  A.  Oh, yeah.  Yeah.  I can't -- yeah.  I can't
6     remember.  Yeah.  Sometimes they would, sometimes they
7     wouldn't.
8  Q.  But that instance, you don't remember?
9  A.  Typically, no.  I don't remember.
10 Q.  So you said you were gathering your stuff.
11    Right?
12    Were you gathering your stuff, like, to keep
13    some of them and let others go?  Or what do you mean by
14    gathering your stuff?
15 A.  What they had told us, that we could keep the
16    two bags of stuff.
17 Q.  So of the things that you told me you had,
18    the -- you just told me you had a little mattress,
19    speaker, those things -- do you remember what you kept?
20 A.  It was some clothes, my speaker, yeah.
21 Q.  What about the laptops?
22 A.  Oh, yeah.  Yeah.  I kept -- yeah.
23 Q.  You said you had two, right?
24 A.  Yep.
25 Q.  Anything else?

Case 4:22-cv-05502-DMR   Document 366-26   Filed 04/17/25   Page 8 of 11

Coalition on Homelessness, et al. v
City and County of San Francisco, et al.

Corey Barkley
February 13, 2025

Page 81

1  think you mentioned that you bought a tent at Target
2  about two weeks after the December -- sorry -- after the
3  August -- so the incident we're talking about that
4  happened sometime between August and October of 2022,
5  was it the same tent that you bought after that previous
6  incident?
7  A.  I believe so, yeah.
8  Q.  So at this point, you probably had that tent
9  for --
10 A.  A couple of months.
11 Q.  A couple of months?
12 A.  Yeah.
13 Q.  At this point in February of 2023, were there
14 any animals staying you with guys?
15 A.  No.
16 Q.  Did you ever have any pets?
17 A.  No.
18 Q.  At this time, were you also using the bathroom
19 at Target?
20 A.  Yeah.
21 Q.  When you were at Masonic and Geary, is it safe
22 to say that you used --
23 A.  That's where I used the bathroom.
24 Q.  You used the bathroom at Target often?
25 A.  Yeah.

Page 82

1  Q.  Is it also safe to say that most of the time
2  that you were camping on Masonic and Geary, that you
3  charged your electronic equipment at Target?
4  A.  Yeah.  Or if I were to go out somewhere else,
5  yeah.  Yeah.  Yeah.  Yes.  Sorry.
6  Q.  So mostly Target, but sometimes other places?
7  A.  Yeah.  If I was out and about, yeah.
8  Q.  Was there ever a time when you were camping at
9  Masonic and Geary and you had set up some sort of
10 electrical outlet, power charging situation at your
11 tent?
12 A.  No.
13 Q.  Again, all my questions are going to be about
14 the February 2023 incident.
15    How were you storing your garbage at that time?
16 A.  We usually -- like I said, we -- we always had a
17 garbage bag, and we were instructed to either leave --
18 leave what we had, like, bagged up already across the
19 street at the Lucky Penny underneath the awning -- not
20 awning -- the sign that they had there.
21    Or -- yeah.  Or down the hill just a little bit,
22 but at a designated spot.
23 Q.  So that was generally how you dealt with garbage
24 throughout your time at Masonic and Geary?
25 A.  Correct.

Page 83

1  Q.  Remind me, when were you at Masonic and Geary,
2  just generally the time period?
3  A.  It was -- so before I went into tiny homes, I
4  was there for about year and a half.  So, like, it was,
5  like -- I want to say, yeah, January, probably, of,
6  like, 2022.  January or February, yeah.
7  Q.  Thanks.  Going back to the incident at -- the
8  incident in February of 2023, just talking about the
9  general conditions of your encampment, did you have a
10 stove or any other cooking equipment at that time?
11 A.  No.
12 Q.  Any, like, candles or any other kind of heating
13 equipment to kind of keep warm?
14 A.  No.  Like I said, I never seen -- I have horror
15 stories about that.
16 Q.  Did you say you've never had that when you were
17 out --
18 A.  No.  Yeah.  I didn't.  Yeah.  I was not
19 burning -- burning candles in my tent, because like I
20 said, I've seen bad things happen when people do that.
21 Q.  Can you tell me more about that?  What have you
22 seen?
23 A.  Yeah.  So at one point, some guy that I knew, he
24 threw out the tent -- left a candle burning in his tent
25 and left.  And luckily he wasn't in there when it caught

Page 84

1  on fire.
2     But his tent caught on fire and burned up pretty
3  quick.
4  Q.  Do you remember when that happened?
5  A.  Oh, no.  I just --
6  Q.  Did you see it?
7  A.  Yeah.  I seen it.
8  Q.  Going back to your encampment in February of
9  2023, were there any rodents, cockroaches, or anything
10 like that?
11 A.  No.
12 Q.  What about, like, needles, syringes?
13 A.  No.
14 Q.  Glass pipes, any drug paraphernalia?
15 A.  No.
16 Q.  Anything that could be viewed as a health or
17 safety hazard?
18 A.  No.
19 Q.  Anything that was soiled or moldy?
20 A.  No.
21 Q.  Anything -- okay.
22    At paragraph 9, you list out a few things that
23 you had that day that you say you lost.  You say, I lost
24 a bed, some flashlights, my tent, and other belongings.
25    Just kind of want to know more about the things

Case 4:22-cv-05502-DMR   Document 366-26   Filed 04/17/25   Page 9 of 11

Coalition on Homelessness, et al. v
City and County of San Francisco, et al.

Corey Barkley
February 13, 2025

Page 101

1  A. Yeah. They were coming quite often.
2  Q. Do you remember how you got the tent -- how you
3     got a tent again, the one you were using in March?
4  A. That one, I -- I bought from somebody from
5     Civic Center.
6  Q. And just to be clear, there was no one else
7     camping around you guys?
8  A. No.
9  Q. Did you all have any -- were all your
10    belongings -- your belongings, Corey -- Mr. Barkley,
11    were they all inside your tent?
12 A. Yeah.
13 Q. Nothing in and around your tent -- sorry.
14    Nothing outside your tent?
15 A. No. No.
16 Q. The garbage situation is the same as you
17    described before?
18 A. Yeah. We always -- yeah. We always tried to
19    keep our area pretty clean.
20 Q. You would take your garbage over to the Penny --
21 A. Lucky Penny. Where they instructed us to, yeah.
22 Q. If you can remember, do you remember what items
23    you had, like, your belongings inside the tent?
24 A. Clothes, two mattresses this time. But they had
25    gotten really, really wet from some rain. We were

Page 102

1  getting rid of those.
2     I had my speakers. Yeah, my speakers still
3  then. Backpacks, you know.
4  Q. Any furniture?
5  A. No.
6  Q. Bedding?
7  A. Yeah. Yeah. There was probably, like,
8     blankets.
9  Q. Were those in okay condition? Were they
10    also wet?
11 A. Those were pretty good.
12 Q. Besides the mattresses, anything else, like,
13    pretty wet inside your tent?
14 A. Repeat that. I'm sorry.
15 Q. Besides the mattresses that you said were really
16    wet, was there anything else that was super wet inside
17    your tent?
18 A. No -- yeah -- no. No, there wasn't. I'm sorry.
19    Yeah. It's all, like -- (inaudible) -- yeah.
20    There was -- we had some food that we had just gotten.
21    I had some change that I had saved up in a little
22    plastic Tupperware that were, like, some really old
23    pennies that I had found.
24    Some clothes, my sleeping bag, a blanket.
25 Q. Were there any -- excuse me -- rodents,

Page 103

1  cockroaches, fleas, things like that?
2  A. No.
3  Q. Any needles, foil?
4  A. No.
5  Q. Pipes, anything?
6  A. No.
7  Q. Anything that could be considered a health or
8     safety hazard?
9  A. No.
10 Q. And were the mattresses at that point moldy or
11    just wet?
12 A. Yeah. They were just -- they were just wet.
13 Q. So was there anything moldy or soiled?
14 A. Not that I can recollect, no. We knew we had to
15    get rid of them because that was going to happen.
16 Q. So on that day, it sounds like you were asking
17    for money, right? So you were not there when they
18    started?
19 A. When they originally got there, correct, right
20    when they got there.
21 Q. So when you got to the scene where your tent
22    was, can you describe what you saw?
23 A. I wasn't far away. I was right around the
24    corner. I come around the corner, and DPW is getting
25    rid of it.

Page 104

1     And, yeah, I can see William Graham. He's got
2  some of his stuff in a shopping cart. And so before I
3  came over, I grabbed a shopping cart from the Target
4  right there.
5     And I came over, and I started putting stuff
6  inside the shopping cart. And where we had had the
7  stuff originally, this had never been an issue before.
8  Then I believe it -- it was a DPW worker that came out
9  and said, no, you can't have that here this time. You
10 got to move it.
11    So me, William Graham decided to take it down,
12 like, another -- it was maybe, like, a block and a half,
13 to an old abandoned car wash. And shopping cart by
14 shopping cart, we started taking it down there.
15    At one point, I'm coming up, and I -- I happened
16 to see them throwing my -- my blankets, my food, some of
17 my clothing into the back of a garbage truck.
18    And so I'm running up the street, screaming, no,
19 no, no. That is my stuff. And I get up there, and I --
20 I started pulling stuff out of the garbage truck. And
21 when I was doing so, I guess one of the gentlemen that
22 was working at -- yeah. It was one of the garbage truck
23 workers or whatever -- went over and started to tell the
24 police.
25    And so the police and this garbage truck worker

Case 4:22-cv-05502-DMR   Document 366-26   Filed 04/17/25   Page 10 of 11

Coalition on Homelessness, et al. v
City and County of San Francisco, et al.

Corey Barkley
February 13, 2025

Page 105

1  come up and I'm grabbing my, like, clothing, my stuff
2  that doesn't need to belong in the back of a garbage
3  truck, who anybody can see this is somebody's stuff.
4     He's telling me not to grab the stuff. If I
5  proceed, that he was going to arrest me.
6     And that's when I turned around and I said, wow.
7  Thank you for doing your job. This is awesome. Like,
8  you can clearly see this is perfectly good stuff, my
9  stuff, my food. I had food.
10    And they lifted up a shopping cart and just
11  tossed it -- like, all my stuff in there.
12  Q. Was this a shopping cart that was already next
13  to your tent or the one you had taken from Target?
14  A. No. What? I only had one shopping cart.
15  Q. I guess that's --
16  A. Yeah. I had --
17  Q. I was a little confused by this.
18  A. William Graham had his own shopping cart, and I
19  had a shopping cart with my stuff. And I had started to
20  take -- help him take his stuff down the street.
21    And I had left mine up.
22  Q. Oh, okay. I see.
23  A. And when I was going back up, I see them throw
24  all my shit in the -- all my stuff into the back of the
25  garbage truck.

Page 106

1  Q. Just so I understand, you had a shopping cart
2  that you got at Target when you were heading back?
3  A. Right.
4  Q. You put your stuff in the shopping cart?
5  A. Right.
6  Q. You left the shopping cart there while you
7  helped William take his stuff --
8  A. Yeah.
9  Q. -- down the street to the abandoned car wash?
10  A. Right.
11  Q. Got it.
12  A. I mean, obviously, I have stuff in the shopping
13  cart, so it's obviously not garbage. You can clearly
14  see that.
15  Q. Before you and William went down to the car wash
16  to take his stuff, did you have a conversation with DPW
17  workers about --
18  A. They weren't -- the guys in the garbage truck
19  were not there. They had shown up when I was down the
20  street.
21  Q. But my question is, did you have a conversation
22  with anyone, like DPW workers, police, someone who was
23  there, about what stuff you were going to keep or not?
24  A. No. There was nobody around. I mean, so I --
25  yeah. I kind of just, like, left it there. And I was

Page 107

1  gone maybe -- like, I wouldn't even say ten minutes. I
2  would say, like, seven minutes. And yeah.
3     I -- because Cheeseburger had left a shopping
4  cart up there as well with his speaker that I had just
5  sold him too.
6     And he's like, oh, crap. I left that speaker up
7  there. So that's why I immediately turned around and
8  came back up too, because -- yeah, I was trying to help
9  save his stuff as well, but his stuff was fine.
10  Q. So just so I understand, so your stuff was --
11  some of your stuff was in the shopping cart, and I
12  assume the rest of your stuff was inside the tent still?
13  A. No. I had -- it was all broken down. It was
14  all broken down. And some of it, like, I had thrown on
15  one of the first loads that we took down to the car
16  wash.
17  Q. So did you take any of your stuff down to the
18  car wash or just William's stuff?
19  A. No. I took -- I had the tent that I had taken
20  down there.
21  Q. Your tent?
22  A. Yeah. Yeah. My tent. And a couple of
23  miscellaneous things that I can remember, like my
24  backpack and stuff --
25  Q. Got it.

Page 108

1  A. -- that had, like -- yeah.
2  Q. The wet mattresses, were they just kind of on
3  the ground or something, or where were they?
4  A. No. We made sure to tie them up, like, roll
5  them up, and tied them up. And we had set them across
6  the street and, like, off to the side.
7     And we had told them, yeah, these are going --
8  yeah, these are in the garbage.
9  Q. So you did tell them some of your things were
10  going to be thrown out?
11  A. Yeah. At some point, yeah.
12  Q. Do you remember, besides the mattresses, did you
13  tell them that you intended to throw anything else out?
14  A. No.
15  Q. No, you didn't, or no, you don't remember?
16  A. No, I didn't tell them anything else. I'm
17  pretty sure it was just the mattresses because around
18  that time, yeah, I didn't have a lot because like I
19  said, they were coming quite often around then.
20  Q. And so the things that you saw them throw into
21  the back of the truck, were they all in the shopping
22  cart -- in the Target shopping cart?
23  A. Yeah. Yeah. There might have been some stuff
24  that was set aside that they threw in.
25  Q. Again, you knew that these folks were

Case 4:22-cv-05502-DMR   Document 366-26   Filed 04/17/25   Page 11 of 11

Coalition on Homelessness, et al. v
City and County of San Francisco, et al.

Corey Barkley
February 13, 2025

Page 125

1  A.  He's older.
2  Q.  You just refer to him as a kid?
3  A.  Yeah. I know. I just kind of say that about...
4  Q.  Got it. Anything else you can remember that you
5      had with you?
6  A.  No.
7  Q.  So you just started staying at Masonic and Geary
8      at that time. How did you deal with garbage at that
9      point?
10 A.  I mean, I pretty much always, like, tried to be
11     somewhat of a neat person because I know people don't
12     like us. And I try to make it as easy as possible to --
13     for myself and the people around me to not get so upset
14     with us -- "us" meaning other homeless people -- with
15     garbage -- garbage thrown all over the place.
16        And I don't -- I don't want everybody to lump us
17     up as one, because we're not all, just -- we're not all
18     trying to make everything look bad, because it already
19     looks bad as it is.
20        But if we -- if -- if we -- if we not -- if it's
21     already hard enough to sleep out there, then it's easier
22     for us to sleep out there and not have people hate us so
23     much if we make it look somewhat better.
24 Q.  Okay. Understood. Again, just talking about
25     the conditions of your encampment. Was --

Page 126

1  A.  (Inaudible) -- yeah. It was garbage, garbage
2      bag. No needles. No foils, no pipes, nothing like
3      that.
4  Q.  I assume you didn't, but did you have any
5      cooking equipment at that point, like, a stove or --
6  A.  No.
7  Q.  -- pots and pans or anything like that?
8  A.  No.
9  Q.  What about, were there rodents, cockroaches,
10     fleas, anything like that?
11 A.  No.
12 Q.  I think you mentioned you don't -- at this
13     point, I assume you didn't have electricity, like, no
14     electricity setup?
15 A.  No.
16 Q.  Or, like, heating equipment, like, candles and
17     that sort of stuff?
18 A.  No.
19 Q.  Anything else that you think could be viewed as
20     a health or safety hazard?
21 A.  No.
22 Q.  Anything that you think could be viewed as
23     soiled or moldy?
24 A.  No.
25 Q.  Anything that you think could be viewed as drug

Page 127

1      paraphernalia?
2  A.  No.
3  Q.  Okay. When -- that day that the fire chief came
4      to you and it was raining, did you pack up your stuff
5      before they got there, or --
6  A.  Yeah. Yeah.
7  Q.  Why did you do that?
8  A.  We -- I assume they, like -- no. No. Yeah.
9      No, because they -- they will not -- they weren't coming
10     around that -- that was, like, when I first started
11     staying up there, so no.
12        I had just, like, packed up really quickly.
13 Q.  After they got there?
14 A.  Yes.
15 Q.  Do you remember what time of day they got there?
16 A.  It was early. It was really early.
17 Q.  By "they," I mean --
18 A.  DPW, fire chief, and the police. Police are
19     always there.
20 Q.  So you said there was no notices, right?
21 A.  No.
22 Q.  There was --
23 A.  This was early in, before, I guess, they had to
24     come and give notice.
25 Q.  Who was the first person that you interacted

Page 128

1      with that day from the City?
2  A.  I believe it was the police -- police officer, I
3      believe.
4  Q.  Do you remember what he or she said?
5  A.  They were coming to clean up the area.
6  Q.  So you packed up your stuff very quickly?
7  A.  Very quickly.
8  Q.  Did -- at what point did the fire chief come
9      over to you?
10 A.  In the middle of it. And he, like, was, like,
11     oh -- started to ask me what I was taking. And, yeah,
12     he just wanted to go on about, like -- yeah, he was,
13     like, picking. He was, like, oh, man. It was like, he
14     was, like, playing this little game, like, oh, you
15     really think you're going to need that?
16 Q.  When you say, "picking," what do you mean by
17     that?
18 A.  Like, nitpicking. Like, he could tell I was
19     getting annoyed. It's hard enough -- hard enough losing
20     your stuff.
21 Q.  I guess I'm wondering how that interaction
22     developed because you told me that you packed up your
23     stuff quickly, and your declaration says you moved,
24     right, down the block?
25 A.  Oh, yeah. I would move -- go down the block a