# EXHIBIT 25

To

Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - - -
 6   COALITION ON HOMELESSNESS,      )
 7   et al.,                         )
 8             Plaintiffs,           )
 9   v.                              )  CASE NO.
10   CITY AND COUNTY OF SAN          )  4:22-cv-05502-DMR (LJC)
11   FRANCISCO, et al.,              )
12             Defendants.           )
13   - - - - - - - - - - - - - - - - -
14
15
16                  REMOTE DEPOSITION OF
17                     MARK ROUMBANIS
18              THURSDAY, FEBRUARY 13, 2025
19
20
21        BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY: VALERIE E. RASMUSSEN, CSR 8900
23                550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA 94104
25                              (415) 597-5600
```

```
 1        Q    And do you understand that to be an Excel
 2   spreadsheet of items that have been bagged-and-tagged?
 3        A    I believe it is, yes.
 4        Q    Have you seen this bag-and-tag log?
 5        A    I have not.  I mean, yeah, I don't remember
 6   seeing it in detail.
 7        Q    Okay.  So is it fair to understand that you
 8   don't check the bag-and-tag log --
 9        A    I do not.
10        Q    -- for completeness?
11             Sorry, you shook your head there.  I want to
12   make sure we got that answer.
13        A    I do not.  I do not maintain it or check it
14   regularly.
15        Q    Okay.  Are you familiar with something known as
16   the CMMS report?
17        A    Yes.
18        Q    And what do you understand that to mean?  What
19   is a CMMS report?
20        A    In what capacity do you want to know about
21   CMMS?
22        Q    Sure.  This may actually be a good time to show
23   an exhibit so I can make sure you and I are talking
24   about the same thing.  So let me do that.
25             MS. KASHYAP:  Ms. Headrick, can you please pull up
```

```
 1  you walk me through what that research process looks
 2  like.
 3      A    Usually when a service request -- how do I say
 4  it -- a concern is brought up about a service request
 5  and it comes to me, I need to find out who can help me
 6  get an answer to what happened or what the concern is in
 7  order to get the person requesting that information.
 8      Q    Okay.  So let's say, for example, you got a
 9  concern about a service request related to special
10  projects, what would be the steps that you would take?
11      A    I would probably hand that off to the
12  supervisor to take care of.
13      Q    Okay.  And that's Mr. Garcia?
14      A    Possibly, yeah.
15      Q    Okay.  Who else might it be if not Mr. Garcia?
16      A    And what is it?  What would it be about?
17      Q    Special projects.
18      A    Oh, special projects.  Yes, Mr. Garcia
19  oversees -- he's the supervisor over special projects.
20      Q    Okay.  Great.
21           Once you handed it off to Mr. Garcia, would you
22  have any involvement after that?
23      A    Most likely, no.
24      Q    Okay.  Just so I'm clear, it sounds like your
25  only interaction with the CMMS database is if someone
```

```
 1   relays a concern to you about a particular service order
 2   request, you pass that on to the supervisor of whichever
 3   unit is implicated by that service offered.
 4           Is that accurate?
 5       A  Correct.
 6       Q  But you yourself are not delving into the CMMS
 7   database or pulling directly out of it?
 8       A  Very infrequent, yeah.
 9       Q  And when you say "very infrequent," can you
10   give me an estimate?  Is this once a year?  Even less
11   frequently than that?
12       A  Gosh, I cannot even give you a timeline.  It's
13   just very, very infrequent.  I don't have a number I can
14   give you, but it's not very often.
15       Q  Okay.  That's helpful.  Thank you.
16           So I want to come back, because we were
17   speaking about your supervision of Mr. Garcia.  So it
18   sounds like your -- we've spoken about the bag-and-tag
19   logs.
20           We've spoken about the CMMS records.
21           Are there any other documents you review
22   regularly as part of your supervision of Mr. Garcia?
23       A  Can you be more specific, please.
24       Q  Sure.  Sure.  Let me ask a different question.
25           Other than the daily meetings that you're
```

```
 1        Q    When you were supervising Mr. Dilworth, were
 2   there any documents that you were reviewing on a regular
 3   basis as part of your supervision of Mr. Dilworth and
 4   the hot spot crew?
 5        A    Oh, gosh.  I can't think of anything but I'm
 6   sure there are things that we talked about, there were
 7   documents.
 8        Q    But unlike, for example, the weekly report
 9   that's produced by the special projects team, was there
10   any kind of recurring document like that that you would
11   regularly review as part of your supervision?
12        A    I can't remember.  Yeah, I can't think of
13   anything right now.  Sorry.
14        Q    That's all right.
15             Would you review CMMS records as part of your
16   supervision of Mr. Dilworth and the hot spot crew?
17        A    Possibly, yeah.  Yes.
18        Q    Would you conduct spot checks in CMMS as part
19   of your supervision of Mr. Dilworth and the hot spot
20   crew?
21        A    Probably not.
22        Q    So is it safe to say when you were reviewing
23   CMMS records as part of your supervision of Mr. Dilworth
24   and the hot spot crew, it was in response to a concern
25   or complaint raise by someone else?
```