# EXHIBIT 37

To

Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Coalition on Homelessness, et al. v*
*City and County of San Francisco, et al.*

---

*Arthur Cervantes*
*February 11, 2025*

---

*Behmke Reporting and Video Services, Inc.*
*550 California Street, Suite 820*
*San Francisco, California  94104*
*(415) 597-5600*

Original File 44088Cervantes_NL.txt
Min-U-Script® with Word Index

Case 4:22-cv-05502-DMR   Document 366-43   Filed 04/17/25   Page 3 of 4
Coalition on Homelessness, et al. v                                    Arthur Cervantes
City and County of San Francisco, et al.                              February 11, 2025

Page 81

1  order."
2  Do you see that?
3  A. Uh-huh.
4  Q. And that references the practice that you
5  were talking about that if a DPW worker is bagging and
6  tagging an item in the field, they'll call the Radio
7  Room to have a service order created for the bag & tag.
8  A. Correct.
9  Q. And, you asked Jonathan Vaing or Kenny Bruce:
10    "should the radio room have the ability to
11    create Bag and Tag Service orders without an
12    Encampment service order?"
13    Do you see that?
14 A. Yes.
15 Q. And do you know whether that ability was ever
16 created?
17 A. Should be, yes. Yeah, it was.
18 Q. Okay. And then Jonathan Vaing, on the first
19 page, writes to you, on August 18th:
20    "I'll check with Radio Room."
21    I'm just reading a portion of the email.
22    "I'll check with Radio Room. I'm assuming
23    they create SR..."
24    Is that service request?
25 A. Service request, uh-huh.

Page 82

1  Q. (As read)
2    "...via 28Clean, that may be the probably
3    reason why team unable to take before and
4    after photos."
5    Do you see that?
6  A. Yes.
7  Q. Do you know whether today, a service order is
8  created first in 28Clean before -- sorry.
9    Do you know whether a service request is
10 created first in 28Clean, before a service order is
11 created in CMMS for a bag & tag?
12 A. Yes. It should -- they should create in
13 28Clean first, and then send it to CMMS for bag & tag.
14 Q. Okay. And today, is a DPW worker able to
15 take before and after photos for a bag & tag service
16 order?
17 A. Today, yes.
18 Q. Okay. We can put that away.
19    Okay. So I'm going to show you another
20 email, marked -- and let's mark this 1192.
21    (Exhibit 1192 marked for identification.)
22    (Document tendered)
23    THE WITNESS: Thanks.
24    (Witness examines document)
25    THE WITNESS: Oh, nice. This is it. The

Page 83

1  documentation I made.
2  BY MS. TALLA
3  Q. Okay.
4  A. Perfect.
5  Q. So I'm going to ask you some questions about
6  this email. But flip through and let me know when
7  you're ready.
8  A. Yeah, okay.
9  Q. Okay so, Exhibit 1192, let's look at the
10 bottom email on this first page. And it's an email
11 from you to a variety of DPW workers, on January 18,
12 2022.
13    Correct?
14 A. Correct.
15 Q. And it's attaching a training video and
16 training guide on how to close out service orders on
17 the mobile tablet. Correct?
18 A. Correct, yes.
19 Q. So just for the record, what's in the printed
20 Exhibit 1192 is something called SES Mobile Overview,
21 -- I'm sorry.
22    What's attached in the printed exhibit is the
23 SES Mobile Field Guide.
24    Correct?
25 A. Yes.

Page 84

1  Q. And then, what you I think had also attached
2  was a video, to your email. Correct?
3  A. Yes.
4  Q. Okay. And that video, just for the record,
5  is Bates-stamped CCSF-COH_250480.
6    Do you recall that video? Or I'm happy to
7  show it to you, if you don't recall it.
8  A. Oh, I -- I recall the video.
9  Q. Okay. So, is this the training that you did
10 at the end of 2023 when the new action code and other
11 changes were implemented?
12 A. No.
13 Q. Okay.
14 A. That's separate training.
15 Q. That's a separate training.
16 A. Yes.
17 Q. Okay. Were the materials for that training
18 at the end of 2023 different than the materials
19 attached to this January, 2022, email?
20 A. Yes. I occasionally do fresh trainings for
21 the supervisors. And for laborers, because they have
22 different people coming in so they just need the
23 information again.
24 Q. Uh-huh. After you did the training at the
25 end of 2023, did you check CMMS reports to confirm

Case 4:22-cv-05502-DMR    Document 366-43    Filed 04/17/25    Page 4 of 4

Coalition on Homelessness, et al. v
City and County of San Francisco, et al.

Arthur Cervantes
February 11, 2025

Page 85

1  whether the workers were following the training?
2  A. No.
3  Q. Did you create reports for other people in
4  DPW so that they could -- they could assess whether the
5  workers were following the training?
6  A. No.
7  Q. And when you said that you conduct
8  refreshers, refresher trainings, do you do that when
9  someone asks for it? Or do you do it on your own
10 initiative?
11 A. When they ask for it.
12 Q. And within the last year, how many refresher
13 trainings have you conducted for supervisors on CMMS?
14 A. None. Or, maybe one. Let me think about
15 that, actually. Maybe a couple.
16    I -- I do several refresher trainings for the
17 department, but for BSES specifically -- oh, yeah, a
18 couple. I did one for nights, I did one for -- it's
19 just -- it's occasional. I don't really remember.
20 Q. Did you say "nights"?
21 A. Yeah, night shift.
22 Q. Night shift.
23 A. Yeah.
24 Q. Within the last year, have you conducted a
25 refresher training for the HOT Spot team within BSES?

Page 86

1  A. I'm not sure. I'm not sure exactly which
2  team I -- I just remember nights, because I had to come
3  in at night. But I'm not exactly sure which groups I'm
4  doing the refresher training for.
5  Q. When you did the night shift refresher
6  training, were there sign-in sheets?
7  A. There were, yeah. I can refer back to
8  sign-in sheets, and I could tell you who was actually
9  included in the training, based off that. But off the
10 top of my memory, I don't remember who was included in
11 the night training.
12 Q. All right. Then I'm going to show you a
13 document that's already been marked.
14    You can put that (Indicating) in the pile.
15 A. Okay.
16    MS. TALLA: So this has already been marked
17 as Exhibit 1122. If you want to mark it again, please
18 feel free.
19    (Previously marked Exhibit 1122 was
20    referenced.)
21    (Document tendered)
22    THE WITNESS: Thank you.
23 BY MS. TALLA
24 Q. Okay. So, this is a Homeless Property
25 Information form. Correct?

Page 87

1  A. Yes.
2  Q. Okay. Now, about three rows from the top, do
3  you see a field for "CMMS Request Number"?
4  A. Yes.
5  Q. And then do you see right next to it, Case
6  Number?
7  A. Yes.
8  Q. Do you know what "CMMS Request Number" refers
9  to?
10 A. A service order number.
11 Q. And do you know what "Case Number" refers to?
12 A. No, I do not.
13 Q. Could it be a service request number from
14 28Clean?
15    MR. TILAK: Objection; calls for speculation.
16    THE WITNESS: I don't know.
17 BY MS. TALLA
18 Q. Okay. So then going to a couple -- a little
19 way down the page, do you see the check boxes next to
20 "P.D. Pick up"?
21 A. Uh-huh.
22 Q. "Field Pick up"?
23 A. Uh-huh.
24 Q. "Evidence"?
25 A. Yeah.

Page 88

1  Q. And "Bag & Tag"?
2     Do you see those boxes?
3  A. I do.
4  Q. Okay. Are there fields in CMMS that record
5  or correspond to any of those check boxes?
6  A. I don't -- I'm not sure.
7  Q. In CMMS --
8  A. Oh, no. Okay. I don't think so. Yeah.
9  Q. Yeah, I mean, in CMMS, is there any
10 requirement to record if something was a field pickup
11 or a PD pickup?
12 A. No. There is not.
13 Q. And is there a field in CMMS to record
14 whether something is evidence or not?
15 A. No, there is not.
16 Q. Okay. And then underneath those boxes, do
17 you see "Property owner name and number"?
18 A. Oh, yes.
19 Q. Is there any requirement to enter the
20 property owner's name in CMMS?
21 A. No, there is not.
22 Q. And is there any requirement or field in CMMS
23 to record the pickup location?
24 A. Only -- not -- not -- not as a pickup
25 location, just the reported location.