# EXHIBIT 39

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Coalition on Homelessness, et al. v*
*City and County of San Francisco, et al.*

---

*Mark Mazza*
*February 21, 2025*

---

*Behmke Reporting and Video Services, Inc.*
*550 California Street, Suite 820*
*San Francisco, California  94104*
*(415) 597-5600*

Original File 44136Mazza_NL.txt
Min-U-Script® with Word Index

Case 4:22-cv-05502-DMR   Document 366-45   Filed 04/17/25   Page 3 of 3
Coalition on Homelessness, et al. v
City and County of San Francisco, et al.
Mark Mazza
February 21, 2025

Page 37

1  Q.  What do you mean by a "certain type of
2     supervisor"?
3  A.  The Department of Public Works has varying
4     levels of leadership.  They have a supervisor 1, a
5     supervisor 2, then they have a manager level and
6     different levels of operations supervisor.
7         So they have an expectation on their end
8     through their policy that a specific level of
9     supervisor, which I believe is supervisor 2, needs to be
10    on-site to supervise the bag and tag.
11 Q.  When did that change occur?
12 A.  I became aware of it August of 2024.
13 Q.  Prior to that were you aware of any
14    supervisors 2 observing bag and tags?
15     MR. MILLS:  Objection.  Vague, ambiguous, and
16    incomplete hypothetical.
17     THE WITNESS:  In my experience, there is always
18    a supervisor 2 with the HSOC team.
19     BY MR. DO:
20 Q.  Have you observed bag and tags?
21 A.  Yes, I have.
22 Q.  How many bag and tags have you observed?
23 A.  Less than ten.
24 Q.  And when did those observations occur?
25 A.  Those observations have varied.

Page 38

1  Q.  Did they occur in the past year?
2  A.  Some have occurred in the past year.
3  Q.  Have they occurred in the past two years?
4  A.  I would say yes to the past two years.
5  Q.  Have they occurred prior to the past two years?
6  A.  Prior to the past two years I did not observe
7     the bag and tag.
8  Q.  So you understand this lawsuit was filed in the
9     fall of 2022?
10 A.  I do.
11 Q.  You don't recall any bag and tags occurring
12    prior to the fall of 2022 that you observed?
13 A.  I do not.
14 Q.  We were talking about any possible changes with
15    regards to DPW's activities at encampment resolutions.
16    Has there been change in the presence of DPW at
17    encampment resolutions?
18 A.  During --
19     MR. MILLS:  Objection.  Vague and ambiguous.
20     THE WITNESS:  During what time frame?
21     BY MR. DO:
22 Q.  The time frame in which you have been involved
23    with HSOC resolutions -- excuse me -- you've been
24    involved with encampment resolutions, which I believe
25    includes the time in which you've been -- you were

Page 39

1     encampment -- you were outreach manager?
2  A.  So at my -- during my time as outreach manager,
3     it was not my role to understand the staffing of Public
4     Works and encampment resolution.  So I can't speak to
5     anything during that time.
6         I can say that since my time with the
7     Department of Emergency Management I have not seen a
8     difference in volume of Department of Public Works
9     staff, but I have seen a difference in the team that
10    staffs the encampment resolution as they are dedicated
11    to that type of work, whereas I believe they used to
12    also be involved in other what I think you would call
13    zone-related work where it's not encampment
14    resolution-related.
15 Q.  And you were referring to DPW in your response
16    just now?
17 A.  Correct.
18 Q.  But during your time as outreach manager, you
19    understand that DPW was involved in encampment
20    resolutions; correct?
21 A.  Correct.
22 Q.  In your visits to encampment resolutions, how
23    long did those visits typically last?
24     MR. MILLS:  Objection.  Vague and ambiguous.
25     THE WITNESS:  My visits would typically last

Page 40

1     anywhere between 20 minutes and one hour.
2     BY MR. DO:
3  Q.  And now I'm shifting to your current role --
4  A.  Yes.
5  Q.  -- for this particular question.
6     You visit encampment resolutions currently?
7  A.  I visit some encampment resolutions.
8  Q.  Do you visit encampment resolutions more often
9     now or about the same?
10 A.  More often.
11 Q.  How often do you visit encampment resolutions?
12 A.  That would depend upon where those resolutions
13    are scheduled from one week to the next.
14 Q.  What's the range?
15 A.  Anywhere from one to four.
16 Q.  And how long do your visits at these
17    resolutions typically last?
18 A.  Same time.
19 Q.  So now sticking with your current position,
20    what is your responsibilities as the Tenderloin --
21 A.  Street operations manager.
22 Q.  -- street operations manager?
23 A.  My responsibilities are often shifting, but one
24    responsibility is I organize and manage what's called
25    the joint field operations which is an outreach and