# EXHIBIT 54

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment



EXHIBIT ___306___ PLTF.
WITNESS _C. Evans_ (DEFT.)
CONSISTING OF ___1___ PAGES
DATE _03-10-2025_
BEHMKE REPORTING AND VIDEO SERVICES, INC.