# EXHIBIT 57

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| **From:** | Peoples, Samuel (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F2238B72A3834C4EB9803AA508BA42C7-SAMUEL PEOP] |
| **Sent:** | 1/7/2023 6:41:46 PM |
| **To:** | Nakanishi, David (DEM) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07db05063c8d4f659b472f7c3706e4df-173ecaf2-d3] |
| **CC:** | McDaniels, Christopher (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d7f816aaf04b48e2b1ff6c856726bcf1-Christopher]; Durden, DiJaida (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=982f41969d504c19aa6c4683af387ed3-DiJaida Durden]; Mcleod, Redjil (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c1c4034b1b4840f2872d42b9f4a21434-Redjil Mcle]; DPW-EventRequest [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0b9d7b3c44dc4f658cd36ab9b122b48e-DPW-EventRe]; Garcia, Edgar (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=baa89e4dee894b5b89d944f7d228578f-Edgar Garci]; Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing]; Bruce, Kenny (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b288eb16927944cb9a9d51a66f702eda-Kenny Bruce]; Roumbanis, Mark (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7a9ba144f8524028866882d2c3a6e9b6-Mark Roumbanis] |
| **Subject:** | Re: HSOC notifications English and Spanish versions |
| **Flag:** | Follow up |

Good morning, David,

Please add the folks copied on this email access to the sharepoint for the notifications as discussed. Let me know if you have any questions.

Have a good weekend.

Respectfully,



Samuel Peoples
Homelessness Coordinator
San Francisco Public Works | City and County of San Francisco
49 Van Ness Avenue, 16th Floor | San Francisco, CA 94102 | 415-225-7024
sfpublicworks.org · twitter.com/sfpublicworks

---

**From:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
**Sent:** Saturday, January 7, 2023 9:06 AM
**To:** Peoples, Samuel (DPW) <samuel.peoples@sfdpw.org>; Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>; Roumbanis, Mark (DPW) <Mark.Roumbanis@sfdpw.org>
**Cc:** McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Durden, DiJaida (DPW) <DiJaida.Durden@sfdpw.org>; Mcleod, Redjil (DPW) <redjil.mcleod@sfdpw.org>; DPW-EventRequest <DPW-EventRequest@sfdpw.org>; Garcia, Edgar (DPW) <edgar.garcia@sfdpw.org>
**Subject:** RE: HSOC notifications English and Spanish versions

Thanks Sam.

Please provide the following staff to access SharePoint.

EXHIBIT 1025 (PLTF) DEFT.
WITNESS J. Vaing
CONSISTING OF 3 PAGES
DATE 1·15·25
BEHMKE REPORTING AND VIDEO SERVICES, INC.

- JV
- Edgar Garcia
- Redjil McLeod
- dpw-eventrequest@sfdpw.org
- Darryl Dilworth
- Nat Mansker

Thank You.



*Jonathan C. Vaing*
*Asst. Superintendent Operations*
*B.S.E.S*

Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
2323 Cesar Chavez St., San Francisco, CA 94124
| Desk: (415)695-2111 | Main: (415) 695-2134
sfpublicworks.org · twitter.com/sfpublicworks

 Please consider the environment before printing this e-mail.

**From:** Peoples, Samuel (DPW) <samuel.peoples@sfdpw.org>
**Sent:** Wednesday, January 4, 2023 7:54 PM
**To:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>; Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>; Roumbanis, Mark (DPW) <Mark.Roumbanis@sfdpw.org>
**Cc:** McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Durden, DiJaida (DPW) <DiJaida.Durden@sfdpw.org>
**Subject:** Fw: HSOC notifications English and Spanish versions

Hi Jonathan,

Here are copies of the HSOC 72-Hour notifications prior to resolutions.

Please review and let me know if this will meet our operation requirements from the recent lawsuit. I am not sure it meets the new "bulky items" examples per our conversation.

Also, HSOC Outreach workers post and record images of these notifications daily on SharePoint leading up to HSOC resolutions.

Please let me know who within our department needs access the SharePoint for future record requests.

Stay healthy and safe all!

Respectfully,



Samuel Peoples
Homelessness Coordinator
San Francisco Public Works | City and County of San Francisco
49 Van Ness Avenue, 16th Floor | San Francisco, CA 94102 | 415-225-7024
sfpublicworks.org · twitter.com/sfpublicworks

**From:** Nakanishi, David (DEM) <david.nakanishi@sfgov.org>
**Sent:** Wednesday, January 4, 2023 6:11 PM
**To:** Peoples, Samuel (DPW) <samuel.peoples@sfdpw.org>
**Subject:** HSOC notifications English and Spanish versions

Hi Sam,

Here are the notice templates that are used for notifying the HSOC locations.

Note that there is a plan to update them, via the City Attorney's office.

David

**David Nakanishi, MPH, LCSW | Manager**
**Healthy Streets Operation Center (HSOC)**
**Department of Emergency Management**
**1 Dr Carlton B Goodlett Pl | San Francisco, CA 94102**
**(628) 219-9742**
david.nakanishi@sfgov.org

This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. CCSF is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of CCSF.