# EXHIBIT 62

To

Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# DEPARTMENT NOTICE

24-140
Published: 09/12/24
Expires: 09/12/27

## Protocol for Processing Property Consistent with DPW's "Bag & Tag" Policy

(Supersedes DN 24-114)

The purpose of this Department Notice is to outline policy and procedures for processing property for removal or collection, or property subject to an incident of arrest of a homeless subject.

**Property for Removal or Collection**

While enforcing the law or in the normal course of their duties, members routinely encounter property that may need to be removed or collected from a public space. Members **should not** determine the status of the property. Members should contact DPW to respond to the scene who will assess and determine the status of the property (i.e. unattended, abandoned, or presents an immediate health or safety risk). DPW will then process the property and document their actions in accordance with DPW Procedure 16.05.08 (Removal and Temporary Storage of personal Items Collected from Public Property), as amended from time to time.

Procedure and How to Contact DPW:

1. Contact DPW though dispatch or call the DPW Radio Room at [redacted].
2. Members will provide DPW with the location, member's name, star number, and general description of the property.
3. DPW may request that members remain on scene while DPW staff process the property.
4. DPW will respond and assess and then take charge of the property.

If DPW is unable to provide a response time, or has an extended response time, it will be in the member's discretion to decide whether or not they need to remain on scene.

**Property of Arrested Person**

Officers seizing personal property that is evidence of a crime, other than illegal lodging, from an individual who is arrested shall refer to DGO 6.02 (6.02.04.H.) and issue the individual a property receipt (SFPD 315). Officers seizing personal property that is evidence of an illegal lodging violation should note in the incident report that the evidence was captured on BWC.

If officers arrest an individual in possession of an excessive amount of personal property, the officers shall contact DPW for assessment and processing.

EXHIBIT 1042 PLTF. DEFT.
WITNESS W. Young
CONSISTING OF 2 PAGES
DATE 1-23-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

Members are reminded not to take possession of and/or transport personal property for bag and tag purposes to any SFPD district station or facility. All DPW requests should be handled in the field.

Procedure and How to Contact DPW:

1. Contact DPW though dispatch or call the DPW Radio Room at [redacted].
2. Members will provide DPW with the location, member's name, star number, and general description of the property.
3. DPW will assess and process the property accordingly.
   a. DPW will take custody of what the arresting officer(s) deems as evidence supporting the arrest. Property shall be listed in the arrest report as evidence.
4. Members shall photograph and document the property in the report.
5. Note: DPW will not bag and tag evidence that presents an immediate health or safety risk due to the presence of potential biohazards. If DPW disposes of the property officers shall document in their report why the items were discarded.
6. If DPW creates an "SR" (service request) number, the member should list that number in the narrative of their report.
7. Members will record the following in their incident report:
   a. Date, time, location, name of DPW employee, and name of arrestee.

WILLIAM SCOTT
Chief of Police

*Per DN 23-152, all sworn & non-sworn members shall electronically acknowledge this Department document in PowerDMS within (30) thirty calendar days of issuance. Members whose duties are relevant to this document shall be held responsible for compliance. Any questions regarding this policy should be sent to sfpd.writtendirectives@sfgov.org, who will provide additional information.*