# EXHIBIT 63

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES   Problem Code: Encampment   Status: Work Completed
Run Time: 10/16/2024 8:43:10 AM



## DETAILS

| | |
|---|---|
| Service Order | 2217307 |
| Maintenance Department | DPW-BSES |
| Parent Service Order | No Value |
| Description | Encampment |
| Status | Work Completed |
| Asset ID | RWY-24216000 |
| Location | 11TH ST / 13TH ST \ BRYANT ST \ DIVISION ST | Roadway |
| Asset Common Name | |
| On Street | 11TH ST |
| From Street | 13TH ST \ BRYANT ST \ DIVISION ST |
| Type | Corrective |
| Priority | 4 - Non Urgent |
| Problem Code | Encampment |
| Date Reported | 1/30/2024 |
| Requested By Department | DPW-BSES |
| Requested By | DPW-BSES |
| Requested By Phone | |
| Action Code | Disposed |
| Failure Code | Damaged/Dirty/Safety |
| Service Order Lead | BSES_DAY_ZB_LP3 |
| Requested Start Date | No Value |
| Work Completed Date | 1/30/2024 |
| Funding Source | DPWS000541 |
| Completion Reason | ENC - Encampment was removed |

### CREW HOURS

| Activity - Trade | Date Worked | Hours Worked | Employee/Crew | Start Time | Stop Time |
|---|---|---|---|---|---|
| 117 - CLN-GENLABOR | 1/30/2024 12:00 AM | 3.38 | BBRANDON4716 | 08:20:00 | 11:43:00 |

### MEASURES

| Actions | Measures |
|---|---|
| 117 - DPW-Encampment Cleanup | Number of Miscellaneous Debris - 100 |

### COMMENTS

| Created Date | Created By | Comment |
|---|---|---|
| 1/30/2024 7:58 AM | HUB Integration | <div>HOT SPOT RESOLUTION ...... DO NOT CLOSE</div> |
| 1/30/2024 7:58 AM | HUB Integration | Location Information: 13th St: Bryant St - all the way down to Polk St. |

### DOCUMENTS




EXHIBIT 1050   PLTF. DEFT.
WITNESS B. Brandon
CONSISTING OF 5 PAGES
DATE 1-28-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES    Problem Code: Encampment    Status: Work Completed
Run Time: 10/16/2024 8:43:11 AM













# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES        Problem Code: Encampment        Status: Work Completed
Run Time: 10/16/2024 8:43:11 AM













# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES     Problem Code: Encampment     Status: Work Completed
Run Time: 10/16/2024 8:43:11 AM















# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES    Problem Code: Encampment    Status: Work Completed
Run Time: 10/16/2024 8:43:11 AM











CCSF-COH_360815