# EXHIBIT 65

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# Service Order Report (Detail)

Internal Report Name: SO_Detail_PublicRequest
Run Date: Jul 2, 2024
SO Maint Dept: DPW-BSES  Problem Code: ENC  Status: Work Completed
Start Date:2024-05-01  End Date:2024-05-31

## DETAILS

| | |
|---|---|
| Service Order | 2264099 |
| Maintenance Department | DPW-BSES |
| Parent Service Order | |
| Description | Encampment |
| Status | Work Completed |
| Asset ID | RWY-13663000 |
| Location | WILLOW ST: POLK ST - VAN NESS AVE \| Roadway |
| Asset Common Name | |
| On Street | WILLOW ST |
| From Street | POLK ST |
| Type | Corrective |
| Priority | 1 - Official Priority |
| Problem Code | Encampment |
| Date Reported | 05/06/2024 |
| Requested By Dept | DPW-BSES |
| Requested By | DPW-BSES - DPW-BSES |
| Requested By Phone | |
| Action Code | Disposed |
| Failure Code | Homeless Related |
| Service Order Lead | BSES_DAY_ZB_LP1 - BSES Day Zone B LP1 |
| Requested Start Date | |
| Work Completed Date | 05/06/2024 |
| Funding Source | DPWS000541 |
| Completion Reason | ENC - Encampment was removed |

## Crew Hours

| Activity - Trade | Date Worked | Hours Worked | Employee/Crew | Start Time | Stop Time |
|---|---|---|---|---|---|
| 117 - CLN-GENLABOR | May 6, 2024 12:00:00 AM | 4.12 | IGRAHAM2114 | 07:57:00 | 12:04:00 |

## MEASURE

| Actions | Measures |
|---|---|
| 117 - DPW-Encampment Cleanup | Number of Miscellaneous Debris - 150 |

## COMMENTS

Created by: HUB Integration on: 5/6/24 7:17 AM
&lt;ul&gt;
&lt;ul&gt;
&lt;li&gt;&lt;font color=red&gt;&lt;strong&gt;&lt;u&gt;ENCAMPMENT:&lt;/u&gt;&lt;/strong&gt;&lt;/font&gt; &amp;nbsp;HOT SPOT Resolution clean up:&lt;/li&gt;
&lt;li&gt;Bag &amp;amp; Tags:&lt;/li&gt;
&lt;li&gt;Tent Removals:&lt;/li&gt;
&lt;/ul&gt;
&lt;/ul&gt;

&lt;blockquote&gt;

&lt;div&gt;&amp;nbsp;.&lt;font color=red&gt;&lt;strong&gt;&lt;u&gt;LP, PLEASE DO NOT CLOSE&lt;/u&gt;&lt;/strong&gt;&lt;/font&gt;&lt;/div&gt;

&lt;/blockquote&gt;

&lt;div&gt;&amp;nbsp;&lt;/div&gt;

Created by: HUB Integration on: 5/6/24 7:17 AM
Location Information:   Willow St:  Van Ness Ave - Larkin St

Created by: Israel Graham on: 5/8/24 5:33 AM
Redwood St cross Franklin was added to resolution

## DOCUMENTS

| File Name |
|---|
| http://cmms.sfdpw.org/docuploads/PROD/IMG_8497_202405080529.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/IMG_8498_202405080529.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/IMG_8499_202405080530.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/IMG_8501_202405080530.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/IMG_8502_202405080530.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/IMG_8503_202405080530.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/IMG_8504_202405080530.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/IMG_8507_202405080531.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/IMG_8509_202405080531.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/IMG_8510_202405080531.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/photo1715007429304_202405060757.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/photo1715008119158_202405060808.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/photo1715009822464_202405060837.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/photo1715009912295_202405060838.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/photo1715009923992_202405060838.jpg |
| http://cmms.sfdpw.org/docuploads/PROD/photo1715009955267_202405060839.jpg |

EXHIBIT 1126   PLTF / DEFT.
WITNESS I. Graham
CONSISTING OF 16 PAGES
DATE 1-30-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

CCSF-COH_308377





























