# EXHIBIT 66

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES   Problem Code: Encampment   Status: Work Completed
Run Time: 10/16/2024 8:47:26 AM



## DETAILS

| | |
|---|---|
| Service Order | 2284067 |
| Maintenance Department | DPW-BSES |
| Parent Service Order | No Value |
| Description | Encampment |
| Status | Work Completed |
| Asset ID | RWY-24040000 |
| Location | 18TH ST / HARRISON ST | Roadway |
| Asset Common Name | |
| On Street | 18TH ST |
| From Street | HARRISON ST |
| Type | Corrective |
| Priority | 1 - Official Priority |
| Problem Code | Encampment |
| Date Reported | 5/29/2024 |
| Requested By Department | DPW-BSES |
| Requested By | DPW-BSES |
| Requested By Phone | |
| Action Code | Disposed |
| Failure Code | Damaged/Dirty/Safety |
| Service Order Lead | BSES_DAY_ZD_LP1 |
| Requested Start Date | No Value |
| Work Completed Date | 5/29/2024 |
| Funding Source | DPWS000541 |
| Completion Reason | ENC - Encampment was removed |

## CREW HOURS

| Activity - Trade | Date Worked | Hours Worked | Employee/Crew | Start Time | Stop Time |
|---|---|---|---|---|---|
| 117 - CLN-GENLABOR | 5/29/2024 12:00 AM | 0.02 | IGRAHAM2114 | 12:36:00 | 12:37:00 |

## MEASURES

| Actions | Measures |
|---|---|
| 117 - DPW-Encampment Cleanup | Number of Miscellaneous Debris - 150 |

## COMMENTS

| Created Date | Created By | Comment |
|---|---|---|
| 5/29/2024 8:02 AM | HUB Integration | <div>HSOC RESOLUTION CLEAN UP</div> |
| 5/29/2024 10:43 AM | Israel Graham | Stevenson at 14th st camp removal |
| 5/29/2024 8:47 AM | Israel Graham | Also, Treat st btw 16th & 17th |
| 5/29/2024 10:42 AM | Israel Graham | Folsom btw 17th to 15th camp removal |
| 5/29/2024 8:02 AM | HUB Integration | Dispatch Notes: - DO NOT CLOSE |
| 5/29/2024 8:02 AM | HUB Integration | Location Information: Harrison St: 18th St - |

## DOCUMENTS





EXHIBIT 1127  PLTF DEFT.
WITNESS I. Graham
CONSISTING OF 5 PAGES
DATE 1-30-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES     Problem Code: Encampment     Status: Work Completed
Run Time: 10/16/2024 8:47:26 AM















# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES    Problem Code: Encampment    Status: Work Completed
Run Time: 10/16/2024 8:47:26 AM







# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES	Problem Code: Encampment	Status: Work Completed
Run Time: 10/16/2024 8:47:27 AM













# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES
Run Time: 10/16/2024 8:47:27 AM
Problem Code: Encampment
Status: Work Completed





