# EXHIBIT 67

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

 Outlook

## Coalition on Homelessness et al. v. CCSF et al – 72-hour notice

**From** Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>
**Date** Sun 5/26/2024 6:50 AM
**To** Kevin Wu (SF/SV) <kevin.wu@lw.com>; Wesley Tiu (SF/SV) <Wesley.Tiu@lw.com>; John Do <jdo@aclunc.org>; Alfred Pfeiffer (SF/SV) <Al.Pfeiffer@lw.com>; Tulin Gurer (SF/SV) <Tulin.Gurer@lw.com>; Neda Shahram <nshahram@lccrsf.org>; Joseph Lee (OC) <Joseph.Lee@lw.com>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; 'ksetren@lccrsf.org' <ksetren@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>; Nisha Kashyap <nkashyap@lccrsf.org>; sf.probono.unhoused.persons.litigation@lw.com <sf.probono.unhoused.persons.litigation@lw.com>
**Cc** George, John (CAT) <John.George@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>

Please take notice of the following planned encampment resolutions:

| Date | Time | Cross Street Location |
|---|---|---|
| 5/29/2024 | 8:00 a.m. | Treat between Harrison & 18th, 17th between Harrison and Folsom, also 16th between Harrison/Folsom, Folsom between 16th & 14th |
| 5/29/2024 | 1:30 p.m. | Folsom between 18th & 19th, Shotwell between 18th & 19th, and 19th between Shotwell/Folsom |

Thank you,
Sophia

**Sophia Garcia**
Legal Assistant
Office of City Attorney David Chiu
(415) 554-3877 Direct
[www.sfcityattorney.org]www.sfcityattorney.org
Find us on: Facebook Twitter Instagram

**CONFIDENTIALITY NOTICE:** This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

EXHIBIT 1128  PLTF/DEFT.
WITNESS  I. Graham
CONSISTING OF  1  PAGES
DATE  1-30-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.