# EXHIBIT 68

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES    Problem Code: Encampment    Status: Work Completed
Run Time: 10/18/2024 1:33:53 AM



## DETAILS

| | |
|---|---|
| Service Order | 2303923 |
| Maintenance Department | DPW-BSES |
| Parent Service Order | No Value |
| Description | Encampment |
| Status | Work Completed |
| Asset ID | RWY-25199000 |
| Location | CEDAR ST / POLK ST | Roadway |
| Asset Common Name | |
| On Street | CEDAR ST |
| From Street | POLK ST |
| Type | Corrective |
| Priority | 1 - Official Priority |
| Problem Code | Encampment |
| Date Reported | 7/9/2024 |
| Requested By Department | DPW-BSES |
| Requested By | DPW-BSES |
| Requested By Phone | |
| Action Code | Disposed |
| Failure Code | Homeless Related |
| Service Order Lead | BSES_DAY_ZB_LP1 |
| Requested Start Date | No Value |
| Work Completed Date | 7/9/2024 |
| Funding Source | DPWS000541 |
| Completion Reason | ENC - Encampment was removed |

## CREW HOURS

| Activity - Trade | Date Worked | Hours Worked | Employee/Crew | Start Time | Stop Time |
|---|---|---|---|---|---|
| 117 - CLN-GENLABOR | 7/9/2024 12:00 AM | 3.55 | IGRAHAM2114 | 08:28:00 | 12:01:00 |

## MEASURES

| Actions | Measures |
|---|---|
| 117 - DPW-Encampment Cleanup | Number of Miscellaneous Debris - 300 |

## COMMENTS

| Created Date | Created By | Comment |
|---|---|---|
| 7/9/2024 7:57 AM | HUB Integration | Location Information:  Polk St: Cedar St - |
| 7/9/2024 7:57 AM | HUB Integration | `<ul><ul><li><font color=red><strong><u>ENCAMPMENT:</u></strong></font>  HOT SPOT team along with OUTREACH, MTA, SFFD, SFPD and EMT for services at and around location; Misc debris.  <font color=red><strong><u>LP, PLEASE DO NOT CLOSE</u></strong></font> </li></ul></ul><div> </div>` |
| 7/9/2024 10:34 AM | Israel Graham | Removed encampments on fern alley, cedar alley, and myrtle alley between polk and larkin st. |

## DOCUMENTS



EXHIBIT 1129   PLTF / DEFT.
WITNESS J. Graham
CONSISTING OF 4 PAGES
DATE 1-30-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport  
SO Maint Dept: DPW-BSES        Problem Code: Encampment        Status: Work Completed  
Run Time: 10/18/2024 1:33:54 AM













# Service Order Report (Detail)



Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES          Problem Code: Encampment          Status: Work Completed
Run Time: 10/18/2024 1:33:54 AM







# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES           Problem Code: Encampment           Status: Work Completed
Run Time: 10/18/2024 1:33:54 AM



