# EXHIBIT 70

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# Service Order Report (Detail)



Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES                Problem Code: Encampment              Status: Work Completed
Run Time: 10/18/2024 1:35:49 AM

## DETAILS

| | |
|---|---|
| Service Order | 2318430 |
| Maintenance Department | DPW-BSES |
| Parent Service Order | 2316147 |
| Description | Encampment |
| Status | Work Completed |
| Asset ID | RWY-3302000 |
| Location | Bryant St : Division St - Alameda St \| Roadway |
| Asset Common Name | |
| On Street | BRYANT ST |
| From Street | DIVISION ST |
| Type | Corrective |
| Priority | 1 - Official Priority |
| Problem Code | Encampment |
| Date Reported | 8/6/2024 |
| Requested By Department | DPW-BSES |
| Requested By | DPW-BSES |
| Requested By Phone | |
| Action Code | Disposed |
| Failure Code | Damaged/Dirty/Safety |
| Service Order Lead | BSES_DAY_ZB_LP3 |
| Requested Start Date | No Value |
| Work Completed Date | 8/6/2024 |
| Funding Source | DPWS000541 |
| Completion Reason | ENC - Encampment was removed |

### CREW HOURS

| Activity - Trade | Date Worked | Hours Worked | Employee/Crew | Start Time | Stop Time |
|---|---|---|---|---|---|
| 117 - CLN-GENLABOR | 8/6/2024 12:00 AM | 1.23 | IGRAHAM2114 | 11:03:00 | 12:17:00 |

### MEASURES

| Actions | Measures |
|---|---|
| 117 - DPW-Encampment Cleanup | Number of Miscellaneous Debris - 300 |

### COMMENTS

| Created Date | Created By | Comment |
|---|---|---|
| 8/6/2024 6:58 AM | HUB Integration | Dispatch Notes: - DO NOT CLOSE |
| 8/6/2024 12:25 PM | Israel Graham | Also cleaned behind bestbuy and 16th & folsom |
| 8/6/2024 6:58 AM | HUB Integration | <div>HSOC RESOLUTION </div> |
| 8/6/2024 6:58 AM | HUB Integration | Location Information:  Bryant St:  Alameda St - Division St |

### DOCUMENTS





EXHIBIT ___113l___
WITNESS ___I. Graham___
CONSISTING OF ___7___ PAGES
DATE ___1-30-2025___
BEHMKE REPORTING AND VIDEO SERVICES, INC.

# Service Order Report (Detail)



Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES                Problem Code: Encampment              Status: Work Completed
Run Time: 10/18/2024 1:35:49 AM











# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES                Problem Code: Encampment              Status: Work Completed
Run Time: 10/18/2024 1:35:49 AM





# Service Order Report (Detail)



Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES                    Problem Code: Encampment              Status: Work Completed
Run Time: 10/18/2024 1:35:50 AM



# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES                    Problem Code: Encampment                    Status: Work Completed
Run Time: 10/18/2024 1:35:50 AM













# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES                    Problem Code: Encampment              Status: Work Completed
Run Time: 10/18/2024 1:35:50 AM





# Service Order Report (Detail)



Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES                Problem Code: Encampment                Status: Work Completed
Run Time: 10/18/2024 1:35:50 AM







