# EXHIBIT 71

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

1/29/25, 4:33 PM                Coalition on Homelessness et al. v. CCSF et al – 72-hour notice - Nisha Kashyap - Outlook

 Outlook

### Coalition on Homelessness et al. v. CCSF et al – 72-hour notice

**From** Garcia, Sophia (CAT) <Sophia.Garcia@sfcityatty.org>
**Date** Sat 8/3/2024 7:00 AM
**To** Kevin Wu (SF/SV) <kevin.wu@lw.com>; Wesley Tiu (SF/SV) <Wesley.Tiu@lw.com>; John Do <jdo@aclunc.org>; Alfred Pfeiffer (SF/SV) <Al.Pfeiffer@lw.com>; Tulin Gurer (SF/SV) <Tulin.Gurer@lw.com>; Neda Shahram <nshahram@lccrsf.org>; Joseph Lee (OC) <Joseph.Lee@lw.com>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; 'ksetren@lccrsf.org' <ksetren@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>; Nisha Kashyap <nkashyap@lccrsf.org>; sf.probono.unhoused.persons.litigation@lw.com <sf.probono.unhoused.persons.litigation@lw.com>
**Cc** George, John (CAT) <John.George@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Snodgrass, Wayne (CAT) <Wayne.Snodgrass@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>

Please take notice of the following planned encampment resolutions:

| Date | Time | Cross Street Location |
|---|---|---|
| 8/6/2024 | 8:00 a.m. | Bryant from Division to just past Alameda |
| 8/6/2024 | 1:30 p.m. | 13th between Mission & Folsom, Erie between South Van Ness & Folsom |

Thank you,
Sophia

**Sophia Garcia**
Legal Assistant
Office of City Attorney David Chiu

(415) 554-3877 Direct

(415) 554-3800 Reception

www.sfcityattorney.org

EXHIBIT 1132  PLTF DEFT.
WITNESS I. Graham
CONSISTING OF 1 PAGES
DATE 1-30-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

**CONFIDENTIALITY NOTICE:** This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). If you are not the intended recipient, please contact the sender and destroy all copies of the communication.