# PLACEHOLDER FOR NATIVE EXHIBIT FILED CONCURRENTLY WITH NOTICE OF MANUAL FILING

# EXHIBIT 72

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment