# EXHIBIT 73

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment



EXHIBIT 1136   PLTF./DEFT.
WITNESS I. Graham
CONSISTING OF 4 PAGES
DATE 1-30-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.





