# EXHIBIT 74

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

