Placeholder For

# EXHIBIT 81

To

Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

Provisionally Filed Under Seal Pursuant to Interim Administrative Motion to Seal