# EXHIBIT 84

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| Date of operation | Exact notification language for flier | Map |
|---|---|---|
| 01/39/23<br><br>District: 9<br><br>Mission Station | **AM:**<br>Vermont & 15th, 17th Alameda/Potrero/Utah<br>**PM:**<br>Treat & 18-17th Treat to Harrison and Down 17th to Folsom to enterprise | *(Google map showing area around Potrero Ave & Alameda St, 16th St, 17th St, Mariposa St, with highlighted streets)* |

EXHIBIT 1221  PLTF. DEFT.
WITNESS P. Rincon
CONSISTING OF 6 PAGES
DATE 02-19-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

CCSF-COH_350903
CCSF-COH_350903

| | | |
|---|---|---|
| | | <br>**PM**: |
| **01/31/23**<br><br>District 6<br><br>Southern Stations | **AM:**<br>100 Block of Willow / 700 Block of eddy<br>**PM:**<br>As above | **AM:**<br><br>**PM:** As above |

| | | |
|---|---|---|
| 02/01/23<br><br>District 5<br><br>Tenderloin /<br>Northern<br>Station | **AM**:<br>Harrison @4th to 6th, Merlin, Oak Grove, Morris alleys<br>**PM**:<br>7th and Harrison (on Ramp, lots of debris) & Sherman (Columbia) & Folsom | **AM:**  |

CCSF-COH_350905<br>CCSF-COH_350903

| Date / District | Location | Map |
|---|---|---|
| | | PM: |
| 01/02/23<br><br>District 9 / 5<br><br>Mission / Northern Station | AM:<br>Mrytle (Polk & Larkin)<br>PM:<br>Fern and Cedar btw Polk and Larkin | AM: |

| | | |
|---|---|---|
| | |  **PM:** |
| **01/03/23** District 10 Bayview Station | **AM:** 17th and Hampshire **PM:** Golden Gate & Franklin, Larch (Franklin/VN) | **AM:** **PM:** |



CCSF-COH_350908
CCSF-COH_350903