# EXHIBIT 85

To

Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

Message
_____

| | |
|---|---|
| From: | Johnson-Silk, Kathleen (DPH) [kathleen.silk@sfdph.org] |
| Sent: | 4/1/2024 10:29:45 AM |
| To: | Bell, Lauren (DEM) [lauren.bell@sfgov.org]; Nakanishi, David (DEM) [david.nakanishi@sfgov.org]; Torrey, Andre (DEM) [andre.torrey@sfgov.org]; Horky, Allison (DPH) [allison.horky@sfdph.org]; Meskan, Brenda (HOM) [brenda.meskan@sfgov.org]; Sloan, April (FIR) [april.l.sloan@sfgov.org]; Piastunovich, Arielle (HOM) [arielle.piastunovich@sfgov.org]; Naugle, Jessica (DPH) [jessica.naugle@sfdph.org]; Parker, Joel (DPH) [joel.parker@sfdph.org]; Zevin, Barry (DPH) [barry.zevin@sfdph.org]; Mazza, Mark (DEM) [mark.mazza@sfgov.org]; Carlos-Wallace, Christopher (DPH) [christopher.carlos-w@sfdph.org]; Sheppard, Neashelle (DPH) [neashelle.sheppard@sfdph.org]; Cato, Tayler (DPH - Contractor) [tayler.cato@sfdph.org]; Arat, Hasan-Can (DPH) [hasan-can.arat@sfdph.org]; Smith, Cassandra (DPH) [cassandra.smith@sfdph.org]; Wertheim, Tiana (HOM) [tiana.wertheim@sfgov.org] |

Nakanishi, David (DEM) and Piastunovich, Arielle (HOM) re: NoPa pre-res: 4/1/24
Event ID:04012024AM

Blue team completed Pre Res @ Baker/Oak/Broderick/Fell (around the DMV) with Fell between Baker and Lyon

(11)Total encampments at this resolution

(9)Total engagements at this resolution

(7)Total hygiene bags provided at this resolution

(6)Total Narcan provided at this resolution

(2) I.D vouchers provided at this resolution

(36) Total referrals made & provided at this resolution
9 medical health, 9 mental health, 9 substance use & 9 HSH referrals provided


Baker between fell & Oak
(8)Encampments
(6)Engagements
(6)Hygiene bags
(6)Narcan
(2) I.D vouchers
(24)Referrals
6 mental health, 6 substance use, 6 medical & 6 HSH referrals

EXHIBIT 1237 PLTF/DEFT.
WITNESS A. Horky
CONSISTING OF 2 PAGES
DATE 2-24-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

CCSF-COH_563071

Oak to Broaderick
(0)Encampments
(0)Engagements


Fell between Baker & Lyon
(2)Encampments
(2)Engagements
(1)Hygiene bags
(8)Referrals
2 substance use, 2 mental health, 2 medical & 2 HSH referrals


Broaderick between Oak & Fell
(1)Encampments
(1)Engagements
(1) Hygiene Bags
(4) Referrals
1 mental health, 1 medical, 1 substance use & 1 HSH

People Interested in getting connected to SFHOT &/or services:
James Reem: 07-19-65
Marc Sutter: 12-03-83

Signs posted indicating information & date / time of upcoming resolution were not seen or identified by team @ locations listed of upcoming resolution & where team outreached but several individuals engaged did indicate they were aware of tomorrows upcoming resolution.

CCSF-COH_563072