# EXHIBIT 86

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

Message

| | |
|---|---|
| From: | Dodge, Samuel (DEM) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D609BAAFBFA046FEA55B463209F98A2F-DPW_PURGE_S] |
| Sent: | 9/13/2022 1:59:18 AM |
| To: | John Lyons [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user2b8bdff5] |
| CC: | Horky, Allison (DPH) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=40671c9c46ec40d0a0d9470cf0554a96-Allison Hor]; Piastunovich, Arielle (HOM) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9756551e8ee24edebc2073670d12c89b-Arielle Pia]; Shannon Wise [swise@felton.org] |
| Subject: | Re: {encyrpt] Pre-resolution - 12th and Market |

Thanks John. I caught up with Randy today and I understand the couple was from Mariposa near Florida and Public Works deemed the scene a hazard and removed it outside of HSOC last Tuesday. I hope we can continue to work with them towards housing.

On Sep 12, 2022, at 6:18 PM, John Lyons <jlyons@felton.org> wrote:

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

This message was sent securely using Zix®

Hi Sam,
Pre-resolution data for 12 & Market -

12th and Market – 28 tents, 26 engagements.
*Potential participants claim that there was supposed to be a resolution on the 9th which was a Friday, however, they said that the resolution was on Tuesday the 5th, and that they were not prepared and left their stuff unattended, and it was taken. The potential participants are now on 12th at market and South Van Ness and are frustrated and becoming untrusting of the process.*
Misc. items: trash/debris, carts, luggage, milk crates, bicycles, scooters, metal cart, laundry basket, push carts, Baby strollers, shopping cart.

Apologies for the late data,

John



John Lyons
Engagement Specialist
FEST Program
Felton Institute / FSA

EXHIBIT 1239 PLTF
WITNESS A. Horky
CONSISTING OF 2 PAGES
DATE 2-24-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

CCSF-COH_202881

1663 Mission Street, Suite 250
San Francisco, CA 94103
p: 415-910-1374
e: jlyons@felton.org



This message was secured by Zix®.

CCSF-COH_202882