# EXHIBIT 89

To

Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| From: | Bruce, Kenny (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b288eb16927944cb9a9d51a66f702eda-Kenny Bruce] |
| Sent: | 4/20/2022 7:40:04 PM |
| To: | Jimenez, Jason (ADM) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0a4866f8844145f3941cd7b4bb3e20f1-Jason Jimen] |
| CC: | Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing] |
| Subject: | FW: Bag and Tag Incident |
| Attachments: | Public Works Bag and Tag.pdf |

We need to add this verbiage.

Thanks.

**Kenneth J. Bruce Sr.**
Assistant Superintendent BSES Operations

Bureau Street Enviromental Services | San Francisco Public Works | City and County of San Francisco
Cesar Chavez St | San Francisco, CA 94124 | (415) 695-2036 |   sfpublicworks.org · twitter.com/sfpublicworks

**From:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
**Sent:** Tuesday, April 19, 2022 3:06 PM
**To:** Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>
**Subject:** RE: Bag and Tag Incident

Kenny,



According to Department Bag and Tag procedure (Attached)
It does NOT mention, to store item inside the storage area.
I'm not sure, If we have another written Bureau procedure beside this?



*Jonathan C. Vaing*
*Asst. Superintendent Operations*
*B.S.E.S*

Bureau Street Environmental Services  | San Francisco Public Works | City and County of San Francisco
2323 Cesar Chavez St., San Francisco, CA 94124
| Desk: (415)695-2111 | Main: (415) 695-2134
sfpublicworks.org · twitter.com/sfpublicworks

Please consider the environment before printing this e-mail.

**From:** Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>
**Sent:** Tuesday, April 19, 2022 2:38 PM
**To:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
**Subject:** FW: Bag and Tag Incident

J.V. Please send a copy of the B & T procedure.

Thanks.



**Kenneth J. Bruce Sr.**
Assistant Superintendent BSES Operations

Bureau Street Enviromental Services | San Francisco Public Works | City and County of San Francisco
Cesar Chavez St | San Francisco, CA 94124 | (415) 695-2036 |    sfpublicworks.org · twitter.com/sfpublicworks

**From:** Jimenez, Jason (ADM) <jason.jimenez@sfgov.org>
**Sent:** Tuesday, April 19, 2022 1:34 PM
**To:** Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>
**Subject:** RE: Bag and Tag Incident

Thanks Kenny.

What is the employee's schedule so we can interview him?

Also, please email me the procedures that he violated.

Thanks
Jason

**From:** Bruce, Kenny (DPW)
**Sent:** Tuesday, April 19, 2022 1:25 PM
**To:** Jimenez, Jason (ADM) <jason.jimenez@sfgov.org>
**Subject:** FW: Bag and Tag Incident

FYI-Please see video evidence below.

Thanks.

**Kenneth J. Bruce Sr.**
Assistant Superintendent BSES Operations

Bureau Street Enviromental Services | San Francisco Public Works | City and County of San Francisco
Cesar Chavez St | San Francisco, CA 94124 | (415) 695-2036 |    sfpublicworks.org · twitter.com/sfpublicworks

**From:** Bruce, Kenny (DPW)
**Sent:** Sunday, April 17, 2022 8:54 AM
**To:** Ramirez, Rafael (DPW) <Rafael.Ramirez@sfdpw.org>; Frohm, Darlene (DPW) <darlene.frohm@sfdpw.org>; Vaing, Jonathan (DPW) <jonathan.vaing@sfdpw.org>; Mickels, Alison (DPW) <alison.mickels@sfdpw.org>; Durden, DiJaida (DPW) <dijaida.durden@sfdpw.org>; Service Desk at Public Works (DPW) <servicedesk@sfdpw.org>
**Cc:** McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Dilworth, Darryl (DPW) <darryl.dilworth@sfdpw.org>; Guajardo, Eric (DPW) <Eric.Guajardo@sfdpw.org>
**Subject:** RE: Bag and Tag Incident

Thank you, Rafael, for the video footage.

1st of all the bag and tag items were left outside the storage area, not proper procedure.

CCSF-COH_542297
CCSF-COH_542296

2nd. in the second and third videos you can see the suspect walking west in the yard coming from the east (Evans Street bridge area) taking a suitcase, large duffle bag and another bag from the table in front of the Bag & Tag storage area, then returning eastward with these items in hand.

Our staff failed to secure these items properly, and security failed the breach of our yard.

Thanks.



**Kenneth J. Bruce Sr.**
Assistant Superintendent BSES Operations

Bureau Street Enviromental Services | San Francisco Public Works | City and County of San Francisco
Cesar Chavez St | San Francisco, CA 94124 | (415) 695-2036 |    sfpublicworks.org · twitter.com/sfpublicworks

**From:** Ramirez, Rafael (DPW) <rafael.ramirez@sfdpw.org>
**Sent:** Friday, April 15, 2022 8:32 AM
**To:** Frohm, Darlene (DPW) <darlene.frohm@sfdpw.org>; Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>; Mickels, Alison (DPW) <Alison.Mickels@sfdpw.org>; Durden, DiJaida (DPW) <DiJaida.Durden@sfdpw.org>; Service Desk at Public Works (DPW) <servicedesk@sfdpw.org>
**Cc:** McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>; Dilworth, Darryl (DPW) <Darryl.Dilworth@sfdpw.org>; Guajardo, Eric (DPW) <Eric.Guajardo@sfdpw.org>
**Subject:** Bag and Tag Incident

Darlene,

Thank you for the approval.

Jonathan,

Here is the video footage from the Bag and Tag incident:

\\dpw.ci.sf.ca.us\Shares\DPW\ExacqVisionClient-Incidents\2022\2022-03-21 Bag and Tag Incident

Darlene,

Thank you for the approval.

**Rafael Ramirez**
IT Operations Support Administrator III

Information Technology | San Francisco Public Works | City and County of San Francisco | 2323 Cesar Chavez St. | San Francisco, CA 94124 | (628) 271-0010 | ServiceDesk | sfpublicworks.org · twitter.com/sfpublicworks

Think Before You Print.

**From:** Frohm, Darlene (DPW) <darlene.frohm@sfdpw.org>
**Sent:** Friday, April 15, 2022 7:35 AM
**To:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>; Mickels, Alison (DPW) <Alison.Mickels@sfdpw.org>; Durden,

DiJaida (DPW) <DiJaida.Durden@sfdpw.org>; Ramirez, Rafael (DPW) <rafael.ramirez@sfdpw.org>
**Cc:** McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>; Dilworth, Darryl (DPW) <Darryl.Dilworth@sfdpw.org>; Guajardo, Eric (DPW) <Eric.Guajardo@sfdpw.org>
**Subject:** RE: Bag and Tag Incident

Good morning,

Approved!!

Thank you,
Darlene



**Darlene Frohm**
Division Manager for Operations
San Francisco Public Works
City and County of San Francisco
2323 Cesar Chavez Street
San Francisco, CA 94124
(415) 695-2124
darlene.frohm@sfdpw.org

**From:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
**Sent:** Thursday, April 14, 2022 8:46 AM
**To:** Mickels, Alison (DPW) <Alison.Mickels@sfdpw.org>; Durden, DiJaida (DPW) <DiJaida.Durden@sfdpw.org>; Ramirez, Rafael (DPW) <rafael.ramirez@sfdpw.org>; Frohm, Darlene (DPW) <darlene.frohm@sfdpw.org>
**Cc:** McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>; Dilworth, Darryl (DPW) <Darryl.Dilworth@sfdpw.org>; Guajardo, Eric (DPW) <Eric.Guajardo@sfdpw.org>
**Subject:** RE: Bag and Tag Incident

Good Morning Darlene, Jaida,

Please approve camera surveillance request below.

Thank you.



*Jonathan C. Vaing*
*Asst. Superintendent Operations*
*B.S.E.S*

Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
2323 Cesar Chavez St., San Francisco, CA 94124
| Desk: (415)695-2111 | Main: (415) 695-2134
sfpublicworks.org · twitter.com/sfpublicworks

 Please consider the environment before printing this e-mail.

CCSF-COH_542299
CCSF-COH_542296

**From:** Vaing, Jonathan (DPW)
**Sent:** Friday, March 25, 2022 8:34 AM
**To:** Mickels, Alison (DPW) <alison.mickels@sfdpw.org>; Durden, DiJaida (DPW) <dijaida.durden@sfdpw.org>; Ramirez, Rafael (DPW) <Rafael.Ramirez@sfdpw.org>
**Cc:** McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Bruce, Kenny (DPW) <kenny.bruce@sfdpw.org>; Dilworth, Darryl (DPW) <darryl.dilworth@sfdpw.org>; Guajardo, Eric (DPW) <Eric.Guajardo@sfdpw.org>
**Subject:** RE: Bag and Tag Incident

Thanks Alison for the report.

Hi Jiada,

Please approve surveillance for Monday 3/21/22 evening – Tuesday 3/22/22 3pm..

Thank You.



Jonathan C. Vaing
Asst. Superintendent Operations
B.S.E.S

Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
2323 Cesar Chavez St., San Francisco, CA 94124
| Desk: (415)695-2111 | Main: (415) 695-2134
sfpublicworks.org · twitter.com/sfpublicworks

 Please consider the environment before printing this e-mail.

**From:** Mickels, Alison (DPW) <Alison.Mickels@sfdpw.org>
**Sent:** Friday, March 25, 2022 8:13 AM
**To:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
**Cc:** McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>; Dilworth, Darryl (DPW) <Darryl.Dilworth@sfdpw.org>; Guajardo, Eric (DPW) <Eric.Guajardo@sfdpw.org>
**Subject:** Bag and Tag Incident
**Importance:** High

Hello,
A request for personal property came in on Tuesday 3/22/22. The Gentleman in questions looking for his items was Steven Williams.

Mr. Williams stated he was arrested on Monday and informed by SFPD he would be able to pick up his property at the PW Op's Yard within 72hrs, where it would be in sage keeping.

Mr. Williams stated he came to the Ops Yard at 12am on Tuesday morning 3/22/22 and was told by a gentleman "We do not have the key and come back in the morning to get your things."

During the day shift, Myself, David Allan and Marcell Underwood all went down to the Cage area to locate his items (the logs has the items have been picked up by PW staff at 3/21/22 @ 7:48pm by Swing Shift Staff Troy Reagan).
Nothing was found with the description, tag #, or citizens name.

I am requesting surveillance for Monday 3/21/22 evening – Tuesday 3/22/22.

Mr. Williams became so enraged he began behavior that resulted in SFPD being called to remove Mr. Williams from the premises (see attached complaints).
This could have all been avoided if Mr. Williams was able to pick up his items per the Bag and Tag procedure.
I would like to find out what happened to his property.

Please advise
Thank you,

Alison



**Alison Mickels**
**Supervisor II**
Operations – Special Projects
  Bureau of Street & Environmental Services
  San Francisco Public Works
  City and County of San Francisco
  2323 Cesar Chavez
  San Francisco, CA 94124
  Ph  (415)695-2130
  Fax (415)695-2175
  alison.mickels@sfdpw.org