# EXHIBIT 90

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| From: | Bruce, Kenny (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b288eb16927944cb9a9d51a66f702eda-Kenny Bruce] |
| Sent: | 2/17/2022 3:49:23 PM |
| To: | Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing]; Mickels, Alison (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a89df5b269384cf5a462b02922e477fc-Alison Mickels] |
| Subject: | FW: Homeless cage |

FYI



**Kenneth J. Bruce Sr.**
Assistant Superintendent BSES Operations

Bureau Street Enviromental Services | San Francisco Public Works | City and County of San Francisco
Cesar Chavez St | San Francisco, CA 94124 | (415) 695-2036 | sfpublicworks.org · twitter.com/sfpublicworks

**From:** Reilly, John (DPW) <john.reilly@sfdpw.org>
**Sent:** Wednesday, February 16, 2022 8:40 PM
**To:** Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>
**Cc:** Banks, Chris (DPW) <Chris.Banks@sfdpw.org>
**Subject:** FW: Homeless cage

Kenny,
Received a call from the radio room, just after 3pm asking to move a bag and tag item into the cage.
I went to the cage and found the items that had been left outside and placed them inside the cage.
I found the cage to be unlocked. After placing the cart inside the cage I did lock the gate.
John

**From:** Reilly, John (DPW)
**Sent:** Wednesday, February 16, 2022 12:59 PM
**To:** Reilly, John (DPW) <john.reilly@sfdpw.org>
**Subject:** Homeless cage

EXHIBIT 1277   PLTF / DEFT.
WITNESS K. Bruce
CONSISTING OF 4 PAGES
DATE 02-25-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.



CCSF-COH_129192
CCSF-COH_129191

# HOMELESS PROPERTY INFORMATION
*(PLEASE PRINT CLEARLY)*

**Pick Up Date:** 2-15-23
**Pick Up Time:** 17:00
**Intake Date:**
**How many items:** 1   **Description of items:** [illegible]

**P.D. Pick up:** ☐
**Field Pick up:** ☐   ***Evidence:** ☐   **Bag & Tag:** ☒
*(if a citation is issued then it is considered evidence)*

**SFPD Star #:**
**Pick Up Location:** 17th [illegible]   **Zone:** D
*(name of P.D. station)*
**Street Address:** 17[?] [illegible]
**Cross Street:** 17th

**Mark the box which corner, if applicable:**   N/W ☐   S/W ☐   N/E ☐   S/E ☐

**Picked up by:** *(SFPW Personnel name)*
**Public Works Employee Radio #:** D1-601
**Tag #:** 211   **Tag Color:** Blue
**Service Request #:** 26172807

**TO BE FILLED OUT AFTER ITEMS HAVE BEEN PICKED UP BY RIGHTFUL OWNER**

**Claimant Name:**   **Date claimed:**
**Signature:**
**Disposal date:**

CCSF-COH_129193
CCSF-COH_129191



Sent from my iPhone

CCSF-COH_129194
CCSF-COH_129191