# EXHIBIT 92

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment


Gutsy and bold. Just like San Francisco. JOIN THE STANDARD

☰Q  The San Francisco Standard  Join Now

News

# 'Aggressive' homeless camp sweeps begin in San Francisco



A homeless man clings to a tent that is being thrown away by city officials Tuesday morning during an encampment sweep. | Justin Katigbak/The Standard

Share ➤

By **David Sjostedt** and **Gabe Greschler**
Updated Jul. 30, 2024 • 1:53pm
Published Jul. 30, 2024 • 11:52am

EXHIBIT 1310
WITNESS Castro, A.
CONSISTING OF 12 PAGES
DATE 3/5/2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.
PLTF.
DEFT.

"Very aggressive" homeless encampment sweeps, as recently touted by Mayor London Breed, began Tuesday morning in San Francisco following a major U.S. Supreme Court ruling.

The Standard witnessed aggressive enforcement action under the Central Freeway, carried out by police, the Department of Public Works, Department of Emergency Management, Homeless Outreach Team and San Francisco Fire Department.

Homeless people were not notified of the sweeps ahead of time, as has previously been the norm, according to a schedule of encampment clearings and a city official who was on the scene.



Gutsy and bold. Just like San Francisco. JOIN THE STANDARD

Tiffany Tannahill was watching over friends' belongings when the sweep started on 13th Street. She said city workers showed up around 9:30 a.m.

COH01528934
LW_COHSF_00596858

Join The Standard

Tiffany Tannahill looks on in despair after city workers took her friends' tent Tuesday morning under the Central Freeway. | Morgan Ellis/The Standard

Tannahill watches over her friends' belongings as city workers clear the nearby encampment. | Morgan Ellis/The Standard

Tannahill, who recently landed a homeless shelter bed, said she was given 15 minutes to gather all three of her friends' belongings but was not allowed to disassemble and pack up the tent.

"One of the DPW workers started hollering past me, 'I'm taking everything today,'" Tannahill said. "They were adamant that there wasn't going to be enough time to pack up the tent."

By 10:30 a.m., all city workers who were clearing the encampment had moved down the block, to the corner of 13th and Harrison streets.

Brandon Cunningham, the fire department's incident commander at the scene of an encampment sweep near 13th and South Van Ness streets, told The Standard he was unsure whether people living at the site were notified beforehand. Tuesday's schedule of encampment clearances, obtained by The Standard, does not list the location.

COH01528936
LW_COHSF_00596858

A Public Works truck is filled with homeless people's belongings after an unscheduled sweep Tuesday morning. | Justin Katigbak/The Standard

COH01528937
LW_COHSF_00596858

A worker uses a pressure washer to rinse the sidewalk following the encampment clearing. | Morgan Ellis/The Standard

Cunningham said the Healthy Streets Operation Center, a multi-agency team that conducts encampment clearings, finished its scheduled morning operation early — so the team of officials decided to begin moving down 13th Street to continue clearing encampments.

"We're trying to utilize the time that we had ... instead of twiddling our thumbs for the next three hours," Cunningham said. "We're doing the general area."

City staff have previously given notice to encampment occupants days before conducting a clearing.

In a video captured by The Standard, a police officer can be heard explaining to a person whose belongings have just been thrown onto a truck bed that encampments are "no more."

"London Breed, the mayor, Gov. Gavin Newsom says no more on the streets, no more encampments. No more. This is what it's come down to. This is our laws," the officer said.

**What's our new mayor up to?**
Get the inside scoop on City Hall and local politics in our twice weekly Power Play newsletter.

Sign up now!

COH01528938
LW_COHSF_00596858

Max Gunn and Kara Sullivan, who have been homeless in San Francisco for roughly two years, told The Standard the city threw away some of their clothes. Gunn said members of the Homeless Outreach Team told him there were no shelter beds available.

"They got my clothes," Sullivan said. "They laughed at me and did a mocking New York accent and acted like they were tough."

A spokesperson for the Department of Emergency Management disputed the individual's account, saying everyone was offered shelter during Tuesday's action.

The actions taken by the city likely stem from a routine court procedure finalized Tuesday. At the beginning of the month, the Ninth Circuit Court of Appeals overturned a local injunction that limited how aggressive the city could be in its sweeps, part of a lawsuit filed in 2022 by the Coalition on Homelessness. The appeals court overturned the injunction as a direct result of the Supreme Court's decision which allows cities more power to clear encampments. On Tuesday, the appeals officially modified the injunction to be in line with June's SCOTUS ruling.

Nisha Kashyap, an attorney representing the Coalition on Homelessness in the suit against the city, called the sweeps "alarming" and "unacceptable."

"The city's conduct blatantly violates the existing injunction against property destruction and disregards its own laws and policies that mandate advance notice and the provision of shelter and services," Kashyap said in a statement Tuesday. "By ignoring the injunction, the city is not only acting unlawfully but also stripping people of their basic survival necessities, making it harder for them to exit homelessness."

A statement from the mayor's office said the city's "street response will consist of offers of services and support on a daily basis, targeted encampment resolutions, and coordinated efforts to prevent re-encampments and new areas from being encamped."

SFPD officers stood near their patrol cars as the encampment clearings took place Tuesday morning. | Morgan Ellis/The Standard

In a memo shared Tuesday by the mayor's office, officials said they seek to prevent encampments from cropping up again once they have been cleared.

The city said smaller encampment clearings would be addressed by police and Public Works, working in tandem.

"District [police] station officers will conduct regular canvases of the areas to identify any encampments, and then work with Public Works staff to clear the areas," the memo reads.

The memo also outlines the consequences homeless individuals may face if they continue to camp on the city's streets and refuse shelter. These penalties include citations and possible arrest.

"The goal is not punishment, it is compliance," the memo reads.

David Sjostedt can be reached at david@sfstandard.com
Gabe Greschler can be reached at ggreschler@sfstandard.com

**Filed Under**

Central Freeway   Homelessness   London Breed   News   Politics   SFPD

**Read More**

Here's your last chance to drive the Great Highway before it becomes a coastal park

Drugs, alcohol, speeding all factors in deadly Cybertruck crash in Piedmont, police say

Wealthy winemakers sued by city over quake-risk apartment building

Restaurants rage at illegal food trucks, city inaction

Food stamps for cash: Store owners, staff charged in $4M fraud scheme

**Popular Today**

1  'White-collar recession': Benioff says Salesforce won't hire engineers this year due to AI                    2  Food sta





- About Us
- Staff
- Standards & Ethics
- Newsletters
- RSS Feeds
- Jobs
- Contact Us
- Tips
- Advertising Inquiries
- Sign In
- Membership
- Membership FAQs

© The San Francisco Standard. All Rights Reserved.

Terms of Use   Privacy Policy   California Resident Rights   Your Privacy Choices