# EXHIBIT 94

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

## August 22, 2024 Sweep Monitoring Notes, Dylan Verner-Crist

I observed the August 22, 2024 HSOC AM sweep, noticed for "Palou between Hawes & just past Griffith, Crisp Road between Griffith/Quesada Avenue." This area is deep in the Bayview.

**Approx. 7:50** I arrive at the sweep area. The City workers are already here: two MTA workers, Leslie Fong from SFFD, and four DPW trucks. There are RVs in the area and people outside them packing up. I see notice posted at Crisp & Palou.

**Approx. 8:00** The City workers are already towing vehicles. Two cars are already hooked up to tow trucks. I walk down Crisp towards Revere. There is no notice at Crisp & Revere. The area is quiet. It is not described in the sweep area. I walk back to the sweep area. I see five to six DPW workers, MTA workers towing two vehicles, and Fong. I don't see any police officers nor ERT workers. There are a few RVs on Griffith past Revere.

**Approx. 8:08 to 8:15** The City's investigator arrives to the sweep area. I see notice posted at one of the tents that the DPW workers are breaking down. The DPW workers, led by Israel Graham, break down an encampment at the corner of Palou & Griffith. The encampment is unattended. The workers throw everything in the encampment into their trash trucks. An unhoused man comes and scavenges some extension cords while DPW is clearing the encampment. As I stand on watching and photographing, one of the DPW workers says to me, sarcastically, "This is thousands of dollars' worth of stuff. You want to take a picture of this too?" while he points at different things he is bringing to the trash truck. On the following five pages are photos of the DPW workers and Fong breaking down this encampment. In the photos, Graham is wearing the red cap. The bald DPW worker is Esteban Trujillo. The middle-aged black DPW worker with the cropped hair, goatee, earrings, wearing black boots, a white jumpsuit, blue gloves, and no hat is Herb Ruth. I took these photos between 8:09 and 8:15.

**Approx. 8:14** The ERT workers arrive, including Pedro Rincon.

**Approx. 8:18** The ERT workers are now walking around and talking to unhoused people in the area. The police are still not present.

**Approx. 8:20** I see another observer here. He tells me that he is a reporter with the Gazetteer. The ERT workers are talking to unhoused people near the end of Palou. Then the police officers show up: Sergeant Ellison, Officer Tiffer, and a few others.

*(Account continues after photos)*

EXHIBIT 312

WITNESS Castro, A.

CONSISTING OF 28 PAGES

DATE 3/5/2025

BEHMKE REPORTING AND VIDEO SERVICES, INC.

PLTF. DEFT.

Privileged & Confidential – Work Product

August 22, 2024 Sweep Notes 2



Privileged & Confidential – Work Product

VERNER-CRIST_00001997
LW_COHSF_00593237

August 22, 2024 Sweep Notes 3



Privileged & Confidential – Work Product

VERNER-CRIST_00001998
LW_COHSF_00593237

August 22, 2024 Sweep Notes 4



Privileged & Confidential – Work Product

CONFIDENTIAL

August 22, 2024 Sweep Notes 5



Privileged & Confidential – Work Product

August 22, 2024 Sweep Notes 6



Privileged & Confidential – Work Product

VERNER-CRIST_00002001
LW_COHSF_00593237

**Approx. 8:25** The police officers approach one unhoused man who is camping on Palou past Griffith. They are detaining him for PC 647(e). They are putting him in handcuffs. Meanwhile, Graham and the City's investigator are approaching the man's tent and looking into his stuff. They are taking photos. It looks like they may bag & tag the tent for a lodging violation. Below is a photo taken at 8:26 of Graham and the City's investigator standing in front of the man's tent; a backpack and some clothes belonging to the man are in the foreground. On the following page is a photo taken at 8:27 of Graham starting to take apart the man's tent. On the following three pages after that photo are photos taken by me between 8:27 and 8:29 showing the man's belongings: bikes, chairs, storage crates, and clothes on a rack.

*(Account continues after photos)*



Privileged & Confidential – Work Product

August 22, 2024 Sweep Notes 8



Privileged & Confidential – Work Product

VERNER-CRIST_00002003
LW_COHSF_00593237

August 22, 2024 Sweep Notes 9



Privileged & Confidential – Work Product

VERNER-CRIST_00002004
LW_COHSF_00593237

August 22, 2024 Sweep Notes 10



Privileged & Confidential – Work Product

VERNER-CRIST_00002005
LW_COHSF_00593237

August 22, 2024 Sweep Notes 11



Privileged & Confidential – Work Product

CONFIDENTIAL

August 22, 2024 Sweep Notes 12

**Approx. 8:30 to 8:40** Graham and the other DPW workers begin breaking down the man's encampment. They take all the man's belongings and throw them in a trash truck. The DPW workers throw all the items shown above – the tent, chairs, bedding, clothes, bikes, suitcases, etc – into their trash truck. I take three videos of the breakdown of the encampment, showing the workers trashing the things in it. While they break down the encampment, Fong walks over with yellow caution tape and hands it to Graham, who puts it up around the encampment. Below is a photo taken by me at 8:30 showing Graham throwing out the man's chair. On the following page is a photo taken at 8:38 showing the now-full trash truck.

*(Account continues following photos)*



Privileged & Confidential – Work Product

CONFIDENTIAL



**Approx. 8:41** The police officers are booking the man. He apparently had a warrant for property damage. Some Sheriff's deputies arrive on scene. They're letting him keep a backpack of his belongings. Meanwhile, DPW workers approach an encampment next to the one belonging to the man. They begin working to clear it as well.

**Approx. 8:43** The officers and deputies are putting the man into a paddy wagon. The DPW workers are talking with the man about his belongings. He appears to be telling them what they can take of his belongings, although the encampment is broken down by now. The scene is pretty tense. I cannot overhear most of the conversation being had.

**8:44** One of the officers is doing an inventory search of the booked man's backpack. I'm also trying to watch the DPW workers as they break down the second encampment. As I watch, Graham puts up yellow caution tape around the encampment, preventing me from getting a good or close view of what is happening. I learn that the booked man's name is ▮▮▮▮▮▮▮▮▮▮▮▮▮ On the following pages are photos taken by me between 8:39 and 8:45 showing the officers booking ▮▮▮▮▮ (with his backpack at his feet), DPW workers clearing the encampment next to ▮▮▮▮▮ and Graham putting up caution tape around this second encampment. The sixth and seventh photos show DPW worker Herbert Ruth taking two guitar cases from the second encampment to a trash truck.

Privileged & Confidential – Work Product

CONFIDENTIAL

August 22, 2024 Sweep Notes 14



Privileged & Confidential – Work Product

CONFIDENTIAL

August 22, 2024 Sweep Notes 15



Privileged & Confidential – Work Product

VERNER-CRIST_00002010
LW_COHSF_00593237

August 22, 2024 Sweep Notes 16



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00002011
LW_COHSF_00593237



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00002012
LW_COHSF_00593237

August 22, 2024 Sweep Notes 18



Privileged & Confidential – Work Product

VERNER-CRIST_00002013
LW_COHSF_00593237



After DPW finish breaking down the second encampment, I talk to its former occupant.
He's a younger Black guy named Tony. He tells me that the workers took his food and his
tent today. He let them have the tent to get them to leave the rest of his property be. He's
been swept five times in the last six months. He's been on the street in this area for five
years now. The last sweep he experienced was only a few weeks ago. The DPW workers
took everything from him then: his clothes, tent, sleeping bag, and priceless jewelry. He
had to start all over after that. They took all his property that time even though he had
neatly packed it on the side. This time was better. They only took a few things.

**Approx. 8:59** The Police, MTA, and DPW workers are talking to an unhoused man
whose truck is parked slightly up the hill on Griffith. He is the same man who was
scavenging electrical cords from the first swept encampment earlier. His truck has a
storage unit made out of wood on top of it and a trailer made out of wood attached to the
back. The workers are talking to the man now, telling him that they're going to tow his
truck. He pleas with them not to tow the truck. He is on the verge of tears. The City
workers, including the City's investigator, are laughing at him. Tiffer comes up to him
and asks if he's interested in shelter. He tells Tiffer yes, adding that he talked to ERT
already, who are now seeing what shelter options they have today. Tiffer offers him a bed
in a navigation center, saying "We have navigation beds too." Officer Tien then tells him

Privileged & Confidential – Work Product

to pack up quickly, adding, "DPW move quick, if you get in their way, we may have to arrest you."

**Approx. 9:00 – 9:20** As the man pleas with the workers not to tow his vehicle and starts to get belongings out of it, the DPW workers start taking apart his trailer and the stuff inside of it. I stand watching with the Gazetteer reporter. Below is a still from 1:56 into a 5:52 video I made showing this scene starting at 9:16. As the image below shows, the workers position a trash compactor truck behind the man's vehicle and trailer and then begin breaking down the trailer and throwing the items into the compactor.



**Approx. 9:21** As the workers continue to break down the man's belongings and throw them into the trash compactor, officers handcuff and arrest the man. He apparently had a warrant. At the time of the arrest, he was attempting to get some paperwork from the truck. Instead, the cops lead him away. He's in tears. The workers continue to break apart his trailer and the stuff around his truck, while MTA works on the tow.

**Approx. 9:23** The DPW workers have nearly destroyed the man's trailer, throwing everything into the compactor, including electrical cords and electrical equipment. Below

Privileged & Confidential – Work Product

CONFIDENTIAL

is a photo taken by me at 9:23 showing the now-disassembled trailer with the DPW
workers standing around it.



**Approx. 9:24** DPW worker Herbert Ruth gets on top of the man's truck and pushes the
storage boxes on top off, pushing them onto the ground. He tosses everything inside onto
the ground. The DPW workers take these things and put them in the trash compactor as
well. The other DPW workers maneuver one of the storage units that was on top of the
vehicle to the trash compactor. They put it inside, destroying it. The workers then try to
remove the storage unit on top of the truck, but cannot get it off, so they give up. I film
Ruth on top of the truck and the later workers' attempt to push the storage unit off the
truck. On the following pages are photos and stills from videos taken between 9:24 and
9:27. The City's investigator, in black jeans and a cap with blonde hair, observed the
entire scene.

**Approx. 9:32** The tow truck arrives. The tow truck driver hooks the vehicle up to the tow
truck as the MTA worker looks on. The last photo in the series below, taken at 9:32,
shows the vehicle hooked up to the tow truck.

Privileged & Confidential – Work Product

CONFIDENTIAL

August 22, 2024 Sweep Notes 22



Privileged & Confidential – Work Product

VERNER-CRIST_00002017
LW_COHSF_00593237

August 22, 2024 Sweep Notes 23



Privileged & Confidential – Work Product

CONFIDENTIAL

August 22, 2024 Sweep Notes 24



Privileged & Confidential – Work Product

August 22, 2024 Sweep Notes 25



Privileged & Confidential – Work Product

VERNER-CRIST_00002020
LW_COHSF_00593237

August 22, 2024 Sweep Notes 26



**Approx. 9:40** I talk to Tony, who occupied the third encampment that was cleared. His full name is Antonio Robinson. He tells me that he lost all his belongings in a sweep six months ago. He isn't going to shelter today. He stays around Hunters Point, mostly along Palou. He doesn't currently have a phone. After I talk with him, Pedro Rincon from ERT walks by. He tells me that the two booked people both had warrants and that's why they are going in. He then tells me, sarcastically, "Good job, Dylan."

**Approx. 9:45 to 10:00** The City sweep team has moved back down the hill to Crisp Road. They're now on the block between Palou and Quesada. There are some housed neighbors here, out helping unhoused people pack up. One of the unhoused people packing up recognizes me; she's hurriedly packing. She tells me that she is going to a tiny home in a few weeks, but she has a lot of stuff and is very stressed today. She tells me she has hypertension. The DPW workers drive off with one of their trucks, which is packed up with seized items and trash. On the next page is a photo of this truck, taken by me at 9:43, showing how full it was. Below that are photos taken by me at 9:45 and 10:06, showing the large amounts of items stored on the street on Crisp.

**Approx. 10:05** Sam Dodge is here now.

Privileged & Confidential – Work Product

August 22, 2024 Sweep Notes 27



Privileged & Confidential – Work Product



**Approx. 10:12** The sweep is still underway, but I have to head out.

Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00002023
LW_COHSF_00593237