# EXHIBIT 97

To

Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| DATE | STAFF NAME | ADDRESS | CROSS STREET | REQUEST # | INTAKE | BIKE(S) | TAG | COLOR | DESCRIPTION | NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/2025 | Ken | 200 taylor | eddy | 2469505 | 6 | 6 | 385 386 387 388 389 390 | red | 6 bikes | |
| 1/24/2025 | john nathan | 750 15th st | | 2469550 | 2 | 0 | 362 | red | scooter, selfie stick | |
| 1/25/2025 | red mcleod | 301 eddy | | 2470089 | 1 | 0 | | red | small bag | |
| 1/25/2025 | jonathan romero | 1251 3rd st | china basin | 2469267 | 3 | 0 | 392 368 371 | red | 3 lrg bags | |
| 1/25/2025 | william dow | 1251 3rd st | china basin | 2469283 | 1 | 1 | 358 | red | blue bike | |
| 1/26/2025 | NO INTAKE | | | | | | | | | |
| 1/27/2025 | d. torio | polk | ellis | 2471269 | 1 | 0 | 363 | red | blue tent | |
| 1/27/2025 | d. torio | ellis | polk | 2471292 | 1 | 0 | 372 | red | brown box | |
| 1/27/2025 | joel m | 945 larkin | | 2471573 | 1 | 0 | 396 | red | wheelchair. | |
| 1/27/2025 | joel m | cedar | polk | 2471566 | 2 | 0 | 395 375 | red | tent, stroller | |
| 1/28/2025 | daniel garcia | vallejo | battery | 2472101 | 1 | 0 | 360 | red | 1 blk bag. | |
| 1/28/2025 | israel graham | morris alley | harrison | 2472216 | 2 | 0 | 359 | red | pillow blanket | |
| 1/28/2025 | joel m | 17th | treat | 2472579 | 2 | 0 | 374 | red | blue tarp green tent | |
| 1/28/2025 | joel m | 17th | treat | 2472577 | 1 | 0 | 373 | red | orange tent | |
| 1/28/2025 | joel m | 17th | treat | 2472569 | 1 | 0 | 370 | red | blk tarp | |
| 1/28/2025 | carl williams | 1251 3rd st | mission rock | 2472420 | 1 | 0 | 361 | red | clear plastic bag w pink duffle | |
| 1/29/2025 | sam slaughter | turk | fillmore | 2473259 | 1 | 0 | 400 | red | blk suitcase | |
| 1/29/2025 | d. torio | taylor | ellis | 2473019 | 1 | 0 | 367 | red | tent | |
| 1/29/2025 | anthony alston | 945 bryant | | 2473233 | 3 | 0 | 394 | red | 1 duffle, 2 suitcases | |
| 1/29/2025 | joel m | erie | s van ness | 2473294 | 1 | 0 | 449 | red | tent | |
| 1/29/2025 | o. gwinn | 766 vallejo | powell | 2473355 | 1 | 1 | 448 | red | blk electric bike | |
| 1/29/2025 | joel m | ellies | taylor | 2473018 | 1 | 0 | 369 | red | tent | |
| 1/30/2025 | carl williams | 1251 3rd st | mission rock | 2474337 | 1 | 0 | 404 | red | plastic bag | |
| 1/30/2025 | allegra porchia | 727 golden | franklin | 2473494 | 2 | 0 | 447 | red | blk suitcase | |
| 1/30/2025 | carl williams | 1251 3rd st | mission rock | 2474389 | 1 | 0 | 405 | red | clear plastic bag | |
| 1/30/2025 | joel m | taylor | ellis | 2473751 | 5 | 2 | 442 443 444 445 446 | red | 2 bikes, 1 duffle, grey purse | |
| 1/30/2025 | joel m | 33 clemintina | | 2473857 | 1 | 0 | 438 | red | tarp | |

EXHIBIT 1377  PLTF. DEFT.
WITNESS D. Hoang
CONSISTING OF ___ PAGES
DATE 13-05-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

CCSF_COH_492808