# EXHIBIT 99

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| Date of operation | Exact notification language for flier | Map |
|---|---|---|
| 01/39/23<br><br>District: 9<br><br>Mission Station | **AM:**<br>Vermont & 15th, 17th Alameda/Potrero/Utah<br>**PM:**<br>Treat & 18-17th Treat to Harrison and Down 17th to Folsom to enterprise |  |

EXHIBIT _____1383_____      (PLTF.) DEFT.
WITNESS ___S. Dodge___
CONSISTING OF ____6____ PAGES
DATE __03-10-2025__
BEHMKE REPORTING AND VIDEO SERVICES, INC.



| | | |
|---|---|---|
| | | PM: |
| **01/31/23**<br><br>District 6<br><br>Southern Stations | **AM:**<br>100 Block of Willow / 700 Block of eddy<br>**PM:**<br>As above | **AM:**<br><br>**PM:** As above |

| | | |
|---|---|---|
| **02/01/23**<br><br>District 5<br><br>Tenderloin / Northern Station | **AM:**<br>Harrison @4th to 6th, Merlin, Oak Grove, Morris alleys<br>**PM:**<br>7th and Harrison (on Ramp, lots of debris) & Sherman (Columbia) & Folsom | <br><br>**AM:** |

CCSF-COH_350905

CCSF-COH_350903

| | | |
|---|---|---|
| | | <br>PM: |
| 01/02/23<br><br>District 9 / 5<br><br>Mission /<br>Northern<br>Station | AM:<br>Mrytle (Polk &<br>Larkin)<br>PM:<br> Fern and Cedar<br>btw Polk and<br>Larkin | AM: |

CCSF-COH_350906
CCSF-COH_350903



| | | |
|---|---|---|
| | | PM: |
| 01/03/23<br><br>District 10<br><br>Bayview Station | AM:<br>17th and Hampshire<br>PM:<br>Golden Gate & Franklin, Larch (Franklin/VN) | AM:<br>PM: |



CCSF-COH_350908
CCSF-COH_350903