# EXHIBIT 100

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| From: | Peoples, Samuel (DPW)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F2238B72A3834C4EB9803AA508BA42C7-SAMUEL PEOP] |
| Sent: | Fri 6/28/2024 12:19:59 PM (UTC) |
| To: | Nakanishi, David (DEM)[david.nakanishi@sfgov.org] |
| Cc: | Dodge, Samuel (DEM)[sam.dodge@sfgov.org] |
| Subject: | Re: [Opened] City and County of San Francisco records request #24-3847 from sara.yye@proton.me |

Hello David,

Thank you; no further clarification is needed as I understand.

Thank you.

Respectfully,

 Samuel Peoples
Healthy Streets Operational Manager
San Francisco Public Works | City and County of San Francisco
49 Van Ness Avenue, 16th Floor | San Francisco, CA 94102 | (415) 225-7024
sfpublicworks.org · twitter.com/sfpublicworks

**From:** Nakanishi, David (DEM) <david.nakanishi@sfgov.org>
**Sent:** Friday, June 28, 2024 5:00 AM
**To:** Peoples, Samuel (DPW) <samuel.peoples@sfdpw.org>
**Cc:** Dodge, Samuel (DEM) <sam.dodge@sfgov.org>
**Subject:** RE: [Opened] City and County of San Francisco records request #24-3847 from sara.yye@proton.me

Hello Sam,

That is not the current noticing document. However, due to a communication problem within SFHOT, the operations scheduled for Tuesday June 25th in showplace area and Mission were both not noticed.

I'm reaching out to DPH to confirm that the Best team did conduct pre-resolution outreach to these areas tho.

Will let you know if they did complete the pre-res outreach and what the results were.

EXHIBIT 1406 PLTF DEFT.
WITNESS S. Peoples
CONSISTING OF 5 PAGES
DATE 3-18-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

Note that operations change primarily in how much time is given to those present during outreach and cleaning operations when they are not noticed, which is how the Incident commander and team responded when it was noted that the noticing did not occur.

Happy to clarify anything if needed just reach out.

Will pass on the info once I hear back from DPH/Best.

David

**From:** Peoples, Samuel (DPW) <samuel.peoples@sfdpw.org>
**Sent:** Thursday, June 27, 2024 2:56 PM
**To:** Nakanishi, David (DEM) <david.nakanishi@sfgov.org>
**Subject:** Fw: [Opened] City and County of San Francisco records request #24-3847 from sara.yye@proton.me

Hi David,

We are being asked to provide the "Noticing" photo for this past Tuesday 0800 hours HSOC operation. Please let me know if you have it available.

Respectfully,



Samuel Peoples

Healthy Streets Operational Manager

San Francisco Public Works | City and County of San Francisco

49 Van Ness Avenue, 16th Floor | San Francisco, CA 94102 | (415) 225-7024

sfpublicworks.org · twitter.com/sfpublicworks

**From:** Steinberg, David (DPW) <david.steinberg@sfdpw.org>
**Sent:** Thursday, June 27, 2024 2:00 PM
**To:** Garcia, Edgar (DPW) <edgar.garcia@sfdpw.org>; Dilworth, Darryl (DPW) <Darryl.Dilworth@sfdpw.org>; Peoples, Samuel (DPW) <samuel.peoples@sfdpw.org>; Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>

Cc: Hansen, Mariebelle (DPW) <mariebelle.hansen@sfdpw.org>
Subject: FW: [Opened] City and County of San Francisco records request #24-3847 from sara.yye@proton.me

Hi all,

Can you please provide me with the requested copy of the posted notice? I've attached a copy of the image that was uploaded from the requester as an example. Let me know if you have any questions.

Thanks much.

 David A. Steinberg (he/him/his)

Custodian of Records & Executive Assistant to the Director

San Francisco Public Works | City and County of San Francisco

49 South Van Ness Avenue, Suite 1600 | San Francisco, CA 94103 | (628) 271-2888

sfpublicworks.org

For public records requests, please go to sfpublicworks.org/records.

From: CCSF Public Records <messages@nextrequest.com>
Sent: Thursday, June 27, 2024 1:53 PM
To: Hansen, Mariebelle (DPW) <mariebelle.hansen@sfdpw.org>; Steinberg, David (DPW) <david.steinberg@sfdpw.org>
Subject: [Opened] City and County of San Francisco records request #24-3847 from sara.yye@proton.me

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

-- Reply ABOVE THIS LINE to post an INTERNAL message that will be sent to staff. Attach a non-image file to have it uploaded to the request as a staff-only document. --

City and County of San Francisco Public Records

# Record request #24-3847 has been submitted and assigned to you. It currently has a due date of July 8, 2024.

Pursuant to Chapter 67 of the San Francisco Administrative Code (Sunshine Ordinance) and California State Government Code [] 6256 et seq. (Public Records Act), and the Freedom of Information Act, 5 U.S.C. [] 552, I hereby request a copy of the following:

> 1. A copy of the photo evidence of the encampment resolution notice for the 8:00 A.M. encampment resolution on June 25th, 2024, evidenced accordingly to the practice laid out by emails from Arielle Piastunovich ("Email 4 (2nd attempt).pdf") and the photo ("09_IMG_1091.jpeg").

Please provide the requested information within three working days following this request, or, if that is not possible, an explanation in writing stating the reasons for the delay.

### View Request 24-3847

https://url.avanan.click/v2/ https://sanfrancisco.nextrequest.com/requests/24-3847 YXAzOnNmZHQyOmE6bzo4NWU0NzkzZmEyMDY1MWM4OTc3MzliZTdiZmVjZDI1OTo2OjMwZDU6NjFmNzg2 NmEzMzQ0YWY2NDQ4NjJkMTVmOWJlYTQxNzU5MTU4NTU4ZGZjOGY2MzEyOGNiYTU4MDNlYjg0NzYxOTp0OOlQ6Tg



Help Pages | support@nextrequest.com