# EXHIBIT 106

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

Message
---

| | |
|---|---|
| **From:** | Mazza, Mark (DEM) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8d041e29f3d443c8ab1cbd5e04a81d9e-CPC_Purge_m] |
| **Sent**: | 4/2/2024 10:41:56 AM |
| **To:** | Young, Wayman (POL) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1a875b3632ab4a7f8be5973ac4921ab7-Wayman W Young] |
| **CC:** | Nakanishi, David (DEM) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07db05063c8d4f659b472f7c3706e4df-173ecaf2-d3] |
| **Subject**: | Re: DSS request (Gough / Otis) |

Saw this yesterday. Appreciate it!

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Young, Wayman (POL) <Wayman.W.Young@sfgov.org>
**Sent:** Tuesday, April 2, 2024 10:09:51 AM
**To:** Mazza, Mark (DEM) <mark.mazza@sfgov.org>
**Cc:** Nakanishi, David (DEM) <david.nakanishi@sfgov.org>
**Subject:** Re: DSS request (Gough / Otis)

Mark,

==Otis and Gough cleared.==


Thank You,
Lieutenant Wayman Young #100
Healthy Street Operations Center (HSOC)
Field Operations Bureau (FOB)
San Francisco Police Department
415-558-2723 (Desk)

---

CCSF-COH_563711
CCSF-COH_563711

**From:** Mazza, Mark (DEM) <mark.mazza@sfgov.org>
**Sent:** Friday, March 29, 2024 10:35 PM
**To:** Young, Wayman (POL) <Wayman.W.Young@sfgov.org>
**Cc:** Nakanishi, David (DEM) <david.nakanishi@sfgov.org>
**Subject:** Re: DSS request (Gough / Otis)

Really appreciate the work out there. Thank you so much

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Young, Wayman (POL) <Wayman.W.Young@sfgov.org>
**Sent:** Friday, March 29, 2024 4:51:25 PM
**To:** Mazza, Mark (DEM) <mark.mazza@sfgov.org>
**Cc:** Nakanishi, David (DEM) <david.nakanishi@sfgov.org>
**Subject:** Re: DSS request (Gough / Otis)

Mark,

We were able to clear 1314 Jessie.  Took a couple of hours.  Subject was aggressive and was arrest for 647e.  The other encampment we had to advise them.  The DPW truck, after taking all the items from Jessie, was full so we could not deal with the other encampment.  We'll go back next week if we have time to see if they left.


Thank You,
Lieutenant Wayman Young #100
Healthy Street Operations Center (HSOC)
Field Operations Bureau (FOB)
San Francisco Police Department
415-558-2723 (Desk)

---

**From:** Mazza, Mark (DEM) <mark.mazza@sfgov.org>
**Sent:** Friday, March 29, 2024 12:57 PM
**To:** Young, Wayman (POL) <Wayman.W.Young@sfgov.org>
**Subject:** Re: DSS request (Gough / Otis)

CCSF-COH_563712
CCSF-COH_563711

The second request for this location is 1314 jessie (Jessie at mccoppin). About a 1/2 block away.

Sorry. Just came through


Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Mazza, Mark (DEM)
**Sent:** Friday, March 29, 2024 12:28:04 PM
**To:** Young, Wayman (POL) <wayman.w.young@sfgov.org>
**Subject:** RE: DSS request (Gough / Otis)

Gough/Otis (NE corner)

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

---

**From:** Young, Wayman (POL) <Wayman.W.Young@sfgov.org>
**Sent:** Friday, March 29, 2024 12:25 PM
**To:** Mazza, Mark (DEM) <mark.mazza@sfgov.org>
**Subject:** Re: DSS request (Gough / Otis)

Yup we'll try.  Whats the location?


Thank You,
Lieutenant Wayman Young #100
Healthy Street Operations Center (HSOC)
Field Operations Bureau (FOB)
San Francisco Police Department
415-558-2723 (Desk)

CCSF-COH_563713
CCSF-COH_563711

**From:** Mazza, Mark (DEM) <mark.mazza@sfgov.org>
**Sent:** Friday, March 29, 2024 12:17 PM
**To:** Hoang, Dennis (POL) <dennis.hoang@sfgov.org>; Nakanishi, David (DEM) <david.nakanishi@sfgov.org>; Young, Wayman (POL) <Wayman.W.Young@sfgov.org>
**Subject:** DSS request (Gough / Otis)

Any chance of DSS making it to this today? JFO cannot go. Outside of TL station.

Mark Mazza, LCSW
Tenderloin Street Operations Manager
City and County of San Francisco
Department of Emergency Management

