# EXHIBIT 108

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| **From:** | Ramirez, Rafael (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4A3F7E984DF443ADBA4F17782A8BD71D-RAFAEL RAMI] |
| **Sent:** | 3/25/2022 6:24:40 PM |
| **To:** | Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing] |
| **Subject:** | RE: Bag and Tag Incident |

Jonathan,

Is this one?



**Rafael Ramirez**
IT Operations Support Administrator III

Information Technology | San Francisco Public Works | City and County of San Francisco | 2323 Cesar Chavez St. | San Francisco, CA 94124 | (628) 271-0010 | ServiceDesk | sfpublicworks.org · twitter.com/sfpublicworks



**From:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
**Sent:** Friday, March 25, 2022 9:30 AM
**To:** Mickels, Alison (DPW) <Alison.Mickels@sfdpw.org>; Durden, DiJaida (DPW) <DiJaida.Durden@sfdpw.org>; Ramirez,

CCSF-COH_076268
CCSF-COH_076268

Rafael (DPW) <rafael.ramirez@sfdpw.org>; Service Desk at Public Works (DPW) <servicedesk@sfdpw.org>
**Cc:** McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>; Dilworth, Darryl (DPW) <Darryl.Dilworth@sfdpw.org>; Guajardo, Eric (DPW) <Eric.Guajardo@sfdpw.org>
**Subject:** Bag and Tag Incident

surveillance for Monday 3/21/22 7:30 pm through Tuesday 3/22/22 3pm..



Jonathan C. Vaing
Asst. Superintendent Operations
B.S.E.S

Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
2323 Cesar Chavez St., San Francisco, CA 94124
| Desk: (415)695-2111 | Main: (415) 695-2134
sfpublicworks.org · twitter.com/sfpublicworks

 Please consider the environment before printing this e-mail.

---

**From:** Vaing, Jonathan (DPW)
**Sent:** Friday, March 25, 2022 8:34 AM
**To:** Mickels, Alison (DPW) <alison.mickels@sfdpw.org>; Durden, DiJaida (DPW) <dijaida.durden@sfdpw.org>; Ramirez, Rafael (DPW) <Rafael.Ramirez@sfdpw.org>
**Cc:** McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Bruce, Kenny (DPW) <kenny.bruce@sfdpw.org>; Dilworth, Darryl (DPW) <darryl.dilworth@sfdpw.org>; Guajardo, Eric (DPW) <Eric.Guajardo@sfdpw.org>
**Subject:** RE: Bag and Tag Incident

Thanks Alison for the report.

Hi Jiada,

Please approve surveillance for Monday 3/21/22 evening – Tuesday 3/22/22 3pm..

Thank You.



Jonathan C. Vaing
Asst. Superintendent Operations
B.S.E.S

Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
2323 Cesar Chavez St., San Francisco, CA 94124
| Desk: (415)695-2111 | Main: (415) 695-2134
sfpublicworks.org · twitter.com/sfpublicworks

 Please consider the environment before printing this e-mail.

---

**From:** Mickels, Alison (DPW) <Alison.Mickels@sfdpw.org>
**Sent:** Friday, March 25, 2022 8:13 AM
**To:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>

**Cc:** McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>; Dilworth, Darryl (DPW) <Darryl.Dilworth@sfdpw.org>; Guajardo, Eric (DPW) <Eric.Guajardo@sfdpw.org>
**Subject:** Bag and Tag Incident
**Importance:** High

Hello,
A request for personal property came in on Tuesday 3/22/22. The Gentleman in questions looking for his items was Steven Williams.

Mr. Williams stated he was arrested on Monday and informed by SFPD he would be able to pick up his property at the PW Op's Yard within 72hrs, where it would be in sage keeping.

Mr. Williams stated he came to the Ops Yard at 12am on Tuesday morning 3/22/22 and was told by a gentleman "We do not have the key and come back in the morning to get your things."

During the day shift, Myself, David Allan and Marcell Underwood all went down to the Cage area to locate his items (the logs has the items have been picked up by PW staff at 3/21/22 @ 7:48pm by Swing Shift Staff Troy Reagan).
Nothing was found with the description, tag #, or citizens name.

I am requesting surveillance for Monday 3/21/22 evening – Tuesday 3/22/22.

Mr. Williams became so enraged he began behavior that resulted in SFPD being called to remove Mr. Williams from the premises (see attached complaints).
This could have all been avoided if Mr. Williams was able to pick up his items per the Bag and Tag procedure.
I would like to find out what happened to his property.

Please advise
Thank you,

Alison



**Alison Mickels**
**Supervisor II**
Operations – Special Projects
   Bureau of Street & Environmental Services
   San Francisco Public Works
   City and County of San Francisco
   2323 Cesar Chavez
   San Francisco, CA 94124
   Ph  (415)695-2130
   Fax (415)695-2175
   alison.mickels@sfdpw.org