# EXHIBIT 109

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**: Edgar Garcia, 7281 Supervisor II ~ Special Projects
**TO**: Mark Roumbanis, Assistant Superintendent
**DATE**: April 19th, 2024

### PRIORITY/EVENTS:
- NORDSENSE City Can Sensor (ongoing) Biweekly.
- Steamer assisted Zone A with Clean corridor on 04/11/24.
- Worked on catching up on old CMMS on 04/11/24.
- Prepared trucks for NBD and Cesar Chavez parade on 4/12/24.
- Dropped off 75 Barricades for Cesar Chavez on 04/13/24.
- Set up for NBD on 4/13.24.
- Worked on catching up on old CMMS on 04/13/24.
- Steam Cleaned 1235 Mission on 04/14/24.
- Picked up NBD postings on 4/14/24.
- Picked up 75 Barricades for Cesar Chavez on 04/14/24.
- Prepared trucks for Broadway tunnel on 4/15/24.
- Worked on catching up on old CMMS on 04/15/24.
- Dropped off 6 Barricades at 15th and Harrison for SFMTA on 04/16/24.
- Worked on catching up on old CMMS on 04/16/24.
- Dumped old city cans at Quarry on 04/16/24.
- Completed monthly yard cleaning on 4/17/2024.
- Dropped of 70 Barricades at 1515 SVN on 4/17.24.
- Worked on catching up on old CMMS on 04/17/24.
- Posted no parking signs for award Ceremony on 04/18/24.
- Dropped off 12 barricades at Fulton Plaza on 4/18/24.
- Assisted Zone F with Clean corridor on 04/18/24.
- Dropped off 40 Barricades at 1st and Howard for SFPD on 4/18/24.

### CITY CANS (Removals / Installs):
- Relocation: (ongoing)
- Installation (pending)
- Waiting on estimates from John Lee and BBR for more cans.

### TENDERLOIN RUN
- SFPD Run in T.L. (pending)

**BAG & TAG**
- (Persons coming to Ops Yard to retrieve items **1**) (Received Items into Ops Yard**: #25**) **(**Returns to owner **#1**) **(**Items Not returned to Owners / Nothing found **#0**) **(**Bikes **#0**) / Scooter **#1**) (Tents **#3**) (SFPD Evidence **#0**) (Claim Forms given **#0**)
- Creation of Spreadsheets by C. Seisay ongoing: (City Can Inventory: **0**) (Bag & Tag intake forms: **12**) **(**Bag & Tag Claims **0**) **(**Event Calendar: **0**) **(**P.E.L. Can swap out: **0**)

**NEWS RACKS:**
- **#0** News Racks brought in by BSM Staff

**BARRICADES / A-Frames**
- Dropped off 75 Barricades for Cesar Chavez on 04/13/24.
- Picked up 75 Barricades for Cesar Chavez on 04/14/24.
- Dropped off 6 Barricades at 15th and Harrison for SFMTA on 04/16/24.
- Dropped of 70 Barricades at 1515 SVN on 4/17.24.
- Dropped off 12 barricades at Fulton Plaza on 4/18/24.
- Dropped off 40 Barricades at 1st and Howard for SFPD on 4/18/24.

**Meetings**
- Sup II Meeting on 04/16/2024 this week.
- Nordsense meeting on 04/16/2024.
- NBD planning meeting on 04/17/2024.
- City Can meeting on 4/17/2024.
- Sunday Streets meeting on 4/17/2024.

.
**Highlights**
- Accidents **(0)** Incidents **(1)** Bag and Tag Break In **(1)** Injuries **(0)**
- Incident with Reactionary crew.

## Steamers Scheduled:
- Thursday 04/112024 – 2 Steamer scheduled steamed one assisted with clean corridor.
- Friday 04/12/2024 - 1 Steamer scheduled steamed hot spots.
- Saturday 04/13/2024 - 1 Steamer scheduled steamed hot spots.
- Sunday 04/14/2024 – 1 Steamer scheduled steamed 1235 Mission.
- Monday 04/15/2024- No steamer scheduled.
- Tuesday 04/16/2024- 1 Steamer scheduled steamed hotspots.
- Wednesday 04/17/2024- 1 Steamer scheduled steamed hotspots.

## Dump runs:
- 04/11/2024 – 5 dump runs 4,840 lbs. No supervisor dumps.
- 04/12/024 – 6 dump runs 6,000 lbs. No supervisor dumps.
- 04/13/2024 – No dump runs.
- 04/14/2024 – No dump runs.
- 04/15/2024 – 8 dump runs 8,160 lbs. 1 supervisor dump 80 lbs.
- 04/16/2024 – 6 dump runs 5,8000 lbs. 1 supervisor dump 220 lbs.
- 04/17/2024. – 4 dump runs 3,060 lbs. No supervisor dumps.