# EXHIBIT 110

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

**SAN FRANCISCO PUBLIC WORKS**

**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**: Edgar Garcia, 7281 Supervisor II ~ Special Projects
**TO**: Mark Roumbanis, Assistant Superintendent
**DATE**: May 23rd, 2024

### PRIORITY/EVENTS:

- NORDSENSE City Can Sensor (ongoing) Biweekly.
- Worked on catching up on old CMMS request on 5/17.24.
- Picked up 15 barricades from Fulton Plaza on 5/17/24.
- The car show dropped off 4 barricades ,4 trash cans, 2 tents, and 2 tables 5/18/24.
- Dropped off 5 barricades and 5 cones at Harvey Milk Plaza on 5/18/24.
- Steamed 1235 mission on 5/19/24.
- Picked up 5 barricades and 5 cones from Harvey Milk Plaza on 5/19/24.
- Worked on catching up on CMMS 5/20/24.
- Worked on catching up on CMMS 5/21/24.
- Worked on catching up on CMMS 5/22/24.
- Picked up Broadway tunnel arrow board from central shop cleaning on 5/22/24.
- Assisted Zone D with clean corridor on 5/23/2024.
- Prepared trucks and supplies for Carnaval on 5/24/24.
- Dropped off 60 Barricades behind best Buy for Carnaval staging area on 5/24/24.

### CITY CANS (Removals / Installs):
- Relocation: (ongoing)
- Installation (pending)
- Waiting on estimates from John Lee and BBR for more cans.

### TENDERLOIN RUN
- SFPD Run in T.L. (pending)

### BAG & TAG
- (Persons coming to Ops Yard to retrieve items **#1**) (Received Items into Ops Yard: **#36**) (Returns to owner **#0**) (Items Not returned to Owners / Nothing found **#0**) (Bikes **#1**) / Scooter **#0**) (Tents **#4** (SFPD Evidence **#0**) (Claim Forms given **#1**)
- Creation of Spreadsheets by C. Seisay ongoing:
    (City Can Inventory: **0**) (Bag & Tag intake forms:**16**) (Bag & Tag Claims: **2**) (Event Calendar: **0**) (P.E.L. Can swap out: **0**)

### NEWS RACKS:
- **#0** News Racks brought in by BSM Staff

**BARRICADES / A-Frames**

- Picked up 15 barricades from Fulton Plaza on 5/17/24.
- The car show dropped off 4 barricades ,4 trash cans, 2 tents, and 2 tables 5/18/24.
- Dropped off 5 barricades and 5 cones at Harvey Milk Plaza on 5/18/24.
- Picked up 5 barricades and 5 cones from Harvey Milk Plaza on 5/19/24.
- Dropped off 60 Barricades behind best Buy for Carnaval staging area on 5/24/24.

**Meetings**

- Bay to Breakers meeting on 05/16/24.
- Sup II Meeting on 05/21/2024 this week.
- Internal Carnaval Planning meeting 5/17/24.
- Sup II Meeting on 05/21/2024 this week.
- Nordsense meeting on 5/21/24 this week.
- Electronic Hotsy meeting on 05/21/24.
- Carnaval Planning meeting with Coordinator on 05/21.24
- Carnaval Planning meeting with Coordinator on 05/23.24

**Highlights**

- Accidents **(1)** Incidents **(0)** Bag and Tag Break In **(1)** Injuries **(0)**

## Steamers Scheduled:

- Thursday 05/16/024 – 2 Steamer scheduled steamed hot spots and clean corridor.
- Friday 05/17/2024 -.  2 Steamer scheduled steamed hot spots.
- Saturday 05/18/2024 - 1 Steamer scheduled steamed Hot spots.
- Sunday 05/19/2024 – 1 steamer scheduled steamed 1235 Mission.
- Monday 05/20/2024- No steamer scheduled.
- Tuesday 05/21/2024- 2 Steamer scheduled steamed hotspots.
- Wednesday 05/22/2024- 2 Steamer scheduled steamed hotspots.

## Dump runs:

- 05/16/2024 –5 dump runs 8,000 lbs. No supervisor dumps.
- 05/17/2024 – 3 dump runs 1,320 lbs. No supervisor dumps.
- 05/18/2024 – No Dump runs.
- 05/19/2024 – No Dump runs.
- 05/20/2024 – 4 dump runs 3,540 lbs. No supervisor dumps.
- 05/21/2024 – 5 dump runs 4,520 lbs. No supervisor dumps.
- 05/22/2024 – 6 dump runs 5,080 lbs. No supervisor dumps.

## GPS Report:

David Allan 05/21/24 431-410
No Issues found.

Louis Reed report 05/24/24 431-00109
No Issues found.

**Reactionary crew daily assignments:**

See next page.