# EXHIBIT 111

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**:  Alison Mickels, Supervisor II ~ Special Projects
**TO**:  Jonathan Vaing, Assistant Superintendent
**DATE**:  September 15, 2022

## PRIORITIES:
- Supervisor did not go to Tunnel Road, assisting with Events and Specials
- 450 O'Farrell Barricades at First Church
- City Attorney request for information on 3/8/22 Personal Property removed

## EVENTS
- Leather Walk Protest 9/18/22
- NBD District #4 on 9/17/22
- Richmond Autumn Moon Festival 9/17/22
- Sunday Sts Fillmore 9/18/22
- Del Mar Event 9/18/22

## COMPLETED EVENTS:
- Veterans Alley Mural Project 9/3/22

## CITY CANS:
- NORDSENSE City Can Sensor ongoing
- Trash Can Pilot ~
  - Phase II Ongoing until 9/23/22
- Relocation: (ongoing)
- Removal Per J. Vaing, 1039 Van Ness
- Removal Per B. Rubenstein Market at So. Van Ness

**TENDERLOIN RUN~ SFPD Run in T.L. ongoing**

## BAG & TAG
- (Persons coming to Ops Yard **#3**) (Received Items into Ops Yard: **#7**) (Returns to owner **#3**) (Items Not returned to Owners/ Nothing found **# 0**) (Bikes **# 0** / Scooter **# 0**) (Tents **# 0**) (SFPD Evidence **# 0**) (Claim Forms given **# 0**)
- Creation of Spreadsheets by M. Underwood ongoing:
  - o City Can Inventory o Bag & Tag intake o Bag & Tag Claims o Event Calendar o P.E.L. Can swap out

## NEWS RACKS:
- **#0** News Racks brought in by BSM Staff

**Meetings:**
- Supervisor II Meeting
- Trash Can Pilot Meeting
- ISCOTT upcoming 9/22/22
- NBD Events every Wednesday @b 10:30am

**Highlights:**
Accidents **(0)** Incidents **(0)** Bag and Tag Break In **(1)** Injuries **(0)**