# EXHIBIT 112

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| **From:** | Vaing, Jonathan (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=25421867B3E6475EA9B8641E436C17C3-JONATHAN VAING] |
| **Sent:** | 11/2/2022 3:48:29 PM |
| **To:** | Espina, Maria (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4682e49a0b614391b3c83d4f2d5b4c34-Maria Espina]; Lee, Jason (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a7df15934870407d8b02899b14615462-Jason E Lee] |
| **Subject:** | FW: Bag and tag form |
| **Attachments:** | Scan_Vaing,Jonathan_10_11_03_14-10-2022.pdf |

Jonathan C. Vaing
Asst. Superintendent Operations
B.S.E.S

Bureau Street Environmental Services  | San Francisco Public Works | City and County of San Francisco
2323 Cesar Chavez St., San Francisco, CA 94124
| Desk:  (415)695-2111 | Main: (415) 695-2134

 sfpublicworks.org · twitter.com/sfpublicworks
 Please consider the environment before printing this e-mail.

-----Original Message-----
From: Vaing, Jonathan (DPW)
Sent: Wednesday, October 19, 2022 12:37 PM
To: Espina, Maria (DPW) <maria.espina@sfdpw.org>
Subject: RE: Bag and tag form

I'm unable to make change, Can you help update for,?

Property owner name and #: _____

Jonathan C. Vaing
Asst. Superintendent Operations
B.S.E.S

Bureau Street Environmental Services  | San Francisco Public Works | City and County of San Francisco
2323 Cesar Chavez St., San Francisco, CA 94124
| Desk:  (415)695-2111 | Main: (415) 695-2134

 sfpublicworks.org · twitter.com/sfpublicworks  Please consider the environment before printing this e-mail.

-----Original Message-----
From: Espina, Maria (DPW) <Maria.Espina@sfdpw.org>
Sent: Friday, October 14, 2022 11:41 AM
To: Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
Subject: RE: Bag and tag form

Here you go



    Maria Espina
     Principal Clerk

    Bureau of Street Environmental Services  |  San Francisco Public Works  |  City and County of San Francisco
    2323 Cesar Chavez |  San Francisco, CA 94124  |  (415) 641-2378  |  sfpublicworks.org ·
twitter.com/sfpublicworks

-----Original Message-----
From: Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
Sent: Friday, October 14, 2022 11:20 AM
To: Espina, Maria (DPW) <Maria.Espina@sfdpw.org>
Subject: Bag and tag form

Hi..

CCSF-COH_080211
CCSF-COH_080211

Do you have this form via word doc? ==We need to add additional line for property owner info and order new print.==

Jonathan C. Vaing
Asst. Superintendent Operations
B.S.E.S

Bureau Street Environmental Services  | San Francisco Public Works | City and County of San Francisco
2323 Cesar Chavez St., San Francisco, CA 94124
| Desk:  (415)695-2111 | Main: (415) 695-2134

 sfpublicworks.org · twitter.com/sfpublicworks ☐ Please consider the environment before printing this e-mail.

-----Original Message-----
From: Jonathan.Vaing@sfdpw.org <Jonathan.Vaing@sfdpw.org>
Sent: Friday, October 14, 2022 10:11 AM
To: Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
Subject: Scan_Vaing, Jonathan_10_11_03_14-10-2022

Please find your scan attached to this Email.

# HOMELESS PROPERTY INFORMATION

*(PLEASE PRINT CLEARLY)*

**Pick Up Date:** 7-9-22

**Pick Up Time:** 4:00 PM

**Intake Date:**

**How many items:** 3     **Description of items:** 2 PLASTIC BAGS & 1 BACKPACK

**P.D. Pick up:** ☐
**Field Pick up:** ☐     ***Evidence:*** ☐     **Bag & Tag:** ☒
*(if a citation is issued then it is considered evidence)*

★ *Property OWNER INFO*

**SFPD Star #:** 4239

**Pick Up Location:**
*(name of P.D. station)* PARK POLICE STATION     **Zone:** C

**Street Address:** 1899 WALLER ST

**Cross Street:** STANYAN

**Mark the box which corner, if applicable:**     NW ☐   SW ☐   NE ☐   SE ☐

**Picked up by:** *(SFPW Personnel name)* ALVARO MATUS

**Public Works Employee Radio #:** 756

**Tag #:** 236     **Tag Color:** BLUE

**Service Request #:** 2613725

TO BE FILLED OUT AFTER ITEMS HAVE BEEN PICKED UP BY RIGHTFUL OWNER

**Claimant Name:** _____     **Date claimed:** _____

**Signature:** _____

**Disposal date:** _____

Distribution:
**White Page** to Log Book     **Yellow Page** to Radio Room     **Pink page** to remain with items brought in

CCSF-COH_080213
CCSF-COH_080213