# EXHIBIT 113

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**: Alison Mickels, Supervisor II ~ Special Projects
**TO**: Jonathan Vaing, Assistant Superintendent
**DATE**: May 14, 2022

### PRIORITIES:
- SFGH Barricade request

### EVENTS
- Bay to Breakers 5/15/22 Ops Plan submitted
- Shaboom Block Party 5/15/22
- Sunday Sts Bayview 5/22/22
- Carnaval 5/27/22 Parade accepted / Festival pending
- Memorial Day 5/30/22
- SIKH Parade 6/4/22
- Haight St. Fair 6/12/22
- FIAS Event 6/15/22
- Juneteenth Event 6/18/22
- SF Pride 6/23 – 6/26/2022
- NBD Event....District 8 ~ 6/4/22

### COMPLETED EVENTS / PRIORITY CANCELLATIONS:
- Veterans Block Party Shannon Alley Completed
- Broadway Tunnel Cleaning CANCELLED due to safety of ceiling structure falling

### CITY CANS (Removals / Installs):
- NORDSENSE City Can Sensor ongoing
- City Can removal (on going)
- Relocation: (ongoing)
- Installation (on going)

### TENDERLOIN RUN~ SFPD Run in T.L. ongoing

### BAG & TAG
- (Persons coming to Ops Yard **#3**) (Received Items into Ops Yard: **#2**) (Returns to owner **#1**) (Items Not returned to Owners/ Nothing found **#2**) (Bikes **#0** / Scooter **#0**) (Tents **#0**) (SFPD Evidence **#0**) (Claim Forms given **#1**)
- Creation of Spreadsheets by M. Underwood ongoing:
  - City Can Inventory o Bag & Tag intake **7** Bag & Tag Claims o Event Calendar o P.E.L. Can swap out

### NEWS RACKS:
- **#0** News Racks brought in by BSM Staff

### Meetings:
- Carnaval, B2B, Shaboom, Sup II, DDO, Special Project Tailgate

### Highlights
- Accidents **(0)** Incidents **(0)** Bag and Tag Break In **(0)** Injuries **(0)**

CCSF-COH_074590
CCSF-COH_074501



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**:  Alison Mickels, Supervisor II ~ Special Projects
**TO**:  Jonathan Vaing, Assistant Superintendent
**DATE**:  May 27, 2022

### PRIORITIES:
- Trash Can Pilot
- SFGH Barricade removed

### EVENTS
- Carnaval 5/27/22 Parade accepted / Festival accepted per Jonathan
- Memorial Day 5/30/22
- SIKH Parade 6/4/22 estimate generated
- Haight St. Fair 6/12/22 pending
- FIAS Event 6/15/22 est accepted
- Juneteenth Event 6/18/22
- SF Pride 6/23 – 6/26/2022 pending
- NBD Event....District 8 ~ 6/4/22

### COMPLETED EVENTS / PRIORITY CANCELLATIONS:
- PENDING

### CITY CANS (Removals / Installs):
- NORDSENSE City Can Sensor ongoing
- City Can removal (on going)
- Relocation: (ongoing)
- Installation (on going)

### TENDERLOIN RUN~ SFPD Run in T.L. ongoing
### BAG & TAG
- (Persons coming to Ops Yard **#3**) (Received Items into Ops Yard: **#7**) (Returns to owner **#2**) (Items Not returned to Owners/ Nothing found **#2**) (Bikes **#0** / Scooter **#0**) (Tents **#1**) (SFPD Evidence **#0**) (Claim Forms given **#0**)
- Creation of Spreadsheets by M. Underwood ongoing:
    - City Can Inventory o Bag & Tag intake **7** Bag & Tag Claims o Event Calendar o P.E.L. Can swap out

### NEWS RACKS:
- **#0** News Racks brought in by BSM Staff

### Meetings:
- Trash Can Pilot Projec4
- Juneteenth 2022
- Supervisor II Meeting
- ISCOTT Hearing

### Highlights
- Accidents **(0)** Incidents **(0)** Bag and Tag Break In **(0)** Injuries **(0)**



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**: Alison Mickels, Supervisor II ~ Special Projects
**TO**: Jonathan Vaing, Assistant Superintendent
**DATE**: July 16th, 2022

### PRIORITIES:
- Supervisor did not go to Tunnel Road, off on personal leave

### EVENTS
- Grant Ave Lion Dance 7/16/22 (deployed barricades)

### COMPLETED EVENTS:
- NBD Gallileo High School

### CITY CANS:
- NORDSENSE City Can Sensor Confirmation of various locations
- Trash Can Pilot (scheduling to assist BBR to install beginning Monday 7/18/22
- Relocation: (ongoing)
- Installation (on going)

### TENDERLOIN RUN~ SFPD Run in T.L. ongoing

### BAG & TAG
- (Persons coming to Ops Yard **#5**) (Received Items into Ops Yard: **# 5**) (Returns to owner **#3**) (Items Not returned to Owners/ Nothing found **# 2**) (Bikes **#0** / Scooter **#0**) (Tents **#1**) (SFPD Evidence **#5**) (Claim Forms given **#2**)
- Creation of Spreadsheets by M. Underwood ongoing:
  - City Can Inventory o Bag & Tag intake **o** Bag & Tag Claims **o** Event Calendar **o** P.E.L. Can swap out

### NEWS RACKS:
- **#0** News Racks brought in by BSM Staff

### Meetings:
- Supervisor II Meeting
- ISCOTT Meeting

### Highlights:
Accidents **(0)** Incidents **(1)** Bag and Tag Break In **(0)** Injuries **(0)**



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**: Alison Mickels, Supervisor II ~ Special Projects
**TO**: Jonathan Vaing, Assistant Superintendent
**DATE**: September 8, 2022

### PRIORITIES:
- 

### EVENTS
- Veterans Alley Mural Project 9/3/2022

### COMPLETED EVENTS / PRIORITY CANCELLATIONS:
- Veterans Alley Mural Project (Dropped off barricades and event cans 4 yellow and 2 blue). 9/3/2022 10/98

### CITY CANS (Removals / Installs):
- NORDSENSE City Can Sensor ongoing
- City Can removal (on going)
- Relocation: (ongoing)
- Installation (on going)

### TENDERLOIN RUN~ SFPD Run in T.L. ongoing

**FROM**: Marcell Underwood, 9922 Public Service Aide
**TO**: Alison Mickles, 7281 Supervisor II
**DATE**: September 8, 2022

### BAG & TAG
- (Persons coming to Ops Yard **#2**) (Received Items into Ops Yard: **#6**) (Returns to owner **#1**) (Items Not returned to Owners/ Nothing found **#1**) (Bikes **#1** / Scooter **#0**) (Tents **#0**) (SFPD Evidence **#0**) (Claim Forms given **#0**)
- Creation of Spreadsheets by M. Underwood ongoing:
    - City Can Inventory o Bag & Tag intake o Bag & Tag Claims o Event Calendar o P.E.L. Can swap out

**Highlights**
- Accidents **(0)** Incidents **(0)** Bag and Tag Break In **(0)** Injuries **(0)**

### NEWS RACKS:
- **#0**

**Meetings:**
- #0

**Highlights**
- Accidents **(0)** Incidents **(0)** Bag and Tag Break In **(0)** Injuries **(0)**



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**: Alison Mickels, Supervisor II ~ Special Projects
**TO**: Jonathan Vaing, Assistant Superintendent
**DATE**: November 23rd, 2022

### PRIORITIES:
- Thanksgiving Operational Plan 2022
- Staging DEM Equipment from pallets into Container
- Supervisor did not go to Tunnel Road, assisting with Events and Specials

### EVENTS:
- NBD Cancelled
- Hooper St. Event 11/19
- Fan Expo 2022 on Minna St. at Moscone 11/22 – 11/28
- Let's Glow Up 11/28 – 12/12
- SFPD Gun Buy Back 12/10
- Winter Wonderland Mendell Plaza 12/14

### COMPLETED EVENTS:

### CITY CANS:
- NORDSENSE City Can Sensor ongoing
- Install / Relocation: (ongoing)

### BAG & TAG
- (Persons coming to Ops Yard **#0**) (Received Items into Ops Yard: **#0**) (Returns to owner **#0**) (Items Not returned to Owners/ Nothing found **#0**) (Bikes **#0** Scooter **# 0**) (Tents **#0**) (SFPD Evidence **#0**) (Claim Forms given **#0**)
- Creation of Spreadsheets by M. Underwood ongoing:
    - City Can Inventory o Bag & Tag intake o Bag & Tag Claims o Event Calendar o P.E.L. Can swap out

### NEWS RACKS:
- **#0** News Racks brought in by BSM Staff

### Meetings:
- Supervisor II Meeting
- NBD Events every Wednesday @ 10:30am

### Highlights:
Accidents **(0)** Incidents **(0)** Bag and Tag Break In **(1)** Injuries **(0)**



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**: Alison Mickels, Supervisor II ~ Special Projects
**TO**: Jonathan Vaing, Assistant Superintendent
**DATE**: December 2, 2022

PRIORITIES:
- DEM Demobilization of Tenderloin Center
- Barricades for 7th & Market not obstructing ADA Handicap Ramp
- Supervisor did not go to Tunnel Road, assisting with Events and Specials
- 7th & Market Barricades removed from ADA handicap ramp

**EVENTS:**
- NBD Cancelled
- SantaCon SFPD Barricade Request 12/10/22
- Mayor's Special @ Laguna & Market 12/8/22
- Let's Glow Up 11/28 – 12/12
- SFPD Gun Buy Back 12/10
- Winter Wonderland Mendell Plaza 12/14
- DPH Community Day Service @ Bill Graham Auditorium 12/14/22
- Santa Skivvies Event 12/11/22

**COMPLETED EVENTS:**

**CITY CANS:**
- NORDSENSE City Can Sensor ongoing
- Install / Relocation: (ongoing)

**BAG & TAG**
- (Persons coming to Ops Yard **#4**) (Received Items into Ops Yard**: #6**) **(**Returns to owner **#1**) (Items Not returned to Owners/ Nothing found **#3**) (Bikes **#1** Scooter **# 0**) (Tents **#0**) (SFPD Evidence **#0**) (Claim Forms given **#3**)
- Creation of Spreadsheets by M. Underwood ongoing:
  - City Can Inventory o Bag & Tag intake o Bag & Tag Claims o Event Calendar o P.E.L. Can swap out

**NEWS RACKS:**
- **#0** News Racks brought in by BSM Staff

**Meetings:**
- Supervisor II Meeting
- NBD Events every Wednesday @ 10:30am
- Q2 Check In
- Title VI

**Highlights:**
Accidents **(0)** Incidents **(0)** Bag and Tag Break In **(1)** Injuries **(0)**



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**: Edgar Garcia, Supervisor II ~ Special Projects
**TO**: Jonathan Vaing, Assistant Superintendent
**DATE**: January 12th, 2023

### PRIORITY/EVENTS:
- NORDSENSE City Can Sensor (ongoing)
- Preparation for the Broadway Tunnel cleaning.
- MLK- preparation Barricades dropped off on 1/12/2023
- Broadway tunnel cleaning preparation
- Chinese community fair
- City wide catch basin cleaning
- No parking signs re-posting Marin St. for Ops yard sand pickup Per Assist. Mr. Vaing

### CITY CANS (Removals / Installs):
- Relocation: (ongoing)
- Installation (pending)

### TENDERLOIN RUN
- SFPD Run in T.L. (pending)

### BAG & TAG
- (Persons coming to Ops Yard **#3**) (Received Items into Ops Yard: **#13**) (Returns to owner **#2**) (Items Not returned to Owners / Nothing found **#1**) (Bikes **#0** / Scooter **#0**) (Tents **#0**) (SFPD Evidence **#0**) (Claim Forms given **#1**)
- Creation of Spreadsheets by M. Underwood ongoing:
    - City Can Inventory o Bag & Tag intake o Bag & Tag Claims o Event Calendar o P.E.L. Can swap out

### NEWS RACKS:
- **#0** News Racks brought in by BSM Staff

### BARRICADES / A-Frames
- Placed #48 Barricades for MLK parade on 1/12/2023.

**Meetings:**
- Sup II Meeting 1/10/2023
- Beautification day meeting 1/11/2023.
- ISCOTT meeting 1/12/2023
- City Can Installation process meeting 1/12/2023
- Walk of Life planning meeting 1/12/2023

**Highlights**
- Accidents **(0)** Incidents **(0)** Bag and Tag Break In **(0)** Injuries **(1)**



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**: Edgar Garcia, 7281 Supervisor II ~ Special Projects
**TO**: Jonathan Vaing, Assistant Superintendent
**DATE**: February 16th, 2023

### PRIORITY/EVENTS:
- NORDSENSE City Can Sensor (ongoing)
- Assisted DEM with cleaning of Sunset Circle.
- Steamers Assisted with 24th Street Clean Corridor on 2/16/2023.
- Assisted with setup of Beautification Day John O'Connell High school.
- Assisted with setup for BHM meeting 2.14.2023
- Assisted with clean corridor on 2.16.2023
- Assisted with locker room clean up on 2.16.2023

### CITY CANS (Removals / Installs):
- Relocation: (ongoing)
- Installation (pending)

### TENDERLOIN RUN
- SFPD Run in T.L. (pending)

### BAG & TAG
- (Persons coming to Ops Yard **#4**) (Received Items into Ops Yard: **#12**) (Returns to owner **#3**) (Items Not returned to Owners / Nothing found **#1**) (Bikes **#1** / Scooter **#0**) (Tents **#0**) (SFPD Evidence **#0**) (Claim Forms given **#0**)
- Creation of Spreadsheets by M. Underwood ongoing:
  - City Can Inventory o Bag & Tag intake o Bag & Tag Claims o Event Calendar o P.E.L. Can swap out.

### NEWS RACKS:
- **#0** News Racks brought in by BSM Staff

### BARRICADES / A-Frames

- Larch St Barricades Pick up on 2/15/2023.
- John O'Connell High School Beautification Day 50 A-Frames picked up on 2/14/2023.



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**: Edgar Garcia, 7281 Supervisor II ~ Special Projects
**TO**: Jonathan Vaing, Assistant Superintendent
**DATE**: February 15th, 2024

### PRIORITY/EVENTS:
- NORDSENSE City Can Sensor (ongoing) Biweekly.
- This week the Special Projects team was in the Broadway Tunnel.
- Picked up 48 barricades from 400 Montgomery on 02/16/24.

### CITY CANS (Removals / Installs):
- Relocation: (ongoing)
- Installation (pending)

### TENDERLOIN RUN
- SFPD Run in T.L. (pending)

### BAG & TAG
- (Persons coming to Ops Yard to retrieve items **2**) (Received Items into Ops Yard: **#17**) (Returns to owner **#1**) (Items Not returned to Owners / Nothing found **#2**) (Bikes **#1**) / Scooter **#0**) (Tents **#0**) (SFPD Evidence **#0**) (Claim Forms given **#0**)
- Creation of Spreadsheets by C. Seisay ongoing: (City Can Inventory: **0**) (Bag & Tag intake forms: **13**) (Bag & Tag Claims **0**) (Event Calendar: **0**) (P.E.L. Can swap out: **0**)

### NEWS RACKS:
- **#0** News Racks brought in by BSM Staff

### BARRICADES / A-Frames
- Picked up 48 barricades from 400 Montgomery on 02/16/24.

### Meetings
- Sup II Meeting on 02/13/2024 this week.
- Can sensor meeting on 02/14/24.
- NBD planning meeting on 02/14/2024.

### Highlights
- Accidents **(0)** Incidents **(0)** Bag and Tag Break In **(0)** Injuries **(0)**



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services
christopher.mcdaniels@sfdpw.org | T. 415.695.2011 | 2323 Cesar Chavez St. San Francisco, CA 94124
London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM**: Edgar Garcia, 7281 Supervisor II ~ Special Projects
**TO**: Jonathan Vaing, Assistant Superintendent
**DATE**: February 23rd, 2024

### PRIORITY/EVENTS:
- NORDSENSE City Can Sensor (ongoing) Biweekly.
- This week the Special Projects team was in the Broadway Tunnel.
- Picked up 52 barricades from 400 Montgomery on 02/17/24.
- Dropped- off 20 Barricades at Fulton Plaza on 2/22/24.

### CITY CANS (Removals / Installs):
- Relocation: (ongoing)
- Installation (pending)

### TENDERLOIN RUN
- SFPD Run in T.L. (pending)

### BAG & TAG
- (Persons coming to Ops Yard to retrieve items **2**) (Received Items into Ops Yard: **#17**) (Returns to owner **#2**) (Items Not returned to Owners / Nothing found **#1**) (Bikes **#0**) / Scooter **#0**) (Tents **#3**) (SFPD Evidence **#0**) (Claim Forms given **#1**)
- Creation of Spreadsheets by C. Seisay ongoing: (City Can Inventory: **0**) (Bag & Tag intake forms: **9**) (Bag & Tag Claims **0**) (Event Calendar: **0**) (P.E.L. Can swap out: **0**)

### NEWS RACKS:
- **#0** News Racks brought in by BSM Staff

### BARRICADES / A-Frames
- Picked up 52 barricades from 400 Montgomery on 02/17/24.
- Dropped- off 20 Barricades at Fulton Plaza on 2/22/24.

### Meetings
- Sup II Meeting on 02/20/2024 this week.
- NBD planning meeting on 02/21/2024.
- CNY Parade Planning meeting on 2/22/24.

CCSF-COH_641754
CCSF-COH_641737