# Placeholder For

# EXHIBIT 116

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

## Provisionally Filed Under Seal Pursuant to Interim Administrative Motion to Seal