# EXHIBIT 118

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:22-cv-05502

**DECLARATION OF TODD BRYANT**

I, Todd Bryant, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Todd Bryant and I am 49 years old. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

2. I have lived in San Francisco for most of my adult life. For most of that time, I was employed as an automobile technician. But I was injured on the job. As a result of my injuries, I now have herniated disks in my neck and back and often walk with a cane. I lost my job after that. I became homeless after I could not find work.

3. For all the years I have been homeless, I have been trying to find stable housing to get back on my feet. Finally, very recently, I was able to secure placement in a tiny home on Gough Street. I hope that I will be permitted to stay long-term, although this is by no means a guarantee.

**Law Enforcement Harassment While Homeless in Violation of City Policy**

4. I have been harassed by the San Francisco Police Department (SFPD) and the Department of Public Works (DPW) repeatedly over the last several years. They have taken my belongings away from me many times. My story has been told in the documentary *Stolen Belonging*, after outreach volunteers recorded the City's seizure and destruction of my property.[1]

---

[1] *See Stolen Belonging*, Episode 2: City as Thief, *available at* https://www.stolenbelonging.org/episode-2.

4 - 1

5. I know that the City is required to have a notice posted in advance of any sweep of homeless people or their property. But when I have talked to police officers about this, they say that requirement does not matter. I have almost never seen posted notice in advance of being approached by SFPD and DPW and told to move or that I could not have my property.

6. It is also my understanding that the City is supposed to bag and tag people's property for safekeeping and later pickup if they confiscate it. I have gone down to the DPW yard in an attempt to retrieve my belongings many times. I have never once successfully gotten any of my property back—even when I have had a bag and tag slip identifying that my property should be there. I have only gotten a bag and tag slip about twice. Most of the time, I have not received a bag and tag slip and there has been no attempt to save or store any of my belongings for me to retrieve later.

7. In my experience, when DPW work crews ask you to move, you can only move your belongings about twenty feet at a time. If you move farther than that, DPW crews will start taking whatever you momentarily left behind before you can come back for it.

8. I have never been offered viable services or shelter during one of these sweeps. Sometimes, the Homeless Outreach Team (HOT) or DPW and SFPD will ask me something to the effect of, "Do you guys want to go to a Navigation Center or something?" But later, they will return and say they could not take us for some reason or another. Regardless, SFPD and DPW would force us to move along or leave the area—and would threaten to cite or arrest us if we refused to do so.

**Specific Episodes of Property Destruction and Arrest While Homeless**

9. I can clearly recall four instances in the last few years in which my belongings have been taken. One particularly traumatic incident occurred several years ago, when I was staying in the parking lot between Gough Street and McCoppin Street, where they meet at Otis Street, with my girlfriend. We were in the process of moving our belongings up the street, when I left to go to Walgreens for supplies.

10. SFPD officers approached me at Walgreens and said I fit the description of someone in an armed robbery. It was raining that day, and they made me lay down, face down in a puddle of water. They took everything from my pockets and threw it on the ground, so my phone and wallet were also getting wet. They held me there on the ground for a long time. After a while, they let me go.

11. While I was being held at Walgreens, my girlfriend was still trying to push our belongings across the street. SFPD officers told her to go look for me so that I could help her

with moving our things. They promised her that they would not touch our belongings until we got back.

12. When I finally did get back to where our belongings had been, everything was gone. All that we had left were the soaking-wet clothes on our backs and a bike that I had ridden to and from Walgreens.

13. It was pouring rain all day, and we had no shelter. We had to sleep under a freeway by a skate park that night. Luckily some of our friends gave us a blanket to sleep with, but other than that we had no way to shield ourselves from the rain.

14. The second incident I vividly recall occurred when I was staying on South Van Ness near the freeway onramp. I was not blocking the sidewalk, as I had set up my tent up right where the sidewalk ended.

15. One SFPD officer was present, as well as a DPW work crew. I did not receive any advance notice that they would be coming. The SFPD officer showed up to where I was staying around 7:00 PM. This was unusual. Usually, when the City made us move, it was early in the morning. I was staying at that location with my girlfriend and a few other friends, but they were away when SFPD arrived.

16. The SFPD officer informed me I had twenty minutes to move all of my and my friends' belongings that were at the site, or else he was going to arrest me. It was impossible to move everything we owned in twenty minutes. As stated above, I have a back and neck injury from work including herniated disks, and I often walk with a cane. I informed the officer of this, but he did not grant me any extra time to move. This was an impossible task.

17. Ultimately, the SFPD officer did arrest me. He put me in the back of a police car and I watched DPW workers tear my tent apart so that they could take all of my belongings. I was taken to the police station on Valencia for a few hours, and then released. By the time I got back, everything was gone.

18. I lost a toolbox and all of my tools I had used for my work as an automobile technician. These tools alone cost thousands of dollars. DPW also took two brand-new generators I had purchased to keep warm: a Honda U 3000 generator and an EU 2000 generator. They took my expensive Alienware gaming laptop as well. I like to cook, and my set of Japanese kitchen knives was taken as well. I also lost irreplaceable items that had been passed down to me over the years, like a collection of antiques and a coin collection made up of coins my grandfather had given to me over the course of my entire life. I was not able to retrieve any of this property.

4 - 3

19.     The third incident I recall occurred on or around January 3, 2019, near the women's drop-in shelter at Division and 13th Street. This incident became the basis of the *Stolen Belonging* documentary and was recorded in that documentary.[2]

20.     I had been asked to move by City workers four times that day already. Earlier in the day, the City had taken my tent away without warning. As it was getting dark, I decided to put a tarp that I had recently purchased over my belongings to keep them safe for the night. But as soon as I put a tarp over my belongings to protect them, the City declared it to be a tent and they began removing my belongings as I tried to move them. I was able to save some things, but the City took almost everything from me. I also received a citation for illegal camping during this incident.

21.     Just a few months ago around December 2021— right before I was able to move to a safe sleep site—a DPW crew arrived at where I was staying on Division Street. I received no advance notice that they would be coming. Although I was not present during this sweep, a friend of mine was present and was watching my belongings. But DPW would not let my friend safeguard any of my property for me. They took everything. That day, I lost: a large new toolbox I had just purchased to help me find work; $600 worth of clothes my girlfriend had purchased for us; my MacBook Pro; my Samsung LED TV; and my Xbox One along with several games for that console. These were devastating economic losses.

22.     A week later, when I had moved down the street, a DPW worker spoke with me about my belongings that had recently been taken. The DPW worker told me they had thrown my toolbox into their crusher truck. When I asked them about the $600 in clothes they had taken, the worker said, "We're DPW, baby, that's what we do!" I have never been able to recover any of this property.

**Prior Citations and Arrests for Illegal Camping**

23.     As described above, I have been cited and/or arrested for illegal lodging or camping twice in the past few years. I recall that my second citation was on January 3, 2019. That does not include all of the times when SFPD officers and DPW work crews have threatened me with citation and arrest if I did not move along from the area. I do not recall ever actually being offered shelter during these arrests or threatened arrests. Those threats persist to this day.

24.     Although I have finally been able to find a temporary housing option in a tiny home program, there is no guarantee that this living situation will be long-term. As a result, I live in constant fear that if I am forced to live back on the streets, I will again be subject to the City's

---

[2] *See Stolen Belonging*, *supra* note 1.

4 - 4

cruel citation, arrest, and property destruction practices.

**Reflections on the City's Conduct**

25. I have been traumatized again and again by the City's sweeps. Some of these events were so traumatic to me that I have spent months trying to block them out. Every time I hear the "beep, beep" of a DPW truck, I get shivers. You would think that the DPW workers the City hires would be trained or skilled at interacting with unhoused folks. They are not.

26. I have lived here in San Francisco for most of my adult life. To have the City treat me this way now just because I am homeless—it is heartbreaking.

I have reviewed the information contained in this declaration by telephone. I declare under the penalties of perjury that the contents are true and correct to the best of my knowledge.

Executed on: 4/26/22

_____
Todd Bryant

4 - 5