# EXHIBIT 119

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| 1 | |
| 2 | **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION** |
| 3 | |

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF JOSH DONOHOE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR JUDGEMENT ON THE PLEADING**<br><br>Judge: Hon. Donna M. Ryu<br>Trial Date: May 1, 2025 |

I, JOSH DONOHOE, hereby declare pursuant to 28 U.S.C. § 1746::

1. All facts set forth in this declaration are based on my personal knowledge.

2. I currently live in transitional housing at Hamilton Families in San Francisco with my partner, Sarah Cronk, who goes by Apple.

3. Prior to moving into Hamilton Home in December 2023, I had been in a drug treatment program for 3 months. Prior to August 2023, I was homeless and unsheltered, living in a tent on the street with Apple.

4. I had been homeless for roughly 9 years in San Francisco prior to moving into Hamilton Homes. I became homeless because I was not able to afford rent in the city and was no longer able to stay with family members in the area

5. On October 1, Apple and I hope to move to ParkMerced Apartments, subsidized by the Flexible Housing Subsidy Pool.

6. Based on my personal experiences, I believe that there is a significant possibility that we could end up back on the streets in the future.

7. Our sole source of income is my job as a sheetworker, which pays roughly $2600 per month after taxes. As of October 2024, we will no longer receive any cash government benefits. Our portion of the rent at ParkMerced will be 30% of our income. However, if we lose our source of income we will lose the subsidy and have to pay the full amount of rent, $3300.

8. When we move to ParkMerced, we will receive a portion of our rent to Hamilton Families back as savings, but we have no other savings or assets.

9. Apple is unable to work right now because she cares for our 1 year old daughter. I am afraid that if I am injured, lose my job, or if my hours are cut at work during the off season, that we will lose our subsidy or otherwise be unable to afford our rent and would be evicted.

10. A few weeks ago, I came down with COVID and we lost half of our income for a week, which was a major financial blow. Last week, I crashed my scooter, and it made us wonder what would happen if I couldn't work. Apple could attempt to get a job,

1 but without childcare support, that would be extremely difficult and I'm uncertain what job
2 she could get.
3     11.    I declare under penalty of that the foregoing is true and correct, and that this
4 declaration was executed on September 26, 2024 in San Francisco, California.

                                                                    Josh Donohoe