# EXHIBIT 121

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:22-cv-05502

**DECLARATION OF DAVID MARTINEZ**

I, David Martinez, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is David Martinez and I am 55 years old. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

2. I have lived in San Francisco for most of my adult life. When I came to San Francisco, I was working various day labor and construction jobs through Labor Ready. But eventually the work dried up. I kept going to Labor Ready to find work, but I could not find enough work to keep making ends meet. For many years, I had lived in a high-rise apartment building in SoMa. When I could no longer afford rent, I became homeless. For all the years I have been homeless, I have been trying to find stable housing to get back on my feet. But I am still unhoused and living on the streets of San Francisco.

**Law Enforcement Harassment and Property Destruction While Homeless.**

3. I have been harassed by the San Francisco Police Department (SFPD) and the Department of Public Works (DPW) repeatedly over the last several years. DPW or SFPD come to tell us to move along at least once every week. Sometimes, they do nothing. But many times, they have taken my belongings away from me. Usually, DPW is the agency that tells me I have to move from where I am sleeping. SFPD officers sometimes stand behind them and threaten me with citation and arrest if I do not comply. I would estimate that from September 2021 to September 2022, I have had my belongings seized and destroyed by the City on at least 4 occasions. I have been threatened with citation or arrest on dozens of other occasions.

2 - 18

4. On approximately June 23, 2022, I was approached by DPW where I was sleeping on Fulsom Street and 13th Street. The night before, as is my practice, I carefully cleaned my area and neatly packed up my belongings. When DPW approached me, I told them that I had a doctor's appointment that I needed to leave for. I have right side congestive heart failure, so it is hard for me to breathe and I have to stay on top of my medical care to make sure I am healthy. DPW workers assured me that my belongings would not be disturbed. I also asked a friend to watch my belongings that day.

5. While I was at my appointment, I learned that DPW had seized and placed all of my belongings in a dumpster truck despite their promises to me. My friend jumped into the dumpster truck in an attempt to safeguard my belongings. I learned that she was threatened with arrest by SFPD for failing to comply with DPW's sweep of the area. This is consistent with what I know about DPW. If you are not present onsite—even for a moment—they will destroy your survival belongings. I lost everything I had that day, including:

- A brand new pop-open tent from Coleman that I was living in;
- Clothes, including my jeans, shirts, shoes, socks, underwear, and one suit I owned and wore for important occasions;
- My laptop and two cell phones that I used to look for work and stay in contact with family members;
- Canned and boxed nonperishable food items I relied on to feed myself;
- My congestive heart failure medication, including 4 different prescribed blood thinners and painkillers; and
- My California government issued ID.

6. When I heard the news, I was crying. I had finally collected everything I needed to get my life back on track. But the City took that from me. With no shelter to go to, and now with none of my belongings, I continued to sleep in the rough—without even blankets or a tent to keep warm—in the same spot where DPW had seized and destroyed my belongings.

7. In early September 2022, DPW once again woke me up where I was sleeping on Fulsom Street and 13th Street. This time, I was present the whole time. I had found another tent and was starting to collect enough clothes over the couple months since I was swept in June. I pleaded with DPW not to take my tent and belongings, but they took them anyways. They told me to back away from my belongings and threatened me with citation or arrest if I resisted them as they took them away. The Homeless Outreach Team (HOT) was not present that day and I was not offered any shelter.

8. Over the past few weeks, I have been living in a cardboard box. What is the point of constantly struggling to find a tent or new clothes if the City is going to keep taking them away from me? I have not even bothered to go replace my medication I lost months ago—because I am afraid to go through the hassle of replacing it if it is just going to be taken away again.

9. The lack of notice makes things even worse. The City almost never posts a written notice or provides us with verbal notice that a sweep is going to be happening in our area. The last posted notice I saw was a few months ago and I have not seen one since. The HOT team usually has not been present for the sweeps I have experienced. That feels wrong to me. Why are those who are supposed to be helping us access shelter and housing nowhere to be seen?

10. I have been to the DPW tow yard at least twice to attempt to retrieve property that was taken from me. I have never once gotten anything back that way. I know that this conduct is against City policy—and yet it keeps happening.

11. My recent experiences with the City's property destruction makes me afraid that I will once again be harassed by DPW or threatened with citation or arrest from SFPD just because I am homeless and unsheltered.

**Reflections on the City's Conduct**

12. The City's behavior feels fundamentally wrong. DPW workers are supposed to be garbage collectors. Why are they the ones who get decide what belongings we need? How can they throw away our survival belongings and our whole lives without accountability? These DPW workers come from the same backgrounds as us. They understand poverty and our experience. I do not understand why they behave this way.

13. San Francisco is such a nice city, with so much money. There are plenty of buildings and lots lying vacant that have not been developed. The City should be turning its resources towards building affordable housing so no one else has to become homeless in the first place—rather than punishing us for something we cannot control.

I have reviewed the information contained in this declaration. I declare under the penalties of perjury that the contents are true and correct to the best of my knowledge.

Executed on: 9/12/2022

David Martinez

2 - 20