# EXHIBIT 123

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:22-cv-05502

**DECLARATION OF KELLEY CUTLER**

I, Kelley Cutler, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Kelley Cutler, and I am above eighteen years of age. All facts set forth in this declaration are based upon my personal knowledge, and, if called upon to testify as to the truth of these facts, I could and would competently do so.

2. I have been a resident of San Francisco for 20 years. Since 2002—and for more than 20 years now—I have dedicated my career to working with unhoused communities in San Francisco. I have significant experience working with a variety of agencies and faith communities to help unhoused individuals in the City. My work has predominantly taken the form of outreach and organizing to educate, empower, and connect unhoused individuals as they seek to break the cycles of homelessness. A copy of my most recent resume is attached as **Exhibit A** to this declaration.

3. From 2012-2013 during my social work studies, I interned with the Housing Opportunity Partnership and Engagement program ("HOPE") in the Office of the San Francisco Mayor. I spent that academic year working under Bevin Dufty—who was known as the "homeless Czar" of San Francisco at the time. Through this work, I learned how the City interacts with the unhoused community. I also observed how the City could effectively implement better ways to address issues related to homelessness, such as working closely with community partners.

4. This experience prompted me to seek out a volunteering opportunity with the Coalition on Homelessness in 2012. I volunteered with the Coalition consistently until I was formally hired by the Coalition in February 2016. I got my start at the Coalition as an outreach

1

1 - 13

worker doing case management and providing direct services to unhoused people. I later transitioned onto the Human Rights Workgroup, where I served as a human rights organizer focusing on proactive policy and systemic work in addition to street outreach and community organizing. I remained employed at the Coalition until May 2022—and expect to remain an active volunteer and collaborator in the future.

5. I presently sit on the Local Homeless Coordinating Board ("LHCB") of San Francisco, which is a board that helps to advise the City's Department of Homelessness and Supportive Housing. In my ongoing work on homelessness, I have also regularly attended meetings of the San Francisco Board of Supervisors (as well as subcommittee meetings), the Police Commission, and the San Francisco Municipal Transportation Agency. During the COVID-19 pandemic, I also attended the daily coordination calls of the Healthy Streets Operations Center ("HSOC") whenever possible to monitor their sweep activity.

6. In my work at the Coalition over years, I spoke directly to and engage with unhoused individuals living on the street. On a regular basis, the Coalition and I received reports from unhoused individuals that the City was discarding their property and belongings.  People who observed sweeps or who lived in encampments would reach out to us informally by phone or social media to notify us about property destruction and harassment. As a result of the City's behavior, I spent a significant portion of the last several years documenting and investigating both destruction of homeless people's property by City agencies and the treatment of homeless people by the San Francisco Police Department ("SFPD").

7. During my time at the Coalition, I observed numerous sweeps conducted by the City of San Francisco. Most of these sweeps were pre-planned encampment sweeps conducted by the HSOC task force. I have personally seen the life of an HSOC sweep from start to finish many times. These sweeps follow a decided pattern. However, I also observed dozens of informal sweeps that occurred while I was on street outreach work or just walking around the City on my personal time. These informal sweeps were usually conducted by the Department of Public Works ("DPW") or SFPD acting alone. In total, over years, I have witnessed well over a hundred sweep operations carried out in San Francisco.

**Timeline of a Healthy Streets Operations Center ("HSOC") Sweep**

8. In a HSOC sweep, City employees typically gather near the site of the planned sweep around 7AM. If we had prior information that an HSOC sweep was going to occur, I would usually arrive at around 6:50AM or 7:00AM to begin observing the City's conduct.

9. Large numbers of staff members from DPW, SFPD, San Francisco's Fire Department's ("SFFD") EMS-6, and a few workers from the Department of Public Health ("DPH") and the Homeless Outreach Team ("HOT") team have typically been present at the major HSOC sweeps I have observed.

10. A large number of DPW workers typically arrive with various trucks, including a power washer, a flatbed truck, or a crusher truck. The precise number of SFPD officers always varies. I have sometimes observed sweeps where over 10 SFPD police officers are present. There are usually two to four HOT team workers and two DPH workers onsite for some portion of the sweep operation. The Director of HSOC, currently Sam Dodge and formerly Jeff Kositsky, is usually in charge of the overall sweep.

11. By 7:30 AM, City workers begin entering the encampment. The HOT team collects names and will sometimes, though not always, tell residents how much time they have to pack. The HOT team will sometimes ask individuals whether they would like a shelter bed. However, when HOT team begin conducting this intake, they do not actually appear to know whether shelter beds are available or not. It will be hours before the HOT team actually learns whether any shelter beds are available. I know this from listening to HSOC's coordinating calls over months. This information usually does not become available until hours later, when the sweep operation is usually already over and unhoused people have already been forcibly removed from the area. At this time in the morning, in other words, the HOT team has not offered a single shelter bed.

12. At 7:30AM, many unhoused people will tell the HOT team that they want shelter. Many others want to wait to confirm what shelter options are actually available and to make sure the shelter is appropriate for them before they begin packing up all their belongings. Based on my conversations with unhoused people and City workers onsite, HOT team workers will often report that these individuals have declined shelter—even though HOT team does not know what shelter will be available, has not made a shelter offer to anyone at this time, and cannot answer their questions. HOT team then leaves the area and often does not come back for hours.

13. Shortly thereafter—around 7:45AM or 8:00AM—the sweep begins. Unhoused individuals are told that they need to take all of their belongings and leave the area immediately. Without further notice, DPW typically begins power washing the street. The power washing is very loud. This noise creates an intense environment. In my experience and based on my observations, the noise increases the stress and anxiety for unhoused individuals that are in an already stressful situation. The noise also makes it difficult for unhoused individuals to communicate with City workers while the power washing is going on. This often appears to be a

cover for DPW workers to begin seizing and destroying the belongings of unhoused people over their objections—creating a deafening sound so they cannot hear unhoused people beg to have their property saved. This effectively forces unhoused people to leave the area with whatever they can carry.

14. I have also observed DPW pour unidentified chemicals around individuals at the encampments in connection with the cleaning of encampments. This has resulted in unhoused individuals reporting that they felt pressured to leave the area without their belongings and before being able to receive information about services.

15. Meanwhile, the sweep continues. Whatever homeless individuals do not have physically in their hands usually gets picked up and put in the back of a DPW crusher truck—meaning that it is going straight to the dump. In other instances, I have witnessed City employees take unhoused people's belongings away on a flatbed truck without giving the property owners' information or notice about how they can retrieve their belongings.

16. If anyone present at the encampment asks for more time, asks the DPW crews to stop throwing away their belongings, or resists orders to leave, SFPD moves in to tell people that they will be cited or arrested if they do not leave the area. By 9:30AM or 10:00AM, usually the City has succeeded in displacing most of the unhoused and has finished its "cleaning" of the area to remove tents and other signs of visible homelessness.

17. The HOT team does not determine whether services are available until after DPW and SFPD complete their actions as described above. But at that point, most unhoused individuals have already been forced to leave the area. Around 9:30AM or 10:00AM is when the HOT team usually returns with whatever shelter offers they have for that day. But on several days, I spoke with HOT team workers who confirmed that they did not have shelter to offer anyone. From my experience observing sweeps, this was not uncommon.

18. Even when services are available, I have seen that the City will typically offer only one-night or seven-day shelter beds. Individuals are not eligible to receive a 90-day shelter bed. The City only offers 90-day shelter beds to unhoused people who are on the HOT team's waitlist. However, homeless individuals have not been able to join the HOT team's waitlist since the start of the COVID-19 pandemic—now over two years ago. Furthermore, even where shelter beds are available, they often do not match the needs of the homeless individuals onsite. I know this because when the HOT team returns, I have often advocated for unhoused individuals to be connected with the services that are appropriate for them. For instance, at a sweep I attended on Willow Street, the only shelter beds available were five women's beds—even though there were

men present at the sweep. Likewise, at many sweeps, the City will only offer men's beds, even though individuals of all genders are in need of shelter.

19. The result is that many homeless people have had their property taken, have not been offered shelter, and are simply forced to move a couple blocks away—only to have the City sweep them again a few days later.

**The City Ignores its Own Policies**

20. I know that the City has policies about properly notifying unhoused people days and hours before a sweep operation is to take place so they have time to prepare. But I have spoken to hundreds of homeless individuals at the City's HSOC sweeps operations, and the vast majority of them could not recall having received advance notice that a sweep was about to occur.

21. In my experience and observation, the City typically does not provide any notice to smaller encampments containing six or fewer tents. I have seen that the City sometimes puts up a posted notice for larger encampments, but in these cases, the notice will usually only be posted in one place that is not well-positioned for residents to actually see.

22. I am also aware that the City has policies about storing the property of homeless individuals. But based on my observations, those policies are rarely followed. For example, I have almost never seen DPW bag and tag any individuals' property. Rather than bag and tag, I have far more regularly seen City employees confiscate individual's belongings and either throw those belongings out or throw them into DPW crusher trucks—over the objections of unhoused people who are asking to keep their property. I myself have intervened on many occasions to assist unhoused people in recovering their survival belongings when DPW has taken them away.

23. I understand that the City also has policies about offering shelter before conducting a sweep or threatening individuals with citation or arrest. But based on the timeline of an HSOC sweep alone, where no services are offered until hours after the sweep begins—if they are offered at all—I do not believe that the City is complying with its own requirements.

**The City Also Conducts Non-HSOC Sweeps and Enforcement Actions Daily.**

24. Beyond formally planned HSOC operations, SFPD and DPW employees are present on the streets every day directing unhoused individuals to leave their encampments and destroying any property that is left behind. I have witnessed dozens of informal sweeps on a monthly basis during my outreach work over years, and I have never seen an SFPD or DPW employee bag and tag an individual's property during these informal sweep operations.

25. SFPD also employs "homeless outreach" officers that are specifically focused on encampments. When the homeless outreach officers return to an encampment that has been

previously swept, they do not have the full HSOC team with them. However, in these instances, officers inform unhoused individuals that they must move along or face arrest—even though there is not even an attempt to connect those individuals to services. I know from HSOC meetings and my experience attending City meetings that this type of enforcement is referred to as "re-encampment prevention." During re-encampment prevention, officers do not provide individuals advance notice of a sweep, nor do they offer any resources or shelter beds.

**Documenting the City's Sweep Operations and Interactions with Unhoused Individuals**

26. Below, I have memorialized specific information I can recall about some of the formal and informal sweeps I have witnessed over the past two years. I attended many of these sweeps with Christin Evans, who was a volunteer who worked with me while I was employed at the Coalition.

| Date | Location | Agencies | Description of the Sweep |
|---|---|---|---|
| 5/6/20 | San Francisco Public Library | Police officers, library security guards | SFPD officers engaged in conversation with an unhoused man in a tent on the steps of the San Francisco Public Library. Officers and library security guards returned several moments later with orders for the individual to move his tent and belongings and leave the area. |
| 6/15/20 | Fulton Safe Sleeping Village | HSOC, DPW, SFPD | During this HSOC operation, City employees confiscated a wheelchair, a walker, and several tents that belonged to homeless individuals without bagging and tagging and without providing the individuals information on how to re-claim those items at a later date. I did not see written notice posted at the site. |
| 6/18/20 | Castro | SFPD | I witnessed a police officer threaten an unhoused man with a misdemeanor if he did not move his belongings. This unhoused individual was not offered an SIP hotel room and it was the beginning of the pandemic. I recorded this interaction. |
| 3/26/21 | Bayview, across from food bank | SFPD | SFPD threatened a woman and her partner with a citation or arrest if they refused to leave the area where they were staying. |
| 4/15/21 | Russ & Howard | SFPD, DPW, HOT, SFFD | During this sweep, City employees destroyed a homeless individual's tent via a crusher truck. I recorded this interaction. I did not see written notice posted at the site. |
| 4/20/21 | Jones (from Ellis to Golden Gate) | DPW, HOT | During this sweep, HOT offered one woman an SIP hotel room. However, while she was waiting for the hotel room to become available, DPW attempted to remove her tent without providing a "tag" for the collected property. When she refused to leave, despite waiting for services, DPW accused her of being service resistant. At this same sweep, HOT |

| | | | |
|---|---|---|---|
| | | | did not initially offer a shelter hotel room to two other individuals that were present, Jamel and their partner. While I connected them with HOT who did eventually offer to take them to a shelter hotel, the transport to take them never arrived. |
| 5/13/21 | Willow St | City employees | I witnessed City employees remove an unhoused man's unattended tent, which contained his personal belongings, into a crusher truck. City employees did not leave behind a notice for the man on how to collect his belongings. |
| 6/8/21-6/11/21 | Willow St (near Project Open Hand) | DPW, SFPD, HOT, SFFD | City employees conducted a three-day sweep to clear the street in preparation for a fundraiser the Mayor would be attending. Homeless individuals were asked to leave a two-block radius, and SFPD officers threatened individuals with citations or arrests if they refused to comply. The sweep resulted in most folks moving to the neighboring alley. I did not see written notice posted at the site. |
| June or July 21 | Olive | SFPD, DPW | No HOT team workers were present at this sweep. We observed one individual, Marquis, telling officers and DPW workers that he had spent the day moving his belongings and had not been offered any services. He confirmed this later in an interview that we filmed. |
| 7/19/21 | Olive | SFPD, DPW | During this sweep, no HOT outreach workers were present. Instead, Northern Station's "homeless outreach" police officer told residents to "move along." No notice had been provided. |
| 7/21/21 | Florida between 19th & 20th | HSOC agencies | During this sweep, HSOC did not offer services to four men. Instead, HSOC asked them to surrender their belongings, and HSOC dragged one man's tent into the street to continue with sidewalk cleaning. I did not see written notice posted at the site. |
| 8/20/21 | 15th & San Bruno | | During this sweep, the incident commander on the scene cut up an individual's tent. I recorded a video documenting this incident. |
| Jun 2022 | Embarcadero[1] | DPW, SFPD | I spoke with unhoused individuals at the site the day the City conducted the sweep. People reported that they were not provided resources and I could see that their tents had been forcibly disbanded. Individuals report that their property had been destroyed and that the sweep began earlier than had been displayed on the posted notice. |

---

[1] A news report regarding this incident is available at the following address: https://sfstandard.com/public-health/homelessness/police-clear-homeless-encampment-days-after-mayors-tweet-prompting-questions-about-legality-of-such-sweeps

**Reflections on the City's Conduct**

27. I started working with the unhoused community in San Francisco because I recognized how critical it was for service providers to make meaningful, lasting connections with unhoused people to help connect them to the resources they need to break the cycles of homelessness. And I have also seen the ways in which the City can do this right by genuinely leading with a services-first approach.

28. But the City's property destruction and law enforcement response is actively undermining all of the hard work our social services providers are putting in to actually help unhoused people get back on their feet. The City needs to be investing in real solutions to homelessness—not terrorizing people and taking their survival gear. I have been doing this work for decades now. We need the City to finally listen to us so we are not still doing this work in the decades to come.

I have reviewed the information contained in this declaration. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge.

Executed on: August 5, 2022

_____
Kelley Cutler