# EXHIBIT 124

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla, SBN 316219
Zoe Salzman, *admitted pro hac vice*
Vivake Prasad, *admitted pro hac vice*
Bianca Herlitz-Ferguson, *admitted pro hac vice*
600 Fifth Avenue
New York, New York
Telephone: (212) 763-5000
zsalzman@ecbawm.com

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
JOHN THOMAS H. DO (SBN 285075)
jdo@aclunc.org
WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333

LAWYERS' COMMITTEE FOR CIVILRIGHTS
OF THE SAN FRANCISCO BAY AREA
Nisha Kashyap, SBN 301934
Andrew Ntim, SBN 347084
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
nkashyap@lccrsf.org antim@lccrsf.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
| Plaintiffs, | **DECLARATION OF JENNIFER FREIDENBACH** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **Judge:** The Hon. Donna M. Ryu |
| Defendants. | |

I, Jennifer Friedenbach, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Executive Director of the Coalition on Homelessness, named plaintiff in this case. I have personal knowledge of the facts contained in this declaration including the organization's mission, core activities, programmatic work, finances, and staffing. If called upon to testify, I could and would testify competently as to the truth of the facts in this declaration.

**Background on the Coalition on Homelessness**

2. The Coalition on Homelessness (the "Coalition") is a 501(c)(3) non-profit corporation founded in 1986. The Coalition was established to research, plan, and monitor longterm strategies to alleviate homelessness in the City and County of San Francisco. The Coalition's mission is to find permanent solutions to homelessness while recognizing the dignity and human rights of unhoused people. I have served as the Executive Director of the Coalition since 2007, and worked on staff since 1995—a career spanning thirty years.

3. As part of its mission, the Coalition serves the immediate, short-term needs of homeless people, including by connecting unhoused people to social services and resources, providing them with resources and "Know Your Rights" information, and providing them with training and education services. This proactive work requires daily engagement with unhoused communities across San Francisco. We also provide unhoused people with basic necessities they need to survive while living unsheltered. The Coalition also connects and coordinates with service providers that serve unhoused people across San Francisco.

4. The Coalition also uses community organizing and advocacy to fight to prevent people from becoming homeless, improve the quality of life for people while they are homeless, presses for affordable housing in San Francisco to solve homelessness, and advocates to expand resources available to unhoused people including mental health treatment, emergency shelter, and basic necessities. This work includes advocacy at private entities, non-profit organizations, and government. The Coalition regularly reviews and writes legislation—and participates in budget advocacy—on these issues and organizes unhoused people to advocate on their own

1  behalf. As part of its advocacy, the Coalition conducts surveys of unhoused people and prepares reports and recommendations.

**The Coalition's Pre-Existing Core Activities**

5. Since before Defendants adopted the customs and practices that are the subject of this litigation, the Coalition has long engaged in core activities supporting unhoused people.

6. Among other activities, the Coalition assists unhoused people navigate the homeless services system by connecting unhoused people to governmental, private, and nonprofit services like shelter, medical and behavioral health care, housing, basic needs, and other services. For example, the Coalition helps homeless people apply for Coordinated Entry and to complete Homeless Verification forms. The Coalition's services include helping people fill out the required forms, advocating for them in appointments, following up with them to gather additional required information, challenging denials through appeals, helping them find shelter, and helping them access and use other vouchers, benefits, and resources for which they are eligible.

7. The Coalition also collects donations for, purchases, and distributes basic necessities such as tents, sleeping bags, blankets, socks, and food for unhoused people.

8. The Coalition also publishes and distributes "Know Your Rights" material, resource guides, and the "Street Sheet" newspaper, which includes submissions by those with lived experience of homelessness, provides income support for and is distributed by Coalition members through a vendor program on City streets, and also aims to provide information and education to unhoused people (including "Know Your Rights" information).

9. The Coalition's Know Your Rights materials, resource guides, and some editions of the Street Sheet contain critical information for navigating the homeless services system, including details on the City's Bag & Tag policy, shelter eligibility, searching for an apartment, voting rights, and updates on other issues affecting unhoused people.

10. Attached as Exhibit 1 is a true and correct copy of the "Help, Hope and Opportunity for Unhoused Neighbors," a "Know-Your-Rights" and resource guide for homeless people that

the Coalition publishes and distributes to homeless people, which is publicly available on the Coalition's website at https://docs.google.com/document/d/1Xb8gTzGpMiQQYAc0q-uNRUWZKK1aKmQN/edit.

11. Attached as Exhibit 2 is a true and correct copy of "Homeless Resources" flyer the Coalition publishes and distributes to homeless people, Bates stamped COH01528602 and COH01528598.

12. Attached as Exhibit 3 is a true and correct copy of some of Street Sheets articles the Coalition has published, Bates stamped COH015286026 (discussing handwashing/hygiene stations), COH01528621 (explaining administrative claim clinics), COH01528627 (accessing housing via Coordinated Entry), COH015286024 (using the shelter waitlist). The Street Sheet archive is publicly available at: https://www.streetsheet.org/.

13. The Coalition also provides training and education services to unhoused people. For example, the Coalition runs the "Free School" which provides homeless people with a civics class, a city budget class, training in meeting facilitation skills, and training in public speaking skills.

14. Attached as Exhibit 4 is a true and correct copy of a 2024 flyer for the Free School, Bates stamped COH01528622.

15. Attached as Exhibit 5 is a true and correct copy of a planning document for the Free School, Bates stamped COH01528603, filed under seal.

16. The Coalition also engages in a wide range of public advocacy and public education, including conducting surveys and researching and writing reports on the shelter and housing systems and access to water and hygiene facilities, and builds coalitions of unhoused people and their allies to fight for legislative and public policy changes on these issues. For example, the Coalition's housing-related work has included getting the City to fund an emergency hotel voucher program for families and winning housing subsidies for unhoused individuals. In 2018, for example, the Coalition was the author of Proposition C—which was a ballot measure calling for a gross receipts tax on all businesses receiving more than $50 million

in revenues annually. The tax was to help fund the City's affordable housing projects. With the Coalition's sustained advocacy, Proposition C passed. It has already brought more than $660 million to fund affordable housing programs that will help end homelessness in San Francisco. For another example, in 2021, the Coalition conducted a survey about homeless people's lack of access to clean water and published a long report on this, documenting and explaining the issue and including a list of recommendations for change. The Coalition has engaged in extensive coalition-building and advocacy to address these changes, including the installation of multiple clean water stations for homeless people to use.

17. Attached as Exhibit 6 is a true and correct copy of the Coalition's report "Water for All," which is publicly available at https://www.cohsf.org/wp-content/uploads/2021/10/Water4All-Report_web_download_2021-10-02.pdf.

**Defendants' Failure to Follow the Bag & Tag Policy Injures the Coalition's Core Activities**

18. Many of the Coalition's active members have been personally impacted by property destruction while living unsheltered in San Francisco. Defendants have illegally seized members' phones, laptops, chargers, paperwork, identification, medications, tools, tents/shelters, clothing, vital records, Coalition-provided Know-Your-Rights literature, and many other personal property items. This widespread destruction of property makes it much more difficult for the Coalition to stay in contact with members or to secure new active members and to engage in its core activities of providing services and support items to unhoused people.

*Impact on Coalition's Ability to Provide Services to Homeless People*

19. In order to help homeless people access benefits and services, the Coalition often has to follow up with them—either by phone, text, email, or in person—to provide and collect information, complete applications, submit forms and other documentation, and coordinate visits to resource centers to complete an application process or submit additional information to obtain the services.

20. For example, the Coalition provides verification of homeless status using Department of Homelessness and Supportive Housing (DHSH) Homeless Verification forms which confirm their eligibility for other benefits.

21. Attached here as Exhibit 7 is a true and correct copy of a Homeless Verification form that the Coalition completes and the binders containing all the forms, Bates stamped COH01528599, COH01528597, COH01528601, COH01528596.

22. The Coalition also assists individuals to access Coordinated Entry to be assessed for housing. Even when the Coalition succeeds in getting an individual initially assessed for Coordinated Entry, additional documentation is often required to complete the process. If an individual is denied, the Coalition often helps them request reevaluation, which typically requires the Coalition to help people gather additional medical or behavioral health documentation so that they can be successfully reassessed for Coordinated Entry.

23. For people who have had their personal or shared phones or laptops or chargers unlawfully seized and destroyed by the City, it is more difficult, if not impossible, for the Coalition to follow up to complete these and other applications, because the Coalition has no way to contact them by phone or by email, leaving in-person contact as the only form of communication available.

24. The City's widespread destruction of property also makes in-person communication more difficult or impossible for the Coalition. When the City destroys people's property, including their tents and other survival structures, this causes unhoused people to flee the previously swept area. This displacement makes it harder or entirely prevents the Coalition from locating or re-establishing contact with those members or others who lived in the same encampment.

25. Without any means to communicate with the homeless people it is trying to serve, the Coalition's ability to provide services to homeless people and connect them to shelter and other benefits is severely undermined or entirely thwarted.

26. When the City illegally seizes and destroys people's identification, it makes it harder for the Coalition to help them access services and benefits which require that identification, as they first need to secure new identification (sometimes with the Coalition's assistance) before the Coalition can help them apply for benefits and services.

27. Similarly, when the City illegally confiscates and destroys homeless people's medication, this has a negative impact on those individuals' health and on their ability to communicate with and work with the Coalition in its attempts to help them access services and benefits.

***Impact on the Coalition's Ability to Supply Basic Necessities***

28. The City's custom and practice of illegally seizing and destroying the property of homeless people has resulted in those people losing all, or many, of their basic living necessities.

29. The Coalition has to help its members and unhoused people replace more of these items on a more frequent basis, as a result.

30. Due to the increased demand for these necessities caused by the City, the Coalition is more frequently unable to meet the needs of unhoused people (during outreach or when they drop in the office) for basic necessities.

31. Attached here as Exhibit 8 is a true and correct copy of some of the invoices, Bates stamped COH01292428 and COH01234725, reflecting the Coalition's purchase of additional tents to replace some of the ones destroyed by the City, filed under seal.

***Impact on the Coalition's Distribution of "Know Your Rights" Literature***

32. When the City destroys all of a homeless person's property, it also destroys the materials the Coalition has distributed, including "Know Your Rights" literature, informational flyers, Coalition business cards, and the Street Sheet newspaper, which sometimes includes "Know Your Rights" information alongside other content.

33. When the City destroys all of a homeless person's property, it also destroys their artworks, writings, tools they use to create new art and writings, and communication devices, which limits their ability to create new submissions to the Street Sheet.

34.     While the Coalition celebrates the history and success of the Street Sheet in its Annual Reports and other places, and while it has had some success in recruiting new contributors despite all the challenges they and the Coalition face, the overall circulation figures for the Street Sheet have seriously declined in recent years.

35.     Attached as Exhibit 9 is a true and correct copy of some of the Coalition's printer invoices for the Street Sheet, Bates stamped COH01528623 (12, 500 papers printed), COH01528625 (9,000), COH01528629, COH01528605 (7,000), COH01528611 (7,000-8,00), COH01528617 (July 5,500-6,000, December 5,000), COH01528607 (July 9,500, December 8,000), COH01528613 (July 6,000, December, 4,500-6,000), showing the overall decline in circulation in recent years; by contrast in 2017, the Coalition was printing approximately 30,000 issues of the Street Sheet each month.

36.     As a result of the City's destruction of all of this property, the Coalition's ability to provide homeless people with "Know Your Rights" information and resource guides is impacted, because they lose the material the Coalition has already distributed to them and because the Coalition has to replace the materials they lost.

37.     Over the course of the last four years, I personally have witnessed and heard about from the Coalition's staff, volunteers, members, and other unhoused people of many instances where the City has destroyed all their property, including electronic devices, identification, medications, benefits paperwork, survival essentials, and Know Your Rights materials. Given the systematic and widespread property destruction perpetrated by the City, as well as the Coalition's limited staff and resources to provide all the services we do, the Coalition does not, and could not possibly, track all instances of the times when the City destroyed a homeless person's property nor make a record of everything that was destroyed in each of those instances.

***Impact on the Coalition's Training and Education Services***

38.     Because of the City's custom and practice of illegal property destruction, many unhoused people also are now fearful of losing their property if they leave it unattended to participate in Coalition trainings and education opportunities, such as the Free School.

39. As a result, the Coalition has seen less participation in these activities which directly harms its ability to provide training and education services to homeless people, as well as its ability to connect with its members and maintain or grow its base.

40. While the Coalition does not have statistics on the number of people who attend our trainings, Free School, and other events, attendance is in decline over the last four years. I personally have witnessed and heard about from the Coalition's staff, volunteers, members, and other unhoused people of many instances where homeless people refused to attend these events because of the fear the City would destroy their unattended property.

41. It is also more difficult or impossible for the Coalition to invite unhoused people to attend these trainings and educational opportunities if the City has destroyed those people's phones and laptops such that the Coalition cannot call, email, text, or reach out to them via social media to invite them to these trainings.

***Impact on the Coalition's Advocacy and Membership Building Activities***

42. For the same reasons, it is more difficult for the Coalition to contact homeless people who have lost their communication devices, or are fearful of losing their unattended property, in order to get them to participate in the Coalition's advocacy efforts, including hearings, press conferences, meetings with public officials, and rallies, including on many issues beyond the property destruction being litigated in this case.

43. The City's practice of illegal property destruction therefore undermines the Coalition's efforts to build networks of homeless people to advocate for public policy changes and legislative reform on issues ranging from access to clean water and hygiene facilities, to the root causes of homelessness.

44. That in turn undermines the Coalition's efforts to sustain and grow its membership base, which relies on engaging homeless people in these public advocacy efforts.

***Additional Exhibits***

45. Attached here as Exhibit 10 is a true and correct copy of the Coalition's 2020 Evaluation and 2021 Work Plan, Bates stamped COH01502334, filed under seal.

8

46. Attached here as Exhibit 11 is a true and correct copy of the Coalition's Evaluation of Our Work in 2021 & Our Work Plan for 2022, Bates stamped COH01525903, filed under seal.

47. Attached here as Exhibit 12 is a true and correct copy of the Coalition's Evaluation of Our Work in 2023 & Our Work Plan for 2024, Bates stamped COH01058055, filed under seal.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California on February 6, 2025.

Dated: February 6, 2025



Jennifer Friedenbach