# EXHIBIT 125

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 1

Friedenbach Declaration

# Help, Hope and Opportunity for Unhoused Neighbors

Due to rising rents, combined with widening income, race and other disparities, every day more San Franciscans lose their homes. Sadly, there are thousands more people experiencing homelessness, then there is space in housing, shelter and other services such as substance use and mental health treatment. That said, it is important for folks to keep trying, as more opportunities are becoming available as Prop C and other funds roll out, and simply asking for services puts pressure on the city, state and federal governments. Working together we can address the homelessness crisis!

Click on links below for more information

## Contents

1. Drop-in Centers
2. Food
3. Shelter
4. Housing
5. Bathrooms, Showers, and Hygiene
6. Legal Support
7. Medical & Urgent Dental (General)
8. Mental Health and Substance Abuse Services
9. Pet Care
10. Veteran Services
11. Women Services, Domestic Abuse Support
12. Storage

13. [Learn More About Causes and Solutions to Homelessness](#)

14. [Parking Tickets and Tows](#)

15. [Action Steps to Take](#)

## Drop-in Centers

**Tenderloin**

- Glide: Walk in Center for essential services such as DMV voucher & hygiene kits. **330 Ellis St** M-F. (415) 674-6000

- Hospitality House: Walk in Center for essential services, mental health support, social services. Case management, DMV Vouchers and hygiene kits. Limited to 25 individuals at one time. Limited phone use available. (415) 749-2100

    o **Hospitality House - Homeless Shelter: 181 6th st.**

    o **Hospitality House Shelter - Social Services organization: 146 Leavenworth.**

    o **Central City Hospitality House - Mental Health Services: 290 Turk st.**

- Larkin Engagement and Community Center: **134 Golden Gate Ave**. Showers, meals, lockers, laundry, clothing, hygiene supplies, computer/web access, housing intake & problem solving, life skills groups and special events, education and employment programs, medical care including free and confidential HIV testing, case management, individual and group counseling, and WiFi. Monday through Friday, 9am. to 5pm. Thursdays closed at 4 p.m. for staff meetings. (415) 673-0911 ext. 200

    - Haight Street Referral Center: **1317 Haight St**. Monday through Friday, 9 a.m. to 1 pm. Case Management, client escort assistance, clothing, first aid supplies, harm reduction supplies, housing intake & problem solving, hygiene supplies, meals, street outreach, referrals, special events, WiFi. (415) 660-7490 drop-in ext. 470 office ext. 471

**Mission**

- Mission Neighborhood Resource Center: **165 Capp st**. Safe space during the day and access to bathrooms, showers, and laundry services. Other resources include peer counseling, case management, shelter reservations, lockers, and community building activities. M-F (7am-12pm)(2pm -5pm) Sat (7-11am). 415-552-3870

**Bayview**

- Mother Brown's/ United Council: **2111 Jennings st 5:30PM – 7:00AM** hour drop in center with showers, bathrooms, social services. **Showers, laundry & lockers**: Open 24/7, two people at a time. **Mail pickup:** Monday – Friday 9AM – 5PM

**Virtual**

- Project Homeless Connect: **1031 Franklin St**.Service Coordinators are available to support Participants remotely. Please call our Resource Line 1-855-588-7968 to connect with PHC, speak to a Service Coordinator, or make a plan for emergency services you may receive through PHC.

**Food**

- Glide: **330 Ellis St**, Glide-To-Go serving hot meals & bagged meals. Breakfast (8am) lunch (12pm), and dinner (4pm) served daily in their parking lot. No intake required.
- Mother Brown's Kitchen: To Go meals. Breakfast (M-F 7:30am) and Dinner (4:30 pm) at **2111 Jennings Street**.
- St. Anthony's: Sack Lunches served daily (Mon -Sun) 10-11:45am for seniors & families & 11:30am-4:30pm for all) at **45 Jones & Golden Gate Ave**.
- San Francisco - Marin Food Bank: **900 Pennsylvania Ave.** ( M - F 8am - 5pm)
- Salvation Army - Kroc Center - food distribution center: **240 Turk St**. ( M-F 7:30am - 10:30am, 5pm - 8pm). Youth education programs, food assistance and transitional housing.
- Bayanihan Equity Center: Food Distribution Center: 1010 Mission St (Thursdays 1pm -3pm Immigrant food assistance.) (1st and 3rd Thursday of the month 3pm-4:30pm Supplemental grocery program.
- Mission Food Hub: 701 Alabama St ( Fridays at 11am). We offer a nutritious and comforting variety of groceries. You can expect staples like oatmeal, beans, rice, masa, milk, fresh produce, herbs, and frozen protein cuts.The boxes tend to be heavy and many have found it's easiest to transport with a cart.
- Project Open Hand: 730 Polk. (Mon - Tue 9am - 4pm) ( Wed - Fri 11am - 4pm )

# Shelter

*The city's website on how to access homeless department resources can be found here.*

**Adults**

- **Get shelter through other self-referrals.**
    - **Walk up to Dolores Shelter Program at 1050 South Van Ness Avenue in the Mission:**
        - **Overnight-only shelter that operates from 6:00 p.m. to 8:00 a.m. seven days a week.**
        - **Walk-up guests can begin lining up at 5:30 p.m. (first-come, first-serve).**
    - **Transgender, gender non-conforming, or intersex people experiencing homelessness can be referred through HOT team.**
    - **To register for the waitlist for an adult shelter bed at Next Door, MSC-South, or Sanctuary, use the form linked below or call the SFHOT and Adult Shelter Access Line at (628) 652-8000.** *Please complete only one registration form per person. There is no need to both call AND fill out the form below.*
    - *Winter Shelter closed*

Adult Shelter Reservation Form

DHSH is telling folks to ask for shelter from the SF Homeless Outreach Team (SFHOT) by calling SFHOT's public line at **415-355-7401.** However they are only responding to homeless folks who are calling in (who likely don't have phones, nor a charged battery)

Inclement Weather Shelters Open in big storms or really cold weather – here is typically what gets activated, but need to check HSH website for up to date information and whether the protocol has been activated *found here*. Below is a chart showing what typically is offered during inclement weather.

COH01528633

## Accessing Temporary Shelter
### Inclement Weather Self-Referral Shelter Locations

In advance of the storm, HSH has made shelter beds available at the following sites from Tuesday January 3, 2023 – Sunday January 15, 2023. These beds are available for walk-up referrals accepted on a first-come, first-serve basis beginning at 4pm daily.

| PROGRAM NAME | LOCATION | OPERATING HOURS |
| --- | --- | --- |
| Next Door Shelter | 1001 Polk Street San Francisco, CA 94109 | Intakes Between 4pm-7am |
| MSC South | 525 5th Street San Francisco, CA 94107 | Intakes Between 4pm-10pm |
| Sanctuary | 201 8th Street San Francisco, CA 94103 | Intakes Between 4pm-10pm |
| St. Mary's Cathedral | 1111 Gough Street San Francisco, CA 94109 | Intake begins at 6pm |

At this time, 311 is not making shelter reservations, or maintaining a waitlist for shelter. Please follow the steps below to access temporary shelter resources.

### Families

Families with children under the age of 18 can contact a Coordinated Entry Access Point using the information below to get information about available shelter resources.

Central City: Compass Mon, Wed, Thurs, Fri 9-5/Tuesday 9-12 415-644-0504 37 Grove Street (closed 4th Tuesday)

Bayview: M-F 7 am to 6 pm 415-430-6320  1641 LaSalle, last thursday 7am-12

Mission: M-F 7am-5 415-972-1281 2871 Mission Last Thursdays 7am-12

Families with school age children can try to get a bed if available at Buena Vista Horace Mann by calling the office **415-857-7710** during normal business hours or call the shelter **415-879-4316** between 6 pm and 7am during week, and anytime on holidays and weekends

### Youth

Unaccompanied Minors (under age 18) can contact Huckleberry House **415.621.2929**

or Diamond Youth Shelter 536 Central Ave (415) 567-1020 to access shelter (as available).

COH01528634

**Ages 18 - 24:  Youth must go through Coordinated Entry.  List of access points here.**

# Housing

Folks need to go through a system called Coordinated Entry.

- Family Access Points: Same list as above under family shelter.   In-person services at 37 Grove St.  Available by phone (415) 644-0504.

- Adult Access Points

    Episcopal Community Services + Navigation Shelters: Visit 123 10th St. M T Th F (9-4:30) W (9-12)  Or Phone: 415-487-3300 x 7000  Go in person, call as mobile response teams are supposedly available during operating hours to meet adults anywhere in the city who are unable to visit an *Access Point.* Teams are supposed to respond within a 2-hour window.

    St. Vincent de Paul, Appointment ONLY, 415-597-7960 x 317 Mon and Wed 8-6, Tues Thurs Fri 8-4:30 525 5th Street

    Veterans go to Swords to Plowshares, 415-727-VETS (8387) M-F 8 -4

    | Dolores Street Community Services (new site added in Mission) <br> 2645 Mission Street <br> **Phone: 415-282-6209 x307** | Monday to Friday: <br> **9AM – 5PM** |
    |---|---|

- Youth Access Points

    Larkin Street Youth: Meals & hygiene kits issued "To-Go" at 134 Golden Gate Ave & Haight Street Referral Center 1317 Haight St.

    3rd Street Youth Center and Clinic:  by appointment only 415-839-1706 M-F 9-5

    LYRIC By appointment only: 415-690-3028 M-W 10-6

The SF LGBT Center:  1800 Market Street, Tues Wed 12-5 or do by phone 415-865-5612

Dolores Street & Larkin Street Youth Services: By appointment only: 415-673-0911 x456 M-F 9-5

# Showers, and Hygiene

- YWAM: Showers at 357 Ellis St. Mon, Wed, Fri (9am-12pm)
- Mission Neighborhood Resource Center: Showers and bathrooms at 165 Capp St. Mon- Fri (7am-7pm), Sat (7-12pm)
- St. Anthony's: Hygiene kits and Socks Tues & Thurs 10am - 1:30pm. Clothes (for immediate need) MWF 10am-1:30pm. All at the pop-up tent outside 121 Golden Gate
- Code Tenderloin: Health kits and food Wednesday and Fridays 1 - 3pm at Turk and Jones. Call Code Care Resource Line for on-demand hygiene kits 415-787-3069
- United Council: 2111 Jennings  Has showers and bathrooms.  Open 24 hours.
- Martin de Porres:  225 Potrero Avenue • San Francisco, CA 94103 Monday - Saturday 12 -2.  Has shower bathrooms and food.

# Bathrooms
Free Drinking water, bathroom map

- Pit Stop Bathrooms

    **Bayview-Hunters Point**
    - Mendell Plaza –  Temporarily closed due to construction.
    - 2111 Jennings St. – Open 24 hours

    **Castro**
    - Market and Castro streets (JCDecaux) – Daily – 7am to 7pm

    **Civic Center**
    - Grove and Larkin streets (JCDecaux) - Daily – 7am to 7pm

    **The Embarcadero**
    - Embarcadero Plaza (JCDecaux) - Daily – 9am to 5pm

**Haight**
- Stanyan and Waller streets (JCDecaux) – Daily – 7am to 7pm
- Buena Vista Ave. and Haight St. – Mon-Fri – 10:30am to 6:30pm

**Lower Polk**
- Myrtle and Larkin streets (JCDecaux) – Daily – 8am to 8pm

**Mid-Market**
- Hallidie Plaza  (JCDecaux) – Daily – 7am to 7pm
- U.N. Plaza  (JCDecaux) – Open 24 hours

**Mission**
- 16th and Capp streets – Mon-Fri – 11am to 6pm
- 16th and Mission streets (JCDecaux) – Open 24 hours
- 24th and Mission streets (JCDecaux) – 7am to 7pm
- 3100 26th St. – Daily – 7am to 7pm
- SFGH, near SE corner of Building 25 – Daily – 6am to 8pm
- SFGH, near SE corner of Building 80/90 – Daily – 6am to 8pm
- 885 Potrero Ave. – Mon-Fri – 6:30am - 2:30pm
- 15th and Julian – Daily – 7am to 7pm

**North Beach**
- Washington Square at Union St. (JCDecaux) – Daily – 9am to 5pm

**Ocean Beach**
- Great Highway near Beach Chalet – Mon-Fri – 12pm to 7pm

**Outer Sunset**
- Judah and La Playa streets (Rec Park) – Daily – 8am to 8pm

**SoMa**
- 6th and Natoma streets – Daily – 7am to 7pm
- Victoria Manalo Draves Park (Rec Park) – Daily – 7am to 4pm
- 344 14th St. – 7am to 7pm

**Tenderloin**
- Turk and Hyde streets – Open 24 hours

- Turk and Taylor streets – Open 24 hours
- Eddy and Jones streets (JCDecaux) – Daily – 7am to 7pm
- 388 Ellis St. – Open 24 hours
- Eddy and Larkin streets – Open 24 hours
- 133 Golden Gate Ave. – Daily – 7am to 7pm
- 474 O'Farrell St. – Open 24 hours
- 180 Jones St. – Open 24 hours
- 200 Leavenworth St. Daily – 7am to 7pm

# https://www.sfmta.com/discounts-people-experiencing-homelessness

# Legal Support

- Homeless Advocacy Project: Virtual Services Only. Legal Services, Immigration, and SSI Advocacy. 415-575-3130  Drop-in intake clinic for new clients is Tuesdays to Fridays from 1:00 – 3:00 p.m.
- Bay Area Legal Advice Line: Available by phone 800-551-5554
- Eviction Defense Collaborative: Open to individuals who have received a Summons & Complaint or Sheriff's Notice to Vacate. 1338 Mission Street, 4th  Call 415-947-0797 or email EDCRADCo@evictiondefense.org
  - Housing Rights Committee Main Office: Citywide Tenant Counseling Clinic (serving all tenants) **Monday to Thursday: 1-5pm 415-703-8644** Richmond/Westside Tenant Counseling Clinic (serving rent control & private market tenants)  **Monday, Wednesday-Friday: 9am-12pm (closed Tuesday) 415-947-9085** In-person Counseling at Main Office: **Monday to Thursday: 1pm-4pm. Appointment only—call 415-703-8644 to schedule a time.
11 Grove St, San Francisco, CA 94102 or Bayview which does HUD and Section 8  Appointment only—please call 415-703-8644 to schedule a time.
2145 Keith St, San Francisco, CA 94124**

- Towing: Fee waiver available to unhoused folks that are in the coordinated entry database, and is the registered owner of the vehicle. Low income individuals are eligible for discounted rates by presenting a EBT or Medical card. Call Auto Return at 415-646-2200  Click link for more info https://www.sfmta.com/sites/default/files/reports-and-documents/2022/12/mta-hsh_discounts_flyer_12-07-2022_all_languages.pdf

COH01528638

- Text before Tow Program. Receive a text message before your car is towed. Fill out form online.
https://www.sfmta.com/getting-around/drive-park/towed-vehicles/text-tow-program
- Information on how to get parking ticket fines discounted or dropped can be found here.

# Medical & Urgent Dental (General)

- **Call 911 if you or a friend is having an emergency like chest pain, gasping for breath, unconscious, or cannot get up.**

- HealthRight360: Drop-in location at 1563 Mission, M-F arrive by 8:45am.

- San Francisco Health Network (SFDPH Clinics): Various days and locations. Visit online to learn about the location closest to you. https://www.sfhealthnetwork.org/

# Mental Health and Substance Abuse Services

- Substance Abuse and Mental Health Treatment (Treatment Access Program) Drop in for centralized access to behavioral health treatment at 1380 Howard, corner of 10th. Also have pharmacies on site. Narcan available for pick up here. Monday through Friday, 8:00 AM until 9:00 PM (clinical hours until 4:30 PM).   415.503.4730 or 1.800.750.2727

- Mental Health Association of SF: Visit online at mentalhealthsf.org or call 415-421-2926 for more information. Virtual and phone services only.

- Peer-Run Warm Line:  1-855-845-7415 open 24/7 and through online chat

- Mental Health Crisis Clinic- Westside Crisis is a program that can replace lost psychiatric meds and provide drop in psychiatric crisis services. 415.355.0311  245 11th Street  **Hours : 8:00am-2:00pm Monday-Friday**

- Mental Health Crisis Beds - DORE Urgent Care Clinic, located at 52 Dore Alley is a place where folks can get emergency psychiatric care and a bed to stabilize. (415) 553-3100.  Open 24 hours

- Street Crisis Response Team - call 911 to access- team of paramedic, clinician and peer responding to psychiatric crisis calls that do not have safety issue.  Van will come to you, do an assessment, de-escalate and possibly link to services.

- Mobile Crisis - 1-415-970-4000 - they come out and do evaluations for locked psychiatric beds (AKA involuntary hold), called a "5150".  They determine if individual is a harm to self, others, or gravely disabled.  Will transport to hospital if criteria is met.

- Finding Substance Abuse and Mental Health Treatment Beds in SF via web.  Here is a link to where publicly subsidized beds are available.
- Mental Health Crisis Drop In services
    - Westside Crisis
        - The Westside Crisis Clinic provides culturally competent crisis and urgent care services to San Francisco adults (18 years or older).  Crisis Clinic is a voluntary, drop-in service open to any adult in need of emergency psychiatric care.  The Clinic is designed to stabilize low-income residents in a mental health crisis and refer that person to an appropriate source for follow-up treatment.
        - **Hours** Monday - Friday: 9:00am – 3:00pm, closed from 12 - 12:30 for lunch. Closed on Saturday, Sunday & Holidays
        - **Email Address** crisisclinic@westside-health.org
        - **Westside Locations** 245 11th Street, San Francisco, CA 94103
    - Dore Alley
        - This is a place to go that is an alternative to Psychiatric Emergency Services, which is a locked ward where they take you if you are 5150'd.  If in a psychiatric crisis you can go here and stay, they have beds.
        - Located at 52 Dore Street, they operate 24 hours

Add in needle exchange sites -
https://endhepcsf.org/san-francisco-needle-exchange-schedule/

# Pet Care

- Full Belly Bus- **Curbside** Pet food pick up:

    In the Tenderloin, 1st Monday of each month, noon to 1 p.m., St. Anthony's 121 Golden Gate.

    In the Mission, the 3rd Monday of each month, noon to 1 p.m. at St. John's around the corner from 1661 15th St. at Caledonia Alley.

In the Mission, 2nd Wednesday of each month, noon to 1 p.m., at SF Animal Care & Control with Friends of ACC at shelter garage Alameda and Bryant St.

In the Haight, 2nd Friday of each month, 5:30 to 6 p.m., Homeless Youth Alliance, 558 Clayton at the Height-Ashbury Free clinic.

Veterinary services:

SF Animal Care and control, 1419 Bryant St. offers free dog and cat spay and neuter services for SF residents on the 3rd Thursday of every month. Call 650-340-7022, Ext. 387 for appointment and pre-surgery instructions. No dogs over 80 pounds. No brachycephalic breeds (bull dogs, pugs, etc.)

SFSPCA Spay/Neuter Clinic--Sliding Scale. 201 Alabama. Call Client service Representatives at 415-554-3000 to discuss eligibility for financial assistance and to make an appointment.

```
Unset
Vet SOS serves pet owners who are experiencing homelessness and who live in San
Francisco. Visits are by appointment only. We provide weekly curbside delivery
of free pet food and supplies in the Mission (by appointment). We also offer
telemedicine (phone visits) and medication refills for current clients. Call
(415) 355-2237 or email vetsos@sfccc.org for more information or to make an
appointment.
```

# Veteran Services

- Swords to Plowshares: Service Center M-F, 8:30am-4pm at 1060 Howard Street. *Veterans can drop-in to get tested for COVID and get placed in a temporary SIP hotel.*
- VA Drop-in Health Clinic: Available by video or phone conference. 415-281-5100

# Women Services, Domestic Abuse Support

For more information on Domestic Violence and how to get support, go here.

- Casa de Las Madres: Shelter and 24/7 hotline available 1-877-503-1850

- Riley Center:  Shelter and **24-Hour Support Line: (415) 255-0165, including assistance with stay away orders**

- Women's Inc **(877) 384-3578**

- Asian Women Shelter 1-877-751-0880

Women's Drop In - You can drop in here any time, located at 211 13th Street.  They have showers, bathrooms and chairs.  They also have support services.

# Storage

**The Sixth Street Homeless Storage Facility is located at 74 6th Street.**

- **Hours of operation: Monday to Friday, 8:30AM – 5PM.**
- **Accepts: Clothes, shoes, and documents.**
- **Contact: (415) 558-1178**

**The Bryant Homeless Storage Facility is located at 680 Bryant Street (at 5th Street).**

- **Hours of operation: Monday to Friday, 9AM – 4PM**
- **Accepts: Clothes, shoes, and documents,**
- **Contact: (415) 487-3300 ext. 4429**

# Learn More About Causes and Solutions to Homelessness

Follow the Prop C Our City Our Home Official Oversight Body – Run out of the Controller's Office.  Here is the information on meetings

Visit the Our City Our Home campaign website to see where Nov 2018 Prop C is at!

Coalition on Homelessness website has reports and fact sheets here.

Learn how to be a housed ally here!

COH01528642

Keep up with the latest and hear straight from unhoused community members themselves by reading *Street Sheet.*

# Parking Tickets and Tows

SFMTA offers a variety of discounts for People Experiencing Homelessness and People with Low Incomes in San Francisco

To learn about eligibility and how to apply, click the links below.

Discounts for People with Low Incomes
- Discount on towing costs
- Discount on boot costs
- Adult Monthly Transit Pass for San Francisco residents (Lifeline)
- Adult single ride discount (Clipper START)
- Citation Payment Plan
- Citation Community Service Program
- Hearing Deposit Waiver

Discounts for People Experiencing Homelessness
- One time removal of all towing costs
- One-Time only, free removal of all open parking tickets on one vehicle
- One time removal of all boot costs
- Fare evasion ticket dismissal anytime
- Remove all late penalties parking tickets issued to your vehicle
- Access Pass – Ride Muni for free

# Action Steps to Take!

**Subscribe to Coalition on Homelessness action alerts here**

**Contact Mayor's Office and your Supervisor and tell them:**

*Unhoused people are suffering on the streets. Please fund and implement new housing and treatment resources now!*

Mayor's Office 415-554-6141

Board of Supervisors - Here is a list of their phone numbers and staff emails. If you don't know what district you are in, you can find out here.

**Contact your state representatives and say:**

*We need California to invest in long term solutions to homelessness. Temporary one time funding is not enough to address the crisis. Invest in permanent funding for housing , treatment, prevention and shelter!*

State Representatives

Governor Gavin Newsom (916) 445-2841

Senator Scott Wiener (415)-557-1300

Assemblymember Matt Haney  (415) 557-3013

Assemblymember Phil Ting (415) 557-2312

**Contact your federal representatives and say:**

*The federal government's decades-long neglect of addressing the housing needs of impoverished and low income workers has cost this country too many lives and too many dollars to count. Restore housing funding back to pre- 1978 levels adjusted for inflation. We appreciate the short term investments made during the Biden Administration, but this issue needs deep, permanent investments in housing, treatment, jobs and prevention. Homelessness is Big, We need Bold Solutions.*

Representative Nancy Pelosi  (202) 225-4965

Senator Dianne Fienstien (415) 393-0707

Senator Rob Padilla (202) 228-3865