# EXHIBIT 126

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 2

Friedenbach Declaration

# Homeless Resources

Shelter: until March 26th, go to 750 Natoma at 6:30 pm. or Call HOT at 415-355-7401.

Housing: Go to Coordinated Entry at 123 10th Street, 9-4:30 weekdays, except Wed 12-4:30

Hot meals: Martin De Porres, 225 Potrero. Mon - Sat 12 -2.

See a sweep: Call or text 510-399-2394

Legal Clinic: Mon and Thurs 2-5. 330 Ellis

If the City illegaly takes your property then file an Admin Claim at 169 6th Street Tues 2-4

Mental Health/Substance use Treatment 1380 Howard, 1st Floor Mon-Fri 8 am to 5 pm

Showers, bathrooms drop in 165 Capp Mon-Fri days 7-6, Sat 7-12, Closed 12-2

COH01528602

# Recursos

Albergue: Hasta Marzo 26th, puede ir a 750 Natoma at 6:30 pm. O Llame HOT at 415-355-7401.

Ayuda para vivienda: Vaya a Entrada Coordinada al 123 10th Street, 9-4:30 Días de semana, excepto Wed 12-4:30

Comidas Calientes: Martín De Porres, 225 Potrero. Mon - Sat 12 -2.

Si ve una redada de un campamento: Llame o envie un mensaje de texto 510-399-2394

Clínica Legal: Lunes a Jueves 2-5. 330 Ellis

Si la ciudad les confisca sus propiedad ilegalmente, haga un reclamo administrativo en 169 6th Street los Martes de 2 a 4.

Ayuda de salud mental y de abuso de substancias: 1380 Howard, 1er piso Lunes a Viernes 8 am to 5 pm

Regaderas, Baños sin necesidad de cita en 165 Capp Lunes a Viernes 7-6, Sábado 7-12, Cerrado 12-2



# Recursos

Albergue: Hasta Marzo 26th, puede ir a 750 Natoma at 6:30 pm. O Llame HOT at 415-355-7401.

Ayuda para vivienda: Vaya a Entrada Coordinada al 123 10th Street, 9-4:30 Días de semana, excepto Wed 12-4:30

Comidas Calientes: Martín De Porres, 225 Potrero. Mon - Sat 12 -2.

Si ve una redada de un campamento: Llame o envie un mensaje de texto 510-399-2394

Clínica Legal: Lunes a Jueves 2-5. 330 Ellis

Si la ciudad les confisca sus propiedad ilegalmente, haga un reclamo administrativo en 169 6th Street los Martes de 2 a 4.

Ayuda de salud mental y de abuso de substancias: 1380 Howard, 1er piso Lunes a Viernes 8 am to 5 pm

Regaderas, Baños sin necesidad de cita en 165 Capp Lunes a Viernes 7-6, Sábado 7-12, Cerrado 12-2

COH01528598