# EXHIBIT 127

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 3

Friedenbach Declaration

# WHAT IF YOU CAN'T STAY HOME?
## Recommendations to Support the Health of People Experiencing Homelessness During the Cornavirus State of Emergency

Concern about the spread of coronavirus is widespread, including in homeless communities here in San Francisco. There is no reason to believe that homeless people are more likely to get the virus, and we should collectively shut down any effort to further stigmatize those living in encampments or shelters. However, if the virus does spread to homeless people we must be sure that there will be adequate resources and information offered to those impacted as well as our community at large, and we need to make sure homeless people have the resources to prevent infection. The following is a list of recommendations to city officials thinking through a response to the spread of coronavirus that account for the particular needs and vulnerabilities of unhoused San Franciscans.

GENERAL

- A plan for disseminating information to homeless people and front-line service providers, preventing spread of the virus, and responding to potential outbreaks, should be developed with input from homeless people, advocates, and services providers. These community members have additional resources to employ that can help more people, and can advise on the challenges of engaging an emergency response that reaches as many unhoused San Franciscans as possible.
- Offer a 24/7 anonymous hotline for folks who think they have been exposed to the virus that is absolutely free from police, ICE, or any involuntary detention. The toll free number should be staffed by people trained to share info on resources specific to unhoused people
- Outreach should be done in encampments, shelters, drop-ins, and SROs to share information about hygiene stations, testing facilities, and individual housing resources and help people enroll in Medicaid or local health plans.
- There should be a moratorium on evictions in San Francisco so that no new people are experiencing homelessness as a result of this virus.
- Plans of action for responding to coronavirus in encampments, Navigation Centers, shelters, and SROs should be made publicly available on the HSH and DPH websites.

ENCAMPMENTS

- Homeless people are already at greater risk because of compromised health due to stress, chronic sleep deprivation, and exposure. Given the crisis we are facing, we need an immediate moratorium on sweeps so that people in encampments can stay in touch with health outreach workers, have consistent access to hygiene stations, not be forcibly deprived of medications and survival gear that protect people, and can get enough sleep to keep their immune systems up.
- Increase hygiene facilities, including hand washing stations and pit stops, in areas with known encampments. Expand hours at existing pit stops.
- Ensure outreach workers are disseminating information on coronavirus symptoms, prevention strategies, and hygiene station locations. Health workers, rather than police, should always be the first responders to health concerns in encampments.
- Individual housing accommodations, potentially including modular units, should be arranged immediately for anyone infected to prevent transmission of the virus to other residents. This has been done in the Seattle area. This should include safe parking programs for people who are vehicularly housed.
- There should be a moratorium on towing vehicles that house people, as these individual accommodations make it possible for people to self-quarantine.

CONGREGATE SHELTERS, DROP-INS, AND NAVIGATION CENTERS

- San Francisco should develop a plan for congregate shelters and drop-ins that makes coronavirus tests available when possible for folks who may be infected.
- City staff should lead trainings for service providers and guests on how to minimize risk of transmission, prevent contamination, and respond to the virus
- Shelter and drop-in staff should be regularly sanitizing surfaces to prevent contamination
- Individual accommodations should be arranged immediately for anyone infected, and anyone who is known to have been exposed to the virus so other shelter or drop in guests don't have prolonged exposure.
- People staying in shelters, drop ins or Navigation centers should have access to harm reduction tools and should not be denied service for any rule violations short of violence.
- Shelters, Navigation Centers, and Drop-ins should be open 24/7 and the city should be ready to open emergency shelter space if consistent with public health recommendations

SROS

- San Francisco's COVID-19 plan should take into consideration input from the SRO Collaborative in shaping a response to the heightened risk in congregate living facilities

COUNTY JAIL SYSTEM

- We recognize that 40% of the county jail population is comprised of people experiencing homelessness. Medical teams should be dispatched to jails, prisons, halfway houses, and other locked facilities to assess and treat patients. Physicians on-site must have the authority to dictate necessary changes in facility conditions in order to treat the sick and stem the spread of the illness.
- Most facilities already have inadequate medical staffing and an outbreak will likely lead to many people failing to come to work. San Francisco should (at least) temporarily release anyone currently being held in jail who is not considered a threat to public safety, as is currently being done in Iran.

DISABILITY JUSTICE

- The majority of homeless people in San Francisco have one or more physical and/or mental disabilities. San Francisco's COVID-19 plan should include transportation assistance and accessible care for patients with disabilities. These guidelines should be developed in collaboration with disabled people and public health officials and must respect the rights and autonomy of people with disabilities.

*This list of recommendations comes from homeless people and advocates at the Coalition on Homelessness and the Street Sheet newspaper in San Francisco, and will be kept updated on our website STREETSHEET.org. Many of our recommendations were adapted from this amazing resource created by Kelly Hayes, a queer indigenous organizer and nonviolent direct action trainer with We Charge Genocide and the Chicago Light Brigade, and published on transformativespaces.org.*

## Where Can I Wash My Hands?
### Hand washing stations the city has set up by neighborhood

Vendor Contact:
United Site Services: Rollin M. Kay 508-250-4919

SF City Contact:
Kendra Leingang: 415-310-3711

**TENDERLOIN**
Willow St. & Polk St.
Hemlock Alley
Ellis & Taylor St
Turk & Leavenworth

**UN PLAZA**
Leavenworth & McAllister

**SOMA**
52 5th St./ MSC South @ Bryant
Mission & 9th

**BAYVIEW**
Barneveld Ave & Loomis St
1940 Evans Ave.
1634 Armstrong Ave
1150 Thomas Ave. @ Hawes
Carroll & Ingalls

**MISSION**
Alabama St. & Mariposa
Folsom & 21st
1550 Bryant St.

**HAIGHT**
Ashbury & Haight St

**LAKE MERCED/SF STATE**
Winston Dr. & Buckingham Way

**CASTRO**
3565 16th before Market St.

**EMBARCADERO**
Market St & Steuart St.

**CHINATOWN**
Jackson & Powell St.

COH01528626

# ADMIN CLAIM CLINICS

## Hold the city of San Francisco accountable for taking your belongings.



### Fill out a claim form against the city for free at these locations

**Hospitality House** - 169 6th St - Tue 2-4 PM
**Glide Church** - 330 Ellis St - Every other Tue 12-2 PM
**Coalition on Homelessness** - 280 Turk Thur 1-3 PM

*Belongings must have been taken in the last six months. Call (415) 346-3740 with questions.*

# CONTRIBUTE TO STREET SHEET!

**WRITING:** We are always looking for new writers to help us spread the word on the street! Write about your experience of homelessness in San Francisco, about policies you think the City should put in place or change, your opinion on local issues, or about something newsworthy happening in your neighborhood!

**ARTWORK:** Help transform ART into ACTION by designing artwork for *STREET SHEET*! We especially love art that uplifts homeless people, celebrates the power of community organizing, or calls out abuses of power! Cover dimensions are generally 10x13 but artwork of all sizes are welcome and appreciated!

**POETRY:** Our annual poetry issue is every January, but we try to include a poem or two in every issue. We're especially interested in poems that explore issues related to poverty, homelessness, and community power, but all submissions are welcome!

**PHOTOGRAPHY:** Have a keen eye for beauty? Love capturing powerful moments at events? Have a photo of a Street Sheet vendor you'd like to share? We would love to run your photos in Street Sheet! Note that subjects must have consented to being photographed to be included in this paper.

**SUBMISSIONS:** You can email your work to qwatts@cohsf.org or submit in person or by mail at the Coalition on Homelessness at 280 Turk Street, San Francisco CA 94102. Paid opportunities may be available to contributors who are experiencing homelessness. Ask the editor to find out more!

---

## THE STATE OF THE CRIMINALIZATION OF HOMELESSNESS IN OUR COMMUNITY
*COALITION ON HOMELESSNESS*

### THE FACTS

- Incarcerated people are between 7 and 11 times more likely to have past experiences of homelessness than the general population, and between 25 to 50% of homeless people nationwide have a history of incarceration.
- Because police frequently cite homeless people and target them for arrest, they can end up in jail repeatedly, further removing them from the services and support they need to escape the cycle of homelessness.
- The United States incarcerates more people than any other country in the world.
- Nationwide, most people who go to jail live in extreme poverty before they are arrested: Two-thirds of people in U.S. jails had an income of less than $12,000 the year prior to arrest.
- Upon release from jail or prison, people are often denied housing, employment, and access to social programs, so even people who were housed prior to incarceration can end up homeless.

**Homeless people are more likely to be arrested because of numerous factors. Specifically, homeless people are:**

- Often in poor neighborhoods with higher levels of policing.
- Caught in personal possession of drugs with greater frequency than those who use drugs in their own homes.
- Targeted by special anti-homeless and "quality of life" provisions designed to entangle them.
- Frequently searched and approached due to complaints against their very presence.

**SF Jail By the Numbers**

10–24%: SF Jail inmates who are homeless on any given night.
30%: Homeless people who spent at least one night in jail in the past year.
44%: "Chronically" homeless people who spent at least one night in jail in the past year.
22%: Homeless people who spent more than five days in jail.
56%: SF jail population that is Black.
85%: SF jail population has not been convicted of a crime.

*Source: Applied Survey Research, San Francisco's 2013 Point in Time Count. 2013.*

### Re-Entry: Homelessness by Criminalization

Criminalization perpetuates extreme poverty. According to the Re-entry Council's Access and Connections Subcommittee, people who were poor prior to incarceration often leave jail with nowhere to go, and no way to access the social networks that supported them before arrest. The penal system rarely provides opportunities to connect with services or resources that can ameliorate poverty. This is unjust. This is wrong.

**Abolish Anti-Homeless Laws, Invest in Affordable Housing and Services, Halt Punitive Enforcement and Defund SFPD, Grant Amnesty and Abolish Court Ordered Debt**

COH01528621

# FAMILIES SPEAK OUT ABOUT COORINDATED ENTRY

Ruth Wong

Since 2018, the City of San Francisco has been using a system called Coordinated Entry to distribute housing resources to homeless people. Coordinated Entry is mandated by the federal government, and requires the city to score homeless people with points, to identify which people are the most vulnerable. The people with the most vulnerabilities (for example disability, substance abuse, or mental illness), are the first ones prioritized to receive housing. The Coalition on Homelessness hosted a listening session in August with 35 families who were experiencing or had experienced homelessness to get feedback on how Coordinated Entry has been going for people.

In our listening sessions, the number one complaint we heard was lack of respect and lack of trauma-informed care in the assessment process, as well as the shelters. Participants reported discrimination due to the language they spoke or their legal status. One of the participants shared, "the social worker isn't patient with me. You get buried with a lot of questions. It's more of an interrogation than a help of needs." Another said, "I found out how to enter a shelter. I was evicted for not paying the rent and they threatened to call immigration. They told me I could not apply to a shelter because there was no space… I would like the people who attend the shelters to have sensitivity; the vast majority of us who live on the street have traumas and we want people to have empathy."

The second most common piece of feedback was that there were not enough resources to go around. One of the mothers said, "I would like the help to be permanent. In the subsidy many times when the contract ends, and they see that you already have a job, you no longer qualify and they take away the aid and we fall back into the same circle. They take away our support if we earn a little more. I would like the aid they give us to be more stable, it is good that they reduce the subsidy but not that they take it away because it is not fair if we are still part of a minority."

Everyone thinks it's a good idea to give housing to those who need it most. However, there is way less housing available than the number of people who need it. When the vulnerability qualification is applied to all extremely low-income housing across the city, there are swaths of people who will never be able to get any housing resources at all because they are "not vulnerable enough."

This has also resulted in racial disparities. In some counties, white people are more likely to be housed through Coordinated Entry. The exact reason isn't clear, but Margot Kushel, a doctor and researcher on homelessness at UC San Francisco, speaking on According to Need, a podcast series from 99% Invisible, said, "There's so much structural racism, it is much easier to become homeless if you're Black…So what we see, if you just look within the homeless population, the Black folks look healthier. Because to be homeless and Black means you could just be poor. And in general, this is a sweeping generalization, but in general, … a higher proportion of the white folks who are homeless have these disabilities that are related to their homelessness. Not everyone, of course, but you're more likely… And so what people who have interrogated this have found – and this is true in many places across the country – is that the white folks are more likely to get resources just because they score higher because these scoring systems are all based on individual vulnerability."

From a bird's-eye view, data from a San Francisco public records request shows that the racial breakdown of people who get housing through Coordinated Entry and the racial breakdown of the homeless point-in-time counts are pretty similar, but that doesn't mean that systemic racism isn't there.

On the housing side, housing providers are seeing more people with extremely high needs enter permanent supportive housing compared to before Coordinated Entry was implemented. For example, a property manager we spoke to who runs several permanent supportive housing buildings reported that someone moved in who was totally blind. "They can't do things for themselves. It leads to them being taken advantage of by other folks in the hotels. Other people are running off with their money. It hasn't been many, but we've gotten a few that were totally disabled that should have went to Laguna Honda or something like that. They shouldn't have been placed in housing where it was independent living … There's only so much our case managers can do."

The third most common piece of feedback about Coordinated Entry was that participants didn't understand the resources available and where they had to go to access them. At least one participant was afraid to use the system due to having children, and no assurance that the government wouldn't take her children away once there was a record of her being homeless in the system.

It makes good sense to coordinate housing resources so that homeless people don't have to get bounced around from provider to provider. It also makes sense to give housing resources to those in the most need. However, there are so few housing resources available that the vast majority of people going through Coordinated Entry do not get anything. For Coordinated Entry to make sense, there needs to be housing for the city to be able to coordinate the entry of homeless people into.

Overall, our research shows that Coordinated Entry is too complicated, does not give people the dignity they deserve, and does not provide enough housing resources to bring people out of homelessness permanently.

---

## STATEMENT FROM AN IMPACTED FAMILY

I, Maria Eugenia, am a single grandmother who has raised my grandson since he was 5 months old. He is a child who is already 13 years old.

I am a person with a physical disability who is 32 years old and I suffer from diabetes. I have always rented rooms because with the help I receive I cannot afford anything better. I have already been in shelters on two occasions, and for that reason my grandson and I both got COVID-19.

I went to seek help for a housing subsidy and they sent me to Coordinated Entry, where they decided based on an evaluation whether or not to give me a temporary subsidy for two years. I am very grateful for this ceiling, but the reality is that I need a permanent allowance because of the state of my health, as I already mentioned.

I was one of the people who supported Proposition C and fought for it, and that is why today I ask the city to change the Coordinated Entry system and to give permanent housing subsidies to those who need it.

---

## What Is Coordinated Entry?

Coordinated Entry is what the City of San Francisco uses to prioritize which homeless people get subsidized housing. People go to an Access Point, where they are given an Assessment. The questions in the assessment are used to score how vulnerable a homeless person is. For example, if you have a disability, you would get more points in your score. The people with the highest scores get more housing resources. Access Points specialize in families, youth, or single adults, but anyone can get assessed at any Access Point.

### Resources that you can get through Coordinated Entry:

- Permanent Supportive Housing, which is mostly for single adults.
- Rapid Rehousing, which is a time-limited rental assistance, mostly for families and youth
- Problem Solving, where you do not get housing, but you can get some money to help stay housed, for example, a bus ticket to travel to a family member who you can live with, or money to help with utility bills so that the person you are living with will let you stay.
- Emergency Shelter, which is mostly for families.

### Resources that are NOT a part of Coordinated Entry:

- Low income housing (lottery)
- Affordable housing listed on DAHLIA database
- Shelter for single adults
- Public Housing
- Section 8/Housing Choice Vouchers

Coordinated Entry is required by the federal government, however, the City of San Francisco decides how to do it. So, we can advocate for improvements that make it more equitable.

COH01528627

## NEW SFMTA Discounts For San Franciscans Experiencing Homelessness

    



This past year has been horrible for Tosca, a 58-year-old grandmother born and raised in San Francisco.

She lost her job, her home, and a son to the COVID-19 virus. She was living in her car when it was towed outside the construction site where she worked. Getting towed, booted, and piling up parking citations can create formidable barriers for people like Tosca who are working hard to exit homelessness.

That's why the SFMTA has created new discounts on parking and transit tickets for San Franciscans experiencing homelessness. San Franciscans can apply for these discounts after they start working with the City's Coordinated Entry Access Points, community organizations that help people resolve their housing crises.

SFMTA's new relief programs will provide people experiencing homelessness deep discounts, like:
• A one-time only, free removal of all open parking tickets on one vehicle
• Fare evasion ticket dismissal anytime
• Removal of all late penalties on one vehicle's parking tickets anytime

 

These new discounts are in addition to other SFMTA discounts for people experiencing homelessness that include the following:
• A one time, FREE removal of all towing costs
• A one time, FREE removal of all boot costs
• The Access Pass – free Muni for people experiencing homelessness



People are eligible for ALL of these discounts if they:

1. Are currently experiencing homelessness in San Francisco, AND
2. Have worked with a Coordinated Entry Access Point in the last 6 months.

Please call or visit a Coordinated Entry Access Point to confirm your eligibility. The full list of Coordinated Entry Access Points is available at the following link: tinyURL.com/CEAccessPoints.

You can also call 415-487-3300 x 7000 to contact a Coordinated Entry Access Point. Please leave a message with your name and phone number if you are not able to speak with a staff member at a Coordinated Entry Access Point immediately.

After confirming your eligbility, you can learn how to apply for these discounts by:
1. Visiting the SFMTA's Customer Service Center in-person at 11 South Van Ness Avenue (Cross street: Market St. and Van Ness Ave., open Monday-Friday from 8 am – 5 pm)
2. Going to SFMTA's website at SFMTA.com/IncomeDiscounts
3. Calling 311

The SFMTA created these discounts after a few months of dialogue with community organizations in the End Poverty Tows Coalition. Thank you to SFMTA and all of the community organizations who participated in this important dialogue. Thank you also to the Department of Homelessness and Supportive Housing, and the Coordinated Entry Access Points for their collaboration.

For more information, please go to SFMTA.com/IncomeDiscounts or call 311.

# VICTIMS OF A FAILED SYSTEM

Solange Cuba

The system of Coordinated Entry is known to most folks experiencing homelessness in San Francisco. It is a system designed to coordinate and manage the limited resources available to unhoused people in San Francisco, and to prioritize who has access to housing subsidies and who does not. The evaluation is very strict and asks a range of questions about the health, income, and current living situation of those who enroll.

There are people with jobs who work full time, even extra hours and can't afford to live in the city. The low minimum wage and high cost of living makes it impossible for a family to afford a house in San Francisco. For the past three months, Carlos Wadkins and Jessica Hernandez, two organizers with the Coalition on Homelessness, have been doing outreach to families who live in their RVs near San Francisco State University and organizing assemblies with the community, listening to their stories and offering support in facing those daily problems.

For many of these families, Coordinated Entry did not offer them the security they needed to get out of homelessness. Residents I spoke with repeatedly told me how their RVs felt safer and more permanent than the hope of resources offered through the system. We all know how expensive it is to live in the City, but it is also not fair to have to move from the place where we feel at home just because it is difficult to pay for it.

Marlom says "I bought my RV because nobody can kick me out of my RV. However, if I take one of those subsidies nobody will assure me that I won't be kicked out after two years and become homeless again. At least my RV is mine and my kids won't have the chance to end up in a tent in a dangerous neighborhood. Also many subsidies are outside of the city. I want to live here in San Francisco. I have my life, my job. Everything is in San Francisco."

On the other hand, Jose Luis shared that he and his family have been through the process to get a subsidy through the city but he mentions that he was doing extra hours at work because of that they denied the subsidy for him and his family because he was above the limit to be considered low income. Other folks pointed out that shelters are not the best environment. They prefer to live far from those places where the violence and drug abuse is close to them. Folks in the RVs they just want to have a place where they can park without thinking about the street cleaning or any kind of harassment

The families got organized and they have been talking together about solutions. The problem goes beyond whether or not there are subsidies; the problem is that the City ensures that aid is strictly limited. Several families pointed out that if they take a subsidy, they cannot work overtime because that will increase their salary and lose them their subsidy. Several families worried that if they were to sell their RV and opt for a subsidy instead, that they could end up in a shelter or on the street if the subsidy was then taken away. One family told us that at least they could feel secure that they own their RV, and that no one could take it away. They see it as a choice to live in a place where their children do not see as much violence.

So the city is condemning us not to be able to choose a better life. The city is showing people that if they take a subsidy, they cannot have two jobs, and they cannot choose to have savings. We know that an income for a family of four is approximately 3,500 dollars. In many cases, only one person works within the family, but if the person works overtime, their salary increases they and could lose their subsidy. Is this fair?

COH01528628

# PSA: SEEKING A SHELTER BED IN SAN FRANCISCO? HERE'S HOW YOU CAN GET ON THE CITY'S WAITLIST.

**TJ JOHNSTON**

After a three-year suspension prompted by the COVID-19 pandemic, the shelter reservation waitlist for single adults has been reactivated as of July 5, but with changes, the Department of Homelessness and Supportive Housing (HSH) announced earlier this month.

People wanting to refer themselves to a 90-day shelter reservation may call the Homeless Outreach Team at (628) 652-8000 to speak to a live 311 agent, HSH communications director Emily Cohen told the Homelessness Oversight Commision on July 6.

 "We're going in through the homeless response system, but then are accessing customer service through a partnership with 311," she told the panel. "It is answered by a person. You're not just leaving a message."

There's also an online portal to sign onto the waitlist at TINYURL.COM/AdultShelterSF. The website instructs people to enter their name, birth date and contact information, as well as their preference for a bed in the male or female section of the shelter.

The person registering for the waitlist is assigned a unique identification number, consisting of their birthdate and initials. The HSH website used the late pop star Michael Jackson as an example: His hypothetical waitlist ID would be 08291958MJ.

"The intent is that someone could use the phone or computer at resource centers, libraries, etc.," Cohen said in a text to Street Sheet. "Case managers can put someone on the waitlist as well."

After registration, it may take 24 hours for the person's identifier to show up on the screen, according to the HSH website.

Once a reservation is available, the shelter seeker is notified by text or phone call and instructed to contact HSH. A notation on the waitlist also appears next to their identifier reading, "Please call 628-652-8000 option 4 between 10 a.m. and 12 p.m. on business days (Monday – Friday, excluding holidays)."

The shelters accepting reservations through the waitlist are MSC South, Next Door and The Sanctuary, three of the city's largest shelters.

Commissioner Christin Evans asked HSH if other shelters might participate in the program.

"We do plan to bring in all the shelters online, including the navigation centers," HSH director Shirleen McSpadden said. Deputy director of Programs Dee Rosado-Chan added that HSH can provide more information in the next commission meeting.

The Homelessness Oversight Commission meets at City Hall on the first Thursday of each month. ■

*An FAQ sheet on the shelter reservation waitlist can be found at https://hsh.sfgov.org/services/how-to-get-services/accessing-temporary-shelter/adult-temporary-shelter/adult-shelter-faqs/*





## HELP KEEP STREET SHEET IN PRINT!

**SCAN ME**

coalition.networkforgood.com

## VOLUNTEER WITH US!

PHOTOGRAPHERS
VIDEOGRAPHERS
TRANSLATORS
COMIC ARTISTS
NEWSPAPER LAYOUT
WEBSITE MAINTENANCE
GRAPHIC DESIGNERS
INTERNS
WRITERS
COPYEDITORS

## DONATE EQUIPMENT!

LAPTOPS
DIGITAL CAMERAS
AUDIO RECORDERS
SOUND EQUIPMENT

## CONTACT:
TJJOHNSTON@COHSF.ORG

## COALITION ON HOMELESSNESS

The STREET SHEET is a project of the Coalition on Homelessness. The Coalition on Homelessness organizes poor and homeless people to create permanent solutions to poverty while protecting the civil and human rights of those forced to remain on the streets.

Our organizing is based on extensive peer outreach, and the information gathered directly drives the Coalition's work. We do not bring our agenda to poor and homeless people: they bring their agendas to us.

## STREET SHEET STAFF

The Street Sheet is a publication of the Coalition on Homelessness. Some stories are collectively written, and some stories have individual authors. But whoever sets fingers to keyboard, all stories are formed by the collective work of dozens of volunteers, and our outreach to hundreds of homeless people.

Editor: TJ Johnston
Vendor Coordinator: Emmett House
Artistic Spellcaster: Quiver Watts

Cover Art: Roger Peet, Just Seeds

Jordan Davis, Cierra Cardenas, Jennifer Friedenbach

*Street Sheet is published and distributed on the unceded ancestral homeland of the Ramaytush Ohlone peoples. We recognize and honor the ongoing presence and stewardship of the original people of this land. We recognize that homelessness can not truly be ended until this land is returned to its original stewards.*

## ORGANIZE WITH US

**HOUSING JUSTICE WORKING GROUP
TUESDAYS @ NOON**
The Housing Justice Workgroup is working toward a San Francisco in which every human being can have and maintain decent, habitable, safe, and secure housing. This meeting is in English and Spanish and open to everyone! Email mcarrera@cohsf.org to get involved!

**HUMAN RIGHTS WORKING GROUP
WEDNESDAYS @12:30**
The Human Rights Workgroup has been doing some serious heavy lifting on these issues: conducting direct research, outreach to people on the streets, running multiple campaigns, developing policy, staging direct actions, capturing media attention, and so much more. All those down for the cause are welcome to join! Email lpierce@cohsf.org

**EVERYONE IS INVITED TO JOIN OUR WORKING GROUP MEETINGS!**

COH01528624