# EXHIBIT 128

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 8

Friedenbach Declaration

**FILED UNDER SEAL**

| | |
|---|---|
| Message | |
| **From:** on behalf of | Decathlon [customer.service@decathlon.com] Decathlon <customer.service@decathlon.com> [customer.service@decathlon.com] |
| **Sent:** | 4/21/2020 10:54:47 AM |
| **To:** | jfriedenbach@cohsf.org |
| **Subject:** | Decathlon Invoice / Tents |



# Complete your purchase

Hello Jennifer,

Here is the invoice, after you make the payment, the order will be processed by our logistic team based in Oakland. The tents will be ready within 1 day or 2. We will let you know when you can collect them at our Oakland warehouse location.

Bertrand

Cell: +1 (415) 465 9853

Complete your purchase

or Visit our store

---

## Order summary

| | | |
|---|---|---|
| **Arpenaz 2-Person Camping Tent × 340** 2903133 - Bottle Green / One Size / 8560637 | | $8,500.00 |
| | Subtotal | $8,500.00 |
| | Shipping | $0.00 |
| | CA STATE TAX | $510.00 |
| | CA COUNTY TAX | $21.25 |
| | CA SPECIAL TAX | $170.00 |
| | CA SPECIAL TAX | $85.00 |

CONFIDENTIAL                                                                                                         COH01292428

|  |  |
|---|---|
| Total | $9,286.25 USD |

## Customer information

| Shipping address | Billing address |
|---|---|
| Jennifer Friedenbach | Jennifer Friedenbach |
| 7240 Edgewater Drive | 280 Turk Street |
| Oakland, California 94621 | San Francisco, California 94102 |
| United States | United States |

We love feedback!

If you have a moment, we would like to hear your thoughts about your shopping experience. Start survey



Decathlon USA LLC

If you have any questions, reply to this email or contact us at customer.service@decathlon.com

CONFIDENTIAL
COH01292429



Products   **Orders**   Contact us                                                    No orders

# Order #3864 [Submitted]                                    DUPLICATE ORDER

Last modified: 08/07/2020

Arpenaz 2 Person Waterproof Camping Tent                              $5,000.00

**Shipping address**                                    **Instructions to seller**

**Coalition on Homelessness c/o Decathlon Warehouse**   We will pick up - call 415-577-9779 when you know time for pick up
Jennifer Friedenbach
7240 Edgewater Drive
Oakland CA 94621
United States
+14153463740

Subtotal:   $5,000.00
Taxes:   $462.50

# Total: $5,462.50

COH01234725