# EXHIBIT 130

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport  
SO Maint Dept: DPW-BSES          Problem Code: Encampment          Status: Work Completed  
Run Time: 10/18/2024 1:34:21 AM



## DETAILS

| | |
|---|---|
| Service Order | 2319149 |
| Maintenance Department | DPW-BSES |
| Parent Service Order | No Value |
| Description | Encampment |
| Status | Work Completed |
| Asset ID | RWY-24945000 |
| Location | JONES ST / OFARRELL ST | Roadway |
| Asset Common Name | |
| On Street | JONES ST |
| From Street | OFARRELL ST |
| Type | Corrective |
| Priority | 1 - Official Priority |
| Problem Code | Encampment |
| Date Reported | 8/7/2024 |
| Requested By Department | DPW-BSES |
| Requested By | DPW-BSES |
| Requested By Phone | |
| Action Code | Disposed |
| Failure Code | Homeless Related |
| Service Order Lead | BSES_DAY_ZB_LP2 |
| Requested Start Date | No Value |
| Work Completed Date | 8/7/2024 |
| Funding Source | DPWS000541 |
| Completion Reason | ENC - Encampment was removed |

## CREW HOURS

| Activity / Trade | Date Worked | Hours Worked | Employee / Crew | Start Time | Stop Time |
|---|---|---|---|---|---|
| 117 - CLN-GENLABOR | 8/7/2024 12:00 AM | 0.57 | JMONCADA235186 | 09:02:00 | 09:36:00 |

## MEASURES

| Actions | Measures |
|---|---|
| 117 - DPW-Encampment Cleanup | Number of Encampments - 10 |

## COMMENTS

| Created Date | Created By | Comments |
|---|---|---|
| 8/7/2024 12:30 PM | THURMOND HOLLINS JR | Allowed homeless to remove encampments, removed encampments pick up miscellaneous debris. Did a brush up and steamed sidewalk for JFO |
| 8/7/2024 10:19 AM | JOEL MARTINEZ | Laylany gave up miscellaneous debris items to be disposed of. Dpw crew allowed her to remove her personal belongings from the location. Dpw crew also did a clean-up and steamed the sidewalk. |
| 8/7/2024 9:51 AM | THURMOND HOLLINS JR | Additional comments, homeless occupant gave up a laundry basket cart for disposal and kept rest of her belongings including a tent while she gathered her belongings dpw cleaned up and steamed after no bag and tag needed and no name given |
| 8/7/2024 11:24 AM | JOEL MARTINEZ | 200 Jones: Jonathan took with him a suitcase and a red bag. He allowed dpw to disposed everything else. |
| 8/7/2024 8:22 AM | HUB Integration | `<ul>  <ul>   <li><font color=red><strong><u>ENCAMPMENT:</u></strong></font> Reactionary Crew service request at and around location; for removal of Misc debris.  <font    color=red><strong><u>LP, PLEASE DO NOT CLOSE</u></strong></font> </li>   </ul> </ul>   <div> </div>` |
| 8/7/2024 9:42 AM | THURMOND HOLLINS JR | Moved from jones and o farrell to ellis moved to eddy |
| 8/7/2024 12:01 PM | THURMOND HOLLINS JR | Moved from ellis to Leavenworth and turk |
| 8/7/2024 8:22 AM | HUB Integration | Location Information:   Jones St:  O'Farrell St - |
| 8/7/2024 12:39 PM | THURMOND HOLLINS JR | Additional comments,  homeless took thier tent and all thier belongings and DPW did a brush up a steam clean at JFO no name was giving and no bag and tag |

## DOCUMENTS



CCSF-COH_364422

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES          Problem Code: Encampment          Status: Work Completed
Run Time: 10/18/2024 1:34:21 AM













# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES            Problem Code: Encampment            Status: Work Completed
Run Time: 10/18/2024 1:34:21 AM













# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES        Problem Code: Encampment        Status: Work Completed
Run Time: 10/18/2024 1:34:22 AM













CCSF-COH_364425

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES   Problem Code: Encampment   Status: Work Completed
Run Time: 10/18/2024 1:34:22 AM







CCSF-COH_364426

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES
Run Time: 10/18/2024 1:34:22 AM
Problem Code: Encampment      Status: Work Completed













# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES      Problem Code: Encampment      Status: Work Completed
Run Time: 10/18/2024 1:34:22 AM













# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES          Problem Code: Encampment          Status: Work Completed
Run Time: 10/18/2024 1:34:22 AM













CCSF-COH_364429

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES          Problem Code: Encampment          Status: Work Completed
Run Time: 10/18/2024 1:34:22 AM













# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES          Problem Code: Encampment          Status: Work Completed
Run Time: 10/18/2024 1:34:23 AM













CCSF-COH_364431

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES          Problem Code: Encampment          Status: Work Completed
Run Time: 10/18/2024 1:34:23 AM













CCSF-COH_364432

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES      Problem Code: Encampment      Status: Work Completed
Run Time: 10/18/2024 1:34:23 AM













CCSF-COH_364433

# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES
Run Time: 10/18/2024 1:34:23 AM
Problem Code: Encampment
Status: Work Completed



