# EXHIBIT 132

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 4

Friedenbach Declaration

# FREE SCHOOL 2024

## COALITION ON HOMELESSNESS


Scan to RSVP

JOIN THE COALITION ON HOMELESSNESS FOR A SEQUENCE OF FREE WORKSHOPS DESIGNED TO ENHANCE YOUR SKILLS AS AN ORGANIZER.

When: Fridays
Time: 10:00 AM - 12:00 PM
Where: Hybrid
Address: 280 Turk St, San Francisco CA 94102


Scan for the zoom link


- <u>March 29th:</u> Community Organizing
- <u>April 5th:</u> Outreach and Base Building
- <u>April 12th:</u> Civics
- <u>April 19th:</u> City Budget
- <u>April 26th:</u> Trauma Informed Leadership
- <u>May 3rd:</u> Public Speaking and Persuasion

COH01528622