# EXHIBIT 135

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 6

Friedenbach Declaration

# McKinney-Vento Continuum of Care Homeless Programs
## Certification of Homelessness

COALITION ON HOMELESSNESS

Date (of enrollment into program): [redacted]

To: McKinney-Vento Funded Continuum of Care Homeless Programs
From: Program Name and Agency

Coalition on Homelessness

Re: Certification of Homelessness for McKinney-Vento Funded Continuum of Care Homeless Programs

This will certify that (name of applicant): [redacted]

(Social security number) [redacted]

Meets the McKinney-Vento Funded Continuum of Care Homeless Programs guidelines defining homelessness. This applicant was living in the following situation at the time that she/he first contacted the application agency (please check one category that best describes the applicant's living situation and attach the appropriate documentation):

Street, parks, cars, or abandoned buildings (1) [redacted]
Emergency shelter/ Emergency voucher (2) ____
Transitional housing facility (3) ____
Psychiatric facility (4) ____
Alcohol or drug treatment facility (4) Hospital (4) ____
Jail (4) ____
Eviction from private dwelling/hotel/motel (5) ____
Domestic violence shelter/fleeing domestic violence situations (6) ____

Is this client chronically homeless? (7)

(Yes*) (circled) No Unknown

*Please refer to the Chronically Homeless final definition and documentation requirements.

Name: [redacted] - COHSF organizer
(Print name and title of agency representative)

Signed: [redacted]
(Signature of agency representative)

280 Turk St.
San Francisco, CA 94102
415.346.3740 TEL
415.775.5639 FAX
www.cohsf.org

McKinney-Vento Continuum of Care Homeless Programs
Certification of Homelessness

COALITION ON HOMELESSNESS

III. **If Self Certification is being used, explain the process or attempts made to get third party verification first:

N/A

Check here if all documentation is in case file: ✓

Agency Staff Name and Title: [redacted] (print) case organizer

Signature: [redacted]

Date: [redacted]

280 Turk St.
San Francisco, CA 94102
415.346.3740 TEL
415.775.5639 FAX
www.cohsf.org

HOMELESS
CERTIFICATIONS
2024
1 OF 3
SORTED BY FIRST NAME
A - G
HOMELESS

COH01528597



HOMELESS CERTIFICATIONS 2024 2 of 3
SORTED BY FIRST NAME
I – M

COH01528601



SORTED by FIRST
NAME
M - Z

COH01528596