# EXHIBIT 136

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:22-cv-05502

**DECLARATION OF THE COALITION ON HOMELESSNESS**

I, Jennifer Friedenbach, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Jennifer Friedenbach and I am the Executive Director of the Coalition on Homelessness. I have personal knowledge of the facts contained in this declaration including the organization's mission, programmatic work, finances, and staffing. If called upon to testify, I could and would testify competently as to the truth of the facts in this declaration.

**Mission and Work of the Coalition on Homelessness**

2. The Coalition on Homelessness (the "Coalition") is a 501(c)(3) non-profit corporation founded in 1986. The Coalition was established to research, plan, and monitor long-term strategies to alleviate homelessness in the City and County of San Francisco. The Coalition's mission is to find permanent solutions to homelessness while recognizing the dignity and human rights of unhoused people. I have served as the Executive Director of the Coalition since 2007, and worked on staff since 1995—a career spanning almost thirty years.

3. Through community organizing and advocacy, the Coalition fights to prevent people from becoming homeless, presses for affordable housing in San Francisco, and advocates to expand resources available to unhoused people including mental health treatment, emergency shelter, and basic necessities. The Coalition regularly reviews and writes legislation—and participates in budget advocacy—on these issues and organizes unhoused people to advocate on their own behalf. As part of its advocacy, the Coalition conducts surveys of unhoused people and prepares reports and recommendations. The Coalition also connects and coordinates with service providers that serve unhoused people across San Francisco.

1

4.      The Coalition envisions a San Francisco in which every human being can have and maintain decent, habitable, safe, and secure housing. This means that economic justice, housing advocacy, and supports to exit homelessness have always been the main focus of the Coalition's work. The Coalition's housing-related work has included getting the City to fund an emergency hotel voucher program for families and winning housing subsidies for unhoused individuals. In 2018, for example, the Coalition was the author of Proposition C—which was a ballot measure calling for a gross receipts tax on all businesses receiving more than $50 million in revenues annually. The tax was to help fund the City's affordable housing projects. With the Coalition's sustained advocacy, Proposition C passed. It has already brought more than $492 million to fund affordable housing programs that will help end homelessness in San Francisco. Mayor London Breed actively opposed the measure.

5.      The Coalition also serves more immediate, short-term goals as a part of its mission. We seek to build networks of support for unhoused people through organizer-led outreach campaigns and to connect unhoused people to social services and resources. This proactive work requires daily engagement with unhoused communities across San Francisco. We also engage volunteers and donors to provide unhoused people with the basic necessities they need to survive while living unsheltered.

**Membership in the Coalition**

6.      The Coalition is an advocacy organization of, by, and for unhoused people in San Francisco. Our members are comprised almost entirely of unhoused people or people with lived experience who supervise, direct, and lead the Coalition's work. The Coalition has dozens of active members at any given time and has had hundreds of active members over the years. It also has thousands of inactive members.

7.      Because the Coalition's membership is comprised of unhoused people—many of whom do not have cell phones—the membership structure is informal. The Coalition defines active membership as regular participation in Coalition meetings or volunteering activities. Members join the Coalition by engaging in these activities with us on a regular basis. Membership activities include performing outreach with the Coalition, helping administer surveys to unhoused people, speaking to the media and at press conferences on behalf of the Coalition, organizing people to turn out at events and demonstrations, preparing signs and attending protests, helping with the Coalition's video and social media efforts, or providing input on upcoming legislation in San Francisco.

8.      The Coalition currently has between 50 and 60 active members, and at least 70%

of those members are individuals presently experiencing homelessness. These members are recorded in the organization's database. The Coalition is also in touch with many more unhoused individuals through our outreach on the streets, where we connect with about 150 to 200 unhoused people every week. We also have an email distribution list that includes about three thousand unhoused people and volunteers.

9. We ensure that the Coalition's members—and unhoused people more broadly—shape and direct every aspect of our work. This is because the Coalition's core activities are conceived of and led by two member-led working groups: Housing Justice and Human Rights. The Housing Justice working group at the Coalition has 20 active members. Almost all of these members are currently unhoused or have previously experienced homelessness. The Human Rights working group has about 10 active members. Three to four of these members are unhoused or were recently unhoused. Both working groups draw from a much larger group of active members who participate in specific projects. The Coalition's working groups meet every week to plan the organization's next steps and guide its work.

10. The Coalition also forms its strategic priorities after consulting with the hundreds of unhoused people the Coalition interacts with on outreach and through shelter visits. This includes formal meetings with surveys and focus groups about specific topics and more informal meetings with Coalition staff or members.

**Diversion of the Coalition's Resources to Stop the City's "Healthy Streets" Sweeps.**

11. Over the past twenty years, the Coalition has always paid some attention to the City's homeless sweeps. This is because our staff would hear about sweeps sporadically during outreach to unhoused people. But in the last several years, the reports have become much more severe. Since 2018— after the City began running its "Healthy Streets Operation Center" (HSOC)— the Coalition has been hearing about property destruction and threats of arrest at astronomical rates. That is because HSOC has resulted in much more methodical, cruel, and repetitive sweeps, with the City planning major sweeps in San Francisco neighborhoods almost every day of the year.

12. As a result, the Coalition made the difficult choice to depart from its mission-related activities—proactive housing and homelessness prevention and support work—to focus on the dire need to protect unhoused people from the City's ongoing criminalization and property destruction practices. The Coalition responded this way because the criminalization of homelessness and destruction of survival property makes it extremely difficult to achieve the Coalition's mission. The City's sweep operations are traumatic episodes that result in unhoused

3

people losing the only belongings they have to protect themselves. Under the constant threat of law enforcement harassment, unhoused people do not have the bandwidth to find employment and other supports to get back on their feet. Instead, they live in constant fear that everything they have will be taken away from them. That fear is based in reality. Sweeps fundamentally disrupt the ability of unhoused people to rebuild their lives and can set them back months to years or indefinitely.

13. These circumstances impose a tremendous burden on the Coalition, and directly interfere with our ability to help unhoused people exit homelessness or to help organize the unhoused community to advocate for housing reform. Instead of supporting unhoused people with the resources to achieve self-sustainability, the Coalition is fighting to keep them safe and alive. The City's aggressive sweeps have had the effect of preventing the Coalition from serving its clients. They force the Coalition to divert resources away from the ultimate goal—which is to press for *proactive* solutions to San Francisco's homelessness crisis. The Coalition's unplanned, reactive work to monitor and protect unhoused people from the City's sweeps has had a clear and diversionary impact on the way the organization uses its limited staff and volunteer resources.

14. We have watched as the City's unhoused residents have had their property, including survival gear and medications, seized and destroyed during HSOC sweeps and increased sweep activity from the Department of Public Works (DPW), San Francisco Police Department (SFPD), and other agencies. We have also watched as these agencies threaten arrest without offering housing or shelter. As a result, we have built a rapid response network of staff and volunteers to monitor these daily legal and policy violations across the City.

15. Specifically, the Coalition has diverted its staff and volunteer time away from advocating for affordable housing and improved shelter to instead focus on minimizing the harm from the City's sweeps by: sending staff and volunteers to monitor daily large-scale sweep operations, training staff and volunteers to approach City workers and stop them from violating their own policies and the law, and deploying staff and volunteers to advocate on behalf of unhoused people who are having their survival belongings seized, are being threatened with arrest, or who are not being offered appropriate shelter. This work has become all-consuming for our staff and volunteers.

16. Sweeps also cause unhoused people to be displaced in large numbers. This displacement—which occurs almost on a daily basis—makes it much more difficult for the Coalition to stay in contact with its clients or to maintain and secure new active members.

Without the ability to build deep, lasting, and stable connections with unhoused people, the Coalition cannot perform its work. The City's sweeps have resulted in the Coalition losing touch with countless members over the past several years, and has presented significant obstacles that have prevented the Coalition from being able to secure new membership.

17. The Coalition's unplanned, reactive work to monitor and protect unhoused people from the City's sweeps has had a measurable fiscal impact on the organization. In 2018 when the City's HSOC sweeps began, the Coalition had to assign one staff member to work half of their time on monitoring homeless sweeps—with the rest of the organization's staff efforts focused on its proactive work to advocate for housing and shelter. With the total compensation to one full-time employee of $58,244.69 (including benefits), the approximate cost to the Coalition of sweeps monitoring at that time was $29,122.34.

18. In 2019, however, recognizing the need for more direct monitoring, the Coalition began dedicating one full-time and one part-time employee to sweep monitoring and response work, with each employee spending at least half of their time monitoring sweeps. With the total compensation to 1.5 full-time employees of $90,080.66, the approximate cost to the Coalition of sweeps monitoring that year increased to $45,040.33.

19. In 2020, with the increased frequency and destructiveness of HSOC sweeps—even with HSOC halting some regular sweep activity for four months because of the COVID-19 pandemic—the Coalition was again forced to increase its sweeps monitoring work to include two full-time employees—each spending at least two-thirds of their time on this reactive monitoring work. With the total compensation to 2 full-time employees of $130,947.86 that year, the approximate cost to the Coalition of sweeps monitoring jumped to $86,425.58. Unfortunately, these adjustments took two of our employees almost entirely away from their proactive work as organizers and community-builders looking to help unhoused people exit homelessness and connect them to community resources and other supports.

20. In 2021, the Coalition was forced to engage staff from all program areas to help monitor and stop the City's sweeps—including producing a report on sweeps, monitoring police activities at sweeps, setting up a volunteer network, and setting up administrative clinics to file claims related to property confiscated at sweeps.[1] This required the Coalition to dedicate three full-time employees to this effort. The total cost to the Coalition of sweep monitoring during

---

[1] *See* Coalition on Homelessness, *Behind the Healthy Street Operation Curtain: The True Story of San Francisco's Abusive Encampment Response* (2021), available at https://www.cohsf.org/wp-content/uploads/2021/10/HSOC-Report-Draft-10.6.pdf.

this year skyrocketed to approximately $134,246.56—which is greater than the compensation for the time of two full-time employees. These are annual costs the Coalition could and should have been spending on its proactive work to end homelessness or its campaigns to build affordable housing and shelter.

21. In addition to Coalition staff, we now use about ten volunteers to monitor and advocate on behalf of unhoused folks for shelter, services, and to prevent the destruction of survival gear at sweeps. Unfortunately, this reflects about 75% of the Coalition's total volunteer hours. These volunteer hours used to go to—and should be going to—doing public education around Proposition C and making sure affordable housing funding is used effectively, advocating for the return of the self-referral process for shelter beds, conducting shelter outreach and working to improve shelter conditions, and generally doing work with Coordinated Entry, the centralized system for people to access homelessness resources based on their assessed need for housing.

22. The Coalition has also had to divert its limited cash and donor assets to respond to the City's homeless sweeps. During the COVID-19 pandemic, HSOC continued to confiscate tents even as it ordered individuals to shelter in place. At that time, the Coalition put together a special fundraiser to raise money to purchase replacement blankets and tents to make sure these unhoused individuals could meet their basic survival needs. We replaced what the City destroyed. In 2020, the Coalition spent $28,000 on tents and survival belongings in the face of HSOC's sweeps. The money the Coalition used to purchase tents was from cash donations that otherwise could have been spent on emergency support, payment to unhoused people for conducting and participating in surveys, and meeting staffing needs. The staff time conducting this fundraiser likewise could have been spent on fundraising for the Coalition's core mission activities.

**The Coalition's Active Members Have Experienced the City's Criminalization and Property Destruction First-Hand**

23. The Coalition's staff and volunteers speak with countless numbers of unhoused people every week who have been victimized by the City's harmful criminalization and sweep policies in recent years. We have started drafting administrative claims against the City on behalf of many of these individuals—with a total of 17 administrative claims filed since September of 2021.

24. We also know that individual members of the Coalition have been directly impacted by the City's criminalization and sweep policies. This includes some of our most

active members and volunteers. For example, Toro Castaño, Couper Arona, and Shyhyene Brown are unhoused people who have been active members in the coalition and help lead the Coalition's human rights working group. But each of these individuals has also lived through threats of arrest and have lost their valuable personal property as a result of the City's sweeps over the last several years. Toro Castaño has actually been arrested in the past for illegal camping because he was homeless. He also recently secured a settlement against the City as a result of the destruction of his property during an HSOC sweep operation.[2]

25. Todd Bryant is another active member of the Coalition who is unhoused. Todd was integrally involved in our media campaign called *Stolen Belonging*—which drew early attention to the City's escalating sweeps practices. Ironically, Todd yet again had his belongings destroyed by the City earlier this year.

26. Andrew Howard is another active member with the Coalition. He helps educate fellow unhoused individuals of their property rights, and brings individuals who have had those rights violated into the Coalition Office to speak with us. I interviewed Andrew about his experiences with property destruction and law enforcement harassment as recently as April 2022—when his property was repeatedly and cruelly destroyed by public work crews while he was attempting to seek housing and employment opportunities.[3]

27. These are the experiences of just some of our members—but they are experiences shared by so many of our active members and the hundreds of unhoused people we speak with when we do outreach.

**Reflections on the City's Conduct**.

28. If the City stopped its unlawful practices at sweeps, where it fails to provide adequate notice, destroys property instead of appropriately bagging and tagging it, and threatens to inflict criminal penalties on unhoused individuals without appropriate offers of shelters—in short, if it just followed the law— the Coalition would be able to return to its real work: ending homelessness in the City of San Francisco.

29. The presence of mass homelessness in San Francisco is driven by deep systemic inequities based on race, economic standing and disability. While these broader systemic challenges do not fall entirely on the City of San Francisco to solve, certainly responding to the crisis with inhumane and harmful practices can and should be halted by the City.

---

[2] *See* Administrative Claim No. 21-01261.
[3] *See* Twitter Feed of Jennifer Friedenbach from April 8, 2022, *available at* https://twitter.com/fbach4/status/1512550217433825281?s=21&t=4iNi5TIHpGES-D_UHWb_wQ.

30. Losing the stability of a home and attempting to survive without the safety of a door to lock is one of the most traumatic events a human can endure. Yet, the policy, practice, and pattern of the City of San Francisco is to approach street encampments with brutality—which only exacerbates the homelessness crisis by forcing unhoused people to start over again from zero.

31. There are humane practices to address homelessness that actually work. The relocation of the encampment on King Street in San Francisco in 2012 is one example. Additionally, federal guidelines have recently been issued by the United States Interagency Council on Homelessness.[4] Rather than leading with punishment, the City should lead with holistic assessments that actually help connect unhoused people to temporary lodging and permanent housing. This is the only solution to homelessness.

I have reviewed the information contained in this declaration by telephone. I declare under the penalty of perjury that the contents are true and correct to the best of my knowledge.

Executed on: June 28, 2022

Jennifer Friedenbach, Executive Director
Coalition on Homelessness

---

[4] U.S. Interagency Council on Homelessness, *7 Principles for Addressing Encampments* (June 2022), https://www.usich.gov/resources/uploads/asset_library/Principles_for_Addressing_Encampments_1.pdf.

8

1 - 8