# EXHIBIT 137

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

Message

**From**: Jones, Tessa (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2C18AED977DE45849C4D2510AAEE1C8E-TESSA JONES]
**Sent**: 1/12/2024 11:47:59 AM
**To**: Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing]
**Subject**: Re: Ahmed Elsayed - Bag and Tag Follow up

Yes sir I will do!

Get Outlook for iOS

---

**From:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
**Sent:** Friday, January 12, 2024 11:44:24 AM
**To:** Jones, Tessa (DPW) <Tessa.Jones@sfdpw.org>
**Subject:** FW: Ahmed Elsayed - Bag and Tag Follow up

**Hi Tessa,**

**Please remind Daniel Garcia** truck 431-00099, All bag and tag belonging, shall be process same day.

Thank you.



**Jonathan C. Vaing**
Assistant Superintendent BSES Operations

Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
Cesar Chavez St | San Francisco, CA 94124 | (415) 695-2111 |   sfpublicworks.org · twitter.com/sfpublicworks

---

**From:** Seisay, Christopher (DPW) <christopher.seisay@sfdpw.org>
**Sent:** Wednesday, January 10, 2024 9:11 AM
**To:** Garcia, Edgar (DPW) <edgar.garcia@sfdpw.org>
**Cc:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>; Allan, David (DPW) <David.Allan@sfdpw.org>
**Subject:** Ahmed Elsayed - Bag and Tag Follow up

Good morning,

There is an explanation regarding the issue Ahmed Elsayed had when he came to retrieve his items, but we claimed we did not have his belongings.

Ahmed's belongings were picked up by litter patrol Saturday, but were left in a DPW truck over the weekend instead of being stored in the Bag and Tag container. When Ahmed came Monday to retrieve his items, we told him we did not have them, not knowing that they were being stored in the truck.

We eventually figured out the problem and successfully returned his items to him on 1/9/24.
SR# 2204941

CCSF-COH_642700

Thanks,



**Christopher A. Seisay**
Public Service Aide

Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
Cesar Chavez St  | San Francisco, CA 94124 | (415) 695-2163 |    sfpublicworks.org · twitter.com/sfpublicworks