# EXHIBIT 138

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

Message

**From:** Brandon, Brittany (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A4F6C3DCD3DE4D24991D6DAFC7A86FF8-BRITTANY BR]
**Sent:** 5/6/2022 11:21:12 AM
**To:** Dilworth, Darryl (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=235eaac194f046d9b41aac55bbdd2971-Darryl Dilworth]
**Subject:** FW: 700 Grove St. tent removed
**Attachments:** rptServiceRequestSingle4734.pdf

-----Original Message-----
From: Rovetti, Angelina (DPW) <angelina.rovetti@sfdpw.org>
Sent: Thursday, May 05, 2022 8:52 PM
To: Jackson, Kareem (DPW) <kareem.jackson@sfdpw.org>; Brandon, Brittany (DPW) <brittany.brandon@sfdpw.org>
Cc: Guajardo, Eric (DPW) <Eric.Guajardo@sfdpw.org>
Subject: FW: 700 Grove St. tent removed

Hi,

Jessica called in this evening saying she was told DPW took her tent that was located at Grove & Buchannan this morning.

She said her tent was not abandoned, she had a nice laminated sign saying not abandoned and will be right back.  She would like someone To call her back in regards to the location of her property. 628-300-9098

She was told by DPW that sometimes we store the tents/property for a period of time.

Thank you,
Angel

EXHIBIT 1048
WITNESS B. Brandon
CONSISTING OF 2 PAGES
DATE 1-28-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.
PLTF.

CCSF-COH_249558

# Service Request

**DPW**

Request ID No: **2647311**

Status: **Done**

Bureau of Street Environmental Services
Email: 28clean@sfgov.org
Telephone: 28Clean (282-5326)
Fax: 415-695-2019

**5/5/2022 7:01:33 AM**

**Thursday**

Department of Public Works Neighborhood Service Center received the following information.
Please fill in the appropriate assignment and action that was taken to complete this request and forward it back to DPW's Customer Service Center by Email, fax or contacting our Customer Service personnel at 28Clean, using the above numbers, within one(1) week.

Source: **SES Internal**            Entered By: **Alicia Ward**            Priority: **Safety Concern**

Location: **700 Grove St  at  Buchanan St  /  Banneker Way**

Caller: **B. Brandon**

Callback Needs:                          Second Calls:

Zone or Shift: **C**            **Perez Jr, Guillermo**            Zone: **C**

Category: **Street Cleaning**

Request: **Abandoned soiled tent with open needles and soiled clothing
. Needles !CAUTION!, Hypodermic needles at location. Request call back when completed..**

──────────────── Assignment Information ────────────────

Work Assignd To/Inspctd by:   **Brandon, Brittany**

Truck No:            Assigned date: **May 5, 2022**            at this time:            **7:03 AM**

Callback Assigned To:

Called Customer Back: ☐      Date Called Back:

**8:40pm Jessica 628-300-9098 called in saying her tent was taken and it was not abandoned, she was told to call us because our morning crew took it and is holding onto it. She said she only left for a few hours and there was a laminated sign on the front of her tent saying not abandoned. She would like a call back in morning. Emailing to Hot Spot Supervisors.**

Transfer to:

Instructions: **Dispatch to Zone Personnel. Enter personnel dispatched in "Work Assigned to". Enter "Safety concern" as the Priority status. .**

──────────────── Action Taken ────────────────

Work Status: **Done**            Resolution:

Completed By:
Completed on this date: **May 5, 2022**            at this time:   **7:03 AM**

Entered by: **Ward, Alicia**            Date: **5/5/2022**            Time:            **7:03 AM**