# EXHIBIT 141

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

1   LATHAM & WATKINS LLP
    Alfred C. Pfeiffer, Jr., SBN 120965
2   505 Montgomery Street, Ste 2000
    San Francisco, CA 94111
3   Telephone: (415) 391-0600
    al.pfeiffer@lw.com
4

5   LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS OF THE SAN FRANCISCO BAY AREA
6   Zal K. Shroff, MJP 804620, *pro hac vice*
7   131 Steuart Street, Ste. 400
    San Francisco, CA 94105
8   Telephone: (415) 543-9444
    zshroff@lccrsf.org
9

10  ACLU FOUNDATION OF NORTHERN
    CALIFORNIA
11  John Thomas H. Do, SBN 285075
    39 Drumm Street
12  San Francisco, CA 94111
    Telephone: (415) 293-6333
13  jdo@aclunc.org

14  *Attorneys for Plaintiffs*

15  *Additional Counsel Below*

16
                    UNITED STATES DISTRICT COURT
17                 NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
18

19  COALITION ON HOMELESSNESS, et al.,        CASE NO. 4:22-cv-05502-DMR

20                          Plaintiffs.        SECOND SUPPLEMENTAL
              v.                               DECLARATION OF CHRISTIN
21                                             EVANS
    CITY AND COUNTY OF SAN FRANCISCO,
22  et. al.,                                   Judge:        The Hon. Donna M. Ryu

23                          Defendants.
                                               Hearing Date: January 12, 2023
24                                             Time:         1:00 p.m.
                                               Place:        Courtroom 4 – 3rd Floor
25                                                           1301 Clay Street
                                                             Oakland, CA 94612
26

27

28

LATHAM & WATKINS LLP
Wesley Tiu, SBN 336580
Kevin Wu, SBN 337101
Tulin Gurer, SBN 303077
505 Montgomery Street, Ste 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
wesley.tiu@lw.com
kevin.wu@lw.com
tulin.gurer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LATHAM & WATKINS LLP
Rachel Mitchell, SBN 344204
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
rachel.mitchell@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Della-Piana, SBN 226462
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
edellapiana@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Brandon L. Greene, SBN 293783
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
bgreene@aclunc.org

1

**SECOND SUPPLEMENTAL DECLARATION OF CHRISTIN EVANS**

2    I, Christin Evans, hereby declare pursuant to 28 U.S.C. § 1746:

3         1.      I am a volunteer with the Coalition on Homelessness ("COH" or "the Coalition").

4         2.      As part of my volunteer work with the Coalition, I regularly monitor San

5 Francisco's Healthy Streets Operation Center ("HSOC") encampment resolutions and have

6 personally witnessed over 50 encampment resolutions.

7         3.      I have previously submitted two declarations regarding my observations of the

8 City's HSOC encampment resolutions, Dkt. Nos. 9-3 [1-21 – 1-29] and 50-1. I submit this further

9 supplemental declaration regarding my observations at the HSOC encampment resolution that

10 took place on January 3, 2023.

11         4.      All facts set forth in this declaration are based upon my personal knowledge, and,

12 if called upon to testify as to the truth of these facts, I could and would competently do so.

13 **Observations at HSOC Encampment Resolution January 3, 2023: Embarcadero from**

14 **Washington to Don Chee Way**

15         5.      On January 3, 2023, I observed an encampment resolution scheduled to take

16 place by the Ferry Building on the Embarcadero from Washington to Don Chee Way at 7 AM. I

17 arrived to the location at approximately 7 AM.

18         6.      SFMTA arrived first. HOT arrived at approximately 7:12 AM, as well as a Park

19 Ranger from SF Parks & Rec. Soon after, two SFPD officers arrived in an SFPD vehicle with its

20 lights on. Two additional SFPD officers arrived later. DPW did not arrive until after 8 AM. The

21 SFFD incident commander was present as well.

22         7.      *Enforcement without shelter availability:* When they arrived, first the Park

23 Ranger and then the two SFPD officers joined the HOT team in contacting the individuals

24 present at the site. Attached as **Exhibit A** is a photograph of the Park Ranger, two SFPD

25 officers, and members of the HOT team congregated around one individual's tent.

26         8.      I spoke with one couple right after they had been contacted by City workers at the

27 beginning of the sweep. They had just spoken with HOT workers and expressed that they were

28 very interested in shelter. HOT had informed them that the HOT team would not know actual

1

1  shelter availability until 8:30 AM. Nonetheless, the HOT team informed one member of the

2  couple that they should "start packing up."

3       9.    I had difficulty locating any notices on site, but did locate one set which is

4  photographed and attached as **Exhibit B**. The notice states: "Once the encampment has been

5  resolved, please do not return to this area." The Spanish notice says "no regrese a esta área" which

6  a Google translation translates as "do not return to this area." To the best of my knowledge, these

7  are the same notices the City purportedly provided prior to the Preliminary Injunction. There was

8  no indication that individuals could remain at the site or would only need to move temporarily. I

9  spoke with one individual who was packing up proactively before he had even been approached

10  by the City, based on his understanding that an encampment resolution meant permanent removal,

11  as indicated by the notice.

12       10.    *Issues with unabandoned property:* I understand that one individual,

13  Gary, reached out to alert us to the sweep. He indicated that he had an orange tent with a gray

14  tarp over it. I spoke with other people at the site who confirmed that that was Gary's tent and

15  that he would be back for his belongings. The tent appeared to be in good usable condition.

16  However, Gary was momentarily absent from his tent during the sweep. Despite this, I

17  heard the incident commander and the Park Ranger declare that the tent was abandoned, and it

18  seemed to me that they were preparing to dispose of the tent and the surrounding property.

19  This was particularly troubling to me given the extensive rain the City would be receiving.

20       11.    I spoke with a representative from the City, named Chris, who eventually told

21  City workers that the tent was not abandoned. After that, a couple staying near Gary offered to

22  pack up his tent and keep it for him until he returned. I believe that without COH's intervention,

23  Gary's tent and belongings would have been disposed of.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1   I declare under penalty of perjury that the contents of this declaration are true and correct to the

2   best of my knowledge, and that I executed this declaration on January 5, 2023 in San Francisco,

3   California.

4

5                                                            Christin Evans

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EVANS 2ND SUPP. DECL.
CASE NO. 4:22-CV-05502-DMR

# EXHIBIT A

TO

SECOND SUPPLEMENTAL DECLARATION OF
CHRISTIN EVANS



# EXHIBIT B

TO

SECOND SUPPLEMENTAL DECLARATION OF
CHRISTIN EVANS

