DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

[Additional Counsel on next page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date:        July 28, 2025 |

| | |
|---|---|
| 1 | WARREN METLITZKY, State Bar #220758 |
| | JESSICA ELAINE LANIER, State Bar #303395 |
| 2 | NATHAN THEOBALD, State Bar #328837 |
| | CONRAD METLITZKY KANE LLP |
| 3 | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| 4 | Telephone:   (415) 343-7103 [Metlitzky] |
| | (415) 343-7100 [Lanier & Theobald] |
| 5 | Facsimile:   (415) 343-7101 |
| | E-mail:   wmetlitzky@conmetkane.com |
| 6 | jlanier@conmetkane.com |
| | ntheobald@conmetkane.com |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

Pursuant to the Stipulation and Order Modifying Sealing Procedures at ECF No. 347, Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; San Francisco Department of Emergency Management (collectively the "City") file this interim administrative motion and provisionally file under seal the following materials filed in connection with the City's Reply to Plaintiffs' Opposition to Motion for Summary Judgment:

| Document | Portion of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Pages:<br>• 5: 6-7<br>• 5:20-22<br>• 6:19-20<br>• 14:11<br>• 15:4-15 | Plaintiffs |
| Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Pages:<br>• 7:15 | City |
| Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Pages:<br>• 1:22 | Plaintiffs |
| Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Pages:<br>• 2:2-4 | City |
| Exhibit 66 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | The entire document | Plaintiffs |
| Exhibit 67 to the Declaration of Steven | The entire document | Plaintiffs |

| Document | Portion of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | | |
| Exhibit 69 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | The entire document | City |
| Exhibit 74 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | The entire document | Plaintiffs |
| Exhibit 82 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | The entire document | Plaintiffs |
| Exhibit 85 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | The entire document | City |
| Exhibit 86 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | The entire document | City |
| Exhibit 88 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to | The entire document | City |

| Document | Portion of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Motion for Summary Judgment | | |
| Exhibit 89 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | The entire document | City |
| Exhibit 90 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | The entire document | City |

Dated: April 24, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

By: s/Steven A. Mills
STEVEN A. MILLS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT