DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

[Additional Counsel on next page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   May 8, 2025<br>Time:           1:00 p.m.<br>Judge:          Hon. Donna M. Ryu<br>Place:          Courtroom 4 – 3rd floor<br>                1301 Clay Street<br>                Oakland, CA 94612<br><br>Trial Date:     July 28, 2025<br><br>Documents Attached: Exhibits 64 - 90 |

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN THEOBALD, State Bar #328837
CONRAD METLITZKY KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:     (415) 343-7103 [Metlitzky]
               (415) 343-7100 [Lanier & Theobald]
Facsimile:     (415) 343-7101
E-mail:        wmetlitzky@conmetkane.com
               jlanier@conmetkane.com
               ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

I, STEVEN MILLS, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment.

2. Defendants' reply relies on deposition testimony and evidence exchanged during fact discovery.

3. Attached hereto as **Exhibit 64** is a true and correct excerpt of the February 2, 2025 deposition of non-party Lukas Illa taken in this action. These portions of the transcript bear no confidentiality designations.

4. Attached hereto as **Exhibit 65** is a true and correct excerpt of the March 4, 2025 deposition testimony of ACLU Lead Investigator Dylan Verner-Crist taken in this action. These portions of the transcript bear no confidentiality designations.

5. Attached hereto as **Exhibit 66** is a true and correct excerpt of the April 14, 2025 deposition testimony of Plaintiffs' expert Christopher Herring taken in this action. Plaintiffs designated this transcript Confidential.

6. Attached hereto as **Exhibit 67** is a true and correct copy of a November 12, 2021 from Coalition Executive Director Jennifer Friedenbach, entitled ▮▮▮▮▮▮▮▮▮▮ produced by Coalition in discovery as confidential, with bates number COH01429817 to COH01429818.

7. Attached hereto as **Exhibit 68** is a true and correct copy of an October 14, 2021 email from Sophia Fenn to Todd Bryant, with the Subject: LCCRSF Sweeps Declaration, produced by Todd Bryant in discovery with bates number BRYANT000005, and reproduced by the City in discovery with bates number CCSF_3d_000015. This document does not bear a confidentiality designation.

8. Attached hereto as **Exhibit 69** is a true and correct copy of a Lease Agreement between █████████████████████████████████████████████████████████████████████████████, and produced by the City in discovery as Highly Confidential – Attorneys Eyes Only, with bates number CCSF-COH-672735. Mr. Bryant did not produce his lease even though Request for Production No. 3 requested: "ALL DOCUMENTS AND COMMUNICATIONS RELATED to ANY offer of shelter OR housing YOU have received from ANY PERSON, including, but not limited to, ANY offer from ANY friend, relative, acquaintance, charitable organization, non-profit, OR government entity, AND YOUR response to ANY offer."

9. Attached hereto as **Exhibit 70** is a true and correct copy of excerpts from the December 4, 2024 Transcript of Proceedings concerning the Further Case Management Conference in this action. This document does not bear a confidentiality designation.

10. Attached hereto as **Exhibit 71** is a true and correct copy of email correspondence between counsel related to third-party service in this action. This document does not bear a confidentiality designation.

11. Attached hereto as **Exhibit 72** is a true and correct copy of email correspondence between counsel related to third-party service, including Sarah Stephenson and James Reem, in this action. This document does not bear a confidentiality designation.

12. Attached hereto as **Exhibit 73** is a true and correct copy of email correspondence between counsel related to third party service in this action. This document contains redactions for third party contact information that is not material to the pending motion and is otherwise filed publicly.

13. Attached hereto as **Exhibit 74** is a true and correct copy of email correspondence concerning the identification of Melodie and the facilitation of her deposition in this action. This email correspondence contains information from a medical treatment provider and is being filed under seal.

14. Attached hereto as **Exhibit 75** is a true and correct copy of email correspondence related to third party service of Melodie in this action. This document does not bear a confidentiality designation.

15. Attached hereto as **Exhibit 76** is a true and correct copy of email correspondence related to third party service of Shanna Couper Orona in this action. Plaintiffs accepted service after the City filed a photograph of her with Plaintiffs' counsel on the docket after the City's efforts to serve her failed. See ECF No. 295-43. This document does not bear a confidentiality designation.

16. Attached hereto as **Exhibit 77** correct excerpt of the January 27, 2025 deposition testimony of non-party Carlos Wadkins taken in this action. These portions of the transcript bear no confidentiality designations.

17. Attached hereto as **Exhibit 78** correct excerpt of the February 25, 2025 deposition testimony of Coalition on Homelessness Executive Director Jennifer Friedenbach acting as the 30(b)(6) representative of Plaintiff Coalition on Homelessness taken in this action. These portions of the transcript bear no confidentiality designations.

18. Attached hereto as **Exhibit 79** is a true and correct excerpt from the August 24, 2023 Transcript of Proceedings concerning the Motion to Enforce in this action. This document does not bear a confidentiality designation.

19. Attached hereto as **Exhibit 80** is a true and correct copy of Plaintiff's Claim and ORDER to Go to Small Claims Court, filed February 2, 2023, from *Todd Bryant v. SF Public Works*, Case No. CSM-23-866514, for an incident dated December 20, 2021. This document does not bear a confidentiality designation.

20. Attached hereto as **Exhibit 81** is a true and correct copy of an Order of Case Dismissed without prejudice from December 20, 2023, *Todd Bryant v. SF Public Works*, Case No. CSM-23-866514, for an incident dated December 20, 2021. This document does not bear a confidentiality designation.

21. Attached hereto as **Exhibit 82** is a true and correct excerpt of the February 27, 2025 deposition testimony of non-party James Reem taken in this action. The City files these excerpt provisionally under seal because the timeline to provide confidentiality designations has not yet expired.

22. Attached hereto as **Exhibit 83** is a true and correct excerpt from the September 23, 2024 deposition of Plaintiff Sarah Cronk taken in this action. These portions of the transcript bear no confidentiality designations.

23. Attached hereto as **Exhibit 84** is a true and correct excerpt of the January 15, 2025 deposition of DPW employee Jonathan Vaing taken in this action. These portions of the transcript bear no confidentiality designations.

24. Attached hereto as **Exhibit 85** is a true and correct copy of an email from DPW Deputy Director DiJaida Durden from April 19, 2022, produced by the City in discovery as Highly Confidential – Attorneys' Eyes Only, with Bates number CCSF-COH_075814.

25. Attached hereto as **Exhibit 86** is a true and correct copy of a Notice of Verbal Counseling/Reminder Session from October 20, 2022, produced by the City in discovery as Highly-Confidential – Attorneys' Eyes Only, with Bates number CCSF-COH_070903.

26. Attached hereto as **Exhibit 87** is a true and correct excerpt of the January 28, 2025 Deposition of Darryl Dilworth in this action. These portions of the transcript bear no confidentiality designations.

27. Attached hereto as **Exhibit 88** is a true and correct copy of Notice of Release from Temporary Provisional Appointment from December 12, 2024, produced by the City in discovery as Highly Confidential – Attorneys' Eyes Only, with Bates number CCSF-COH_437220.

28. Attached hereto as **Exhibit 89** is a true and correct copy of Notice of Release from Temporary Provisional Appointment from November 22, 2024, produced by the City in discovery as Highly-Confidential – Attorneys' Eyes Only, with Bates number CCSF-COH_437238.

29. Attached hereto as **Exhibit 90** is a true and correct copy of a Notice of Dismissal from Permanent Civil Service Position from January 11, 2025, produced by the City in discovery as Highly Confidential – Attorneys' Eyes Only, with Bates number CCSF-COH_437249.

30. The City had to personally serve the following individuals because Plaintiffs did not facilitate service: Cory Barkley, Shyhyene Brown, Todd Bryant, Henrick Delamora, Patrick Dubose, Krystle Erickson, Maurice Moran, and Elizabeth Stromer. Plaintiffs' counsel began representing these individuals for purposes of the deposition after service. In addition to these individuals, the City

attempted to personally serve Couper Orona before Plaintiffs' counsel started representing her. I personally contacted her by phone and email before her representation. It took the City weeks to secure Melodie's name through meet and confers and even then her full name was not provided. The only reason her deposition took place after the close of fact discovery is because she refused to sit for a timely deposition before the close of fact discovery. Because Plaintiffs identified so many individuals that experienced homelessness on their initial disclosures without contact information, the City had to conduct its own investigation to try to identify them. Those results were ineffective in securing participation.

      I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

      Executed April 24, 2025, at San Francisco, California.

                                                                              /s/ Steven A. Mills
                                                                              STEVEN A. MILLS