**REDACTED**

**EXHIBIT 67**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**PROVISIONALLY FILED UNDER SEAL PURSUANT TO INTERIM ADMINISTRATIVE MOTION TO SEAL**

Message
___

**From**: Jennifer Friedenbach [jfriedenbach@cohsf.org]
on behalf of   Jennifer Friedenbach <jfriedenbach@cohsf.org> [jfriedenbach@cohsf.org]
**Sent**: 11/12/2021 9:20:10 AM
**To**: calder@thegubbioproject.org
**Subject**: Connection with LCCR

Hey Calder,

**Redacted**

Zal is copied above!

Thanks Calder,

J

Jennifer Friedenbach (she,her)
jfriedenbach@cohsf.org
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
http://www.cohsf.org/



Donate now to the Coalition on Homelessness!

Please note:  We moved to 280 Turk Street x Leavenworth, SF CA 94102

The ache for home lives in all of us, the safe place where we can go as we are and not be questioned.

Maya Angelou

CONFIDENTIAL                                                                                                    COH01429817
                                                                                                                                 COH01429817

CONFIDENTIAL

COH01429818
COH01429818