# EXHIBIT 68

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

---------- Forwarded message ---------
From: **Sophia Fenn** <sfenn16@berkeley.edu>
Date: Thu, Oct 14, 2021, 10:08 AM
Subject: LCCRSF Sweeps Declaration
To: <bryantstyle49@gmail.com>

Dear Todd Bryant,

Hello! I am a volunteer with Lawyers' Committee for Civil Rights SF. LCCRSF is looking into homeless sweeps in San Francisco and was hoping to speak to folks about their experiences with sweeps over the last few years. We're hoping to hold the City accountable for harassing unhoused folks, destroying their property, and failing to provide appropriate services. If you might be willing to speak to me, I would be happy to speak with you either over the phone or in person at a location convenient to you. Please let me know if you have any availability!

Thank you,

Sophia Fenn

BRYANT 000005

CCSF_3d_000015