# EXHIBIT 75

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| **From:** | Mills, Steven (CAT) |
| **To:** | "jdo@aclunc.org"; "wfreeman@aclunc.org"; "skatovich@aclu.org"; "nkashyap@lccrsf.org"; "antim@lccrsf.org"; "Zoe Salzman"; "Vasudha Talla"; "Vivake Prasad"; "Bianca Herlitz-Ferguson" |
| **Cc:** | Murphy, Kaitlyn (CAT); George, John (CAT); Gradilla, Miguel (CAT); Wang, Edmund (CAT) |
| **Subject:** | RE: COH v. CCSF - Third-Party Subpoena - Melodie |
| **Date:** | Friday, January 24, 2025 11:49:36 AM |

Counsel,

Plaintiffs have added Melodie to their amended initial disclosure and still have failed to provide a full name and any contact information. To the extent that Plaintiffs claim that Melodie is a member and Coalition has any of Melodie's contact information, it must be provided. We request the information by Monday given that our request has been pending since January 7.

Thanks,

Steven

**Steven Mills**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 355-3304 Direct
www.sfcityattorney.org

---

**From:** Mills, Steven (CAT)
**Sent:** Tuesday, January 14, 2025 8:37 AM
**To:** 'jdo@aclunc.org' <jdo@aclunc.org>; 'wfreeman@aclunc.org' <wfreeman@aclunc.org>; 'skatovich@aclu.org' <skatovich@aclu.org>; 'nkashyap@lccrsf.org' <nkashyap@lccrsf.org>; 'antim@lccrsf.org' <antim@lccrsf.org>; 'Zoe Salzman' <zsalzman@ecbawm.com>; 'Vasudha Talla' <vtalla@ecbawm.com>; 'Vivake Prasad' <VPrasad@ecbawm.com>; 'Bianca Herlitz-Ferguson' <bherlitz-ferguson@ecbawm.com>
**Cc:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; George, John (CAT) <John.George@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Subject:** RE: COH v. CCSF - Third-Party Subpoena - Melodie

Counsel,

I am circling back on the request below about Melodie. Can you provide a response by the end of the week so we can proceed with any third party subpoenas?

Thanks,

Steven

**Steven Mills**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 355-3304 Direct
www.sfcityattorney.org

---

**From:** Mills, Steven (CAT)
**Sent:** Tuesday, January 7, 2025 10:24 AM
**To:** jdo@aclunc.org; wfreeman@aclunc.org; skatovich@aclu.org; nkashyap@lccrsf.org; antim@lccrsf.org; 'Zoe Salzman' <zsalzman@ecbawm.com>; Vasudha Talla <vtalla@ecbawm.com>; Vivake Prasad <VPrasad@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>
**Cc:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; George, John (CAT) <John.George@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Subject:** COH v. CCSF - Third-Party Subpoena - Melodie

Counsel,

Coalition recently identified a "Melodie" as a member. Do you have a full name and contact information for this individual? And are you accepting service on her behalf or will we need to communicate with her directly?

Thanks,

Steven

**Steven Mills**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 355-3304 Direct
www.sfcityattorney.org