# EXHIBIT 77

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3   - - - - - - - - - - - - - - - -
 4   COALITION ON HOMELESSNESS;    )
 5   TORO CASTANO; SARAH CRONK;    )
 6   JOSHUA DONOHOE; MOLIQUE       )
 7   FRANK; DAVID MARTINEZ;        )
 8   TERESA SANDOVAL;              )
 9   NATHANIEL VAUGHN,             ) CASE NO.
10            Plaintiffs,          ) 4:22-cv-05502- DMR(LJC)
11   v.                            )
12   CITY AND COUNTY OF SAN        )
13   FRANCISCO, et al.,            )
14            Defendants.          )
15   - - - - - - - - - - - - - - - -
16
17      REMOTE VIDEOTAPED DEPOSITION OF CARLOS WADKINS
18                MONDAY, JANUARY 27, 2025
19
20
21       BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY:  SHANNA GILBERT, CSR NO. 12951
23                 550 CALIFORNIA STREET, SUITE 820
24                   SAN FRANCISCO, CALIFORNIA 94104
25                                      (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8            Remote videotaped deposition of CARLOS
 9   WADKINS, taken on behalf of Defendants, via
10   videoconference, with the witness located in Felton,
11   California, commencing at 10:03 A.M., MONDAY,
12   JANUARY 27, 2025, before Shanna Gilbert, Certified
13   Shorthand Reporter No. 12951, pursuant to Defendant's
14   Amended Notice of Taking Deposition.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE):
 2   FOR PLAINTIFFS, COALITION OF HOMELESSNESS, CARLOS
 3   WADKINS, ET AL.:
 4      FARELLA BRAUN + MARTEL
 5      BY:  KYRA E. SIKORA, ATTORNEY AT LAW
 6      One Bush Street, Suite 900
 7      San Francisco, California 94104
 8      Telephone:  (415) 954-4499
 9      Email:  ksikora@fbm.com
10   - AND -
11      AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA
12      BY:  JOHN THOMAS H. DO, ATTORNEY AT LAW
13      39 Drumm Street
14      San Francisco, California 94111
15      Telephone:  (415) 621-2493
16      Email:  jdo@aclunc.org
17
18   FOR DEFENDANTS, CITY AND COUNTY OF SAN FRANCISCO, ET AL.:
19      SAN FRANCISCO CITY ATTORNEY'S OFFICE
20      BY:  JOHN H. GEORGE, DEPUTY CITY ATTORNEY
21      1390 Market Street, Seventh Floor
22      San Francisco, California 94102
23      Telephone:  (415) 554-4223
24      Email:  john.george@sfcityatty.org
25
```

```
 1   APPEARANCES (VIA VIDEOCONFERENCE) - CONTINUED:
 2   ALSO PRESENT:
 3      KYLE FRIEND, BEHMKE VIDEOGRAPHER
 4      JANNET GOMEZ
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        THE WITNESS:  It is difficult to give an exhaustive
 2   list.  The work varied greatly from week to week or from
 3   day to day based on what needs arose in the
 4   organization.
 5   BY MR. GEORGE:
 6        Q.   Does this paragraph accurately describe how you
 7   conducted outreach to people?
 8        A.   Yes, accurately.
 9        Q.   And it says that you spoke to people living in
10   homeless encampments, in their vehicle or in shelters;
11   is that correct?
12        A.   That is correct.
13        Q.   And do you recall doing that?
14        A.   I do.
15        Q.   And did you go physically in person to do that?
16        A.   I did.
17        Q.   How many people would you usually talk to when
18   you went out to do outreach like that on a typical day?
19        A.   It is difficult to say and it varied.  In terms
20   of street outreach, depending on the neighborhood, it
21   could be -- it could be a matter of how many people are
22   in that area, which is unknown until we're there.  So,
23   you know, we could spend a little bit of time walking
24   around an area and only see two to five people, or there
25   could be a couple camps there, and it would be a larger
```

1  number.
2       When I did RV outreach, there would be -- I could
3  speak to over a dozen, maybe several dozen people in a
4  day because they're all kind of lined up tightly, and in
5  the shelters it's hard to say.
6       Q.   Why did you do that outreach in person?
7       A.   Because that was the best way to meet new
8  people and to do my work effectively.
9       Q.   In your opinion was it the best way to be able
10 to communicate with the population that you were trying
11 to communicate with?
12      A.   Yes.
13      Q.   Would you take a moment to read Paragraph
14 Number 5 to yourself, and let me know when you're done?
15      A.   Yes.  Okay.
16      Q.   Do you see the reference to proactive work in
17 Paragraph 5?
18      A.   Yes.
19      Q.   Is that a yes?
20      A.   Yes.
21      Q.   Thank you.  Sorry.  I just didn't hear you.
22      Does proactive work include connecting people to
23 resources?
24      A.   Yes.
25      Q.   Does it include helping people navigate the

```
 1  BY MR. GEORGE:
 2      Q.   You can answer.
 3      A.   I don't recall.  I shouldn't just say that
 4  blankly.  I don't recall if any other methods were
 5  pitched or executed, and I was not around for the
 6  entirety of that survey period.  I was only around for
 7  the end of it, so there may have been focus groups or
 8  non in-person surveys or whatever else before.  I cannot
 9  speak to that.  My time working on it was in-person
10  surveys.
11      Q.   Were there any surveys that you did at your
12  time at Coalition that were -- of unhoused people
13  specifically -- that were not conducted in person?
14      Sorry.  I didn't hear that.
15      A.   Not that I remember.
16      Q.   Would you say that most of the survey
17  communications at the Coalition, that you were aware of
18  at least, were conducted in person?
19      A.   Yes.
20      MS. SIKORA:  Objection; speculation.
21  BY MR. GEORGE:
22      Q.   And why were they conducted in person, to the
23  best of your understanding?
24      A.   Honestly, I can't even really think of another
25  way we would do them.  You're saying opposed to like a
```

1  digital or on the phone survey?
2      Q.   Exactly.
3      A.   That would not make a lot of sense to get an
4  accurate understanding of what unhoused people were
5  going through.  And it would have been very difficult
6  logistically to pull off that kind of survey.
7      Q.   You conducted interviews for the report that
8  you authored on HSOC; is that correct?
9      A.   I don't know.  Interviews were conducted by
10 several people.  I don't know if I did any myself.
11     Q.   Do you recall specifically any interviews that
12 you did for that specific report?
13     A.   I do not.
14     Q.   Do you recall anyone else conducting interviews
15 for that report?  And by that report I mean the one --
16 the one that is referenced in Paragraph 15.
17     A.   Yes.
18     Q.   What do you recall?
19     A.   I recall that Kelley Cutler performed some
20 interviews.  I recall that other volunteers and staff
21 members and part of the working group were asked to
22 conduct interviews.  I don't remember what that yielded.
23 And I recall that one human rights work group member
24 named Ally -- I do not know her last name -- was able to
25 conduct some interviews.  I don't remember if they made

```
 1    STATE OF CALIFORNIA    )
 2                           ) ss.
 3    COUNTY OF PLACER       )
 4
 5         I hereby certify that the witness in the
 6    foregoing deposition, CARLOS WADKINS, was by me duly
 7    sworn to testify to the truth, the whole truth, and
 8    nothing but the truth, in the within-entitled cause;
 9    that said deposition was taken at the time and place
10    herein named; that the deposition is a true record of
11    the witness's testimony as reported by me, a duly
12    certified shorthand reporter and a disinterested person,
13    and was thereafter transcribed into typewriting by
14    computer.
15         I further certify that I am not interested in
16    the outcome of the said action, nor connected with, nor
17    related to any of the parties in said action, nor to
18    their respective counsel.
19         IN WITNESS WHEREOF, I have hereunto set my hand
20    this 1st day of February, 2025.
21
22                    [signature]
23
24              SHANNA GILBERT, CSR NO. 12051
25              STATE OF CALIFORNIA
```