# EXHIBIT 78

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3  - - - - - - - - - - - - - - - -
 4  COALITION ON HOMELESSNESS,    )
 5  et al.,                       )
 6            Plaintiffs,         )  CASE NO.
 7  vs.                           )  4:22-cv-05502-DMR (LJC)
 8  CITY AND COUNTY OF SAN        )
 9  FRANCISCO, et al.,            )
10            Defendants.         )
11  - - - - - - - - - - - - - - - -
12    THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
13     SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
14            AND USED ONLY IN ACCORDANCE THEREWITH
15
16            30(b)(6) VIDEOTAPED DEPOSITION OF
17                    JENNIFER FRIEDENBACH
18            RE:  COALITION ON HOMELESSNESS
19               TUESDAY, FEBRUARY 25, 2025
20
21            BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                    BY:  CYNTHIA TURI, CSR NO. 11812
23                    550 CALIFORNIA STREET, SUITE 820
24                    SAN FRANCISCO, CALIFORNIA 94104
25                                    (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8        30(b)(6) videotaped deposition of JENNIFER
 9   FRIEDENBACH, RE:  COALITION ON HOMELESSNESS, taken
10   on behalf of Defendant, at 39 Drumm Street, San
11   Francisco, California, commencing at 9:03 A.M.,
12   TUESDAY, FEBRUARY 25, 2025, before CYNTHIA TURI,
13   Certified Shorthand Reporter No. 11812, pursuant
14   to Notice of Deposition.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE PLAINTIFFS:
 3       AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
 4       NORTHERN CALIFORNIA
 5       BY:  JOHN THOMAS H. DO, ATTORNEY AT LAW
 6       39 Drumm Street
 7       San Francisco, California  94111
 8       Telephone:  (415) 621-2493
 9       Email:  jdo@aclunc.org
10   - AND -
11       EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
12       BY:  ZOE SALZMAN, ATTORNEY AT LAW
13       600 Fifth Avenue, 10th Floor
14       New York, New York  10020
15       Telephone:  (212) 763-5000
16       Email:  zsalzman@ecbawm.com
17
18
19
20
21
22
23
24
25
```

```
 1   out of -- you know, it's not a trait, homelessness.
 2           It's a -- a status at a particular time.
 3       Q.  Does the Coalition have members who are
 4   permanently housed who haven't been formerly homeless or
 5   are not at immediate risk at becoming homeless?
 6       A.  Yes.
 7       Q.  Do you have an estimate on the percentage of the
 8   members who are housed with some level of permanence?
 9       A.  Probably between 30 and 50 percent.  Probably
10   more -- closer to the 30 side.
11       Q.  And what is that estimate based on?
12       A.  That's based on, kind of, a bird's-eye view of
13   the involvement in all the different areas.  So for
14   example, our vendors are primarily unhoused or lived
15   experience.  I would say probably 100 percent.  But
16   there may be some exceptions in there.
17           You know, so -- and then looking at each of the
18   categories that way, yeah.
19       Q.  I'm sorry.  I didn't mean to interrupt.
20           Those are Street Sheet vendors?  Is that what
21   you're discussing there as vendors?
22       A.  Yeah.  Yeah.  That was just an example of, kind
23   of, a bird's-eye view.
24       Q.  How many current Street Sheet vendors are there?
25       A.  So kind of lost a lot of vendors during the
```

1  pandemic. Actually, a lot passed away. I think we have
2  right now between, like, 40 and 70.
3      Q. Does the Coalition ask its members about their
4  experience with homelessness in the past?
5      A. Not in a formal way. Occasionally -- I mean,
6  yeah. Not in a formal way.
7      Q. Do members have any particular rights in
8  directing the Coalition's activities?
9      A. Yes.
10     Q. And what are those rights that the members have
11  to direct the Coalition's activities?
12     A. So our structure is bottom up. And so in terms
13  of what we're working on really comes out of the
14  outreach that we're conducting to unhoused people.
15         So at the most fundamental level, homeless
16  people are directing our advocacy agenda. They also --
17  our internal budget for the Coalition is a collective
18  conversation, and we have open meetings to discuss
19  those. So members are welcome if they wanted to be
20  involved in that.
21         And then they're also -- yeah. And then
22  outreach is sometimes -- that information is collected
23  in more formal ways, through surveys and whatnot, and
24  sometimes in more informal ways.
25     Q. Do members vote for the members -- do Coalition

1     A.   Correct.
2     Q.   Is there any meeting of the Street Sheet
3  vendors?
4     A.   Traditionally, yes.  Since we moved to our new
5  editor, they -- they have not been having meetings.  But
6  they plan on having them.
7     Q.   When was the last meeting of the Street Sheet
8  vendors?
9     A.   Well, we didn't have in-person meetings during
10 the pandemic, so I think they stopped before the
11 pandemic.
12    Q.   Okay.  So before March of 2020 was probably the
13 last time that the Street Sheet vendors had a meeting?
14    A.   Yes.
15    Q.   At that, sort of, pre-pandemic meetings, did the
16 Street Sheet vendors discuss -- or participate in a
17 ground-up formation of this lawsuit?
18    A.   No.  Although the -- there could be Street Sheet
19 vendors who were involved in Human Rights.
20    Q.   So Street Sheet vendors in their own individual
21 capacity as individual members may have participated in
22 the Human Rights working group or in other interactions
23 that were the formation of this lawsuit, but as a group,
24 the Street Sheet vendors, they didn't meet collectively
25 to participate in the ground-up process; is that

```
 1         Q.  Is the Street Sheet paper mostly distributed in
 2    particular neighborhoods in the City?
 3         A.  Well, the vendors get to choose their spots.
 4    And the most successful vendors have a particular spot
 5    that they sell where they can develop relationships with
 6    customers.  And we don't track that either.
 7             But I would say most neighborhoods have a Street
 8    Sheet -- at least one Street Sheet vendor that's
 9    present.
10         Q.  Are more of them grouped in the
11    Financial District or SoMa?
12         A.  I would say -- no.  I mean, we've got, like,
13    regular vendors in the Mission, Rainbow -- they're more
14    centered around, like, grocery stores and stuff like
15    that than -- I don't think SoMa -- well, I guess SoMa
16    has a Whole Foods at Fourth Street, and they probably
17    have a vendor there.
18             But it's kind of a food desert in the
19    Tenderloin.  There's not really a lot of good vending
20    spots there.
21         Q.  Earlier, you mentioned that the -- a number of
22    vendors had passed away in the pandemic; is that
23    correct?
24         A.  Uh-huh.
25         Q.  How did the pandemic affect the number of
```

1  vendors who were distributing the Street Sheet?
2      A.  Well, the pandemic affected the Street Sheet
3  distribution in a number of ways.  I mean, we had a
4  pretty old, vulnerable population that was selling
5  Street Sheets that were particularly affected by the
6  pandemic.
7          And we know of a handful of people who passed
8  away.  We also know that people -- the exchange of cash
9  during the pandemic was not a winning proposition.  So
10 that affected.
11         We tried to do Venmo, but that still requires a
12 little bit of contact with the QR code and stuff.
13         And Venmo didn't allow for people to set up an
14 account without a bank account until recently, so that
15 was a barrier.
16         And then people stopped carrying cash.  And so
17 some of these things were pandemic related, but some of
18 them just kind of -- you know, did the stopping carrying
19 cash happen because of the pandemic or everything just
20 kind of went more virtual?  It's hard to say.
21         Those are the main factors that have affected
22 Street Sheet distribution.
23     Q.  Has the Coalition calculated what percentage of
24 the circulation decline is due to particular reasons?
25     A.  Well, not in a scientific way.  But based on our

```
 1  conversations with vendors, that's how we arrived at the
 2  conclusions that we arrived at.  Some of it's kind of
 3  common sense, but yeah...
 4       Q.  Does the Coalition track why submissions are not
 5  made to the Street Sheet?
 6       A.  Not in a formal database.  Although, we've had a
 7  couple of occasions that I can point to.  Actually,
 8  Andy Howard, who I mentioned earlier, who was a person
 9  who submitted to the Street Sheet who was impacted by
10  property confiscation and had some writings that were
11  lost in that process.
12           No books.  Artwork by Ronnie Goodman was
13  confiscated by the City, and he's a regular, did a lot
14  of our covers, and is kind of a -- signature style that
15  really defines the paper.
16           And his actual Linocuts were taken, which is the
17  original art.  Impossible to replicate really.  So,
18  like, the actual rubber Linocuts.  Yeah.
19           So not in a database, but we do know it happens.
20       Q.  Other than Mr. Goodman and Mr. Howard, are there
21  regular Street Sheet contributors whose property has
22  been unlawfully destroyed by the City?
23       A.  Those are the two I can think of.
24       Q.  And you mentioned Mr. Goodman's art being
25  destroyed.  When was that?
```

```
 1  STATE OF CALIFORNIA     ) ss.
 2  COUNTY OF SAN FRANCISCO )
 3          I hereby certify that the witness in the
 4  foregoing deposition, JENNIFER FRIEDENBACH, was by me
 5  duly sworn to testify to the truth, the whole truth, and
 6  nothing but the truth in the within-entitled cause; that
 7  said deposition was taken at the time and place herein
 8  named; and that the deposition is a true record of the
 9  witness's testimony as reported by me, a duly certified
10  shorthand reporter and a disinterested person, and was
11  thereafter transcribed into typewriting by computer.
12          I further certify that I am not interested in the
13  outcome of the said action, nor connected with nor
14  related to any of the parties in said action, nor to
15  their respective counsel.
16          IN WITNESS WHEREOF, I have hereunto set my hand
17  this March 7, 2025.
18          Reading and signing was:
19  ___ Requested ____ Waived __X__ Not Requested.
20
21
22                              [signature: Cynthia Turi]
23
24                              CYNTHIA TURI, CSR NO. 11812
25                              STATE OF CALIFORNIA
```