# EXHIBIT 81

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

**Superior Court of California**
County of San Francisco
Small Claims Division
400 MCALLISTER STREET, SAN FRANCISCO, CA. 94102

FILED
Superior Court of California
County of San Francisco
DEC 20 2023
CLERK OF THE COURT
BY: _____ Deputy Clerk

| | |
|---|---|
| TODD BRYANT<br><br>Plaintiff(s)<br><br>vs.<br><br>SAN FRANCISCO PUBLIC WORKS<br><br>Defendant(s) | Small Claims No.: **CSM-23-866514**<br><br>**ORDER** |

The Court hereby orders:

☒ Case Dismissed without prejudice. No appearance by the plaintiff.

☐ Case Dismissed without prejudice. No Proof of Service.

☐ Continued to cure untimely filing of Proof of Service _____.

☐ Continued per request of the plaintiff/defendant _____.

☐ Continued on the Court's own motion to _____.

☐ Continued for Proof of Service to _____.

☐ Continued to _____ for progress report. If no appearance, case dismissed with prejudice.

☐ Continued to _____ to provide _____ interpreter.

☐ Dismissed. No further action taken by the Court.

☐ Dismissed with prejudice. Case Settled.

☐ Dismissed at the request of the plaintiff. ☐ with prejudice ☐ without prejudice

☐ Other: _____

Date: **DEC 20 2023**

JUDGE OF THE SUPERIOR COURT
SYLVIA HUSING

ORDER