```
                                                                    1

 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3    - - - - - - - - - - - - - - - - - -

 4    COALITION ON HOMELESSNESS; TORO   )

 5    CASTANO; SARAH CRONK; JOSHUA      )

 6    DONOHOE; MOLIQUE FRANK; DAVID     )

 7    MARTINEZ; TERESA SANDOVAL;        )

 8    NATHANIEL VAUGHN,                 )

 9              Plaintiffs,             ) CASE NO.

10    v.                                ) 4:22-cv-05502-DMR(LJC)

11    CITY AND COUNTY OF                )

12    SAN FRANCISCO, et al.,            )

13              Defendants.             )

14    - - - - - - - - - - - - - - - - - -

15

16        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

17              PURSUANT TO PROTECTIVE ORDER

18         VIDEOTAPED DEPOSITION OF SARAH A. CRONK

19                MONDAY, SEPTEMBER 23, 2024

20

21           BEHMKE REPORTING AND VIDEO SERVICES, INC.

22                   BY:   MARY J. GOFF, CSR NO. 13427

23                   550 CALIFORNIA STREET, SUITE 820

24                   SAN FRANCISCO, CALIFORNIA  94104

25                                       (415) 597-5600
```

2

Videotaped deposition of SARAH A. CRONK, taken on behalf of Defendants, at Lawyers' Committee for Civil Rights of the San Francisco Bay Area, 131 Steuart Street, Suite 400, San Francisco, California, commencing at 10:09 A.M., MONDAY, SEPTEMBER 23, 2024, before Mary J. Goff, California Certified Shorthand Reporter No. 13427 and WA CSR No. 21030779, pursuant to Notice.

```
                                                                    3

 1   APPEARANCES OF COUNSEL:

 2   FOR PLAINTIFFS:

 3        LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE

 4        SAN FRANCISCO BAY AREA, CCRSF

 5        BY:  ANDREW NTIM, ATTORNEY AT LAW

 6        131 Steuart Street

 7        Suite 4000

 8        San Francisco, California  94105

 9        Telephone:  (415) 543-9444

10        Email:  antim@lccrsf.org

11

12   - AND -

13        ACLU FOUNDATION OF NORTHERN CALIFORNIA

14        BY:  WILLIAM S. FREEMAN, ATTORNEY AT LAW

15        39 Drumm Street

16        San Francisco, California  94111

17        Telephone:  (415)-621-2493

18        Email:  wfreeman@aclunc.org

19

20

21

22

23

24

25
```

```
                                                              4

 1   APPEARANCES OF COUNSEL (CONTINUED):

 2   FOR DEFENDANTS:

 3        OFFICE OF THE CITY ATTORNEY

 4        BY:  STEVEN MILLS, ATTORNEY AT LAW

 5             KAITLYN MURPHY, ATTORNEY AT LAW

 6        1390 Market Street

 7        Sixth Floor

 8        San Francisco, California  94102

 9        Telephone:  (415) 355-3304

10        Email:  steven.mills@sfcityattry.org

11                kaitlyn.murphy@sfcityattry.org

12

13   ALSO PRESENT:

14        VINNY BEZERRA, VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25
```

164

1   to encounter before you leave an area?
2        A    It really depends on how established I am
3   in that area.
4        Q    And what do you mean by "established"?
5        A    How -- how many belongings I have, how
6   long I have been staying there, who -- who I'm with.
7   If there are people that I'm camping with that might
8   need help moving their items and things like that,
9   it might -- it might take a little longer to evade
10  and avoid a sweep.
11       Q    Okay.  Based off of your personal
12  experience, do you think that the area behind Target
13  on Folsom and 13th is a hotspot that individuals
14  should avoid to avoid their property potentially
15  being destroyed?
16       A    It kind of comes in waves.  It has been
17  and it hasn't been.  I'll say that.
18       Q    When you were staying in that area in
19  2022, was it your understanding that you could be
20  subjected to an encampment resolution?
21       A    Yes.
22       Q    Did you have an expectation of how
23  frequently or how often you could be subjected to an
24  encampment resolution?
25       A    No.

235

1    A    Yes.
2    Q    Do you have a rough idea of how many days
3 in January it had carried over into 2023?
4    A    Two days.
5    Q    Does anything in these photographs reflect
6 what the street looked like while you were still
7 camping there in January of 2023?
8    A    Yes.
9    Q    And what still looks the same to you?
10   A    Just the basic layout of the encampment.
11 This is not the particular area that I was in.
12   Q    Okay. So in what area were you staying in
13 January of 2023?
14   A    It was -- it was further. Let me see. It
15 was further that way towards the other side of the
16 building.
17   Q    Do you know if you were behind another
18 building in 2023 other than the Target?
19   A    I wasn't aware.
20   Q    You weren't aware of the building name?
21   A    Oh. In 2020 -- just in 2023 in general?
22   Q    That January period.
23   A    I was -- I was in front of the Staples
24 that used to be there. Now they're Total Wine
25 & More.

```
 1       Q    And is that on the same side of the street
 2  as the Target?
 3       A    Yes.
 4       Q    And were you camping on a median like the
 5  medians that exist on the first page of Exhibit 8?
 6       A    No.
 7       Q    So where were you camping in -- on that
 8  street?
 9       A    I was not on the street.
10       Q    So where were you located?
11       A    We were in front of the vacant property of
12  the store front.
13       Q    Was that on a sidewalk?
14       A    It was on the sidewalk, yes.
15       Q    And were you obstructing the sidewalk
16  with -- by not leaving more than 4 feet of
17  clearance?
18       A    No.
19       Q    Do you know if there were any buildings or
20  residences in that vacant lot before that can serve
21  as a landmark?
22       A    The -- the Staples, that was there.
23       Q    Ms. Cronk, if you were able to -- if you
24  were to go through the photos in Exhibit 8, do you
25  think you would be able to identify whose tent
```

BEHMKE REPORTING AND VIDEO SERVICES, INC.
(415) 597-5600

276

1  STATE OF CALIFORNIA        )
2  COUNTY OF SAN FRANCISCO    ) ss.
3      I hereby certify that the witness in the
4  foregoing deposition, SARAH A. CRONK, was by me duly
5  sworn to testify to the truth, the whole truth, and
6  nothing but the truth, in the within-entitled cause;
7  that said deposition was taken at the time and place
8  herein named; and that the deposition is a true
9  record of the witness's testimony as reported by me,
10 a duly certified shorthand reporter and a
11 disinterested person, and was thereafter transcribed
12 into typewriting by computer.
13     I further certify that I am not interested in
14 the outcome of the said action, nor connected with,
15 nor related to any of the parties in said action,
16 nor to their respective counsel.
17     IN WITNESS WHEREOF, I have hereunto set my hand
18 this 1st day of October, 2024.
19 Reading and Signing was:
20 _x_ requested    ___waived    ___ not requested
21
22                    *Mary J. Goff*
23
24            MARY J. GOFF, CSR NO. 13427
25               STATE OF CALIFORNIA