## REDACTED

**EXHIBIT 85**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS'
REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY
JUDGMENT**

**PROVISIONALLY FILED UNDER SEAL PURSUANT TO INTERIM
ADMINISTRATIVE MOTION TO SEAL**