# EXHIBIT 87

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - -
 6   COALITION ON HOMELESSNESS,     )
 7   et al.,                        )
 8            Plaintiffs,           )
 9   v.                             )  CASE NO.
10   CITY AND COUNTY OF SAN         )  4:22-cv-05502-DMR
11   FRANCISCO, et al.,             )
12            Defendants.           )
13   - - - - - - - - - - - - - - - -
14
15
16              CONFIDENTIAL DEPOSITION OF
17                   DARRYL DILWORTH
18                TUESDAY, JANUARY 28, 2025
19
20
21        BEHMKE REPORTING AND VIDEO SERVICES, INC.
22           BY:  NATALIE VACCAREZZA, CSR NO. 14415
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA  94104
25                                   (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8           Deposition of DARRYL DILWORTH, taken on behalf
 9   of Plaintiffs, at the City and County of San Francisco,
10   1390 Market Street, 7th Floor, San Francisco, California
11   94102, commencing at 9:58 A.M., TUESDAY, JANUARY 28, 2025,
12   before Natalie Vaccarezza, Certified Shorthand Reporter,
13   for the State of California, License No. 14415, pursuant
14   to Order.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE PLAINTIFF:
 3           EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
 4           BY:  VASUDHA TALLA, ATTORNEY AT LAW
 5           600 Fifth Avenue, 10th Floor
 6           New York, New York  10020
 7           Telephone:  (212) 763-5075
 8           Email:  vtalla@ecbawm.com
 9   - ALSO -
10           AMERICAN CIVIL LIBERTIES UNION
11           FOUNDATION OF NORTHERN CALIFORNIA
12           BY:  WILLIAM FREEMAN, ATTORNEY AT LAW
13           39 Drumm Street
14           San Francisco, California  94111
15           Telephone:  (415) 293-6333
16           Email:  wfreeman@aclunc.org
17
18   FOR THE DEFENDANTS:
19           CITY AND COUNTY OF SAN FRANCISCO
20           OFFICE OF THE CITY ATTORNEY
21           BY:  JOHN H. GEORGE, DEPUTY CITY ATTORNEY
22           1390 Market Street, 7th Floor
23           San Francisco, California  94102
24           Telephone:  (415) 554-4223
25           Email:  john.george@sfcityatty.org
```

(415) 597-5600

```
 1        A.   I'm not sure what it's called.  It's a
 2   triplicate, and it has all the information of the person
 3   whose belonging it is, where you pick -- you pick the
 4   location where you pick the belongings up.  All the
 5   information pertaining to the bag and tag with the items
 6   that are being bagged and tagged.
 7        Q.   Apart from this document in triplicate, was
 8   there any other paperwork you reviewed to ensure that
 9   the employees you supervised followed the bag and tag
10   policy?
11        A.   The bag and tag policy itself.
12        Q.   Any other documents?
13        A.   No.
14        Q.   After you reviewed this paperwork, did you ever
15   identify a instance in which an employee did not follow
16   the bag and tag policy?
17             MR. GEORGE:  Objection.  Form.  Vague as
18        to time.
19        A.   Yes.  It was brought to my attention by a
20   manager that one of my Sup. 1s had failed to put the
21   correct color-coordinated card with the paperwork.  And
22   so I had it bring that to his attention, and we had to
23   correct that.
24        Q.   Which Sup. 1 was that?
25        A.   Israel Graham.
```

```
 1        Q.    Who brought that to your attention?
 2        A.    Kenny Bruce and Edgar Garcia.
 3        Q.    Do you recall when that was?
 4        A.    About maybe, like, six months ago.
 5        Q.    What did you do after that was brought to your
 6   attention?
 7              MR. GEORGE:  Objection.  Form.
 8        A.    Brought it to Mr. Graham's attention.
 9        Q.    What did you say to him?
10        A.    I asked him to clarify what exactly happened,
11   why -- and why it wasn't done correctly.  And I forgot
12   what his excuse was, but -- and I was telling him -- I
13   was explaining to him how the process is and how he
14   shouldn't have gotten this wrong.  So I couldn't
15   understand how he had gotten it wrong.
16              And then he had failed at a put the correct --
17   what did he fail to put on there?  Maybe the correct
18   CMMS number.  It was missing a number, I believe, the
19   CMMS number.
20              (REPORTER REQUESTS CLARIFICATION.)
21        A.    And I was explaining to him there's no way --
22   you, as a supervisor, you should be getting this
23   incorrect.  I mean, because we go through training every
24   month.  And as a supervisor, we have to do it correctly.
25        Q.    What would be the consequences of not having
```

1   the color-coordinated card properly affixed to the
2   paperwork?
3           MR. GEORGE:  Objection.  Form.  Vague.
4       A.  What would be the consequences?  Probably a
5   verbal warning the first time.  We would follow the
6   steps of progressive discipline if it continued to
7   happen.
8       Q.  Did your conversation with Mr. Graham
9   constitute a verbal warning?
10      A.  Yes.
11      Q.  What did Mr. Graham say to you?
12      A.  I don't really remember the excuse he gave or
13  why it was incorrect.  For me, it was unacceptable
14  whatever his excuse was because it didn't make sense.
15  Because every month, you have a different color.  And so
16  we couldn't figure out how he ended up with a different
17  color for this particular month.
18          Like, for December, it would be red.  January,
19  it's blue.  February, it's yellow.  Where did you get a
20  yellow tag from?  Where did you get the incorrect tag
21  from?  And he said he got the incorrect tag from the --
22  a box or something that was on the bag and tag
23  container, which is untrue.  Because there's always one
24  color in there.  I've never seen multiple colors in that
25  particular box.

```
 1      STATE OF CALIFORNIA   )
 2                            ) ss.
 3      COUNTY OF SONOMA      )
 4
 5              I, NATALIE VACCAREZZA, Certified Shorthand
 6      Reporter for the State of California do hereby certify:
 7              That the testimony and proceedings were reported
 8      stenographically by me and later transcribed under my
 9      direction by computer transcription; that the foregoing
10      is a true record of the proceedings taken at that time;
11      and that I am not a party to nor have I any interest in
12      the outcome of that action herein contained.
13              IN WITNESS WHEREOF, I have hereunto set my hand
14      and affixed my signature this 11th day of February, 2025.
15
16                      [signature]
17
18      NATALIE VACCAREZZA, CSR 14415
19      STATE OF CALIFORNIA
20
21
22
23
24
25
```