**REDACTED**

**EXHIBIT 88**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**PROVISIONALLY FILED UNDER SEAL PURSUANT TO INTERIM ADMINISTRATIVE MOTION TO SEAL**