DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

[Additional Counsel on next page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF JOHN GEORGE IN SUPPORT OF DEFENDANTS' OMNIBUS ADMINISTRATIVE MOTION TO SEAL DOCUMENTS**<br><br>Trial Date:   July 28, 2025 |

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN THEOBALD, State Bar #328837
CONRAD METLITZKY KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   (415) 343-7103 [Metlitzky]
             (415) 343-7100 [Lanier & Theobald]
Facsimile:   (415) 343-7101
E-mail:      wmetlitzky@conmetkane.com
             jlanier@conmetkane.com
             ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

1      I, JOHN H. GEORGE, declare as follows:

2     1.     I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively the "City"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

    2.     I submit this declaration in support of Defendants' Omnibus Administrative Motion to Seal Documents. The City moves to seal the following information ("Under Seal Material") filed in connection with its Motion for Summary Judgment and the related briefs:

|   | Document | Portion to be Sealed | Reason for Sealing |
|---|----------|---------------------|--------------------|
| A | Exhibit 38 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment<br><br>ECF No. 349-22 | Columns B, K, and L in each tabbed sheet | Identifies numerous non-parties' names and dates of birth |
| B | Exhibit 40 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment<br><br>ECF No. 349-23 | Columns B and K in each tabbed sheet | Identifies numerous non-parties' names |
| C | Exhibit 46 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment<br><br>ECF No. 349-28 | "Employees" Sheet:<br>• Column A<br>• Column B<br><br>Sheet 1:<br>• Column A<br><br>Sheet 2:<br>• Column A | Contains irrelevant compensation and benefits information and identifies names and employee numbers of numerous DPW staff |

| | Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|---|
| | | • Column B<br>• Columns M – S | |
| D | Exhibit 55 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-10 | Cell phone numbers that appear on each page | Identifies cell phone numbers of several non-parties |
| E | Exhibit 60 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-11 | Contents of "CITED 1" fields:<br>• Name (Last, First, Middle)<br>• Home Address<br>• City<br>• State<br>• Date of Birth<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br><br>Address information in the "Other Information" field<br><br>Cited individual's name in the "NARRATIVE" section | Identifies non-party cited in San Francisco Police Department Criminal Incident Report |
| F | Exhibit 61 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-12 | Contents of "CITED 1" fields:<br>• Name (Last, First, Middle)<br>• Home Address<br>• City<br>• State<br>• Date of Birth<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br>• SFNO | Identifies non-party cited in San Francisco Police Department Criminal Incident Report |

| | Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|---|
| | | • ID Type/Jurisdiction/Number (all three fields)<br><br>Cited individual's name in the "NARRATIVE" section | |
| G | Exhibit 64 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-13 | Contents of "R/VICTIM 1" fields:<br>• Name (Last, First, Middle)<br>• DOB<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br>• ID Type Juris. ID No.<br><br>Contents of "CITED 1" fields:<br>• Name (Last, First, Middle)<br>• Home Address<br>• City<br>• State<br>• Date of Birth<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br>• SFNO<br>• ID Type/Jurisdiction/Number (all three fields)<br><br>Victim's and cited individual's names in the "NARRATIVE" section | Identifies non-party victim and person cited in San Francisco Police Department Criminal Incident Report |
| H | Exhibit 76 to Declaration of Vasudha Talla in Opposition to Defendants' | Pages CCSF-COH_079487 - CCSF-COH_079488: | Contains irrelevant workers compensation and |

|   | Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|---|
|   | Motion for Summary Judgment<br><br>ECF No. 367-15 | • Names appearing under heading "SDI/WCU/DSW"<br><br>Page CCSF-COH_079501:<br>• Names appearing under heading "Personnel Issues" | other personnel information about non-party DPW employees |
| I | Exhibit 79 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-18 | Page CCSF-COH_075970:<br>• Staff name, Name, DOB in chart | Identifies numerous non-parties' names and dates of birth |
| J | Exhibit 81 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-20 | Page CCSF-COH_0437220:<br>• Recipient's name, address, and email<br><br>Pages CCSF-COH_0437231 - CCSF-COH_0437237:<br>• Investigative subject's name | Identifies non-party subject of personnel investigation and discipline |
| K | Exhibit 83 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-22 | Cell phone numbers that appear on each page | Identifies cell phone numbers of several non-parties |
| L | Exhibit 87 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-23 | Cell phone numbers that appear on each page | Identifies cell phone numbers of several non-parties |
| M | Exhibit 96 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Contents of "CITED 1" and "CITED 2" fields:<br>• Name (Last, First, Middle)<br>• Home Address<br>• City | Identifies non-parties cited in San Francisco Police Department |

| Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|
| ECF No. 367-24 | • State<br>• Date of Birth<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br>• SFNO<br>• ID Type/Jurisdiction/Number (all three fields)<br><br>Name of "C1" in "Other Information" field in "CITED 2" section.<br><br>Cited individuals' names in the "NARRATIVE" section | Criminal Incident Report |
| N  Exhibit 98 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-25 | Contents of "R/VICTIM 1" fields:<br>• Name (Last, First, Middle)<br>• DOB<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br>• ID Type Juris. ID No.<br><br>Contents of "CITED 1" fields:<br>• Name (Last, First, Middle)<br>• Home Address<br>• City<br>• State<br>• Date of Birth<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight | Identifies non-party victim and person cited in San Francisco Police Department Criminal Incident Report |

| Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|
| | - Hair Color<br>- Eye Color<br>- SFNO<br>- ID Type/Jurisdiction/Number (all three fields)<br><br>Victim's and cited individual's names in the "NARRATIVE" section | |
| O  Exhibit 107 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-31 | Name of caller and caller's friend | Identifies non-parties calling DPW |
| P  Exhibit 142 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-38 | Name of employee on pages:<br>- 123:7<br>- 123:10 | Identifies non-party subject of personnel investigation and discipline |
| Q  Exhibit 144 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-40 | Name of employees on pages:<br>- 172:9-10<br>- 172:23-25 | Identifies non-party subjects of personnel investigations and discipline |
| R  Exhibit 85 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Names of DPW personnel identified in emails on pages CCSF-COH_075814 - CCSF-COH_075815 | Identifies non-party subject of personnel investigation and discipline |

| | Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|---|
| S | Exhibit 86 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment<br><br>ECF No. 368-8<br><br>ECF No. 368-9 | Name of DPW employee subject to counseling on pages CCSF-COH_070901 and CCSF-COH_070903 | Identifies non-party subject of personnel investigation and discipline |
| T | Exhibit 88 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment<br><br>ECF No. 368-10 | Page CCSF-COH_0437220:<br>• Recipient's name, address, and email<br><br>Page CCSF-COH_0437222:<br>• Appointee's name, address, and signature<br><br>Page CCSF-COH_0437224:<br>• Employee's name, employee ID, and position number<br><br>Page CCSF-COH_0437226:<br>• Employee's name and address<br><br>Pages CCSF-COH_0437231 - CCSF-COH_0437237:<br>• Investigative subject's name | Identifies non-party subject of personnel investigation and discipline |
| U | Exhibit 89 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment<br><br>ECF No. 368-11 | Page CCSF-COH_0437238:<br>• Recipient's name, address, and email<br><br>Page CCSF-COH_0437241:<br>• Appointee's name, address, and signature<br><br>Page CCSF-COH_0437242:<br>• Employee's name, employee ID, and position number<br><br>Page CCSF-COH_0437244:<br>• Employee's name and address | Identifies non-party subject of personnel investigation and discipline |

| | Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|---|
| V | Exhibit 90 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment<br><br>ECF No. 368-12 | Page CCSF-COH_0437249:<br>• Recipient's name and address<br><br>Pages CCSF-COH_0437252 - CCSF-COH_0437261:<br>• Investigative subject's name<br><br>Page CCSF-COH_0437263:<br>• Employee's name, employee ID, and position number<br><br>Page CCSF-COH_0437266:<br>• Employee's name and address<br><br>Pages CCSF-COH_0437272 - CCSF-COH_0437281:<br>• Recipient's name, address, and email<br><br>Pages CCSF-COH_0437283 - CCSF-COH_0437288:<br>• Investigative subject's name | Identifies non-party subject of personnel investigation and discipline |

3.      The City has moved to seal the Under Seal Material to prevent any harms that might arise from the public dissemination and misuse of the material, which includes non-parties' personally identifying information and sensitive personnel information (such as, dates of birth, driver's license numbers, home addresses, cell phone numbers, employee ID numbers, and workers compensation information), identifies non-parties who have the been the subject of adverse employment decisions, and identifies non-parties cited for criminal activities as well as reported victims.  Disposition of the City's Motion for Summary Judgment does not depend on the Under Seal Material the City has moved to seal.

4.      The City's request is narrowly tailored because it seeks to seal only the specific information for which there is a compelling reason for sealing as opposed to the entire document in which the information appears.

5. The City has not moved to seal information that does not implicate personal or confidential information.

6. The City takes no position with respect to the continued sealing of information that identifies the recipients of public benefits. On April 28, 2025, I notified Plaintiffs' counsel of the City's non-position with respect to benefits information concerning individuals represented by Plaintiffs' counsel.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed April 29, 2025, at San Francisco, California.

        *s/John H. George*
        JOHN H. GEORGE