DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

[Additional Counsel on next page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' OMNIBUS ADMINISTRATIVE MOTION TO SEAL DOCUMENTS**<br><br>Trial Date:    July 28, 2025 |

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN THEOBALD, State Bar #328837
CONRAD METLITZKY KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   (415) 343-7103 [Metlitzky]
             (415) 343-7100 [Lanier & Theobald]
Facsimile:   (415) 343-7101
E-mail:      wmetlitzky@conmetkane.com
             jlanier@conmetkane.com
             ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

# [PROPOSED] ORDER

The Court, having fully considered the papers and arguments presented by the parties, finds there are compelling reasons to seal the information identified in Appendix A to Defendants' Omnibus Administrative Motion to Seal Documents filed on April 29, 2025 and grants Defendants' motion. Defendants are ordered to file redacted versions of the documents consistent with this Order no later than seven days after the date of this Order.

The following documents will remain sealed, as follows:

| Document | Portion to be Sealed | Order |
|---|---|---|
| Exhibit 38 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment<br><br>ECF No. 349-22 | Columns B, K, and L in each tabbed sheet | Sealed |
| Exhibit 40 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment<br><br>ECF No. 349-23 | Columns B and K in each tabbed sheet | Sealed |
| Exhibit 46 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment<br><br>ECF No. 349-28 | "Employees" Sheet:<br>• Column A<br>• Column B<br><br>Sheet 1:<br>• Column A<br><br>Sheet 2:<br>• Column A<br>• Column B<br>• Columns M – S | Sealed |
| Exhibit 55 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-10 | Cell phone numbers that appear on each page | Sealed |

| | Document | Portion to be Sealed | Order |
|---|---|---|---|
| 1 | | | |
| 2 | Exhibit 60 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-11 | Contents of "CITED 1" fields:<br>• Name (Last, First, Middle)<br>• Home Address<br>• City<br>• State<br>• Date of Birth<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br><br>Address information in the "Other Information" field<br><br>Cited individual's name in the "NARRATIVE" section | Sealed |
| 14 | Exhibit 61 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-12 | Contents of "CITED 1" fields:<br>• Name (Last, First, Middle)<br>• Home Address<br>• City<br>• State<br>• Date of Birth<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br>• SFNO<br>• ID Type/Jurisdiction/Number (all three fields)<br><br>Cited individual's name in the "NARRATIVE" section | Sealed |
| 26 | Exhibit 64 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Contents of "R/VICTIM 1" fields:<br>• Name (Last, First, Middle)<br>• DOB<br>• Age | Sealed |

| Document | Portion to be Sealed | Order |
|---|---|---|
| ECF No. 367-13 | • Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br>• ID Type Juris. ID No.<br><br>Contents of "CITED 1" fields:<br>• Name (Last, First, Middle)<br>• Home Address<br>• City<br>• State<br>• Date of Birth<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br>• SFNO<br>• ID Type/Jurisdiction/Number (all three fields)<br><br>Victim's and cited individual's names in the "NARRATIVE" section | |
| Exhibit 76 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-15 | Pages CCSF-COH_079487 - CCSF-COH_079488:<br>• Names appearing under heading "SDI/WCU/DSW"<br><br>Page CCSF-COH_079501:<br>• Names appearing under heading "Personnel Issues" | Sealed |
| Exhibit 79 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-18 | Page CCSF-COH_075970:<br>• Staff name, Name, DOB in chart | Sealed |

| Document | Portion to be Sealed | Order |
|---|---|---|
| Exhibit 81 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-20 | Page CCSF-COH_0437220:<br>• Recipient's name, address, and email<br><br>Pages CCSF-COH_0437231 - CCSF-COH_0437237:<br>• Investigative subject's name | Sealed |
| Exhibit 83 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-22 | Cell phone numbers that appear on each page | Sealed |
| Exhibit 87 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-23 | Cell phone numbers that appear on each page | Sealed |
| Exhibit 96 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-24 | Contents of "CITED 1" and "CITED 2" fields:<br>• Name (Last, First, Middle)<br>• Home Address<br>• City<br>• State<br>• Date of Birth<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br>• SFNO<br>• ID Type/Jurisdiction/Number (all three fields)<br><br>Name of "C1" in "Other Information" field in "CITED 2" section. | Sealed |

| Document | Portion to be Sealed | Order |
|---|---|---|
| | Cited individuals' names in the "NARRATIVE" section | |
| Exhibit 98 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-25 | Contents of "R/VICTIM 1" fields:<br>• Name (Last, First, Middle)<br>• DOB<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br>• ID Type Juris. ID No.<br><br>Contents of "CITED 1" fields:<br>• Name (Last, First, Middle)<br>• Home Address<br>• City<br>• State<br>• Date of Birth<br>• Age<br>• Race<br>• Sex<br>• Height<br>• Weight<br>• Hair Color<br>• Eye Color<br>• SFNO<br>• ID Type/Jurisdiction/Number (all three fields)<br><br>Victim's and cited individual's names in the "NARRATIVE" section | Sealed |
| Exhibit 107 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-31 | Name of caller and caller's friend | Sealed |

| Document | Portion to be Sealed | Order |
|---|---|---|
| Exhibit 142 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-38 | Name of employee on pages:<br>• 123:7<br>• 123:10 | Sealed |
| Exhibit 144 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment<br><br>ECF No. 367-40 | Name of employees on pages:<br>• 172:9-10<br>• 172:23-25 | Sealed |
| Exhibit 85 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment<br><br>ECF No. 368-8 | Names of DPW personnel identified in emails on pages CCSF-COH_075814 - CCSF-COH_075815 | Sealed |
| Exhibit 86 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment<br><br>ECF No. 368-9 | Name of DPW employee subject to counseling on pages CCSF-COH_070901 and CCSF-COH_070903 | Sealed |
| Exhibit 88 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment<br><br>ECF No. 368-10 | Page CCSF-COH_0437220:<br>• Recipient's name, address, and email<br><br>Page CCSF-COH_0437222:<br>• Appointee's name, address, and signature<br><br>Page CCSF-COH_0437224:<br>• Employee's name, employee ID, and position number<br><br>Page CCSF-COH_0437226: | Sealed |

| Document | Portion to be Sealed | Order |
|---|---|---|
| | • Employee's name and address<br><br>Pages CCSF-COH_0437231 - CCSF-COH_0437237:<br>• Investigative subject's name | |
| Exhibit 89 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment<br><br>ECF No. 368-11 | Page CCSF-COH_0437238:<br>• Recipient's name, address, and email<br><br>Page CCSF-COH_0437241:<br>• Appointee's name, address, and signature<br><br>Page CCSF-COH_0437242:<br>• Employee's name, employee ID, and position number<br><br>Page CCSF-COH_0437244:<br>• Employee's name and address | Sealed |
| Exhibit 90 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment<br><br>ECF No. 368-12 | Page CCSF-COH_0437249:<br>• Recipient's name and address<br><br>Pages CCSF-COH_0437252 - CCSF-COH_0437261:<br>• Investigative subject's name<br><br>Page CCSF-COH_0437263:<br>• Employee's name, employee ID, and position number<br><br>Page CCSF-COH_0437266:<br>• Employee's name and address<br><br>Pages CCSF-COH_0437272 - CCSF-COH_0437281:<br>• Recipient's name, address, and email | Sealed |

| Document | Portion to be Sealed | Order |
|---|---|---|
| | Pages CCSF-COH_0437283 - CCSF-COH_0437288:<br>• Investigative subject's name | |

**IT IS SO ORDERED.**

DATE:_____

_____
The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE ADMIN MTN SEAL OTHER PARTIES' MATERIAL
CASE NO. 4:22-cv-05502-DMR (LJC)

8

n:\govlit\li2022\230239\01781596.docx