EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF VASUDHA TALLA IN SUPPORT OF PLAINTIFFS' OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> **Judge:** The Hon. Donna M. Ryu |

I, Vasudha Talla, declare pursuant to 28 U.S.C. § 1746:

1. I am an am an attorney at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, admitted to practice before this Court and counsel for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Omnibus Administrative Motion to Seal.

2. Plaintiffs request that the Court issue an order sealing the following materials in connection with Defendants' motion for summary judgment (Dkt. 350), Plaintiffs' opposition to Defendants' motion for summary judgment (Dkt. 366), and Defendants' reply in support of summary judgment (Dkt. 369):

| Document | Portion of Document to be Sealed | Reason for Sealing |
|---|---|---|
| Defendants' Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities (Dkt. 349-1) | Pages:<br>• 7:14-16<br>• 9:15-17<br>• 10:1-3<br>• 10:5-7<br>• 10:9-10<br>• 10:19<br>• 10:21-25<br>• 11:1<br>• 17:16-18<br>• 17:23-25<br>• 18:1<br>• 19:4-11 | Contains quotations from sealed documents listed below. |
| Declaration of Jason Adamek in Support of Defendants' Motion for Summary Judgment (Dkt. 349-2) | Pages:<br>• 2:24-26<br>• 3:1-10<br>• 3:14<br>• 3:18-19 | Cal. Welf. & Inst. Code § 10850 |
| Declaration of Lisa Rachowicz in Support of Defendants' Motion for Summary Judgment (Dkt. 349-3) | Pages:<br>• 2:5-6<br>• 9-10 | Cal. Welf. & Inst. Code § 10850 |
| Declaration of Sarah Locher in Support of Defendants' Motion for Summary Judgment (Dkt. 349-4) | Pages:<br>• 2:4-6<br>• 2:8-10<br>• 2:23-28 | Cal. Welf. & Inst. Code § 10850 |

1

| | | |
|---|---|---|
| | • 3:1-10 | |
| Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-5) | Pages:<br>• 2:4-5<br>• 2:7-8<br>• 2:12<br>• 3:21-22<br>• 3:24<br>• 4:1<br>• 4:3-4<br>• 4:7-8<br>• 4:10-11<br>• 6:3-4 | Contains quotations from sealed documents listed below. |
| Exhibit 2 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-6) | Pages:<br>• 16:23-25<br>• 72:14-16<br>• 228:19-241:25<br>• 242:13-22 | Contains confidential, sensitive personally identifying and health information. |
| Exhibit 3 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-7) | Pages:<br>• 133:1-137:25 | Contains confidential, sensitive personally identifying and health information. |
| Exhibit 5 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-8) | Pages:<br>• 27:19-25<br>• 112:21-25 | Discloses confidential business expenses, business organizing plans, and strategies, and confidential personnel matters involving non-parties. |
| Exhibit 6 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-9) | The entire document. | Contains confidential business organizing plans and strategies. |
| Exhibit 7 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-10) | The entire document. | Contains confidential legal strategies. |
| Exhibit 8 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-11) | The entire document. | Contains confidential business organizing plans and strategies. |

| Exhibit 9 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-12) | The entire document. | Contains confidential business organizing plans and strategies. |
|---|---|---|
| Exhibit 12 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-13) | Pages:<br>• 21:11<br>• 21:13<br>• 21:16<br>• 21:19<br>• 21:21-25<br>• 22:1<br>• 22:3<br>• 22:11<br>• 24:22-25<br>• 120:2-22<br>• 121:23-122:25<br>• 186:1<br>• 186:5<br>• 186:9<br>• 186:15<br>• 186:17<br>• 187:1 | Contains confidential, sensitive personally identifying and health information. |
| Exhibit 13 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-14) | Pages:<br>• 33:4-34:5<br>• 35:1-36:4<br>• 37:18-38:25<br>• 39:7-8<br>• 39:17-18<br>• 41:15-42:3 | Contains confidential, sensitive personally identifying information. |
| Exhibit 14 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-15) | Pages:<br>• 23:14<br>• 24:3-4<br>• 24:6-7<br>• 24:9-10<br>• 24:25<br>• 25:3<br>• 25:9<br>• 25:25<br>• 26:3-4<br>• 26:6-7<br>• 26:14-17 | Contains confidential, sensitive personally identifying information. |

| | | | |
|---|---|---|---|
| | | <ul><li>26:19-27:8</li><li>27:13-14</li><li>27:21-22</li><li>28:2</li><li>29:9</li><li>182:13</li><li>182:18</li><li>182:24</li></ul> | |
| | Exhibit 15 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-16) | Pages:<ul><li>23:14-16</li><li>23:21-23:25</li><li>31:7-31:14</li></ul> | Contains confidential, sensitive personally identifying information. |
| | Exhibit 20 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-17) | The entire document. | Contains confidential business organizing plans and strategies. |
| | Exhibit 22 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-18) | The entire document. | Contains confidential business organizing plans and strategies. |
| | Exhibit 23 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-19) | The entire document. | Contains confidential business organizing plans and strategies. |
| | Exhibit 24 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-20) | The entire document. | Contains confidential business organizing plans and strategies. |
| | Exhibit 25 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-21) | The entire document. | Contains confidential business organizing plans and strategies. |
| | Exhibit 41 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-24) | The entire document. | Contains confidential business organizing plans and strategies. |
| | Plaintiffs' Memorandum of Law in Opposition to | Pages:<ul><li>5</li></ul> | Contains quotations from sealed documents. |

4

| | | |
|---|---|---|
| Defendants' Motion for Summary Judgment (Dkt. 367-1) | <ul><li>6</li><li>12</li><li>13</li><li>14</li><li>15</li><li>18</li><li>19</li><li>20</li><li>23</li></ul> | |
| Exhibit 14 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Melodie) (Dkt. 367-3) | Pages:<ul><li>31:16-32:5</li><li>33:4-6</li><li>35:14-36:4</li><li>41:15-42:3</li><li>55:20-56:12</li><li>76:2-17</li><li>121:11-19</li><li>123:5-14</li><li>130:25-131:14</li></ul> | Contains confidential, sensitive personal information. |
| Exhibit 101 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-26) | The entire document. | Contains confidential business organizing plans and strategies. |
| Exhibit 102 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-27) | The entire document. | Contains confidential business organizing plans and strategies. |
| Exhibit 103 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-28) | The entire document. | Contains confidential business organizing plans and strategies. |
| Exhibit 104 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-29) | The entire document. | Contains confidential business organizing plans and strategies. |
| Exhibit 105 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-30) | The entire document. | Contains confidential, sensitive personal and health information. |

| | | |
|---|---|---|
| Exhibit 114 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-32) | The entire document. | Contains confidential business organizing plans and strategies. |
| Exhibit 115 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-33) | The entire document. | Contains confidential business documents reflecting expenses. |
| Exhibit 116 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-34) | The entire document. | Contains confidential business documents reflecting expenses. |
| Exhibit 117 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-35) | The entire document. | Contains confidential business documents reflecting expenses. |
| Exhibit 129 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-36) | The entire document. | Contains confidential business documents reflecting expenses. |
| Exhibit 131 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment 9Dkt. 367-37) | The entire document. | Contains confidential business organizing plans and strategies. |
| Exhibit 146 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-42) | Names on pages:<br>• 93:3, 12, 16, 19<br>• 96:16, 22<br>• 97:4, 13<br>• 99:1, 7, 9, 17<br>• 103:5, 7<br>• 105:6, 14, 17<br>• 108:2, 7<br>• 111:3, 4<br>• 112:5, 6<br>• 133:5, 13, 18 | Cal. Welf. & Inst. Code § 10850 |
| Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-1) | Pages:<br>• 5:6-7<br>• 5:20-22<br>• 6:19-20<br>• 14:11 | Contains quotations from sealed documents listed below. |

| | | |
|---|---|---|
| | • 15:4-15 | |
| Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-2) | Page<br>• 1:22 | Contains quotations from sealed documents listed below. |
| Exhibit 66 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-3) | Pages:<br>• 273:21 | Contains confidential personally identifying information of a non-party. |
| Exhibit 67 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-4) | The entire document. | Contains confidential legal strategies. |
| Exhibit 69 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-5) | Name and address of "Resident", handwriting in upper right corner | Cal. Welf. & Inst. Code § 10850 |
| Exhibit 74 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-6) | The entire document. | Contains confidential personally identifying and health information of a non-party. |

3. All of the aforementioned documents, as set forth in the accompanying motion, contain the sensitive and confidential personal, health, or medical information of an individual; business records belonging to the Coalition on Homelessness revealing internal, sensitive discussions about the Coalition's work, strategies, and plans; or information deemed confidential under the California Welfare and Institutions Code § 10850.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on April 29, 2025 in Oakland, CA.

| | |
|---|---|
| Dated: April 29, 2025 | Respectfully submitted, |
| | By: */s/ Vasudha Talla* |
| | EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP<br>Vasudha Talla, SBN 316219<br>Zoe Salzman, *pro hac vice*<br>Vivake Prasad, *pro hac vice*<br>Bianca Herlitz-Ferguson, *pro hac vice*<br>1 Rockefeller Plaza, 8th Floor<br>New York, NY 10020<br>Telephone: (212) 763-5000<br>vtalla@ecbawm.com<br>zsalzman@ecbawm.com<br>vprasad@ecbawm.com<br>bherlitz-ferguson@ecbawm.com |
| | By: */s/ Nisha Kashyap* |
| | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>Nisha Kashyap SBN 301934<br>Andrew Ntim SBN 347084<br>131 Steuart Street, Ste. 400<br>San Francisco, CA 94105<br>Telephone: (415) 543-9444<br>nkashyap@lccrsf.org<br>antim@lccrsf.org |
| | By: */s/ John Thomas H. Do* |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>John Thomas H. Do, SBN 285075<br>William S. Freeman SBN 82002<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 293-6333<br>jdo@aclunc.org<br>wfreeman@aclunc.org |
| | By: */s/ Scout Katovich* |
| | AMERICAN CIVIL LIBERTIES UNION |

8

1
2
3
4

Scout Katovich, *pro hac vice*
425 California Street
Suite 700
San Francisco, CA 94104
212-549-2500
skatovich@aclu.org

5

*Attorneys for Plaintiffs*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

9

DECL. OF VASUDHA TALLA IN SUPPORT OF PLTS' OMNIBUS ADMIN MOT. TO SEAL
CASE NO. 4:22-cv-05502-DMR