EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' OMNIBUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**Judge:** The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

The Court hereby GRANTS Plaintiffs' Omnibus Administrative Motion to File Under Seal in connection with Defendants' motion for summary judgment, Plaintiffs' opposition to Defendants' motion for summary judgment, and Defendants' reply in support of summary judgment. Plaintiffs are hereby ordered to file redacted versions of the documents consistent with this order by no later than seven days after the date of this Order. The following documents will remain sealed as follows:

| Document | Portion of Document to be Sealed | Order |
|---|---|---|
| Defendants' Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities (Dkt. 349-1) | Pages:<br>• 7:14-16<br>• 9:15-17<br>• 10:1-3<br>• 10:5-7<br>• 10:9-10<br>• 10:19<br>• 10:21-25<br>• 11:1<br>• 17:16-18<br>• 17:23-25<br>• 18:1<br>• 19:4-11 | Sealed |
| Declaration of Jason Adamek in Support of Defendants' Motion for Summary Judgment (Dkt. 349-2) | Pages:<br>• 2:24-26<br>• 3:1-10<br>• 3:14<br>• 3:18-19 | Sealed |
| Declaration of Lisa Rachowicz in Support of Defendants' Motion for Summary Judgment (Dkt. 349-3) | Pages:<br>• 2:5-6<br>• 9-10 | Sealed |
| Declaration of Sarah Locher in Support of Defendants Motion for Summary Judgment (Dkt. 349-4) | Pages:<br>• 2:4-6<br>• 2:8-10<br>• 2:23-28<br>• 3:1-10 | Sealed |

| Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-5) | Pages:<br>• 2:4-5<br>• 2:7-8<br>• 2:12<br>• 3:21-22<br>• 3:24<br>• 4:1<br>• 4:3-4<br>• 4:7-8<br>• 4:10-11<br>• 6:3-4 | Sealed |
|---|---|---|
| Exhibit 2 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-6) | Pages:<br>• 16:23-25<br>• 72:14-16<br>• 228:19-241:25<br>• 242:13-22 | Sealed |
| Exhibit 3 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-7) | Pages:<br>• 133:1-137:25 | Sealed |
| Exhibit 5 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-8) | Pages:<br>• 27:19-25<br>• 112:21-25 | Sealed |
| Exhibit 6 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-9) | The entire document. | Sealed |
| Exhibit 7 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-10) | The entire document. | Sealed |
| Exhibit 8 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-11) | The entire document. | Sealed |
| Exhibit 9 to the Declaration of Steven Mills in Support of Defendants' Motion for | The entire document. | Sealed |

| | | |
|---|---|---|
| Summary Judgment (Dkt. 349-12) | | |
| Exhibit 12 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-13) | Pages:<br>• 21:11<br>• 21:13<br>• 21:16<br>• 21:19<br>• 21:21-25<br>• 22:1<br>• 22:3<br>• 22:11<br>• 24:22-25<br>• 120:2-22<br>• 121:23-122:25<br>• 186:1<br>• 186:5<br>• 186:9<br>• 186:15<br>• 186:17<br>• 187:1 | Sealed |
| Exhibit 13 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-14) | Pages:<br>• 33:4-34:5<br>• 35:1-36:4<br>• 37:18-38:25<br>• 39:7-8<br>• 39:17-18<br>• 41:15-42:3 | Sealed |
| Exhibit 14 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-15) | Pages:<br>• 23:14<br>• 24:3-4<br>• 24:6-7<br>• 24:9-10<br>• 24:25<br>• 25:3<br>• 25:9<br>• 25:25<br>• 26:3-4<br>• 26:6-7<br>• 26:14-17<br>• 26:19-27:8<br>• 27:13-14<br>• 27:21-22 | Sealed |

| | | |
|---|---|---|
| | • 28:2<br>• 29:9<br>• 182:13<br>• 182:18<br>• 182:24 | |
| Exhibit 15 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-16) | Pages:<br>• 23:14-16<br>• 23:21-23:25<br>• 31:7-31:14 | Sealed |
| Exhibit 20 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-17) | The entire document. | Sealed |
| Exhibit 22 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-18) | The entire document. | Sealed |
| Exhibit 23 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-19) | The entire document. | Sealed |
| Exhibit 24 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-20) | The entire document. | Sealed |
| Exhibit 25 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-21) | The entire document. | Sealed |
| Exhibit 41 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (Dkt. 349-24) | The entire document. | Sealed |
| Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-1) | Pages:<br>• 5<br>• 6<br>• 12<br>• 13 | Sealed |

| | | |
|---|---|---|
| | - 14<br>- 15<br>- 18<br>- 19<br>- 20<br>- 23 | |
| Exhibit 14 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Melodie) (Dkt. 367-3) | Pages:<br>- 31:16-32:5<br>- 33:4-6<br>- 35:14-36:4<br>- 41:15-42:3<br>- 55:20-56:12<br>- 76:2-17<br>- 121:11-19<br>- 123:5-14<br>- 130:25-131:14 | Sealed |
| Exhibit 101 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-26) | The entire document. | Sealed |
| Exhibit 102 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-27) | The entire document. | Sealed |
| Exhibit 103 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-28) | The entire document. | Sealed |
| Exhibit 104 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-29) | The entire document. | Sealed |
| Exhibit 105 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-30) | The entire document. | Sealed |
| Exhibit 114 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for | The entire document. | Sealed |

| | | |
|---|---|---|
| Summary Judgment (Dkt. 367-32) | | |
| Exhibit 115 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-33) | The entire document. | Sealed |
| Exhibit 116 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-34) | The entire document. | Sealed |
| Exhibit 117 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-35) | The entire document. | Sealed |
| Exhibit 129 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-36) | The entire document. | Sealed |
| Exhibit 131 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment 9Dkt. 367-37) | The entire document. | Sealed |
| Exhibit 146 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment (Dkt. 367-42) | Names on pages:<br>• 93:3, 12, 16, 19<br>• 96:16, 22<br>• 97:4, 13<br>• 99:1, 7, 9, 17<br>• 103:5, 7<br>• 105:6, 14, 17<br>• 108:2, 7<br>• 111:3, 4<br>• 112:5, 6<br>• 133:5, 13, 18 | Sealed |
| Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-1) | Pages:<br>• 5:6-7<br>• 5:20-22<br>• 6:19-20<br>• 14:11<br>• 15:4-15 | Sealed |

| | | |
|---|---|---|
| Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-2) | Page<br>• 1:22 | Sealed |
| Exhibit 66 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-3) | Pages:<br>• 273:21 | Sealed |
| Exhibit 67 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-4) | The entire document. | Sealed |
| Exhibit 69 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-5) | Name and address of "Resident", handwriting in upper right corner | Sealed |
| Exhibit 74 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 368-6) | The entire document. | Sealed |

**IT IS SO ORDERED.**

DATE: _____        _____
                                                  The Honorable Donna M. Ryu
                                                  UNITED STATES DISTRICT COURT