EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman, *pro hac vice*
Vasudha Talla, SBN 316219
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

Attorneys for Plaintiffs

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; DAVID MARTINEZ; TERESA SANDOVAL; MOLIQUE FRANK,<br><br>Plaintiffs.<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EVIDENCE SUBMITTED ON REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 8, 2025<br>Time: 1:00 PM<br>Courtroom: Courtroom 4, 3rd Floor<br>Judge: Hon. Donna M. Ryu |

Pursuant to L.R. 7-3(d)(1), Plaintiffs hereby submit the following objections to evidence submitted by Defendants in their memorandum of law on reply in support of Defendants' motion for summary judgment, Dkt. 369 ("Reply"):

| Evidence Objected To | Cited Location | Grounds for Objection |
|---|---|---|
| Ex. 64 (Illa Dep. 151:13-23) | Reply p. 2, line 11 | FRE 401, 402, 403. The citation is irrelevant; the question asked of the witness calls for a legal conclusion; it is more prejudicial than probative. |
| Ex. 65 (Verner-Crist Dep. 134:11-20) | Reply p. 2, line 11 | FRE 401, 402, 403. The citation is irrelevant; the question asked of the witness calls for a legal conclusion; it is more prejudicial than probative. |
| Ex. 66 (Herring Dep. 48:18-49:1) | Reply p. 5, line 8 | FRE 401, 402, 403. The citation is irrelevant; the question asked of the witness calls for a legal conclusion; it is more prejudicial than probative. |
| Ex. 67 | Reply p. 6, line 20 | FRE 401, 402, 403. The citation is irrelevant; it is more prejudicial than probative. |
| Ex. 68 | Reply p. 6, line 20 | FRE 401, 402, 403. The citation is irrelevant; it is more prejudicial than probative. |

| Evidence Objected To | Cited Location | Grounds for Objection |
|---|---|---|
| Ex. 69 | Reply p. 7, line 16 | FRE 401, 402, 403, 803, 901, 902. The document, a lease agreement cited for the proposition that Mr. Bryant was housed, is irrelevant because Mr. Bryant testified that he was given the document well before he was housed because the unit was under construction (*see* Bryant Dep. 76:16-25); it is more prejudicial than probative; there is no foundation for the introduction of the document and the Reply presents no witness or declaration from a witness with personal knowledge; the document is hearsay and no exception under Rule 803 applies, or alternatively, prerequisites for no exception have been met; the document has not been authenticated and no witness has been presented who can authenticate it; the document is not self-authenticating. |
| Ex. 71 | Reply p. 8, line 14 | FRE 401, 402, 403, 803. The citation is irrelevant; it is more prejudicial than probative; the document, consisting only of Defense counsel's own emails, is hearsay. |
| Ex. 72 | Reply p. 8, line 14 | FRE 401, 402, 403. The citation is irrelevant; it is more prejudicial than probative. |
| Ex. 73 | Reply p. 8, line 14 | FRE 401, 402, 403. The citation is irrelevant; it is more prejudicial than probative. |

| Evidence Objected To | Cited Location | Grounds for Objection |
|---|---|---|
| Ex. 74 | Reply p. 8, line 14 | FRE 401, 402, 403. The citation is irrelevant; it is more prejudicial than probative. |
| Ex. 75 | Reply p. 8, line 14 | FRE 401, 402, 403. The citation is irrelevant; it is more prejudicial than probative. |
| Ex. 76 | Reply p. 8, line 14 | FRE 401, 402, 403. The citation is irrelevant; it is more prejudicial than probative. |

Respectfully submitted,

By: /s/ Vasudha Talla

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman, *pro hac vice*
Vasudha Talla, SBN 316219
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
One Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

By: /s/ Nisha Kashyap

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
Nisha Kashyap SBN 301934
Andrew Ntim SBN 347084
Chloë Dominique Smith SBN 352170
131 Steuart Street, Ste. 400
San Francisco, CA 94105

Telephone: (415) 543-9444
nkashyap@lccrsf.org
antim@lccrsf.org

By: */s/ John Thomas H. Do*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman SBN 82002
Larissa Grijalva SBN 352930
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

By: */s/ Scout Katovich*

AMERICAN CIVIL LIBERTIES UNION
Scout Katovich, *pro hac vice*
425 California Street
Suite 700
San Francisco, CA 94104
212-549-2500
skatovich@aclu.org

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Sarah Cronk, Joshua Donohoe*