# EXHIBIT A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## California Northern District

**Notice of Electronic Filing**

The following transaction was entered on 4/8/2025 at 4:49 PM and filed on 4/8/2025

| | |
|---|---|
| **Case Name:** | Coalition on Homelessness et al v. City and County of San Francisco et al |
| **Case Number:** | 4:22-cv-05502-DMR |
| **Filer:** | |
| **Document Number:** | 365(No document attached) |

**Docket Text:**
**ORDER: The court has reviewed the parties' submissions at Docket Nos. [360] and [364], as well as Defendants' Motion for Summary Judgment [350] and Motion to Vacate or Dissolve the Preliminary Injunction [353]. Defendants' motion to vacate largely duplicates part of the motion for summary judgment in that it makes the same jurisdictional arguments relating to standing and mootness and does not offer arguments beyond those covered in the summary judgment motion. For that reason, the motion to vacate will effectively rise or fall on the court's adjudication of Defendants' summary judgment motion. It therefore makes sense to preserve judicial and party resources by deferring the motion to vacate. Defendants' motion to vacate is accordingly denied without prejudice and with leave to renew depending on the outcome of the court's ruling on Defendants' summary judgment motion. Signed by Chief Magistrate Judge Donna M. Ryu on 4/8/2025.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(dmrlc1, COURT STAFF) (Filed on 4/8/2025)**

**4:22-cv-05502-DMR Notice has been electronically mailed to:**

**Andrew Ntim**     antim@lccrsf.org

**Bianca Herlitz-Ferguson**     bherlitz-ferguson@ecbawm.com

**Edmund T. Wang**     edmund.wang@sfcityatty.org, anita.murdock@sfcityatty.org, celena.sepulveda@sfcityatty.org, sophia.garcia@sfcityatty.org, winnie.fong@sfcityatty.org

**Jessica Elaine Lanier**     jlanier@conmetkane.com, ecf@conmetkane.com, jessica-e-lanier-6435@ecf.pacerpro.com

**John Hamilton George**     John.George@sfcityatty.org, bianca.rojo@sfcityatty.org, Christine.Hoang@sfcityatty.org, cmplxafflit@recap.email, martina.hassett@sfcityatty.org, sarah.gutierrez@sfcityatty.org

**John Thomas H. Do**     jdo@aclunc.org, aalas@aclunc.org, dbodell@aclunc.org

**Kaitlyn M. Murphy**     kaitlyn.murphy@sfcityatty.org, anita.murdock@sfcityatty.org, Annamarie.Davis@sfcityatty.org, holly.chin@sfcityatty.org, sophia.garcia@sfcityatty.org

**Miguel Angel Gradilla**     miguel.gradilla@sfcityatty.org, bianca.rojo@sfcityatty.org, christine.hoang@sfcityatty.org, cmplxafflit@recap.email, pamela.cheeseborough@sfcityatty.org, sarah.gutierrez@sfcityatty.org

**Nathan Theobald**     ntheobald@conmetkane.com, ecf@conmetkane.com

**Nisha Kashyap**     nkashyap@lccrsf.org, gguidetti@publiccounsel.org

**Scout Katovich**     skatovich@aclu.org

**Steven Arthur Mills**     Steven.Mills@sfcityatty.org, anita.murdock@sfcityatty.org, winnie.fong@sfcityatty.org

**Vasudha Talla**     vtalla@ecbawm.com, docketing@ecbawm.com, jxu@ecbawm.com

**Vivake Prasad**     vprasad@ecbawm.com

**Warren Metlitzky**     wmetlitzky@conmetkane.com, ecf@conmetkane.com

**Wayne Kessler Snodgrass**     wayne.snodgrass@sfcityatty.org, ecf-3c567f10a367@ecf.pacerpro.com, holly.chin@sfcityatty.org, pamela.cheeseborough@sfcityatty.org

**William S. Freeman**     wfreeman@aclunc.org, aalas@aclunc.org, dbodell@aclunc.org

**Yvonne Rosil Mere**     yvonne.mere@sfcityatty.org, martina.hassett@sfcityatty.org

**Zoe Salzman**     zsalzman@ecbawm.com

**Zuzana S. Ikels**     Zuzana.Ikels@sfcityatty.org, anita.murdock@sfcityatty.org, kassy.adams@sfcityatty.org, Lisa.Lin@sfcityatty.org

**4:22-cv-05502-DMR Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**