

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

May 9, 2025

CITY AND COUNTY OF SAN FRANCISCO, et al.
San Francisco City Attorney's Office
Fox Plaza 1390 Market Street, Sixth Floor
San Francisco, CA 94102

SUBJECT:   Request for Payment of Docket Fee

Title:  Coalition on Homelessness v. City and County of San Francisco
Case Number:  22-cv-05502-DMR
Court of Appeals Number:

    A notice of appeal was filed with this Court on May 9, 2025, and the docketing fee of $605.00 has not been received. Please send the fee to this office immediately.

    The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

Mark B. Busby, Clerk

*/s/ Angela Jimenez*
by:  Angela Jimenez
Case Systems Administrator
(510) 637-3535

cc: U.S. Court of Appeals

REV. 7-19