

# U.S. District Court

## California Northern - Oakland

### THIS IS A COPY

### AMENDED RECEIPT

Receipt Date: May 12, 2025 3:22PM

City and County of San Francisco
Fox Plaza
1390 Market Street
7th floor
San Francisco, CA 94102

Rcpt. No: 411018487          Trans. Date: May 12, 2025 3:22PM          Cashier ID: #KO (6643)

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                    | 1   | 605.00 | 605.00 |

| CD | Tender |              |           | Amt     |
|----|--------|--------------|-----------|---------|
| CH | Check  | #0000652980  | 05/6/2025 | $605.00 |

Total Due Prior to Payment: $605.00
Total Tendered: $605.00
Total Cash Received: $0.00

Comments: DCAN422CV05502-DMR

**RECEIPT AMENDED** by staff #6643 5/12/2025 3:25 PM
**AMENDMENT VERIFIED** by staff #3766 5/12/2025 3:26 PM
**Correction Reason**: 06) Incorrect Date incorrect Check date

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



# U.S. District Court

## California Northern - Oakland

Receipt Date: May 12, 2025 3:22PM

City and County of San Francisco
Fox Plaza
1390 Market Street
7th floor
San Francisco, CA 94102

Rcpt. No: 411018487            Trans. Date: May 12, 2025 3:22PM            Cashier ID: #KO (6643)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #0000652980 | 05/12/2025 | | $605.00 |
| | | | Total.Due Prior to Payment: | | $605.00 |
| | | | Total Tendered: | | $605.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments:** DCAN422CV05502-DMR

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.