# EXHIBIT 1

# Murphy, Kaitlyn (CAT)

| | |
|---|---|
| **From:** | Vasudha Talla <vtalla@ecbawm.com> |
| **Sent:** | Friday, May 16, 2025 7:20 AM |
| **To:** | Wang, Edmund (CAT) |
| **Cc:** | Murphy, Kaitlyn (CAT); Gradilla, Miguel (CAT); Mills, Steven (CAT); wmetlitzky@conmetkane.com; Jesse Lanier; ntheobald@conmetkane.com; Zoe Salzman; Bianca Herlitz-Ferguson; wfreeman@aclunc.org; antim@lccrsf.org; nkashyap@lccrsf.org; skatovich@aclu.org; jdo@aclunc.org; Vivake Prasad; George, John (CAT); Vasudha Talla |
| **Subject:** | RE: COH - meet and confer re joint discovery letter |

Dear Ed:

Thank you for sending the list.

All the evidence you list below was disclosed during discovery; we have included notes below indicating when and how the information was disclosed.

While the evidence was disclosed, even if it had not been, nondisclosure would be harmless. Defendants have not identified any prejudice resulting from any alleged failure to supplement interrogatory responses. Defendants not only had the opportunity to depose Plaintiffs and the witnesses regarding incidents of property destruction and lack of notice (and did so), they also could question their own employees regarding the videos, documents, and testimony listed below and could submit declarations rebutting that evidence on reply at summary judgment. Further, Defendants had access to a variety of SFPD incident reports and photographs, bodycam footage, CMMS reports, bag and tag logs, and photos of written notice postings to rebut the evidence below. We can discuss further at the meet/confer. Thanks, Vasudha

1. Dkt. No. 366-1, Herring Decl. at ¶¶ 4-9
    a. As set forth in ¶ 6 of Dr. Herring's declaration at Dkt. 366-1, the City's own documents, produced in discovery at the Bates numbers listed in the chart, formed the basis for Dr. Herring's analysis in ¶¶ 4-9. Further, Dr. Herring disclosed during his deposition that he had undertaken an analysis of January 2025 HSOC operations. See Herring Tr. 23:15-24:3; 161:9-162:3; 183:15-184:2.
2. Dkt. No. 366-3, Verner-Crist Decl.
    a. The description of City operations on the 23 dates described in Mr. Verner-Crist's declaration were taken directly from Mr. Verner-Crist's detailed notes of his observations of City operations on those 23 dates. Mr. Verner-Crist's detailed notes, photos, and videos of sweeps he observed as of January 2025 were produced on January 29, 2025 and February 7, 2025. Mr. Verner-Crist's detailed notes, photos, and videos of sweeps he observed in the first two weeks of February 2025 were produced on February 18, 2025. At his deposition on March 4, 2025, the City asked Mr. Verner-Crist about many of the incidents described in these detailed notes, including the January 6, 2025 sweep that is described in Mr. Verner-Crist's declaration (Dkt. 366-3). Finally, Plaintiffs deposed Israel Graham regarding two of the incidents that Mr. Verner-Crist had observed on August 6, 2024 and December 9, 2024—putting Defendants on notice that these incidents were at issue in the case.
3. Dkt. No. 366-5, Illa Decl.
    a. Plaintiffs produced on February 13, 2025 all Mx. Illa's notes of sweep observations, videos, and photos, including those corresponding to the three incidents described in their declaration. Mx. Illa thereafter testified about the three incidents described in their declaration. See Illa Tr. 117:7-18; 125:17-133:22; 134:3-140:6.

4. Dkt. No. 366-8, Talla Ex. 2, Cronk Depo. at 111:16-112:16, 176:8-177:5, 181:8-182:9, 183:9-185:6, 186:3-15, 200:14-204:3, 209:2-212:1
    a. Ms. Cronk's testimony during her deposition constitutes disclosure of the instances of property destruction and other constitutional violations she experienced. In addition to her deposition testimony, Ms. Cronk disclosed the factual information underlying her claims in the Third Amended Complaint ¶ 249, the declaration she filed at Dkt. No. 9-4 at 10, and in response to the City's Interrogatories 4, 5 and 10.
5. Dkt. No. 366-12, Talla Ex. 6, Donohoe Depo. at 99:16-100:8, 100:23-102:25, 119:15-124:14, 170:19-174:18
    a. Mr. Donohoe's testimony during his deposition constitutes disclosure of the instances of property destruction and other constitutional violations he experienced. In addition, Mr. Donohoe disclosed the factual information underlying his claims in the Third Amended Complaint ¶ 249, the declaration he filed at Dkt. No. 9-4 at 14, and in response to the City's Interrogatories 4, 5, and 10.
6. Dkt. No. 366-20, Talla Ex. 14, Melodie Depo. at 55:20-56:12
    a. Melodie's testimony during her deposition constitutes disclosure of the instances of property destruction and other constitutional violations she experienced or witnessed. Plaintiffs listed Melodie as a likely trial witness on January 24, 2025, with the subject of her testimony described as "Member of the Coalition with knowledge regarding Coalition's standing; destruction of personal property, lack of notice at sweeps, impacts of sweeps."
7. Dkt. No. 366-21, Talla Ex. 15, Reem Depo. at 39:5-15, 116:21-24, 146:15-150:5, 161:16-168:25, 173:19-23
    a. Mr. Reem's testimony during his deposition constitutes disclosure of the instances of property destruction and other constitutional violations he experienced. Plaintiffs listed Mr. Reem as a likely trial witness on November 13, 2024, with the subject of his testimony described as "Destruction of personal property, lack of notice at sweeps, and the impacts of sweeps."
8. Dkt. No. 366-22, Talla Ex. 16, Stephenson Depo. at 92:15-94:12, 138:12-141:9, 149:5-16, 204:4-19
    a. Ms. Stephenson's testimony during her deposition constitutes disclosure of the instances of property destruction and other constitutional violations she experienced or witnessed. In addition, two of the instances of property destruction were also disclosed in a declaration of Ms. Stephenson produced on January 15, 2025 at Stephenson_00000038. Plaintiffs listed Ms. Stephenson as a likely trial witness on November 13, 2024, with the subject of her testimony described as "Destruction of personal property, lack of notice at sweeps, and the impacts of sweeps."
9. Dkt. No. 366-23, Talla Ex. 17, Dubose Depo. at 68:6-70:14, 72:15-74:18, 76:25-78:10, 87:22-88:9, 138:1-23
    a. Mr. Dubose's testimony during his deposition constitutes disclosure of the instances of property destruction and other constitutional violations he experienced. In addition, Mr. Dubose described instances of property destruction in a declaration of his filed at Dkt. 9-6. Plaintiffs listed Mr. Dubose as a likely trial witness on November 13, 2024, with the subject of his testimony described as "Lived experience of property destruction, displacement of unhoused people, and the impact of sweeps" along with his prior declaration.
10. Dkt. No. 366-24, Talla Ex. 18, Stromer Depo. at 105:14-108:11, 115:15-117:10, 118:25-120:18, 157:22-160:13
    a. Ms. Stromer's testimony during her deposition constitutes disclosure of the instances of property destruction and other constitutional violations she experienced or witnessed. Plaintiffs listed Ms. Stromer as a likely trial witness on November 13, 2024, with the subject of her testimony described as "Destruction of personal property, lack of notice at sweeps, and the impacts of sweeps."
11. Dkt. No. 366-25, Talla Ex. 19, Erickson Depo. at 95:16-98:20, 129:24-132:23
    a. Ms. Erickson's testimony during her deposition constitutes disclosure of the instances of property destruction and other constitutional violations she experienced or witnessed. In addition, Ms. Erickson described instances of property destruction in a declaration of hers filed at Dkt. 130-39. Plaintiffs listed Ms. Erickson as a likely trial witness on November 13, 2024, with the subject of her testimony described as "Lived experience of property destruction, displacement of unhoused people, and the impact of sweeps" and her prior declaration.
12. Dkt. No. 366-78, Talla Ex. 72, Verner-Crist Video (VERNER-CRIST_00000866)
    a. This video was produced to the City on January 29, 2025 as VERNER-CRIST_00000866, over a month before Mr. Verner-Crist was deposed on March 4, 2025. The video was introduced as an exhibit at the

deposition of Israel Graham taken the next day, January 30, 2025, and Mr. Graham confirmed that he was depicted in the video discarding property—putting Defendants on notice that these incidents were at issue in the case.

13. Dkt. No. 366-99, Talla Ex. 93, SF Standard Video (COH01528931)
    a. This video was produced to the City on March 5, 2025 as COH01528931. Plaintiffs deposed DPW employees Alvaro Castro (on March 5, 2025) and Herbert Ruth (on March 21, 2025) about the incident of property destruction depicted in this video; both confirmed that they were among the DPW workers depicted in the video—putting Defendants on notice that these incidents were at issue in the case.
14. Dkt. No. 366-100, Talla Ex. 94, Verner-Crist Sweep Notes
    a. These notes were produced to the City on February 7, 2025 as VERNER-CRIST_00001996 to 2023, a month before the City deposed Mr. Verner-Crist on March 4, 2025.
15. Dkt. No. 366-111, Talla Ex. 105, Melodie Decl. (COH01528905) at ¶ 6
    a. This declaration was produced to the City on February 11, 2025 as COH01528905-COH01528906. The City deposed Melodie on March 3, 2025 about paragraph 6 of her declaration. Melodie Tr. 72:10-94:7.

**Our office has moved. Please note our new address.**

Vasudha Talla
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
vtalla@ecbawm.com
www.ecbawm.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (vtalla@ecbawm.com) immediately.

**From:** Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>
**Sent:** Wednesday, May 14, 2025 8:07 PM
**To:** Vasudha Talla <vtalla@ecbawm.com>
**Cc:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; wmetlitzky@conmetkane.com; Jesse Lanier <jlanier@conmetkane.com>; ntheobald@conmetkane.com; Zoe Salzman <zsalzman@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; wfreeman@aclunc.org; antim@lccrsf.org; nkashyap@lccrsf.org; skatovich@aclu.org; jdo@aclunc.org; Vivake Prasad <VPrasad@ecbawm.com>; George, John (CAT) <John.George@sfcityatty.org>
**Subject:** RE: COH - meet and confer re joint discovery letter

Good evening,

In advance of the parties' meet and confer, we provide the following list of the evidence the City contends was not properly disclosed and should not be considered:

Dkt. No. 366-1, Herring Decl. at ¶¶ 4-9
Dkt. No. 366-3, Verner-Crist Decl.
Dkt. No. 366-5, Illa Decl.
Dkt. No. 366-8, Talla Ex. 2, Cronk Depo. at 111:16-112:16, 176:8-177:5, 181:8-182:9, 183:9-185:6, 186:3-15, 200:14-204:3, 209:2-212:1
Dkt. No. 366-12, Talla Ex. 6, Donohoe Depo. at 99:16-100:8, 100:23-102:25, 119:15-124:14, 170:19-174:18

3

Dkt. No. 366-20, Talla Ex. 14, Melodie Depo. at 55:20-56:12
Dkt. No. 366-21, Talla Ex. 15, Reem Depo. at 39:5-15, 116:21-24, 146:15-150:5, 161:16-168:25, 173:19-23
Dkt. No. 366-22, Talla Ex. 16, Stephenson Depo. at 92:15-94:12, 138:12-141:9, 149:5-16, 204:4-19
Dkt. No. 366-23, Talla Ex. 17, Dubose Depo. at 68:6-70:14, 72:15-74:18, 76:25-78:10, 87:22-88:9, 138:1-23
Dkt. No. 366-24, Talla Ex. 18, Stromer Depo. at 105:14-108:11, 115:15-117:10, 118:25-120:18, 157:22-160:13
Dkt. No. 366-25, Talla Ex. 19, Erickson Depo. at 95:16-98:20, 129:24-132:23
Dkt. No. 366-78, Talla Ex. 72, Verner-Crist Video (VERNER-CRIST_00000866)
Dkt. No. 366-99, Talla Ex. 93, SF Standard Video (COH01528931)
Dkt. No. 366-100, Talla Ex. 94, Verner-Crist Sweep Notes

Dkt. No. 366-111, Talla Ex. 105, Melodie Decl. (COH01528905) at ¶ 6

Thanks.

Ed

**Edmund T. Wang**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554- 4783 Direct
www.sfcityattorney.org

*Please note the new telephone number.

Confidentiality Notice:  This message is being sent by or on behalf of a lawyer.  The information is confidential and may be protected by the attorney-client and/or work product privileges.  If you have received this message in error, please notify the sender immediately and delete all copies of the message.

---

**From:** Vasudha Talla <vtalla@ecbawm.com>
**Sent:** Tuesday, May 13, 2025 2:14 PM
**To:** George, John (CAT) <John.George@sfcityatty.org>
**Cc:** Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; wmetlitzky@conmetkane.com; Jesse Lanier <jlanier@conmetkane.com>; ntheobald@conmetkane.com; Zoe Salzman <zsalzman@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; wfreeman@aclunc.org; antim@lccrsf.org; nkashyap@lccrsf.org; skatovich@aclu.org; jdo@aclunc.org; Vivake Prasad <VPrasad@ecbawm.com>
**Subject:** Re: COH - meet and confer re joint discovery letter

Hi John -


We're available to meet and confer at 11-12 pm PT on Friday. I will circulate a Zoom link.


The Court was clear at oral argument last week about the process to be followed: Defendants should identify the pieces of evidence that it contends were not disclosed and shouldn't be considered and Plaintiffs should respond by either pointing to where those pieces of evidence were disclosed or why any nondisclosure was substantially justified or harmless. 5/8/2025 Hearing Tr. at 7-9. Defendants agreed to this process. *Id.* at 9:2-3. Accordingly, please provide us by the end of the day tomorrow the

4

list of evidence that you contend was not disclosed and shouldn't be considered, so that we have sufficient time to review and thereafter respond at the meet-and-confer.


Thanks,

Vasudha

> On May 12, 2025, at 4:02 PM, George, John (CAT) <John.George@sfcityatty.org> wrote:
>
> Hi Vasudha,
>
> We are available during the following times to meet and confer about the joint submission:
> 1. Wednesday – 9-10am; 1-2pm; 3-4pm
> 2. Thursday – 9am-12pm
> 3. Friday – 11am-12pm; 3-4pm
>
> In advance of the call, we will identify the information we contend should be excluded because it was not disclosed prior to the close of fact discovery, either because the event itself was not disclosed or because the event was never disclosed as an allegedly unlawful act. In order to have a productive discussion, please identify the document, deposition testimony, or other discovery record where Plaintiffs contend each of the allegedly disputed material facts in pages 1-9 of the Opposition were disclosed as unlawful.
>
> Thanks,
> John
>
> <image002.jpg>
> **John H. George**
> Deputy City Attorney
> Office of City Attorney David Chiu
> (415) 554-4223 Direct
> www.sfcityattorney.org
>
> ---
>
> **From:** Vasudha Talla <vtalla@ecbawm.com>
> **Sent:** Friday, May 9, 2025 5:06 PM
> **To:** Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; George, John (CAT) <John.George@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>; wmetlitzky@conmetkane.com; Jesse Lanier <jlanier@conmetkane.com>; ntheobald@conmetkane.com
> **Cc:** Zoe Salzman <zsalzman@ecbawm.com>; Bianca Herlitz-Ferguson <bherlitz-ferguson@ecbawm.com>; wfreeman@aclunc.org; antim@lccrsf.org; nkashyap@lccrsf.org; skatovich@aclu.org; jdo@aclunc.org; Vivake Prasad <VPrasad@ecbawm.com>
> **Subject:** COH - meet and confer re joint discovery letter

Counsel:

In light of the Court's minute order issued earlier today, please let us know some times next week that you are available to meet and confer regarding the documents you intend to raise with the court as late-disclosed so that we can meet and confer as directed by the Court. Please send us a list of those documents before the meet-and-confer so that we can review and have a productive call.

Thank you,
Vasudha

Vasudha Talla
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Tel: 212-763-5000
Fax: 212-763-5001
vtalla@ecbawm.com
www.ecbawm.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (vtalla@ecbawm.com) immediately.