# EXHIBIT 5

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,   )
 6   et al.,                      )
 7              Plaintiffs,       )
 8   vs.                          )  CASE NO.
 9   CITY AND COUNTY OF SAN       )  4:22-cv-05502-DMR (LJC)
10   FRANCISCO, et al.,           )
11              Defendants.       )
12   - - - - - - - - - - - - - - -
13
14      THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
15       SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
16             AND USED ONLY IN ACCORDANCE THEREWITH
17
18            VIDEOTAPED DEPOSITION OF LUKAS ILLA
19               THURSDAY, FEBRUARY 20, 2025
20
21            BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                    550 CALIFORNIA STREET, SUITE 820
24                    SAN FRANCISCO, CALIFORNIA 94104
25                                     (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          Videotaped deposition of LUKAS ILLA, taken on
11   behalf of DEFENDANTS, at 131 Steuart Street, Suite 400,
12   San Francisco, California, commencing at 9:58 A.M.,
13   THURSDAY, FEBRUARY 20, 2025, before Suzanne I. Andrade,
14   Certified Shorthand Reporter No. 10682, pursuant to
15   Notice of Deposition.
16
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL:
 2  FOR PLAINTIFFS AND THE DEPONENT:
 3       LAWYERS' COMMITTEE FOR CIVIL RIGHTS
 4       OF THE SAN FRANCISCO BAY AREA
 5       BY:  NISHA KASHYAP, ATTORNEY AT LAW
 6       131 Steuart Street, Suite 400
 7       San Francisco, California  94105
 8       Telephone:  (415) 543-9444
 9       Email:  nkashyap@lccrsf.org
10
11  FOR DEFENDANTS:
12       CITY AND COUNTY OF SAN FRANCISCO
13       OFFICE OF THE CITY ATTORNEY
14       BY:  EDMUND WANG, DEPUTY CITY ATTORNEY
15       1390 Market Street, 7th Floor
16       San Francisco, California  94102
17       Telephone:  (415) 554-3800
18       Email:  edmund.wang@sfcityatty.org
19
20  ALSO PRESENT:
21       JOSHUA HEADRICK, VIDEO OPERATOR
22
23
24
25
```

```
 1  notes at a resolution and whether that resolution had an
 2  incident that you considered a violation of DPW's
 3  bag-and-tag policy?  Does that make sense?
 4       ATTORNEY KASHYAP:  I'm just going to again interject
 5  here to the extent that it involves directions given to
 6  you by counsel or someone acting on behalf of counsel,
 7  please don't answer; but otherwise, you can answer the
 8  question.
 9       THE WITNESS:  Can you -- can you restate the
10  question?  Sorry.
11  BY ATTORNEY WANG:
12       Q.   Yeah, of course.
13            So for every resolution where you took notes,
14  was there a violation of DPW's bag-and-tag policy at
15  each of those resolutions at which you took notes?
16       A.   At each of them?  No.
17       Q.   So the mere fact that I can see that you took
18  notes at a resolution doesn't necessarily mean there was
19  a violation that occurred at that resolution, right?
20       ATTORNEY KASHYAP:  Objection; calls for a legal
21  conclusion.
22            Go ahead.
23       THE WITNESS:  No.
24  BY ATTORNEY WANG:
25       Q.   Is there some way for me to, like, review all
```

```
 1   bag-and-tag policy for the City to prevent you from
 2   taking the property that you own and to forcibly take it
 3   from you and destroy it in front of you.
 4   BY ATTORNEY WANG:
 5        Q.   Okay.  And your understanding is, even if that
 6   item is soiled, as long as someone wants to move it and
 7   take it with them, that to destroy that soiled item
 8   would be a violation of the bag-and-tag?
 9        ATTORNEY KASHYAP:  Objection; calls for a legal
10   conclusion.
11             Go ahead.
12        THE WITNESS:  From my understanding, the soiled
13   part -- same with the health and safety issue, same with
14   the perishable issue -- in the scope of bagging and
15   tagging, deals with unattended items.  If they're
16   attended, you know, that's not laid out in the
17   bag-and-tag policy.
18   BY ATTORNEY WANG:
19        Q.   Got it.
20             I'm sorry.  I can't remember if I asked this.
21   So just in case...
22        A.   Yeah.
23        Q.   The June 5th -- I think June 5th, 2024,
24   resolution with the mace incident with Paige, Travis,
25   and Damian, did you collect any declarations at that
```

```
 1  STATE OF CALIFORNIA    )
 2                         ) ss.
 3  COUNTY OF SAN MATEO    )
 4         I hereby certify that the witness in the
 5  foregoing deposition, LUKAS ILLA, was by me duly sworn
 6  to testify to the truth, the whole truth and nothing but
 7  the truth, in the within-entitled cause; that said
 8  deposition was taken at the time and place herein named;
 9  and that the deposition is a true record of the
10  witness's testimony as reported by me, a duly certified
11  shorthand reporter and a disinterested person, and was
12  thereafter transcribed into typewriting by computer.
13         I further certify that I am not interested in
14  the outcome of the said action, nor connected with nor
15  related to any of the parties in said action, nor to
16  their respective counsel.
17         IN WITNESS WHEREOF, I have hereunto set my
18  hand this 3rd day of March, 2025.
19  Reading and Signing was:
20  __X__ Requested    ____ Waived    ____ Not Requested
21
22         [signature]
23
24         SUZANNE I. ANDRADE, CSR NO. 10682
25         STATE OF CALIFORNIA
```