# EXHIBIT 7

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,      )
 6   et al.,                         )
 7             Plaintiffs,           )
 8   v.                              )  CASE NO.
 9   CITY AND COUNTY OF SAN          )  4:22-cv-05502-DMR (LJC)
10   FRANCISCO, et al.,              )
11             Defendants.           )
12   - - - - - - - - - - - - - - - - -
13
14
15
16          VIDEOTAPED DEPOSITION OF HENRICK DELAMORA
17                   FRIDAY, JANUARY 17, 2025
18
19
20
21           BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA  94104
25                          (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10            Videotaped deposition of HENRICK DELAMORA,
11   taken on behalf of the Defendants at 1390 Market Street,
12   7th Floor, San Francisco, California, commencing at
13   9:05 A.M., FRIDAY, JANUARY 17, 2025, before Suzanne I.
14   Andrade, Certified Shorthand Reporter No. 10682,
15   pursuant to Notice.
16
17
18
19
20
21
22
23
24
25
```

```
 1    APPEARANCES OF COUNSEL:
 2    FOR THE PLAINTIFFS:
 3         AMERICAN CIVIL LIBERTIES UNION
 4         FOUNDATION NORTHERN CALIFORNIA
 5         BY:  WILLIAM S. FREEMAN, ATTORNEY AT LAW
 6              CELINE GRUAZ, ATTORNEY AT LAW
 7         39 Drumm Street
 8         San Francisco, California  94111
 9         Telephone:  (415) 293-6393
10         Email:  wfreeman@aclunc.org
11                 celinelgruaz@gmail.com
12    FOR THE DEFENDANTS:
13         CITY AND COUNTY OF SAN FRANCISCO
14         OFFICE OF THE CITY ATTORNEY
15         BY:  KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY
16              MIGUEL A. GRADILLA, DEPUTY CITY ATTORNEY
17         1390 Market Street, Seventh Floor
18         San Francisco, California  94102
19         Telephone:  (415) 554-6762
20         Email:  kaitlyn.murphy@sfcityatty.org
21                 miguel.gradilla@sfcityatty.org
22    ALSO PRESENT:
23         JOSHUA HEADRICK, VIDEOGRAPHER
24
25
```

```
 1    they now have, from your perspective, it shouldn't
 2    matter in terms of whether or not the City can discard
 3    it, right?
 4         A.   However they got it, that's not my business.
 5         Q.   Yeah.
 6         A.   I don't know how they got it.  If they found
 7    it, they bought it, they stole it, I don't know.
 8         Q.   Yeah.
 9         A.   Okay?  But they have it.  You know --
10         Q.   Yeah.
11         A.   -- yes, it's wrong if they steal it or if it's
12    stolen, you know.  But I don't know how they got it.  I
13    have nothing to do with that.
14         Q.   Yeah.
15              And that -- I think I heard you say before that
16    kind of there might be stuff that, you know, maybe a
17    housed person comes by and they think this looks like
18    trash, but it means something to the person who has it.
19              And so, in your mind, in that situation, the
20    City also shouldn't throw it away; is that right?
21         A.   That's right.
22         Q.   Yeah.
23              So, like, for example, if somebody had, let's
24    say, a -- we talked about this before -- a blanket with
25    urine, but they wanted it.
```

```
 1            In your mind, it would be wrong for the City to
 2     throw that away because the person still wants it; is
 3     that right?
 4          A.   Pretty -- yeah.
 5          Q.   Great.  Thank you.
 6               Have you ever seen a bag and tag happen?
 7          A.   No.
 8          Q.   When you volunteered for DPW, did you ever go
 9     to the Public Works yard on Cesar Chavez?
10          A.   No.  Not inside the yard, no.
11          Q.   Did you ever go to the outside of the yard?
12          A.   Yeah, to try to claim -- try to get my stuff
13     back.
14          Q.   So you're familiar with the Cesar Chavez
15     storage yard as a place where bagged and tagged stuff
16     can be gotten back?
17          A.   That's what I was -- I was just told to go
18     there.  I mean, I don't know if that's what it actually
19     is.
20          Q.   Did you ever go to the Cesar Chavez storage
21     yard to try to get your stuff back?
22          A.   Didn't I just answer that?
23          Q.   If you did, I apologize.
24               I think you said you went there once.  I'm not
25     sure --
```

```
 1    STATE OF CALIFORNIA     )
 2                            ) ss.
 3    COUNTY OF SAN MATEO     )
 4              I hereby certify that the witness in the
 5    foregoing deposition, HENRICK DELAMORA, was by me duly
 6    sworn to testify to the truth, the whole truth and
 7    nothing but the truth, in the within-entitled cause;
 8    that said deposition was taken at the time and place
 9    herein named; and that the deposition is a true record
10    of the witness's testimony as reported by me, a duly
11    certified shorthand reporter and a disinterested person,
12    and was thereafter transcribed into typewriting by
13    computer.
14              I further certify that I am not interested in
15    the outcome of the said action, nor connected with nor
16    related to any of the parties in said action, nor to
17    their respective counsel.
18              IN WITNESS WHEREOF, I have hereunto set my
19    hand this 27th day of January, 2025.
20    Reading and signing was:
21    _x__ requested   ___ waived   ___ not requested.
22
23    [signature]
24
25    SUZANNE I. ANDRADE, CSR NO. 10682
```