**EXHIBIT 9**

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,       )
 6   et al.,                          )
 7               Plaintiffs,      ) CASE NO.
 8   v.                               ) 4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN           )
10   FRANCISCO, et al.,               )
11               Defendants.      )
12   - - - - - - - - - - - - - - - - -
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16            PURSUANT TO PROTECTIVE ORDER
17       VIDEOTAPED DEPOSITION OF JOSHUA DONOHOE
18              TUESDAY, NOVEMBER 12, 2024
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                  BY:  CYNTHIA TURI, CSR NO. 11812
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA  94104
25                               (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8              Videotaped deposition of JOSHUA DONOHOE,
 9     taken on behalf of Defendants, at Lawyers Committee
10     for Civil Rights of the San Francisco Bay Area at 131
11     Steuart Street, Suite 400, San Francisco, California,
12     commencing at 10:14 A.M., TUESDAY, NOVEMBER 12, 2024,
13     before Cynthia Turi, Certified Shorthand Reporter
14     No. 11812, pursuant to Notice.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE PLAINTIFFS:
 3      LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN
 4      FRANCISCO BAY AREA
 5      BY:  ANDREW NTIM, ATTORNEY AT LAW
 6      131 Steuart Street, Suite 400
 7      San Francisco, California  94105
 8      Telephone:  (415) 543-9444
 9      Email:  antim@lccrsf.org
10
11   FOR THE DEFENDANTS:
12      OFFICE OF THE CITY ATTORNEY
13      BY:  STEVEN MILLS, DEPUTY CITY ATTORNEY
14           KAITLYN MURPHY, DEPUTY CITY ATTORNEY
15      1390 Market Street, Sixth Floor
16      San Francisco, California  94102
17      Telephone:  (415) 355-3304
18      Email:  steven.mills@sfcityatty.org
19              kaitlyn.murphy@sfcityatty.org
20
21   ALSO PRESENT:
22       KYLE FRIEND, VIDEOGRAPHER
23
24
25
```

```
 1                          INDEX
 2  TUESDAY, NOVEMBER 12, 2024
 3  JOSHUA DONOHOE                                     PAGE
 4       Examination by MR. MILLS                         8
 5  P.M. SESSION
 6       Examination Resumed by MR. MILLS                83
 7
 8
 9                         ---oOo---
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   you know, where they got it, what time, what date, you
 2   know, all the things that help someone locate it.
 3          And put for storage or safekeeping for someone
 4   to pick up.  Or the owner to pick up, I should say.
 5       Q.  And when do you think you learned about that
 6   kind of perception of what the bag -- what bag and tag
 7   is?
 8       A.  I've known about bag and tagging since
 9   pre-COVID, so 2017 or '18.
10       Q.  Have you ever read the Department of Public
11   Works, or DPW's, bag and tag policy?
12       A.  No.
13       Q.  Have you ever spoken with anybody about DPW's
14   bag and tag policy?
15       A.  Yes.
16       Q.  And who did you speak to about DPW's bag and tag
17   policy?
18       A.  Aside from, you know, the general DPW workers
19   and police officers and City officials, Shanna Couper
20   or -- I don't know her last name.  I know her as Couper.
21       Q.  Did Shanna Couper ever show you the bag and tag
22   policy?
23       A.  No.
24       Q.  Did Ms. -- did Shanna Couper hold herself out as
25   being familiar with the bag and tag policy?
```

```
 1            Mr. Donohoe, when we took the break, did you
 2   have any conversations with anybody about that?
 3        A.   Aside from my attorney, no.
 4        Q.   And, Mr. Donohoe, have you ever read the bag and
 5   tag policy that outlines some of the tiers?
 6        A.   No.
 7        Q.   So is your only knowledge the knowledge from
 8   your attorney?
 9        A.   From my own experience and...
10        Q.   Prior to the break, did you have that
11   understanding?
12        A.   Yes.
13        Q.   So as a person that's experienced homelessness
14   on the streets of San Francisco, you're aware that there
15   are instances where the City can ask individuals to move
16   along without 72 hours' notice?
17        A.   Yes.
18        Q.   So in January of -- January 31st, 2023, why did
19   you default to looking for posted notices?
20        A.   Because at that point, my interaction with the
21   Coalition and -- and Couper and a couple of the other
22   people who were advocates for civil rights, it was just
23   common practice to make sure that, you know, posts were
24   there.
25             I also am in the understanding that the 72-hour
```

```
 1        Q.   Did you ever fill out any online polls about the
 2   issues that Coalition should focus on?
 3        A.   I'm not sure.
 4        Q.   Did you ever vote on issues for the Coalition on
 5   Homelessness to focus on?
 6        A.   Not that I -- not that I can remember.
 7        Q.   I'm going to go back to some of the instances of
 8   property destruction that we were talking about.
 9             In this case, do you intend to testify about any
10   experiences of property destruction that you haven't
11   disclosed in written discovery or declarations?
12        A.   No.
13        Q.   So with that in mind, you submitted a
14   declaration in this case.  I'll represent that it was
15   submitted on September 13th -- dated September 13th,
16   2022.  And in that declaration, you refer to an incident
17   on September 12th, 2022.
18             As you sit here today, can you recall an
19   incident in September -- on September 12th of 2022?
20        A.   Yes.
21        Q.   What can you recall about that incident?
22        A.   So early morning, like, maybe -- you know, sun
23   was not up and it wasn't going to be up for a little
24   while -- I'd say maybe 5:00, DPW came by and started
25   pretty much harassing us.  It was part of those routine
```

```
 1  STATE OF CALIFORNIA     )
 2  COUNTY OF SAN FRANCISCO ) ss.
 3          I hereby certify that the witness in the
 4  foregoing deposition, JOSHUA DONOHOE, was by me duly
 5  sworn to testify to the truth, the whole truth, and
 6  nothing but the truth in the within-entitled cause; that
 7  said deposition was taken at the time and place herein
 8  named; and that the deposition is a true record of the
 9  witness's testimony as reported by me, a duly certified
10  shorthand reporter and a disinterested person, and was
11  thereafter transcribed into typewriting by computer.
12          I further certify that I am not interested in
13  the outcome of the said action, nor connected with nor
14  related to any of the parties in said action, nor to
15  their respective counsel.
16          IN WITNESS WHEREOF, I have hereunto set my hand
17  this November 25, 2024.
18  Reading and signing was:
19  _x_ requested __ waived __ not requested
20
21                                  [signature: Cynthia Turi]
22
23                          CYNTHIA TURI, CSR NO. 11812
24                          STATE OF CALIFORNIA
25
```