# EXHIBIT 11

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    - - - - - - - - - - - - - - - - -

5    COALITION ON HOMELESSNESS,        )

6    et al.,                           )

7                  Plaintiffs,         )

8    vs.                               )  CASE NO.

9    CITY AND COUNTY OF SAN            )  4:22-cv-05502-DMR

10   FRANCISCO, et al.,                )

11                 Defendants.         )

12   - - - - - - - - - - - - - - - - -

13    THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION

14     SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED

15          AND USED ONLY IN ACCORDANCE THEREWITH

16

17         VIDEOTAPED DEPOSITION OF MELODIE

18            FRIDAY, MARCH 14, 2025

19

20

21         BEHMKE REPORTING AND VIDEO SERVICES, INC.

22            BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23               550 CALIFORNIA STREET, SUITE 820

24               SAN FRANCISCO, CALIFORNIA  94104

25                          (415) 597-5600

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10              Videotaped deposition of MELODIE, taken on
11   behalf of Defendants, at 39 Drumm Street, Third Floor,
12   San Francisco, California, commencing at 11:06 A.M.,
13   FRIDAY, MARCH 14, 2025, before Suzanne I. Andrade,
14   Certified Shorthand Reporter No. 10682, pursuant to
15   Notice of Deposition.
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:

 2   FOR PLAINTIFFS AND THE DEPONENT:

 3        AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF

 4        NORTHERN CALIFORNIA

 5        BY:  JOHN H. DO, ATTORNEY AT LAW

 6             LARISSA GRIJALVA, ATTORNEY AT LAW

 7             (VIA TELECONFERENCE)

 8        39 Drumm Street

 9        San Francisco, California  94111

10        Telephone:  (415) 293-6393

11        Email:  jdo@aclunc.org

12             lgrijalva@aclunc.org

13

14   FOR DEFENDANTS:

15        CITY AND COUNTY OF SAN FRANCISCO

16        OFFICE OF THE CITY ATTORNEY

17        BY:  STEVEN MILLS, DEPUTY CITY ATTORNEY

18        1390 Market Street, 7th Floor

19        San Francisco, California  94102

20        Telephone:  (415) 355-3304

21        Email:  steven.mills@sfcityatty.org

22

23   ALSO PRESENT:

24         KYLE FRIEND, VIDEO OPERATOR

25
```

```
 1            And that's an army of people.
 2       Q.   How long have you had this understanding of
 3   what HSOC is?
 4       A.   I think since -- I believe since the beginning
 5   of HSOC.  Because I'm a member of the Coalition, and
 6   we've been witnessing sweeps for a long time.
 7            So whenever HSOC came into existence is when I
 8   was witnessing this army of people that they call a
 9   team.
10       Q.   Have you heard of the phrase "bag and tag"
11   before?
12       A.   Yes, I have.
13       Q.   And what does that phrase, "bag and tag," mean
14   to you?
15       A.   Nothing.
16       Q.   And what do you mean by it means nothing to
17   you?
18       A.   They don't do it.
19       Q.   Have you ever read DPW's bag-and-tag policy?
20       A.   I wish I had.
21       Q.   Is it fair to say that you haven't read DPW's
22   bag-and-tag policy?
23       A.   Correct.
24       Q.   Has anyone ever told you what that bag-and-tag
25   policy requires?
```

```
 1   STATE OF CALIFORNIA      )

 2                            ) ss.

 3   COUNTY OF SAN MATEO      )

 4           I hereby certify that the witness in the

 5   foregoing deposition, MELODIE, was by me duly sworn to

 6   testify to the truth, the whole truth and nothing but

 7   the truth, in the within-entitled cause; that said

 8   deposition was taken at the time and place herein named;

 9   and that the deposition is a true record of the

10   witness's testimony as reported by me, a duly certified

11   shorthand reporter and a disinterested person, and was

12   thereafter transcribed into typewriting by computer.

13           I further certify that I am not interested in

14   the outcome of the said action, nor connected with nor

15   related to any of the parties in said action, nor to

16   their respective counsel.

17           IN WITNESS WHEREOF, I have hereunto set my

18   hand this 19th day of March, 2025.

19   Reading and Signing was:

20   __X__ Requested   ____ Waived   ____ Not Requested

21

22

23

24       SUZANNE I. ANDRADE, CSR NO. 10682

25       STATE OF CALIFORNIA
```