**EXHIBIT 12**

1  UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4  - - - - - - - - - - - - - - - -
5  COALITION ON HOMELESSNESS    )
6  et al.,                      )
7         Plaintiffs,           )
8  v.                           )  CASE NO.
9  CITY AND COUNTY OF           )  4:22-CV-05502-DMR
10 SAN FRANCISCO, et al.,       )
11        Defendants.           )
12 - - - - - - - - - - - - - - - -
13   THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
14    SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
15           AND USED ONLY IN ACCORDANCE THEREWITH
16
17              VIDEOTAPED DEPOSITION OF
18              KRYSTLE LORRAINE ERICKSON
19              MONDAY, FEBRUARY 10, 2025
20
21           BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                   BY:  BELLE BALL, CSR NO. 8785
23                   550 CALIFORNIA STREET, SUITE 820
24                   SAN FRANCISCO, CALIFORNIA  94104
25                                  (415) 597-5600

```
 1
 2
 3
 4
 5
 6
 7
 8        Videotaped deposition of KRYSTLE LORRAINE ERICKSON,
 9   taken on behalf of Defendants, at the City and County of
10   San Francisco, 1390 Market Street, Seventh Floor, San
11   Francisco, California, commencing at 10:28 A.M., MONDAY,
12   FEBRUARY 10, 2025, before Belle Ball, Certified Shorthand
13   Reporter for the State of California, License No. 8785,
14   pursuant to Notice.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE PLAINTIFFS:
 3            LAWYER'S COMMITTEE FOR CIVIL RIGHTS OF
 4            THE SAN FRANCISCO BAY AREA
 5            BY:  ANDREW NTIM, ATTORNEY AT LAW
 6            131 Steuart Street, Suite 400
 7            San Francisco, California  94105
 8            Telephone: (212) 549-2500
 9            Email:  antim@lccrsf.org
10
11   FOR THE DEFENDANTS:
12            SAN FRANCISCO CITY ATTORNEY'S OFFICE
13            BY:  MIGUEL A. GRADILLA, ATTORNEY AT LAW
14            1390 Market Street, Seventh Floor
15            San Francisco, California  94102
16            Telephone: (415) 554-3870
17            Email:  miguel.gradilla@sfcityatty.org
18
19   ALSO PRESENT:
20            KYLE FRIEND, BEHMKE VIDEOGRAPHER
21
22
23
24
25
```

```
 1        Q    So you had conversations with DPW employees
 2   about this?
 3        A    Um, no, not really.  Like, I believe -- you
 4   know what?  I retract that statement.
 5             I don't really know where I heard about, like
 6   who actually told me about bag & tag.  But I -- I was
 7   aware that it was an option.  But it was never -- it
 8   was never really offered or -- yeah.
 9             It seemed like a joke option.  Nobody ever
10   really ever got their stuff back, or was ever even
11   offered a bag & tag, so...
12        Q    Do you know one way or the other whether the
13   bag & tag policy has changed, over time?
14        A    I do not know.
15        Q    Have you ever read the bag & tag policy?
16        A    I haven't.
17        Q    So is it safe to say that you haven't
18   received training on the bag & tag policy?
19        A    No, I have not.
20             MR. NTIM:  We've been going about an hour.
21   Would this be a good time for a five, ten-minute break?
22             THE WITNESS:  Sure.
23             MR. GRADILLA:  Sure.  We can go off the
24   record.
25             THE VIDEOGRAPHER:  This marked the end of
```

```
 1  STATE OF CALIFORNIA        )
 2                             ) ss.
 3  COUNTY OF SAN FRANCISCO    )
 4
 5         I, BELLE BALL, hereby certify:
 6         That the foregoing proceedings were taken
 7  before me at the time and place herein set forth; that
 8  any witnesses in the foregoing proceedings, prior to
 9  testifying, were duly sworn; that a record of the
10  proceedings was made by me using machine shorthand,
11  which was thereafter transcribed; that the foregoing
12  transcript is a true record of the testimony given.
13         I further certify that I am neither
14  financially interested in the action nor a relative
15  or employee of any attorney or party to this action.
16         IN WITNESS WHEREOF, I have subscribed my name
17  on this date of Thursday, February 18, 2025.
18  Reading and signing was:
19  _x__ requested ___ waived ___ not requested
20
21       [signature: Belle Ball]
22
23  BELLE BALL, CRR, RDR, CSR NO. 8785
24  STATE OF CALIFORNIA
25
```