**EXHIBIT 13**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3  - - - - - - - - - - - - - - - - - -
 4  COALITION ON HOMELESSNESS,         )
 5  et al.,                            )
 6              Plaintiffs,            )
 7  vs.                                ) CASE NO.
 8                                     ) 4:22-cv-05502-DMR
 9  CITY AND COUNTY OF SAN             )
10  FRANCISCO, et al.,                 )
11              Defendants.            )
12  - - - - - - - - - - - - - - - - - -
13
14
15        VIDEOTAPED DEPOSITION OF PATRICK DUBOSE
16                MONDAY, FEBRUARY 3, 2025
17
18
19
20
21            BEHMKE REPORTING AND VIDEO SERVICES, INC.
22               BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA  94104
25                             (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          Videotaped deposition of PATRICK DUBOSE,
11  taken on behalf of DEFENDANTS, at 1390 Market Street,
12  6th Floor, San Francisco, California, commencing at
13  10:08 A.M., MONDAY, FEBRUARY 3, 2025, before Suzanne I.
14  Andrade, Certified Shorthand Reporter No. 10682,
15  pursuant to Notice.
16
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL:
 2  FOR PLAINTIFFS and THE DEPONENT:
 3      AMERICAN CIVIL LIBERTIES UNION FOUNDATION NORTHERN
 4      CALIFORNIA
 5      BY:  WILLIAM S. FREEMAN, ATTORNEY AT LAW
 6           AMANDA YOUNG, ATTORNEY AT LAW
 7      39 Drumm Street
 8      San Francisco, California  94111
 9      Telephone:  (415) 293-6393
10      Email:  wfreeman@aclunc.org
11              ayoung@aclunc.org
12
13  FOR DEFENDANTS:
14      CITY AND COUNTY OF SAN FRANCISCO
15      OFFICE OF THE CITY ATTORNEY
16      BY:  MIGUEL A. GRADILLA, DEPUTY CITY ATTORNEY
17      1390 Market Street, 7th Floor
18      San Francisco, California  94102
19      Telephone:  (415) 554-3870
20      Email:  miguel.gradilla@sfcityatty.org
21
22  ALSO PRESENT:
23      KYLE FRIEND, VIDEOGRAPHER
24
25
```

1        Do you have any positive things to say about
2   what City government does for -- with respect to
3   homelessness?
4        ATTORNEY FREEMAN:  Same objections.
5        THE WITNESS:  Nothing to say about it really.
6   BY ATTORNEY GRADILLA:
7        Q.   Okay.  Moving to something slightly different.
8             Do you know what the phrase "bag and tag"
9   means?
10       A.   I get the reference.
11       Q.   What do you mean by that?
12       A.   I mean, it's self-explanatory.  Bag and tag,
13  sounds like you're putting something in a bag and
14  putting a -- putting a name on it.
15       Q.   So do you have an understanding of the City's
16  bag-and-tag policy, what it is?
17       A.   No.
18       Q.   You've never read the City's bag-and-tag
19  policy?
20       A.   No.
21       Q.   Has anyone ever explained it to you?
22       A.   No.
23       Q.   Are you aware of the City's bag-and-tag policy?
24       A.   No.
25            Are you going to enlighten me?

```
 1            It was in -- it would have been -- it would be
 2   the fourth, but I didn't -- on my deposition, I didn't
 3   put the --
 4         ATTORNEY FREEMAN:  Your declaration.
 5         THE WITNESS:  -- declaration, I didn't -- I
 6   didn't -- I didn't put -- I didn't -- we're going
 7   through a whole timeline.  I didn't put my whole
 8   timeline on the declaration.
 9   BY ATTORNEY GRADILLA:
10       Q.   I understand that.
11            But what I'm asking is -- I just want to
12   understand when you met Kelly.
13            So that's an incident that we have not talked
14   about so far, yes?  Is that right?
15       A.   No, we haven't talked about that.
16       Q.   Got it.  Okay.
17            So can you tell me about that instance.  So
18   no -- so -- sorry.  Let me -- just to be clear.
19            So before the break, you said there were three
20   incidents that you experienced when -- that you
21   experienced an HSOC resolution, correct?  Yeah?
22       A.   There's -- there's -- I've had more incidences.
23   The ones I put down on the declaration are just the --
24   the ones that I put down on paper.
25         ATTORNEY FREEMAN:  So there are more than that?
```

```
 1  STATE OF CALIFORNIA        )
 2  COUNTY OF SAN MATEO        ) ss.
 3          I hereby certify that the witness in the
 4  foregoing deposition, PATRICK DUBOSE, was by me duly
 5  sworn to testify to the truth, the whole truth and
 6  nothing but the truth, in the within-entitled cause;
 7  that said deposition was taken at the time and place
 8  herein named; and that the deposition is a true record
 9  of the witness's testimony as reported by me, a duly
10  certified shorthand reporter and a disinterested person,
11  and was thereafter transcribed into typewriting by
12  computer.
13          I further certify that I am not interested in
14  the outcome of the said action, nor connected with nor
15  related to any of the parties in said action, nor to
16  their respective counsel.
17          IN WITNESS WHEREOF, I have hereunto set my
18  hand this 13th day of February, 2025.
19  Reading and Signing was:
20  _X_ requested    ___ waived    ___ not requested
21
22  [signature]
23
24  SUZANNE I. ANDRADE, CSR NO. 10682
25  STATE OF CALIFORNIA
```