EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
| Plaintiffs, | **DECLARATION OF VASUDHA TALLA IN SUPPORT OF JOINT DISCOVERY LETTER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | **Judge:** The Hon. Donna M. Ryu |

I, Vasudha Talla, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, admitted to practice before this Court and counsel for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' position in the Joint Discovery Letter regarding Exclusion of Plaintiffs' Summary Judgment Evidence.

2. Attached as **<u>Exhibit 1</u>** hereto are true and correct excerpts of the transcript of the deposition of Dr. Herring taken by Defendants on April 14, 2025.

3. Plaintiffs produced notes created by Dylan Verner-Crist of his observations of Defendants' encampment operations on each of the 23 dates described in Mr. Verner-Crist's declaration, at the Bates numbers and dates of production listed below. While the exhibits below are being filed with redactions of the personally-identifying information of individuals issued citations or arrested, unredacted versions of these notes were produced to Defendants.

| Date of Incident in Mr. Verner-Crist's Declaration (Dkt. 366-3) | Bates Number and Date of Production for Corresponding Notes created by Mr. Verner-Crist | Attached hereto as Exhibit |
|---|---|---|
| 11/15/2023　Dkt. 366-3 at ¶¶ 4-12 | VERNER-CRIST_00002062-2087　Produced February 7, 2025 | 2 |
| 12/4/2023　Dkt. 366-3 at ¶¶ 13-21 | VERNER-CRIST_00001877-1822　Produced February 7, 2025 | 3 |
| 8/5/2024　Dkt. 366-3 at ¶¶ 22-26 | VERNER-CRIST_00001859-1876　Produced February 7, 2025 | 4 |
| 8/6/2024　Dkt. 366-3 at ¶¶ 27-38 | VERNER-CRIST_00002045-2052　Produced February 7, 2025 | 5 |
| 8/15/2024　Dkt. 366-3 at ¶¶ 39-46 | VERNER-CRIST_00001908-1925　Produced February 7, 2025 | 6 |
| 10/23/2024　Dkt. 366-3 at ¶¶ 47-53 | VERNER-CRIST_00002088-2111　Produced February 7, 2025 | 7 |
| 11/20/2024　Dkt. 366-3 at ¶¶ 54-59 | VERNER-CRIST_00002165-2191　Produced February 7, 2025 | 8 |

| | | |
|---|---|---|
| 11/21/2024 Dkt. 366-3 at ¶¶ 60-67 | VERNER-CRIST_00002112-2127 Produced February 7, 2025 | 9 |
| 12/7/2024 Dkt. 366-3 at ¶¶ 68-72 | VERNER-CRIST_00002035-2044 Produced February 7, 2025 | 10 |
| 12/9/2024 Dkt. 366-3 at ¶¶ 73-79 | VERNER-CRIST_00001814-1829 Produced February 7, 2025 | 11 |
| 1/6/2025 Dkt. 366-3 at ¶¶ 80-91 | VERNER-CRIST_00001951-1976 Produced February 7, 2025 | 12 |
| 1/7/2025 Dkt. 366-3 at ¶¶ 92- 98 | VERNER-CRIST_00001977-1995 Produced February 7, 2025 | 13 |
| 1/13/2025 Dkt. 366-3 at ¶¶ 99-105 | VERNER-CRIST_00002024-2034 Produced February 7, 2025 | 14 |
| 1/14/2025 Dkt. 366-3 at ¶¶ 106-114 | VERNER-CRIST_00001883-1907 Produced February 7, 2025 | 15 |
| 1/16/2025 Dkt. 366-3 at ¶¶ 115-119 | VERNER-CRIST_00002192-2198 Produced February 7, 2025 | 16 |
| 2/4/2025 Dkt. 366-3 at ¶¶ 120-124 | VERNER-CRIST_00002671-2683 Produced February 18, 2025 | 17 |
| 2/5/2025 Dkt. 366-3 at ¶¶ 125-131 | VERNER-CRIST_00002581-2587 Produced February 18, 2025 | 18 |
| 2/8/2025 Dkt. 366-3 at ¶¶ 132-139 | VERNER-CRIST_00002727-2733 Produced February 18, 2025 | 19 |
| 2/10/2025 Dkt. 366-3 at ¶¶ 140-142 | VERNER-CRIST_00002605-2641 Produced February 18, 2025 | 20 |
| 2/11/2025 Dkt. 366-3 at ¶¶ 143-153 | VERNER-CRIST_00002710-2726 Produced February 18, 2025 | 21 |
| 2/12/2025 | VERNER-CRIST_00002592-2602 | 22 |

| | | |
|---|---|---|
| Dkt. 366-3 at ¶¶ 154-158 | Produced February 18, 2025 | |
| 2/13/2025 | VERNER-CRIST_00002563-2579 | 23 |
| Dkt. 366-3 at ¶¶ 159-170 | Produced February 18, 2025 | |
| 2/14/2025 | VERNER-CRIST_00002660-2670 | 24 |
| Dkt. 366-3 at ¶¶ 171-175 | Produced February 18, 2025 | |

4. Mr. Verner-Crist's notes of his observations on August 22, 2024 (filed at Docket No. 366-100) were produced to Defendants on February 7, 2025 as VERNER-CRIST_00001996-2023.

5. Photographs and videos that Mr. Verner-Crist took of the sweeps he observed as of January 2025 were produced to Defendants on January 29, 2025 at Bates numbers VERNER-CRIST_00000001-1813.

6. A video taken by Mr. Verner-Crist on August 6, 2024 and filed at Docket No. 366-78 was produced by Plaintiffs to Defendants on January 29, 2025 as VERNER-CRIST_00000866.

7. Photographs and videos that Mr. Verner-Crist took of the sweeps he observed during the first two weeks of February 2025 were produced on February 18, 2025 at Bates numbers VERNER-CRIST_00002775-3261.

8. Mr. Verner-Crist was deposed by Defendants on March 4, 2025 for approximately 333 minutes (or approximately 5 and a half hours) on the record. Attached hereto as **Exhibit 25** are true and correct excerpts of the transcript of the deposition of Mr. Verner-Crist taken by Defendants on March 4, 2025.

9. Israel Graham, a supervisor employed by the Department of Public Works, was deposed on January 30, 2025. Attached hereto as **Exhibit 26** are true and correct excerpts of the transcript of the deposition of Mr. Graham taken by Plaintiffs. During Mr. Graham's deposition, the video produced as VERNER-CRIST_00000866 was introduced as deposition exhibit 1133.

10. Plaintiffs produced on February 13, 2025 Lukas Illa's notes of sweep observations, including those corresponding to the three incidents described in their declaration, at Bates ILLA_00000363-369. Plaintiffs also produced on February 13, 2025 photos and videos that Lukas

1  Illa took of sweep observations, including those corresponding to the three incidents described at
2  their declaration, at Bates ILLA_00000008, 21, 22, 27, 31, 42, 47, 48, 70, 80, 139, 173, 176, 219,
3  224; 20, 33-39, 43-46, 50-61, 63, 66, 69, 71, 73, 75, 78, 81, 138, 168, 169, 213; 10, 11, 13, 15, 17,
4  18, 203, 208, 326-362, 372, 373.

5  11.  Defendants deposed Lukas Illa on February 20, 2025. Attached hereto as **Exhibit 27** are true and correct excerpts of the transcript of the deposition of Mx. Illa taken by Defendants on March 4, 2025.

8  12.  Attached hereto as **Exhibit 28** are true and correct excerpts of the transcript of the deposition of Sarah Cronk taken by Defendants on September 23, 2024.

10  13.  Attached hereto as **Exhibit 29** are true and correct excerpts of the transcript of the deposition of Joshua Donohoe taken by Defendants on November 12, 2024.

12  14.  Attached hereto as **Exhibit 30** is a true and correct copy of Plaintiffs' Responses to Defendants' First Set of Interrogatories. Attached hereto as **Exhibit 37** is a true and correct copy of Plaintiffs' Supplemental Response to Defendants' First Set of Interrogatories.

15  15.  Attached hereto as **Exhibit 31** is Plaintiffs' Second Amended Initial Disclosures and Likely Trial Witness List dated November 13, 2024.

17  16.  Attached hereto as **Exhibit 32** is Plaintiffs' Third Amended Initial Disclosures and Amended Likely Trial Witness List dated January 24, 2025.

19  17.  On January 15, 2025, Plaintiffs produced on a declaration signed by Sarah Stephenson at Bates number STEPHENSON_00000038. A true and correct copy of that declaration is attached hereto as **Exhibit 36**.

22  18.  A video published by the San Francisco Standard on July 30, 2024 and filed at Docket No. 366-99 was produced by Plaintiffs to Defendants on March 5, 2025 as COH01528931.

24  19.  Alvaro Castro, a general laborer employed by the Department of Public Works, was deposed on March 5, 2025. Attached hereto as **Exhibit 33** are true and correct excerpts of the transcript of the deposition of Mr. Castro taken by Plaintiffs. During Mr. Castro's deposition, the video produced as COH01528931 was introduced as deposition exhibit 1311.

20. Herbert Ruth, a general laborer employed by the Department of Public Works, was deposed on March 21, 2025. Attached hereto as **Exhibit 34** are true and correct excerpts of the transcript of the deposition of Mr. Ruth taken by Plaintiffs. During Mr. Ruth's deposition, the video produced as COH01528931 was introduced as deposition exhibit 1311.

21. Plaintiffs produced to Defendants on February 11, 2025, at Bates COH01528905-COH01528906, a declaration signed by Melodie. That declaration was filed at Docket No. 367-30.

22. Defendants deposed Melodie on March 3, 2025. Attached hereto as **Exhibit 35** are true and correct excerpts of the transcript of the deposition of Melodie dated March 3, 2025.

23. Attached hereto as **Exhibit 38** are true and correct excerpts of the transcript of the deposition of James Reem taken by Defendants on February 27, 2025.

24. Attached hereto as **Exhibit 39** are true and correct excerpts of the transcript of the deposition of Sarah Stephenson taken by Defendants on January 22, 2025.

25. Attached hereto as **Exhibit 40** are true and correct excerpts of the transcript of the deposition of Elizabeth Stromer taken by Defendants on February 7, 2025.

26. Attached hereto as **Exhibit 41** are true and correct excerpts of the transcript of Patrick Dubose taken by Defendants on February 3, 2025.

27. Attached hereto as **Exhibit 42** are true and correct excerpts of the transcript of Krystle Erickson taken by Defendants on February 10, 2025.

28. The fact discovery cut off was March 10, 2025. The last fact witness depositions were taken on March 21, 2025 of City employees Herbert Ruth and Samuel Dodge. These depositions were rescheduled after the fact discovery cut off because the Court needed to resolve Defendants' position that Plaintiffs did not have sufficient deposition time to take these depositions. The last expert witness deposition, of Dr. Chris Herring, was taken on April 14, 2025. On March 9 and March 10, 2025, Defendants made several significant document productions totaling thousands of pages, including CCSF-COH_661014-CCSF-COH_681720, CCSF-

1  COH_681721-CCSF-COH_713826, CCSF-COH_713827-CCSF-COH_713915, and CCSF-
2  COH_713916 - CCSF-COH_715986.
3      I declare under penalty of perjury that the foregoing is true and correct, and that I executed
4  this declaration on May 23, 2025 in Oakland, CA.

                                                                */s/* Vasudha Talla
                                                                 Vasudha Talla