# EXHIBIT 2

Talla Declaration

**November 15, 2023 Sweep Monitoring Notes, Dylan Verner-Crist**

I attended the November 15, 2023 AM HSOC resolution noticed for "Fern between Larkin and Polk." Below are my notes.

**Approx. 8:15** I arrive at the Hemlock alley between Larkin and Polk. It is noticed to be swept this afternoon. I do not see any City workers here. There are around nine tents on the block and a lot of unhoused people; I count six plus people in one tent. I talk to some unhoused people to see if the City has come through. They said no, but added that they saw DPW trucks swing through the block and saw the workers in them looking around.

**Approx. 8:24** I arrive at the Fern alley. The City workers are here. I see David Nakanishi with DEM, Sean Delise with SFFD, four cops, two cop cars, two DEM vehicles, two DPW trucks, 3-4 DPW workers, 3-4 ERT workers in their tan jackets, including Pedro Rincon and the other standard guy. I talk to one unhoused person on the block, who gives his name as Zachary. He tells me that ERT spoke to him this morning. They asked him if he wanted to go inside. He said yes. They haven't offered him anything specific yet nor have they said what they have to offer. He'll see what they have but he wants to get off the street. Another unhoused man, Ryan, tells me that the big silver tent on the block belongs to a woman and her boyfriend. They are not here right now. He tells me that the woman went to look for her boyfriend.

**Approx. 8:32** Two more DPW workers arrive on the scene. I talk to two unhoused people on the Larkin end of the block, a man named Adam and a woman with him who did not give her name. Adam told me that ERT had talked to them and asked them if they wanted to go inside. The ERT workers did not provide any specifics. Adam said that he is interested in shelter. He said that the stuff next to him belongs to his friend Mike, who is not here right now but is probably at the Cova Hotel nearby. I follow Adam as he goes to talk to Sean Delise from SFFD and Nakanishi from DEM to ask for some time to go find Mike. Adam reiterates to Delise and Nakanishi that he was interested in shelter. Adam asks Delise and Nakanishi for some additional time to find Mike, but Delise and Nakanishi say no. Delise tells him that the belongings will be thrown out at 9:00 if they are still there. He tells David that they posted 72-hour notice. Adam then runs off to find Mike. There is also an investigator here from the City, writing notes in a notepad.

**Approx. 8:44** I take photos of Mike's belongings to document the condition that they are in. On the following five pages are six photos, taken by me between 8:44 and 8:45, showing Mike's belongings.

**Approx. 8:48** Delise approaches Mike's tent. He snips back the cover of the tent with some scissors. He takes some photos of the inside of the tent. He then tells one of the DPW workers that the tent has been unoccupied since 6:30. On the sixth and seventh following pages are two photos taken by me at 8:48 showing Delise, scissors in hand, approaching the tent.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00002063



Privileged & Confidential – Work Product

VERNER-CRIST_00002064



Privileged & Confidential – Work Product

VERNER-CRIST_00002065



Privileged & Confidential – Work Product

CONFIDENTIAL



Privileged & Confidential – Work Product

VERNER-CRIST_00002067



Privileged & Confidential – Work Product

                                                    VERNER-CRIST_00002068



Privileged & Confidential – Work Product

VERNER-CRIST_00002069

**Approx. 8:52** DPW workers begin destroying Mike's tent and the associated belongings. I am surprised by this. I approach Delise and remind him that it is not yet nine and that he had told Adam that he had until then to find Mike. He tells me that it is almost nine and that they were out here offering shelter anyway. I tell Delise that there is functional property like two walkers in the encampment and that Mike could have a disability. He tells me that he "hears that" but does not intervene with the DPW workers. The DPW workers meanwhile throw all the property into a dump truck.

Below and on the following ten pages are photos taken by me between 8:51 and 8:58 showing DPW workers, including Supervisor I Israel Graham (in red hat) and Esteban Trujillo (in black hat), breaking down the encampment and throwing the belongings into a trash truck. SFPD Officer K. Bradley stood by throughout and did not intervene. Some of the images also show SFFD Paramedic Sean Delise supervising the operation. The DPW workers threw out all of Mike's belongings, including his tent (which did not appear to be in good condition), at least working walkers, a cooler, a couch, multiple pairs of shoes, a tarp, and a suitcase. DPW workers did not appear to bag and tag any of this property. By 8:58, the encampment was destroyed.



Privileged & Confidential – Work Product

VERNER-CRIST_00002070



Privileged & Confidential – Work Product

VERNER-CRIST_00002071



Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL



Privileged & Confidential – Work Product

VERNER-CRIST_00002074



Privileged & Confidential – Work Product

VERNER-CRIST_00002075



Privileged & Confidential – Work Product

VERNER-CRIST_00002076



Privileged & Confidential – Work Product

VERNER-CRIST_00002077



Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00002079



Privileged & Confidential – Work Product

**Approx. 9:02** Mike returns with Adam. Mike sees his property on the truck and begins arguing with DPW and Delise about it. He tells them that he works all the time and tries to get his stuff off the truck. As Mike argues with Graham and Delise, I hear Delise tell him that he had 72-hours of notice and that he wasn't allowed to stay on this block of Willow at all. Bradley eventually intervenes and tells Mike, "They gave you quite a few days to get your stuff out of here." Eventually, Graham lets him get a pair or two of shoes and some clothes, but that's it. On the following two pages are photos taken by me at 9:03, 9:07, and 9:08 of Mike (center, gray and black jacket) arguing with Graham (on the truck), Delise, and Bradley about his property. The property at his feet in the third photo is what he was able to get returned to him by Graham.

**Approx. 9:30** The DPW workers are working to bag and tag a silver tent and some associated property. One unhoused man is helping them out. The woman in the tent got arrested on a warrant out of San Mateo. Her boyfriend is in a shelter. The DPW workers are the police are bagging her property so that she can go and get it after she is released. On the third following page are two photos taken by me at 9:27 showing Graham working with the unhoused man to break down the woman's tent. On the page following that (fourth following page) are two photos taken by me at 9:29 and 9:30, respectively, showing workers with the Upper Polk CBD with some fresh planters; the first photo shows Nakanishi (back turned, wearing DEM jacket), talking to these workers.

**Approx. 9:40** Pedro Rincon with ERT comes over to talk to Mike, whose full name is Mike Adams. He asks Mike if he is interested in shelter, but he tells him that his friend Adam got the last shelter bed and that because Mike wasn't here at the beginning of the sweep he cannot get a shelter spot. Mike is sitting on a planter with the remains of his stuff. Mike doesn't seem interested in going to shelter anyway.

**Approx. 9:45** While I'm speaking with Mike, Nakanishi comes over. He tells Mike that he cannot return to the block. He says that the neighbors have been complaining and that the Upper Polk CBD will be installing planters on the block. He tells Mike that the planters are to block access and prevent camping on the block. He says that there will no longer be four feet of passageway with the planters and a tent, so if Mike returns, he'll be arrested for blocking the sidewalk, an ADA violation. He repeats that Mike cannot come back here.

*(Account continues following photos)*

Privileged & Confidential – Work Product

CONFIDENTIAL                                        VERNER-CRIST_00002081





Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00002083



Privileged & Confidential – Work Product

VERNER-CRIST_00002084



Privileged & Confidential – Work Product

VERNER-CRIST_00002085

**Approx. 9:55** The Upper Polk CBD workers begin installing more planters on the block. Below is a photo taken by me at 9:55 showing the CBD workers carting some planters down the block towards where Mike Adams had been camping.



**Approx. 10:00** Another unhoused man, Zachary, is now packed up. He had been going to go to a navigation center bed but tells me that he is now on the fence. He says that was all he was offered. He was sent to a boarding school as a kid and has trauma from that, from being in dormitories, and struggles with them. He doesn't know what he'll do.

**Approx. 10:10** The City workers are heading out. The CBD workers are working with a City Fire Marshal to put in the planters. She's making sure that the planters don't block emergency access. She's asking them to move some of the planters for fire safety. It is evident that the City is collaborating with the CBD here to install the planters to block homeless people from using the block. On the following page a photo taken by me at 10:04 shows the Fire Marshal (blonde woman, arms out) directing the installation of the planters.

**Approx. 10:15** I left the area with the sweep now done.

Privileged & Confidential – Work Product

VERNER-CRIST_00002086



Privileged & Confidential – Work Product

VERNER-CRIST_00002087