# EXHIBIT 3

Talla Declaration

**December 4, 2023 Sweep Monitoring Notes, Dylan Verner-Crist**

I attended the December 4, 2023 morning sweep, which was posted for Fell Street between Baker Street and Lyon Street and on the 400 Block of Baker Street in the Panhandle.

I arrived at the block of Fell Street at 8:12 AM. I saw nine SFPD officers, including Lieutenant Young, Officer Peralta, Officer I. Huerta, and Sergeant Hoang; a police van; three police cruisers; two HOT workers and a HOT car; Carl Berger of the Fire Department and a white DEM vehicle; three DPW workers; three DPW trucks; and a woman named Angela from the City Attorney's Office. Like me, Angela was there to observe.

I counted five tents and approximately seven unhoused people. The unhoused people were already packing up as the City stood around.

Shortly after I arrived, Berger came up to me and told me that one of the unhoused people wanted to talk to me. Berger pointed him out. I went over to talk to the man, who gave his name as James Reem (415-919-0400). James is a middle-aged white man from the Sunset. He told me that he is an artist and showed me his artwork; a photo of his work is copied below.



Privileged & Confidential / Attorney Work Product

James said that he was interested in shelter but that the City's shelters only allowed two bags of property and he was unwilling to part with his artwork and paint to go into a shelter, and that he couldn't trust the City not to steal it from storage. James also said that he had concerns about drug use in shelters, particularly in the Tenderloin. He said that the City had swept him just the past year and that they regularly came to the Panhandle area to push him and the other people in the encampment from block to block. No one from the City had talked to him at that point nor offered him shelter, although he had been offered shelter the previous week and had declined for the previous reasons. He had seen the notices posted to the tree, the City standing around, and was packing up accordingly.

At around 8:30, I spoke with a man in the encampment named Sean. He was packing up and busy. He said that he was interested in shelter but had to move along quickly that day because he had things to do. He confirmed that HOT had already talked to him but that no one else had. He was packing up his tent and planned to leave the area.

I then spoke to another woman who had already packed up her things and moved down the block. She packed up and left before HOT came by. She decided to just clear out.

At around 8:40, DPW started clearing away trash and belongings. Unhoused people were still packing up at the time. At 8:44, DPW started throwing out a fully intact tent and the belongings around it. There was no one around to claim the tent or belongings. Before they did so<u>, Berger asked them if they were going to bag and tag the tent. One of the workers replied that they were not going to bag and tag the tent or property. A photo of the tent and the property around it – including an armchair in good condition – is below. I took this photo at 8:41 AM.</u>



Privileged & Confidential / Attorney Work Product

The DPW workers began by throwing out the belongings around the tent, including the armchair. A photo showing a worker throwing an armchair onto their truck is below.



Within just a few minutes – by 8:46 AM – the tent and the belongings around it were gone. Below is a photo I took at 8:46 AM showing the workers about to take away the broken-down tent.



Privileged & Confidential / Attorney Work Product

After breaking down the tent, the DPW workers stepped back for a bit. At 8:53 AM, the SFPD officers stepped up and more vigorously watched the unhoused people as they hurriedly packed up.

At around 8:55 AM, Officer Huerta walked up to James and asked him if HOT had talked to him already. James told him that he had previously talked to HOT but that the shelter spaces would require him to give up too much of his belongings. Huerta then asked where James was relocating to. James responded that he was moving his belongings onto the next block but would move back after the cleaning was done, per the sweep notice.

Berger and Huerta then walked with James to the next block and began talking animatedly with him about his decision to relocate. Angela and I stood on. Their conversation took around 10 minutes. <u>Berger began by telling James that he could not move his belongings onto the next block, telling him, "You're still camping in the area… You're not allowed to be on the sidewalk if you're refusing shelter." James replied that the notice said he could move back after the sweep. Berger replied that the notice was incorrect, that they were working on fixing it, and that it did not supersede current law.</u> James said that the shelters required him to give up too much of his belongings, that he was a painter, and that he could not go into the shelters and keep his painting items. Berger told him that he could store the belongings; James replied that things were often stolen from the City's storage. James said that he didn't want to go to the Tenderloin and be among all the drug use there; Berger replied that there were shelters in the City outside the Tenderloin. Berger told James again that he could not camp or lodge on the sidewalk if he was refusing shelter and that he couldn't have unlimited property in a shelter.

The conversation eventually petered out and James went back to moving his belongings to the next block. Hoang and the other officers appeared a little at a loss.

At 9:05, I saw fire marshals on scene and overheard them talking about writing citations to people for blocking the sidewalk.

At 9:10, I overheard HOT workers saying that no one at the encampment had accepted shelter.

<u>At 9:20 AM, James asked DPW if they would store his grill. DPW had picked up his grill – a standard Weber grill that looked in good shape – and were bringing it towards their dump truck. Berger told James, "We don't bag and tag bulky items." I spoke up and told Berger that that is not true – that DPW policy dictates that bulky items will be preserved for 14 days. I took the DPW storage policy out of my backpack and showed it to him. Angela stood on watching, saying nothing. Berger looked at it and then told me he would make a call to clarify. He said that he recalled a previous notice stating that the City would not store bulky items. I told him that that was a previous notice that had been corrected by the parties. He then went away to make the call. He came back shortly after and told me that I was correct and that bulky items should be bagged and tagged.</u>

Privileged & Confidential / Attorney Work Product

By 9:28, the block of Fell Street was all but clear. As I stood on the block, one of the officers came up. His badge said J. Sung. He told me that he was not on the HSOC detail and that he was only there because Fell Street was in his sector. He told me that he thought the sweeps were cruel and pointless.

At 9:35, I walked by two of the DPW workers sitting on a stoop. <u>I overheard one saying, "We don't have time for bag and tag. No one has time for that."</u>

At 9:37, City workers including Berger and Hoang began talking to James again, telling him that he was refusing shelter and could not camp on the sidewalk. They did not tell him that they would cite him, potentially because I was standing on.

By 9:45, the City had started leaving the block. By 10 AM, the last cop car had left the block. I left Fell Street at 10:01 with that part of the sweep done.

I then walked over to Baker Street, where I saw the City on the 400 Block. The same group of City workers was on this block. I saw three tents and three to five unhoused people on the block.

As I walked up, at around 10:05, I passed Sergeant Hoang. He was on the phone, talking to someone about the procedures for PC 647(e) citations. It was clear he was trying to figure out the proper procedure for how to cite people with illegal lodging.

At 10:09, the DPW workers began throwing out belongings and putting tents and furniture in their truck. Below is a photo I took at 10:09 showing bedding and furniture in the bag of a truck.



Privileged & Confidential / Attorney Work Product

CONFIDENTIAL                                                                                                        VERNER-CRIST_00001881

At 10:19, I spoke with a man at the encampment who gave his name as Ray. He said that SFPD was going to tow his motorcycle away because it did not have tags. He said that he just bought it yesterday but that he didn't have a bill of sale. He had tried to argue with SFPD, but they told him that if he continued to argue he'd get arrested.

By 10:20, there was only one tent left on the block. Its occupant, who gave his name as Geoffrey, was hurriedly packing up. Officer Huerta took out his citation pad and looked like he was going to cite Geoffrey, before putting it away again.

At 10:24, I checked for notice on the block but did not see any.

At 10:26, I overheard Hoang talking on a City conference call about sweep procedures last week and this week.

At 10:29, as Geoffrey was moving his stuff down the block, Berger came up and looked inside Geoffrey's tent with a DPW worker standing on. Berger then told Geoffrey that his belongings were soiled, a human health hazard, and that they had to be disposed of. The atmosphere then got very tense. I looked into Geoffrey's belongings and saw that they were not in good shape. For the next 15 minutes, Geoffrey hurriedly moved his belongings while arguing with Berger. As this was going on, the two DPW workers would come up, grab some of the belongings – which did not appear to be in good condition – and throw them onto the truck. As Geoffrey got more agitated and attempted to grab his property, Huerta would step in, telling him to back off, let the workers do their job, and – at one point – telling him to back off or he'd go in handcuffs.

At 10:40, one of the DPW workers grabbed two TVs from Geoffrey's belongings, telling him "Do you have electricity? You can keep the things that you can use and that aren't trash." The worker then threw the TVs into the back of the truck. Geoffrey again got frustrated and was told to back off by Huerta. Berger continued to emphasize that the belongings were soiled, riddled with perishable food, and a health hazard. Angela stood on writing notes and taking photos of the property.

At 10:46, Geoffrey took the remainder of his property down the block to an adjoining block with Ray's help. I then saw Huerta turn off his BWC.

By 10:51, the block was clear and hosed down. The DPW workers fist bumped and got in their cars to leave.

At 10:58 AM, I left after the City had left. As I walked away, I could see James and other unhoused people from Fell Street re-setting up where they had been previously.

Privileged & Confidential / Attorney Work Product

CONFIDENTIAL                                                                                               VERNER-CRIST_00001882