# EXHIBIT 4

Talla Declaration

### August 5, 2024 Sweep Monitoring Notes, Dylan Verner-Crist

I attended the August 5, 2024 AM HSOC resolution noticed for "Polk corridor: Polk Street corridor, Fern, Hemlock, Cedar between Larkin/Polk." Below are my notes.

**Approx. 7:55** I arrive at the Cedar alley. I see DPW workers on Cedar near Van Ness. Unhoused people camping on the block are awake and packing up.

**Approx. 7:59** There are some City officials I don't recognize on the corner of Polk and Post.

**Approx. 8:01** I continue walking up Polk Street to see if there are other City workers on the alleys farther up. There is nothing much on Hemlock. There's a DPW back loader on the other side of Van Ness, more than a block away. There are no tents on Hemlock.

**Approx. 8:03** I arrive at the Fern alley. The City sweep team is here en masse. SFMTA are blocking the street. ERT, DPW, and Upper Polk CBD ambassadors are here. The first notice for the sweep is posted midway down the block on Fern between Polk and Larkin. On the next page is a photo taken by me at 8:05 of this notice.

**Approx. 8:15** Despite all the City workers here, there are almost no unhoused people on the block. I don't see any tents. There are maybe two people on the block packing up. There's little conflict between the unhoused people and the City workers. One man is relocating off the block. I try to talk to him but he doesn't want to talk. I see all the usual department here: police, emergency management, public works, MTA, ERT, etc. There is only one cop here right now, though, Officer Tiffer. He is standing around. I also see two other observers here; they tell me that there were around seven unhoused people here at 7:45 but they cleared out already.

**Approx. 8:20** The City workers are basically done on Fern.

**Approx. 8:30** I talk to one unhoused man on Hemlock. He is on the block with his stuff in plastic bags. There are only three unhoused people on this block. He roughly knew that the sweep was coming but hadn't seen the notice. I see that notice was torn from a tree nearby. The man didn't really know what was happening. He has only been on the streets for a few months.

**Approx. 8:40** I see notice posted in the Cedar alley. There are three tents left here. The City workers haven't come down here yet. There's a blinking DPW truck down on the other block – I'm on the block between Polk and Larkin. That other block is between Van Ness and Polk. I try to talk to one of the three people on this block, but he is clearly psychotic; I get word salad in response. On the second and third following pages are photos taken by me at 8:38 and 8:39 of the notices posted on Cedar.

**8:43** The DPW workers are now arriving to this block of Cedar. It is the 1000 block.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001860



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001861



Privileged & Confidential – Work Product

CONFIDENTIAL
VERNER-CRIST_00001862

**Approx. 8:48** DPW Supervisor Israel Graham is going around taking photos of people with his iPad. One man is still asleep, on a mattress, on the block.

**Approx. 8:51** The police officers – there's more of them now – are on the block talking to people. They are asking the homeless people on the block if they're interested in going back to wherever they are from. After that, they're asking people if they want shelter. Lieutenant Wayman Young tells one man that there are no more tents allowed anywhere in the City and that if they see him again, they will cite him for lodging.

**Approx. 9:04** Officer Tien is citing one man for lodging. He directs DPW to bag and tag the tent as evidence. The man gets to keep the rest of his stuff. They are citing and releasing him. The charge is PC 647(e). The officers offer the man shelter and a ride to San Jose, which seems to be where he's from. The tent, though, is evidence and he can only get it once his criminal case is done. Tien is telling him this. The officers' body-worn cameras are on. The officers tell him that if they catch him camping again then they will book him into the jail. I walk with the man as he leaves. He confirms that he was cited for PC 647(e). He's been on the streets of SF for three years now. On the next page is a photo of the man's tent, taken by me at 9:03.

**Approx. 9:10** Israel Graham asks me what I am doing at the sweep. I tell him who I am and who I am with.

**Approx. 9:20** The police are generally much more active than I have seen them before. Rather than the ERT workers, they are the ones leading the interactions with unhoused people: offering rides home, offering shelter, seizing tents, and detaining people.

**Approx. 9:22** The ERT workers are offering unhoused people on Larkin Street shelter. David Nakanishi and Arielle Piastunovich are also here, along with other representatives from HSH. Sam Dodge is also here. On the second following page is a photo taken at 9:24 of some of the workers on the block. Piastunovich is in the middle distance, with red hair. Nakanishi is in the background.

**Approx. 9:25** The homeless people who were on this block have all moved along now. DPW is hosing down the block. Aside from the seized tent, the only seized property I have seen is one mattress that DPW workers put in their trash truck. A picture of that mattress, taken by me at 9:43, is on the third following page.

**Approx. 9:33** There is a reporter from KFFR here. I chat with her briefly.

**Approx. 9:44** The City workers seem done here. I don't know where they are going now.

**Approx. 9:49** The City workers are still milling around. They are not doing much.

**Approx. 9:56** The DPW workers and police are heading south now. I'm following them to see where they are going.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL VERNER-CRIST_00001864



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001865



Privileged & Confidential – Work Product

CONFIDENTIAL
VERNER-CRIST_00001866

**Approx. 9:58** The City sweep team is now just north of the intersection of Polk and Ellis. I do not see any notice posted here. It is also not clearly in the described noticed area. Below is a photo taken by me at 10:05 showing from left to right: the City's PIO (black jacket), Lieutenant Wayman Young, and Officers Peralta and Filippi all standing near the corner of Polk and Ellis.



**Approx. 10:00** I talk to one unhoused guy on this block. He said that he had a "feeling" that they would be coming today, but that he did not know for sure and that he had not seen any notice. He tells me that he doesn't think the City posts notice anymore. I don't see any notice in this area.

**Approx. 10:10** I talk to another unhoused person on the block, Andrew Douglass. He is here with his wife and his girlfriend (they are a trio). He said he is working with his caseworker on getting a couple room for the three of them. The ERT workers talked to him today, but they only offered him a navigation center bed, which he doesn't want to take because he is worried it'll jeopardize the room he hopes to get. He is not sure where he will go today. He is worried about the effects of Breed's recent order and wants to get out of the Tenderloin as a result.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                           VERNER-CRIST_00001867

**Approx. 10:17** Officer Tiffer begins speaking to Douglass. He starts by calling out "Dark Water!" and walking over to Douglass. I stand nearby to listen, but Tiffer and Young tell me to get on the sidewalk. There are a lot of press and observers here.

**Approx. 10:25** The police officers detain Douglass, his wife, and his girlfriend after talking with them at length about navigation center beds. Douglass maintains he has a couple room coming that he cannot jeopardize by going to a navigation center; the police are insisting that they go. After he declines, the police officers – led by Tiffer – detain Douglass and the two women. They cuff both of them behind their backs and place them into the backs of cop cars. They are being cited and released for PC 647(e). Other people on the block are still packing up; it is unclear to me why Douglass & Co are being cited and detained, but the others are not. The KFFR reporter appears shocked by what is happening; she asks me if this happens often. On the next page is a photo taken by me at 10:32 showing Tiffer cuffing Douglass's girlfriend while Officer Peralta cuffs Douglass's wife.

**Approx. 10:29** There is a Reuters reporter here too. He spends around ten minutes on the block. He shoots B-Roll of people packing up for a bit; he does not ask their permission and makes no attempt to talk to or interview them. He then interviews the City's PIO and Wayman Young on camera briefly before leaving. He does not talk to any homeless people.

**Approx. 10:33** Douglass and the two others are in the back of cop cars. Meanwhile, their belongings stand on the sidewalk. On the second following page is a photo taken by me at 10:33 showing their belongings on the sidewalk. Behind them on the sidewalk is, from left to right: an HSH employee, the City's PIO, an observer, another observer, Arielle Piastunovich talking to Wayman Young, three officers talking, the cop car where Douglass and the others are being held, and then (in the street) the KFFR reporter, Carlos from HSH, and the City's investigator. Below that photo is another photo taken by me at 10:33, showing some of Douglass's property packed up: some cushions, a folded table, another folding table, a bedspring, and a pallet, all packed on a cart.

**Approx. 10:36** Douglass and the two others remain detained. The DPW workers are hanging around, doing nothing. One unhoused person on the block is still packing up.

**Approx. 10:44** I walk up and down the block again, looking for notice. I do not see any.

**Approx. 10:49** The DPW workers get to work. They take some of Douglass's property and throw it into a trash truck. They take his tent as well. On the third following page is a photo taken by me at 10:49 showing two DPW workers carrying a bag containing clothing; the DPW worker holding the iPad in his hand as well is Israel Graham. The workers threw this bag containing clothing into their trash truck.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                    VERNER-CRIST_00001868



Privileged & Confidential – Work Product

CONFIDENTIAL
VERNER-CRIST_00001869



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001870



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001871

**Approx. 10:50** I film a video of the DPW hot spot workers starting to break down the encampment. Israel Graham walks through their midst with his iPad and takes photos. He asks Douglass's girlfriend for her name while she is taking photos. Meanwhile, the cart with Douglass's larger items is tied to a tree. Douglass approaches the belongings to untie them, warning officers to stand clear because they might roll down the hill.

**Approx. 10:52** DPW workers take the cart containing Douglass's bulky items and bring it towards their trash truck. Douglass tells me that he knows they are supposed to store such items under *Garcia v. Los Angeles*. I tell him that he should ask them to store the items for him, in the hopes that he can hang onto them. On the next page is a snip at 0:14 from a video taken by me at 10:52, showing the cart of belongings next to the trash truck. Douglass tells me that the officers are taking the belongings. He asks them, "You guys are destroying that, right?" The DPW workers do not respond. He asks gain, "You guys are destroying that, it's just going in the trash?" They still do not respond. Supervised by Graham, the workers load the cart of belongings onto their trash truck. On the second following page is a snip from 0:48 into the video, showing Graham (on left) helping another DPW worker load the cart with belongings onto their truck. While they are loading the cart onto their truck, Douglass's wife comes up and demands her backpack; she is yelling but walks down the street looking for her backpack. The workers continue to throw the cart and associated belongings onto their trash truck. On the following pages are further photos showing the disposal of these items.

**Approx. 11:00** I walk up the street to talk to Douglass about what has occurred. When I return, the City workers have left.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                        VERNER-CRIST_00001872



Privileged & Confidential – Work Product

CONFIDENTIAL
VERNER-CRIST_00001873



Privileged & Confidential – Work Product



Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001876