# EXHIBIT 5

Talla Declaration

## August 6, 2024 Sweep Monitoring Notes – Dylan Verner-Crist

The email notice described the to-be swept area as "Bryant from Division to just past Alameda." This is the area near the freeway underpasses in SOMA, a block or so off the freeway underpass and close to Treat Avenue/Division Street, where unhoused people often camp behind a Best Buy.

Lukas and I did some outreach the night before the sweep, seeing around three tents/structures in the noticed area, plus a posted sweep notice.

The day of the sweep, I arrived at 7:58 AM. I saw two MTA parking enforcement officers in their parking enforcement trucks, three DPW trucks driving by, Housing Outreach Team ("HOT") workers, and two more DPW trucks parked. I also saw KFFR reporter Angela Hart on-site. The two parked DPW trucks were right next to the noticed area. Any tents that had been there were already gone; only debris was left. The sweep appeared to have already finished. I saw Lukas Illa, COH organizer, there, talking to some reporters.

At 8:00 AM, three police officers pulled up. I recognized one of them. I overheard the DPW workers on the block say that Izzy – Israel Graham, the oft-DPW line supervisor – had already moved somewhere else.

I walked over to the area behind the Best Buy, getting to Division/Treat at 8:04 AM. I saw HOT and DPW workers. The area looked recently cleared, as if people had recently left. I saw the City's PIO. I saw Israel Graham and, behind him, unhoused people packing up their belongings. Walking down the block, I could see that unhoused people were packing up as far away as Division and Harrison.

At 8:08, I went to talk to the unhoused people who were packing up near the intersection of Division and Harris. I recognized one old couple, who I had talked to once on Merlin Street during a sweep. The woman recognized me, saying angrily, "If you were going to help us by now, you would have." I walked away; they continued packing up.

At 8:24 AM, I talked with an unhoused man named Damon. He was lying on Division behind the Best Buy. He seemed only recently awake. He said he was 53 years old, formerly incarcerated. He was frustrated that he had not been offered a room at a shelter. He told me that he didn't know that the City was coming that day.

*(continued)*

Privileged & Confidential / Attorney Work Product



*Notice Posted at the Sweep Area the Night Before*

Privileged & Confidential / Attorney Work Product

CONFIDENTIAL

At 8:33 AM, Lukas went to talk to David Nakanishi, a DEM and HSOC supervisor. I stood nearby and listened. Lukas asked David if the Best Buy area had received notice of the sweep. Nakanishi said no and that the sweep was a re-encampment prevention sweep. He said that the City had swept the area two week prior. He said that the City did not have to provide notice of such re-encampment prevention sweeps. He said that during such sweeps the City will provide unhoused people with 30 minutes to pack up their belongings; if they provide notice, they can move in immediately. He said that the people there had been told to move before. He said it did not matter if the same people weren't here two weeks ago, meaning that they had not received notice then. Lukas recorded the conversation with Nakanishi. A photo of them talking is below.



*Lukas Talking with Nakanishi*

Privileged & Confidential / Attorney Work Product

VERNER-CRIST_00002047

At around 8:40 AM, I watched SFPD officers approach a woman who was packing up belongings as DPW workers moved around her. I film the interaction. DPW workers take her cart as she repeatedly says that she needs it to move the belongings; DPW workers throw it onto the back of their truck alongside evident refuse and trash, mixing it in with the other belongings. I overhear her say that she needed the cart. One of the officers, V. Pachetti, walks up and tells her that she cannot have a cart on the street. After the officers move away, I help her move some belongings across the street. She tells me that the belongings are mostly her boyfriend's, and that she needed the cart to move the other belongings.



*The belongings that needed the cart*



*The cart in the back of the truck*

Privileged & Confidential / Attorney Work Product

VERNER-CRIST_00002048

At 8:49 AM, Lukas came up and told me that DPW was planning to place yellow caution tape around Damon's tent. Next to Damon is a man named Dante, who is limping around. After talking with him, Lukas asked DPW if Dante could have some more time to pack up given his evident disability. The DPW workers tell Lukas that Dante has had thirty minutes, that is enough time, and declined to give him any more.

At 8:51 AM, I asked the police lieutenant, Wayman Young, what the yellow caution tape was for. He tells me that it was to allow DPW to do their work without obstruction. A few minutes later, Young takes the tape down. I helped Dante and Damon move some of their stuff.



*The Caution Tape*

There are reporters with the Economist, ProPublica, and KFFR here. Maybe others.

At around 9:07, I see an unhoused man walk up to one of the DPW worker's truck and start looking into it. He grabs some easy to reach property. He then goes back and stands with the woman from earlier who had the cart. I go and talk to him. The property was his.

Privileged & Confidential / Attorney Work Product

                                                                 VERNER-CRIST_00002049

He lost a backpack, clothes, shoes, and some other property. He didn't want to be a witness.



*Man removing his possessions from DPW truck*

By 9:12, DPW has cleared the area behind the Best Buy. DPW supervisor Darryl Dilworth is here, directing things. One of the DPW guys, Estaban, is there. They're just spraying down the sidewalk now.

At around 9:25 AM, I get a declaration from Dante about the property he's lost. The block of Division/Treat is almost completely empty now. Dante wants to wait until the City leave; he keeps looking nervously behind him.

At around 10 AM, the City leaves. I hear one of them say that they are going to 16th Street between Folsom and Howard. That looks like a half mile or so away.

Privileged & Confidential / Attorney Work Product

VERNER-CRIST_00002050



*Dante's tent and bedding in the truck with trash*



*DPW spraying down the sidewalk at the end of the sweep behind the Best Buy*

Privileged & Confidential / Attorney Work Product

CONFIDENTIAL                                                                VERNER-CRIST_00002051



*Dilworth (on the right) directing the unnoticed sweep*

At 10:30, I get to 16th and Howard. The City has driven over. I see the City in full swing, cleaning the block of people and their stuff. I don't see any notice or bag and tags. I meet an unhoused woman, Shelsey Wiley. She said that she had not received notice. She hadn't been here before and didn't know when it was last swept. The City finishes this area at around 11 and leave; I don't know to where.

Privileged & Confidential / Attorney Work Product

CONFIDENTIAL                                                    VERNER-CRIST_00002052