# EXHIBIT 6

Talla Declaration

## August 15, 2024 Sweep Monitoring Notes – Dylan Verner-Crist

This was an 8 AM sweep along the Jerrold & Barneveld corridor in the Bayview. The sweep notice described the sweep as: "Jerrold at Napoleon, then Barneveld between Jerrold across from Bayshore Navigation Center, also dead end of Napoleon just past Evans."

While walking over at 7:43, I saw DPW trucks at the highway underpass off of Holloday on my way to the sweep area. The DPW guys go by a tent, they don't take much notice of me. There are some scattered tents in the underpass area, which looks like it got swept yesterday, as there is some scattered debris. I walk by notice of a sweep that occurred the day prior. Two DPW workers were picking up some trash nearby.

At 7:48, as I was walking up, I saw unhoused people walking down Jerrold with their belongings. Below is a photo taken by me at 7:47 AM of people walking by with their belongings, going from the sweep area.



I get to Jerrold and Barneveld at 7:49. The corner is already clear. Only boxes are left. Below is a photo taken by me at 7:49 AM of the sweep area – already empty.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                  VERNER-CRIST_00001908



I walk on. I find the City workers at Jerrold Ave south of Napoleon Street. The DPW workers are already well-along clearing this area. Their trucks are already full. They have put caution tape up. On the next page are photos taken by me at 7:50 AM of the workers clearing this area and their already-full trucks. Following those two photos are two more photos, taken at 7:56 and 7:57, of the full DPW trucks with DPW worker Herbert Ruth standing in front of them. The fifth photo was taken at 8:01.

At 7:57, I talk to an unhoused man named Rich Ostergard. He tells me that he wants shelter and that he has trouble walking due to spinal stenosis. He looks in rough shape. I bring him to talk to the Fire Department Incident Commander, Leslie Fong, telling her that he's interested in shelter before walking away. There are cops arriving meanwhile, including Sergeant Jamel Ellison. DPW seem to have been there for a bit; they're clearing the block and already have belongings piled high in their trucks. The HOT workers aren't there yet. I hear Israel Graham of DPW say that they'll arrive soon.

By 8:05, the DPW workers are already hosing down the block. I cross to the other side, because they've fenced off the area with yellow caution tape and I cannot get a good view of what they are doing.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                                                                                                                       VERNER-CRIST_00001909



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001910



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001911



At 8:06, I hear the recently arrived cops talking to a woman across the block. They offer her a journey home. She's animatedly talking with them, but I can't make it out. One of the officers is talking to dispatch; maybe he's running her name.

At 8:09, the City's investigator showed up.

At 8:10, DPW workers are still spraying the sidewalk down with chemicals on the north side of the block. Police officers are on their radios, talking to dispatch to see if they have available shelter for the people on the south side of the block.

At 8:19, I talk to the woman that the cops had been talking to before and offering the journey home to. Her name is ▬▬▬▬▬▬. HOT workers arrive while we're talking. ▬▬▬▬▬▬ seems psychotic; she tells me that there's a microchip in her brain and is largely unintelligible. She does tell me, though, that she wants a private room at a shelter. She says that the cops offered her journey home. She doesn't know if she'll have to move. She says she gave the cops her ID and has talked to the HOT team. She's not packed up yet and is the only tent left on the block. I look at and inside of it. It's in good shape, not soiled. On the next page is a photo taken by me at 8:17, showing the

Privileged & Confidential – Work Product



ERT/HOT workers talking with ▮▮▮▮▮▮ around her property. The second photo, taken at the same time, shows her tent.



Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                           VERNER-CRIST_00001913

Another photo below, taken at 8:37 AM, shows  packing up her belongings.



At 8:41, I talk to Rich again. Rich said that the only thing he was offered was the Bayshore Navigation Center. He says he's going to go to the shelter because he doesn't have a choice. He can't stay outside today, because DPW took and threw out all his stuff this morning. He woke up to DPW throwing his things out. They took his tent, backpack, hygiene materials, clothes, and bedding. Everything but the clothes on his back. They didn't bag and tag them. They didn't tell him they were soiled. He says they weren't. He's been on the streets for ten years, in and out of shelter. He was recently in the Navigation Center, which he got kicked out of last week for being out of for more than 48 hours.

At 8:45, as I'm talking to ▇▇▇▇ Pedro Rincon of HOT comes up to ▇▇▇▇ He had talked to her earlier about shelter; now he seems to be coming back to tell her what he can offer her. While I stand nearby, he tells her that she only qualifies for a Navigation Center bed. He apologizes to her and walks away. I go to the other side of the street to see what DPW is up to.

At around 8:52, while I'm on the other side of the street, SFPD approach ▮▮▮▮ and things suddenly escalate. I see her struggling with them and numerous officers surrounding her. I try to cross the street to see what is happening – the street is quite wide – but Sergeant Ellison threatens to arrest me if I cross the street. He yells at me to stay on that side; when I protest, he says if I cross it'll be a citation. As ▮▮▮▮ is struggling and swearing at officers, I start recording, walk down the block, cross further down, and walk up to the side of the street that ▮▮▮▮ is on. By the time I get there, things have concluded. Ellison meets me as I walk up. We discuss; I tell him I need to observe, I'm not an activist, just an investigator trying to do my job. He softens, tells me that ▮▮▮▮ can get violent and that he wanted me back for my safety. He says I can walk up now and see. ▮▮▮▮ is in the back of a patrol car, in cuffs. She's been cited for 647(e) and 148(a)(1). While she's detained, DPW workers are taking her tent, mirror, and a folding chair and throwing them roughly in the back of their truck. The City's investigator is amongst them the whole time. One of them tells me, unsolicited, that they are taking the tent to bag & tag it as evidence of lodging, connected with the arrest. They're chucking out the larger, bulky items. I don't see any civil bag and tag going on. Leslie Fong is piling up the rest of ▮▮▮▮ belongings.

Because of the sensitivity of the scene, I film the entire interaction, starting with me crossing the block and then talking to Ellison. The video shows my interaction with Ellison, the City workers (including Israel Graham) taking ▮▮▮▮ tent and her other large belongings, and Fong placing some of the belongings to the side. That video is available here:

https://photos.google.com/u/1/share/AF1QipMrNLynlaZmH2zlzqki9hQSR8uZjEhV2V95f-6i1RhrMDrVQ7flNwDXeZBWlerOYw/photo/AF1QipNnPxzsWcnOKGGrmT1_JBMTdwfYePoYcYm-htZA?key=QkNEMDU5dHc5OG1xbTU5U2lxZWp0eVZYUXpvWTJ3.

At 8:55, officers take ▮▮▮▮ out of their patrol car. She's swearing. They uncuff her and let her go back to her property. I try to go up and talk to her, but she swears at me and clearly wants to be left alone. She still has some of her belongings, but they've been reduced by half at least.

On the next page is a photo taken by me at 9:09, showing a DPW truck with some of ▮▮▮▮ chairs and other bulky items in the back, along with other disposed items. A second photo, taken by me at 9:17, shows ▮▮▮▮ disposed tent in the back of the DPW truck. The two following photos, taken at 9:17 and 9:19, respectively, show ▮▮▮▮ tent in the back of the DPW truck with HSOC Director David Nakanishi standing next to it, and another DPW truck piled high with bikes, chairs, and other usable property.

At 9:04, the City workers head to Evans Street. I walk over there in pursuit of them. As I walk down, I see unhoused people on Napoleon packing up. There aren't any City workers on Napoleon, nor any notice posted.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001916



Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                           VERNER-CRIST_00001917

At 9:16, I see the City workers at the end of Napoleon, just past Evans. They've put caution tape up on the block. I don't see any notice posted on this part of the block. The City workers already seem mostly done. As I arrive, some stray unhoused people are fleeing down the block, carrying spare things and walking fast. By the time I'm there, there are no unhoused people left on the block.

By 9:19, the City workers seem completely done with this block. They're standing around talking. I'm waiting to see what happens now. The workers take down the caution tape, so I can walk down the block. I find one notice at the end of the block. A photo of this notice is provided below, taken by me at 9:35 AM.



Privileged & Confidential – Work Product

After a lot of waiting around, I go to look for Rich. I don't find him. I walk back to see what the City is doing. I get to where they are – Evans between Napoleon and the highway underpass at around 9:54.

Between 9:55 and 10:10, I observe the City sweeping the underpass at Evans, near the Bayshore Navigation Center. This is well away from the noticed sweep area. As I walk up, the police are forcibly dragging a woman out of her tent. They cuff and cite her. The whole area is fenced off with caution tape. I can't get a good view of things. The DPW workers and City investigator are inside the tape, taking photo after photo of the tent and whatever is inside of it. I can't see well.

Below are photos taken by me of the fenced off area, with the City investigator (blonde hair, cap) inside the area, taking photos of the inside of the tent. The first photo (9:57) shows the fenced off area from the north side. The second photo (9:58) shows officers dragging the woman out of her tent. The third photo (10:00) shows the officers detaining the woman while the City investigator (blonde hair) stands on and Israel Graham jokes with other DPW workers on the right. The fourth photo (10:02) shows the City investigator photographing the tent; Israel Graham is next to her, also photographing the inside of the tent. The fifth photo (10:06) shows the closest I was able to get to the tent before it was discarded by DPW workers.



Privileged & Confidential – Work Product

CONFIDENTIAL VERNER-CRIST_00001919



Privileged & Confidential – Work Product

CONFIDENTIAL
VERNER-CRIST_00001920





Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001921

At 10:08, I observe Sam Dodge on scene, observing the sweep. He remains on the other side of the street, just chatting with HSH workers.

At 10:19, I talk to two women sitting on a stoop on Evans. One of them is Elizabeth Stromer (415-438-9662), who says she's in the Bayshore Navigation Center. She's looking for her boyfriend. She thinks he's been swept that day. She complains to me about conditions in the Navigation Center, her stuff getting stolen, Covid going around the dorm, people getting kicked out all the time. I get her number and tell her I'll call her.

At 10:20, with the woman detained, the DPW workers start breaking down her encampment. They throw out her sofa, tent, and other belongings.



Meanwhile, the woman is still detained. On the following page is a picture taken by me at 10:21, showing the woman cuffed, standing at Evans and Selby with a cop, as two other cops (Montero and Filippi) bring her two trash bags of her property. DPW workers throw out the rest of her encampment. On the second following page is a photo taken by me at 10:22 AM showing her dismantled tent, ready to be discarded by DPW workers.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                   VERNER-CRIST_00001922



Privileged & Confidential – Work Product

CONFIDENTIAL												VERNER-CRIST_00001923



Privileged & Confidential – Work Product

CONFIDENTIAL                                                                VERNER-CRIST_00001924

At 10:27, the woman who was dragged out of the tent walks by, carrying two big trash bags of stuff, going down the block after the police release her. I walk with her, try to talk to her. She seems very out of it, says something unintelligible, and walks on.

By 10:34, the City seem to be wrapping up. I leave at 10:44 with the sweep pretty much done.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                           VERNER-CRIST_00001925