# EXHIBIT 7

Talla Declaration

**October 23, 2024 AM Sweep Monitoring Notes, Dylan Verner-Crist**

I observed the October 23, 2024 AM HSOC resolution, noticed for "Patterson between Flower & Oakdale, Loomis at Industrial, partway down towards Waterloo/Lowe's." I attended the sweep with three volunteers. Below are my notes.

**Approx. 7:45** I arrive at the noticed area. The City workers are already here on Patterson Street, a small alley between Flower and Oakdale. I see the MTA workers, a DEM vehicle, and Brandon Cunningham with SFFD. The MTA workers are busy towing a parked minivan and citing vehicles. The two MTA workers are the standard HSOC ones. There is one homeless man here living in a big structure with his dog. He asks me if the workers are going to take the structure. I tell him I don't know. Apart from him, the encampment here is entirely RVs and vehicles – around six of them. There is notice posted midway down the block on a porta-pottie. Below is a 7:41 photo of that notice. On the next page is a 7:44 photo of an MTA vehicle amongst this RV encampment.



Privileged & Confidential – Work Product

                                                                                    VERNER-CRIST_00002088



I see that there is notice posted on Loomis Street, which is nearby, as well. There are scattered RVs along Loomis Street. The DPW workers are arriving here and are milling about. I see Esteban Trujillo amongst them; I don't recognize the others. I don't see anyone down on Loomis towards Waterloo. There are notices posted on this stretch, which looks like it either got swept already or the people cleared out upon hearing that the sweep was coming. It is not quite 8:00 yet. The DPW workers say aloud that they just got here. On the next page is a photo of the workers standing around at 7:52.

**Approx. 8:03** I walk back to Patterson. The police are here now; Sergeant Ellison along with a few others. The HOT workers are here as well. The homeless man with the structure tells me that his name is Martín.

*(Account continues following photo)*

Privileged & Confidential – Work Product



**Approx. 8:08** Israel Graham, the DPW supervisor, is here now. The workers are still mostly standing around. Graham is starting to take photos with his iPad. On the next page are two photos taken at 8:08 and 8:10, respectively, showing the encampment on Patterson. The structure belonging to Martín is on the right.

**Approx. 8:13** Some of the unhoused people are trying to tow a camper off of Patterson. More cops are showing up, including J. Montero. The DPW workers are circling up; Graham is wearing a dark hoodie and is talking to them. On the second following page is a photo taken at 8:13 showing this circle of DPW workers.

**Approx. 8:21** Martín is arguing with Ellison and the other cops. They don't want him towing the camper on the block with ropes. They are demanding registration for it from him. He's yelling about the cops not helping. They tell him to talk to the HOT team. He walks away yelling.

**Approx. 8:31** Darryl Dilworth shows up briefly. He does a loop around the block and then vanishes. The rest of the DPW workers aren't in sight anymore either. HSOC Director David Nakanishi is also here. He's standing talking to some cops. On the second following page is a photo taken at 8:31 showing Nakanishi talking to one of the cops.

Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00002090

October 23, 2024 AM Sweep Notes 4



Privileged & Confidential – Work Product

VERNER-CRIST_00002091



Privileged & Confidential – Work Product

VERNER-CRIST_00002092

**Approx. 8:38** There's another big DPW truck here, just waiting, parked on Oakdale at Loomis. Below is an 8:38 photo of the truck. The MTA workers are here, along with a new SFPD officer who I don't recognize. His name is P. Carr. I hear him say to some homeless people, referring to a vehicle, "Do you need anything in it? This one is going to get towed." Of the two RVs on this side of Patterson, one drives off. There's another RV and a camper on the other side of the street.



**Approx. 8:42** I'm heading to Barneveld off of Oakdale, in search of the DPW workers. The City's investigator is heading over there too. I see flashing lights and yellow vests down the block in this direction.

**Approx. 8:44** I'm now at Barneveld between McKinnon and Newcomb. This is outside of the noticed area, two-tenths of a mile away. There are two to four tents/structures here. There are four cops here, including J. Montero (#4333) and S. Dumont. There are also seven DPW workers here. Dilworth is here, talking with Graham and DPW worker Herbert Ruth. The unhoused people here are busy packing up. I don't see any notice in this area. One of the officers is giving a copy of something to one of the unhoused people, likely a facsimile of a citation. The HOT workers are not here, just DPW and the police. Below and on the following page are two photos, one taken at 8:44 showing

Privileged & Confidential – Work Product

Dilworth talking to Ruth and Graham, and the other taken at 8:46 showing the encampment at this block of Barneveld.



Privileged & Confidential – Work Product

VERNER-CRIST_00002094



**Approx. 8:52** I listen to Dilworth's conversation with Graham. They are talking about time off, Thanksgiving plans, and the like. I don't hear anything of substance about work or bag & tag policies. Meanwhile, the cops are issuing lodging citations to the people here and are seizing their tents as evidence. Montero talks to me briefly about the Giants (I'm wearing a Giants hat). Two of the other cops here are Camarra and J. Rinaldi. The cops seem to be citing all the people here for lodging.

**Approx. 9:00** Officer Camarra is telling the homeless people here that they have five minutes to pack up.

**Approx. 9:03** The ERT workers show up at this area. Pedron Rincon with ERT begins talking with the homeless people here.

**Approx. 9:06** Dilworth tells me and the other observers to move out of the "work zone." He then tells the DPW workers to put up caution tape.

**Approx. 9:11** The workers are still standing around, waiting as the homeless people here pack up. On the next page are two photos, taken at 9:07 and 9:10, respectively, showing the caution tape and the DPW workers waiting next to the encampment.

Privileged & Confidential – Work Product

 VERNER-CRIST_00002095

October 23, 2024 AM Sweep Notes 9



Privileged & Confidential – Work Product

VERNER-CRIST_00002096

**Approx. 9:37** The unhoused people at this encampment are still packing up. Below is a photo taken by me at 9:37 showing the state of the encampment.



**Approx. 9:50** Cunningham has an argument with one of the homeless men at the encampment, who is upset about the sweep. Cunningham tells him that they are blocking the sidewalk. The DPW workers then move into the encampment. One of the workers is asking the homeless people, "Do you have everything pertinent? We're going to start cleaning now."

**Approx. 9:55** This block is clear now. One of the unhoused people is arguing with the police about their lack of resources for people on the street.

On the following pages are photos taken by me between 9:49 and 10:01, showing the breakdown of the encampment on this block of Barneveld. As the photos show, the workers stepped in while the homeless people were still actively gathering up their belongings. Dilworth took photos of the encampment breakdown with an iPad. The DPW workers did not store any of the property in the encampment; everything was thrown out. Dilworth did not intervene, only speaking to the workers after they were done.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00002098





Privileged & Confidential – Work Product

VERNER-CRIST_00002099



Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL





Privileged & Confidential – Work Product

CONFIDENTIAL



Privileged & Confidential – Work Product

CONFIDENTIAL

**Approx. 10:08** I follow the DPW workers back to Patterson. There is a DPW worker here with a large CAT tractor. It is dismantling Martín's structure and carrying the remnants to the large DPW truck from earlier. There are no homeless people left on this block; the RVs and campers are all gone now, either driven away or towed. The City workers put up some caution tape on Patterson while the CAT is working. Below and on the following pages are photos taken by me between 10:10 and 10:21, showing the CAT taking apart the remnants of the Patterson encampment.



*(Account continues after photos)*

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00002105





Privileged & Confidential – Work Product

VERNER-CRIST_00002106

**Approx. 10:30 to 11:00** I go in search of Martín but cannot find him. Meanwhile, the City sweep team is just standing around, talking. They appear to be done.

**Approx. 11:04** David Nakanishi is personally moving a bunch of stuff on the sidewalk to the curb. He tells me, unprompted, that the person whose stuff it was gave it up. Nakanishi says that the man had two vehicles and didn't want this stuff. DPW is going to throw the stuff out. An unhoused man then comes up and starts sifting through the stuff on the curb. Nakanishi tells him that he can before DPW comes over. Meanwhile, Dilworth is in his car 50 feet away, watching. Below and on the following pages are photos of Nakanishi moving the stuff to the curb and the man sifting through the belongings. I took these photos between 11:02 and 11:05.



*(Account continues following photos)*

Privileged & Confidential – Work Product





Privileged & Confidential – Work Product

VERNER-CRIST_00002108



Privileged & Confidential – Work Product

**Approx. 11:11** Dilworth gets out of his truck to engage in the scene more directly. He seems to be telling the unhoused man that he cannot take any of the stuff on the curb. The man replies that the stuff is actually his. Dilworth tells him that he cannot take any of the wood structures with him. Nakanishi fetches the HOT workers, who are sitting on their phones, over to talk to the man. Nakanishi tells the man that he can have two bags of the property but that he needs to leave when DPW comes to clear the belongings. One of the ERT workers comes over to talk to the man. Another unhoused man, who previously had his RV parked right here, comes over here as well.

**Approx. 11:16** The ERT workers are now talking to the man. One of them tells him that he can only take two bags of property with him.

**Approx. 11:20** I talk to the man as well. He tells me that he's going to the Bayshore Navigation Center. He can bring two bags of property with him. He says that the rest of the stuff is his but he's going to leave it. He doesn't seem to know about the bag & tag policy and was surprised when I mentioned its requirements. He tells me that he doesn't need property storage and that he's not hanging onto the stuff. Dilworth is standing nearby throughout, listening in; he does not interject. Below is a photo taken at 11:20 showing Dilworth approaching the remaining property on the curb.



Privileged & Confidential – Work Product

**Approx. 11:24** The hot spot DPW crew are driving away now. They appear to be done. There are a few cops and DPW workers standing by for the one homeless man remaining here.

**Approx. 11:29** Nakanishi walks over to the man and asks him, "We will see you at one?" The man says yes. It sounds like he is meeting them at the afternoon sweep. The morning sweep appears to be almost done.

**Approx. 11:43** Some new DPW workers come to the area with a trash compactor truck and clear the remaining stuff on the curb into the truck. They place all the stuff into the compactor expect for the walker, which they place on the sidewalk. Below is an 11:40 photo showing these workers clearing the stuff on the curb; the walker is in the background.



**Approx. 11:47** These DPW workers pull away in their truck. They leave the walker on the sidewalk. They don't seem to be bagging & tagging it, just leaving it be.

**Approx. 11:55** I leave the area with the sweep done.

Privileged & Confidential – Work Product