# EXHIBIT 8

Talla Declaration

**November 20, 2024 AM Sweep Monitoring Notes, Dylan Verner-Crist**

I observed the November 20, 2024 AM HSOC resolution, noticed for "Hairball Northside, Cesar Chavez/Potrero 101 Off Ramp by Meadows Livingston School." Below are my notes.

**Approx. 7:45** I arrive at the sweep area – the end of Potrero Avenue, where it meets the highway underpass. I see five DPW trucks on one side of Potrero Avenue heading towards/under the highway.

**Approx. 7:48** I'm at the 101 off-ramp onto Potrero Avenue. There are seven DPW workers here plus Darryl Dilworth. They're parking a truck next to the encampment here. Brandon Cunningham from DEM/SFFD is here, standing with one of the MTA workers. It is just starting to rain now. There are unhoused people camped under the freeway, sheltered from the coming atmospheric river. With the sweep, they are starting to move from the sheltered area. I don't see anyone but DPW, SFFD, and MTA workers yet. The ERT, HOT, SFPD, and other departments aren't here. There is notice is posted on the bike walkway above the encampment, although the notice isn't visible from the encampment itself. I see one unhoused person going down through the encampment with their stuff in black trash bags. He's wearing a big rain jacket. Below is a photo taken at 7:48, showing this early scene.



Privileged & Confidential – Work Product

**Approx. 7:53** There are more DPW workers further down the off-ramp. The encampment is nestled away from the road, tucked into this area. Some of the unhoused people have big tarps covering their living areas from the rain. There are still no HOT workers here. From the walkway above, I can see the DPW workers already getting to work. The team here is the standard DPW crew plus Dilworth. Below is a photo taken at 7:52 showing the workers at the encampment.



**Approx. 7:57** Two cops show up, Officers Meza and Gamboa.

**Approx. 7:59** One of the homeless people packing up at the encampment is wearing a DPW worker's vest. The photo on the next page, taken at 7:59, shows this homeless man with his orange vest.

**Approx. 8:01** Two more cops show up. Then the City's investigator shows up as well. There are four cops here now; none are the HSOC regulars that I recognize. There are still no HOT workers here. The homeless man in the DPW vest is angry because he can't find his bike. He's yelling at Cunningham, who calls the cops for assistance, who rush over. The man then moves away from the encampment, yelling about his bike. He leaves his other stuff behind. Meanwhile, there are more cops arriving, including V. Pachetti.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00002167

Below is a photo taken by me at 8:01, showing Dilworth supervising this encampment sweep.



**Approx. 8:09** Officer Tiffer, one of the HSOC regulars, is here now. He is talking to someone down in the encampment. The HOT workers are still not here. Just the police, DPW, Cunningham, and MTA.

**Approx. 8:11** The HOT workers now show up. They are bundled up in heavy raincoats. They don't approach the encampment, though, standing instead above it on the walkway, looking down. One of the workers talks to one of the homeless people who is leaving, but that's it. The photos on the next page, taken at 8:11 and 8:21, show the HOT workers standing apart from the encampment and above the encampment on the walkway, respectively.

*(Account continues following photos)*

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00002169

**Approx. 8:14** A massive DPW trash compactor truck arrives. It parks on the curb, partially blocking the off-ramp. Cars are coming by meanwhile; it is tight getting through. The police are discussing that the off-ramp can't be closed because it is CHP's jurisdiction. Below is a 8:21 photo showing the truck as it eventually positioned itself next to the off-ramp.



**Approx. 8:19** David Nakanishi, the HSOC Director, arrives on scene. The DPW workers have started loading things into their back loader. I can't get to the encampment itself, but I can hear the compacting. Large, bulky items are getting compacted. HOT have moved above the encampment to the walkway and are looking down. They still largely haven't interacted with the unhoused people there. On the next page is an 8:23 photo of a DPW worker loading a large wooden item into the compactor as the HOT workers stand on the walkway above the encampment.

**Approx. 8:24** The HOT workers are still above the encampment, DPW is below. I do a loop around the encampment to get a better view. I don't think there are any unhoused ppl left at the encampment. I don't think any were substantively offered services by the HOT team; the HOT workers are still standing out of the rain. Meanwhile, the cops are heading elsewhere.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00002171

**Approx. 8:28** I'm now in the walkway area underneath the highways, the Hairball as it is called. There are people camped off the walkway, behind the fencing. Officer Pachetti is over here, telling the homeless people here, "You got to get up. You can't be here." The police are walking to the people camped here, telling them that the DPW workers will be coming over here. I don't see any notice here. The cops tell the unhoused people that HOT will be coming over here.

**Approx. 8:31** The HOT workers arrive to this area. I hear one of them telling a homeless person, "Grab what you can." The rain is coming down now. The homeless peoples' current shelters are under trees, under the highway ramps. Below and on the next page are photos taken at 8:31 and 8:32, showing the homeless peoples' shelters here.



*(Account continues following photo)*

Privileged & Confidential – Work Product

VERNER-CRIST_00002172



**Approx. 8:33** Officer Tiffer is at this area. As I walk up, he asks a homeless man here if he needs help in Spanish. There are four cops talking with him.

**Approx. 8:35** As the man prepares to leave, Tiffer tells him, "You got to go my friend, thank you."

**Approx. 8:36** Nakanishi and a DPW worker are attempting to break a lock to a fence here, to get into the area where one of the homeless men is camping. On the next page is an 8:37 photo of Nakanishi and the DPW worker attempting to break the lock.

**Approx. 8:38** On the other side of the walkway, the HOT workers are talking with a homeless man who is packing up. He is the only one left on that side.

**Approx. 8:41** Nakanishi and the cops have broken the lock and entered this side of the fenced area. Nakanishi is now cutting down the man's tent/structure. The cops are talking to him, asking him if he wants shelter. The man says he isn't interested due to his past experiences in shelter. Nakanishi comes up to me and tells me, unsolicited, that this isn't an HSOC resolution, that the people here are trespassing, and that PUC is trying to fix the power. On the next page is an 8:40 photo showing the cops talking with the man here.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

 VERNER-CRIST_00002174

**Approx. 8:47** I return back to the original area, the Potrero Avenue off-ramp, where the DPW hot spot team is. The DPW workers have cleared most of this encampment now. Below is a photo taken at 8:49, showing Dilworth supervising this encampment clearance.



**Approx. 8:51** I walk over to the other side of the Hairball, along Potrero Avenue. There's an encampment here as well. The City workers haven't approached it yet.

**Approx. 8:52** Over at the area that Nakanishi claimed is not part of HSOC, the HOT workers and SFPD are just standing around. There are still two unhoused people here. One is waiting for something; the other is packing up. An HSH worker arrives, shivers, and says that this is a "cold rain" today.

**Approx. 9:00** I ask the homeless man who appears to be waiting what he is waiting for. He tells me that he is waiting for transport to shelter. He's going to a Navigation Center because of the rain.

**Approx. 9:03** The cops are still standing near the second man as he packs up.

Privileged & Confidential – Work Product

**Approx. 9:04** The cops and HOT workers have approached the remaining encampment, which is nestled in along Potrero Avenue.

**Approx. 9:12** Now just the police and HOT are standing at this tent along Potrero Avenue. Below is a photo, taken at 9:15, of this tent and the associated belongings.



Privileged & Confidential – Work Product

**Approx. 9:18** The City workers leave the tent that is nestled here.

**Approx. 9:21** I follow the HOT workers to another part of the Hairball, near the steps leading down from Holladay Avenue. There is another DPW team here breaking down a tent. There is some unattended property here that is in decent shape. Below and on the following pages are some photos of the workers in this area and the unattended property. I took these photos between 9:20 and 9:21.



On the third following page are some photos I took at 9:24 and 9:26, showing the complexity of this sweep operation. The first photo shows one of the DPW crews, on the southwest side of the Hairball, in the lower left of the photo (neon green coat). The second photo shows the other two DPW crews, one in the middle (the original hot spot crew in neon green) and the other in the center-right (also in neon green).

*(Account continues following photos)*

Privileged & Confidential – Work Product

VERNER-CRIST_00002177



Privileged & Confidential – Work Product

VERNER-CRIST_00002178



Privileged & Confidential – Work Product

VERNER-CRIST_00002179



Privileged & Confidential – Work Product

VERNER-CRIST_00002180

**Approx. 9:29** The HOT workers have gone back to the central area of the Hairball. The second DPW crew is here on this southwest section clearing the unattended property here. They have piled some of the stuff onto tarps. Below is a 9:31 photo showing some of the stuff piled onto a tarp with DPW workers nearby.



**Approx. 9:33** This second DPW team is clearing this area and bringing the unattended property here to some waiting trucks. There is lots of decent property here: suitcases, carts, coolers, dressers, a drum, a mattress, and a tent.

**Approx. 9:36** The DPW workers on this second team are bringing a back loader in. I don't recognize this team – they aren't HSOC regulars. There are four DPW workers. I don't see any notice posted over here. It is raining steadily.

**Approx. 9:42** It is raining hard. The DPW workers here are loading all the decent-looking property into their compactor truck. It is all getting destroyed. On the following pages are photos and video stills taken between 9:35 and 9:42, showing the destruction of the items here.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00002182

November 20, 2024 AM Sweep Notes 19





Privileged & Confidential – Work Product

VERNER-CRIST_00002183





Privileged & Confidential – Work Product

CONFIDENTIAL



Privileged & Confidential – Work Product

VERNER-CRIST_00002185



**Approx. 9:47** I go back to look at the other area of the sweep, where the hot spot crew was. The hot spot team there is still working with the big compactor there and a tractor. The area there appears to be mostly clear now.

**Approx. 9:49** It is wet and cold. 56 degrees but feels like 52. It is raining hard.

**Approx. 9:52** The DPW workers haven't gotten to the PUC area. The cops and HOT workers are still hanging out there. It's sheltered under the freeway here. The homeless people who were here are gone now; they have taken some of their stuff. The homeless man who said to the cops earlier that he had had poor experiences in shelters is underneath the freeway, further down from the city workers. He is standing with his stuff. On the next page is a photo of him taken at 9:54, standing with his remaining belongings. I go talk to him. He says the first thing he thought when he saw the City was "why did they pick this day" because of the rain. He's waiting with his stuff. He has a shopping cart full of bottles that he wants to take to the recycling center, but he can't do that and stay with his belongings at the same time. He asked an officer if he could go do that and if they would leave his stuff alone. The officer said no, adding that he had to take everything, and he couldn't leave anything. He said that he was waiting here now to see what the City sweep team does.

Privileged & Confidential – Work Product

VERNER-CRIST_00002186



Privileged & Confidential – Work Product

VERNER-CRIST_00002187

**Approx. 10:00 to 10:30** I talk to this man at length. His name is ██████████ He said that at the beginning of the pandemic he spent a few years bouncing around in RoomKey hotels. The City then put him in an SRO in the Tenderloin. That wasn't good for him. He wasn't using drugs on the street but then got surrounded by dealers at the hotel and started using. His social worker pushed him to go into mental health treatment and he signed a 2-year contract for an SRO where the City would pay most of the rent. Three months in they started pushing at him to get a job. Then he started having problems with the people in the apartment above him. They were making a lot of noise. He went up to ask them to quiet down and the person there pulled a gun on him. He reported it to his social worker, who said she would look into it and then refused to tell him more. When he complained, they told him he was the one causing problems by knocking on doors. He asked to be moved but they said no. Then he had a problem with the landlord, who he pushed by one day. They exaggerated that, saying he had pushed and kicked him, even though he didn't know who the landlord was. Things were getting worse. He thought if he stayed, they would arrest him and send him to 850 Bryant. With things going south, he left.

He's mostly been on the street since. He gets moved a lot by cops, staying mostly in this outer mission area. He said that the officers often show up and tell him he has five minutes to leave the area. Today, they offered him a navigation center bed. He can't be in a dorm. He has PTSD from fighting in a civil war in his home country for 12 years. When he's in a crowded area, he feels overwhelmed and can snap. Last time he was in a navigation center he snapped and got sent to jail. He doesn't want to go to a dorm only to get sent to jail. When he told the cop that, the cop didn't say anything or offer anything else. The HOT workers never talked to him today. He's annoyed he has to move, he just dug drainage canals under the freeway underpass so that the water would drain during the storm. He was able to get most of his stuff today, losing only some clothes.

**Approx. 10:29** The second DPW team is done with the area on the other side. That area is pretty cleared now.

**Approx. 10:33** The second team of DPW workers are clearing the one lone tent down near the underpass. They seem to be separating out two bikes and a cart with some stuff in it. There are four line workers and a supervisor here. On the following two pages are photos taken between 10:36 and 10:55, showing the DPW workers breaking down this encampment, leaving the two bikes behind, and crushing the two red shopping carts with belongings in their truck. Nothing was bagged and tagged.

**Approx. 10:46** The main HSOC team is done and have left the area. Only the second DPW team remains. This team throws the shopping carts in their compactor. I watch them crush them. One DPW worker asks my name, tells me that his is Louis.

**Approx. 10:51** These DPW workers finish here, leaving the bikes and some other property behind.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00002189



Privileged & Confidential – Work Product

CONFIDENTIAL

**Approx. 11:01** ████ tells me he was once arrested for aggravated assault after he stepped in to try to stop his stuff getting destroyed during a sweep. He pushed by some workers to try to get his stuff, and they claimed that he had assaulted them. He has lost clothes and medications in sweeps, along with other property.

**Approx. 11:02** I'm heading out now. The sweep is pretty much done. All but the DPW workers are gone. Nakanishi says they are giving the one remaining tent "a lucky break" because they are out of time. He says they might have the police officers come back. The DPW workers are heading out now as well.

Privileged & Confidential – Work Product