# EXHIBIT 9

Talla Declaration

## November 21, 2024 AM Sweep Monitoring Notes, Dylan Verner-Crist

I observed the November 21, 2024 AM HSOC resolution, noticed for approximately 8 AM at "Selby between Revere and Oakdale." Below are my notes.

**Approx. 8:06** I arrive at Selby and Oakdale. It's a covered street under the highway in the Bayview. I don't see City workers here. One DPW truck goes by the intersection, turning. Below is a photo of Selby taken at 8:06, showing it covered by the highway.



Privileged & Confidential – Work Product

**Approx. 8:09** I see notice posted on the blocks on Selby between Palou and Oakdale. Below is a picture of this notice taken at 8:09. There are no unhoused people on this block.



Privileged & Confidential – Work Product

November 21, 2024 AM Sweep Notes 3

**Approx. 8:10** I see a DPW truck pull onto the block between Palou and Quesada. There are four RVs and two tent structures on this block. There are no City workers here now, though; the truck I saw has disappeared. I don't see notice on this block.

**Approx. 8:13** On the block of Selby between Quesada and Revere, there is notice posted as well. I see one MTA worker going down the block, running license plates. I do not recognize the MTA workers as the normal HSOC MTA worker. Below is an 8:13 photo of this notice on this block.



Privileged & Confidential – Work Product

**Approx. 8:14** It is raining. At the end of this block, I see the standard DPW hot spot workers pulling up and getting out of their trucks. The HOT workers, including Pedro Rincon, pull up. There are three DPW trucks, one HOT car, two HOT workers, and around five DPW workers.

**Approx. 8:16** This area is Revere just north of Selby. It is not strictly in the noticed area. There are a total of four DPW trucks here. They are double-parking on the road. There are three DPW workers standing around in rain gear. The ERT workers are wearing rain gear as well. The City investigator is here too.

**Approx. 8:19** The ERT workers are talking to someone in an RV parked on this block of Revere. This block of Revere is between Selby and Industrial. The person in the RV here has a lot of belongings piled around their RV. A photo below, taken at 8:20, shows these belongings. Three more photos, on the following pages, show these belongings in further detail.



Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                       VERNER-CRIST_00002115



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00002116



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00002117



**Approx. 8:21** There are two police officers here as well, Gamboa and another. Brandon Cunningham with the SFFD is here as well. The City workers are towing a sedan. I hear Cunningham tell the man in the RV that they are cleaning the area and that he needs to leave.

**Approx. 8:23** The rain is increasing. It is coming down hard now.

**Approx. 8:27** Cunningham is talking to the man with the RV and lots of stuff. He's telling him to clear his stuff off the sidewalk. They negotiate what can be taken by DPW. The man is packing up, moving stuff into or on top of his RV.

**Approx. 8:29** Pachetti and Filippi, two HSOC cops, arrive.

**Approx. 8:36** The DPW workers are still working around the man's RV on Revere. The rest of the City workers are just watching. The HOT workers talked to the man earlier, but it didn't seem to go anywhere. On the next page are two photos, taken at 8:35 and 8:44, showing the DPW workers at work around the man's RV and talking with the man about what items they can take. They throw out a bicycle that appears to be in good shape.

Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00002118



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00002119

**Approx. 8:42** Four more cops get here: Officers Tiffer and Tien, plus two others. All standard HSOC officers.

**Approx. 8:43** One of the DPW workers is now telling the man that "everything needs to come off the sidewalks." This is different than what Cunningham told him. The sidewalk is wide and there's already six feet of passageway.

**Approx. 8:47** Up on Selby itself, where the notice is posted, it is quiet. Nothing is happening up there. The City workers are all over on Revere. MTA has even blocked off this block of Revere.

**Approx. 8:50** Rincon and another HOT worker go sit in the car. They tell the third HOT worker that they're doing that, "While they figure out where we're going to go next."

**Approx. 8:52** The City workers are still clustered around the same RV. The DPW workers are starting to move more aggressively. They are clearly telling the man that he can't have anything on the sidewalk. They are tossing stuff into their truck. Nothing is being bagged and tagged. They grab one thing, but he objects, saying "those are my clothes," so they drop the bag. Below is an 8:54 photo showing this scene. The photo on the next page, taken at 8:57, shows the workers closing in around the man's RV.



Privileged & Confidential – Work Product

November 21, 2024 AM Sweep Notes 10



**Approx. 8:58** One of the workers has an iPad. He is taking photos with it. I don't see Israel Graham here today. I don't know if there are any DPW supervisors present.

**Approx. 9:00** The DPW workers are again telling the man that he needs to clear the sidewalk. They are asking him if they can take some of his stuff. He tells them that everything is going to go on top of his RV. He starts putting luggage and other things on top of the RV. On the following page are two photos, taken at 9:01 and 9:06, showing the DPW workers passing a bike up to the man to place on top of the RV and showing some luggage now stored on top of the RV.

**Approx. 9:05** Cunningham is telling the man that to "work with us so everything kind of gets cleaned up and consolidated, okay?" He asks the man if he talked to the HOT workers.

**Approx. 9:06** The DPW worker's truck is nearly full of the man's stuff now. The second photo on the next page shows the full truck. There are eight DPW workers here, all attending to this one RV.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00002122

**Approx. 9:08** The DPW worker who appeared to be directing the scene is Herbert Ruth.

**Approx. 9:11** The MTA workers are chalking the man's tires. They put a 72-hour notice on his windshield as well. There are nine cops here, all for one homeless man. The cops are standing in a circle, laughing, across the street. Below is a photo taken at 9:12 showing the officers on scene.



**Approx. 9:13** The DPW workers are moving on now. I see an old notice posted down the block for this area of Revere, but it is almost two months' old. On the next page is a photo of this notice.

**Approx. 9:17** I'm following the City workers to where they said they were going, on Barneveld just south of Jerrold.

*(Account continues following photo)*

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                 VERNER-CRIST_00002123

November 21, 2024 AM Sweep Notes 13



Privileged & Confidential – Work Product

**Approx. 9:26** The City workers are now at Barneveld just south of Jerrold. The same sweep team. Lieutenant Young is here now. There are two tents/structures here. Probably around four people in there. There are way more City staff than that here. The homeless people are huddled in their tents under tarps, to get out of the rain. Around the corner on Jerrold, I see one tent. The City workers aren't over there. There are a bunch of RVs, around four or so, on Jerrold. I also see two small tents at Jerrold and Napoleon, all in this area. There is no notice posted in this area; it is outside the noticed area for today. This area is also a half-mile from where the City workers were before this.

**Approx. 9:35** The two tents that the City workers are concentrating on, shown below in a photo taken at 9:30, are across the street from the Bayshore Navigation Center.



**Approx. 9:49** I run to the bathroom at a nearby restaurant. When I get back at 9:49, the block is clear. The tents are gone. The DPW trucks are piled high with stuff. On the next page are two photos, taken at 9:50 and 9:51, showing the DPW trucks piled high with peoples' belongings.

Privileged & Confidential – Work Product

November 21, 2024 AM Sweep Notes 15



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00002126

**Approx. 9:54** The DPW workers appear to be almost done on this block. The HOT workers are talking with one homeless man. The block is completely clear. They appear to have given the people here less than twenty minutes to pack up. No notice was posted on the block.

**Approx. 9:59** The HOT workers have come around the block. They are taking to the person in a tent on Jerrold. They are asking him if he wants to come inside because of the rain. The person declines. They offered him a spot at the Bayshore Navigation Center, nothing else. Then the HOT worker goes back – his name is Carlos – and tells the man – whose name is Armando – that he has to move.

**Approx. 10:02** I overhear one of the DPW workers saying, "Even my truck is full."

**Approx. 10:05** One of the unhoused people who was talking with the HOT workers wheels his shopping cart away, by the Bayshore Navigation Center, and keeps going.

**Approx. 10:06** Armando is up and out of his tent, moving his stuff down the block in the rain.

**Approx. 10:08** The DPW workers are spraying down Barneveld with their hose trucks. Then they begin pulling away, with their trucks full up.

**Approx. 10:10** The HOT workers, police, and Cunningham are still hanging out here. There are a few DPW trucks still here. It doesn't seem like they are headed elsewhere.

**Approx. 10:12** The HOT team is leaving. The police are leaving too. They are waving goodbye to one another. The City investigator is leaving. Some of the DPW workers are still spraying down the sidewalk. The sweep seems to be wrapping up. All the cars are heading towards the highway, not into the Bayview or back towards Evans.

**Approx. 10:15** Now it is just the DPW worker spraying the block down. Armando is wandering around. They left without clearing his encampment. It is still raining and cold.

**Approx. 10:17** The MTA workers are leaving now too. The sweep is done. I'm leaving.

**Approx. 10:21** I walk past the man who wheeled his shopping cart away from the sweep earlier. His umbrella is broken. He is trying to fix it. He's sitting on a stoop, in tears, crying.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                      VERNER-CRIST_00002127