# EXHIBIT 10

Talla Declaration

**December 7, 2024 Sweep Monitoring Notes, Dylan Verner-Crist**

I attended the December 7, 2024 JFO sweep, scheduled for Leavenworth & Eddy at 9 AM. Below are my notes.

**Approx. 8:50** I arrive at Leavenworth and Eddy. The sidewalk is wet as if it has just been hosed down. There are DPW trucks parked up the street. On Leavenworth north of Eddy, I see one tent and a woman in a wheelchair. MTA workers are here, parked at the corner. There is another tent on the other side of the street on the same block. There are some tents on the following block, after Ellis. The corner is very clear, likely due to the HSOC operation that occurred here yesterday. There's still an HSOC notice on the corner from yesterday.

**Approx. 8:56** I see two DPW workers with trash bins at Eddy and Hyde. I see two more at Ellis and Hyde. They are just picking up stray trash. They are wearing orange vests. They don't look like they work the sweep detail.

**Approx. 9:00** I see one tent on Ellis just south of Leavenworth. There are two to three tents on Leavenworth, on the north side of the block, between Ellis and O'Farrell. There is a DEM vehicle parked at Leavenworth and Ellis. I see two DPW trucks double-parked further down Leavenworth on that block.

**Approx. 9:03** The City sweep team is now in action. They are moving people off of the 300 Block of Leavenworth. The homeless people on this block are packing up. Leslie Fong is the incident commander today. Officer Irvin Huerta is here. Officer Tiffer is arriving as well. The cops are directly talking with unhoused people at the encampment. One DPW worker here is taking photos of the encampment with his iPad.

**Approx. 9:05** I haven't seen any notices posted anywhere aside from that out-of-date HSOC one from yesterday. Fong is talking to people, handing them a piece of paper. I cannot tell what it is.

**Approx. 9:07** The DPW workers are emptying a bottle of chemicals on this sidewalk already. The homeless people on the block are still packing up. There are now two HOT workers down at the other end of the block. They are talking with each other.

**Approx. 9:10** The HOT workers are now approaching people camping on the block. They are talking with some of them. The cops are standing around, chatting with each other. The MTA workers are doing the same. There is one DPW guy here. He is sweeping up stray trash on the ground. He looks like a supervisor of some sort.

**Approx. 9:14** Unhoused people are starting to wheel their stuff down the block. The cops and Fong are recognizable to me because they often work HSOC resolutions.

Privileged & Confidential – Work Product

**Approx. 9:18** The homeless people on the block are wheeling their stuff down the block. The main DPW worker is offering some of them a black trash bag to help them move their stuff. The whole thing is pretty orderly. There were around four to five people on this block to start with. They are all moving along. One of the women who is moving along tells me that she doesn't understand what she is doing wrong because, as she says, "I don't have no furniture, I don't have no tent, I don't have anything with wheels on it." She tells me that the City workers come like this every other day and that on the opposite days some workers in purple shirts come and force them to move just the same. She says that sometimes just the cops come and tell them to take their tents down.

**Approx. 9:31** This area is mostly clear now. There's a stroller left on the block. It looks like it is in okay shape. The DPW worker takes it and throws it in his truck. Fong tells the DPW worker, "She says that the stroller is dead and she doesn't want it." Fong is likely referring to an unhoused woman who the stroller belonged to. Below is a 9:33 photo of the stroller in question.



Privileged & Confidential – Work Product

December 9, 2024 AM Sweep Notes 3

**Approx. 9:37** A homeless man walks up to the HOT workers and talks to them for a bit. One of the HOT workers takes out a hygiene kit. The man then walks away without grabbing it from her.

**Approx. 9:40** The 300 Block of Leavenworth is clear now. The DPW workers are about to spray this block down. The HOT workers here have HOT backpacks and vests. They're black vests, rather than the tan vests that the ERT workers who work the HSOC resolutions wear.

**Approx. 9:48** The DPW workers are hosing down this block. The HOT workers and Fong are standing around. The cops are sitting in their cars.

**Approx. 9:53** Huerta and his partner drive off. The DPW workers are still hosing down the same block. I follow Huerta. He and his partner are parked, lights flashing, next to a tent on Ellis just east of Leavenworth. Huerta gets out and looks into the tent. Then the HOT workers come up and call into the tent, "Hey, ▮▮▮▮▮▮▮▮" for a bit. They then walk away looking disgruntled. They begin talking with the cops on the corner. Below is a photo taken by me at 9:55 showing this tent at the corner with the cop car with its lights on behind it.



Privileged & Confidential – Work Product

December 9, 2024 AM Sweep Notes 4

**Approx. 10:02** Fong walks over to the tent. She says, "Welfare check" loudly and then pulls the tarp off. She nudges the guy's foot, waking him, and tells him that he wasn't answering before. Then Tiffer comes over. He tells the person inside, whose name is presumably ▇ "I arrested you recently." He tells ▇ that he is in violation, potentially because he is in a tent on the corner. Tiffer takes the man's name and date of birth and tells him that he's going to run his name to see if he has any warrants. Then the HOT workers come over, talk to him, run some information in their phones, and talk to him again. They then start leading him through some paperwork of some kind. Below is a photo taken at 10:03 showing the City workers clustered around the tent.



**Approx. 10:06** Tiffer comes back to the tent from his vehicle. He tells ▇ that he has to come out. ▇ does so. Tiffer then tells ▇ that he has a misdemeanor warrant and that he can either go to the Embarcadero Navigation Center or he can go to jail. Huerta tries to talk him into going into the Navigation Center. ▇ agrees to do so. Tiffer tells him to pack two bags, to start packing up, and that the HOT workers can take him to the shelter. Tiffer tells him that if he sees ▇ out in the Tenderloin again, he'll arrest him on the warrant and take him to jail. He tells ▇ that the warrant is likely for failure to appear. On the next page is a photo, taken at 10:09, showing Tiffer (sunglasses, backwards ball cap) talking with ▇ (Jordans, grey beanie, back turned).

Privileged & Confidential – Work Product

December 9, 2024 AM Sweep Notes 5



**Approx. 10:12** The HOT workers are now going through some forms with ▮

**Approx. 10:19** The HOT workers are still going over some forms with him. Everyone else from the City is hanging out, standing around the tent.

**Approx. 10:23** ▮ asks the City workers, "How come no one came by before to tell me I would have to move?" The HOT workers don't respond. They tell him that they are going to go talk to homeless people on the block one up, to the north. They walk up Leavenworth and begin talking to people there. ▮ begins packing up his stuff. The cops leave ▮ and follow HOT to the higher block as well. Fong follows them.

**Approx. 10:28** The HOT workers clearly already know the people on this block. They are talking to one man, who shows them a wound on his leg. They tell him that it looks a lot better than the previous week. They offer him some snacks and water and tell him about the soap in the hygiene kit for keeping his wound clean.

**Approx. 10:29** The DPW workers are now here on this block as well. The main DPW worker is holding an iPad. He is asking people here what belongs to them and what they want to keep.

Privileged & Confidential – Work Product

**Approx. 10:30** Fong is going tent to tent, saying "Fire Department!" and asking them to open up.

**Approx. 10:32** ▇▇▇ is still down on the lower block, clearing out his tent.

**Approx. 10:33** The people on this upper block (the 400 Block of Leavenworth) are starting to pack up. One woman approaches the HOT workers and asks for an SRO room. There are five tents on the east side of the block.

**Approx. 10:36** The DPW worker with the iPad is talking to an MTA worker. He tells the MTA worker that he came to DPW from working construction and that he has been at DPW for around a year. The MTA guy tells him that he came from working security at Walgreens.

**Approx. 10:37** In comparison to the HSOC sweeps, the JFO DPW team is much smaller. There are only two workers, one trash truck, and one hose truck.

**Approx. 10:41** Homeless people on the 400 Block of Leavenworth are still packing up and taking down their tents. The City workers are hanging around.

**Approx. 10:44** I see some workers in purple vests go by with trash cans. Their vests say "GLIDE Ambassador," as do their lanyards.

**Approx. 10:48** The DPW workers are giving out plastic bags for people to pack up their stuff.

**Approx. 10:54** The people who were on this block have mostly moved on. They are wheeling their stuff along.

**Approx. 10:56** ▇▇▇ tent is down now. The DPW workers are dragging a mattress down the 400 Block to their truck. Below is an 11:00 photo of the mattress in the truck.



Privileged & Confidential – Work Product

December 9, 2024 AM Sweep Notes 7

**Approx. 11:00** The DPW workers are starting to douse chemicals on the 400 Block of Leavenworth. The people on the block have mostly moved to the corner of O'Farrell and Leavenworth.

**Approx. 11:04** The HOT workers are now putting ▮▮▮ in a transport van with some of his stuff. The rest is left on the sidewalk. Some other people come and sift through it, seeing what they can salvage. Below and on the next page are photos of what ▮▮▮ left behind as he went to the Navigation Center. These photos were taken at 11:07.



Privileged & Confidential – Work Product

December 9, 2024 AM Sweep Notes 8



**Approx. 11:22** The DPW truck pulls up the block, drives north, and then takes a left down Hyde. Meanwhile, HOT is still at the corner of Leavenworth and O'Farrell, talking to people. The notice from yesterday's HSOC sweep is posted on the corner.

**Approx. 11:36** The main DPW truck is back at the corner of Leavenworth and Elis. The main DPW worker is throwing the remnants of ▇▇▇ stuff in their truck. After he throws it all in, a woman walks up and says the silver suitcase is hers. She asks for it back. The DPW worker says she is only claiming it because she sees it on the truck. He says she is taking advantage of it. She says she was sleeping in ▇▇▇ tent last night but then he kicked her out. The DPW worker gets the suitcase off truck for her. She complains that it's empty now, that there is nothing left in it. He looks lost. Fong then comes up, tells her that ▇▇▇ told them all the stuff was his and he said they could throw it all out. The woman replies, "That's not true." Fong tells the woman that she wasn't here all morning. Fong then calls someone up and goes to confer with the DPW worker to the side. The woman continues yelling about her claimed property in frustration, saying that she's tired of losing her stuff. Then she says forget about it, seems to give up, and walks off. The DPW worker throws the suitcase back in the truck and then he and Fong walk off. On the next page are two photos: one taken at 11:32 showing the silver suitcase in the back of

Privileged & Confidential – Work Product

the truck and the other taken at 11:37 showing the suitcase on the ground, the woman (in yellow) walking away, and Fong and the DPW worker in the foreground.





Privileged & Confidential – Work Product

December 9, 2024 AM Sweep Notes 10

**Approx. 11:50** The woman in yellow comes back about ten minutes after she had left, looking for her stuff again. She asks me where the City workers went. I point them out to her. She tells me that she doesn't know why Fong got on the phone when she was talking to her. Then Fong and the DPW worker come back. Fong tells the woman that the suitcases were soiled, wet, and had food inside so the City cannot give them back. Fong adds that she cannot know that the suitcase belonged to the woman. The woman says that she knows she can just go down to the yard to claim her stuff. Fong says that the stuff is not going to be bagged and tagged. She tells the woman that they cannot just give out stuff without knowing it is hers. The woman says that she understands. Fong then says, "I don't recognize you." She asks the woman what her name is. The woman gives her name as Melody. Fong tells Melody that she (Fong) is out here a lot and that's why she's dubious about the woman's story. The woman then leaves.

**Approx. 11:51** One of the two cop cars drives off towards downtown.

**Approx. 11:55** Both of the cop cars are gone now. One of the DPW trucks has a failed battery, so the other is jumping him.

**Approx. 12:03** The City sweep team seems pretty much done. It's just one DPW truck, Fong, and an MTA truck left. One of them says that they'll be done soon. The main DPW worker says that they are done on this block.

**Approx. 12:09** Another DPW truck is coming to jump the dead one. Fong is getting in her car and driving away.

**Approx. 12:11** The DPW workers have jumped the dead truck. Fong waves goodbye to the DPW workers and the MTA worker. They're all driving away. The sweep is done. I head out.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                                    VERNER-CRIST_00002044