# EXHIBIT 11

Talla Declaration

### December 9, 2024 Sweep Monitoring Notes, Dylan Verner-Crist

I attended the AM HSOC resolution on December 9, 2024, noticed for "6th Street Corridor including at Howard, Minna, and Natoma." I attended with Bill Freeman. Below are my notes.

**Approx. 7:50** I arrive at 6th Street.

**Approx. 7:54** I see DPW workers, including Esteban Trujillo, with a cleaning truck on Minna Street just north of 6th Street. There is one police car with him. Inside it are Filippi and Tiffer. Trujillo is hosing down the sidewalk. There are two tents on Minna near him. Then Trujillo finishes and he and the cops drive off. There is notice posted on the wall and on a post nearby, but it's for December 13, 2024, not today. Below is a 7:50 photo showing the outdated notice with Trujillo and the cops behind it.

**Approx. 8:00** I see around two tents in the Natoma alley. A DPW truck drives by.



Privileged & Confidential – Work Product

December 9, 2024 AM Sweep Notes 2

**Approx. 8:05** There are not many City workers around. I see one DPW truck down Minna just south of 6th. There's a worker near it spraying down a sidewalk. There are no tents or people here. I see one DPW worker with an iPad, taking photos. There is notice posted in some locations on the alleys. Below is a 7:59 photo of one such posted notice.



**Approx. 8:12** I do a loop towards 7th and back. I do not see any City workers.

**Approx. 8:15** There are two to three tents on Howard Street just south of 6th. There is notice for December 13th posted there. There are no City workers in sight.

**Approx. 8:30** I've found the City workers. They are in the Jessie alley. I see four cops, the full DPW Hot Spot crew, Brandon Cunningham with SFFD/DEM, a City investigator, two ERT workers, and three to four DPW trucks. There are unhoused people moving down the block and some jumbled belongings around the corner on 6th Street.

**Approx. 8:36** The DPW workers are clustered around one tent. I can hear them discussing whether to bag & tag it. They take photos of the inside of the tent. The City investigator is also taking photos of the inside of the tent. Bill and I are standing on, taking photos as well. One of the DPW workers starts breaking down the tent, but then

Privileged & Confidential – Work Product

December 9, 2024 AM Sweep Notes 3

Graham tells him to bag & tag it. The tent already looks broken. The DPW workers put the tent in a bag and take it away. They then throw it in the truck, not in the cab. Below and on the following page are photos of this process, taken by me between 8:36 and 8:42.



Privileged & Confidential – Work Product

CONFIDENTIAL
VERNER-CRIST_00001816

December 9, 2024 AM Sweep Notes 4



Privileged & Confidential – Work Product

CONFIDENTIAL VERNER-CRIST_00001817

**Approx. 8:46** Jessie just north of 6th Street is now clear. The DPW workers are hosing down the block now. They have thrown out an apparently functional bike, throwing it into their trash truck. Below is a photo of this bike, taken by me at 8:44.



**Approx. 8:48** The area just south of 6th Street on Jessie is clear as well. There are two DPW workers on that block (towards downtown) that are working.

**Approx. 8:52** I haven't seen any notice posted for today on this block of Jessie.

**Approx. 9:00** The DPW workers are still hosing down the northern block of Jessie. They appear to almost be done here.

**Approx. 9:04** I talk to one of the unhoused people on the block. He was on the south side of the Jessie alley. He tells me that he didn't know the City workers were coming today. He didn't receive oral or posted notice. He said that he moved his stuff when they got here and didn't lose anything. The tent belonged to his partner. He doesn't know why they took it or if his partner wanted it. He got offered shelter today.

Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001818

**Approx. 9:19** DPW is still hosing down the Jessie alley. The MTA workers are still hanging out with them, but the police and the ERT workers have already moved along somewhere else.

**Approx. 9:23** Cunningham, the City investigator, ERT, and the police are now in the Minna alley just north of 6th. They are hanging around. There is one tent on this block.

**Approx. 9:25** The City workers are still just standing around. There is a large armchair on this block of Minna. Below is a 9:24 photo of this armchair, which looks in good condition.



Privileged & Confidential – Work Product

**Approx. 9:28** DPW arrive on this block of Minna. I see that there are torn-down notices on the ground with today's date on them. Below is a photo taken at 9:28 of the one tent on this block.



**Approx. 9:31** The DPW workers are now breaking down the one tent on this block. They are taking photos of the inside of it. They are breaking it apart. It is not in good condition. There is evident trash inside. The workers take the tent and put it on their trash truck. On the next page are photos taken at 9:31 and 9:32 showing a worker disassembling the tent and some of the trash inside the tent. The workers also throw out the armchair. Following the photos of the tent is a photo showing the armchair in the back of the trash truck. I took this photo at 9:37.

*(Account continues following photos)*

Privileged & Confidential – Work Product

December 9, 2024 AM Sweep Notes 8



Privileged & Confidential – Work Product

CONFIDENTIAL                                                          VERNER-CRIST_00001821

December 9, 2024 AM Sweep Notes 9



**Approx. 9:51** The cops are now on Natoma just south of 6th Street. They are talking to people, getting names and running them. There are three to four tents here and five to six people. The cops are going down the line, talking to everyone here. The homeless people are now packing up and moving along.

**Approx. 9:54** One homeless guy goes up to Cunningham and asks if the City is offering services today. Cunningham tells him that the City has a lot of shelter options today. The man asks if they have any SRO beds. Cunningham tells him that he is unsure but that the ERT workers will be coming to talk to the people there.

**Approx. 10:02** The unhoused people on this block are moving along now. I haven't seen any of the ERT workers talking to any of the people on this block. The City workers are just standing around.

**Approx. 10:11** The ERT workers are now taking to the homeless man from earlier who had asked Cunningham about services. The other people who were camped on Natoma just south of 6th are still packing up.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                         VERNER-CRIST_00001822

December 9, 2024 AM Sweep Notes 10

**Approx. 10:18** The DPW workers are now on Natoma. They are starting to sweep up and take photos of the remaining tents on the block. There is one large, well-kept tent on the block. Below is a photo of this tent, taken by me at 10:17.



**Approx. 10:24** Cunningham tells Graham that the tent shown above is abandoned. He does not explain why he believes that. Graham and another DPW worker approach the tent and take photos of it. The City investigator goes up as well and takes photos of the inside of the tent. I follow them and take photos of the inside. The tent is very clean, with a mattress covered by a blanket, a purse, some piled clothes, and some neatly stacked shoes inside.

**Approx. 10:37** One of the DPW workers asks Graham if they are bagging & tagging the tent. Graham shakes his head. The DPW workers start taking stuff out of the tent. Graham tells his hot spot guys that everything is trash. The workers then break down the tent and throw it and everything inside it into their trash truck. On the following pages are photos showing Graham and another worker looking inside the tent (10:23), the left and right of the inside of the tent (both 10:25), the DPW workers carrying the mattress away from the tent (10:38), the DPW workers throwing out the mattress (10:38), Graham and the other workers taking apart the tent (10:39), and the tent in the back of the trash truck (10:41).

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL												VERNER-CRIST_00001824



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001825

December 9, 2024 AM Sweep Notes 13



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001826



**Approx. 10:45** Mark Mazza is here. He briefly comes through the sweep area and then leaves. The sidewalk on Natoma is clear now. The workers are just hosing it down. The DPW trucks are starting to drive off. On the next page is a photo taken by me at 10:44 showing Mazza during his brief appearance at the sweep.

**Approx. 10:49** The sweep is almost done now. The police are driving off. Cunningham gives them the thumbs up to do so.

**Approx. 10:54** The DPW workers are driving away. The sweep is done. I'm leaving.

Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001827

December 9, 2024 AM Sweep Notes 15



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001828

December 9, 2024 AM Sweep Notes 16

Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001829