# EXHIBIT 12

Talla Declaration

**January 6, 2025 AM Sweep Monitoring Notes, Dylan Verner-Crist**

I attended the January 6, 2025 AM HSOC resolution, noticed for "Folsom between 15th/16th, Harrison between 15th/16th; Behind Best Buy (Alameda between Harrison/Treat)."

**Approx. 7:45** I arrive at 15th & Folsom. I don't see any tents. There are some RVs parked on the blocks around the area. I count around six RVs. There is one MTA vehicle on 15th just south of Folsom. I don't see any other City workers.

**Approx. 7:47** A DPW truck zooms by me on 15th, heading towards Harrison.

**Approx. 7:49** There are some DPW trucks and one MTA vehicle pulled up at Harrison between 15th and 16th. There are one to two tents here. Homeless people are packing up the tents. Some of their stuff is already on carts. Notice is posted in two areas on trees near the tents.

**Approx. 7:55** I see Brandon Cunningham from DEM/SFFD sitting in his DEM car. Some police officers drive by.



Privileged & Confidential – Work Product

VERNER-CRIST_00001951

**Approx. 8:01** I count four homeless people at this small encampment. They are all moving along. One of them is on crutches. The ERT workers are just arriving now. There are two of them. One of them is Carlos. One of the ERT workers calls to the unhoused people loudly, without approaching them, "Do you want to go inside today?" The DPW workers are just standing around meanwhile. On the previous page is a photo of the scene at this encampment, taken by me at 8:02, showing people packing up, the man on crutches in the background, and the DPW truck parked alongside the encampment. Below is a photo of the notice posted near the encampment; the photo was taken at 8:05.



Privileged & Confidential – Work Product

VERNER-CRIST_00001952

**Approx. 8:05** There are two cops here. J. Montero and another one. The ERT workers are now speaking to the man who is on crutches.

**Approx. 8:08** One of the DPW workers here looks new. He's medium height, skinny, clean-shaven, wearing bandanna, no glasses, 40s-looking Black man. He asks the other workers, "What are we going to do with the wooden house?" I can't see what he is referring to. Another DPW worker, one of the regulars, says something that I don't hear. The newcomer says, "Yeah, I understand we'll wait a bit, just trying to get the lay of the land."

**Approx. 8:10** Israel Graham from DPW is here. He is holding an iPad near a tent.

**Approx. 8:14** The cops are talking to the guy on crutches, who tells them that the orange tent belongs to his friend. The cops reply that the friend, whose name is Oscar, says that the tent isn't his. A woman, Brandi, then comes up. She says that the tent is Oscar's. The cops repeat that Oscar claimed that the tent wasn't his. Brandi talks to the cops for a bit. They take her ID and run it, asking her questions about where she lives and if she sleeps in the tent. They start their body-worn cameras ("BWCs"). She says that she has slept in the tent "sometimes." They tell her to take what she can from the tent because DPW needs to clean the blow. Meanwhile, Graham is taking photos of the inside of the tent. It is generally clean but there may be needles inside. The cops turn off their BWCs after a bit. Below and on the next page are photos taken at 8:14 and 8:15 of the tent in question.



Privileged & Confidential – Work Product

    VERNER-CRIST_00001953

January 6, 2025 AM Sweep Notes 4



Privileged & Confidential – Work Product

**Approx. 8:20** Brandi is now packing the stuff inside the tent up. She takes out the mattress, which the DPW workers take from her and put in their truck. The main DPW worker leading this effort is Herbert Ruth. Brandi takes out a collapsible bedframe. One of the DPW workers asks her if it is trash. She asks, "Does it have to be?" He says no, adding, "whatever you can take away is yours." She packs up the stuff into a cart. She seems surprised, telling me that they're letting her keep everything today as long as she moves. Below is a photo taken at 8:20 showing Ruth and another DPW worker carrying the mattress to their truck.



Privileged & Confidential – Work Product

                                                          VERNER-CRIST_00001955

**Approx. 8:26** As Brandi is talking with the cops, DPW worker Esteban Trujillo goes up, grabs the bed frame, and throws it into one of the DPW trucks. I ask Brandi if she wants the bedframe as she doesn't seem to have noticed. She tells me that it is okay, adding, "I need to work with them and give something up." She's talking to the cops about where she's from, Crescent City. The cops offer her a ride up there. She declines. Below is a photo taken at 8:22 showing the bedframe in the foreground and Herbert Ruth (left) and Esteban Trujillo (right) in the background. Photos on the following pages, taken between 8:25 and 8:29, show a man packing up his tent, Brandi talking to the cops, the packed-up encampment belongings, and the mattress and bedframe in the back of the trash truck.



Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00001957



*Privileged & Confidential – Work Product*

**Approx. 8:30** Sergeant Ellison arrives on scene. He comes up to me, says good morning, and exchanges pleasantries.

**Approx. 8:32** This block is clear now. The DPW workers are about to start hosing down the area. The unhoused people have all moved somewhere else. The DPW workers are hanging out to finish their task, but the ERT workers are driving on. I'm going to go look at the rest of the noticed area to see what tents and structures there are.

**Approx. 8:42** I see only one makeshift structure behind the Best Buy on Treat Avenue. Below is a photo of this structure, taken by me at 8:44. I don't see anything on Bryant. It doesn't look like the City workers have been here yet.



**Approx. 8:45** I see notice posted on the corner of Alameda and Treat. There is one person sleeping rough nearby. I also see notice posted at Alameda and Harrison. On the next page is a photo of the notice posted at Alameda and Treat, taken by me at 8:45.

**Approx. 8:49** I go back to Harrison at Treat. The City workers are still here. They seem done now. As I walk up, I hear Graham tell Cunningham, "We'll go around the corner now." Two DPW trucks then pull away, going down Treat towards the Best Buy.

*(Account continues after photo on following page)*

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                 VERNER-CRIST_00001960

**Approx. 8:55** The rest of the City workers, including the other DPW trucks, turn up towards Folsom between 15th and 16th. I hurry to follow them. When I get there, the cops and the ERT workers are already here. As I walk up, I see the DPW workers pulling up. There are around five homeless people with their stuff here. Some are moving down the block. One of the ERT workers is talking to another homeless person. Two other homeless people are already in handcuffs, leaning against cop cars, talking to the police. The police officers are writing citations and property receipts. They are also taking photos of structures and notice. They are likely citing people for lodging. I hear one of the DPW workers say to another, "Israel [Graham] hasn't taken any photos yet." I can hear the telltale chime of BWC; the cops have their BWCs running. Below is a photo taken by me at 8:56 showing part of this scene: the encampment to the right, a woman pushing her stuff down the block, and ERT and Cunningham in the background.



On the next page is a photo of one of the handcuffed men next to a cop car; notice is posted on the tree nearby. This notice is outdated, though; it is for a December 26, 2024 sweep. This second photo was taken at 9:00.

*(Account continues after photo)*

Privileged & Confidential – Work Product

VERNER-CRIST_00001961



Privileged & Confidential – Work Product

CONFIDENTIAL

**Approx. 8:59** Graham is now down the block taking photos of a small orange and green tent. The tent looks fairly clean. Graham and Ellison are also looking at an e-bike that is locked next to the tent. There are also Sheriff's deputies here now; they're talking to the cops. They just have a normal police car, not a booking van. The deputies then pull away and drive down the block. Below and on the following pages are photos taken at 9:01 showing the orange and green tent.



**Approx. 9:04** The cops are having one of the detained men sign a citation. I've now walked up and down the block and haven't seen any up-to-date notice on it.

**Approx. 9:07** The detained man in the red jacket is released by the cops. One of the cops, E. Fernandez, is talking to him in Spanish. The man in the red jacket then leaves the area, leaving his tent behind.

**Approx. 9:12** The DPW workers the orange and green tent, break it down, and throw it on one of their trucks. They do not bag and tag it. They throw a complete tent on top of it. On the following pages are photos of this tent, the DPW workers (including Graham and the new, bandana'd DPW worker) taking apart the tent, and the tent on the DPW truck covered in evident trash. These photos were taken between 9:01 and 9:19.

Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001963



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001964



Privileged & Confidential – Work Product

 VERNER-CRIST_00001965



Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00001967

January 6, 2025 AM Sweep Notes 18





Privileged & Confidential – Work Product

VERNER-CRIST_00001968

**Approx. 9:16** One of the unhoused women moving along tells me that the City workers took the backstop for her tent. She's moving her stuff down the block one thing at a time. She tells me that she thinks they posted notice. She says she knew they were coming.

**Approx. 9:20** This block is pretty much clear now. Below is a photo taken at 9:23 showing the now-clear block.



**Approx. 9:28** The DPW workers are hosing down the block. The ERT workers are talking to two homeless people, including the man in the red jacket. Two further HSH supervisors arrive to check in.

**Approx. 9:35** The City sweep team is now done here. They are standing around.

**Approx. 9:47** The City workers have moved along now. They are now at the area behind the Best Buy on Treat Avenue. As I walk up, I see the cops there with DPW. As I walk up, the person who had been in the structure I saw earlier is leaving it, walking out and away from the area with his dog. The cops are joking about the man. Then the DPW workers break down the structure and throw it all out. On the next page are two photos, taken at 9:48 and 9:55, respectively, showing the removal of the structure.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00001970

**Approx. 9:56** The City workers seem done on Treat Avenue. They're moving on again. I hear one of them say something about Alameda Street.

**Approx. 9:58** Sam Dodge arrives on scene.

**Approx. 10:08** The City workers are now on Alameda Street next to Hampshire Street. This is outside the noticed area for today's HSOC sweep. I do not see any notices posted in this area. There are many six tents/structures here. Lieutenant Wayman Young is now here. The cops are leading this portion of the sweep. They are talking to people while they are packing up. The ERT, HSH, and DPW workers are all just standing on. Below is a 10:08 photo of this sweep notice, showing Sergeant Ellison talking to an unhoused man in a gray hoodie. Other cops are near other tents nearby.



**Approx. 10:16** The cops are handcuffing some people and detaining them. This encampment is fairly messy.

**Approx. 10:21** One of the ERT workers is talking to one homeless man named ███████ While they're talking, Ellison comes up to ████ and tells him to come talk to him (Ellison) once he is done with ERT. Herbert Ruth from DPW then tells ████ that he can

Privileged & Confidential – Work Product

VERNER-CRIST_00001971

only take one cart of belongings with him from the sweep area. Lieutenant Young then walks up to ███████ asks him if he speaks English, and tells him that he will only be allowed to take one cart of belongings with him. ███████ then goes over to talk to Ellison, who writes him a citation. DPW then ask if they can go in, checking with Graham first to see if he has taken pictures. Graham says yes and then the DPW workers march in, breaking down the encampment.

**Approx. 10:26** ███████ is released and goes to grab some of his other belongings. He grabs a chair, but one DPW worker tells him that he can't have it. Cunningham then steps in and says, "It's fine," and lets ███████ leave with the chair. Meanwhile, the DPW workers take his red tent and his two other carts and throw them into their trash trucks. They do not bag any of the items. On the following pages are photos of the DPW workers throwing out ███████ red tent and the two carts that he was told he could not take with him, taken by me between 10:25 and 10:30.

**Approx. 10:34** The new DPW worker says to his fellows, "You see how quick that was?" He appears to be referring to how quickly they broke down the encampment. They are basically done now.

**Approx. 10:36** There are Sheriff's deputies on scene now. They are surrounding one guy. It looks like they are booking him.

**Approx. 10:40 to 11:30** I speak to ███████ at length. His name is ███████████████ He tells me that he did not know that the City workers were coming today and that he had only been in this area for a few days. He confirms what I overheard. He shows me a citation he received for lodging and a property receipt from Ellison for the tent. Photos of these documents are provided at the end of this account.

**Approx. 11:30** I go back to the sweep area after talking with ███████ The City workers are gone. The site is cleared now. I head out.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

VERNER-CRIST_00001973



Privileged & Confidential – Work Product

CONFIDENTIAL

Privileged & Confidential – Work Product

VERNER-CRIST_00001975



Privileged & Confidential – Work Product