# EXHIBIT 13

Talla Declaration

### January 7, 2025 Sweep Monitoring Notes, Dylan Verner-Crist

I observed the January 7, 2024 JFO sweep, scheduled to begin at 9:00 at Leavenworth & Eddy. Below are my observations.

**Approx. 8:54** I arrive at Ellis & Leavenworth. I see two MTA vehicles, one DEM vehicle with the incident commander inside, and one DPW truck. I see two DPW workers, who start taking photos with their iPad as they hop out of their car. There incident commander/firefighter is someone I don't recognize, a short, 30s/40s Asian-American man.

**Approx. 8:57** There's a HSOC notice posted on a tree on Leavenworth just north of Ellis, on the east side of the block. This is the 400 block of Leavenworth. Below is a photo of the notice, which is for an HSOC resolution on January 9. The City workers are meanwhile standing around. There are around ten unhoused people on the east side of this block. There are no clear tents or structures.



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001977

**Approx. 9:00** The three HOT workers are going up and down the block, talking to unhoused people. Two police cars pull up. There are two police officers in each car. They are standard HSOC officers; I recognize them.

**Approx. 9:03** We're down to six unhoused people on the block. The rest of the people have moved around the corner.

**Approx. 9:06** Another notice for the January 9 HSOC resolution here is posted midway down the block. There are no notices for this JFO sweep. A second DPW worker shows up in a second truck. He asks the first guy, "Did you take pictures? Got pictures?" He's holding his iPad as he says it.

**Approx. 9:10** There are only two unhoused people left on the east side of this block.

**Approx. 9:11** One of the DPW workers comes up to me. He tells me that they are going to start working now. He's holding caution tape. One of the cops tells me that I've got to move off the block a bit. He suggests the other side of the street. I ask if I can go further down the block instead. The officer, A. Wong, says yes, adding that I will be okay as long as I am not inside of the caution tape.

**Approx. 9:15** One of the DPW workers blocks off the upper part of the sidewalk with tape. The incident commander comes and blocks off the lower part of the block. He tells me that it is because they are cleaning and there is urine, feces, and food waste on the block, implying that the block is hazardous. One of the MTA workers asks him, "What's with the caution tape?" as if she has not seen it before. The MTA workers are different than the ones who work the HSOC resolutions. Sergeant Hoang then arrives. Nearly the entire block is taped off now. There are people walking up and down through the tape, but the City workers and the police don't seem to care. On the next page is a photo taken by me at 9:15, showing the incident commander blocking off the block with tape. The photo shows a relatively clear immediate area behind him; in the background are police officers and unhoused people picking up belongings. The photo on the second following page (taken at 9:24) shows two officers (Wong on the left, Hoang on the right) standing on the other side of the caution tape; the block, largely clear, is behind them.

**Approx. 9:22** The east side of the 400 block of Leavenworth is almost clear of unhoused people and their belongings now. The west side of the block has three tents. The City workers haven't gone over to that side yet. The DPW workers take a small cart with some stuff inside and throw it into their trash truck. The photo on the third following page, taken by me at 9:19 shows this cart being loaded into the trash truck. The photo on the fourth following page, take by me at 9:33, shows the cart amongst other discarded items.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                           VERNER-CRIST_00001978



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001979



Privileged & Confidential – Work Product

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　VERNER-CRIST_00001980



Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001982

**Approx. 9:28** The east side of the block is almost clear. The firefighter/paramedic is now on the west side of the block. He's peering into tents and talking to unhoused people. He asks one guy in a tent with an empty tent nearby, "Is your friend coming back? He left his stuff here." A photo taken by me at 9:28 shows the firefighter peering into tents in this manner.



**Approx. 9:37** The DPW workers are hosing down the east side of the block. They are looking at the images they've taken on their iPads of their work.

**Approx. 9:39** Other than the HSOC resolution notices, I do not see any notices around.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                                   VERNER-CRIST_00001983

**Approx. 9:44** Two more DPW workers arrive in a truck. I recognize some of them from the afternoon HSOC resolution team. The HOT workers are talking to people on the west side of the block now. The people in tents on this side of the block are out and packing up now. The DPW workers who just arrived at the scene are already on this west side, talking to the unhoused people here about what stuff they need and asking if there are things that they (the DPW workers) can take. Below is a photo taken by me at 9:43 showing the DPW workers talking to unhoused people as they pack up.



**Approx. 9:57** There is only one remaining tent, a sky-blue partial tent, on this west side of the block. The man in it tells me that he did not know the City workers were coming today. He woke up and everyone else on the block was gone. No one had woken him and

Privileged & Confidential – Work Product

he was surrounded by the City workers. He then gets up and drags his tent up the block, out of the sweep area. After he does so, the DPW workers begin taping off part of the west side of the block. Below is a photo taken by me at 9:59 AM of the workers beginning to gather the remaining property on the block; the caution tape is in the foreground.



**Approx. 10:00** The west side of the block is pretty much clear now. The DPW workers are putting the remaining property in their trucks. They are taking photos of the block and the property with their iPads. There are non-City workers, passersby walking through the taped-off area, but the City workers don't stop them or seem to care. On the next page is a photo taken by me of a random man walking through the blocked-off area unimpeded by the City workers.

**Approx. 10:04** The DPW workers are beginning to hose down the west side of the block. Their trucks are full of items taken from the encampments on either side of the block. On the second following page is a photo taken by me at 10:04 showing a full DPW trash truck; there are two visible mattresses on the left side of the truck.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL
VERNER-CRIST_00001986



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001987

**Approx. 10:11** The DPW workers are continuing to hose down the 400 block of Leavenworth. The cops are hanging out in their cars. One of the DPW workers grabs a bedframe, which looks to be in good shape, and throws it in the back of a trash truck. Below is a photo taken by me at 10:11 of the worker throwing out this bedframe.



**Approx. 10:12** One of the DPW workers is explaining to another one that when they take pictures of the hosing down of the block, that's the sign that they are almost done, and they are going to go to the next location. He seems to be doing some sort of On-the-Job Training. The worker who is being told this looks new.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                       VERNER-CRIST_00001988

**Approx. 10:16** The incident commander takes down the caution tape that is posted on this side of the block now. The rest of the workers are done, milling around.

**Approx. 10:25** The City workers are now done with the 400 block of Leavenworth. One DPW worker asks another if they're done or are going somewhere else. Another asks if they are still going to another location. I don't hear the responses. The firefighter gives a thumbs up sign. The workers then start their cars and head up the block.

**Approx. 10:32** The City workers are now on the 300 block of Jones. I count 3-4 tents/structures on the block and 5-6 unhoused people. The firefighter is at one tent, asking if anyone is inside and if the people who are packing up nearby know whose stuff the tent and the associated stuff belongs to. One of the unhoused people down the block says that the tent is his and that he will move it. Below is a photo taken by me at 10:34 of the firefighter looking over this property.



**Approx. 10:36** The unhoused people on the block are now moving along with their property. The DPW workers are taking photos and waiting. The unhoused people are generally moving around the corner to the 300 block of Ellis. On the next page are two

Privileged & Confidential – Work Product

CONFIDENTIAL                                              VERNER-CRIST_00001989

photos, taken by me at 10:34 and 10:36, showing people packing up and moving off the block.



Privileged & Confidential – Work Product

CONFIDENTIAL

VERNER-CRIST_00001990

**Approx. 10:41** An unhoused woman comes down the block. She is angry because some other unhoused people moved her stuff. She is worried about it getting taken. The unhoused people are mostly off the block now. The City workers are clearing up the remainder of stuff that was left. The firefighter is starting to fence off the block. Passersby are walking around the tape. The City workers don't stop them. Below is a photo taken by me at 10:41, showing the block now clear but for the DPW workers.



**Approx. 10:45** The block is clear and taped off now. The DPW workers are steaming/hosing down the block. The police officers are now going onto the other side of the block, where there are around ten people sitting around. There are no tents on that side of the block.

**Approx. 10:59** The DPW workers are done steaming the east side of the 300 block of Ellis. The people on the west side of the block have mostly moved along by now. There are only two left on that side. The DPW workers are now starting to come over onto the west side of the block. They're taking photos of the block with their iPad.

**Approx. 11:02** There is a mostly naked woman, middle-aged, sitting on the block. She hasn't moved like the other people have. The police officers and the firefighter are with

Privileged & Confidential – Work Product

her, talking with her and then conferring between each other. Mark Mazza then shows up, walks up the block, and makes a phone call. Below is a photo taken by me at 11:03 showing Mazza on the phone (right side) with the police and the firefighter standing behind a DPW worker on the left side of this block. The unhoused woman left on the block is not visible from this shot.



**Approx. 11:05** The DPW workers are clearing what is left on the block. The firefighter and the police are still talking to the woman.

**Approx. 11:09** Mazza appears to have left the sweep site. He was here for less than ten minutes.

Privileged & Confidential – Work Product

**Approx. 11:12** The DPW workers have mostly cleared this block. The half-dressed woman is still on this block with the firefighter, who is dressing her.

**Approx. 11:25** An ambulance has arrived for the woman. The firefighter and the other EMS workers who responded are loading her into it. The DPW workers have started hosing down this block. The rest of the City workers are just hanging out.

**Approx. 11:46** The City workers are now on the 200 block of Eddy. There are three people with some belongings sitting on the sidewalk at the corner of Jones and Eddy. The DPW workers are preparing to hose down another block; one of the DPW workers is spilling chemicals/cleaning solution around the corner of Jones and Eddy, even though there are still three unhoused people sitting on the corner. The chemicals fall quite near them.

**Approx. 11:58** The same DPW worker is now hosing down this corner area as passersby walk around him. The three unhoused people are still on this corner. They are getting sprayed by the hose. As the DPW worker gets closer, they hurriedly get up and move their belongings, which get sprayed in the process. The DPW worker keeps going undeterred. One of the three unhoused people seems unable to walk. He crawls across the street with his stuff, scooting along on his butt. One of the workers grabs his tent and lifts it across the street. One of the workers and the firefighters talks to him briefly. The man then scoots along up the block, still scooting along on his butt. On the following pages are three photos: (1) An 11:56 photo showing the DPW worker spraying down the corner, approaching the unhoused people with their belongings, as they begin to pick up their belongings and move away; (2) an 11:58 photo showing the DPW worker spraying around the corner; and (3) an 11:59 photo the unhoused man who appeared unable to walk sitting/scooting on the other side of the street, holding his tent and standing near a DPW worker, an MTA worker, and the paramedic/firefighter.

**Approx. 12:08** The DPW worker finishes spraying down the block. The firefighter/paramedic is chatting with the cops. It is unclear if the sweep team is going elsewhere or is done now.

**Approx. 12:12** The sweep team appears to be done. The firefighter tells the DPW workers, "Take care, thanks for you help." Some of the DPW workers are leaving. The one with the hose truck is taking off his protective covering. The police officers are driving away. The firefighter is leaving in his DEM vehicle too. They're all driving in different directions. I leave as well.

Privileged & Confidential – Work Product





Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                                                    VERNER-CRIST_00001994



Privileged & Confidential – Work Product

CONFIDENTIAL VERNER-CRIST_00001995