# EXHIBIT 14

Talla Declaration

**January 13, 2025 Sweep Monitoring Notes, Dylan Verner-Crist**

I observed the January 13, 2024 AM HSOC sweep, noticed for "Oak Grove & Morris off of Harrison, Howard between Harriett and Russ, and down Harriett." Below are my observations.

**Approx. 7:38** I see a DEM SUV go by at 6th & Howard. I walk down Howard between Harriet and Russ, but I see no City workers. I see Justin Mullins, an unhoused man I've interacted with before, and other unhoused people on the corner. I see a notice for today's sweep posted on Howard just south of 6th Street.

**Approx. 7:53** I walk to Harriet south of Harrison, underneath the freeways. There are no City workers here.

**Approx. 7:56** There are no City workers on Morris street either. I see one tent midway down the block.

**Approx. 7:57** There are no City workers on Oak Grove either. Oak Grove, Morris, and Harriet are three alleys running north-south between Bryant and Harrison.

**Approx. 8:00** There are maybe three tents/structures on the south side of Oak Grove. I do not see any notice on this block.

**Approx. 8:02** I walk back to Morris. There are still no City workers on this block. The tent midway down the block is in bad shape. There is a lot of stuff inside of it and no one is in there. Notice is posted on a fence next to it. Below is a photo of the notice.



Privileged & Confidential – Work Product

**Approx. 8:08** There are no tents/structures on Harriet between Harrison and Folsom. I see at least one person sleeping in a car. The City workers are not here. I don't see any notice on this block.

**Approx. 8:10** I'm not on Harriet between Howard and Folsom, one block up. There are two people sitting on the block near Howard and a pile of belongings midway down the block. Notice is posted on Harriet near Howard. There are no City workers here. Below is a photo taken by me at 8:11 of the pile of belongings on this block.



**Approx. 8:14** There are still no City workers on Howard. I don't know where they are. I've walked through the entire noticed area. I'm going to do a loop up towards Mission

Privileged & Confidential – Work Product

Street to see if they're there. I don't see them anywhere. There are a few unhoused people with their stuff between 6th and 7th, but their belongings look packed up already.

**Approx. 8:17** I'm not seeing the City workers anywhere. They are not off the alleys in the 7th Street corridor.

**Approx. 8:19** I see two HOT workers driving on 7th and Mission, but they are not the normal ERT people. I don't recognize them. They drive southwest towards the Mission District.

**Approx. 8:36** I walk down the 6th Street corridor from Mission down towards Howard. I still don't see the City workers.

**Approx. 8:38** I'm now at Harriet off of Howard Street. There is one tent on the eastern side of the street with two people near it. There are still no City workers around.

**Approx. 8:49** There are still no City workers on Morris Street. The mid-block tent is still there.

**Approx. 8:56** I found the City sweep team. They are on the Merlin alley. This is one alley up from the three noticed for today. It is not in the noticed area. When I get there, I see five police officers. Another, Filippi, is driving away. There are the two MTA workers in their vehicles at the entrance to the alley. The HOT workers are sitting in their cars. Brandon Cunningham is standing at the entrance to the alley. The only City workers not at the end of the alley are the DPW worker, who are mid-block throwing things into their trucks. On the next page are two photos, taken at 8:55 and 9:06, showing the two groups of City workers: the DPW workers midblock and the other workers at the end of the block.

**Approx. 8:58** The DPW workers are hosing down the block now.

**Approx. 9:01** There are a few unhoused people hanging out on Harrison just off of Merlin. They look like they've been displaced.

**Approx. 9:04** The DPW workers are still hosing down the block.

**Approx. 9:14** I talk to an unhoused man, who gives his name as Mark. I haven't seen notice on this block at all, nor is it in the noticed area. He said that he didn't know they were coming. He wasn't here when they got here, he got a call from a friend when they arrived to come get his stuff, which was on the block. The City towed his RV for registration last week; he had paid his registration but hadn't gotten it smogged because he cannot find a place to do so. He removed some of his belongings from the RV then and left them on the block. He came back and got them; he prevented them from being taken today.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL
VERNER-CRIST_00002027

**Approx. 9:17** The City workers are heading out now. The cops leave first, followed by DPW. There are four DPW trucks total. I follow them as they turn onto Oak Grove.

**Approx. 9:22** The City sweep team is now midway down Oak Grove at one of the structures here. As I walk up, one of the cops is walking an unhoused man over to the HOT workers to talk to them. The HOT workers start offering the man a navigation center bed. The rest of the City workers are just standing around.

**Approx. 9:24** Israel Graham is standing down the block, taking photos of peoples' property. The only encampment is on the south side of the block.

**Approx. 9:27** DPW workers are starting to get to work on a big heap of clear trash on the block. After talking with HOT and appearing to decline the navigation center bed, the one unhoused man on the block suddenly hops on a bike and rides quickly down the block. He leaves fast, like he's been stung. The City workers, including the cops, let him go. He leaves two bikes and the rest of his encampment where it was. Below and on the next page are photos of his bikes and the rest of his encampment, taken by me at 9:24.



Privileged & Confidential – Work Product



**Approx. 9:35** The DPW workers are still clearing the pile of trash. The rest of the City sweep team are just standing around.

**Approx. 9:39** The DPW workers are done clear the pile of trash.

**Approx. 9:49** The DPW workers approach the encampment and two bikes belonging to the man who fled the scene. They throw everything, bikes and all, in the back of a trash truck. Below are photos taken by me between 9:46 and 10:11, showing the breakdown of this encampment, the bikes being loaded into the trash truck, and the now-clear and hosed-down city block.

**Approx. 9:52** The DPW workers have broken down this encampment and are done here now. They're hosing down the block.

**Approx. 9:58** The DPW workers are done hosing down the block.

**Approx. 10:02** The City workers appear to be done on this block.

**Approx. 10:11** The City workers are done here on Oak Grove. They're just hanging around.

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL VERNER-CRIST_00002031





Privileged & Confidential – Work Product





Privileged & Confidential – Work Product

 VERNER-CRIST_00002033

**Approx. 10:12** Brandon Cunningham is going to talk to the HSH people about something. He then goes to his car and starts it, heading out. He drives down and takes a left on Bryant. The other workers are moving on too. I start after them.

**Approx. 10:19** The City workers are not on Morris Street.

**Approx. 10:22** I'm walking up Harriet to see if they've gone to the rest of the noticed area.

**Approx. 10:26** The City workers are not on Harriet.

**Approx. 10:27** The City workers are not on Howard Street. I'm not sure where they are. I'm going to head out up the 6th Street corridor to see if they're here. While walking up, I see a notice for an HSOC resolution along 6th Street set for January 17.

**Approx. 10:36** The City sweep team is not on the 6th Street corridor. I can't find them. I'm heading out.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                           VERNER-CRIST_00002034