# EXHIBIT 15

Talla Declaration

**January 14, 2025 HSOC Observation Notes, Dylan Verner-Crist**

I observed the January 14, 2025 AM HSOC resolution noticed for "Duboce/Division/13th from Valencia/Mission/SVN/Folsom/Harrison/Bryant/Potrero." Below are my notes.

**Approx. 7:30** I arrive to the noticed area. It's cold today, 45 degrees outside.

**Approx. 7:46** I arrive at Duboce & Valencia. I don't see any City workers nor any tents.

**Approx. 7:48** I'm at Duboce Street, on the north side of the street, opposite the Woodward alley. I see two DPW workers parked with two trucks. Another truck pulls up. There are around two tents on the street next to the parked trucks. The workers are standing around near them. Nearby, I see the DEM SUV parked on the raised median. There are what looks like two tents on the median. Below is a photo taken by me at 7:49 showing the workers standing near their trucks with the tents in the background.



**Approx. 7:51** Two more DPW trucks pull up onto Duboce Street and park near the other trucks. One of the trucks parks on the median. On the next page is a photo taken by me at

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001883

7:51 showing the tent(s) on the median, the DPW truck parked nearby, the DEM truck parked near it, and two MTA vehicles in the foreground on Duboce.



**Approx. 7:52** Brandon Cunningham from SFFD is out of the DEM vehicle, walking around the area. ERT workers pull up onto the block in their HOT vehicle. Pedro Rincon and another worker are in the car.

**Approx. 7:53** There are two unhoused people on the sidewalk on the north side of Duboce. They are packing up, putting their stuff together. They are a man and a woman. Both are packing up. I don't see notice posted anywhere. On the next page is a photo taken by me at 7:54 of the two people packing up as the DPW workers stand nearby.

**Approx. 7:56** The ERT workers walk up to the two people on Duboce Street. They ask them if they are interested in shelter. The woman says yes. Rincon tells her that he will put her on the list and "see what we have." The ERT workers are asking the woman questions, like how many years she has been homeless in San Francisco.

**Approx. 7:58** A police cruiser is pulling up onto the block and parking near the DPW trucks.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                    VERNER-CRIST_00001884



**Approx. 8:02** I talk to the unhoused woman. She gives her name as Lacey. She said that the unhoused man with her saw the notice, took it down, and showed it to her. She said that she found out that the City was coming today just yesterday, from him, after he had seen the notice. She tells me that she has lost a lot of property in the past, including a new Coleman grill.

**Approx. 8:04** The DPW worker who often does the hosing/steaming down of the block is splashing cleaning solution on the block near the unhoused people, who are still packing up. He starts his truck and begins hosing down the block not far away from both of them. On the next page is a photo taken by me at 8:05 AM showing the worker hosing down the block as the woman Lacey stands, packing up her belongings, in the foreground.

**Approx. 8:07** Two workers wearing DPH jackets come onto the block and start talking to the two unhoused people on the block. DPW Supervisor Israel Graham is now here too. He's taking photos of the tents and property using his iPad.

**Approx. 8:11** The DPW worker with the steamer truck starts hosing down the lower portion of this block of Duboce.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001885



**Approx. 8:12** The two unhoused people on Duboce are still packing up. DPW is hosing down the block around them. The rest of the City workers are just standing around.

**Approx. 8:17** I approach the structure/tent in the median. It consists of luggage, carts, and other materials, all covered by a tent/tarp. On the following pages are two photos of this structure/tent, taken by me at 8:17.

**Approx. 8:19** Two DPW workers approach the structure in the median and stand near it. I approach the structure and call out, trying to see if anyone is inside of it. There is no response. the structure in the median has two DPW workers standing near it. On the second following page, after the first two photos, is a photo I took at 8:19 of the two DPW workers standing next to the tent/structure. I go and try to see if anyone is inside. No response from inside. I see Cunningham across the street, talking to COH volunteer Flo Kelly about something.

**Approx. 8:22** One of the HOT workers stops me. He demands to know why I took a photo of him at a sweep the previous week. I tell him that I was just doing my job. He tells me not to take photos of him in the future. Meanwhile, the two people on Duboce are still packing up their belongings.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001886



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001887



**Approx. 8:24** I count six cops now on the scene: Officers Ivey, Young, Villena, Ledesma, and two others.

**Approx. 8:26** The DPW workers are starting to hose down the raised median, near the structure.

**Approx. 8:28** Cunningham approaches the two people on the Duboce sidewalk. He tells them, "You've got to clean up man, we're waiting on you." He then stands on nearby, waiting on them.

**Approx. 8:31** The DPW workers are starting to congregate near the structure in the median. Kelly from COH goes to talk to them. Graham is now on the median, positioning his truck behind the unattended structure. As Kelly crosses to the median, Cunningham follows her. He tells her that she cannot be on the median. He walks her back to the sidewalk, saying that she cannot be on the median for liability reasons. He tells her that he has no problem with her observing, that "nothing is in the dark." She tells him that she is concerned that the DPW workers will throw out the unattended belongings on the median. She tells Cunningham that the belongings should be bagged and tagged. Below

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL

is a photo I took at 8:32 showing Graham (middle, in sunglasses) and another DPW worker standing around the belongings in the median.



**Approx. 8:38** Chris Manitsoudis with the City Attorney's Office shows up at the sweep location. He goes to the median where Kelly has just been told that she cannot be and takes photos of the structure and the area. Neither Cunningham nor Graham stop him or interrupt his work in any way. Graham and the other DPW workers then begin breaking down the belongings on the median. As they start to do so, Cunningham walks to the median and talks to Graham briefly. DPW workers meanwhile are breaking down the encampment. After Cunningham talks with Graham, the workers take three pieces of luggage from the encampment and place them to the side. The workers throw everything else into their trash trucks. The workers finish breaking down the encampment and then stand over the luggage, talking. They appear to be discussing what to do. On the next few pages are photos taken by me between 8:34 and 8:42, showing Manitsoudis (in brown and blue jacket) taking photos, Cunningham directing the breakdown of the encampment, Cunningham talking to Graham (Cunningham in blue jacket and cap, Graham in red cap and sunglasses), the DPW workers breaking down the encampment, and the workers standing over the luggage. The encampment also consisted of a number of bulky items, such as carts, that appeared to be in good condition. These were not bagged and tagged.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL

January 14, 2025 Sweep Notes 8



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT





PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001891



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001893



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001894

I also took a brief video of the workers breaking down the encampment:
https://photos.google.com/u/1/photo/AF1QipMkpdvLFA32YufljdWQmpiRLgYTkerQxC
C8lPGc

**Approx. 8:45** The DPW workers wheel the luggage to another truck, different from the
trash trucks. They stand over the luggage, talking some more. They still appear to be
deliberating on what to do.

**Approx. 8:47** The DPW workers begin placing the luggage into black trash bags. They
take the luggage and place it onto the third truck. It appears that they are bagging and
tagging the luggage. The steam worker then begins hosing down the area. Despite
bagging and tagging the luggage, the workers have not posted any post-removal notice at
the site. Below is a photo taken by me at 8:48 of the workers placing the luggage, now in
black trash bags, into the back of the truck.



**Approx. 8:50** With the median now clear, the DPW workers move back to the north
sidewalk area of Duboce. The two unhoused people who were here are now gone. They
have moved on. The DPW workers start steaming down this area.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001895

**Approx. 8:53** I take photos of the back of the trucks where the non-bagged and tagged items from the encampment were thrown. The items in these trucks include clothes, a tent, and two carts – now strewn with evident trash. I also take photos of the now-clear median, showing the lack of post-removal notice. These photos, taken at 8:53, 8:53, 8:58, and 8:59, respectively, are provided on the bottom of this page and on the following pages.

**Approx. 8:56** Cunningham gets into his car and drives south of Mission Street, to the southern side of Duboce/13th just east of Mission. The rest of the City workers follow him, parking down at that area as well. The DPW workers drive on from the original sweep location without posting a post-removal notice for the bagged & tagged items. The area where the tent was on the median remains bare.

**Approx. 9:03** The HOT workers are now on Duboce just east of Mission, talking to unhoused people who are on the southern side of the block. The DPW workers are not in sight; they have driven somewhere else.

**Approx. 9:06** I follow the DPW workers, who I see down on 13th between South Van Ness and Mission now.



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

January 14, 2025 Sweep Notes 15



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT



**Approx. 9:11** The City workers are now just standing around on the north side of 13th between Mission and Van Ness. There's an empty fenced-in area on the north side of this block. It looks strewn with stuff. There are no unhoused people here. I see a California ID on the ground. I take a photo of it. This photo, taken by me at 9:10, is provided on the next page. Cunningham then comes to this area, as do the police officers and the City investigator. Sergeant Hoang arrives on the scene as well.

**Approx. 9:17** David Nakanishi walks up to me and asks me if we can chat. He asks who supervises the sweep observers and says that there was an issue yesterday with our observers and the HOT workers. I tell him that I heard about the interaction and that I would pass along his concerns and told him that we were only there to observe, not get in the way. He tells me that he has to report what happened to the City Attorney's Office and that he does not want any of our observers to get arrested for obstruction.

**Approx. 9:39** The DPW workers are steaming down this block.

**Approx. 9:48** I see notice posted on a pole at 13th just west of Folsom. It dates from a January 9th sweep. It is the first notice I've seen today. A photo of this notice, taken by me at 9:48, is on the second following page.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001898



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001899



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001900

**Approx. 9:51** The City workers are now in the Erie Alley, which runs parallel to 13th just south. The HOT workers are walking out of the alley as I walk in. As I walk up, I see the DPW workers parked near one tent/structure and on the other end, the DEM vehicle.

**Approx. 9:54** I do not see any notice posted on this block. This area is also not described in the notice for today. It is well-removed from the noticed area. There is one person with a structure here midway down the block. They are packing up. The DPW workers are waiting around meanwhile. HSH, DPW, SFPD, and SFFD workers are all also clustered here on this block.

**Approx. 10:01** The DPW workers are hosing down the block, farther down on Erie alley. The police officers are standing outside the one structure, yelling in, asking if anyone is inside, lifting up the curtain. They yell, "Well-being check." Below is a photo taken by me at 10:02 of the workers standing outside the structure.



**Approx. 10:04** Cunningham comes over to the structure, leans into it, and appears to talk to someone inside. Cunningham wakes him and explains that he needs to get up so they can clean the area. The man inside gets up. The police officers ask if he's interested in shelter. He says yes. There are HSH workers standing nearby. One of them calls the ERT

workers to come back. One of the police officers tell the man that he should talk to the ERT workers and if they don't have anything, that the police also have shelter beds that they can offer. Below is a photo taken by me at 10:06 of the man outside his property, talking with the officer, and beginning to pack up his belongings.



**Approx. 10:15** The police officers and Cunningham talk to the one unhoused man. I hear only the end of their conversation. The man is going to talk to the ERT workers and is bringing a small handful of his property with him. He is also going to have a cut on his thumb checked out by the City workers. He walks down the block, leaving the rest of his stuff behind. Meanwhile, the DPW workers are just sitting around, waiting.

**Approx. 10:19** Graham walks by me and says aloud, "We have to clean these nasty alleys up." The DPW workers then start throwing the tent/structure and the associated property into their trash trucks. Below are a series of photos taken by me between 10:21 and 10:24, showing the workers breaking down the encampment. I also took a video of them breaking down the encampment:
https://photos.google.com/u/1/photo/AF1QipOYdgGGUo-pAEqvDRF568F3RaSyS6Pg6pLGfVSA.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001903



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                      VERNER-CRIST_00001905

**Approx. 10:30** The DPW workers are done breaking down the encampment.

**Approx. 10:41** The DPW workers are all done on this block. They are just standing around now. Cunningham tells Kelly that they are not headed anywhere else

**Approx. 10:49** The City workers are still hanging around on Erie. Nothing is happening.

**Approx. 10:53** I leave Erie Street and go back to where the DPW workers bagged and tagged the unattended property. There is still no post removal notice at the site. It is bare. I take photos again of the area. These photos, taken by me at 10:53, are provided below and on the following page.

**Approx. 11:04** I'm leaving now. There is no post removal notice here. The City workers have left.



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001906



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00001907