# EXHIBIT 16

## Talla Declaration

**January 16, 2025 JFO Observation Notes, Dylan Verner-Crist**

I observed the January 16, 2025 Joint Field Operation, scheduled to begin at 9:00 at 6th and Howard. Below are my notes.

**Approx. 9:07** I arrive at Market Street and 6th Street. I walk down 6th Street towards Howard Street, looking into the alleys as I go. The first alley, Stevenson, is very empty. The area around it is unusually clear. The sidewalk on 6th Street between Market and Stevenson is wet. I see a DPW truck down Stevenson, towards downtown, with a steamer. I don't see any other City workers. I keep walking down the street.

**Approx. 9:10** I see some unhoused people on Jessie Street on both sides of 6th Street, both east and west. There are no tents there though. No City workers are around. The area south of there, Mission Street just west of 6th Street, where there are often a lot of people, I don't see almost anyone.

**Approx. 9:12** I approach the Minna alley. It is also pretty empty. I see one person far down the block east of 6th Street. I see the notice for tomorrow's 6th Street HSOC resolution posted on a light post at Minna and 6th Street. I see two HOT workers walking down Minna towards downtown. They pause to talk with one person down the block.

**Approx. 9:14** I see some unhoused people just west of 6th Street on Natoma alley. I don't see any tents.

**Approx. 9:15** I see the City's JFO team at 6th and Howard. I count five DPW workers, the same guys I've seen before working the AM JFO and the PM HSOC sweeps. I also see two police cars, one firefighter/paramedic, three to four cops, two MTA workers, one DEM vehicle. There are two DPW trucks, both pretty empty, parked alongside Howard just west of 6th. The cops are Officers Tiffer, Filippi, et cetera – standard HSOC cops. The City workers are standing around, not doing too much. The block is already pretty clear of unhoused people.

**Approx. 9:20** DPW workers are beginning to splash chemicals on the sidewalk on Howard Street just west of 6th Street. They seem almost done here.

**Approx. 9:23** I do a loop around the area. I see a few tents south of Howard Street on Russ Street. They are the first tents I've seen today.

**Approx. 9:26** DPW are starting to hose down Howard Street just west of 6th Street.

**Approx. 9:32** DPW workers take out their iPads. They're taking photos of the block now.

**Approx. 9:39** DPW workers are done hosing down Howard west of 6th Street.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                         VERNER-CRIST_00002192

January 16, 2025 Sweep Notes 2

**Approx. 9:43** the City seems done on this block. They are talking between themselves. I hear them saying that they are heading to the Natoma alley.

**Approx. 9:45** The City workers are now on Natoma alley. One of the cops is talking to Justin Bowen, who I have interacted with before, who is here in the alley west of 6th street. He is the only unhoused person on the block. Other City workers are arriving here. The police officer is asking Bowen if he wants to go into a Navigation Center. He declines. The cop tells Bowne that HOT will be there tomorrow and may have better offers. They're not at the JFO today.

**Approx. 9:50** Bowen is packing up his belongings. DPW workers are milling around him, waiting. The paramedic from DEM/SFFD and a DPW worker go up to Bowen and tell him something that I cannot overhear. He says in response, "Yes, yes I'm moving."

**Approx. 9:52** Bowen moves along from Natoma, bringing his stuff with him.

**Approx. 9:58** The City workers are almost done with this west side of Natoma.

**Approx. 10:10** Some of the DPW workers cross to the other side of Natoma, the side east of 6th Street, grab some blankets and sleeping bags on the corner, put them in trash cans, and walk back to their trucks, throwing the blankets and sleeping bags in the trash truck. Meanwhile, one of the DPW workers is steaming down the west side of the Natoma alley. Below and on the next page are photos taken by me at 10:09 and 10:10, respectively, showing DPW workers bringing the blankets and sleeping bags across the street to their trucks.



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT



**Approx. 10:13** Sergeant Ellison arrives on the scene. He is walking onto Natoma. He comes up and talks to two of the officers. He then goes back to his vehicle and drives away. Meanwhile, DPW is hosing down the same Natoma block.

**Approx. 10:26** DPW is still hosing down the Natoma block. It is quiet other than that.

**Approx. 10:35** City workers are driving up 6th towards Market Street now. I follow them on foot.

**Approx. 10:40** The sweep team is now up on Jessie Street off of 6th Street, the west side again. There is one DPW truck and one cop car here. Another DPW truck pulls up, joining them. There are two clusters of belongings on the block, one on each side of the street. The DEM vehicle with the paramedic pulls up as well. HOT workers were here already, talking to people on the block. As soon as the police pull up, they hop out of their patrol cars and start talking to the unhoused people on the block, telling them they have to move right away. On the next pages are three photos taken by me at 10:41, 10:41, and 10:44, respectively, showing unhoused people with their belongings and City workers standing around them.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                                                                      VERNER-CRIST_00002194

January 16, 2025 Sweep Notes 4



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

January 16, 2025 Sweep Notes 5



**Approx. 10:42** Another police car pulls onto Jessie. One of the DPW workers tells some of the unhoused people on the block that they need to pack up, telling them "Move your shit." The unhoused person replies, "Can I at least have some trash bags?" He gives her two bags. She begins to put her stuff in bags.

**Approx. 10:46** Unhoused people are dragging their stuff down the block towards 6th Street. There is no notice on this block (or any of the blocks) about the JFO operation.

**Approx. 10:50** The paramedic is talking to people, telling them that there will be an HSOC resolution on the block tomorrow. Other unhoused people are packing up. DPW workers are taking photos of peoples' belongings using their iPads.

**Approx. 10:54** One of the DPW workers takes a functional cart and throws it into his trash truck. On the following pages are photos taken by me at 10:53 and 10:54 of the worker throwing the cart out and it sitting in the back of the truck, respectively.

**Approx. 11:03** The block is pretty much clear now. DPW workers begin hosing it down.

**Approx. 11:20** SFFD paramedic Leslie Fong arrives at Jessie and 6th.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                                                  VERNER-CRIST_00002197



**Approx. 11:36** The City workers are done on Jessie Street and are now driving off, going up 6th Street towards Market. I follow them on foot.

**Approx. 11:42** I follow the City workers to the 200 block of Taylor Street, between Eddy and Ellis. There are a lot of people on this block – around nine people, with piles of belongings. I don't see any tents.

**Approx. 11:46** I recognize one of the people on this block as Ambibola Myers, our former declarant. He and the other unhoused people on the block are starting to pick up their belongings, bringing them down the block, as the police officers get out of their cars, walk up to unhoused people, and start to talk to them.

**Approx. 11:47** I have to head out. I leave the scene.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                                VERNER-CRIST_00002198