# EXHIBIT 17

Talla Declaration

### February 4, 2025 PM HSOC Monitoring Notes, Dylan Verner-Crist

I observed the February 4, 2025 PM HSOC resolution, scheduled for "Taylor btw Eddy/Ellis, & Jones btw Eddy/Ellis." I attended with Chris Herring and Karina Ioffee. Below are my notes.

**Approx. 12:49** I arrive at Taylor and Eddy. There are no tents/structures in sight. There are no City workers in sight.

**Approx. 12:55** I'm now on Jones between Eddy and Ellis. There are four tents here. A HOT vehicle is parked across the street. There are two DPW trucks up the block between Ellis and O'Farrell. This is the 300-Block of Jones. The upper block is the 400-Block.

**Approx. 12:57** One MTA vehicle arrives on the 300-Block.

**Approx. 12:58** Notice is posted midway down the block. I also see posted notice for the February 6th HSOC resolution here. Below is a 12:58 photo of the four tents on this block. On the following page is a 12:58 photo of the notice posted for today's sweep. On the second following page is a 12:58 photo of the notice for Thursday's sweep.



Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                              VERNER-CRIST_00002672

February 4, 2025 Sweep Monitoring Notes 3



Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                      VERNER-CRIST_00002673

February 4, 2025 Sweep Monitoring Notes 4

**Approx. 12:59** The DPW workers are on the 400-Block. I do not see any tents/structures on this block. There is one DPW worker here taking photos with his iPad. Another DPW worker is here as well. Slightly up the block is Brandon Cunningham with SFFD/DEM. His DEM vehicle is parked up the block. There are two DPW trucks on this block. The block looks empty to me. I see notice on the other side of the street.

**Approx. 13:04** It is raining hard. There are two HOT workers walking up to the upper block to join rest of the City workers.

**Approx. 13:05** There are no cops here yet. A second MTA vehicle joins the first.

**Approx. 13:06** There is one tent on the west side of the lower block, on the opposite side of the four tents.

**Approx. 13:07** There are now cops up on the upper block as well.

**Approx. 13:10** The City workers are still clustered on the upper block. I go up there. There's actually a tent up here, but it's on the edge of the road, rather than on the sidewalk. It appears to be positioned next to/over a heating grate. There are three HOT workers, including Pedro Rincon; Cunningham; another HSH workers; and six cops (Dumont, Montero, and Parayno, plus three others) clustered around this one tent. There is one person inside the tent. Below is a 13:09 photo of this scene.



Privileged & Confidential – Work Product

**Approx. 13:14** There are two other houseless people on this block. They are standing up the block with their stuff. There are no other tents on the upper block. This area has no notice. The notice across the street is for Thursday's sweep. This block, the 400-Block of Jones, is outside the noticed sweep area for today.

**Approx. 13:15** Cunningham and the HOT workers are talking to the person in the tent on the upper block. I overhear Cunningham saying something about an X-Ray at the hospital. I cannot overhear the conversation.

**Approx. 13:17** Cunningham is still talking to the person in the tent. Below is a photo taken at 13:17 showing Cunningham (in blue with the SFFD badge) crouched next to the tent as the two HOT workers stand nearby looking at their phones.



**Approx. 13:20** Sergeant Ellison is now here as well. I count seven police officers now. The HOT workers are just standing chatting on the block. The DPW workers are clearing some stray litter. Not much is happening. Ellison comes up and says hello to me.

**Approx. 13:22** Rincon says hello to me. The City workers are just standing around. Not much is happening.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                                          VERNER-CRIST_00002675

**Approx. 13:25** Cunningham goes back over to the person in the tent. He tells the person that "it'll be a few minutes." The person may be going to a shelter. Then a transport van pulls up. I see Officer Camarra, a HSOC regular, here as well.

**Approx. 13:28** The man in the tent gets into the transport van. They're leaving. The man, now sitting in the van, looks very wet and bedraggled. He appears to be leaving the tent here.

**Approx. 13:34** The DPW workers are starting to break down this tent. They take it and throw it in their trash truck. It is not getting bagged & tagged. Below and on the following pages are photos taken between 13:33 and 13:34 showing the breakdown and disposal of this tent.



*(Account continues following photos)*

Privileged & Confidential – Work Product

CONFIDENTIAL                                                        VERNER-CRIST_00002676





Privileged & Confidential – Work Product



**Approx. 13:43** The City workers appear to be done on the 400-Block. The HOT workers are now down here talking to people on the lower block, where the four tents are.

**Approx. 13:45** There are people on the lower block now starting to pack up.

**Approx. 13:51** The HOT workers are still going around to the homeless people on this block. On the next page is a photo of this, taken at 13:51. The DPW workers and police officers are still on the upper block.

**Approx. 14:01** The homeless people on this block are packing up. Some are wearing ponchos given to them by the HOT workers.

**Approx. 14:05** The DPW workers and police officers are still on the upper block. The DPW workers are under an awning, sheltering from the raining. There's not much going on upper there.

**Approx. 14:06** It is raining quite heavily.

**Approx. 14:13** There are two more HSOC officers, Gamboa and Meza, now here. A homeless man with dreadlocks – the same one who I saw get booked for PC 148(a)(9) and PC 647(e) in January here – tells me that he's going to shelter today, but that he worries that the DPW workers are going to throw out the property that he cannot take to shelter because the shelters limit people to just two bags of property. He tells me that he

Privileged & Confidential – Work Product

knows the DPW workers won't bag & tag it if he asks them to. As we are talking, Cunningham comes up and tells me to give the HOT workers space. Unbeknownst to me, the workers were walking up behind me to talk to the man. I step back as requested. Cunningham then tells me that the City workers are just doing outreach today because of the rain, rather than a resolution proper. He adds that rain often gives homeless people the push they need to go to shelter. The man then leaves with his dog and dog food, getting in the transport to shelter. He leaves his tent and tarp on the block.



**Approx. 14:17** There are some people in solid yellow rain suits here, standing with the City workers and chatting. I am not sure who they are or who they are with.

**Approx. 14:18** Rincon yells at me that they housed one of the people on this block recently. He appears bothered by us standing, watching the operation.

**Approx. 14:21** Rincon tells the other HOT workers that they're done on this block now.

**Approx. 14:24** The DPW workers are now taking photos of the tents on the 300 Block. Not much else is happening.

Privileged & Confidential – Work Product

**Approx. 14:26** One of the DPW workers is telling the homeless people on this block that they don't have to move but that he is just wondering if there is anything they want to throw away. Other DPW workers on the block are asking the same thing. They ask one person about the tent that belongs to the man who went to shelter. One of the homeless people on the block explains that the man went to shelter. Cunningham adds that a friend of the man's is now tending to the tent. Chris, Karina, and I are standing prominently nearby. The workers leave it be. Then a DPW worker takes a nearby side table belonging to the now-sheltered man, drags it along the ground, and throws it into a trash truck. Below is a photo taken at 14:35, showing the table poking out of the truck.



**Approx. 14:32** The DPW workers take a tent and drag it in their trash truck. The woman whose tent it was says it was her boyfriend's, but that he doesn't want it. The sweep is quiet other than that. On the following page is a 14:33 photo showing the DPW worker dragging the tent to his truck. On the second following page is a 14:38 photo showing the DPW workers standing next to the truck containing the disposed-of tent.

**Approx. 14:35** One of the DPW workers is named Will. He is the tall, skinny, black man with glasses and slight facial hair. Another one is named Felix. He is the 40s, thick-set, bald Latino man with gray facial hair who often wears a white durag. I overhear the workers talking to each other, using each other's names.

*(Account continues following photo)*

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                           VERNER-CRIST_00002680

February 4, 2025 Sweep Monitoring Notes 11



Privileged & Confidential – Work Product

CONFIDENTIAL
VERNER-CRIST_00002681



**Approx. 14:43** One of the DPW workers is splashing cleaning chemicals on the block, despite the rain. Meanwhile, the police officers are standing on the corner, hanging out. I take a photo of them. One protests, thinking that I was taking a photo of their interaction with a homeless one, saying that they were just offering the woman a cigarette. Another one takes a photo of me back. On the following page is the photo I took at 14:42.

**Approx. 14:49** The cops walk by Karina, Chris, and me and say loudly that they are going to Polk and Ellis. The City workers then start to head out in that direction.

**Approx. 14:50** The City workers are all leaving.

**Approx. 15:02** Karina and I arrive at Polk and Ellis. There are no houseless people nor City workers here. We walk up Polk to check the alleys for any sweep operations.

**Approx. 15:12** We walk up Polk from Ellis to Sutter. There are no City workers around. The police appear to have been messing with us. We are heading out now.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                     VERNER-CRIST_00002682

February 4, 2025 Sweep Monitoring Notes 13



Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                                  VERNER-CRIST_00002683