# EXHIBIT 18

Talla Declaration

## February 5, 2025 JFO Sweep Notes, Dylan Verner-Crist

I observed part of the JFO operation scheduled for February 5, 2025 at Leavenworth and Ellis. Below are my notes.

**Approx. 10:15** There is one DPW worker hosing down Geary at Jones. There are no homeless people nor other City workers around him.

**Approx. 10:30** The City sweep team is on Leavenworth at Ellis. Up the street on Leavenworth towards O'Farrell, I see two cop cars, MTA workers, and two DPW trucks. There are no homeless people on that block. The City workers themselves are on Ellis just west of Leavenworth. There is no notice here. I count five DPW workers, a new incident commander who I don't recognize, five cops, and three HOT workers. A homeless man is here moving along with his stuff. The cops here are the standard HSOC cops: Young, Ivey, Ledesma, and others. The HOT workers are the same as previous JFO sweeps I've been to. The DPW workers include Felix, Will, and Joel Martinez. As the man moves his stuff, the workers are just standing around him, joking around. Below is a photo showing the man packing up in the background while the workers stand joking in the foreground.



Privileged & Confidential – Work Product

**Approx. 10:36** The DPW workers are talking about a bag and tag. The cops are conferring with them. One is writing a receipt and maybe a citation. I see that the back of the DPW worker's truck has a scooter and some other stuff inside.

**Approx. 10:39** The homeless man at this corner is leaving behind a tarp. The workers are bagging and tagging it, although one says that the man didn't want it. The tarp may have been seized from a lodging citation. Below is a photo, taken by me at 10:38, showing DPW worker Joel Martinez taking a photograph of the block; the tarp in question is to his left. On the next page is a photo, taken by me at 10:40, showing Martinez placing the tarp in a black trash bag.

**Approx. 10:40** I see no notice posted in this area.



*(Narrative continues after photo)*

Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL
VERNER-CRIST_00002583

February 5, 2025 JFO Notes Page 4

**Approx. 10:47** I talk to the man. His name is ▮▮▮▮▮▮▮▮▮▮ He confirms that Officer Ivey cited him for lodging. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ He tells me that he hopes to go dancing. He shows me the ticket and receipt. He says that other than the tarp that they didn't take property he wanted today. He didn't know they were coming. They took the tarp because of the lodging citation. He said he didn't think they took more of his property today because I was there. He said they usually take a lot more of his stuff. Below is a copy of the citation; on the next page is the front and back of the receipt for the seized tarp.



Privileged & Confidential – Work Product

February 5, 2025 JFO Notes Page 5



Privileged & Confidential – Work Product

CONFIDENTIAL  VERNER-CRIST_00002585

**Approx. 10:51** The City workers move on. I walk up Ellis Street, seeing notice for Thursday's HSOC sweep. I follow the workers, but they drive off.

**Approx. 10:57** I zigzag through the Tenderloin looking for the sweep team. They're not at the tents on the 300 block of Jones.

**Approx. 10:59** The City workers did not hose down the corner of Leavenworth and Ellis where they cited ▉▉▉▉▉▉▉▉▉▉ They appear to have only cited him, made him move, and taken his tarp.

**Approx. 11:04** I am walking back and forth in the Tenderloin, looking for the sweep team. I haven't found them.

**Approx. 11:08** I see one DPW worker at Eddy and Hyde. There are no tents here. Only that one DPW worker.

**Approx. 11:17** I find the City sweep team. They are on Taylor between Turk and Eddy. I see four cops, MTA, the firefighter, and the DPW workers. There is no notice here. There are three DPW trucks. There are some people on this block who have picked up their stuff. Their stuff is in trash bags. There are no tents or structures left on this block. On the next page is an 11:21 photo of the block.

**Approx. 11:19** The City workers are mostly standing around now. The DPW worker named Felix talks to the firefighter, saying something I can't hear. The firefighter responds that it is only 11:24. Not much is happening.

**Approx. 11:32** The sweep team is just standing around still.

**Approx. 11:47** The City sweep team is driving on now. I'm following.

**Approx. 12:05** I can't find the City sweep team. They pulled away. I'm walking back around the Tenderloin in search of them.

**Approx. 12:10** I can't find the sweep team. I'm leaving now.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                          VERNER-CRIST_00002586

February 5, 2025 JFO Notes Page 7



Privileged & Confidential – Work Product

CONFIDENTIAL VERNER-CRIST_00002587