# EXHIBIT 19

Talla Declaration

February 8, 2025 JFO Notes 1

**February 8, 2025 JFO Monitoring Notes – Dylan Verner-Crist**

I attended the February 8, 2025 Joint Field Operation, scheduled for 9 AM at Leavenworth & Ellis. Below are my notes.

**Approx. 9:11** I arrive at Leavenworth and Ellis. The City workers are here. I see SFFD paramedic Leslie Fong, Officer Tien, Officer Filippi, Officer Ivey, DPW worker Felix Troncoso, two HOT workers, and two MTA workers in their parking enforcement vehicles. I count four cops total, three DPW trucks, three DPW workers, and Fong's DEM truck. Unhoused man Charles Thomas, who I recognize from previous sweeps, is here packing up. The HOT workers are on the block talking with some unhoused people. DPW workers are clearing some rubble. Fong and the police officers are just standing on.

**Approx. 9:14** Charles is packing up with his stuff.

**Approx. 9:17** Charles is bringing his stuff up the block now. He's the only one left on the block. The City workers are just standing around. Below is a photo taken at 9:15 showing this scene.



**Approx. 9:19** The DPW workers here are Felix, the worker I saw on the weekend last time, and another guy I don't recognize.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                           VERNER-CRIST_00002727

February 8, 2025 JFO Notes 2

**Approx. 9:20** Charles moves his stuff in a cart off the block. The block is clear now. One of the DPW workers, the weekend guy, asks him if he wants a bag, takes a photo of some remaining stuff, and asks him if he is taking any of it. Charles says no.

**Approx. 9:21** The DPW workers start taking what Charles has left on the block.

**Approx. 9:24** There's one tent and some other people on the block of Leavenworth between Ellis and O'Farell. The City sweep team is on the block between Eddy and Ellis. They're on the East side of block. Some of the people on the east side, including Charles, have moved to the west side with their stuff.

**Approx. 9:25** The east side of the block is almost clear now.

**Approx. 9:39** There is no notice on this block.

**Approx. 9:42** The DPW worker named Felix is hosing down the block now.

**Approx. 9:44** The main DPW worker is taking photos with his iPad of the now-clear block.

**Approx. 9:46** The HOT workers are talking with Fong, who is hanging out.

**Approx. 9:50** Fong is hanging out, as are the police officers. The DPW trucks are fairly full of stuff. Homeless people have moved to the other side of the street with their stuff. Below are two photos; one showing the truck and the other showing the homeless people on the other side of the street. These were taken at 9:49 and 9:50.



Privileged & Confidential – Work Product

February 8, 2025 JFO Notes 3



Privileged & Confidential – Work Product

CONFIDENTIAL
VERNER-CRIST_00002729

February 8, 2025 JFO Notes 4

**Approx. 9:57** The DPW worker named Felix is done hosing down the block. One DPW worker is asking the others if they're going to another place. The one who I saw at the last Saturday JFO I observed says yes. The cops had been in their cars, but they're out again now that the hosing down is done.

**Approx. 10:01** The City workers appear to be done on this block. They are just standing around now.

**Approx. 10:17** There is still nothing happening. The City workers are just hanging around. The HOT workers are on the upper block, talking to people up there.

**Approx. 10:24** The City workers are moving on now. They are all driving in the same direction. I notice that one of the longer-term HSOC officers, Officer Tiffer, is here, but that he never got out of his car.

**Approx. 10:33** The City sweep team is now on Turk between Jones and Taylor. I see two MTA workers, three DPW trucks, Fong, the police officers, and the DEM vehicle. The same team as before.

**Approx. 10:35** Fong says to me, as I walk up, "Dylan, you found us!" The HOT workers, Fong, and Officer Tien are on this block, talking to someone sleeping rough on the corner. There's also one tent. HOT talk to the person who is sleeping rough and then walk away. Below is a photo, taken at 10:37, showing Fong and Tien talking next to the person sleeping rough.



**Approx. 10:39** Tien and Fong go to talk to person on the corner. They ask the person about shelter. They then go to talk to the people in the tent. Tien tells the people in the tent, "How much time do you need? Five minutes okay?" There is no notice on this block. On the next page is a photo, taken at 10:40, showing Fong and Tien outside the one tent on the block.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                 VERNER-CRIST_00002730



Privileged & Confidential – Work Product

February 8, 2025 JFO Notes 6

**Approx. 10:45** Fong and Tien are still standing outside the tent. The people inside it are out of the tent and are starting to pack up. The man inside is moaning. He sounds like he is in pain.

**Approx. 10:51** I talk to the two people who were in the tent as they pack up. They tell me that they didn't know that the City was coming. They did not receive notice. Meanwhile, Fong is talking to some people on the other side of the street. There are no tents on that side. Below is a photo taken at 10:48 showing these two people packing up as the City workers stand in the background.



**Approx. 10:55** The people who were in the tent are picking up and moving along. The person sleeping rough on the corner has moved along as well. Meanwhile, the DPW workers are hosing down the block.

**Approx. 11:03** The DPW workers are done hosing down this block now.

**Approx. 11:04** Fong and the City workers are moving on now. The cops have already left.

**Approx. 11:11** I'm looking for the City workers to see where they went. I'm at Larkin and Eddy. I'm doing a loop up and around the Tenderloin. The workers drove up Turk towards Polk, all in the same direction, although I saw one DPW truck turn off.

**Approx. 11:14** I'm at Larkin and O'Farrell. There's no sign of them.

**Approx. 11:18** Leavenworth and O'Farrell. No sign of them.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                     VERNER-CRIST_00002732

**Approx. 11:21** Ellis and Jones. No sign of them.

**Approx. 11:22** Eddy and Jones. No sign of them.

**Approx. 11:24** Eddy and Taylor. No sign of them.

**Approx. 11:28** I can't find them. I'm heading out.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                          VERNER-CRIST_00002733