# EXHIBIT 20

Talla Declaration

**February 10, 2025 AM HSOC Observation Notes, Dylan Verner-Crist**

I observed the February 10, 2025 AM HSOC resolution, scheduled for "Cesar Chavez at Hampshire, down the bike/pedestrian path, towards 101 off ramp/Vermont (DPW yard). Caltrans also working the area, and PUC joining for lighting repairs." Below are my notes.

**Approx. 8:18** I arrive at Potrero and Hampshire. I see one DPW truck and one cop car across the street. It's cold today. 40 degrees.

**Approx. 8:20** I see HOT workers at the off-ramp onto Potrero. There is one tent down there. The area is pretty clear other than that.

**Approx. 8:23** This area is generally the Hairball – the paths and walkways where Potrero Avenue meets Cesar Chavez and both run under the 101. The northwest area is the Mission, the northeast area is Potrero Hill, the southeast area is the Bayview, and the southwest area is Bernal Heights. The City workers are at the fenced-off areas in the walkway. I see David Nakanishi; Brandon Cunningham; six cops including Camarra, Parayno, Villena, R. Yun, and Java; and the City investigator Angela Davis. They are inside the fenced off area midway through the Hairball. They're clustered around an unoccupied tent. Below and on the following pages are photos of the tent and property near it, taken by me at 8:25.



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002606



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002607

**Approx. 8:27** The DPW workers are here with a compactor truck. The normal hot spot workers are here, including Herbert Ruth and Scott Branch. With them are some DPW workers in orange vests. The men in orange vests look rough. They don't have PPE other than gloves, they're wearing all sorts of clothing, and some are wearing sneakers or tennis shoes. The DPW workers are mostly clearing rubble. There are no homeless people in sight. Below is a photo taken at 8:28 showing the two crews, one dressed in yellow neon and the other dressed in orange.



**Approx. 8:30** Notice appears to be posted on the fence near the DPW workers, but I cannot get close enough to see if it is for today's date.

**Approx. 8:33** I don't see any homeless people around, despite some collected property in carts next to the walkway. On the next page is a photo taken at 8:32 showing this property. This area is the underpass under the 101. Below that are photos of the orange-vested workers working the area, alongside the hot spot crew. I took these photos at 8:33.

*(Account continues following photos)*

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002609



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002610

**Approx. 8:39** I see that the notice posted on the walkway is for today. Below is a photo. On the following page is a photo of DPW's posted notice in the area.



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002611



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002612

**Approx. 8:44** At another part of the Hairball, the area in the middle under the road from Potrero Avenue to Bayshore Boulevard – where you'd walk the walkway from Potrero to the Holladay steps – there's another crew working. I see on CHP officer, some Caltrans workers, and some contractors in green vests. The green vests look like cleanup guys, the equivalent of DPW. They're going into the fenced-off areas and looking at the tents there. I see few homeless people around. One of contractors says to another, referring to the posted notices, "Do you see those notices that say we're going to come clean in 24 hours? It's like they're fucking tenants."

**Approx. 8:46** Sergeant Hoang is now here.

**Approx. 8:47** The police officers are standing around. This is a big operation; there are a lot of them. Nakanishi is standing, talking, with Wayman Young. Below is a photo taken at 8:50 showing the two of them talking.



**Approx. 8:52** There is one homeless man on the far side of the Hairball, near Bayshore. Officer Carbantula is over there talking with him.

**Approx. 8:54** There's a DPW supervisor here I don't recognize. He's a big guy, tall, talking to Nakanishi. He's jacket says that he's with the One Team, outreach and enforcement. On the next page is a photo of him, taken at 9:00.

**Approx.**

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002614

**Approx. 8:58** The other City workers are standing around as the DPW workers work inside the cleared area. I only see one homeless person in sight and I've counted less than five today, but I count more than twenty six workers, not counting the CHP/Caltrans crew.

**Approx. 9:04** The Hot Spot workers are now looking in the tent in the fenced-off area, photos of which are on pages two and three above. They are taking photos of the inside with their iPads. Ruth then calls out to the others, "Let's get to work!" The DPW workers including the orange-vested workers go into the area. The orange-vested workers are handling property. Below is a photo taken at 9:05 showing one of them wheeling a loaded cart away from the encampment.



**Approx. 9:07** Israel Graham isn't here. One of the Hot Spot guys, the younger one, is handling the iPad in his stead. He says, "I'm moving up in the world," waving the iPad around. There are other DPW workers who look like supervisors here.

**Approx. 9:11** The DPW workers are breaking down this encampment. They are dragging the mattress out of the tent and then tearing the tent into strips. You can hear the ripping sounds.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

**Approx. 9:17** The DPW workers lift the tent and everything else into the trash compactor. A Recology worker is operating the compactor. Below and on the following pages are photos of the workers disposing of this encampment, including the tent, mattress, and stuff in the cart; the orange-shirted workers in their casual outfits, including loose pants and tennis shoes; and Nakanishi walking by the scene as the workers load the tent into the compactor. I took these photos between 9:09 and 9:17.

*(Account continues following photos)*



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                                    VERNER-CRIST_00002616



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002618



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002619



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002620



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002621



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002622



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002623



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002624



**Approx. 9:20** There is a DPW worker across the street on Potrero Avenue, taking photos of the collected property there. I walk over and take photos of the unattended items.

**Approx. 9:22** I see the CHP and Caltrans sweep team farther down, underneath the walkway to Cesar Chavez.

**Approx. 9:25 to 9:37** The DPW workers approach the unattended items on Potrero Avenue. Branch asks another DPW worker, who appears to be a supervisor (she's overseeing the work but not actively doing it), if they are bagging and tagging the property. I can't hear her reply. The workers place two yellow and black bags and a white unicorn stuffed animal to the side. They then proceed to throw the rest of the items away. Everything goes into the trash compactor aside from those three items.

On the following pages are photos of the DPW worker photographing the items, my photos of the items, and the disposal of the items. I took these photos between 9:19 and 9:37. The workers placed some of the items next to some gas canisters, which had also been placed to the side earlier following the breakdown of another encampment.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002626



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002627



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002628



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002629



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002630



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002631



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002633



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002634



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002635



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002636



**Approx. 9:38** The workers are done disposing of the items now. They are standing around.

**Approx. 9:43** The DPW workers are standing around now. I see that some homeless people have moved to the overpass area.

**Approx. 9:46** The Hot Spot workers are now working with the State workers in the area near Cesar Chavez. Branch is approaching the placed-aside property with his iPad.

**Approx. 9:49** There are a bunch of Caltrans workers here now.

**Approx. 9:52** I step away to use the bathroom.

**Approx. 10:11** The property in the carts that I saw beneath the highway before are now slowly being moved by a homeless man here. I don't see the DPW workers anymore. The State workers are walking around as their contractors clear other areas in the Hairball.

**Approx. 10:15** The DPW workers are down near their trucks in the Bayshore now.

**Approx. 10:20** Branch is taking photos of the cleared areas.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002637

**Approx. 10:22** Along Potrero, the HOT workers and Nakanishi are hanging around, talking. An unhoused man goes by, slowly moving his stuff. The Caltrans contractors are busy.

**Approx. 10:26** The homeless people around are slowly taking their stuff out of the highway areas. The Caltrans/CHP team clearly has no outreach workers. I haven't seen the HOT workers do a single thing today. They haven't talked to any of the homeless people around, from what I've seen.

**Approx. 10:31** The City workers are just standing around. The only people working are the Caltrans team.

**Approx. 10:36** Still nothing happening.

**Approx. 10:41** The DPW workers are still hanging around. The HOT workers appear to be heading out. One drives by me and yells, "See you at one!"

**Approx. 10:45** The two bags that were placed aside from the encampment earlier are in a truck with a lot of trash. It is unclear what is happening to them. Below is a photo showing the items at 10:44.



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL

**Approx. 10:46** There are some homeless men standing with their stuff on the edges of the Hairball. They appear to be waiting.

**Approx. 10:51** Still nothing is happening. DPW and DEM are hanging out.

**Approx. 10:55** I've walked to the Kansas Street entrance to the DPW yard. I'm just a block from the sweep area. I want to observe what happens with the placed-aside items from earlier.

**Approx. 10:57** One of the DPW supervisors pulls into the yard with her truck.

**Approx. 11:06** An SFPD vehicle pulls into the yard. It does not park at the area where Containers A and B are placed.

**Approx. 11:15** I'm still waiting for the Hot Spot workers to enter the yard in their trucks.

**Approx. 11:24** Scott Branch pulls into the yard with his cleaning truck.

**Approx. 11:25** Ruth pulls into the yard. He's driving the truck with the placed-aside bags. He pulls up behind Branch's truck, which is parked next to Containers A and B. They see me watching from the public right-of-way. They nod at me.

**Approx. 11:27** Ruth and Branch drag the two bags from the truck to the area where Containers A and B are. I don't see them remove the unicorn. They drag the items over and then walk back to their trucks. They spend only a few seconds out of sight, where the storage areas are. They then drive off with their trucks. On the following pages are photos of this work, taken by me at 11:27, 11:27, and 11:29, respectively.

**Approx. 11:36** Ruth and Branch are now back outside their trucks.

**Approx. 11:38 to 11:47** Ruth and Branch are just hanging out. I can't tell what they are doing. Ruth wanders away and then comes back without his scrubs. They're hanging out, eating lunch. They have not spent any real time at the storage lockers.

**Approx. 11:48** I cannot get a good enough view to observe the bag and tag process. I head out.

**Approx. 11:54** As I head out, I see that the State workers are still in the Hairball, working.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002640



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002641