# EXHIBIT 21

Talla Declaration

**February 11, 2025 JFO Observation Notes, Dylan Verner-Crist**

I observed the February 11, 2025 JFO, scheduled for 9:00 AM at Leavenworth and Ellis. Below are my notes.

**Approx. 9:03** I arrive at Jones and Ellis. I see the police talking to one homeless man. There are four officers here, including Irvin Huerta, who is leading the conversations. The normal DPW JFO workers are here, including Joel Martinez, Felix, and Will. The MTA workers are here as well. The City workers are all outside the clustered tents on Jones between Ellis and Eddy.

**Approx. 9:06** The people in the tents are starting to pack up now.

**Approx. 9:07** The officers appear to be citing two people for lodging. The woman is saying, "How am I in possession of it if it isn't mine?," referring to the tent. The officers are telling her that they are going to take possession of the tent. Below is a photo taken at 9:09 showing the Huerta (at right) and another officer standing next the tent in question (in blue).



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

**Approx. 9:10** Another woman tries to take the tent. She is debating with Huerta about it. He is repeating, "it is part of the arrest." He says, "We are taking possession of it." He calls over DPW worker Joel Martinez. He tells Martinez that they have a tent for "illegal lodging." The homeless people who were in the tent move up the block and leave the tent there. The two officers helping Huerta are E. Fernandez and D. Fernandez. Below is a photo of the tent, left on the sidewalk, taken at 9:12.



**Approx. 9:14** I can hear the ching of BWC. I started hearing it at 9:07. The homeless people on this block have moved their stuff around the block onto Ellis. One of the cops is holding a yellow property receipt form. I go and look at the tent. It looks in okay shape. On the next page is a photo taken at 9:13, showing the tent. On the following page is a photo, taken at 9:16, showing Officer D. Fernandez standing next to Officer Huerta. Fernandez has a yellow property receipt form in his hand.

*(Account continues following photos)*

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                    VERNER-CRIST_00002711



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002712

February 11, 2025 JFO Observation Notes 4



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002713

**Approx. 9:18** I talk to the woman who was cited. She was the only one cited. Her name is ▮▮▮▮▮ The cops told her that the tent was evidence of illegal lodging. They didn't say when she could get it back. As we're talking, the cops come over to her; they want her to sign the citation. Then the firefighter comes over. He wants her to sign and date a form saying that she got all of her stuff out of the tent before they took it. He reads it to her very quickly, telling her only that the form says she got her medications and related items out of the tent. She signs it.

**Approx. 9:21** The firefighter then dates the form after the woman signed it. He shows me the form. The top half, which he didn't read to her, reads that she acknowledges that she has 90 days to get the tent from the yard. He didn't read that part to her – only the part that she got all her stuff out. He tells me that the form is new. He won't let me take a picture of it. He takes it once she signs it. He doesn't give her a copy.

**Approx. 9:24** There's still one tent on the block. There is no notice here. Meanwhile, the DPW workers take the seized tent, disassemble it, and put it in a black trash bag. One of them is holding an HPI form and a blue tag. There is no notice on this block.



**Approx. 9:30** This block is clear now.

**Approx. 9:35** The DPW workers are hosing down the block.

**Approx. 9:37** I talk to ▮▮▮▮▮ again. I ask her what form the fire department had her sign. I say, "What was the form that the firefighter had you sign?" She tells me that it was the

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

citation. I tell her that I thought the police officers had you sign the citation. She says yes, but then says that the firefighter also had her sign the citation. She repeats that the second form was also a citation. She appears to have no understanding of the advisement form. She says that what she signed is still in her stuff. I walk over to her belongings, where she has left the PC 647(e) citation and the SFPD property receipt form. Below are photos, taken between 9:44 and 9:45, of the front and back of these documents.



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002715



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

February 11, 2025 JFO Observation Notes 8



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

February 11, 2025 JFO Observation Notes 9

**Approx. 9:40** Huerta and E. Fernandez approach a man inside a makeshift structure on Ellis between Jones and Taylor. They ask him for ID. He's sleeping under a tarp. They tell him that by putting up the tarp he is "illegally lodging." He doesn't have ID. They're running his name. Fernandez tells him that he once had a warrant for something drug-related, but that they can't find him in their system. Huerta asks him, "Do you want to go to shelter today?" The man says no. Huerta says, "We're going to be coming out every day. What's your game plan? Are you just going to be dealing with us everyday?"

Below and on the following pages are photos of Huerta taking with the man, taken by me between 9:37 and 9:45. The man's stuff is shown around him.

*(Account continues following photos)*



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

February 11, 2025 JFO Observation Notes 10



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002719

February 11, 2025 JFO Observation Notes 11



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002720

**Approx. 9:46** The block of Jones between Eddy and Ellis is clear now. The workers are just hanging around. Huerta is still talking to the man here.

**Approx. 9:48** There's no notice in this area. Huerta tells the man that DPW has gotten complaints about the area and that he needs to move so that they can clean. He tells the man that he needs to pack up his stuff. Huerta tells him, "What's up with some of the stuff here? It's stuff you're not allowed to have, like the pallets, the bike parts."

**Approx. 9:50** The man is starting to pack up his stuff. There are five cops here, including a Sergeant N. Lee who I don't recognize.

**Approx. 9:55** The DPW worker named Felix goes up to the man. He asks the man what he doesn't want, of the belongings the man has. The man says that he wants everything. The DPW worker named Will takes photos of the man's stuff with his iPad.

**Approx. 9:57** The firefighter tells the man, referring to his property, "Whatever you want to give us, man." He then tells the man that he can't have the wooden bedframe. He tells him that the HOT workers are here, although they haven't come over to the man. The man is starting to pack up.

**Approx. 10:01** The DPW workers are standing around waiting. The cops are as well. The man is packing up.

**Approx. 10:03** Officer E. Fernandez comes up to the man and asks him how he'll move all his stuff. He says, "We're just going to have to do this again." He reiterates that DPW can take what he can't move. The man is slowly packing up his stuff. The man clearly wants to hold on to his belongings. On the next page is a photo of some of the man's possessions, taken by me at 10:07.

**Approx. 10:13** The man is still packing up. He is putting his stuff onto a large dolly.

**Approx. 10:15** Huerta tells the man that he has to hurry up. He asks him if he wants to keep some things, pointing at some clothing. The man says yes.

**Approx. 10:18** One of the DPW workers grabs a partial bike from the man's pile. He objects. The firefighter intervenes. He tells the man that he can't have the bike because it doesn't have wheels. He tells him that he's allowed two bikes, but they have to have wheels. The DPW workers take his bedframe and throw it into their trash truck. On the second following page is a photo of the bedframe in the back of the truck; I took this photo at 10:20.

*(Account continues following photos)*

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                                        VERNER-CRIST_00002721

February 11, 2025 JFO Observation Notes 13



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002722



**Approx. 10:25** The firefighter comes up to the man again. The man's name is Christopher. The firefighter asks Christopher, "What's the plan?" He tells Christopher that DPW need to power was the sidewalk and that he will have to move. Christopher tells the firefighter that it is okay if his stuff gets wet. The firefighter asks if he is sure about that.

**Approx. 10:27** Huerta comes back over to Christopher. He tells him that he has to move. He says, "We're going in circles, man…. Help us clean up the streets, man." He asks Christopher what he is doing.

**Approx. 10:31** There are some people sitting and lying down further down the block. They start picking up their things and moving along. The firefighter is complaining that people used to pack up their tents when the sun rose, but that they don't anymore. He says that he doesn't mind one tent, but that eight is a problem.

**Approx. 10:32** Huerta comes back over to Christopher. He tells Christopher that they have to clean the sidewalk. Christopher is busy dragging his stuff to the other side of the sidewalk. On the next page is a photo taken by me at 10:33, showing Christopher and Huerta; the man's stuff is now split between either side of the sidewalk.

**Approx. 10:37** Christopher is still packing up. One of the DPW workers is starting to splash chemicals on the block. He asks the firefighter what's happening. The firefighter says that they will try to spray around him. The DPW worker says that that won't work.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT



**Approx. 10:44** The man is still piling his stuff up. The DPW worker with a hose is nearby.

**Approx. 10:46** The DPW workers are starting to hose down the block, working around Christopher's stuff. On the next page is a photo of the DPW worker hosing down the block, taken by me at 10:45.

**Approx. 10:50** The DPW workers are still hosing down the block.

**Approx. 10:52** The DPW workers are done hosing down the block now. They are standing around now.

**Approx. 10:56** Christopher is sweeping the area. A neighbor tells the police that he does that everyday, sweeping and mopping down the block.

**Approx. 11:03** The City is moving on now. They leave Christopher with his stuff.

**Approx. 11:05** There are a lot of tents on Leavenworth between Ellis and O'Farrell. I count seven tents. Notice is posted here for Thursday's HSOC resolution.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002724

February 11, 2025 JFO Observation Notes 16



**Approx. 11:08** The City workers are now on Jones between Ellis and O'Farrell.

**Approx. 11:12** There are five people on the east side of this block. They are sleeping rough. There are no tents on this block. They're packing up now.

**Approx. 11:15** The DPW workers take a stool and throw it in their trash truck.

**Approx. 11:18** There are three people left on the block who are packing up. The DPW workers are taking stray things. The DPW worker named Dario is splashing chemicals and setting up the fire hydrant to spray down the block.

**Approx. 11:20** There is no notice posted on this block.

**Approx. 11:22** The DPW workers are starting to hose down the block and spray chemicals. There are still people packing up. They are picking up their stuff and moving off the block.

**Approx. 11:23** The people have moved off their block now.

**Approx. 11:25** The DPW workers are hosing down the block now.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                                 VERNER-CRIST_00002725

**Approx. 11:31** They're done hosing down the block.

**Approx. 11:32** The block is clear now. The DPW workers are taking photos with their iPads. The firefighter is talking to Dario now.

**Approx. 11:34** The sweep appears done. I'm heading out.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                          VERNER-CRIST_00002726