# EXHIBIT 22

Talla Declaration

## February 12, 2025 JFO Observation Notes, Dylan Verner-Crist

I observed the February 12, 2025 JFO operation, scheduled for "Taylor and Ellis" at 9 AM. Below are my notes.

**Approx. 9:12** I'm at Taylor and Ellis, next to Glide Memorial Church. There are no City workers here. The block is wet, but there's a Glide worker nearby hosing it done. There are no City sweep team members in sight.

**Approx. 9:21** I walk to Eddy and Jones. There is no sign of the City sweep team.

**Approx. 9:24** I find the City sweep team. They are on Leavenworth between Ellis and O'Farrell. This is where I saw seven tents yesterday morning. It is also the sight of tomorrow's AM HSOC resolution; it is not in JFO Zone 3, which was scheduled for today, but in JFO Zone 2, which was not. There are no tents left here now. The block is littered with discarded items. The main DPW truck is full. The workers already seem mostly done here. Below is a photo taken at 9:25 showing the DPW truck, already containing tents, with DPW worker Felix standing on the truck.



**Approx. 9:26** There are four cops, five DPW reactionary crew workers (Felix, Joel Martinez, Will, and two others), the tall firefighter, and two MTA workers. I do not see any HOT workers. The police here appear to be led by Sergeant N. Lee. There are two cop cars.

Privileged & Confidential – Work Product

February 12, 2025 JFO Observation Notes 2

**Approx. 9:27** The DPW workers are just sweeping up stray refuse on the sidewalk. The only notice on the block is for the HSOC resolution, scheduled for tomorrow. Below is a photo of how the block appeared at 9:27.



Privileged & Confidential – Work Product

VERNER-CRIST_00002593

**Approx. 9:28** There are several homeless people standing with their stuff on Leavenworth between O'Farrell and Geary. They could be the people who moved off the lower block.

**Approx. 9:32** There are a number of tents and tarps in the back of the DPW truck. Below is a photo taken at 9:31 showing the truck.



Privileged & Confidential – Work Product

                                                          VERNER-CRIST_00002594

**Approx. 9:35** There are some people on the lower block of Leavenworth between Eddy and Ellis. Other homeless people are on Ellis.

**Approx. 9:45** The City workers are just standing around now. The block is mostly clear but there is still littered trash.

**Approx. 9:49** Nothing is happening. The workers are just standing around.

**Approx. 9:54** The DPW workers are just standing around, as are the police officers.

**Approx. 9:57** There are also bedframes in the DPW truck. Below is a photo taken at 9:58 showing the bedframes in the back of the truck.



**Approx. 9:59** The police officers here, in addition to Sergeant N. Lee, are J. Rinaldi, G. Alvendia, and Salas. Salas tells the one woman left on the block (she's lying down with her stuff) that DPW is going to hose down the sidewalk and that he doesn't want her to get wet.

**Approx. 10:01** Martinez starts to hose down the sidewalk from the corner at O'Farrell.

Privileged & Confidential – Work Product

                                  VERNER-CRIST_00002595

**Approx. 10:10** The DPW workers are still hosing down the block. The woman lying on the block is still here. The officers are hanging out in their cars. Below is a photo taken at 10:12 showing the workers hosing down the block as the woman lies on the block to the right foreground.



**Approx. 10:20** The DPW workers are done hosing down the block now.

**Approx. 10:25** Officer Alvendia is taking photos of the block with his cellphone. The firefighter is talking with DPW and the police officers.

**Approx. 10:28** The City workers are heading out now.

**Approx. 10:32** I'm looking for the City workers again. There is no sign of them at Jones and Eddy.

**Approx. 10:36** No sign of them at Turk and Taylor.

**Approx. 10:38** No sign of them at Turk and Jones.

**Approx. 10:41** No sign of them at Turk and Leavenworth.

Privileged & Confidential – Work Product

VERNER-CRIST_00002596

**Approx. 10:42** No sign of them at Turk and Hyde.

**Approx. 10:45** The City workers are now on Eddy between Hyde and Larkin. The block is already empty by the time I arrive. Officers Camarra and Parayno are here now as well. There are no homeless people on this block.

**Approx. 10:49** The DPW worker named Dario is now here as well. He was not here earlier.

**Approx. 10:52** The City workers are just standing around. There are lots of homeless people on Hyde between Eddy and Ellis. Maybe twenty people or more. They may have moved from Eddy.

**Approx. 10:56** The workers are still standing around. Nothing is happening. Below is a photo of the scene at 10:55.



Privileged & Confidential – Work Product

**Approx. 10:58** There may be more tents than before in the back of the DPW truck.

**Approx. 11:01** Nothing is happening. The workers are standing around.

**Approx. 11:12** The firefighter grabs a partial office chair and drags it to the DPW truck. The DPW workers follow with some metal tools stored in a dolly. These items were unattended on the block. The workers take the items and throw them in the back of their truck. This does not appear to be a bag and tag. They do not post a notice of unattended property where the items were. Meanwhile, another DPW worker is starting to splash chemicals on the block. Below and on the following pages are photos taken between 11:09 and 11:12 showing the disposal of these items.

*(Account continues following photos)*



Privileged & Confidential – Work Product

VERNER-CRIST_00002598

February 12, 2025 JFO Observation Notes 8



Privileged & Confidential – Work Product

VERNER-CRIST_00002599



Privileged & Confidential – Work Product

 VERNER-CRIST_00002600

February 12, 2025 JFO Observation Notes 10



Privileged & Confidential – Work Product

VERNER-CRIST_00002601



Privileged & Confidential – Work Product



Privileged & Confidential – Work Product

CONFIDENTIAL

**Approx. 11:17** The DPW workers are starting to hose down the block now.

**Approx. 11:25** The DPW workers are still hosing down the block.

**Approx. 11:29** Passersby are continually walking up and down the block, forcing the DPW workers to stop hosing down the block. Despite that, the workers do not put up caution tape.

**Approx. 11:30** I'm heading out. Other than the hosing, the sweep appears to be done.

Privileged & Confidential – Work Product

                                                      VERNER-CRIST_00002604