# EXHIBIT 23

Talla Declaration

**February 13, 2025 PM HSOC Observation Notes, Dylan Verner-Crist**

I observed the February 13, 2025 PM HSOC resolution, noticed for "Alameda btw Potrero/Bryant (by the U-Haul), Alameda btw Harrison/Treat (behind Best Buy)." Below are my notes.

**Approx. 12:55** I arrive at Bryant and Division. I don't see any workers here or on Treat Avenue, behind the Best Buy.

**Approx. 13:00** I am on Alameda between Potrero and Bryant. The City workers are here. There are two DPW trucks, the Reactionary DPW workers (Felix, Joel Martinez, Louis, Will, and Dario), Pedro Rincon and another HOT worker, two MTA workers, Leslie Fong with the SFFD, and Fong's DEM vehicle. There are no police here yet. The workers are just standing around.

**Approx. 13:02** Rincon and Fong are looking at one structure on the block. Rincon tells Fong that it is empty. There are no other structures or tents here. Below is a photo, taken at 13:03, showing this structure.



**Approx. 13:06** Fong tells me, "It's your second to last day out here, huh?" I am surprised that she knows that and tell her so. She says, "We've been counting down the days."

**Approx. 13:08** There are no homeless people or tents/structures on Alameda or the side streets. I don't see any on Potrero or Bryant in the vicinity either.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

**Approx. 13:11** The DPW workers are standing outside the one structure on the block. The other City workers are just standing around.

**Approx. 13:14** The police are pulling up: Officers Yun, Young, and Ivey. The HSH worker named Josie and David Nakanishi are here now as well.

**Approx. 13:15** Nakanishi is now talking to Martinez about an area behind some fencing on Alameda. It looks like the remains of an encampment. There is no one there; it is empty now.

**Approx. 13:23** The DPW workers are taking apart the one structure here. The rest of the City workers are standing around.

**Approx. 13:29** The DPW workers finish disposing of this encampment.

**Approx. 13:30** Sam Dodge and Sergeant Dennis Hoang are here now. Dodge is talking to Nakanishi. The DPW workers are clearing some detritus. The rest of the workers are standing around. On the next page is a photo of Dodge and Nakanishi talking.

**Approx. 13:36** I see that there is one collection of peoples' belongings near the corner of Alameda and Bryant.

**Approx. 13:42** I'm walking around to see if there are any encampments nearby. I'm at Alameda and Treat now, behind the Best Buy. I don't see anything here. No tents, no people, no notice.

**Approx. 13:43** There are three RVs and one tent on Harrison, either side of Alameda, on the adjoining blocks.

**Approx. 13:46** There is another tent on 15th between Folsom and Harrison. There are three to four RVs here as well.

**Approx. 13:54** I am back on Alameda now. The City workers are still here. They are standing around talking. Nakanishi and Dodge are now gone.

**Approx. 14:02** Rincon asks Fong, "Are we shifting?" Fong nods. The City workers are starting to go to their vehicles.

**Approx. 14:03** Officer Cabantula and Lieutenant Wayman Young are now here.

*(Account continues following photo)*

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

February 13, 2025 PM HSOC Notes 3



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002565

**Approx. 14:04** Fong begins leaving in her DEM vehicle. She says "Merlin" loudly to the other workers as I stand in the background. She looks at me. They repeat "Merlin?" to her. She nods. They may be referring to the Merlin Alley, which is a mile away.

**Approx. 14:05 to 14:10** I run hard, following the City workers as they drive away. They drive down Alameda, right on Bryant, left onto Division, back onto Alameda, right onto Harrison, then down 15th, stopping between Folsom and Shotwell. I manage to keep them in sight. As I walk up, Fong sticks her tongue out at me. The City workers are clustered around one tarp with two people under it. This area is a half mile away from the noticed area. It is well outside the sweep zone. There is no notice posted here. Rincon goes to talk to the two people, saying loudly "HOT team, interested in shelter?" The cops, DPW, and Fong are standing on. There are six cops here now; Officer Meza and another officer are pulling up. There appears to be a shift change, as the four officers who were here before are leaving. Below is a photo showing the scene at 14:12 – Rincon talking to the two men at their encampment.



**Approx. 14:16** The two homeless people here walk quickly away, leaving their stuff behind. One of the DPW workers tells the others, "They left, it means that we can throw

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

out their stuff right?" The DPW worker named Dario shakes his head. The first DPW worker repeats, "But they left, they left their stuff here." Below is a photo of the property in question, taken at 14:15.



**Approx. 14:18** The two DPW workers are now looking at the two peoples' property. The four cops are heading out now. Fong tells them that she'll see them tomorrow. Dario and the other DPW workers are taking pictures of the property left on the block.

**Approx. 14:22** Joel Martinez is joking with me, telling me, "You must have run track, you beat me truck here." Another DPW worker is telling the HOT workers that he worries about bombs and explosions, boobie traps, when he is going through homeless peoples' property.

**Approx. 14:25** Dario okays the disposal of the property. Another DPW worker says, "We're good? Take it all the way home, huh?" They take the belongings and bring it to their trucks. They throw it all out. There are pots and pans, clothes, a soccer ball, et cetera. They throw it all out, including the tarp. On the following pages are photos showing the disposal of this encampment, taken by me between 14:19 and 14:27.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT





PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002569



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002570



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002571



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002572



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002573



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002574

**Approx. 14:28** There is some artwork in the other DPW truck. One of the HOT workers goes up to the artwork, looks at it, and says, "That's some nice ass fucking art, there's some glass portraits too," talking to herself. It's in the trash truck. Below is a photo taken at 14:26 of the artwork in the trash truck.



**Approx. 14:30** The workers are complaining to each other about me taking pictures of them and the trucks.

**Approx. 14:32** It starts to pour again. The DPW workers are now taking photos of the empty block. Below is a photo, taken by me at 14:33, showing the pouring rain in the midst of this unnoticed encampment sweep.

**Approx. 14:35** There's one tent on Shotwell between 14th and 15th. The City workers are not here.

**Approx. 14:36** Some of the DPW trucks are heading out now.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL

February 13, 2025 PM HSOC Notes 14



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

**Approx. 14:39** The City workers are now at a tent on Folsom between 15th and 16th. Fong, Dario, and Officer Meza are standing over a man in the tent. The man is getting stuff out of the tent, placing it in trash bags. There are no HOT workers here. The man is going through his stuff. There is no notice here. Meza and Fong are standing on. Below is a photo taken at 14:39 showing this scene.



**Approx. 14:46** The man is packing up in the rain. There are still not HOT workers here. I'm not sure where they went. As the man packs up, the DPW workers and Fong are standing around, laughing.

**Approx. 14:51** The man takes his stuff out of the tent. The DPW workers take the tent. They ask him, "Todo basura?" He doesn't speak English. None speak to him in Spanish. He nods that he doesn't want the tent. The DPW workers take the tent and throw it out. They're throwing out stuff, asking him if he wants the stuff, telling him that they "have to ask." Eventually The DPW worker named Felix goes up to him and asks him in Spanish what he wants. The man replies. I cannot overhear them. On the next page is a photo, taken at 14:51, of the workers dragging the man's tent to their truck.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL                                                                            VERNER-CRIST_00002577

February 13, 2025 PM HSOC Notes 16



PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

VERNER-CRIST_00002578

**Approx. 14:55** The DPW workers hand the man a poncho for the rain. He doesn't have the tent anymore. The HOT workers are still nowhere.

**Approx. 15:01** The man moves along, taking two trash bags and a bike with him. The workers throw the rest out. They are now standing around, talking. Below a picture, taken at 14:56, showing the man dragging a black trash bag of belongings down the block.



**Approx. 15:05** The City workers are standing around. They seem done now.

**Approx. 15:13** The City workers are heading out now. I'm leaving.

PRIVILEGED AND CONFIDENTIAL – WORK PRODUCT

CONFIDENTIAL