# EXHIBIT 24

Talla Declaration

## February 14, 2025 JFO Observation Notes, Dylan Verner-Crist

I observed the February 14, 2025 JFO operation, scheduled for "Polk & Geary" at 9 AM. Below are my notes.

**Approx. 9:00** I'm walking through the Tenderloin in case the JFO team is not at their assigned location. I walk down Jones from Sutter to Ellis, then down Ellis to Larkin. I don't see the JFO team.

**Approx. 9:08** I am now at Larkin and Ellis. I see two DPW trucks driving up Larkin; they turn right onto O'Farrell. The workers are not the standard reactionary crew workers, though.

**Approx. 9:10** I'm now at Polk and Ellis. I don't see the JFO team. There are a few people sleeping rough or hanging out on the adjoining blocks here.

**Approx. 9:12** I see one DPW truck in the Olive Alley. They are picking up trash. They appear unrelated to the JFO.

**Approx. 9:14** I'm now at Polk and Geary. There is no sign of the JFO team here. There is also no sign that they were here; there are no people on the adjoining blocks with their belongings, no recently hosed-down streets, nothing.

**Approx. 9:17** I'm wandering the Tenderloin now looking for the City workers. I haven't seen any sign of them yet.

**Approx. 9:20** I'm now at Eddy and Leavenworth. No sign of them.

**Approx. 9:23** I'm now at Leavenworth and Golden Gate. No sign of them.

**Approx. 9:27** I'm now at Larkin and Golden Gate. No sign of them.

**Approx. 9:32** I'm now back at Polk and Ellis, looking up towards Geary. No sign of them.

**Approx. 9:43** I walk back through the heart of the Tenderloin. I get to Ellis between Taylor and Jones at around 9:43. I see two HOT**App** workers who I don't recognize there, talking to some people on the block.

**Approx. 9:45** Around the corner, on Taylor between Ellis and Eddy, the JFO team is working. Rather than being at Polk and Geary, as scheduled, they are on the other side of the Tenderloin, at Taylor and Ellis. This is Zone 3, rather than Zone 1. The City workers are already almost done here. The block is clear and wet. The DPW workers are finishing up hosing-down the block. The rest of the DPW workers – the standard reactionary crew

Privileged & Confidential – Work Product

VERNER-CRIST_00002660

of Louis, Felix, Joel Martinez, Will, and Dario – are standing around. There is no notice posted here.

**Approx. 9:47** Across the intersection of Taylor and Ellis, I see a bunch of cops, some fencing, and some tour buses. Two cops are there talking to a homeless guy who was walking by; they are questioning him. The activity across the street may be connected to the All-Star game. Below is a photo of the tour bus, fencing, and clustered cops, taken at 9:48.



**Approx. 9:50** Further down the block, I see the MTA workers, Brandon Cunningham, one cop car with a few cops (Meza and some others), and Dario with DPW. They are hanging out, talking. They appear to be done on this block.

**Approx. 10:01** The City workers are talking about moving on now. They say they are going to Jones between O'Farrell and Ellis. I can hear them talking to each other about it.

**Approx. 10:02** The City workers are moving on now. One DPW truck turns and goes down Ellis towards Jones. The other trucks go up Taylor towards O'Farrell.

Privileged & Confidential – Work Product

**Approx. 10:06** I'm on Jones between Ellis and O'Farrell now, the 400 Block. One DPW truck pulls up, driven by the DPW worker named Louis. There is no notice here.

**Approx. 10:07** The other DPW trucks are pulling up now. There's now five DPW trucks on the 400 Block of Jones plus the police car full of cops.

**Approx. 10:10** Brandon Cunningham is now on the 400 Block of Jones. He's walking up and down the block. He's telling people here that they will have to move. There are seven homeless people on the block. There are no tents/structures. Some people are huddled under blankets. People begin to get up and move along.

**Approx. 10:13** Cunningham is asking people if they need bags. He is giving out some socks. Cunningham walks up to another two people, underneath a blanket, and says, "Hello, Paramedic, we're going to be cleaning the block, let me know if you need help getting up, because we're going to be power-washing." I'm standing on watching. The couple, a man and a woman, under the blanket move their blanket and start to get up. Below is a photo taken at 10:15 showing part of the block at this point.



Privileged & Confidential – Work Product

**Approx. 10:17** The woman who was under the blanket gets up and goes up the block, yelling. She's very angry. Below is a photo of her, trudging up the block, wearing a plastic poncho, as DPW workers stand on. There's no notice on this block.



**Approx. 10:18** The four cops here get out of their vehicle and walk over to her. They are Salas, Rinaldi, Sergeant N. Lee, and a fourth officer whose name tag is covered. They walk over to the woman, who is still yelling. She immediately quiets and walks off the block quickly.

**Approx. 10:23** The DPW workers are taking pictures of the block with their iPad. I hear them talking about having the wrong intersection in CMMS; they're doing their report again, resetting it to the Reactionary Crew. Cunningham walks down to the 300 Block of Jones and talks to the people in the one tent there. They start packing up, removing their stuff from their tent. On the next page is a photo taken at 10:26, showing the people in this tent packing up their belongings, putting them next to their tent, after Cunningham had approached them.

**Approx. 10:26** The two HOT workers from earlier are standing at the corner of Ellis and Jones. They are a different two than I've seen before. DPW are starting to clean the 400 Block. There is still one homeless man on this block, packing up.

**Approx. 10:32** The 400 Block is clear now. Martinez is splashing cleaning solution down on the block.

Privileged & Confidential – Work Product

February 14, 2025 JFO Notes 5



Privileged & Confidential – Work Product

**Approx. 10:39** DPW are hosing down the 400 Block now. The people in the tent on the 300 Block of Jones are still packing up. The police officers are hanging out. The HOT workers are standing, talking to each other on the corner.

**Approx. 10:46** The people on the lower block of Jones have put their stuff into a cart. They're packing it up now.

**Approx. 10:48** The DPW workers are now done hosing down the 400 Block of Jones.

**Approx. 10:51** The homeless people on the 300 Block are packing up and taking down their tent now.

**Approx. 10:59** The tent on the lower block of Jones is now gone. There are three DPW trucks now parked on the 300 Block of Jones.

**Approx. 11:01** The upper block is now hosed down and clear. The rest of the JFO team is driving down to the 300 Block now. The people who were on this block have moved around the corner to Ellis.

**Approx. 11:04** I walk down Ellis to see if the man named Christopher who I saw at the JFO this week is still there. He is not. There is a small pile of belongings next to the Coronado Hotel, where he was before, but there are far fewer of them than there were before.

**Approx. 11:07** The DPW workers are now hanging out on the 300 Block of Jones. The woman whose tent was here is sweeping up the remnants into a pile. Cunningham is here; he talks to her, telling her that DPW is going to clean the block.

**Approx. 11:11** The police officers are on the lower block, on the opposite side (the western side). Officers Rinaldi and Salas are talking to people here. As I walk up, I can hear that they are running names. One of the homeless women who Salas is talking to asks him if she is being arrested; he says no and she crosses to the other side of the street. The cops appear to be telling people that they need to leave. The people who were on this corner (on Jones just north of Eddy) were sleeping rough, sitting and lying on the block. The cops are shaking people awake, telling them to get up. I cannot hear any ching of body-worn cameras. On the following pages are two photos, showing Rinaldi and Salas talking to a man and running his name on this block. I took these photos at 11:10 and 11:11, respectively.

*(Account continues following photos)*

Privileged & Confidential – Work Product

VERNER-CRIST_00002665



Privileged & Confidential – Work Product



**Approx. 11:18** The police officers are now asking the only woman left on block her name. She's appears distraught and not in great shape. Below is an 11:15 photo.



Privileged & Confidential – Work Product

                                        VERNER-CRIST_00002667

**Approx. 11:19** Cunningham comes up to the woman. Unlike the police officers, he crouches down to her level to talk to her. He asks her if she's okay. He tells her that DPW needs to clean the block. He asks her if she has all her stuff. He helps her pack up some of her stuff into a cardboard box. He asks her if she wants to go inside. He tells her that she'll have to move so that they can clean. He asks if she has any other clothes or belongings. He asks her name and where she is. She doesn't appear to answer. He tells her that he's concerned about her, that she cannot tell her name or where she is, and tells her that he is going to call an ambulance, to get her somewhere safer. Below is a photo of Cunningham talking to her at 11:19.



**Approx. 11:26 to 11:30** Cunningham is talking to the woman on this part of the block. Meanwhile, DPW workers have splashed down chemicals on the eastern side of the block and are starting to hose it down. One of the workers, Louis, pulls away in his truck. Another woman who had been on the western side of the 300 Block of Jones is now on the eastern side, curled up in a blanket on the sidewalk.

**Approx. 11:35** Cunningham is writing out a form. Meanwhile, Officer Salas walks over to the woman sleeping under a blanket on the eastern side of the block – the one who asked him before if she was being arrested – and tells her to move. She gets up and crosses the street, walking up the block, before crouching down under the blanket again.

Privileged & Confidential – Work Product

VERNER-CRIST_00002668

**Approx. 11:38** Joel Martinez is now leaving. The eastern side of the block is clear now. Below is a photo taken at 11:36 showing the now-clear block.



Privileged & Confidential – Work Product

VERNER-CRIST_00002669

**Approx. 11:43** The DPW workers are hosing down the block now. The MTA workers, two DPW workers, the four cops, and Cunningham are all still here. The

**Approx. 11:51 to 12:00** The woman on the western side of the block is attempting to stand up. An ambulance arrives. Cunningham goes back and talks to her as she tries to walk down the block, clutching a signpost, leaning against the wall for support. She is very thin and uncertain. EMT workers get out of the ambulance and talk to her. Cunningham tells her that she is being 5150'd. The EMT workers and Cunningham load the woman onto a gurney and then into the ambulance.

**Approx. 12:04** I head out. The sweep appears done now.

Privileged & Confidential – Work Product

CONFIDENTIAL                                                                                    VERNER-CRIST_00002670