# EXHIBIT 27

Talla Declaration

 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,    )
 6   et al.,                       )
 7              Plaintiffs,        )
 8   vs.                           )  CASE NO.
 9   CITY AND COUNTY OF SAN        )  4:22-cv-05502-DMR (LJC)
10   FRANCISCO, et al.,            )
11              Defendants.        )
12   - - - - - - - - - - - - - - -
13
14      THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
15        SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
16             AND USED ONLY IN ACCORDANCE THEREWITH
17
18             VIDEOTAPED DEPOSITION OF LUKAS ILLA
19                THURSDAY, FEBRUARY 20, 2025
20
21             BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                   550 CALIFORNIA STREET, SUITE 820
24                   SAN FRANCISCO, CALIFORNIA 94104
25                               (415) 597-5600

1         Okay.  I'm going to amend it to 25 to 40,
2    because I believe there were more.  Sorry.  Thank you.
3         Q.   Sure.
4              (Cell phone interruption.)
5         ATTORNEY KASHYAP:  Sorry.
6    BY ATTORNEY WANG:
7         Q.   Are you able to, sitting here today, sort of
8    tell me, let's say, the dates of all the HSOC
9    resolutions that you have observed?
10        A.   Some of them, yeah.
11        Q.   Which ones can you tell me?
12        A.   Two -- on February 8, 2024, A.M.  Let's see.
13   May 21st, 2024, A.M.; May 30th, 2024, P.M. I think it
14   was; August 6th, A.M., November 8th, one of the A.M.s
15   or P.M.s.  And there's a bunch of Jan- -- December 20th,
16   2024, A.M.; oh, August 1st; July 29th.
17             Yeah.  From memory, I can't list more than
18   that, yeah.
19        Q.   Is there some reason why these particular HSOC
20   resolutions stick out in your mind now?
21        A.   Some of them.  But mainly just because of the
22   associated numbers that I can remember.  Yeah.
23        Q.   Do you, like, keep a list -- do you keep a list
24   of all the HSOC resolutions that you've observed on
25   behalf of the Coalition?

```
 1   BY ATTORNEY WANG:
 2       Q.   Got it.
 3            Was that communicated to you when you applied
 4   for the job?
 5       A.   Yes.
 6       Q.   In the -- you know, in all the sort of HSOC
 7   resolutions, we'll say, that you've observed and
 8   monitored, have you ever witnessed what you believe is a
 9   violation of DPW's bag-and-tag policy by a City
10   employee?
11       A.   Yes.
12       Q.   Can you recall which resolutions that you
13   observed where you believe you witnessed a violation of
14   DPW's bag-and-tag policy?
15       A.   I cannot list every single one because I have
16   seen, in my opinion, many instances of that.
17            But one being on May 21st, 2024, in the A.M.,
18   there was an HSOC resolution scheduled for the San Bruno
19   and Division corridor underneath the freeway overpasses.
20   And I had met a woman there with her boyfriend, and the
21   woman's name was Brandy Jacobson.   And that was one
22   instance in which I saw violations of the bag-and-tag
23   policy.
24       Q.   And what was the violation that you saw?
25       A.   This was during a period of time in which I
```

1  kept hearing from DPW Supervisor Israel Graham and other
2  HSOC workers that there can't be any furniture on the
3  street and on the sidewalks and that they will not bag
4  and tag anything but tents.  And any bulky item, any
5  furniture was allowed to be forcibly taken from them
6  even after exiting the encampment noticed sweep area.
7           For example, Brandy Jacobson left with her
8  belongings to Henry Adams Street, which is east of
9  Vermont Street, which is where the perimeter of that
10 HSOC resolution was.  And she had a mattress on the
11 bottom of her cart that was attached and wrapped with a
12 tarp around it as well as a wooden box that was large
13 and contained multiple different pieces of her property.
14          And both those things were forcibly taken from
15 her and the box destroyed, as well as a forklift that
16 she had -- or a pallet mover, I should say.
17     Q.   I'm sorry.  When you say "a pallet mover,"
18 what -- what is that?
19     A.   Yeah.  It's a -- one of those -- it has a
20 handle; it has a steering ability; and it has like a
21 double-pronged, like fork-esque, you know -- I don't
22 know how to describe it.  Just like long, flat sheet of
23 sturdy heavy metal both -- on both ends with wheels on
24 the bottom that you can move heavy, large pieces of
25 things with.

```
 1      Q.    So was it a -- is it like a motorized --
 2      A.    No.
 3      Q.    It was a -- like, manual, hand-operated?
 4      A.    Mm-hmm.
 5      Q.    And when you say that this was forcibly removed
 6   from her, the mattress and the large box of items --
 7      A.    Mm-hmm.
 8      Q.    -- and the pallet mover, you said this occurred
 9   on Henry Adams Street?
10      A.    Mm-hmm.  Henry Adams and Alameda.
11      Q.    And Alameda.  Okay.
12            And who -- do you know or recall who forcibly
13   removed those items from her?
14      A.    Coordination between Brandon Cunningham, two
15   police officers, Israel Graham, and another DPW worker.
16      Q.    Do you know whether the mattress was soiled?
17      A.    No.
18      Q.    Do you recall what was in the large box of
19   items?
20      A.    I do not recall.
21      Q.    And was the -- the box was like a cardboard box
22   or --
23      A.    No.  It was a wooden box that was built with
24   nails.
25      Q.    And do you recall roughly the size of the box?
```

```
 1      A.   I would say the size of -- what is this? --
 2 basically this table.  So I don't know how to describe
 3 that, but, like, 2 feet -- 2 feet by -- I don't know --
 4 4 feet, and -- 4 feet or 3 feet tall.
 5      Q.   And the pallet mover, how large was the pallet
 6 mover?
 7      A.   Same size as the box.
 8      Q.   Okay.  Was -- was the pallet mover being used
 9 to move the box?
10      A.   Yes.
11      Q.   Was it being used to move the mattress as well?
12      A.   No.
13      Q.   The mattress was on a separate cart, I think
14 you said?
15      A.   Yes.
16      Q.   What else was on that cart, if you recall?
17      A.   A tarp that covered the mattress to conceal the
18 fact that it was a mattress.
19      Q.   Okay.
20      A.   Or I shouldn't -- I don't know if that's the
21 case.
22      Q.   But it was covering the mattress anyway?
23      A.   Mm-hmm.
24      Q.   Okay.  Anything else under that tarp; do you
25 recall?
```

```
1       A.    I don't.
2       Q.    Do you know how Brandy got a pallet mover?
3       A.    No.
4       Q.    Do you know what happened to the pallet mover
5   after it was removed or taken from Brandy?
6       A.    It was put in the back of a DPW truck that
7   included garbage.
8       Q.    Do you know what kind of truck it is?  Was it
9   like a --
10      A.    It was a flatbed.
11      Q.    Flatbed.  Okay.
12            And what about the large box, the wooden box?
13      A.    It was ripped apart and destroyed and put into
14  the back of the truck bed.
15      Q.    The same truck bed as the pallet mover?
16      A.    Yes.
17      Q.    And then what about the mattress?
18      A.    That was also put in the back of the same DPW
19  truck bed.
20      Q.    Okay.  Did you take any notes at this
21  resolution?
22      A.    I don't believe so.  It was one of those
23  resolutions that there was a lot going on, and I took a
24  lot of video.
25      Q.    Okay.  So you did take video at this
```

```
 1   resolution?
 2        A.    Yes.
 3        Q.    Did you take any photos at the resolution?
 4        A.    Yes.
 5        Q.    Did you take photos of the -- Brandy's
 6   mattress?
 7        A.    I took video of Brandy's mattress.
 8        Q.    Did you take a photo or video of the wooden
 9   box?
10        A.    Yes.
11        Q.    Was it photos or video or both?
12        A.    I can only recall video.
13        Q.    Okay.  And what about the pallet mover; did you
14   take any photographs of the pallet mover?
15        A.    Only video.
16        Q.    Only video.  Okay.
17        A.    From what I recall.
18        Q.    Okay.  Do you recall whether you saw any posted
19   notice for the May 21st, 2024, A.M. HSOC resolution?
20        ATTORNEY KASHYAP:   Objection; vague as to time.
21             Go ahead.
22        THE WITNESS:   I don't remember.
23   BY ATTORNEY WANG:
24        Q.    And I think you kind of said this, but just to
25   confirm and clarify.
```

```
 1            The reason you didn't take notes for this
 2   resolution is because of how much stuff was going on; is
 3   that what you said?
 4       A.   Yes.
 5       Q.   Okay.  Did you create any documentation after
 6   the sweep to sort of document what you saw or observed
 7   at the May 21st, 2024, A.M.?
 8       A.   Only a declaration from Brandy Jacobson and
 9   subsequent e-mails about said property destruction to my
10   attorneys and associated counsel.
11       Q.   Okay.  And so you collected a declaration from
12   Brandy Jacobson?
13       A.   Yes.
14       Q.   And was this declaration drafted on scene at
15   the time the incidents were happening?
16       A.   Yes.
17       Q.   Okay.  And is this one of the handwritten ones
18   that you did?
19       A.   Yes.
20       Q.   And that declaration is -- was uploaded into
21   the Google Drive?
22       A.   From my knowledge, yes.
23       Q.   What did you do with the declaration after you
24   collected it that day?
25       A.   I sent it to our counsel.
```

```
 1       Q.   Sorry.  And you said -- I think you mentioned
 2   Israel Graham was involved; is that correct?
 3       A.   Yes.
 4       Q.   You mentioned another DPW worker.
 5            Do you know that individual's name?
 6       A.   I don't know his name.  I know what he looks
 7   like.
 8       Q.   Okay.  And you mentioned Brandon Cunningham.
 9            Is that the Fire Department paramedic captain?
10       A.   Yes, the incident commander.
11       Q.   Do you recall the names of the two SFPD
12   officers you referenced?
13       A.   I do not know their names.  I can identify one
14   by sight.
15       Q.   Okay.  And since you -- did you -- sorry.
16            Did you video the actual sort of removal and
17   the taking of the mattress from Brandy?
18       A.   Yes.
19       Q.   Did you video and record the actual taking of
20   the large wooden box from Brandy?
21       A.   Yes.
22       Q.   And then did you video and record the actual
23   taking of the pallet mover from Brandy?
24       A.   Yes.
25       Q.   Okay.  Do you know if these are all separate
```

```
 1   videos or, like, one long video?
 2        A.   One, I believe, 13-minute video.
 3        Q.   Do you recall how close you got to the --
 4   Brandy's mattress --
 5        A.   Yes.
 6        Q.   -- during the incident?
 7             How close did you get?
 8        A.   This -- Brandy had moved her belongings to a
 9   parking spot and had paid the meter for parking for an
10   hour.  And I was sitting on the curb on the opposite
11   side of the sidewalk.  Short way, so just, you know, a
12   few feet away.
13        Q.   Okay.  Is that the same for the large box?
14        A.   Yes.
15        Q.   You --
16        A.   I sat there.
17        Q.   So you were within a few feet of the mattress,
18   the box, and the pallet mover?
19        A.   Yes.
20        Q.   Is that how far away you were from the items
21   when they were taken from Brandy?
22        A.   Yes.
23        Q.   Okay.  So other than the resolution we just
24   discussed, the May 21st, 2024, can you recall any other
25   particular dates of resolutions at which you observed
```

```
 1   what you contend is a violation of DPW's bag-and-tag
 2   policy?
 3        A.   Yes.  May 30th, that was the -- May 30th, 2024,
 4   on the Div- -- I believe that is the date; I do have
 5   video of it, which does have the date -- of the Division
 6   Street corridor and Dore Alley sweep.  And that would be
 7   in the -- I want to say A.M.  Yeah, yeah.
 8        Q.   And when you say "Division Street corridor and
 9   Dore Alley," that's one big area where the sweep was
10   happening?
11        A.   Yes.  It was Dore Alley.  I don't exactly
12   remember what the sweep notice said that day, but it was
13   Dore Alley just north of Division on the west side of
14   Brannon.
15             And then the Division Street part where the
16   HSOC resolution was taking place was primarily between
17   Div- -- on Division between Potrero -- on the south side
18   of Division on Potrero and San Bruno.
19        Q.   And what was the violation or violations that
20   you remember observing that day?
21        A.   Again, attended property that folks who were
22   there -- a woman named Shelly and Jake, a man named
23   Jake -- wanted to take multiple carts of theirs with
24   their belongings on top of said carts, in which they
25   were told that they can only have one or two carts --
```

 1  they had eight carts -- and that they can't take
 2  anything that doesn't fit within one or two carts with
 3  them.
 4          And then, of course, the property seizure and
 5  destruction of the carts.
 6      Q.  And so you said that they had eight carts?
 7      A.  That is what Israel Graham said.
 8      Q.  Okay.  And so what did you witness be taken and
 9  destroyed?
10      A.  So these folks were on Division in between
11  Potrero and San Bruno, on the south side of it.  And
12  that's where their tent was.
13          And so as the HSOC resolution was being
14  conducted on Division, they began moving their things
15  eastward toward San Bruno and, with that, were dragging
16  large deconstructed tents with them with property inside
17  as well as a big tarped bundle as well as multiple
18  carts, some of which -- two of them were shopping carts;
19  one was a wagon; one was a three-tiered metal cart; and
20  well -- one was like a hotel bellboy metal cart as well
21  that was the same size as the three-tiered cart.
22          And the three-tiered cart and the bellboy cart
23  were everything -- Shelly and Jake and another person
24  with them were forced to take off all of their property
25  from those carts, and those carts were then placed in a

1  garbage crusher that had arrived on the scene at the
2  same time of their moving of this -- of this property
3  and crushed in entirety in front of them.
4      Q.   So this is the sort of three-tiered metal cart
5  and the -- the sort of bellboy --
6      A.   Yes.
7      Q.   -- hotel cart?
8      A.   Yes.  Sorry.
9      Q.   Can you describe for me more about what the
10 three-tiered metal cart looks like?  I guess I'm having
11 a hard time...
12     A.   Yeah.  It's just like a metal shelving unit
13 with wheels.
14     Q.   Got it.
15          Kind of like the wire metal shelving, like a --
16 shoot.  What's the one, ah --
17     A.   There's metal -- there was simply just very
18 bare-bones metal poles, four of them going up, and then
19 metal -- then like a metal sheet, metal sheet, metal
20 sheet on each tier.
21     Q.   Got it.  Okay.
22          And you said that the property there -- the
23 property that was on those carts was taken off, and then
24 the carts themselves were destroyed?
25     A.   Yes.

```
 1          There was also property destruction of physical
 2   property unrelated to carts that had been on carts as --
 3   as they were moving their property across the street to
 4   the eastern side of San Bruno just south of Division.
 5        Q.   This is all Shelly and Jake's property?
 6        A.   Yes, and the third person's.
 7        Q.   Oh.  There was a third person.
 8        A.   So yes.  Sorry.  There was a third person.
 9             He, at one point, took one of the -- I believe
10   it was the three-tiered cart, and he tried to walk south
11   with it on San Bruno on the western side of it.  And he
12   was stopped by at least three police officers and had to
13   take the property off.  And that's when the cart was
14   dealt with.
15        Q.   Okay.  So the three-tiered cart, do you know
16   whether it was Shelly's, Jake's, or this third person's
17   property?
18        A.   I -- I don't exactly know, but all of them were
19   attended, that property.
20        Q.   Okay.  And then the bellboy hotel cart, do you
21   know whether that was Shelly's, Jake's, or the third
22   person's property?
23        A.   Same occurrence.  Yeah, same -- I don't know
24   exactly which was which.
25        Q.   Okay.  When the third person was taking the
```

```
 1   three-tiered cart, I think you said south --
 2       A.    Mm-hmm.
 3       Q.    -- was he with Shelly and Jake, or was he going
 4   in a different direction?
 5       A.    He was with -- he -- not physically with them
 6   in that moment but was -- he was with them as a group
 7   from the start.
 8       Q.    Okay.  Do you know if his tent was also set up
 9   near Shelly and Jake?  You know, I think you had said
10   Shelly and Jake had their tent further down San Bruno.
11       A.    On Division.
12       Q.    On Division.  Sorry.
13       A.    I don't know.
14       Q.    Okay.  So you had mentioned there was property
15   outside of the carts that was destroyed.
16             Do you recall what that property was?
17       A.    It was -- I don't.
18       Q.    Okay.  Do you recall what it looked like?
19             Was it a suitcase?  Was it a -- a box of
20   things?
21       A.    I don't exactly know, but the video that I took
22   of it will show.
23       Q.    Okay.  That's my next question, I guess.
24             Did you video this entire occurrence?
25       A.    Yes.
```

```
 1       Q.    Did you take any photographs?
 2       A.    Yes.
 3       Q.    Did you take notes of this HSOC resolution?
 4       A.    Mm...   I actually don't remember.
 5       Q.    Is this the same -- my notes might be jumbled,
 6  so I apologize.
 7             But is this the same resolution as the mace
 8  incident with Israel Graham?
 9       A.    That is what I -- I don't -- I don't believe
10  so.   I think I might have gotten that date wrong earlier
11  when you asked me --
12       Q.    Okay.
13       A.    -- what that date was.   I believe that might
14  have been the June 5th --
15       Q.    Okay.
16       A.    -- HSOC resolution.
17       Q.    Okay.
18       A.    But again, the video that I took of both those
19  incidences will tell that.
20             Because I also had the same thought.   I was,
21  like, wait.
22       Q.    Okay.   So -- so the May 30th, 2024, resolution
23  with Shelly, Jake, and the third person --
24       A.    Mm-hmm.
25       Q.    -- you do not recall whether you have notes for
```

1  that one; is that right?
2       A.   I don't know.
3       Q.   But there are photos and there are video?
4       A.   Yes.  And if there are notes, they have been
5  uploaded to the site.
6       Q.   Great.  Okay.
7            So other than the May 30th resolution and the
8  May 21st, 2024, resolution, any other resolutions that
9  you observed where you observed a violation of DPW's
10 bag-and-tag policy that you can recall right now?
11      A.   No.  There are.  I just don't know the specific
12 dates, and that's what I'm worried about getting tripped
13 up on.
14      Q.   Yeah.  That's okay.
15      A.   Yes.
16      Q.   Okay.  Do you -- how many resolutions do you
17 have in mind right now?
18      A.   At least five.
19      Q.   And I know you don't recall -- and I don't
20 expect you to -- like, the exact dates just sitting
21 here.
22           But do you have, like, a rough time frame of
23 when these other resolutions were?
24      A.   Yeah.  This was -- do you just want me to start
25 in on one particular?