# EXHIBIT 28

## Talla Declaration

1

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3   - - - - - - - - - - - - - - - - - -
4   COALITION ON HOMELESSNESS; TORO  )
5   CASTANO; SARAH CRONK; JOSHUA     )
6   DONOHOE; MOLIQUE FRANK; DAVID    )
7   MARTINEZ; TERESA SANDOVAL;       )
8   NATHANIEL VAUGHN,                )
9            Plaintiffs,             ) CASE NO.
10  v.                               ) 4:22-cv-05502-DMR(LJC)
11  CITY AND COUNTY OF               )
12  SAN FRANCISCO, et al.,           )
13           Defendants.             )
14  - - - - - - - - - - - - - - - - - -
15
16      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
17            PURSUANT TO PROTECTIVE ORDER
18      VIDEOTAPED DEPOSITION OF SARAH A. CRONK
19             MONDAY, SEPTEMBER 23, 2024
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                 BY:  MARY J. GOFF, CSR NO. 13427
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA  94104
25                            (415) 597-5600

200

1       Q    Were there any witnesses other than the
2  City employees?
3       A    There might have been.
4       Q    Do you know who any of them are?
5       A    No.
6       Q    Is that the only other instance in 2021
7  where you experienced property destruction?
8       A    Yes.
9       Q    How many times in 2022 did you experience
10 property destruction?
11      A    Five or six times.
12      Q    When is the first instance that you
13 remember property destruction in 2022?
14      A    February of 2022.
15      Q    And where were you located?
16      A    I was at the 9th and Folsom area behind
17 Target.
18      Q    And were you living with Mr. Donohoe at
19 this point?
20      A    No.
21      Q    Would Mr. Donohoe have had his red hazard
22 bin in any encampment with you in February of 2022?
23      A    Yes.
24      Q    Can you describe what that day was like in
25 February of 2022?

201

1    A    Yes.  The -- a couple of different trucks
2    drove up, and they instructed us to pick up all our
3    belongings because they said they would have to
4    clean the sidewalk area that we were -- that our
5    tents were on top of.
6              They started sweeping immediately and
7    picking up items and throwing them into the truck.
8    Just anything that was out of our reach and in their
9    reach, they would pick up and they would throw in
10   the truck.
11             They -- there were a couple of -- there
12   were a couple of trash bags that were left out
13   specifically because -- they had told us in the past
14   that:  If you leave a trash bag out and -- for us to
15   pick up, we'll pick that up and we'll take it.  And
16   it will be fine, and we won't take anything else.
17             But they -- that particular time they did
18   not pick up the trash bag that we had put out.  And
19   they picked up specific items that were ours that
20   were not trash.
21             And they told us if we didn't leave the
22   area, that they would have to call SFPD and cite us.
23   Q    Do you have any recollection of getting
24   notice that the City was going to be coming on that
25   day in February of 2022?

203

1     Q    Do you know how long you had been camping
2  there?
3     A    Yes.
4     Q    And how long was that?
5     A    About a month.
6     Q    And was it more or less eight people for
7  that entire month?
8     A    No.
9     Q    And how close were you to the Target?
10    A    I was on the other side of the street kind
11 of kitty corner to it.  Not -- not in front of
12 the -- the entryway, but maybe like 30 -- 30 feet to
13 the side of it.
14    Q    And were you and Mr. Donohoe given time
15 that day to move certain belongings after you were
16 told that you could be cited?
17    A    Given time before?
18    Q    To move your belongings.
19         Were you and Mr. Donohoe given time, after
20 City employees came, to move belongings?
21    A    As in before they started throwing them
22 away?
23    Q    Correct.
24    A    No.
25    Q    And what property are you claiming you

1   lost that day?
2       A    We lost ours pots and pans, our boots, our
3   tarp.  That's about it.
4       Q    Did you have a tent?
5       A    Yes.
6       Q    And how old was the tent?
7       A    Probably about a month old.
8       Q    Can you describe the condition of your
9   tent?
10      A    It was -- it was slightly -- it was
11  slightly weathered, but it was clean.  No holes or
12  anything like that.  It was dry.
13      Q    Had you been doing artwork inside of that
14  tent?
15      A    Yes.
16      Q    Do you know if there was any paint spilled
17  inside of that tent?
18      A    No.
19      Q    Any other art supplies spilled inside of
20  that tent?
21      A    No.
22      Q    How close was your tent to the other tents
23  that were located in that area?
24      A    Only a few feet from them.
25      Q    How would you typically go to the restroom

                                                                    208

```
 1   open?
 2        A     No.  They were in a pocket in a backpack.
 3        Q     Did you have any lighters?
 4        A     Yes.
 5        Q     And how were those things stored?
 6        A     Also in bags put away.
 7        Q     Did you have, like, bags of charcoal?
 8        A     No.
 9        Q     Did you have, like, logs or wood inside of
10   your tent for if you were to create a fire to cook?
11        A     No.
12        Q     Anything in your tent that you would think
13   is a health hazard?
14        A     No.
15        Q     And did you walk away at all on that day
16   in February of 1022?
17        A     No.
18        Q     Did you complain about that instance to
19   anybody?
20        A     No.
21        Q     And did you write it down?
22        A     No.
23        Q     So what's the next instance -- incident in
24   2022 that you can recall?
25        A     The same time -- the same -- the same
```

1  month.
2       Q    So February 2022?
3       A    Um-hum.
4       Q    Can you explain what happened?
5       A    The trucks came back again, and they -- we
6  -- we woke up to the sound of the trucks coming by.
7  For some reason that time they -- they had --
8  they -- at first they drove past our tents, and they
9  were targeting other people's stuff.
10           And it seemed like they were just trying
11 to throw away trash and items that were broken a few
12 tents away from us, so we -- we thought that they
13 weren't going to bother us.
14           And we -- we ended up kind of falling back
15 asleep for a minute.  And then we came back and --
16 and they were there, and they told us that they were
17 going to clean the area and that we had to move our
18 tent.
19           And we ended up moving it across the
20 street so that they could clean the sidewalk, but
21 that was only after they had thrown away some of our
22 belongings.
23      Q    Did you fall back sleep inside of the tent
24 or did you leave to go sleep somewhere else?
25      A    Fell back sleep inside the tent.

210

```
1        Q    And what items did they take that were
2   outside?
3        A    They took a backpack.  They took a cooler
4   they took a wagon that we had, and -- yeah, that's
5   it.
6        Q    And do you know -- did those items have
7   anything in them?
8        A    Yeah, the wagon -- I think the wagon
9   had -- the wagon might have had an umbrella in it.
10  I don't remember anything else that we had in there.
11       Q    Did you get notice of that resolution
12  before it was taking place?
13       A    No.
14       Q    Did people give you time to move your
15  stuff before you fell sleep?
16       A    Yes.
17       Q    And how much time were you given?
18       A    I'm sorry.  Can you -- can you clarify
19  your question?
20       Q    So were you given time to move your
21  belongings before you went back to the tent to fall
22  asleep?
23       A    Do you mean did they tell us -- did they
24  tell us that we had a certain amount of time?
25       Q    Yeah.
```

```
                                                                211
 1        A    No.
 2        Q    And how long were you asleep?
 3        A    Probably 15 minutes.
 4        Q    And did your tent have food in it?
 5        A    Yes.
 6        Q    And your tent wasn't thrown away that day?
 7        A    No.
 8        Q    Was anything inside of the tent thrown
 9   away that day?
10        A    No, nothing inside.
11        Q    So just to clarify, was it the backpack,
12   the cooler, and the wagon that was discarded?
13        A    Yes.
14        Q    And those were all items that were outside
15   of your tent?
16        A    Yes.
17        Q    Okay.  What's the next incident that
18   you -- where your property was taken in 2023 --
19   sorry -- 2022?
20        A    It was in May.
21        Q    And can you -- was that at 9th and Folsom?
22        A    Yes.
23        Q    Do you know the day?
24        A    I don't know the day.
25        Q    Was it in the morning or in the afternoon?
```

237

1  belonged to a person?
2      A   No.
3      Q   Okay.  So can you explain then how you
4  lost property in January of 2023?
5      A   Yes.  There was a -- there was a very
6  severe rainstorm that happened, and that part of the
7  freeway area was flooded.
8          That -- that actually whole area of the
9  City was super flooded around that time, and -- and
10 basically everything we had floated away in the
11 storm.
12         And we set up kind of temporary shelter
13 with what we had on the side of the -- the Staples.
14 And we were up to our knees in water.  That stuff
15 floated away as well.
16     Q   And do you happen to know if the items
17 that were on the median kind of adjacent to
18 13th Street floated away into the roadway?
19     A   I know some of them did.
20     Q   Did any of your belongings float into the
21 roadway?
22     A   Yes.
23     Q   And did the City take any of your property
24 during this incident?
25     A   No.