# EXHIBIT 29

Talla Declaration

```
 1                 UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3

 4    - - - - - - - - - - - - - - - - -

 5    COALITION ON HOMELESSNESS,        )

 6    et al.,                           )

 7                   Plaintiffs,        ) CASE NO.

 8    v.                                ) 4:22-cv-05502-DMR

 9    CITY AND COUNTY OF SAN            )

10    FRANCISCO, et al.,                )

11                   Defendants.        )

12    - - - - - - - - - - - - - - - - -

13

14

15         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16                PURSUANT TO PROTECTIVE ORDER

17         VIDEOTAPED DEPOSITION OF JOSHUA DONOHOE

18                TUESDAY, NOVEMBER 12, 2024

19

20

21            BEHMKE REPORTING AND VIDEO SERVICES, INC.

22                 BY:  CYNTHIA TURI, CSR NO. 11812

23                 550 CALIFORNIA STREET, SUITE 820

24                 SAN FRANCISCO, CALIFORNIA  94104

25                 (415) 597-5600
```

1    making videos?

2        A.   Around 2020.

3        Q.   And did Couper tell you to video anything in

4    specific?

5        A.   Yes.

6        Q.   What was that?

7        A.   The -- you know, when they were -- when DPW was,

8    like, throwing anything into the trash, specifically,

9    any kind of conduct that was being done.

10           Also, any other sweeps that I saw that my

11   encampment was not a part of and -- yeah.

12       Q.   As you sit here today, do you know if you have

13   any of those videos?

14       A.   I do not.

15       Q.   You don't have the videos?

16       A.   I don't.

17       Q.   So of the laptops that you testified to, how

18   many -- did any of those get taken by DPW?

19       A.   Yes.

20       Q.   How many laptops do you think DPW took from you?

21       A.   Roughly four.

22       Q.   And let's break that down.   When do you -- is

23   your best recollection of when the first laptop was

24   taken?

25       A.   The first and second one were taken, like,

1  together.  Those were the two that I had actually

2  built -- like, rebuilt, and got back up and running.  At

3  least, could turn back on.

4         And that would have been -- that would have been

5  pre -- I think pre-COVID, so 2019ish, yeah.

6     Q.  And so that's two laptops.

7         When is your recollection of when the

8  third laptop was taken?

9     A.  That one was taken in August of 2022.

10    Q.  And were you there when the laptop was taken?

11    A.  No.

12    Q.  You weren't?

13    A.  No.

14    Q.  Where was the laptop?

15    A.  It was amongst the rest of my belongings.

16    Q.  And where were you staying in August of 2022

17  when the laptop was taken with the -- from your

18  belongings?

19    A.  13th and -- I can't to remember if it was

20  Folsom.  It was across -- on the other side of the block

21  that we normally stay on 13th.

22         So it was on that same block.

23    Q.  Was Ms. Cronk there when the laptop was taken?

24    A.  No.

25    Q.  So was Ms. Cronk with you when the laptop was

1   taken?

2       A.   Yes.

3       Q.   So if you weren't there when the laptop was

4   taken, how do you know that it was DPW?

5       A.   A good friend of ours was watching our stuff,

6   and we were gone for just a couple of hours.   And then

7   we came back.   He was not there.   All of our stuff was

8   not there, and the ground was wet from power washing.

9       Q.   And who was the friend that was supposed to be

10  watching your stuff?

11      A.   I know him as Kid.

12      Q.   Kid?

13      A.   Uh-huh.

14      Q.   K-i-d?

15      A.   Yes.

16      Q.   Do you know if Kid has a last name?

17      A.   I'm sure he does, but I don't know it.

18      Q.   Can you describe Kid's general appearance for

19  me?

20      A.   He's a little shorter than me.   He has glasses,

21  curly hair, brown hair, yeah.   I mean, he's, like, half

22  Hispanic or -- yeah, half Hispanic and half white.

23      Q.   Did you hear from Kid after the incident in

24  August of 2022 where the laptop was taken from your

25  belongings?

1          But she had -- like, she was in distress, like,
2    she was really, really stressed out and everything.
3          And she had said that they got, like, one or
4    two carts out of the multiple carts that she had.  And
5    it didn't dawn on me until later that my backpacks were
6    probably in there, because we could not find them after
7    we -- after I helped her kind of set back up.
8          I was going through my stuff -- or going through
9    trying to find my stuff.
10       Q.   So you don't know where the bags were in
11   Krystal's camp?
12       A.   No.
13       Q.   Is it possible that somebody else took them
14   other than a City worker?
15            MR. NTIM:  Calls for speculation.  Objection.
16            THE WITNESS:  I don't know.  From what I know of
17   her, she, you know, holds on to things.  I've trusted
18   her in the past many times.
19   BY MR. MILLS:
20       Q.   So is Krystal one of those individuals that we
21   talked about where you would try to find somebody that
22   you would trust to leave your items with?
23       A.   Yes.
24       Q.   Do you know how long she had been holding your
25   items in April of 2023?

1       A.   A few weeks.

2       Q.   Do you know if she was at the same camp for a

3   few weeks?

4       A.   No.   I think she had moved once before.   Yeah.

5       Q.   Do you know how many people were living around

6   Krystal?

7       A.   I don't.   I mean, it was more than -- it wasn't

8   a lot.   It was probably, like -- more like five or

9   six tents throughout the entire block.

10      Q.   Do you know if they were blocking the alleyway?

11      A.   Blocking the road?   I'm not sure.

12      Q.   Do you know if they were blocking the sidewalks?

13      A.   Yes.

14      Q.   Yes, they were blocking the sidewalks?

15      A.   Yes.

16      Q.   Did you walk around to see if there were any

17  notices posted?

18      A.   No.

19      Q.   Did you see any notices?

20      A.   Not that I was -- not that I could remember.

21  Like I said, I don't remember looking for them.

22      Q.   Did you ask Krystal if she had noticed?

23      A.   No.   I don't remember asking her.

24      Q.   When was the last time before this date you had

25  gone to check on your backpack with Krystal?

1        A.   A few days before.

2        Q.   Is Krystal neat --

3             MR. NTIM:   Objection.

4    BY MR. MILLS:

5        Q.   -- in how she camps?

6             MR. NTIM:   Objection.   Ambiguous as to the term

7    "neat."

8             THE WITNESS:   I would say so.

9    BY MR. MILLS:

10       Q.   Was her tent clean?

11            MR. NTIM:   Objection.   Vague as to "clean."

12            THE WITNESS:   Yes.

13   BY MR. MILLS:

14       Q.   Was there dirt on her tent?

15       A.   Not that I could see.

16       Q.   Did it look soiled?

17       A.   No.

18       Q.   When you got there, did you see items strewn

19   around the outside of her tent?

20       A.   No.

21       Q.   You testified that you were helping her move

22   carts.   How many carts were you helping her move?

23       A.   Probably about four.

24       Q.   And can you describe the size of these carts?

25       A.   Yeah.   Some of them were, like, shopping carts.

1    One was a flatbed, I believe.  And another was, like,

2    a -- almost like a -- like, pieced together part of some

3    things that were on wheels.

4        Q.   So if I'm understanding correctly, Krystal had

5    four carts -- sorry.

6             To make sure that I'm understanding correctly,

7    did Krystal have four shopping carts and a flatbed cart

8    full of belongings that she was trying to move?

9        A.   Yes.

10       Q.   And there were still other belongings on the

11   sidewalk apart from those carts?

12       A.   She had -- well, not at the time that we were

13   moving them.

14       Q.   And did you rummage through all four shopping

15   carts to see if your backpack was in there?

16       A.   Not until we went to go set back up.

17       Q.   Where did you set back up?

18       A.   I think -- well, we didn't really set up, set

19   up.  It was more of, like, a pause and take a break,

20   which was down the street towards Best Buy on 13th, to

21   kind of take a second and figure out what all had gone

22   missing.  Kind of like regroup, if you will.

23       Q.   Did all items get taken out of the carts?

24       A.   Yes.

25       Q.   So you sorted through all four carts and at

```
 1    least one flatbed and didn't see your bag?
 2         A.   Yes.  Between the two of us.
 3         Q.   Did you look at every bag, or did Krystal look
 4    at some bags?
 5         A.   I mean, the two of us were looking, so...
 6         Q.   Do you think that the needles were visible to an
 7    outside observer on -- in your backpack?
 8              MR. NTIM:  Objection.  Calls for speculation.
 9              THE WITNESS:  No.
10    BY MR. MILLS:
11         Q.   Do you think that Krystal could have used your
12    needles?
13              MR. NTIM:  Objection.  Calls for speculation.
14              THE WITNESS:  Yeah.  I don't know.
15    BY MR. MILLS:
16         Q.   Did you ask her if she used your needles that
17    you had in your backpack that you claimed DPW destroyed?
18         A.   No.
19         Q.   Do you have contact information for Krystal?
20         A.   I do not.
21         Q.   Do you know if Krystal is still homeless?
22         A.   I do not.
23         Q.   So I'm going to mark the next exhibit, which is
24    going to be 76.
25    ///
```

1   formal, you got to get out and you got to move.

2        Those ones, I, for the most part, was able to

3   get out with everything.  So the destruction, I'm not

4   quite sure about.

5        But for routine cleanings on a regular basis,

6   like, five times a day [sic], where trash was only

7   supposed to be picked up, other items were also

8   disturbed and taken that were not trash, that I perceive

9   as pretty obvious not being trash.

10       Q.  So is it your testimony that in 2022, your

11  property was destroyed in instances where there was

12  routine cleaning in an encampment?

13       A.  Yes.

14       Q.  Were there any other instances where property

15  was destroyed outside of routine cleanings?

16       A.  Yes.

17       Q.  And what types of incidents were those?

18       A.  One in particular was in June -- this is 2022,

19  correct?

20       Q.  Correct, still 2022.

21       A.  And -- yeah.  More than a routine cleaning,

22  yeah.  That -- just the June.

23       Q.  Do you know what day in June it was?

24       A.  Late June.  I think June 23rd, yeah.

25       Q.  And was it in the morning or the night?

1      A.   It was all day.

2      Q.   So all day, DPW was doing a cleaning at --

3      A.   Yes.

4      Q.   And where was this encampment located?

5      A.   13th and Folsom.

6      Q.   And how close were you to Target?

7      A.   Right behind it.

8      Q.   Were you next to the pillar again?

9      A.   I believe so, yes.

10     Q.   Do you know how many campers were there on

11   June 23rd, 2022?

12     A.   I don't.  I mean, more than 20.

13     Q.   Do you know how many tents there were?

14     A.   Definitely more than 10.

15     Q.   And what property do you think that the City

16   destroyed of yours that day?

17     A.   That day, they took -- let's see.  I'm not

18   really -- I didn't do an itemized, like, breakdown of

19   everything that was missing, only because there was a

20   lot going on that day.  Yeah.

21          It was -- that was, like, their HOT team.  That

22   was a day that HOT team and everyone else came in and --

23   there was just a lot going on.  I just know that while I

24   was talking to different officials and trying to get,

25   like, certain things happening with HOT team, I kept on

1    having to swat -- almost, like, push DPW off our stuff,

2    saying, you can't tell us to talk to these guys and then

3    turn around and take our stuff while we're talking to

4    them.

5              We were busy.

6        Q.   So were you offered shelter that day by the HOT

7    team?

8        A.   I -- I was.   I was offered the idea of shelter.

9        Q.   What type of shelter were you being offered?

10       A.   A tiny home that was located off of

11   Gough Street.   I think that's Gough, yeah.

12       Q.   As you sit here today, can you think of any

13   actual item of yours that the City destroyed that day?

14       A.   Clothing.   Yeah.   I'm not 100 percent sure.   I

15   know clothing went missing, but --

16       Q.   What type of clothing went missing?

17       A.   Like, what do you mean by "what type"?

18       Q.   What type of clothing items did you lose that

19   day in June of 2022?

20       A.   I lost -- we lost jackets.   I know a hat

21   specifically that I really liked.   And everything else

22   was, like, T-shirts, underwear.   I think socks.   I think

23   a lot of our socks went -- got taken that day.

24              And it was -- like I said, there was more stuff.

25   There was a lot going on that day.

1      Q.   Just to clarify, are you speculating about the

2   items that you lost that day, because there was some

3   hesitation in your answer?

4      A.   No.   I vividly remember thinking, I'm going --

5   we have to get new socks.   Also, the jackets and

6   everything.   My favorite jacket got missing.

7      Q.   And what was that favorite jacket?

8      A.   It was just a hoodie that fit me and kept me

9   warm.   I can't remember the make.

10     Q.   And were these items inside of your tent or

11   outside of your tent?

12     A.   Well, at the time that they were taken, they

13   were outside of the tent because we were asked to move.

14     Q.   Were they organized in a pile, or were they kind

15   of strewn all across the street?

16     A.   They were in trash bags, separated other things

17   in our belongings still.

18     Q.   So the clothing items that you claim that you

19   lost on June of 2022 were clothing items that were in a

20   trash bag?

21     A.   That were not sealed up and in front of our

22   tent, yes.

23     Q.   Did DPW give you the trash bag?

24     A.   No.

25     Q.   How did you get the trash bag?

1       A.   That's how we kind of kept our clothing inside

2   of our tent sometimes.

3       Q.   Did you see DPW physically take the bag that had

4   your clothing in it in June of 2022?

5       A.   Physically, no -- well, I saw them taking things

6   away from our -- away from our area before I had

7   separated the stuff that I wanted to go in the trash

8   while I was talking to the HOT team, and I was unable

9   to -- you know, I was -- they told us to move.   We

10  started moving.

11          They started pulling things out.   And then I got

12  distracted by HOT team.   And DPW came in and started

13  throwing stuff away.   Whenever I told them not to, they

14  continued to do it.

15          So I broke away from HOT team to pull all my

16  stuff back into my tent and actually move my whole tent

17  away and face the wall so they could not take anything

18  else from my tent.

19          I did not see what they -- like, which bags they

20  had taken.   I did not realize what was gone until later

21  on that night.

22      Q.   How many feet away from your camp were you with

23  the HOT workers?

24      A.   10 feet.

25      Q.   And were both you and Sarah Cronk talking to the

1    HOT workers together?

2        A.    Yes.

3        Q.    Did you ask if one of you can stay behind as the

4    other spoke with the HOT team about the tiny home?

5        A.    We did eventually once we realized that one of

6    us was going to have to safeguard our stuff and continue

7    packing.

8        Q.    Did one of you go back to watch the rest of your

9    stuff?

10       A.    Yes.

11       Q.    Did you end up moving the rest of your

12   belongings?

13       A.    We ended up dragging our tent across the street.

14       Q.    So nothing else other than the clothing was

15   destroyed in June of 2022?

16       A.    That I remember, yes.

17       Q.    Did you have notice that that resolution was

18   going to be taking place?

19       A.    I don't remember.

20       Q.    Is it possible you had notice?

21           MR. NTIM:    Objection.    Calls for speculation.

22           THE WITNESS:    Yeah.    I don't -- I don't recall.

23   BY MR. MILLS:

24       Q.    Do you know how much time you were given to move

25   your belongings on the day of?