# EXHIBIT 31

Talla Declaration

1  ACLU FOUNDATION OF NORTHERN CALIFORNIA
2  John Thomas H. Do, SBN 285075
3  William S. Freeman, SBN 82002
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 293-6333
5  jdo@aclunc.org
   wfreeman@aclunc.org
6
7  *Attorneys for Plaintiffs*

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12  COALITION ON HOMELESSNESS, et al.,  | CASE NO. 4:22-cv-05502-DMR
13            Plaintiffs.                | **PLAINTIFFS' SECOND AMENDED DISCLOSURES PURSUANT TO FED. R. Civ. P. 26(a)(1)**
        v.
14
15  CITY AND COUNTY OF SAN FRANCISCO, et. al.,  | **Judge:** The Hon. Donna M. Ryu
16            Defendants.                       | **Action Filed:** September 27, 2022
17                                              | **Trial Date:** July 28, 2025

Pursuant to Federal Rule of Civil Procedure 26(a)(1), plaintiffs by counsel provide the following initial disclosures. Plaintiffs make these disclosures to the best of their ability, after reasonable efforts, based on documents and information currently available to it. Plaintiffs reserve the right to supplement and/or amend these disclosures as discovery and investigation proceed.

Plaintiffs are not able to identify every relevant document or individual who possesses discoverable information in support of their case. Plaintiffs' initial disclosures are made without waiving in any way: (1) the right to object on the grounds of competency, privilege, relevancy, hearsay, or any other proper ground, to the use of such information, for any purpose, in this action or in any subsequent proceeding; (2) the right to object on any grounds to any other discovery request involving or relating to the subject matter of these disclosures; or (3) the right to supplement initial disclosures pursuant to Federal Rule 26(e)(1).

Pursuant to the Parties' October 29, 2024 Stipulation, Dkt. No. 263, Plaintiffs identify in **bold** likely trial witnesses. Plaintiffs reserve all rights to amend this list.

## I. Individuals

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), Plaintiffs identify the names of individuals, not including expert witnesses, who are likely to have discoverable information that Plaintiffs may use to support their claims or defenses. For all individuals below who are identified as current or former Coalition on Homelessness employees, Plaintiffs reserve all rights to safeguard confidential, attorney-client privileged, and/or attorney work-product information. Plaintiffs demand that Defendants and their counsel refrain from contacting Coalition on Homelessness employees whether through counsel or otherwise. All such communications should be directed to Plaintiffs' undersigned counsel. Plaintiffs have not provided contact information for individuals currently employed by Defendants on the basis that Defendants possess that information.

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| **Jennifer Friedenbach** | Coalition on Homelessness 280 Turk Street San Francisco, CA 94102 *[Contact Plaintiffs' counsel]* | Executive Director of COH with knowledge of the organization, the harms caused to the organization and its members by property destruction and displacement of unhoused people, including as described in declarations Dkt. ## 9-3, 50-4, 76. |
| **Lukas Illa** | Coalition on Homelessness 280 Turk Street San Francisco, CA 94102 *[Contact Plaintiffs' counsel]* | COH employee who has observed property destruction, displacement of unhoused people, and the harms this caused to the organization and its members. |
| Kelley Cutler | *[Contact Plaintiffs' counsel]* | Former COH employee who has observed property destruction, displacement of unhoused people, and the harms this caused to the organization and its members. *See also* declaration Dkt. # 9-3. |
| Ian James | 504 Page Street San Francisco CA 94117 | Same as above. *See also* declaration Dkt. # 9-3, 70-1, 77. |
| **Carlos Wadkins** | *[Contact counsel]* | Same as above. *See also* declaration Dkt. # 9-3. |
| Javier Bremond | *[Contact Plaintiffs' counsel]* | Same as above. |
| **Christin Evans** | *[Contact Plaintiffs' counsel]* | Observations of property destruction and displacement of unhoused people. *See also* declaration Dkt. # 9-3. |
| **Larry Ackerman** | *[Contact Plaintiffs' counsel]* | Same as above. |
| **Flo Kelly** | *[Contact Plaintiffs' counsel]* | Same as above. |
| Savannah Waltier | *[Contact Plaintiffs' counsel]* | Same as above. |
| **Dylan Verner-Crist** | *[Contact Plaintiffs' counsel]* | ACLU NorCal employee who monitored property destruction and displacement of unhoused people, including as described in declarations Dkt. ## 50-3, 130, 157-5 |
| Katie O'Neill | *[Contact Plaintiffs' counsel]* | LCCRSF employee who monitored property destruction and displacement of unhoused people. |
| **Toro Castaño** | Named Plaintiff *[Contact through counsel]* | Direct lived experience and observations of property destruction and displacement of unhoused people. *See also* Dkt. # 9-4. |
| **Sarah Cronk** | Named Plaintiff *[Contact through counsel]* | Same as above. *See also* declaration at Dkt. # 9-4. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| **Joshua Donohoe** | Named Plaintiff<br>*[Contact through counsel]* | Same as above. *See also* declaration at Dkt. # 9-4. |
| **Molique Frank** | Named Plaintiff<br>*[Contact through counsel]* | Same as above. *See also* Dkt. # 9-4. |
| **David Martinez** | Named Plaintiff<br>*[Contact through counsel]* | Same as above. *See also* declaration at Dkt. # 9-4. |
| **Teresa Sandoval** | Named Plaintiff<br>*[Contact through counsel]* | Same as above. *See also* declaration at Dkt. # 9-4 |
| **Nathaniel Vaughan** | Named Plaintiff<br>*[Contact through counsel]* | Same as above. *See also* declaration at Dkt. # 9-4. |
| **Damon Bennett** | Lives in: Emeryville, CA<br>Phone: 510-830-8307 | Former City employee with knowledge of the City's practices with respect to property destruction and displacement of unhoused people. *See also* declaration at Dkt. # 9-5 |
| **Andrinna Malone** | Lives in: Fairburn, GA<br>Email:<br>kamjones1mom@gmail.com | Same as above. *See also* declaration at Dkt. # 50-9. |
| **Kaki Marshall** | Lives in: Portland, OR<br>Email:<br>kaki.marshall@gmail.com | Same as above. *See also* declaration at Dkt. # 50-9. |
| **Todd Bryant** | 172 6th Street, Apt. 506,<br>San Francisco, CA 94103<br>628-267-9931<br>bryantstyle49@gmail.com | Lived experience of property destruction, displacement of unhoused people, and the impact of sweeps. *See also* declaration at Dkt. # 9-6. |
| **Shyhyene Brown** | San Francisco, CA<br>628-758-1060 | Same as above. *See also* declaration at Dkt. # 9-6. |
| Jeffery Connick | Dore Street<br>San Francisco, CA 94103 | Same as above. *See also* declaration at Dkt. # 9-6. |
| **Henrick Delamora** | 669 Ellis St., Apt. 10,<br>San Francisco, CA 94109<br>415-524-6300<br>bowiemora29@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| **Patrick Dubose** | Geary Blvd. & Masonic Ave.,<br>San Francisco, CA 94117<br>408-706-3238<br>pdubose26@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| Heather Freehoffer | 669 Ellis St., Apt. 10,<br>San Francisco, CA 94109<br>415-879-0444 | Same as above. *See also* declaration at Dkt. # 9-6. |
| Robert Harrison | 2266 Mission St.,<br>San Francisco, CA 94111<br>415-574-1671<br>harrisonrob41@yahoo.com | Same as above. *See also* declaration at Dkt. # 9-6. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Jayson Hill | 480 Ellis St., Apt. 332, San Francisco, CA 94102 559-902-8526 jch375@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| Tricia Hurd | San Francisco, CA 415-240-3549; 415-368-5689 | Same as above. *See also* declaration at Dkt. # 9-6. |
| **Timothy Jones** | San Francisco, CA 415-424-7717 | Same as above. *See also* declaration at Dkt. # 9-6. |
| Jezzeille Murdock | San Bruno Ave. between Alameda St. & 15th St., San Francisco, CA 94103 628-502-8528 justmeandfreedom@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| **Shanna Couper Orona** | 333 12th Street San Francisco, CA 94103 415-937-7293 couperuwnt4get1@gmail.com | Same as above.  See also declaration at ECF 9-6. |
| Devon Partee | 480 Ellis St., Apt. 350, San Francisco, CA 94102 510-403-9315 | Same as above. *See also* declaration at Dkt. # 9-6.. |
| Audra Sparks | San Francisco, CA  628-666-3409 | Same as above. *See also* declaration at Dkt. # 9-6. |
| Nichelle Solis | 480 Ellis St., Apt. 332, San Francisco, CA 94102 415-850-8678 nichelle.marie.solis@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| Victoria Solomon | 100 Diamond Street, San Francisco, CA 94114 victoriasolomon223@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| Vincent Vetter | 473 Ellis Street, San Francisco, CA 94102 415-685-6041 | Same as above. *See also* declaration at Dkt. # 9-6. |
| Darrah Reasor | Erie St. & South Van Ness Ave., San Francisco, CA 94103 510-682-6518 darrahlynn420@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| JD Cobb | Erie St. & South Van Ness Ave., San Francisco, CA 94103 510-682-6518 tadowktown86@gmail.com | Same as above. *See also* declaration at Dkt. # 50-7. |
| **Joseph Williams** | 17th St. & Hartford St. San Francisco, CA 94114 628-468-9791 | Same as above. *See also* declaration at Dkt. # 50-7. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Dajuan Rochelle | San Francisco, CA<br>415-846-5132<br>rochelledajuan@gmail.com | Same as above. *See also* declaration at Dkt. # 50-7. |
| Vejay Pacheco | Innes Ave. & 3rd St.,<br>San Francisco, CA 94124<br>415-524-9491<br>Vejaypacheco990@gmail.com | Same as above. |
| Kyle Adams | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-24 |
| Donovan Harding | San Francisco, CA | Same as above. *See also* declaration at Dkt. ## 130-25, 130-33 |
| Carmen Melendez | San Francisco, CA | Same as above. *See also* declaration at Dkt. ## 130-26 |
| Andrew Berger | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-28 |
| Katelin Bagley-Adams | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-29, 130-30 |
| Helen Hoffman | San Francisco, CA | Same as above. *See also* declaration at Dkt. ## 130-31, 130-32 |
| Henry Jones | San Francisco, CA<br>415-542-6515 | Same as above. *See also* declaration at Dkt. # 130-34 |
| **Corey Barkley** | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-36 |
| Thomas Draper | San Francisco, CA<br>415-930-1705 | Same as above. *See also* declaration at Dkt. # 130-37 |
| **Krystle Erickson** | San Francisco, CA<br>415-200-8997, 628-249-2673 | Same as above. *See also* declaration at Dkt. # 130-39 |
| Abimbola Myers | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-42, 157-4 |
| **Pauline Wise** | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-43 |
| David Martin | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-48 |
| Steven Garrett | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-51 |
| Jerry Cannon | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-52 |
| **Maurice Moran** | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-53 |
| Ronald Wilson | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-54 |
| Tracey Luz | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 157-2 |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| **Andrew Douglass** | San Francisco, CA | Destruction of personal property, lack of notice at sweeps, and the impacts of sweeps |
| **Sarah Stephenson** | San Francisco, CA | Same as above. |
| Shelsey Wiley | San Francisco, CA | Same as above. |
| Dante Wilson | San Francisco, CA | Same as above. |
| Garrett Washington | San Francisco, CA | Same as above. |
| **William Skaggs** | San Francisco, CA | Same as above. |
| **Elizabath Stromer** | San Francisco, CA (Bayshore Navigation Center) | Same as above. |
| **James Reem** | San Francisco, CA | Same as above. |
| **Jeremy Bullington** | San Francisco, CA | Same as above. |
| **Jimmy Don Wheeler** | San Francisco, CA; jimmywheeler36@gmail.com 415-283-5849   415-238-2731 | Same as above. |
| **London Breed** | Employee of Defendants | City employee with knowledge of the Defendants' policies and practices with respect to property destruction and displacement of unhoused people. |
| **Samuel Dodge** | Employee of Defendants | Same as above. |
| **William Scott** | Employee of Defendants | Same as above. |
| **Carla Short** | Employee of Defendants | Same as above. |
| **Mark Mazza** | Employee of Defendants | Same as above. |
| **Mary Ellen Carol** | Employee of Defendants | Same as above. |
| **Samuel Christ** | Employee of Defendants | Same as above. |
| **Emily Cohen** | Employee of Defendants | Same as above. |
| **Darryl Dilworth** | Employee of Defendants | Same as above. |
| **Charles Hardiman** | Employee of Defendants | Same as above. |
| **Allison Horky** | Employee of Defendants | Same as above. |
| **David Nakanishi** | Employee of Defendants | Same as above. |
| **Arielle Piastunovich** | Employee of Defendants | Same as above. |
| **David Lazar** | Employee of Defendants | Same as above. |
| **Sean Elsbernd** | Employee of Defendants | Same as above. |
| **Irvin Huerta** | Employee of Defendants | Same as above. |
| **Ruth Hubert** | Employee of Defendants | Same as above. |
| **Larry Stringer** | Employee of Defendants | Same as above. |
| **Alejandro Tiffer** | Employee of Defendants | Same as above. |
| **Jonathan Vaing** | Employee of Defendants | Same as above. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| **Jeffrey Kositsky** | Former Employee of Defendants | Same as above. |
| **Individuals at the San Francisco Department of Public Health** | Employee of Defendants | Same as above. |
| Individuals listed on Defendants' Initial Disclosures, Witness List, and Any Supplemental Disclosures; | | |
| Declarants in this case | | *See* declarations. |
| **Custodian of Documents** | | Authentication. |

## II.     Documents

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Plaintiffs identify the following categories and locations of documents as likely to contain information relevant to disputed matters in this case that Plaintiffs may use to support its claims or defenses. These disclosures relate solely to documents within Plaintiffs' possession, custody, or control. Plaintiffs reserve the right to use any relevant evidence in support of its claims, regardless of the categories listed below.

| Category | Location |
|---|---|
| All documents, exhibits, and attachments filed in support of Plaintiffs' Motion for Preliminary Injunction, Motion for Administrative Relief, Motion to Enforce, or referenced therein. | *See generally* Dkts. ## 9, 49, 50, 130 |
| All documents specifically identified or referenced in the Complaint | *See generally* Dkt. ## 1, 111, 135. |
| San Francisco Homeless County & Survey Comprehensive Report 2019 | https://hsh.sfgov.org/wp-content/uploads/2020/01/2019HIRDReport_SanFrancisco_FinalDraft-1.pdf |
| San Francisco 2021 Sheltered Point-in-Time Count | https://hsh.sfgov.org/wp-content/uploads/2021/09/2021-Sheltered-PIT-Count.pdf |
| San Francisco Homeless Count and Survey: 2022 Comprehensive Report | https://hsh.sfgov.org/wp-content/uploads/2022/08/2022-PIT-Count-Report-San-Francisco-Updated-8.19.22.pdf |
| Review of the Healthy Streets Operations Center Report | https://sfcontroller.org/sites/default/files/Documents/Auditing/Review%20of%20the%20Healthy%20Streets%20Operations%20Center.pdf |

| Category | Location |
|---|---|
| City and County of San Francisco's Board of Supervisor's Policy Analysis Report | https://sfbos.org/sites/default/files/BLA.SCRT_.HSOC_.041922.pdf |
| 2022 Street Needs Assessment Report | https://www.kron4.com/wp-content/uploads/sites/11/2022/06/2022LTF.StreetAssessment_Plan.pdf |
| Small claims judgments against the City (September 8, 2021) | Dkt. # 9-9 |
| "Bag and Tag" logs from January-June 2021, January-September 2022. | Dkt. # 9-8 at 33-205; Dkt. # 50-12 |
| "Bag and Tag" log summaries from January 2021-August 2022 | Dkt. # 9-8 at 207-239 |
| "Bag and Tag" logs | In Defendants' custody and control |
| SFPD arrest and citation records at homeless encampments (2018-present) | Dkt. # 9-8 at 251-395; Dkt. # 50-14; in Defendants' custody and control. |
| Daily shelter allocation emails (January 2022-October 2022; to the present) | Dkt. # 9-8 at 400-446; Dkt. # 50-16; in Defendants' custody and control. |
| Daily shelter allocation emails (2020-2021; to the present) | In Defendants' custody and control; in Defendants' custody and control. |
| HSOC Report January 1-February 28, 2021, August 30, 2021-November 8, 2022; to the present | Dkt. # 9-8 at 451-458; Dkt. # 50-17 |
| HSOC Reports March 2019-July 2021; to the present | In Defendants' custody and control |
| All records disclosed pursuant to this Court's order regarding interim reporting to Plaintiffs' counsel (including Dkt. No. 34) | In Defendants' custody and control |
| All public records that will be provided to Plaintiffs in the future via records act requests regarding HSH shelter bed availability and allocation | In Defendants' custody and control |
| All public records that will be provided to Plaintiffs in the future via records act requests regarding HSOC schedules, reports, policies, and meetings | In Defendants' custody and control |
| All public records that will be provided to Plaintiffs in the future via records act requests regarding DPW bag and tag policies and records. | In Defendants' custody and control |
| All public records that will be provided to Plaintiffs in the future via records act requests regarding SFPD citations, arrests, and dispatches regarding homelessness. | In Defendants' custody and control |
| All public records produced in response to an anonymous records request submitted to SFPD on or about June 29, 2021 | In Defendants' custody and control (see responses to SFPD request no. P040194-962921) |
| *Stolen Belonging* film (Episode 3: City as Abuser) | https://www.youtube.com/watch?v=z-LHy9mZ30o |
| DPW photography of unhoused people's property and CMMS entries | In Defendants' custody and control |
| SFPD Worn Body Camera footage of displacement of unhoused people and related property | In Defendants' custody and control |

### III. Damages

The provisions of Fed. R. Civ. P. 26(a)(1)(A)(iii) are inapplicable because Plaintiffs do not seek damages from Defendants in this action.

### IV. Insurance

The provisions of Fed. R. Civ. P. 26(a)(1)(A)(iv) are inapplicable because there are no claims asserted against Plaintiffs in this action.

### V. Certification

Pursuant to Fed. R. Civ. P. 26(g)(1), the undersigned counsel for Plaintiffs certifies that to the best of their knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, these Initial Disclosures are complete and correct as of the time Plaintiffs make them.

Dated: November 13, 2024	Respectfully submitted,

By: */s/ John Thomas H. Do*

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman SBN 82002
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*