# EXHIBIT 32

Talla Declaration

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman, SBN 82002
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et. al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **PLAINTIFFS' THIRD AMENDED INITIAL DISCLOSURES & AMENDED LIKELY TRIAL WITNESS LIST** <br><br> **Judge:** The Hon. Donna M. Ryu <br><br> **Action Filed:** September 27, 2022 <br> **Trial Date:** July 28, 2025 |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), plaintiffs by counsel provide an amendment to the likely trial witness list and second amended initial disclosures dated November 13, 2024. Plaintiffs make these disclosures to the best of their ability, after reasonable efforts, based on documents and information currently available to it. Plaintiffs reserve the right to supplement and/or amend these disclosures as discovery and investigation proceed.

Plaintiffs are not able to identify every relevant document or individual who possesses discoverable information in support of their case. Plaintiffs' initial disclosures are made without waiving in any way: (1) the right to object on the grounds of competency, privilege, relevancy, hearsay, or any other proper ground, to the use of such information, for any purpose, in this action or in any subsequent proceeding; (2) the right to object on any grounds to any other discovery request involving or relating to the subject matter of these disclosures; or (3) the right to supplement initial disclosures pursuant to Federal Rule 26(e)(1).

Pursuant to the Parties' October 29, 2024 Stipulation, Dkt. No. 263, Plaintiffs identify in **bold** likely trial witnesses. Plaintiffs reserve all rights to amend this list.

I.     **Individuals**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), Plaintiffs identify the names of individuals, not including expert witnesses, who are likely to have discoverable information that Plaintiffs may use to support their claims or defenses. For all individuals below who are identified as current or former Coalition on Homelessness employees, Plaintiffs reserve all rights to safeguard confidential, attorney-client privileged, and/or attorney work-product information. Plaintiffs demand that Defendants and their counsel refrain from contacting Coalition on Homelessness employees whether through counsel or otherwise. All such communications should be directed to Plaintiffs' undersigned counsel. Plaintiffs have not provided contact information for individuals currently employed by Defendants on the basis that Defendants possess that information.

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| **Jennifer Friedenbach** | Coalition on Homelessness 280 Turk Street San Francisco, CA 94102 *[Contact Plaintiffs' counsel]* | Executive Director of COH with knowledge of the organization, the harms caused to the organization and its members by property destruction and displacement of unhoused people, including as described in declarations Dkt. ## 9-3, 50-4, 76. |
| **Lukas Illa** | Coalition on Homelessness 280 Turk Street San Francisco, CA 94102 *[Contact Plaintiffs' counsel]* | COH employee who has observed property destruction, displacement of unhoused people, and the harms this caused to the organization and its members. |
| Kelley Cutler | *[Contact Plaintiffs' counsel]* | Former COH employee who has observed property destruction, displacement of unhoused people, and the harms this caused to the organization and its members. *See also* declaration Dkt. # 9-3. |
| Ian James | 504 Page Street San Francisco CA 94117 | Same as above. *See also* declaration Dkt. # 9-3, 70-1, 77. |
| **Carlos Wadkins** | 633 27th Ave San Francisco CA 94121 *[Contact Plaintiffs' counsel]* | Same as above. *See also* declaration Dkt. # 9-3. |
| Javier Bremond | *[Contact Plaintiffs' counsel]* | Same as above. |
| **Christin Evans** | *[Contact Plaintiffs' counsel]* | Observations of property destruction and displacement of unhoused people. See also declaration Dkt. # 9-3. |
| **Larry Ackerman** | *[Contact Plaintiffs' counsel]* | Same as above. |
| **Flo Kelly** | *[Contact Plaintiffs' counsel]* | Same as above. |
| Savannah Waltier | *[Contact Plaintiffs' counsel]* | Same as above. |
| **Dylan Verner-Crist** | *[Contact Plaintiffs' counsel]* | ACLU NorCal employee who monitored property destruction and displacement of unhoused people, including as described in declarations Dkt. ## 50-3, 130, 157-5 |
| Katie O'Neill | *[Contact Plaintiffs' counsel]* | LCCRSF employee who monitored property destruction and displacement of unhoused people. |
| **Karina Ioffee** | *[Contact Plaintiffs' counsel]* | Investigator who monitored property destruction and displacement of unhoused people. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| **Toro Castaño** | *[Contact Plaintiffs' counsel]* | Member of the Coalition with knowledge regarding Coalition's standing; direct lived experience and observations of property destruction and displacement of unhoused people. *See also* Dkt. # 9-4. |
| **Sarah Cronk** | Named Plaintiff *[Contact through counsel]* | Same as above. *See also* declaration at Dkt. # 9-4. |
| **Joshua Donohoe** | Named Plaintiff *[Contact through counsel]* | Same as above. *See also* declaration at Dkt. # 9-4. |
| **Molique Frank** | Named Plaintiff *[Contact through counsel]* | Direct lived experience and observations of property destruction and displacement of unhoused people. *See also* Dkt. # 9-4. |
| **David Martinez** | Named Plaintiff *[Contact through counsel]* | Member of the Coalition with knowledge regarding Coalition's standing; direct lived experience and observations of property destruction and displacement of unhoused people. *See also* Dkt. # 9-4. |
| **Teresa Sandoval** | Named Plaintiff *[Contact through counsel]* | Direct lived experience and observations of property destruction and displacement of unhoused people. *See also* Dkt. # 9-4 |
| Nathaniel Vaughan | *[Contact through counsel]* | Same as above. *See also* declaration at Dkt. # 9-4. |
| **Damon Bennett** | Lives in: Emeryville, CA Phone: 510-830-8307 | Former City employee with knowledge of the City's practices with respect to property destruction and displacement of unhoused people. *See also* declaration at Dkt. # 9-5 |
| **Andrinna Malone** | Lives in: Fairburn, GA Email: kamjones1mom@gmail.com | Same as above. *See also* declaration at Dkt. # 50-9. |
| **Kaki Marshall** | Lives in: Portland, OR Email: kaki.marshall@gmail.com | Same as above. *See also* declaration at Dkt. # 50-9. |
| **Todd Bryant** | 172 6th Street, Apt. 506, San Francisco, CA 94103 628-267-9931 bryantstyle49@gmail.com | Member of the Coalition with knowledge of Coalition's standing; lLived experience of property destruction, displacement of unhoused people, and the impact of sweeps. *See also* declaration at Dkt. # 9-6. |
| **Shyhyene Brown** | San Francisco, CA 628-758-1060 | Member of the Coalition with knowledge of Coalition's standing; lived experience of property destruction, displacement of unhoused people, and the impact of sweeps. *See also* declaration at Dkt. # 9-6. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Jeffery Connick | Dore Street<br>San Francisco, CA 94103 | Lived experience of property destruction, displacement of unhoused people, and the impact of sweeps. *See also* declaration at Dkt. # 9-6. |
| **Henrick Delamora** | 669 Ellis St., Apt. 10,<br>San Francisco, CA 94109<br>415-524-6300<br>bowiemora29@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| **Patrick Dubose** | Geary Blvd. & Masonic Ave.,<br>San Francisco, CA 94117<br>408-706-3238<br>pdubose26@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| Heather Freehoffer | 669 Ellis St., Apt. 10,<br>San Francisco, CA 94109<br>415-879-0444 | Same as above. *See also* declaration at Dkt. # 9-6. |
| Robert Harrison | 2266 Mission St.,<br>San Francisco, CA 94111<br>415-574-1671<br>harrisonrob41@yahoo.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| Jayson Hill | 480 Ellis St., Apt. 332,<br>San Francisco, CA 94102<br>559-902-8526<br>jch375@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| Tricia Hurd | San Francisco, CA<br>415-240-3549; 415-368-5689 | Same as above. *See also* declaration at Dkt. # 9-6. |
| Timothy Jones | San Francisco, CA<br>415-424-7717 | Same as above. *See also* declaration at Dkt. # 9-6. |
| Jezzeille Murdock | San Bruno Ave. between Alameda St. & 15th St.,<br>San Francisco, CA 94103<br>628-502-8528<br>justmeandfreedom@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| **Shanna Couper Orona** | 333 12th Street<br>San Francisco, CA 94103<br>415-937-7293<br>couperuwnt4get1@gmail.com | Member of the Coalition with knowledge regarding Coalition's standing; lived experience of property destruction, displacement of unhoused people, and the impact of sweeps. *See also* declaration at Dkt. # 9-6. |
| Devon Partee | 480 Ellis St., Apt. 350,<br>San Francisco, CA 94102<br>510-403-9315 | Lived experience of property destruction, displacement of unhoused people, and the impact of sweeps. *See also* declaration at Dkt. # 9-6. |
| Audra Sparks | San Francisco, CA<br>628-666-3409 | Same as above. *See also* declaration at Dkt. # 9-6. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Nichelle Solis | 480 Ellis St., Apt. 332, San Francisco, CA 94102　415-850-8678　nichelle.marie.solis@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| Victoria Solomon | 100 Diamond Street, San Francisco, CA 94114　victoriasolomon223@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| Vincent Vetter | 473 Ellis Street, San Francisco, CA 94102　415-685-6041 | Same as above. *See also* declaration at Dkt. # 9-6. |
| Darrah Reasor | Erie St. & South Van Ness Ave., San Francisco, CA 94103　510-682-6518　darrahlynn420@gmail.com | Same as above. *See also* declaration at Dkt. # 9-6. |
| JD Cobb | Erie St. & South Van Ness Ave., San Francisco, CA 94103　510-682-6518　tadowktown86@gmail.com | Same as above. *See also* declaration at Dkt. # 50-7. |
| Joseph Williams | 17th St. & Hartford St. San Francisco, CA 94114　628-468-9791 | Same as above. *See also* declaration at Dkt. # 50-7. |
| Dajuan Rochelle | San Francisco, CA　415-846-5132　rochelledajuan@gmail.com | Same as above. *See also* declaration at Dkt. # 50-7. |
| Vejay Pacheco | Innes Ave. & 3rd St., San Francisco, CA 94124　415-524-9491　Vejaypacheco990@gmail.com | Same as above. |
| Kyle Adams | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-24 |
| Donovan Harding | San Francisco, CA | Same as above. *See also* declaration at Dkt. ## 130-25, 130-33 |
| Carmen Melendez | San Francisco, CA | Same as above. *See also* declaration at Dkt. ## 130-26 |
| Andrew Berger | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-28 |
| Katelin Bagley-Adams | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-29, 130-30 |
| Helen Hoffman | San Francisco, CA | Same as above. *See also* declaration at Dkt. ## 130-31, 130-32 |
| Henry Jones | San Francisco, CA　415-542-6515 | Same as above. *See also* declaration at Dkt. # 130-34 |
| **Corey Barkley** | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-36 |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| Thomas Draper | San Francisco, CA  415-930-1705 | Same as above. *See also* declaration at Dkt. # 130-37 |
| **Krystle Erickson** | San Francisco, CA  415-200-8997, 628-249-2673 | Same as above. *See also* declaration at Dkt. # 130-39 |
| Abimbola Myers | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-42, 157-4 |
| **Pauline Wise** | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-43 |
| David Martin | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-48 |
| Steven Garrett | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-51 |
| Jerry Cannon | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-52 |
| Maurice Moran | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-53 |
| Ronald Wilson | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 130-54 |
| Tracey Luz | San Francisco, CA | Same as above. *See also* declaration at Dkt. # 157-2 |
| Andrew Douglass | San Francisco, CA | Destruction of personal property, lack of notice at sweeps, impacts of sweeps. |
| **Sarah Stephenson** | San Francisco, CA | Member of the Coalition with knowledge regarding Coalition's standing; destruction of personal property, lack of notice at sweeps, impacts of sweeps. |
| Shelsey Wiley | San Francisco, CA | Destruction of personal property, lack of notice at sweeps, impacts of sweeps. |
| Dante Wilson | San Francisco, CA | Same as above. |
| Garrett Washington | San Francisco, CA | Same as above. |
| William Skaggs | San Francisco, CA | Same as above. |
| **Elizabath Stromer** | San Francisco, CA (Bayshore Navigation Center) | Same as above. |
| **James Reem** | San Francisco, CA | Member of the Coalition with knowledge regarding Coalition's standing; destruction of personal property, lack of notice at sweeps, impacts of sweeps. |
| **Melodie** | San Francisco, CA | Same as above. |
| **Jeremy Bullington** | San Francisco, CA | Destruction of personal property, lack of notice at sweeps, impacts of sweeps. |

| Witness | Contact Information | Subject of Testimony |
|---|---|---|
| **Jimmy Don Wheeler** | San Francisco, CA; jimmywheeler36@gmail.com 415-283-5849   415-238-2731 | Same as above, in addition to knowledge of the City's practices with respect to property destruction and displacement of unhoused people as a participant in DPW sweeps. |
| **London Breed** | Employee of Defendants | City employee with knowledge of the Defendants' policies and practices with respect to property destruction and displacement of unhoused people. |
| **Samuel Dodge** | Employee of Defendants | Same as above. |
| **William Scott** | Employee of Defendants | Same as above. |
| **Carla Short** | Employee of Defendants | Same as above. |
| **Mark Mazza** | Employee of Defendants | Same as above. |
| **Mary Ellen Carol** | Employee of Defendants | Same as above. |
| **Samuel Christ** | Employee of Defendants | Same as above. |
| **Emily Cohen** | Employee of Defendants | Same as above. |
| **Darryl Dilworth** | Employee of Defendants | Same as above. |
| **Charles Hardiman** | Employee of Defendants | Same as above. |
| **Allison Horky** | Employee of Defendants | Same as above. |
| **David Nakanishi** | Employee of Defendants | Same as above. |
| **Arielle Piastunovich** | Employee of Defendants | Same as above. |
| **David Lazar** | Employee of Defendants | Same as above. |
| **Sean Elsbernd** | Employee of Defendants | Same as above. |
| **Irvin Huerta** | Employee of Defendants | Same as above. |
| **Ruth Hubert** | Employee of Defendants | Same as above. |
| **Larry Stringer** | Employee of Defendants | Same as above. |
| **Alejandro Tiffer** | Employee of Defendants | Same as above. |
| **Jonathan Vaing** | Employee of Defendants | Same as above. |
| **Jeffrey Kositsky** | Former Employee of Defendants | Same as above. |
| **Individuals at the San Francisco Department of Public Health** | Employee of Defendants | Same as above. |
| Individuals listed on Defendants' Initial Disclosures, Witness List, and Any Supplemental Disclosures; | | |
| Declarants in this case | | |
| **Custodian of Documents** | | |

II.     **Certification**

Pursuant to Fed. R. Civ. P. 26(g)(1), the undersigned counsel for Plaintiffs certifies that to the best of their knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, these Third Amended Witness Disclosures are complete and correct as of the time Plaintiffs make them.

Dated: January 24, 2025                        Respectfully submitted,


By: */s/ John Thomas H. Do*

ACLU FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman SBN 82002
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

*Attorneys for Plaintiffs*