# EXHIBIT 35

Talla Declaration

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4    - - - - - - - - - - - - - - - - -

 5   COALITION ON HOMELESSNESS,        )

 6   et al.,                           )

 7             Plaintiffs,             )

 8   vs.                               )  CASE NO.

 9   CITY AND COUNTY OF SAN            )  4:22-cv-05502-DMR

10   FRANCISCO, et al.,                )

11             Defendants.             )

12    - - - - - - - - - - - - - - - - -

13    THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION

14     SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED

15            AND USED ONLY IN ACCORDANCE THEREWITH

16

17            VIDEOTAPED DEPOSITION OF MELODIE

18                  FRIDAY, MARCH 14, 2025

19

20

21            BEHMKE REPORTING AND VIDEO SERVICES, INC.

22               BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23                    550 CALIFORNIA STREET, SUITE 820

24                    SAN FRANCISCO, CALIFORNIA  94104

25                                        (415) 597-5600
```

```
 1    I might set it down but forget I set it down there and
 2    be looking for it in the green camper.
 3            Does that answer the question?
 4       Q.  That does.  That's helpful.  I appreciate it.
 5       A.  Okay.
 6       Q.  So I want to go down towards the bottom of the
 7    page, and I'm going to look at what is paragraph No. 6
 8    next.
 9       A.  Okay.
10       Q.  So paragraph No. 6 says:  "I have been swept by
11    the City several times."
12       A.  Mm-hmm.
13       Q.  "I have lost property during these sweeps.  At
14    one HSOC sweep approximately two months ago, City
15    workers took some storage boxes that I had outside my RV
16    and that I was planning to use to organize my things.
17    They threw them out.  I am scared of this happening
18    again at the City's encampment sweeps in the future."
19       A.  Correct.
20       Q.  So I want to talk about the incident that
21    you're describing here approximately two months ago --
22       A.  Uh-huh.
23       Q.  -- with HSOC.
24            Is that okay?
25       A.  Okay.
```

```
 1       Q.   So if this declaration was signed in September
 2   of 2024, is it fair to say that the incident may have
 3   been sometime in July?
 4       A.   Correct.
 5       Q.   Do you know the date of the incident?
 6       A.   Can I just bring up the document?
 7       ATTORNEY DO:  Melodie, you can ask to look at
 8   documents, sure.
 9       THE WITNESS:  Can I show him the document?
10       ATTORNEY DO:  You can, yes.
11       THE WITNESS:  Okay.
12            So this is my log of the incident on July 16th.
13   BY ATTORNEY MILLS:
14       Q.   Okay.  So what I'm going to do next is
15   introduce the next exhibit, which will be a copy of what
16   you just showed me.  Okay?
17       A.   All right.
18       ATTORNEY MILLS:  And this is going to be Exhibit
19   224.
20       THE REPORTER:  324.
21       ATTORNEY MILLS:  I'm sorry.  324.
22            (Deposition Exhibit 324 was marked for
23            identification.)
24       THE WITNESS:  Okay.  Now, are we going back and
25   forth?  Are we --
```

```
 1  BY ATTORNEY MILLS:
 2      Q.   We'll have the two declarations and the --
 3      A.   Okay.  So --
 4      Q.   -- picture.
 5      A.   So don't put this away yet?
 6      Q.   Don't put it away.
 7      A.   Okay.  Got it.
 8      Q.   Yeah.
 9      A.   Okay.
10      Q.   So, Melodie, I just handed you what is
11  Exhibit 324.
12           Is this a fair and accurate copy of the notes
13  that --
14      A.   Yes.
15      Q.   -- you have?
16           And are these notes in your phone?
17      A.   Uh-huh.
18      ATTORNEY DO:  That's a yes, Melodie?
19      THE WITNESS:  Yes.  Sorry.
20      ATTORNEY MILLS:  No worries.
21      ATTORNEY DO:  No worries.
22  BY ATTORNEY MILLS:
23      Q.   Okay.  So it says, at the very top here, 7
24  dash -- or dot 16 dot 24.
25      A.   Correct.
```

1    Q.   So does that mean that this incident was on
2  July 16th, 2024?
3    A.   Absolutely.
4    Q.   Do you know what time the incident was?
5    A.   The incident happened at 9:31 a.m. on Toland
6  Street at McKinnon.  Oh, just like it says.  Look, it
7  says it right there.  Okay.
8    Q.   Do you know how long after the incident you
9  were typing this?
10   A.   I was typing it within a minute of it happening
11 so I would remember what he said and what happened.
12   Q.   Do you know if this was the green-stripe Dodge
13 RV, or was this the yellow Chevy van?
14   A.   It doesn't say.  Oh, the yellow.  It was the
15 yellow one.
16   Q.   And how do you know it was the yellow one?
17   A.   Because it says Y-e-l-T-r-k.  That's my -- my,
18 like, shorthand for the yellow camper.
19   Q.   Okay.  So where I'm saying in kind of the
20 middle of the photograph, it says:  Walk between car and
21 yellow truck up 2C --
22   A.   Up to coach door.
23        So should I just tell you what it says?
24   Q.   Yeah.  If you can read for me --
25   A.   Okay.

1  Q.  -- what your note --
2  A.  Okay.  So at 9:31 a.m., DPW takes the plastic
3  boxes that are outside of the yellow truck.
4      So my notes to myself is I'm parked at
5  McKinnon, Toland -- I'm parked.  So I know I'm parked at
6  Toland at McKinnon.  So the crew of the DPW, they were
7  coming down Toland from J, which is Jerrold, to O, which
8  is Oakland -- Oakdale.
9      So I see in the rearview mirror that DPW walked
10 between the car I'm sitting in and the yellow truck --
11 the yellow camper up to the coach door of the yellow
12 camper.  And they take my empty, empty boxes -- M- --
13 M-t -- empty boxes that were folded and leaned against
14 the chain link fence.  I can't get my shoes on in time
15 to get out to stop them.
16     And I yell out the door, "Hey, that's my stuff.
17 Those are my boxes."  And DPW yells, "It's debris."
18 Q.  Okay.  That was really helpful.  So I
19 appreciate you reading that for me.
20 A.  I mean, it's like some of this stuff is just in
21 my head; it doesn't all come out on the -- like parked.
22 I know where I'm parked.
23 Q.  So were you not inside of the yellow truck?
24 A.  No.  I was in the car.
25 Q.  And is that the white --

1      A.   Correct.

2      Q.   -- Honda?

3      A.   Correct.

4      Q.   Where was the white Honda in relation to the
5  yellow car -- or truck?

6      A.   Okay.  Okay.  So let's see.  Okay.  So here's
7  McKinnon (indicating), and here's Toland (indicating),
8  and here's Amazon warehouse (indicating), one of a
9  million of them, and there's a chain link fence right
10 here (indicating).

11          So the yellow camper is parked -- here's
12 McKinnon (indicating).  It's parked here (indicating).
13 I'm sitting in the car, right here (indicating), looking
14 in the rearview mirror.

15          So I had seen -- I had seen them come down the
16 street.  Like -- like the truck, and then they're all
17 wearing their yellow vests.

18          And I'm looking in the rearview mirror, and I
19 see him go from here (indicating), and I see him go to
20 here (indicating) where the coach door is.  And he
21 picked up all my boxes.  And, like, right around here
22 (indicating) is where I opened the door and start
23 yelling at him, "Those are my boxes."

24     Q.   Okay.  Are you able to estimate feet, like how
25 many feet away your white car was from the yellow?

```
 1      A.   I usually park 4 to 6 feet from bumper to
 2  bumper.  So just in general, my guesstimate would be --
 3  because I have to pull out -- 6 feet.  The bumper of the
 4  car I'm in -- it was probably less than that, but the
 5  most it would be would be 4 feet from the bumper of the
 6  car to the bumper -- 4 feet, 6 feet from the bumper of
 7  the car to the bumper -- front bumper of the yellow
 8  camper.
 9      Q.   And what were you doing in the moments leading
10  up to this incident starting at 9:31 inside of the white
11  Honda?
12      A.   I would have to look -- find my notes and look
13  what I was doing.  I may have been eating.
14      Q.   Do you know if you had already been awake for a
15  while?
16      A.   I had already been awake for a while.
17      Q.   So is it fair to say you didn't, like, just
18  wake up and happen to see DPW there?
19      A.   No.  Not sleeping well, so I had already been
20  awake for a while.
21      Q.   Okay.  So can you describe for me what kind of
22  boxes these were?
23      A.   Yes.  They were plastic corrugated boxes, and
24  they were about maybe this -- if you -- if you made them
25  into a box, they would be about this big (indicating)
```

```
 1  and maybe about that tall (indicating).
 2          But they were folded, so they're, like, a lot
 3  longer and taller, because they're -- they're not made
 4  into a box; they're folded.
 5          And there were -- I think there might have been
 6  eight boxes.
 7      Q.  And you used the word "corrugated," right?
 8      A.  Yes, uh-huh.
 9      Q.  What does that mean?
10      A.  Well, if you look at that box right there
11  (indicating), it's corrugated.
12      Q.  So are you talking about the ones where you
13  fold them and --
14      A.  Corrugated is the wall of the box.  Like, this
15  (indicating) is not corrugated.  And the term
16  "corrugated" means when you look in between -- so you're
17  looking down the wall of the box like bird's eye view,
18  and you see the squiggle like this (indicating).
19          Does that make sense?
20      Q.  Sort of.
21      A.  Just hand me the box.  Can you hand me the box?
22      Q.  Yeah.  I'll give you the box as an example.
23  That will help me understand.
24      ATTORNEY DO:  Actually, I'm not sure this is...
25      THE WITNESS:  Okay.  This is called corrugated
```

```
 1   (indicating).
 2   BY ATTORNEY MILLS:
 3       Q.   Okay.
 4       A.   The squiggle --
 5       Q.   Okay.
 6       A.   -- like that (indicating).  That's what gives
 7   the box the support to make it stronger without weighing
 8   a lot more.
 9       Q.   Okay.
10       ATTORNEY DO:  Thank you.
11   BY ATTORNEY MILLS:
12       Q.   Understood.
13       A.   Okay.
14       Q.   I appreciate the clarification.
15       A.   So anybody in shipping wouldn't have to ask
16   that question.
17            And plastic corr- -- corrugated boxes are
18   stronger than car- -- cardboard boxes.  Because
19   cardboard boxes, when they get wet in the rain, they
20   just fall apart.
21       Q.   And do you know where you got the --
22       A.   Yes.
23       Q.   -- boxes?
24       A.   At 801 Toland.
25       Q.   Is that a business?
```

```
 1      A.   It happens to be the SFSUD -- USD.  And they
 2  were just laying there on the ground for two days, and
 3  nobody else took them.
 4      Q.   And that's the San Francisco Unified --
 5      A.   Yes.
 6      Q.   -- School District?
 7      A.   Yes.
 8      Q.   So you took the plastic corrugated boxes from
 9  outside of the San Francisco Unified School District?
10      A.   Because they were just laying in their driveway
11  for, like, two days.
12      Q.   After the two days, did you think that they
13  were considered to be trash by the San Francisco Unified
14  School District?
15      ATTORNEY DO:  Objection; vague in terms of undefined
16  word "trash."
17      THE WITNESS:  Wouldn't that be speculating?
18  BY ATTORNEY MILLS:
19      Q.   Yeah.  Well, just based off of --
20      A.   To speculate.
21      Q.   -- your personal experience kind of coming upon
22  the boxes, did you think that they had been thrown out
23  by the Unified School District?
24      ATTORNEY DO:  Same objections; also to the extent it
25  calls for speculation.
```

```
 1       THE WITNESS:  It does call for speculation.
 2  BY ATTORNEY MILLS:
 3       Q.   So I am asking about your opinion here.  So
 4  when you --
 5       A.   Right, which is speculation.
 6       Q.   Yeah.  So I'm going to ask a different --
 7       A.   What was I speculating?
 8       Q.   So let's just clarify the question.  Okay?
 9       A.   Okay.
10       Q.   So you had seen those boxes laying outside of
11  the San Francisco Unified School District, right?
12       A.   Yes.
13            And for two days, no employee that walked past
14  those boxes picked them up.  And for two days, nobody
15  walking down the street that was a homeless person said,
16  "Oh, I could use those boxes."
17       Q.   So in your mind, did you make a determination
18  that they had been, like, abandoned by --
19       A.   Abandoned, yeah.
20       Q.   And so then you took them because they were
21  abandoned?
22       A.   It would appear that they were abandoned.  And
23  I could use them and I took them.
24       Q.   So once you had them, how long did you have
25  them outside of your yellow truck on that chain fence
```

```
 1  before DPW came?
 2      A.   I don't know.
 3      Q.   Do you know if there were other items
 4  surrounding those?
 5      A.   Only trash that blows there down that street.
 6  And they didn't take the trash; they took my boxes.  All
 7  the garbage that blew down the street that was outside
 8  of my boxes from being blown by the wind, all the trash
 9  was left behind when they took my boxes.
10      Q.   So earlier you testified to your kind of
11  understanding of what HSOC is, where all of these
12  different departments --
13      A.   Uh-huh.
14      Q.   -- come, from the HOT Team --
15      A.   Yeah.
16      Q.   -- PD, DPW.
17           On this day, was it only DPW?
18      A.   Correct, that I saw.
19      Q.   Could you construe that as being HSOC based off
20  of your understanding of that term?
21      A.   With how many DPW people and how many trucks
22  came by, absolutely.  Because otherwise, it's just one
23  truck and one or two workers.
24           You never have a fleet of DPW trucks and an
25  army of DPW workers coming down the street unless it's
```

```
 1  HSOC.
 2      Q.   Okay.  So in your photograph with the notes --
 3      A.   Yes.
 4      Q.   -- where it says there's a crew of DPW coming
 5  down Toland from Jerrold --
 6      A.   Yes.
 7      Q.   -- how -- can you describe the size of that
 8  crew for me?
 9      A.   I think there were two trucks.  And I couldn't
10  see everybody, and they were in motion.  There were at
11  least three people -- so this is just from memory.
12  There were at least three people on my side of the
13  street and then people going down the street on the
14  other side of the truck.
15      Q.   Were any of those people picking up items on
16  the other side?
17      A.   I was only looking at the guy that I saw in the
18  rearview mirror.  It happened so fast.
19      Q.   Did the boxes say "San Francisco Unified School
20  District" on them?
21      A.   No.  They were from some kind of produce.  I
22  mean, we're right next to the produce district.  So
23  usually if there's boxes that are good, solid, sturdy
24  boxes, they're going to be produce boxes.  And they -- I
25  don't remember which vegetable was in them.  I don't
```

```
 1  remember what it said right now.
 2      Q.   So I want to make sure I understand kind of
 3  your interpretation or understanding of the term
 4  "plastic corrugated box" a little bit more.
 5           Is it hard plastic?
 6      A.   Yeah.
 7      Q.   So it's not, like, harder cardboard?
 8      A.   No.  It's completely different.  That is
 9  cardboard (indicating).  And corrugated plastic boxes
10  are plastic.
11           If I would have known, I would have brought a
12  sample.
13      Q.   And why weren't those boxes put inside of
14  either your white Honda Civic or the yellow camper?
15      A.   Because I was going to use them.
16      Q.   And did you lose any other items on that day?
17      A.   That was what they took, but they didn't take
18  the trash that had blown there.
19           And just so you know, I feel that that's
20  discrimination.
21      Q.   Do you know if they took any kind of trash?
22      A.   They didn't take any trash from right there.
23      Q.   So I want to ask a slightly related but
24  different question, right?
25           So say that there is several items of trash.
```

```
 1   As you sit here today, are you able to say with, like,
 2   100 percent confidence in your memory that they didn't
 3   take a single item of trash?
 4        A.    Absolutely, because I got out and looked once I
 5   got my shoes on.
 6        Q.    Were you able to remember if there were other
 7   items of trash there that they could have taken?
 8        A.    Yeah.  All kinds of stuff had blown there.  I
 9   can't keep up with the wind on that street; I try to.
10              So, like, every day, every other day, I'm
11   picking up all the trash that blows so it doesn't
12   accumulate around the vehicle.
13              So that was, like, maybe one, maybe two days'
14   worth of trash that had been blown there because that's
15   just how Toland Street is.
16        Q.    Did you report this incident to anybody in the
17   City?
18        A.    Who would I report it to?
19        Q.    Did you complain to DPW as a department?
20        A.    So they can torture me more?
21        Q.    Did you tell SFPD that they took the boxes?
22        A.    I didn't think to do that.
23        Q.    Did you tell the Coalition on Homelessness
24   shortly after this incident happened that it -- that it
25   took place?
```