# EXHIBIT 36

Talla Declaration

I, Sarah Stephenson, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am currently unhoused. I live near the intersection of Division Street and San Bruno Street in San Francisco ("City") with my partner. I am 42 years old.

3. On July 22, 2024, at approximately 1:15 PM, my partner and I were near our tent at Division Street and San Bruno Street when a San Francisco firefighter approached us. He told us that the City would be sweeping our area at 1:30 PM that day. I asked him if the City would bag and tag our property. Without answering, he walked away and called someone.

4. After the firefighter walked away, I walked up to a Homeless Outreach Team ("HOT") worker and asked if he could get us into a shelter. He told me that I had to wait until 1:30 PM. Another HOT worker then began to talk to my partner. After doing so, he told us that they could not get us into shelter.

5. The firefighter then walked up to me and told me that the City would bag and tag our property. He told me to arrange my property into neat piles for them to collect.

6. I then began to pack up my belongings as the firefighter had directed. As I did so, San Francisco police officers and Department of Public Works ("DPW") employees approached me and watched me pack up. They did not help me.

7. After approximately 15 minutes, one of the police officers told me that the DPW workers were going to take my furniture. I had a chair, a long chest, a vanity, a mirror, a table, two cots, three rugs, and a couch. I told the police officer that the City could not take my property without bagging and tagging it. I told them that the property was clean, not soiled, and not infested with bugs. I showed them the DPW Bag and Tag policy to make clear that I knew what they had to do. In response, the officer told me that DPW would decide whether they would bag and tag my property or not.

8. Because it was becoming clear that the City was not going to bag and tag my furniture, I began loading my couch onto a dolly. As soon as I did so, a DPW worker walked forward to grab the couch. The same police officer who had talked to me before

asked me if I was "going to allow the City workers to do their job." When I told the officer that I wanted my property, the officer told me to put my hands behind my back. I let go of the couch. The DPW worker immediately grabbed it. The officer then handcuffed me.

9. The officers then walked me away from my property and stood over me for a half hour. As I watched, the DPW workers threw my belongings into one of their trash trucks. They threw away my clothes, furniture, and my storage tubs. My property was in good condition. Many of the items that they threw away had been placed on the side, where the City had told me to put them so they could be bagged and tagged. Instead, the DPW workers threw the property into their truck.

10. As I sat on the curb, a police sergeant walked up to me. I asked him to allow me to get my property back from the truck. He refused to help me.

11. One of the officers then walked me over to his vehicle. He told me that he was citing me for two violations and told me to sign the citation or I would be arrested. He cited me for illegal lodging and resisting. As part of the citation, he had written that the City had seized two tarps from me as evidence of illegal lodging. I told him that this was not true, because my tarps had been taken and destroyed by the City two weeks earlier. He told me that if I did not sign the citation I would be arrested, so I signed it. The officer then released me.

12. I then walked back to my property to see what I had left. As I leafed through my property, I discovered that the City had taken my blue suitcase, in which I had put my purse and my laptop. I lost everything in my purse, including my phone, wallet, my dog's medication, my medication, and my makeup. The City had also taken my art supplies and costume jewelry, a letter I had written for my daughter, my silverware, my plants, my bedding, my dog's food, and my sleeping bags. I lost almost everything.

13. Without any dog food or any money, I had to sell some of my clothing the next day to buy food for my dog. That night, I slept on the ground without any bedding because the City had taken it. Without a sleeping bag or bedding, I'm exposed to the elements, and it gets cold at night in San Francisco. And without my medications, I'm

worried that my MRSA could resurface and I could get very sick.

14. On Friday, August 2, 2024, at approximately 5:00 PM, four police officers, an EMT, and some DPW workers showed up at our tent again. They told us that we had to leave. We told them that we would pack up our stuff and be out of there in 20 minutes. The officer said that was unacceptable and opened our tent. He told us that the law had changed and that what we were doing – sleeping outside – was illegal. He told us that they no longer had to offer shelter and that they had no shelter available. He said he was happy about this.

15. I asked them to bag and tag our property. The officer said that they were not there to "do that" and told the DPW workers to "clear it." They took my partner's shoes, his bike, an iPad, our tents, our tarps, and our blankets. My partner does not have usable shoes right now because they took his shoes. Our property was in good condition. It was not soiled or trash. We had just bought a lot of this stuff, trying to replenish what they had just taken.

16. There was no notice posted before this sweep. We did not know that they were coming.

17. During the sweep, the officer told us to get out of San Francisco and said that San Francisco was done with us.

18. I feel violated and sad. I'm now afraid that the City can steal my belongings at any time and just throw them out without any accountability.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California this 5th day of August, 2024.

Sarah Stephenson