# EXHIBIT 38

Talla Declaration

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,        )
 6   et al.,                           )
 7                  Plaintiffs,        )
 8   vs.                               )  CASE NO.
 9   CITY AND COUNTY OF SAN            )  4:22-cv-05502-DMR
10   FRANCISCO, et al.,                )
11                  Defendants.        )
12   - - - - - - - - - - - - - - - - - -
13
14
15              VIDEOTAPED DEPOSITION OF
16                  JAMES J. REEM, JR.
17              THURSDAY, FEBRUARY 27, 2025
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA 94104
25                            (415) 597-5600
```

```
 1        Q.   Do you have any documents about communications
 2   between you and the Coalition on Homelessness?
 3        A.   No.
 4        Q.   Do you believe the City of San Francisco has
 5   ever wrongly discarded your property?
 6        A.   Yes.
 7        Q.   Do you have any documents showing you owned the
 8   property that you think San Francisco discarded?
 9        A.   The phone -- the pictures of some artwork that
10   was destroyed.
11        Q.   And where do you keep those pictures?
12        A.   On my phone.
13        Q.   In addition to pictures of some of the
14   photograph -- or excuse me.
15             In addition to pictures of some of the artwork
16   you think San Francisco wrongly discarded, any other
17   documents you can think of that would show you owned
18   those items?
19        A.   No.
20        Q.   Any documents you have that you think would
21   show San Francisco is the one who took them?
22        A.   No.
23        Q.   You mentioned a cell phone.  So let me ask a
24   couple of questions about that.
25        A.   Mm-hmm.
```

```
 1   and they're not.
 2        Q.   Who did you talk to about that?
 3        A.   All -- everybody that's associated to, that I
 4   know, with that.
 5        Q.   That's Lukas, Larry, and Dylan?
 6        A.   Lukas, Larry, and Dylan for sure.
 7        Q.   Okay.  Is it fair to say that if you had
 8   housing in the future, you would store your property
 9   indoors with you?
10        A.   Yeah.
11        Q.   I want to ask a couple more questions before we
12   take our next break.
13        A.   Okay.
14        Q.   And then I want to switch to about asking you
15   about the times you think the City wrongly discarded
16   your property.
17             I think I heard you say before that you think
18   it's happened five times; is that right?
19        A.   Mm-hmm.
20        Q.   Is that a yes?
21        A.   Yeah.  Yes.
22        Q.   Tell me your best estimate of the dates when
23   that happened.
24        A.   Let's see.  Christmas '23 it happened.  Let's
25   see.  Yeah, Christmas of '23.
```

1                And then -- and then London Breed had a -- a
2     rally on a Tuesday, and I don't recall the exact date.
3     It was right at the statue in front of DMV.  And -- and
4     I came back to all my things being gone through at least
5     by then.
6                And that would have been five -- four or five
7     months after my move.  So it was just, I guess -- yeah,
8     that time, it was definitely in August of '24 -- July
9     and August of '24.
10               Then, more recently, my box was taken.  That
11    was I think in December -- November, December last year.
12               Then there were some other things that they
13    didn't take property, but they were perusing my personal
14    belongings.  They were asked not to; they still did.
15    And I may have lost something that day.  Small report.
16          Q.   I want to make sure I'm understanding all of
17    the times that you think the City wrongly discarded your
18    property.
19          A.   Sure.
20          Q.   So I'm going to repeat what I heard, and then
21    you let me know if miss anything.
22               I think I heard you say it happened once in
23    December of 2023; it happened a second time maybe four
24    five months after you made a move; a third time in July
25    or August of 2024; a fourth time in November or December

1  of 2024; and then there was another occasion where you
2  don't think they took any property, but you had an
3  encounter with DPW.
4          Is that --
5     A.   Yeah.
6     Q.   -- fair?
7     A.   Negative encounter.
8     Q.   Any other times you recall the City taking your
9  property?
10    A.   No.  I think that's -- I think that's it.
11    Q.   Okay.
12    A.   I mean...
13    Q.   I'm going to ask you very similar questions
14 about each of these experiences.
15    A.   Okay.
16    Q.   So I'll start with the first one in December
17 2023.
18         Any best estimate about the date that might
19 have been?
20    A.   I was arr- -- I was arrested on the site, on --
21 on the spot.  And then the officers took some things at
22 that point leaving me completely vulnerable.  They took
23 my tarp, and they took -- anything else to protect my
24 things, they took it.  I didn't get a receipt.
25         And that was -- so the -- the arrest would have

```
 1      Q.    Any other people there?
 2      A.    I think his girlfriend.
 3      Q.    What's her name?
 4      A.    I think it's Lamp.
 5      Q.    Lamp, like the device?
 6      A.    Yeah.
 7      Q.    Yeah.
 8            Last name for her?
 9      A.    I don't know.  I don't even think that's her
10   first name, but...
11      Q.    That's what she goes by?
12      A.    Yeah.
13      Q.    Yeah.
14            I want to talk to you now about the times where
15   you observed an HSOC resolution where none of your stuff
16   was taken.
17      A.    Okay.
18      Q.    So I think I heard you say before that you've
19   seen between 15 and 20 HSOC resolutions.
20      A.    Mm-hmm.
21      Q.    Does that sound right?
22      A.    Yeah.
23      Q.    And it sounds like the City took your property
24   on four occasions; is that right?
25      A.    Yeah.  At least, yeah.
```

1    Q.    Those occasions were in January of 2024, either
2    May or June 2024, the last week of July 2024, and
3    December 2024; is that right?
4    A.    That sounds right.
5    Q.    Any other occasions you can remember where the
6    City took your stuff?
7    A.    I can't say, no.
8    Q.    Okay.  How -- how were you able to avoid the
9    City taking your stuff at the other HSOC resolutions you
10   observed?
11   A.    Well, I do the same thing every time, which is
12   get out of the posted area, let them clean, and then
13   keep all my things neatly, tight, and, you know,
14   consolidated.  And -- and then they usually leave me
15   alone.
16   Q.    When you see a noticed HSOC resolution and you
17   pack up your stuff planning to move in advance, do you
18   see other people doing the same thing?
19   A.    They follow suit.
20   Q.    Okay.  So, in other words, have you noticed
21   occasions where after a notice is posted, the number of
22   people camping in that area decrease because people
23   don't want to be there when the HSOC resolution happens?
24   A.    Yeah.  Essentially, that's -- yeah.
25        ATTORNEY MURPHY:  We've been going about an hour.