# EXHIBIT 39

Talla Declaration

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3    - - - - - - - - - - - - - - - -

4    COALITION ON HOMELESSNESS,    )

5    et al.,                       )

6                   Plaintiffs,    )

7    vs.                           )  CASE NO.

8                                  )  4:22-cv-05502-DMR (LJC)

9    CITY AND COUNTY OF SAN        )

10   FRANCISCO, et al.,            )

11                  Defendants.    )

12   - - - - - - - - - - - - - - - -

13

14

15       VIDEOTAPED DEPOSITION OF SARAH J. STEPHENSON

16              WEDNESDAY, JANUARY 22, 2025

17

18

19

20

21          BEHMKE REPORTING AND VIDEO SERVICES, INC.

22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23                550 CALIFORNIA STREET, SUITE 820

24                SAN FRANCISCO, CALIFORNIA 94104

25                     (415) 597-5600

1      Q.    You testified earlier that there were six

2   resolutions that you experienced, correct?

3      A.    Yes.

4      Q.    July 22nd, '24, was one of them, yes?

5      A.    Yes.

6      Q.    The one we just talked about, August 2nd, 2024,

7   was another?

8      A.    Yes.

9      Q.    Correct me if I'm wrong, but I think some of

10   the other ones were -- one that you experienced on 9th

11   and Brannon, correct?

12      A.    I didn't see that one, though.

13      Q.    You did not see that one?

14      A.    No.

15      Q.    So help me understand, when you say you

16   experienced it but you didn't see it.

17      A.    That -- they took all of my stuff, was my

18   experience.

19      Q.    I see.

20          So you were -- let me ask you a better

21   question.

22          So as part of your production, you produced a

23   video as -- I'll represent that it was labeled

24   Stephenson 22.

25      A.    Mm-hmm.

1       Q.    Is that a "yes"?

2       A.    Yes.

3       Q.    And that's a video recording that you took,

4    yes?

5       A.    Yes.

6       Q.    Is that the same incident as 9th and Brannon,

7    or is that a different one?

8       A.    That's a different one.

9       Q.    Which one was that one?

10      A.    That was one at -- here at San Bruno and

11   Alameda.  It was the one that Lukas came to, so I think

12   it was the first -- the second one at San Bruno and

13   Alameda -- first or second.  And they -- we had -- we

14   had more notice that time than this time.  This was the

15   one after that one.

16      Q.    When you say "this time," what do you mean?

17      A.    This, referring to the one on the 22nd.

18      Q.    Okay.

19      A.    It was before that one.

20      Q.    Do you remember when?

21      A.    It was, I think, maybe two weeks prior.  And --

22   around then.  I don't -- honestly, I -- I don't know.  I

23   don't recall.  But that one was the one that -- I'm sure

24   you guys will find out, because Lukas came to that one.

25   And he warned us way ahead of time.  No, you know what?

```
 1   Actually, I'm sorry.  I misspoke.
 2           He came before the sweep happened, days before.
 3   And said, "There's going to be a sweep.  You need to be
 4   ready."
 5       Q.   And I'm sorry.
 6           And that's in reference to the video that you
 7   took, the --
 8       A.   But -- yeah.  They did this -- they -- no, he
 9   came -- he came to our tent, and he told us and he
10   introduced himself and he told us that there was going
11   to be a sweep.  Then he came the morning of the sweep.
12   He stayed for the sweep.
13           And they -- and we packed up what we could.
14   They took -- they did take a lot, but nothing that --
15   they -- they took a lot, but nothing that we were
16   unaware of, like that we were, like, really upset about
17   or anything -- or, no, not upset about.  We didn't want
18   anything taken, but we were aware they were going to
19   take it.
20           And then we moved down the street just to
21   figure out what we were going to do next.  And we were
22   sitting on the corner of -- over by -- it's 16th and
23   Alameda.  And the DPW came, not the police.  DPW came
24   and said, "Move along, move along."  And we explained
25   that they had just done that to us over there.  And they
```

1   said, "Well, this is the same thing," and started taking

2   stuff from us then on the corner.

3          And so I went and got the police because I

4   thought what they were doing was illegal.   And that's

5   when you see the video.

6      Q.    And so just so I understand, you said it was

7   about two weeks before.

8          Do you mean two weeks before the July 22nd?

9      A.    I think so.

10     Q.    So it was in early July of 2024?

11     A.    Yeah, I think so.   I don't -- I don't know.   I

12  don't recall the date.   But I know it was before this

13  one.

14     Q.    That's your best estimate?

15     A.    Yes.

16     Q.    Okay.   Did you review that video recently?

17     A.    Yeah, I've seen it.

18     Q.    Would you remember that there is some pushcarts

19  or carts that you were rolling?

20     A.    Yes.

21     Q.    Is that accurate?

22     A.    (Nods head.)

23     Q.    Did you keep most of the items in those carts?

24     ATTORNEY KASHYAP:  Objection; vague.

25     THE WITNESS:  I don't know what they took.  I wasn't

1  watching.  But I know that they took some.

2  BY ATTORNEY GRADILLA:

3       Q.    To the best of your recollection, you don't

4  know what items were taken?

5       A.    I watched them take things, but I did not pay

6  attention to what it was.  I'd given up at that point.

7       Q.    And correct me if I'm wrong, but you said that

8  you kept a lot of things that you wanted to keep?

9       A.    We had kept a lot of things that we wanted to

10  keep, and then they started taking it again.  And that's

11  when I stopped them and told them not to touch our

12  stuff, and I got the police --

13       Q.    How'd --

14       A.    -- at the --

15       Q.    -- you get the police?

16       A.    I went and got them.  I flagged -- they were

17  down the -- down at the sweep -- at the sweep still.

18  They were just right across the street.  And I -- I

19  tried to get them to stop.  And they stopped for a

20  second, and then the police came, and then that's where

21  you see everything.

22       Q.    And so -- so, so far we've talked about four

23  resolutions.

24       A.    Mm-hmm.

25       Q.    What are the other two that I'm missing?

1          I have July 22nd, 2024, August 2nd, 2024, this

2    one that we were just talking about in the video from

3    probably early July 2024, 9th and Brannon.

4        A.   There was another one on Division.

5        Q.   Do you remember when that one was?

6        A.   It was before -- it was -- it wasn't as -- it

7    was right after this one.  Like right, right after.

8    Like a day later.  And we didn't really have much to

9    take.  They just came and did it.

10       Q.   Okay.  And when -- the sixth one.  I guess this

11   was the fifth one.

12            When was the sixth one?

13       A.   That one was at San -- another one was at San

14   Bruno and Alameda at some point, but that one, again,

15   was when -- where we had just had a sweep done on us and

16   they had taken everything, and all we had was, like, two

17   ponchos that the police gave us.

18       Q.   And that was not the SPCA one?

19       A.   No, because that one wasn't really one.  That

20   one didn't have DPW at it.

21       Q.   Okay.  I'm running out of time.

22            But, Ms. Stephenson, have you ever lived in

23   Kern County?

24       A.   Where's Kern County?

25       Q.   Have you ever gotten benefits in Kern County?