# EXHIBIT 40

Talla Declaration

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3   - - - - - - - - - - - - - - -
 4   COALITION ON HOMELESSNESS;   )
 5   TORO CASTAÑO; SARAH CRONK;   )
 6   JOSHUA DONOHOE; MOLIQUE      )
 7   FRANK; DAVID MARTINEZ;       )
 8   TERESA SANDOVAL;             )
 9   NATHANIEL VAUGHN,            )
10            Plaintiffs,         )
11   v.                           ) CASE NO.
12   CITY AND COUNTY OF SAN       ) 4:22-cv-05502 DMR(LJC)
13   FRANCISCO, et al.,           )
14            Defendants.         )
15   - - - - - - - - - - - - - - -
16
17       VIDEOTAPED DEPOSITION OF ELIZABETH STROMER
18              FRIDAY, FEBRUARY 7, 2025
19              PAGES 1 - 213; VOLUME 1
20
21       BEHMKE REPORTING AND VIDEO SERVICES, INC.
22        BY:  VALERIE DIANE MAFFEI, CSR NO. 12138
23             550 CALIFORNIA STREET, SUITE 820
24              SAN FRANCISCO, CALIFORNIA 94104
25                              (415) 597-5600
```

```
 1   Homelessness?
 2        A.   Yes.
 3        Q.   Have they ever helped you with any
 4   services?
 5        A.   No.
 6        Q.   No?  Done anything for you?
 7        A.   No.
 8        Q.   Okay.  All right.  Now, moving to instances
 9   where you've experienced loss of your belongings.
10   In the past five years . . . so, say, from January
11   of 2020 through today --
12        A.   Okay.
13        Q.   -- can you tell me how many times you've
14   experienced loss of your belongings?
15        A.   Hmm.
16        Q.   And to be clear, sorry, loss of your
17   belongings at encampment resolutions.
18        A.   Okay.  Three.
19        Q.   Three?
20        A.   No.  Three.
21        Q.   Three?  So from 2020 -- January 2020
22   through today, you have personally lost items that
23   belong to you at three encampment resolutions?
24        A.   Yes.  Yes.
25        Q.   When was the first one?
```

1       A.  Uh, first one was the day that we went into
2  the Navigation Center on 4-18 last year.
3       Q.  Okay.  And when was the second one?
4       A.  The second one was, maybe, in October.  We
5  were behind the Navigation Center.  Uh, my boyfriend
6  had put, uh, a tent back there just so that he
7  didn't have to be in the Navigation Center all the
8  time.  And we had things back there.
9           I didn't spend the nights there, but he --
10 but he did.  But I have a lot of belongings out
11 there with his stuff.  And when they came, and he
12 was not there, I was told to walk and not to take
13 anything with me.
14      Q.  I'll ask you more details about each one,
15 but do you think, the second one that you're telling
16 me about, that was in October of 2024?
17      A.  I believe, it was October.
18      Q.  Do you remember a date?
19      A.  No.  I don't exactly -- no.
20      Q.  And the third one?
21      A.  The third one was, uh . . . okay, maybe,
22 ask the question.  So are you talking about when
23 they've taken our belongings without us saying okay
24 or what, exactly?  Because, I mean, they're there
25 all the time.

```
 1        Q.   Uh-huh.
 2        A.   But they had not previously taken anything
 3   from us, uh . . .
 4        Q.   Yeah.  So my question is -- instances when
 5   your things were taken and you didn't want them to
 6   be taken by . . . during an encampment resolution.
 7        A.   Okay.  Then I'm going to say two.
 8        Q.   Two?
 9        A.   And those two that I just spoke of.
10        Q.   Okay.  And the third one that you thought
11   it might be, what was that?
12        A.   That is like right now.  The last few days,
13   they have just been . . . they've . . . you know,
14   gave me ten minutes to get my stuff moved by myself,
15   uh, in the rain.
16        Q.   But did anyone -- has anyone taken --
17        A.   No.
18        Q.   -- your stuff?
19        A.   Because I got moved around the corner very
20   quickly.
21        Q.   So the third one that you're thinking about
22   is instances where you're being asked to move during
23   a resolution?
24        A.   Correct.  Being given a certain amount of
25   time to do it or they're taking everything.
```

```
 1        A.   I'm talking about April 18th, the day that
 2   they took everything on the same day that we went to
 3   the Navigation Center.
 4        Q.   All right.   I wanna -- I want to get into a
 5   little bit later -- I'm trying -- 'cause I'm trying
 6   to understand the other times --
 7        A.   Okay.
 8        Q.   -- that happened.
 9             When you -- when you say that they -- I
10   guess, you mean DPW?
11        A.   Yes.
12        Q.   Sneaky took things?
13        A.   Yes.
14        Q.   What -- can you tell me the dates or the
15   general time periods of when that -- those instances
16   happened?
17        A.   Uh . . . okay.  The time before the 18th,
18   uh, when they took everything was, approximately,
19   two weeks before because we were at the Walgreens
20   catty-corner from where we had gotten picked up, and
21   they took everything.
22             They came that time, and they took the
23   neighbors' stuff they took -- they didn't take our
24   stuff that day without, you know, our knowing.
25   There were a lot of people there not -- not
```

```
 1   homeless, but I'm not sure who everybody was.
 2        Q.   Okay.  So --
 3        A.   Mostly DPW and the Police Department and
 4   some people I'm not sure who they were and why they
 5   were day.  That day they didn't take anything
 6   sneakily from us.  But the time before, which is
 7   probably two months before that, uh, it was right
 8   after we had just stop staying in the apartment, and
 9   we were right across the area bus stop area, they
10   came and they were taking everything.  Every time we
11   turned our back to put something in a box or bag to
12   try to hurry get off -- out of their way, like they
13   said, come out, and they were throwing stuff in
14   their trucks.
15        Q.   So -- sorry.  You said that -- you said,
16   about two months before.  So was that like in
17   February --
18        A.   Yes.
19        Q.   -- of 2024?
20        A.   Yes.
21        Q.   And you mean to say, they took -- sorry,
22   what did they take that time?
23        A.   A lot of things that I'm not even sure what
24   all they took.  They -- there was a lot of them
25   there.  Maybe, twenty different employees.  And they
```

```
 1        A.   Maybe, if it got wet.
 2        Q.   But you don't remember if --
 3        A.   No.
 4        Q.   Okay.  Cooking equipment?
 5        A.   Oh, yeah.
 6        Q.   That you had?
 7        A.   Yes.
 8        Q.   What did you have?
 9        A.   Well, when they took our stuff that day,
10   they -- they did not get our -- in February.  They
11   did not get our cooking equipment.  They did get our
12   tent, and that is only because our time limit was
13   almost up, and we didn't have a choice.
14        Q.   Do you remember the condition your tent was
15   in?
16        A.   It was a good -- it was almost a grand new
17   tent.  We had just purchased it from a -- a woman
18   that worked around the corner at the Salvation Army.
19        Q.   How long had you had the tent by that
20   point?
21        A.   Two weeks.
22        Q.   And when you say "they took it," who -- who
23   took it?
24        A.   DPW took it.  Our time was up.  We had
25   15 minutes that day to move our things out of the
```

```
 1   way so that they could clean the sidewalk.
 2        Q.   Did you ask to keep it?
 3        A.   Oh, yeah.
 4        Q.   What did --
 5        A.   But they -- but our time was up.
 6        Q.   And so -- I'm sorry.  I -- I'm not as
 7   familiar with the stuff as you, but . . .
 8             So you asked to keep it, and what did they
 9   say in return?
10        A.   They gave -- they said, times up.  Anything
11   else that we left, they took.
12        Q.   Do you remember speaking or asking to
13   specific employee like a supervisor or anything or
14   do you remember --
15        A.   Yes.
16        Q.   -- what you said?
17        A.   Yes.  Because that was the same time that
18   they -- that sign did not say that we had to move.
19   It said that they were -- the encampment resolution
20   team was coming to speak with us, and the officer --
21        Q.   Okay.  I'm sorry, but my question was,
22   like, did you -- if you remember which DPW worker
23   you asked for . . . to keep the tent?
24        A.   Uh . . . the only one I remember arguing
25   with was one officer, and he was actually pretty
```