# EXHIBIT 41

Talla Declaration

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3    - - - - - - - - - - - - - - - - - -

 4    COALITION ON HOMELESSNESS,          )

 5    et al.,                             )

 6                  Plaintiffs,           )

 7    vs.                                 )  CASE NO.

 8                                        )  4:22-cv-05502-DMR

 9    CITY AND COUNTY OF SAN              )

10    FRANCISCO, et al.,                  )

11                  Defendants.           )

12    - - - - - - - - - - - - - - - - - -

13

14

15         VIDEOTAPED DEPOSITION OF PATRICK DUBOSE

16                MONDAY, FEBRUARY 3, 2025

17

18

19

20

21            BEHMKE REPORTING AND VIDEO SERVICES, INC.

22               BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23                  550 CALIFORNIA STREET, SUITE 820

24                  SAN FRANCISCO, CALIFORNIA  94104

25                             (415) 597-5600
```

```
 1  used to be.
 2      Q.   So in that morning, before you left, what was
 3  there?  What of your stuff was there?
 4      A.   Everything I owned.
 5      Q.   So it was all in a tent?
 6      A.   It was all in the tent.
 7      Q.   Okay.  And you got back and --
 8      A.   Everything was gone.
 9      Q.   Nothing was left?
10      A.   Nothing was left.
11      Q.   Who do you think took your things?
12      A.   DPW.
13      Q.   And why do you think that?
14      A.   People who witnessed it and other -- I was told
15  by people who witnessed it, saw it happen, and -- it was
16  always DPW.  I mean, it was -- it was known.
17      Q.   But you didn't see it.  So you had a
18  conversation with someone.
19           What did they tell you?
20      A.   "They came through and took your stuff."
21      Q.   And who were these people?
22      A.   Who were what people?
23      Q.   Who told you that your -- your things were
24  gone.
25           Do you remember their names?
```

1  Q. You don't remember a specific uniform?
2  A. No.
3  Q. And again, besides this time that you were just
4  describing around a Safeway, any other time that you
5  observed other people's things being taken?
6  A. No, I don't recall.
7  Q. And you don't recall when that happened, right?
8  The Safeway incident.
9  A. I don't. I don't remember the date.
10 Q. Mr. Dubose, have you ever been to the DPW
11 storage yard?
12 A. No.
13 Q. So other than the times that you've told me
14 about today, have you ever left something on the street
15 expecting it to be there when you got back and it was
16 gone?
17 A. You don't leave anything on the street and
18 expect it to be there when you get back in -- in the
19 city. Doesn't matter what it is.
20 Q. Sorry. Is the answer no?
21 A. No.
22 ATTORNEY GRADILLA: So, Mr. Dubose, I'm going to --
23 excuse me -- show you what's going to be marked
24 Exhibit 103.
25

```
 1              (Deposition Exhibit 103 was marked for
 2          identification.)
 3    BY ATTORNEY GRADILLA:
 4        Q.   And take your time in looking at it.
 5             But do you recognize this document?
 6        A.   Mm-hmm.
 7        Q.   What is it?
 8        A.   It's my recollection of...
 9             (Examines document.)
10             Yeah.
11        Q.   It's what?  I'm sorry.
12        A.   You asked me if I recognize it.
13        Q.   Yes.
14             This is your declaration that you submitted in
15    this case, isn't it?
16        A.   It's been a while since I've seen it, but yeah.
17        Q.   I just want to ask you a few questions about
18    it.
19        A.   Mm-hmm.
20        Q.   At paragraph 2, you say:  "I've been living in
21    San Francisco since my divorce.  I'm currently injured,
22    with two broken feet.  Because of my serious injuries, I
23    am unable to find work."
24             I just wanted to clarify timelinewise.  And
25    I'll point you to your declaration.  It's dated
```

```
 1        A.    No.
 2        Q.    If you could read paragraph 7 and tell me when
 3   you're done.
 4        A.    (Examines document.)
 5              Okay.
 6        Q.    Is there anything about that paragraph that you
 7   would like to change?
 8        A.    No, but I do -- I do see where I use the term
 9   "bag" -- "bag and tag."  And I didn't recall before
10   hearing that.
11              But now that I read my statement -- I don't
12   know where I got that term from.  I must have heard it
13   from -- from one of the -- one of the -- someone who was
14   doing a sweep.  But where I heard that term, I don't --
15   I don't recall.  It --
16        Q.    Okay.  Go ahead.
17        A.    No.  It's fine.
18        Q.    Paragraph 8, can you do me a favor and read
19   that paragraph and let me know when you're done.
20        A.    (Examines document.)
21              Okay.
22        Q.    Is there anything about that paragraph that you
23   would like to change?
24        A.    No, no.  Just refreshing my memory a little
25   bit, but that's -- that statement is not far from the
```

```
 1  truth.  It's right there.  It's right how it happened.
 2      Q.  I'll ask you just a couple things.  So I think
 3  earlier you test- -- you testified that you -- I think
 4  you testified -- again, correct me if I'm wrong -- that
 5  you were tested at the Travelodge or at the hotel that
 6  you were taken; is that -- is that right?
 7      A.  We were tested at the Travelodge.  We were
 8  tested -- I don't remember how we knew -- I don't
 9  remember how -- we had to have been tested there too
10  because that's how we knew my -- my girlfriend had a
11  fever.  So...
12      Q.  So just here -- sorry.
13          In paragraph 8, you say that you were taken
14  to -- or you were at a COVID-19 testing center?
15          Is that the same thing, the Travelodge and the
16  testing center?
17      A.  The testing center -- they had a testing center
18  at the Travelodge.  When they would come by, they would
19  also have -- wouldn't be a testing center.  It would be
20  a group of people who would do tests on you on the
21  street.  It wasn't a testing center.  It would be a
22  mobile testing group.
23      Q.  I see.
24          So the testing center was at the Travelodge?
25      A.  There was a testing center at the Travelodge.
```

```
 1       Q.   And then the next paragraph, you say -- sorry.
 2  The next sentence, you say:  "The few unhoused people
 3  who stayed behind at the site -- at the site tried to
 4  keep DPW from taking everything."
 5            I think you told me earlier that everyone was
 6  taken to the Travelodge; is that not right?
 7       A.   I guess that when -- when they took us --
 8  when -- when the truck came, there was people who stayed
 9  behind, but their tents -- their -- it was -- it was --
10  some of them split up.  You know, they were still in the
11  same group, but some of them stayed; some of them didn't
12  want to go.  They didn't want to go.  They didn't
13  believe in -- they didn't believe in COVID.  They
14  thought it was a government -- you know, they were doing
15  whatever.  So they didn't -- they stayed behind.  They
16  didn't -- they didn't think that the COVID -- conspiracy
17  theory kind of thing.
18       Q.   And those people that stayed behind, did you
19  see those people when you went back --
20       A.   No.  That's --
21       Q.   -- seven days later?
22       A.   -- that's -- yes, that's how I got the
23  information that they took our stuff.
24       Q.   Do you remember those people's names?
25       A.   Tony.  I remember a guy named Tony.  He's
```

```
 1  always been somewhere I stayed.  Tony.  I just remember
 2  Tony and -- oh, a Russian guy.  He's a Russian guy.
 3  What's his girlfriend...  Her name was...  Oh, I can't
 4  remember.
 5      Q.  The Russian guy's different than Tony?
 6      A.  Yeah.  Tony -- Tony was a person who would --
 7  had stayed behind, and the -- a Russian guy I can't
 8  remember his name and his girlfriend had stayed behind.
 9      Q.  So did you talk to Tony about who took your
10  belongings?
11      A.  Yes.
12      Q.  And what did he say?
13      A.  That DPW had come by and taken our things.
14      Q.  Did you talk to this Russian guy about who took
15  your belongings?
16      A.  Yeah -- no.  He didn't speak very good English,
17  so I don't know.  But his girlfriend, yeah, same kind of
18  story.
19      Q.  And did you speak to anyone else?
20      A.  No -- um...  No.
21      Q.  Is there anything else about this paragraph
22  that you would like to change?
23      A.  No.  No.
24      Q.  Do me a favor and read the next paragraph and
25  tell me when you're done.
```

```
 1         ATTORNEY FREEMAN:  Paragraph 9?
 2         ATTORNEY GRADILLA:  Yes.
 3         THE WITNESS:  (Examines document.)
 4             Yeah.  There is the one I was referring to
 5   about earlier when I met Kelly and...
 6   BY ATTORNEY GRADILLA:
 7      Q.   Is there anything that you would like to change
 8   about this paragraph?
 9      A.   No.
10      Q.   The next paragraph, paragraph 10, could you
11   read that and tell me when you're done.
12      A.   (Examines document.)
13           No.
14      Q.   Is there anything you would change about that
15   paragraph?
16      A.   No.
17      Q.   And if you could just read the -- the
18   attestation above your declaration -- or sorry -- your
19   signature on the declaration.  It says:  "I have
20   reviewed the information..."
21      A.   (Examines document.)
22           Okay.
23      Q.   Is it -- you still understand what declaring
24   under penalty of perjury means?
25      A.   Yeah.
```