```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4  - - - - - - - - - - - - - - -
 5  COALITION ON HOMELESSNESS    )
 6  et al.,                      )
 7        Plaintiffs,            )
 8  v.                           ) CASE NO.
 9  CITY AND COUNTY OF           ) 4:22-CV-05502-DMR
10  SAN FRANCISCO, et al.,       )
11        Defendants.            )
12  - - - - - - - - - - - - - - -
13    THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
14      SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
15            AND USED ONLY IN ACCORDANCE THEREWITH
16
17              VIDEOTAPED DEPOSITION OF
18              KRYSTLE LORRAINE ERICKSON
19              MONDAY, FEBRUARY 10, 2025
20
21           BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                    BY:  BELLE BALL, CSR NO. 8785
23                    550 CALIFORNIA STREET, SUITE 820
24                    SAN FRANCISCO, CALIFORNIA  94104
25                              (415) 597-5600
```

1    A    Yeah.

2    Q    Were you present for the resolution?

3    A    I was present for a few resolutions in the
4  area, yeah.  But, I know that there was one that I
5  showed up after it was all done.  The bulldozing one.
6  Showed up after.

7    Q    Sure.  What about the first one?  Can you --
8  do you remember if you were there?

9    A    I believe I was there, yes.

10    Q    Okay.  So, what -- what happened?  What did
11  you see?

12    A    Um --

13    Q    During the first resolution, I mean, on Erie
14  Alley.

15    A    The first resolution on Erie Alley was they
16  just came through and, you know, told us to move and
17  stuff.  And they kind of tore down some tarps, and
18  asked us to move.

19    And they didn't really -- I don't remember
20  them, like, really offering any -- any services.  Or we
21  were supposed -- sorry.  Let me remember correctly.

22    They were waiting to see -- they were waiting
23  to see if there was beds available at the navigation
24  center.  And if they had any, like, places like that
25  available, or whatever.

```
 1             So, and I don't remember the answer to that.
 2    I -- I left.
 3        Q    You left the --
 4        A    Yeah.
 5        Q    You left that resolution?
 6        A    I -- I packed my stuff up, and got out of
 7    there.
 8        Q    Got it.
 9        A    Well, what I was able to, yeah.
10        Q    So, what do you remember packing up?
11        A    Just my tent, and -- they were -- they took
12    some tarps, I remember.  But I was able to get most of
13    my stuff out of there that time.
14        Q    Were the tarps yours?
15        A    Yes.
16        Q    So they took some tarps.  Anything else?
17        A    No, some garbage, I mean, that I gave them
18    and stuff like that, but...
19        Q    You gave them garbage?
20        A    Yeah.
21        Q    Who -- who -- when you say "them," who are
22    you referring to?
23        A    DPW.
24        Q    How did you know they were DPW?
25        A    Because they're unmistakable.
```

1    Q    What did you see?
2    A    Just their trucks, and stuff like that.
3    Q    Do the trucks say "DPW" on them?
4    A    Uh-huh, yeah.
5    Q    Beside the tarps, did you -- and the garbage,
6  did you -- did they take anything else?  Did DPW take
7  anything else?
8    A    Of mine?  I don't think so, that particular
9  time.  Like, I mean, I think I was able to comply soon
10 enough and get out of there.  But...
11   Q    Okay.  All right.  So it's fair to say --
12   A    Miraculously.
13   Q    Sorry.  Is it fair to say that the things you
14 described to me, having a tent, bedding, clothing, a
15 camp stove, candles, the little cans for catering,
16 table -- the stuff we talked about.
17   A    Uh-huh.
18   Q    You took most of that with you?
19   A    Um, that, that particular time?  Yes.
20   Q    Okay.  All right.  So let's move on to the
21 next one, then.  The next time on Erie Alley that you
22 experienced resolution.
23   A    Uh-huh.
24   Q    Do you remember when that was?
25   A    I really can't remember exact dates; I'm very

```
 1    really.
 2            So, I mean, it wasn't like a, you know,
 3    first-thing-in-the-morning thing or
 4    first-thing-in-the-after -- you know, it was kind of --
 5    it really depended.
 6            And, you know, when DPW was there, there was,
 7    no time to do that kind of stuff anyway.  So...
 8       Q    So going -- so still on the second time that
 9    you experienced a resolution at Dore and Target-ish.
10       A    Uh-huh.
11       Q    Walk me through, I guess, that day.  So, did
12    you stay for the resolution?
13       A    Uh-huh.
14       Q    And that was in the morning, I think you
15    said?
16       A    Uh-huh.
17       Q    What did you see?
18       A    Them taking everybody's stuff.  I mean,
19    taking my stuff, taking everybody's stuff.
20            Especially if you weren't there, like, I
21    mean, it was very -- nobody -- nobody had a camp to
22    come back to if you weren't there.  And --
23       Q    And when say "them," who do you mean?
24       A    Them, taking people's stuff?
25       Q    Yes.
```

```
 1      A    DPW.
 2      Q    Anyone else there at the resolution?
 3      A    Um, SFPD was always there, is there, yeah.
 4  Kind of enabling DPW to do their thing.
 5      Q    But that morning, did a HOT Team member come
 6  and talk to you?
 7      A    The HOT Team was probably -- yeah, yeah.  HOT
 8  Team was there a lot.  And that particular morning, I
 9  believe I was -- they talked to me about a room, if it
10  -- if it was available.
11           And so we had to wait to see, again, if there
12  was a bed available.  A room.
13      Q    Anyone else talk to you that day from the
14  resolution team?
15      A    I don't think so, no.
16      Q    Okay.  So focusing on your stuff, did you
17  have time to pack up your stuff?
18      A    Um, I had a little bit of time.  But it's --
19  it's hard because there -- when -- yeah, DPW, like, it
20  is my experience every time I've ever been swept or had
21  a -- resolved or whatever, it's -- I'm always having to
22  deal with, like, trying to pack up my things.
23           And then as soon as I turn around, like, DPW
24  grabbing what I just to, you know, set -- what I'm
25  trying to pack up (Indicating).  And, you know, them
```

1  just deeming my belongings garbage, which, like,
2  definitely happened that day.
3       Q    That day -- what happened that day, sorry?
4       A    Them taking stuff as I'm trying to pack it
5  up, you know what I mean?  And I'm, like, setting aside
6  and running over here and doing this, and like as soon
7  as I turn around, they're taking stuff, and I'm like:
8  No, no, no, no.
9            And then when I do that, they're taking the
10 other stuff (Indicating), and -- it sucked.  Excuse my
11 language.  I'm sorry.  That was not fun.
12           So, yeah.  Trying to pack things up.
13      Q    Do you remember, like, on that second time
14 that we've been talking about, do you remember what
15 things were taken?
16      A    Um, I mean, just -- I know, specifically -- I
17 think the camp stove was taken that time.  A lot of --
18 a lot of things, actually.  They got some of my dog
19 stuff.
20      Q    Like, what kind?  Like leashes?  Or like
21 food, or --
22      A    Yeah, like her -- her, like -- I mean, like
23 the bin that her food was in, and like her bed, and her
24 little toys and everything that were all in the box,
25 the bin thing.

1           And, um, my -- some extra blankets and stuff
2    that I had, tarps.  A lot of -- they tried to get my
3    tent, but I don't -- they didn't get it that time.
4        Q    You said it was raining that day?
5        A    Yeah, it was kind of raining.  Not like
6    pouring -- it wasn't raining like right then, but it
7    had been raining for those couple -- like for a couple
8    days leading up to that.
9        Q    And so you said -- sorry.  So your dog stuff,
10   like bin for food, her bed, toys, extra blankets, the
11   tent.
12           Anything else, can you remember?
13       A    No, they didn't -- they didn't get the tent
14   all the way, that particular time.
15       Q    So not the tent.
16       A    That particular time.  They tried to.  They
17   tried to.
18       Q    So, did you, did you stop them?  Or what did
19   you -- what happened with the tent?
20       A    Yeah.  I just got it broken down, broken
21   down.  Like, got it broken down and out of their way, I
22   guess.
23       Q    So you packed it.
24       A    Yes.
25       Q    I see.  Were the blankets that they took,

```
 1   were they wet, or anything?
 2        A    No.
 3        Q    How did you keep them dry?
 4        A    Well, they had been inside my tent, folded
 5   up, put in, like, one of those, like, blanket -- what
 6   you get at the store, those plastic, like, zip-up
 7   blanket things is how I would normally turn -- you
 8   know, move my blankets and stuff around.
 9        Q    And what condition were the things that you
10   mentioned?  Your dog's things that were taken, what
11   condition were they in?
12        A    They were in good condition.  You know, her
13   stuff.
14        Q    When you say "good condition," you mean,
15   like --
16        A    Like not -- not garbage.  Like, they were --
17   it was her bed that was in my tent that she used, you
18   know, so it wasn't -- it was nice.
19             You know, I had some dog hair on it, and
20   stuff, but...
21        Q    Anything else that was taken at that time?
22        A    Probably.  I can't remember specifically, but
23   yeah.
24        Q    Do you remember what things you were able to
25   pack up?
```

```
 1   with -- out of DPW's hands, a lot of the time, you
 2   know.
 3            But, they got to, like, really be kind of
 4   focused on me a lot, because, I mean, I verbally gave
 5   them hell, I guess.  So.  But, so...
 6       Q    On this incident we're talking about from
 7   your claim in October of '22, did you verbally give
 8   them hell?
 9       A    Yeah, yeah.  Of course.
10       Q    Can you tell me what you said?
11       A    Um, you know, it wasn't like at first or
12   anything like that, you know what I mean.  And I kind
13   of wait -- as soon as -- I comply, like, you know.
14            I know I was complying then, too.  But it was
15   a -- it became clear pretty quick that they weren't
16   going to -- it didn't matter, like, you know what I
17   mean?  They were just there to take everybody's stuff,
18   kind of.
19            Like, they did take a lot of people's stuff
20   that day.  It didn't matter if we were trying to pack
21   it up or not, like, couldn't do it fast enough, and
22   they always just -- you know.
23       Q    I want to follow up on two things.
24            Did someone either from DPW, HOT, police,
25   someone tell you how much time you had to pack up your
```

1  stuff?
2       A    No, there's never really like a time frame
3  given; it's kind of like do it now, kind of thing.
4       Q    Did you ask for some time?
5       A    Sometimes.  That particular time, I don't
6  recall if I specifically asked for any.  Any time that
7  they were waiting for a -- if we were -- if we were
8  waiting to find out about beds, we would get a
9  little -- like, that time to pack up our stuff.
10           But, yeah.  I don't really recall exactly how
11  it went down.
12      Q    Okay.  And so this time, you start packing up
13  your stuff, I assume; yes?
14      A    Uh-huh.
15      Q    At some point, did you interact with anyone,
16  a DPW worker, such that you gave them hell?
17           Or I guess, just tell me how it went from you
18  packing up your things to, I guess, raising your voice
19  at DPW, on October --
20      A    Oh, that would just be like them, you know,
21  like coming over, and while you're -- while I'm packing
22  up, you know, doing things like start tearing down, you
23  know, shit, like -- excuse me.  Excuse my language.
24           Tearing down stuff, my camp belongings.
25  Being just really aggressive with it, and sort of

1  taking stuff that you're clearly trying to pack up and
2  get out of the way.
3          And, not at all being professional.  Like,
4  you know, saying -- like, verbally being really
5  disrespectful, and kind of judgmental, and stuff like
6  that.
7      Q   When you say they were verbally
8  disrespectful, just tell me, what happened?  Did they
9  say anything?  Or --
10     A   Yeah, they always -- I mean, always would say
11 stuff.  Like --
12     Q   On -- and we're talking --
13     A   -- just stuff like -- I know, this particular
14 day.  But, yeah.  Just, I believe there was a lot of
15 going back and forth, like, with what -- what's
16 considered gar- -- what of my belonging was garbage,
17 and what -- you know; it wasn't like that.  It was
18 calling my stuff garbage a lot.  And stuff like that.
19         So we -- arguing with them, like:  This is my
20 dog -- dog food.  How is this garbage?
21         You know, stuff like that, like.
22     Q   Do you remember if you were able to keep any
23 of your things, that day?
24     A   I don't remember keeping very many of my
25 things.  I think -- I mean, it -- this is the day

```
 1   that --
 2           (Witness examines document)
 3      A    This is the day that -- no.  I didn't -- I
 4   didn't get any, any -- I don't think there -- I think I
 5   may have left with a backpack, and my dog.
 6      Q    And so, what did you see DPW do?  Like, did
 7   you see them -- yeah.  What did you see them physically
 8   do?
 9      A    Oh, yeah.  Tear down my tarp; yank my tent,
10   like, with stuff still in it and everything.  Like,
11   like, as I was trying to -- you know what I mean?  Like
12   when I was -- like I'd be moving some stuff to one side
13   of the sidewalk that's over here (Indicating),
14   whatever.
15           And when I'm doing that, they just start like
16   taking, pulling the corners, the whole corners of the
17   tent (Indicating), like pulling the whole tent
18   (Indicating).  And so everything gets all toppled in
19   there.  And they just end up trashing -- like, hoisting
20   the whole thing up into the back.
21      Q    Were all of your belongings in the tent that
22   day?
23      A    I mean, a lot of them.
24      Q    Did you have things outside the tent?
25      A    Yeah.  At that point, because I was trying to
```