DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

[Additional Counsel on next page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS FRANK, MARTINEZ, AND SANDOVAL**<br><br>Trial Date:    July 28, 2025 |

STIPULATION RE DISMISSAL
CASE NO. 4:22-cv-05502-DMR (LJC)

n:\govlit\li2025\230239\01828317.docx

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN THEOBALD, State Bar #328837
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   (415) 343-7103 [Metlitzky]
             (415) 343-7100 [Lanier & Theobald]
Facsimile:   (415) 343-7101
E-mail:      wmetlitzky@conmetkane.com
             jlanier@conmetkane.com
             ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Coalition on Homelessness, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, and Teresa Sandoval and Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management hereby stipulate that Molique Frank's, David Martinez's, and Teresa Sandoval's claims be dismissed with prejudice.

Dated:  June 9, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

By: _s/John George_
JOHN H. GEORGE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

WARREN METLITZKY
JESSICA ELAINE LANIER
CONRAD METLITZKY KANE LLP

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
| Dated: June 9, 2025 | By: **\*\****s/William S. Freeman*<br>WILLIAM S. FREEMAN |

JOHN THOMAS H. DO
WILLIAM S. FREEMAN
ACLU Foundation of Northern California

ANDREW NTIM
NISHA KASHYAP
Lawyers' Committee for Civil Rights of the San Francisco Bay Area

SCOUT KATOVICH
American Civil Liberties Union Foundation

ZOE SALZMAN
VIVAKE PRASAD
BIANCA HERLITZ-FERGUSON
VASUDHA TALLA
Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Attorneys for Plaintiffs
COALITION ON HOMELESSNESS, et al.

\*\**Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*