1  DAVID CHIU, State Bar #189542 s
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:      (415) 554-3857 (Wang)
8                  (415) 554-6762 (Murphy)
                   (415) 554-3870 (Gradilla)
9                  (415) 554-4223 (George)
                   (415) 355-3304 (Mills)
10 Facsimile:      (415) 554-4699
   E-mail:         edmund.wang@sfcityatty.org
11                 kaitlyn.murphy@sfcityatty.org
                   miguel.gradilla@sfcityatty.org
12                 john.george@sfcityatty.org
                   steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

15 [Additional Counsel on next page.]

16

17                UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19

20 COALITION ON HOMELESSNESS; TORO          Case No. 4:22-cv-05502-DMR (LJC)
   CASTAÑO; SARAH CRONK; JOSHUA
21 DONOHOE; MOLIQUE FRANK; DAVID            **DECLARATION OF JOHN H. GEORGE IN**
   MARTINEZ; TERESA SANDOVAL;              **SUPPORT OF ADMINISTRATIVE MOTION**
22 NATHANIEL VAUGHN,                        **TO CONSIDER WHETHER ANOTHER**
                                            **PARTY'S MATERIAL SHOULD BE SEALED**
23        Plaintiffs,

24        vs.

25 CITY AND COUNTY OF SAN                   Trial Date:        July 28, 2025
   FRANCISCO, et al.,
26
          Defendants.
27

28

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN THEOBALD, State Bar #328837
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:     (415) 343-7103 [Metlitzky]
               (415) 343-7100 [Lanier & Theobald]
Facsimile:     (415) 343-7101
E-mail:        wmetlitzky@conmetkane.com
               jlanier@conmetkane.com
               ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

I, JOHN H. GEORGE, declare as follows:

1.      I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively, the "City").  I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2.      Defendants' Motion to Stay Proceedings Pending Interlocutory Appeal cites to several documents that were submitted in support of the City's summary judgment motion:

      a.  Declaration of Jason Adamek in Support of Defendants Motion for Summary Judgment (ECF No. 349-2)

      b.  Declaration of Lisa Rachowicz in Support of Defendants Motion for Summary Judgment (ECF No. 349-3)

      c.  Declaration of Sarah Locher in Support of Defendants Motion for Summary Judgment (ECF No. 349-4)

      d.  Exhibit 12 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (ECF No. 349-13; Orona Depo.)

      e.  Exhibit 13 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (ECF No. 349-14; Melodie Depo.)

      f.  Exhibit 14 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (ECF No. 349-15; Bryant Depo.)

      g.  Exhibit 15 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (ECF No. 349-16; Reem Depo.)

3.      Plaintiffs previously moved to seal portions of these exhibits and designated certain information in these exhibits "confidential" pursuant to the protective order.  ECF No. 371.

4.      Pursuant to the Court's Order Regarding Administrative Motions to File Under Seal and Motions to Consider Whether Another Party's Material Should be Sealed (ECF No. 388), the

parties have scheduled a meet and confer, but have not yet agreed on whether the documents submitted meet the sealing standard.  Out of an abundance of caution given the parties have not yet reached agreement, the City has filed the administrative motion to consider whether the references to the exhibits Plaintiffs sought to seal should be sealed.

5.    The following page and line numbers of Defendants' Notice of Motion and Motion to Stay Proceedings Pending Interlocutory Appeal reference the above-mentioned exhibits:

a.   8:10-11

b.   8:15

c.   8:24

d.   9:3-5

e.   9:11-13

6.    The City files the Notice of Motion and Motion to Stay Proceedings Pending Interlocutory Appeal provisionally under seal in order to comply with the Civil Local Rules, Court's Standing Order, and Plaintiffs' designation.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.  Executed June 13, 2025, at San Francisco, California.


                              s/John H. George
                              JOHN H. GEORGE