DAVID CHIU, State Bar #189542  f
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

[Additional Counsel on next page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hearing Date:   February 27, 2025<br>Time:           1:00 p.m.<br>Place:          Courtroom 4 – 3rd floor<br>                1301 Clay Street<br>                Oakland, CA 94612<br><br>Trial Date:     July 28, 2025 |

1  WARREN METLITZKY, State Bar #220758
   JESSICA ELAINE LANIER, State Bar #303395
2  NATHAN THEOBALD, State Bar #328837
   CONRAD | METLITZKY | KANE LLP
3  217 Leidesdorff Street
   San Francisco, CA 94111
4  Telephone:    (415) 343-7103 [Metlitzky]
                 (415) 343-7100 [Lanier & Theobald]
5  Facsimile:    (415) 343-7101
   E-mail:       wmetlitzky@conmetkane.com
6                jlanier@conmetkane.com
                 ntheobald@conmetkane.com
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO, et al.

# [PROPOSED] ORDER

The Court, having fully considered the papers and arguments presented by the parties, hereby grants the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Defendants. The following documents will remain sealed, as follows:

| Document | Evidence of Offered in Support of Sealing | Order |
|---|---|---|
| Defendants' Notice of Motion and Motion to Stay Proceedings Pending Interlocutory Appeal<br>Pages:<br>• Page: 8:10-11<br>• Page: 8:15<br>• Page: 8:24<br>• Page: 9:3-5<br>• Page 9:11-13 | | |

IT IS SO ORDERED.

DATE:_____

The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT