1 | DAVID CHIU, State Bar #189542
City Attorney
2 | YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
3 | EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
4 | MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
5 | STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
6 | City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
7 | San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
8 |              (415) 554-6762 (Murphy)
             (415) 554-3870 (Gradilla)
9 |              (415) 554-4223 (George)
             (415) 355-3304 (Mills)
10 | Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
11 |              kaitlyn.murphy@sfcityatty.org
             miguel.gradilla@sfcityatty.org
12 |              john.george@sfcityatty.org
             steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

[Additional Counsel on next page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING INTERLOCUTORY APPEAL**<br><br>Hearing Date:  August 14, 2025<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    July 28, 2025 |

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN THEOBALD, State Bar #328837
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   (415) 343-7103 [Metlitzky]
             (415) 343-7100 [Lanier & Theobald]
Facsimile:   (415) 343-7101
E-mail:      wmetlitzky@conmetkane.com
             jlanier@conmetkane.com
             ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

[PROPOSED] ORDER GRANTING STAY PENDING APPEAL; CASE NO. 4:22-cv-05502-DMR (LJC)

**[PROPOSED] ORDER**

The Court hereby GRANTS Defendants' Motion to Stay Proceedings Pending Interlocutory Appeal. The stay shall remain in effect for fourteen (14) days from the date the 9th Circuit Court for the United States issues its opinion in *Coalition on Homelessness, et al. v. City and County Of San Francisco, et al.*, 9th Cir. Case No. 25-3005. All current and pending dates and deadlines, including pretrial and trial dates, are vacated.

IT IS SO ORDERED.

DATE:_____

Honorable Donna M. Ryu
Judge, United States District Court