DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-3857 (Wang)
                (415) 554-6762 (Murphy)
                (415) 554-3870 (Gradilla)
                (415) 554-4223 (George)
                (415) 355-3304 (Mills)
Facsimile:      (415) 554-4699
E-mail:         edmund.wang@sfcityatty.org
                kaitlyn.murphy@sfcityatty.org
                miguel.gradilla@sfcityatty.org
                john.george@sfcityatty.org
                steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

[Additional Counsel on next page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>      Plaintiffs,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF JOHN H. GEORGE IS SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING THE TIME FOR MOTION TO STAY HEARING**<br><br>Trial Date:        July 28, 2025 |

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN THEOBALD, State Bar #328837
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:     (415) 343-7103 [Metlitzky]
               (415) 343-7100 [Lanier & Theobald]
Facsimile:     (415) 343-7101
E-mail:        wmetlitzky@conmetkane.com
               jlanier@conmetkane.com
               ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

1    I, JOHN H. GEORGE, hereby declare:

2    1.    I am a member of the bar of the state of California and counsel of record for Defendants

3    City and County of San Francisco, San Francisco Police Department, San Francisco Department of

4    Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco

5    Fire Department, and San Francisco Department of Emergency Management (collectively "San

6    Francisco" or the "City") in this action.  I submit this declaration to support the City's Motion for

7    Order Shortening the Time for Motion to Stay Hearing pursuant to Civil Local Rule 6-3.  If called as a

8    witness, I could and would testify competently to the matters set forth herein.

9    2.    On June 13, 2025, the City filed its Motion to Stay Proceedings Pending Interlocutory

10   Appeal.  Pursuant to Civil Local Rule 7-2(a), the hearing on the City's motion must be no less than 35

11   days after the motion was filed.  The soonest available hearing date on this Court's calendar, not less

12   than 35 days from filing, is August 14, 2025.  The Court has stated in its scheduling notes that it is

13   unavailable "Monday, July 21, 2025 to and including Thursday, July 24, 2025."

14   3.    Under Civil Local Rule 7-3, Plaintiffs' opposition to the Motion to Stay is due June 27,

15   2025, and the City's reply is due July 7, 2025 (after the July 4 holiday).

16   4.    On June 12, 2025, at approximately 11 a.m., I emailed Plaintiffs' counsel the following:

17       Defendants intend to file a motion to stay proceedings pending the Ninth
18       Circuit's resolution of the pending interlocutory appeal.  Because of Judge
         Ryu's unavailability, the motion would not be heard until August 14, 2025.
         Please let us know by the end of the day whether Plaintiffs will stipulate to
19       shorten time and whether Plaintiffs oppose the following schedule:  motion filed
         June 13, opposition due June 27, reply due July 3, hearing on July 10.

20   5.    On June 12, 2025, Plaintiffs' counsel responded that Plaintiffs would not stipulate to,

21   and opposed, the proposed schedule in my email.

22   I declare under penalty of perjury under the laws of the United States that the foregoing is true

23   and correct.  Executed June 13, 2025, in San Francisco, California.

24

25       ___s/John H. George_____
26                JOHN H. GEORGE

27

28