DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

[Additional Counsel on next page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING THE TIME FOR MOTION TO STAY HEARING**<br><br>Trial Date:         July 28, 2025 |

1  WARREN METLITZKY, State Bar #220758
   JESSICA ELAINE LANIER, State Bar #303395
2  NATHAN THEOBALD, State Bar #328837
   CONRAD | METLITZKY | KANE LLP
3  217 Leidesdorff Street
   San Francisco, CA 94111
4  Telephone:    (415) 343-7103 [Metlitzky]
                 (415) 343-7100 [Lanier & Theobald]
5  Facsimile:    (415) 343-7101
   E-mail:       wmetlitzky@conmetkane.com
6                jlanier@conmetkane.com
                 ntheobald@conmetkane.com
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO, et al.

Good cause appearing, IT IS ORDERED THAT:

Defendants' Administrative Motion to Shorten Time is GRANTED. The briefing and hearing schedule are modified as follows:

The hearing on the City's Motion to Stay, currently set for August 14, 2025, is changed to July 10, 2025 at 1:00 p.m.

Any Opposition to the Motion to Stay shall be filed by June 27, 2025.

The City shall file its Reply no later than July 3, 2025.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Donna M. Ryu
Magistrate Judge, United States District Court