EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Zoe Salzman, *admitted pro hac vice*
Vasudha Talla, SBN 316219
Vivake Prasad, *admitted pro hac vice*
Bianca Herlitz-Ferguson, *admitted pro hac vice*
One Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO SUBMIT CERTAIN EXHIBITS ELECTRONICALLY** <br><br> **Judge:** The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

The Court hereby DENIES Defendants' Administrative Motion to Submit Certain Exhibits Electronically (Dkt. 395).

The Court further orders Defendants to file a trial exhibit list in compliance with the Court's pretrial order (Dkt. 270) by June 20, 2025. Defendants shall list each trial exhibit separately, without compiling multiple documents into one exhibit, and include only those exhibits Defendants intend to introduce at trial.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE