EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF VASUDHA TALLA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME** <br><br> **Judge:** The Hon. Donna M. Ryu |

I, VASUDHA TALLA, declare as follows:

1. I am an attorney at the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs in the above-captioned action. I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. Pursuant to Local Rule 6-3(b), I submit this declaration in support of Plaintiffs' Opposition to Defendants' Administrative Motion for Order Shortening the Time for Motion to Stay Hearing.

2. On June 12, 2025, counsel for Defendants informed Plaintiffs' counsel by email that Defendants intended to file a motion to stay proceedings pending the resolution of the Ninth Circuit appeal Defendants filed on May 8, 2025. Counsel for Defendants asked if Plaintiffs would stipulate to shorten time on Defendants' motion to stay.

3. On June 12, 2025, I responded, stating:

> Plaintiffs will not stipulate to shorten time for Defendants' anticipated motion to stay the proceedings, and oppose the proposed motion schedule below. Defendants have had over a month to file such a motion to stay the proceedings, and both the motion and the proposed briefing schedule severely prejudice Plaintiffs by forcing them to brief this issue only weeks before the trial date and while preparing other pretrial filings and briefs due June 20 and June 30.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed June 16, 2025, in Oakland, California.

/s/ Vasudha Talla
Vasudha Talla