# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CONFERENCE MINUTE ORDER

| **Date:** 6/17/2025 | **Time:** 2:00-2:32 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness, et al v. City and County of San Francisco, et al | |

**For Plaintiffs:**
Vasudha Talla
Zoe Salzman

**For Defendants:**
Kaitlyn Murphy
Steven Mills
Jessie Lanier

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** Not Recorded

## PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

The court held an informal conference and provided the following guidance regarding trial exhibits:

- The parties are not required to submit exhibit binders to the court until further notice. Defendants should not upload the proposed exhibits into ECF until further notice.
- As part of the pretrial process, the court will be ordering the parties to provide hard and/or digital copies of certain documents so the court can review them and rule on objections.
- As discussed with respect to Defendants' voluminous exhibits, Plaintiffs may make objections that apply to all documents within a voluminous exhibit while reserving the right to raise additional objections to a specific component document that Defendants later identifies for use at trial. The court will rule on the amount of notice Defendants must provide Plaintiffs to give adequate time for them to raise objections to a specific document.
- On June 20, 2025, the parties shall file their exhibit lists as PDFs and email Excel copies to DMRpo@cand.uscourts.gov.
- The parties shall meet and confer about providing the court with an efficient format (possibly Excel) to review and rule on their objections to exhibits.

**ORDER TO BE PREPARED BY:**
  [ ] **Plaintiff**    [ ] **Defendant**    [ ] **Court**

cc:    Chambers