1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:     (415) 554-3857 (Wang)
8                 (415) 554-6762 (Murphy)
                  (415) 554-3870 (Gradilla)
9                 (415) 554-4223 (George)
                  (415) 355-3304 (Mills)
10 Facsimile:     (415) 554-4699
   E-mail:        edmund.wang@sfcityatty.org
11                kaitlyn.murphy@sfcityatty.org
                  miguel.gradilla@sfcityatty.org
12                john.george@sfcityatty.org
                  steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

15 [Additional Counsel on next page.]

16                 UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18

19 COALITION ON HOMELESSNESS;            Case No. 4:22-cv-05502-DMR (LJC)
   SARAH CRONK; JOSHUA DONOHOE;
20 MOLIQUE FRANK; DAVID MARTINEZ;        **[PROPOSED] ORDER CONCERNING
   TERESA SANDOVAL,                      OMNIBUS SEALING IN RESPONSE TO ECF
21                                       NO. 388**

22         Plaintiffs,

23         vs.                           Trial Date:        July 28, 2025

24 CITY AND COUNTY OF SAN
   FRANCISCO, et al.,
25
           Defendants.
26

27

28

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN THEOBALD, State Bar #328837
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    (415) 343-7103 [Metlitzky]
              (415) 343-7100 [Lanier & Theobald]
Facsimile:    (415) 343-7101
E-mail:       wmetlitzky@conmetkane.com
              jlanier@conmetkane.com
              ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

1

### [PROPOSED] ORDER

2      WHEREAS, pursuant to the Court's Order Regarding Administrative Motions to File Under

3 Seal and Motions to Consider Whether Another Party's Material Should be Sealed at ECF No. 388,

4 Plaintiffs and Defendants (collectively the "Parties") submitted a Proposed Order regarding sealing

5 documents in connection with briefing on Defendants' Partial Motion to Dismiss the Third Amended

6 Complaint (ECF No. 301) and Motion for Summary Judgment (ECF No. 350);

7      WHEREAS, Defendants previously opposed Plaintiffs' requests to seal (ECF Nos. 306 & 375)

8 and Plaintiffs did not oppose Defendants' requests to seal;

9      WHEREAS, the Court ordered the parties to meet and confer and identify which portions of

10 the documents truly warrant sealing under the compelling reasons standard based on an assumption

11 that the case goes forward to trial;

12      WHEREAS, the Parties evaluated their designations to determine whether they would satisfy

13 the compelling reasons standard;

14      WHEREAS, the Parties reached an agreement on most but not all issues;

15      WHEREAS, Defendants maintain their positions reflected in their prior oppositions to

16 Plaintiffs' requests to seal, including that certain information concerning drug use, Coalition's

17 membership, and organizational harms do not satisfy the compelling reasons standard. Defendants also

18 contend the organizational records still in dispute remain relevant to Coalition's associational standing

19 and that testimony concerning drug use is consistent with ECF No. 326, which did not concern these

20 depositions at issue for named Plaintiffs (as opposed to non-parties) that had already been taken;

21      WHEREAS, Plaintiffs maintain their positions that the material they seek to seal is irrelevant,

22 particularly because these materials were not cited in the Court's organizational standing or summary

23 judgment decisions and the documents are therefore not judicial documents, or relate to sensitive

24 personal issues such as medical history information, criminal history, and drug use outside the scope

25 of the Court's prior discovery ruling at ECF No. 326, and that they otherwise satisfy the compelling

26 reasons standard to justify sealing for the reasons articulated in each line item;

27

28

WHEREAS, the Parties identify documents where this no agreement below in bold and blue font for emphasis. To the extent there is no added emphasis, the Parties have agreed with the positions as stated below subject to the Court's approval;

WHEREAS, the Parties do not include documents below where sealing requests have been withdrawn and will file public versions of those documents consistent this Court's rulings;

Having reviewed the Parties' submission, the Court **HEREBY ORDERS** as follows:

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| 349-22 | Exhibit 38 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Columns B, K, and L in each tabbed sheet | Defendants | Privacy, Irrelevant - Identifies numerous non-parties' names and dates of birth | |
| 349-23 | Exhibit 40 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Columns B and K in each tabbed sheet | Defendants | Privacy, Irrelevant - Identifies numerous non-parties' names | |
| 349-25 | Exhibit 42 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Spreadsheet cell numbers: -AJ1664 -AJ1684 -AJ1757 -AJ1758 -AJ1817 -AJ2020 | Defendants, pursuant to obligation under Cal. Welf. & Inst. Code § 10850 | Privacy, Irrelevant, Cal. Welf. & Inst. Code § 10850 – Identifies non-party welfare, benefits, or health information | |
| 349-28 | Exhibit 46 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | "Employees" Sheet: -Column A -Column B  Sheet 1: -Column A  Sheet 2: -Column A | Defendants | Privacy, Irrelevant- Contains compensation and benefits information and identifies names and employee numbers of | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---------|----------|----------------------------------|-------------------------------|--------------------------------|--------------|
| | | -Column B<br>-Columns M-S | | numerous DPW staff | |
| 367-10 | Exhibit 55 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Cell phone numbers that appear on each page | Defendants | Privacy, Irrelevant - Identifies cell phone numbers of several non-parties | |
| 367-11 | Exhibit 60 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Contents of "CITED 1" fields:<br>-Name (Last, First, Middle)<br>-Home Address<br>-City<br>-State<br>-Date of Birth<br>-Age<br>-Race<br>-Sex<br>-Height<br>-Weight<br>-Hair Color<br>-Eye Color<br><br>Address information in the "Other Information" field<br><br>Cited individual's name in the "NARRATIVE" section | Defendants | Privacy, CORI, CLETS, Irrelevant - Identifies non-party cited in San Francisco Police Department Criminal Incident Report | |
| 367-12 | Exhibit 61 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Contents of "CITED 1" fields:<br>-Name (Last, First, Middle)<br>-Home Address<br>-City<br>-State<br>-Date of Birth<br>-Age<br>-Race<br>-Sex<br>-Height<br>-Weight<br>-Hair Color<br>-Eye Color | Defendants | Privacy, CORI, CLETS, Irrelevant - Identifies non-party cited in San Francisco Police Department Criminal Incident Report | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---------|----------|--------------------------------|------------------------------|-------------------------------|-------------|
|  |  | -SFNO<br>-ID Type/Jurisdiction/Number (all three fields)<br><br>Cited individual's name in the "NARRATIVE" section |  |  |  |
| 367-13 | Exhibit 64 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Contents of "R/VICTIM 1" fields:<br>-Name (Last, First, Middle)<br>-DOB<br>-Age<br>-Race<br>-Sex<br>-Height<br>-Weight<br>-Hair Color<br>-Eye Color<br>-ID Type Juris. ID No.<br><br>Contents of "CITED 1" fields:<br>-Name (Last, First, Middle)<br>-Home Address<br>-City<br>-State<br>-Date of Birth<br>-Age<br>-Race<br>-Sex<br>-Height<br>-Weight<br>-Hair Color<br>-Eye Color<br>-SFNO<br>-ID Type/Jurisdiction/Number (all three fields)<br><br>Victim's and cited individual's names in the "NARRATIVE" section | Defendants | Privacy, CORI, CLETS, Irrelevant - Identifies non-party cited in San Francisco Police Department Criminal Incident Report |  |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---------|----------|----------------------------------|-------------------------------|--------------------------------|--------------|
| 367-15 | Exhibit 76 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Pages CCSF-COH_079487 - CCSF-COH_079488: Names appearing under heading "SDI/WCU/DSW" <br><br> Page CCSF-COH_079501: Names appearing under heading "Personnel Issues" | Defendants | Privacy, Irrelevant - Workers compensation and other personnel information about non-party DPW employees | |
| 367-18 | Exhibit 79 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Page CCSF-COH_075970: Staff name, Name, DOB in chart | Defendants | Privacy, Irrelevant - Identifies numerous non-parties' names and dates of birth | |
| 367-20 | Exhibit 81 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Page CCSF-COH_0437220: Recipient's name, address, and email <br><br> Pages CCSF-COH_0437231 - CCSF-COH_0437237: Investigative subject's name | Defendants | Privacy, Irrelevant - Identifies non-party subject of personnel investigation and discipline | |
| 367-22 | Exhibit 83 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Cell phone numbers that appear on each page | Defendants | Privacy, Irrelevant - Identifies cell phone numbers of several non-parties | |
| 367-23 | Exhibit 87 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Cell phone numbers that appear on each page | Defendants | Privacy, Irrelevant - Identifies cell phone numbers of several non-parties | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| 367-24 | Exhibit 96 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Contents of "CITED 1" and "CITED 2" fields:<br>-Name (Last, First, Middle)<br>-Home Address<br>-City<br>-State<br>-Date of Birth<br>-Age<br>-Race<br>-Sex<br>-Height<br>-Weight<br>-Hair Color<br>-Eye Color<br>-SFNO<br>-ID Type/Jurisdiction/Number (all three fields)<br><br>Name of "C1" in "Other Information" field in "CITED 2" section.<br><br>Cited individuals' names in the "NARRATIVE" section | Defendants | Privacy, CORI, CLETS, Irrelevant - Identifies non-parties cited in San Francisco Police Department Criminal Incident Report | |
| 367-25 | Exhibit 98 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Contents of "R/VICTIM 1" fields:<br>-Name (Last, First, Middle)<br>-DOB<br>-Age<br>-Race<br>-Sex<br>-Height<br>-Weight<br>-Hair Color<br>-Eye Color<br>-ID Type Juris. ID No.<br><br>Contents of "CITED 1" fields:<br>-Name (Last, First, Middle)<br>-Home Address<br>-City<br>-State<br>-Date of Birth<br>-Age<br>-Race<br>-Sex<br>-Height | Defendants | Privacy, CORI, CLETS, Irrelevant - Identifies non-party victim and person cited in San Francisco Police Department Criminal Incident Report | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---------|----------|----------------------------------|-------------------------------|--------------------------------|-------------|
| | | -Weight<br>-Hair Color<br>-Eye Color<br>-SFNO<br>-ID Type/Jurisdiction/Number (all three fields)<br><br>Victim's and cited individual's names in the "NARRATIVE" section | | | |
| 367-31 | Exhibit 107 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Name of caller and caller's friend | Defendants | Privacy, Irrelevant - Identifies non-parties calling DPW | |
| 367-38 | Exhibit 142 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Name of employee on pages: 123:7; 123:10 | Defendants | Privacy, Irrelevant - Identifies non-party subject of personnel investigation and discipline | |
| 367-42 | Exhibit 146 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Names on pages:<br>-93:3, 12, 16, 19<br>-96:16, 22<br>-97:4, 13<br>-99:1, 7, 9, 17:<br>-103:5, 7<br>-105:6, 14, 17<br>-108:2, 7<br>-111:3-4<br>-112:5-6 (excluding "David Martinez")<br>-133:5, 13, 18 | Defendants, pursuant to obligation under Cal. Welf. & Inst. Code § 10850 | Privacy, Cal. Welf. & Inst. Code § 10850 | |
| 368-5 | Exhibit 69 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for | Name and address of "Resident", handwriting in upper right corner | Defendants Plaintiff | Privacy – Identifies members' address and personal identifying information | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | Summary Judgment | | | | |
| 368-8 | Exhibit 85 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Names of DPW personnel identified in emails on pages CCSF-COH_075814 - CCSF-COH_075815 | Defendants | Privacy, Irrelevant - Identifies non-party subject of personnel investigation and discipline | |
| 368-9 | Exhibit 86 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Name of DPW employee subject to counseling on pages CCSF-COH_070901 and CCSF-COH_070903 | Defendants | Privacy, Irrelevant - Identifies non-party subject of personnel investigation and discipline | |
| 368-10 | Exhibit 88 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Page CCSF-COH_0437220: Recipient's name, address, and email<br><br>Page CCSF-COH_0437222: Appointee's name, address, and signature<br><br>Page CCSF-COH_0437224: Employee's name, employee ID, and position number<br><br>Page CCSF-COH_0437226: Employee's name and address | Defendants | Privacy, Irrelevant - Identifies non-party subject of personnel investigation and discipline | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | Pages CCSF-COH_0437231 - CCSF-COH_0437237: Investigative subject's name | | | |
| 368-11 | Exhibit 89 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Page CCSF-COH_0437238: Recipient's name, address, and email

Page CCSF-COH_0437241: Appointee's name, address, and signature

Page CCSF-COH_0437242: Employee's name, employee ID, and position number

Page CCSF-COH_0437244: Employee's name and address | Defendants | Privacy, Irrelevant - Identifies non-party subject of personnel investigation and discipline | |
| 368-12 | Exhibit 90 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Page CCSF-COH_0437249: Recipient's name and address

Pages CCSF-COH_0437252 - CCSF-COH_0437261: Investigative subject's name

Page CCSF-COH_0437263: Employee's name, employee ID, and position number

Page CCSF-COH_0437266: | Defendants | Privacy, Irrelevant - Identifies non-party subject of personnel investigation and discipline | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | Employee's name and address<br><br>Pages CCSF-COH_0437272 - CCSF-COH_0437281: Recipient's name, address, and email<br><br>Pages CCSF-COH_0437283 - CCSF-COH_0437288: Investigative subject's name | | | |
| 349-2 | Declaration of Jason Adamek | Pages:<br>-2:24-26 (excluding "David Martinez," and "Sarah Cronk, Joshua Donohoe"[1])<br>-3:1-10;<br>-3:14<br>-3:18-19 | Defendants, pursuant to obligation under Cal. Welf. & Inst. Code § 10850 | Privacy, Cal. Welf. & Inst. Code § 10850 | |
| | Declaration of Lisa Rachowicz | Pages:<br>-2:5-6<br>-9-10 (excluding "David Martinez," and "Sarah Cronk (also known as Apple Cronk), Joshua Donohoe") | Defendants, pursuant to obligation under Cal. Welf. & Inst. Code § 10850 | Privacy, Cal. Welf. & Inst. Code § 10850 | |
| 349-3 | Declaration of Sarah Locher | Pages:<br>-2:4-6 (excluding "Sarah Cronk (also known as Apple Cronk), Joshua Donohoe, David Martinez")<br>-2:8-10<br><br>-2:23-28<br><br>-3:1-10 | Defendants, pursuant to obligation under Cal. Welf. & Inst. Code § 10850 | Privacy, Cal. Welf. & Inst. Code § 10850 | |
| 349-1 | Defendants' Notice of Motion and | Pages:<br>• 7:14-16 | Plaintiff | 7:14-16: Relevance, privacy, | |

---

[1] These three individuals had no objection to their benefits and housing information being publicly filed.

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | Motion for Summary Judgment; Memorandum of Points and Authorities | • 17:16-18 | | testimony falls outside parameters of relevant information described by Court in discovery ruling at Dkt. 326.<br><br>17:16-18: Quotes and discusses an exhibit (Ex. 20) that reflects internal COH political advocacy "tactics" and "targets," which are sensitive matters not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391. Further, this exhibit was not cited or discussed by the Court in its decisions. Dkts. 391, 400. | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| 349-2 | Declaration of Jason Adamek in Support of Defendants' Motion for Summary Judgment | Pages:<br>• 3:1-8 | Plaintiff | Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies welfare, benefits, or health information of non-parties Bryant, Brown, and Castano who have not consented for this information to be released. | |
| 349-3 | Declaration of Lisa Rachowicz in Support of Defendants' Motion for Summary Judgment | Pages:<br>• 2:5-6 (excluding the first name "Melodie")<br>• 2:10 | Plaintiff | Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies welfare, benefits, or health information of non-parties Bryant, Brown, and Castano who have not consented for this information to be released. | |
| 349-4 | Declaration of Sarah Locher in Support of Defendants' Motion for Summary Judgment | Pages:<br>• 2:6 (last name of Melodie)<br>• 2:8-10<br>• 2:23-28<br>• 3:4-6-<br>• 3:9-10 (last name of Melodie) | Plaintiff | Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies welfare, benefits, or health information of non-parties Bryant, Brown, and Castano who have not consented for | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | | | this information to be released. | |
| 349-5 | Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Pages:<br>• 3:21-22 | Plaintiff | Discusses an exhibit that reflects internal COH political advocacy "tactics" and "targets," which are sensitive matters not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391. Further, this exhibit was not cited or discussed by the Court in its decisions. Dkts. 391, 400. | |
| 349-6 | Exhibit 2 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Pages:<br>• 72:14-16<br>• 230:18-231:19<br>• 232:15-234:22<br>• 235:11-236:4<br>• 237:4-238:18<br>• 239:24-241:25<br>• 242:13-22 | Plaintiff | 72:14-16, 242:13-22: Relevance, privacy, criminal history information. 230:18-231:19, 232:15-234:22, 235:11-236:4, 237:4-238:18, | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | | | 239:24-241:25: Relevance, privacy, testimony falls outside parameters of relevant information described by Court in discovery ruling at Dkt. 326. | |
| 349-7 | Exhibit 3 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Pages:<br>• 133:1-137:25 | Plaintiff | Relevance, privacy, testimony falls outside parameters of relevant information described by Court in discovery ruling at Dkt. 326. | |
| 349-8 | Exhibit 5 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Pages:<br>• 27:19-25<br>• 112:21-25 | Plaintiff | COH's operating expenses and the termination of an employee are sensitive matters not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391. | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---------|----------|----------------------------------|--------------------------------|----------------------------------|--------------|
| 349-12 | Exhibit 9 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | COH00897439-41, unsealing to begin at 10/1/20 email by J. Friedenbach | Plaintiff | Plaintiffs consent to unseal the 10/1/20 email by J. Friedenbach (COH00897441-42); the rest of this exhibit reflects the personal difficulties experienced by some COH volunteers during the COVID lockdown, which are sensitive matters not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391. | |
| 349-13 | Exhibit 12 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Pages:<br>• 21:11<br>• 21:13<br>• 21:16<br>• 21:19<br>• 21:21<br>• 22:11 | Plaintiff | Privacy: current home address of non-party | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | • 120:8<br>• 121:23-122:25<br>• 187:1 | | | |
| 349-15 | Exhibit 14 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | Pages:<br>• 23:14<br>• 24:3-4<br>• 24:6-7<br>• 24:9-10<br>• 24:25<br>• 25:3<br>• 25:9<br>• 25:25<br>• 26:3-4<br>• 26:6-7<br>• 26:14-17<br>• 27: 22<br>• 182:18<br>• 182:24 | Plaintiff | Privacy: current home address and DOB of non-party | |
| 349-17 | Exhibit 20 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiff | This exhibit reflects internal COH political advocacy "tactics" and "targets," which are sensitive matters not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391. Further, this exhibit was not cited or | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | | | discussed by the Court in its decisions. Dkts. 391, 400. | |
| 349-21 | Exhibit 25 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiff | These notes from COH's staff retreat reflect sensitive and confidential discussions which are not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391. Further, this exhibit was not cited or discussed by the Court in its decisions. Dkts. 391, 400. | |
| 349-24 | Exhibit 41 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment | The entire document. | Plaintiff | These notes from COH's staff meeting reflect sensitive and confidential discussions which are not "germane to the dispute before the Court," | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | | | *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391. Further, this exhibit was not cited or discussed by the Court in its decisions. Dkts. 391, 400. | |
| 367-1 | Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment | Pages:<br>• 19:6-7 | Plaintiff | 19:6-7: Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies welfare, benefits, or health information of non-party Brown, who has not consented for this information to be released. | |
| 367-41 | Exhibit 145 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Pages:<br>• 235:1-5<br>• 235:11-25 | Plaintiff | Relevance, privacy, testimony falls outside parameters of relevant information described by Court in | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | | | discovery ruling at Dkt. 326. | |
| 367-42 | Exhibit 146 to Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment | Names on pages: <br> • 93:3, 12, 16, 19 <br> • 96:16, 22 <br> • 97:4, 13 <br> • 99:1, 7, 9, 17 <br> • 103:5, 7 <br> • 105:6, 14, 17 <br> • 108:2, 7 <br> • 111:3, 4 <br> • 112:5, 6 <br> • 133:5, 13, 18 | Plaintiff | Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies welfare, benefits, or health information of non-parties Brown and Castano who have not consented for this information to be released. | |
| 368-3 | Exhibit 66 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Pages: <br> • 273:21 | Plaintiff | Privacy (Melodie seeks to keep last name confidential in court filings) | |
| 368-6 | Exhibit 74 to the Declaration of Steven Mills in Support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment | Pages: <br> • 4 (first full sentence) <br> • 5 (second paragraph, second sentence and first clause of third sentence) <br> • 6 (first paragraph, second sentence) <br> • 7 (second paragraph, penultimate sentence) <br> • 8 (first paragraph fourth sentence) | Plaintiff | Privacy: personal health information and request for accommodations for non-party witness. | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | • 13 (sixth paragraph, first sentence)<br>• 17 (last paragraph, second sentence) | | | |
| 300-3 | Defendants' Notice of Motion and Partial Motion to Dismiss the Third Amended Complaint | Pages:<br>• 13:3-5, 16-18,<br>• 14:4-6 | Plaintiff | 13:3-5: Quotes and discusses exhibits (Exs. K-L) that reflect internal COH political advocacy "tactics" and "targets," which are sensitive matters not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391. Further, these exhibits were not cited or discussed by the Court in its decisions. Dkts. 391, 400.<br><br>13:16-18: Quotes from a portion of an exhibit (Ex. O) | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | | | that reflects the personal difficulties experienced by some COH volunteers during the COVID lockdown, which are sensitive matters not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391, which did not rely on or discuss this exhibit, nor was this exhibit cited or discussed in the Court's summary judgment order, Dkt. 400.<br><br>14:4-6: Quotes and discusses an exhibit (Ex. S) consisting of notes from COH's staff retreat reflect sensitive and confidential | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | | | discussions which are not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391, which did not rely on or discuss this exhibit, nor was this exhibit cited or discussed in the Court's summary judgment order, Dkt. 400. | |
| 300-4 | Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Pages: • 2:20-21, 23 | Plaintiff | 2:20-21, 23: Quotes exhibits (Exs. K-L) that reflect internal COH political advocacy "tactics" and "targets," which are sensitive matters not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | | | 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391. Further, these exhibits were not cited or discussed by the Court in its decisions. Dkts. 391, 400. | |
| 300-9 | Exhibit K to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Entire document | Plaintiff | This exhibit reflects internal COH political advocacy "tactics" and "targets," which are sensitive matters not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391, which did not rely on or discuss this exhibit. | |
| 300-10 | Exhibit L to the Declaration of | Entire document | Plaintiff | This exhibit reflects internal COH political | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | | | advocacy "tactics" and "targets," which are sensitive matters not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391, which did not rely on or discuss this exhibit. | |
| 300-13 | Exhibit O to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | COH00897439-41, unsealing to begin at 10/1/20 email by J. Friedenbach | Plaintiff | Plaintiffs consent to unseal the 10/1/20 email by J. Friedenbach (COH00897441-42); the rest of this exhibit reflects the personal difficulties experienced by some COH volunteers during the COVID lockdown, which are sensitive matters not "germane to | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | | | | the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391, which did not rely on or discuss this exhibit. | |
| 300-16 | Exhibit R to the Declaration of Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | Entire document | Plaintiff | This exhibit discusses a COH member, is sensitive, is not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391, which did not rely on or discuss this exhibit. | |
| 300-17 | Exhibit S to the Declaration of | Entire document | Plaintiff | These notes from COH's staff retreat | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | Steven Mills in Support of Defendants' Partial Motion to Dismiss the Third Amended Complaint | | | reflect sensitive and confidential discussions which are not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391, which did not rely on or discuss this exhibit. | |
| 303-3 | Plaintiffs' Exhibit 5 to the Declaration of Jennifer Friedenbach in Support of Plaintiffs' Opposition to Defendants' Fifth Motion to Dismiss | PII (phone number needs redaction) | Plaintiff | Plaintiffs agree to refile this document with PII redacted and no longer seek sealing. | |
| 303-4 | Plaintiffs' Exhibit 8 to the Declaration of Jennifer Friedenbach in Support of Plaintiffs' Opposition to Defendants' Fifth Motion to Dismiss | PII (phone numbers and addresses need redaction) | Plaintiff | Plaintiffs agree to refile this document with PII redacted and no longer seek sealing. | |
| 307-3 | Defendants' Reply Brief in Support of Defendants' Notice of Motion and Partial | Pages:<br>• 12:2-3 | Plaintiff | 12:2-3: Quotes and discusses an exhibit that reflects internal COH political advocacy "tactics" and | |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | **Motion to Dismiss the Third Amended Complaint** | | | "targets," which are sensitive matters not "germane to the dispute before the Court," *Realtek Semiconductor Corp. v. MediaTek, Inc.*, 732 F. Supp. 3d 1101, 1119 (N.D. Cal. 2024), especially after dismissal of the organizational standing claim, Dkt. 391. Further, this exhibit was not cited or discussed by the Court in its decisions. Dkts. 391, 400.<br><br>While 12:2-3 cites to Dkt. 300-11, this is an error. The correct documents to be cited are Dkts. 300-9 and 300-10, which Plaintiffs request sealed (as described above). | |

Within ten (10) days of the date of this Order, the Parties shall publicly file redacted or unsealed versions of documents consistent with the Court's rulings. This Order terminates ECF Nos. 300, 303, 307, 349, 367, 368, 370, and 371.

Dated:  June 18, 2025                         DAVID CHIU
                                              City Attorney
                                              YVONNE R. MERÉ
                                              EDMUND T. WANG
                                              KAITLYN MURPHY
                                              MIGUEL A. GRADILLA
                                              JOHN H. GEORGE
                                              STEVEN A. MILLS
                                              Deputy City Attorneys


                                        By:   _/s/Steven Mills_____
                                              STEVEN MILLS

                                              Attorneys for Defendants
                                              CITY AND COUNTY OF SAN FRANCISCO; SAN
                                              FRANCISCO POLICE DEPARTMENT; SAN
                                              FRANCISCO DEPARTMENT OF PUBLIC WORKS;
                                              SAN FRANCISCO DEPARTMENT OF
                                              HOMELESSNESS AND SUPPORTIVE HOUSING;
                                              SAN FRANCISCO FIRE DEPARTMENT; SAN
                                              FRANCISCO DEPARTMENT OF EMERGENCY
                                              MANAGEMENT


                                              WARREN METLITZKY
                                              JESSICA ELAINE LANIER
                                              NATHAN THEOBALD
                                              CONRAD | METLITZKY | KANE LLP


                                              Attorneys for Defendants
                                              CITY AND COUNTY OF SAN FRANCISCO; SAN
                                              FRANCISCO POLICE DEPARTMENT; SAN
                                              FRANCISCO DEPARTMENT OF PUBLIC WORKS;
                                              SAN FRANCISCO DEPARTMENT OF
                                              HOMELESSNESS AND SUPPORTIVE HOUSING;
                                              SAN FRANCISCO FIRE DEPARTMENT; SAN
                                              FRANCISCO DEPARTMENT OF EMERGENCY
                                              MANAGEMENT

Dated:  June 18, 2025                   By: **s/Vasudha Talla_____
                                              VASUDHA TALLA

                                              JOHN THOMAS H. DO
                                              WILLIAM S. FREEMAN
                                              ACLU Foundation Of Northern California

                                              ANDREW NTIM
                                              NISHA KASHYAP
                                              Lawyers' Committee for Civil Rights of the San
                                              Francisco Bay Area

1    SCOUT KATOVICH
     American Civil Liberties Union Foundation

2    ZOE SALZMAN
     VIVAKE PRASAD
3    BIANCA HERLITZ-FERGUSON
     VASUDHA TALLA
4    Emery Celli Brinckerhoff Abady Ward & Maazel LLP

5    Attorneys for Plaintiffs
     COALITION ON HOMELESSNESS, et al.
6

7    **Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have
     concurred in the filing of this document.*

8

9    **IT IS SO ORDERED.**

10

11

12   Date:_____    _____

13                                     The Honorable Donna M. Ryu
                                       CHIEF MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28