EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF VASUDHA TALLA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br><br> **Judge:** The Hon. Donna M. Ryu |

I, VASUDHA TALLA, declare as follows:

1. I am an attorney at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, and counsel for Plaintiffs in the above-captioned action. I am a member of good standing of the State Bar of California and the bar of this Court. I have personal knowledge of the matters stated herein. I submit this declaration in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

2. Defendants' Motion to Stay Proceedings Pending Interlocutory Appeal cites to the following documents that were also submitted in support of the City's Motion for Summary Judgment:

   a. Declaration of Jason Adamek in Support of Defendants Motion for Summary Judgment (ECF No. 349-2)

   b. Declaration of Lisa Rachowicz in Support of Defendants Motion for Summary Judgment (ECF No. 349-3)

   c. Declaration of Sarah Locher in Support of Defendants Motion for Summary Judgment (ECF No. 349-4)

   d. Exhibit 12 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (ECF No. 349-13; Orona Depo.)

   e. Exhibit 13 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (ECF No. 349-14; Melodie Depo.)

   f. Exhibit 14 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (ECF No. 349-15; Bryant Depo.)

   g. Exhibit 15 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (ECF No. 349-16; Reem Depo.)

3. Plaintiffs previously moved to seal portions of these exhibits and have designated specific information within these exhibits as "confidential" under this Court's protective order, as they contain information about non-parties' shelter history, shelter status, or receipt of public benefits protected from disclosure under California's Welfare and Institutions Code § 10850. *See*

Dkt. 371. Plaintiffs no longer seek sealing of Exhibit 13 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (ECF No. 349-14; Melodie Depo.) and Exhibit 15 to the Declaration of Steven Mills in Support of Defendants' Motion for Summary Judgment (ECF No. 349-16; Reem Depo.). *See* Dkt. 411. Plaintiffs also have narrowed their requests to seal the remaining exhibits listed in paragraph 2 above. *See* Dkt. 411 at 12, 15-16.

4. The following pages and line numbers of Defendants' Notice of Motion and Motion to Stay Proceedings Pending Interlocutory Appeal reference the remaining portions of the exhibits listed in paragraph 2, above, for which Plaintiffs maintain a sealing request:

   a. Page: 7:10 (listed incorrectly as 8:10-11 in Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Dkt. 401 at 1)

   b. Page: 7:15 relating to Brown (listed incorrectly as 8:15 in Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Dkt. 401 at 1)

   c. Page: 7:24 relating to Bryant (listed incorrectly as 8:24 in Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Dkt. 401 at 1)

5. On June 16, 2025, the Parties met and conferred regarding whether the documents submitted meet the sealing standard. The City does not oppose the propriety of sealing these documents. *See* Dkt. 411 at 1-2, 12, 15-16 (exhibits not highlighted in blue are exhibits where the parties have agreed with positions advanced for sealing, subject to Court's approval).

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on June 20, 2025, in Oakland, California.

*/s/ Vasudha Talla*
Vasudha Talla