EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (RE: 402)** <br><br> **Judge:** The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

The Court, having fully considered the papers and arguments presented by the parties, hereby grants the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Dkt. 401, filed by Defendants in connection with Defendants' Notice of Motion and Motion to Stay Proceedings Pending Interlocutory Appeal, Dkt. 402. The following documents will remain sealed, as follows:

| Document | "Compelling Reason" for Sealing | Order |
|---|---|---|
| Defendants' Notice of Motion and Motion to Stay Proceedings Pending Interlocutory Appeal (Dkt. 402)<br><br>Pages:<br>• Page: 7:10<br>• Page: 7:15<br>• Page: 7:24 | Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies welfare, benefits, or health information of non-parties Bryant, Brown, and Castano who have not consented for this information to be released. | |

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT