EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **QUALIFICATIONS AND EXPERIENCE OF PLAINTIFFS' EXPERT WITNESS BEN KING, PH.D. MPH** <br><br> **Judge:** The Hon. Donna M. Ryu |

Pursuant to the Court's Third Amended Case Management and Pretrial Order for Court Trial, Dkt. 270, and Federal Rule of Evidence 26, Plaintiffs set forth the following qualifications and experience for its expert witness, Ben King, Ph.D MPH.

Ben King, Ph.D. MPH is a Clinical Assistant Professor in the Department of Health Systems and Population Health Sciences and the Department of Behavioral and Social Sciences at the University of Houston's Tilman J. Fertitta Family College of Medicine. Dr. King holds a Doctor of Philosophy degree in Epidemiology, Human Genetics, and Environmental Sciences from the University of Texas School of Public Health, Austin Regional Campus, a Master of Public Health degree from the University of Texas School of Public Health, and a Bachelor of Arts degree in Biology & Psychology and Premed Studies from Bard College. In addition to his appointment at the University of Houston School of Medicine, Dr. King is a Statistician at the University of Houston Humana Integrated Health Systems Sciences Institute and an Affiliated Faculty Member at HEALTH Center for Addictions Research and Cancer Prevention. Dr. King has also served as a Special Government Employee on the U.S. Environmental Protection Agency's Scientific Advisory Board, and, prior to his appointment to the University of Houston School of Medicine, was a Clinical Assistant Professor in the Public Health Program and Research Scientist in the Department of Neurology at The University of Texas at Austin.

Dr. King's expertise spans clinical epidemiology, environmental epidemiology, and biostatistics, with a particular focus on vulnerable populations, including individuals experiencing homelessness. Dr. King's research and scholarship has focused on environmental exposures and their impacts on population health, toxicology and regulatory science, and population-level health determinants. Dr. King has authored over 39 peer-reviewed articles and made over 100 peer-reviewed presentations. He has served as a reviewer for over a dozen academic journals, including Frontiers in Neurology: Neuroepidemiology, Frontiers in PH: Life-Course Epidemiology, and the Journal of Social Distress and Homelessness.

Dr. King's scholarship and research has focused extensively on public health and epidemiological issues related to homelessness. He is currently working to publish a series of systematic reviews examining health-harming exposures related to the experience of homelessness, including environmental hazards and sleep disturbance and has published at least eight peer-reviewed articles on issues related to homelessness. He has also authored a number of other publications on homelessness, including a yearly Harris County Homelessness Mortality Report and articles on homelessness and public health issues for The Medical Care Blog. His PhD dissertation topic was a Vulnerability Index (VI-SPDAT) survey of individuals experiencing homelessness in Travis County, Texas. In addition to his academic and scholarly work, he also has extensive experience in methods for enumeration and encampment outreach strategies and has worked with the Continuum of Care (CoC) in Austin, Texas to assess the needs of individuals living in unsheltered environments and improve data collection practices. He also serves as the Faculty Advisor for Research for the HOMES Clinic, a student-run medical clinic in Houston, Texas that provides healthcare and social services to individuals experiencing homelessness and unstable housing.

Dr. King has not testified as an expert at trial or by deposition within the previous four years.

Dr. King's Curriculum Vitae is attached as **Exhibit A**.

Dated: June 20, 2025

Respectfully submitted,

*/s/ Vasudha Talla*
Vasudha Talla
Attorney for Plaintiffs