# EXHIBIT A TO

# QUALIFICATIONS AND EXPERIENCE OF PLAINTIFFS' EXPERT WITNESS BEN KING PH.D. MPH

Curriculum Vitae

Ben King, PhD MPH

Clinical Assistant Professor, Tilman J Fertitta Family College of Medicine
Department of Health Systems and Population Health Sciences
Department of Behavioral and Social Sciences
Statistician, UH-Humana Integrated Health Systems Sciences Institute
The University of Houston

**Office**
University of Houston, Tilman J Fertitta Family College of Medicine
Medical Building 1 (MED1)
5055 Medical Circle, Room #1315
Houston, TX 77304
Cell: 713-398-5528
Email: KingB@central.uh.edu
Personal Email: Bentayorking@gmail.com
LinkedIn: https://www.linkedin.com/in/methodsandresults/

## EDUCATION

**PhD** in Epidemiology, 2018, The University of Texas School of Public Health, Austin Regional Campus; Minor in Biostatistics, Breadth in Measurement.
Dissertation Topic: *Assessment and findings of the Vulnerability Index (VI-SPDAT) survey of individuals experiencing homelessness in Travis County, TX.*

**Masters of Public Health**, Community Health Management, 2011, The University of Texas School of Public Health.

**Bachelor of Arts**, Major in Biology & Psychology; Premed Studies, 2003, Bard College.

## CURRENT POSITIONS

**Clinical Assistant Professor**, Department of Health Systems and Population Health Sciences, College of Medicine, University of Houston, 2020-present

   Secondary Appointment: Department of Behavioral and Social Sciences, College of Medicine, University of Houston, 2021-present

   Statistician: UH Humana Integrated Health Systems Sciences Institute, 2020-present

   Affiliated Faculty: HEALTH Center for Addictions Research and Cancer Prevention, 2023-present

**President**, Methods and Results LLC, 2013-present

**FORMER POSITIONS**

**Special Government Employee**, United States Environmental Protection Agency, Scientific Advisory Board, 2022-2023
**Clinical Assistant Professor**, Public Health Program, School of Human Ecology, College of Natural Sciences, The University of Texas at Austin, 2020-2020
**Research Scientist**, Department of Neurology, UT Dell Medical School, The University of Texas at Austin, 2017-2020
**Instructor**, Graduate School of Integrative Medicine, Academy of Oriental Medicine of Austin,2019-2021
**Adjunct Professor**, Graduate School of Social Work, University of Houston, 2019-2020
**Research Scientist**; Seton-UT Southwestern Clinical Research Institute, 2013-2017
**Research Coordinator & Project Manager**; Hospital Physicians in Clinical Research, 2009-2013
**Research Coordinator**; University Medical Cater at Brackenridge, 2008-2009
**Infection Control Practitioner**; Infection Prevention and Management Associates, 2008-2008
**Graduate Research Assistant**; UT MD Anderson Cancer Center, Gastrointestinal Medical Oncology, 2007-2008
**Graduate Research Assistant**; UT School of Public Health, Center for Biosecurity and Public Health Preparedness, 2007-2007
**Graduate Research Assistant**; UT School of Public Health, Center for Health Promotion and Prevention Research, 2005-2007
**Psychiatric Assistant**; Queens Medical Center, Family Treatment Center, 2003-2005
**Clerk III & Psychiatric Tech**; Seton Shoal Creek Mental Hospital, 2001-2002

**TEACHING**

**Clinical Assistant Professor**; University of Houston, College of Medicine, Evidence Based Medicine: 2020-present
**Community Preceptor**; UT Houston, School of Public Health, Practicum: 2009-current (26 MPH students)
**Clinical Assistant Professor**; The University of Texas at Austin, Public Health Program, PBH 338 Environmental Health: Spring 2020
**Instructor**; Austin Oriental Medicine Academy, INQ 5011 Paradigms of Inquiry; INQ 5012 Quantitative and Qualitative Assessment, INQ 5013 Methods of Inquiry and Research Design: 2019-2021
**Adjunct Professor**; University of Houston, Graduate College of Social Work, SOCW 7305 Evaluation of SW Practice: 2019-2020
**Guest Lecturer**; UT Austin, Department of Psychology, Understanding Homelessness: 2019, 2020
**Guest Lecturer**; MassChallenge TX: Demonstrating Your Impact for the Empirical Audience, 2018-2020
**Instructor**; University of Texas at Austin, Dell Medical School, Emergency Medicine GME: 2018-2019
**Co-Instructor**; UT Medical Branch Galveston, School of Medicine, Behavioral and Health Sciences Electives: Emergency Medicine Research & Neurology Research: 2009-2015 (14 MD students)
**Mentor**; Texas State University, Clinical Health Psychology, Community Internship: 2010 (1 MS student)
**Journal Club Instructor**; University of Texas Southwestern, Emergency Medicine GME: 2012-2014
**National Disaster Life Support Instructor**; certification as of 5/07

**PROFESSIONAL COMMITTEE MEMBERSHIPS AND ADVISORY BOARDS**

| | |
|---|---|
| Chair, APHA Medical Care section | 2024-2026 |
| Strategic Outcomes Subcommittee, American Heart Assoc. | 2022-2025 |
| University of Houston, Health Promoting University Task Force | 2021-current |
| Review Editor, Frontiers in Neurology – Neuroepidemiology | 2021-current |

| | |
|---|---|
| Early Career Cmt, American Heart Association, EPI Council | 2020-2024 |
| Science Board, American Public Health Assoc. | 2019-2025 |
| Review Editor, Frontiers in PH, Life-Course Epidemiology | 2019-current |
| Board Treasurer, Caucus on Homelessness | 2018-current |
| Mentor, MassChallenge Texas | 2018-current |
| Board Member, Texas Homeless Network | 2017-current |
|     Board Vice-Chair, Texas Homeless Network | 2019-2021 |
|     Board Chair, Texas Homeless Network | 2021-2023 |
| Scientific Advisory Board, Austin Speech Labs | 2017-2020 |
| Editor, Neurology & Neurotherapy Open Access Journal | 2017-current |
| Section Councilor, APHA Medical Care Section | 2016-2024 |
| Policy Chair, APHA Medical Care Section | 2016-2023 |
| Chair, Caucus Collaborative, American Public Health Assoc. | 2015-2017 |
| Chair, APHA Caucus on Homelessness | 2009-2016 |
| Membership Board, | 2014-2016 |
| Chair, Data Work Group, | 2011-2015 |
|     Ending Community Homelessness Coalition (ECHO) | |
| Research Committee, | 2010-current |
|     National Health Care for the Homeless Council | |

## PROFESSIONAL ORGANIZATION MEMBERSHIPS

| | |
|---|---|
| American Heart Association | 2014-current |
| American Public Health Association | 2008-current |
| Ending Community Homelessness Coalition | 2009-current |
| Texas Homeless Network | 2017-current |

## MANUSCRIPT REVIEWER (past and present)

Administration and Policy in Mental Health and Mental Health Services Research
Children & Youth Services Review
Current Hypertension Reviews
Current Psychiatry Research and Reviews
Journal of Social Distress and Homelessness
Journal of Stroke and Cerebrovascular Disease
Frontiers in Neurology: Neuroepidemiology
Frontiers in Public Health: Life-Course Epidemiology
Medical Care
Neurology & Neurotherapy Open Access Journal
New England Journal of Medicine
Psychiatric Services
Texas Public Health Journal

## GUEST EDITOR FOR JOURNAL SPECIAL ISSUE

Medical Care - 2021

**CONFERENCE ABSTRACT REVIEWER (past and present)**

American Public Health Association
American Heart Association EPI | Lifestyle Conference
American Heart Association International Stroke Conference
National Health Care for the Homeless Council
Texas Homeless Network
Central Texas Clinical Research Forum

**AWARDS & HONORS**

| | |
|---|---|
| HOMES Clinic - Faculty Advisor for Research | 2024 |
| University of Houston HEALTH Research Institute - Affiliate Faculty | 2023 |
| American Heart Association - Sandra A Daugherty Award Finalist | 2021 |
| University of Houston New Faculty Program Award | 2021 |
| National Violent Death Reporting System (NVDRS) New Investigator Research Award | 2020 |
| American Heart Association - HEADS-UP Early Stage Investigator Award | 2020 |
| UT Staff Council Professional Development Grant | 2019 |
| American Heart Association- Award for Excellence in Research Addressing Cardiovascular Health Equity | 2019 |
| APHA Injury Control President's Road Safety Scholar | 2018 |
| APHA Student Assembly Scholarship | 2018 |
| Doctoral Dissertation Award, UT School of Public Health | 2018 |
| American Heart Association- Stroke Rehabilitation Award | 2018 |
| Finalist, Stallones Lecture Series Student Competition | 2017 |
| APHA Student Assembly Scholarship | 2017 |
| APHA Caucus on Homelessness Student Award | 2017 |
| Finalist, Barbara Starfield Medical Care Scholar | 2017 |
| SAEM Academy of Geriatric Emergency Medicine Award | 2017 |
| Hatton W. Sumners Scholarship, New Politics Forum | 2017 |
| Hatton W. Sumners Scholarship | 2015 |

**PEER-REVIEWED PUBLICATIONS**

1. Nguyen C, **King B,** Diep J, Gilbert L, & Nguyen BM. (2025). Perspectives of Vietnamese Americans regarding COVID-19 vaccine acceptance, trusted sources of information, and pandemic-related challenges. Journal of Racial and Ethnic Health Disparities. Epub ahead of print.
2. Warach SJ, Davis LA, Lawrence P, Gajewski B, Wick J, Shi F, Shang TT, Olson DM, Prasad S, Birbaum L, Richardson JM, Savitz S, Goldberg MP, Cruz-Flores S, Alba I, Anderson J, Kimmel B, Rao CPV, **King B**, Dula AN, Milling TJ. (2025). Optimal Delay Time to Initiate Anticoagulation After Ischemic Stroke in Atrial Fibrillation. *JAMA Neurology*. Accepted.
3. Tuli A, Escamilla C, **King B**. (2025). Addressing the Lack of Nutritional Interventions Tailored to the Experiences of the Homeless: A Perspective. Journal of Public Health Management and Practice. Epub ahead of print.
4. **King B**, Khorsandi S, Swamy S. (2025). Early Mortality and Medical Complexity Among Medicolegal Cardiovascular Disease Deaths in Homelessness. *The Gerontologist*. Epub ahead of print.
5. Le A, Siddiqi S, Nguyen C, **King B**, Yeh PG, Diep J, Gilbert L, & Nguyen BM. (2025). Examining Health Insurance and Non-Medical Challenges Among Vietnamese Americans in Texas During the COVID-19 Pandemic. *International Journal of Environmental Research and Public Health*, *22*(2), 189.

6. Janda K, **King B**, Adepoju O, Chavez S, Bejerano G, Braun RT, Ho V, Liaw W. Consolidation in an era of population health and value-based care: Implications for effectiveness, costs, and equity. *Medical Care*. Accepted.
7. Patil A, Brash M, Brunet L, Eckert JC, Odom-Konja R, Patel A, Piston S, Than T, **King B**. (2025). Unchained Care: A Public Health Perspective on Ending Shackling of Incarcerated Patients Seeking Health Care, A Policy Statement Adopted by the American Public Health Association. *Medical Care*. 63(3):185-188.
8. Meehan AA, **King BT**, Biggs R, Boyer AP, Berner-Davis L, DiPietro B. (2024). Review of Local Homeless Mortality Efforts: A Call for Standardized Data and Reporting. *Journal of Public Health Management and Practice*. Online ahead of print. doi: 10.1097/PHH.0000000000002070. PMID: 39321357
9. Vargas S, Siddiqi S, **King B**, Nguyen C, Diep J, Gilbert L, Nguyen BM. (2024) Vietnamese Americans' Level of Trust in Sources of Information and Willingness to Participate in COVID-19 Clinical Trials. *Journal of Clinical and Translational Science*. 8(1):e88. DOI: 10.1017/cts.2024.495
10. **King B**, Berg L, Koenig J. (2024) Popular Musician Occupational Stress and Psychological Ill-Health: An Exploratory Factor Analysis. *Medical Problems of Performing Artists*. 39(2):72-81.
11. Novick T, **King B**. (2024) Addressing Housing Issues Among People With Kidney Disease: Importance, Challenges, and Recommendations. *American Journal of Kidney Diseases*. 84(1):111-119. DOI: 10.1053/j.ajkd.2024.01.521
12. Liaw W, **King B**, Olaisen H, Pastoor S, Kiaghadi A, Cloven N, Reed B, Matuk-Villazon O, Waldren S, Spann S. (2024) How An Academic Direct Primary Care Clinic Served Patients from Vulnerable Communities. *Journal of the American Board of Family Medicine*. 37(3):455–464. DOI: 10.3122/jabfm.2023.230346R1
13. **King B**, Adepoju OA, Woodard L, Oluyomi A, Zhang X, Amos CI, Badr H. (2023) The Effects of COVID-19 Lockdown on Social Connectedness and Psychological Distress in US Adults with Chronic Diseases. *International Journal of Environmental Research and Public Health*. 20(13): 6218.
14. Sattler ELP, Ogungbe O, Wallace AS, Aryan Z, Castilla-Ojo N, Dai J, Anda-Duran ID, Foti K, German CA, Hyde ET, Jafarian-Kerman SR, Kendrick KN, **King B**, Lang AE, Tang O, Turkson-Ocran RA, Rodriguez LA, Wang FM, Zhang M, Hivert MF, & Lutsey PL. (2023) American Heart Association EPI | Lifestyle Scientific Sessions: 2022 Meeting Highlights. *Journal of the American Heart Association*. 12(8): e028695.
15. Woodard L, Gilbert L, **King B**, Adepoju O, Bruce MA, McDougle L, Moultry AM, Beech BM. (2023) Examining Black and Hispanic physicians and other healthcare providers' attitudes toward the COVID-19 vaccine. *Journal of the National Medical Association*. Epub Jan 5; 115(1): 53-65.
16. **King B**, Spadaro A, Schiff G, Rodriguez-Monguio R, Jordan A, Flaherty L, Lee WC, Zito J, Fein O, on behalf of the APHA Medical Care Section. (2022) The American Public Health Association Endorses Single-Payer Health System Reform. *Medical Care*. 60(6):397-401.
17. Raza SA, Zhang X, Oluyomi A, Adepoju OE, **King B,** Amos CI, Badr H. (2022) Predictors of COVID-19 perceived susceptibility: insights from population-based self-reported survey during lockdown in the United States. Journal of Infection and Public Health. 15(5):508-514.
18. Adepoju O, Jennings S, Schrader P, Reeves K, McManaham-Bridges T, Gilbert L, **King B**, Cockerell T, Woodard L, Torres L. (2022) Leveraging Public-Private Partnerships during COVID-19: Providing Virtual Field Opportunities for Learners and Addressing Social Isolation in Older Adults. Journal of Applied Gerontology. 41(7)1657-1664.
19. Berg L, **King B,** Koenig J, McRoberts L. (2022) Musician Occupational and Financial Stress and Mental Health Burden. Psychology of Music. 50(6):1801-1815.
20. Tsai J, **King B**, Elder J. (2021) Multimorbidity and Social Drivers of Homelessness and Health: Introduction to This Special Issue. *Medical Care*. 59(4S2):S101-S102.

21. Milling TJ, **King B**, Yue P, Middeldorp S, Beyer-Westendorf J, Eikelboom JW, Crowther M, Xu L, Verhamme P, Siegal D, Connolly SJ, on behalf of the ANNEXA-4 Investigators. (2021) Restart of Anticoagulant Therapy and Risk of Thrombotic and Hemorrhagic Events After Factor Xa Inhibitor Reversal in Major Bleeding Patients. *Thrombosis and Haemostasis*. 121(8):1097-1106.
22. Milling TJ, Warach S, Johnston S, Gajewski B, Costantini T, Price M, Wick J, Roward S, Mudranthakam D, Dula A, **King B**, Muddiman A, Lip G. (2021) Restart tICrH Trial Design: an adaptive randomized trial of time intervals to restart direct oral anticoagulants after traumatic intracranial hemorrhage. *Journal of Neurotrauma*. 38(13): 1791-1798.
23. **King B**, Milling TJ, Gajewski B, Costantini T, Wick Jo, Price MA, Mudaranthakam D, Stein D, Connolly S, Valadka A, & Warach S. (2021) Restarting and timing of oral anticoagulation after traumatic intracranial hemorrhage: A review and summary of ongoing and planned prospective randomized clinical trials. *Trauma Surgery and Acute Care Open*. 5(1):e000605.
24. **King B**, Alrahwan I. (2020) Breaking the Rules of Respiratory Diseases: Reviewing the Current Perspectives Regarding Thrombotic Conditions Associated with SARS-CoV-2 Infection. *Neurology and Neurotherapy Open Access Journal*. Online: Aug 18;5(2):000151.
25. Harvin J, Zarzaur B, Nirula R, **King B**, Malholtra A. (2020) Alternative Clinical Trial Designs. *Trauma Surgery and Acute Care Open*. 5(1): e000420.
26. **King B**, Lawrence P, Detry M, Milling T, Warach S. (2019) Optimal Delay Time to Initiate Anticoagulation after Ischemic Stroke in Atrial Firbrillation (START): methodology of a pragmatic, response-adaptive, prospective randomized clinical trial. *International Journal of Stroke*. 14(9):977-982.
27. **King B**, Berg L, Koenig J, Adair J, Tirado C. (2019) A Revised Occupational Stress Measure for Popular Musicians: Pilot Test of Validity and Reliability. *Medical Problems of Performing Artists*. 34(2):85-92.
28. Elder J, **King B**. (2019) Housing and Homelessness as a Public Health Issue: Executive Summary of policy adopted by the American Public Health Association. *Medical Care*. 57(6):401-405.
29. Dula A, Luby M, **King B**, Sheth S, Magadan A, Davis L, Gealogo G, Merino J, Hsia A, Latour L, & Warach S. (2019) Neuroimaging Evolution of Ischemia in Men and Women: An Observational Study. *Annals of Clinical and Translational Neurology*. 6(3):575-585.
30. Berg L, **King B**, Koenig J, & McRoberts R. (2018) Popular Musician Responses to Mental Health Treatment. *Medical Problems of Performing Artists*. 33(2): 124-130.
31. Wilkinson M, **King B**, Iyer S, Higginbotham E, Wallace A, Hovinga C, & Allen C. (2018) Comparison of a Rapid Albuterol Pathway with a Standard Pathway for the Treatment of Children with a Moderate to Severe Asthma Exacerbation in the Emergency Department. *Journal of Asthma*. 55(3):244-251.
32. **King B**, Abrego D, Narendorf S, & Santa Maria D. (2017) Representations of Homelessness, Home Environments, and Authority in the Context of Runaway Behaviors Reported by Foster Care Youth Residing in Emergency Shelter. *Journal of Social Distress & Homelessness*. 26(2): 138-147.
33. Abello A, Brieger B, Dear K, **King B**, Ziebell C, Ahmed A, & Milling T (2012) Care Plan Program Reduces the Number of Visits for Challenging Psychiatric Patients in the Emergency Department. *American Journal of Emergency Medicine*. 30(7): 1061-7.
34. Crocker P, Higginbotham E, **King B**, Taylor D, & Milling T. (2012) Comprehensive pain management protocol reduces children's memory of pain at discharge from the pediatric ED. *American Journal of Emergency Medicine*. 30(6): 861-71.
35. Crocker P, **King B**, Cooper H, & Milling T. (2012) Self-reported alcohol use is an independent risk factor for head and brain injury among cyclists but does not confound helmets' protective effect. *Journal of Emergency Medicine*. 43(2): 244-50.
36. Wendlandt D, **King B**, Ziebell C, & Milling T. (2011) Atypical Presentation of Fatal Meningococcemia: Peritonitis & Paradoxical Purpura Fulminans of Late Onset. *American Journal of Emergency Medicine*. 29 (8): 960.e3-5.

37. Crocker P, Zad O, Milling T, Maxson T, **King B**, & Whorton E. (2010) Human cytokine response to Texas Crotaline envenomation before and after antivenom administration. *American Journal of Emergency Medicine.* 28 (8), 871-879.
38. Buck D & **King B**. (2009) Medical Student Self-Efficacy and Attitudes toward Homeless Patients. *Virtual Mentor (AMA Ethics Journal).* 11(1): 32-37.
39. Hoffman K, Potter L, Adkins J, Bemben W, Bracero-Rodriguez J, Burke L, **King B**, Lo E, Lindauer S, Morales A, Mahmood N, & Nzegwu N. (2008) Medical students and their passion for Street Medicine. *European Network of Homeless Health Workers.* 7: 14-15.

## OTHER PUBLICATIONS

**King B,** Stratemann C, Khorsandi S, Attri S, Swamy S. Housing & Homelessness Service Utilization Among Those Who Died in Homelessness in Harris County (2021-2022). *University of Houston Tilman J Fertitta Family College of Medicine.* August 2024.

**King B**, Synovec C. Fidelity to the Guiding Principles of Medical Respite Care: Development and Use of a Fidelity Measure. HRSA White Paper. June 2023.

**King B**, Attri S, Nichols R, Swamy S, Khorsandi S. (2023) Harris County Homelessness Mortality Report 2022. *University of Houston Tilman J Fertitta Family College of Medicine.* November 2023.

**King B**, Azadi W, Alvarez A. (2023). 2021 Harris County Homelessness Mortality Report: Addendum on Toxicity Deaths. *University of Houston Tilman J Fertitta Family College of Medicine.* April 2023.

**King B**, Curren E, McFarland E, Childress C. (2022). Harris County Homelessness Mortality Report (Pilot). *University of Houston Tilman J Fertitta Family College of Medicine.* Sept 2022. (Updated July 2023).

Fein O, Flaherty L, Jordan AO, **King B**, Lee WC, Lu K, Rodriguez-Monguio R, Schiff G, Spadaro T, Zito J (alphabetical). (2021) Adopting a Single-Payer Health System. *Policy Statement.* Washington, DC: American Public Health Association.

Homeless Mortality Data Workgroup of the National Health Care for the Homeless Council. (2021 Jan). Homeless Mortality Data Toolkit: Understanding and Tracking Deaths of People Experiencing Homelessness. Nashville, TN: National Health Care for the Homeless Council, Inc. (King, B acknowledged for contributions)

Caughlin J, Gelberg L, Hwang S, Jenkins D, **King B**, Lepore SW, Svnovec C, Tatlock T, Lemsky C. (2018). Adapting your Practice: Recommendations for the care of Patients who are Homeless or Unstably Housed Living with the Effects of Traumatic Brain Injury. Nashville, TN: National Health Care for the Homeless Council, Inc.

Elder J, **King B,** J. (2017) Homelessness and Housing as a Public Health Issue. *Policy Statement.* Washington, DC: American Public Health Association.

Milling T, Refaai M, Goldstein J, et al. (2015) Thromboembolic Events after Vitamin K Antagonist Reversal With 4-Factor Prothrombin Complex Concentrate: Exploratory Analyses of Two Randomized, Plasma-Controlled Studies. *Annals of Emergency Medicine.* 67(1):96-105. (King, B acknowledged for contributions to the analysis and interpretation of data)

Wright D, Yeatts S, Silbergleit R, et al. (2014) Very Early Administration of Progesterone for Acute Traumatic Brain Injury. *N Engl J Med.* 371(26): 2457-66. (King, B. listed in Appendix)

Cannon C, Holthaus C, Zubrow M, et al. (2012) The GENESIS Project (GENeralized Early Sepsis Intervention Strategies): A Multicenter Quality Improvement Collaborative. *Journal of Intensive Care Medicine.* 28(6): 355-68. (King, B. listed in Appendix)

Silbergleit R, Durkalski V, Lowenstein D, et al. (2012) Intramuscular versus intravenous therapy for prehospital status epilepticus. *N Engl J Med.* 2012 Feb 16; 366(7): 591-600. (King, B. listed in Appendix)

**ONLINE PUBLICATIONS (recent)**

Liaw W, Janda K, King B. (2024). Survival of the Biggest: How Consolidation through Private Equity is Reshaping Primary Care. *The Medical Care Blog.* 7/25/24. https://www.themedicalcareblog.com/survival-of-the-biggest/

King B. (2024). Impacts of Climate Change on Health and Health Care Utilization. *The Medical Care Blog.* 5/2/24. https://www.themedicalcareblog.com/impacts-of-climate-change-on-health-and-health-care-utilization/

King B. (2024). History of Climate Policy and Advocacy by the American Public Health Association. *The Medical Care Blog.* 2/23/24. https://www.themedicalcareblog.com/apha-climate-policy/

King B. (2023). Special Issue of Medical Care: Implementation and Cost of evidence-based, patient-centered programs. *The Medical Care Blog.* 11/30/23. https://www.themedicalcareblog.com/pcori-special-issue/

KingB, Stevens G, Lines L. (2024).

Attri S, King B. (2023) Health Plans with Deductibles See Lower Lung Cancer Screening Rates. *The Medical Care Blog.* 11/23/23. https://www.themedicalcareblog.com/hdhp-lung-cancer-screening/

Nichols R, King B. (2023) Making PrEP Accessible to Patients Experiencing Homelessness. *The Medical Care Blog.* 11/9/23. https://www.themedicalcareblog.com/prep-accessible-to-patients-experiencing-homelessness/

Lines L, Stevens G, King B. (2023) Meet the Blog's Newest Addition to the Editorial Team: Ben King. *The Medical Care Blog.* 11/2/23. https://www.themedicalcareblog.com/new-editor-ben-king/

King B. (2022) APHA Calls for Single-Payer Health Reform. *The Medical Care Blog.* 7/6/22. https://www.themedicalcareblog.com/apha-policy-single-payer/

King B. (2021) Multimorbidity and Psychosocial Aspects of Homelessness. *The Medical Care Blog.* 9/13/21. https://www.themedicalcareblog.com/multimorbidity-in-homelessness/

King B. (2020) Health and Housing Equity: a new report released by the American Public Health Association. *The Medical Care Blog.* 10/12/2020. https://www.themedicalcareblog.com/health-and-housing-equity/

King B. (2020) Implementation of HCV Treatment Programs. *The Medical Care Blog.* 7/30/2020. https://www.themedicalcareblog.com/hcv-treatment/

King B, Foyt A. (2020) Framing Success for Supportive Housing Services. *The Medical Care Blog.* 6/11/2020. https://www.themedicalcareblog.com/supportive-housing-services/

King B, Baldazo S. (2020) COVID-19 and homelessness. *The Medical Care Blog.* 4/30/2020. https://www.themedicalcareblog.com/covid19-homelessness/

King B. (2020) COVID-19: High risk of severe illness. *The Medical Care Blog.* 4/13/2020. https://www.themedicalcareblog.com/covid19_severe_illness/

King B. (2020) Healthcare utilization in the SARS-CoV-2 pandemic. *The Medical Care Blog.* 3/19/2020. https://www.themedicalcareblog.com/sars-cov-2/

King B. (2019) Witnessing and Responding to Homelessness. *The Medical Care Blog.* 12/12/2019. https://www.themedicalcareblog.com/witnessing-homelessness/

King B. (2019) The ICD-10 transition changed the game more than you think. *The Medical Care Blog.* 7/25/2019. https://www.themedicalcareblog.com/icd-10-coding/

King B & Elder J. (2019) Homelessness as a Public Health Issue. *The Medical Care Blog.* 6/13/2019. https://www.themedicalcareblog.com/homelessness-public-health-policy/

King B. (2019) Veteran Access to Hepatitis C Treatment. *The Medical Care Blog.* 5/9/2019. https://www.themedicalcareblog.com/hepc-geography-veterans/

King B. (2019) Tailoring VA primary care to address the social determinants of health. *The Medical Care Blog.* 3/14/2019. https://www.themedicalcareblog.com/vahomeless/

King B. (2019) Hospitalizations of Individuals Experiencing Homelessness Driven by Behavioral Health Concerns. *The Medical Care Blog.* 2/7/19. https://www.themedicalcareblog.com/homeless_hospitalizations/

King B. (2019) Homeless Management Information System (HMIS) Data Sharing Can Improve the Lives of Clients and Services Providers. *Texas Homeless Network blog.* 1/17/2019. https://www.thn.org/2019/01/17/homeless-management-information-system-hmis-data-sharing-can-improve-the-lives-of-clients-and-services-providers/

King B. (2019) Big differences in detection rates between different data sources: sky falling or business as usual? *The Medical Care Blog.* 1/3/2019. https://www.themedicalcareblog.com/mi-surveillance-study

**PRESENTATIONS (peer-reviewed)**

1. Liaw W, Adepoju O, Womack P, **King B,** Prewitt T, Dobbins J, Glasheen W, Woodard L, & Kakadiaris I. Factors associated with accumulating diabetes complications in a Medicare Advantage cohort to inform a prediction tool. Presented at the North American Primary Care Research Group Annual Meeting. (2024, November 20–24). Québec City, Quebec, Canada.
2. **King B**, Olivo E, Wong R, Castaneda A, Saldana G, Gilbert L. Transitions into and from homelessness during substance use treatment and relationship to program completion. Oral Presentation. American Public Health Association, Annual Meeting. (2024, October 26-30). Minneapolis, MN.
3. Stratemann C, Attri S, Khorsandi S, Swamy S, **King B**. Examining social service utilization among individuals experiencing homelessness before death. Oral Presentation. American Public Health Association, Annual Meeting. (2024, October 26-30). Minneapolis, MN.
4. **King B**, Olivo E, Berner-Davis L, Attri S, Hunter C, Boyer A, Buck D. Unique health care for the homeless patient features and outcomes from the 2022 health center patient survey. Poster. American Public Health Association, Annual Meeting. (2024, October 26-30). Minneapolis, MN.
5. Khorsandi, S., Swamy, S., Attri, S., Stratemann, C., **King, B.** Early mortality and medical complexity among medicolegal deaths associated with early aging in homelessness. Poster. American Public Health Association, Annual Meeting. (2024, October 26-30). Minneapolis, MN.

6. Kim M, Nguyen BM, **King B**. Rethinking BMI: Evaluating diabetes risk among Asian subgroups in the United States. Poster. American Public Health Association, Annual Meeting. (2024, October 26-30). Minneapolis, MN.
7. Berner-Davis L, **King B**, Kenkel J. Let's Chat about Housing Prioritization. Facilitated Discussion Panel: National Health Care for the Homeless Conference and Policy Symposium. (2024, May 13-16). Phoenix, AZ.
8. **King B**, Wheeler J, Synovec C. Design of a Novel Fidelity Measure for Use in Accreditation of Medical Respite Programs. Oral Presentation: National Health Care for the Homeless Conference and Policy Symposium. (2024, May 13-16). Phoenix, AZ.
9. **King B**, Modersbach D, Leopold J, DiPietro B. Using Homeless Mortality Data to Drive Policy & Program Change: A Discussion of Local Approaches. Moderated Panel: National Health Care for the Homeless Conference and Policy Symposium. (2024, May 13-16). Phoenix, AZ.
10. Berner-Davis L. (Facilitator: **King B**). Evaluations in Health Care for the Homeless Programs. Learning Lab: National Health Care for the Homeless Conference and Policy Symposium. (2024, May 13-16).
11. Elder W, **King B**, Smith B. Longitudinal Changes in Compassion, Concern for the Underserved and Well-Being Reported by Medical Students. Poster. 2024 Society of Teachers of Family Medicine Annual Spring Conference. (2024, May 4-7). Los Angeles, CA.
12. Powers S, **King B**. Prison Inmate Awareness of Heart Disease Status While Incarcerated in State and Federal Prisons, 2016. Poster. 2024 American Heart Association Epi | Lifestyle Conference. (2024, March 18-21). Chicago, IL.
13. **King B**, Attri S, Buck D. Differences in Cardiovascular Disease Burden, Screening, Education, and Care by Clinic Type in the 2022 Health Center Patient Survey (HRSA). Poster. 2024 American Heart Association Epi | Lifestyle Conference. (2024, March 18-21). Chicago, IL.
14. **King B**, Sanchez S, Medford D, Liaw W, Tran L, Arocha M, Adepoju OE, Woodard L, Moscoso B, Sharma I. Health-Harming Legal Needs Are Associated With Blood Pressure, Quality of Life, and Utilization. Poster. 2024 American Heart Association Epi | Lifestyle Conference. (2024, March 18-21). Chicago, IL.
15. Swamy S, Khorsandi S, Attri S, Nichols R, **King B**. Clinical, Demographic, and Geographic Trends in Cardiovascular Causes of Deaths Associated With Homelessness. Poster. 2024 American Heart Association Epi | Lifestyle Conference. (2024, March 18-21). Chicago, IL.
16. **King B**, Liaw W. Development of a Medical School Advanced Elective for Environmental Health Emphasizing Active, Problem Based Learning Techniques. University of Texas Systems Kenneth I Shine MD, Academy of Health Science Education, 2024 Innovations in Health Science Education Conference. (2024, Jan 27-28). Austin, TX.
17. Castaneda A, Saldana G, Okeke CM, Pham C, Gilbert LR, **King B**. Factors Affecting Treatment Completion in Those with Substance Use Disorder or Dependence. Poster. 2024 Latino Medical Student Association, Southwest Region, Annual Regional Conference.
18. **King B**, Wheeler J, Synovec C. Design of a novel fidelity measure for use in accreditation of medical respite programs. Oral Presentation. 2023 American Public Health Association: Medical Care Section.
19. Tuli A, Escamilla C, Thomas S, Dhurjati VNN, Truong K, **King B**. Associations of exposure to homelessness with risk of tobacco smoking or e-cigarette use: A systematic review. Poster. 2023 American Public Health Association: Alcohol Tobacco and Other Drugs Section.
20. **King B**, Powers S. Prison inmate awareness of heart disease status and association with ADHD while incarcerated in state and federal prisons, 2016. Poster. 2023 American Public Health Association: Mental Health Section.
21. King J, Delorey C, **King B.** Panel Discussion: How Does Congress Allocate our Tax Dollars for Public Health and Foreign Wars (a collaborative session organized by the Peace Caucus and Medical Care

section). Oral Presentation. 2023 American Public Health Association Annual Meeting: Medical Care Section and Peace Caucus.
22. Siddiqi S, Vargas S, Nguyen C, **King B**, Gilbert L, Le A, Nguyen A, Diep J, Nguyen BM. CEAL survey Examining Vietnamese Americans' level of trust in sources of information ad willingness to participate in COVID-19 clinical trials. Oral Presentation. 2023 American Public Health Association: Asian & Pacific Islander Caucus for Public Health.
23. Nguyen C, Le A, Siddiqi S, Vargas S, **King B**, Diep J, Nguyen A, Gilbert L, Nguyen BM. CEAL Survey: Vietnamese American health insurance coverage and challenges during the COVID-19 pandemic. Poster. 2023 American Public Health Association: Asian & Pacific Islander Caucus for Public Health.
24. Nguyen C, Le A, Siddiqi S, Vargas S, Nguyen A, Diep J, **King B**, Gilbert L, Nguyen BM. Qualitative study examining barriers and facilitators of COVID-19 vaccination in Vietnamese American youth. Poster. 2023 American Public Health Association: Public Health Education and Health Promotion Section.
25. Nguyen C, Le A, Siddiqi S, Vargas S, **King B**, Diep J, Nguyen A, Gilbert L, Nguyen BM. Examining health insurance and challenges among Vietnamese Americans during the COVID-19 pandemic through CEAL survey. Poster. 2023 American Public Health Association: Medical Care Section.
26. Sanchez S, Medford D, **King B**, Sharma I, Dobbins J, Liaw W, Tran L. Health-Harming Legal Needs are Associated with Blood Pressure, Quality of Life, and Utilization. Poster. 2023 North American Primary Care Research Group (NAPCRG) Annual Meeting.
27. Danforth J, **King B**. Addressing the trauma of unsheltered homelessness through holistic encampment strategies – and the mental health consequences of callous politics. Workshop. 2023 NAMI Texas Conference.
28. Saldana G, Castaneda A, Pham C, Okeke CM, **King B**, Gilbert LR. The Role of Self-Help Groups on SUD Treatment Completion. Poster. 2023 Latino Medical Student Association National Conference.
29. Castaneda A, Saldana G, Pham C, Okeke CM, Gilbert LR, **King B**. The Effect of Medicaid Expansion on MAT Treatment Completion Completion Among Those with Opioid Use Disorder. Poster. 2023 Latino Medical Student Association National Conference.
30. **King B**, Nguyen A, Harrison S. Evaluating the Equity and Validity of a Novel Housing Prioritization Tool. Oral Presentation. 2023 National Health Care for the Homeless Council annual meeting.
31. **King B**, Alegria M, Azadi W, Alvarez A. Disparities in Age of Death in Individuals Experiencing Homelessness. Oral Presentation. 2023 National Health Care for the Homeless Council annual meeting.
32. Tran T, Truong K, Thomas S, **King B**. Dual Systematic Review Characterizing the Relationship Between Homelessness and Infectious Diseases. University of Houston, Undergraduate Research Day. Poster, 04/13/23.
33. Truong K, Tran T, Syed S, Philip S, Warren V, Benandi K, **King B**. Systematic Review of the Lower Perceived Access to Care Among Homeless Populations. University of Houston, Undergraduate Research Day. Poster, 04/13/23.
34. Warach SJ, Milling TJ, Lawrence P, **King B**; Lone Star Stroke Consortium Researchers. Optimal Delay Time to Initiate Anticoagulation after Ischemic Stroke in Atrial Fibrillation (START): A pragmatic, adaptive, randomized clinical trial. Poster. 2023 AHA International Stroke Conference.
35. **King B**. Tracking and Defining Mortality Associated with Homelessness in Harris County, 2009-2021: A Collaboration Between Public Health and Community Programs. Assistant Professor of Excellence (APEx) Lecture Series, 01/25/23.
36. **King B**. Violent Deaths Associated with Homelessness: 15 states, 2005-2017. UH Tilman J Fertitta Family College of Medicine Grand Rounds, 01/10/23.
37. **King B**, Childress C, Curran E, Frost L, Buck D. Surveillance of Mortality associated with Homelessness: Excess mortality estimates over time, geography, sex, and racial disparities. Oral Presentation. 2022 American Public Health Association.

38. Curran E, **King B**, Syed S, Escamilla C. Characteristics of Suicides associated with Homelessness: Cohort study of excess mortality and violent deaths across 15 states from 2003-2017. Oral Presentation. 2022 American Public Health Association.
39. Truong K, Tran T, Syed S, Philip S, Warren V, Benandi K, **King B**. Systematic Review of the Lower Perceived Access to Care Among Homeless Populations. Oral Presentation. 2022 American Public Health Association.
40. Syed S, Philip S, Warren V, Benandi K, **King B**. Systematic Review Identifies Increased Physical Activity associated with Experience of Homelessness. Poster. 2022 American Public Health Association.
41. Nguyen C, Gilbert L, Diep J, **King B**, Nguyen BM. CEAL Survey Exploring Impact of COVID-19 on Vietnamese Americans in Texas. Poster. 2022 American Public Health Association.
42. Chae M, Adepoju OE, **King B**, Luo J, Pierett J, Glasheen W, Dobbins J, Woodard L. Predictors of Participation in a Telephone-based Social Connectedness Intervention for Older Adults. Poster. 2022 American Public Health Association.
43. Berg L, Flowers K, Fraher D, **King B.** Teaching Empathy Through Lived Experience: Understanding Homelessness Course for Health Professionals. Poster. University of Texas Dell Medical School Educational Innovation, Research and Awards Symposium, 10/22.
44. **King B**, Gai L, Thesen T, Martinez A, Buck D. Utilization trends in persons with homelessness experience varied by dementia comorbidity. Oral Presentation. 2022 Alzheimer's Association: Addressing Health Disparities, 06/21/22.
45. **King B**, Benandi K, Warren V. A Systematic Scoping Review of Sleep Disruption and Environmental Exposures Related to Homelessness. Oral Presentation. 2022 National Health Care for the Homeless Conference and Policy Symposium, 05/12/22.
46. Synovec C (panelists: Boyer A, **King B**). Rebuilding Systems: Adapting Housing Assessments to Prioritize Health, Equity, and Belonging. Oral Presentation. 2022 National Health Care for the Homeless Conference and Policy Symposium, 05/11/22.
47. Elder W, **King B.** Longitudinal Mission-Based Evaluation and Research (LMBER). Oral Presentation. 2022 Beyond Flexner Conference, 03/28/22.
48. Fraher D, Flowers K, **King B**, Berg L. Teaching empathy through lived experience: Development, application, and evaluation of the Understanding Homelessness course for health professionals. Poster. University of Texas Shine Academy 2022 Innovations in Health Science Education Annual Conference, 02/22.
49. Curran E, Chandler C, **King B**, Buck D. Homeless Status of Decedents in Harris County. Harris County Institute of Forensic Sciences Grand Rounds, 02/11/22.
50. **King B**. Increased risk and distinct characteristics of homicide victimization for persons experiencing homelessness, a study of 15 states, 2005-2017. Oral Presentation. 2021 American Public Health Association.
51. **King B,** Adepoju A, Woodard L, Shetty S, Oluyomi A, Zhang X, Adel Fahmideh M, Raza S, Gilbert L, Badr H. Impact of the early 2020 Lockdown on Social Networks and Mental Health symptom burden. Oral Presentation. 2021 American Public Health Association.
52. **King B,** Woodard L, Adepoju O, Mak R, Oluyomi A, Zhang X Adel Fahmideh M, Raza S, Gilbert L, Badr H. Identifying associations between Social Network Impacts and Health Behavior Changes unique to Chronic Illness status during onset of 2020 Lockdown. Oral Presentation. 2021 American Public Health Association.
53. **King B** & Gilvar J. Introduction to participatory design and validation of fair, effective housing prioritization tools. Facilitated Discussion. 2021 National Health Care for the Homeless Annual Meeting.

54. **King B**. Odds of Heart Disease and Arrhythmia Associated with Exposure Dose to Homelessness. Poster. 2021 AHA EPI | Lifestyle Conference. <u>AHA Sandra A. Daugherty Award for Excellence in Cardiovascular Disease or Hypertension Epidemiology Nominee.</u>
55. **King B**. Vulnerability model variance by gender, race, and ethnicity in housing prioritization tools may explain disparities in housing allocation. Oral Presentation. 2020 American Public Health Association.
56. **King B**. Under-reporting of medical conditions a bigger problem in housing prioritization assessment than over-reporting /gaming the system. Oral Presentation. 2020 American Public Health Association.
57. **King B**. Racial disparities in the new paradigm of penumbra approximated by MRI perfusion-diffusion mismatch: Targeting for stroke treatment. Poster. 2020 American Public Health Association.
58. **King B**. APHA policy on single payer. Oral Presentation. 2020 American Public Health Association.
59. **King B**, Latour L, Luby M, Warach S. Racial Disparities in Perfusion-Diffusion Mismatch Targets. Poster. 2020 International Stroke Conference. <u>ISC Health Equity and Actionable Disparities in Stroke-Understanding and Problem-solving (HEADS-UP) Award winner.</u>
60. Lawrence P, Detry M, **King B**, Milling T, Warach S. Optimal Delay Time to Initiate Anticoagulation after Ischemic Stroke in Atrial Fibrillation (START). Poster. 2020 International Stroke Conference.
61. **King B,** Fleming V. Hepatitis C Treatment Efficacy and Treatment Completion Rates in patients with and without housing during treatment. Oral Presentation. 2019 American Public Health Association.
62. **King B,** Shamapant S, Warach S. Objective Measures of Improvement from Intensive Communication Therapy by Treatment Duration, Dose, and Density. Poster. 2019 American Public Health Association.
63. **King B**. Validation and Psychometric Testing of the Vulnerability Index – Service Prioritization Decision Assistance Tool. Facilitated Discussion. 2019 National Health Care for the Homeless Annual Meeting.
64. **King B,** Elliott C, Milling T. Simulating an Adaptive, Randomized, Clinical Trial of Dose-Response from Time to OAT Reinitiation (Restart) after ICH. Oral Presentation. 2019 World IntraCranial Hemorrhage (WICH) Conference.
65. **King B**. Heart Disease and Arrhythmia in a Sample Experiencing Homelessness: Epidemiology, Prior History, and Risk Factors. Oral Presentation. 2019 AHA EPI | Lifestyle Conference. <u>AHA Award for Excellence in Research Addressing Cardiovascular Health Equity winner.</u>
66. Dula A, **King B,** Luby M, Davis L, Latour L, Warach S. Ischemic Stroke Imaging and Outcomes: Differences between Sexes. Poster. 2019 International Stroke Conference.
67. Lawrence P, Detry M, **King B**, Milling T, Warach S. Optimal Delay Time to Initiate Anticoagulation after Ischemic Stroke in Atrial Fibrillation (START). Poster. 2019 International Stroke Conference.
68. **King B,** Shamapant S, Warach S. Objective Measures of Improvement from Intensive Communication Therapy by Treatment Duration, Dose, and Density. Oral Presentation. 2019 International Stroke Conference.
69. **King B,** Muddiman A, Mahlmann O, Milling T. Reinitiating Oral Anticoagulation Therapy after Intracranial Hemorrhage: Identifying the Timing, Setting, and Changes to Treatment. Poster. 2018 American Public Health Association.
70. **King B,** Shamapant S, Warach S. Validation of an Ordinal, 6-item Functional Outcome Scale for Speech and Language Disability in Stroke: the Communication Disability Scale. Poster. 2018 American Public Health Association.
71. **King B**. A Three Factor Model of Vulnerability for Individuals Experiencing Homelessness. Oral Presentation. 2018 American Public Health Association.

72. **King B,** Dula A, Luby M, Latour L, Warach S. The Probability of an Endovascular Intervention Target Independent of Time from Last Known Well. Poster. 2018 International Stroke Conference.
73. Dula A, **King B,** Luby M, Davis L, Latour L, Warach S. The Probability of Ischemic Stroke Endovascular Targets: Extended Treatment Window for Women. Oral Presentation. 2018 International Stroke Conference.
74. Warach S, **King B,** Shamapant S. Validation of an Ordinal, 6-item Functional Outcome Scale for Speech and Language Disability in Stroke. Oral Presentation. 2018 International Stroke Conference. <u>ISC Stroke Rehabilitation Award winner.</u>
75. Dula A, **King B,** Davis L, Latour L, Warach S. Women's Imaging of Stroke Hemodynamics Study (WISHeS). Poster. 2018 International Stroke Conference.
76. Warach S, Milling T, Lawrence P, **King B.** Optimal Delay Time to Initiate Anticoagulation after Ischemic Stroke in Atrial Fibrillation (START). Poster. 2018 International Stroke Conference.
77. **King B.** Health Vulnerability in Individuals Experiencing Homelessness: Patterns of Association and Mediation of Racial and Sex Disparities in a Coordinated Assessment. Poster. 2018 American Public Health Association Annual Meeting. <u>APHA Caucus on Homelessness Student Award winner.</u>
78. **King B,** Thorngren C, Winegar A, Hydari I, Ledet S, Robertson H, Milling T. Innovative Approaches to Age Adjustment of D-Dimer Values for Pulmonary Embolus Across a Hospital Network. Poster. 2018 American Public Health Association Annual Meeting.
79. Thorngren C, Winegar A, **King B,** Hydari I, Ledet S, Robertson H, Milling T. Applying Age Adjusted D-Dimers for Pulmonary Embolus Across a Hospital Network. Oral Presentation. 2017 Society for Academic Emergency Medicine Annual Meeting. <u>Academy of Geriatric Emergency Medicine (AGEM) Award winner.</u>
80. Berg L, **King B,** Koenig J, Adair J, Tirado C. Impact of Work and Economic Stress on Musician Mental Health Burden in the 'Live Music Capital of the World'. Oral Presentation. 2017 Innovation in Healthcare Delivery Systems Symposium.
81. **King B,** Salazar M, Petty P. Gender and Race Disparities of Individuals Experiencing Homelessness: Medical, Trauma, and Injury History, Risk Factors and Service Utilization within the Coordinated Assessment. Poster. 2017 St. David's Center for Health Promotion & Disease Prevention Research in Underserved Populations Annual Conference.
82. **King B,** Berg L, Koenig J, Pierson B, Tirado C. Impact of Work and Economic Stress on Musician Mental Health Burden in the 'Live Music Capital of the World.' Poster. 2017 St. David's Center for Health Promotion & Disease Prevention Research in Underserved Populations Annual Conference.
83. McCaslin K, Dula A, **King B,** Warach S. Sex Differences in Stroke Risk Factors and Severity at Presentation. Poster. 2017 International Stroke Conference.
84. Dula A, Luby M, **King B,** Davis L, Latour L, Warach S. Sex Differences in Therapeutic Targets in Ischemic Stroke. Poster. 2017 International Stroke Conference.
85. Tabas I, **King B,** Milling T, Daley M. Effect of Comorbidities on Hemostatic Recovery After Coagulopathy Reversal with 4-Factor Prothrombin Complex Concentrate. Poster. 2016 American Public Health Association Annual Meeting.
86. Berg L, **King B,** Koenig J, McRoberts L. Popular Musician Attitudes Regarding Mental Health Services. Oral Presentation. 2016 Performing Artists Medical Association Meeting.
87. Berg L, Koenig J, **King B,** McRoberts L. Musician Mental Health Service Delivery and Impact in the Live Music Capital of the World. Oral Presentation. 2016 McCombs Business School Healthcare Symposium.
88. Warach S, **King B,** Chandler K, Topel C, Tabas I, Morton J, Milling T. Feasibility Of Mobile, Wearable Telestroke Devices. Poster. 2016 International Stroke Conference.

89. Murthy M, Helmink B, **King B,** Milling T, Murphy M, Tabas I, Peterson E, Daley M. Does Early PCC Administration Influence Outcomes for Warfarin-Associated Intracranial Hemorrhage? Oral Presentation. 2016 Society of Critical Care Medicine.
90. Helmink B, **King B,** Milling T, Murphy M, Tabas I, Murthy M, Shuman C, Daley M. Efficacy and Safety of 4-PCC for Coagulopathy Reversal Stratified by FDA Approval Status. Oral Presentation. 2016 Society of Critical Care Medicine.
91. Adamson R, Peterson E, Knight T, **King B**. Prevalence of drug-drug interactions with the novel oral anticoagulants (NOACs). Poster. 2015 American Society of Health-System Pharmacists Midyear Clinical Meeting.
92. Warach S, **King B,** Chandler K, Hartman A, Milling T. Assessment of the Feasibility of Using Wearable Technology as an Innovative Tool for Telestroke Services: Initial Results of Google Glass Evaluation. Poster. 2015 European Stroke Organisation Conference.
93. Held T, Barrera P, Arroyo M, **King B**. Transforming Care Delivery Through the Development of Street Medicine Approach to Mobile Health. Oral Presentation. 2015 University of Texas Healthcare Initiative Symposium.
94. Wilbert C, Shea K, **King B,** Garrett S, Ziebell C. Retrospective Evaluation of an Antimicrobial Stewardship Treatment Pathway for the Management of Cystitis and Acute Uncomplicated Pyelonephritis in an Emergency Department Setting. Poster. 2012 American Society of Health Systems Pharmacists Annual Meeting.
95. **King B**, Pease D, Gore D. Epidemiology, Evaluation, and Data Management Impact for Homeless Populations. Oral Presentation. 2012 National Health Care for the Homeless Council Annual Meeting.
96. Milling T, Higginbotham E, **King B,** Taylor D, Barron G, Crocker P. PEWS Assessment in the Emergency Department Halves Unanticipated In-Hospital Transfers to a Higher Level of Care. Poster. 2012 Society for Academic Emergency Medicine Scientific Assembly.
97. Ziebell C, Crocker P, Wood R, **King B,** Cooper H, Rice C, Milling T. Review of Methicillin Resistant Staphylococcus Aureus Treatment Outcomes in the Emergency Department. Poster.  2011 American Academy of Emergency Medicine Scientific Assembly.
98. Buck D, Brown C, **King B**. Evaluation of Medical Student Attitudes through Assessment of Two Attitudinal Inventories: the HPATHI and the ATHI. Poster. 2010 Society for Teachers of Family Medicine: Conference on Medical Student Education.
99. McMorries R, Crocker P, Spear D, Weston R, Kempema J, Polden H, Summers M, **King B**, Milling T. Focused Assessment with Sonography for Trauma (FAST) on the helicopter ambulance: A feasibility study.  Poster. 2010 American College of Emergency Physicians Research Forum.
100. Ziebell C, Crocker P, Wood R, **King B,** Cooper H, Rice C, Milling T. Review of Methicillin Resistant Staphylococcus Aureus Treatment Outcomes in the Emergency Department. Poster. 2010 Central Texas Clinical Research Forum.
101. McMorries R, Crocker P, Spear D, Weston R, Kempema J, Polden H, Summers M, **King B**, Milling T. Focused Assessment with Sonography for Trauma (FAST) in Aeromedical Transports: An Efficacy Study. Oral Presentation. 2010 Society for Academic Emergency Medicine Western Regional Scientific Assembly.
102. McMorries R, Crocker P, Spear D, Weston R, Kempema J, Polden H, Summers M, **King B**, Milling T. Focused Assessment with Sonography for Trauma (FAST) on the helicopter ambulance: An efficacy study. Poster. 2010 American Academy of Emergency Medicine Scientific Assembly.
103. **King B**, Brown C, Buck D. Evaluation of Differences and Changes in Medical Student Attitudes through Assessment and Comparison of Two Attitudinal Inventories: the HPATHI and ATHI. Oral Presentation. 2009 American Public Health Association Scientific Assembly.

104. Abello A, Brieger B, Ziebell C, Dear K, Milling T, **King B**. Care plan program reduces the number of visits for high-utilizing psychiatric patients in the emergency department. Poster. 2009 American College of Emergency Physicians Scientific Assembly.
105. Abello A, Brieger B, Ziebell C, Dear K, Milling T, **King B**. Impact of enrollment in the emergency department (ED) High Alert Program (HAP) on high-utilizing psychiatric patients' service patterns. Poster. 2009 Central Texas Clinical Research Forum. *Winner: First Place Poster*.
106. Crocker P, Milling T, **King B**. Bicycle Helmets Impact in Prevention of Traumatic Brain Injury. Poster. 2009 Central Texas Clinical Research Forum.
107. Crocker P, Zad O, Milling T, Maxson T, **King B**, Whorton E. Human cytokine response to Texas Crotaline envenomation before and after antivenom administration. Poster. 2009 Central Texas Clinical Research Forum.
108. **King B**, Fernando R, Bull L, Williams L, McCurdy S. Role of public health in a student-run health clinic. Oral Presentation. 2008 American Public Health Association Conference.
109. Welsh K, McCurdy S, Patel C, Williams L, Agbim U, Fernando R, **King B**, Buck D, Bull L. Houston Outreach Medicine, Education, and Social Services' (HOMES) homeless population demographics, descriptions and barriers to care. Poster. 2007 American Public Health Association Conference.

**FEDERALLY FUNDED RESEARCH (completed)**

**Principal Investigator.** "Identifying Opportunities for Interventions to Prevent Overdose Deaths Associated with Homelessness." University of Houston (UH) HEALTH Center for Tobacco and Addictions Research (NIMHD R03 equivalent; 10/2023-10/2024). $50k direct costs.

**Principal Investigator.** "Trends in Mortality Rates and Causes of Death Among People Experiencing Homelessness in Harris County." University of Houston (UH) Small Grants Award (03/2022-12/2023). $6k direct costs. Award #I0508176.

**Principal Investigator/Contractor.** "Characteristics and Circumstances Associated with Violent Deaths in Homelessness." National Violent Death Reporting System (NVDRS) New Investigator Research Award. (08/2020-01/2021). $5k direct costs.

**Research Scientist; grant writer.** "A Patient Centered Approach to Restarting Oral Anticoagulant Therapy After Major Hemorrhage". National Heart, Lung and Blood Institute. #1K23 HL 127227-01. PI: Truman Milling, MD.

**Research Scientist; grant writer.** "Innovative trial design for the timing of restarting anticoagulants after major hemorrhage". National Heart, Lung and Blood Institute. #X01 HL 143311-01. PI: Truman Milling, MD.

**Project Manager; sub-award, grant writer.** "Neurological Emergencies Treatment Trials Southeast Texas Clinical Site Hub". National Institute of Neurological Disorders and Stroke. Principal Investigator: Elizabeth Jones, MD.

**Spoke Coordinator; sub-award.** "POINT: Platelet-Oriented Inhibition in New TIA and minor ischemic stroke". National Institute for Neurological Disorders and Stroke. FOA: R01 NS062835-01; FDA IND #: waived. National PI: S. Claiborne Johnston, MD, PhD.

**Spoke Coordinator; sub-award.** "Progesterone for the Treatment of traumatic brain injury: Experimental Clinical Trial (ProTECT)". National Institute of Neurological Disorders and Stroke. FOA: U01 NS062778; 104118. National PI: David Wright, MD.

**Site Coordinator; sub-award.** "Transforming Traumatic Brain Injury Research and Clinical Care". National Institutes of Health: Recovery Act Limited Competition for NIH Grants: Research and Research Infrastructure Grand Opportunities (RC2). FOA: OD09-004; 1RC2 NS069409-01. National PI: Geoff Manley, MD PhD.

**Spoke Coordinator; sub-award.** "Rapid Anticonvulsant Medication Prior to Arrival Trial (RAMPART)". National Institute of Neurological Disorders and Stroke. FOA: 201 NS056975. National PI: Robert Silbergleit.

### FUNDED RESEARCH (completed)

**Principal Investigator.** "Systematic Review of the relationship between Homelessness and Progression of Cardiovascular Disease." University of Houston (UH) New Faculty Program Award. (03/2021-09/2022). $6k direct costs. Award #000181666.

**Statistician / Research Scientist.** "Lone Star Stroke Consortium". State of Texas, Department of State Health Services: 2016-048097-001. $5M direct cost per biennium. PI: Steven Warach, MD PhD.

**Research Scientist; grant writer.** "Optimal Delay Time to Initiate Anticoagulation after Ischemic Stroke in Atrial Fibrillation (START)". State of Texas, Department of State Health Services. $1.2M direct cost per biennium. PIs: Steven Warach, MD PhD & Truman Milling, MD.

**Research Scientist; grant writer.** "Independent and Combined Assessment of Risk Factors and Imaging Markers in a Retrospective Stroke Cohort: a multi-site study (MVT-AF)". State of Texas, Department of State Health Services. $400,000 direct cost per biennium. PI: Steven Warach, MD PhD.

### INDUSTRY FUNDED RESEARCH (completed)

Co-Investigator, industry contract. "Tenecteplase in Stroke Patients Between 4 and 24 Hours (TIMELESS)". NCT03785678. Genentech, Inc. PI: Steven Warach, MD PhD.

Statistician / DSMB Member; grant writer. "Comparison of a Breath Enhanced High Density Jet Nebulizer with a Standard Jet Nebulizer for the Treatment of Children with a Moderate to Severe Asthma Exacerbation in the Emergency Department". Nebutech, Inc. $150,000 direct cost. PI: Matt Wilkinson, MD.

Statistician; grant writer. "Examining the Feasibility of Using Wearable Technology as an Innovative Tool for Telestroke Services in a Rural Environment". Genentech Foundation. $300,000 direct cost. PI: Steven Warach, MD PhD.

Data analyst; grant-writer. "Dabigatran reversal strategies, a multi-center retrospective review". Boehringer Ingelheim. $150,000 direct cost. PI: Truman Milling, MD.