EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **QUALIFICATIONS AND EXPERIENCE OF PLAINTIFFS' EXPERT WITNESS CHRISTOPHER HERRING, PH.D.** <br><br> **Judge:** The Hon. Donna M. Ryu |

1  Pursuant to the Court's Third Amended Case Management and Pretrial Order for Court Trial, Dkt. 270, and Federal Rule of Evidence 26, Plaintiffs set forth the following qualifications and experience for their expert witness, Christopher Herring, Ph.D.

Christopher Herring, Ph.D. is an Assistant Professor of Sociology at the University of California Los Angeles (UCLA). Dr. Herring holds a Doctor of Philosophy degree in Sociology from the University of California, Berkeley, a Master of Arts degree in Social Anthropology from Central European University, and a Bachelor of Arts degree in Economics from Bard College. Prior to his appointment at UCLA, Dr. Herring completed a postdoctoral fellowship at Harvard University in the Faculty of Arts and Science's Inequality in American Initiative.

For close to two decades, Dr. Herring has focused his ethnographic and field research, as well as scholarship, on homelessness, homeless encampments, affordable housing, and the impact of local government policies on homelessness and housing in the United States, with a particular focus on San Francisco. In addition to co-directing two major surveys on individuals experiencing homelessness in San Francisco, Dr. Herring has published seven peer-reviewed articles and four book chapters on homelessness in San Francisco. His book, *Cruel Survival: Policing and Punishing the Unhoused in the American City*, which too focuses on San Francisco's response to homelessness, is under contract with the University of California Press. Dr. Herring's work has also been featured in several news outlets, including the New York Times, Washington Post, Los Angeles Times, and UK Guardian.

Dr. Herring regularly peer reviews academic articles, having served as an external reviewer for over two dozen leading academic journals, including the American Journal of Sociology, American Sociological Review, and Social Problems. Dr. Herring has also taught courses on homelessness and research methods, among others, at both the undergraduate and graduate level since 2012.

Dr. Herring has provided four expert declarations in this case: Declaration of Christopher John Herring, Ph.D. in Support of Plaintiffs' Motion for Preliminary Injunction, Dkt. 9-1; Supplemental Expert Declaration of Chirstopher John Herring, Ph.D. in Support of the Reply in

Support of Plaintiffs' Motion for Preliminary Injunction, Dkt. 49; Second Supplemental Declaration of Chris Herring, PhD, Dkt. 247-1; Expert Declaration of Christopher John Herring, Ph.D. in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, Dkt. 366-1.

Dr. Herring previously provided expert testimony by deposition in *Patrick Berry et al. v. Hennepin County et al.*, CASE 0:20-cv-02189-WMW-JFD (D. Minn. 2020) and a declaration in support of Plaintiffs' Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue in *Duncan et al. v. City of Portland*, Case No. 23-cv-39824 (Or. Cir. 2023).

Dr. Herring's Curriculum Vitae is attached as **Exhibit A**.

Dated: June 20, 2025                    Respectfully submitted,

                                        */s/ Vasudha Talla*
                                        *Attorney for Plaintiffs*