# EXHIBIT A TO

# QUALIFICATIONS AND EXPERIENCE OF PLAINTIFFS' EXPERT WITNESS CHRISTOPHER HERRING, PH.D.

cherring@soc.ucla.edu
@cherring_soc
chrisherring.org

# CHRIS HERRING

### Appointments
2021 – present    Assistant Professor of Sociology, University of California Los Angeles
                  Affiliate Faculty: Luskin Institute on Inequality and Democracy, UCLA Skid Row Gateway @ UCLA Downtown.
2020 – 2022       Postdoctoral Fellow, Inequality in America Initiative, Harvard University

### Education
Ph.D.    Sociology, University of California, Berkeley 2020
M.A.     Sociology, University of California, Berkeley, 2013
M.A.     Social Anthropology, Central European University, 2010
B.A.     Economics, Bard College, 2008

### Research and Teaching Interests
Urban Sociology, Poverty, Housing and Homelessness, Criminal Justice, Welfare, Employment, Social Theory, Ethnography, Community Action Research, Social Policy.

### Publications
#### Journal Articles

Chris Herring. 2021. "Complaint-Oriented 'Services:' Shelters as Tools for Criminalizing Homelessness." *The Annals of the American Academy of Political and Social Sciences*, *693*(1), 264-283.

Chris Herring, Dilara Yarbrough, and Lisa Marie Alatorre. 2020. "Pervasive Penality: How the Criminalization of Homelessness Perpetuates Poverty." *Social Problems*, 67(1), 131-149.

Chris Herring. 2019. "Complaint-Oriented Policing: Regulating Homelessness in Public Space." *American Sociological Review*, *84*(5), 769-800.
*American Society of Criminology Joan Petersilia Outstanding Article Award. 2021.

Chris Herring and Emily Rosenman. 2016. "Engels in the Crescent City: Revisiting the Housing Question in Post-Katrina New Orleans." *ACME: An International Journal for Critical Geographies*, 15(3), 616-638.

Chris Herring, Manuel Rosaldo, Josh Seim, and Benjamin Shestakovsky. 2016. "Living Theory: Principles and Practices for Teaching Social Theory Ethnographically." *Teaching Sociology*, 12(1), 1-12.

Chris Herring and Manuel Lutz. 2015. "The Roots and Implications of the United States' Homeless Tent Cities." *City*, 19 (5), 689-701.

Chris Herring. 2014."The New Logics of Homeless Seclusion: A Comparative Study of Homeless Encampments in the Western United States." *City and Community*, 13(4), 285-309.

#### Book Chapters

Chris Herring. 2024. "Regulating Homeless Encampments." In D. Culhane, S. Fitzpatrick, G. Johnson, S. Metreaux, and E. O'Sullivan (eds), *"Research Handbook on Homelessness."* Edward Elgar Publishing.

Chris Herring. 2023. "Housing Deprivation: Homelessness and the Reproduction of Poverty." In B. McCabe and E. Rosen (eds), *The Sociology of Housing*. Chicago: University of Chicago Press.

Chris Herring and Paul Boden. 2021. "Criminalizing Homelessness" in *Counterpoints: A Bay Area Atlas by the Anti-Eviction Mapping Project*. Oakland, CA: PM Press.

Bilal Ali, Lisa Marie Alatorre, Jennifer Friedenbach, Chris Herring, TJ Johnston, and Dilara Yarbrough. 2020. "Fighting Anti-Homeless Laws through Participatory Action Research: Reflections from the San Francisco Coalition on Homelessness' Criminalization Study." In S. Greenbaum and P. Zinn (eds), *Collaborating for Change: A Participatory Action Research Casebook*. New Brunswick: Rutgers University Press.
*Society of Social Problems, Community Partner Paper Award. 2019.

Chris Herring. 2019. "Between Street and Shelter: Homeless Seclusion and the Neutralization of Poverty." In J. Flint and R. Powell (eds.) *Class, Ethnicity, and State in the Polarized Metropolis: Putting Wacquant to Work*. London: Palgrave.

Chris Herring. 2013. "The Housing Question of Disaster Reconstruction: Rebuilding New Orleans on the Tenants of an Ownership Society." In E. Murphy and N. Hourani (eds.), *The Housing Question: Tensions, Continuities, and Contingencies in the Modern City*. Ashgate Press.

Zoltan Gluck and Chris Herring. 2012. "The Homeless Question of Occupy." In *Occupy!: Scenes from Occupy America*. New York: Verso Press.

### Essays, Reviews, and Commentary

Chris Herring. 2024. "High Court Upholds Law Criminalizing Homelessness, Making things Worse." *Fulcrum*. (Opinion).

Chris Herring. 2024. *European Journal of Homelessness*. Parsell, Cameron. *Homelessness: A Critical Introduction*. (John Wiley & Sons, 2023) (International Book Review. Symposium).

Neil Gong and Chris Herring. 2020. "The Case for Commandeering Hotel Rooms: San Francisco Has a Model to House the Homeless During the COVID-19 Pandemic." *Cal Matters*. (Opinion).

Chris Herring and Neil Gong. 2020. "San Francisco Has the Authority, Vacancies, and Funds to House Homeless People in Hotels." *San Francisco Examiner*. (Opinion).

Chris Herring. 2019. "Democrats hate Trump's plan for homelessness: But it's their plan too." *The Washington Post*. (Opinion Essay) Outlook sections front-page feature of the Sunday print edition.

Chris Herring. 2019. "Concentrated Poverty." In *The Wiley-Blackwell Encyclopedia of Urban and Regional Studies*, 1-10. Wiley-Blackwell. (Encyclopedia Article)

Chris Herring. 2019. "Evicting the Evicted: Zur Kriminalisierung von Obdachlosigkiet. Ein Gespräch mit dem Soziologen Chris Herring" in *Technopolis: Urbane Kämpfe in der San Francisco Bay Area*. Katja Schwaller (ed). Berlin: Association A. (Translated Interview)

Gretchen Purser, Lisa Bates, Erin McElroy, Manissa McCleave Maharawal, Daniela Aiello, Pamela Phan, Terra Graziani. 2018. "Eviction Lab Misses the Mark." *Shelterforce*. (Essay)

Chris Herring, Miranda Smith, and Thomas Gilbert (eds). 2017. "The Roots and Implications

      of the Trump Election." *Berkeley Journal of Sociology*. 61: 23-42. (Volume Editor)

Chris Herring. 2015. "Tent City, America." *Places: Public Scholarship of Architecture, Landscape and Urbanism*. Princeton University Press. December. (Research Essay)

Chris Herring. 2015. "Evicting the Evicted: The Spurious Rationales of 'Homeless Sweeps.'" *Progressive Planning Magazine*. Fall, 29-32. (Research Essay)

Chris Herring. 2015. "Sheltering Those in Need: Architects Confront Homelessness." Introductory Essay for the 2016 Berkeley Prize Essay Competition. UC Berkeley, College of Environmental Design.

Chris Herring, Dilara Yarbrough, and Tony Sparks. 2015. "Punishing the Poorest." *Street Sheet*. San Francisco. Six articles for San Francisco's Homeless Street newspaper based on the report *Punishing the Poorest*.

Chris Herring. 2014. "Four Fallacies of the Jungle Eviction." *Beyond Chron*. San Francisco. (Opinion).

Manissa McCleave Maharawal and Chris Herring (eds). 2014. "Struggles for the Public University." *Berkeley Journal of Sociology*. 58: 23-42. (Special Issue co-editor).

Chris Herring. 2014. "The Magical Bum: The Cinematic Paradox of Positive Portrayals of Homelessness." *The State of Things Film Journal.* Los Angeles. (Film Essay)

Chris Herring. 2013. *California Historical Society Magazine*. Mark Wyman, *Hoboes: Bindlestiffs, fruit tramps, and the harvesting of the west.* (New York: Hill and Wang, 2010), 336 pp. & Art Hazelwood, *Hobos to Street People: Artists Responses to Homelessness from the New Deal to the Present.* (San Francisco: Freedom Voices, 2011).

Zoltan Gluck and Chris Herring. 2012. "Rearticulating the Struggle for Education." *The Occupy Gazette*. New York: N+1 Publishing.

Chris Herring. 2012. "Occupy Academia!" London School of Economics' Impact Blog.

Chris Herring. 2010. *Central European University Journal of Political Science*. Loïc Wacquant, Punishing the Poor: The Neoliberal Government of Social Insecurity (London: Duke University Press, 2009), 365 pp.

## Policy Briefs and Reports

Social Scientist's Amicus Brief for Supreme Court Hearing of *Johnson v. Grants Pass*. Lead author. 2024.

Chris Herring (lead contributor with RPS staff). 2023. "RPS Brief Series: Unhoused Persons." NYU's Reimagining Public Safety Initiative. New York.

Sandra Smith and Chris Herring. 2022. "The Limits of Ban the Box." Institute for Labor and Employment Research. University of California, Berkeley.

Adriana Camarena, Stella Kunkat, Jennifer Friedenbach, John Hamanski, Chris Herring, Samantha Lew, Courtney McDonald, Sara Shortt, John Stiefell. 2021. "Compassionate Alternative Response Team (CART): A Community Plan for San Francisco." San Francisco Coalition to End the Policing of Homelessness. San Francisco.

Chris Herring, Dilara Yarbrough, Jamie Chang, Mark Flemming, Chris Hanssmann, Pike Long, Kelsey Ludwig. 2020. "Stop the Revolving Door: A Street Level Framework for a New System." Our City Our Home Coalition. San Francisco.

Kamran Abri Lavasani, Haruna Aridomi, Collette Auerswald, Zachary Butzin-Dozier, Brigid Cakouros, Joey Chiang, Brandon Chu, Jack Colford, Hoaian Dang, Sarah Ferrell, Jay Graham, Madeleine Kane, Toshali Katyal, Christine Ma, Dough Martin, Matt Matusieqicz, SandraMcCoy. 2020. "For the Good of Us All: Addressing the Needs of Our Unhoused Neighbors During the Covid-19 Pandemic." UC Berkeley School of Public Health. Berkeley.

Chris Herring, Dilara Yarborough, Lisa Marie Alattore, and the San Francisco Coalition on Homelessness. 2015. "Punishing the Poorest: How San Francisco's Criminalization of

      Homelessness Perpetuates Poverty." San Francisco Coalition on Homelessness. San Francisco.

Chris Herring, Dilara Yarbrough, and Lisa Marie Alattore. 2015. "How Quality of Life Enforcement Affects Homelessness." Policy brief for California State Senate Bill SB608 "The Right to Rest Act."

Chris Herring. 2010. "Tent Cities in America: A Pacific Coast Report." National Coalition for the Homeless. Washington DC.

### In Progress

Chris Herring. *Cruel Survival: Policing and Punishing the Unhoused in the American City* (Under contract with University of California Press)

Chris Herring. "Precarious Housing Fixes: The Limits of Homeless Housing Programs in San Francisco."

Jeff Garnand and Chris Herring. "Public-Private Parasites: How Business Improvement Districts Criminalize Homelessness."

Charles Musoff, Chris Herring, Dilara Yarbrough, Jennifer Friedenbach, and Mark Fleming. "From Precariously Housed to Homelessness: Lessons for Homelessness Prevention from San Francisco"

Sandra Smith and Chris Herring. "Undoing the Mark of a Criminal Record: Ban the Box and the Limits of Fair Chance Employment Policies."

## Presentations
### 2021-2024

"Complaint-Oriented 'Services:' Shelters as Tools for Criminalizing Homelessness"
- Panelist. Urban Affairs Association Annual Meeting. New York, NY. 2024.
- Invited lecture. Oregon Housing Conference. Portland, OR. 2023.
- International Sociological Association Congress. Melbourne. 2023.
- Invited panelist. American Sociological Association Sociological Association Meeting. Los Angeles. 2022.
- Invited lecture. University of Southern California Price School of Public Policy. Social Innovations Series. 2022.
- Invited panelist. Webinar on "Ending Family Homelessness" hosted by the American Academy of Political and Social Sciences. 2021.
- Law and Society Association Annual Meeting. Virtual. 2021.
- Invited panelist. Conference for the special issue *Dynamics of Homelessness* in the Annals of the American Academy of Political and Social Sciences. Virtual. 2020.

"Cruel Survival: Policing and Punishing the Unhoused in the American City"
- Invited lecture. University of Washington. Western Poverty Center Working Group. 2024.
- Invited lecture. University of Chicago. Critical Social Sciences Workshop. 2023.
- Draft Book Talks/Workshops: UCLA Sociology 237 Workshop (2024), University of Oregon. Sociology Undergraduate "Community and Crime" (2024), Harvard University. Sociology Undergraduate Honors Course in Ethnography (2023).

"Precarious Housing Fixes: The Limits of Housing First."
- Invited panelist. National Alliance to End Homelessness Research Summit. Washington DC 2024.
- Invited panelist. University of Oregon Housing Conference. Eugene. 2022.
- Invited panelist. *The Sociology of Housing*. Georgetown University. 2019.

"Pervasive Penality: How the Criminalization of Homelessness Perpetuates Poverty"
- Invited lecture. UCLA Division of Population Behavioral Health. 2024.
- Invited lecture. Penn State Criminology Department Graduate Workshop. 2022.
- Invited panelist. National Law Center on Homelessness Criminalization Report Release. 2020.
- Society of Social Problems Annual Meeting. With Dilara Yarbrough and Lisa Marie Alattore. New York. 2019.
- American Sociological Association Meeting. With Dilara Yarbrough. Philadelphia. 2018.
- Power at the Margins: An Academic and Organizing Conference. With Dilara Yarbrough and Kelley Cutler. University of Minnesota, Minneapolis. 2018.
- Invited Course Lectures: Penn State "Homelessness in America" undergraduate course, 2024. USC Sociology of Housing Undergraduate course, 2024. UC Berkeley School of Law Punishment, Culture, and Society course. 2023. Pomona College Undergraduate Qualitative Methods Seminar. 2023.

"Fighting Anti-Homeless Laws through Participatory Action Research: Lessons from the San Francisco Coalition on Homelessness' Criminalization Study."
- Invited lecture. With Lisa Marie Alatorre. University of California, Irvine Sociology Graduate Seminar in Research Design. 2024.
- Invited lecture. American University Anthropology Department's Graduate Workshop in Public Anthropology. 2021.
- Panel co-organizer with Faranak Miraftab, "Engaged Scholarship for Social Justice." American Sociological Association Annual Meeting. With Dilara Yarbrough. 2020 (Cancelled due to pandemic).
- Society of Social Problems Annual Meeting. With Dilara Yarbrough and Lisa Marie Alatorre. New York City. 2019.
- UC Berkeley Human Rights Center. With Dilara Yarbrough. 2016.

"Complaint-Oriented Policing: Regulating Homelessness in Public Space"
- Invited lecture. UC Berkeley Sociology Graduate Student Writing Workshop. 2023
- Invited panelist. "Policing the Crisis" Conference Rockefeller College, SUNY Albany. 2022.
- American Association of Geographers Annual Conference. New York. 2022.
- Invited panelist. Harvard Faculty of Arts and Science's Symposium. 2021.
- Invited lecture. Harvard Urban Theory and Data Lab. 2021.
- Invited panelist. UC Berkeley Social Science Matrix. 2020.
- Invited lecture. Northeastern University, Urban Anthropology Graduate Workshop. 2020.
- Invited lecture. University of Illinois Urbana Champaign. Department of Sociology. 2019.
- Invited lecture. UCLA, Department of Sociology. 2019.
- Invited lecture. UC Berkeley Global Urban Humanities colloquium. 2019.

"Organizing Against Homelessness in the Pandemic City"
- International Sociological Association Congress. Melbourne. 2023.
- Invited panelist. University of Oregon Housing Conference. Eugene. 2022.
- American Anthropological Association Annual Meeting. Baltimore. 2021.
- Invited panelist. Verso Books and Relational Poverty Network. Virtual. 2020.

"Compassionate Alternative Response Team (CART): A Community Plan for San Francisco."
- Invited Presentation to the San Francisco Police Commission. 2023.
- Press conference for the report release. With research team members. 2021.

Discussant
- UCLA Law School. "The Supreme Court, Grants Pass, and The Criminalization of Homelessness." Invited Panelist. 2024.
- National Alliance to End Homelessness Researchers Network. "How Research Can Support Legal Advocacy." 2024.
- Royal Society of Geography. Social and Cultural Geography Group. "Teaching and Career Development in Higher Education." 2023.
- The Struggle for Housing Justice Workshop. Council of European Studies. ICSU-Lisboa + Sirigaita. Lisbon. 2022.
- Book Launch for "Better Lives: Hope, Freedom, and Home-Making Among People Sleeping Rough in Paris" by Johannes Lenhard. 2022.

≥2021

"Stop the Revolving Door: A Street Level Framework for a New System."
- Press conference for the report release. With research team members. 2020.
- Invited presentation to San Francisco Department of Public Health and Homeless Emergency Services Provider Association. 2019.
- Invited panelist. Code for America. San Francisco. 2018.

"For the Good of Us All: Addressing the Needs of Our Unhoused Neighbors During the Covid-19 Pandemic."
- Press conference for the report release. With research team members. 2020.

"Therapeutic Penal Populism: Criminalizing Poverty in the Progressive City."
- Bay Area Politics Workshop. University of San Francisco and UC Berkeley Political Science Departments. Berkeley. 2019.

"Public-Private Parasites: How Business Improvement Districts Criminalize Homelessness."
- Urban Affairs Association Annual Meeting. With Jeff Garnand. Los Angeles. 2019.

"New Logics of Homeless Seclusion: A Comparative Study of Large-Scale Homeless Encampments."
- Invited lecture. Santa Clara University. 2019.
- Invited lecture. Santa Clara Homelessness Task Force. San Jose. 2019.
- Invited lecture and two policy roundtables on homeless encampments. West Coast Poverty Center. University of Washington. 2017.
- Invited lecture. Metropolitan Dallas Homeless Alliance. Dallas. 2015.
- Invited lecture. Pyatok Architects. Oakland. 2015.
- RC21 International Sociological Association Committee on Urban Research. Berlin. 2013.
- American Association of Geographers Annual Meeting. Los Angeles. 2013.
- Urban Affairs Association Annual Meeting. San Francisco. 2013.
- American Anthropological Association Annual Meeting. San Francisco. 2012.
- Spaces and Flows: An international conference of urban and extraurban studies. UCLA. 2011.
- American Sociological Association Annual Meeting. Las Vegas. 2011.

"Healthy Streets Operation Center's Impact on the Criminalization of Homelessness in San Francisco."
- Invited presentation. San Francisco Police Commission. 2019.
- Invited presentation. San Francisco Police Commission. 2018.
- Invited presentation. San Francisco Homeless Coordinating Board. 2018.
- Invited presentation. San Francisco Board of Supervisors. 2018.

"Urban Revanchism Reloaded: Gentrification, Homelessness, and Policing."

- Session organizer with Manissa Maharawal, Don Mitchell, and Amanda Huron. American Association of Geographers Annual Meeting. New Orleans. 2018.

"Punishing the Poorest: How the Criminalization of Homelessness Perpetuates Poverty in San Francisco."
- Invited presentation to UN Special Rapporteur on Human Rights and Extreme Poverty. With Dilara Yarbrough. San Francisco. 2017.
- Invited presentations with peer researchers Dilara Yarbrough and Lisa Marie Alattore to 13 San Francisco city agencies and commissions, 11 city supervisors, 6 state senators, and 13 community forums. San Francisco and Sacramento. 2015-2017.
- Invited presentation to investigators of the US Department of Justice. 2016.
- Invited panelist. Center for Solutions Based Journalism. San Francisco. 2016.

"Re-evaluating Expertise and Reversing Stigma: A Community Action Research Approach to Empirical Legal Studies."
- Invited lecture. With TJ Johnston. UC Berkeley School of Social Work's Annual Social Justice Symposium. Berkeley. 2016.
- Invited panelist. With Dilara Yarbrough. UC Berkeley and Sciences Po Mini Conference, "Social Solidarity." Berkeley. 2016.

"Towards a Compassionate City."
- Co-organizer, moderator, and speaker on three panels over three evenings at San Francisco's Storefront Lab examining encampments and addressing interim measures for addressing homelessness. San Francisco. 2016.

"The Roots and Implications of US Tent Cities."
- American Sociological Association Annual Meeting. Chicago. 2015.

"Advocacy and Research"
- Invited panelist. With Dilara Yarbrough and Jennifer Friedenbach. National Summit to End the Criminalization of Homelessness. National Coalition on Homelessness. Denver. 2015.

"The Housing Question of Disaster Reconstruction: Homeownership as the Sine Qua Non of Citizenship."
- "Infrastructures of Home and City: The Problem of Housing in Modern Urban Society" Conference. Michigan State University. 2012.
- American Association of Geographers Annual Meeting. New York City. 2012.
- Urban Affairs Association Annual Meeting. New Orleans. 2010.
- World Ecologies Conference. Lund University. 2010.

"Homeless by Law: Crafting a Photo-ethnography of California's Transient Sex-Offenders."
- Invited lecture. with Getty award winning photographer Ian Martin. UC Berkeley Center for Urban Ethnography "Images from the Field" lecture series. Berkeley. 2012.

"Author Meets Critic: Teresa Gowan, *Hobos, Hustlers, and Backsliders*."
- Invited discussant. Ann Lucas Lecture Series, San Jose State University. San Jose. 2011.

# Awards

American Society of Criminology Joan Petersilia Outstanding (Faculty) Article Award. 2021.

Society of Social Problems, Community Partner Paper Award. With Dilara Yarbrough and Lisa Marie Alatorre. 2019.

UC Berkeley Sociology Alumni Prize for Public Sociology. 2016.
UC Berkeley Sociology Alumni Prize for Public Sociology. With the Berkeley Journal of Sociology Editorial Collective. 2015.
UC Berkeley Teaching Effectiveness Award. 2015.
UC Berkeley Outstanding Graduate Student Instructor Award. 2014.
Central European University Department of Social Anthropology Academic Achievement Award. Highest ranked student in MA program. 2010.
Leon Botstein Award. Bard College. Highest interdisciplinary achievement of graduating

class. 2008.

## Fellowships and Grants

National Alliance to End Homelessness Research Grant. 2024-2026. $100,000.
UCLA Hellman Society of Fellows. 2024-2025. $20,000.
UCLA Center for Community Engagement, Social Impact Collaborative Grant. 2024 2025. $10,000.
UCLA Equity, Diversity, & Inclusion Early Career Development Award. 2023-2024. $12,000.
UCLA Faculty Senate Grant. 2023. $6,683.

Horowitz Foundation for Social Policy Dissertation Grant. 2019.
Center for Engaged Scholarship Fellow. 2018.
Herbert Blumer Teaching Fellow, UC Berkeley Sociology Department. 2018.
UC Berkeley Empirical Legal Studies Fellow, UC Berkeley Law School and Center for the Study of Law and Society. 2017.
National Science Foundation Dissertation Improvement Grant. 2016.
UC Berkeley Global Metropolitan Studies Summer Research Fellowship, 2015.
UC Berkeley Sociology Social Justice Fellowship. 2015.
UC Berkeley Human Rights Fellowship, UC Berkeley Law School. 2015.
Sociological Initiatives Foundation Grant. with Dilara Yarbrough and the San Francisco Coalition on Homelessness. 2015.
National Science Foundation Graduate Research Fellow. 2011-2015.
Thomas J. Watson Fellowship (Declined). 2008.

## Teaching and Mentorship

*UCLA Courses Taught*
Urban Sociology Graduate Seminar
Urban Sociology Undergraduate Lecture
Urban Sociology Undergraduate Honors Seminar: Contemporary Los Angeles
Poverty Ethnography Undergraduate Seminar
Divided Cities: A Global Sociology of Urban Inequality. Undergraduate Seminar

*UC Berkeley Courses Taught*
Pedagogy Graduate Seminar (w/ Christina Mora)
Summer Workshop in Qualitative Methods Undergraduate Seminar (w/ Neil Gong)
Teaching Assistantships: Contemporary Social Theory (Michael Burawoy), Classical Social Theory (Michael Burawoy) / Urban Sociology (Joanna Reed).

*PhD and MA Committees* (*denotes chair)
*Current:* Sam Lutzker,* Victoria Tran, Irene Del Mastro, Rebecca Kauffman, Kate Smock, Yvonne Carrillo, William Schuppman, Niahm Costello (social welfare), Jason Contino, Kai Bovik, Arlo Hatcher, Zac Clark (urban planning),
*Past:* Chris Giamarino (urban planning), Nicolas Gutierrez (UCLA Casanova Scholar, SDSU MA thesis).

*Undergraduate mentoring*

*Current:* Frank Godinez (Mellon Mays Scholar), Sydney Do (McNair Scholar); Meg Houseworth, Gordon Krauss, Jillian Steinman (UCLA undergraduate research scholar program).
*Past:* Veronika Vucetic, Amelie Wu (UCLA undergraduate research scholar program), CC D'Arms (Harvard honors thesis), Eric Forter, Raquel Zitani-Rios (UC Berkeley honors thesis).

### Editorial Service

Reviewer for *American Journal of Sociology, American Sociological Review, Social Problems, Social Forces, Ethnography*, *City and Community*, *Law and Society*, *Urban Affairs Review*, *Urban Geography, Urban Studies, Annals of the American Association of Geographers, CITY, Journal of Planning Education and Research, Qualitative Sociology, International Journal of Comparative Sociology, Environment and Planning C: Politics and Space, Environment and Planning D: Society and Space, Social Movement Studies, Criminal Justice Studies, Political Geography, Antipode, Radical Housing Journal, Housing and Society, Law and Social Inquiry, Qualitative Research in Health, Socius, Social Currents, Sociological Compass, Sociological Forum, Criminology and Public Policy, The Howard Journal of Crime and Justice, Canadian Journal of Criminology and Criminal Justice, Journal of Social Distress and Homelessness, Yale State and Local Policy Review, Canadian Journal of Nursing Research.*

Managing Editor and Co-Founder of the revised online-first Berkeley Journal of Sociology. 2012-2014. 2016-2017. Editorial Collective Member, Berkeley Journal of Sociology, 2010-2019.

### University and Professional Service

*University of California, Los Angeles*
Faculty sponsor of Urban Sociology Working Group, 2022 – ongoing.
Faculty coordinator of the Urban Sociology Qualifying Exam, 2024 – ongoing.
UCLA Unhoused Task Force, 2024 – ongoing.
Luskin Institute Inequality and Democracy Activist in Resident Selection Committee. 2024.
Holistic Evaluation of Teaching Framework Committee, 2022-2023.

*Professional Associations*
American Society of Criminology Outstanding Article Award Selection Committee. 2024.

*University of California, Berkeley*
Co-organizer with Laura Belik, Eric Goldfischer, and Rob Robinson of multi-day conference "Power at the Margins: Mobilizing Across Housing Injustice." Spring 2020.
Jury Member for the Berkeley Prize Essay Competition. UC Berkeley, College of Environmental Design, 2016.
Coordinator of Center for Ethnographic Research Speakers Series, 2013 – 2018.
Director of Departmental Conference, "Critical Approaches to Financialization," 2013.
Berkeley Journal of Sociology Conference Organizer: 2011, 2012.

*Central European University, Budapest*
Student Representative to the Provost, 2009-2010.
Social Anthropology Representative to the Student Senate, 2009-2010.

# Community Engaged Scholarship

## Participatory-Action Research

PI with LA Tenants Union. "The Causes and Consequences of Unstable Exits from Permanent Supportive Housing." 2024 – present.

Co-Director of Research with Dilara Yarbrough and Our City Our Home Coalition. San Francisco Homeless Needs Assessment. 2018-2020.

Co-Director of Research with Dilara Yarbrough and Lisa Marie Alatorre with the San Francisco Coalition on Homelessness. San Francisco Criminalization of Homelessness Study. 2014-2015.

## Community and Policy Work

Member. National Alliance to End Homelessness Research Network. 2024 – present.

Advisory Board Member. Reimagining Public Safety @ New York University School of Law's Policing Project. 2022 – present.

Member. Coalition for Alternatives to Policing Homelessness. Compassionate Alternative Response Team (CART) implementation committee. 2020 – present.

Cal Humanities Grant Supervisor. "We are Home" community arts project with DISH Supportive Housing, San Francisco. 2022 – 2024.

Member. San Francisco Police Department Homeless Advisory Board. 2017-2020.

Member. San Francisco Coalition on Homelessness Human Rights Workgroup. 2014 2020.

Member. Bay Area Safe and Organized Spaces Coalition. 2017-2018.

Research Affiliate. SF Department of Homelessness and Supportive Housing. Summer 2016.

Research Affiliate. National Coalition for the Homeless. 2009-2010.

Project Manager. New York City Department of Housing Preservation and Development, division of multi-family housing new construction, New York, NY. 2008-2009.

## Legal Work

Lead Organizer and Contributor to Social Scientist's Amicus Brief to Supreme Court *City of Grants Pass, Oregon v. Johnson*. 2024.

Expert Witness in *Duncan v. City of Portland*. With Oregon Law Center. 2023 – present.

Expert Witness in *Berry vs. Hennepin County*. With ACLU Minnesota. 2021- present.

# Media Appearances

Commentary and coverage of my research has appeared multiple times on CNN, the LA Times, San Francisco Chronicle, Bloomberg City Lab, San Francisco Examiner, UK Guardian, Al Jazeera, Huffington Post, San Jose Mercury, ABC News, San Francisco Public Press, LA Public Press, SF Weekly, Vice, The Bold Italic, 48 Hills, Hoodline, The Frisc, Mission Local, San Francisco Standard, East Bay Express, and NPR affiliates KCRW and KQED, and the Daily Bruin.

Commentary and coverage of my research has appeared in the New York Times, Washington Post, Harpers, The New Yorker, Politico, The New Republic, BBC, Newsweek, New York Magazine, In These Times, Daily Telegraph (London), Seattle Times, Miami Herald, Baltimore Sun, Associated Press, The Globe and Mail (Canada), US News and World Report, New Statesmen City Monitor (London), The Appeal, Curbed LA, Las Vegas Sun, Long Beach Post, Vanity Fair Italy, Bolt Magazine, Voice of America, High Country News, Culver City Observer, Santa Monica Mirror, San Francisco Bay View National Black Newspaper, Richmond Review/Sunset Beacon, VT Digger, United Nations Newsletter, California Planning Association's Newsletter, Urban Institute's Housing Matters Newsletter, Education News, and California Healthline.

I've been featured in program-length interviews on the podcasts/radio shows "Against the Grain" on KPFA, "Civic" by the SF Public Press, "Your Call with Rose Aguilar" on KPFA, and "Simply Superior" on Wisconsin Public Radio. I've made appearances or my research has been referenced on Fox News, San Francisco Kron 4 News, KCBS San Francisco, CBS Austin, Al Jazeera, WFFA Dallas Evening News, KERA News North Texas, 99% Invisible Podcast, and Last Week Tonight with John Oliver. For links to media coverage visit chrisherring.org.

## Professional Affiliations

American Sociological Association
Society for the Study of Social Problems
Law and Society Association
Urban Affairs Association
American Association of Geographers
International Sociological Association: RC21 & RC43

Scholars Strategy Network
Unequal Cities Network
American Society of Criminology
American Anthropological Association