# EXHIBIT B TO
# JOINT PRETRIAL STATEMENT

| | |
|---|---|
| DAVID CHIU, State Bar #189542<br>City Attorney<br>YVONNE R. MERÉ, State Bar #173594<br>Chief Deputy City Attorney<br>EDMUND T. WANG, State Bar #278755<br>KAITLYN M. MURPHY, State Bar #293309<br>MIGUEL A. GRADILLA, State Bar #304125<br>JOHN H. GEORGE, State Bar #292332<br>STEVEN A. MILLS, State Bar #328016<br>Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4682<br>Telephone:    (415) 554-3857 (Wang)<br>              (415) 554-6762 (Murphy)<br>              (415) 554-3870 (Gradilla)<br>              (415) 554-4223 (George)<br>              (415) 355-3304 (Mills)<br>Facsimile:    (415) 554-4699<br>E-mail:       edmund.wang@sfcityatty.org<br>              kaitlyn.murphy@sfcityatty.org<br>              miguel.gradilla@sfcityatty.org<br>              john.george@sfcityatty.org<br>              steven.mills@sfcityatty.org | WARREN METLITZKY, State Bar #220758<br>JESSICA ELAINE LANIER, State Bar #303395<br>NATHAN THEOBALD, State Bar #328837<br>CONRAD \| METLITZKY \| KANE LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone:    (415) 343-7103 [Metlitzky]<br>              (415) 343-7100 [Lanier & Theobald]<br>Facsimile:    (415) 343-7101<br>E-mail:       wmetlitzky@conmetkane.com<br>              jlanier@conmetkane.com<br>              ntheobald@conmetkane.com<br><br>Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DEFENDANTS' UPDATED WITNESS LIST**<br><br>Trial Date:    July 28, 2025 |

Defendants' Witness List
CASE NO. 4:22-cv-05502-DMR (LJC)

\\ctyatt06svr\lit_support\govlit\images\230239 coalition on homelessness\working folders\2025-06-20 joint pretrial filing\5c1 joint pre trial statement\5c1di witness list\exhibit b 2025-06-20 ccsf witness list - clean.docx

Defendants disclose the following witnesses for use in their case in chief pursuant to the Court's Third Amended Case Management and Pretrial Order For Court Trial (ECF No. 270) and Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure.[1]

| Full Name | Subject of Testimony | Anticipated Length (In Minutes) |
|---|---|---|
| Via Live Testimony | | |
| Allison Horky (DPH) | The City's policies and practices with respect to encampment resolutions and other interactions with unhoused individuals. | 15 |
| Arielle Piastunovich (HSH) | The dates and locations of encampment resolutions and the City's practice of posting notices; shelter offers and outreach; lack of deliberate indifference; knowledge of Plaintiffs and likely witness. | 30 |
| Arthur Cervantes (DPW) | DPW's recordkeeping using CMMS database and authentication of CMMS records; training on CMMS database. | 30 |
| Brandon Cunningham (SFFD) | Conduct of HSOC and JFO operations; conditions in the field; lack of deliberate indifference. | 20 |
| Brittany Brandon (DPW) | City's training on and compliance with the bag and tag policy with an emphasis on Hot Spot, Zone, Alley Crews, and Sup II meetings; discipline related to bag and tag policy; DPW organizational structure; conditions in the field; lack of deliberate indifference. | 90 |
| Carla Short (DPW) | City's training on and compliance with the bag and tag policy, including changes to the policy over time; discipline related to bag and tag policy; DPW organizational structure; lack of deliberate indifference. | 120 |
| Carolos Wadkins (Former CoH Employee) | Lack of standing; Coalition's operations and membership; Coalition's surveillance of City operations and training on the same; Coalition's understanding of the bag and tag policy; | 75 |

---

[1] All witnesses will testify live unless otherwise noted. Defendants reserve the right to call at trial any witness listed by Plaintiffs. This witness list is contingent on the Court's rulings before and after trial and the development of the evidence at trial.  The listing of a witness is not a concession that the witness may be properly called by another party in all parts of the trial or for all purposes. Defendants reserve the right to not call listed witnesses or to supplement this witness list in the future. Defendants reserve the right to designate the deposition testimony of any witness who is unavailable for trial.  Defendants reserve the right to offer deposition testimony in lieu of in person testimony insofar as permitted by the Federal Rules of Civil Procedure and Federal Rules of Evidence, and reserve the right to use deposition testimony on cross-examination.

| Full Name | Subject of Testimony | Anticipated Length (In Minutes) |
|---|---|---|
| | alleged organizational harms; alleged property destruction; relationship with Plaintiffs' disclosed expert Chris Herring. | |
| Darryl Dilworth (DPW) | City's training on and compliance with the bag and tag policy with an emphasis on Hot Spot Team and JFO; conditions in the field; DPW organizational structure; discipline related to bag and tag policy; lack of deliberate indifference. | 90 |
| David Nakanishi (DEM) | City's encampment resolutions and other interactions with unhoused individuals, including but not limited to HSOC and JFO missions, operations, policies, protocols, and practices; community engagement; City's compliance with bag and tag policy and notice requirements; shelter and property programs; lack of deliberate indifference; knowledge of Plaintiffs and likely witness. | 90 |
| Edgar Garcia (DPW) | City's training on and compliance with the bag and tag policy, including changes to the policy over time with an emphasis on Special Projects and Reactionary crews; Sup II meetings; practices at the DPW Storage Yard including storage and retrieval of property; DPW organizational structure; discipline related to bag and tag policy; lack of deliberate indifference. | 60 |
| Emily Cohen (HSH) | Context and perspective on how the City provides resources and services to the unhoused and unsheltered, including resources and services offered to and/or accepted by Plaintiffs and other trial witnesses; lack of deliberate indifference. | 45 |
| Emily Schwartz (HSH) | The City's policies and practices with respect to encampment resolutions and other interactions with unhoused individuals. | 15 |
| Heather Grives (DEM) | The City's policies and practices to dispatch in response to requests related to homelessness or street conditions. | 15 |
| Israel Graham (DPW) | City's training on and compliance with the bag and tag policy with an emphasis on Hot Spot Team and JFO; conditions in the field; lack of deliberate indifference. | 30 |
| James Baird (DEM) | DEM's practices regarding data and analytics including 311. | 15 |
| Jason Adamek (HSA) | City's County Adult Assistance Program ("CAAP"), including but not limited to the shelter and financial benefits available to persons experiencing or at risk of homelessness, policies and protocols related to the issuance of benefits, and benefits information related to Plaintiffs and likely witnesses. | 30 |
| Jennifer Friedenbach (Plaintiff) | Lack of standing; Coalition's operations and membership; Coalition's surveillance of City operations and training on the same; alleged organizational harms; alleged property | 90 |

Defendants' Witness List
CASE NO. 4:22-cv-05502-DMR (LJC)

2

\\ctyatt06svr\lit_support\govlit\images\230239 coalition on homelessness\working folders\2025-06-20 joint pretrial filing\5c1 joint pre trial statement\5c1di witness list\exhibit b 2025-06-20 ccsf witness list - clean.docx

| Full Name | Subject of Testimony | Anticipated Length (In Minutes) |
|---|---|---|
| | destruction; relationship with Plaintiffs' disclosed expert Chris Herring; development of City bag and tag policy. | |
| Jonathan Vaing (DPW) | City's development of, training on, and compliance with the bag and tag policy including changes to the policy over time; discipline related to bag and tag policy; Sup II meetings; DPW organizational structure; discipline related to the bag and tag policy; lack of deliberate indifference. | 120 |
| Jose Torres (SF HOT) | Notice provided in advance of HSOC resolutions; offers of shelter provided to unhoused people during City operations. | 15 |
| Joshua Donohoe (Plaintiff) | Lack of standing; alleged instances of property destruction; alleged membership in Coalition; circumstances on the ground. | 60 |
| Kathy Pezdek (Expert) | Opinions and analysis disclosed in expert report, with special emphasis on the following opinions: (i) memory is a construction process that does not conclude with the end of an event, (ii) memory is a schema-driven process, (iii) gist memory persists longer than memory for specific events, and (iv) the degree to which inattentional blindness impacts the creation and retention of a memory. | 30 |
| Khaled Shehadeh (DPW) | City's training on and compliance with the bag and tag policy with an emphasis on Zone and JFO; conditions in the field; lack of deliberate indifference. | 15 |
| Lisa Rachowicz (HSH) | The nature and availability of the City's and HSH's shelter and storage offerings; shelter programs for Plaintiffs and other witnesses; lack of deliberate indifference. | 30 |
| Lt. Wayman Young (SFPD) | SFPD role in HSOC resolutions and other operations; SFPD HSOC officers conduct and role during HSOC resolutions, JFO operations, and responding to encampment-related 311 complaints; lack of deliberate indifference. | 30 |
| Mark Mazza (DEM) | City's encampment resolutions and other interactions with unhoused individuals, including but not limited to HSOC and JFO missions, operations, policies, protocols, and practices; community engagement; City's compliance with bag and tag policy and notice requirements; shelter and property programs; lack of deliberate indifference; knowledge of Plaintiffs and likely witness. | 90 |
| Mark Roumbanis (DPW) | City's training on and compliance with the bag and tag policy, including changes to the policy over time; Sup II meetings; practices at DPW Storage Yard including storage and retrieval of property; lack of deliberate indifference. | 15 |

| Full Name | Subject of Testimony | Anticipated Length (In Minutes) |
|---|---|---|
| Nicole Delagarza (DPW) | City's training on and compliance with the bag and tag policy; conditions in the field; lack of deliberate indifference. | 15 |
| Pedro Rincon (SFHOT) | Notice provided to residents of encampments in advance of HSOC resolutions; offers of shelter provided to unhoused people during City operations. | 30 |
| Ramzi Asfour (Expert) | Opinions and analysis disclosed in expert report, including that conditions in homeless encampments create a high risk of outbreak of infectious diseases and pose a public health risk not only to the homeless population and to city workers but to individuals residing in homeless encampments. | 30 |
| Sam Dodge (DEM) | City's encampment resolutions and other interactions with unhoused individuals, including but not limited to HSOC and JFO missions, operations, policies, protocols, and practices; community engagement; City's compliance with bag and tag policy and notice requirements; shelter and property programs; lack of deliberate indifference; knowledge of Plaintiffs and likely witness. | 90 |
| Sarah Cronk (Plaintiff) | Lack of standing; alleged instances of property destruction; alleged membership in Coalition; circumstances on the ground. | 60 |
| Sarah Locher (HSH) | Authenticate, sponsor, and explain ONE system data; housing status and history of Plaintiffs and other witnesses; lack of deliberate indifference. | 30 |
| Timur Durrani (Expert) | Opinions and analysis disclosed in expert report including opinions that City workers face danger and hazards (including but not limited to health-related dangers) in conducting street cleaning and property removal of encampments. | 30 |
| Google LLC | Authenticate documents where the parties cannot reach a stipulation. | 10 |
| Leslie St Dre | Authenticate documents where the parties cannot reach a stipulation. | 10 |
| City Custodian of Records | Authenticate documents where the parties cannot reach a stipulation. | 10 |
| Via Deposition Designation | | |

| Full Name | Subject of Testimony | Anticipated Length (In Minutes) |
|---|---|---|
| Sarah Cronk* (Plaintiff, Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Joshua Donohoe* (Plaintiff, Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Jennifer Friedenbach (Employee of Coalition) | Subjects addressed in deposition designations | |
| Coalition on Homeless 30(b)(6) (Plaintiff) | Subjects addressed in deposition designations | |
| Lucas Illa (Employee of Coalition) | Subjects addressed in deposition designations | |
| | | |
| Dylan Verner-Crist (ACLU Investigator) | Subjects addressed in deposition designations | |
| Karina Ioffee (ACLU Investigator) | Subjects addressed in deposition designations | |
| Toro Castano* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| David Martinez* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Melodie ▮▮▮* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Todd Bryant* (Alleged Coalition Member) | Subjects addressed in deposition designations | |

*Defendants preserve their position that these individuals are not members of the Coalition on Homelessness.

Defendants' Witness List
CASE NO. 4:22-cv-05502-DMR (LJC)

5

\\ctyatt06svr\lit_support\govlit\images\230239 coalition on homelessness\working folders\2025-06-20 joint pretrial filing\5c1 joint pre trial statement\5c1di witness list\exhibit b 2025-06-20 ccsf witness list - clean.docx

| Full Name | Subject of Testimony | Anticipated Length (In Minutes) |
|---|---|---|
| Shyhyene Brown* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Shanna Couper Orona* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Sarah Stephenson* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| James Reem* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Larry Ackerman (Alleged Coalition Volunteer) | Subjects addressed in deposition designations | |
| Christin Evans (Alleged Coalition Volunteer) | Subjects addressed in deposition designations | |

Defendants' Witness List
CASE NO. 4:22-cv-05502-DMR (LJC)

6

\\ctyatt06svr\lit_support\govlit\images\230239 coalition on homelessness\working folders\2025-06-20 joint pretrial filing\5c1 joint pre trial statement\5c1di witness list\exhibit b 2025-06-20 ccsf witness list - clean.docx

Dated: June 20, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

By: */s/ Kaitlyn Murphy*
KAITLYN MURPHY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT

Defendants' Witness List
CASE NO. 4:22-cv-05502-DMR (LJC)

7

\\ctyatt06svr\lit_support\govlit\images\230239 coalition on homelessness\working folders\2025-06-20 joint pretrial filing\5c1 joint pre trial statement\5c1di witness list\exhibit b 2025-06-20 ccsf witness list - clean.docx