# EXHIBIT D TO
# JOINT PRETRIAL STATEMENT

I.  **DEPOSITION DESIGNATIONS**

   A.  **Plaintiffs' Deposition Designations & Defendants' Counter-Designations**

**Code to Objections**

|         |                                                                          |
|---------|--------------------------------------------------------------------------|
| AF      | Assumes facts not in evidence                                            |
| CD      | Compound                                                                 |
| F       | Lacks foundation                                                         |
| NR      | Not responsive                                                           |
| S       | Scope                                                                    |
| V       | Vague                                                                    |
| FRE 402 | Relevance                                                                |
| FRE 403 | Unduly prejudicial, confusing, misleading, delay, waste of time, or cumulative |

| Plaintiffs' Designations | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Objections to Defendants' Counter-Designations |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

   B.  **Defendants' Deposition Designations & Plaintiffs' Counter-Designations**

**Code to Objections**

|         |                                                                          |
|---------|--------------------------------------------------------------------------|
| AF      | Assumes facts not in evidence                                            |
| CD      | Compound                                                                 |
| F       | Lacks foundation                                                         |
| NR      | Not responsive                                                           |
| S       | Scope                                                                    |
| V       | Vague                                                                    |
| FRE 402 | Relevance                                                                |
| FRE 403 | Unduly prejudicial, confusing, misleading, delay, waste of time, or cumulative |

**Sarah Cronk*, September 23, 2024**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 31:21-32:8 | | | |
| 32:14-16 | | | |
| 37:22-38:6 | | | |
| 41:18:24 | | | |
| 54:14-56:25 | | | |
| 57:16-58:7 | | | |
| 59:22-60:23 | | | |
| 61:5-62:18 | | | |
| 78:11-79:8 | | | |
| 92:21-93:17 | | | |
| 94:11-17 | | | |
| 96:18-97:9 | | | |
| 98:9-18 | | | |
| 98:24-99:25 | | | |
| 100:5-101:6 | | | |
| 101:22-103:9 | | | |
| 103:21-104:5 | | | |
| 131:23-133:6 | | | |
| 134:1-6 | | | |
| 134:19-135:6 | | | |
| 135:17-136:10 | | | |
| 136:14-137:11 | | | |
| 145:13-22 | | | |
| 152:14-153:7 | | | |
| 154:7-24 | | | |
| 156:3-10 | | | |
| 156:15-10 | | | |
| 157:19-22 | | | |
| 158:3-159:6 | | | |
| 159:25-160:4 | | | |
| 161:9-162:3 | | | |
| 263:2-8 | | | |
| 263:23-264:5 | | | |
| 273:1-20 | | | |

---

\* Defendants preserve their position that these individuals are not members of the Coalition on Homelessness.

**Joshua Donohoe\*, November 12, 2024**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 24:20-25:12 | | | |
| 37:1-11 | | | |
| 37:19-38:1 | | | |
| 42:7-43:1 | | | |
| 43:21-44:19 | | | |
| 45:11-20 | | | |
| 45:24-46:4 | | | |
| 47:7-48:10 | | | |
| 49:11-18 | | | |
| 49:23-50:1 | | | |
| 52:7-9 | | | |
| 56:17-57:4 | | | |
| 57:9-14 | | | |
| 58:3-16 | | | |
| 58:23-24 | | | |
| 59:1 | | | |
| 61:9-24 | | | |
| 65:14-18 | | | |
| 66:1-67:2 | | | |
| 72:8-73:13 | | | |
| 81:1-17 | | | |
| 84:1-13 | | | |
| 125:20-126:8 | | | |
| 126:19-127:18 | | | |
| 158:13-17 | | | |
| 159:6-14 | | | |
| 159:25-161:7 | | | |
| 161:14-16 | | | |
| 161:22-162:4 | | | |
| 162:10-16 | | | |
| 165:10-20 | | | |
| 180:19-21 | | | |
| 192:12-16 | | | |
| 193:19-195:7 | | | |
| 196:7-18 | | | |
| 198:11-17 | | | |
| 198:24-199:12 | | | |
| 201:7-202:12 | | | |
| 205:1-6 | | | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 220:5-25 | | | |
| 228:19-230:2 | | | |
| 230:18-231:17 | | | |
| 231:20-233:7 | | | |
| 233:22-235:10 | | | |
| 236:5-237:3 | | | |
| 237:24-239:12 | | | |
| 241:8-241:19 | | | |
| 242:17-242:22 | | | |
| 245:20-23 | | | |
| 246:4-12 | | | |
| 246:24-247:2 | | | |

**Coalition on Homelessness 30(b)(6), February 28, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 13:22-14:9 | | | |
| 15:1-3 | | | |
| 21:17-20 | | | |
| 22:12-25 | | | |
| 24:14-24:22 | | | |
| 25:1-23 | | | |
| 26:25-27:2 | | | |
| 27:5-15 | | | |
| 51:11-22 | | | |
| 53:1-3 | | | |
| 55:16-21 | | | |
| 71:17-25 | | | |
| 73:4-20 | | | |
| 74:24-75:13 | | | |
| 78:3-18 | | | |
| 79:25-80:20 | | | |
| 82:15-18 | | | |
| 84:16-86:1 | | | |
| 89:6-9 | | | |
| 89:19-25 | | | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 92:7-12 | | | |
| 96:19-25 | | | |
| 98:1-22 | | | |
| 99:12-14 | | | |
| 101:15-19 | | | |
| 102:7-102:23 | | | |
| 110:24-112:4 | | | |
| 112:21-113:9 | | | |
| 132:24-133:4 | | | |
| 135:15-23 | | | |
| 142:17-25 | | | |
| 144:13-145:4 | | | |
| 148:9-12 | | | |
| 153:5-19 | | | |
| 155:17-18 | | | |
| 208:1-12 | | | |
| 250:18-25 | | | |
| 257:10-15 | | | |
| 258:1-259:15 | | | |
| 265:20-267:6 | | | |
| 271:11-273:3 | | | |
| 278:3-7 | | | |
| 279:6-9 | | | |
| 279:18-281:2 | | | |
| 283:22-284:2 | | | |

**Jennifer Friedenbach, February 27, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 37:24-38:21 | | | |
| 76:22-77:15 | | | |
| 82:5-83:21 | | | |
| 93:3-4 | | | |
| 93:19-94:13 | | | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 100:5-10 | | | ; |
| 103:17-104:10 | | | |
| 107:18-108:25 | | | |
| 124:10-25 | | | |
| 125:9-126:19 | | | |
| 128:25-132:4 | | | |
| 159:18-160:5 | | | |
| 160:20-25 | | | |
| 163:3-19 | | | |
| 166:20-167:8 | | | |
| 168:16-21 | | | |
| 171:14-18 | | | |
| 171:23-172:6 | | | |
| 175:1-4 | | | |
| 175:15-18 | | | |

**Lukas Illa, February 20, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 36:3-14 | | | |
| 39:16-46:18 | | | |
| 49:15-18 | | | |
| 93:25-94:2 | | | |
| 95:19-96:20 | | | |
| 98:13-100:8 | | | |
| 101:12-105:6 | | | |
| 107:10-108:18 | | | |
| 109:21-110:4 | | | |
| 110:25-111:11 | | | |
| 116:9-12 | | | |
| 151:13-16 | | | |
| 157:5-17 | | | |
| 159:14-160:17 | | | |
| 163:13-164:9 | | | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 164:17-24 | | | |
| 165:16-167:5 | | | |
| 169:8-21 | | | |

**Dylan Verner-Crist, March 4, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 105:9-24 | | | |
| 108:5-109:19 | | | |

**Karina Ioffee, March 4, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 13:8-9 | | | |
| 13:12-13 | | | |
| 13:25-14:1 | | | |
| 14:6-9 | | | |
| 14:23-15:4 | | | |
| 22:19-24 | | | |
| 28:9-12 | | | |
| 31:10-11 | | | |
| 31:13-17 | | | |
| 50:23-25 | | | |
| 51:24-52:1 | | | |
| 52:5-7 | | | |
| 52:12-14 | | | |
| 52:25-53:1 | | | |
| 53:12-17 | | | |
| 53:23-25 | | | |

| | | | |
|---|---|---|---|
| 57:5-6 | | | |
| 57:11-12 | | | |
| 59:18-21 | | | |
| 60:24-61:6 | | | |
| 62:23-63:3 | | | |
| 66:12-16 | | | |
| 70:6-21 | | | |
| 77:4-9 | | | |
| 77:11-13 | | | |
| 77:21-78:3 | | | |
| 80:23-25 | | | |
| 81:2-4 | | | |
| 81:6-8 | | | |
| 81:10-11 | | | |
| 111:16-18 | | | |
| 112:24-113:11 | | | |
| 113:17-19 | | | |
| 117:21-118:11 | | | |
| 119:3-5 | | | |
| 119:7-12 | | | |
| 119:14 | | | |
| 126:23-24 | | | |
| 126:25-127:4 | | | |
| 127:6-12 | | | |
| 127:14-22 | | | |
| 128:23-129:6 | | | |
| 120:25-131:5 | | | |
| 135:9-11 | | | |
| 135:18-21 | | | |
| 143:17-24 | | | |
| 144:5-9 | | | |
| 150:24-151:8 | | | |
| 155:20-156:3 | | | |
| 156:9-11 | | | |
| 157:21-158:12 | | | |
| 162:20-22 | | | |
| 164:19-165:1 | | | |
| 165:5-7 | | | |

| | | | |
|---|---|---|---|
| 185:20-186:18 | | | |
| 189:20-190:8 | | | |
| 196:1-21 | | | |
| 199:11-18 | | | |
| 199:22-25 | | | |
| 200:11-13 | | | |
| 202:2-5 | | | |
| 208:22-209:3 | | | |
| 211:15-22 | | | |
| 212:1-10 | | | |
| 212:13-18 | | | |
| 218:2-4 | | | |
| 218:6-7 | | | |
| 218:13-15 | | | |
| 219:7-11 | | | |
| 219:14-16 | | | |
| 222:5-8 | | | |
| 222:10-11 | | | |
| 247:18-20 | | | |
| 247:22-248:3 | | | |
| 251:22-252:2 | | | |

**Toro Castano\*, October 9, 2024**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 38:19-40:10 | | | |
| 40:15-24 | | | |
| 41:16-17 | | | |
| 48:24-49:2 | | | |
| 53:8-16 | | | |
| 56:16-22 | | | |
| 57:10-24 | | | |
| 58:16-17 | | | |
| 59:9-20 | | | |
| 60:24-61:1 | | | |
| 67:20-68:7 | | | |
| 91:25-93:15 | | | |
| 94:3-4 | | | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 133:6-134:4 | | | |
| 134:13-13:135:5 | | | |
| 135:9-14 | | | |
| 136:6-18 | | | |
| 137:21-139:15 | | | |
| 141:17-142:5 | | | |
| 142:11-13 | | | |
| 143:8-22 | | | |
| 144:10-16 | | | |
| 150:7-151:10 | | | |
| 152:18-20 | | | |
| 153:3-154:2 | | | |
| 154:10-22 | | | |
| 155:16-23 | | | |
| 158:23-160:24 | | | |
| 161:6-12 | | | |
| 162:20-22 | | | |
| 164:2-6 | | | |
| 169:9-171:1 | | | |
| 171:21-23 | | | |
| 172:1-173:5 | | | |
| 173:19-25 | | | |
| 178:19-21 | | | |
| 179:1-10 | | | |
| 183:15-22 | | | |
| 183:25-184:9 | | | |
| 198:10-19 | | | |
| 206:24-207:8 | | | |
| 232:4-232:8 | | | |
| 236:12-237:2 | | | |
| 252:1-253:5 | | | |
| 261:5-11 | | | |
| 278:19-281:25 | | | |
| 308:19-21 | | | |
| 308:25-309:2 | | | |
| 309:9-310:4 | | | |
| 310:16-21 | | | |
| 315:15-316:3 | | | |
| 316:17-20 | | | |
| 320:4-19 | | | |
| 322:18-25 | | | |

**David Martinez*, October 15, 2024**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 27:9-19 | | | |
| 29:14-30:2 | | | |
| 31:24-32:7 | | | |
| 33:2-21 | | | |
| 35:11-20 | | | |
| 36:1-5 | | | |
| 44:2-3 | | | |
| 44:25-45:2 | | | |
| 45:5-9 | | | |
| 47:22-25 | | | |
| 49:9-16 | | | |
| 51:11-19 | | | |
| 55:20-25 | | | |
| 56:8-9 | | | |
| 59:6-11 | | | |
| 74:11-16 | | | |
| 77:17-28 | | | |
| 77:22-78:16 | | | |
| 82:23-83:10 | | | |
| 83:14-22 | | | |
| 84:4-7 | | | |
| 94:9-18 | | | |
| 98:10-16 | | | |
| 100:25-101:6 | | | |
| 101:13-16 | | | |
| 117:10-14 | | | |
| 118:24-119:9 | | | |
| 119:15-16 | | | |
| 121:15-19 | | | |
| 122:11-19 | | | |
| 123:3-7 | | | |
| 123:16-18 | | | |
| 124:4-9 | | | |
| 127:10-19 | | | |
| 128:1-3 | | | |
| 130:20-23 | | | |
| 136:19-23 | | | |
| 137:9-138:18 | | | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 139:12-15 | | | |
| 143:16-21 | | | |
| 144:3-7 | | | |
| 149:6-150:10 | | | |
| 150:21-151:1 | | | |
| 152:15-20 | | | |
| 153:3-5 | | | |
| 199:1-200:6 | | | |
| 227:10-14 | | | |
| 227:21-228:5 | | | |
| 229:24-230:4 | | | |
| 230:24-231:18 | | | |
| 232:2-13 | | | |
| 232:21-233:7 | | | |
| 233:15-24 | | | |
| 234:6-7 | | | |
| 235:9-15 | | | |
| 236:8-15 | | | |
| 236:21-237:5 | | | |
| 240:23-242:3 | | | |
| 245:14-247:3 | | | |
| 249:11-17 | | | |
| 250:3-10 | | | |
| 276:14-18 | | | |
| 278:3-18 | | | |
| 279:1-3 | | | |
| 302:15-303:3 | | | |
| 304:11-13 | | | |

**Melodie ▓▓▓▓▓▓*, March 14, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 29:24-30:11 | | | |
| 30:24-31:4 | | | |
| 31:16-24 | | | |
| 32:6-33:2 | | | |
| 33:4-14 | | | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 34:22-35:4 | | | |
| 35:20—39:6 | | | |
| 39:24-40:4 | | | |
| 40:22-42:11 | | | |
| 43:10-44:10 | | | |
| 47:3-25 | | | |
| 55:7-16 | | | |
| 118:10-119:19 | | | |
| 121:14-126:10 | | | |
| 129:21-25 | | | |
| 130:16-132:1 | | | |

**Todd Bryant*, March 4, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 23:24-5 | | | |
| 25:25-26:1 | | | |
| 26:19-27:6 | | | |
| 28:1-3 | | | |
| 28:16-29:10 | | | |
| 32:15-33:2 | | | |
| 46:4-23 | | | |
| 50:13-22 | | | |
| 51:12-22 | | | |
| 182:8-11 | | | |
| 183:17-24 | | | |
| 189:4-6 | | | |

**Shyhene Brown*, February 6, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 20:19-21:1 | | | |
| 24:16-25:4 | | | |
| 25:15-26:16 | | | |
| 26:22-27:4 | | | |
| 28:2-22 | | | |
| 29:3-4 | | | |
| 48:13-24 | | | |
| 49:18-50:10 | | | |
| 50:22-53:21 | | | |
| 54:1-13 | | | |
| 55:19-24 | | | |
| 56:7-57:2 | | | |
| 59:13-21 | | | |
| 60:20-22 | | | |
| 80:15-18 | | | |
| 85:15-87:1 | | | |
| 87:4-10 | | | |
| 149:9-19 | | | |
| 150:12-151:19 | | | |
| 152:16-153:24 | | | |
| 154:3-11 | | | |
| 172:20-25 | | | |
| 173:14-21 | | | |
| 174:16-18 | | | |
| 174:23-25 | | | |

**Shanna Couper Orona*, February 28, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 16:6-9 | | | |
| 21:8-22:9 | | | |
| 22:21-23:8 | | | |
| 23:20-24:10 | | | |
| 24:13-17 | | | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 37:1-3 | | | |
| 37:9-14 | | | |
| 38:25-39:1 | | | |
| 39:6-10 | | | |
| 39:25-40:1 | | | |
| 40:22-41:47 | | | |
| 41:20-42:9 | | | |
| 43:20-44:4 | | | |
| 65:18-66:15 | | | |
| 70:5-23 | | | |
| 91:9-15 | | | |
| 106:3-10 | | | |
| 111:13-19 | | | |
| 160:19-24 | | | |
| 179:1-8 | | | |
| 179:20-180:10 | | | |
| 181:6-24 | | | |
| 182:14-183:5 | | | |
| 187:2-20 | | | |
| 192:15-193:4 | | | |
| 193:22-194:1 | | | |
| 194:4-24 | | | |
| 195:18-196:10 | | | |
| 196:17-197:2 | | | |
| 197:14-199:7 | | | |
| 199:17-200:5 | | | |

**Sarah J. Stephenson*, January 22, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 18:22-19:13 | | | |
| 19:22-24 | | | |
| 24:2-20 | | | |
| 26:3-9 | | | |
| 26:22-27:4 | | | |
| 27:19-21 | | | |
| 36:13-19 | | | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 48:11-14 | | | |
| 51:8-13 | | | |
| 65:22-66:2 | | | |
| 66:9-11 | | | |
| 68:6-8 | | | |
| 81:1-7 | | | |
| 90:8-10 | | | |
| 102:13-16 | | | |
| 109:22-25 | | | |
| 111:1-4 | | | |
| 127:4-6 | | | |
| 153:20-154:1 | | | |
| 155:18-156:18 | | | |
| 157:15-158:8 | | | |
| 162:15-25 | | | |
| 163:17-19 | | | |
| 164:1-8 | | | |
| 164:14-18 | | | |

**James Reem*, February 27, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 23:11-24:16 | | | |
| 26:6-28:6 | | | |
| 31:11-33:6 | | | |
| 34:4-7 | | | |
| 42:19-43:24 | | | |
| 44:6-13 | | | |
| 50:4-5 | | | |
| 51:25-52:8 | | | |
| 72:11-73:16 | | | |
| 79:4-80:1 | | | |
| 80:11-83:19 | | | |
| 84:20-85:4 | | | |
| 85:11-86:2 | | | |
| 87:17-25 | | | |
| 96:14-98:10 | | | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 108:23-109:24 | | | |
| 110:6-113:5 | | | |
| 129:3-12 | | | |
| 137:13-138:7 | | | |
| 203:12-17 | | | |
| 203:25-204:3 | | | |

**Larry Ackerman, March 6, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 50:6-25 | | | |
| 98:23-99:8 | | | |
| 227:2-7 | | | |

**Christin Evans, March 10, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|
| 134:4-135:11 | | | |
| 146:2-147:8 | | | |
| 148:6-9 | | | |
| 151:25-152:16 | | | |
| 167:20-169:19 | | | |
| 172:7-13 | | | |