1  EMERY CELLI BRINCKERHOFF ABADY
   WARD & MAAZEL LLP
2  Vasudha Talla (SBN 316219)
3  1 Rockefeller Plaza, 8th Floor
   New York, New York
4  Telephone: (212) 763-5000
   vtalla@ecbawm.com
5
6  *Attorneys for Plaintiffs*

7
              **UNITED STATES DISTRICT COURT**
8             **NORTHERN DISTRICT OF CALIFORNIA**
                    **OAKLAND DIVISION**
9

10 | COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
   |---|---|
11 | Plaintiffs, | **DECLARATION OF NISHA KASHYAP IN SUPPORT OF PLAINTIFFS'** |
12 | v. | **MOTION IN LIMINE** |
13 | CITY AND COUNTY OF SAN FRANCISCO, et al., | |
14 | | **Judge:** The Hon. Donna M. Ryu |
15 | Defendants | |

1  I, NISHA KASHYAP, declare as follows:

2  1.  I am an attorney at Lawyers Committee for Civil Rights of the San Francisco Bay Area, counsel for Plaintiffs in the above-captioned action. I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Plaintiffs' Motion in Limine Regarding Shelter Availability.

2.  Attached hereto as Exhibit A is a true and correct copy of Defendants' Trial Witness List served on May 26, 2025.

3.  Attached hereto as Exhibit B is a true and correct copy of an email sent by counsel for Defendants, John George, to counsel for Plaintiffs on August 26, 2024 with the subject line "RE: M&C re: Plts" Interrogatories."

4.  Attached hereto as Exhibit C is a true and correct copy of a letter sent by counsel for Defendants, John George, to counsel for Plaintiffs on September 10, 2024 concerning non-custodial documents and search terms.

5.  Attached hereto as Exhibit D is a true and correct copy of Defendants' Second Supplemental Response to Plaintiffs' First Set of Interrogatories served on March 10, 2025.

6.  Attached hereto as Exhibit E is a true and correct copy of Defendants' Response to Plaintiffs' First 30(b)(6) Notice of Deposition served on January 6, 2025.

7.  Attached hereto as Exhibit F is a true and correct copy of Defendants' Rule 26 Initial Disclosures served on January 5, 2023.

8.  Attached hereto as Exhibit G is a true and correct copy of Defendants' Second Supplemental Initial Disclosures served on November 12, 2024.

9.  Attached hereto as Exhibit H is a true and correct copy of Defendants' Third Supplemental Initial Disclosures served on March 7, 2025.

10.  Attached hereto as Exhibit I is a true and correct copy of Defendants' Amended Likely Trial Witness List served on December 13, 2024.

1. 11. Attached hereto as Exhibit J is a true and correct copy of an excerpt from the February 12, 2025 deposition testimony of Jason Adamek.

2. 12. As directed by the Court, on June 13, 2025, counsel for Plaintiffs met and conferred with counsel for Defendants regarding the topics of the parties' anticipated motions in limine. The parties were not able to reach an agreement that would obviate the need to file a motion in limine regarding shelter availability.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on June 20, 2025, in Glendale, California.

                                  */s/ Nisha Kashyap*
                                  Nisha Kashyap