# EXHIBIT A

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN THEOBALD, State Bar #328837
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:     (415) 343-7103 [Metlitzky]
               (415) 343-7100 [Lanier & Theobald]
Facsimile:     (415) 343-7101
E-mail:        wmetlitzky@conmetkane.com
               jlanier@conmetkane.com
               ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Trial Date:　　　July 28, 2025 |

Defendants disclose the following witnesses for use in their case in chief pursuant to the Court's Third Amended Case Management and Pretrial Order For Court Trial (ECF No. 270) and Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure.

| Full Name | Subject of Testimony | Anticipated Length (In Minutes) |
|---|---|---|
| **Via Live Testimony** | | |
| Allison Horky (DPH) | The City's policies and practices with respect to encampment resolutions and other interactions with unhoused individuals. | 15 |
| Arielle Piastunovich (HSH) | The dates and locations of encampment resolutions and the City's practice of posting notices; shelter offers and outreach; lack of deliberate indifference; knowledge of Plaintiffs and likely witness. | 30 |
| Arthur Cervantes (DPW) | DPW's recordkeeping using CMMS database and authentication of CMMS records; training on CMMS database. | 30 |
| Brandon Cunningham (SFFD) | Conduct of HSOC and JFO operations; conditions in the field; lack of deliberate indifference. | 20 |
| Brittany Brandon (DPW) | City's training on and compliance with the bag and tag policy with an emphasis on Hot Spot, Zone, Alley Crews, and Sup II meetings; discipline related to bag and tag policy; DPW organizational structure; conditions in the field; lack of deliberate indifference. | 90 |
| Carla Short (DPW) | City's training on and compliance with the bag and tag policy, including changes to the policy over time; discipline related to bag and tag policy; DPW organizational structure; lack of deliberate indifference. | 120 |
| Darryl Dilworth (DPW) | City's training on and compliance with the bag and tag policy with an emphasis on Hot Spot Team and JFO; conditions in the field; DPW organizational structure; discipline related to bag and tag policy; lack of deliberate indifference. | 90 |
| David Nakanishi (DEM) | City's encampment resolutions and other interactions with unhoused individuals, including but not limited to HSOC and JFO missions, operations, policies, protocols, and practices; community engagement; City's compliance with bag and tag policy and notice requirements; shelter and property programs; lack of deliberate indifference; knowledge of Plaintiffs and likely witness. | 90 |
| Edgar Garcia (DPW) | City's training on and compliance with the bag and tag policy, including changes to the policy over time with an emphasis on | 60 |

| Full Name | Subject of Testimony | Anticipated Length (In Minutes) |
|---|---|---|
| | Special Projects and Reactionary crews; Sup II meetings; practices at the DPW Storage Yard including storage and retrieval of property; DPW organizational structure; discipline related to bag and tag policy; lack of deliberate indifference. | |
| Emily Cohen (HSH) | Context and perspective on how the City provides resources and services to the unhoused and unsheltered, including resources and services offered to and/or accepted by Plaintiffs and other trial witnesses; lack of deliberate indifference. | 45 |
| Emily Schwartz (HSH) | The City's policies and practices with respect to encampment resolutions and other interactions with unhoused individuals. | 15 |
| Forrest Vickery (Expert) | Opinions and analysis disclosed in expert report including conclusions and findings following his financial analysis of Plaintiff Coalition on Homelessness. | 30 |
| Heather Grives (DEM) | The City's policies and practices to dispatch in response to requests related to homelessness or street conditions. | 15 |
| Israel Graham (DPW) | City's training on and compliance with the bag and tag policy with an emphasis on Hot Spot Team and JFO; conditions in the field; lack of deliberate indifference. | 30 |
| James Baird (DEM) | DEM's practices regarding data and analytics including 311. | 15 |
| Jason Adamek (HSA) | City's County Adult Assistance Program ("CAAP"), including but not limited to the shelter and financial benefits available to persons experiencing or at risk of homelessness, policies and protocols related to the issuance of benefits, and benefits information related to Plaintiffs and likely witnesses. | 30 |
| Jennifer Friedenbach (Plaintiff) | Lack of standing; Coalition's operations and membership; Coalition's surveillance of City operations and training on the same; alleged organizational harms; alleged property destruction; relationship with Plaintiffs' disclosed expert Chris Herring; development of City bag and tag policy. | 90 |
| Jonathan Vaing (DPW) | City's development of, training on, and compliance with the bag and tag policy including changes to the policy over time; discipline related to bag and tag policy; Sup II meetings; DPW organizational structure; discipline related to the bag and tag policy; lack of deliberate indifference. | 120 |
| Jose Torres (SF HOT) | Notice provided in advance of HSOC resolutions; offers of shelter provided to unhoused people during City operations. | 15 |
| Joshua Donohoe (Plaintiff) | Lack of standing; alleged instances of property destruction; alleged membership in Coalition; circumstances on the ground. | 60 |

| Full Name | Subject of Testimony | Anticipated Length (In Minutes) |
|---|---|---|
| Kathy Pezdek (Expert) | Opinions and analysis disclosed in expert report, with special emphasis on the following opinions: (i) memory is a construction process that does not conclude with the end of an event, (ii) memory is a schema-driven process, (iii) gist memory persists longer than memory for specific events, and (iv) the degree to which inattentional blindness impacts the creation and retention of a memory. | 30 |
| Khaled Shehadeh (DPW) | City's training on and compliance with the bag and tag policy with an emphasis on Zone and JFO; conditions in the field; lack of deliberate indifference. | 15 |
| Lisa Rachowicz (HSH) | The nature and availability of the City's and HSH's shelter and storage offerings; shelter programs for Plaintiffs and other witnesses; lack of deliberate indifference. | 30 |
| Lt. Wayman Young (SFPD) | SFPD role in HSOC resolutions and other operations; SFPD HSOC officers conduct and role during HSOC resolutions, JFO operations, and responding to encampment-related 311 complaints; lack of deliberate indifference. | 30 |
| Mark Mazza (DEM) | City's encampment resolutions and other interactions with unhoused individuals, including but not limited to HSOC and JFO missions, operations, policies, protocols, and practices; community engagement; City's compliance with bag and tag policy and notice requirements; shelter and property programs; lack of deliberate indifference; knowledge of Plaintiffs and likely witness. | 90 |
| Mark Roumbanis (DPW) | City's training on and compliance with the bag and tag policy, including changes to the policy over time; Sup II meetings; practices at DPW Storage Yard including storage and retrieval of property; lack of deliberate indifference. | 15 |
| Nicole Delagarza (DPW) | City's training on and compliance with the bag and tag policy; conditions in the field; lack of deliberate indifference. | 15 |
| Pedro Rincon (SFHOT) | Notice provided to residents of encampments in advance of HSOC resolutions; offers of shelter provided to unhoused people during City operations. | 30 |
| Ramzi Asfour (Expert) | Opinions and analysis disclosed in expert report, including that conditions in homeless encampments create a high risk of outbreak of infectious diseases and pose a public health risk not only to the homeless population and to city workers but to individuals residing in homeless encampments. | 30 |
| Sam Dodge (DEM) | City's encampment resolutions and other interactions with unhoused individuals, including but not limited to HSOC and JFO missions, operations, policies, protocols, and practices; community engagement; City's compliance with bag and tag | 90 |

| Full Name | Subject of Testimony | Anticipated Length (In Minutes) |
|---|---|---|
|  | policy and notice requirements; shelter and property programs; lack of deliberate indifference; knowledge of Plaintiffs and likely witness. |  |
| Sarah Cronk (Plaintiff) | Lack of standing; alleged instances of property destruction; alleged membership in Coalition; circumstances on the ground. | 60 |
| Sarah Locher (HSH) | Authenticate, sponsor, and explain ONE system data; housing status and history of Plaintiffs and other witnesses; lack of deliberate indifference. | 30 |
| Timur Durrani (Expert) | Opinions and analysis disclosed in expert report including opinions that City workers face danger and hazards (including but not limited to health-related dangers) in conducting street cleaning and property removal of encampments. | 30 |
| Google LLC | Authenticate documents where the parties cannot reach a stipulation. | 10 |
| Leslie St Dre | Authenticate documents where the parties cannot reach a stipulation. | 10 |
| City Custodian of Records | Authenticate documents where the parties cannot reach a stipulation. | 10 |
| Via Deposition Designation |  |  |
| Sarah Cronk* (Plaintiff, Alleged Coalition Member) | Subjects addressed in deposition designations |  |
| Joshua Donohoe* (Plaintiff, Alleged Coalition Member) | Subjects addressed in deposition designations |  |
| Jennifer Friedenbach (Employee of Coalition) | Subjects addressed in deposition designations |  |
| Coalition on Homeless 30(b)(6) (Plaintiff) | Subjects addressed in deposition designations |  |
| Lucas Illa (Employee of Coalition) | Subjects addressed in deposition designations |  |

---

*Defendants preserve their position that these individuals are not members of the Coalition on Homelessness.

| Full Name | Subject of Testimony | Anticipated Length (In Minutes) |
|---|---|---|
| Carlos Wadkins (Employee of Coalition) | Subjects addressed in deposition designations | |
| Dylan Verner-Crist (ACLU Investigator) | Subjects addressed in deposition designations | |
| Karina Ioffee (ACLU Investigator) | Subjects addressed in deposition designations | |
| Toro Castano* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| David Martinez* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Melodie ▇▇▇* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Todd Bryant* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Shyhyene Brown* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Shanna Couper Orona* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Sarah Stephenson* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| James Reem* (Alleged Coalition Member) | Subjects addressed in deposition designations | |
| Larry Ackerman (Alleged Coalition Volunteer) | Subjects addressed in deposition designations | |
| Christin Evans (Alleged Coalition Volunteer) | Subjects addressed in deposition designations | |

| | |
|---|---|
| Dated: May 26, 2025 | DAVID CHIU<br>City Attorney<br>YVONNE R. MERÉ<br>EDMUND T. WANG<br>KAITLYN MURPHY<br>MIGUEL A. GRADILLA<br>JOHN H. GEORGE<br>STEVEN A. MILLS<br>Deputy City Attorneys<br><br>By: */s/ Kaitlyn Murphy*<br>     KAITLYN MURPHY<br><br>Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT |


# PROOF OF SERVICE

I, Kaitlyn Murphy, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, City Hall, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

On May 26, 2025, I served the following document(s):

## DEFENDANTS' WITNESS LIST

on the following persons at the locations specified:

| | |
|---|---|
| Andrew Ntim<br>Nisha Kashyap<br>LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY<br>131 Steuart Street, Suite 400<br>San Francisco, CA 94105<br>Telephone:   415-543-9444<br>Facsimile:   415-543-0296<br>Email:   antim@lccrsf.org<br>   nkashyap@lccrsf.org | Scout Katovich<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, Suite 700<br>San Francisco<br>New York, CA 94104<br>Telephone:   212-549-2500<br>Email:   skatovich@aclu.org<br>[Pro Hac Vice Attorney] |
| John Thomas H. Do<br>William S. Freeman<br>ACLU FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone:   415-621-2493 [Do & Freeman]<br>Email:   jdo@aclunc.org<br>   wfreeman@aclunc.org<br><br>[Counsel For Plaintiffs COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL] | Zoe Salzman<br>Vivake Prasad<br>Bianca Herlitz-Ferguson<br>Vasudha Talla<br>EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP<br>1 Rockefeller Plaza, 8th Floor<br>New York, NY 10020<br>Telephone:  212-763-5000<br>Email:   zsalzman@ecbawm.com<br>   vprasad@ecbawm.com<br>   bherlitz-ferguson@ecbawm.com<br>   vtalla@ecbawm.com<br>[Pro Hac Vice Attorneys] |

Warren Metlitzky
Jessica Elaine Lanier
Nathan Theobald
CONRAD METLITZKY KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   (415) 343-7103 [Metlitzky]
             (415) 343-7100 [Lanier & Theobald]
Facsimile:   (415) 343-7101
E-mail:      wmetlitzky@conmetkane.com
             jlanier@conmetkane.com
             ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

in the manner indicated below:

☒   **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: kaitlyn.murphy@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed May 26, 2025, at San Francisco, California.

                              */s/ Kaitlyn Murphy*
                              Kaitlyn Murphy