# EXHIBIT F

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
MEREDITH B. OSBORN, State Bar # 250467
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3857 (Wang)
Facsimile:    (415) 554-4699
E-mail:       jim.emery@sfcityatty.org
              edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Healthy Streets Operation Center (HSOC),<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**INITIAL DISCLOSURES BY DEFENDANTS**<br><br>**[Fed R. Civ. P. 26]**<br><br>Trial Date:    None set.<br>[ |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants (collectively, "San Francisco") provides the following initial disclosures:

### A. Currently Known Individuals Likely to Have Discoverable Information that May Be Used to Support Defendants' Claims or Defenses.[1] Fed. R. Civ. P. 26(a)(1)(A)(i)

The following is a list of each individual, known to San Francisco as of this date and believed by San Francisco to possess discoverable information relevant to disputed facts alleged with particularity in the pleadings. All individuals who are listed who are employees or former employees of the City and County of San Francisco, with the exception of Damon Bennett, Adrinna Malone, and Kaki Marshall may be contacted through the City Attorney's Office.

By making these Initial Disclosures, San Francisco does not waive their right to object or otherwise challenge the admissibility of any testimony proffered by any individual listed. San Francisco also reserves their right to supplement and/or amend these Initial Disclosures as discovery continues and/or as San Francisco prepares for trial. San Francisco further reserve their right to supplement and/or amend these Initial Disclosures to the extent names have been omitted through inadvertence or accident. The addresses and telephone numbers of the other witnesses identified below are provided, to the extent they are available.

|    | WITNESS | SUBJECT | CONTACT |
|----|---------|---------|---------|
| 1. | Jennifer Friedenbach | Allegations in the complaint | |
| 2. | Larry Ackerman | Allegations in the complaint | |
| 3. | Kelley Cutler | Allegations in the complaint | |
| 4. | Christin Evans | Allegations in the complaint | |
| 5. | Ian James | Allegations in the complaint | |
| 6. | Carlos Wadkins | Allegations in the complaint | |
| 7. | Plaintiff Toro Castaño | Allegations in the complaint | |
| 8. | Plaintiff Sarah Cronk | Allegations in the complaint | |

---

[1] Information concerning individuals and documents used solely for impeachment are not disclosed herein. Fed. R. Civ. P. 26(a)(1)(A)(i), and 26(a)(1)(A)(ii).

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 9. | Plaintiff Joshua Donohoe | Allegations in the complaint | |
| 10. | Plaintiff Molique Frank | Allegations in the complaint | |
| 11. | Plaintiff David Martinez | Allegations in the complaint | |
| 12. | Plaintiff Teresa Sandoval | Allegations in the complaint | |
| 13. | Plaintiff Nathaniel Vaughn | Allegations in the complaint | |
| 14. | Damon Bennett | Allegations in the complaint | |
| 15. | Todd Bryant | Allegations in the complaint | |
| 16. | Shyhyene Brown | Allegations in the complaint | |
| 17. | Jefferey Connick | Allegations in the complaint | |
| 18. | Henrick Delamora | Allegations in the complaint | |
| 19. | Patrick Dubose | Allegations in the complaint | |
| 20. | Heather Freehoffer | Allegations in the complaint | |
| 21. | Robert Harrison | Allegations in the complaint | |
| 22. | Jayson Hill | Allegations in the complaint | |
| 23. | Andrew Howard | Allegations in the complaint | |
| 24. | Tricia Hurd | Allegations in the complaint | |
| 25. | Timothy Jones | Allegations in the complaint | |
| 26. | Jezzeille Murdock | Allegations in the complaint | |
| 27. | Shanna Couper Orona | Allegations in the complaint | |
| 28. | Devon Partee | Allegations in the complaint | |
| 29. | Audra Sparks | Allegations in the complaint | |
| 30. | Nichelle Solis | Allegations in the complaint | |
| 31. | Victoria Solomon | Allegations in the complaint | |
| 32. | Vincent Vetter | Allegations in the complaint | |
| 33. | Darrah Reasor | Allegations in the complaint | |
| 34. | JD Cobb | Allegations in the complaint | |
| 35. | Joseph Williams | Allegations in the complaint | |
| 36. | Andrinna Malone | Allegations in the complaint | |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 37. | Kaki Marshall | Allegations in the complaint | |
| 38. | Allison Horky (DPH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 39. | Arielle Piastunovich (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 40. | Eric Yaocheng Lei (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 41. | Capt. Charles Hardiman (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 42. | Darryl Dilworth (DPW) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 43. | David Nakanishi (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 44. | Emily Cohen (HSH) | Encampment resolutions and other interactions with unhoused individuals and San Francisco's efforts to address homelessness | C/o Office of the City Attorney |
| 45. | Mark Mazza (DEM) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 46. | Lt. Sam Christ #501 (SFPD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 47. | Samuel Dodge (DEM) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 48. | Jose Torres (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 49. | Kenny Bruce (DPW) | Interactions with unhoused individuals | C/o Office of the City Attorney |
| 50. | Jonathan Vaing (DPW) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 51. | Mark Roumbanis (DPW) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 52. | Steven Duong (DPW) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 53. | Jeff Kositsky | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 54. | Capt. Michael Mason (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 55. | Larry Stringer (DPW) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 56. | Brenda Meskan (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 57. | Samuel Peoples (DPW) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 58. | Peter Lau (DPW) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 59. | Joseph Lippi | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 60. | Maria Gil (DPH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 61. | Cmdr. Daryl Fong (SFPD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 62. | Lisa Rachowicz (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 63. | Emily Schwartz (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |

|     | WITNESS | SUBJECT | CONTACT |
| --- | --- | --- | --- |
| 64. | Umecke Cannariato (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 65. | Heather Grives (DEM) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 66. | Jorge Morales (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 67. | Pedro Rincon (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 68. | Armond Booth (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 69. | Connie Dixon (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 70. | Nicole Matthews (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 71. | Melvin Caldwell (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 72. | Jeremiah Asuque (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 73. | Krystyn San Jose (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 74. | Kimberly Davis (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 75. | Kamau Williams (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 76. | Elester Hubbard (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 77. | Veronica Marin (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 78. | Armond Lamar Booth (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 79. | Nikia Smith (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 80. | Joshcelyn Johnson (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 81. | Sandra Coreas (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 82. | Maria Ahearne (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 83. | Julia Sakowitz (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 84. | Cordarious Thompson (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 85. | Matthew Marwedel | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 86. | Gretchen Richardson (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 87. | SFHOT Encampment Resolution Team (ERT) members during the relevant time period | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 88. | SFHOT outreach workers related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 89. | Brittany Brandon (DPW) | Encampment resolutions and other interactions with unhoused individuals | |
| 90. | Chris Banks (DPW) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 91. | Damond Harris (DPW) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 92. | DPW personnel related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 93. | Ofc. Juan Fernandez #1561 (SFPD) | Interactions with unhoused individuals | C/o Office of the City Attorney |
| 94. | SFPD officers related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Interactions with unhoused individuals | C/o Office of the City Attorney |
| 95. | Abigail Stewart Kahn | San Francisco's efforts to address homelessness | C/o Office of the City Attorney |
| 96. | Nadia Sesay | San Francisco's efforts to address homelessness | C/o Office of the City Attorney |
| 97. | Trent Rhorer (HSA) | San Francisco's efforts to address homelessness | C/o Office of the City Attorney |
| 98. | Any and all San Francisco personnel identified in any records related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 99. | Any and all SFPD personnel identified in any records, including CAD records and SFPD incident reports, related to any interactions between individual(s) experiencing homelessness | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |

| WITNESS | SUBJECT | CONTACT |
|---|---|---|
| | and San Francisco at issue in the complaint | |
| 100. | Any and all DPW personnel identified in any records, including bag-and-tag forms and logs, service requests, and daily field reports, related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 101. | Any and all HSH personnel, including SFHOT personnel, identified in any records, including notifications and client logs, related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 102. | Any and all DEM personnel identified in any records related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 103. | Any and all SFFD personnel identified in any records related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 104. | Any and all DPH personnel identified in any records related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 105. | Custodian of Records (DEM) | Authentication of records | C/o Office of the City Attorney |
| 106. | Custodian of Records (HSH) | Authentication of records | C/o Office of the City Attorney |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 107. | Custodian of Records (SFPD) | Authentication of records | C/o Office of the City Attorney |
| 108. | Custodian of Records (DPW) | Authentication of records | C/o Office of the City Attorney |
| 109. | Custodian of Records (SFFD) | Authentication of records | C/o Office of the City Attorney |
| 110. | Custodian of Records (DPH) | Authentication of records | C/o Office of the City Attorney |
| 111. | Custodian of Records (HSOC) | Authentication of records | C/o Office of the City Attorney |
| 112. | Individuals identified in Plaintiffs' initial disclosures | | |
| 113. | Individuals identified in discovery | | |

To the extent San Francisco has omitted any name through inadvertence or accident, they reserve the right to supplement such disclosures. San Francisco also reserves the right to supplement upon further discovery and investigation, and additionally include any individual omitted herein or whose name appears in any document disclosed herein or produced during discovery.

### B. Description of Documents that May Be Used to Support Claims and Defenses.[2] Fed. R. Civ. P. 26(a)(1)(A)(ii).

The following documents, data compilations, and/or tangible things are or may be in San Francisco's possession, custody, or control and may be used by San Francisco to support their claims or defenses (excluding impeachment information). By making these Initial Disclosures, San Francisco does not waive any applicable privileges or their right to object or otherwise challenge the admissibility of any document listed. San Francisco also reserves the right to supplement and/or amend these Initial Disclosures as discovery continues and/or as San Francisco prepares for trial.

| 1. | Written notifications of HSOC resolutions from the relevant time period |
|---|---|
| 2. | Documents related to written notifications of HSOC resolutions, including communications and photographs, from the relevant time period |

---

[2] Information concerning individuals and documents used solely for impeachment are not disclosed herein. Fed. R. Civ. P. 26(a)(1)(A)(i), and 26(a)(1)(A)(ii).

| 3. | HSOC Schedules from the relevant time period |
|---|---|
| 4. | HSOC Daily Operations Call notes from the relevant time period |
| 5. | HSOC Client Log(s) from the relevant time period |
| 6. | HSOC Encampment Reports from the relevant time period |
| 7. | HSOC tent/vehicle count spreadsheet(s) from the relevant time period |
| 8. | HSOC Encampment Assessments from the relevant time period |
| 9. | HSH Daily Allocation Summaries from the relevant time period |
| 10. | HSH Daily Placement Summaries from the relevant time period |
| 11. | CAD printouts and audio related to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 12. | SFPD Incident Reports related to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 13. | Bag-and-tag forms and logs related to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 14. | DPW daily field reports related to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 15. | DPW service requests related to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 16. | SF311 complaints and related records relating to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 17. | Applicable DPW policies and procedures, including DPW bag-and-tag policy(ies), from the relevant time period |
| 18. | Applicable SFPD policies and procedures, including SFPD Department Bulletin No. 19-080, from the relevant time period |
| 19. | Applicable DEM policies and procedures from the relevant time period |
| 20. | Applicable HSH policies and procedures, including guest placement operations, from the relevant time period |
| 21. | Documents produced or subpoenaed in discovery in this action |
| 22. | Documents provided in response to PRA requests to Plaintiffs, or otherwise in Plaintiffs' possession |

| 23. | Documents identified in Plaintiffs' initial disclosures |
|---|---|

**C.     Computation of Damages.  Fed. R. Civ. P. 26(a)(1)(A)(iii).**

Not applicable.

**D.     Insurance Agreement.  Fed. R. Civ. P. 26(a)(1)(A)(iv).**

Not applicable.

Dated:  January 5, 2023

                          DAVID CHIU
                          City Attorney
                          YVONNE R. MERÉ
                          WAYNE SNODGRASS
                          MEREDITH B. OSBORN
                          JAMES M. EMERY
                          EDMUND T. WANG
                          Deputy City Attorneys

                     By: _s/Edmund T. Wang_____
                          EDMUND T. WANG

                          Attorneys for Defendants
                          CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; MAYOR LONDON BREED; SAM DODGE

## PROOF OF SERVICE

I, Pamela Cheeseborough, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, City Hall, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

On January 5, 2023, I served the following document(s):

## INITIAL DISCLOSURES BY DEFENDANTS

on the following persons at the locations specified:

Elisa Marie Della-Piana
Zal Kotval Shroff
LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:   415-543-9444
Facsimile:   415-543-0296
Email:   edellapiana@lccr.com
   zshroff@lccrsf.org

Brandon Lashawn Greene
John Thomas H. Do
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:   702-606-3068 [Green]
   415-621-2493 [Do]
Email:   bgreene@aclunc.org
   jdo@aclunc.org

Joseph Hyuk Lee
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone:   714-540-1235
Facsimile:   714-755-8290
Email:   joseph.lee@lw.com

LATHAM & WATKINS LLP
Email:  sf.probono.unhoused.persons.litigation@lw.com

Wesley Tiu
Alfred Carroll Pfeiffer, Jr.
Kevin Wu
Tulin Gurer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:   415-391-0600
Email:   wesley.tiu@lw.com
   al.pfeiffer@lw.com
   kevin.wu@lw.com
   tulin.gurer@lw.com

Rachel Mitchell
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone:   858-523-5400
Email:   rachel.mitchell@lw.com

[Counsel For Plaintiffs COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN]

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: pamela.cheeseborough@sfcityatty.org ☐ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** ☐ **is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed January 5, 2023, at San Francisco, California.

_____
Pamela Cheeseborough