# EXHIBIT G

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**SECOND SUPPLEMENTAL INITIAL DISCLOSURES BY DEFENDANTS**<br><br>**[Fed R. Civ. P. 26]**<br><br>Trial Date:   July 28, 2025 |

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Court's Case Management Order (Dkt. No. 236), Defendants (collectively, "San Francisco") provides the following supplemental initial disclosures:

### A. Currently Known Individuals Likely to Have Discoverable Information that May Be Used to Support Defendants' Claims or Defenses.[1] Fed. R. Civ. P. 26(a)(1)(A)(i)

The following is a list of each individual, known to San Francisco as of this date and believed by San Francisco to possess discoverable information relevant to disputed facts alleged with particularity in the pleadings. For all individuals who are listed who are employees of the City and County of San Francisco, San Francisco objects to listing their home addresses or telephone numbers on grounds of privacy. Those individuals may be contacted through the City Attorney's Office.

By making these Initial Disclosures, San Francisco does not waive their right to object or otherwise challenge the admissibility of any testimony proffered by any individual listed. San Francisco also reserves their right to supplement and/or amend these Initial Disclosures as discovery continues and/or as San Francisco prepares for trial. San Francisco further reserve their right to supplement and/or amend these Initial Disclosures to the extent names have been omitted through inadvertence or accident. The addresses and/or telephone numbers of the other witnesses identified below are provided, to the extent they are available.

|  | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 1 | Jennifer Friedenbach | Allegations in the complaint | |
| 2 | Larry Ackerman | Allegations in the complaint | |
| 3 | Kelley Cutler | Allegations in the complaint | |
| 4 | Christin Evans | Allegations in the complaint | |
| 5 | Ian James | Allegations in the complaint | |
| 6 | Carlos Wadkins | Allegations in the complaint | |
| 7 | Plaintiff Toro Castaño | Allegations in the complaint | |
| 8 | Plaintiff Sarah Cronk (also known as Apple Cronk) | Allegations in the complaint | |
| 9 | Plaintiff Joshua Donohoe | Allegations in the complaint | |
| 10 | Plaintiff Molique Frank | Allegations in the complaint | |
| 11 | Plaintiff David Martinez | Allegations in the complaint | |
| 12 | Plaintiff Teresa Sandoval | Allegations in the complaint | |
| 13 | Plaintiff Nathaniel Vaughn | Allegations in the complaint | |
| 14 | Damon Bennett | Allegations in the complaint | |

---

[1] Information concerning individuals and documents used solely for impeachment are not disclosed herein. Fed. R. Civ. P. 26(a)(1)(A)(i), and 26(a)(1)(A)(ii).

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 15 | Todd Bryant | Allegations in the complaint | |
| 16 | Shyhyene Brown | Allegations in the complaint | |
| 17 | Jefferey Connick | Allegations in the complaint | |
| 18 | Henrick Delamora | Allegations in the complaint | |
| 19 | Patrick Dubose | Allegations in the complaint | |
| 20 | Heather Freehoffer | Allegations in the complaint | |
| 21 | Robert Harrison | Allegations in the complaint | |
| 22 | Jayson Hill | Allegations in the complaint | |
| 23 | Andrew Howard | Allegations in the complaint | |
| 24 | Tricia Hurd | Allegations in the complaint | |
| 25 | Timothy Jones | Allegations in the complaint | |
| 26 | Jezzeille Murdock | Allegations in the complaint | |
| 27 | Shanna Couper Orona | Allegations in the complaint | |
| 28 | Devon Partee | Allegations in the complaint | |
| 29 | Audra Sparks | Allegations in the complaint | |
| 30 | Nichelle Solis | Allegations in the complaint | |
| 31 | Victoria Solomon | Allegations in the complaint | |
| 32 | Vincent Vetter | Allegations in the complaint | |
| 33 | Darrah Reasor | Allegations in the complaint | |
| 34 | JD Cobb | Allegations in the complaint | |
| 35 | Joseph Williams | Allegations in the complaint | |
| 36 | Andrinna Malone | Allegations in the complaint | |
| 37 | Kaki Marshall | Allegations in the complaint | |
| 38 | Leslie St Dre | Stolen Belongings project concerning allegations in the complaint | https://www.lesliedreyer.com/contact.html |
| 39 | Allison Horky (DPH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 40 | Maria Gil (DPH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 41 | Any and all DPH personnel identified in any records related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 42 | Darryl Dilworth (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag; Training | C/o Office of the City Attorney |
| 43 | Kenny Bruce (DPW) | Interactions with unhoused individuals; Bag and Tag; Training | C/o Office of the City Attorney |
| 44 | Jonathan Vaing (DPW) | Bag and Tag Training; DPW Storage Yard; Special Projects; | C/o Office of the City Attorney |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 45 | Mark Roumbanis (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag; Training; DPW Storage Yard; Special Projects | C/o Office of the City Attorney |
| 46 | Brittany Brandon (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag | C/o Office of the City Attorney |
| 47 | Chris Banks (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag | C/o Office of the City Attorney |
| 48 | Carla Short (DPW) | DPW policies and procedures including Bag and Tag; DPW structure and organization; DPW training | C/o Office of the City Attorney |
| 49 | Kenneth Leon (DPW) | Encampment resolutions and other interactions with unhoused individuals; DPW Bag and Tag | C/o Office of the City Attorney |
| 50 | Edgar Garcia (DPW) | Encampment resolutions and other interactions with unhoused individuals; DPW Bag and Tag; Special Projects | C/o Office of the City Attorney |
| 51 | Arthur Cervantes (DPW) | CMMS Database and DPW recordkeeping | C/o Office of the City Attorney |
| 52 | Nicole Delagarza (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag; Training | C/o Office of the City Attorney |
| 53 | Khaled Shehadeh (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag; Training | C/o Office of the City Attorney |
| 54 | Kenny Simmon Jr. (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag; Training | C/o Office of the City Attorney |
| 55 | Israel Graham (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag | C/o Office of the City Attorney |
| 56 | Alaric Degrafinried (DPW) | DPW policies and procedures including Bag and Tag; DPW structure and organization; DPW training | C/o Office of the City Attorney |
| 57 | John Reilly (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag; Training | C/o Office of the City Attorney |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 58 | DPW personnel related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag | C/o Office of the City Attorney |
| 59 | Any and all DPW personnel identified in any records, including bag-and-tag forms and logs, service requests, and daily field reports, related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag | C/o Office of the City Attorney |
| 60 | Arielle Piastunovich (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 61 | Eric Yaocheng Lei (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 62 | Emily Cohen (HSH) | Encampment resolutions and other interactions with unhoused individuals and San Francisco's efforts to address homelessness | C/o Office of the City Attorney |
| 63 | Brenda Meskan (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 64 | Lisa Rachowicz (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 65 | Emily Schwartz (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 66 | Umecke Cannariato (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 67 | Sarah Locher (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 68 | Louis Bracco (HSH) | Property storage partnership programs | C/o Office of the City Attorney |
| 69 | Any and all HSH personnel, including SFHOT personnel, identified in any records, including notifications and client logs, related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |

| WITNESS | | SUBJECT | CONTACT |
|---|---|---|---|
| 70 | Capt. Charles Hardiman (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 71 | Capt. Michael Mason (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 72 | Sean Delisse (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 73 | Carl Beger (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 74 | Seamus O'Donnell (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 75 | James O'Donnell (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 76 | Leslie Fong (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 77 | Brandon Cunningham (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 78 | Any and all SFFD personnel identified in any records related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 79 | David Nakanishi (DEM) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 80 | Mark Mazza (DEM) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 81 | Samuel Dodge (DEM) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 82 | James Baird (DEM) | DEM data and analytics | C/o Office of the City Attorney |
| 83 | Heather Grives (DEM) | DEM dispatch related to homelessness | C/o Office of the City Attorney |
| 84 | Any and all DEM personnel identified in any records related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 85 | Lt. Sam Christ #501 (SFPD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 86 | Cmdr. Daryl Fong (SFPD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 87 | Ofc. Juan Fernandez #1561 (SFPD) | Interactions with unhoused individuals | C/o Office of the City Attorney |
| 88 | Lt. Wayman Young (SFPD) | Interactions with unhoused individuals; SFPD policies, procedures, and training | C/o Office of the City Attorney |
| 89 | Sgt. Dennis Hoang (SFPD) | Interactions with unhoused individuals; SFPD policies, procedures, and training | C/o Office of the City Attorney |
| 90 | SFPD officers related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Interactions with unhoused individuals | C/o Office of the City Attorney |
| 91 | Any and all SFPD personnel identified in any records, including CAD records and SFPD incident reports, related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 92 | Jose Torres (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 93 | Jorge Morales (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 94 | Pedro Rincon (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 95 | Armond Booth (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 96 | Connie Dixon (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 97 | Nicole Matthews (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 98 | Melvin Caldwell (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 99 | Jeremiah Asuque (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 100 | Krystyn San Jose (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 101 | Kimberly Davis (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 102 | Kamau Williams (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 103 | Elester Hubbard (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 104 | Veronica Marin (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 105 | Armond Lamar Booth (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 106 | Nikia Smith (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 107 | Joshcelyn Johnson (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 108 | Sandra Coreas (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 109 | Maria Ahearne (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 110 | Julia Sakowitz (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 111 | Cordarious Thompson (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 112 | Gretchen Richardson (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 113 | SFHOT Encampment Resolution Team (ERT) members during the relevant time period | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 114 | SFHOT outreach workers related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 115 | Trent Rhorer (HSA) | San Francisco's efforts to address homelessness | C/o Office of the City Attorney |
| 116 | Custodian of Records (HSA) | Authentication of Records | C/o Office of the City Attorney |
| 117 | Jason Adamek (HSA) | County Adult Assistance Programs (CAAP) | C/o Office of the City Attorney |
| 118 | Doris Barone (HSA) | Journey Home Program | C/o Office of the City Attorney |

| WITNESS | SUBJECT | CONTACT |
|---|---|---|
| 119 Tim Felton (PRT) | Port policies and procedures around encampments, security, and property | C/o Office of the City Attorney |
| 120 Kyle Thomas (PRT) | Port policies and procedures around encampments, security, and property | C/o Office of the City Attorney |
| 121 Sgt. Christopher Hiralez (Rec and Park) | Recreation and Parks Department policies and practices regarding interactions with unhoused individuals and property in RPD parks | C/o Office of the City Attorney |
| 122 Amanda Barrows (Rec and Park) | Recreation and Parks Department policies and practices regarding interactions with unhoused individuals and property in RPD parks | C/o Office of the City Attorney |
| 123 Nichelle Flintroy (CAT) | Discussion of government claims and small claims actions regarding property destruction, including role of Plaintiffs and their counsel in those matters | C/o Office of the City Attorney |
| 124 Abigail Stewart Kahn | San Francisco's efforts to address homelessness | C/o Office of the City Attorney |
| 125 Any and all San Francisco personnel identified in any records related to any interactions between individual(s) experiencing homelessness and San Francisco at issue in the complaint | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 126 City ADA Coordinators | Discussion of policies to accommodate disabilities and complaints regarding disability access | C/o Office of the City Attorney |
| 127 City Custodians of Record | Authentication of Records | C/o Office of the City Attorney |
| 128 Individuals identified in Plaintiffs' initial disclosures | | |
| 129 Individuals identified in discovery | | |

To the extent San Francisco has omitted any name through inadvertence or accident, they reserve the right to supplement such disclosures. San Francisco also reserves the right to supplement upon further discovery and investigation, and additionally include any individual omitted herein or whose name appears in any document disclosed herein or produced during discovery.

B. **Description of Documents that May Be Used to Support Claims and Defenses.[2] Fed. R. Civ. P. 26(a)(1)(A)(ii).**

The following documents, data compilations, and/or tangible things are or may be in San Francisco's possession, custody, or control and may be used by San Francisco to support their claims or defenses (excluding impeachment information). By making these Initial Disclosures, San Francisco does not waive any applicable privileges or their right to object or otherwise challenge the admissibility of any document listed. San Francisco also reserves the right to supplement and/or amend these Initial Disclosures as discovery continues and/or as San Francisco prepares for trial.

| | |
|---|---|
| 1. | Written notifications of HSOC resolutions from the relevant time period |
| 2. | Documents related to written notifications of HSOC resolutions, including communications and photographs, from the relevant time period |
| 3. | HSOC Schedules from the relevant time period |
| 4. | HSOC Daily Operations Call notes from the relevant time period |
| 5. | HSOC Client Log(s) from the relevant time period |
| 6. | HSOC Encampment Reports from the relevant time period |
| 7. | HSOC tent/vehicle count spreadsheet(s) from the relevant time period |
| 8. | HSOC Encampment Assessments from the relevant time period |
| 9. | HSH Daily Allocation Summaries from the relevant time period |
| 10. | HSH Daily Placement Summaries from the relevant time period |
| 11. | CAD printouts and audio related to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 12. | SFPD Incident Reports related to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 13. | Bag-and-tag forms and logs related to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |

---

[2] Information concerning individuals and documents used solely for impeachment are not disclosed herein. Fed. R. Civ. P. 26(a)(1)(A)(i), and 26(a)(1)(A)(ii).

| | |
|---|---|
| 14. | DPW daily field reports related to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 15. | DPW service requests related to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 16. | SF311 complaints and related records relating to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 17. | Applicable policies and procedures, around bag-and-tag policy(ies), from the relevant time period and associated training records |
| 18. | Applicable SFPD policies and procedures, including SFPD Department Bulletin No. 19-080, from the relevant time period |
| 19. | Applicable DEM policies and procedures from the relevant time period |
| 20. | Applicable HSH policies and procedures, including guest placement operations, from the relevant time period |
| 21. | Documents produced or subpoenaed in discovery in this action |
| 22. | Documents provided in response to PRA requests to Plaintiffs, or otherwise in Plaintiffs' possession |
| 23. | Documents identified in Plaintiffs' initial disclosures |
| 24. | Documents concerning JFO operations, including but not limited to, schedules, notices, and summaries. |
| 25. | DPW CMMS database records for Encampments and Bag and Tag coded interactions, including any associated photographs |
| 26. | Documents showing Plaintiffs and/or individuals Plaintiffs present at trial have settled or lost a trial on the same facts they now allege. |
| 27. | SFPD BWC related to interactions between individual(s) experiencing homelessness and San Francisco from the relevant time period |
| 28. | Claim forms, court pleadings, and settlement agreements related to Plaintiffs' allegations. |
| 29. | Applicable MOD polices and procedures. |
| 30. | Applicable policies concerning ADA compliance |
| 31. | Maps and charts of the City and County of San Francisco |
| 32. | CAAP information related to Plaintiffs' claims |
| 33. | Complaints concerning sidewalk accessibility. And requests for accommodation |

| | |
|---|---|
| 34. | Google Earth/Maps Images concerning encampments |
| 35. | Point-In-Time Surveys |
| 36. | Records concerning shelter or housing status. |
| 37 | Applicable policies across City departments around disabilities. |

**C.    Computation of Damages.  Fed. R. Civ. P. 26(a)(1)(A)(iii).**

Not applicable.

**D.    Insurance Agreement.  Fed. R. Civ. P. 26(a)(1)(A)(iv).**

Not applicable.

Dated:  November 12, 2024

>DAVID CHIU
>City Attorney
>YVONNE R. MERÉ
>WAYNE SNODGRASS
>EDMUND T. WANG
>KAITLYN MURPHY
>MIGUEL A. GRADILLA
>JOHN H. GEORGE
>STEVEN A. MILLS
>Deputy City Attorneys
>
>By:    /s/*Kaitlyn Murphy*
>       KAITLYN MURPHY
>
>Attorneys for Defendants
>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT

**PROOF OF SERVICE**

I, PAMELA CHEESEBOROUGH, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, City Hall, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

On November 12, 2024, I served the following document(s):

**SECOND SUPPLEMENTAL INITIAL DISCLOSURES BY DEFENDANTS**

on the following persons at the locations specified:

Andrew Ntim
Nisha Kashyap
LAWYERS COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:   415-543-9444
Facsimile:   415-543-0296
Email:   antim@lccrsf.org
         nkashyap@lccrsf.org

John Thomas H. Do
William S. Freeman
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:   415-621-2493 [Do & Freeman]
Email:   jdo@aclunc.org
         wfreeman@aclunc.org

[Counsel For Plaintiffs COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN]

Scout Katovich
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco
New York, CA 94104
Telephone:   212-549-2500
Email:   skatovich@aclu.org
[Pro Hac Vice Attorney]

Zoe Salzman
Vivake Prasad
Bianca Herlitz-Ferguson
Vasudha Talla
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue, Ste 10th Floor
New York, NY 10020
Telephone:   212-763-5000
Email:   zsalzman@ecbawm.com
         vprasad@ecbawm.com
         bherlitz-ferguson@ecbawm.com
         vtalla@ecbawm.com
[Pro Hac Vice Attorneys]

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: pamela.cheeseborough@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed November 12, 2024, at San Francisco, California.

*/s/ Pam Cheeseborough*
PAMELA CHEEESBOROUGH