# Placeholder for Exhibit J
## FILED UNDER SEAL