EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Zoe Salzman, *admitted pro hac vice*
Vasudha Talla, SBN 316219
Vivake Prasad, *admitted pro hac vice*
Bianca Herlitz-Ferguson, *admitted pro hac vice*
One Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION IN LIMINE REGARDING SHELTER AVAILABILITY**<br><br>**Judge:** The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

The Court hereby GRANTS Plaintiffs' Motion In Limine Regarding Shelter Availability.

The Court excludes the following witnesses from testifying at trial in their entirety: Emily Cohen, Emily Schwartz, Lisa Rachowicz, and Sarah Locher.

The Court excludes the following witnesses from testifying regarding shelter availability, shelter offers, and Defendants' shelter programs: Arielle Piastunovich, David Nakanishi, Jason Adamek, Jose Torres, Pedro Rincon, Mark Mazza, and Sam Dodge.

The Court further excludes any exhibits in Defendants' trial exhibit list regarding shelter availability, shelter offers, or the City's shelter programs.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE