1  EMERY CELLI BRINCKERHOFF ABADY
   WARD & MAAZEL LLP
2  Vasudha Talla (SBN 316219)
3  1 Rockefeller Plaza, 8th Floor
   New York, New York
4  Telephone: (212) 763-5000
   vtalla@ecbawm.com
5
6  *Attorneys for Plaintiffs*

7
                    **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**
                         **OAKLAND DIVISION**
9

10  COALITION ON HOMELESSNESS, et al.,    | Case No. 4:22-cv-05502-DMR

11                      Plaintiffs,       | **DECLARATION OF BIANCA**
              v.                          | **HERLITZ-FERGUSON IN SUPPORT**
12                                        | **OF PLAINTIFFS' MOTION IN LIMINE**
    CITY AND COUNTY OF SAN FRANCISCO,
13  et al.,                               |
                                          | **Judge:** The Hon. Donna M. Ryu
14                      Defendants
15

16
17
18
19
20
21
22
23
24
25
26
27
28

I, BIANCA HERLITZ-FERGUSON, declare as follows:

1. I am an attorney at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs and admitted before this Court *pro hac vice* in this matter. I submit this declaration in support of Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Criminal History.

1. Attached hereto as Exhibit A is a true and correct copy of certain excerpts from the deposition of Sarah Cronk, dated September 23, 2024.

2. Attached hereto as Exhibit B is a true and correct copy of certain excerpts from the deposition of Joshua Donohoe, dated November 12, 2024.

3. Attached hereto as Exhibit C is a true and correct copy of certain excerpts from the deposition of David Martinez, dated October 15, 2024.

4. Attached hereto as Exhibit D is a true and correct copy of certain excerpts from the deposition of Shyhyene Brown, dated February 6, 2025.

5. Attached hereto as Exhibit E is a true and correct copy of the transcript of proceedings in a virtual hearing before the Court in this matter, held on March 4, 2025.

6. As directed by the Court (Dkt. 389), I met and conferred with Defendants regarding the subject of this motion in limine on June 13, 2025, but was unable to come to an agreement with respect to some or all of the evidence that is the subject of this motion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in New York, New York on June 20, 2025.

Dated: June 20, 2025

                                                          */s/ Bianca Herlitz-Ferguson*
                                                          Bianca Herlitz-Ferguson