EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Zoe Salzman, *admitted pro hac vice*
Vasudha Talla, SBN 316219
Vivake Prasad, *admitted pro hac vice*
Bianca Herlitz-Ferguson, *admitted pro hac vice*
One Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' MOTION IN LIMINE REGARDING ALLEGED DRUG USE, ALLEGED BAD ACTS & ALLEGED CRIMINAL HISTORY** <br><br> **Judge:** The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

The Court hereby GRANTS Plaintiffs' Motion In Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Alleged Criminal History.

The Court excludes deposition designations, trial exhibits, and related trial testimony regarding alleged drug use falling outside of the parameters established in the Court's prior ruling, Dkt. 326. The following deposition designations are hereby excluded: Sarah Cronk Depo. Tr. 131:23-133:6, 134:1-6, 134:19-135:6, 135:17-136:10, 136:14-137:11; Joshua Donohoe Depo. Tr. 66:1-67:2, 72:8-73:13, 228:19-230:2, 230:18-231:17, 231:20-233:7, 233:22-235:10, 236:5-237:3, 237:24-239:12, 241:8-241:19, 242:17-242:22; David Martinez Depo. Tr. 77:17-18, 77:22-78:16, 98:10-16; Shyhyene Brown Depo. Tr. 85:15-87:1, 87:4-10. The following trial exhibits are hereby excluded: Defendants' Trial Exhibit ("DX") 1991, DX-2217, DX-4489, DX-4494.

Any testimony related to the above designations or exhibits are excluded; and any other deposition designations and trial exhibits not listed above, but which exceed the permitted parameters noted above and in Dkt. 326, are also hereby excluded.

The Court further excludes the following trial exhibits consisting of SFPD incident reports: DX-1985; DX-1986; DX-1987; DX-1988; DX-1989; DX-1990; DX-1991; DX-1992; DX-1993; DX-1994; DX-1995; DX-1996; DX-1997; DX-1998; DX-2001; DX-2002; DX-2003; DX-4489; DX-4492; DX-4494; DX-4495; DX-4496; DX-4497; DX-4498; DX-4501; DX-4504; DX- 4506.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE