| | |
|---|---|
| 1 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| 2 | William S. Freeman SBN 82002 |
| 3 | 39 Drumm Street |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 293-6333 |
| 5 | wfreeman@aclunc.org |
| 6 | *Attorney for Plaintiffs* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
|---|---|
| Plaintiffs, | **DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS OPINIONS OF DR. KATHY PEZDEK** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants | **Judge:** The Hon. Donna M. Ryu |

I, WILLIAM S. FREEMAN, declare as follows:

1. I am an attorney at the ACLU Foundation of Northern California, counsel for Plaintiffs in the above-captioned action. I am a member in good standing of the State Bar of California and the bar of this Court. I have personal knowledge of the matters stated herein. I submit this declaration in support of Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. Kathy Pezdek.

2. Plaintiffs' Motion to Exclude relies on deposition testimony and evidence exchanged during fact discovery.

3. Attached as Exhibit A is a true and accurate copy of the Defendants' Rule 26 Expert Disclosure, produced by Defendants pursuant to Federal Rule of Civil Procedure 26(a)(2)(c).

4. Attached as Exhibit B is a true and accurate copy of the undated expert report of Dr. Pezdek (excluding exhibits), produced by Defendants on March 10, 2025.

5. Attached as Exhibit C is a true and accurate copy of excerpts of the transcript of the deposition of Dr. Pezdek, conducted on April 7, 2025, including a correction at page 33, line 9 that was set forth in the errata sheet subsequently submitted by Dr. Pezdek.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 18, 2025, at Hillsborough, California.

/s/ William S. Freeman
William S. Freeman