# Exhibit A

1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-3857 (Wang)
8                (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
9                (415) 554-4223 (George)
                 (415) 355-3304 (Mills)
10 Facsimile:    (415) 554-4699
   E-mail:       edmund.wang@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
12               john.george@sfcityatty.org
                 steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17 COALITION ON HOMELESSNESS;          | Case No. 4:22-cv-05502-DMR (LJC)
   SARAH CRONK; JOSHUA DONOHOE;        |
18 MOLIQUE FRANK; DAVID MARTINEZ;      | **DEFENDANTS' RULE 26 EXPERT**
   TERESA SANDOVAL,                    | **DISCLOSURE**
19                                     |
20      Plaintiffs,                    |
                                       |
21      vs.                            | Trial Date:         July 28, 2025
                                       |
22 CITY AND COUNTY OF SAN              |
   FRANCISCO, et al.,                  |
23                                     |
        Defendants.                    |

24

25

26

27

28

**TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, San Francisco Department of Emergency Management (collectively "Defendants") hereby disclose the following retained experts that Defendants may call at trial:

1.    **Dr. Kathy Pezdek, Ph.D.**

Dr. Pezdek is a retained expert in the field of cognitive science, a field which studies perception, attention, and memory. Dr. Pezdek will testify regarding the science concerning the fallibility of event memory in general, with a focus on four major principles that characterize cognitive processing and memory for events, and how these principles apply in the instant matter. Dr. Pezdek's expert report, which contains a statement of the compensation to be paid for her study and testimony in the case, CV, which contains a list of her publications, and a list of prior testimony are attached as **Exhibit A**.

2.    **Forrest Vickery**

Mr. Vickery is a retained expert in the field of financial analysis. Mr. Vickery will testify regarding his conclusions and findings following his financial analysis of Plaintiff Coalition on Homelessness. Mr. Vickery's expert report, which contains a statement of the compensation to be paid for his study and testimony in the case, CV, which contains a list of his publications, and a list of prior testimony are attached as **Exhibit B.**

3.    **Dr. Ramzi Asfour**

Dr. Asfour is a retained expert in the field of infectious diseases and public health. Dr. Asfour will testify regarding the infectious disease risks posed by homeless encampments, including the infectious disease risks posed by the various items found at these encampments. Furthermore, Dr. Asfour will also testify on the infectious disease risks posed by storing items found at homeless encampments, including in municipal storage facilities. Dr. Asfour's expert report, which contains a statement of the compensation to be paid for his study and testimony in the case, CV, which contains a list of his publications, and a list of prior testimony are attached as **Exhibit C**.

1          4.      **Dr. Timur Durrani**

2          Dr. Durrani is a retained expert in the fields of occupational and environmental medicine and

3      public health. Dr. Durrani will testify regarding the dangers and hazards, including but not limited to

4      health-related dangers, City workers face in conducting street cleaning and property removal,

5      particularly of encampments and related places of human habitation in public spaces. Dr. Durrani's

6      expert report, CV, which contains a list of his publications, fee schedule, and a list of prior testimony

7      are attached as **Exhibit D.**

8          Defendants reserve the right to introduce the testimony of any and all retained or non-retained

9      expert witnesses disclosed by Plaintiffs in their list of expert witnesses; any and all witnesses called to

10     testify by Plaintiffs whether or not their depositions have been taken; and any and all persons whose

11     depositions have been taken in this action.

12         All rights under Fed. R. Civ. P. 26 are hereby reserved. Defendants also reserve any other

13     constitutional, statutory or common law rights to later name additional experts prior to the time of

14     trial, or to call any expert witness not named in this document whose testimony is needed to aid in the

15     defense of this action and/or refute or rebut the contentions and testimony of any other expert or

16     percipient witness. Defendants reserve the right, at their discretion, not to call any individual

17     designated herein as an expert.

18

19

20

21

22

23

24

25

26

27

28

Dated:  March 10, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys


By:____/s/*Miguel A. Gradilla*_____
MIGUEL A. GRADILLA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT