EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS OPINIONS OF DR. KATHY PEZDEK** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |
| | **Judge:** The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. Kathy Pezdek at the upcoming July 28, 2025 trial. The Court, having fully considered the papers and arguments presented, finds that Dr. Pezdek's testimony is not relevant to any issue before the Court and unhelpful to the trier of fact. The Court hereby grants Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. Kathy Pezdek.

IT IS SO ORDERED.

Dated: _____        _____
                                                                               The Honorable Donna M. Ryu
                                                                                UNITED STATES DISTRICT COURT