1  AMERICAN CIVIL LIBERTIES UNION
2  Scout Katovich, *pro hac vice*
   425 California Street
3  Suite 700
   San Francisco, CA 94104
4  212-549-2500
   skatovich@aclu.org
5
6  *Attorney for Plaintiffs*

7
                      **UNITED STATES DISTRICT COURT**
8                     **NORTHERN DISTRICT OF CALIFORNIA**
                              **OAKLAND DIVISION**
9

10  COALITION ON HOMELESSNESS, et al.,      Case No. 4:22-cv-05502-DMR

11                      Plaintiffs,          **DECLARATION OF SCOUT**
                                             **KATOVICH IN SUPPORT OF**
12              v.                           **PLAINTIFFS' MOTION TO EXCLUDE**
                                             **DEFENDANTS' EXPERT WITNESS**
13  CITY AND COUNTY OF SAN FRANCISCO,        **OPINIONS OF DR. F. RAMZI**
    et al.,                                  **ASFOUR**
14
                        Defendants
15

16                                           **Judge:** The Hon. Donna M. Ryu

17
18
19
20
21
22
23
24
25
26
27
28

I, SCOUT KATOVICH, declare as follows:

1. I am an attorney at the American Civil Liberties Union, admitted *pro hac vice* before this Court and counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. F. Ramzi Asfour.

2. Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. F. Ramzi Asfour relies on deposition testimony and evidence exchanged during fact discovery.

3. Attached as Exhibit A is a true and accurate copy of the Rule 26(a)(2)(B) expert report of Dr. Ramzi Asfour with Appendix A to that report, Dr. Asfour's Curriculum Vitae, dated March 10, 2025.

4. Attached as Exhibit B is a true and accurate copy of excerpts of the transcript of the deposition of Dr. Ramzi Asfour, conducted on April 9, 2025.

5. Attached as Exhibit C a true and accurate copy of the rebuttal expert report of Dr. Dr. Ben King, dated March 24, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed June 20, 2025, in Berkeley, California.

*/s/ Scout Katovich*
Scout Katovich

1