# EXHIBIT A

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

---

**Rule 26(a)(2)(B) REPORT OF F. RAMZI ASFOUR, MD**

**IN THE MATTER OF**

***Coalition on Homelessness et al. v. City and County of San Francisco et al.,***

**Northern District of California, Case No. 3:22-cv-05502**

**March 10, 2025**

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

---

**I, F. Ramzi Asfour, MD, declare as follows:**

**Introduction**

I have been retained to consult as an expert in the matter of *Coalition on Homelessness, et al v. City and County of San Francisco, et al.* by Defendants counsel. I was asked to review a large number of documents and to give my opinion on the infectious disease risks posed by homeless encampments and the items at such encampments. This report is based on information available to me at this time and I reserve the ability to modify or supplement the report should additional information become available. Also, should it become necessary, I reserve the right to respond to the opinions of Plaintiffs experts, if any.

For my work on this matter, I am being compensated at a rate of $550 per hour, except in the event that I testify at a deposition or trial, my fee increases to $600 per hour. Neither the substance of my opinions or the outcome of this litigation impacts my compensation in any way. That is, my compensation is untethered to the substance of my opinions or the outcome of the case.

**QUALIFICATIONS TO OPINE ON THIS MATTER**

I am board-certified in Infectious Diseases and Internal Medicine. I attended New York Medical College for medical school, the California Pacific Medical Center for a three-year Internal Medicine Residency, and the University of California, San Diego, for a three-year fellowship in Infectious Diseases which ended in 2004. I have worked for the World Health Organization, and for the past 17 years have been actively practicing Infectious Diseases. I have had over 72,000 individual patient encounters in infectious diseases and have a broad depth of experience in the field of Infectious Diseases. I hold medical staff privileges at 5 hospitals. I hold the title of Assistant Clinical Professor of Medicine (Volunteer) at the University of California, San Francisco. I hold an active medical license in the states of Arizona, California, Florida, Georgia, Idaho, Nevada, Texas, Utah, and Washington. I am accredited by the Interstate Medical Licensure

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

Compact. I have telemedicine and expert witness registrations in Florida. My curriculum vitae provides more details as to my qualifications.

Attached to this report as Appendix A is a list of all other cases during the past five years that I have testified as an expert in a deposition or at trial. Also, attached as Appendix B is my curriculum vitae, which includes a list of my publications in the past 10 years.

**LICENSES (PARTIAL LIST)**

- American Board of Internal Medicine, Diplomate in Infectious Disease, 2004
- American Board of Internal Medicine, Diplomate #205254, 2001
- California State Medical License #A71648
- United States Drug Enforcement Administration Licensed

**DOCUMENTS REVIEWED**

I have received a folder containing several files, which I have organized and labeled from A to Z. Page references are in parentheses with a letter preceding the page number. The letter refers to the PDF file containing the records sent for my review. I had access to more documents than listed here, but I attach as Appendix C a list of the documents I received.

**A.** 2023-05-22 Dkt 127 Stipulated Protective Order re Highly Sensitive Confidential Information

**B.** Images: CCSF_COH_492836.pdf, CCSF_COH_492902, CCSF_COH_492863, CCSF_COH_492858

**C.** CCSF_COH_492836 to CCSF_COH_492853

**D.** Declarations

D1. 2023-07-06 Dkt 143-4 Berger Declaration ISO CCSF's Opp to Mot to Enforce PI

D2. 2023-07-06 Dkt 143-67 O'Donnell Declaration.pdf

D3. 2022-11-15 Dkt 45-3 CCSF's Opp to MPI—Declaration of Darryl Dilworth.pdf

D4. 2023-07-06 Dkt 143-93 Shehadeh Declaration.pdf

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

---

D5. 2023-09-22 Dkt 193-3 Declaration of Jonathan Vaing.pdf

**E.** Vaing_Jonathan_35396SC-6TRN

**F.** Shehadeh_Khaled_35395SC-6TRN FULL

**G.** Castano_Toro_2024-10-09 35019SC-3TRN FULL

**H.** Cronk_Sarah_2024-09-23

**I.** Delamora_Henrick 35230SC-6TRN FULL

**J.** 022425HorkyRough

**K.** Stephenson_Sarah_33241SCC-5TRN

**L.** 022425JacksonRough

**M.** 021325BarkleyRough

**N.** Nakanishi_David 35408SC-5TRN FULL

**O.** Brown_Shyhyene 35481SC-6TRN FULL

**P.** Stromer_Elizabeth 35482SC-5TRN FULL

**Q.** 021025EricksonRough

**R.** Adamek_Jason 35471SC-7TRN FULL

**S.** Barkley_Cory 33255SCC-7TRN FULL

**T.** Fong_Leslie 35472SC-6TRN FULL

**U.** Roumbanis_Mark 33277SCC-6TRN FULL

**V.** Garcia_Edgar 35470SC-6TRN no exhibitsL

**W.** Garcia Depo Exhibits

**X.** Mazza_Mark 33252SCC-6TRN FULL

**Y.** 022525FriedenbachRough

**Z.** Rincon_Peter 35473SC-6TRN FULL

**AA.** CCSF-COH_244703 Hotspot Weekly Report January 13-19, 2023

**BB.** CCSF-COH_244858 Hotspot Weekly Report January 20-26, 2023

**CC.** CCSF-COH_244974 Hotspot Weekly Report January 27-February 2, 2023

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

**DR. ASFOUR'S OPINIONS**

I have reviewed the above materials, including declarations, and depositions, and reviewed the photographs provided and reached the opinions described below. I hold all of these opinions to a reasonable degree of certainty in my field of expertise (infectious diseases and public health).

Homeless encampments pose a significant risk from a public health standpoint. Infectious disease transmission in small or large homeless encampments has led to the transmission of various infectious diseases along the Western Coast of the United States. My opinion relates to the infectious disease risks of homeless encampments and considers the infections that may be transmitted by items present at such encampments, including discarded needles, food, and food waste found in the encampments, the absence of sanitary facilities, clean running water, human waste, the potential for infestations, and the close quarters that some of the unhoused people are residing in. My opinion, as an infectious diseases and infection prevention expert, also relates to the storage of items potentially contaminated by or containing biohazardous items.

Persons experiencing homelessness (PEH) are often more susceptible to infections due to poor health. They often have compromised immune systems, and suffer from malnutrition, substance use, and chronic illness.

The table below illustrates the infectious disease risks of homeless encampments from reference 14:

| Risk factor | Modes of disease transmission | Communicable disease (examples) |
|---|---|---|
| Inadequate access to personal hygiene | | |
| Handwashing and toilet facilities | • Fecal-oral | • Hepatitis A<br>• Shigella<br>• Norovirus |
| Bathing and skin care | • Direct inoculation | • Skin and soft tissue infections (SSTIs)<br>• Group A streptococcal infections |
| Laundry | • Ectoparasite infestations<br>• Vector-borne illnesses | • Lice<br>• Scabies<br>• Bed bugs<br>• *Bartonella quintana* (louse-borne) |

## F. Ramzi Asfour, MD

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

| | | |
|---|---|---|
| **Inadequate access to resting places** | | |
| Pressure injury from lying on hard surfaces | • Direct contact | • SSTIs |
| Lower extremity stasis dermatitis from lack of places to lie flat | • Direct contact | • SSTIs |
| Congregate settings and increased exposures (shelters, tent dwellings) | • Droplet<br>• Airborne<br>• Direct contact<br>• Fomites | • Norovirus<br>• Influenza<br>• Tuberculosis<br>• Hepatitis A |
| Exposure to disease vectors | • Vector-borne | • Mosquito-borne illnesses, Typhus (flea-borne) |
| **Behavioral risks** | | |
| Exchange of sex for money<br>Sex while high<br>Sexual assault | • Sexual contact | • Syphilis<br>• Gonorrhea<br>• Chlamydia<br>• HIV<br>• Hepatitis B |
| **Comorbid medical conditions** | | |
| Substance abuse, including alcohol, intravenous drug use | • Blood-borne<br>• Skin disruption | • HIV<br>• Hepatitis A<br>• Hepatitis B<br>• Hepatitis C<br>• Invasive group A streptococcal infections<br>• Methicillin resistant *Staphylococcus aureus* |
| Mental illness | • Increase risk behavior<br>• Decreased self-care<br>• Delays in care | May exacerbate multiple conditions |
| **Limited access to healthcare** | | |
| Limited preventive services | • Decreased vaccinations<br>• Increased vulnerability to infections | • Shingles<br>• Pneumonia<br>• Hepatitis A |
| Poorly controlled chronic conditions | • Decreased immunity<br>• Increased vulnerability to infections | • SSTIs |
| Low health literacy | • Delays in care | • Pneumonia requiring hospitalisation due to late presentation |
| Limited medical care | • Decreased secondary and tertiary prevention<br>• Lack of treatment due to inability to find affected individuals | • Severe sequelae of minor medical issues. For example, septic shock from cellulitis related to infected wounds from venous stasis dermatitis. |

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

_____

The following table from reference 14 below also demonstrates the risk, and in some cases the excess risk of certain infectious diseases in PEH.

**Table.** Studies that quantified the risk of infectious diseases, by pathogen, among PEH from the United States and Canada, January 2003–December 2022[a]

| Pathogen (disease) | No. of articles | Study findings among PEH[b] | References |
|---|---|---|---|
| **SSTIs** | | | |
| *Staphylococcus aureus* (staph or MRSA) | 20 | • S aureus colonization: 28%-83%<br>• MRSA colonization: 2%-33%<br>• MRSA risk: PEH were 2 to 5 times more likely to be colonized with MRSA or have a MRSA-positive culture | 17-36 |
| Group A *Streptococcus* | 17 | • Colonization: 2%-9%<br>• Prevalence of invasive group A *Streptococcus* among PEH: 4%-42%<br>• Risk of invasive group A *Streptococcus*: PEH was estimated to have 4 to 50 times the risk versus the general population | 17, 37-52 |
| Skin and soft tissue infection, pathogen not described | 3 | Prevalence: 12%-61% | 53-55 |
| Mpox | 3 | Prevalence: 2%-7% | 56-58 |
| **Respiratory diseases** | | | |
| Respiratory syncytial virus | 1 | • Prevalence: 32%<br>• Hospital readmission: PEH had 2 times the odds of hospital readmission for RSV as non-PEH | 59 |
| *Mycobacterium tuberculosis* | 67 | • Prevalence: 6%-24%<br>• Incidence: 36 to 47 cases per 100 000 people<br>• Mortality risk: PEH had >2 times the odds of dying during treatment for tuberculosis than people who were stably housed | 60-126 |
| SARS-CoV-2 (COVID-19) | 31 | • Prevalence: 1%-70% (across various surveillance efforts in homeless shelters)<br>• Incidence of COVID-19: 568 to 799 per 10 000 person-years<br>• Hospitalization: 65% versus 50% in the general population<br>• Mortality risk: 2 (95% CI, 2-3) times higher than the general population | 127-157 |
| **Sexually transmitted and bloodborne infections** | | | |
| *Chlamydia trachomatis* | 11 | • Prevalence: 3%-54%<br>• Diagnosis rate: 2.0% (95% CI, 1.7%-2.3%) in PEH versus 0.85% (95% CI, 0.84%-0.86%) in non-PEH | 158-168 |
| *Neisseria gonorrhoeae* (gonorrhea) | 9 | • Prevalence: 1%-34%<br>• Diagnosis rate: 1% (95% CI, 1%-2%) in PEH versus 0.33% (95% CI, 0.33%-0.34%) in non-PEH | 158-166 |
| *Treponema pallidum* (syphilis) | 7 | • Prevalence: 1%-39%<br>• Diagnosis rate: 2% (95% CI, 1%-2%) in PEH versus 0.1% (95% CI, 0.1%-0.1%) in non-PEH<br>• Infection risk among patients screened for syphilis: PEH had a 2-times higher likelihood of infection than people who were housed | 158, 165, 169-173 |

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

---

| | | | |
|---|---|---|---|
| *Trichomonas vaginalis* (trichomonas) | 3 | • Prevalence: 12%-26%<br>• Prevalence ratio: 4 times the rate versus the general population | 161, 164, 174 |
| Herpes simplex virus | 1 | Prevalence: 88% | 175 |
| Hepatitis C virus | 72 | Prevalence: 2%-79% | 176-247 |
| **Vectorborne diseases** | | | |
| *Bartonella* species (trench fever or cat scratch fever) | 7 | • Prevalence of pathogen detected in lice collected from PEH: 16%-38%<br>• Prevalence of pathogen detected in human specimens: 15%-86% | 248-254 |
| West Nile virus | 2 | • Prevalence: 6%-7%<br>• Hospitalization risk: people who were not securely housed had nearly 21-times higher likelihood of being hospitalized for West Nile virus illness and 29-times higher likelihood of being hospitalized for encephalitis than the general population | 255, 256 |
| *Rickettsia* species | 1 | Seropositivity: 11% | 257 |

**Table.** (continued)

| Pathogen (disease) | No. of articles | Study findings among PEH[b] | References |
|---|---|---|---|
| **Waterborne and foodborne diseases** | | | |
| *Shigella* species (shigellosis) | 4 | • Prevalence: 7%-45%<br>• Prevalence ratio: 4 (95% CI, 1-11) versus people with secure housing | 258-261 |
| Enterotoxigenic *Escherichia coli* | 1 | Stool sample positivity: 12% | 262 |
| *Giardia* species (giardiasis) | 1 | Stool sample positivity: 8% | 262 |
| *Salmonella* species | 1 | Stool sample positivity: 4% | 262 |
| Norovirus | 1 | Stool sample positivity: 4% | 262 |
| *Helicobacter pylori* | 1 | Prevalence: 31% | 263 |
| **Ectoparasites** | | | |
| Human head or body lice | 5 | Self-reported exposure to lice or infestation: 4%-35% | 17, 248-250, 264 |
| Fleas | 1 | Self-reported exposure to fleas: 11% | 264 |
| Scabies | 1 | Risk: 12 times more likely to be diagnosed with scabies when hospitalized than the general population | 265 |
| **Nontuberculous mycobacteria** | | | |
| Nontuberculous mycobacteria | 1 | Prevalence: 0%-30% | 266 |

Abbreviations: MRSA, methicillin-resistant *S aureus*; PEH, people experiencing homelessness; SSTI, skin and soft tissue infection.
[a] This review included 250 articles. Article topics are not mutually exclusive; some articles included data on multiple pathogens.
[b] Prevalence, incidence, and risk measures were rounded to the nearest whole number throughout (except for values <1).

The infectious diseases may be grouped into the following categories, noting that there is some overlap, and this is not an exhaustive list of all possible infections: gastrointestinal infections, skin and soft tissue infections, respiratory infections, blood-borne infections, and vector-borne diseases. In addition, there are environmental health hazards. Not only are PEH at risk for these types of infections, but a homeless encampment can increase the risk to the local community.

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

---

1. **Gastrointestinal Infections**

Gastrointestinal infections are generally spread via the fecal-oral route. The presence of food waste, and fecal material, and the absence of clean water and sanitation significantly increase the risk of transmission of gastrointestinal pathogens.

- Hepatitis A: an extremely contagious viral infection transmitted fecal-orally. There have been outbreaks and deaths in homeless populations throughout the United States.
- Shigella: A highly contagious bacterial cause of dysentery (bloody infectious diarrhea).
- Norovirus: A very contagious cause of gastrointestinal infection.
- Other parasitic, bacterial, and viral agents of diarrheal disease (Giardia, E. coli, Salmonella, rotavirus, and others).

Many of these gastrointestinal infections are best avoided via prevention. Allowing food waste and materials that are soiled with human waste to remain at homeless encampments increases the risk of spread. It is important that there be adequate methods to clean areas where homeless encampments exist, including to discard items that may contribute to the spread of gastrointestinal infections in order to produce the best public health outcomes and lower the risks to the local community.

2. **Skin and Soft Tissue infections**

Risk factors for skin and soft tissue infections include poor hygiene, limited or no access to showers and laundry facilities, and wounds (decubitus ulcers and other forms of traumatic skin injury that may occur from sleeping on hard surfaces).

- Staphylococcus aureus, including methicillin-resistant Staphylococcus aureus (MRSA), is a bacteria that spreads through contact and contaminated surfaces and can cause life-threatening infections including sepsis.
- Cellulitis / soft tissue infections: Bacterial infections of the skin and soft tissues that may be related to poor hygiene, wounds, and lack of proper wound care.

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

- Scabies and lice: parasitic insect infections/infestations that thrive in crowded and unhygienic living situations, including unwashed bedding and clothing.

## 3. Respiratory infections

Homeless encampments may allow for conditions that allow respiratory pathogens to spread.

- Tuberculosis (TB): This mycobacterial infection is spread between people with prolonged close contact. Rates in PEH are higher than those in the general population.
- Respiratory viral infections: COVID-19, influenza, RSV, and other viral infections can spread more easily in situations lacking the ability to social distance and inadequate access to hand hygiene and sanitary facilities.

## 4. Bloodborne infections

Bloodborne infections may be transmitted by contaminated needles and shared injection drug paraphernalia, which have been found in homeless encampments in San Francisco. Document CCSF_COH_492902 contains evidence of a needle that was found discarded on the street.

- HIV/AIDS: Contaminated needles and syringes and the sharing of needles is an important risk factor for HIV transmission.
- Hepatitis B and C: viral causes of liver disease that can be transmitted by contaminated needles.

I have also reviewed weekly reports from the Hot Spot team, which I understand serves to staff HSOC resolutions. These weekly reports track the number of needles the Hot Spot team collects, and consistently report the team collects hundreds or thousands of needles per week. For example, there were 472 needles collected the week of January 12-19, 2023, 616 needles the week of January 20-26, 2023, and 713 needles the week of January 27-February 2, 2023 (AA5, BB5, CC5).

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

---

### 5. **Vector-borne infections**

Discarded food and waste along with the lack of sanitary facilities increases the risk of rodent infestation along with diseases that rodents may transmit. Additionally, the accumulation of water in waste materials may lead to mosquito breeding.

- Flea-borne Typhus: a bacterial infection that may present with severe illness in untreated individuals. Flea-borne typhus is caused by the bacteria Rickettsia typhi and is commonly associated with rat fleas. There have been cases of typhus in PEH in California.
- Leptospirosis: a potentially severe bacterial infection spread by rat urine
- West Nile Virus: mosquito-borne diseases such as West Nile Virus infection are also a risk factor PEH.

### 6. **Other conditions**

There are other conditions that are associated with poor sanitation that are not necessarily considered infections. Among them are bed bugs and pressure sores (decubitus ulcers).

### 7. **Environmental contamination**

The accumulation of waste, including food scraps,  and other trash, creates a breeding ground for disease. Poor waste disposal attracts rats, flies, and other pests that spread harmful germs, increasing health risks.

Additionally, exposure to raw sewage from makeshift toilets or improperly discarded waste can contaminate local water resources. Without proper sanitation, bacteria and viruses can spread easily through direct contact or contaminated surfaces.

Used needles that have been found in homeless encampments, according to the material I reviewed, are public health hazards. If a bystander or city worker accidentally gets stuck with such a needle, they may be at risk for HIV, hepatitis B or C, Staphylococcal (including MRSA) or Streptococcal infections, in addition to suffering physical and psychological trauma due to the needle stick. (E91, G209, H136, K162.)

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

---

**8.  Storage of contaminated or potentially contaminated substances**

The storage of items that are potentially contaminated by or contain biohazardous items poses infectious disease risks even if those items are stored in plastic bags. The risks include transmission of infectious diseases, mold growth, and rodent infestation (along with the risks of diseases rodents can potentially carry). Stored items soiled with feces, food waste or bodily fluids that potentially contain viruses such as HIV and hepatitis B and C, bacteria such as MRSA or Shigella, or insects such as fleas and bedbugs can cause health hazards. Storing items in plastic bags is not full proof as rodents are known to eat through plastic bags. If stored items are damp or contain moisture, mold growth becomes a significant concern. Thus, storing soiled or damp items in a municipal facility poses significant health risks to workers and individuals retrieving their belongings.

**Specific Examples from depositions and declarations:**

Below are specific, demonstrative examples of the risks I discuss above from the case related records provided.

- Mr. Edgar Garcia confirmed in his deposition that they frequently encounter soiled and contaminated items, including those tainted with blood, feces, urine, and other bodily fluids. Additionally, hazardous chemicals such as paint, oils, and flammable substances like gasoline are often found in encampments (V172).
- In his deposition, Mr. Mark Mazza stated that they would frequently request power washing as additional support for cleaning encampments, particularly in areas where feces, urine, or other waste are present (X141). Additionally, Mr. Mazza recalled two instances where they were responsible for removing barricades that had been placed by the Department of Public Works to address issues related to encampments and public safety. One barricade was installed to prevent encampments on a narrow sidewalk, where tents obstructed pedestrian access and violated ADA (Americans with Disabilities Act) requirements. The

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

other was placed to curb rampant public drug use near a senior home and medical clinic, where individuals were gathering to use drugs, creating hazardous conditions and exposing vulnerable residents to harmful smoke. However, both barricades were eventually removed due to a limited supply and the need for them elsewhere(X127).

- Mr. Mazza also cited one issue on the 400 block of Natoma Street, where an individual with significant mental health challenges was accumulating rotten food and feces-covered clothing, creating hazardous conditions (X149).

- Ms. Sarah Stephensen in her deposition, noted a history of MRSA infections and also mentioned needles. She said that the needles she handled were disposed of in sharps containers (K162).

- Ms. Krystle Erickson stated in her deposition that encampment residents relied on nearby businesses for restroom access. However, when these facilities were unavailable, particularly after business hours, some resorted to creating makeshift toilet areas using tarps and buckets near their tents (Q74).

- Encampment residents report that rats are a persistent issue in outdoor living spaces, especially at night. Ms. Elizabeth Stromer noted in her deposition that the accumulation of trash and discarded materials exacerbates the problem by creating conditions that attract rodents (P106). Ms. Stromer also stated in her deposition that substance use is a significant and frequent issue in and around the environment. She confirmed witnessing individuals regularly using drugs and experiencing multiple overdoses (P196).

- Ms. Sarah Cronk mentioned in her deposition that their encampment area occasionally had a noticeable urine odor. She also confirmed the presence of mice (H247).

- In his deposition, Mr. Henrick Delamora noted that some PEH continue to use soiled blankets, clothing, and other items out of necessity. They rely on gas stations for restroom access, while some resort to using bottles at night, storing them in bags before disposal (I60).

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

---

- Mr. Corey Alan Barkely reported damp but non-moldy mattresses (M97), the presence of drug paraphernalia, including needles and syringes (M136), and confirmed the widespread presence of rats and insects (M139).

- Mr. David Nakanishi confirmed that some individuals slept in tents contaminated with human or pet waste, rats, vermin, insects, and rotting food (N56).

- Ms. Shyhyne Brown admitted during her deposition that she was raising puppies in the encampment and used puppy pads inside her tent to manage pet waste, as the dogs had not yet received their vaccinations. She also admitted that the puppies frequently had accidents, and she disposed of the waste in garbage bags (O70).

- In his deposition, Jonathan Vaing stated that the Bureau of Street Environmental Services (BSES) is responsible for cleaning streets according to schedules set by the Homelessness Services Outreach Coordination (HSOC). Routine cleaning involves collecting loose trash and providing garbage bags to individuals but does not involve removing people from encampments (E82). During an encampment resolution, hazardous items such as those contaminated with feces, urine, or hazardous chemicals are discarded. However, in accordance with DPW policy, non-hazardous belongings that are attended by their owners are not removed. Crews follow a "bag-and-tag" procedure, storing non-hazardous personal property for a period of time unless it is deemed unsafe (E109).

- CCSF_COH_492836 through CCSF_COH_492853 show drug paraphernalia, garbage, food waste, and other objects strewn along the sidewalk. The verbal description of this encampment is found on CCSF_COH_492858: "The encampment consisted of a collapsed red colored tent, a large black tarp, multiple pieces of cardboard, empty food containers, a milk crate, shopping cart, blankets, sleeping bag, clothing, shoes, backpacks, bags, personal hygiene items, toilet paper, and what appeared to be a large piece of carpet. Next to the tent, along the curbline was a pile of debris which consisted of paper cups, empty plastic food

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

---

containers, black and yellow banana peels, empty plastic water bottles, food scraps, and other miscellaneous debris." DPW noted that the tent was soiled.

- A cylindrical pipe was found being used by a PEH (CCSF_COH_492863).
- CCSF_COH_492902 shows a needle found on the street.

**Summary**

Homeless encampments where sanitation facilities such as facilities for hand washing, laundry, toileting, showering, and rodent proof waste storage are lacking are at a high risk for outbreaks of infectious diseases. Diseases of concern include bacterial infections such as MRSA, group A Strep, Shigella, viral infections such as Hepatitis A, B, and C, HIV, and norovirus, and diseases transmitted by insects such as typhus. Tuberculosis and many other infections and conditions are also a concern. Outbreaks of these diseases have been reported in homeless encampments along the West Coast of the United States and across the country. Homeless encampments could potentially serve as reservoirs for the above or other infectious diseases that can cross into other communities. A 2016-2018 outbreak of hepatitis A in California was associated with homelessness and drug use. There were 464 hospitalizations and 21 deaths due to this outbreak, highlighting the potentially serious nature of infectious disease outbreaks associated with homeless encampments. Based on the records I have reviewed related to this case, the conditions in homeless encampments in San Francisco, along with material found in many of the encampments, pose a risk of infectious disease transmission. Furthermore, storage of items found in encampments may also pose a significant risk of infectious diseases transmission.

Based on my review of the records provided in this case, the accumulation of materials and the overall conditions within San Francisco's homeless encampments can significantly increase the risk of infectious disease transmission. These conditions include:

- Crowding: Close proximity and shared spaces facilitate the spread of pathogens through respiratory droplets, direct contact, and contaminated surfaces.

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

---

- Poor Sanitation: Limited access to clean water, toilets, and waste disposal creates significant potential for the spread of gastrointestinal infections.
- Inadequate Hygiene: Lack of resources for personal hygiene practices, such as handwashing and showering, increases the risk of transmission of infections and insect infestations, and also increases the risk of disorders due to lack of personal hygiene such as skin infections.
- Malnutrition and Weakened Immune Systems: Homelessness is often associated with poor nutrition and chronic stress, which can compromise immune function and make individuals more susceptible to infections.
- Substance Use: Injection drug use and the sharing and inappropriate discarding of contaminated needles can lead to the spread of bloodborne pathogens, such as HIV and hepatitis B and C.

Furthermore, storage of materials found in homeless encampments in municipal facilities poses significant risks for the reasons described above. The combination of the above factors creates a significant risk for infectious diseases outbreaks within homeless encampments in San Francisco posing a public health risk not only to the homeless population and city workers, but to the affected communities

**F. Ramzi Asfour, MD**                                            *March 10, 2025*
*President, Praxis Infectious Diseases*
*Board Certified in Internal Medicine and Infectious Diseases*
*Assistant Clinical Professor (Volunteer), University of California, San Francisco*

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

**REFERENCES:**

1. California Department of Public Health. Hepatitis A outbreak associated with drug use and homelessness. Published online 2016-2018. Accessed February 26, 2025. Available at:

   https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/Immunization/2016-18CAOutbreakAssociatedDrugUseHomelessness.pdf

2. Centers for Disease Control and Prevention (CDC). Communicable disease among people experiencing homelessness in California. *Emerg Infect Dis.* 2020;26(4):715-720. doi:10.3201/eid2604.191672. Available at: https://pubmed.ncbi.nlm.nih.gov/32223777/

3. Centers for Disease Control and Prevention (CDC). Fleaborne typhus–associated deaths — Los Angeles County, California, 2022. *MMWR Morb Mortal Wkly Rep.* 2023;72(31):731-735. doi:10.15585/mmwr.mm7231a1. Available at:

   https://www.cdc.gov/mmwr/volumes/72/wr/mm7231a1.htm

4. Helman SK, Tokuyama AFN, Mummah RO, et al. Pathogenic *Leptospira* are widespread in the urban wildlife of southern California. *Sci Rep.* 2023;13(1):13451. doi:10.1038/s41598-023-40322-2. Available at:

   https://www.nature.com/articles/s41598-023-40322-2

5. Hernandez E, Torres R, Joyce AL. Environmental and sociological factors associated with the incidence of West Nile virus cases in the Northern San Joaquin Valley of California, 2011–2015. *Vector Borne Zoonotic Dis.* 2019;19(6):431-439. doi:10.1089/vbz.2018.2405. Available at: https://pubmed.ncbi.nlm.nih.gov/31211639/

6. Infections in the homeless. *Lancet Infect Dis.* Published online 2001. Accessed February 26, 2025. Available at:

   https://www.thelancet.com/journals/laninf/article/PIIS1473309901000627/fulltext

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

7.  Khazan O. Medieval diseases are infecting California's homeless. *The Atlantic.* Published March 8, 2019. Accessed February 26, 2025. Available at: https://www.theatlantic.com/health/archive/2019/03/typhus-tuberculosis-medieval-diseases-spreading-homeless/584380/

8.  Leibler JH, León C, Cardoso LJP, et al. Prevalence and risk factors for MRSA nasal colonization among persons experiencing homelessness in Boston, MA. *J Med Microbiol.* 2017;66(8):1083-1088. doi:10.1099/jmm.0.000552. Available at: https://www.microbiologyresearch.org/content/journal/jmm/10.1099/jmm.0.000552

9.  Leibler JH, León C, Gaeta JM, et al. Association between homelessness and group A *Streptococcus* skin and soft tissue infections among hospitalized dermatology consult patients. *JAMA Dermatol.* 2022;158(5):491-498. doi:10.1001/jamadermatol.2022.0066. Available at: https://jamanetwork.com/journals/jamadermatology/fullarticle/2788628

10. Los Angeles County Department of Public Health. Typhus Memo from LA County Public Health - Oct 16, 2018. Available at: https://neighborhoodempowerment.lacity.gov/wp-content/uploads/2018/10/Typhus-Memo-from-LA-County-Public-Health-Oct-16-2018.pdf

11. Meyer TE, Bull LM, Holmes KC, et al. West Nile virus infection among the homeless, Houston, Texas. *Emerg Infect Dis.* 2008;14(3):597-599. doi:10.3201/eid1403.070843. Available at: https://pubmed.ncbi.nlm.nih.gov/18257995/

12. Simon D. The impact homelessness and the opioid crisis are having on San Francisco streets. *CNN.* Published December 30, 2018. Available at: https://edition.cnn.com/2018/12/27/health/drug-use-san-francisco-streets/index.html

13. Smith AM, Stull JW, Moore GE. Potential drivers for the re-emergence of canine

**F. Ramzi Asfour, MD**

*Coalition on Homelessness, et al v. City and County of San Francisco, et al., N.D. Cal. Matter*

leptospirosis in the United States and Canada. *Vet Sci.* 2022;9(12):654. doi:10.3390/vetsci9120654. Available at: https://pmc.ncbi.nlm.nih.gov/articles/PMC9694660/

14. Waddell CJ, Saldana CS, Schoonveld MM, et al. Infectious diseases among people experiencing homelessness: A systematic review of the literature in the United States and Canada, 2003-2022. *Public Health Rep.* 2024. doi:10.1177/00333549241228525. Available at: https://journals.sagepub.com/doi/10.1177/00333549241228525

15. Centers for Disease Control and Prevention (CDC). TB Risk and People Experiencing Homelessness. Available at: CDC website

Appendix A

**March 2025**                                    **F. Ramzi Asfour, M.D.**

## EDUCATION

- Fellowship in Infectious Diseases, University of California, San Diego, 2004
- Residency in Internal Medicine, California Pacific Medical Center, 2001
- Doctor of Medicine, New York Medical College, 1998
- Bachelor of Science in Genetics, University of California, Davis, 1993

## LICENSES

- American Board of Internal Medicine, Diplomate in Infectious Disease, 2004
- American Board of Internal Medicine, Diplomate #205254, 2001
- California State Medical License #A71648
- Also licensed in: AZ, CO, FL, GA, ID, NV, TX, UT, WA
- Expert Witness Registration FL
- United States Drug Enforcement Administration Licensed

## AWARDS

- First Ever Physician of the Month, Eden Medical Center January 2016
- Ortho Biotech Infectious Diseases Scholar, 2003
- California Pacific Medical Center, Resident of the Year, 2000/2001
- California Pacific Medical Center, Resident Teacher of the Year, 1999/2000

## EXPERIENCE

### Telehealth Infectious Diseases, Antimicrobial Stewardship, and Infection Prevention

- Telemedicine Consultant to rural hospitals (Feb 2017- present)
- Medical Director of Infection Control for a rural hospital (Jan 2016- present)
- Antimicrobial Stewardship consultant for a rural hospital (Feb 2017- present)
- Antimicrobial Stewardship and Infectious Control Consultant for 15 Northern California skilled nursing facilities (January 2017- present)
- **Founded Praxis Infectious Diseases and Capsid Consulting,** through which the above services are being provided
- Extensive experience in treatment and management of patients suffering from COVID-19
- Extensive experience in policies, procedures, and protocols relating to COVID-19 in hospitals, skilled nursing facilities, schools, and businesses
- Multiple presentations on COVID-19 for hospitals, skilled nursing facilities, businesses, schools, patients, and community members

### President and Founder, Praxis Infectious Diseases

**2016-Present**

- Praxis specializes in infectious disease support to underserved hospitals and clinics
- Provides a broad suite of clinical infectious diseases support, infection prevention support, and antimicrobial stewardship

### President and Founder, Capsid Consulting

**2015-Present**

- Capsid specializes in infection prevention and antimicrobial stewardship support to long-term care facilities, businesses, schools, and universities
- Capsid assists in outbreak management, including COVID-19, influenza, RSV, diarrheal diseases, and others

## Vice President and Co-Founder PUL Alliance for Digital Health and Equity - 501(c)(3) Charitable Organization

**October 2023-Present**

- Co-founded the Pul Alliance to empower organizations and communities in lower resource settings in the United States and abroad to expand access to healthcare through technology

## Assistant Clinical Professor of Medicine (Volunteer), University of California, San Francisco

**July 2014-Present**

- Teaching Infectious Diseases to Internal Medicine Residents at Highland Hospital, Oakland

## Private Practice Infectious Diseases

**February 2006- January 6, 2017 (President: Nov 2012- Feb 2016), transitioned to be able to focus on Infectious Diseases Telehealth and still provide in-person ID coverage for Diablo Infectious Diseases.**

**Diablo Infectious Disease Consultative Services Medical Group, Inc.**

- Inpatient Infectious Disease consultation services at seven hospitals in the East San Francisco Bay Region
- Ran a group of 8 physicians, 3 nurse practitioners, and 3 office locations
- Outpatient Infectious Disease consultation
- Medical Director of Infection Control at Kindred Hospital S.F. Bay Area (November 2014- May 2016)

## Private Practice Functional Medicine

**May 2016-Present**

- Established a Functional Medicine practice and now working with the California Center for Functional Medicine, CCFMed.com

## Tick-Borne Disease Research Program

**November 2022 - Present**

- Member of a scientific review panel to review U.S. Department of Defense grants funding Tick-borne disease research

## Telehealth Infection Control Consultant

**August 2011-July 2014 (Volunteer)**

**Augusta Victoria Hospital, East Jerusalem**

- Provided assistance in the Development of Infection Control Practices
- Provided remote Infectious Disease consultations

## Consultant

**October 2006-2011**

**World Health Organization**

- Technical Lead for the development of the WHO doctor's training program on HIV for district-level clinicians
  - o Chaired 2nd development meeting October 2006
  - o Provided technical assistance in the development of the District Clinicians Clinical Manual
  - o TB and HIV training, including curriculum development
- General Public Health Consultation

## Consultant Physician

**October 2006-July 2007**

**Bay Internal Medicine and California Pacific Medical Center, San Francisco**

- Infectious Disease consultation services and Primary Care Internal Medicine with Bay Internal Medicine in San Francisco

## Medical Officer

**August 2005-September 2006**

**World Health Organization, Geneva**

- Responsible for doctor training in HIV in low-resource settings as part of the Integrated Management of Adult and Adolescent Illness (IMAI) team
  o Developed and coordinated an international group of HIV care experts, in developing a public health approach to doctor training in low-resource settings
- IMAI implementation activities
  o In-country IMAI adaptation work involving partner organizations
  o In-country IMAI doctor training, including mentoring and consulting on difficult cases
  o Expert clinical review of IMAI material, WHO HIV and TB guidelines

## Clinical Advisor

**July 2004 to August 2005**

**International Center for AIDS Care and Treatment Programs (ICAP), Mailman School of Public Health, Columbia University, South Africa**

- Responsible for the clinical component of ICAP South Africa HIV care and treatment program in the Eastern Cape Province:
  o Managed a team of locally hired doctors, nurses, and other healthcare workers in implementing HIV care and treatment programs at various sites
  o Mentored and trained physicians, pharmacists, professional nurses, and other healthcare workers in the management of HIV and infectious diseases
  o Initiated model care and treatment systems
  o Piloted web-based multi-national case discussion group
  o Collaborated with various international organizations in establishing and disseminating guidelines for the care and treatment of HIV, STIs, and other infectious diseases
  o Consulted on difficult cases throughout the province as a resident HIV and Infectious Diseases specialist

## Fellow (Infectious Disease Training Program at UCSD)

**July 2001-July 2004**

**Division of Infectious Diseases, University of California, San Diego**

- Coinvestigator, phase I study of L87-0810, an HIV integrase inhibitor
  o Conducted trial at UCSD
  o Submitted protocol to IRB, handled legal filings
  o Communicated with sponsor
  o Recruited, screened, and evaluated patients (recruited more patients than any other site)
  o Presented at CROI 2005
- International HIV training experience
  o Designed and implemented an HIV training program for hospitals of the National Defense Forces of Ethiopia
  o Lectured and mentored physicians and other health workers in Ethiopia on HIV medicine
  o Consulted on difficult cases of HIV, TB, and other infectious diseases in Ethiopia
  o Lectured visiting developing country physicians on many aspects of HIV care
- Infection Control Program
  o Designed a model infection control program applicable in multiple developing country settings
  o Implemented program in the Hospitals of the National Defense Forces of Ethiopia

- o  Assessed needs, designed a program, procured items in the country, and implemented a training program with the goal of self-sustainability
- ▪ Occupational Exposure Study
  - o  Conceived and implemented a scientific assessment of risk factors and rates of occupational exposures in Ethiopian hospitals
  - o  Designed survey tool to be applicable in multiple developing country settings
  - o  Presented at CROI 2004
- ▪ Seroprevalence study
  - o  Designed and conducted a study of the prevalence of HIV-co-infections in Ethiopia
  - o  Assed rates of Hepatitis B, Hepatitis C, Visceral Leishmania, and Syphilis
- ▪ Cryptococcal Meningitis study
  - o  As PI, designed protocol, for multicenter, randomized clinical trial of two oral treatment regimens for cryptococcal meningitis
  - o  Recruited four clinical (military and civilian) sites, and two laboratory sites in Ethiopia
  - o  Forged alliances among many different institutions and investigators
  - o  The project currently under review

## Resident in Internal Medicine

**June 1998-July 2001**

**California Pacific Medical Center, San Francisco**

- ▪ Lectured on antiretroviral therapy
- ▪ Designed protocol for continuous renal replacement therapies
- ▪ Researched inpatient management of Diabetes Mellitus

## Board Member

**July 1999-June 2001**

**United States Organization for Medical and Educational Needs, San Francisco**

- ▪ Organized fundraising efforts
- ▪ Consulted on obtaining medical supplies and medicines and delivering them to needy areas in low-resource settings

## Medical Student

**August 1994-May 1998**

**New York Medical College, Valhalla, New York**

- ▪ Volunteer, St. Patrick's Hospital, Offinso, Ashanti Region, Ghana
  - o  As a senior medical student, I delivered health care to needy, remote areas
  - o  Provided general medical care to in and outpatients
- ▪ Community Service Volunteer, Quetzaltenango, Guatemala
  - o  Implemented sanitation and community well-being projects
  - o  Assisted an Obstetrician in providing general health care to underserved people
- ▪ Director, Adolescent Substance Abuse Program
- ▪ Treasurer, St. Luke's Medical Society

## Health Careers Educator

**January-June 1994**

**Northern Arizona Area Health Education Center, Flagstaff, AZ**

- ▪ Promoted awareness of health-related issues on Navajo and Hopi Indian Reservations
- ▪ Recruited youth in underserved areas into the health professions

## Student

**September 1998-June 1993**

**University of California, Davis**

- Major in Genetics
- Focus on International Development
- President Model United Nations
- Research Intern, Department of Microbiology
  - Characterized nuclear binding protein of Anagrapha falcifera nuclear polyhedrosis virus
  - Studied it for use in biological control for cotton crops
- Laboratory Intern (Chemistry and Virology), California Veterinary Diagnostic Laboratory, Davis, CA
  - Researched correlation between bovine serum selenium concentrations and whole blood selenium levels
  - Performed assays to diagnose viral infections in pathologic specimens

## PUBLICATIONS

**Asfour FR**, Waring N, Montgomery L, Link Between Patients with Likely Celiac Disease and Positive Serology for Lyme Disease. International Celiac Disease Symposium, 2019, Paper number P3-08.

Beshay S, **Asfour FR**, Ismail, Khalila. Reducing Fluoroquinolone use in the Inpatient and Emergency Department. CSHP 2018 Seminar, San Diego, 2018.

**Asfour F**, McHarry K, Zolfo M, Mack K. The Need to Implement Ongoing Competency Assessment in HIV Care. 15th Ottawa Conference, Kuala Lumpur, March 2012.

**Asfour FR**, and Haubrich R.  Non-Nucleoside Reverse Transcriptase Inhibitor Resistance.  Chapter 12 in Reverse Transcriptase Inhibitors, 2005, Humana Press.

**Asfour FR**, Zimase N, Macharia D, Hoffman N, and Stender S. Ethical Dilemmas in Implementing an Antiretroviral Therapy Program in Rural Areas of the Eastern Cape Province, South Africa. Abstract MoPe11.1C26, 3rd IAS Conference, Rio, July 2005.

Little, S, Durasno, G., Schooley, R, Haas D, Kumar P, Hammer S, McMahon D, Squires K, **Asfour R**, Richman D, Chen J, Saah A, Leavitt R, Hazuda D, and Nguyen B. Antiretroviral Effects of L-000870810, a Novel HIV-1 Integrase Inhibitor, in HIV-1 Infected Patients, Abstract 161, 12th CROI, Boston, 2005.

**Asfour FR**, Chun HM, Bezabih, M, Belayneh F, Tetemke T, Abebe Y, Abraham Y, Matsumoto K, Haubrich R, McCutchan JA, Shaffer R, and Kifle A.  A survey of Occupational Exposures in Hospitals in Ethiopia, Abstract #V-31, 11th CROI, San Francisco, 2004.

Multiple Educational and informational videos on COVID-19 for various audiences.

Multiple Educational presentations to medical staff and residents on various infectious diseases-related topics.

Multiple Educational presentations to long-term care facility staff and medical providers on various infectious diseases-related topics.