DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile:  (415) 343-7101
E-mail:     wmetlitzky@conmetkane.com
            jlanier@conmetkane.com
            ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br> **DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE UNDISCLOSED INCIDENTS** <br><br> Hearing Date: July 9, 2025 <br> Time: 1:00 p.m. <br> Judge: Hon. Donna M. Ryu <br><br> Action Filed: September 27, 2022 <br> Trial Date: July 28, 2025 |

I, EDMUND T. WANG, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco (the "City"); San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Motion *in Limine* No. 1.

2. On May 23, 2023, Defendants served on Plaintiffs the City's First Set of Interrogatories to Plaintiffs. The City's First Set of Interrogatories to Plaintiffs included the following interrogatory:

**INTERROGATORY NO. 5**

IDENTIFY every instance where YOU contend SAN FRANCISCO unlawfully destroyed property of a person experiencing homelessness, including YOU, including all facts on which you rely, such as the date, time, and location where the property was taken; the owner of the property; the identity of the employee who destroyed the property; and an inventory of the property destroyed and IDENTIFY ALL DOCUMENTS that RELATE to or support YOUR response to this Interrogatory. The phrase "destroy" in this request has the same meaning as used in Paragraph 8 of the First Amended Complaint.

3. On June 22, 2023, Plaintiffs served their Response to Defendants' First Set of Interrogatories. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Response to Defendants' First Set of Interrogatories, dated June 22, 2023. In response to Interrogatory No. 5, Plaintiffs provided a narrative response regarding a incident "[a]t or around mid-April 2023" involving David Martinez and otherwise listed the following previously-filed declarations:

| No. | Title | Dkt. |
|---|---|---|
| 1 | Declaration of Elisa Della-Piana, Ex. 1, Declaration of the Coalition on Homelessness/Jennifer Friedenbach | 9-3 |
| 2 | Declaration of Elisa Della-Piana, Ex. 1, Declaration of Larry Ackerman | 9-3 |
| 3 | Declaration of Elisa Della-Piana, Ex. 1, Declaration of Kelley Cutler | 9-3 |
| 4 | Declaration of Elisa Della-Piana, Ex. 1, Declaration of Christin Evans | 9-3 |
| 5 | Declaration of Elisa Della-Piana, Ex. 1, Declaration of Ian James | 9-3 |
| 6 | Declaration of Elisa Della-Piana, Ex. 1, Declaration of Carlos Wadkins | 9-3 |
| 7 | Declaration of Elisa Della-Piana, Ex. 2, Declaration of Toro Castaño | 9-4 |
| 8 | Declaration of Elisa Della-Piana, Ex. 2, Declaration of Sarah Cronk | 9-4 |

| | | |
|---|---|---|
| 9 | Declaration of Elisa Della-Piana, Ex. 2, Declaration of Joshua Donohoe | 9-4 |
| 10 | Declaration of Elisa Della-Piana, Ex. 2, Declaration of Molique Frank | 9-4 |
| 11 | Declaration of Elisa Della-Piana, Ex. 2, Declaration of David Martinez | 9-4 |
| 12 | Declaration of Elisa Della-Piana, Ex. 2, Declaration of Teresa Sandoval | 9-4 |
| 13 | Declaration of Elisa Della-Piana, Ex. 2, Declaration of Nathaniel Vaughn | 9-4 |
| 14 | Declaration of Elisa Della-Piana, Ex. 3, Declaration of Damon Bennett | 9-5 |
| 15 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Todd Bryant | 9-6 |
| 16 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Shyhyene Brown | 9-6 |
| 17 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Jefferey Connick | 9-6 |
| 18 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Henrick Delamora | 9-6 |
| 19 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Patrick Dubose | 9-6 |
| 20 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Heather Freehoffer | 9-6 |
| 21 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Robert Harrison | 9-6 |
| 22 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Jayson Hill | 9-6 |
| 23 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Andrew Howard | 9-6 |
| 24 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Tricia Hurd | 9-6 |
| 25 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Timothy Jones | 9-6 |
| 26 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Jezzeille Murdock | 9-6 |
| 27 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Shanna Couper Orona | 9-6 |
| 28 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Devon Partee | 9-6 |
| 29 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Audra Sparks | 9-6 |
| 30 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Nichelle Solis | 9-6 |
| 31 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Victoria Solomon | 9-6 |
| 32 | Declaration of Elisa Della-Piana, Ex. 4, Declaration of Vincent Vetter | 9-6 |
| 33 | Declaration of Elisa Della-Piana, Ex. 41, Small Claims Judgment for Edward Richardson | 9-9 |
| 34 | Declaration of Elisa Della-Piana, Ex. 42, Small Claims Judgment for Henrick Delamora | 9-9 |
| 35 | Declaration of Elisa Della-Piana, Ex. 43, Small Claims Judgment for Jayson Hill | 9-9 |
| 36 | Declaration of Elisa Della-Piana, Ex. 44, Small Claims Judgment for Aaron Justin | 9-9 |
| 37 | Declaration of Elisa Della-Piana, Ex. 45, Small Claims Judgment for Thomas Blue | 9-9 |
| 38 | Declaration of Elisa Della-Piana, Ex. 46, Small Claims Judgment for Nathaniel Vaughn | 9-9 |
| 39 | Declaration of Elisa Della-Piana, Ex. 47, Small Claims Judgment for Charlotte Pulling | 9-9 |
| 40 | Declaration of Elisa Della-Piana, Ex. 48, Small Claims Judgment for Nichelle Solis | 9-9 |
| 41 | Declaration of Elisa Della-Piana, Ex. 49, Small Claims Judgment for Robert Harrison | 9-9 |
| 42 | Declaration of Elisa Della-Piana, Ex. 50, Small Claims Judgment for Michelle DiPrisco | 9-9 |
| 43 | Declaration of Dajuan Rochelle | 30-3 |
| 44 | Declaration of Zal Shroff, Ex. 1, Supplemental Declaration of Christin Evans | 50-1 |

| 45 | Declaration of Zal Shroff, Ex. 2, Supplemental Declaration of Ian James | 50-2 |
| 46 | Declaration of Zal Shroff, Ex. 3, Declaration of Dylan Verner-Crist | 50-3 |
| 47 | Declaration of Zal Shroff, Ex. 4, Supplemental Declaration of Jennifer Friedenbach | 50-4 |
| 48 | Declaration of Zal Shroff, Ex. 5, Declaration of Toro Castaño | 50-5 |
| 49 | Declaration of Zal Shroff, Ex. 6, Declaration of Darrah Reasor | 50-6 |
| 50 | Declaration of Zal Shroff, Ex. 7, Declaration of JD Cobbin | 50-7 |
| 51 | Declaration of Zal Shroff, Ex. 8, Declaration of Joseph Williams | 50-8 |
| 52 | Declaration of Zal Shroff, Ex. 9, Declaration of Adrinna Malone | 50-9 |
| 53 | Declaration of Zal Shroff, Ex. 10, Declaration of Kaki Marshall | 50-10 |
| 54 | Second Supplemental Declaration of Jennifer Friedenbach | 76 |
| 55 | Second Supplemental Declaration of Ian James | 77 |
| 56 | Second Supplemental Declaration of Christin Evans | 78 |
| 57 | Second Supplemental Declaration of Shanna Couper Orona | 79 |
| 58 | Supplemental Declaration of Dylan Verner-Christ | 130-9 |
| 59 | Supplemental Declaration of Jezzeille Murdock | 130-23 |
| 60 | Declaration of Kyle Adams | 130-24 |
| 61 | Declaration of Donovan Eugene Harding | 130-25 |
| 62 | Declaration of Carmen Melendez | 130-26 |
| 63 | Supplemental Declaration of Joshua Donohoe | 130-27 |
| 64 | Declaration of Andrew Berger | 130-28 |
| 65 | Declaration of Katelin Bagley-Adams | 130-29 |
| 66 | Declaration of Helen Hoffman | 130-31 |
| 67 | Declaration of Donovan Harding | 130-33 |
| 68 | Declaration of Henry Jones | 130-34 |
| 69 | Declaration of Corey Barkley | 130-36 |
| 70 | Declaration of Troy Hawthorne | 130-38 |
| 71 | Declaration of Krystal Erickson | 130-39 |
| 72 | Declaration of Noah Van Harin | 130-40 |
| 73 | Declaration of Stephanie Garcia | 130-41 |
| 74 | Declaration of Abimola Myers | 130-42 |
| 75 | Declaration of Pauline Wise | 130-43 |
| 76 | Declaration of Peter Calloway | 130-44 |
| 77 | Declaration of David Martin | 130-48 |
| 78 | Declaration of Savannah Waltier | 130-49 |
| 79 | Declaration of Steven Garrett | 130-51 |
| 80 | Declaration of Jerry Cannon | 130-52 |
| 81 | Declaration of Maurie Moran | 130-53 |
| 82 | Declaration of Ronald Wilson | 130-54 |

4. On August 26, 2024, Plaintiffs served a Supplemental Response to Defendants' First Set of Interrogatories. Plaintiffs provided a supplemental response to Interrogatory No. 5 that added a

1 narrative response regarding an additional incident dated "[o]n or around January 5, 2023" involving Sarah Cronk. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Supplemental Response to Defendants' First Set of Interrogatories, dated August 26, 2024.

5. On June 2, 2025, Plaintiffs exchanged Plaintiffs' Trial Exhibit List with the City. On June 6, 2025, Plaintiffs exchanged an updated Plaintiffs' Trial Exhibit List. Plaintiffs' Trial Exhibit List was provided to the City in its native format as a Microsoft Excel spreadsheet. Attached hereto as **Exhibit C** is a true and correct copy of the updated Plaintiffs' Trial Exhibit List, exchanged on June 6, 2025, that has been formatted to fit all of its columns on one page, and converted into a PDF.

6. My review of Plaintiffs' Trial Exhibit List shows that it includes exhibits that appear to be for the "Purpose" of contending that unlawful property destruction occurred at 68 incidents which were not described or otherwise identified in Plaintiffs' response to the City's Interrogatory No. 5. Attached hereto as **Exhibit D** is a true and correct copy of the updated Plaintiffs' Trial Exhibit List, with the aforementioned trial exhibits highlighted in yellow. A list of the 68 "instance[s] where [Plaintiffs] contend SAN FRANCISCO unlawfully destroyed property of a person experiencing homelessness," as shown by Plaintiffs' Trial Exhibit List, but which do not appear to be described or otherwise identified in response to the City's Interrogatory No. 5, is below:

| # | New Incident Dates | Relevant Pls.' Ex. No. |
|---|---|---|
| 1 | 3/16/2016 | 113 |
| 2 | 6/10/2021 | 343 |
| 3 | 12/2021 | 173 |
| 4 | 1/20/2022 | 131 |
| 5 | 10/12/2022 | 175 |
| 6 | 11/15/2023 | 232 |
|   |   | 233 |
| 7 | 12/4/2023 | 234 |
|   |   | 235 |
| 8 | 1/23/2024 | 20 |
| 9 | 1/25/2024 | 13 |
|   |   | 18 |
|   |   | 399 |
| 10 | 1/28/2024 | 112 |
| 11 | 1/30/2024 | 19 |
| 12 | 2/12/2024 | 315 |

4

|    |           |     |
|----|-----------|-----|
|    |           | 316 |
|    |           | 317 |
| 13 | 4/15/2024 | 126 |
| 14 | 4/18/2024 | 398 |
| 15 | 4/25/2024 | 196 |
| 16 | 4/30/2024 | 197 |
| 17 | 5/1/2024  | 306 |
| 18 | 5/6/2024  | 21  |
| 19 | 5/20/2024 | 100 |
| 20 | 5/21/2024 | 318 |
|    |           | 319 |
|    |           | 320 |
| 21 | 5/21/2024 | 318 |
|    |           | 319 |
|    |           | 320 |
| 22 | 5/29/2024 | 22  |
|    |           | 23  |
|    |           | 215 |
| 23 | 5/30/2024 | 321 |
|    |           | 322 |
| 24 | 6/3/2024  | 169 |
| 25 | 6/5/2024  | 323 |
|    |           | 324 |
| 26 | 6/25/2024 | 170 |
| 27 | 7/9/2024  | 24  |
|    |           | 25  |
|    |           | 96  |
| 28 | 7/16/2024 | 326 |
| 29 | 7/22/2024 | 12  |
|    |           | 75  |
| 30 | 7/30/2024 | 44  |
|    |           | 338 |
|    |           | 339 |
|    |           | 340 |
| 31 | 8/5/2024  | 238 |
|    |           | 239 |
|    |           | 240 |
|    |           | 241 |
|    |           | 242 |
| 32 | 8/6/2024  | 26  |
|    |           | 27  |
|    |           | 28  |
|    |           | 199 |

|  |  |  |
|---|---|---|
|  |  | 243 |
|  |  | 244 |
|  |  | 325 |
| 33 | 8/14/2024 | 245 |
| 34 | 8/15/2024 | 246 |
|  |  | 247 |
|  |  | 248 |
| 35 | 8/22/2024 | 45 |
|  |  | 249 |
|  |  | 250 |
|  |  | 251 |
|  |  | 252 |
|  |  | 253 |
| 36 | 8/26/2024 | 198 |
| 37 | 9/27/2024 | 400 |
| 38 | 10/4/2024 | 401 |
| 39 | 10/7/2024 | 158 |
|  |  | 159 |
| 40 | 10/15/2024 | 402 |
| 41 | 10/23/2024 | 254 |
|  |  | 255 |
|  |  | 256 |
|  |  | 403 |
| 42 | 10/25/2024 | 257 |
|  |  | 258 |
| 43 | 10/29/2024 | 144 |
|  |  | 156 |
| 44 | 11/4/2024 | 160 |
|  |  | 161 |
| 45 | 11/20/2024 | 259 |
|  |  | 260 |
|  |  | 261 |
|  |  | 418 |
| 46 | 11/21/2024 | 262 |
|  |  | 263 |
|  |  | 264 |
| 47 | 12/4/2024 | 265 |
|  |  | 266 |
|  |  | 267 |
| 48 | 12/7/2024 | 268 |
| 49 | 12/9/2024 | 29 |
|  |  | 269 |
|  |  | 270 |

|    |           |     |
|----|-----------|-----|
|    |           | 271 |
|    |           | 272 |
| 50 | 1/4/2025  | 307 |
|    |           | 308 |
| 51 | 1/6/2025  | 273 |
|    |           | 274 |
|    |           | 275 |
|    |           | 276 |
|    |           | 277 |
|    |           | 309 |
| 52 | 1/7/2025  | 278 |
|    |           | 279 |
| 53 | 1/8/2025  | 310 |
| 54 | 1/9/2025  | 311 |
| 55 | 1/13/2025 | 280 |
|    |           | 281 |
|    |           | 282 |
| 56 | 1/14/2025 | 283 |
|    |           | 284 |
|    |           | 285 |
| 57 | 1/16/2025 | 286 |
|    |           | 287 |
| 58 | 1/25/2025 | 166 |
|    |           | 167 |
| 59 | 1/29/2025 | 312 |
| 60 | 2/4/2025  | 288 |
|    |           | 289 |
| 61 | 2/5/2025  | 290 |
|    |           | 291 |
|    |           | 313 |
| 62 | 2/7/2025  | 292 |
| 63 | 2/8/2025  | 293 |
| 64 | 2/10/2025 | 294 |
|    |           | 295 |
|    |           | 296 |
| 65 | 2/11/2025 | 297 |
| 66 | 2/12/2025 | 298 |
|    |           | 299 |
|    |           | 314 |
| 67 | 2/13/2025 | 300 |
|    |           | 301 |
|    |           | 302 |
|    |           | 303 |

| 68 | 2/14/2025 | 304 |

7. On May 26, 2025, Plaintiffs exchanged Plaintiffs' Trial Witness List with the City. On June 17, 2025, Plaintiffs exchanged an updated Plaintiffs' Trial Witness List. Plaintiffs' Trial Witness List was provided to the City in its native format as a Microsoft Word document. Attached hereto as **Exhibit E** is a true and correct copy of the updated version of Plaintiffs' Trial Witness List, exchanged on June 17, 2025, that has been converted into a PDF.

8. On October 15, 2024, Defendants took the deposition of David Martinez. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition of David Martinez.

9. On March 4, 2025, Defendants took the deposition of Dylan Verner-Crist. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the deposition of Dylan Verner-Crist.

10. My review of Plaintiffs' Trial Exhibit List shows that the below exhibits for which Dylan Verner-Crist is the "Sponsoring Witness" appear to be for the "Purpose" of contending unlawful property destruction occurred at incidents that were not described or otherwise identified in Plaintiffs' response to the City's Interrogatory No. 5. The below chart also indicates whether the incident was relied upon by Plaintiffs during summary judgment.

| # | Incident Date | Pl. Trial Exhibit(s) | Disclosed in ROG 5 Resp.? | Relied On in Opp. to MSJ? |
|---|---|---|---|---|
| 1 | 11/15/2023 | 232, 233 | **No.** | Yes. |
| 2 | 12/4/2023 | 234-237 | **No.** | Yes. |
| 3 | 8/5/2024 | 238-242 | **No.** | Yes. |
| 4 | 8/6/2024 | 28, 243, 244 | **No.** | Yes. |
| 5 | 8/14/2024 | 245 | **No.** | **No.** |
| 6 | 8/15/2024 | 246-248 | **No.** | Yes. |
| 7 | 8/22/2024 | 45, 249-253 | **No.** | **No.** |
| 8 | 10/23/2024 | 254-256 | **No.** | Yes. |
| 9 | 10/25/2024 | 257, 258 | **No.** | **No.** |
| 10 | 11/20/2024 | 259-261, 418 | **No.** | Yes. |
| 11 | 11/21/2024 | 262-264 | **No.** | Yes. |
| 12 | 12/4/2024 | 265-267 | **No.** | **No.** |
| 13 | 12/7/2024 | 268 | **No.** | Yes. |
| 14 | 12/9/2024 | 29, 269-272 | **No.** | Yes. |
| 15 | 1/6/2025 | 273-277 | **No.** | Yes. |
| 16 | 1/7/2025 | 278 & 279 | **No.** | Yes. |

8

| 17 | 1/13/2025 | 280-282 | **No.** | Yes. |
| 18 | 1/14/2025 | 283-285 | **No.** | Yes. |
| 19 | 1/16/2025 | 286, 287 | **No.** | Yes. |
| 20 | 2/4/2025 | 288, 289 | **No.** | Yes. |
| 21 | 2/5/2025 | 290, 291 | **No.** | Yes. |
| 22 | 2/7/2025 | 292 | **No.** | **No.** |
| 23 | 2/8/2025 | 293 | **No.** | Yes. |
| 24 | 2/10/2025 | 294-296 | **No.** | Yes. |
| 25 | 2/11/2025 | 297 | **No.** | Yes. |
| 26 | 2/12/2025 | 298, 299 | **No.** | Yes. |
| 27 | 2/13/2025 | 300-303 | **No.** | Yes. |
| 28 | 2/14/2025 | 304 | **No.** | Yes. |

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed June 20, 2025, at San Francisco, California.

      s/*Edmund T. Wang*
      EDMUND T. WANG