DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:  (415) 554-3857 (Wang)
                    (415) 554-6762 (Murphy)
                    (415) 554-3870 (Gradilla)
                    (415) 554-4223 (George)
                    (415) 355-3304 (Mills)
Facsimile:  (415) 554-4699
E-mail:      edmund.wang@sfcityatty.org
                 kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
                 john.george@sfcityatty.org
                 steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile:  (415) 343-7101
E-mail:      wmetlitzky@conmetkane.com
                 jlanier@conmetkane.com
                 ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* NO. 1** <br><br> Action Filed:          September 27, 2022 <br> Trial Date:             July 28, 2025 |

**[PROPOSED] ORDER**

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management filed Defendants' Motion *in Limine* No. 1 to Exclude Undisclosed Incidents.

Having carefully considered the motion and the papers submitted, and arguments of counsel, the Court HEREBY ORDERS THAT Defendants' Motion *in Limine* No. 1 is GRANTED.

The Court excludes all instances of alleged unlawful property destruction that were not disclosed in response to the City and County of San Francisco's Interrogatory No. 5. The Court finds Plaintiffs failed to supplement or correct their responses to the City and County of San Francisco's Interrogatory No. 5 to provide this information as required by Federal Rule of Civil Procedure 26(e) and this information was not otherwise made known to Defendants. The Court further finds that Plaintiffs' failure was not substantially justified and was not harmless. Fed. R. Civ. P. 37(c). Plaintiffs are not allowed to use this information to supply evidence at trial.

This Order excluding all instances of alleged unlawful property destruction that were not disclosed in response to the City and County of San Francisco's Interrogatory No. 5, includes but is not limited ot the following evidence:

| No. | Incident Date | Plaintiffs' Trial Exhibit No. | Ruling |
|-----|---------------|-------------------------------|--------|
| 1 | 3/16/2016 | 113 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 2 | 6/10/2021 | 343 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 3 | 12/2021 | 173 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 4 | 1/20/2022 | 131 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 5 | 10/12/2022 | 175 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 6 | 11/15/2023 | 232 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 7 |  | 233 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 8 | 12/4/2023 | 234 | GRANTED ____    DENIED ____    DEFERRED ____ |

| No. | Incident Date | Plaintiffs' Trial Exhibit No. | Ruling |
|---|---|---|---|
| 9 | | 235 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 10 | 1/23/2024 | 20 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 11 | 1/25/2024 | 13 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 12 | | 18 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 13 | | 399 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 14 | 1/28/2024 | 112 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 15 | 1/30/2024 | 19 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 16 | 2/12/2024 | 315 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 17 | | 316 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 18 | | 317 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 19 | 4/15/2024 | 126 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 20 | 4/18/2024 | 398 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 21 | 4/25/2024 | 196 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 22 | 4/30/2024 | 197 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 23 | 5/1/2024 | 306 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 24 | 5/6/2024 | 21 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 25 | 5/20/2024 | 100 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 26 | 5/21/2024 | 318 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 27 | | 319 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 28 | | 320 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 29 | 5/21/2024 | 318 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 30 | | 319 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 31 | | 320 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 32 | 5/29/2024 | 22 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 33 | | 23 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |

2

| No. | Incident Date | Plaintiffs' Trial Exhibit No. | Ruling |
|---|---|---|---|
| 34 | | 215 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 35 | 5/30/2024 | 321 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 36 | | 322 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 37 | 6/3/2024 | 169 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 38 | 6/5/2024 | 323 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 39 | | 324 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 40 | 6/25/2024 | 170 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 41 | 7/9/2024 | 24 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 42 | | 25 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 43 | | 96 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 44 | 7/16/2024 | 326 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 45 | 7/22/2024 | 12 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 46 | | 75 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 47 | 7/30/2024 | 44 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 48 | | 338 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 49 | | 339 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 50 | | 340 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 51 | 8/5/2024 | 238 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 52 | | 239 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 53 | | 240 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 54 | | 241 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 55 | | 242 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 56 | 8/6/2024 | 26 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 57 | | 27 | GRANTED ____      DENIED ____      DEFERRED ____ |
| 58 | | 28 | GRANTED ____      DENIED ____      DEFERRED ____ |

3

| No. | Incident Date | Plaintiffs' Trial Exhibit No. | Ruling |
|-----|---------------|-------------------------------|--------|
| 59 |  | 199 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 60 |  | 243 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 61 |  | 244 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 62 |  | 325 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 63 | 8/14/2024 | 245 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 64 | 8/15/2024 | 246 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 65 |  | 247 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 66 |  | 248 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 67 | 8/22/2024 | 45 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 68 |  | 249 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 69 |  | 250 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 70 |  | 251 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 71 |  | 252 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 72 |  | 253 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 73 | 8/26/2024 | 198 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 74 | 9/27/2024 | 400 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 75 | 10/4/2024 | 401 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 76 | 10/7/2024 | 158 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 77 |  | 159 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 78 | 10/15/2024 | 402 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 79 | 10/23/2024 | 254 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 80 |  | 255 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 81 |  | 256 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 82 |  | 403 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 83 | 10/25/2024 | 257 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |

4

| No. | Incident Date | Plaintiffs' Trial Exhibit No. | Ruling | | |
|---|---|---|---|---|---|
| 84 | | 258 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 85 | 10/29/2024 | 144 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 86 | | 156 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 87 | 11/4/2024 | 160 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 88 | | 161 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 89 | 11/20/2024 | 259 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 90 | | 260 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 91 | | 261 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 92 | | 418 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 93 | 11/21/2024 | 262 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 94 | | 263 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 95 | | 264 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 96 | 12/4/2024 | 265 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 97 | | 266 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 98 | | 267 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 99 | 12/7/2024 | 268 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 100 | 12/9/2024 | 29 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 101 | | 269 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 102 | | 270 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 103 | | 271 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 104 | | 272 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 105 | 1/4/2025 | 307 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 106 | | 308 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 107 | 1/6/2025 | 273 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 108 | | 274 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |

5

| No. | Incident Date | Plaintiffs' Trial Exhibit No. | Ruling |
|---|---|---|---|
| 109 | | 275 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 110 | | 276 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 111 | | 277 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 112 | | 309 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 113 | 1/7/2025 | 278 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 114 | | 279 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 115 | 1/8/2025 | 310 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 116 | 1/9/2025 | 311 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 117 | 1/13/2025 | 280 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 118 | | 281 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 119 | | 282 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 120 | 1/14/2025 | 283 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 121 | | 284 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 122 | | 285 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 123 | 1/16/2025 | 286 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 124 | | 287 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 125 | 1/25/2025 | 166 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 126 | | 167 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 127 | 1/29/2025 | 312 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 128 | 2/4/2025 | 288 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 129 | | 289 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 130 | 2/5/2025 | 290 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 131 | | 291 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 132 | | 313 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |
| 133 | 2/7/2025 | 292 | **GRANTED** ____    **DENIED** ____    **DEFERRED** ____ |

6

| No. | Incident Date | Plaintiffs' Trial Exhibit No. | Ruling |
|-----|---------------|-------------------------------|--------|
| 134 | 2/8/2025 | 293 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 135 | 2/10/2025 | 294 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 136 | | 295 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 137 | | 296 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 138 | 2/11/2025 | 297 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 139 | 2/12/2025 | 298 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 140 | | 299 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 141 | | 314 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 142 | 2/13/2025 | 300 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 143 | | 301 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 144 | | 302 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 145 | | 303 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |
| 146 | 2/14/2025 | 304 | **GRANTED** ____ **DENIED** ____ **DEFERRED** ____ |

IT IS SO ORDERED.


DATE:_____        _____
                                     The Honorable Donna M. Ryu
                                     CHIEF MAGISTRATE JUDGE

CASE NO. 4:22-cv-05502-DMR (LJC)                [PROPOSED] ORDER RE DEFS' MIL NO. 1