EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>Plaintiffs,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF SCOUT KATOVICH IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS OPINIONS OF DR. TIMUR DURRANI**<br><br>**Judge:** The Hon. Donna M. Ryu |

I, SCOUT KATOVICH, declare as follows:

1. I am an attorney at the American Civil Liberties Union, admitted *pro hac vice* before this Court and counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani.

2. Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani relies on deposition testimony and evidence exchanged during fact discovery.

3. Attached as Exhibit A is a true and accurate copy of the expert report of Dr. Timur Durrani, dated March 10, 2025.

4. Attached as Exhibit B is a true and accurate copy of excerpts of the transcript of the deposition of Dr. Timur Durrani, conducted on April 9, 2025.

5. Attached as Exhibit C is a true and accurate copy of Appendix A to the March 10, 2025 expert report of Dr. Timur Durrani, Curriculum Vitae of Dr. Timur Durrani.

6. Attached as Exhibit D is a true and accurate copy of Deposition Exhibit 1429 (CCSF-COH_713829), an excel spreadsheet that appears to list needlestick incidents.

7. Attached as Exhibit E is a true and accurate copy of an excel spreadsheet appearing to list five DPW needlestick incidents in 2020 and 2021 (CCSF-COH_681720).

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed June 20, 2025, in Berkeley, California.

/s/ Scout Katovich
Scout Katovich