# EXHIBIT A

**Timur S. Durrani, M.D., M.P.H.**

Tel: (510) 650-5349   |   Fax: (510) 890-3070

| **Mailing Address:** | **Clinical Address:** |
|---|---|
| 1155 Arnold Drive, C-182 | 3017 Telegraph Avenue, Suite 330D |
| Martinez, CA 94553-4104 | Berkeley, CA 94705-2049 |

March 10, 2025

Miguel A. Gradilla
Deputy City Attorney
Complex and Affirmative Litigation Team
Office of City Attorney David Chiu
(415) 554-3870 Direct

Re: Coalition on Homeless, et al. v. City and County of San Francisco, et al.
United States District Court Case No. 4:22-cv-05502-DMR

I have been asked to provide my opinion about the dangers and/or hazards, including but not limited to health-related dangers, City workers face in conducting street cleaning and property removal, particularly of encampments and related places of human habitation in public spaces. This report contains a complete statement of all of the opinions I have reached to date in this matter along with the facts and data I considered in forming those opinions. A copy of my CV is attached in Appendix A. My testimony for the last 5 years Appendix B is. My fee schedule is Appendix C. This report is based on information available to me at this time and I reserve the ability to modify or supplement the report should additional information become available. Also, should it become necessary, I reserve the right to respond to the opinions of Plaintiffs experts, if any.

**Professional Background**

I am a Clinical Professor of Medicine and Pharmacy in the Department of Medicine, Division of Occupational and Environmental and Climate Medicine, and the School of Pharmacy at the University of California at San Francisco (UCSF). I have been licensed to practice medicine in California since 2005. I am the Associate Chief for Clinical Services in the Occupational, Environmental, and Climate Medicine Division at UCSF and the Medical Director for Occupational Health Services at the Zuckerberg San Francisco General (ZSFG) Hospital and Trauma Center. I am an assistant Medical Director for the California Poison Control System, San Francisco Division. My primary current responsibilities are Attending Physician for the Medical Toxicology Inpatient Service at UCSF, San Francisco General Hospital, and Trauma Center.

I attended the University of Arizona from 1995 to 2000 and received a Bachelor of Science Degree in Medical Technology from that institution in 2000. I completed a dual degree in Medicine and Public Health at the University of Arizona College of Medicine and School of Public Health from 2000 to 2004. I was awarded a Medical Degree and a Master of Public Health from that institution in 2004. From 2004 to 2005, I served as an intern in Family Medicine at the University of California Los Angeles (UCLA). From 2005 to 2007, I completed my residency in Family Medicine at UCLA. From 2007 to 2008, I completed my residency in General Preventive Medicine and Public Health in the California Department of Public Health,

Coalition on Homeless, et al. v. City and County of San Francisco
Page 2 of 10

posted to Los Angeles County Department of Public Health. I completed a combined Occupational and Environmental Medicine residency and Medical Toxicology fellowship at UCSF from 2010 to 2012. I am quadruple board-certified in Family Medicine, General Preventive Medicine and Public Health, Occupational Medicine, and Medical Toxicology by the American Boards of Medical Specialties. I am a member of multiple professional organizations including the American College of Medical Toxicology. I am a past President of the California Academy of Preventive Medicine. I have also served in the U.S. Army Reserve for 27 years, serving 5 years as an enlisted medic and laboratory technician, and 22 years as a Medical Officer. I deployed twice to Afghanistan from 2008 to 2009 and in 2020, and once to Kuwait in 2013.

I have served on numerous committees and panels related to occupational and environmental medicine and toxicology, including the Zuckerberg San Francisco Hospital Infection Control Committee and UCSF Chemical and Environmental Safety Committee, the Lawrence Berkeley National Laboratory (LBL) Human Subjects Committee and Institutional Biosafety Committee. I have authored or co-authored more than 15 medical and scientific articles in peer-reviewed journals and book chapters including Occupational Infections in the 5th edition of Current Diagnosis & Treatment: Occupational and Environmental Medicine, edited by Joseph LaDou and Robert J. Harrison and Evaluation and Management of Exposure to Infectious Agents in the 3rd edition of the Handbook of Occupational Safety and Health Edited by S. Z. Mansdorf. I have served as an ad hoc editor for the Journal of Medical Toxicology, Journal of Pediatrics, Environmental Research, and JAMA Neurology. I have handled hundreds of occupational infectious disease exposure cases. I have taught classes on Hazardous Waste Operations (HAZWOPER) and conducted medical evaluations to meet HAZWOPER requirements.

As the Medical Director of Health Services at LBL, my duties entail managing a health service with physicians, nurse practitioners, medical assistants, non-clinical professionals, and an optometrist. We provide preventive care and treatment to over 4500 workers at LBL. In addition to my role at the LBL, I have several other clinical roles. I serve as the Assistant Medical Director for the San Francisco Division of the California Poison System, where I precept students (Medicine and Pharmacy), residents (Internal Medicine and Emergency Medicine) and toxicology fellows in the management of poisoned patients. I am the Faculty of Record for the course Medicine 180: Occupational Toxicology, taught in Winter quarter, and an instructor for Medicine 140.43: Clinical Toxicology and Pharmacology, taught year-round at UCSF. I serve as an attending consultant on the inpatient Medical Toxicology service at SFGH, Parnassus, Mission Bay, and Children's Hospital of Oakland. I also serve in the Occupational Medicine Clinic at Mt. Zion, where I treat outpatient toxicology patients who have been referred to UCSF predominantly through the Pediatric Environmental Health Specialty Unit. Finally, I continue to provide clinical advice to Physicians and the public through the Western States Pediatric Environmental Health Specialty unit.

In the course of my clinical work at the University of California, I have examined and treated hundreds of patients with toxic exposures. As an occupational and environmental medicine physician, I have frequently evaluated the cause of patients' occupational diseases including cancer. In so doing, I have prepared reports concluding that cancer in workers was caused by occupational exposure to toxic chemicals. These reports have been accepted and relied upon by the Workers' Compensation Appeals Board in awarding California workers benefits for such

work-related injuries. I have several years of experience in the determination of whether chemical exposure is likely to cause disease among exposed populations, the design and implementation of workplace programs to prevent occupational diseases caused by workplace chemicals, and the detection of disease outbreaks in the workplace.

I drew on my professional and educational background described above to reach my opinions in this matter.

## Site Visit And Other Materials Reviewed

In preparation for this report, on February 25, 2025, I observed an operation of San Francisco City workers at an encampment of people experiencing homelessness (PEH) cleaning the area. I walked through various parts of the encampment. In attendance were workers from various City departments. I also reviewed body camera footage, declarations, Incident Reports, and photographs of encampments of PEH. A complete listing of these materials is in Appendix D. My opinion is also informed by my experiences witnessing homeless encampments in San Francisco since around 2010. There were no materials I requested for review in this matter that I did not receive.

In addition to my first-hand observations and review of documents produced in the litigation, I also conducted a literature review of risks to PEH and workers using publicly available databases, including the National Institute of Health database, PubMed, Google Scholar, and Google. Generally, the search terms used to identify potentially relevant articles was: ("people experiencing homelessness and workers" risks) OR ("people experiencing homelessness and workers" infections) OR ("people experiencing homelessness and workers" chemical exposure) OR ("people experiencing homelessness and workers" thermal exposures) OR ("people experiencing homelessness and workers" animal exposure) OR ("people experiencing homelessness and workers" violence). I reviewed the relevant search results, and selected articles for inclusion based on the following criteria:

- The article was written or translated into English.
- The population focus was people experiencing homelessness and or workers working with people experiencing homelessness
- The location of the study included encampments

I excluded articles based on the following criteria:

- The article was not in English.
- The study was conducted exclusive of an encampment setting

## Opinions

Applying my knowledge, skill, experience, training, and education to the facts of this case, I reached the following opinions.

Coalition on Homeless, et al. v. City and County of San Francisco
Page 4 of 10

**Dangers and/or hazards, including but not limited to health-related dangers, City workers face in conducting street cleaning and property removal, particularly of encampments and related places of human habitation in public spaces.**

Workers conducting street cleaning and property removal, particularly of encampments and related places of human habitation in public spaces are at risk for occupational injury. Physical injury may occur due to slips, trips, falls, physical contact with people, animals or objects, lacerations, skin punctures, or exposure to infectious biological material, chemicals, or thermal hazards.

**Physical Injury**

Slips are a loss of balance caused by too little friction between the worker's shoes and the surface they walk or work on. Slips can be caused by wet surfaces or spills. Trips occur when a worker's foot hits an object, and they are moving with enough momentum to be thrown off balance. Falls occur when a worker moves too far off their center of balance. Physical contact can occur with people, animals or moving or stationary objects that can result in injury. These risks to workers were apparent when I observed the clearing of the encampment on February 25, 2025. This included workers having to mount a truck bed, step down from a truck bed, and walk on spray cleaning material and water on sidewalks.

In California, from 2013 – 2022, fatal injuries of workers on the job due to assaults and violent acts accounted for 20% and falls, slips and trips accounted for 19% of fatalities. Contact with objects and equipment made up 12% of the total. Exposure to harmful substances was responsible for 11% of recorded deaths and fires and explosions accounted for 1% of recorded death. Transportation incidents led to 33% of all occupational fatalities. (*See* California Department of Industrial Relations, Fatal Occupational Injuries in California, April 2024.)

**Infectious biological material[1]**

Conditions that contribute to increased risk of exposure to infectious diseases include environmental degradation, lack of regular access to clean water, basic sanitation services and waste management. The absence of enforcement of sanitation standards (generally governed by laws at the local level) and hygiene practices increases the risk of the spread of infectious diseases and hazardous chemical exposure. People experiencing homelessness are documented to have increased risk of respiratory infections such as tuberculosis, influenza, diphtheria, COVID, pneumococcal pneumonia, skin infections such as scabies, body louse infestation, and exposure to blood-borne pathogens such as HIV, hepatitis A, B or C. Work to clean and clear public rights of way where persons experiencing homelessness have erected encampments increases the risk of contracting these infections. This risk is also present when City workers handle the collection of needles including in homeless encampments and other areas, as confirmed in needle stick logs and other documents I reviewed documenting such incidents.

A review of the epidemiological literature reveals outbreaks of infectious diseases that have been reported in encampments of people experiencing homelessness in the United States,

Coalition on Homeless, et al. v. City and County of San Francisco
Page 5 of 10

including Hepatitis A, Shigellosis, Invasive group A streptococcal infections, flea-borne typhus, and Tuberculosis.

There are international standards for camps and temporary settlements, such as those adopted by the UN High Commission on Refugees. Generally, these standards require strict enforcement of sanitation and hygiene standards. For example, the average area per person to inhabit should be at least 29 square meters, the ideal being 45 square meters. There should be one on-site communal latrine per 20 persons, which should be at least six meters from shelters but not further than 50 meters away. There should be one shower per 50 people, with a water supply of 20 liters per day. The purpose of these standards is to ensure a healthy environment for inhabitants and minimize the risk of disease transmission.

As such, encampments in San Francisco do not typically comply with any of the recognized standards for temporary settlements. None of these well-recognized standards existed in the homeless encampments I observed. As such, the current conditions of these encampments pose health risks to the people living in those encampments and the workers tasked with cleaning and clearing the encampments.

PEH are also exposed to environmental risks due to lack of sanitation. Open defecation poses a risk to PEH and the general public. One study of open defecation sites found 23% of stool samples tested positive for 1 or more human pathogens such as *Escherichia coli*, *Giardia*, norovirus, or *Salmonella*. The majority (92%) of the identified open defecation sites were within 400 meters of food preparation sites

While observing the street cleaning and property removal of the encampment on February 25, 2025, I witnessed and photographed open sewage drainage and collection from a mobile camper, as shown in Photograph 1. Further, there were multiple references to human waste in DPW records I reviewed and in deposition transcripts, including of Mr. Patrick Dubose (Dubose Tr. 169:21-170:7) and of Ms. Shana Orona Couper (Orona Rough Tr. 188:14-19).

Coalition on Homeless, et al. v. City and County of San Francisco
Page 6 of 10

Photograph 1



### Chemical Exposure[2]

Workers performing street cleaning and property removal tasks at encampments of people experiencing homelessness are at increased risk of being exposed to chemicals including drugs of abuse and their metabolites, including methamphetamine and amphetamine; cocaine, benzoylecgonine, ecgonine methyl ester, and norcocaine; and heroin, acetylmorphine, and morphine. They are also at increased risk of exposure to other chemicals such as Tris(2-chloroethyl) Phosphate (TCEP), which the U.S. EPA "found that TCEP presents unreasonable risk of kidney cancer and noncancer health effects to workers and consumers."

Such risks have surfaced in this matter. For example, Mr. Dilworth noted in his deposition finding material with a white powdery substance and drug paraphernalia. (Dilworth Tr. 212:8-13.) And Mr. Cunningham described in his deposition a time when he stopped a person from taking a tent covered in feces, needles, and drug paraphernalia from taking it. (Cunningham Rough Tr. 55-56.)

### Thermal Exposure

Workers street cleaning and removing property of encampments of people experiencing homelessness are at increased risk of being exposed to burning material. Fires pose unique environmental concerns as they release toxic gases and other hazardous substances, along with flying debris and explosions. Several of the witnesses who spent time at encampments in San Francisco acknowledged that they observed campers using open flames to cook or heat their encampments, and in at least one instance saw a firebomb used as a weapon. In San Francisco,

there has been a doubling emergency response from about 400 emergency responses in 2019 to more than 800 in 2023, as depicted in Figure 1. (*See* Homeless encampment fires in San Francisco doubled over 5 years, causing millions in damage, Josh Koehn, David Sjostedt, The San Francisco Standard, February, 7 2024, https://sfstandard.com/2024/02/07/san-francisco-homeless-encampment-fires/.)

**Figure 2**

**Fire Reports Related to Homelessness in San Francisco**
Reports of fires linked to homeless encampments have skyrocketed over the last decade.

[Bar chart showing fire reports from 2014 to 2023, rising from under 100 in 2014 to approximately 870 in 2022 and 840 in 2023]

CHART: KEVIN TRUONG • SOURCE: SAN FRANCISCO FIRE DEPARTMENT

## Violence

Public health field workers have a documented increased risk of threats of violence, weapon threat or physical attack. (*See* Schulte JM, Nolt BJ, Williams RL, Spinks CL, Hellsten JJ. Violence and threats of violence experienced by public health field-workers. JAMA. 1998 Aug 5;280(5):439-42. doi: 10.1001/jama.280.5.439. PMID: 9701079.) As an example in this case, DPW workers have reported assaults they believed to be committed by persons experiencing homelessness including a DPW Hot Spot team member who was sprayed with mace by a camper while working at a homeless encampment. (Graham Tr. 164:173-75.)

## Animal exposure

In the SFPD incident reports I reviewed, there were 11 instances of animal bites recorded in encampments of people experiencing homelessness. There is a risk of animal bites to workers.

## Conclusion

In summary, based on my experience and review of the literature, it is my opinion that there are dangers and/or hazards, including but not limited to health-related dangers, City workers face in conducting street cleaning and property removal, particularly of encampments

Coalition on Homeless, et al. v. City and County of San Francisco
Page 8 of 10

and related places of human habitation in public spaces. This is based on the scientific evidence discussed above.

The methodology used in determining my opinions in this case came from my education experience and literature review. I hold all the opinions expressed in this report to a reasonable degree of medical and scientific certainty. I reserve the right to amend my opinions should additional information not known to me at this time become available. I may rely on excerpts of any of the materials I reviewed in this case as demonstratives at trial. I also reserve the right to change the information format provided herein and use additional demonstratives or exhibits during the trial.

_____
Timur S. Durrani, M.D., M.P.H.
Fellow, American College of Medical Toxicology
Diplomat, American Board of Family Medicine
Diplomat, American Board of Preventive Medicine in:
    Medical Toxicology
    Occupational Medicine
    General Preventive Medicine and Public Health

---

[1] The following references support statements made in this section: Badiaga S, Raoult D, Brouqui P. Preventing and controlling emerging and reemerging transmissible diseases in the homeless. Emerg. Infect Dis. 2008 Sep;14(9):1353-9. doi: 10.3201/eid1409.080204. PMID: 18760000; PMCID: PMC2603102, Liu CY, Chai SJ, Watt JP. Communicable disease among people experiencing homelessness in California. Epidemiol Infect. 2020 Mar 30;148:e85. doi: 10.1017/S0950268820000722. PMID: 32223777; PMCID: PMC7189346, Waddell CJ, Saldana CS, Schoonveld MM, Meehan AA, Lin CK, Butler JC, Mosites E. Infectious Diseases Among People Experiencing Homelessness: A Systematic Review of the Literature in the United States and Canada, 2003-2022. Public Health Rep. 2024 Sep-Oct;139(5):532-548. doi: 10.1177/00333549241228525. Epub 2024 Feb 20. PMID: 38379269; PMCID: PMC11344984; Foster M, Ramachandran S, Myatt K, Donovan D, Bohm S, Fiedler J, Barbeau B, Collins J, Thoroughman D, McDonald E, Ballard J, Eason J, Jorgensen C. Hepatitis A Virus Outbreaks Associated with Drug Use and Homelessness - California, Kentucky, Michigan, and Utah, 2017. MMWR Morb Mortal Wkly Rep. 2018 Nov 2;67(43):1208-1210. doi: 10.15585/mmwr.mm6743a3. PMID: 30383739; PMCID: PMC6319801, Mosites E, Frick A, Gounder P, Castrodale L, Li Y, Rudolph K, Hurlburt D, Lecy KD, Zulz T, Adebanjo T, Onukwube J, Beall B, Van Beneden CA, Hennessy T, McLaughlin J, Bruce MG. Outbreak of Invasive Infections From Subtype emm26.3 Group A Streptococcus Among Homeless Adults-Anchorage, Alaska, 2016-2017. Clin Infect Dis. 2018 Mar 19;66(7):1068-1074. doi: 10.1093/cid/cix921. PMID: 29069346; PMCID: PMC5862750, Health advisory: Shigella

Outbreak Associated with Homeless Encampments in San Jose, Santa Clara County Public Health Department, June 14, 2024, Hines JZ, Pinsent T, Rees K, Vines J, Bowen A, Hurd J, Leman RF, Hedberg K. Notes from the Field: Shigellosis Outbreak Among Men Who Have Sex with Men and Homeless Persons - Oregon, 2015-2016. MMWR Morb Mortal Wkly Rep. 2016 Aug 12;65(31):812-3. doi: 10.15585/mmwr.mm6531a5. PMID: 27513523, Public Health Reports Several Cases of Flea-Borne Typhus, Los Angeles County Department of Public Health, October 04, 2018, Metro Public Health Department Confirms Hepatitis A Outbreak in Nashville, Increases Immunization Efforts Among At-Risk Groups, Metro Public Health Department, May 25, 2018, Hines JZ, Jagger MA, Jeanne TL, West N, Winquist A, Robinson BF, Leman RF, Hedberg K. Heavy precipitation as a risk factor for shigellosis among homeless persons during an outbreak - Oregon, 2015-2016. J Infect. 2018 Mar;76(3):280-285. doi: 10.1016/j.jinf.2017.11.010. Epub 2017 Dec 5. PMID: 29217465; PMCID: PMC8596496, Zhu A, Bruketa E, Svoboda T, Patel J, Elmi N, El-Khechen Richandi G, Baral S, Orkin AM. Respiratory infectious disease outbreaks among people experiencing homelessness: a systematic review of prevention and mitigation strategies. Ann Epidemiol. 2023 Jan;77:127-135. doi: 10.1016/j.annepidem.2022.03.004. Epub 2022 Mar 24. PMID: 35342013, Marks SM, Self JL, Venkatappa T, Wolff MB, Hopkins PB, Augustine RJ, Khan A, Schwartz NG, Schmit KM, Morris SB. Diagnosis, Treatment, and Prevention of Tuberculosis Among People Experiencing Homelessness in the United States: Current Recommendations. Public Health Rep. 2023 Nov-Dec;138(6):896-907. doi: 10.1177/00333549221148173. Epub 2023 Jan 26. PMID: 36703605; PMCID: PMC10576477, Ohlsen EC, Angel K, Maroufi A, Kao A, Victorio MJ, Cua LS, Kimura A, Vanden Esschert K, Logan N, McMichael TM, Beatty ME, Shah S. Shigellosis outbreak among persons experiencing homelessness-San Diego County, California, October-December 2021. Epidemiol Infect. 2023 Oct 23;152:e61. doi: 10.1017/S0950268823001681. PMID: 37869979; PMCID: PMC11062786Waddell CJ, Saldana CS, Schoonveld MM, Meehan AA, Lin CK, Butler JC, Mosites E. Infectious Diseases Among People Experiencing Homelessness: A Systematic Review of the Literature in the United States and Canada, 2003-2022. Public Health Rep. 2024 Sep-Oct;139(5):532-548. doi: 10.1177/00333549241228525. Epub 2024 Feb 20. PMID: 38379269; PMCID: PMC11344984, Wooten DA. Forgotten but Not Gone: Learning From the Hepatitis A Outbreak and Public Health Response in San Diego. Top Antivir Med. 2019 Jan;26(4):117-121. PMID: 30641485; PMCID: PMC6372360.). Climate change is recognized as a threat to people experiencing homelessness, including increased risk for infectious disease during extreme weather events, as was seen in the Shigellosis outbreak in Oregon and potential for West Nile Virus, Ramin B, Svoboda T. Health of the homeless and climate change. J Urban Health. 2009 Jul;86(4):654-64. doi: 10.1007/s11524-009-9354-7. Epub 2009 May 15. PMID: 19444615; PMCID: PMC2704276; Capone D, Ferguson A, Gribble MO, Brown J. Open Defecation Sites, Unmet Sanitation Needs, and Potential Sanitary Risks in Atlanta, Georgia, 2017-2018. Am J Public Health. 2018 Sep;108(9):1238-1240. doi: 10.2105/AJPH.2018.304531. Epub 2018 Jul 19. PMID: 30024806; PMCID: PMC6085025.

[2] The following references support statements made in this section: Gerrity D, Papp K, Dickenson E, Ejjada M, Marti E, Quinones O, Sarria M, Thompson K, Trenholm RA. Characterizing the chemical and microbial fingerprint of unsheltered homelessness in an urban watershed. Sci Total Environ. 2022 Sep 20;840:156714. doi: 10.1016/j.scitotenv.2022.156714. Epub 2022 Jun 13. PMID: 35709998., Risk Evaluation for Tris(2-chloroethyl) Phosphate

(TCEP), US EPA, September 2024, https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/risk-evaluation-tris2-chloroethyl-phosphate-tcep.