# EXHIBIT C

Appendix A

Prepared: March 1, 2025

## University of California, San Francisco
# CURRICULUM VITAE

**Name:**     Timur Shah Durrani, MD, MPH, MBA

**Position:**     Professor of Clinical Medicine, Step 2
Medicine
School of Medicine

**Address:**     Box 1369
University of California, San Francisco
Voice: (415) 514-4539
Email: timur.durrani@ucsf.edu

## EDUCATION

| - | Institution | Degree | Major |
|---|---|---|---|
| 1996 - 1997 | George Washington University | A.S. | Medical Technology |
| 1995 - 2000 | University of Arizona | B.S. | Medical Technology |
| 2000 - 2004 | University of Arizona | M.D. | Medicine |
| 2000 - 2004 | University of Arizona | M.P.H. | Public Health |
| 2004 - 2007 | University of California, Los Angeles | Resident | Family Medicine |
| 2006 - 2008 | University of California, Irvine | M.B.A. | Business Administration |
| 2007 - 2008 | California Department of Public Health | Resident | Public Health and Preventive Medicine |
| 2010 - 2012 | University of California, San Francisco | Fellow | Occupational and Environmental Medicine/Medical Toxicology |
| 2016 - 2018 | United States Army War College | M.S.S. | Strategic Studies |

## LICENSES, CERTIFICATION

| 2000 | Board Certification - American Society for Clinical Pathology □ Medical Laboratory Scientist □ Certification Number: 211380 |
|---|---|
| 2005 | California Medical License A92882 - Expires June 30, 2025 |
| 2006 | Drug Enforcement Agency Registration Number BD948956 - Expires June 30, 2026 |
| 2007 | Board Certification - Family Medicine |

Prepared: March 1, 2025

| 2010 | Board Certification - Public Health and General Preventive Medicine |
| 2012 | Medical Review Officer Certification - Certification Number: 22-143739- Expires May 22, 2027 |
| 2014 | Board Certification - Medical Toxicology |
| 2014 | Qualified Medical Evaluator for the California Division of Workers' Compensation Medical Unit |
| 2015 | Board Certification - Occupational Medicine |
| 2015 | National Registry of Certified Medical Examiners #: 6284918920, Expires September 11, 2025 |
| 2016 | Basic Life Support (Expires 7/2026), Advanced Cardiac Life Support (Expires 7/2026), Pediatric Advanced Life Support (Expires 2/2026), Advanced Trauma Life Support (Expires 11/14/2027), Advanced Hazmat Life Support (Expires 4/2026), Federal Motor Carrier Safety Administration Certified Medical Examiner (Expires 9/11/2025) |
| 2017 | Board Re-certification - Family Medicine |
| 2018 | Council for Accreditation in Occupational Hearing Conservation - Certified Professional Supervisor - Certificate Number 499413 (expires 02/10/2029) |

## PRINCIPAL POSITIONS HELD

| - | Organization | Title | Department |
|---|---|---|---|
| 2004 - 2007 | UCLA | Resident | Family Medicine/Preventive Medicine |
| 2008 - 2009 | US Army, Bagram Airfield, Afghanistan | Preventive Medicine Physician | 101st Airborne Division |
| 2010 - 2012 | UCSF | Fellow | Medicine |
| 2012 - 2012 | Genentech | Safety Scientist | Licensing and Early Development |
| 2012 - 2012 | UCSF | Clinical Instructor | Medicine |
| 2012 - 2017 | UCSF | Assistant Clinical Professor | Medicine and Pharmacy |
| 2017 - 2023 | UCSF | Associate Clinical Professor | Medicine and Pharmacy |
| 2017 - 2024 | Lawrence Berkeley National Laboratory | Medical Director | Health Services |

| | | | |
|---|---|---|---|
| 2020 - 2020 | US Army, New Camp Vance, Kabul Afghanistan | Senior Medical Officer | NATO Special Operations Component Command - Afghanistan |
| 2023 - present | UCSF | Clinical Professor | Medicine and Pharmacy |

**OTHER POSITIONS HELD CONCURRENTLY**

| | | | |
|---|---|---|---|
| 2006 - 2006 | Community & Mission Hospitals of Huntington Park | Attending Physician | Emergency Department |
| 2006 - 2007 | Hollywood Presbyterian Medical Center | Hospitalist | Medicine |
| 2006 - 2007 | Tri-City Regional Medical Center Emergency Department | Attending Physician | Emergency Department |
| 2006 - 2008 | Monterey Park Hospital Emergency Department | Attending Physician | Emergency Department |
| 2006 - 2010 | Woodland Memorial Healthcare | Attending Physician | Emergency Department |
| 2006 - 2010 | Sutter Lakeside Hospital | Attending Physician | Emergency Department |
| 2013 - 2013 | US Army, Camp Arifjan, Kuwait | Preventive Medicine Physician | 793rd Medical Detachment (Preventive Medicine) |
| 2015 - present | Womack Army Medical Center | Preventive Medicine Physician | Preventive Medicine |
| 2021 - present | San Francisco Veterans Administration Medical Center | Attending Physician | Occupational and Environmental Medicine |

**HONORS AND AWARDS**

| | |
|---|---|
| 1996 | Golden Key Honor Society, George Washington University |
| 1998 | Dean's List Honor Roll, University of Arizona |
| 1998 | American Society for Clinical Pathologists Student Scholarship |
| 2009 | Bronze Star Medal, United States Army |

2019          Fellow Status - American College of
              Medical Toxicology

**KEYWORDS/AREAS OF INTEREST**
Public health surveillance, syndromic surveillance, occupational toxicology, environmental toxicology, medical education, pharmacology, poison prevention

# CLINICAL ACTIVITIES

**CLINICAL ACTIVITIES SUMMARY**
As the Medical Director of Health Services at Lawrence Berkeley National Laboratory (LBL), my duties entail managing a health service with physicians, nurse practitioners, medical assistants, non-clinical professionals and an optometrist. We provide preventive care and treatment to over 4500 workers at LBL. In addition to my role at the LBL, I have several other clinical roles. I serve as the Assistant Medical Director for the San Francisco Division of the California Poison System, where I precept students (Medicine and Pharmacy), residents (Internal Medicine and Emergency Medicine) and toxicology fellows in the management of poisoned patients. I am the Faculty of Record for the course Medicine 180, Occupational Toxicology, taught in Winter quarter and an instructor in Medicine 140.43, Clinical Toxicology and Pharmacology, taught year round at the University of California San Francisco. I serve as an attending consultant on the inpatient Medical Toxicology service at SFGH, Parnassus, Mission Bay and Children□s Hospital of Oakland. I also serve in the Occupational Medicine Clinic at Mt. Zion, where I treat outpatient toxicology patients who have been referred to UCSF predominantly through the Pediatric Environmental Health Specialty Unit. Finally, I continue to provide clinical advice to Physicians and the public through the Western States Pediatric Environmental Health Specialty unit.

**CLINICAL SERVICES**

| | | |
|---|---|---|
| 2012 – present | Assistant Medical Director for the San Francisco Division of the California Poison System, where I precept students (Medicine and Pharmacy), residents (Internal Medicine and Emergency Medicine) and toxicology fellows in the management of poisoned patients. | 1 day per week |
| 2012 – present | Instructor in Medicine 140.43, Clinical Toxicology and Pharmacology | 1 day per week |
| 2012 – present | Attending on the inpatient Medical Toxicology service at SFGH, Parnassus, and Mission Bay | 1 day per week |
| 2012 – present | Attending for the Occupational Medicine Clinic at Mt. Zion, where I treat outpatient toxicology patients who have been referred to UCSF | Once per quarter |
| 2012 – present | Provide clinical advice to physicians and the public through the Western States Pediatric Environmental Health Specialty unit | Monthly |

| 2014 - 2017 | Serve as the Medical Director for the Occupational Health Service at Zuckerberg San Francisco General Hospital, providing medical supervision for physicians and nurse practitioners who conduct annual examinations, medical surveillance evaluations or health evaluations for workers who sustain a blood or body fluid exposure or aerosol transmissible disease (ATD) exposure, resulting in approximately 10,000 visits per year for approximately 35,000 workers. | Daily |
| --- | --- | --- |
| 2017 - present | Serve as the Site Occupational Medical Director of Health Services at Lawrence Berkeley National Laboratory (LBL), my duties entail managing a health service with physicians, nurse practitioners, medical assistants, non-clinical professionals and an optometrist. We provide preventive care and treatment to over 4500 workers at LBL | Daily |
| 2023 - present | Faculty of Record for Medicine 180, Occupational Toxicology | Weekly Winter Quarter |

## PROFESSIONAL ACTIVITIES

### MEMBERSHIPS

| - | Organization |
| --- | --- |
| 2003 - present | Society of U.S. Army Flight Surgeons |
| 2001 - 2012 | American Academy of Family Physicians |
| 2008 - 2012 | American College of Preventive Medicine |
| 2011 - 2012 | American College of Occupational and Environmental Medicine |
| 2010 - present | American College of Medical Toxicology |
| 2011 - 2017 | California Academy of Preventive Medicine |

### SERVICE TO PROFESSIONAL ORGANIZATIONS

| - | Organization | Role |
| --- | --- | --- |
| 2011 - 2017 | California Academy of Preventive Medicine | Board Member |
| 2015 - 2016 | California Academy of Preventive Medicine | President |

### SERVICE TO PROFESSIONAL PUBLICATIONS

| - | Publication |
| --- | --- |
| 2013 - present | Journal of Medical Toxicology, ad hoc reviewer (once) |
| 2015 - 2017 | Egyptian Journal of Occupational Medicine, ad hoc reviewer (Once) |
| 2016 - 2017 | Editor, Open Access Journal of Toxicology (Once) |

| | |
|---|---|
| 2016 - 2017 | Editor, Toxicology and Forensic Medicine - Open Journal (Once) |
| 2017 - 2017 | Journal of Pediatrics, ad hoc reviewer (Once) |
| 2017 - 2017 | Environmental Research, ad hoc reviewer (Once) |
| 2018 - 2018 | JAMA Neurology, ad hoc reviewer (Once) |
| 2021 - present | Journal of Occupational Medicine and Toxicology, ad hoc reviewer (three times) |
| 2022 - 2022 | Emergency Medicine Journal, ad hoc reviewer (Once) |
| 2024 - 2024 | Clinical Pediatrics (Once) |

## INVITED PRESENTATIONS - INTERNATIONAL

| | | |
|---|---|---|
| 2008 | Korean Hospital, Bagram Airfield Afghanistan | Speaker |
| 2009 | International Security Assistance Force - Afghanistan | Speaker |
| 2012 | European Region, U.S. Army Prosecutor's Conference on Domestic Violence | Speaker |
| 2013 | Bahrain Defense Force | Speaker |
| 2013 | U.S. Military Hospital Kuwait, Camp Arifjan, Kuwait | Speaker |

## INVITED PRESENTATIONS - NATIONAL

| | | |
|---|---|---|
| 2009 | Defense Medical Readiness Training Institute, Medical Stability Operations Course, Washington DC | Speaker |
| 2009 | Special Operations Medical Association, Tampa Florida | Speaker |
| 2014 | Pediatric Environmental Specialty Unit national meeting, Chicago | Speaker |
| 2015 | Pediatric Environmental Health Specialty Unit Journal Club Webinar | Speaker |
| 2016 | Centers for Disease Control and Prevention; Poison Center and Public Health Collaboration Community of Practice Webinar | Co-presenter |
| 2021 | American College of Medical Toxicology Webinar | Speaker |
| 2022 | North American Congress of Clinical Toxicology | Speaker |
| 2025 | American Diabetes Association | Speaker |

## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

| | | |
|---|---|---|
| 2012 | UCSF Annual Review in Family Medicine | Speaker |
| 2014 | UCSF Updates in Occupational Health | Speaker |
| 2014 | UC Davis Occupational and Environmental Medicine Symposium | Speaker |

Prepared: March 1, 2025

| 2014 | UCSF Department of Psychiatry Grand Rounds | Speaker |
| 2015 | San Francisco Bay Area History of Medicine Society | Speaker |
| 2015 | UCSF Fresno Advanced Hazmat Life Support | Instructor |
| 2015 | UCSF Department of Obstetrics and Gynecology Grand Rounds | Speaker |
| 2015 | EPA/Border Environment Cooperation Commission - Lead & Pesticides | Speaker |
| 2016 | Children's Hospital of Oakland Grand Rounds | Speaker |
| 2017 | ZSFG Internal Medicine Grand Rounds | Speaker |
| 2017 | Children's Hospital of Oakland Continuing Medical Education conference | Speaker |
| 2017 | University of California Agriculture and Natural Resources | Speaker |
| 2017 | Department of Pediatrics, John A. Burns School of Medicine, University of Hawaii | Speaker |
| 2018 | Western Occupational & Environmental Medical Association | Speaker |
| 2018 | Highland General Hospital Internal Medicine Grand Rounds | Speaker |
| 2019 | UC Berkeley 24-Hour Emergency Response HAZWOPER Class | Speaker |
| 2019 | American Industrial Hygiene Association Northern California Section | Speaker |
| 2021 | California Department of Public Health, Childhood Poisoning Prevention Branch | Speaker |
| 2022 | American Industrial Hygiene Association Connecticut River Valley Section | Speaker |
| 2022 | U.S. EPA Region 9, Emergency Response Office | Speaker |
| 2023 | California El Camino Real Association of Occupational Health Nurses | Speaker |
| 2023 | UCSF Updates in Occupational Health | Speaker |
| 2025 | Close Calls with California Poison Control: Fumigant & Pesticides | Speaker |

## CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES

| 2005 | Army Medical Department Captains Career Course |
| 2006 | American Medical Association Pain Management Course |
| 2007 | UCLA Family Medicine Refresher Course |

Prepared: March 1, 2025

| | |
|---|---|
| 2009 | Society for Healthcare Epidemiology of America CDC Fundamentals in Healthcare Epidemiology Course |
| 2009 | American Board of Family Medicine: Childhood Illness |
| 2009 | American Board of Family Medicine: Maternity Care |
| 2010 | Difficult Airway Course |
| 2010 | Introductory Emergency Ultrasound Course |
| 2010 | Center for Emergency Medicine Education: High Risk Emergency Medicine Course |
| 2010 | North American Congress of Clinical Toxicology Conference |
| 2011 | Occupational and Environmental Toxicology |
| 2011 | Advanced Trauma Life Support |
| 2011 | American Board of Family Medicine: Heart Failure |
| 2012 | Natural and Man-Made Disasters: The Public Health Response |
| 2012 | American Board of Family Medicine: Information Management Methods in Medicine |
| 2012 | American College Of Occupational and Environmental Medicine Annual Meeting |
| 2012 | Medical Review Officer Course |
| 2012 | Oak Ridge Institute for Science and Education: Agents of Opportunity for Terrorism Course |
| 2012 | UCSF Annual Review in Family Medicine Course |
| 2012 | UCSF Occupational and Environmental Factors in Neurological Disease and Occupational and Environmental Medicine Update |
| 2013 | American Board of Family Medicine: Pain Management |
| 2014 | Advanced Hazmat Life Support Course |
| 2014 | American Board of Family Medicine: Hospital Medicine |
| 2014 | Medical Management of Chemical and Biological Casualties Course |
| 2014 | UCSF Occupational and Environmental Factors in Infectious Disease and Updates in Occupational Health |
| 2015 | Advanced Hazmat Life Support - Instructor Course |
| 2015 | UCSF Cardiovascular Health and Disease: Occupational and Environmental Factors and Updates in Occupational Health and Environmental Medicine |
| 2015 | Advanced Trauma Life Support Refresher Course |
| 2015 | National Registry Certified Medical Examiners Course |

Prepared: March 1, 2025

| 2015 | American College of Occupational and Environmental Medicine board review course |
| 2016 | Advanced Cardiac Life Support |
| 2016 | Toxic Substances in the Workplace and the Environment Updates in Occupation |
| 2016 | Pediatric Advanced Life Support |
| 2017 | Radiation Emergency Medicine |
| 2017 | Children's Environmental Health Symposium |
| 2017 | UCSF Occupational and Environmental Respiratory Disease and Updates in Occupational and Environmental Medicine |
| 2018 | UCSF Emerging and Re-Emerging Occupational and Environmental Exposure and Disease and Updates in Occupational and Environmental Medicine |
| 2018 | Special Operations Medical Association 2018 Scientific Assembly |
| 2019 | UCSF Vulnerable Workers and Communities at Environmental Risk and Updates in Occupational and Environmental Medicine 2019 |
| 2020 | Basic Life Support |
| 2020 | Pediatric Advanced Life Support |
| 2020 | Advanced Cardiac Life Support |
| 2020 | American Board of Family Medicine: Preventive Care |
| 2020 | UCSF Being an Occupational and Environmental Health "Detective" and Updates in Occupational and Environmental Medicine |
| 2021 | Albert Einstein College of Medicine: Human Subjects Research |
| 2021 | Department of Defense Opioid Prescriber Safety Training Program |
| 2021 | UCSF: New Jobs, Novel Technologies and Changing Hazards at Work and in the Environment and Updates in OEM |
| 2022 | Basic Life Support |
| 2022 | Pediatric Advanced Life Support |
| 2022 | Advanced Cardiac Life Support |
| 2022 | UCSF: At the Intersection of Occupational and Environmental Health and Updates in Occupational and Environmental Medicine |
| 2023 | Council for Accreditation in Occupational Hearing Conservation - Professional Supervisor Course |
| 2023 | UCSF - The Musculoskeletal System at Work and Updates in Occupational and Environmental Medicine |
| 2024 | Pediatric Advanced Life Support |

Prepared: March 1, 2025

| 2024 | Society for Healthcare Epidemiology of America/Centers for Disease Control and Prevention Healthcare Epidemiology Training certificate course | |
| 2025 | Center for Occupational and Environmental Health, Aftershocks & Outbreaks: Emergency Response Strategies for Occupational and Environmental Health, | |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| 1995 – present | U.S. Army Reserve | Colonel, Medical Officer |
| 2012 – present | Region 9, Agency for Toxic Substances and Disease Registry, CDC | Consultant |
| 2014 – 2015 | San Francisco Department of Public Health Ebola Incident Management Team | Member |
| 2015 – 2017 | Poison Center & Public Health Collaboration Community of Practice (a collaboration of the Centers for Disease Control and Prevention, American Association of Poison Control Centers and the Council of State and Territorial Epidemiologists). | Steering Committee Member |
| 2015 – 2017 | Pediatric Environmental Health Specialty Unit Steering Committee on Specialty Clinics | Committee Co-Chair |
| 2016 – 2017 | California EPA - Office of Environmental Health Hazard Assessment, California Environmental Protection, Aliso Canyon Natural Gas Leak Independent Scientific Advisory Panel | Member |
| 2020 – 2020 | United States Department of Defense, Afghanistan | Public Health Emergency Officer |
| 2022 – 2022 | Los Angeles County Department of Public Health, Aliso Canyon Health Study Proposal Evaluation Committee | Member |
| 2023 – present | California Lead Advisory committee to the California Department of Public Health Childhood Lead Poisoning Prevention Branch | Member |

# UNIVERSITY AND PUBLIC SERVICE

## SERVICE ACTIVITIES SUMMARY

I have had the opportunity to support public service at the local, state, national and international level. These opportunities include serving as a volunteer physician in Haiti following the earthquake in 2010 and as an expert reviewer of physician standard of practice licensed in California and governmental consultancy. I am a member of multiple committees within the hospital (SFGH), and academic committees serving our residents and fellows. I have served in the Army Reserve for over 25 years, and have deployed twice to Afghanistan and once to Kuwait. I support our student veterans by providing mentorship and guidance in the health sciences field. I am the past president of the California Academy of Preventive Medicine.

Prepared: March 1, 2025

## UNIVERSITY SERVICE
## UC SYSTEM AND MULTI-CAMPUS SERVICE

| | | |
|---|---|---|
| 2019 - 2019 | UCOP - Systemwide Air Quality Protocol Working Group | Member |
| 2022 - present | UCOP - Vaccine Compliance Project - Responsible Executives Working Group | Member |

## UCSF CAMPUSWIDE

| | | |
|---|---|---|
| 2015 - 2017 | Occupational Health Multisite Campus Committee | Member |
| 2015 - present | UCSF Student Veteran and Military Support Services | Faculty Member |
| 2016 - 2017 | UCSF Water Quality Scientific Advisory Group | Member |

## SCHOOL OF MEDICINE

-

## SCHOOL OF PHARMACY

| | | |
|---|---|---|
| 2012 - 2013 | Rx for Prescription Drug Abuse Awareness | Speaker |

## DEPARTMENTAL SERVICE

| | | |
|---|---|---|
| 2012 - present | Medical Toxicology Fellowship Advisory Committee | Member |
| 2015 - present | Occupational and Environmental Medicine Residency Advisory Committee and its Program Evaluation Committee (PEC) | Member |
| 2014 - 2017 | SFGH Infection Control Committee | Member |
| 2014 - 2017 | SFGH Disaster Committee | Member |
| 2015 - 2017 | Chemical and Environmental Safety Committee Meeting | Member |

## SERVICE AT OTHER UNIVERSITIES

| | | |
|---|---|---|
| 2017 - 2024 | Institutional Biosafety Committee - Member | Lawrence Berkeley National Laboratory |
| 2017 - 2024 | Human Subjects Research Review Committee - Member | Lawrence Berkeley National Laboratory |
| 2018 - present | External reviewer for faculty promotion | University of Arizona College of Medicine |
| 2024 - present | External reviewer for faculty promotion | University of Texas Health Science Center at Houston (UTHealth Houston) School of Public Health |

Prepared: March 1, 2025

## COMMUNITY AND PUBLIC SERVICE

| | | |
|---|---|---|
| 2010 - 2010 | International Medical Corps | Physician Volunteer |
| 2014 - present | California Medical Board - Central Complaint Unit | Expert Reviewer |

# CONTRIBUTIONS TO DIVERSITY

### CONTRIBUTIONS TO DIVERSITY    Contributions to Diversity, Equity & Inclusion Guidance

I provide teaching on topics such as lead and other environmental toxins that are recognized to have a disproportionate effect on disadvantaged populations.  I provide mentoring to veterans interested in joining the healthcare field.  We have had success in getting these veterans research publications and acceptance into medical schools including UCSF.  I provide mentoring to junior faculty, including faculty form underrepresented groups, particularly on topics such as career guidance.  My research and creative activities focus on occupational or environmental exposures and translating this into publications that are accessible to healthcare providers who evaluate and treat disadvantaged populations. My university and public service focus on public health as it relates to toxic exposure.  This included serving on the California Governor's appointed Aliso Canyon Natural Gas Leak Independent Scientific Advisory Panel, where we specifically focused on the impact of exposure to the most vulnerable population. My professional activities include providing seminars to promotores de salud, health professionals, outreach workers and practitioners on specific environmental health topics such as pesticides and lead in disadvantaged communities on the U.S. Mexico border and the Hawaiian islands.

# TEACHING AND MENTORING

### TEACHING SUMMARY

I provide formal and informal teaching to medical, pharmacy, nursing students as well as medical residents and fellows through weekly rounds at the San Francisco Division of the California Poison Control System and clinic-based teaching for the Occupational and Environmental Medicine residency.  In addition I have provided courses on continuing medical education lectures as part of Family Medicine and Occupational Medicine conferences.  I have co-developed a two and four week rotation for occupational and environmental medicine residents while rotating at San Francisco General Hospital Occupational Health Service and served as the site director.  I have developed a four week rotation for occupational and environmental medicine residents while rotating at Lawrence Berkeley National Laboratory and serve as the site director.  I was the co-chair for the 2016 UCSF Occupational and Environmental Medicine continuing medical education course.  I was faculty of record for the UCSF Medicine Course 180 - Occupational Toxicology for 2016, having been the co-instructor for 2015.  I also serve as an attending for an elective in Pediatric Environmental Health rotation for UCSF pediatric or occupational and environmental medicine residents.

### FORMAL TEACHING

| Not UCSF | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|

Prepared: March 1, 2025

| Not UCSF | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| X | 2011 - 2011 | Provided a 1 hour lecture to Preventive Medicine Residents and California Epidemiologic Investigative Service interns on Principles in Medical Toxicology | Instructor | | 12 |
| | 2012 - present | Medicine 140.43 Clinical Toxicology and Pharmacology | Attending, Course instructor | Medicine | 6 |
| X | 2013 - present | Provide a 1 hour lecture in Public Health 269E Current Topics in Environmental Medicine at UC Berkeley on Principles in Medical Toxicology annually | Instructor | | 12 |
| | 2014 - 2015 | Medicine 180 Occupational Toxicology | Lecturer | Nursing | 9 |
| | 2014 - 2019 | Provide 2 hour lecture on Principles in Medical Toxicology and Hepatotoxins to Center for Occupational and Environmental Health continuing medical education course annually | Instructor | | 30 |
| | 2015 - present | Serve as a course instructor for Advanced Hazmat Life Support, providing 22.5 Continuing education credit to physicians, nurses, pharmacists and paramedics | Instructor | | 12 |

| Not UCSF | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2015 - 2016 | Medicine 180 Occupational Toxicology Serve as the Co-Faculty of Record, providing lecture, arranging guest speakers, and providing final grades for the course of 12 residents and nurse practitioner students. | Co-Faculty of Record | Nursing | 12 |
| | 2015 - 2016 | Co-Chair for the Toxic Substances in the Workplace and the Environment Updates in Occupational and Environmental Medicine Continuing Medical Education Course sponsored by UCSF providing 18 Continuing Medical Education Credits to physicians. | Co-Chair | Grad | 100 |
| | 2017 - 2017 | Emergency Medicine 198 | Instructor | Medicine | 1 |
| | 2016 - 2017 | Medicine 180 Occupational Toxicology | Faculty of Record | Nursing | 12 |
| | 2017 - present | Medicine 180 Occupational Toxicology | Lecturer | Nursing | 12 |
| | 2023 - present | Medicine 180 Occupational Toxicology | Faculty of Record | Nursing | 12 |

## INFORMAL TEACHING

2012 - present   Teaching of UCSF Occupational and Environmental Medicine residents while in Occupational and Environmental Medicine clinic at Mt. Zion. (4 hours per year)

Prepared: March 1, 2025

| 2014 – present | Teaching of UCSF Occupational and Environmental Medicine residents, Pediatrics Residents as a site preceptor for Pediatric Environmental Health. (2 hours per month) |
|---|---|
| 2015 – 2017 | Teaching rounds of UCSF Family Medicine residents and students while attending on the Family Medicine Inpatient Service at SFGH. (one month per year) |
| 2015 – 2017 | Serve as the site director for the newly established 4 week rotation for Occupational and Environmental Medicine Residents at SFGH (3 months per year) |
| 2016 – 2017 | Serve as the Quality Improvement faculty advisor for the UCSF Occupational and Environmental Medicine Residency (2 hours per month) |
| 2017 – present | Serve as the site director for the newly established 4 week rotation for Occupational and Environmental Medicine Residents at Lawrence Berkeley National Laboratory (4 months per year) |

## MENTORING SUMMARY

I provide formal and informal mentoring to our current ACGME Medical Toxicology fellows, ACGME OEM residents, Internal Medicine and Emergency Medicine and Family Medicine residents, and medical, nursing, and pharmacy students. I also provide mentoring to our junior faculty. My work includes teaching as well as preparation for the in-service and Medical Toxicology Boards, OEM Boards, General Preventive Medicine and Public Health Boards and Family Medicine Boards, career guidance including expanding the scope of Medical Toxicology practice for fellows, to include exposure to occupational and environmental toxicology, industry and medical legal opportunities. I provide advice and informal mentoring to medical students on career tracks, including options within the US Armed Forces. I have mentored pharmacy students on opportunities within the Poison Center and toxicology. I have shared my experience in obtaining a junior faculty position at UCSF, and introduction to a career as an academic physician. Finally, I provide mentoring to junior enlisted medics (rank of private to specialist), non-commissioned officer medics (sergeants), and commissioned medical service corps officers (lieutenants through majors) within the US Army on career progression in the healthcare field.

## PREDOCTORAL STUDENTS SUPERVISED OR MENTORED

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2014 – 2018 | Jonathan Brandon | Medical Student | Research/Scholarly Mentor,Career Mentor | Mentor | Attending Physician |
| 2018 – 2022 | Justin Solarczyk | Medical Student | Research/Scholarly Mentor,Career Mentor | Mentor | 4th Year Medical Student |

Prepared: March 1, 2025

**POSTDOCTORAL FELLOWS AND RESIDENTS MENTORED**

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 2012 - 2014 | Suad Al Abri | Medical Toxicology | Research/Scholarly Mentor | Attending | Attending, Muscat Hospital, Oman |
| 2013 - 2015 | Hallam Guglemann | Medical Toxicology | Research/Scholarly Mentor | Attending | Medical Director Early Development Safety, Roche, Assistant Clinical Professor, UCSF |
| 2014 - 2016 | Annie Arens | Medical Toxicology | Research/Scholarly Mentor | Attending | Clinical Faculty in Toxicology, Hennepin County Emergency Medicine Residency |
| 2014 - 2016 | Lien TJ Tran | Occupational Medicine | Career Mentor | Attending | Attending, US Air Force |
| 2014 - 2016 | Krystal Lin | Occupational Medicine | Career Mentor | Attending | Attending, Kaiser Occupational Medicine |
| 2015 - 2016 | Shuchi Agarwal | Occupational Medicine | Career Mentor | Attending | Occupational Medicine Physician, Memorial Sloan Kettering |
| 2015 - 2016 | Rajan Puri | Occupational Medicine | Research/Scholarly Mentor | Attending | Assistant Clinical Professor, Stanford |

Prepared: March 1, 2025

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 2015 - 2016 | Kathy LeSaint | Medical Toxicology | Co-Mentor/Clinical Mentor | Attending | Assistant Clinical Professor, UCSF |
| 2017 - 2019 | Joshua R. Potocko | Occupational Medicine | Career Mentor | Attending | Occupational Medicine Action Officer, U.S. Navy |
| 2018 - 2020 | Anthony Pacini | Occupational Medicine | Research/Scholarly Mentor,Project Mentor,Career Mentor | Attending | Department Head, Occupational and Environmental Medicine, U.S. Naval Hospital Okinawa, Japan |
| 2020 - 2022 | Brittany Ballen | Occupational Medicine | Career Mentor | Attending | Occupational Medicine Resident |
| 2020 - 2022 | James McNicholas | Occupational Medicine | Career Mentor | Attending | Occupational Medicine Resident |
| 2021 - present | Aaron Hicks | Occupational Medicine | Career Mentor | AttendingDesignated residency mentor | Occupational Medicine Resident |

**FACULTY MENTORING**

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|-------|------|-------------------------|-------------|----------------|------------------|
| 2016 - 2020 | Hallam Gugelmann | Assistant Clinical Professor | Career Mentor | Associate Clinical Professor | Assistant Clinical Professor |
| 2017 - 2020 | Rajan Puri | Assistant Clinical Professor, Stanford | Career Mentor | Associate Clinical Professor | Assistant Clinical Professor |

Prepared: March 1, 2025

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|-------|------|-------------------------|-------------|----------------|------------------|
| 2019 - 2020 | Jessica Chuang | Assistant Clinical Professor | Career Mentor | Associate Clinical Professor | Police Physician Specialist |
| 2020 - present | Rahmat Balogun | Assistant Clinical Professor | Career Mentor | Associate Clinical Professor | Occupational Health Physician, UCB |
| 2020 - 2022 | Stephanie Holm | Assistant Clinical Professor | Career Mentor | Associate Clinical Professor | Co-Director, Western States Pediatric Environmental Health Specialty Unit |

# RESEARCH AND CREATIVE ACTIVITIES

## RESEARCH AND CREATIVE ACTIVITIES SUMMARY

My research focuses on occupational and environmental toxic exposures.  I was previously the PI role for the ATSDR extramurally funded Pediatric Environmental Health Specialty Unit grant.  I have additional research on toxins in the workplace and the environment.

## RESEARCH AWARDS - CURRENT

1. 5 NU61TS000296          Consultant          2 % effort          Holm, Stephanie (PI)

   American Academy of Pediatrics          09/01/2019          08/31/2024
   Pediatric Environmental Health Specialty Unit Program

Prepared: March 1, 2025

Major Goals: The PEHSU serves health professionals, community organizations, governmental officials, federal staff, child-care providers, parents, and others having interest in environmental conditions that influence reproductive and pediatric health. Primary focuses of the PEHSU are to: ☐ Build the capacity of primary care clinicians to recognize environmental exposure risks, provide risk reduction counseling, and deliver patient care to those at risk of or harm from acute or chronic exposures to hazardous substances in the environment. ☐ Integrate environmental health content, placing emphasis on hazardous substances in the environment and related health effects, into pre-service clinical (i.e., medical, nursing, and allied health) course work; and primary care residency programs (i.e., clinicians in pediatrics, family medicine, and obstetrics and gynecology). ☐ Increase patient and population awareness of environmental exposure risks and ways to reduce those risks. ☐ Provide education and consultative services to community members, clinicians, state and local health departments, appropriate federal programs, and others involved in protecting children and couples of reproductive age from environmental threats. ☐ Provide educational and consultative assistance in communities where ATSDR and/or Environmental Protection Agency (EPA) are addressing environmental contamination

## RESEARCH AWARDS - SUBMITTED

1.

|  | None | None |
|---|---|---|

## RESEARCH AWARDS - PAST

1. ACMT Cooperative Agreement  Consultant

| Agency for Toxic Substances and Disease Registry | 07/01/2012 | 07/01/2012 |
|---|---|---|
|  | $ 2500 direct/yr 1 | $ 2500 total |

2. TAA15-023                            PI

| Border Environment Cooperation Commission | 09/18/2015 | 08/31/2017 |
|---|---|---|
| Providing Environmental Health Information to Healthcare Providers along the Region 9 U.S.-Mexico Border | $ 11,214.70 direct/yr 1 | $ 14,130.52 total |

Prepared: March 1, 2025

The main goal of this project is to provide technical assistance to share expertise through several different forums, (environmental management of asthma training session, promotor workshops, and children's health symposium) with doctors, nurses, promotores de salud, health professionals, outreach workers and practitioners, on specific environmental health topics. Members of the Western States Pediatric Environmental Health Specialty Unit (PEHSU) of the University of California-San Francisco will conduct three events, an environmental management of asthma training session, promotor workshops, and a children's environmental health symposium. With these events, more than 150 healthcare providers will be trained with specialized information.

---

3. 1U61TS000238-01           PI                    5.7% % effort

Agency for Toxic Substances and Disease Registry      02/01/2015        09/29/2019

Building Partnerships, Expanding Access & Increasing      $ 220,325.0      $ 724,006.0 total
Awareness to Reduce Envir Threats to Reproductive &      direct/yr 1
Pediatric Health

UCSF PEHSU exists to improve the recognition and management of environmental health problems among children. This page contains information relevant to clinicians regarding the latest research and recommendations relevant to protecting children from specific environmental contaminants. We also provide educational resources for clinicians to further explore the impacts of the environment on children's health.

## PEER REVIEWED PUBLICATIONS

1. 2001          James DC, Durrani T, Wixon CL, Hughes JD, Westerband A, Mills JL. Preimplant vein intimal thickness is not a predictor of bypass graft stenosis. J Surg Res. 2001 Mar; 96(1):1-5. PMID: 11180988

2. 2003          Ferris BL, Mills JL, Hughes JD, Durrani T, Knox R. Is early postoperative duplex scan surveillance of leg bypass grafts clinically important? J Vasc Surg. 2003 Mar; 37(3):495-500. PMID: 12618681

3. 2009          Brezinski P, Edie-Korleski M, Durrani TS, Howard D, Manansala M. Health sector development in Afghanistan: the way forward. US Army Med Dep J. 2009 Apr-Jun; 51-7. PMID: 20084748

4. 2013          Lovallo E, Patterson S, Erickson M, Chin C, Blanc P, Durrani TS. When Is "Pseudo-Ludwig's Angina" Associated With Coagulopathy Also a "Pseudo" Hemorrhage? J Investig Med High Impact Case Rep. 2013 Jun 10;1(2):2324709613492503.  PMID: 26425576

5. 2016          Durrani TS, Tsutaoka B, Moeller M, Harrison R. Mercury exposure through gold extraction: Varied signs and symptoms of toxicity. Toxicol Forensic Med Open J. 2016; 1(1): 18-20. doi: 10.17140/TFMOJ-1-103

6. 2017        Tsutaoka B, Araya-Rodríguez G, Durrani T. Edible Marijuana Labeling and Packaging. Clin Pediatr (Phila). 2018 Feb;57(2):227-230.  PMID: 28952346.

7. 2017        Wong KH, Durrani TS. Exposures to Endocrine Disrupting Chemicals in Consumer Products-A Guide for Pediatricians. Curr Probl Pediatr Adolesc Health Care. 2017 May; 47(5):107-118. PMID: 28526231

8. 2018        Brandon JW, Solarczyk JK, Durrani TS. Lead Exposure in the Special Operations Shooter How to Prevent Cognitive Decline and Permanent Disability. J Spec Oper Med. 2018; 18(1):81-87. PMID: 29533439

9. 2019        Holm SM, Leonard V, Durrani T, Miller MD. Do we know how best to disinfect child care sites in the United States? A review of available disinfectant efficacy data and health risks of the major disinfectant classes. Am J Infect Control. 2019 Jan; 47(1):82-91. PMID: 30172610

10. 2019       Wong KH, Allen A, Durrani TS. Evaluating Effectiveness of Online Learning Modules in Pediatric Environmental Health Education. J Med Toxicol. 2019 Dec 23. PMID: 31873854

11. 2020       Durrani T, Clapp R, Harrison R, Shusterman D. Solvent-based paint and varnish removers: a focused toxicologic review of existing and alternative constituents. J Appl Toxicol. 2020 Apr 27. PMID: 32342556

12. 2023       Pacini A, Tsutaoka B, Lai L, Durrani TS. Unintentional pediatric exposures to household cleaning products: a cross-sectional analysis of the National Poison Data System (2000-2015). J Occup Med Toxicol. 2023 Aug 11; 18(1):16. PMID: 37568177.

13. 2024       Cox DJ, Frier BM, Bruggeman B, Durrani T, ElSayed NA, Bannuru RR, Fischer A, Griffin J Jr, Kohrman DB, May A, Sherman J. Diabetes and Driving: A Statement of the American Diabetes Association. Diabetes Care. 2024 Nov 1;47(11):1889-1896. doi: 10.2337/dci24-0068. PMID: 39432771.

## BOOKS AND CHAPTERS

1. 2011        Delia Dempsey, Timur S. Durrani. Methyl Bromide in Olson, K ed. Poisoning & Drug Overdose, 6th Edition. Appleton & Lange, 2011, 284 - 285

Prepared: March 1, 2025

2. 2014    Neal Benowitz, Timur S. Durrani, Cardiovascular Toxicology in LaDou, J ed. CURRENT Occupational and Environmental Medicine, 5th Edition, McGraw Hill, 2014.

3. 2014    Kent Olson, Timur S. Durrani, Clinical Toxicology in LaDou, J ed. CURRENT Occupational and Environmental Medicine, 5th Edition, McGraw Hill, 2014.

4. 2014    Robert Harrison, Timur S. Durrani, Occupational Infections in LaDou, J ed. CURRENT Occupational and Environmental Medicine, 5th Edition, McGraw Hill, 2014.

5. 2016    Timur S. Durrani (editor), Toxicology, in UCSF Hospitalist Handbook, 2016.

6. 2016    Timur S. Durrani, Salicylate toxicity, in CDS: Hospital Medicine, 2nd Edition - 2016.

7. 2016    Timur S. Durrani, Needlestick and post exposure prophylaxis, in CDS: Hospital Medicine, 2nd Edition - 2016.Reorder

8. 2018    Timur S. Durrani, Benzene, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

9. 2018    Timur S. Durrani, Copper, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

10. 2018    Timur S. Durrani, Cobalt, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

11. 2018    Timur S. Durrani, Methyl Bromide, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

12. 2018    Timur S. Durrani, Polychlorinated Biphenyls, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

13. 2018    Timur S. Durrani, Paul D. Blanc, Patricia Hess Hiatt, and Kent R. Olson, The Toxic Hazards Of Industrial And Occupational Chemicals, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

14. 2018    Timur S. Durrani, Warfare Agents - Biological, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

15. 2018    Val Beasley, Dan Hryhorczuk, Robert Poppenga, Timur Durrani, Environmental toxicants, in One Health, 1st Edition, Wiley, 2018

Prepared: March 1, 2025

16. 2019          Janet. Macher, Deborah Gold, Patricia Cruz, Jennifer L. Kyle, Timur S.
                  Durrani and Dennis Shusterman, Evaluation and Management of
                  Exposure to Infectious Agents in Handbook of Occupational Safety and
                  Health, 3rd Edition, Wiley, 2019

17. 2021          Timur S. Durrani, Kent Olson, Medical Toxicology in LaDou, J ed.
                  CURRENT Occupational and Environmental Medicine, 6th Edition,
                  McGraw Hill, 2021.

18. 2021          Timur S. Durrani, Lisa Winston, Occupational Infections in LaDou, J ed.
                  CURRENT Occupational and Environmental Medicine, 6th Edition,
                  McGraw Hill, 2021.

19. 2021          Timur S. Durrani, Neal Benowitz, Cardiovascular Toxicology in LaDou, J
                  ed. CURRENT Occupational and Environmental Medicine, 6th Edition,
                  McGraw Hill, 2021.

20. 2022          Timur S. Durrani, Benzene, in Olson K Ed. Poisoning & Drug Overdose,
                  8th Edition, Appleton & Lange, 2022.

21. 2022          Timur S. Durrani, Cobalt, in Olson K Ed. Poisoning & Drug Overdose, 8th
                  Edition, Appleton & Lange, 2022.

22. 2022          Timur S. Durrani, Copper, in Olson K Ed. Poisoning & Drug Overdose, 8th
                  Edition, Appleton & Lange, 2022.

23. 2022          Timur S. Durrani, Cyanide, in Olson K Ed. Poisoning & Drug Overdose,
                  8th Edition, Appleton & Lange, 2022.

24. 2022          Timur S. Durrani, Methyl Bromide, in Olson K Ed. Poisoning & Drug
                  Overdose, 8th Edition, Appleton & Lange, 2022.

25. 2022          Timur S. Durrani, Polychlorinated Biphenyls, in Olson K Ed. Poisoning &
                  Drug Overdose, 8th Edition, Appleton & Lange, 2022.

26. 2022          Timur S. Durrani, Warfare Agents - Biological, in Olson K Ed. Poisoning &
                  Drug Overdose, 8th Edition, Appleton & Lange, 2022.

27. 2022          Timur S. Durrani, Paul D. Blanc and Kent R. Olson, The Toxic Hazards Of
                  Industrial And Occupational Chemicals, in Olson K Ed. Poisoning & Drug
                  Overdose, 8th Edition, Appleton & Lange, 2022.

28. 2022          Kent R. Olson and Timur S. Durrani, Emergency Medical Response To
                  Hazardous Materials Incidents, in Olson K Ed.   Poisoning & Drug
                  Overdose, 8th Edition, Appleton & Lange, 2022.

Prepared: March 1, 2025

## OTHER PUBLICATIONS

1. 2012    "Episodic fever, chills and cough in a 33 year-old software developer," Timur S. Durrani, M
John Balmes, MD. See http://www.ocf.berkeley.edu/~dshuster/Fatigue/quiz.html

2. 2012    "Fatigue and shortness-of-breath in a truck driver," Timur S. Durrani, MD, MPH, MBA, Jord
See http://www.ocf.berkeley.edu/~dshuster/Dyspnea/quiz.html

3. 2013    Carbon Monoxide Poisoning in Children: Guidance for Disaster Events, Pediatric Environme
Miller, MD, MPH, University of California, San Francisco PEHSU, Manijeh Berenji, MD, MPH
California, San Francisco PEHSU, Robert J. Geller, MD, Southeast PEHSU, Kevin C. Oster
Children's Health and the Environment, Larry K. Lowry, Ph.D., Southwest Center for Pediat
M.D., PhD, Northwest PEHSU and the Carbon Monoxide Workgroup members. See
http://coeh.berkeley.edu/ucpehsu/FactSheets/carbon_monoxide_poisoning_in_children_gui

4. 2013    "Taking an Environmental Exposure history." See
https://www.pehsu.net/cgi/page.cgi/_zine.html/General_Environmental_Health/Taking_an_

5. 2016    "Endocrine Disrupting Chemicals in Consumer Products" See https://education.acmt.net/p
consumer-products-identification-and-health-effects#tab-product_tab_overview

## SIGNIFICANT PUBLICATIONS

1. 2017    Tsutaoka B, Araya-Rodríguez G, Durrani T. Edible Marijuana Labeling and
Packaging. Clin Pediatr (Phila). 2018 Feb;57(2):227-230. doi:
10.1177/0009922817691824. Epub 2017 Feb 16. PMID: 28952346.

I analyzed the data from the initial draft through the final publication. I
interpreted the data and analysis of the draft through the final publication. I
edited and revised the initial draft, which resulted in the final manuscript
which was accepted for publication.

2. 2018    Brandon JW, Solarczyk JK, Durrani TS. Lead Exposure in the Special
Operations Shooter How to Prevent Cognitive Decline and Permanent
Disability. J Spec Oper Med. 2018; 18(1):81-87. PMID: 29533439

The concept of the review was conceived by the first author and myself.
This paper served as an opportunity for two students to publish in academic
medicine as they were progressing through their medical education. I
reviewed each section and provided feedback for the purposes of learning
and ultimately publication.

Prepared: March 1, 2025

3. 2019     Holm SM, Leonard V, Durrani T, Miller MD. Do we know how best to disinfect child care sites in the United States? A review of available disinfectant efficacy data and health risks of the major disinfectant classes. Am J Infect Control. 2019 Jan; 47(1):82-91. PMID: 30172610

I identified and summarized epidemiological sources of reported pediatric poisonings due to chemical exposures including poison control and pesticide surveillance publications. I summarized acute toxicities of the three types of chemicals identified in the article; bleach, quaternary ammonium compounds and peroxides, in order to identify which has the least potential of hazard for exposed children.

4. 2020     Durrani T, Clapp R, Harrison R, Shusterman D. Solvent-based paint and varnish removers: a focused toxicologic review of existing and alternative constituents. J Appl Toxicol. 2020 Apr 27. PMID: 32342556

I served as the coordinating author for the article. In this role I worked with the co-authors to develop a standardized approach to review each of the available solvent products used in paint and varnish removers. Once the approach was agreed upon, I set a timeline for draft completion. I reviewed each section and provided edits and updates as necessary. Once satisfied with the draft, I submitted the draft to the editors, who accepted it for publication.

5. 2023     Pacini A, Tsutaoka B, Lai L, Durrani TS. Unintentional pediatric exposures to household cleaning products: a cross-sectional analysis of the National Poison Data System (2000-2015). J Occup Med Toxicol. 2023 Aug 11; 18(1):16. PMID: 37568177.

I obtained the data set from the National Poison Data System, then served as a faculty research mentor for A. Pacini, as he analyzed the data and presented the conclusions for his MPH project at UCB. I assisted in overseeing the presentation of the poster at a scientific meeting, followed by submitting, reviewing and editing the final publishable paper in the Journal of Occupational Medicine and Toxicology.

## CONFERENCE ABSTRACTS

2010     Stirland A, Guerry S, Chien M, Durrani T, Lozano A, Boyd H. Expediting STD Services: Findings from an STD Clinic Fast-Track Service. Presented at the National STD Prevention Conference, Atlanta, GA, March 8-11, 2010.

2011     Offerman SR, Durrani T, Tsutaoka B. Use of intravenous silibinin (Legalon SIL) for treatment of amatoxin mushroom poisoning in Northern California. Clinical Toxicology July 2011, Vol. 49, No. 6, 536

2012     Durrani TS, Meier KH, Manning BH, Hayashi SA. Nitrous Oxide Induced Neuropathy. Clinical Toxicology April 2012, Vol. 50, No. 4 , 341

Prepared: March 1, 2025

2012        Durrani TS, Harrison R, Mercury exanthem and peripheral sensory neuropathy following gold extraction. Presented at the Occupational and Environmental Factors in Neurological Disease Occupational and Environmental Medicine Update, 2012 meeting

2014        Gugelmann H, Gerona R, Leibovich SA, Anderson I , Kim S, Durrani T, Seizures and rhabdomyolysis with a novel phenethylamine: 2,5-dimethoxy-4-chloroamphetamine (DOC) Clinical Toxicology (2014), 52, 682-818

2015        Arens A, Miyagi S, Durrani T, Horng H, Smollin C, Serum warfarin concentrations and corresponding INR after intentional warfarin overdose Clinical Toxicology (2015), 53, 233-403

2015        Durrani T, Muzaffar S, Arens A, Hayashi S, Kosnett M, A Lead-Intoxicated Patient with End Stage Renal Disease treated with Ca EDTA and High-flux Hemodialysis Clinical Toxicology (2015) 53, 639-777

2015        Gugelmann H, Durrani T Bong Water Cotton Fever: Parenteral administration of sterilized, desiccated and reconstituted methamphetamine water pipe runoff Clinical Toxicology (2015) 53, 639-777

2016        Schick SF, Durrani T, Benowitz NB, Balmes JB, Whitlatch AB, Huang A, Ganz P, A pilot study of smoking history and current drug use among daily electronic cigarette users. Presented at the Toxic Substances in the Workplace and the Environment Meeting, San Francisco, CA, March 9, 2016.

2016        Schick SF, Durrani T, Benowitz NB, Balmes JB, Whitlatch AB, Huang A, Ganz P. A Pilot Study of Smoking History and Current Drug Use Among Daily Electronic Cigarette Users. Presented at the Tobacco Regulatory Science Conference, Bethesda, MD, May 17, 2016.

2017        Schick SF, Durrani T, Whitlatch AB, Huang A, Jee K, Balmes JB. Dermal Exposure to Thirdhand Cigarette Smoke. Presented at the International Society for Exposure Science meeting in Durham, NC, October 17, 2017.

2017        Schick SF, Mills C, Takaki S, Benowitz NB, Durrani T, Whitlatch AB, Huang A, Jee K, Ganz P. Acute Cardiovascular Effects of E-Cigarette Use in Daily Electronic Cigarette Users. Presented at the Tobacco Centers of Regulatory Science Grantee Meeting, held in Bethesda, MD, October 23-24, 2017.

2018        Jonathan W. Brandon; Justin K. Solarczyk, Timur S. Durrani. Lead Exposure in the Special Operations Shooter: How to Prevent Cognitive Decline and Permanent Disability. Presented at the Special Operations Medical Association Scientific Assembly, Charlotte, NC, May 15, 2018

Prepared: March 1, 2025

2019        Garcia EC, Goodnough R, Whitman J, Wu M, Smollin CG, Durrani T.
            Paliperidone-induced neuroleptic malignant syndrome: a case report. Clinical
            Toxicology (2019) 57, 559-559.

2019        Potocko J, Kosnik R, Durrani T, Ambient Wildfire Smoke: Appropriate
            Occupational Health Responses to a Public Health Problem.  Presented at
            Scientific Poster Session at the UCSF Vulnerable Workers and Communities
            at Environmental Risk and Updates in Occupational and Environmental
            Medicine Continuing Medical Education Course, San Francisco, March 13,
            2019

2020        Lai, Leslie; Ma, Anita; Tsutaoka, Ben; Durrani T: Outcomes and symptoms
            associated with occupational cleaning product exposures reported to the
            National Poison Data System from 2000-2016. CLINICAL TOXICOLOGY
            Meeting Abstract: 146  Volume: 58  Issue: 11  Pages: 1162-1163  Published:
            NOV 1 2020

2020        Pacini A, Tsutaoka B, Lai L, Durrani T:  Accidental pediatric (5 years and
            younger) exposures from household cleaning products: Descriptive cross-
            sectional data analysis from the American Association of Poison Control
            Centers National Poison Data System from 2000-2016.  Presented at
            Scientific Poster Session at the UCSF Being an Occupational and
            Environmental Health ☐Detective☐ and Updates in Occupational and
            Environmental Medicine Continuing Medical Education Course, San
            Francisco, March 5, 2020

## OTHER CREATIVE ACTIVITIES

1. 2013        Macisaac J, Harrison R, Krishnaswami J, McNary J, Suchard J, Boysen-
               Osborn M, Cierpich H, Styles L, Shusterman D. Fatalities due to
               dichloromethane in paint strippers: a continuing problem. Am J Ind Med.
               2013 Aug;56(8):907-10 - Acknowledgment for clinical research
               assistance/coordination

2. 2015        Bissell DM, Lai JC, Meister RK, Blanc PD. Role of delta-aminolevulinic
               acid in the symptoms of acute porphyria. Am J Med. 2015 Mar;128(3):313-
               7 - Acknowledgment for clinical research assistance/coordination

3. 2021        Hoang A, Fagan K, Cannon DL, Rayasam SDG, Harrison R, Shusterman
               D, Singla V. Assessment of Methylene Chloride-Related Fatalities in the
               United States, 1980-2018. JAMA Intern Med. 2021 Apr 19. -
               Acknowledgment for clinical research assistance/coordination

Prepared: March 1, 2025

4. 2021          Polkabla MA. Establishing Standards for the Assessment and
                 Decontamination Cleanup of Opioid-Contaminated Properties. New Solut.
                 2021 Nov;31(3):239-251. - Acknowledgement for direct and indirect
                 contributions to content