# Placeholder for Exhibit D
## FILED UNDER SEAL