# EXHIBIT E

| DOI | Bureau | Body Part | Injury | Description |
|---|---|---|---|---|
| 1/5/2020 | BSES | Right hand | Needlestick | EE picked up large black plastic bag in street; stuck by syringe |
| 5/8/2020 | BSES | Left hand; palm | Needlestick | EE was manually removing debris from screen at West Yard; stuck by syringe |
| 3/2/2021 | BSES | Finger | Nedlestick | EE was lifting black trash bags into truck when he got stuck; stuck by syringe |
| 5/3/2021 | BSES | Right leg; shin | Needlestick | EE was loading black bag into truck when it rubed his shin; stuck by syringe |
| 11/29/2021 | BSES | Right ring finger | Needlestick | EE was picking up a bag when he felt a poke; stuck by syringe |