EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS OPINIONS OF DR. TIMUR DURRANI** <br><br> **Judge:** The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani at the upcoming July 28, 2025 trial. The Court, having fully considered the papers and arguments presented, finds that Dr. Durrani's testimony is both irrelevant and unreliable. The Court hereby grants Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani.

IT IS SO ORDERED.

Dated: _____     _____
The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT