DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
           (415) 554-6762 (Murphy)
           (415) 554-3870 (Gradilla)
           (415) 554-4223 (George)
           (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:    edmund.wang@sfcityatty.org
           kaitlyn.murphy@sfcityatty.org
           miguel.gradilla@sfcityatty.org
           john.george@sfcityatty.org
           steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF NATHAN THEOBALD IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* NO. 2 TO EXCLUDE OBSERVER TESTIMONY REGARDING ALLEGED UNLAWFUL PROPERTY LOSS**<br><br>Judge: Hon. Donna M. Ryu<br>Action Filed: September 27, 2022<br>Trial Date: July 28, 2025 |

# DECLARATION OF NATHAN THEOBALD

I, Nathan Theobald, declare:

1.  I am an attorney in the law firm of Conrad | Metlitzky | Kane LLP, as well as counsel of record for City and County of San Francisco. I am licensed to practice law in California. I have personal knowledge of the matters stated herein and if called upon would testify competently thereto.

2.  Attached hereto as **Exhibit A** is a true and correct copy of Dylan Verner-Crist's excerpted deposition transcript taken on March 4, 2025, along with the caption page, appearances, admonition of oath, and court reporter's certification.

3.  Attached hereto as **Exhibit B** is a true and correct copy of Coalition on Homelessness Rule 30(b)(6) representative Jennifer Friedenbach's excerpted deposition transcript taken on February 25, 2025, along with the caption page, appearances, admonition of oath, and court reporter's certification.

4.  Attached hereto as **Exhibit C** is a true and correct copy of Karina Ioffee's excerpted deposition transcript taken on March 4, 2025, along with the caption page, appearances, admonition of oath, and court reporter's certification.

5.  Attached hereto as **Exhibit D** is a true and correct copy of Lukas Illa's excerpted deposition transcript taken on February 20, 2025, along with the caption page, appearances, admonition of oath, and court reporter's certification.

6.  Attached hereto as **Exhibit E** is a true and correct copy of Christin Evans' excerpted deposition transcript taken on March 10, 2025, along with the caption page, appearances, admonition of oath, and court reporter's certification.

7.  Attached hereto as **Exhibit F** is a true and correct copy of Carlos Wadkins's excerpted deposition transcript taken on January 27, 2025, along with the caption page, appearances, admonition of oath, and court reporter's certification.

8.  Attached hereto as **Exhibit G** is a true and correct copy of Wayman Young's excerpted deposition transcript taken on January 23, 2025, along with the caption page, appearances, admonition of oath, and court reporter's certification.

1

CASE NO. 4:22-CV-05502-DMR                              Theobald Decl. ISO Defs. MIL No. 2

9. Attached hereto as **Exhibit H** is a true and correct copy of David Nakanishi's excerpted deposition transcript taken on February 7, 2025, along with the caption page, appearances, admonition of oath, and court reporter's certification.

10. Attached hereto as **Exhibit I** is a true and correct copy of Jennifer Friedenbach's excerpted deposition transcript taken on February 27, 2025, along with the caption page, appearances, admonition of oath, and court reporter's certification.

11. Attached hereto as **Exhibit J** is a true and correct copy of Toro Castaño's excerpted deposition transcript taken on October 9, 2024, along with the caption page, appearances, admonition of oath, and court reporter's certification.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 20, 2025 in San Jose, California.

*/s/ Nathan Theobald*
NATHAN THEOBALD

**\*Pursuant to L.R. 5-1(i)(3), the e-filing attorney attests that each of the other Signatories have concurred in the filing of this document.**