# EXHIBIT B

# TO

# DECLARATION OF NATHAN THEOBALD IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE OBSERVER TESTIMONY REGARDING ALLEGED UNLAWFUL PROPERTY LOSS

```
 1               UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,    )
 6   et al.,                       )
 7              Plaintiffs,        )  CASE NO.
 8   vs.                           )  4:22-cv-05502-DMR (LJC)
 9   CITY AND COUNTY OF SAN        )
10   FRANCISCO, et al.,            )
11              Defendants.        )
12   - - - - - - - - - - - - - - - -
13
14
15         30(b)(6) VIDEOTAPED DEPOSITION OF
16                JENNIFER FRIEDENBACH
17           RE:  COALITION ON HOMELESSNESS
18              TUESDAY, FEBRUARY 25, 2025
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                   BY:  CYNTHIA TURI, CSR NO. 11812
23                   550 CALIFORNIA STREET, SUITE 820
24                   SAN FRANCISCO, CALIFORNIA 94104
25                                     (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8          30(b)(6) videotaped deposition of JENNIFER
 9   FRIEDENBACH, RE:  COALITION ON HOMELESSNESS, taken
10   on behalf of Defendant, at 39 Drumm Street, San
11   Francisco, California, commencing at 9:03 A.M.,
12   TUESDAY, FEBRUARY 25, 2025, before CYNTHIA TURI,
13   Certified Shorthand Reporter No. 11812, pursuant
14   to Notice of Deposition.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE PLAINTIFFS:
 3       AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
 4       NORTHERN CALIFORNIA
 5       BY:  JOHN THOMAS H. DO, ATTORNEY AT LAW
 6       39 Drumm Street
 7       San Francisco, California  94111
 8       Telephone:  (415) 621-2493
 9       Email:  jdo@aclunc.org
10   - AND -
11       EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
12       BY:  ZOE SALZMAN, ATTORNEY AT LAW
13       600 Fifth Avenue, 10th Floor
14       New York, New York  10020
15       Telephone:  (212) 763-5000
16       Email:  zsalzman@ecbawm.com
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL (CONTINUED):
 2   FOR THE DEFENDANTS:
 3       CITY AND COUNTY OF SAN FRANCISCO
 4       OFFICE OF THE CITY ATTORNEY
 5       BY:  JOHN H. GEORGE, DEPUTY CITY ATTORNEY
 6            STEVEN A. MILLS, DEPUTY CITY ATTORNEY
 7       1390 Market Street, 7th Floor
 8       San Francisco, California  94102
 9       Telephone:  (415) 554-4223
10       Email:  john.george@sfcityatty.org
11               steven.mills@sfcityatty.org
12
13   ALSO PRESENT:
14       KYLE FRIEND, VIDEOGRAPHER
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              TUESDAY, FEBRUARY 25, 2025; 9:03 A.M.
 2                          PROCEEDINGS:
 3              THE VIDEOGRAPHER:  Here begins Media No. 1 in
 4   the PMK deposition of Jennifer Friedenbach in the matter
 5   of Coalition on Homelessness, et al., versus City and
 6   County of San Francisco, et al., in the United States
 7   District Court, Northern District of California, Case
 8   No. 4:22-cv-05502-DMR.  Today's date is Tuesday,
 9   February 25th, 2025.  The time on the video monitor is
10   9:04 a.m.
11              The video operator today is Kyle Friend,
12   employed by Behmke Reporting and Video Services, Inc.
13   This video deposition is taking place at
14   39 Drumm Street, San Francisco, California 94111, and
15   was noticed by John George, Deputy City Attorney of the
16   City and County of San Francisco.
17              Counsel, please voice identify yourselves.
18              MR. GEORGE:  This is John George from the
19   San Francisco City Attorney's Office on behalf of
20   Defendants.  And I'm here with my colleague,
21   Steven Mills, also from my office.
22              MS. SALZMAN:  This is Zoe Salzman from the Law
23   Firm of Emery Celli, together with my colleague John Do
24   from the ACLU of Northern California on behalf of the
25   plaintiffs.
```

```
 1            THE VIDEOGRAPHER:  The court reporter today is
 2   Cindy Turi, certified shorthand reporter, contracted by
 3   Behmke Reporting and Video Services.
 4            Will the reporter please swear in the witness?
 5            THE REPORTER:  Good morning.  My name is
 6   Cynthia Turi, and my license number is 11812.
 7                   JENNIFER FRIEDENBACH,
 8      having been first duly sworn, testified as follows:
 9
10                        EXAMINATION
11   BY MR. GEORGE:
12      Q.  Good morning, Ms. Friedenbach.  Would you please
13   state your name for the record?
14      A.  Jennifer Friedenbach.
15      Q.  Great.  Thank you.  Have you been deposed
16   before?
17      A.  Yes.
18      Q.  So you probably know some of the ground rules.
19   I'll just remind you of a few of them, if that's all
20   right.
21      A.  Okay.
22      Q.  First, let's try not to talk over each other.
23   I'll ask my question.  If you could just wait until the
24   end before you answer, that would be very helpful.
25            Does that work?
```

```
 1   are.  But I believe you're still doing depositions.
 2   There could be evidence that comes forward in those.
 3   And there could be more declarations that have been
 4   uncovered by folks doing monitoring that have not been
 5   submitted yet.
 6   BY MR. GEORGE:
 7        Q.   Are those declarations already written?
 8        A.   I'm not sure.
 9        Q.   Can you -- do you recognize Exhibit No. 158?
10        A.   Yes.
11        Q.   And is this the Plaintiffs' Response --
12   Responses to Defendant's Second Set of Interrogatories?
13        A.   Yes.
14        Q.   Can you turn to the very last page?  Do you see
15   your verification?
16        A.   Yes.
17        Q.   And is that your signature on this page?
18        A.   Yes.
19        Q.   Did you verify these as true under the penalty
20   of perjury?
21        A.   Yes, to the -- yeah.
22        Q.   Do you agree that when a person's property is
23   destroyed by the City, that person is best situated to
24   testify about its condition and what property they had
25   that was destroyed?
```

```
 1        A.   The person whose property was destroyed?
 2   Typically, yes.
 3        Q.   Okay.  I have no further questions.
 4        A.   All right.  Thank you.
 5             THE VIDEOGRAPHER:  This concludes the PMK
 6   deposition of Jennifer Friedenbach.  We are going off
 7   the record.  The time is 6:16.
 8             THE REPORTER:  Would you like a copy of the
 9   transcript?
10             MS. SALZMAN:  Yes.
11             (Deposition proceedings adjourned at 6:16 p.m.)
12                         ---oOo---
13
14
15
16
17
18             _____
19                      JENNIFER FRIEDENBACH
20
21
22
23
24
25
```

```
 1  STATE OF CALIFORNIA      ) ss.
 2  COUNTY OF SAN FRANCISCO  )
 3         I hereby certify that the witness in the
 4  foregoing deposition, JENNIFER FRIEDENBACH, was by me
 5  duly sworn to testify to the truth, the whole truth, and
 6  nothing but the truth in the within-entitled cause; that
 7  said deposition was taken at the time and place herein
 8  named; and that the deposition is a true record of the
 9  witness's testimony as reported by me, a duly certified
10  shorthand reporter and a disinterested person, and was
11  thereafter transcribed into typewriting by computer.
12         I further certify that I am not interested in the
13  outcome of the said action, nor connected with nor
14  related to any of the parties in said action, nor to
15  their respective counsel.
16         IN WITNESS WHEREOF, I have hereunto set my hand
17  this March 7, 2025.
18         Reading and signing was:
19  ___ Requested ____ Waived __X__ Not Requested.
20
21
22
23
24                     CYNTHIA TURI, CSR NO. 11812
25                     STATE OF CALIFORNIA
```