# EXHIBIT D

# TO

# DECLARATION OF NATHAN THEOBALD IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE OBSERVER TESTIMONY REGARDING ALLEGED UNLAWFUL PROPERTY LOSS

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,   )
 6   et al.,                      )
 7              Plaintiffs,       )
 8   vs.                          )  CASE NO.
 9   CITY AND COUNTY OF SAN       )  4:22-cv-05502-DMR (LJC)
10   FRANCISCO, et al.,           )
11              Defendants.       )
12   - - - - - - - - - - - - - - -
13
14     THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
15      SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
16           AND USED ONLY IN ACCORDANCE THEREWITH
17
18          VIDEOTAPED DEPOSITION OF LUKAS ILLA
19             THURSDAY, FEBRUARY 20, 2025
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA 94104
25                        (415) 597-5600
```

1
2
3
4
5
6
7
8
9
10        Videotaped deposition of LUKAS ILLA, taken on
11   behalf of DEFENDANTS, at 131 Steuart Street, Suite 400,
12   San Francisco, California, commencing at 9:58 A.M.,
13   THURSDAY, FEBRUARY 20, 2025, before Suzanne I. Andrade,
14   Certified Shorthand Reporter No. 10682, pursuant to
15   Notice of Deposition.
16
17
18
19
20
21
22
23
24
25

```
 1  APPEARANCES OF COUNSEL:
 2  FOR PLAINTIFFS AND THE DEPONENT:
 3       LAWYERS' COMMITTEE FOR CIVIL RIGHTS
 4       OF THE SAN FRANCISCO BAY AREA
 5       BY:  NISHA KASHYAP, ATTORNEY AT LAW
 6       131 Steuart Street, Suite 400
 7       San Francisco, California  94105
 8       Telephone:  (415) 543-9444
 9       Email:  nkashyap@lccrsf.org
10
11  FOR DEFENDANTS:
12       CITY AND COUNTY OF SAN FRANCISCO
13       OFFICE OF THE CITY ATTORNEY
14       BY:  EDMUND WANG, DEPUTY CITY ATTORNEY
15       1390 Market Street, 7th Floor
16       San Francisco, California  94102
17       Telephone:  (415) 554-3800
18       Email:  edmund.wang@sfcityatty.org
19
20  ALSO PRESENT:
21       JOSHUA HEADRICK, VIDEO OPERATOR
22
23
24
25
```

```
 1                THURSDAY, FEBRUARY 20, 2025, 9:58 A.M.
 2       THE VIDEO OPERATOR:  Here begins Media No. 1 in the
 3  deposition of Lukas Illa in the matter of Coalition of
 4  [sic] Homelessness, et al., versus City and County of
 5  San Francisco, et al., in the United States District
 6  Court, Northern District of California,
 7  Case No. 4:22-cv-05502-DMR.
 8            Today's date is Thursday, February 20th, 2025.
 9  The time on the video monitor is 9:58 a.m. Pacific
10  Standard Time.
11            The video operator today is Joshua Headrick,
12  employed by Behmke Reporting and Video Services, Inc.
13            This video deposition is taking place at 131
14  Steuart Street, Suite 400, San Francisco, California,
15  and was noticed by Edmund Wang, Deputy City Attorney for
16  the City and County of San Francisco.
17            Counsel, please voice-identify yourselves and
18  state whom you represent.
19       ATTORNEY WANG:  Deputy City Attorney Edmund Wang on
20  behalf of Defendants.
21       ATTORNEY KASHYAP:  Nisha Kashyap on behalf of
22  Plaintiffs.
23       THE VIDEO OPERATOR:  The court reporter today is
24  Suzanne Andrade, Certified Shorthand Reporter,
25  contracted by Behmke Reporting and Video Services, Inc.
```

```
 1           Would the reporter please introduce themselves
 2   and then swear in the witness.
 3        THE REPORTER:  I'll state my name for the record.
 4   My name is Suzanne Andrade.  I am a California Certified
 5   Shorthand Reporter, CSR License No. 10682.
 6             Please raise your right hand.
 7                       LUKAS ILLA,
 8   after having been duly administered the oath to tell the
 9   truth, the whole truth, and nothing but the truth,
10   testified as follows:
11        THE WITNESS:  I do.
12        THE REPORTER:  Thank you.
13                       EXAMINATION
14   BY ATTORNEY WANG:
15        Q.   Good morning, Lukas.
16        A.   Good morning.
17        Q.   Could you just please state and spell your name
18   for the record --
19        A.   Yes.
20        Q.   -- again.
21        A.   Lukas Illa.  L-u-k-a-s, I-l-l-a.
22        Q.   Okay.  I introduced myself off the record.  My
23   name is Ed.  It's nice to meet you.  And we talked.  And
24   it's okay if I refer to you as "Lukas" throughout the
25   deposition?
```

```
 1      Q.    So was it a -- is it like a motorized --
 2      A.    No.
 3      Q.    It was a -- like, manual, hand-operated?
 4      A.    Mm-hmm.
 5      Q.    And when you say that this was forcibly removed
 6   from her, the mattress and the large box of items --
 7      A.    Mm-hmm.
 8      Q.    -- and the pallet mover, you said this occurred
 9   on Henry Adams Street?
10      A.    Mm-hmm.  Henry Adams and Alameda.
11      Q.    And Alameda.  Okay.
12            And who -- do you know or recall who forcibly
13   removed those items from her?
14      A.    Coordination between Brandon Cunningham, two
15   police officers, Israel Graham, and another DPW worker.
16      Q.    Do you know whether the mattress was soiled?
17      A.    No.
18      Q.    Do you recall what was in the large box of
19   items?
20      A.    I do not recall.
21      Q.    And was the -- the box was like a cardboard box
22   or --
23      A.    No.  It was a wooden box that was built with
24   nails.
25      Q.    And do you recall roughly the size of the box?
```

```
 1      A.   I don't.
 2      Q.   Do you know how Brandy got a pallet mover?
 3      A.   No.
 4      Q.   Do you know what happened to the pallet mover
 5   after it was removed or taken from Brandy?
 6      A.   It was put in the back of a DPW truck that
 7   included garbage.
 8      Q.   Do you know what kind of truck it is?  Was it
 9   like a --
10      A.   It was a flatbed.
11      Q.   Flatbed.  Okay.
12           And what about the large box, the wooden box?
13      A.   It was ripped apart and destroyed and put into
14   the back of the truck bed.
15      Q.   The same truck bed as the pallet mover?
16      A.   Yes.
17      Q.   And then what about the mattress?
18      A.   That was also put in the back of the same DPW
19   truck bed.
20      Q.   Okay.  Did you take any notes at this
21   resolution?
22      A.   I don't believe so.  It was one of those
23   resolutions that there was a lot going on, and I took a
24   lot of video.
25      Q.   Okay.  So you did take video at this
```

```
 1   just wanted to film or something like that.
 2            Did you hear that?
 3       A.   Yes.
 4       Q.   Do you remember who you were talking to?
 5       A.   I don't -- I don't remember, no.
 6       Q.   Okay.
 7       A.   I --
 8       Q.   Sorry.
 9       A.   No.  I actually -- I -- I don't remember, but
10   that day -- can you remind me the date of this?
11       Q.   I don't know, unfortunately.
12       A.   Okay.  That's okay.  That's okay.
13            I believe -- because I saw a reporter that I
14   recognize there, I believe it was in regards to that
15   reporter from Mission Local, but I don't fully remember.
16       Q.   Do you recall what date that reporter would
17   have been out there?
18       A.   I believe this is sometime in late July, early
19   August.
20       Q.   Late July, early -- of 2024?
21       A.   Mm-hmm.  Yes.
22       Q.   Okay.  And did you at the time know the owner
23   or the occupant of that tent?
24       A.   No.
25       Q.   And let's just keep watching.  I'm going to
```

```
1  STATE OF CALIFORNIA        )
2                             ) ss.
3  COUNTY OF SAN MATEO        )
4         I hereby certify that the witness in the
5  foregoing deposition, LUKAS ILLA, was by me duly sworn
6  to testify to the truth, the whole truth and nothing but
7  the truth, in the within-entitled cause; that said
8  deposition was taken at the time and place herein named;
9  and that the deposition is a true record of the
10 witness's testimony as reported by me, a duly certified
11 shorthand reporter and a disinterested person, and was
12 thereafter transcribed into typewriting by computer.
13        I further certify that I am not interested in
14 the outcome of the said action, nor connected with nor
15 related to any of the parties in said action, nor to
16 their respective counsel.
17        IN WITNESS WHEREOF, I have hereunto set my
18 hand this 3rd day of March, 2025.
19 Reading and Signing was:
20 __X__ Requested    ____ Waived    ____ Not Requested
21
22        [signature]
23
24        SUZANNE I. ANDRADE, CSR NO. 10682
25        STATE OF CALIFORNIA
```