# EXHIBIT E

# TO

# DECLARATION OF NATHAN THEOBALD IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE OBSERVER TESTIMONY REGARDING ALLEGED UNLAWFUL PROPERTY LOSS

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                        OAKLAND DIVISION
 4
 5    - - - - - - - - - - - - - - - - - -
 6    COALITION ON HOMELESSNESS;         )
 7    et al.,                            )
 8                 Plaintiffs,           )
 9    vs.                                )  CASE NO.
10    CITY AND COUNTY OF SAN             )  4:22-cv-05502-DMR
11    FRANCISCO, et al.,                 )
12                 Defendants.           )
13    - - - - - - - - - - - - - - - - - -
14
15
16         REMOTE VIDEOTAPED DEPOSITION OF CHRISTIN EVANS
17                   MONDAY, MARCH 10, 2025
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                       BY:  BELLE BALL, CSR 8785
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA  94104
25                                    (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8        Videotaped deposition of CHRISTIN EVANS, taken on
 9   behalf of Defendants, via zoom videoconference, with
10   the witness located in San Francisco, California,
11   commencing at 9:02 A.M., MONDAY, MARCH 10, 2025,
12   before BELLE BALL, Certified Shorthand Reporter No.
13   8785, pursuant to Notice and Subpoena.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE):
 2  FOR PLAINTIFFS:
 3       EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
 4       BY:  ZOE SALZMAN, ATTORNEY AT LAW
 5       One Rockefeller Plaza, Eighth Floor
 6       New York, New York  10020
 7       Telephone:  (212) 763-5000
 8       Email:  zsalzman@ecbawm.com
 9
10
11  FOR DEFENDANTS:
12       CITY AND COUNTY OF SAN FRANCISCO
13       OFFICE OF THE CITY ATTORNEY
14       BY:  EDMUND T. WANG, ATTORNEY AT LAW
15       1390 Market Street, Seventh Floor
16       San Francisco, California  94102
17       Telephone: (415) 554-3857
18       Email:  edmund.wang@sfcityatty.org
19
20
21  ALSO PRESENT:
22       KYLE FRIEND, BEHMKE VIDEOGRAPHER
23
24
25
```

```
 1              MONDAY, MARCH 10, 2025; 9:02 A.M.
 2                        PROCEEDINGS
 3                          ---oOo---
 4        THE VIDEOGRAPHER:  Here begins Media No. 1 in
 5   the deposition of Christin Evans in the matter of
 6   Coalition on Homelessness et al., versus City and
 7   County of San Francisco, et al., in the United States
 8   District Court, Northern District of California.  Case
 9   No. 4-22-CV-05502 DMR.
10        Today's date is Monday, March 10th, 2025.
11   The time on the video monitor is 9:03 a.m. The video
12   operator today is Kyle Friend, employed by Behmke
13   Reporting and Video Services, Inc.  This video
14   deposition is taking place remotely via Zoom, and was
15   noticed by Edmund Wang, Deputy City Attorney of the
16   City and County of San Francisco.
17        Counsel, will you please voice-identify
18   yourselves.
19        MR. WANG:  Deputy City Attorney Edmund Wang
20   on behalf of Defendants.
21        MS. SALZMAN:  Zoe Salzman from the law firm
22   of Emery Celli on behalf of Plaintiffs.
23        THE VIDEOGRAPHER:  The court reporter today
24   is Belle Ball, Certified Shorthand Reporter, contracted
25   by Behmke Reporting and Video Services, Inc.
```

```
 1            Will the reporter please swear in the
 2   witness.
 3            THE REPORTER:  Good morning.  My name is
 4   Belle Ball, California CSR No. 8785.
 5            Will you raise your right hand, please?
 6                 CHRISTIN EVANS, WITNESS, SWORN
 7            THE WITNESS:  Yes.
 8                          EXAMINATION
 9   BY MR. WANG
10        Q    Good morning, Ms. Evans.
11        A    Good morning.
12        Q    Good morning.  Would you just please state
13   and spelled your name for the record.
14        A    My name is Christin Evans.  It's spelled
15   C-H-R-I-S-T-I-N, last name E-V-A-N-S.
16        Q    And my name is Edmund Wang, and I'm a Deputy
17   City Attorney here at the City and County of
18   San Francisco.  And I represent the Defendants in this
19   case.
20            Before we start, so, our office or the City
21   and County of San Francisco has issued a witness fee
22   for your appearance today.  I initially planned to hand
23   it to you, you know, if -- when we did the deposition
24   in person.
25            Now that it's on Zoom, I don't know how best
```

```
 1        Q    Do you recall whether the wheelchair was
 2   attended by anyone at the time that you arrived?
 3        A    Yes.  There were many people present.  And I
 4   -- I don't think that it was identified as unattended.
 5        Q    Okay.  Do you know who, which of those
 6   individuals is the owner of the wheelchair?
 7        A    I don't recall who was the specific owner of
 8   the wheelchair.
 9             I do remember other people from the Coalition
10   being with me that day, and there might be some, you
11   know, documentation somewhere about, you know, who,
12   who, who that belonged to.
13        Q    So when you say that the wheelchair was
14   attended, you just mean that there were individuals in
15   the area?
16             Is that right?
17             MS. SALZMAN:  Objection.
18             THE WITNESS:  Correct.
19   BY MR. WANG
20        Q    Okay.  So when you saw the wheelchair, there
21   was no one sitting in it, it sounds like.
22             Is that right?
23        A    Correct.
24        Q    And then moving on to the walker, do you
25   recall whether the walker was attended?
```

```
 1   August 21st, 2020, at Market and 16th.
 2           Do you see that row?
 3       A   Yes.
 4       Q   Okay.  It looks like that the sweep involved
 5   Toro Castaño.  Is that right?
 6       A   Yes.
 7       Q   And you write -- and I'm going to skip toward
 8   the second half of this description, but please feel
 9   free to read the whole thing before answering.
10       A   Uh-huh.
11       Q   But, it looks like this sweep involved Toro
12   Castraño.  It reads (As read):
13           "...asked repeatedly for DPW and SFPD to
14           retrieve his Macbook Pro laptop and his tent
15           before they destroyed the site."
16           Do you see that?
17       A   Yes.
18       Q   Do you recall where that MacBook Pro was
19   located, when Toro was asking for it?
20       A   Yes.  I believe I took a photo of where it
21   was located.  It was in a pile of belongings.
22       Q   Okay.  And is the pile of belongings the
23   items that were involved in a fire earlier that day?
24       A   I believe some of the belongings that were in
25   the pile might have been involved in the fire.  I think
```

```
 1   STATE OF CALIFORNIA      )
 2                            ) SS.
 3   COUNTY OF SAN FRANCISCO  )
 4              I, BELLE BALL, hereby certify:
 5              That the foregoing proceedings were taken
 6   before me at the time and place herein set forth; that
 7   any witnesses in the foregoing proceedings, prior to
 8   testifying, were duly sworn; that a record of the
 9   proceedings was made by me using machine shorthand,
10   which was thereafter transcribed; that the foregoing
11   transcript is a true record of the testimony given.
12              I further certify that I am neither
13   financially interested in the action nor a relative or
14   employee of any attorney or party to this action.
15              Read and Sign was:
16   __X__ Requested   ____ Not Requested   ____ Waived
17              IN WITNESS WHEREOF, I have this date
18   subscribed my name.
19              Dated: Tuesday, March 11, 2025
20
21
22              [Signature: Belle Ball]
23
24              BELLE BALL, CSR 8785, CRR, RDR
25              STATE OF CALIFORNIA
```