**EXHIBIT F**

**TO**

**DECLARATION OF NATHAN THEOBALD IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE OBSERVER TESTIMONY REGARDING ALLEGED UNLAWFUL PROPERTY LOSS**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3   - - - - - - - - - - - - - - - -
 4   COALITION ON HOMELESSNESS;    )
 5   TORO CASTANO; SARAH CRONK;    )
 6   JOSHUA DONOHOE; MOLIQUE       )
 7   FRANK; DAVID MARTINEZ;        )
 8   TERESA SANDOVAL;              )
 9   NATHANIEL VAUGHN,             )  CASE NO.
10           Plaintiffs,           )  4:22-cv-05502- DMR(LJC)
11   v.                            )
12   CITY AND COUNTY OF SAN        )
13   FRANCISCO, et al.,            )
14           Defendants.           )
15   - - - - - - - - - - - - - - - -
16
17      REMOTE VIDEOTAPED DEPOSITION OF CARLOS WADKINS
18               MONDAY, JANUARY 27, 2025
19
20
21        BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY:  SHANNA GILBERT, CSR NO. 12951
23                550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA 94104
25                               (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8            Remote videotaped deposition of CARLOS
 9   WADKINS, taken on behalf of Defendants, via
10   videoconference, with the witness located in Felton,
11   California, commencing at 10:03 A.M., MONDAY,
12   JANUARY 27, 2025, before Shanna Gilbert, Certified
13   Shorthand Reporter No. 12951, pursuant to Defendant's
14   Amended Notice of Taking Deposition.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE):
 2  FOR PLAINTIFFS, COALITION OF HOMELESSNESS, CARLOS
 3  WADKINS, ET AL.:
 4     FARELLA BRAUN + MARTEL
 5     BY:  KYRA E. SIKORA, ATTORNEY AT LAW
 6     One Bush Street, Suite 900
 7     San Francisco, California 94104
 8     Telephone:  (415) 954-4499
 9     Email:  ksikora@fbm.com
10  - AND -
11     AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA
12     BY:  JOHN THOMAS H. DO, ATTORNEY AT LAW
13     39 Drumm Street
14     San Francisco, California 94111
15     Telephone:  (415) 621-2493
16     Email:  jdo@aclunc.org
17
18  FOR DEFENDANTS, CITY AND COUNTY OF SAN FRANCISCO, ET AL.:
19     SAN FRANCISCO CITY ATTORNEY'S OFFICE
20     BY:  JOHN H. GEORGE, DEPUTY CITY ATTORNEY
21     1390 Market Street, Seventh Floor
22     San Francisco, California 94102
23     Telephone:  (415) 554-4223
24     Email:  john.george@sfcityatty.org
25
```

```
 1   APPEARANCES (VIA VIDEOCONFERENCE) - CONTINUED:
 2   ALSO PRESENT:
 3      KYLE FRIEND, BEHMKE VIDEOGRAPHER
 4      JANNET GOMEZ
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1            MONDAY, JANUARY 27, 2025; 10:03 A.M.
 2
 3       THE VIDEOGRAPHER:  Here begins Media Number 1 in the
 4   deposition of Carlos Wadkins in the matter of Coalition
 5   on Homelessness, et al versus the City and County of
 6   San Francisco, et al in the US District Court, Northern
 7   District of California, Case Number 422cv05502DMR.
 8       Today's date is Monday, January 27, 2025.  The time
 9   on the video monitor is 10:03 a.m., and the video
10   operator today is Kyle Friend, employed by Behmke
11   Reporting and Video Services, Inc.
12       This video deposition is taking place remotely via
13   Zoom and was noticed by John H. George, Deputy City
14   Attorney for the City and County of San Francisco.
15       Counsel, please voice identify yourselves.
16       MR. GEORGE:  Yes.  My name is John George.  I'm from
17   the San Francisco City Attorney's Office, and I'm here
18   on behalf of Defendants today.
19       And with me on the Zoom at least for part of the day
20   will be Jannet Gomez, who is an intern in our office.
21       MS. SIKORA:  And I'm Kyra Sikora from Farella, Braun
22   & Martel on behalf of third-party witness,
23   Carlos Wadkins.
24       MR. DO:  John Do, I'm an attorney at the ACLU Of
25   northern California.  I'm also here for Carlos Wadkins.
```

```
 1        THE VIDEOGRAPHER:  The court reporter today is
 2   Shanna Gilbert, Certified shorthand reporter contracted
 3   by Behmke Reporting and Video Services, Inc.
 4        Would the reporter please swear in the witness?
 5        (The reporter administered the oath to the witness.)
 6        THE REPORTER:  I just need to state my CSR Number is
 7   12951.  Thank you.
 8        MR. GEORGE:  Wonderful. Thank you.  I appreciate
 9   it.
10
11                        EXAMINATION
12   BY MR. GEORGE:
13        Q.   Good morning, Mr. Wadkins.  How are you?
14        A.   Morning.  Doing okay.  How are you?
15        Q.   I'm doing well.  Do you mind if I call you
16   Carlos?
17        A.   Yes, it's preferable.
18        Q.   Okay.  Perfect.  I'll call you Carlos.  You can
19   call me John.  We can be on a first name basis today.
20        A.   Nice.
21        Q.   Have you ever been deposed before?
22        A.   I have not.
23        Q.   Any reason you can't give truthful testimony
24   today?
25        A.   No.
```

1    A.    No.  Which tent?
2    Q.    Okay.  The one that says -- we're still on the
3  same sentence.  Another individual said he had his tent
4  and all his belongings thrown away.
5        That tent, those belongings, do you know anything
6  about the condition of those?
7    A.    I do not.
8    Q.    At the end of this section in this section on
9  April 13th sweep it says, I confirmed with city workers
10 that about half of the residents of the encampment had
11 already left by the time that services were made
12 available that morning.  What was your basis to write
13 that?
14   A.    My basis was that I remembered having talked to
15 city workers and them confirming that statement.
16   Q.    In your experience of attending sweeps and all
17 the sweeps, not just these ones written about in the
18 Declaration, was it common for people to leave before
19 the sweep had started?
20   A.    That is very difficult to answer.  But I can
21 say that that statement in the section is referring to
22 people that were at the sweep when it began but not at
23 it when services were given out.
24   Q.    Do you know one way or the other whether or not
25 people would leave sweeps before they started?

1    Q.   Do you remember anything to describe that
2  person?
3    A.   No, I remember they're friends.  I think it was
4  man, but I could be mistaken, and I remember his friends
5  kind of telling us, you know, the situation, this
6  person's tent is -- they're not here right now, but this
7  is their tent, they live there such and so on.
8    Q.   Do you know if the person was in jail?
9    MS. SIKORA:  Objection; relevance.
10    THE WITNESS:  I don't know for certain, but that
11 would have come of up in kind of conversations with the
12 neighbors.  They would have --
13 BY MR. GEORGE:
14    Q.   Sorry.  I didn't mean to cut you off.
15    A.   This is a pretty typical experience.  A tent is
16 abandoned -- not abandoned -- a tent is not -- nobody is
17 in it, and so we ask the neighbors to see if it is
18 abandoned or not.  And then the neighbors will tell us
19 kind of the situation, this person is doing this or
20 that.  Because I have done it many times, I can't
21 remember all the details.  But something like this
22 person is in jail would have stuck out to me as a unique
23 situation.
24    Q.   Do you recall that --
25    MS. SIKORA:  Objection; asked and answered.

```
 1    STATE OF CALIFORNIA     )
 2                            ) ss.
 3    COUNTY OF PLACER        )
 4
 5         I hereby certify that the witness in the
 6    foregoing deposition, CARLOS WADKINS, was by me duly
 7    sworn to testify to the truth, the whole truth, and
 8    nothing but the truth, in the within-entitled cause;
 9    that said deposition was taken at the time and place
10    herein named; that the deposition is a true record of
11    the witness's testimony as reported by me, a duly
12    certified shorthand reporter and a disinterested person,
13    and was thereafter transcribed into typewriting by
14    computer.
15         I further certify that I am not interested in
16    the outcome of the said action, nor connected with, nor
17    related to any of the parties in said action, nor to
18    their respective counsel.
19         IN WITNESS WHEREOF, I have hereunto set my hand
20    this 1st day of February, 2025.
21
22                    [signature]
23
24                    SHANNA GILBERT, CSR NO. 12051
25                    STATE OF CALIFORNIA
```