# EXHIBIT G

# TO

# DECLARATION OF NATHAN THEOBALD IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE OBSERVER TESTIMONY REGARDING ALLEGED UNLAWFUL PROPERTY LOSS

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - -
 6   COALITION ON HOMELESSNESS,      )
 7   et al.,                         )
 8          Plaintiffs,              )
 9   v.                              )  CASE NO.
10   CITY AND COUNTY OF SAN          )  4:22-cv-05502-DMR
11   FRANCISCO, et al.,              )
12          Defendants.              )
13   - - - - - - - - - - - - - - - -
14
15
16                DEPOSITION OF WAYMAN YOUNG
17                THURSDAY, JANUARY 23, 2025
18
19
20
21              BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                    BY:  MICHELLE CORRIGAN, CSR NO. 9079
23                       550 CALIFORNIA STREET, SUITE 820
24                       SAN FRANCISCO, CALIFORNIA  94104
25                                         (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9          Deposition of WAYMAN YOUNG, taken on behalf of
10   Plaintiff, at the San Francisco City Attorney's Office,
11   1390 Market Street, 7th Floor, San Francisco, California,
12   commencing at 10:00 A.M., THURSDAY, JANUARY 23, 2025,
13   before Michelle Corrigan, Certified Shorthand Reporter for
14   the State of California, License No. 9079, pursuant to
15   Notice.
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE PLAINTIFFS:
 3           AMERICAN CIVIL LIBERTIES UNION
 4           FOUNDATION OF NORTHERN CALIFORNIA
 5           BY:  SCOUT KATOVICH, ATTORNEY AT LAW
 6           425 California Street, Suite 700
 7           San Francisco, California  94104
 8           Telephone:  (646) 905-8935
 9           Email:  skatovich@aclu.org
10   - AND -
11           AMERICAN CIVIL LIBERTIES UNION
12           FOUNDATION OF NORTHERN CALIFORNIA
13           BY:  WILLIAM S. FREEMAN, ATTORNEY AT LAW
14           39 Drumm Street
15           San Francisco, California  94111
16           Telephone:  (415) 293-6333
17           Email:  wfreeman@aclunc.org
18
19   FOR THE DEFENDANTS:
20           SAN FRANCISCO CITY ATTORNEY'S OFFICE
21           BY:  EDMUND T. WANG, ATTORNEY AT LAW
22           1390 Market Street, 7th Floor
23           San Francisco, California  94102
24           Telephone:  (415) 554-3800
25           Email:  edmund.wang@sfcityatty.org
```

```
 1                THURSDAY, JANUARY 23, 2025; 10:00 A.M.
 2              BE IT REMEMBERED that on Thursday, January 23,
 3     2025, commencing at the hour or 10:00 O'CLOCK AM, of said
 4     day before me, Michelle Corrigan, a Certified Shorthand
 5     Reporter, appeared WAYMAN YOUNG, who was examined as a
 6     witness in said cause.
 7                              --oOo--
 8              THE COURT REPORTER:  My name is Michelle Corrigan.
 9     I am a Certified Shorthand Reporter for the State of
10     California, CSR Number 9079.
11              Whereupon,
12                           WAYMAN YOUNG,
13     called as a witness by Plaintiff, who, being first duly
14     sworn to tell the truth, the whole truth, and nothing but
15     the truth, was examined and testified as follows:
16                            EXAMINATION
17     BY MS. KATOVICH:
18     Q.       Good morning, Lieutenant Young.
19     A.       Good morning.
20     Q.       My name is Scout Katovich and I represent
21     Plaintiffs in the Coalition on Homelessness versus City and
22     County of San Francisco case.
23              Before we get started, I -- should we do counsel
24     appearances on the record?
25              MR. WANG:  Sure.
```

1              MR. WANG:  Objection.  Vague.
2              Go ahead.
3              THE WITNESS:  Yeah.  I -- if your question is
4    during a resolution, issues we have encountered -- have I
5    encountered any other issue with any other City department
6    agencies?
7    BY MS. KATOVICH:
8    Q.        No.  We can move on.
9              You said that the Coalition on Homelessness lied,
10   trespassed, and interfered with officers.  Do you have any
11   examples of when they did that?
12   A.        Yes.
13   Q.        Could you tell me those examples?
14   A.        I personally made an arrest of a -- she claimed
15   that she was the Homeless Coalition.  It was in a private
16   parking lot with a security guard.  There was complaints.
17   And this was two, three, four years ago.  There was two of
18   them, okay, two ladies.  They came in.  The reason why I
19   know that is because as I engaged some of the individual,
20   they told me those two over there told me that you can't
21   make me do anything, that you are violating my rights, I
22   don't have to leave.  And then the security guard came to
23   me and says, what she's doing?  Who is she?  Is she with
24   you?  And I said no.  And he asked me who are they with.  I
25   go, they claim to be with the Homeless Coalition.  He said

```
 1   he wanted them off his property.  I advised her.  She
 2   refused.  She said she's allowed to be on there.  She
 3   didn't believe me.  So I had the security guard tell her
 4   directly.  She still refused to leave.  The security guard
 5   wanted to sign a CA.  I told them, I said they're allowed
 6   to report.  All you have to do is go right behind the
 7   fence, do whatever you like.  She refused.  I had to escort
 8   her off the premises, cited her for trespassing.  She
 9   refused to sign the cite.  She was taken to jail and
10   booked.
11   Q.         You said there are other instances as well?
12   A.         Yes.  Where, again, while conducting a
13   resolution, DPW would tell us that they would get in our
14   way, we didn't want them for whatever reason to get hurt,
15   get in front of us, they're walking everywhere wherever
16   they want.  I tell them please, all you do is step over
17   there and do whatever you need to do.  They refuse.  Then I
18   have to put up the tape that says you can't cross here
19   while they're doing their job.
20              So that's a couple of examples of my dealings
21   with them.
22   Q.         And in the first instance do you know the name of
23   the woman who you arrested for trespassing?
24   A.         No.  It's been a while.
25   Q.         Do you know what the outcome of that charge was?
```

```
 1   STATE OF CALIFORNIA   )
 2                         ) ss.
 3   COUNTY OF NAPA        )
 4
 5           I, MICHELLE CORRIGAN, Registered Professional
 6   Reporter and Certified Shorthand Reporter with the State
 7   of California, do hereby certify:
 8           That the testimony and proceedings were reported
 9   stenographically by me and later transcribed under my
10   direction by computer transcription; that the foregoing
11   is a true record of the proceedings taken at that time;
12   and that I am not a party to nor have I any interest in
13   the outcome of that action herein contained.
14           IN WITNESS WHEREOF, I have hereunto set my hand
15   and affixed my signature this 3rd day of February, 2025.
16
17   [signature]
18
19   MICHELLE CORRIGAN, RPR, CSR NO. 9079
20   STATE OF CALIFORNIA
21
22
23
24
25
```