# EXHIBIT H

# TO

# DECLARATION OF NATHAN THEOBALD IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE OBSERVER TESTIMONY REGARDING ALLEGED UNLAWFUL PROPERTY LOSS

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4    - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,         )
 6   et al.,                            )
 7                 Plaintiffs,          )  CASE NO.
 8   vs.                                )  4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN             )
10   FRANCISCO, et al.,                 )
11                 Defendants.          )
12    - - - - - - - - - - - - - - - - -
13     THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
14      SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
15            AND USED ONLY IN ACCORDANCE THEREWITH
16
17            CONFIDENTIAL - ATTORNEYS' EYES ONLY
18                DEPOSITION OF DAVID NAKANISHI
19                  FRIDAY, FEBRUARY 7, 2025
20
21            BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                    550 CALIFORNIA STREET, SUITE 820
24                    SAN FRANCISCO, CALIFORNIA 94104
25                                       (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          CONFIDENTIAL - ATTORNEYS' EYES ONLY
11  deposition of DAVID NAKANISHI, taken on behalf of
12  PLAINTIFFS, at 1390 Market Street, Sixth Floor,
13  San Francisco, California, commencing at 10:10 A.M.,
14  FRIDAY, FEBRUARY 7, 2025, before Suzanne I. Andrade,
15  Certified Shorthand Reporter No. 10682, pursuant to
16  Notice of Deposition.
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL:
 2  FOR PLAINTIFFS:
 3       AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
 4       NORTHERN CALIFORNIA
 5       BY:  JOHN H. DO, ATTORNEY AT LAW
 6       39 Drumm Street
 7       San Francisco, California 94111
 8       Telephone:  (415) 621-2493
 9       Email:  jdo@aclunc.org
10  - AND -
11       EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
12       BY:  VASUDHA TALLA, ATTORNEY AT LAW
13       600 Fifth Avenue, 10th Floor
14       New York, New York 10020
15       Telephone:  (212) 763-5075
16       Email:  vtalla@ecbawm.com
17
18  FOR DEFENDANTS AND THE DEPONENT:
19       CITY AND COUNTY OF SAN FRANCISCO
20       OFFICE OF THE CITY ATTORNEY
21       BY:  STEVEN MILLS, DEPUTY CITY ATTORNEY
22       1390 Market Street, 7th Floor
23       San Francisco, California 94102
24       Telephone:  (415) 355-3304
25       Email:  steven.mills@sfcityatty.org
```

```
 1                FRIDAY, FEBRUARY 7, 2025, 10:10 A.M.
 2       THE REPORTER:  My name is Suzanne Andrade.  I am a
 3  California Certified Shorthand Reporter, CSR License
 4  No. 10682.
 5            Please raise your right hand.
 6            (The witness was duly sworn.)
 7       THE WITNESS:  I do.
 8       ATTORNEY DO:  This is John Do for Plaintiffs.  I
 9  also have my colleague...
10       ATTORNEY TALLA:  Vasudha Talla for the plaintiffs.
11  Thank you.
12       ATTORNEY MILLS:  And Steven Mills on behalf of the
13  City and County of San Francisco with the witness, David
14  Nakanishi.
15                       DAVID NAKANISHI,
16  after having been duly administered the oath to tell the
17  truth, the whole truth, and nothing but the truth,
18  testified as follows:
19                         EXAMINATION
20  BY ATTORNEY DO:
21       Q.   Mr. Nakanishi, may I call you David?
22       A.   Yes, please.
23       Q.   So, David, you understand that you're here for
24  a deposition, right?
25       A.   Correct.
```

```
 1   with us.
 2       Q.   And have you had success in that?
 3       A.   At times, yes.
 4       Q.   Would you agree that, at times, the Coalition
 5   has been helpful in terms of your doing your job?
 6       A.   So I would have to say honestly there's more
 7   incidents where I think they've done a disservice to the
 8   individual on the street -- not necessarily us doing the
 9   job, but the individual on the street -- where they've
10   convinced someone who was accepting shelter or accepting
11   services to not do that.
12            And I think that was a disservice -- disservice
13   for the individual that's going to be in a worse
14   situation.  I felt like that -- and again, I think that
15   was more early.  I think more recently, that's not been
16   the case; they've been less involved.
17            There was a big chunk of time they were hardly
18   out there observing.  But early on, there were
19   definitely incidents where someone could have gotten
20   help, would have accepted shelter and, because they
21   talked to them, they suddenly declined and literally
22   declined down the street.
23            So there's more instances in my mind where they
24   were contrary to what I think they said they are
25   supposed to be doing, which is helping the individual in
```

```
 1   the street.  And I say that not as the HSOC manager, but
 2   as a clinical social worker trying to get the person to
 3   a better place.
 4        Q.   What were the instances where a person
 5   declined?  And do you...  Yeah.
 6        A.   So one particular instance, just to use an
 7   example, is on 13th Street way back early on, it used to
 8   be extremely encamped.  Cooper oftentimes would be out
 9   there.
10             There was an individual that I think needed
11   shel- -- or she accepted shelter, but also my hope was
12   to connect her to behavioral health services and
13   medical, because she was in a pretty bad state.
14             Initially had agreed, and ERT was working on
15   doing the shelter placement.  I was formulating making
16   connection to -- back then, it was not BEST; it was the
17   DPH Team.
18             And Cooper spent all this time talking to her,
19   and then she basically came back -- my understanding
20   from ERT was she claimed that what we were doing was
21   illegal and she was going to refuse services.
22             So she didn't take it, and I think that was a
23   direct result of the Coalition rep talking to her and
24   convincing her that we're not to be trusted.  And she's
25   someone that really needed help.
```

```
 1  STATE OF CALIFORNIA      )
 2                           ) ss.
 3  COUNTY OF SAN MATEO      )
 4          I hereby certify that the witness in the
 5  foregoing deposition, DAVID NAKANISHI, was by me duly
 6  sworn to testify to the truth, the whole truth and
 7  nothing but the truth, in the within-entitled cause;
 8  that said deposition was taken at the time and place
 9  herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested person,
12  and was thereafter transcribed into typewriting by
13  computer.
14          I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18          IN WITNESS WHEREOF, I have hereunto set my
19  hand this 19th day of February, 2025.
20  Reading and Signing was:
21  ____ Requested     ____ Waived    __X__ Not requested
22
23                    [signature]
24
25          SUZANNE I. ANDRADE, CA CSR NO. 10682
```