# EXHIBIT I

# TO

# DECLARATION OF NATHAN THEOBALD IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE OBSERVER TESTIMONY REGARDING ALLEGED UNLAWFUL PROPERTY LOSS

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4    - - - - - - - - - - - - - - - - - - -
 5    COALITION ON HOMELESSNESS;           )
 6    SARAH CRONK; JOSHUA DONOHOE;         )
 7    MOLIQUE FRANK; DAVID MARTINEZ;       )
 8    TERESA SANDOVAL,                     )
 9              Plaintiffs,                )
10    v.                                   ) CASE NO.
11    CITY AND COUNTY OF SAN               ) 4:22-cv-05502-DMR
12    FRANCISCO, et al.,                   )
13              Defendants.                )
14    - - - - - - - - - - - - - - - - - - -
15
16            REMOTE VIDEOTAPED DEPOSITION OF
17                   JENNIFER FRIEDENBACH
18               THURSDAY, FEBRUARY 27, 2025
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                BY: VALERIE E. RASMUSSEN, CSR 8900
23                  550 CALIFORNIA STREET, SUITE 820
24                   SAN FRANCISCO, CALIFORNIA 94104
25                                    (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8          Videotaped deposition of JENNIFER FRIEDENBACH,
 9   taken on behalf of the Defendants, via remote
10   videoconference, with the witness located in San
11   Francisco, California, commencing at 8:05 A.M. PT,
12   THURSDAY, FEBRUARY 27, 2025, before Valerie E.
13   Rasmussen, CSR 8900, pursuant to Notice.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE):
 2   FOR THE PLAINTIFFS:
 3        EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
 4        BY:  ZOE SALZMAN, ATTORNEY AT LAW
 5        One Rockefeller Plaza, 8th Floor
 6        New York, New York 10020
 7        Telephone:  (212) 763-5000
 8        Email:  zsalzman@ecbawm.com
 9
10   ALSO FOR THE PLAINTIFFS:
11        AMERICAN CIVIL LIBERTIES FOUNDATION OF NORTHERN
12        CALIFORNIA
13        BY:  JOHN THOMAS H. DO, ATTORNEY AT LAW
14        39 Drumm Street
15        San Francisco, California 94111
16        Telephone:  (415) 621-2493
17        Email:    jdo@aclunc.org
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL - CONTINUED (VIA VIDEOCONFERENCE):
 2   FOR THE DEFENDANTS:
 3        CITY AND COUNTY OF SAN FRANCISCO
 4        OFFICE OF THE CITY ATTORNEY
 5        BY:  JOHN H. GEORGE, DEPUTY CITY ATTORNEY
 6        1390 Market Street, 7th Floor
 7        San Francisco, California 94102
 8        Telephone:  (415) 554-4223
 9        Email:  john.george@sfcityatty.org
10
11   ALSO PRESENT:
12        DEANA HEADRICK, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1        THURSDAY, FEBRUARY 27, 2025, 8:05 A.M. PT
2                     ---o0o---
3        THE VIDEOGRAPHER:  Here begins Media No. 1 in the
4   deposition of Jennifer Friedenbach in the matter of
5   Coalition of Homelessness, et al. v City and County of
6   San Francisco, et al., in the U.S. District Court,
7   Northern District of California.  Case No.
8   4:22-cv-05502-DMR.
9        Today's date is Thursday, February 27, 2025.
10  The time on the video monitor is 8:04 a.m.
11       The video operator today is DeAna Headrick,
12  contracted by Behmke Reporting and Video Services,
13  Incorporated.
14       The video deposition is taking place remotely
15  via Zoom, and was noticed by John George, Deputy City
16  Attorney of the City and County of San Francisco.
17       Counsel, please voice identify yourself and
18  state whom you represent.
19     MR. GEORGE:  Yes, good morning.  This is John George
20  from the San Francisco City Attorney's Office, and I am
21  representing Defendants in this case.
22     MS. SALZMAN:  Good morning.  This is Zoe Salzman
23  from the law firm of Emery Celli.  I'm joined by my
24  co-counsel, John Do, from the ACLU Northern California.
25  We represent the Plaintiffs.

```
 1       THE VIDEOGRAPHER:  The court reporter today is
 2  Valerie Rasmussen, certified shorthand reporter,
 3  contracted by Behmke Reporting and Video Services,
 4  Incorporated.
 5            Would the reporter please introduce themselves
 6  and then swear in the witness.
 7       THE LICENSED STENOGRAPHER:  My name is Valerie
 8  Rasmussen.  I'm a certified shorthand reporter, licensed
 9  in the state of California.  My CSR number is 8900.
10            I will now swear in the witness.
11                    JENNIFER FRIEDENBACH
12  was called as a witness by and on behalf of Defendants,
13  and having been first duly sworn by the Certified
14  Shorthand Reporter, was examined and testified as
15  follows:
16       THE LICENSED STENOGRAPHER:  You may begin,
17  Mr. George.
18       MR. GEORGE:  Thank you.
19                        EXAMINATION
20  BY MR. GEORGE:
21       Q    Good morning, Ms. Friedenbach.
22       A    Good morning.
23       Q    I took your deposition on Tuesday; is that
24  correct?
25       A    Correct.
```

1           I don't remember beyond that, because that's
2   what she was sobbing about, is the loss of love letters.
3       Q   Were the --
4       A   And I was really more consoling, trying to be
5   there -- yeah, she was in a lot of crises and I was
6   trying to console her and then deal with, you know,
7   getting DPW to back off.  It was not a good situation.
8       Q   Were the love letters and poetry printed on
9   paper?
10      A   Yeah, but she was saying what it was that they
11  were throwing away that she wanted to keep, and they
12  were taking it anyway.  But I think it was some artwork
13  that her boyfriend had made.  But it was like his
14  creative product that was very sentimental to her.  And
15  I think she said she lost jewelry.  Yeah.
16      Q   Did you see DPW dispose of the jewelry that she
17  said she lost?
18      A   No, it was just all kind of like -- because her
19  stuff was contained in containers, I didn't see what was
20  inside of it.  That's what she said.
21      Q   What kind of containers did you see DPW dispose
22  of?
23      A   I believe she had kind of a -- some kind of
24  chest-type situation, some kind of small piece of
25  furniture that was like something you put on top of your

```
 1  came thru and brushed street at 2:57."
 2          What does that refer to?
 3      A   The alley's really narrow and so in order for
 4  the street sweeper to get through, the DPW trucks have
 5  to leave.
 6      Q   The next sentence here says, "2:51, took full
 7  garbage can, unconfirmed.  Looked to be garbage."
 8          Is that referring to DPW taking a full garbage
 9  can?
10      A   Yeah, and I wasn't able to ascertain who the
11  garbage can belonged to, but on my observance I thought
12  it would qualify as garbage.
13      Q   Okay.  Did you see inside of that garbage can?
14      A   Well, the contents on the top.  I don't
15  remember exactly what they were, but my notes say it
16  looked like garbage.
17      Q   Do you recall it being like filled up to the
18  brim?
19      A   I don't recall exactly how full it was, no.
20      Q   Was there anything unlawful about DPW disposing
21  of that particular garbage on that day?
22      A   Did not appear to be.
23      Q   In the second-to-last sentence here, it says,
24  "7 tents remaining."
25          What does that refer to?
```

```
 1   STATE OF FLORIDA   ) ss.
 2   COUNTY OF SUMTER   )
 3           I, VALERIE E. RASMUSSEN, Certified Shorthand
 4   Reporter, No. 8900, for the State of California, hereby
 5   certify that:
 6           I stenographically recorded the testimony in
 7   the foregoing deposition;
 8           Prior to being examined, the deponent was by me
 9   first duly sworn remotely via videoconference by
10   agreement of all parties;
11           The foregoing transcript is a true record of the
12   testimony given;
13           I further certify that I am neither counsel for,
14   related to, nor employed by any of the parties or
15   attorneys in the action in which this proceeding  was
16   taken, and further certify that I am not financially or
17   otherwise interested in the outcome of the action;
18           Reading and Signing was:
19   __X__  Requested  ____  Not Requested  ____  Waived
20           Dated:  March 7, 2025.
21
22                  [signature: Valerie Rasmussen]
23
24           VALERIE E. RASMUSSEN, CA CSR 8900
25           STATE OF CALIFORNIA
```