DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
            (415) 554-6762 (Murphy)
            (415) 554-3870 (Gradilla)
            (415) 554-4223 (George)
            (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:    edmund.wang@sfcityatty.org
           kaitlyn.murphy@sfcityatty.org
           miguel.gradilla@sfcityatty.org
           john.george@sfcityatty.org
           steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | CASE NO. 4:22-CV-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* NO. 2 – TO EXCLUDE OBSERVER TESTIMONY REGARDING ALLEGED UNLAWFUL PROPERTY LOSS**<br><br>Judge:         Hon. Donna M. Ryu<br>Action Filed:  September 27, 2022<br>Trial Date:    July 28, 2025 |

**[PROPOSED] ORDER**

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management filed Defendants' Motion *in Limine* No. 2 – To Exclude Observer Testimony Regarding Alleged Unlawful Property Loss. The motion seeks to preclude Observers or other second-hand witnesses from establishing predicate violations, or a pattern or practice of violations, of all claims where the property owner does not testify at trial. The matter came on for hearing at the July 9, 2025 pretrial conference.

Having fully considered the papers and arguments presented by the parties, the Court hereby finds there is good cause to **GRANT** Defendants' Motion in Limine No. 2. Plaintiffs are precluded from relying on their investigators and observers (including Christin Evans, Jennifer Friedenbach, Lukas Illa, Karina Ioffee, Dylan Verner-Crist, and Carlos Wadkins) as sponsoring witnesses to the allegedly unlawful disposal of third-party property.

IT IS SO ORDERED.

DATE:_____

The Honorable Donna M. Ryu
CHIEF MAGISTRATE JUDGE