DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
           (415) 554-6762 (Murphy)
           (415) 554-3870 (Gradilla)
           (415) 554-4223 (George)
           (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:    edmund.wang@sfcityatty.org
           kaitlyn.murphy@sfcityatty.org
           miguel.gradilla@sfcityatty.org
           john.george@sfcityatty.org
           steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br> **DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* NO. 3 TO EXCLUDE DISMISSED OR UNALLEGED CLAIMS** <br><br> Hearing Date: July 9, 2025 <br> Time: 1:00 p.m. <br> Judge: Hon. Donna M. Ryu <br><br> Action Filed: September 27, 2022 <br> Trial Date: July 28, 2025 |

I, EDMUND T. WANG, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco (the "City"); San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Motion *in Limine* No. 3.

2. On June 2, 2025, Plaintiffs exchanged Plaintiffs' Trial Exhibit List with the City. On June 6, 2025, Plaintiffs exchanged an updated Plaintiffs' Trial Exhibit List. Plaintiffs' Trial Exhibit List was provided to the City in its native format as a Microsoft Excel spreadsheet. Attached hereto as **Exhibit A** is a true and correct copy of the updated Plaintiffs' Trial Exhibit List, exchanged on June 6, 2025, that has been formatted to fit all of its columns on one page, and converted into a PDF.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the 30(b)(6) deposition of David Lazar, taken on March 3, 2025. These are excerpts that Plaintiffs designated in their deposition designations, served on June 15, 2025.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition of Dennis Hoang, taken on March 5, 2025. These are excerpts that Plaintiffs designated in their deposition designations, served on June 15, 2025.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition of Wayman Young, taken on January 23, 2025. These are excerpts that Plaintiffs designated in their deposition designations, served on June 15, 2025.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the deposition of Arielle Piastunovich, taken on January 31, 2025. These are excerpts that Plaintiffs designated in their deposition designations, served on June 15, 2025.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition of Allison Horky, taken on February 24, 2025. These are excerpts that Plaintiffs designated in their

deposition designations, served on June 15, 2025.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the deposition of Israel Graham, taken on January 30, 2025. These are excerpts that Plaintiffs designated in their deposition designations, served on June 15, 2025.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the deposition of Brittany Brandon, taken on January 28, 2025. These are excerpts that Plaintiffs designated in their deposition designations, served on June 15, 2025.

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the deposition of Herbert Ruth, Jr., taken on March 21, 2025. These are excerpts that Plaintiffs designated in their deposition designations, served on June 15, 2025.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the deposition of Alvaro Castro, taken on March 5, 2025. These are excerpts that Plaintiffs designated in their deposition designations, served on June 15, 2025.

12. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the deposition of Plaintiff Sarah Cronk, taken on September 23, 2024.

13. On May 26, 2025, Plaintiffs exchanged their Trial Witness List with Defendants. On June 9, 2025, Plaintiffs served a revised Trial Witness List on Defendants. On June 17, 2025, Plaintiffs served a third amended Trial Witness List on Defendants. Attached hereto as **Exhibit L** is a true and correct copy of Plaintiffs' third amended Trial Witness List, served on June 17, 2025.

14. Attached hereto as **Exhibit M** is a true and correct copy of San Francisco Police Department, Department Notice 24-140, Protocol for Processing Property Consistent with DPW's 'Bag & Tag' Policy, produced in this litigation with bates numbers CCSF-COH_716684-716685. This document has also been marked as Pltf.'s Deposition Exhibit 1042.

/ / /

/ / /

/ / /

15. Attached hereto as **Exhibit N** is a true and correct copy of excerpts from the deposition of David Lazar, taken on March 3, 2025. These excerpts were not included in Plaintiffs' deposition designations, served on June 15, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed June 20, 2025, at San Francisco, California.

                         s/*Edmund T. Wang*
                         EDMUND T. WANG