# EXHIBIT E

# TO

# DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE DISMISSED OR UNALLEGED CLAIMS

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4    - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,        )
 6   et al.,                           )
 7                 Plaintiffs,         )
 8   vs.                               )  CASE NO.
 9   CITY AND COUNTY OF SAN            )  4:22-cv-05502-DMR
10   FRANCISCO, et al.,                )
11                 Defendants.         )
12   - - - - - - - - - - - - - - - - -
13      THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
14       SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
15              AND USED ONLY IN ACCORDANCE THEREWITH
16
17             DEPOSITION OF ARIELLE PIASTUNOVICH
18                 FRIDAY, JANUARY 31, 2025
19
20
21           BEHMKE REPORTING AND VIDEO SERVICES, INC.
22               BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA  94104
25                                       (415) 597-5600
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS:
 3       AMERICAN CIVIL LIBERTIES UNION FOUNDATION
 4       NORTHERN CALIFORNIA
 5       BY:  JOHN H. DO, ATTORNEY AT LAW
 6       39 Drumm Street
 7       San Francisco, California  94111
 8       Telephone:  (415) 293-6393
 9       Email:  jdo@aclunc.org
10
11   FOR DEFENDANTS and THE DEPONENT:
12       CITY AND COUNTY OF SAN FRANCISCO
13       OFFICE OF THE CITY ATTORNEY
14       BY:  MIGUEL A. GRADILLA, DEPUTY CITY ATTORNEY
15       1390 Market Street, 7th Floor
16       San Francisco, California  94102
17       Telephone:  (415) 554-3870
18       Email:  miguel.gradilla@sfcityatty.org
19
20
21
22
23
24
25
```

```
 1   BY MR. DO:
 2       Q.    Have you personally made offers of shelter?
 3       A.    I have.
 4       Q.    Yes.
 5             Do you take into account special needs of the
 6   individual?
 7       A.    Yes.
 8       Q.    What type of special needs do you consider?
 9       A.    Whether they're male or female.  Do they have a
10   wheelchair?  Is there an obvious disability?  Mobility
11   issues?  Because that certainly makes placement, you
12   know, different.  Whether -- we ask the clients what
13   they want, so those are -- you know, to try to ascertain
14   what -- you know, what their needs are and what they
15   want.
16       Q.    Any other special needs that you consider?
17       A.    We do -- we do consider mental health and
18   substance use needs, when offering shelter sometimes.
19   We consider also if someone's been DOS'd from shelter,
20   denied services.  Like, we look people up, and we have
21   to -- we have to sort of understand where they've been,
22   what -- you know, some of their history.
23             But I don't know what you mean by "special
24   needs," exactly.
25       Q.    Are you offered any training in terms of what
```

1  "special needs" refers to?
2      A.   No, not -- not specifically.
3      Q.   In what instances would you not consider an
4  individual's mental health needs?
5      MR. GRADILLA:  Objection; vague.
6      THE WITNESS:  Yeah.  Can you clarify, please.
7  BY MR. DO:
8      Q.   I believe I heard you testify you will
9  sometimes consider an individual's mental health and
10 substance use needs.
11     A.   Yes.
12     Q.   So my question is:  In what instances would you
13 not consider it?
14     A.   Well, we would always consider it.  I mean, we
15 always, you know, try to see if there are -- someone has
16 mental health issues or substance use issues.  Because
17 placement -- you know, at times, placement -- you know,
18 if someone is -- would you like an example?
19     Q.   Sure.  I'll take an example.
20     A.   If someone, for example, has a history of
21 fentanyl use and has a history of ODing, we would be
22 less likely to place someone in an individual room,
23 where they could die, without supervision of any kind.
24          So we take those kinds of things into
25 consideration, substance use history, OD history, and

```
 1  STATE OF CALIFORNIA            )
 2                                 ) ss.
 3  COUNTY OF SAN FRANCISCO        )
 4          I hereby certify that the witness in the
 5  foregoing deposition, ARIELLE PIASTUNOVICH, was by me
 6  duly sworn to testify to the truth, the whole truth and
 7  nothing but the truth, in the within-entitled cause;
 8  that said deposition was taken at the time and place
 9  herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested person,
12  and was thereafter transcribed into typewriting by
13  computer.
14          I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18          IN WITNESS WHEREOF, I have hereunto set my
19  hand this 10th day of February, 2025.
20  Reading and Signing was:
21  ___ requested   ___ waived   _x_ not requested
22
23                  [signature]
24
25          SUZANNE I. ANDRADE, CSR NO. 10682
```