# EXHIBIT G

# TO

# DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE DISMISSED OR UNALLEGED CLAIMS

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3   - - - - - - - - - - - - - - - - - -
 4   COALITION ON HOMELESSNESS,        )
 5   et al.,                           )
 6                Plaintiffs,          )
 7   vs.                               ) CASE NO:
 8                                     ) 4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN            )
10   FRANCISCO, et al.,                )
11                Defendants.          )
12   - - - - - - - - - - - - - - - - - -
13
14
15              DEPOSITION OF ISRAEL GRAHAM
16               THURSDAY, JANUARY 30, 2025
17
18
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22            BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23               550 CALIFORNIA STREET, SUITE 820
24               SAN FRANCISCO, CALIFORNIA  94104
25                          (415) 597-5600
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS:
 3        EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
 4        BY:  VASUDHA TALLA, ATTORNEY AT LAW
 5        600 Fifth Avenue, 10th Floor
 6        New York, New York  10020
 7        Telephone:  (212) 763-5000
 8        Email:  vtalla@ecbawm.com
 9   -AND-
10        AMERICAN CIVIL LIBERTIES UNION FOUNDATION NORTHERN
11        CALIFORNIA
12        BY:  WILLIAM S. FREEMAN, ATTORNEY AT LAW
13        39 Drumm Street
14        San Francisco, California  94111
15        Telephone:  (415) 293-6333
16        Email:  wfreeman@aclunc.org
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL - CONTINUED:
 2  FOR DEFENDANTS and THE DEPONENT:
 3       CITY AND COUNTY OF SAN FRANCISCO
 4       OFFICE OF THE CITY ATTORNEY
 5       BY:  KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY
 6       1390 Market Street, Seventh Floor
 7       San Francisco, California 94102
 8       Telephone:  (415) 554-6762
 9       Email:  kaitlyn.murphy@sfcityatty.org
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1      A.    No.
2      Q.    Have you ever determined that somebody you
3   encountered at a resolution has special needs?
4      A.    No.
5      Q.    Have you ever encountered someone at a
6   resolution who was in a wheelchair?
7      A.    Yes.
8      Q.    And did you do anything -- did you treat that
9   person differently than you would treat any other person
10  at a resolution?
11          ATTORNEY MURPHY:  Object to form.
12          THE WITNESS:  No.  I treat them with respect.
13  BY ATTORNEY TALLA:
14     Q.    Understood.
15          Did you give that person in the wheelchair any
16  additional time to move their items?
17          ATTORNEY MURPHY:  Same objection.
18          THE WITNESS:  Yes, most likely.  I understand they
19  can't move, you know, fast as everyone else.  So
20  we didn't -- I didn't help them get across the street
21  and move their items for them.
22  BY ATTORNEY TALLA:
23     Q.    Okay.  When was the last time you encountered
24  someone in a wheelchair at a resolution?
25     A.    A few months ago.  I don't recall the exact

```
 1    STATE OF CALIFORNIA         )
 2                                ) ss.
 3    COUNTY OF SAN MATEO         )
 4              I hereby certify that the witness in the
 5    foregoing deposition, ISRAEL GRAHAM, was by me duly
 6    sworn to testify to the truth, the whole truth and
 7    nothing but the truth, in the within-entitled cause;
 8    that said deposition was taken at the time and place
 9    herein named; and that the deposition is a true record
10    of the witness's testimony as reported by me, a duly
11    certified shorthand reporter and a disinterested person,
12    and was thereafter transcribed into typewriting by
13    computer.
14              I further certify that I am not interested in
15    the outcome of the said action, nor connected with nor
16    related to any of the parties in said action, nor to
17    their respective counsel.
18              IN WITNESS WHEREOF, I have hereunto set my
19    hand this 10th day of February, 2025.
20    Reading and Signing was:
21    _X_ requested    ___ waived    ___ not requested
22
23                              [signature]
24
25              SUZANNE I. ANDRADE, CSR NO. 10682
```