# EXHIBIT H

# TO

# DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE DISMISSED OR UNALLEGED CLAIMS

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS     )
 6   et al.,                       )
 7           Plaintiffs,           )
 8   v.                            )  CASE NO.
 9   CITY AND COUNTY OF            )  4:22-cv-05502-DMR
10   SAN FRANCISCO, et al.,        )
11           Defendants.           )
12   - - - - - - - - - - - - - - - -
13
14
15           CONFIDENTIAL - ATTORNEY'S EYES ONLY
16              DEPOSITION OF BRITTANY BRANDON
17                TUESDAY, JANUARY 28, 2025
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                     BY:  BELLE BALL, CSR NO. 8785
23                     550 CALIFORNIA STREET, SUITE 820
24                     SAN FRANCISCO, CALIFORNIA  94104
25                                      (415) 597-5600
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE PLAINTIFFS:
 3          AMERICAN CIVIL LIBERTIES UNION
 4          FOUNDATION NORTHERN CALIFORNIA
 5          BY:  SCOUT KATOVICH, ATTORNEY AT LAW
 6          425 California Street, Suite 700
 7          San Francisco, California  94104
 8          Telephone: (212) 549-2500
 9          Email:  skatovich@aclu.org
10
11   FOR THE DEFENDANTS:
12          SAN FRANCISCO CITY ATTORNEY'S OFFICE
13          BY:  KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY
14          1390 Market Street, Seventh Floor
15          San Francisco, California  94102
16          Telephone: (415) 554-6762
17          Email:  kaitlyn.murphy@sfcityatty.org
18
19
20
21
22
23
24
25
```

```
 1   was an update to the bulky items policy?
 2        A    Not that -- I don't...
 3             (Reporter clarification)
 4             THE WITNESS:  I don't recall.  I don't have
 5   any knowledge of it.
 6   BY MS. KATOVICH
 7        Q    Have you ever received any training on
 8   disability accommodations?
 9        A    Have I what?
10        Q    Received training on disability
11   accommodations?
12        A    Not that I can recall right now.
13        Q    Have you ever received any training or
14   guidance on what to do if a person at an HSOC
15   resolution has a disability?
16        A    Not that I can recall.
17        Q    We have mostly been focusing on HSOC
18   resolutions, but I want to just briefly go back to JFOs
19   and some of the other operations.
20             So first, you described hot spot team going
21   on routes before resolutions, correct?
22        A    Uh-huh.
23        Q    Are those routes documented anywhere?
24        A    On their -- on the daily assignment sheets.
25        Q    And --
```

```
1    STATE OF CALIFORNIA      )
2                             ) ss.
3    COUNTY OF SAN FRANCISCO  )
4
5           I, BELLE BALL, hereby certify:
6           That the foregoing proceedings were taken
7    before me at the time and place herein set forth; that
8    any witnesses in the foregoing proceedings, prior to
9    testifying, were duly sworn; that a record of the
10   proceedings was made by me using machine shorthand,
11   which was thereafter transcribed; that the foregoing
12   transcript is a true record of the testimony given.
13          I further certify that I am neither
14   financially interested in the action nor a relative
15   or employee of any attorney or party to this action.
16          IN WITNESS WHEREOF, I have this date
17   subscribed my name.
18          Dated: Thursday, February 6, 2025.
19
20          [Signature: Belle Ball]
21
22   BELLE BALL, CRR, RDR, CSR NO. 8785
23   STATE OF CALIFORNIA
24
25
```