# EXHIBIT I

# TO

# DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE DISMISSED OR UNALLEGED CLAIMS

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - -
 6   COALITION ON HOMELESSNESS,    )
 7   et al.,                       )
 8           Plaintiffs,            )
 9   v.                            )  CASE NO.
10   CITY AND COUNTY OF SAN        )  4:22-cv-05502-DMR
11   FRANCISCO, et al.,            )
12           Defendants.            )
13   - - - - - - - - - - - - - - - -
14
15
16                    REMOTE DEPOSITION OF
17                      HERBERT RUTH, JR.
18                   FRIDAY, MARCH 21, 2025
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                     BY:  BELLE BALL, CSR NO. 8785
23                   550 CALIFORNIA STREET, SUITE 820
24                   SAN FRANCISCO, CALIFORNIA  94104
25                                      (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8         Deposition of HERBERT RUTH, JR., taken on
 9   behalf of Plaintiffs, by Zoom Videoconference, with
10   the witness located in San Francisco, California, on
11   FRIDAY, MARCH 21, 2025, commencing at 10:04 A.M.,
12   before BELLE BALL, Certified Shorthand Reporter No.
13   8785, pursuant to Notice of Deposition.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE):
 2  FOR PLAINTIFFS:
 3       EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
 4       BY:  VIVAKE PRASAD, ATTORNEY AT LAW
 5       One Rockefeller Plaza, 8th Floor
 6       New York, New York  10020
 7       Telephone: (212) 763-5000
 8       Email:  vprasad@ecbawm.com
 9
10  FOR DEFENDANTS:
11       CITY AND COUNTY OF SAN FRANCISCO
12       SAN FRANCISCO CITY ATTORNEY'S OFFICE
13       BY:  KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY
14       1390 Market Street, 7th Floor
15       San Francisco, California  94102
16       Telephone: (415) 554-6762
17       Email:  kaitlyn.murphy@sfcityatty.org
18
19  ALSO PRESENT:
20       JOSHUA HEADRICK, ZOOM TECHNICIAN
21
22
23
24
25
```

```
 1   this way.
 2          Are there any rules you are supposed to
 3   follow when you come across homeless people who have
 4   disabilities?
 5       A    There's no rules.  I mean, there's nothing
 6   inside the policy that says anything about that.  I'm
 7   not sure.
 8       Q    Have you received any training on dealing
 9   with homeless people who have disabilities?
10       A    I can't remember.
11       Q    In a situation where a disabled person is
12   there at a resolution, and they tell you they need more
13   time because of their disability, what would you do?
14       A    Those services are for the HOT Team,
15   San Francisco Police Department, and the paramedics.
16   The Fire Department.  We are there to clean.
17       Q    Am I right that sitting here today, you're
18   not aware of any -- anything in the bag & tag policy
19   that tells you what to do if there's a -- if you are
20   dealing with someone with disabilities who needs more
21   time?
22            Is that right?
23       A    That's right.  We usually let the services of
24   the City take care of that.  And we take care of
25   cleaning.
```

```
 1  STATE OF CALIFORNIA       )
 2                            ) ss.
 3  COUNTY OF SAN FRANCISCO   )
 4            I, BELLE BALL, hereby certify:
 5            That the foregoing proceedings were taken
 6  before me at the time and place herein set forth; that
 7  any witnesses in the foregoing proceedings, prior to
 8  testifying, were duly sworn; that a record of the
 9  proceedings was made by me using machine shorthand,
10  which was thereafter transcribed; that the foregoing
11  transcript is a true record of the testimony given.
12            I further certify that I am neither
13  financially interested in the action nor a relative or
14  employee of any attorney or party to this action.
15            IN WITNESS WHEREOF, I have this date
16  subscribed my name.
17            Dated: Monday, March 24, 2025
18  Reading and signing was:
19  ____ Requested    ____ Waived   __X__ Not Requested
20
21
22              *Belle Ball* (signature)
23
24            BELLE BALL, CSR 8785, CRR, RDR
25            STATE OF CALIFORNIA
```