# EXHIBIT J

# TO

# DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE DISMISSED OR UNALLEGED CLAIMS

Confidential

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | OAKLAND DIVISION |
| 4 | - - - - - - - - - - - - - - - - |
| 5 | COALITION ON HOMELESSNESS,    ) |
| 6 | et al.,                       ) |
| 7 |           Plaintiffs,         ) |
| 8 | vs.                           )   CASE NO. |
| 9 | CITY AND COUNTY OF SAN        )   4:22-cv-05502-DMR |
| 10 | FRANCISCO, et al.,           ) |
| 11 |           Defendants.         ) |
| 12 | - - - - - - - - - - - - - - - - |
| 13 | |
| 14 | |
| 15 | CONFIDENTIAL |
| 16 | DEPOSITION OF ALVARO CASTRO |
| 17 | WEDNESDAY, MARCH 5, 2025 |
| 18 | |
| 19 | |
| 20 | BEHMKE REPORTING AND VIDEO SERVICES, INC. |
| 21 | STENOGRAPHICALLY REPORTED BY: ANGELA SINCLAIR |
| 22 | CSR NO. 13902, RDR, RMR, RPR, CRR, CCRR |
| 23 | 550 CALIFORNIA STREET, SUITE 820 |
| 24 | SAN FRANCISCO, CALIFORNIA 94104 |
| 25 | (415) 597-5600 |

Confidential

```
 1  APPEARANCES OF COUNSEL:
 2  FOR THE PLAINTIFFS:
 3      AMERICAN CIVIL LIBERTIES UNION FOUNDATION
 4      OF NORTHERN CALIFORNIA
 5      BY:  AMANDA YOUNG, ATTORNEY AT LAW
 6      39 Drumm Street
 7      San Francisco, California  94111
 8      Telephone:  (415) 293-6362
 9      Email:  ayoung@aclunc.org
10  -AND-
11      EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
12      BY:  VIVAKE PRASAD, ATTORNEY AT LAW
13      1 Rockefeller Plaza, 8th Floor
14      New York, New York  10020
15      Telephone:  (212) 763-5000
16      Email:  vprasad@ecbawm.com
17
18  FOR THE DEFENDANTS:
19      OFFICE OF THE CITY ATTORNEY
20      CITY AND COUNTY OF SAN FRANCISCO
21      BY:  ARI BARUTH, DEPUTY CITY ATTORNEY
22      1390 Market Street, 7th Floor
23      San Francisco, California  94102
24      Telephone:  (415) 554-3800
25      Email:  ari.baruth@sfcityatty.org
```

```
 1    all the time they need.
 2    BY MR. PRASAD:
 3         Q.  "We" meaning DPW?
 4         A.  Yes.
 5         Q.  What about the police department?  What do they
 6    do when the time's expired?
 7             MR. BARUTH:  Calls for speculation.
 8             THE WITNESS:  I don't know exactly what they
 9    do.
10    BY MR. PRASAD:
11         Q.  Have you received training or instructions
12    relating to how to deal with people at encampments with
13    special needs?
14         A.  Special needs?
15         Q.  Do you understand what I mean by "special
16    needs"?
17         A.  No.
18         Q.  Have you ever received training or instructions
19    related to people at -- dealing with people at
20    encampments who have disabilities?
21         A.  I don't know.
22         Q.  You've never received that training?
23         A.  I didn't say that.  I said I don't know.
24         Q.  Meaning you don't remember?
25         A.  I don't know the question.  Like what kind of
```

Confidential

```
 1   STATE OF CALIFORNIA    ) ss.
 2   COUNTY OF CONTRA COSTA )
 3          I, ANGELA SINCLAIR, a Shorthand Reporter, State
 4   of California, do hereby certify:
 5          That ALVARO CASTRO, in the foregoing deposition
 6   named, was present and by me sworn as a witness in the
 7   above-entitled action pursuant to FRCP 30(b)(4) at the
 8   time and place therein specified;
 9          That said deposition was taken before me at
10   said time and place, and was taken down in shorthand by
11   me, a Certified Shorthand Reporter of the State of
12   California, and was thereafter transcribed into
13   typewriting, and that the foregoing transcript
14   constitutes a full, true and correct report of said
15   deposition and of the proceedings that took place;
16          That before completion of the proceedings,
17   review of the transcript was NOT requested pursuant to
18   Federal Rule 30(e).
19          IN WITNESS WHEREOF, I have hereunder subscribed
20   my hand this 17th day of March 2025.
21
22
23
24                       ANGELA SINCLAIR, CSR NO. 13902
25                            STATE OF CALIFORNIA
```