# EXHIBIT K

# TO

# DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE DISMISSED OR UNALLEGED CLAIMS

# In The Matter Of:

*Coalition on Homelessness, et al. v.*
*City and County of San Francisco, et al.*

*Sarah A. Cronk*
*September 23, 2024*

*Behmke Reporting and Video Services, Inc.*
*550 California Street, Suite 820*
*San Francisco, California 94104*
*(415) 597-5600*

Original File 43357Cronk_nl.txt
**Min-U-Script®**

                                                                    1

1                    UNITED STATES DISTRICT COURT
2                   NORTHERN DISTRICT OF CALIFORNIA
3    - - - - - - - - - - - - - - - - - -
4    COALITION ON HOMELESSNESS; TORO   )
5    CASTANO; SARAH CRONK; JOSHUA      )
6    DONOHOE; MOLIQUE FRANK; DAVID     )
7    MARTINEZ; TERESA SANDOVAL;        )
8    NATHANIEL VAUGHN,                 )
9              Plaintiffs,             ) CASE NO.
10   v.                                ) 4:22-cv-05502-DMR(LJC)
11   CITY AND COUNTY OF                )
12   SAN FRANCISCO, et al.,            )
13             Defendants.             )
14   - - - - - - - - - - - - - - - - - -
15
16         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
17                PURSUANT TO PROTECTIVE ORDER
18           VIDEOTAPED DEPOSITION OF SARAH A. CRONK
19                 MONDAY, SEPTEMBER 23, 2024
20
21              BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                      BY:  MARY J. GOFF, CSR NO. 13427
23                      550 CALIFORNIA STREET, SUITE 820
24                      SAN FRANCISCO, CALIFORNIA  94104
25                                       (415) 597-5600

```
                                                                    3

 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS:
 3       LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE
 4       SAN FRANCISCO BAY AREA, CCRSF
 5       BY:  ANDREW NTIM, ATTORNEY AT LAW
 6       131 Steuart Street
 7       Suite 4000
 8       San Francisco, California  94105
 9       Telephone:  (415) 543-9444
10       Email:  antim@lccrsf.org
11
12   - AND -
13       ACLU FOUNDATION OF NORTHERN CALIFORNIA
14       BY:  WILLIAM S. FREEMAN, ATTORNEY AT LAW
15       39 Drumm Street
16       San Francisco, California  94111
17       Telephone:  (415)-621-2493
18       Email:  wfreeman@aclunc.org
19
20
21
22
23
24
25
```

```
                                                                  4

 1   APPEARANCES OF COUNSEL (CONTINUED):

 2   FOR DEFENDANTS:

 3         OFFICE OF THE CITY ATTORNEY

 4         BY:   STEVEN MILLS, ATTORNEY AT LAW

 5               KAITLYN MURPHY, ATTORNEY AT LAW

 6         1390 Market Street

 7         Sixth Floor

 8         San Francisco, California   94102

 9         Telephone:   (415) 355-3304

10         Email:   steven.mills@sfcityattry.org

11                  kaitlyn.murphy@sfcityattry.org

12

13   ALSO PRESENT:

14         VINNY BEZERRA, VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25
```

254

1    Q    And, Ms. Cronk, have you ever been given,
2  from the City and County of San Francisco, a Bag and
3  Tag receipt when your property has been, what you
4  have characterized as, wrongly taken?
5    A    No.
6    Q    And, Ms. Cronk, with respect to this
7  lawsuit, are you claiming that the City
8  discriminated against you because of any medical
9  condition that you may have?
10   A    No.
11   Q    And are you going to testify at trial that
12 the City never provided you with any reasonable
13 accommodations with respect to shelter placements?
14   A    No.
15   Q    And would you testify at trial that the
16 City never gave you enough time to move your
17 belongings because of any type of disability that
18 you may have?
19   A    No.
20   Q    And have you witnessed the City not
21 provide accommodations to individuals on the street
22 when trying to discard their property?
23   A    Yes.
24   Q    And can you explain what you have seen?
25   A    I have seen people that were disabled,

276

1  STATE OF CALIFORNIA        )
2  COUNTY OF SAN FRANCISCO    ) ss.
3       I hereby certify that the witness in the
4  foregoing deposition, SARAH A. CRONK, was by me duly
5  sworn to testify to the truth, the whole truth, and
6  nothing but the truth, in the within-entitled cause;
7  that said deposition was taken at the time and place
8  herein named; and that the deposition is a true
9  record of the witness's testimony as reported by me,
10 a duly certified shorthand reporter and a
11 disinterested person, and was thereafter transcribed
12 into typewriting by computer.
13      I further certify that I am not interested in
14 the outcome of the said action, nor connected with,
15 nor related to any of the parties in said action,
16 nor to their respective counsel.
17      IN WITNESS WHEREOF, I have hereunto set my hand
18 this 1st day of October, 2024.
19 Reading and Signing was:
20 _x_ requested   ___waived   ___ not requested
21
22                         *Mary J. Goff*
23
24          MARY J. GOFF, CSR NO. 13427
25              STATE OF CALIFORNIA