DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
            (415) 554-6762 (Murphy)
            (415) 554-3870 (Gradilla)
            (415) 554-4223 (George)
            (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:   edmund.wang@sfcityatty.org
          kaitlyn.murphy@sfcityatty.org
          miguel.gradilla@sfcityatty.org
          john.george@sfcityatty.org
          steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:   wmetlitzky@conmetkane.com
          jlanier@conmetkane.com
          ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* NO. 3** <br><br> Action Filed:  September 27, 2022 <br> Trial Date:    July 28, 2025 |

**[PROPOSED] ORDER**

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management filed Defendants' Motion *in Limine* No. 3 to Exclude Dismissed or Unalleged Claims.

Having carefully considered the motion and the papers submitted, and arguments of counsel, the Court HEREBY ORDERS THAT Defendants' Motion *in Limine* No. 3 is GRANTED.

The Court precludes Plaintiffs from introducing evidence or argument related to claims that have been dismissed or were not alleged in Plaintiffs' operative complaint. More specifically:

1.  The Court precludes Plaintiffs from introducing evidence or argument related to a theory of liability foreclosed by *City of Grants Pass, Oregon v. Johnson*, 603 U.S. 520 (2024).

2.  The Court precludes Plaintiffs from introducing evidence or argument related to any contention of disability discrimination.

3.  The Court precludes Plaintiffs from introducing evidence or argument related to the property destruction claims of plaintiffs who have been dismissed from this case.

4.  The Court precludes Plaintiffs from introducing evidence or argument related to the San Francisco Police Department's policies and/or practices concerning property and/or evidence unrelated to laws regulating lodging on public property, homeless encampments, or unhoused people.

This Order includes but is not limited to the following evidence:

**Theory of Liability Foreclosed by *City of Grants Pass,* 603 U.S. 520 (2024)**

| No. | Evidence | Ruling | | |
|---|---|---|---|---|
| 1 | Plaintiffs' Trial Exhibit 2 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 2 | Plaintiffs' Trial Exhibit 5 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 3 | Plaintiffs' Trial Exhibit 6 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 4 | Plaintiffs' Trial Exhibit 7 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 5 | Plaintiffs' Trial Exhibit 9 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |
| 6 | Plaintiffs' Trial Exhibit 126 | **GRANTED** ____ | **DENIED** ____ | **DEFERRED** ____ |

| No. | Evidence | Ruling |
|---|---|---|
| 7 | Plaintiffs' Trial Exhibit 128 | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |
| 8 | Plaintiffs' Trial Exhibit 209 | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |
| 9 | Deposition Testimony of David Lazar, at 43:24-44:3, 44:6-16, 44:18-22, | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |
| 10 | Deposition Testimony of David Lazar, at 139:12-13, 139:19-23, 141:10-142:3, 142:6, 142:8-9, 142:12-18, 143:3-10, 143:13-22, 143:25 | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |
| 11 | Deposition Testimony of David Lazar, at 171:4-6, 172:15-173:11, 173:15-174:4, 174:7-9, 174:21-24, 176:12-23, 177:2-17, 177:21-24, 178:1-7 | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |
| 12 | Deposition Testimony of Dennis Hoang, at 35:10-36:16, 37:15-18, | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |
| 13 | Deposition Testimony of Dennis Hoang, at 73:1-16, | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |
| 14 | Deposition Testimony of Dennis Hoang, at 150:25-151:9, 152:6-153:4, 153:7-154:13, 154:16-155:8, 155:12-156:1, 156:8-9, 156:11-18, 156:21-25, 157:3-9 | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |
| 15 | Deposition Testimony of Wayman Young, at 95:21-97:15, 99:4-10, 99:13-14, | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |
| 16 | Deposition Testimony of Wayman Young, at 116:15-23, | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |
| 17 | Deposition Testimony of Wayman Young, at 157:11-22, 158:17-24 | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |
| 18 | Deposition Testimony of Wayman Young, at 264:19-22 | **GRANTED** ____     **DENIED** ____     **DEFERRED** ____ |

| No. | Evidence | Ruling |
|---|---|---|
| 19 | Deposition Testimony of Arielle Piastunovich, at 45:2-22 | GRANTED ____    DENIED ____    DEFERRED ____ |

**Contentions of Disability Discrimination**

| No. | Evidence | Ruling |
|---|---|---|
| 20 | Plaintiffs' Trial Exhibit 210 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 21 | Deposition Testimony of Alison Horky, at 65:4-11, 66:7-14 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 22 | Deposition Testimony of Alison Horky, at 92:22-93:2, 95:16-24, 97:13-98:21 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 23 | Deposition Testimony of Arielle Piastunovich, at 45:2-46:2 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 24 | Deposition Testimony of Israel Graham, at 89:2-4 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 25 | Deposition Testimony of Brittany Brandon, at 253:7-16 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 26 | Deposition Testimony of Herbert Ruth, at 109:2-10 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 27 | Deposition Testimony of Alvaro Castro, at 48:11-21 | GRANTED ____    DENIED ____    DEFERRED ____ |

**Property Destruction Claims of Dismissed Plaintiffs**

| No. | Evidence | Ruling |
|---|---|---|
| 28 | Plaintiffs' Trial Exhibit 114 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 29 | Plaintiffs' Trial Exhibit 115 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 30 | Plaintiffs' Trial Exhibit 116 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 31 | Plaintiffs' Trial Exhibit 117 | GRANTED ____    DENIED ____    DEFERRED ____ |

| No. | Evidence | Ruling |
|-----|----------|--------|
| 32 | Christin Evans testimony regarding August 21, 2020 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 33 | David Martinez testimony regarding his own property | GRANTED ____    DENIED ____    DEFERRED ____ |

**Unrelated Evidence/Property Policies of SFPD**

| No. | Evidence | Ruling |
|-----|----------|--------|
| 34 | Plaintiffs' Trial Exhibit 162 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 35 | Deposition Testimony of David Lazar, at 69:21-70:6, 71:4-73:12 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 36 | Deposition Testimony of David Lazar, at 60:4-11, 62:1-2, 62:6, 62:13-15 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 37 | Deposition Testimony of David Lazar, at 69:4-6, 69:10, 69:17 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 38 | Deposition Testimony of David Lazar, at 127:11-12, 127:15-129:6 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 39 | Deposition Testimony of Dennis Hoang, at 45:19-22, 46:6-9 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 40 | Deposition Testimony of Dennis Hoang, at 92:4-9, 99:12-103:24 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 41 | Deposition Testimony of Wayman Young, at 173:18-21 | GRANTED ____    DENIED ____    DEFERRED ____ |
| 42 | Deposition Testimony of Wayman Young, at 180:16-181:3, | GRANTED ____    DENIED ____    DEFERRED ____ |
| 43 | Deposition Testimony of Wayman Young, at 228:3-5 | GRANTED ____    DENIED ____    DEFERRED ____ |

///

1    IT IS SO ORDERED.

2

3

4    DATE:_____    _____

5                                     The Honorable Donna M. Ryu
                                      CHIEF MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 4:22-cv-05502-DMR (LJC)                [PROPOSED] ORDER RE DEFS' MIL NO. 3