DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
            (415) 554-6762 (Murphy)
            (415) 554-3870 (Gradilla)
            (415) 554-4223 (George)
            (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:    edmund.wang@sfcityatty.org
           kaitlyn.murphy@sfcityatty.org
           miguel.gradilla@sfcityatty.org
           john.george@sfcityatty.org
           steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile:  (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br>Plaintiffs, <br><br>vs. <br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br>**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* NO. 4 – TEMPORAL SCOPE OF CLAIMS AND STALE EVIDENCE** <br><br>Hearing Date:  July 9, 2025 <br>Time:          1:00 p.m. <br>Judge:         Hon. Donna M. Ryu <br><br>Action Filed:  September 27, 2022 <br>Trial Date:    July 28, 2025 |

I, STEVEN MILLS, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Motion *In Limine* No. 4 – Temporal Scope of Claims and Stale Evidence.

2. Defendants' motion relies on deposition testimony and evidence exchanged during fact discovery.

3. Attached hereto as **Exhibit A** is a true and correct excerpt of the September 23, 2024 deposition of Sarah Cronk.

4. Attached hereto as **Exhibit B** is a true and correct excerpt of the November 12, 2024 deposition of Joshua Donohoe.

5. Attached hereto as **Exhibit C** is a true and correct excerpt of the October 15, 2024 deposition of David Martinez.

6. Attached hereto as **Exhibit D** is a true and correct excerpt of the February 28, 2025 deposition of Shanna Couper Orona.

7. Attached hereto as **Exhibit E** is a true and correct excerpt of the October 9, 2024 deposition of Toro Castano.

8. Attached hereto as **Exhibit F** is a true and correct excerpt of the March 4, 2025 deposition of Todd Bryant.

9. Attached hereto as **Exhibit G** is a true and correct of Plaintiffs' Responses to Defendants' Third Set of Interrogatories dated March 10, 2025.

10. Attached hereto as **Exhibit H** is a true and correct excerpt of the March 14, 2025 deposition of Melodie.

11. Attached hereto as **Exhibit I** is a true and correct copy of Plaintiffs' Responses to Defendants' Second Set of Interrogatories dated December 20, 2024.

12. Attached hereto as **Exhibit J** is a true and correct excerpt of the February 25, 2025 30(b)(6) deposition of the Coalition on Homelessness.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed June 20, 2025, at San Francisco, California.


                                      */s/ Steven Mills*
                                      STEVEN MILLS

*\*\*Pursuant to L.R. 5-1, the e-filing attorney attests that each of the other Signatories have concurred in the filing of this document.*