# EXHIBIT A

## TO

## DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 4 TO TEMPORAL SCOPE OF STALE AND TIME-BARRED CLAIMS

Case 4:22-cv-05502-DMR   Document 426-2   Filed 06/20/25   Page 1 of 10

1

1                UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3  - - - - - - - - - - - - - - - - - -

4  COALITION ON HOMELESSNESS; TORO  )

5  CASTANO; SARAH CRONK; JOSHUA     )

6  DONOHOE; MOLIQUE FRANK; DAVID    )

7  MARTINEZ; TERESA SANDOVAL;       )

8  NATHANIEL VAUGHN,               )

9         Plaintiffs,        ) CASE NO.

10  v.                             ) 4:22-cv-05502-DMR(LJC)

11  CITY AND COUNTY OF           )

12  SAN FRANCISCO, et al.,       )

13         Defendants.        )

14  - - - - - - - - - - - - - - - - - -

15

16     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

17         PURSUANT TO PROTECTIVE ORDER

18      VIDEOTAPED DEPOSITION OF SARAH A. CRONK

19         MONDAY, SEPTEMBER 23, 2024

20

21      BEHMKE REPORTING AND VIDEO SERVICES, INC.

22            BY:  MARY J. GOFF, CSR NO. 13427

23            550 CALIFORNIA STREET, SUITE 820

24            SAN FRANCISCO, CALIFORNIA  94104

25                    (415) 597-5600

3

1  APPEARANCES OF COUNSEL:
2  FOR PLAINTIFFS:
3       LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE
4       SAN FRANCISCO BAY AREA, CCRSF
5       BY:  ANDREW NTIM, ATTORNEY AT LAW
6       131 Steuart Street
7       Suite 4000
8       San Francisco, California  94105
9       Telephone:  (415) 543-9444
10      Email:  antim@lccrsf.org
11
12  - AND -
13      ACLU FOUNDATION OF NORTHERN CALIFORNIA
14      BY:  WILLIAM S. FREEMAN, ATTORNEY AT LAW
15      39 Drumm Street
16      San Francisco, California  94111
17      Telephone:  (415)-621-2493
18      Email:  wfreeman@aclunc.org

```
                                                                    4

 1   APPEARANCES OF COUNSEL (CONTINUED):
 2   FOR DEFENDANTS:
 3        OFFICE OF THE CITY ATTORNEY
 4        BY:   STEVEN MILLS, ATTORNEY AT LAW
 5              KAITLYN MURPHY, ATTORNEY AT LAW
 6        1390 Market Street
 7        Sixth Floor
 8        San Francisco, California  94102
 9        Telephone:  (415) 355-3304
10        Email:  steven.mills@sfcityattry.org
11                kaitlyn.murphy@sfcityattry.org
12
13   ALSO PRESENT:
14        VINNY BEZERRA, VIDEOGRAPHER
15
16
17
18
19
20
21
22
23
24
25
```

                                                                    178

1      Q    How close of a friend --
2      A    Just -- just --
3      Q    -- was it?
4      A    -- like a casual -- like just saw them
5   every once in a while.
6      Q    Did the friend have a nickname?
7      A    I don't remember.
8      Q    Did you write that incident down anywhere?
9      A    No.
10     Q    Did you have any text conversations with
11  the friend about this incident?
12     A    No.
13     Q    Was it just told in person?
14     A    Um-hum.
15          ATTORNEY FREEMAN:  Make sure you say "Yes"
16  or "No."
17     A    Yes.
18     Q    (BY ATTORNEY MILLS) Okay.  Were there any
19  other instances in 2017?
20     A    No.
21     Q    So how many resolutions do you think you
22  experienced in 2018 where you lost property?
23     A    One.
24     Q    And do you know where you were camping at
25  that time?

1    A    I don't remember.

2    Q    Do you have a best estimate?

3    A    The Tenderloin.

4    Q    Can you think of any landmarks that you

5 would stay near in 2018 in the Tenderloin?

6    A    There was a park -- a kids' park like a

7 couple of blocks away.

8    Q    Do you happen to know name of the park?

9    A    I -- I don't know the name of the park.

10 It was, I think, on Turk and -- yeah, I don't

11 recall.

12    Q    Sorry.  What was the last -- so you said

13 Turk, and I missed the --

14    A    I -- I was trying to remember.

15    Q    Oh.

16    A    I didn't say anything.

17    Q    Okay.  Do you know if you were by any

18 businesses or names of buildings that you can

19 recall?

20    A    I'm not sure.

21    Q    Do you know if you were on the sidewalk?

22    A    Yes.

23    Q    Were you obstructing any right-of-way?

24    A    No.

25    Q    And what's your basis for knowing that you

183

1 violations in connection with that --
2     A    No.
3     Q    -- incident?
4          Are there any other incidents in 2018 that
5 you can recall where you experienced property
6 destruction outside of this instance next to the bus
7 stop in the Tenderloin?
8     A    No.
9     Q    And then in 2019, were there instances
10 where you experienced property destruction?
11    A    Yes.
12    Q    And how many instances in 2019 do you
13 think you experienced property destruction?
14    A    I would say three or four times.
15    Q    And let's start with the first one.
16         Do you recall when the first one took
17 place?
18    A    Yeah, it was a -- it was at the beginning
19 of the year, and I'm not sure.  January or February.
20    Q    And do you know where you were staying?
21    A    I was in Clara Alley.
22    Q    So that's Clara Alley?
23    A    Clara Alley, yes.
24    Q    And can you spell that, if you know?
25    A    C-L-A-R-A.

```
 1        Q    (BY ATTORNEY MILLS) I'm just asking to try
 2   to get an idea of what it is you're -- you're, like,
 3   putting on the paper, so --
 4        A    No.
 5        Q    -- sorry about that.  Okay.
 6             So do you have any recollection of other
 7   instances in 2019 where your property was destroyed?
 8        A    No.
 9        Q    In 2020, how many times do you think your
10   property was destroyed?
11        A    Twice.
12        Q    And when was the first instance?
13        A    March 2020.  End of March.
14        Q    And where were you staying?
15        A    I was at -- I'm trying to remember the
16   name of the alleyway behind it.
17             Oh.  It -- it was Clara as well.  Clara.
18        Q    And were you living with Mr. Donohoe at
19   this point?
20        A    No.
21        Q    Were you living with anybody else?
22        A    No.
23        Q    And were you living in an encampment
24   community or were you camping alone?
25        A    I was alone.
```

192

1  looked like?
2       A    Yeah.  They were a pair of bat wings made
3  out of leather and sewn together.
4       Q    Are there any other instances in 2020
5  where your property was destroyed?
6       A    Not that I recall, no.
7       Q    In 2021, how many times do you think your
8  property was destroyed?
9       A    Twice.
10           THE DEPONENT:  Can I take -- I'm sorry.
11 Can I take a quick bathroom break?
12           ATTORNEY MILLS:  Yeah.  We'll go off the
13 record at 3:08 p.m.
14           THE VIDEOGRAPHER:  This is the end of
15 Media Number 4.  We are off the record at 3:08 p.m.
16           (A break was taken from 3:08 p.m. to
17 3:14 p.m.)
18           THE VIDEOGRAPHER:  This is the beginning
19 of Media Number 5 of the deposition of Sarah Cronk.
20 The time now is 3:14 p.m., and we are back on the
21 record.
22      Q    (BY ATTORNEY MILLS) So, Ms. Cronk, right
23 before the break we were starting to talk about
24 instances in 2021 where you experienced property
25 destruction, and I believe you testified that there

276

1  STATE OF CALIFORNIA        )
2  COUNTY OF SAN FRANCISCO    ) ss.
3       I hereby certify that the witness in the
4  foregoing deposition, SARAH A. CRONK, was by me duly
5  sworn to testify to the truth, the whole truth, and
6  nothing but the truth, in the within-entitled cause;
7  that said deposition was taken at the time and place
8  herein named; and that the deposition is a true
9  record of the witness's testimony as reported by me,
10 a duly certified shorthand reporter and a
11 disinterested person, and was thereafter transcribed
12 into typewriting by computer.
13      I further certify that I am not interested in
14 the outcome of the said action, nor connected with,
15 nor related to any of the parties in said action,
16 nor to their respective counsel.
17      IN WITNESS WHEREOF, I have hereunto set my hand
18 this 1st day of October, 2024.
19 Reading and Signing was:
20 _x_ requested    ___waived    ___ not requested
21
22                         *Mary J. Goff*
23
24            MARY J. GOFF, CSR NO. 13427
25                 STATE OF CALIFORNIA

BEHMKE REPORTING AND VIDEO SERVICES, INC.
(415) 597-5600