# EXHIBIT B

# TO

# DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 4 TO TEMPORAL SCOPE OF STALE AND TIME-BARRED CLAIMS

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   - - - - - - - - - - - - - - - - - -

 5   COALITION ON HOMELESSNESS,      )

 6   et al.,                         )

 7                Plaintiffs,        ) CASE NO.

 8   v.                              ) 4:22-cv-05502-DMR

 9   CITY AND COUNTY OF SAN          )

10   FRANCISCO, et al.,              )

11                Defendants.        )

12   - - - - - - - - - - - - - - - - - -

13

14

15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16             PURSUANT TO PROTECTIVE ORDER

17        VIDEOTAPED DEPOSITION OF JOSHUA DONOHOE

18              TUESDAY, NOVEMBER 12, 2024

19

20

21         BEHMKE REPORTING AND VIDEO SERVICES, INC.

22                 BY:  CYNTHIA TURI, CSR NO. 11812

23                 550 CALIFORNIA STREET, SUITE 820

24                 SAN FRANCISCO, CALIFORNIA  94104

25                              (415) 597-5600
```

```
 1  APPEARANCES OF COUNSEL:
 2  FOR THE PLAINTIFFS:
 3     LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN
 4     FRANCISCO BAY AREA
 5     BY:  ANDREW NTIM, ATTORNEY AT LAW
 6     131 Steuart Street, Suite 400
 7     San Francisco, California  94105
 8     Telephone:  (415) 543-9444
 9     Email:  antim@lccrsf.org
10
11  FOR THE DEFENDANTS:
12     OFFICE OF THE CITY ATTORNEY
13     BY:  STEVEN MILLS, DEPUTY CITY ATTORNEY
14          KAITLYN MURPHY, DEPUTY CITY ATTORNEY
15     1390 Market Street, Sixth Floor
16     San Francisco, California  94102
17     Telephone:  (415) 355-3304
18     Email:  steven.mills@sfcityatty.org
19             kaitlyn.murphy@sfcityatty.org
20
21  ALSO PRESENT:
22      KYLE FRIEND, VIDEOGRAPHER
23
24
25
```

```
 1   had some carts or something that you were working on in
 2   your tent; is that correct?
 3       A.  Yeah.  I was working on a cart for transporting
 4   all of our stuff.
 5       Q.  What type of parts did you have in your tent or
 6   structure?
 7       A.  Like, poles, you know, screws to kind of, like,
 8   bolt it down.  I had tools to do so with, yeah.
 9           And obviously, the two carts that we were
10   working with.
11       Q.  I'm going to pan out a little bit.  Between 2018
12   and the time that you were no longer living on the
13   streets of San Francisco, how many times do you think
14   your property was destroyed in connection with a sweep
15   or resolution?
16       A.  I mean, way too many to count.  I couldn't give
17   you an exact number.  I mean, between -- yeah.  In those
18   six -- in those -- those four-and-a-half, five years,
19   yeah, a lot.
20       Q.  What's your best estimate of the number of times
21   you believe your property was destroyed in connection
22   with a sweep or resolution?
23       A.  More -- more than 50 between -- yeah, between
24   the five years.
25       Q.  In 2018 specifically, how many times do you
```

1  think your property was destroyed in connection with a
2  sweep or resolution?
3       A.  At least -- at least once a month, I'm thinking,
4  yeah.  That's on an average.  Average, once a month.
5       Q.  What about in 2019?
6       A.  Probably about -- yeah.  Maybe a little less
7  than once a month.  But about once a month.
8       Q.  And 2020?
9       A.  2020?  It dropped down to, like, maybe four,
10 five times that year.
11      Q.  What about in 2021?
12      A.  2021?  Definitely back up to, like, once a
13 month.
14      Q.  2022?
15      A.  Yeah.  About once a month again, if not, like, a
16 little more frequently.
17      Q.  What about in 2023?
18      A.  2023?  There were -- where my own objects were
19 affected?
20      Q.  Correct.
21      A.  Probably about three.  Three -- yeah, three or
22 four maybe.
23      Q.  And have you experienced any property
24 destruction in 2024?
25      A.  No.

```
 1        Q.   Did you ever fill out any online polls about the
 2   issues that Coalition should focus on?
 3        A.   I'm not sure.
 4        Q.   Did you ever vote on issues for the Coalition on
 5   Homelessness to focus on?
 6        A.   Not that I -- not that I can remember.
 7        Q.   I'm going to go back to some of the instances of
 8   property destruction that we were talking about.
 9             In this case, do you intend to testify about any
10   experiences of property destruction that you haven't
11   disclosed in written discovery or declarations?
12        A.   No.
13        Q.   So with that in mind, you submitted a
14   declaration in this case.  I'll represent that it was
15   submitted on September 13th -- dated September 13th,
16   2022.  And in that declaration, you refer to an incident
17   on September 12th, 2022.
18             As you sit here today, can you recall an
19   incident in September -- on September 12th of 2022?
20        A.   Yes.
21        Q.   What can you recall about that incident?
22        A.   So early morning, like, maybe -- you know, sun
23   was not up and it wasn't going to be up for a little
24   while -- I'd say maybe 5:00, DPW came by and started
25   pretty much harassing us.  It was part of those routine
```

```
 1  STATE OF CALIFORNIA      )
 2  COUNTY OF SAN FRANCISCO ) ss.
 3          I hereby certify that the witness in the
 4  foregoing deposition, JOSHUA DONOHOE, was by me duly
 5  sworn to testify to the truth, the whole truth, and
 6  nothing but the truth in the within-entitled cause; that
 7  said deposition was taken at the time and place herein
 8  named; and that the deposition is a true record of the
 9  witness's testimony as reported by me, a duly certified
10  shorthand reporter and a disinterested person, and was
11  thereafter transcribed into typewriting by computer.
12          I further certify that I am not interested in
13  the outcome of the said action, nor connected with nor
14  related to any of the parties in said action, nor to
15  their respective counsel.
16          IN WITNESS WHEREOF, I have hereunto set my hand
17  this November 25, 2024.
18  Reading and signing was:
19  _x_ requested __ waived __ not requested
20
21                           [signature]
22
23                           CYNTHIA TURI, CSR NO. 11812
24                           STATE OF CALIFORNIA
25
```