# EXHIBIT D

## TO

## DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 4 TO TEMPORAL SCOPE OF STALE AND TIME-BARRED CLAIMS

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4    - - - - - - - - - - - - - - -
 5    COALITION ON HOMELESSNESS,  )
 6    et al.,                     )
 7              Plaintiffs,       )
 8    vs.                         )  CASE NO.
 9    CITY AND COUNTY OF          )  4:22-cv-05502-DMR (LJC)
10    SAN FRANCISCO, et al.,      )
11              Defendants.       )
12    - - - - - - - - - - - - - - -
13
14
15                 VIDEOTAPED DEPOSITION OF
16                   SHANNA COUPER ORONA
17                 FRIDAY, FEBRUARY 28, 2025
18
19
20
21       BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY:  CYNTHIA TURI, CSR NO. 11812
23              550 CALIFORNIA STREET, SUITE 820
24               SAN FRANCISCO, CALIFORNIA 94104
25                          (415) 597-5600
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE PLAINTIFFS:
 3      AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
 4      NORTHERN CALIFORNIA
 5      BY:  SCOUT KATOVICH, ATTORNEY AT LAW
 6           JOHN H. DO, ATTORNEY AT LAW
 7      39 Drumm Street
 8      San Francisco, California  94111
 9      Telephone:  (646) 905-8935
10      Email:  skatovich@aclu.org
11
12   FOR THE DEFENDANTS:
13      OFFICE OF THE CITY ATTORNEY
14      CITY AND COUNTY OF SAN FRANCISCO
15      BY:  STEVEN A. MILLS, DEPUTY CITY ATTORNEY
16      1390 Market Street, 7th Floor
17      San Francisco, California  94102
18      Telephone:  (415) 355-3304
19      Email:  steven.mills@sfcityatty.org
20
21   ALSO PRESENT:
22      JOSHUA HEADRICK, VIDEOGRAPHER
23
24
25
```

```
 1  manager.
 2          Who owned the building before?
 3      A.  City Gardens.  It was the Panoramic, City
 4  Gardens, they were both owned by the same -- I don't
 5  know if they had any other name.
 6          It was just known as City Gardens -- City Common
 7  Gardens.  My bad.  City Common Gardens.
 8      Q.  Do you know if City Common Gardens is who you
 9  signed paperwork to live in the building with?
10      A.  That's who was managing, and Michael was the
11  general manager in charge of that building.
12      Q.  Do you know if Michael was a City -- sorry --
13  was the manager for City Common Gardens?
14      A.  He was the general -- he was the guy in charge
15  of the -- both Panoramic and City Gardens.  They were
16  both owned by the same people -- same company or
17  whatever.
18      Q.  Let's go ahead and set that document aside.  So
19  before the break, you mentioned that you had to obtain
20  property that was taken by the City twice --
21      A.  Uh-huh.
22      Q.  -- is that correct?
23      A.  Yes.
24      Q.  I'm going to break those down.  When did the
25  first instance occur?
```

1       A.   I don't have the exact date and time, but it
2  was when I was in a tent.  My tent was in Erie Alley,
3  and I had -- I build bikes.  I ride BMX's and stuff.
4            DPW had come through, wasn't picking up any
5  trash.  They stopped at my -- at my tent and basically,
6  opened up the backside of where my belongings were and
7  took my BMX and put it on the back of their truck.
8            And they tried to drive off.  And I ran out and
9  jumped on the truck and took my bike back, because it
10 was a very important bike.  My dad built that.
11           And I got it back, no ifs, ands, or buts.
12           They said they were going to call the cops.
13           Like, go ahead and call the cops.  You just came
14 and stole from me.  You went underneath my tent -- my
15 tarp to get one thing.  You're not here cleaning.
16 You're not picking up trash and nothing.
17           I'm getting my bike back, and I did.
18      Q.   Were you there?
19      A.   Yeah.  I was there.  I was inside my tent.  I'm
20 glad I was there because they just walked in like they
21 owned the place.
22      Q.   Sorry.  Was your testimony that the bike was
23 sentimental because you made it with your dad?
24      A.   Yeah.  My dad has passed away, yeah.
25      Q.   What year did your dad pass away?

1        A.   Before 2018.  Yeah.  Yeah.
2        Q.   Using your dad's passing as a reference point,
3   how much after this -- that incident was this incident
4   where the bike was taken from you?
5        A.   What?
6        Q.   So using your dad's passage as a kind of a
7   reference point, how much after that was this incident
8   with DPW where your bike was taken?
9        A.   It happened before my dad passed -- before my
10  dad passed away.  The bike was sentimental because we
11  built it together.  I had that bike for 22 years.  So we
12  built that bike together, so it's important to me.
13            So when my dad -- regardless of when he passed
14  away or whatever, no matter what, if he was still alive,
15  I still would have done that and gotten my bike back
16  regardless.
17            But it was before my dad passed away actually
18  because I wasn't in Erie Alley anymore.  I was down at
19  SF Fitness.  So yeah.  My dad -- my dad passed away,
20  yeah.
21       Q.   And did you report this incident to anybody?
22       A.   No.  There was no one to report it to.
23       Q.   So you didn't call SFPD to report the incident?
24       A.   No.
25       Q.   Did you submit a complaint to DPW?

```
 1        A.   No.
 2        Q.   No complaint to the DPW?
 3        A.   No.  I would have been harassed even more if I
 4   would have done that.
 5        Q.   Did anybody witness this incident?
 6        A.   Maybe.  But I don't really -- I'm sure the folks
 7   down at the other end, they got their stuff stolen.
 8   They're standing out in the middle of the street.
 9             Not anybody that I remember that -- no one wrote
10   anything down.  It is what it is, and we left it at
11   that.
12             It kind of sucked to be targeted like that out
13   of nowhere.
14        Q.   So you didn't end up losing any items
15   permanently that day?
16        A.   No.
17        Q.   Are those the only two instances?
18        A.   Yeah.
19        Q.   Earlier, you testified that you know
20   Teresa Sandoval; is that correct?
21        A.   Yeah.
22        Q.   And do you know what Teresa Sandoval is claiming
23   in this lawsuit happened to her?
24        A.   I'm assuming the -- her prosthetics were stolen
25   by DPW.  Is that the one we're talking about?  She's in
```

```
 1  STATE OF CALIFORNIA      )
 2                           ) ss.
 3  COUNTY OF SAN FRANCISCO  )
 4        I hereby certify that the witness in the
 5  foregoing deposition, SHANNA COUPER ORONA, was by me
 6  duly sworn to testify to the truth, the whole truth, and
 7  nothing but the truth in the within-entitled cause; that
 8  said deposition was taken at the time and place herein
 9  named; and that the deposition is a true record of the
10  witness's testimony as reported by me, a duly certified
11  shorthand reporter and a disinterested person, and was
12  thereafter transcribed into typewriting by computer.
13         I further certify that I am not interested in the
14  outcome of the said action, nor connected with nor
15  related to any of the parties in said action, nor to
16  their respective counsel.
17         IN WITNESS WHEREOF, I have hereunto set my hand
18  this March 12, 2025.
19  Reading and signing was:
20  __X__ Requested  ____ Waived  ____ Not requested.
21
22                         [signature: Cynthia Turi]
23
24                         CYNTHIA TURI, CSR NO. 11812
25                         STATE OF CALIFORNIA
```