# EXHIBIT E

# TO

# DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 4 TO TEMPORAL SCOPE OF STALE AND TIME-BARRED CLAIMS

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3

 4     - - - - - - - - - - - - - - - - - - -

 5     COALITION ON HOMELESSNESS,          )

 6     et al.,                             )

 7                       Plaintiffs,       )   CASE NO.

 8     vs.                                 )   4:22-cv-05502-DMR

 9     CITY AND COUNTY OF SAN              )

10     FRANCISCO, et al.,                  )

11                       Defendants.       )

12     - - - - - - - - - - - - - - - - - - -

13

14

15         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16                 PURSUANT TO PROTECTIVE ORDER

17          VIDEOTAPED DEPOSITION OF TORO D. CASTAÑO

18                  WEDNESDAY, OCTOBER 9, 2024

19

20

21             BEHMKE REPORTING AND VIDEO SERVICES, INC.

22                BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23                     550 CALIFORNIA STREET, SUITE 820

24                     SAN FRANCISCO, CALIFORNIA  94104

25                                     (415) 597-5600
```

```
                                                                    3
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS:
 3        LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE
 4        SAN FRANCISCO BAY AREA
 5        BY:  ANDREW NTIM, ATTORNEY AT LAW
 6        131 Steuart Street, Suite 400
 7        San Francisco, California  94105
 8        Telephone:  (415) 543-9444
 9        Email:  antim@lccrsf.org
10   - AND -
11        AMERICAN CIVIL LIBERTIES UNION FOUNDATION NORTHERN
12        CALIFORNIA
13        BY:  WILLIAM S. FREEMAN, ATTORNEY AT LAW
14        39 Drumm Street
15        San Francisco, California  94111
16        Telephone:  (415) 621-2493
17        Email:  wfreeman@aclunc.org
18
19
20
21
22
23
24
25
```

```
                                                                    4

 1   APPEARANCES OF COUNSEL (CONTINUED):
 2   FOR DEFENDANTS:
 3        CITY AND COUNTY OF SAN FRANCISCO
 4        OFFICE OF THE CITY ATTORNEY
 5        BY:   STEVEN A. MILLS, DEPUTY CITY ATTORNEY
 6              JOHN H. GEORGE, DEPUTY CITY ATTORNEY
 7        1390 Market Street, Sixth Floor
 8        San Francisco, California  94102
 9        Telephone:   (415) 355-3304
10        Email:  steven.mills@sfcityatty.org
11                john.george@sfcityatty.org
12
13   ALSO PRESENT:
14        KYLE FRIEND, BEHMKE VIDEOGRAPHER
15
16
17
18
19
20
21
22
23
24
25
```

296

1  A. No.
2  Q. -- 2020?
3  A. No.
4  Q. How many years before 2020 did you go to
5  Burning Man?
6  A. Many years.
7  Q. So the -- fair to say that the tent was many
8  years old and not brand new?
9  A. Yeah. It was in great condition, but yeah.
10 Q. After August 21st, 2020, had your property ever
11 been destroyed again?
12 A. Had it been? I don't think so. I think that
13 was the last time.
14 Q. And you mentioned anti-camping laws earlier.
15    What is your familiarity with those laws?
16 A. Maybe -- I don't know how I would articulate
17 that.
18 Q. Do you know if those laws prohibit you from
19 sitting, sleeping, or lying on the streets of
20 San Francisco at certain times?
21 A. Yes, because we are made to stand in stress
22 positions instead of being allowed to lay down at times
23 by one of the Mission Station cops.
24 Q. Prior to Aug- -- prior to this lawsuit, did you
25 ever take any proactive steps to conform your conduct to

332

```
 1  STATE OF CALIFORNIA            )
 2                                 ) ss.
 3  COUNTY OF SAN FRANCISCO        )
 4             I hereby certify that the witness in the
 5  foregoing deposition, TORO D. CASTAÑO, was by me duly
 6  sworn to testify to the truth, the whole truth and
 7  nothing but the truth, in the within-entitled cause;
 8  that said deposition was taken at the time and place
 9  herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested person,
12  and was thereafter transcribed into typewriting by
13  computer.
14             I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18             IN WITNESS WHEREOF, I have hereunto set my
19  hand this 21st day of October, 2024.
20  Reading and Signing was:
21  _x_ requested    ___ waived    ___ not requested
22
23                    [signature: Suzanne Andrade]
24
25            SUZANNE I. ANDRADE, CSR NO. 10682
```