# EXHIBIT J

## TO

## DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 4 TO TEMPORAL SCOPE OF STALE AND TIME-BARRED CLAIMS

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3     - - - - - - - - - - - - - - - -

 4     COALITION ON HOMELESSNESS,    )

 5     et al.,                       )

 6               Plaintiffs,         )  CASE NO.

 7     vs.                           )  4:22-cv-05502-DMR (LJC)

 8     CITY AND COUNTY OF SAN        )

 9     FRANCISCO, et al.,            )

10               Defendants.         )

11     - - - - - - - - - - - - - - - -

12       THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION

13        SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED

14             AND USED ONLY IN ACCORDANCE THEREWITH

15

16            30(b)(6) VIDEOTAPED DEPOSITION OF

17                   JENNIFER FRIEDENBACH

18              RE:  COALITION ON HOMELESSNESS

19               TUESDAY, FEBRUARY 25, 2025

20

21            BEHMKE REPORTING AND VIDEO SERVICES, INC.

22                   BY:  CYNTHIA TURI, CSR NO. 11812

23                   550 CALIFORNIA STREET, SUITE 820

24                   SAN FRANCISCO, CALIFORNIA 94104

25                        (415) 597-5600
```

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFFS:

 3       AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF

 4       NORTHERN CALIFORNIA

 5       BY:  JOHN THOMAS H. DO, ATTORNEY AT LAW

 6       39 Drumm Street

 7       San Francisco, California  94111

 8       Telephone:  (415) 621-2493

 9       Email:  jdo@aclunc.org

10   - AND -

11       EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

12       BY:  ZOE SALZMAN, ATTORNEY AT LAW

13       600 Fifth Avenue, 10th Floor

14       New York, New York  10020

15       Telephone:  (212) 763-5000

16       Email:  zsalzman@ecbawm.com

17

18

19

20

21

22

23

24

25
```

```
 1   APPEARANCES OF COUNSEL (CONTINUED):

 2   FOR THE DEFENDANTS:

 3        CITY AND COUNTY OF SAN FRANCISCO

 4        OFFICE OF THE CITY ATTORNEY

 5        BY:  JOHN H. GEORGE, DEPUTY CITY ATTORNEY

 6             STEVEN A. MILLS, DEPUTY CITY ATTORNEY

 7        1390 Market Street, 7th Floor

 8        San Francisco, California  94102

 9        Telephone:  (415) 554-4223

10        Email:  john.george@sfcityatty.org

11                steven.mills@sfcityatty.org

12

13   ALSO PRESENT:

14        KYLE FRIEND, VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25
```

1      A.  Most of them we did directly.  But we were

2  getting calls where people were, like, can I get

3  ten tents?  You know, different groups.

4          And then we'd set those aside.  But then I think

5  the majority of them, we were distributing directly.

6  And we also had a lot of people who -- the word got out,

7  and they'd come to the office.  And we wanted to make

8  sure we had some there.

9      Q.  And these tents, the ones that are described in

10  this -- in these receipts were from the first few months

11  of the pandemic, correct?

12      A.  Correct.

13      Q.  During that time, were people seeking tents so

14  that they could live on their own apart from other

15  people and not be exposed to the Coronavirus?

16      A.  Yeah.  People wanted to try and shelter in

17  place.  And, of course, the shelters were closed, so

18  that was the idea.

19          In the first few months, you know, there was a

20  very brief moment of people's tents not getting taken

21  and they started -- the City started confiscating them

22  again.  The demands grew at that point.

23      Q.  When did the City start taking people's tents

24  again in 2020?

25      A.  It was within that year.  Probably -- probably

```
 1  STATE OF CALIFORNIA      ) ss.

 2  COUNTY OF SAN FRANCISCO )

 3         I hereby certify that the witness in the

 4  foregoing deposition, JENNIFER FRIEDENBACH, was by me

 5  duly sworn to testify to the truth, the whole truth, and

 6  nothing but the truth in the within-entitled cause; that

 7  said deposition was taken at the time and place herein

 8  named; and that the deposition is a true record of the

 9  witness's testimony as reported by me, a duly certified

10  shorthand reporter and a disinterested person, and was

11  thereafter transcribed into typewriting by computer.

12         I further certify that I am not interested in the

13  outcome of the said action, nor connected with nor

14  related to any of the parties in said action, nor to

15  their respective counsel.

16         IN WITNESS WHEREOF, I have hereunto set my hand

17  this March 7, 2025.

18         Reading and signing was:

19  ___ Requested ____ Waived __X__ Not Requested.

20

21

22

23

24                    CYNTHIA TURI, CSR NO. 11812

25                    STATE OF CALIFORNIA
```