DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
           (415) 554-6762 (Murphy)
           (415) 554-3870 (Gradilla)
           (415) 554-4223 (George)
           (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:    edmund.wang@sfcityatty.org
           kaitlyn.murphy@sfcityatty.org
           miguel.gradilla@sfcityatty.org
           john.george@sfcityatty.org
           steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* NO. 4 – TEMPORAL SCOPE OF CLAIMS AND STALE EVIDENCE**<br><br>Hearing Date:  July 9, 2025<br>Time:          1:00 p.m.<br>Judge:         Hon. Donna M. Ryu<br><br>Action Filed:  September 27, 2022<br>Trial Date:    July 28, 2025 |

# [PROPOSED] ORDER

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management filed Defendants' Motion *in Limine* No. 4 – Temporal Scope of Claims and Stale Evidence. The motion seeks to exclude predicate acts prior to September 27, 2020, pattern and practice evidence that predates September 27, 2020, and evidence post-dating the February 14, 2025 Court ordered deadline for new facts to be admitted at trial. The matter came on for hearing at the July 9, 2025 pretrial conference.

Having carefully considered the motion and the papers submitted, and having heard the arguments of counsel, the Court HEREBY ORDERS THAT Defendants' Motion *in Limine* No. 4 is GRANTED.

1. The Court excludes all instances that predate September 27, 2020 as predicate acts for liability on the basis of the statute of limitations.
2. The Court excludes all instances that are not alleged in the Third Amended Complaint as predicate acts for liability.
3. The Court excludes instances that predate September 27, 2020 as pattern and practice evidence.
4. The Court excludes Plaintiffs' from introducing evidence that post-dates February 14, 2025.

IT IS SO ORDERED.

DATE:_____         _____
The Honorable Donna M. Ryu
CHIEF MAGISTRATE JUDGE