DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
           (415) 554-6762 (Murphy)
           (415) 554-3870 (Gradilla)
           (415) 554-4223 (George)
           (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:    edmund.wang@sfcityatty.org
           kaitlyn.murphy@sfcityatty.org
           miguel.gradilla@sfcityatty.org
           john.george@sfcityatty.org
           steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br>Plaintiffs, <br><br>vs. <br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL** <br><br>Hearing Date: July 9, 2025 <br>Time: 1:00 p.m. <br>Judge: Hon. Donna M. Ryu <br><br>Action Filed: September 27, 2022 <br>Trial Date: July 28, 2025 |

I, KAITLYN MURPHY, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Motion In Limine No. 5 To Exclude Evidence Or Argument That The City's Written Bag And Tag Policy Is Unlawful.

2. Defendants' motion relies on deposition testimony and evidence exchanged during fact discovery.

3. Attached hereto as **Exhibit A** is a true and correct excerpt of the transcript from the December 22, 2022 hearing in this matter.

4. Attached hereto as **Exhibit B** is a true and correct excerpt of the transcript from the May 8, 2025 hearing in this matter.

5. Attached hereto as **Exhibit C** is a true and correct excerpt of the Bag & Tag Policy, produced as CCSF-COH_000385.

6. Attached hereto as **Exhibit D** is a true and correct excerpt of the Expert Report of Ben King, dated March 10, 2025.

7. Attached hereto as **Exhibit E** is a true and correct excerpt of the April 14, 2025 deposition of Chris Herring.

8. Attached hereto as **Exhibit F** is a true and correct excerpt of a GoogleMap marked as Deposition Exhibit 363 in the April 14, 2025 deposition of Chris Herring.

9. Attached hereto as **Exhibit G** is a true and correct excerpt of a GoogleMap marked as Deposition Exhibit 364 in the April 14, 2025 deposition of Chris Herring.

10. Attached hereto as **Exhibit H** is a true and correct excerpt of a GoogleMap marked as Deposition Exhibit 365 in the April 14, 2025 deposition of Chris Herring.

11. Attached hereto as **Exhibit I** is a true and correct excerpt of a GoogleMap marked as Deposition Exhibit 366 in the April 14, 2025 deposition of Chris Herring.

12. Attached hereto as **Exhibit J** is a true and correct excerpt of the February 10, 2025 deposition of Krystle Erickson.

13. Attached hereto as **Exhibit K** is a true and correct excerpt of the March 4, 2025 deposition of Karina Ioffee.

14. Attached hereto as **Exhibit L** is a true and correct excerpt of the March 14, 2025 deposition of Melodie.

15. Attached hereto as **Exhibit M** is a true and correct excerpt of the March 4, 2025 deposition of Todd Bryant.

16. Attached hereto as **Exhibit N** is a true and correct excerpt of the February 3, 2025 deposition of Patrick Dubose.

17. Attached hereto as **Exhibit O** is a true and correct excerpt of the October 15, 2024 deposition of David Martinez.

18. Attached hereto as **Exhibit P** is a true and correct excerpt of the March 21, 2025 deposition of Herbert Ruth, Jr.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed June 20, 2025, at San Francisco, California.

                                         */s/ Kaitlyn Murphy*
                                         KAITLYN MURPHY

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*