# EXHIBIT A

## TO

## DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL

**Pages 1 - 46**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Donna M. Ryu, Magistrate Judge

```
COALITION ON HOMELESSNESS,    )
et al.,                       )
                              )
          Plaintiffs,         )
                              )
  VS.                         )   NO. C 22-05502 DMR
                              )
CITY AND COUNTY OF SAN        )
FRANCISCO, et al.,            )
                              )
          Defendants.         )
_____)
```

                              San Francisco, California
                              Thursday, December 22, 2022

**TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING**

**OF REMOTE ZOOM VIDEO CONFERENCE PROCEEDINGS**

**TIME: 1:25 P.M. - 2:31 P.M. = 1 HOUR, 3 MINUTES**


**APPEARANCES VIA ZOOM:**

For Plaintiffs:
                LATHAM & WATKINS LLP
                505 Montgomery Street, Suite 2000
                San Francisco, California 94111
       BY: **ALFRED C. PFEIFFER, JR., ATTORNEY AT LAW**
            **WESLEY D. TIU, ATTORNEY AT LAW**
            **KEVIN WU, ATTORNEY AT LAW**


**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


TRANSCRIBED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
                CSR No. 7445, Official U.S. Reporter

```
 1   created the document, can you say on the record that the
 2   version -- that both versions are identical by way of
 3   substance?
 4        MR. EMERY:  Yes.
 5        THE COURT:  It's just that the one submitted by the City
 6   has now been published.  Is that a correct statement?
 7        MR. EMERY:  Yes.  I'm saying that with a little wince
 8   because I have not gone word for word.  I've looked at
 9   everything that is substantively important, and they look the
10   same.
11        THE COURT:  Mr. Shroff, have you had a chance to take a
12   look at the version submitted by the City today?
13        MR. SHROFF:  We have, Your Honor.  And with the same
14   caveat, that we have not looked in exact detail word for word,
15   it looks to be substantially the same policy.
16        THE COURT:  Does -- do plaintiffs concede that the policy
17   itself, so Version 3, the one submitted by the City today
18   that's public, that that policy is constitutional if followed?
19        MR. SHROFF:  Yes, Your Honor, we would submit that that
20   policy is constitutional.
21        THE COURT:  Okay.  Now, let's go back to, I guess I'm
22   calling it a policy.  It has to do with enforcement of the
23   laws.  Right?
24        So both sides have talked about the Enforcement Bulletin,
25   also called the Department Bulletin, dated April 16th, 2019,
```

## CERTIFICATE OF TRANSCRIBER

I, ANA DUB, CSR NO. 7445, RDR, RMR, CRR, CCRR, CRG, CCG, certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.

DATE:  Friday, December 30, 2022

*Ana Dub*

_____

Ana Dub, Transcriber