**EXHIBIT B**

**TO**

**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF
DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE
OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY
IS UNLAWFUL**

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3        Before The Honorable Donna M. Ryu, Magistrate Judge

 4

 5 COALITION ON HOMELESSNESS,    )
   et al.,                       )
 6                               )
             Plaintiffs,         )
 7                               )
   vs.                           )   No. C 22-05502-DMR
 8                               )
   CITY AND COUNTY OF SAN        )
 9 FRANCISCO, et al.,            )
                                 )
10           Defendants.         )
   _____)
11

12                                   Oakland, California
                                     Thursday, May 8, 2025
13

14   TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
           RECORDING 1:07 - 3:00 = ONE HOUR AND 52 MINUTES
15

16 APPEARANCES:

17 For Plaintiffs:
                              Emery Celli Brinckerhoff Abady
18                              Ward & Maazel LLP
                              One Rockefeller Plaza
19                            Eighth Floor
                              New York, New York 10020
20                       BY:  VASUDHA TALLA, ESQ.

21                            ACLU Foundation of Northern
                                California
22                            39 Drumm Street
                              San Francisco, California
23                              94111
                         BY:  WILLIAM S. FREEMAN, ESQ.
24                       BY:  JOHN H. DO, ESQ.

25          (APPEARANCES CONTINUED ON THE NEXT PAGE.)
```

*Echo Reporting, Inc.*

6

1 and more understanding of your positions, to clarify my own

2 thinking around it.

3      So I ask that, when I ask a question, you really stick

4 with the question, and help me get through that.  I do have

5 another matter on the calendar today.  I want to give you

6 plenty of time, but I want to get through my questions, and

7 have both sides talk about them.  If there's some time after

8 that, and there's some highlights you want to hit that we

9 didn't get to, I'll give you an opportunity to do that.

10 Okay?

11      So let me launch my questions.  First of all, Ms.

12 Talla, could the Plaintiffs please confirm that their claims

13 under the California Constitution are going to rise or fall

14 with the parallel Section 1983 claims?  I didn't see

15 anything to the contrary in your papers, so is that --

16           MS. TALLA:  That's correct, your Honor.

17           THE COURT:  Okay.  Now, first thing I want to take

18 up is this notion of undisclosed facts.

19           MS. TALLA:  Yes.

20           THE COURT:  Who is going to argue that?  Mr.

21 Mills, is that your -- no.  Mr. George.  Okay.

22           MR. GEORGE:  I'll be handling that, your Honor.

23           THE COURT:  Okay.  So my understanding from the

24 defense position is that defense is arguing that the

25 Plaintiffs rely on certain facts that were not disclosed

1                    CERTIFICATE OF TRANSCRIBER

2

3     I certify that the foregoing is a true and correct

4 transcript, to the best of my ability, of the above pages of

5 the official electronic sound recording provided to me by

6 the U.S. District Court, Northern District of California, of

7 the proceedings taken on the date and time previously stated

8 in the above matter.

9     I further certify that I am neither counsel for,

10 related to, nor employed by any of the parties to the action

11 in which this hearing was taken; and, further, that I am not

12 financially nor otherwise interested in the outcome of the

13 action.

14

15

16

17         Echo Reporting, Inc., Transcriber

18            Monday, May 12, 2025

19

20

21

22

23

24

25