# EXHIBIT F

# TO

# DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL

## Google Maps

**UN Plaza to 2323 Cesar Chavez St** — 10:01 AM - 10:25 AM (24 min)



Map data ©2025 Google — 2000 ft

🚆 **10:01 AM—10:25 AM** — 24 min
🚌 19 › 🚶
**10:03 AM** from Hyde St & Grove St
$3.00   🚶 9 min   every 15 min

🚆 **9:57 AM—10:32 AM** — 35 min
🚌 9R / 9 › 🚶

🚆 **10:02 AM—10:35 AM** — 33 min
BART Blue-S / Green-S / Red-S / Yellow-S › 🚶 ›
🚌 48 › 🚶

🚆 **10:03 AM—10:39 AM** — 36 min
🚌 27 › 🚶

**Explore nearby 2323 Cesar Chavez St**

EXHIBIT **363**  PLTF. / DEFT.
WITNESS **C. Herring**
CONSISTING OF **2** PAGES
DATE **04·14·2025**
BEHMKE REPORTING AND VIDEO SERVICES, INC.