# EXHIBIT G

# TO

# DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL

## Google Maps

**Division Street & Bryant Street to 2323 Cesar Chavez St**

9:57 AM - 10:24 AM (27 min)



Map data ©2025 Google   2000 ft

🚇  ⓘ 9:57 AM—10:24 AM     27 min
🚌 **9**  >  🚶
**9:57 AM** from Division St & Bryant St
$3.00     🚶 16 min     every 9 min

🚇  ⓘ 9:59 AM—10:25 AM     26 min
🚶  >  🚌 **19**  >  🚶

🚇  ⓘ 9:56 AM—10:24 AM     28 min
🚶  >  🚌 **27**  >  🚶

🚇  ⓘ 9:53 AM—10:24 AM     31 min
🚶  >  🚌 **33**  >  🚶

🚇  ⓘ 9:58 AM—10:31 AM     33 min
🚶  >  🚌 **55**  >  🚌 **48**  >  🚶

EXHIBIT 364  PLTF. / DEFT (DEFT circled)
WITNESS C. Herring
CONSISTING OF 2 PAGES
DATE 04-14-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

  10:03 AM—10:32 AM   29 min

 >  9R / 9 > 

Explore nearby 2323 Cesar Chavez St