# EXHIBIT H

# TO

# DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL

Google Maps     424 Treat Avenue, San Francisco, CA to 2323 Cesar Chavez St     1:19 PM - 1:50 PM (31 min)



Map data ©2025 Google    1000 ft

🚇    ⓘ 1:19 PM—1:50 PM      31 min

🚶 > 🚌 22/55 > 🚌 19 > 🚶

**1:25 PM** from 16th St & Shotwell St
$3.00    🚶 14 min    every 15 min

🚇    ⓘ 1:17 PM—1:52 PM      35 min

🚶 > 🚌 9/9R > 🚶

🚇    ⓘ 1:31 PM—1:57 PM      26 min

🚶 > 🚌 27 > 🚶

🚇    ⓘ 1:25 PM—2:01 PM      36 min

🚶 > 🚌 12 > 🚌 48 > 🚶

🚇    ⓘ 1:25 PM—1:58 PM      33 min

🚶 > 🚌 33 > 🚶



EXHIBIT __365__   PLTF./**DEFT**
WITNESS _C. Herring_
CONSISTING OF __2__ PAGES
DATE _04-14-2025_
BEHMKE REPORTING AND VIDEO SERVICES, INC.

 via Harrison St and 23rd St    **39 min**
1.7 miles

Explore nearby 2323 Cesar Chavez St

