# EXHIBIT I

## TO

## DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL

Google Maps

**Merlin St, San Francisco, CA 94107 to 2323 Cesar Chavez St**

1:30 PM - 2:01 PM (31 min)



Map data ©2025 Google   1000 ft

🚇  ⓘ 1:30 PM—2:01 PM                31 min
    🚌 12  >  🚌 19  >  🚶
    **1:32 PM** from Harrison St & 5th St
    $3.00    🚶 10 min    every 20 min

🚇  ⓘ 1:29 PM—2:02 PM                33 min
    🚌 8  >  🚌 9  >  🚶

🚇  ⓘ 1:30 PM—2:13 PM                43 min
    🚌 12  >  🚌 48  >  🚶

🚇  ⓘ 1:26 PM—2:13 PM                47 min
    🚶  >  🚌 15  >  🚶

🚇  ⓘ 1:28 PM—2:13 PM                45 min
    🚶  >  🚌 T  >  🚶

EXHIBIT  366   PLTF. / DEFT.
WITNESS  C. Herring
CONSISTING OF  2  PAGES
DATE  04-14-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

  1:32 PM—2:27 PM	55 min

  31  19  

Explore nearby 2323 Cesar Chavez St