# EXHIBIT J

# TO

# DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3

 4   - - - - - - - - - - - - - - - -

 5   COALITION ON HOMELESSNESS    )

 6   et al.,                      )

 7          Plaintiffs,            )

 8   v.                           )  CASE NO.

 9   CITY AND COUNTY OF           )  4:22-CV-05502-DMR

10   SAN FRANCISCO, et al.,       )

11          Defendants.            )

12   - - - - - - - - - - - - - - - -

13      THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION

14       SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED

15             AND USED ONLY IN ACCORDANCE THEREWITH

16

17                  VIDEOTAPED DEPOSITION OF

18                  KRYSTLE LORRAINE ERICKSON

19                 MONDAY, FEBRUARY 10, 2025

20

21            BEHMKE REPORTING AND VIDEO SERVICES, INC.

22                     BY:  BELLE BALL, CSR NO. 8785

23                     550 CALIFORNIA STREET, SUITE 820

24                     SAN FRANCISCO, CALIFORNIA  94104

25                                     (415) 597-5600
```

```
 1        Q    So you had conversations with DPW employees
 2   about this?
 3        A    Um, no, not really.  Like, I believe -- you
 4   know what?  I retract that statement.
 5             I don't really know where I heard about, like
 6   who actually told me about bag & tag.  But I -- I was
 7   aware that it was an option.  But it was never -- it
 8   was never really offered or -- yeah.
 9             It seemed like a joke option.  Nobody ever
10   really ever got their stuff back, or was ever even
11   offered a bag & tag, so...
12        Q    Do you know one way or the other whether the
13   bag & tag policy has changed, over time?
14        A    I do not know.
15        Q    Have you ever read the bag & tag policy?
16        A    I haven't.
17        Q    So is it safe to say that you haven't
18   received training on the bag & tag policy?
19        A    No, I have not.
20             MR. NTIM:  We've been going about an hour.
21   Would this be a good time for a five, ten-minute break?
22             THE WITNESS:  Sure.
23             MR. GRADILLA:  Sure.  We can go off the
24   record.
25             THE VIDEOGRAPHER:  This marked the end of
```

```
 1  STATE OF CALIFORNIA        )
 2                             ) ss.
 3  COUNTY OF SAN FRANCISCO    )
 4
 5          I, BELLE BALL, hereby certify:
 6          That the foregoing proceedings were taken
 7  before me at the time and place herein set forth; that
 8  any witnesses in the foregoing proceedings, prior to
 9  testifying, were duly sworn; that a record of the
10  proceedings was made by me using machine shorthand,
11  which was thereafter transcribed; that the foregoing
12  transcript is a true record of the testimony given.
13          I further certify that I am neither
14  financially interested in the action nor a relative
15  or employee of any attorney or party to this action.
16          IN WITNESS WHEREOF, I have subscribed my name
17  on this date of Thursday, February 18, 2025.
18  Reading and signing was:
19  _x__ requested ___ waived ___ not requested
20
21       /s/ Belle Ball
22
23  BELLE BALL, CRR, RDR, CSR NO. 8785
24  STATE OF CALIFORNIA
25
```