**EXHIBIT K**

**TO**

**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL**

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4    - - - - - - - - - - - - - - - - - - -
 5    COALITION ON HOMELESSNESS;           )
 6    SARAH CRONK; JOSHUA DONOHOE;         )
 7    MOLIQUE FRANK; DAVID MARTINEZ;       )
 8    TERESA SANDOVAL,                     )
 9              Plaintiffs,                )
10    v.                                   ) CASE NO.
11    CITY AND COUNTY OF SAN               ) 4:22-cv-05502-DMR
12    FRANCISCO, et al.,                   )
13              Defendants.                )
14    - - - - - - - - - - - - - - - - - - -
15     THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
16      SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
17           AND USED ONLY IN ACCORDANCE THEREWITH
18                 VIDEOTAPED DEPOSITION OF
19                       KARINA IOFFEE
20                  TUESDAY, MARCH 4, 2025
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY: SARAH K. MAKSIM, CSR NO. 14053
23                550 CALIFORNIA STREET, SUITE 820
24                SAN FRANCISCO, CALIFORNIA 94104
25                              (415) 597-5600
```

```
 1              THE WITNESS:  Dylan.
 2      BY MR. GEORGE:
 3          Q.  Did Dylan send you any other materials related
 4      to this case?
 5              MR. PRASAD:  Same objection.
 6              THE WITNESS:  You know, I really don't recall.
 7      It's been over two months.
 8      BY MR. GEORGE:
 9          Q.  Since Dylan sent you that policy, have you read
10      the DPW bag and tag policy?
11          A.  I think I read a part of it if you -- like a
12      week or so ago, but I was told not to read it anymore.
13          Q.  Who told you not to read it anymore?
14          A.  I was just --
15              MR. PRASAD:  Objection.  To the extent it
16      reveals communications or directions from counsel, I'll
17      instruct the witness not to answer.  Otherwise you may
18      answer.
19              THE WITNESS:  I think I was told to just don't
20      do anything to prep until, you know, we meet with
21      attorneys, and so I stopped.
22      BY MR. GEORGE:
23          Q.  Had you started to read it in preparation for
24      this deposition?
25          A.  Like I said, I read it a long time ago and I
```

```
 1   STATE OF CALIFORNIA    ) ss.
 2   COUNTY OF CONTRA COSTA  )
 3           I, SARAH K. MAKSIM, a Certified Shorthand
 4   Reporter, holding a valid and current license issued by
 5   the State of California, CSR No. 14053, duly authorized
 6   to administer oaths, do hereby certify:
 7           That the witness in the foregoing deposition
 8   was administered an oath to testify to the whole truth
 9   in the within-entitled cause;
10           That said deposition was taken down by me in
11   shorthand at the time and place therein stated and
12   thereafter transcribed into typewriting, by computer,
13   under my direction and supervision.
14           I further certify that I am neither counsel for
15   nor related to any party in the foregoing depositions
16   and caption named nor in any way interested in the
17   outcome thereof.
18   Reading and Signing was:
19   __X__  Requested  ____  Waived  ____  Not Requested
20   Dated March 16, 2025
21
22           [signature]
23
24   SARAH K. MAKSIM, CSR NO. 14053
25   STATE OF CALIFORNIA
```