# EXHIBIT L

# TO

# DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4  - - - - - - - - - - - - - - - - -

 5  COALITION ON HOMELESSNESS,       )

 6  et al.,                          )

 7              Plaintiffs,          )

 8  vs.                              )  CASE NO.

 9  CITY AND COUNTY OF SAN           )  4:22-cv-05502-DMR

10  FRANCISCO, et al.,               )

11              Defendants.          )

12  - - - - - - - - - - - - - - - - -

13    THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION

14    SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED

15          AND USED ONLY IN ACCORDANCE THEREWITH

16

17          VIDEOTAPED DEPOSITION OF MELODIE

18                FRIDAY, MARCH 14, 2025

19

20

21          BEHMKE REPORTING AND VIDEO SERVICES, INC.

22              BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23                   550 CALIFORNIA STREET, SUITE 820

24                   SAN FRANCISCO, CALIFORNIA  94104

25                                      (415) 597-5600
```

```
 1              And that's an army of people.
 2         Q.   How long have you had this understanding of
 3   what HSOC is?
 4         A.   I think since -- I believe since the beginning
 5   of HSOC.  Because I'm a member of the Coalition, and
 6   we've been witnessing sweeps for a long time.
 7              So whenever HSOC came into existence is when I
 8   was witnessing this army of people that they call a
 9   team.
10         Q.   Have you heard of the phrase "bag and tag"
11   before?
12         A.   Yes, I have.
13         Q.   And what does that phrase, "bag and tag," mean
14   to you?
15         A.   Nothing.
16         Q.   And what do you mean by it means nothing to
17   you?
18         A.   They don't do it.
19         Q.   Have you ever read DPW's bag-and-tag policy?
20         A.   I wish I had.
21         Q.   Is it fair to say that you haven't read DPW's
22   bag-and-tag policy?
23         A.   Correct.
24         Q.   Has anyone ever told you what that bag-and-tag
25   policy requires?
```

```
1  STATE OF CALIFORNIA      )
2                           ) ss.
3  COUNTY OF SAN MATEO      )
4          I hereby certify that the witness in the
5  foregoing deposition, MELODIE, was by me duly sworn to
6  testify to the truth, the whole truth and nothing but
7  the truth, in the within-entitled cause; that said
8  deposition was taken at the time and place herein named;
9  and that the deposition is a true record of the
10 witness's testimony as reported by me, a duly certified
11 shorthand reporter and a disinterested person, and was
12 thereafter transcribed into typewriting by computer.
13         I further certify that I am not interested in
14 the outcome of the said action, nor connected with nor
15 related to any of the parties in said action, nor to
16 their respective counsel.
17         IN WITNESS WHEREOF, I have hereunto set my
18 hand this 19th day of March, 2025.
19 Reading and Signing was:
20 __X__ Requested    ____ Waived    ____ Not Requested
21
22              [signature: Suzanne Andrade]
23
24         SUZANNE I. ANDRADE, CSR NO. 10682
25         STATE OF CALIFORNIA
```