# EXHIBIT M

## TO

## DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3

 4   - - - - - - - - - - - - - -

 5   COALITION ON HOMELESSNESS,   )

 6   et al.,                      )

 7          Plaintiffs,           )

 8   V.                           )  CASE NO.

 9   CITY AND COUNTY OF           )  4:22-cv-05502-DMR

10   SAN FRANCISCO, et al.,       )

11          Defendants.           )

12   - - - - - - - - - - - - - -

13

14

15              VIDEOTAPED DEPOSITION OF

16                 TODD DUTCH BRYANT

17               TUESDAY, MARCH 4, 2025

18

19

20

21          BEHMKE REPORTING AND VIDEO SERVICES, INC.

22                  BY:  BELLE BALL, CSR NO. 8785

23                  550 CALIFORNIA STREET, SUITE 820

24                  SAN FRANCISCO, CALIFORNIA  94104

25                          (415) 597-5600
```

1          Some of them were cool, but most of them were

2     just like -- just wanting to steal your stuff, you

3     know.

4          Q    So my question is going to be a little bit

5     different.

6               Have you ever physically read a copy of DPW's

7     bag & tag policy, as opposed to hearing from --

8          A    From a DPW handbook?   No, I don't think so.

9     Maybe not.

10         Q    So is it fair to say you've never read a

11    written document from the City and County of

12    San Francisco, outlining what DPW's bag & tag policy

13    is?

14         A    Yes, I guess I never -- I mean, that I can

15    recall.

16         Q    So is your only understanding of DPW's bag &

17    tag policy things that you have heard from other

18    people?

19         A    From the DPW workers, yeah.

20         Q    Are you aware that DPW is allowed to discard

21    certain items in the bag & tag policy?

22         A    Well, yeah.   Like I said, they couldn't --

23    they don't keep things that are, like, coolers, things

24    like food and stuff like that.   They said they couldn't

25    save that.

```
 1   CITY OF SAN FRANCISCO   )

 2                           ) ss.

 3   COUNTY OF SAN FRANCISCO )

 4             I, BELLE BALL, hereby certify:

 5             That the foregoing proceedings were taken

 6   before me at the time and place herein set forth; that

 7   any witnesses in the foregoing proceedings, prior to

 8   testifying, were duly sworn; that a record of the

 9   proceedings was made by me using machine shorthand,

10   which was thereafter transcribed; that the foregoing

11   transcript is a true record of the testimony given.

12             I further certify that I am neither

13   financially interested in the action nor a relative or

14   employee of any attorney or party to this action.

15             IN WITNESS WHEREOF, I have this date

16   subscribed my name.

17             Dated: Friday, March 14, 2025

18   Reading and Signing was:

19   __X__ Requested  ____ Waived  ____ Not Requested

20

21

22

23

24             BELLE BALL, CSR 8785, CRR, RDR

25             STATE OF CALIFORNIA
```