**EXHIBIT N**

**TO**

**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL**

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3     - - - - - - - - - - - - - - - - - -

 4     COALITION ON HOMELESSNESS,          )

 5     et al.,                             )

 6                       Plaintiffs,       )

 7     vs.                                 )   CASE NO.

 8                                         )   4:22-cv-05502-DMR

 9     CITY AND COUNTY OF SAN              )

10     FRANCISCO, et al.,                  )

11                       Defendants.       )

12     - - - - - - - - - - - - - - - - - -

13

14

15            VIDEOTAPED DEPOSITION OF PATRICK DUBOSE

16                  MONDAY, FEBRUARY 3, 2025

17

18

19

20

21            BEHMKE REPORTING AND VIDEO SERVICES, INC.

22            BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23               550 CALIFORNIA STREET, SUITE 820

24               SAN FRANCISCO, CALIFORNIA  94104

25                          (415) 597-5600
```

```
 1          Do you have any positive things to say about
 2   what City government does for -- with respect to
 3   homelessness?
 4       ATTORNEY FREEMAN:  Same objections.
 5       THE WITNESS:  Nothing to say about it really.
 6   BY ATTORNEY GRADILLA:
 7       Q.   Okay.  Moving to something slightly different.
 8          Do you know what the phrase "bag and tag"
 9   means?
10       A.   I get the reference.
11       Q.   What do you mean by that?
12       A.   I mean, it's self-explanatory.  Bag and tag,
13   sounds like you're putting something in a bag and
14   putting a -- putting a name on it.
15       Q.   So do you have an understanding of the City's
16   bag-and-tag policy, what it is?
17       A.   No.
18       Q.   You've never read the City's bag-and-tag
19   policy?
20       A.   No.
21       Q.   Has anyone ever explained it to you?
22       A.   No.
23       Q.   Are you aware of the City's bag-and-tag policy?
24       A.   No.
25          Are you going to enlighten me?
```

1  STATE OF CALIFORNIA          )

2  COUNTY OF SAN MATEO          ) ss.

3          I hereby certify that the witness in the

4  foregoing deposition, PATRICK DUBOSE, was by me duly

5  sworn to testify to the truth, the whole truth and

6  nothing but the truth, in the within-entitled cause;

7  that said deposition was taken at the time and place

8  herein named; and that the deposition is a true record

9  of the witness's testimony as reported by me, a duly

10  certified shorthand reporter and a disinterested person,

11  and was thereafter transcribed into typewriting by

12  computer.

13          I further certify that I am not interested in

14  the outcome of the said action, nor connected with nor

15  related to any of the parties in said action, nor to

16  their respective counsel.

17          IN WITNESS WHEREOF, I have hereunto set my

18  hand this 13th day of February, 2025.

19  Reading and Signing was:

20  _X_ requested   ___ waived   ___ not requested

21

22

23

24  SUZANNE I. ANDRADE, CSR NO. 10682

25  STATE OF CALIFORNIA