**EXHIBIT O**

**TO**

**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF
DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE
OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY
IS UNLAWFUL**

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4    - - - - - - - - - - - - - - - - - - -

5    COALITION ON HOMELESSNESS,        )

6    et al.,                           )

7                   Plaintiffs,        ) CASE NO.

8    vs.                               ) 4:22-cv-05502-DMR

9    CITY AND COUNTY OF SAN            )

10   FRANCISCO, et al.,                )

11                   Defendants.       )

12   - - - - - - - - - - - - - - - - - - -

13

14

15

16        VIDEOTAPED DEPOSITION OF DAVID MARTINEZ

17             TUESDAY, OCTOBER 15, 2024

18

19

20

21      BEHMKE REPORTING AND VIDEO SERVICES, INC.

22         BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23            550 CALIFORNIA STREET, SUITE 820

24            SAN FRANCISCO, CALIFORNIA  94104

25                       (415) 597-5600

1    the job you got," and then they have to do it.

2        Q.    Yeah.

3             My question is a little bit different, which

4    is, like:  What's the basis of that belief?

5             When you say you think that they should be

6    better trained --

7        A.    From the way we're trained -- from the way

8    we're treated.

9        Q.    Yeah.

10            Have you ever attended a DPW training?

11       A.    No.

12       Q.    Ever attended a police department training?

13       A.    No.

14       Q.    Ever had training on the City's bag-and-tag

15   policy?

16       A.    No.  I've heard of it, but I've never seen it

17   done.

18       Q.    Have you ever read the bag-and-tag policy?

19       A.    No.

20       Q.    We talked about 911.

21            Have you ever called 311?

22       A.    No.  What's that?

23       Q.    311 is like a number where you can call with

24   general complaints about things.

25       A.    Oh, oh.  No, no.

```
 1  STATE OF CALIFORNIA        )

 2                             ) ss.

 3  COUNTY OF SAN FRANCISCO     )

 4          I hereby certify that the witness in the

 5  foregoing deposition, DAVID MARTINEZ, was by me duly

 6  sworn to testify to the truth, the whole truth and

 7  nothing but the truth, in the within-entitled cause;

 8  that said deposition was taken at the time and place

 9  herein named; and that the deposition is a true record

10  of the witness's testimony as reported by me, a duly

11  certified shorthand reporter and a disinterested person,

12  and was thereafter transcribed into typewriting by

13  computer.

14          I further certify that I am not interested in

15  the outcome of the said action, nor connected with nor

16  related to any of the parties in said action, nor to

17  their respective counsel.

18          IN WITNESS WHEREOF, I have hereunto set my

19  hand this 28th day of October, 2024.

20  Reading and Signing was:

21  _x_ requested    ___ waived    ___ not requested

22

23

24

25          SUZANNE I. ANDRADE, CSR NO. 10682
```