**EXHIBIT P**

**TO**

**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE CITY'S WRITTEN BAG AND TAG POLICY IS UNLAWFUL**

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - -
 6   COALITION ON HOMELESSNESS,    )
 7   et al.,                       )
 8           Plaintiffs,           )
 9   v.                            )  CASE NO.
10   CITY AND COUNTY OF SAN        )  4:22-cv-05502-DMR
11   FRANCISCO, et al.,            )
12           Defendants.           )
13   - - - - - - - - - - - - - - - -
14
15
16                   REMOTE DEPOSITION OF
17                     HERBERT RUTH, JR.
18                  FRIDAY, MARCH 21, 2025
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                    BY:  BELLE BALL, CSR NO. 8785
23                    550 CALIFORNIA STREET, SUITE 820
24                    SAN FRANCISCO, CALIFORNIA  94104
25                                      (415) 597-5600
```

```
 1        A    Yes.
 2        Q    Okay.  And what is attended property?
 3        A    Attended property is when someone's there
 4   with the property.
 5        Q    And what are you supposed to do with attended
 6   property, under the bag & tag policy?
 7        A    If that person's getting arrested, we bag &
 8   tag it.  And if it's not -- if it's not soiled.  If
 9   it's not -- if it's -- if it's in living conditions,
10   we'll bag & tag it.
11        Q    Has there ever been a circumstance where
12   somebody said that property was theirs, but you
13   disagreed with them?
14        A    No.
15        Q    Now, when you come upon attended property --
16   actually, let me rephrase that.
17             Under the bag & tag policy, when you come
18   upon attended property that includes medications, are
19   you supposed to give that person an advisement about
20   their medications?
21        A    No.
22        Q    Do you know -- have you ever -- in the course
23   of your work, have you ever heard the term "advisement
24   to hold onto medication"?
25        A    No.
```

```
 1  STATE OF CALIFORNIA        )
 2                             ) ss.
 3  COUNTY OF SAN FRANCISCO    )
 4          I, BELLE BALL, hereby certify:
 5          That the foregoing proceedings were taken
 6  before me at the time and place herein set forth; that
 7  any witnesses in the foregoing proceedings, prior to
 8  testifying, were duly sworn; that a record of the
 9  proceedings was made by me using machine shorthand,
10  which was thereafter transcribed; that the foregoing
11  transcript is a true record of the testimony given.
12          I further certify that I am neither
13  financially interested in the action nor a relative or
14  employee of any attorney or party to this action.
15          IN WITNESS WHEREOF, I have this date
16  subscribed my name.
17          Dated: Monday, March 24, 2025
18  Reading and signing was:
19  __X__ Requested    ____ Waived    ____ Not Requested
20
21
22                    [signature: Belle Ball]
23
24           BELLE BALL, CSR 8785, CRR, RDR
25           STATE OF CALIFORNIA
```