DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
          (415) 554-6762 (Murphy)
          (415) 554-3870 (Gradilla)
          (415) 554-4223 (George)
          (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:    edmund.wang@sfcityatty.org
           kaitlyn.murphy@sfcityatty.org
           miguel.gradilla@sfcityatty.org
           john.george@sfcityatty.org
           steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF JESSICA LANIER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE CHRISTOPHER HERRING'S EXPERT OPINIONS**<br><br>Judge: Hon. Donna M. Ryu<br>Action Filed: September 27, 2022<br>Trial Date: July 28, 2025 |

I, JESSICA LANIER, declare as follows:

1. I am Of Counsel at the law firm of CONRAD | METLITZKY | KANE LLP, and I am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively, the City). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Dr. Christopher Herring's excerpted deposition transcript taken on April 14, 2025, along with the caption page, appearances, admonition of oath, and court reporter's certification.

3. Attached hereto as **Exhibit B** is a true and correct copy of Ex. 342 to the deposition transcript of Dr. Christopher Herring taken on April 14, 2025.

4. Attached hereto as **Exhibit C** is a true and correct copy of Dr. Christopher Herring's Expert Report.

5. Attached hereto as **Exhibit D** is a true and correct copy of Ex. 346 to the deposition transcript of Dr. Christopher Herring taken on April 14, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed June 20, 2025 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jessica Lanier\**
　　　　　　　　　　　　　　　　　　　　　　　JESSICA LANIER

　　　　　　　　　　　　　　　　　　　　　　　WARREN METLITZKY
　　　　　　　　　　　　　　　　　　　　　　　JESSICA ELAINE LANIER
　　　　　　　　　　　　　　　　　　　　　　　NATHAN D. THEOBALD
　　　　　　　　　　　　　　　　　　　　　　　**CONRAD | METLITZKY | KANE LLP**

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.

**\*Pursuant to L.R. 5-1(i)(3), the e-filing attorney attests that each of the other Signatories have concurred in the filing of this document.**