# EXHIBIT B

| | |
|---|---|
| **Message** | |
| From: | Christopher Herring [christoph.herring@berkeley.edu] |
| on behalf of | Christopher Herring <christoph.herring@berkeley.edu> [christoph.herring@berkeley.edu] |
| Sent: | 11/26/2018 7:55:34 PM |
| To: | Jennifer Friedenbach [jfriedenbach@cohsf.org] |
| Subject: | Easy letter of rec request |
| Attachments: | Letter of Rec - Friedenbach_2018.docx |

Hi Jenny,

I'm applying for a small grant that you submitted a letter of rec for last year (trying again :) It's a foundation of social policy, that awards research that has policy application and would be great to have your recommendation on our punishing the poorest work.

I revised the letter just a bit, but 90% identical to last years, which you asked me to draft. I attach it here. Please feel free to edit as you wish before sending. Or if it looks good, simply sign and send. I'm submitting your email to the foundation and you should receive an automatic email from them - the horrowitz foundation - with instructions on how to submit momentarily.

Please confirm you can do this by this Friday November 30 and that you received the email of instructions when you get a chance. Or if you're able to quickly send it, just write back letting me know its all in.

Thanks!

Chris

EXHIBIT 342 PLTF/DEFT.
WITNESS C. Herring
CONSISTING OF 3 PAGES
DATE 04-14-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

CONFIDENTIAL                                                                                              COH01364564

November, 2018

To the selection committee of the Horowitz Foundation,

I'm writing to recommend Chris Herring for your foundation's research grant. Chris has worked with the San Francisco Coalition on Homelessness, where I serve as executive director, as a research associate and regular member of our Human Rights Working Group since 2014. This project is uniquely positioned to help us better understand the causes and consequences of the criminalization of homelessness not only in San Francisco, but counties across the United States. His research has greatly contributed to criminal justice policy reform around homelessness in the city of San Francisco, and his model of pursuing scholarship in collaboration with community organizations and government uniquely positions this project to have policy applications.

The Coalition on Homelessness is comprised of homeless people and allies who have been organizing together since 1987 to expand access to housing in one of the richest cities in the country, to protect the rights of the poorest people in our society, and to create *real* solutions to contemporary homelessness. Since 2014, Chris has been a member of the Human Rights Working Group. He is a regular at the weekly meetings and has participated in the Coalition's work in a number of ways – from doing outreach to shelter users and encampments, attending community meetings across the city on issues of homelessness, and planning and participating in major actions.

Chris has demonstrated not only his ability to carry out successful research, but also a unique capability of actively distributing and applying this research towards policy change. Chris co-directed the implementation of a citywide survey of homelessness and in-depth interviews in collaboration with the Coalition. Since the release of our findings in an extensive policy report that Chris co-authored, he has presented this research with our peer researchers and staff to thirteen city agencies and commissions, including the District Attorney, Public Defender, Police Chief, and Police Commission. He has also presented this research to each of the city supervisors, six state senators, investigators of the US Department of Justice reviewing San Francisco's police department, the UN Special Rapporteur on Human Rights, in over a dozen community forums, several schools of public policy, law, and public health and at two national conferences of homeless rights organizations.

This research has already made policy impacts in San Francisco. In 2015, the research convinced a city supervisor to call for a Budget and Legislative Analyst report on the costs of criminalizing homelessness in San Francisco, which found that the city spent over $20.5 million annually enforcing quality of life laws against the homeless. The study's findings on the impacts of citations led to the dismissal of 30,000 bench warrants issued to those who were simply too poor to pay citations for these offenses and policy changes so that bench warrants are no longer issued, and drivers licenses are no longer revoked for an unpaid ticket given for anti-homeless laws. The research also helped our organization gain letters of support from city supervisors and state lawmakers for legislation to set moratoriums and limits to the existing anti-homeless laws in city's across California, Washington, and Colorado.

CONFIDENTIAL
COH01364565

Beyond the Coalition in San Francisco, I know Chris has worked closely with the Lawyers' Committee for Civil Rights, Bay area Legal, and served as a research associate at the City's Department of Homelessness and Supportive Housing. Nationally he has worked on research teams in collaboration with the Western Regional Advocacy Project, the National Coalition on Homelessness, the Urban Institute, UC Berkeley's Law Policy Clinic, and Seattle University's Homeless Rights Advocacy Project.

Strong campaigns and smart policy require quality research and a close pulse of what is actually occurring on the streets. This fellowship would allow Chris to further interrogate the ways criminalization of poverty effects the lives of the poor and taxes various government agencies.

Sincerely,


Jennifer Friedenbach

CONFIDENTIAL
COH01364566