# EXHIBIT D

 **SF.gov**                                    🌐 **English**    🔍           Menu

# 2024 Point-in-Time Count

Friday, September 6, 2024

EXHIBIT _346_ PLTF. DEFT.
WITNESS _C. Herring_
CONSISTING OF _21_ PAGES
DATE _04-14-2025_
BEHMKE REPORTING AND VIDEO SERVICES, INC.



The 2024 Point-in-Time Count took place on **January 30, 2024**. On that night, teams of skilled outreach workers and volunteers covered the entire city of San Francisco, walking or driving through neighborhoods to count the number of people experiencing **unsheltered homelessness – those sleeping on streets, in vehicles, or other places not meant for people to live.** HSH also collected data from shelter providers to count the number of people sleeping in emergency **shelters, transitional housing, and safe havens on that same night.** In February, we administered a **survey** to gather more detailed information about people experiencing homelessness in San Francisco, including **demographic information.**

Between the 2022 and 2024 Point-in-Time Counts, HSH helped people exit homelessness at a faster rate than ever before. **Over 7,500 clients exited homelessness through permanent supportive housing, rapid re-housing, and housing problem solving interventions** including flexible financial assistance and family reunification services. In addition, the **City of San Francisco provided emergency financial assistance for over 7,000 households at risk of homelessness through prevention programs.**

San Francisco continues to experience a high rate of inflow into homelessness. While 8,323 homeless individuals were observed on the night of the PIT Count, more than 20,000 people seek homeless services in San Francisco over the course of a full year. These figures suggest that **for every person HSH is able to exit from homelessness through its Homelessness Response System, approximately three people become homeless.**



## HSH estimates 3 people become homeless for every 1 person housed



### INFLOW

People who become newly homeless in San Francisco or return to homelessness

### ACTIVELY HOMELESS

People currently experiencing homelessness in San Francisco as observed in the Point in Time Count

### HOUSED

People HSH resolves homelessness for through problem solving or placements to permanent housing or rapid rehousing

**What changed in 2024?**

This year we partnered with family service providers to conduct a vehicle count and a phone screen to better identify populations that are especially challenging to count accurately.

1. Teams canvased high density areas in the early morning following the PIT count to better identify people who appear to be living in their vehicles. This year, we identified 393 more people staying in vehicles than in 2022.
2. Family access point staff called unsheltered families that were active in the homeless response system and confirmed their living situation. This year, we identified 200 more families experiencing homelessness than in 2022.

**Why Does the PIT Count Matter?**

The PIT Count helps us understand the size and characteristics of the homeless population. Since PIT Count have been conducted similarly nationwide since 2005, the data can help us monitor our progress towards ending homelessness over time and can be compared with other communities nationwide. The data is essential for planning services and programs to meet local needs and helps inform strategic planning. Additionally, the PIT Count meets our reporting requirements as a U.S. Department of Housing and Urban Development (HUD) grantee and can impact the federal funding we receive.

Scroll down for information about the **2024 Point-in-Time Count.**

# PIT Data Summary

**Street Homelessness**



# Streets and Tents

San Francisco counted 2,910 people residing in tents or on the street, a 13% decrease since 2022



-13%

The 2024 PIT Count found that **13% fewer** people were sleeping on the streets or in tents than in 2022, the lowest it has been in ten years.

**Unsheltered Homelessness**

# Unsheltered Homelessness



Street or Tent      Vehicles

4,354 unsheltered people were counted, a **1% decrease** since 2022 and a **16% decrease** since 2019.

The number of people living in vehicles **increased 37%** from 2022, but **decreased 20%** since 2019.

**Total Homelessness**



Total homelessness (combining sheltered and unsheltered people) **increased by 7%** since 2022 from 7,754 to 8,323 people.

..................................................................................................................................................................................................

**Sheltered Homelessness**

 # 2024 Sheltered Count

The number of people staying in
shelters increased by 39% in
San Francisco since 2019. 

39%

3,969 people were living in shelters the night of the 2024 PIT Count. This is a **39% increase** since 2019.

This corresponds with a **28% increase** in available shelter beds since 2019.





# Proportion of Homeless Population that is Sheltered

48%



**More people experiencing homelessness in San Francisco are in shelter than ever before.**

**Youth Homelessness**

# Youth Homelessness



**Homeless youth are unaccompanied minors under 18 years old and young adults age 18-24.**

The unsheltered homeless youth population **decreased 9%** between 2022 and 2024.

The number of **sheltered homeless youth increased 76% between 2022 and 2024**. This reflects an increase in shelter capacity and an increase in shelter utilization. Youth are more likely to be sheltered than ever before.

**Family Homelessness**



## Family Homelessness

Due to increased efforts, San Francisco identified 405 homeless families, a 94% increase since 2022



**94%**

**New targeted efforts** to better identify homeless families were introduced in 2024. 405 homeless families were counted, a significant increase from prior years.

## Families in Vehicles

San Francisco identified 130 unsheltered families, 90% of whom reside in vehicles



**90%**

**130 families** were experiencing unsheltered homelessness, 90% of whom were found to be sleeping in vehicles.

**Veteran Homelessness**




## Veteran Homelessness

San Francisco identified 587 homeless veterans, a 3% decrease since 2022

**-3%**

The total number of homeless veterans **decreased by 3%**, with 605 homeless veterans in 2022 and 587 homeless veterans in 2024.

**Chronic Homelessness**




## Chronic Homelessness

2,989 people identified were chronically homeless, an 11% increase since 2022.

**11%**

Between 2022 and 2024, chronic homelessness **increased by 11%** with 2,989 people experiencing chronic homelessness in 2024. T**hirty-five percent** of the total homeless population is chronically homeless, a rate similar to 2022.

**PIT Count Comparative Trends**



In the **past five years, homelessness increased 4% in San Francisco**. In a similar time period (2019-2023), **homelessness increased 15% nationally and 20% in California.**

**PIT Count Geographic Distribution**



**District 5 and 6 saw a 20% and 23% decrease in unsheltered homelessness respectively.
District 10 saw a 78% increase in unsheltered homelessness between 2022 and 2024,** largely
due to an increase in people living in vehicles.

# PIT Demographics

## Gender Identity

# PIT Count by Gender Identity Over Time



In 2024, 9% of the homeless population identifies as Transgender or Gender non-conforming (TGNC), up from 4% in 2022.

................................................................................................................................

**Ethnicity**

# This Year San Francisco Sheltered Over Half of it's Homeless Hispanic or Latine Population



This year, **34% of people** (2,820 people) experiencing homelessness identified as Hispanic or Latine up from 30% in 2022.

**San Francisco sheltered over half of its Hispanic or Latine population**, 52% of the Hispanic or Latine population were in shelters on the night of the PIT count up from 36% in 2022.

**Race**



## 2024 PIT Count Race and Ethnicity Compared to San Francisco Census Data

MENA = Middle Eastern or North African
AIANI = American Indian, Alaska Native, or Indigenous
NHPI = Native Hawaiian or Pacific Islander

People who identify as Asian or Asian American remain **underrepresented** in the Homeless
population.

People who identify as Black, African American or African or who identify as Hispanic or Latine are
**overrepresented** in the homeless population.

# PIT Survey Results

**Sexual Orientation and Gender Identity**



28% of survey respondents identify as LGBTQ+. This is **not a significant change** from prior years.

........................................................................................................................................................

**San Francisco Residency**

# Residency Prior to Becoming Homeless



59% of respondents said that they were last **housed in San Francisco.** In 2024, more people indicated they became homeless while living in another California county than in prior years.

## Employment

# 58% of Respondents are Either Employed or Looking for Work, up From 49% in 2022



**More people are employed or looking for work** this year, at 58% of respondents in 2024 compared to 49% in 2022.

## Youth Survey Results

**Sexual Orientation and Gender Identity**

# 40% of Homeless Youth Identify as LGBTQ+ Compared to 26% of Adults



Homeless youth are more likely than adults to identify as LGBTQ+. 38**% of homeless youth identify as LGBTQ+** this is up from 33% in 2022.

**Youth Connectedness**

# 63% of Homeless Youth are in School or Employed, up From 49% in 2022



63% of homeless youth are in school or employed, up from 49% in 2022. 28% of youth are employed, up from 22% in 2022.

Was this page helpful?

Share your feedback

Our City

Services    Departments    Jobs    Contact us

## Languages

English              Español              中文              Filipino              Tiếng Việt

## Policy

Privacy policy    Disclaimer

