| | |
|---|---|
| DAVID CHIU, State Bar #189542<br>City Attorney<br>YVONNE R. MERÉ, State Bar #173594<br>Chief Deputy City Attorney<br>EDMUND T. WANG, State Bar #278755<br>KAITLYN M. MURPHY, State Bar #293309<br>MIGUEL A. GRADILLA, State Bar #304125<br>JOHN H. GEORGE, State Bar #292332<br>STEVEN A. MILLS, State Bar #328016<br>Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4682<br>Telephone: (415) 554-3857 (Wang)<br>           (415) 554-6762 (Murphy)<br>           (415) 554-3870 (Gradilla)<br>           (415) 554-4223 (George)<br>           (415) 355-3304 (Mills)<br>Facsimile:  (415) 554-4699<br>E-mail:     edmund.wang@sfcityatty.org<br>            kaitlyn.murphy@sfcityatty.org<br>            miguel.gradilla@sfcityatty.org<br>            john.george@sfcityatty.org<br>            steven.mills@sfcityatty.org | WARREN METLITZKY, State Bar #220758<br>JESSICA ELAINE LANIER, State Bar #303395<br>NATHAN D. THEOBALD, State Bar #328837<br>**CONRAD \| METLITZKY \| KANE LLP**<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 343-7100<br>Facsimile: (415) 343-7101<br>E-mail:    wmetlitzky@conmetkane.com<br>           jlanier@conmetkane.com<br>           ntheobald@conmetkane.com |

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE;<br><br>        Plaintiffs,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE CHRISTOPHER HERRING'S EXPERT OPINIONS**<br><br>Judge:        Hon. Donna M. Ryu<br>Action Filed: September 27, 2022<br>Trial Date:   July 28, 2025 |

**[PROPOSED] ORDER**

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management filed Defendants' Motion to Exclude Expert Testimony of Christopher Herring, Ph.D.

Having carefully considered the motion and the papers submitted, and having heard the arguments of counsel, the Court HEREBY ORDERS THAT Defendants' Motion to Exclude Expert Testimony of Christopher Herring, Ph.D. is GRANTED.

1. The Court excludes all opinions Dr. Herring offers in his Report.
2. The Court excludes from trial all testimony from Dr. Herring.

IT IS SO ORDERED.

DATE:_____

The Honorable Donna M. Ryu
CHIEF MAGISTRATE JUDGE