DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:   (415) 554-4699
E-mail:      edmund.wang@sfcityatty.org
             kaitlyn.murphy@sfcityatty.org
             miguel.gradilla@sfcityatty.org
             john.george@sfcityatty.org
             steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile:  (415) 343-7101
E-mail:     wmetlitzky@conmetkane.com
            jlanier@conmetkane.com
            ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

COALITION ON HOMELESSNESS;
SARAH CRONK; JOSHUA DONOHOE;

      Plaintiffs,

      vs.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

      Defendants.

Case No. 4:22-cv-05502-DMR (LJC)

**DEFENDANTS' EXHIBITS OF EXPERT
QUALIFICATIONS AND EXPERIENCE**

Hearing Date:  July 9, 2025
Time:          1:00 p.m.
Judge:         Hon. Donna M. Ryu
Place:         Courtroom 4 – 3rd floor
               1301 Clay Street
               Oakland, CA 94612

Action Filed:  September 27, 2022
Trial Date:    July 28, 2025

Pursuant to the Court's Third Amended Case Management and Pretrial Order for Court Trial, dated October 31, 2024 (Dkt. 270), Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management (collectively "Defendants") hereby submit an exhibit setting forth the qualifications and experience for each expert witness as follows:

1. Attached here as Attachment A is a true and correct copy of Dr. Kathy Pezdek's curriculum vitae, which contains a list of her publications, and a list of her prior testimony.

2. Attached here as Attachment B is a true and correct copy of Forrest Vickery's curriculum vitae, which contains a list of his publications, and a list of his prior testimony.

3. Attached here as Attachment C is a true and correct copy of Dr. Ramzi Asfour's curriculum vitae, which contains a list of his publications, and a list of his prior testimony.

4. Attached here as Attachment D is a true and correct copy of Dr. Timur Durrani's curriculum vitae, which contains a list of his publications, and a list of his prior testimony.

DATED: June 20, 2025                     Respectfully submitted,

                                          DAVID CHIU
                                          City Attorney
                                          YVONNE R. MERÉ
                                          EDMUND T. WANG
                                          KAITLYN MURPHY
                                          MIGUEL A. GRADILLA
                                          JOHN H. GEORGE
                                          STEVEN A. MILLS
                                          Deputy City Attorneys

                                          */s/ Miguel Gradilla***
                                          MIGUEL GRADILLA

1

2

*\*\*Pursuant to L.R. 5-1, the e-filing attorney attests that each of the other signatories have concurred in the filing of this document.*

3

4

5

WARREN METLITZKY
JESSICA ELAINE LANIER
NATHAN D. THEOBALD
**CONRAD | METLITZKY | KANE LLP**

6

7

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# ATTACHMENT A

Kathy Pezdek, Ph.D.

VITA
**KATHY PEZDEK, Ph.D.**

Professor of Psychology
Claremont Graduate University
Claremont, California 91711
Email: Kathy.Pezdek@CGU.EDU
(909) 621-6900
*Website: https://www.cgu.edu/people/kathy-pezdek/*

EDUCATION

- Ph.D., Psychology, University of Massachusetts, Amherst, 1975
- M.A., Psychology, University of Massachusetts, Amherst, 1972
- B.S.,   Psychology, University of Virginia, Fredericksburg, 1971

**PROFESSIONAL ASSOCIATIONS**

- Association for Psychological Science, Elected APS Fellow, 1999; APS Fellows Committee, 2014 – 2017; Member of the APS Publications Committee, 2024 -
- The Psychonomic Society, Elected Fellow
        Society of Women in Cognitive Science, 2016 Outstanding Mentor Award
- American Psychology - Law Society, APA Division 41
- Society for Applied Research in Memory and Cognition;
        President, 2000-2006
        Elected Governing Board Member, 1994-present
        Publications Committee Chair, 2009 - 2013

**EDITORIAL EXPERIENCE**

- North American Editor of *Applied Cognitive Psychology* (1995-2000)
- Member of the Editorial Board for:
    - *Journal of Experimental Psychology: Applied* (2022 - present)
    - *Journal of Applied Research in Memory & Cognition* (2011 - present)
    - *Journal of Applied Psychology* (2002 – 2009)
    - *Legal and Criminological Psychology* (2005 - present)
    - *Journal of Trauma & Dissociation* (2014 - present)
    - *Applied Cognitive Psychology* (1993 - 2011)
    - *Child Development* (1984-1985), (1987-1991)

| **GENERAL RESEARCH INTERESTS** | **GENERAL TEACHING INTERESTS** |
|---|---|
| Eyewitness Memory | Statistics & Research Methodology |
| Suggestibility of Memory | Memory |
| Visual Memory | Psychology & Law |
| Autobiographical Memory | Applied Cognitive Psychology |

Kathy Pezdek, Ph.D.


**PUBLICATIONS -- All Copies Available:**
        https://kathypezdek.wixsite.com/appliedmemory/research

### <u>Journal Articles</u>

Suresh, S., Reisberg, D., & Pezdek, K. (in press) Is the appearance change instruction ever helpful for eyewitness identification? *Psychology, Crime & Law*.

Pezdek, K., Shapland, T., & Barragan, J. (2024): Perceptions of officer-involved shootings by police officers versus civilians, *Psychology, Crime & Law*, DOI: 10.1080/1068316X.2024.2319313

Pezdek, K., & Lerer, T. (2023). The New Reality: Non-Eyewitness Identifications in a Surveillance World. *Current Directions in Psychological Science*, *32*(6), 439-445. https://doi.org/10.1177/09637214231182582

Pezdek, K., & Lerer, T. (2023). Let's go to the tape: Science-based standards for non-eyewitness identifications in a surveillance world. *Criminal Law Bulletin*. *59*(1), 1-59.

Reisberg, D., & Pezdek, K. (2023). Police officers have no advantage over civilians when making identifications. *Applied Cognitive Psychology*, 1–7. https://doi.org/10.1002/acp.4158

Pezdek, K., & Reisberg, D. (2022). Psychological myths about evidence in the legal system: How should scientists respond? *Journal of Applied Research in Memory and Cognition*, *11*(2), 143-156.  https://doi.org/10.1037/mac0000037

Reisberg, D. & Pezdek, K. (2022). Myths about evidence in the legal system: Some clarifications. *Journal of Applied Research in Memory and Cognition, 11,* 185-187. https://doi.org/10.1037/mac0000045

Pezdek, K., Shapland, T., & Barragan, J. (2022). Memory outcomes of police officers viewing their body-worn camera video. *Journal of Applied Research in Memory and Cognition, 11*(3), 392–404. https://doi.org/10.1037/mac0000013

Pezdek, K., Abed, E., & Cormia, A. (2021). Elevated stress impairs the accuracy of eyewitness memory but not the confidence–accuracy relationship. *Journal of Experimental Psychology: Applied, 27*(1), 158 - 169. https://doi.org/10.1037/xap0000316

Cormia, A., Shapland, T., Rasheed, A., & Pezdek, K. (2020). Laypeople's beliefs about the effects of common estimator variables on memory. *Memory*. *30*(6), 733 – 743. https://doi.org/10.1080/09658211.2020.1868527

Kathy Pezdek, Ph.D.

Pezdek, K., Abed, E., & Reisberg, D. (2020). Marijuana impairs the accuracy of eyewitness memory and the confidence–accuracy relationship too. *Journal of Applied Research in Memory and Cognition*, *9*(1), 60-67. https://doi.org/10.1016/j.jarmac.2019.11.005

Fenn, E., Ramsay, N., Kantner, J., Pezdek, K., & Abed, E. (2019) Nonprobative photos increase truth, like, and share judgments in a simulated social media environment. *Journal of Applied Research in Memory & Cognition, 8*(2), 131-138. https://doi.org/10.1016/j.jarmac.2019.04.005

Merson, B., & Pezdek, K. (2019). Target-related autobiographical memories affect dietary intake intentions. *Memory*, *27*(10), 1438-1450, DOI: 10.1080/09658211.2019.1674335

Nguyen, T.B., Abed, E., and Pezdek, K. (2018). Postdictive confidence (but not predictive confidence) predicts eyewitness memory accuracy. *Cognitive Research: Principles & Implications*. 3:32 https://doi.org/10.1186/s41235-018-0125-4

Wade, K. A., Garry, M., & Pezdek, K. (2018). Deconstructing rich false memories of committing crime: Commentary on Shaw and Porter (2015). *Psychological Science, 29*(3), 471–476. https://doi.org/10.1177/0956797617703667

Nguyen, T.B., & Pezdek, K. (2017). Memory for disguised same- and cross-race faces: The eyes have it. *Visual Cognition, 25*(7-8), 762-769. doi: 10.1080/13506285.2017.1329762

Abed, E., Fenn, E., & Pezdek, K. (2017). Photographs elevate truth judgments about less well-known people (but not yourself). *Journal of Applied Research in Memory and Cognition, 6*(2), 203-209. doi: 10.1016/j.jarmac.2017.01.007

Pezdek, K., & Blandón-Gitlin, I. (2017). It is just harder to construct memories for false autobiographical events. *Applied Cognitive Psychology, 31*(1), 42-44. doi: 10.1002/acp.3269

Nguyen, T. B., Pezdek, K., & Wixted, J. T. (2017). Evidence for a confidence–accuracy relationship in memory for same- and cross-race faces. *The Quarterly Journal of Experimental Psychology, 70*(12), 2518 – 2534. https://doi.org/10.1080/17470218.2016.1246578

Marsh, B. U., Pezdek, K. & Ozery, D. H. (2016). The cross-race effect in face recognition memory by bicultural individuals. *Acta Psychologica, 169,* 38-44. doi:10.1016/j.actpsy.2016.05.003

Ho, M. R., & Pezdek, K. (2016). Post-encoding cognitive processes in the cross-race effect: Categorization and individuation during face recognition. *Psychonomic Bulletin & Review*, *23*, 771-780, doi: 10.3758/s13423-015-0945-x

Kathy Pezdek, Ph.D.

Merson, B., & Pezdek, K. (2016). Response inhibition and interference suppression in restrained eating. *Journal of Applied Research in Memory & Cognition, 3*(5), 345-351. doi: 10.1016/j.jarmac.2016.07.004

Merson, B., & Pezdek, K. (2016). A meta-analysis of children's self-reports of dietary intake. *Psychology and Health, 32*(2), 186-203. doi: 10.1080/08870446.2016.1250274

Marsh, B. U., Kanaya, T., & Pezdek, K. (2015). The language dependent recall effect influences the number of items in autobiographical memory reports. *Journal of Cognitive Psychology, 27(7),* 829-843. doi: 10.1080/20445911.2015.1046876

Blandón-Gitlin, I., Pezdek, K., Saldivar, S., & Steelman, E. (2014). Oxytocin eliminates the own-race bias in face recognition memory. *Brain Research*, *1580,* 180-187. doi:10.1016/j.brainres.2013.07.015

Marsh, B. U, Pezdek, K., & Lam, S. T. (2014). Imagination perspective affects ratings of the likelihood of occurrence of autobiographical memories. *Acta Psychologica, 150*, 114-119. doi: 10.1016/j.actpsy.2014.05.006

McGuire, M., & Pezdek, K. (2014). Birds of a feather get misidentified together: High entitativity decreases recognition accuracy for groups of other-race faces. *Legal and Criminological Psychology*. doi:10.1111/lcrp.12066

Pezdek, K., & Stolzenberg, S. (2014). Are individuals' familiarity judgments diagnostic of prior contact? *Psychology, Crime, & Law, 20*(4), 302-314. doi:10.1080/1068316X.2013.772181

Pezdek, K., & O'Brien, M. (2014). Plea bargaining and appraisals of eyewitness evidence by prosecutors and defense attorneys. *Psychology, Crime, & Law, 20*(3), 222-241. doi:10.1080/1068316X.2013.770855

Fenn, E., Newman, E.J., Pezdek, K., & Garry, M. (2013). The effect of nonprobative photographs on truthiness persists over time. *Acta Psychologica*, *144*, 207-211. doi://dx.doi.org/10.1016/j.actpsy.2013.06.004

Stolzenberg, S., & Pezdek, K. (2012). Interviewing child witnesses: The effect of forced confabulation on event memory. *Journal of Experimental Child Psychology, 114*(1), 77-88. doi:10.1016/j.jecp.2012.09.006

Pezdek, K., O'Brien, M., & Wasson, C. (2011). Cross-race (but not same-race) face identification is impaired by presenting faces in a group rather than individually. *Law and Human Behavior, 36*(6), 488-495. doi:10.1037/h0093933

Kathy Pezdek, Ph.D.

Pezdek, K., & Salim, R. (2011). Physiological, psychological and behavioral consequences of activating autobiographical memories. *Journal of Experimental Social Psychology, 47*(6), 1214-1218. doi:10.1016/j.jesp.2011.05.004

Gombos, V., Pezdek, K., & Haymond, K. (2011). Forced confabulation affects memory sensitivity as well as response bias. *Memory & Cognition, 40*(1), 127-134. doi:10.3758/s13421-011-0129-5

Pezdek, K., Avila-Mora, E., & Sperry, K. (2010). Does trial presentation medium matter in jury simulation research? Evaluating the effectiveness of eyewitness expert testimony. *Applied Cognitive Psychology, 24*(5), 673-690. doi:10.1002/acp.1578

Pezdek, K., & Freyd, J. J. (2009). The fallacy of generalizing from egg salad in false belief research. *Analyses of Social Issues and Public Policy*, *9*(1), 177-183. doi:10.1111/j.15302415.2009.01178.x

Pezdek, K. (2009). Grading student papers: Reducing faculty workload while improving feedback to students. *APS Observer, 22*(9).

Pezdek, K., Lam, S. T., & Sperry, K. (2009). Forced confabulation more strongly influences event memory if suggestions are other-generated than self-generated. *Legal and Criminological Psychology, 14*(2), 241-252. doi:10.1348/135532508X344773

Blandón-Gitlin, I., Pezdek, K., Lindsay, S.D., & Hagan, L. (2009). Criteria-based content analysis of true and suggested accounts of events. *Applied Cognitive Psychology, 23*(7), 901-917. doi:10.1002/acp.1504

Pezdek, K., & Blandón-Gitlin, I. (2008). Planting false memories for childhood sexual abuse only happens to emotionally disturbed people... not me or my friends. *Applied Cognitive Psychology, 23*(2), 162-169. doi:10.1002/acp.1466

Kleider, H.M., Pezdek, K., Goldinger, S.D., & Kirk, A. (2008). Schema-driven source misattribution errors: Remembering the expected from a witnessed event. *Applied Cognitive Psychology, 22*(1), 1-20. doi:10.1002/acp.1361

Goodman, G.S., Sayfan, L., Lee, J.S., Sandhei, M., Walle-Olsen, A., Magnussen, S., Pezdek, K., & Arrdeondo, P. (2007). The development of memory for own- and other-race faces. *Journal of Experimental Child Psychology, 98*(4), 233-242. doi:10.1016/j.jecp.2007.08.004

Pezdek, K., Sperry, K., & Owens, S., (2007). Interviewing witnesses: The effect of forced confabulation on event memory. *Law and Human Behavior, 31*(5), 463-478. doi:10.1007/s10979-006-9081-5

Kathy Pezdek, Ph.D.

Pezdek, K., Blandón-Gitlin, I., Lam, S., Hart, R.E. & Schooler, J. (2007). Is knowing believing? The role of event plausibility and background knowledge in planting false beliefs about the personal past. *Memory & Cognition, 34*, 1628-1635.

Pezdek, K. (2007). It's just not good science. *Consciousness and Cognition, 16*(1), 29-30. doi:10.1016/j.concog.2006.05.006

Pezdek, K. & Lam, S. (2007). What research paradigms have cognitive psychologists used to study "False memory," and what are the implications of these choices? *Consciousness and Cognition, 16*(1), 2 –17. doi:10.1016/j.concog.2005.06.006

Pezdek, K., Blandón-Gitlin, I. & Gabbay, P. (2006). Imagination and memory: Does imagining implausible events lead to false autobiographical memories? *Psychonomic Bulletin & Review, 13*(5), 764-769. doi:10.3758/BF03193994

Freyd, J.J., Putnam, F.W., Lyon, T.D., Becher-Blease, K.A., Cheit, R.E., Siegel, N.B. & Pezdek, K. (2005). The science of child sexual abuse. *Science*, *308*, 501. doi:10.1126/science.1108066

Pezdek, K. & Blandón-Gitlin, I. (2005). When is an intervening lineup most likely to affect eyewitness identification accuracy? *Legal and Criminological Psychology*, *10*(2), 247-263. doi:10.1348/135532505X49846

Blandón-Gitlin, I., Pezdek, K, Rogers, M. & Brodie, L. (2005). Detecting deception in children: An experimental study of the effect of event familiarity on CBCA ratings. *Law and Human Behavior, 29*(2), 187-197. doi:10.1007/s10979-005-2417-8

Pezdek, K., et al. (2004). Detecting deception in children: Event familiarity affects criterion based content analysis ratings. *Journal of Applied Psychology, 89*(1), 119-126. doi:10.1037/0021-9010.89.1.119

Pezdek, K. (2003). Event memory and autobiographical memory for the events of September 11, 2001. *Applied Cognitive Psychology, 17*(9), 1033-1045. doi:10.1002/acp.984

Pezdek. K., Blandón-Gitlin, I., & Moore, C. (2003). Children's face recognition memory: More evidence for the cross-race effect. *Journal of Applied Psychology, 88*(4), 760-763. doi:10.1037/0021-9010.88.4.760

Pezdek, K., Berry, T., & Renno, P.A. (2002). Children's mathematical achievement: The role of parents' perceptions and their involvement in homework. *Journal of Educational Psychology, 94*(4), 771-777. doi:10.1037/0022-0663.94.4.771

Pezdek, K. (2002). Teaching psychology in the context of a university-community partnership. *Teaching of Psychology, 29*(2), 157-159.

Kathy Pezdek, Ph.D.

Pezdek, K., & Eddy, R. M. (2001). Imagination inflation: A statistical artifact of regression toward the mean. *Memory and Cognition, 29*(5), 707-718. doi:10.3758/BF03200473

Hinz, T., & Pezdek, K. (2001). The effect of exposure to multiple lineups on face identification accuracy. *Law and Human Behavior, 25*(2), 185-198. doi:10.1023/A:1005697431830

Pezdek, K.  (2001). A cognitive analysis of the recovered memory/false memory debate. *Journal of Aggression, Maltreatment, and Trauma, 4* (2). [Reprinted in J. J. Freyd & A. P. DePrince (Eds.). *Trauma and Cognitive Science.*  Haworth Press: San Diego, CA.]

Finger, K. & Pezdek, K. (1999). The effect of the cognitive interview on face identification accuracy: Release from verbal overshadowing. *Journal of Applied Psychology, 84*(3), 340348. doi:10.1037/0021-9010.84.3.340

Pezdek, K., & Hodge, D. (1999). Planting false childhood memories in children: The role of event plausibility. *Child Development, 70*(4), 887-895. doi:10.1111/1467-8624.00064

Underwood, J., & Pezdek, K. (1998). Memory suggestibility as an example of the sleeper effect. *Psychonomic Bulletin & Review, 5*(3), 449-453. doi:10.3758/BF03208820

Arrigo, J. M., & Pezdek, K. (1997). Lessons from the study of psychogenic amnesia. *Current Directions in Psychological Science, 6*, 148-152.  [Reprinted in Oltmanns, T. F. & Emery, R. E. (Eds.).(2004). *Current directions in abnormal psychology*. Upper Saddle River, NJ: Pearson Education, Inc.

Pezdek, K., Finger, K., & Hodge, D.  (1997). Planting false childhood memories: The role of event plausibility. *Psychological Science, 8*(6), 437-441. doi: 10.1111/j.14679280.1997.tb00457.x

Pezdek, K., & Roe, C. (1997). The suggestibility of children's memory for being touched: Planting, erasing, and changing memories. *Law and Human Behavior, 21*, 95-106. doi: 10.1023/A:1024870127516

Pezdek, K., & Roe, C. (1995). The effect of memory trace strength on suggestibility. *Journal of Experimental Child Psychology, 60*, 116-128. doi:10.1006/jecp.1995.1034

Pezdek, K., & Roe, C. (1994). Memory for childhood events: How suggestible is it? *Consciousness and Cognition, 3*, 374-387. doi:10.1006/ccog.1994.1021

Pezdek, K. (1994). The illusion of illusory memory. *Applied Cognitive Psychology, 8*, 339350. doi:10.1002/acp.2350080404

Kathy Pezdek, Ph.D.

Pezdek, K. (1994). Avoiding false claims of child sexual abuse: Empty promises. *Family Relations, 43*, 258-260.  [Reprinted in Baker, R. A. (Ed.). (1998). *Child sexual abuse and false memory syndrome.*  Amherst, NY: Prometheus Books.]

Pezdek, K., & Prull, M. (1993). Fallacies in memory for conversations: Reflections on Clarence Thomas, Anita Hill, and the like. *Applied Cognitive Psychology, 7*, 299-310. doi: 10.1002/acp.2350070404

Pezdek, K., & Greene, J. (1993). Testing eyewitness memory: Developing a measure that is more resistant to suggestibility. *Law and Human Behavior, 17*(3), 361-369. doi:10.1007/BF01044514

Holst, V. F., & Pezdek, K. (1992). Scripts for typical crimes and their effects on memory for eyewitness testimony. *Applied Cognitive Psychology, 6*(7), 573-587. doi:10.1002/acp.2350060702

Reynolds, J. K., & Pezdek, K. (1992). Face recognition memory: The effects of exposure duration and encoding instructions. *Applied Cognitive Psychology, 6*(4), 279-292. doi:10.1002/acp.2350060402

Pezdek, K. et al. (1989). Memory for real world scenes: The role of consistency with schema expectation. *Journal of Experimental Psychology: Learning, Memory and Cognition, 15*(4), 587-595. doi:10.1037/0278-7393.15.4.587

Pezdek, K. et al. (1988). Picture memory: Recognizing added and deleted details. *Journal of Experimental Psychology: Learning, Memory and Cognition, 14*(3), 468-476. doi:10.1037/0278-7393.14.3.468

Pezdek, K., Simon, S., Stoeckert, J., & Kieley, J. (1987). Individual differences in television comprehension. *Memory & Cognition, 15*(5), 428-435. doi:10.3758/BF03197732

Pezdek, K. (1987). Eyewitness identification: The elusive threads of memory. *Connections, 2*, 13-17.

Pezdek, K. (1987). Memory for pictures: A life-span study of the role of visual detail. *Child Development, 58*(3), 807-815. doi:10.2307/1130218

Pezdek, K., Roman, Z., & Sobolik, K. G. (1986). Spatial memory for objects and words. *Journal of Experimental Psychology: Learning, Memory, and Cognition, 12*(6), 530-537. doi:10.1037/0278-7393.12.4.530

Pezdek, K. (1985). Debunking some myths regarding cognitive processing of television. *Television and Children, 8*(4), 41-46.

Kathy Pezdek, Ph.D.

Pezdek, K., Lehrer, A., & Simon, S. (1984). The relationship between reading and cognitive processing of television and radio. *Child Development, 55*(6), 2072-2082. doi:10.2307/1129780

Runco, M. A., & Pezdek, K. (1984). The effect of television and radio on children's creativity. *Human Communication Research, 11*, 109-120. doi:10.1111/j.1468-2958.1984.tb00040.x

Pezdek, K., & Stevens, E. (1984). Children's memory for auditory and visual information on television. *Developmental Psychology, 20*(2), 212-218. doi:10.1037/0012-1649.20.2.212

Pezdek, K., & Hartman, E. F. (1983). Children's television viewing: Attention and comprehension of auditory versus visual information. *Child Development, 54*(4), 1015-1023. doi:10.2307/1129905

Pezdek, K. (1983). Memory for items and their spatial locations by young and elderly adults. *Developmental Psychology, 19*(6), 895-900. doi:10.1037/0012-1649.19.6.895

Evans, G. W., Smith, C., & Pezdek, K. (1982). Cognitive maps and urban form. *Journal of the American Planning Association, 48*(2), 232-244. doi:10.1080/01944368208976543

Pezdek, K., & Chen, H-C. (1982). Developmental differences in the role of detail in picture recognition memory. *Journal of Experimental Child Psychology, 33*(2), 207-215. doi:10.1016/0022-0965(82)90016-9

Pezdek, K., & Miceli, L. (1982). Life-span differences in memory integration as a function of processing time. *Developmental Psychology, 18*(3), 485-490. doi:10.1037/00121649.18.3.485

Pezdek, K. (1980). Life-span differences in semantic integration of pictures and sentences in memory. *Child Development, 51*, 720-729. doi:10.2307/1129457

Evans, G. W., & Pezdek, K. (1980). Cognitive mapping: Knowledge of real world distance and location information. *Journal of Experimental Psychology: Human Learning and Memory, 6*, 13-24. doi:10.1037/0278-7393.6.1.13

Pezdek, K., & Evans, G. W. (1979). Visual and verbal memory for objects and their spatial locations. *Journal of Experimental Psychology: Human Learning and Memory, 5*(4), 360-373. doi:10.1037/0278-7393.5.4.360

Pezdek, K. (1978). Recognition memory for related pictures. *Memory & Cognition, 6*, 64-69. doi:10.3758/BF03197429

Kathy Pezdek, Ph.D.

Kantorowitz, D., Walters, J., & Pezdek, K. (1978). Positive and negative self-monitoring and the control of smoking behavior. *Journal of Consulting and Clinical Psychology, 46*(5), 148-150. doi:10.1037/0022-006X.46.5.1148

Pezdek, K. (1977). Cross-modality semantic integration of sentence and picture memory. *Journal of Experimental Psychology: Human Learning and Memory, 3*(5), 515-524. doi:10.1037/0278-7393.3.5.515

Pezdek, K., & Royer, J. M. (l974). The role of comprehension in learning concrete and abstract sentences. *Journal of Verbal Learning and Verbal Behavior, 13*(5), 551-558. doi:10.1016/S0022-5371(74)80008-3

Myers, J. L., Pezdek, K., & Coulson, D. (1973). Effects of prose organization upon free recall. *Journal of Educational Psychology, 65*(3), 313-320. doi:10.1037/h0035507

## Books

Costanzo, M., Krauss, D., & Pezdek, K. (Eds.) (2007). *Expert psychological testimony for the courts*. Mahwah, NJ: Erlbaum.

Donaldson, S., Berger, D. & Pezdek, K. (Eds.). (2006). *Applied psychology: New frontiers and rewarding careers*. Mahwah, NJ: Erlbaum.

Pezdek, K., & Banks, W. P. (Eds.). (1996). *The recovered memory/false memory debate*. San Diego: Academic Press.

Berger, D., Pezdek, K., & Banks, W. P. (Eds.) (1987). *Applications of cognitive psychology: Problem solving, education and computing*. Hillsdale, NJ: Erlbaum.

## Chapters & Encyclopedia Entries

Pezdek, K. (2022). Psychological research on the use of Body-Worn Cameras. In M. K. Miller & B. H. Bornstein (Eds.), *Advances in psychology and law*, Vol. 6. (pp. 39 – 62). Springer.

Barlow, M. R., Pezdek, K., Blandón-Gitlin, I. (2017). Trauma and memory. In Cook, J. Dalenberg, C., & Gold, S. (Eds.) *American Psychological Association Handbook on Trauma and Psychology*. Vol. 1, (pp. 307-331). Washington, DC, US: American Psychological Association. doi.org/10.1037/0000019-016

DePrince, A.P, Brown, L.S., Cheit, R.E., Freyd, J.J., Gold, S.N., Pezdek, K. & Quina, K. (2012). Motivated forgetting and misremembering: Perspectives from Betrayal Trauma Theory.  In Belli, R. F. (Ed.), *True and False Recovered Memories: Toward a Reconciliation of the Debate (Nebraska Symposium on Motivation 58)* (pp. 193-243). New York: Springer.

Kathy Pezdek, Ph.D.

Pezdek, K. (2011). Fallible eyewitness memory and identification. In B. Cutler (Ed.), *Conviction of the Innocent: Lessons from Psychological Research.* Washington, DC: APA Press.

Davies, G. & Pezdek, K. (2010). Children as witnesses. In G. Towl, & D. Crighton, (Eds.) *Textbook on forensic psychology.* Oxford: Wiley-Blackwell.

Pezdek, K. (2009). Content, form and ethical issues concerning expert psychological testimony on eyewitness identification. In B.L. Cutler (Ed.), *Expert testimony on the psychology of eyewitness identification* (pp. 29-50). New York: Oxford University Press.

Blandón-Gitlin, I., & Pezdek, K. (2009). Children's memory in forensic contexts: Suggestibility, false memory, and individual differences. In B.L. Bottoms, C. J. Najdowski, & G. S. Goodman (Eds.). *Children as victims, witnesses, and offenders: Psychological science and the law* (pp. 57-80). New York: Guilford Press.

Pezdek, K. (2008). Forced Confabulation. In B. L. Cutler (Ed.) *Encyclopedia of Psychology and Law* (pp. 324-325), Thousand Oaks, CA: SAGE Publications.

Pezdek, K. (2008). Post-Event Information. In B. L. Cutler (Ed.) *Encyclopedia of Psychology and Law* (pp. 607-609), Thousand Oaks, CA: SAGE Publications.

Pezdek, K. & Freyd, J.J. (2008). False Memory. In C. M. Renzetti & J. L. Edleson (Eds.), *Encyclopedia of Interpersonal Violence*, Vol. 1, pp 236-237. Thousand Oaks, CA: Sage Publications.

Pezdek, K. (2007). Expert Testimony on Eyewitness Memory and Identification. In M. Costanzo, D. Krauss, & K. Pezdek (Eds.), *Expert Psychological Testimony for the Courts* (pp. 99-117). Mahwah, NJ: Erlbaum.

Pezdek, K., Deffenbacher, K. A., Lam, S., & Hoffman, R. R. (2006). Cognitive Psychology: Applications and Careers. In S. Donaldson, D. Berger, & K. Pezdek (Eds.), *Applied psychology: New frontiers and rewarding careers.* Mahwah, NJ: Erlbaum.

Pezdek, K. (2006). *Memory for the Events of September 11, 2001.* In Nilsson, L.-G. and Ohta, N. (Eds.), *Memory & Society: Psychological Perspectives.* New York: Routledge and Psychology Press.

Pezdek, K., & Hinz, T. (2002). The construction of false events in memory. In H. Westcott, G. Davies & R. Bull (Eds.), *Children's testimony: A handbook of psychological research and forensic practice.* London: Wiley.

Kathy Pezdek, Ph.D.

Pezdek, K., & Taylor, J. (2002).  Memory for traumatic events by children and adults.  In M. L. Eisen, G. S. Goodman, & J. A. Quas (Eds.), *Memory and suggestibility in the forensic interview* (pp. 165-183).  Mahwah, NJ: Lawrence Erlbaum and Associates.

Pezdek, K., & Taylor, J. (1999).  Discriminating between accounts of true and false events.  In D. F. Bjorklund (Ed.), *Research and theory in false-memory creation in children and adults.*  Mahwah, NJ: Lawrence Erlbaum and Associates.

Arrigo, J. M., & Pezdek, K. (1998).  Textbook models of multiple personality--Source, bias, and social consequence.  In S. J. Lynn, & K. McConkey (Eds.), *Truth in memory* (pp. 372393).  New York: Guilford Press.

Pezdek, K., & Gauvain, M. (1990).  Memory for pictures: Developmental trends.  In T. Husen & T. N. Postlethwaite (Eds.), *International Encyclopedia of Education* (pp. 416419).  Oxford: Pergamon Press.

Pezdek, K. (1987).  Television comprehension as an example of applied cognitive psychology.  In D. Berger, K. Pezdek, & W. P. Banks (Eds.), *Applications of cognitive psychology: Problem solving, education and computing*.  Hillsdale, NJ: Erlbaum.

Pezdek, K. (1986).  Comprehension: It's even more complex than we thought.  In J. H. Danks, I. Kurcz, & G. W. Shugar (Eds.), *Knowledge and language*. Amsterdam: North-Holland.

Pezdek, K. (1980).  Arguments for a constructive approach to comprehension and memory.  In F. B. Murray (Ed.), *Reading and understanding*. Newark, DE: International Reading Association.

## GRANT RELATED ACTIVITY

National Science Foundation, Program in Law and Social Sciences (2018 – 2021). "*Cognitive Consequences of Viewing Body-Worn Camera Video Footage.*" $ 251,810.

Fletcher Jones Foundation (2018 - 2019). "Does Eyewitness Confidence Predict Eyewitness Accuracy?" $7,947.

Fletcher Jones Foundation (2016 - 2017). "Is Memory for One's Original Perception of an Event Biased by Viewing a Video of the Event?" $8,000.

National Institute of Justice, Office of Justice Programs (2010-2012). "How Accurately Do Eyewitnesses Determine if a Person is Familiar and How Does this Affect Plea Bargaining Decisions by Prosecution and Defense Attorneys?" $225,130.

Fletcher Jones Foundation (2009-2010). "How Accurately Can Eyewitnesses Determine if a Person is Familiar?" $6,650.

Kathy Pezdek, Ph.D.

BLAIS Challenge Fund (2009-2010). "Promoting Cross-Campus Research," $9,000.

Fletcher Jones Foundation (2008-2009). "***More*** Methodological Considerations in Evaluating the Effectiveness of Eyewitness Expert Testimony," $7,000.

Fletcher Jones Foundation (2007-2008). "Methodological Considerations in Evaluating the Effectiveness of Eyewitness Expert Testimony," $7,975.

Fletcher Jones Foundation (2006-2007). "Forced Confabulation: Does Post Event Guessing during Police Interrogation Suggestively Influence Eyewitness Memory?" $6,000.

Fletcher Jones Foundation (2003 – 2004). *"Improving Jurors' Ability to Evaluate the Reliability of Eyewitness Evidence,"* $7,225.

National Science Foundation, Law & Social Sciences Program (2001 – 2004). *"Discriminating Between Children's Accounts of True and False Events,"* $229,807.

National Science Foundation, Law & Social Sciences Program (2000-2003). *"The Suggestive Influence of Viewing an Intervening Lineup on Eyewitness Memory Accuracy,"* $180,000.

Fletcher Jones Foundation (2002), *"Eyewitness Memory for the Events of 9/11,"* $5,000.

Haynes Foundation (2000). *"Discriminating between Children's Accounts of True and False Events,"* $10,000.

Fletcher Jones Foundation (1998). "*The Suggestibility of Memory in Old Age*," $7,900.

Haynes Foundation (1995). *"Curtailing Crime and Increasing Conviction Rates in Eyewitness Cases,"* $8,000.

National Institute of Education (1981-1983). *"Television Viewing: Processing and Memory for Auditorily and Visually Presented Information,"* $122,000.

Spencer Foundation (1976-1977). *"Developmental Changes in Semantic Integration of Sentences and Pictures,"* $10,000.  (Grant also accepted for funding by NIE).

National Academy of Sciences visiting scientist award, The Institute of Psychology, Jagiellonian University, Cracow, Poland, (1984).

Kathy Pezdek, Ph.D.

**RECENT ONLINE & OP-ED PIECES**

Lehrer, T. & Pezdek, K. (2024, May). The witness who wasn't there: Challenging the reliability of identifications made from images. *The Champion*.

Pezdek, K. (2024, Summer). Perceptions of Officer-Involved Shootings by Police Officers and Civilians. *Applied Police Briefings. Vol. 01*, 54-56.

Pezdek, K. (2024, Summer). Are Memories of Use-of-Force Incidents Altered when Police Officers View their Body-Worn Camera Footage? *Applied Police Briefings. Vol. 01*, 51-53.

Pezdek, K. (2022, January/February). Four myths about eyewitness memory. *Sheriff & Deputy Magazine. 74*(1). *50-52.* (See page 50 @ this link: https://nsa.ygsclicbook.com/pubs/sheriffdeputy/2022/JanFeb/live/index.html)

Pezdek, K. (2015). Should cops get to review the video before they report? *The Marshall Project*. https://www.themarshallproject.org/2015/08/13/should-cops-get-to-review-the-video-before-they-report

Report of Kathy Pezdek, Ph.D.

| Cases in Which Dr. Kathy Pezdek has Testified/Been Deposed | | | |
|---|---|---|---|
| Past 4-Years, January 2021 Through Current | | | |
| **Defendant's Name** | **Case #** | **Courthouse** | **Date of Trial Testimony** |
| **2024** | | | |
| Eli Rucker | 24-CR-005604 | Oakland, CA | 12/18/2024 |
| Michael Stortz | | San Francisco, CA | 5/28/2024 |
| Jovan Jones | 23013657 | San Francisco, CA | 3/26/2024 |
| Iman Session | CRI-23008492 | San Francisco, CA | 5/14/2024 |
| Chambers | 22CR43389 | Portland, OR | 7/24/2024 |
| | | | |
| **2023** | | | |
| Jovan Jones | CRI-13001219 | San Francisco, CA | 1/5/2023 |
| Sarith Soun | 22006064 | San Francisco, CA | 2/22/2023 |
| Bill Hobbs | 22012177 | San Francisco, CA | 5/9/2023 |
| Stayson Edmonds | | San Jose, CA | 7/17/2023 |
| Gabriel Garcia | | San Jose, CA | 8/9/2023 |
| Kenneth Earl Gay | A392702-01 | VanNuys, CA | 7/25/2023 |
| Stasean Walker | | San Francisco, CA | 11/1/2023 |
| | | | |
| **2022** | | | |
| Nicholas Cooper | | San Jose, CA | 4/12/2022 |
| Re'Quon Dillard v. Missouri | 21AE-CC00170, 145895 | Kansas City, Mo. | 5/4/2022 (deposition) |
| Laurence Lawrence | IR#35109 IR#20-2646 | Phoenix, AZ | 9/12/2022 |
| Moses Omar Sanchez | BA496721-01 | Los Angeles, CCB | 8/2/2022 |
| Jashaun Brown | BA480243-01 | Los Angeles, CCB | 8/8/2022 |
| | | | |
| **2021** | | | |
| Artym Gasparyan | BA442550 | Los Angeles, CCB | 8/4/2021 |
| Jaime Lopez | BA487542 | Los Angeles, CCB | 4/29/2021 |
| Cameron Standley | No. 20-CR-004678 | Oakland | 5/4/2021 |
| Jose Felix Diaz | BA482366 | Los Angeles, CCB | 11/16/2021 |

# ATTACHMENT B

# FORREST A. VICKERY
# CURRICULUM VITAE

## *Forrest A. Vickery, ASA*

*Accredited Senior Appraiser, Business Valuation Discipline*
*American Society of Appraisers*

### BUSINESS BACKGROUND

Mr. Vickery is a Shareholder and Managing Director of Northern California operations with Sanli Pastore & Hill, Inc. (SP&H).  Mr. Vickery established and works from SP&H's Sacramento office, primarily servicing clients throughout Northern California.

Mr. Vickery has been involved in special situations requiring expert financial opinions since joining SP&H in 1995. His experience includes expert witness testimony, business valuations, valuation advisory services, support for litigation, economic and financial research, statistical analysis, fairness opinions, forensic financial analysis, lost profits and economic damages analysis, and analysis of reasonable fair market compensation for executives, including non-profit entity compensation analysis.  Mr. Vickery has extensive experience in financial data analysis; developing cash flows, economic benefit streams, and financial projections; conducting industry and market studies; analyzing financial statements and determining appropriate financial statement adjustments; performing sensitivity analyses; valuing businesses; and providing live expert testimony regarding financial opinions.

For business valuations, Mr. Vickery regularly performs valuation work for estate planning, estate and gift tax reporting, family and business succession/transition planning, intangible assets, Employee Stock Ownership Plans (ESOPs), Section 409a, and fairness opinions.  For dispute matters, Mr. Vickery regularly performs expert witness services for California Corporations Code shareholder/partner dissolution matters, marital dissolutions, forensic financial analysis, lost profits, unjust enrichment, disgorgement, and economic damages, California eminent domain takings, as well as other unique situations requiring financial expert testimony.

### EDUCATION & CREDENTIALS

Mr. Vickery holds a Bachelor of Arts degree in Honors Economics from the University of California at Irvine. He received various honors including cum laude at graduation and induction into the Phi Beta Kappa national honors society.  Courses included economic theory, industrial organization, mathematical statistics, econometrics, applied research, and graduate-level microeconomic theory and mathematical economics.

Mr. Vickery is an Accredited Senior Appraiser (ASA), Business Valuation Discipline, of the American Society of Appraisers.

## *DEPOSITION AND TRIAL TESTIMONY*

Mr. Vickery has experience testifying as an expert witness in California for matters involving business valuations, loss of business value, shareholder dispute/dissolution, forensic financial analysis, ability to pay judgments, lost profits, financial data analysis, and various economic damages.

## *PUBLICATIONS, SPEECHES & SEMINARS*

"A Little Sleuthing Can Go a Long Way," Valorem Principia, Vol. 6, Issue 1, February 1998, pp. 1-3.

"Redevelopment Agencies: Preliminary Goodwill Loss Analysis Can Save Time and Money," Valorem Principia, Vol. 9, Issue 1, February 2001, pp.1-2.

"Settling Goodwill Claims Before Trial: Prevent Costly Litigation & Uncertain Outcomes," Valorem Principia, Vol. 9, Issue 2, June 2001, pp. 1-3.

"Goodwill Loss Valuation for Eminent Domain," presented at the International Right of Way Association Region 1 Annual Fall Conference, October 12, 2001.

"Court of Appeal Determines Entitlement to Compensation Must be Decided by Judge, Not Jury," For the California Redevelopment Association, Redevelopment Journal, October 2002, Number 259. (Co-authored)

"Valuation of Intellectual Property and Intangible Assets," Valorem Principia, June 2003, pages 1, 3.

Mr. Vickery contributed to the development and teaching of SP&H's Goodwill Loss Valuation Seminars. Mr. Vickery has prepared and taught in-house training courses (e.g., business valuation and research methodology) for employees of SP&H.

Mr. Vickery has been a speaker at seminars for Continuing Legal Education (CLE) and other programs on numerous occasions, including the topics of:

- Business Valuation
- Valuation Discounts
- Goodwill Loss Valuation in Eminent Domain
- Inverse Condemnation and Business Damages
- Lost Profits and Economic Damages
- Estate & Gift Tax Valuation
- Family Limited Partnerships Valuation Issues

## *PROFESSIONAL ASSOCIATIONS & BOARD OF DIRECTORS SERVICE*

Mr. Vickery is a member of various organizations related to his business valuation work:
- American Society of Appraisers
- Institute of Business Appraisers
- National Center for Employee Ownership
- Sacramento Estate Planning Council (Non-Profit; Past Board President; current member)
- Big Brothers Big Sisters-Greater Sacramento (Non-Profit; Past Board Chair; current Board member)
- Sacramento Area Bicycle Advocates (Non-Profit; Board Member; current)
- Sacramento Professional Advisors Network (Non-Profit; past Board Member, current member)

**FORREST A. VICKERY**
**Depositions and Trial Testimony**

*Deposition*

1. Community Development Agency of the City of Menlo Park v. William R. Kastelic, Jr., et al. (May 8, 2002) [Sunset Heating and Air Company]

2. Napa County Flood Control and Water Conservation District v. Glenn W. Drake, et al. (May 14 – 15, 2002) [Riverfront Antique Center]

3. Community Development Agency of the City of Menlo Park v. Jean M. Denny, Trustee, et al. (June 7, 2002) [Denny Plumbing]

4. Redevelopment Agency of the City of Fremont v. Earl Castillo dba, Artisen Glass and Mirror (October 29, 2002) [Artisen Glass and Mirror]

5. City of Stockton v. Joe C. Fedi et al. (June 3, 2003) [Papa Murphy's Restaurant]

6. Contra Costa County vs. Richard S. Narez et al. (September 24, 2003) [Amex Door Company]

7. Contra Costa County vs. American Auto Painting (June 25, 2004) [American Auto Body]

8. Phillip S. Hadlock et al. vs. Scott Garrett et al. (May 20, 2005) [Hadlock Kenpo Karate]

9. Charles W. Siller v. Siller Brothers, Inc. (February 24, 2006) [Siller Brothers, Inc.]

10. VIIA Insurance Partners, Inc. vs. Hillenbrand Insurance Services, Inc. et al. (March 8, 2007) [Hillenbrand Insurance Services]

11. Sacramento County vs. Wood'ys CCP, Inc. (March 16, 2007) [Wood'ys Grill & Bar]

12. Sacramento County vs. Wood'ys CCP, Inc. (April 26, 2007) [Wood'ys Grill & Bar]

13. Maria D. vs. Comcast Corporation, Links Communications, Inc., et al. (May 7, 2007) [Links Communications, Inc.]

14. Emeryville Redevelopment Agency vs. Clear Channel Communications, Inc. (December 7, 2007)

15. South Lake Tahoe Redevelopment Agency vs. Maxheimer, et al. (January 16, 2008) [Shirt Stop]

16. South Lake Tahoe Redevelopment Agency vs. Maxheimer, et al. (January 16, 2008) [Lakeside Landing]

17. Tim Deerinick vs. Save Mart Supermarkets (June 5, 2008)

18. Freeport Regional Water Authority, et al. vs. Strawberry Creek, LLC et al. (October 15, 2008)

19. Freeport Regional Water Authority, et al. vs. Strawberry Creek, LLC et al. (October 21, 2008)

20. Caltrans vs. Hansen's Truck Stop, Inc. (March 5, 2009)

21. Altes, Inc. vs. City of Alameda (March 27, 2009)

22. City of Roseville vs. DJY, LLC (December 14, 2009)

23. City of San Leandro vs. Bert & Johnnies Auto Parts, et al. (July 20, 2010)

24. San Benito Council of Governments vs. Hollister Inn, Inc., et al. (August 17, 2010)

25. Cal Sierra Development vs. Western Aggregates (November 18, 2011)

26. City of Pleasant Hill vs. Dao (October 31, 2012)

27. Hernandez, et al. (Class) vs. Restoration Hardware, Inc. (October 22, 2013)

28. Eyad O. Akel, et al. (Class) vs. Burlington Coat Factory, Inc. (October 8, 2014)

29. City of Hayward vs. OQ Enterprises, Inc., et al. (December 16, 2014)

30. Tatro Share Price Arbitration, Sierra Select Distributors, Inc. (January 5, 2015)

31. Cal Sierra, Inc. vs. George Reed, Inc. (March 10, 2015)

32. Bravo Development Group, LLC vs. Shahram Elli (September 9, 2015)

33. Robertson and Pohl v. Facebook, Inc., a Delaware Corporation (October 1, 2015)

34. Prabhakar Goel vs. Econergy, Inc. (November 11, 2015)

35. Armada Acquisition Group, LLC and Wing Inflatables, Inc. v. William W. Wing, et al. (November 23, 2015)

36. Daniel L. Serimian, et al. v. Donald M. Serimian (April 4, 2016)

37. Dremak, et al. (Class) v. Urban Outfitters, Inc., Anthropologie, Inc. (May 19, 2016)

38. Blaine Juchau v. Anthony Virk (June 24, 2016)

39. James Wilson, et al. v. Metals USA, Inc., et al. (July 13, 2016)

40. Mario Raddavero v. The Carvery, Inc. (July 18, 2016)

41. Alameda County Transportation Commission v. Joseph Sahagun (September 22, 2016)

42. Clear Connection Corporation v. Comcast Cable Communications Management, LLC (December 21, 2016)

43. Mandarich Development, Inc. v. RCS (February 28, 2017)

44. Tatro v. Tatro (May 3, 2017)

45. Philbin v. Celtic Properties (October 9, 2017)

46. Mandarich Development, Inc. v. RCS (September 9, 2017)

47. Stewart v. Jones (March 1, 2018)

48. Gajanan v. City and County of San Francisco (March 9, 2018)

49. Autotek, Inc. v. County of Sacramento (October 4, 2018)

50. Mario Raddavero v. The Carvery, Inc. (May 27, 2020)

51. 3P Technology Systems, Inc. v. Edward Rosa (October 16, 2020)

52. Market Street Development v. Avid Development, et al. (February 25, 2021)

53. E. Charles Moore, Jr. and Carleen R. Moore v Caliber Home Loans (May 6, 2021)

54. Pearson v. Pearson, Colusa County Dissolution (December 10, 2021)

55. Karla D. Vukelich v. Thomas A. Palmer (July 14, 2022)

56. Annie Ngo Barnes, D.D.S, Inc. v. Sukhjeet Kaur, D.D.S (11/23/2022)

57. Myers & Sons Construction, LP v. OHL USA, Inc.; Astaldi Construction; and OC 405 Partners (1/23/23)

58. Wise Villa Winery v. California Wine Transport (May 18, 2023)

59. Rick Miller and Erica Queen vs. MarQueen Animal Clinic, Inc. (April 29, 2024)

60. Market Street Development, LLC v. AVID Development, LLC (July 25, 2024)

61. Roadrunner Recycling, Inc. v. Recycle Track Systems, Inc., et al. (Oct. 2, 2024)

### *Mediation*

1. Fong vs. City of San Jose Redevelopment Agency (July 11, 2005) [Tropicana Shopping Center]

2. The Crucible (non-profit) vs. Alarcon-Bohm, et al. (March 22, 2007) [The Crucible]

3. Couturier vs. The Employee Ownership Holding Company, Inc. (May 14, 2009)

4. Stewart vs. Jones (June 29, 2017)

5. National Grange vs. California Guild (January 2019)

### *Arbitration*

1. Cal Sierra Development vs. Western Aggregates (December, 2011)

2. Tatro Share Price Arbitration, Sierra Select Distributors, Inc. (January 20, 2015)

3. Armada Acquisition Group, LLC, et al. v. William W. Wing, et al. (February, 2016)

4. Parabhakar Goel, et al. v. Econergy, Inc., et al. (June 30, 2016)

5. Philbin v. Celtic Properties (October 30, 2017)

6. 3P Technology Systems, Inc. v. Edward Rosa (March 3, 2021)

7. Annie Ngo Barnes, D.D.S, Inc. v. Sukhjeet Kaur, D.D.S (12/14/2022)

8. Rick Miller and Erica Queen vs. MarQueen Animal Clinic, Inc. (June 4, 2024)

### *Trial*

1. Amar Iqbal Gill et al. vs. The City of Anaheim, (2004)

2. Sacramento County vs. Wood's CCP, Inc. (May 2, 2007), [Wood's Grill & Bar]

3. CalTrans vs. Hansen's Truck Stop, Inc. (September 8, 2009)

4.  City of San Leandro vs. Bert & Johnnies Auto Parts (October 6 & 7, 2010)

5.  Hernandez, et al. (Class) vs. Restoration Hardware, Inc. (January 7 & 9, 2014)

6.  Patriot Rail Corp. v. Sierra Railroad Company (March 24 & 25, 2014), United States District Court for the Eastern District of California. Case No. CV 00009

7.  Bravo Development Group, LLC vs. Shahram Elli (October 27 – October 28, 2015)

8.  Dremak, et al. (Class) vs. Urban Outfitters, Inc., Anthropologie, Inc. (June 22, 2016)

9.  Anthony Virk v. Blaine Juchau (August 2016)

10. Tatro v. Tatro (June 7, 2016)

11. Mandarich Developments, Inc. v. RCS (October 2017)

12. Stewart v. Jones (March 28, 2018)

13. Universal Home Improvement, Inc., et al. v. Kathertine Robertson, BENNCAL, LLC, et al. (August 7, 2018)

14. Gajanan, Inc. v. City and County of San Francisco (May 22, 2019)

15. Mario Raddavero v. The Carvery, Inc. (March 17 and 23, 2021)

16. Market Street Development v. Avid Development, et al. (March 30, 2021)

17. Mario Raddavero v. The Carvery, Inc. (May 26, 2022)

18. Wise Villa Winery v. California Wine Transport (June 13, 23; July 5, 2023)

19. Myers & Sons Construction, LP v. OHL USA, Inc. (September 29, 2023)

# ATTACHMENT C

March 2025                                                          F. Ramzi Asfour, M.D.

## EDUCATION

▪ Fellowship in Infectious Diseases, University of California, San Diego, 2004
▪ Residency in Internal Medicine, California Pacific Medical Center, 2001
▪ Doctor of Medicine, New York Medical College, 1998
▪ Bachelor of Science in Genetics, University of California, Davis, 1993

## LICENSES

▪ American Board of Internal Medicine, Diplomate in Infectious Disease, 2004
▪ American Board of Internal Medicine, Diplomate #205254, 2001
▪ California State Medical License #A71648
▪ Also licensed in: AZ, CO, FL, GA, ID, NV, TX, UT, WA
▪ Expert Witness Registration FL
▪ United States Drug Enforcement Administration Licensed

## AWARDS

▪ First Ever Physician of the Month, Eden Medical Center January 2016
▪ Ortho Biotech Infectious Diseases Scholar, 2003
▪ California Pacific Medical Center, Resident of the Year, 2000/2001
▪ California Pacific Medical Center, Resident Teacher of the Year, 1999/2000

## EXPERIENCE

### Telehealth Infectious Diseases, Antimicrobial Stewardship, and Infection Prevention

▪ Telemedicine Consultant to rural hospitals (Feb 2017- present)
▪ Medical Director of Infection Control for a rural hospital (Jan 2016- present)
▪ Antimicrobial Stewardship consultant for a rural hospital (Feb 2017- present)
▪ Antimicrobial Stewardship and Infectious Control Consultant for 15 Northern California skilled nursing facilities (January 2017- present)
▪ **Founded Praxis Infectious Diseases and Capsid Consulting,** through which the above services are being provided
▪ Extensive experience in treatment and management of patients suffering from COVID-19
▪ Extensive experience in policies, procedures, and protocols relating to COVID-19 in hospitals, skilled nursing facilities, schools, and businesses
▪ Multiple presentations on COVID-19 for hospitals, skilled nursing facilities, businesses, schools, patients, and community members

### President and Founder, Praxis Infectious Diseases

**2016-Present**

▪ Praxis specializes in infectious disease support to underserved hospitals and clinics
▪ Provides a broad suite of clinical infectious diseases support, infection prevention support, and antimicrobial stewardship

### President and Founder, Capsid Consulting

**2015-Present**

▪ Capsid specializes in infection prevention and antimicrobial stewardship support to long-term care facilities, businesses, schools, and universities
▪ Capsid assists in outbreak management, including COVID-19, influenza, RSV, diarrheal diseases, and others

## Vice President and Co-Founder PUL Alliance for Digital Health and Equity - 501(c)(3) Charitable Organization

**October 2023-Present**

▪ Co-founded the Pul Alliance to empower organizations and communities in lower resource settings in the United States and abroad to expand access to healthcare through technology

## Assistant Clinical Professor of Medicine (Volunteer), University of California, San Francisco

**July 2014-Present**

▪ Teaching Infectious Diseases to Internal Medicine Residents at Highland Hospital, Oakland

## Private Practice Infectious Diseases

**February 2006- January 6, 2017 (President: Nov 2012- Feb 2016), transitioned to be able to focus on Infectious Diseases Telehealth and still provide in-person ID coverage for Diablo Infectious Diseases.**

**Diablo Infectious Disease Consultative Services Medical Group, Inc.**

▪ Inpatient Infectious Disease consultation services at seven hospitals in the East San Francisco Bay Region
▪ Ran a group of 8 physicians, 3 nurse practitioners, and 3 office locations
▪ Outpatient Infectious Disease consultation
▪ Medical Director of Infection Control at Kindred Hospital S.F. Bay Area (November 2014- May 2016)

## Private Practice Functional Medicine

**May 2016-Present**

▪ Established a Functional Medicine practice and now working with the California Center for Functional Medicine, CCFMed.com

## Tick-Borne Disease Research Program

**November 2022 - Present**

▪ Member of a scientific review panel to review U.S. Department of Defense grants funding Tick-borne disease research

## Telehealth Infection Control Consultant

**August 2011-July 2014 (Volunteer)**

**Augusta Victoria Hospital, East Jerusalem**

▪ Provided assistance in the Development of Infection Control Practices
▪ Provided remote Infectious Disease consultations

## Consultant

**October 2006-2011**

**World Health Organization**

▪ Technical Lead for the development of the WHO doctor's training program on HIV for district-level clinicians
  o Chaired 2nd development meeting October 2006
  o Provided technical assistance in the development of the District Clinicians Clinical Manual
  o TB and HIV training, including curriculum development
▪ General Public Health Consultation

## Consultant Physician

**October 2006-July 2007**

**Bay Internal Medicine and California Pacific Medical Center, San Francisco**

▪ Infectious Disease consultation services and Primary Care Internal Medicine with Bay Internal Medicine in San Francisco

## Medical Officer

**August 2005-September 2006**

**World Health Organization, Geneva**

▪ Responsible for doctor training in HIV in low-resource settings as part of the Integrated Management of Adult and Adolescent Illness (IMAI) team
  o Developed and coordinated an international group of HIV care experts, in developing a public health approach to doctor training in low-resource settings
▪ IMAI implementation activities
  o In-country IMAI adaptation work involving partner organizations
  o In-country IMAI doctor training, including mentoring and consulting on difficult cases
  o Expert clinical review of IMAI material, WHO HIV and TB guidelines

## Clinical Advisor

**July 2004 to August 2005**

**International Center for AIDS Care and Treatment Programs (ICAP), Mailman School of Public Health, Columbia**

**University, South Africa**

▪ Responsible for the clinical component of ICAP South Africa HIV care and treatment program in the Eastern Cape Province:
  o Managed a team of locally hired doctors, nurses, and other healthcare workers in implementing HIV care and treatment programs at various sites
  o Mentored and trained physicians, pharmacists, professional nurses, and other healthcare workers in the management of HIV and infectious diseases
  o Initiated model care and treatment systems
  o Piloted web-based multi-national case discussion group
  o Collaborated with various international organizations in establishing and disseminating guidelines for the care and treatment of HIV, STIs, and other infectious diseases
  o Consulted on difficult cases throughout the province as a resident HIV and Infectious Diseases specialist

## Fellow (Infectious Disease Training Program at UCSD)

**July 2001-July 2004**

**Division of Infectious Diseases, University of California, San Diego**

▪ Coinvestigator, phase I study of L87-0810, an HIV integrase inhibitor
  o Conducted trial at UCSD
  o Submitted protocol to IRB, handled legal filings
  o Communicated with sponsor
  o Recruited, screened, and evaluated patients (recruited more patients than any other site)
  o Presented at CROI 2005
▪ International HIV training experience
  o Designed and implemented an HIV training program for hospitals of the National Defense Forces of Ethiopia
  o Lectured and mentored physicians and other health workers in Ethiopia on HIV medicine
  o Consulted on difficult cases of HIV, TB, and other infectious diseases in Ethiopia
  o Lectured visiting developing country physicians on many aspects of HIV care
▪ Infection Control Program
  o Designed a model infection control program applicable in multiple developing country settings
  o Implemented program in the Hospitals of the National Defense Forces of Ethiopia

- o  Assessed needs, designed a program, procured items in the country, and implemented a training program with the goal of self-sustainability
- Occupational Exposure Study
  - o  Conceived and implemented a scientific assessment of risk factors and rates of occupational exposures in Ethiopian hospitals
  - o  Designed survey tool to be applicable in multiple developing country settings
  - o  Presented at CROI 2004
- Seroprevalence study
  - o  Designed and conducted a study of the prevalence of HIV-co-infections in Ethiopia
  - o  Assed rates of Hepatitis B, Hepatitis C, Visceral Leishmania, and Syphilis
- Cryptococcal Meningitis study
  - o  As PI, designed protocol, for multicenter, randomized clinical trial of two oral treatment regimens for cryptococcal meningitis
  - o  Recruited four clinical (military and civilian) sites, and two laboratory sites in Ethiopia
  - o  Forged alliances among many different institutions and investigators
  - o  The project currently under review

## Resident in Internal Medicine

**June 1998-July 2001**

**California Pacific Medical Center, San Francisco**

- Lectured on antiretroviral therapy
- Designed protocol for continuous renal replacement therapies
- Researched inpatient management of Diabetes Mellitus

## Board Member

**July 1999-June 2001**

**United States Organization for Medical and Educational Needs, San Francisco**

- Organized fundraising efforts
- Consulted on obtaining medical supplies and medicines and delivering them to needy areas in low-resource settings

## Medical Student

**August 1994-May 1998**

**New York Medical College, Valhalla, New York**

- Volunteer, St. Patrick's Hospital, Offinso, Ashanti Region, Ghana
  - o  As a senior medical student, I delivered health care to needy, remote areas
  - o  Provided general medical care to in and outpatients
- Community Service Volunteer, Quetzaltenango, Guatemala
  - o  Implemented sanitation and community well-being projects
  - o  Assisted an Obstetrician in providing general health care to underserved people
- Director, Adolescent Substance Abuse Program
- Treasurer, St. Luke's Medical Society

## Health Careers Educator

**January-June 1994**

**Northern Arizona Area Health Education Center, Flagstaff, AZ**

- Promoted awareness of health-related issues on Navajo and Hopi Indian Reservations
- Recruited youth in underserved areas into the health professions

## Student

**September 1998-June 1993**

**University of California, Davis**

- Major in Genetics
- Focus on International Development
- President Model United Nations
- Research Intern, Department of Microbiology
  - o Characterized nuclear binding protein of Anagrapha falcifera nuclear polyhedrosis virus
  - o Studied it for use in biological control for cotton crops
- Laboratory Intern (Chemistry and Virology), California Veterinary Diagnostic Laboratory, Davis, CA
  - o Researched correlation between bovine serum selenium concentrations and whole blood selenium levels
  - o Performed assays to diagnose viral infections in pathologic specimens

## PUBLICATIONS

**Asfour FR**, Waring N, Montgomery L, Link Between Patients with Likely Celiac Disease and Positive Serology for Lyme Disease. International Celiac Disease Symposium, 2019, Paper number P3-08.

Beshay S, **Asfour FR**, Ismail, Khalila. Reducing Fluoroquinolone use in the Inpatient and Emergency Department. CSHP 2018 Seminar, San Diego, 2018.

**Asfour F**, McHarry K, Zolfo M, Mack K. The Need to Implement Ongoing Competency Assessment in HIV Care. 15th Ottawa Conference, Kuala Lumpur, March 2012.

**Asfour FR**, and Haubrich R.  Non-Nucleoside Reverse Transcriptase Inhibitor Resistance.  Chapter 12 in Reverse Transcriptase Inhibitors, 2005, Humana Press.

**Asfour FR**, Zimase N, Macharia D, Hoffman N, and Stender S. Ethical Dilemmas in Implementing an Antiretroviral Therapy Program in Rural Areas of the Eastern Cape Province, South Africa. Abstract MoPe11.1C26, 3rd IAS Conference, Rio, July 2005.

Little, S, Durasno, G., Schooley, R, Haas D, Kumar P, Hammer S, McMahon D, Squires K, **Asfour R**, Richman D, Chen J, Saah A, Leavitt R, Hazuda D, and Nguyen B. Antiretroviral Effects of L-000870810, a Novel HIV-1 Integrase Inhibitor, in HIV-1 Infected Patients, Abstract 161, 12th CROI, Boston, 2005.

**Asfour FR**, Chun HM, Bezabih, M, Belayneh F, Tetemke T, Abebe Y, Abraham Y, Matsumoto K, Haubrich R, McCutchan JA, Shaffer R, and Kifle A.  A survey of Occupational Exposures in Hospitals in Ethiopia, Abstract #V-31, 11th CROI, San Francisco, 2004.

Multiple Educational and informational videos on COVID-19 for various audiences.

Multiple Educational presentations to medical staff and residents on various infectious diseases-related topics.

Multiple Educational presentations to long-term care facility staff and medical providers on various infectious diseases-related topics.

**F. Ramzi Asfour, MD**

List of Expert Witness depositions and testimony as of March 2025

| Case | Location | P/D | Dates | Attorney |
|------|----------|-----|-------|----------|
| Joseph and Celeste Bond vs. Palmer Family Medicine, Jason Brooks, Upright Imaging, John McCormick, and Harold Cable | Palmer, AK | P | Deposition 11/2019 | Whitney Power, *Power and Power Law, Anchorage, AK* |
| Bergeron vs. Donald Richardson and Paul Hubbel | New Orleans, LA | P | Deposition 02/2021 | Jennifer Willis *Willis & Buckley, APC New Orleans* |
| Beyer, Paul vs. State of Hawaii 2017-1493 | Honolulu, HI | P | Arbitration Hearing 06/2021 | *Glenn Honda, Recovery Law Center Honolulu, HI* |
| Terrell Lane Matter | Albuquerque, NM | D | Deposition 06/2021 | Ann Maggiore Mina Unruh, Butt, Thornton, and Baehr PC *Albuquerque, NM* |
| Antonio Lassus vs. Kendall Health Care Group LTD et al. | Miami-Dade County, Florida | P | 2nd Deposition 08/2021 | Manny Lorenzana, *Shaked Law Firm, Aventura, FL* |
| Sylvia Vasquez vs. Andre Berger, MD, and Rejuvalife Medical Associates | Los Angeles, CA | P | Deposition 03/2022 | John Martin, Law *Office of John W. Martin, Rancho Palos Verdes, CA* |
| Sharon Becker V. SC Permanente Medical Group, Kaiser Foundation Hospitals Matter | Long Beach, CA | P | Deposition 03/2022 | Alan Ghaleb *Law Offices of Alan M. Ghaleb Long Beach, CA* |

| | | | | |
|---|---|---|---|---|
| Hacienda La Puente Unified School District Appeal Hearings in the matter of: Doreen Viertell, Jose Martinez, Jennifer Padilla, Nelly Corcio | Los Angeles, CA | D | Administrative Hearing 09/2022 | Savannah Skelton *Leal-Trejo Attorneys at Law* *Long Beach, CA* |
| Dacanay, Joseph MRSA Matter | Los Angeles, CA | P | Deposition 11/2022 | Paul Miletic *Skarzynski Marick & BLack, LLP* |
| Joseph and Celeste Bond vs. Palmer Family Medicine, Jason Brooks, Upright Imaging, John McCormick, and Harold Cable | Anchorage, AK | P | Deposition in lieu of the Testimony 09/2023 | Whitney Power *Power & Power Law* |
| Shirley Wood vs. Behavioral Health Services of New Mexico, LLC dba Central Desert Behavioral Health Center | Houston, Texas | D | Deposition 09/2023 | Lori Proctor Wilson Elser *Moskowitz Edelman & Dicker LLP* |
| Hosick et Ano vs. Community Health Networks of Washington Matter | Bellevue, WA | P | Deposition 11/2023 | Marlena Grundy *PNW Strategic Legal Solutions* |
| In re-interest of Wiggins Minors | Belleville, Illinois | D | Trial 12/2023 | Michelle Rousseau *Law Office of Michael J. Rousseau* |
| Hosick et Ano vs. Community Health Networks of Washington Matter | Bellevue, WA | P | 2nd Deposition 12/2023 | Marlena Grundy *PNW Strategic Legal Solutions* |

| Hosick et Ano vs. Community Health Networks of Washington Matter | Bellevue, WA | P | Trial 03/2024 | Marlena Grundy *PNW Strategic Legal Solutions* |
|---|---|---|---|---|
| Caralyn Brook vs. Lane Smith, MD | Las Vegas, NV | P | Arbitration Hearing 04/2024 | Matthew Minucci *The Cottle Firm* |
| Concentra Medical Centers adv. David Smith Matter | Las Vegas, NV | D | Deposition 05/2024 | Yuliya Brady *Hall & Evans LLC* |
| Nanci Natale vs. Franciscan Communities, Inc. Matter | Chicago, IL | P | Deposition 09/2024 | Mollie Werwas *Airdo Werwas Attorneys At Law* |
| Kisha Birts v. Colorado Department of Corrections, Debra Reilly and Rita Winn Matter | Denver, CO | P | Deposition 09/2024 | Raymond K. Bryant *Civil Rights Litigation Group, PLLC* |
| Kelly Cates v. David May, D.O. Matter | Albuquerque, NM | P | Deposition 10/2024 | Joseph Haupt *Conklin, Woodcock & Ziegler, P.C.* |
| Griffin v. Baptist Health Madisonville Matter | Owensboro, KY | P | Deposition 11/2024 | Dion Moorman *Morgan and Morgan, P.A.* |

| Kaiser v. Martin Matter | San Diego, CA | P | Deposition 11/2024 | Christina Denning *Denning Moores APC* |
|---|---|---|---|---|
| Anita Galaviz vs. Kindred Hospital Las Vegas Matter | Las Vegas, NV | P | Deposition 01/2025 | Lewis Gazda *Gazda & Tadayon* |
| Erin Powers v State of Wyoming Matter | Casper, WY | D | Deposition 01/2025 | Mark E. Drury *Attorney General's Office - Casper* |
| Sanchez v. Rock Island County Health Department Matter | Rock Island, IL | D | Deposition 02/2025 | Austin Carlson *Rock Island County State's Attorney's Office* |
| Silvia Cabrales Matter v. Kaiser Foundation Hospital, Inc. | Houston, TX | P | Deposition 03/2025 | James Martinez *Law Office of James Martinez* |

# ATTACHMENT D

Prepared: March 1, 2025

**University of California, San Francisco**
# CURRICULUM VITAE

**Name:**        Timur Shah Durrani, MD, MPH, MBA

**Position:**      Professor of Clinical Medicine, Step 2
                 Medicine
                 School of Medicine

**Address:**     Box 1369
                 University of California, San Francisco
                 Voice: (415) 514-4539
                 Email: timur.durrani@ucsf.edu

## EDUCATION

| - | Institution | Degree | Major |
|---|---|---|---|
| 1996 - 1997 | George Washington University | A.S. | Medical Technology |
| 1995 - 2000 | University of Arizona | B.S. | Medical Technology |
| 2000 - 2004 | University of Arizona | M.D. | Medicine |
| 2000 - 2004 | University of Arizona | M.P.H. | Public Health |
| 2004 - 2007 | University of California, Los Angeles | Resident | Family Medicine |
| 2006 - 2008 | University of California, Irvine | M.B.A. | Business Administration |
| 2007 - 2008 | California Department of Public Health | Resident | Public Health and Preventive Medicine |
| 2010 - 2012 | University of California, San Francisco | Fellow | Occupational and Environmental Medicine/Medical Toxicology |
| 2016 - 2018 | United States Army War College | M.S.S. | Strategic Studies |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 2000 | Board Certification - American Society for Clinical Pathology    Medical Laboratory Scientist    Certification Number: 211380 |
| 2005 | California Medical License A92882 - Expires June 30, 2025 |
| 2006 | Drug Enforcement Agency Registration Number BD948956 - Expires June 30, 2026 |
| 2007 | Board Certification - Family Medicine |

| 2010 | Board Certification - Public Health and General Preventive Medicine |
|------|---------------------------------------------------------------------|
| 2012 | Medical Review Officer Certification - Certification Number: 22-143739- Expires May 22, 2027 |
| 2014 | Board Certification - Medical Toxicology |
| 2014 | Qualified Medical Evaluator for the California Division of Workers' Compensation Medical Unit |
| 2015 | Board Certification - Occupational Medicine |
| 2015 | National Registry of Certified Medical Examiners #: 6284918920, Expires September 11, 2025 |
| 2016 | Basic Life Support (Expires 7/2026), Advanced Cardiac Life Support (Expires 7/2026), Pediatric Advanced Life Support (Expires 2/2026), Advanced Trauma Life Support (Expires 11/14/2027), Advanced Hazmat Life Support (Expires 4/2026), Federal Motor Carrier Safety Administration Certified Medical Examiner (Expires 9/11/2025) |
| 2017 | Board Re-certification - Family Medicine |
| 2018 | Council for Accreditation in Occupational Hearing Conservation - Certified Professional Supervisor - Certificate Number 499413 (expires 02/10/2029) |

## PRINCIPAL POSITIONS HELD

| - | Organization | Title | Department |
|---|--------------|-------|------------|
| 2004 - 2007 | UCLA | Resident | Family Medicine/Preventive Medicine |
| 2008 - 2009 | US Army, Bagram Airfield, Afghanistan | Preventive Medicine Physician | 101st Airborne Division |
| 2010 - 2012 | UCSF | Fellow | Medicine |
| 2012 - 2012 | Genentech | Safety Scientist | Licensing and Early Development |
| 2012 - 2012 | UCSF | Clinical Instructor | Medicine |
| 2012 - 2017 | UCSF | Assistant Clinical Professor | Medicine and Pharmacy |
| 2017 - 2023 | UCSF | Associate Clinical Professor | Medicine and Pharmacy |
| 2017 - 2024 | Lawrence Berkeley National Laboratory | Medical Director | Health Services |

| 2020 - 2020 | US Army, New Camp Vance, Kabul Afghanistan | Senior Medical Officer | NATO Special Operations Component Command - Afghanistan |
| 2023 - present | UCSF | Clinical Professor | Medicine and Pharmacy |

**OTHER POSITIONS HELD CONCURRENTLY**

| 2006 - 2006 | Community & Mission Hospitals of Huntington Park | Attending Physician | Emergency Department |
| 2006 - 2007 | Hollywood Presbyterian Medical Center | Hospitalist | Medicine |
| 2006 - 2007 | Tri-City Regional Medical Center Emergency Department | Attending Physician | Emergency Department |
| 2006 - 2008 | Monterey Park Hospital Emergency Department | Attending Physician | Emergency Department |
| 2006 - 2010 | Woodland Memorial Healthcare | Attending Physician | Emergency Department |
| 2006 - 2010 | Sutter Lakeside Hospital | Attending Physician | Emergency Department |
| 2013 - 2013 | US Army, Camp Arifjan, Kuwait | Preventive Medicine Physician | 793rd Medical Detachment (Preventive Medicine) |
| 2015 - present | Womack Army Medical Center | Preventive Medicine Physician | Preventive Medicine |
| 2021 - present | San Francisco Veterans Administration Medical Center | Attending Physician | Occupational and Environmental Medicine |

**HONORS AND AWARDS**

| 1996 | Golden Key Honor Society, George Washington University |
| 1998 | Dean's List Honor Roll, University of Arizona |
| 1998 | American Society for Clinical Pathologists Student Scholarship |
| 2009 | Bronze Star Medal, United States Army |

2019            Fellow Status - American College of
                Medical Toxicology

**KEYWORDS/AREAS OF INTEREST**
Public health surveillance, syndromic surveillance, occupational toxicology, environmental
toxicology, medical education, pharmacology, poison prevention

# CLINICAL ACTIVITIES

**CLINICAL ACTIVITIES SUMMARY**
As the Medical Director of Health Services at Lawrence Berkeley National Laboratory (LBL),
my duties entail managing a health service with physicians, nurse practitioners, medical
assistants, non-clinical professionals and an optometrist. We provide preventive care and
treatment to over 4500 workers at LBL. In addition to my role at the LBL, I have several other
clinical roles. I serve as the Assistant Medical Director for the San Francisco Division of the
California Poison System, where I precept students (Medicine and Pharmacy), residents
(Internal Medicine and Emergency Medicine) and toxicology fellows in the management of
poisoned patients. I am the Faculty of Record for the course Medicine 180, Occupational
Toxicology, taught in Winter quarter and an instructor in Medicine 140.43, Clinical Toxicology
and Pharmacology, taught year round at the University of California San Francisco. I serve as
an attending consultant on the inpatient Medical Toxicology service at SFGH, Parnassus,
Mission Bay and Children s Hospital of Oakland. I also serve in the Occupational Medicine
Clinic at Mt. Zion, where I treat outpatient toxicology patients who have been referred to UCSF
predominantly through the Pediatric Environmental Health Specialty Unit. Finally, I continue to
provide clinical advice to Physicians and the public through the Western States Pediatric
Environmental Health Specialty unit.

**CLINICAL SERVICES**

| | | |
|---|---|---|
| 2012 - present | Assistant Medical Director for the San Francisco Division of the California Poison System, where I precept students (Medicine and Pharmacy), residents (Internal Medicine and Emergency Medicine) and toxicology fellows in the management of poisoned patients. | 1 day per week |
| 2012 - present | Instructor in Medicine 140.43, Clinical Toxicology and Pharmacology | 1 day per week |
| 2012 - present | Attending on the inpatient Medical Toxicology service at SFGH, Parnassus, and Mission Bay | 1 day per week |
| 2012 - present | Attending for the Occupational Medicine Clinic at Mt. Zion, where I treat outpatient toxicology patients who have been referred to UCSF | Once per quarter |
| 2012 - present | Provide clinical advice to physicians and the public through the Western States Pediatric Environmental Health Specialty unit | Monthly |

| | | |
|---|---|---|
| 2014 - 2017 | Serve as the Medical Director for the Occupational Health Service at Zuckerberg San Francisco General Hospital, providing medical supervision for physicians and nurse practitioners who conduct annual examinations, medical surveillance evaluations or health evaluations for workers who sustain a blood or body fluid exposure or aerosol transmissible disease (ATD) exposure, resulting in approximately 10,000 visits per year for approximately 35,000 workers. | Daily |
| 2017 - present | Serve as the Site Occupational Medical Director of Health Services at Lawrence Berkeley National Laboratory (LBL), my duties entail managing a health service with physicians, nurse practitioners, medical assistants, non-clinical professionals and an optometrist. We provide preventive care and treatment to over 4500 workers at LBL | Daily |
| 2023 - present | Faculty of Record for Medicine 180, Occupational Toxicology | Weekly Winter Quarter |

## PROFESSIONAL ACTIVITIES

### MEMBERSHIPS

| | |
|---|---|
| - | Organization |
| 2003 - present | Society of U.S. Army Flight Surgeons |
| 2001 - 2012 | American Academy of Family Physicians |
| 2008 - 2012 | American College of Preventive Medicine |
| 2011 - 2012 | American College of Occupational and Environmental Medicine |
| 2010 - present | American College of Medical Toxicology |
| 2011 - 2017 | California Academy of Preventive Medicine |

### SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| - | Organization | Role |
| 2011 - 2017 | California Academy of Preventive Medicine | Board Member |
| 2015 - 2016 | California Academy of Preventive Medicine | President |

### SERVICE TO PROFESSIONAL PUBLICATIONS

| | |
|---|---|
| - | Publication |
| 2013 - present | Journal of Medical Toxicology, ad hoc reviewer (once) |
| 2015 - 2017 | Egyptian Journal of Occupational Medicine, ad hoc reviewer (Once) |
| 2016 - 2017 | Editor, Open Access Journal of Toxicology (Once) |

| | |
|---|---|
| 2016 - 2017 | Editor, Toxicology and Forensic Medicine - Open Journal (Once) |
| 2017 - 2017 | Journal of Pediatrics, ad hoc reviewer (Once) |
| 2017 - 2017 | Environmental Research, ad hoc reviewer (Once) |
| 2018 - 2018 | JAMA Neurology, ad hoc reviewer (Once) |
| 2021 - present | Journal of Occupational Medicine and Toxicology, ad hoc reviewer (three times) |
| 2022 - 2022 | Emergency Medicine Journal, ad hoc reviewer (Once) |
| 2024 - 2024 | Clinical Pediatrics (Once) |

**INVITED PRESENTATIONS - INTERNATIONAL**

| | | |
|---|---|---|
| 2008 | Korean Hospital, Bagram Airfield Afghanistan | Speaker |
| 2009 | International Security Assistance Force - Afghanistan | Speaker |
| 2012 | European Region, U.S. Army Prosecutor's Conference on Domestic Violence | Speaker |
| 2013 | Bahrain Defense Force | Speaker |
| 2013 | U.S. Military Hospital Kuwait, Camp Arifjan, Kuwait | Speaker |

**INVITED PRESENTATIONS - NATIONAL**

| | | |
|---|---|---|
| 2009 | Defense Medical Readiness Training Institute, Medical Stability Operations Course, Washington DC | Speaker |
| 2009 | Special Operations Medical Association, Tampa Florida | Speaker |
| 2014 | Pediatric Environmental Specialty Unit national meeting, Chicago | Speaker |
| 2015 | Pediatric Environmental Health Specialty Unit Journal Club Webinar | Speaker |
| 2016 | Centers for Disease Control and Prevention; Poison Center and Public Health Collaboration Community of Practice Webinar | Co-presenter |
| 2021 | American College of Medical Toxicology Webinar | Speaker |
| 2022 | North American Congress of Clinical Toxicology | Speaker |
| 2025 | American Diabetes Association | Speaker |

**INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS**

| | | |
|---|---|---|
| 2012 | UCSF Annual Review in Family Medicine | Speaker |
| 2014 | UCSF Updates in Occupational Health | Speaker |
| 2014 | UC Davis Occupational and Environmental Medicine Symposium | Speaker |

| | | |
|---|---|---|
| 2014 | UCSF Department of Psychiatry Grand Rounds | Speaker |
| 2015 | San Francisco Bay Area History of Medicine Society | Speaker |
| 2015 | UCSF Fresno Advanced Hazmat Life Support | Instructor |
| 2015 | UCSF Department of Obstetrics and Gynecology Grand Rounds | Speaker |
| 2015 | EPA/Border Environment Cooperation Commission - Lead & Pesticides | Speaker |
| 2016 | Children's Hospital of Oakland Grand Rounds | Speaker |
| 2017 | ZSFG Internal Medicine Grand Rounds | Speaker |
| 2017 | Children's Hospital of Oakland Continuing Medical Education conference | Speaker |
| 2017 | University of California Agriculture and Natural Resources | Speaker |
| 2017 | Department of Pediatrics, John A. Burns School of Medicine, University of Hawaii | Speaker |
| 2018 | Western Occupational & Environmental Medical Association | Speaker |
| 2018 | Highland General Hospital Internal Medicine Grand Rounds | Speaker |
| 2019 | UC Berkeley 24-Hour Emergency Response HAZWOPER Class | Speaker |
| 2019 | American Industrial Hygiene Association Northern California Section | Speaker |
| 2021 | California Department of Public Health, Childhood Poisoning Prevention Branch | Speaker |
| 2022 | American Industrial Hygiene Association Connecticut River Valley Section | Speaker |
| 2022 | U.S. EPA Region 9, Emergency Response Office | Speaker |
| 2023 | California El Camino Real Association of Occupational Health Nurses | Speaker |
| 2023 | UCSF Updates in Occupational Health | Speaker |
| 2025 | Close Calls with California Poison Control: Fumigant & Pesticides | Speaker |

**CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES**

| | |
|---|---|
| 2005 | Army Medical Department Captains Career Course |
| 2006 | American Medical Association Pain Management Course |
| 2007 | UCLA Family Medicine Refresher Course |

| | |
|---|---|
| 2009 | Society for Healthcare Epidemiology of America CDC Fundamentals in Healthcare Epidemiology Course |
| 2009 | American Board of Family Medicine: Childhood Illness |
| 2009 | American Board of Family Medicine: Maternity Care |
| 2010 | Difficult Airway Course |
| 2010 | Introductory Emergency Ultrasound Course |
| 2010 | Center for Emergency Medicine Education: High Risk Emergency Medicine Course |
| 2010 | North American Congress of Clinical Toxicology Conference |
| 2011 | Occupational and Environmental Toxicology |
| 2011 | Advanced Trauma Life Support |
| 2011 | American Board of Family Medicine: Heart Failure |
| 2012 | Natural and Man-Made Disasters: The Public Health Response |
| 2012 | American Board of Family Medicine: Information Management Methods in Medicine |
| 2012 | American College Of Occupational and Environmental Medicine Annual Meeting |
| 2012 | Medical Review Officer Course |
| 2012 | Oak Ridge Institute for Science and Education: Agents of Opportunity for Terrorism Course |
| 2012 | UCSF Annual Review in Family Medicine Course |
| 2012 | UCSF Occupational and Environmental Factors in Neurological Disease and Occupational and Environmental Medicine Update |
| 2013 | American Board of Family Medicine: Pain Management |
| 2014 | Advanced Hazmat Life Support Course |
| 2014 | American Board of Family Medicine: Hospital Medicine |
| 2014 | Medical Management of Chemical and Biological Casualties Course |
| 2014 | UCSF Occupational and Environmental Factors in Infectious Disease and Updates in Occupational Health |
| 2015 | Advanced Hazmat Life Support - Instructor Course |
| 2015 | UCSF Cardiovascular Health and Disease: Occupational and Environmental Factors and Updates in Occupational Health and Environmental Medicine |
| 2015 | Advanced Trauma Life Support Refresher Course |
| 2015 | National Registry Certified Medical Examiners Course |

Prepared: March 1, 2025

| 2015 | American College of Occupational and Environmental Medicine board review course |
| 2016 | Advanced Cardiac Life Support |
| 2016 | Toxic Substances in the Workplace and the Environment Updates in Occupation |
| 2016 | Pediatric Advanced Life Support |
| 2017 | Radiation Emergency Medicine |
| 2017 | Children's Environmental Health Symposium |
| 2017 | UCSF Occupational and Environmental Respiratory Disease and Updates in Occupational and Environmental Medicine |
| 2018 | UCSF Emerging and Re-Emerging Occupational and Environmental Exposure and Disease and Updates in Occupational and Environmental Medicine |
| 2018 | Special Operations Medical Association 2018 Scientific Assembly |
| 2019 | UCSF Vulnerable Workers and Communities at Environmental Risk and Updates in Occupational and Environmental Medicine 2019 |
| 2020 | Basic Life Support |
| 2020 | Pediatric Advanced Life Support |
| 2020 | Advanced Cardiac Life Support |
| 2020 | American Board of Family Medicine: Preventive Care |
| 2020 | UCSF Being an Occupational and Environmental Health "Detective" and Updates in Occupational and Environmental Medicine |
| 2021 | Albert Einstein College of Medicine: Human Subjects Research |
| 2021 | Department of Defense Opioid Prescriber Safety Training Program |
| 2021 | UCSF: New Jobs, Novel Technologies and Changing Hazards at Work and in the Environment and Updates in OEM |
| 2022 | Basic Life Support |
| 2022 | Pediatric Advanced Life Support |
| 2022 | Advanced Cardiac Life Support |
| 2022 | UCSF: At the Intersection of Occupational and Environmental Health and Updates in Occupational and Environmental Medicine |
| 2023 | Council for Accreditation in Occupational Hearing Conservation - Professional Supervisor Course |
| 2023 | UCSF - The Musculoskeletal System at Work and Updates in Occupational and Environmental Medicine |
| 2024 | Pediatric Advanced Life Support |

| 2024 | Society for Healthcare Epidemiology of America/Centers for Disease Control and Prevention Healthcare Epidemiology Training certificate course | |
| 2025 | Center for Occupational and Environmental Health, Aftershocks & Outbreaks: Emergency Response Strategies for Occupational and Environmental Health, | |

**GOVERNMENT AND OTHER PROFESSIONAL SERVICE**

| 1995 - present | U.S. Army Reserve | Colonel, Medical Officer |
| 2012 - present | Region 9, Agency for Toxic Substances and Disease Registry, CDC | Consultant |
| 2014 - 2015 | San Francisco Department of Public Health Ebola Incident Management Team | Member |
| 2015 - 2017 | Poison Center & Public Health Collaboration Community of Practice (a collaboration of the Centers for Disease Control and Prevention, American Association of Poison Control Centers and the Council of State and Territorial Epidemiologists). | Steering Committee Member |
| 2015 - 2017 | Pediatric Environmental Health Specialty Unit Steering Committee on Specialty Clinics | Committee Co-Chair |
| 2016 - 2017 | California EPA - Office of Environmental Health Hazard Assessment, California Environmental Protection, Aliso Canyon Natural Gas Leak Independent Scientific Advisory Panel | Member |
| 2020 - 2020 | United States Department of Defense, Afghanistan | Public Health Emergency Officer |
| 2022 - 2022 | Los Angeles County Department of Public Health, Aliso Canyon Health Study Proposal Evaluation Committee | Member |
| 2023 - present | California Lead Advisory committee to the California Department of Public Health Childhood Lead Poisoning Prevention Branch | Member |

## UNIVERSITY AND PUBLIC SERVICE

### SERVICE ACTIVITIES SUMMARY

I have had the opportunity to support public service at the local, state, national and international level.  These opportunities include serving as a volunteer physician in Haiti following the earthquake in 2010 and as an expert reviewer of physician standard of practice licensed in California and governmental consultancy.  I am a member of multiple committees within the hospital (SFGH), and academic committees serving our residents and fellows.  I have served in the Army Reserve for over 25 years, and have deployed twice to Afghanistan and once to Kuwait.  I support our student veterans by providing mentorship and guidance in the health sciences field.  I am the past president of the California Academy of Preventive Medicine.

Prepared: March 1, 2025

**UNIVERSITY SERVICE**
**UC SYSTEM AND MULTI-CAMPUS SERVICE**

| | | |
|---|---|---|
| 2019 - 2019 | UCOP - Systemwide Air Quality Protocol Working Group | Member |
| 2022 - present | UCOP - Vaccine Compliance Project - Responsible Executives Working Group | Member |

**UCSF CAMPUSWIDE**

| | | |
|---|---|---|
| 2015 - 2017 | Occupational Health Multisite Campus Committee | Member |
| 2015 - present | UCSF Student Veteran and Military Support Services | Faculty Member |
| 2016 - 2017 | UCSF Water Quality Scientific Advisory Group | Member |

**SCHOOL OF MEDICINE**

-

**SCHOOL OF PHARMACY**

| | | |
|---|---|---|
| 2012 - 2013 | Rx for Prescription Drug Abuse Awareness | Speaker |

**DEPARTMENTAL SERVICE**

| | | |
|---|---|---|
| 2012 - present | Medical Toxicology Fellowship Advisory Committee | Member |
| 2015 - present | Occupational and Environmental Medicine Residency Advisory Committee and its Program Evaluation Committee (PEC) | Member |
| 2014 - 2017 | SFGH Infection Control Committee | Member |
| 2014 - 2017 | SFGH Disaster Committee | Member |
| 2015 - 2017 | Chemical and Environmental Safety Committee Meeting | Member |

**SERVICE AT OTHER UNIVERSITIES**

| | | |
|---|---|---|
| 2017 - 2024 | Institutional Biosafety Committee - Member | Lawrence Berkeley National Laboratory |
| 2017 - 2024 | Human Subjects Research Review Committee - Member | Lawrence Berkeley National Laboratory |
| 2018 - present | External reviewer for faculty promotion | University of Arizona College of Medicine |
| 2024 - present | External reviewer for faculty promotion | University of Texas Health Science Center at Houston (UTHealth Houston) School of Public Health |

Prepared: March 1, 2025

## COMMUNITY AND PUBLIC SERVICE

| 2010 - 2010 | International Medical Corps | Physician Volunteer |
| 2014 - present | California Medical Board - Central Complaint Unit | Expert Reviewer |

# CONTRIBUTIONS TO DIVERSITY

### CONTRIBUTIONS TO DIVERSITY    Contributions to Diversity, Equity & Inclusion Guidance

I provide teaching on topics such as lead and other environmental toxins that are recognized to have a disproportionate effect on disadvantaged populations.  I provide mentoring to veterans interested in joining the healthcare field.  We have had success in getting these veterans research publications and acceptance into medical schools including UCSF.  I provide mentoring to junior faculty, including faculty form underrepresented groups, particularly on topics such as career guidance.  My research and creative activities focus on occupational or environmental exposures and translating this into publications that are accessible to healthcare providers who evaluate and treat disadvantaged populations. My university and public service focus on public health as it relates to toxic exposure.  This included serving on the California Governor's appointed Aliso Canyon Natural Gas Leak Independent Scientific Advisory Panel, where we specifically focused on the impact of exposure to the most vulnerable population. My professional activities include providing seminars to promotores de salud, health professionals, outreach workers and practitioners on specific environmental health topics such as pesticides and lead in disadvantaged communities on the U.S. Mexico border and the Hawaiian islands.

# TEACHING AND MENTORING

### TEACHING SUMMARY

I provide formal and informal teaching to medical, pharmacy, nursing students as well as medical residents and fellows through weekly rounds at the San Francisco Division of the California Poison Control System and clinic-based teaching for the Occupational and Environmental Medicine residency.  In addition I have provided courses on continuing medical education lectures as part of Family Medicine and Occupational Medicine conferences.  I have co-developed a two and four week rotation for occupational and environmental medicine residents while rotating at San Francisco General Hospital Occupational Health Service and served as the site director.  I have developed a four week rotation for occupational and environmental medicine residents while rotating at Lawrence Berkeley National Laboratory and serve as the site director.  I was the co-chair for the 2016 UCSF Occupational and Environmental Medicine continuing medical education course.  I was faculty of record for the UCSF Medicine Course 180 - Occupational Toxicology for 2016, having been the co-instructor for 2015.  I also serve as an attending for an elective in Pediatric Environmental Health rotation for UCSF pediatric or occupational and environmental medicine residents.

### FORMAL TEACHING

| Not UCSF | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|

Prepared: March 1, 2025

| Not UCSF | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| X | 2011 - 2011 | Provided a 1 hour lecture to Preventive Medicine Residents and California Epidemiologic Investigative Service interns on Principles in Medical Toxicology | Instructor | | 12 |
| | 2012 - present | Medicine 140.43 Clinical Toxicology and Pharmacology | Attending, Course instructor | Medicine | 6 |
| X | 2013 - present | Provide a 1 hour lecture in Public Health 269E Current Topics in Environmental Medicine at UC Berkeley on Principles in Medical Toxicology annually | Instructor | | 12 |
| | 2014 - 2015 | Medicine 180 Occupational Toxicology | Lecturer | Nursing | 9 |
| | 2014 - 2019 | Provide 2 hour lecture on Principles in Medical Toxicology and Hepatotoxins to Center for Occupational and Environmental Health continuing medical education course annually | Instructor | | 30 |
| | 2015 - present | Serve as a course instructor for Advanced Hazmat Life Support, providing 22.5 Continuing education credit to physicians, nurses, pharmacists and paramedics | Instructor | | 12 |

Prepared: March 1, 2025

| Not UCSF | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2015 - 2016 | Medicine 180 Occupational Toxicology Serve as the Co-Faculty of Record, providing lecture, arranging guest speakers, and providing final grades for the course of 12 residents and nurse practitioner students. | Co-Faculty of Record | Nursing | 12 |
| | 2015 - 2016 | Co-Chair for the Toxic Substances in the Workplace and the Environment Updates in Occupational and Environmental Medicine Continuing Medical Education Course sponsored by UCSF providing 18 Continuing Medical Education Credits to physicians. | Co-Chair | Grad | 100 |
| | 2017 - 2017 | Emergency Medicine 198 | Instructor | Medicine | 1 |
| | 2016 - 2017 | Medicine 180 Occupational Toxicology | Faculty of Record | Nursing | 12 |
| | 2017 - present | Medicine 180 Occupational Toxicology | Lecturer | Nursing | 12 |
| | 2023 - present | Medicine 180 Occupational Toxicology | Faculty of Record | Nursing | 12 |

## INFORMAL TEACHING

2012 - present   Teaching of UCSF Occupational and Environmental Medicine residents while in Occupational and Environmental Medicine clinic at Mt. Zion. (4 hours per year)

Prepared: March 1, 2025

| 2014 - present | Teaching of UCSF Occupational and Environmental Medicine residents, Pediatrics Residents as a site preceptor for Pediatric Environmental Health. (2 hours per month) |
|---|---|
| 2015 - 2017 | Teaching rounds of UCSF Family Medicine residents and students while attending on the Family Medicine Inpatient Service at SFGH. (one month per year) |
| 2015 - 2017 | Serve as the site director for the newly established 4 week rotation for Occupational and Environmental Medicine Residents at SFGH (3 months per year) |
| 2016 - 2017 | Serve as the Quality Improvement faculty advisor for the UCSF Occupational and Environmental Medicine Residency (2 hours per month) |
| 2017 - present | Serve as the site director for the newly established 4 week rotation for Occupational and Environmental Medicine Residents at Lawrence Berkeley National Laboratory (4 months per year) |

**MENTORING SUMMARY**

I provide formal and informal mentoring to our current ACGME Medical Toxicology fellows, ACGME OEM residents, Internal Medicine and Emergency Medicine and Family Medicine residents, and medical, nursing, and pharmacy students. I also provide mentoring to our junior faculty. My work includes teaching as well as preparation for the in-service and Medical Toxicology Boards, OEM Boards, General Preventive Medicine and Public Health Boards and Family Medicine Boards, career guidance including expanding the scope of Medical Toxicology practice for fellows, to include exposure to occupational and environmental toxicology, industry and medical legal opportunities. I provide advice and informal mentoring to medical students on career tracks, including options within the US Armed Forces. I have mentored pharmacy students on opportunities within the Poison Center and toxicology. I have shared my experience in obtaining a junior faculty position at UCSF, and introduction to a career as an academic physician. Finally, I provide mentoring to junior enlisted medics (rank of private to specialist), non-commissioned officer medics (sergeants), and commissioned medical service corps officers (lieutenants through majors) within the US Army on career progression in the healthcare field.

**PREDOCTORAL STUDENTS SUPERVISED OR MENTORED**

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2014 - 2018 | Jonathan Brandon | Medical Student | Research/Scholarly Mentor,Career Mentor | Mentor | Attending Physician |
| 2018 - 2022 | Justin Solarczyk | Medical Student | Research/Scholarly Mentor,Career Mentor | Mentor | 4th Year Medical Student |

**POSTDOCTORAL FELLOWS AND RESIDENTS MENTORED**

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 2012 - 2014 | Suad Al Abri | Medical Toxicology | Research/Scholarly Mentor | Attending | Attending, Muscat Hospital, Oman |
| 2013 - 2015 | Hallam Guglemann | Medical Toxicology | Research/Scholarly Mentor | Attending | Medical Director Early Development Safety, Roche, Assistant Clinical Professor, UCSF |
| 2014 - 2016 | Annie Arens | Medical Toxicology | Research/Scholarly Mentor | Attending | Clinical Faculty in Toxicology, Hennepin County Emergency Medicine Residency |
| 2014 - 2016 | Lien TJ Tran | Occupational Medicine | Career Mentor | Attending | Attending, US Air Force |
| 2014 - 2016 | Krystal Lin | Occupational Medicine | Career Mentor | Attending | Attending, Kaiser Occupational Medicine |
| 2015 - 2016 | Shuchi Agarwal | Occupational Medicine | Career Mentor | Attending | Occupational Medicine Physician, Memorial Sloan Kettering |
| 2015 - 2016 | Rajan Puri | Occupational Medicine | Research/Scholarly Mentor | Attending | Assistant Clinical Professor, Stanford |

Prepared: March 1, 2025

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 2015 - 2016 | Kathy LeSaint | Medical Toxicology | Co-Mentor/Clinical Mentor | Attending | Assistant Clinical Professor, UCSF |
| 2017 - 2019 | Joshua R. Potocko | Occupational Medicine | Career Mentor | Attending | Occupational Medicine Action Officer, U.S. Navy |
| 2018 - 2020 | Anthony Pacini | Occupational Medicine | Research/Scholarly Mentor,Project Mentor,Career Mentor | Attending | Department Head, Occupational and Environmental Medicine, U.S. Naval Hospital Okinawa, Japan |
| 2020 - 2022 | Brittany Ballen | Occupational Medicine | Career Mentor | Attending | Occupational Medicine Resident |
| 2020 - 2022 | James McNicholas | Occupational Medicine | Career Mentor | Attending | Occupational Medicine Resident |
| 2021 - present | Aaron Hicks | Occupational Medicine | Career Mentor | AttendingDesignated residency mentor | Occupational Medicine Resident |

**FACULTY MENTORING**

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|---|---|---|---|---|---|
| 2016 - 2020 | Hallam Gugelmann | Assistant Clinical Professor | Career Mentor | Associate Clinical Professor | Assistant Clinical Professor |
| 2017 - 2020 | Rajan Puri | Assistant Clinical Professor, Stanford | Career Mentor | Associate Clinical Professor | Assistant Clinical Professor |

Prepared: March 1, 2025

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|-------|------|------------------------|-------------|----------------|------------------|
| 2019 - 2020 | Jessica Chuang | Assistant Clinical Professor | Career Mentor | Associate Clinical Professor | Police Physician Specialist |
| 2020 - present | Rahmat Balogun | Assistant Clinical Professor | Career Mentor | Associate Clinical Professor | Occupational Health Physician, UCB |
| 2020 - 2022 | Stephanie Holm | Assistant Clinical Professor | Career Mentor | Associate Clinical Professor | Co-Director, Western States Pediatric Environmental Health Specialty Unit |

## RESEARCH AND CREATIVE ACTIVITIES

### RESEARCH AND CREATIVE ACTIVITIES SUMMARY

My research focuses on occupational and environmental toxic exposures. I was previously the PI role for the ATSDR extramurally funded Pediatric Environmental Health Specialty Unit grant. I have additional research on toxins in the workplace and the environment.

### RESEARCH AWARDS - CURRENT

1. 5 NU61TS000296          Consultant          2 % effort          Holm, Stephanie (PI)

   American Academy of Pediatrics          09/01/2019          08/31/2024

   Pediatric Environmental Health Specialty Unit Program

Major Goals: The PEHSU serves health professionals, community organizations, governmental officials, federal staff, child-care providers, parents, and others having interest in environmental conditions that influence reproductive and pediatric health. Primary focuses of the PEHSU are to:    Build the capacity of primary care clinicians to recognize environmental exposure risks, provide risk reduction counseling, and deliver patient care to those at risk of or harm from acute or chronic exposures to hazardous substances in the environment.    Integrate environmental health content, placing emphasis on hazardous substances in the environment and related health effects, into pre-service clinical (i.e., medical, nursing, and allied health) course work; and primary care residency programs (i.e., clinicians in pediatrics, family medicine, and obstetrics and gynecology).    Increase patient and population awareness of environmental exposure risks and ways to reduce those risks. Provide education and consultative services to community members, clinicians, state and local health departments, appropriate federal programs, and others involved in protecting children and couples of reproductive age from environmental threats.    Provide educational and consultative assistance in communities where ATSDR and/or Environmental Protection Agency (EPA) are addressing environmental contamination

**RESEARCH AWARDS - SUBMITTED**

1.

|  | None | None |
|---|---|---|

**RESEARCH AWARDS - PAST**

1. ACMT Cooperative Agreement  Consultant

| Agency for Toxic Substances and Disease Registry | 07/01/2012 | 07/01/2012 |
|---|---|---|
|  | $ 2500 direct/yr 1 | $ 2500 total |

2. TAA15-023                              PI

| Border Environment Cooperation Commission | 09/18/2015 | 08/31/2017 |
|---|---|---|
| Providing Environmental Health Information to Healthcare Providers along the Region 9 U.S.-Mexico Border | $ 11,214.70 direct/yr 1 | $ 14,130.52 total |

Prepared: March 1, 2025

The main goal of this project is to provide technical assistance to share expertise through several different forums, (environmental management of asthma training session, promotor workshops, and children's health symposium) with doctors, nurses, promotores de salud, health professionals, outreach workers and practitioners, on specific environmental health topics. Members of the Western States Pediatric Environmental Health Specialty Unit (PEHSU) of the University of California-San Francisco will conduct three events, an environmental management of asthma training session, promotor workshops, and a children's environmental health symposium. With these events, more than 150 healthcare providers will be trained with specialized information.

| 3. 1U61TS000238-01 | PI | 5.7% % effort | |
|---|---|---|---|
| Agency for Toxic Substances and Disease Registry | | 02/01/2015 | 09/29/2019 |
| Building Partnerships, Expanding Access & Increasing Awareness to Reduce Envir Threats to Reproductive & Pediatric Health | | $ 220,325.0 direct/yr 1 | $ 724,006.0 total |

UCSF PEHSU exists to improve the recognition and management of environmental health problems among children. This page contains information relevant to clinicians regarding the latest research and recommendations relevant to protecting children from specific environmental contaminants. We also provide educational resources for clinicians to further explore the impacts of the environment on children's health.

## PEER REVIEWED PUBLICATIONS

1. 2001      James DC, Durrani T, Wixon CL, Hughes JD, Westerband A, Mills JL. Preimplant vein intimal thickness is not a predictor of bypass graft stenosis. J Surg Res. 2001 Mar; 96(1):1-5. PMID: 11180988

2. 2003      Ferris BL, Mills JL, Hughes JD, Durrani T, Knox R. Is early postoperative duplex scan surveillance of leg bypass grafts clinically important? J Vasc Surg. 2003 Mar; 37(3):495-500. PMID: 12618681

3. 2009      Brezinski P, Edie-Korleski M, Durrani TS, Howard D, Manansala M. Health sector development in Afghanistan: the way forward. US Army Med Dep J. 2009 Apr-Jun; 51-7. PMID: 20084748

4. 2013      Lovallo E, Patterson S, Erickson M, Chin C, Blanc P, Durrani TS. When Is "Pseudo-Ludwig's Angina" Associated With Coagulopathy Also a "Pseudo" Hemorrhage? J Investig Med High Impact Case Rep. 2013 Jun 10;1(2):2324709613492503.  PMID: 26425576

5. 2016      Durrani TS, Tsutaoka B, Moeller M, Harrison R. Mercury exposure through gold extraction: Varied signs and symptoms of toxicity. Toxicol Forensic Med Open J. 2016; 1(1): 18-20. doi: 10.17140/TFMOJ-1-103

Prepared: March 1, 2025

6. 2017    Tsutaoka B, Araya-Rodríguez G, Durrani T. Edible Marijuana Labeling and Packaging. Clin Pediatr (Phila). 2018 Feb;57(2):227-230.  PMID: 28952346.

7. 2017    Wong KH, Durrani TS. Exposures to Endocrine Disrupting Chemicals in Consumer Products-A Guide for Pediatricians. Curr Probl Pediatr Adolesc Health Care. 2017 May; 47(5):107-118. PMID: 28526231

8. 2018    Brandon JW, Solarczyk JK, Durrani TS. Lead Exposure in the Special Operations Shooter How to Prevent Cognitive Decline and Permanent Disability. J Spec Oper Med. 2018; 18(1):81-87. PMID: 29533439

9. 2019    Holm SM, Leonard V, Durrani T, Miller MD. Do we know how best to disinfect child care sites in the United States? A review of available disinfectant efficacy data and health risks of the major disinfectant classes. Am J Infect Control. 2019 Jan; 47(1):82-91. PMID: 30172610

10. 2019    Wong KH, Allen A, Durrani TS. Evaluating Effectiveness of Online Learning Modules in Pediatric Environmental Health Education. J Med Toxicol. 2019 Dec 23. PMID: 31873854

11. 2020    Durrani T, Clapp R, Harrison R, Shusterman D. Solvent-based paint and varnish removers: a focused toxicologic review of existing and alternative constituents. J Appl Toxicol. 2020 Apr 27. PMID: 32342556

12. 2023    Pacini A, Tsutaoka B, Lai L, Durrani TS. Unintentional pediatric exposures to household cleaning products: a cross-sectional analysis of the National Poison Data System (2000-2015). J Occup Med Toxicol. 2023 Aug 11; 18(1):16. PMID: 37568177.

13. 2024    Cox DJ, Frier BM, Bruggeman B, Durrani T, ElSayed NA, Bannuru RR, Fischer A, Griffin J Jr, Kohrman DB, May A, Sherman J. Diabetes and Driving: A Statement of the American Diabetes Association. Diabetes Care. 2024 Nov 1;47(11):1889-1896. doi: 10.2337/dci24-0068. PMID: 39432771.


## BOOKS AND CHAPTERS

1. 2011    Delia Dempsey, Timur S. Durrani. Methyl Bromide in Olson, K ed. Poisoning & Drug Overdose, 6th Edition. Appleton & Lange, 2011, 284 - 285

Prepared: March 1, 2025

2. 2014     Neal Benowitz, Timur S. Durrani, Cardiovascular Toxicology in LaDou, J ed. CURRENT Occupational and Environmental Medicine, 5th Edition, McGraw Hill, 2014.

3. 2014     Kent Olson, Timur S. Durrani, Clinical Toxicology in LaDou, J ed. CURRENT Occupational and Environmental Medicine, 5th Edition, McGraw Hill, 2014.

4. 2014     Robert Harrison, Timur S. Durrani, Occupational Infections in LaDou, J ed. CURRENT Occupational and Environmental Medicine, 5th Edition, McGraw Hill, 2014.

5. 2016     Timur S. Durrani (editor), Toxicology, in UCSF Hospitalist Handbook, 2016.

6. 2016     Timur S. Durrani, Salicylate toxicity, in CDS: Hospital Medicine, 2nd Edition - 2016.

7. 2016     Timur S. Durrani, Needlestick and post exposure prophylaxis, in CDS: Hospital Medicine, 2nd Edition - 2016.Reorder

8. 2018     Timur S. Durrani, Benzene, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

9. 2018     Timur S. Durrani, Copper, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

10. 2018     Timur S. Durrani, Cobalt, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

11. 2018     Timur S. Durrani, Methyl Bromide, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

12. 2018     Timur S. Durrani, Polychlorinated Biphenyls, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

13. 2018     Timur S. Durrani, Paul D. Blanc, Patricia Hess Hiatt, and Kent R. Olson, The Toxic Hazards Of Industrial And Occupational Chemicals, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

14. 2018     Timur S. Durrani, Warfare Agents - Biological, in Olson K Ed. Poisoning & Drug Overdose, 7th Edition, Appleton & Lange, 2018.

15. 2018     Val Beasley, Dan Hryhorczuk, Robert Poppenga, Timur Durrani, Environmental toxicants, in One Health, 1st Edition, Wiley, 2018

Prepared: March 1, 2025

16. 2019          Janet. Macher, Deborah Gold, Patricia Cruz, Jennifer L. Kyle, Timur S. Durrani and Dennis Shusterman, Evaluation and Management of Exposure to Infectious Agents in Handbook of Occupational Safety and Health, 3rd Edition, Wiley, 2019

17. 2021          Timur S. Durrani, Kent Olson, Medical Toxicology in LaDou, J ed. CURRENT Occupational and Environmental Medicine, 6th Edition, McGraw Hill, 2021.

18. 2021          Timur S. Durrani, Lisa Winston, Occupational Infections in LaDou, J ed. CURRENT Occupational and Environmental Medicine, 6th Edition, McGraw Hill, 2021.

19. 2021          Timur S. Durrani, Neal Benowitz, Cardiovascular Toxicology in LaDou, J ed. CURRENT Occupational and Environmental Medicine, 6th Edition, McGraw Hill, 2021.

20. 2022          Timur S. Durrani, Benzene, in Olson K Ed. Poisoning & Drug Overdose, 8th Edition, Appleton & Lange, 2022.

21. 2022          Timur S. Durrani, Cobalt, in Olson K Ed. Poisoning & Drug Overdose, 8th Edition, Appleton & Lange, 2022.

22. 2022          Timur S. Durrani, Copper, in Olson K Ed. Poisoning & Drug Overdose, 8th Edition, Appleton & Lange, 2022.

23. 2022          Timur S. Durrani, Cyanide, in Olson K Ed. Poisoning & Drug Overdose, 8th Edition, Appleton & Lange, 2022.

24. 2022          Timur S. Durrani, Methyl Bromide, in Olson K Ed. Poisoning & Drug Overdose, 8th Edition, Appleton & Lange, 2022.

25. 2022          Timur S. Durrani, Polychlorinated Biphenyls, in Olson K Ed. Poisoning & Drug Overdose, 8th Edition, Appleton & Lange, 2022.

26. 2022          Timur S. Durrani, Warfare Agents - Biological, in Olson K Ed. Poisoning & Drug Overdose, 8th Edition, Appleton & Lange, 2022.

27. 2022          Timur S. Durrani, Paul D. Blanc and Kent R. Olson, The Toxic Hazards Of Industrial And Occupational Chemicals, in Olson K Ed. Poisoning & Drug Overdose, 8th Edition, Appleton & Lange, 2022.

28. 2022          Kent R. Olson and Timur S. Durrani, Emergency Medical Response To Hazardous Materials Incidents, in Olson K Ed.   Poisoning & Drug Overdose, 8th Edition, Appleton & Lange, 2022.

Prepared: March 1, 2025

## OTHER PUBLICATIONS

1. 2012    "Episodic fever, chills and cough in a 33 year-old software developer," Timur S. Durrani, M
John Balmes, MD. See http://www.ocf.berkeley.edu/~dshuster/Fatigue/quiz.html

2. 2012    "Fatigue and shortness-of-breath in a truck driver," Timur S. Durrani, MD, MPH, MBA, Jord
See http://www.ocf.berkeley.edu/~dshuster/Dyspnea/quiz.html

3. 2013    Carbon Monoxide Poisoning in Children: Guidance for Disaster Events, Pediatric Environme
Miller, MD, MPH, University of California, San Francisco PEHSU, Manijeh Berenji, MD, MPH
California, San Francisco PEHSU, Robert J. Geller, MD, Southeast PEHSU, Kevin C. Oster
Children's Health and the Environment, Larry K. Lowry, Ph.D., Southwest Center for Pediatr
M.D., PhD, Northwest PEHSU and the Carbon Monoxide Workgroup members. See
http://coeh.berkeley.edu/ucpehsu/FactSheets/carbon_monoxide_poisoning_in_children_gui

4. 2013    "Taking an Environmental Exposure history." See
https://www.pehsu.net/cgi/page.cgi/_zine.html/General_Environmental_Health/Taking_an_

5. 2016    "Endocrine Disrupting Chemicals in Consumer Products" See https://education.acmt.net/p
consumer-products-identification-and-health-effects#tab-product_tab_overview

## SIGNIFICANT PUBLICATIONS

1. 2017    Tsutaoka B, Araya-Rodríguez G, Durrani T. Edible Marijuana Labeling and
Packaging. Clin Pediatr (Phila). 2018 Feb;57(2):227-230. doi:
10.1177/0009922817691824. Epub 2017 Feb 16. PMID: 28952346.

I analyzed the data from the initial draft through the final publication. I
interpreted the data and analysis of the draft through the final publication. I
edited and revised the initial draft, which resulted in the final manuscript
which was accepted for publication.

2. 2018    Brandon JW, Solarczyk JK, Durrani TS. Lead Exposure in the Special
Operations Shooter How to Prevent Cognitive Decline and Permanent
Disability. J Spec Oper Med. 2018; 18(1):81-87. PMID: 29533439

The concept of the review was conceived by the first author and myself.
This paper served as an opportunity for two students to publish in academic
medicine as they were progressing through their medical education. I
reviewed each section and provided feedback for the purposes of learning
and ultimately publication.

Prepared: March 1, 2025

3. 2019     Holm SM, Leonard V, Durrani T, Miller MD. Do we know how best to disinfect child care sites in the United States? A review of available disinfectant efficacy data and health risks of the major disinfectant classes. Am J Infect Control. 2019 Jan; 47(1):82-91. PMID: 30172610

I identified and summarized epidemiological sources of reported pediatric poisonings due to chemical exposures including poison control and pesticide surveillance publications. I summarized acute toxicities of the three types of chemicals identified in the article; bleach, quaternary ammonium compounds and peroxides, in order to identify which has the least potential of hazard for exposed children.

4. 2020     Durrani T, Clapp R, Harrison R, Shusterman D. Solvent-based paint and varnish removers: a focused toxicologic review of existing and alternative constituents. J Appl Toxicol. 2020 Apr 27. PMID: 32342556

I served as the coordinating author for the article. In this role I worked with the co-authors to develop a standardized approach to review each of the available solvent products used in paint and varnish removers. Once the approach was agreed upon, I set a timeline for draft completion. I reviewed each section and provided edits and updates as necessary. Once satisfied with the draft, I submitted the draft to the editors, who accepted it for publication.

5. 2023     Pacini A, Tsutaoka B, Lai L, Durrani TS. Unintentional pediatric exposures to household cleaning products: a cross-sectional analysis of the National Poison Data System (2000-2015). J Occup Med Toxicol. 2023 Aug 11; 18(1):16. PMID: 37568177.

I obtained the data set from the National Poison Data System, then served as a faculty research mentor for A. Pacini, as he analyzed the data and presented the conclusions for his MPH project at UCB. I assisted in overseeing the presentation of the poster at a scientific meeting, followed by submitting, reviewing and editing the final publishable paper in the Journal of Occupational Medicine and Toxicology.

## CONFERENCE ABSTRACTS

2010     Stirland A, Guerry S, Chien M, Durrani T, Lozano A, Boyd H. Expediting STD Services: Findings from an STD Clinic Fast-Track Service. Presented at the National STD Prevention Conference, Atlanta, GA, March 8-11, 2010.

2011     Offerman SR, Durrani T, Tsutaoka B. Use of intravenous silibinin (Legalon SIL) for treatment of amatoxin mushroom poisoning in Northern California. Clinical Toxicology July 2011, Vol. 49, No. 6, 536

2012     Durrani TS, Meier KH, Manning BH, Hayashi SA. Nitrous Oxide Induced Neuropathy. Clinical Toxicology April 2012, Vol. 50, No. 4 , 341

2012        Durrani TS, Harrison R, Mercury exanthem and peripheral sensory neuropathy following gold extraction. Presented at the Occupational and Environmental Factors in Neurological Disease Occupational and Environmental Medicine Update, 2012 meeting

2014        Gugelmann H, Gerona R, Leibovich SA, Anderson I , Kim S, Durrani T, Seizures and rhabdomyolysis with a novel phenethylamine: 2,5-dimethoxy-4-chloroamphetamine (DOC) Clinical Toxicology (2014), 52, 682-818

2015        Arens A, Miyagi S, Durrani T, Horng H, Smollin C, Serum warfarin concentrations and corresponding INR after intentional warfarin overdose Clinical Toxicology (2015), 53, 233-403

2015        Durrani T, Muzaffar S, Arens A, Hayashi S, Kosnett M, A Lead-Intoxicated Patient with End Stage Renal Disease treated with Ca EDTA and High-flux Hemodialysis Clinical Toxicology (2015) 53, 639-777

2015        Gugelmann H, Durrani T Bong Water Cotton Fever: Parenteral administration of sterilized, desiccated and reconstituted methamphetamine water pipe runoff Clinical Toxicology (2015) 53, 639-777

2016        Schick SF, Durrani T, Benowitz NB, Balmes JB, Whitlatch AB, Huang A, Ganz P, A pilot study of smoking history and current drug use among daily electronic cigarette users. Presented at the Toxic Substances in the Workplace and the Environment Meeting, San Francisco, CA, March 9, 2016.

2016        Schick SF, Durrani T, Benowitz NB, Balmes JB, Whitlatch AB, Huang A, Ganz P. A Pilot Study of Smoking History and Current Drug Use Among Daily Electronic Cigarette Users. Presented at the Tobacco Regulatory Science Conference, Bethesda, MD, May 17, 2016.

2017        Schick SF, Durrani T, Whitlatch AB, Huang A, Jee K, Balmes JB. Dermal Exposure to Thirdhand Cigarette Smoke. Presented at the International Society for Exposure Science meeting in Durham, NC, October 17, 2017.

2017        Schick SF, Mills C, Takaki S, Benowitz NB, Durrani T, Whitlatch AB, Huang A, Jee K, Ganz P. Acute Cardiovascular Effects of E-Cigarette Use in Daily Electronic Cigarette Users. Presented at the Tobacco Centers of Regulatory Science Grantee Meeting, held in Bethesda, MD, October 23-24, 2017.

2018        Jonathan W. Brandon; Justin K. Solarczyk, Timur S. Durrani. Lead Exposure in the Special Operations Shooter: How to Prevent Cognitive Decline and Permanent Disability. Presented at the Special Operations Medical Association Scientific Assembly, Charlotte, NC, May 15, 2018

2019     Garcia EC, Goodnough R, Whitman J, Wu M, Smollin CG, Durrani T. Paliperidone-induced neuroleptic malignant syndrome: a case report. Clinical Toxicology (2019) 57, 559-559.

2019     Potocko J, Kosnik R, Durrani T, Ambient Wildfire Smoke: Appropriate Occupational Health Responses to a Public Health Problem.  Presented at Scientific Poster Session at the UCSF Vulnerable Workers and Communities at Environmental Risk and Updates in Occupational and Environmental Medicine Continuing Medical Education Course, San Francisco, March 13, 2019

2020     Lai, Leslie; Ma, Anita; Tsutaoka, Ben; Durrani T: Outcomes and symptoms associated with occupational cleaning product exposures reported to the National Poison Data System from 2000-2016. CLINICAL TOXICOLOGY Meeting Abstract: 146  Volume: 58  Issue: 11  Pages: 1162-1163  Published: NOV 1 2020

2020     Pacini A, Tsutaoka B, Lai L, Durrani T:  Accidental pediatric (5 years and younger) exposures from household cleaning products: Descriptive cross-sectional data analysis from the American Association of Poison Control Centers National Poison Data System from 2000-2016.  Presented at Scientific Poster Session at the UCSF Being an Occupational and Environmental Health   Detective   and Updates in Occupational and Environmental Medicine Continuing Medical Education Course, San Francisco, March 5, 2020

## OTHER CREATIVE ACTIVITIES

1. 2013     Macisaac J, Harrison R, Krishnaswami J, McNary J, Suchard J, Boysen-Osborn M, Cierpich H, Styles L, Shusterman D. Fatalities due to dichloromethane in paint strippers: a continuing problem. Am J Ind Med. 2013 Aug;56(8):907-10 - Acknowledgment for clinical research assistance/coordination

2. 2015     Bissell DM, Lai JC, Meister RK, Blanc PD. Role of delta-aminolevulinic acid in the symptoms of acute porphyria. Am J Med. 2015 Mar;128(3):313-7 - Acknowledgment for clinical research assistance/coordination

3. 2021     Hoang A, Fagan K, Cannon DL, Rayasam SDG, Harrison R, Shusterman D, Singla V. Assessment of Methylene Chloride-Related Fatalities in the United States, 1980-2018. JAMA Intern Med. 2021 Apr 19. - Acknowledgment for clinical research assistance/coordination

4.  2021            Polkabla MA. Establishing Standards for the Assessment and
                    Decontamination Cleanup of Opioid-Contaminated Properties. New Solut.
                    2021 Nov;31(3):239-251. - Acknowledgement for direct and indirect
                    contributions to content

EXPERT WITNESS EXPERIENCE

Timur S. Durrani, MD, MPH, MBA

Depositions:

1. IRIS PERSSON v. LUKE WORLD WIDE HOTELS, et al. March 10, 2005

2. JOHN LEONARD, ET AL v. DENNY WONG ET AL. September 2, 2014

3. VIGILLIO ALCANTARA v. VISHAY INTERTECHNOLOGY, INC. and LIBERTY INSURANCE CORPORATION, January 7, 2016

4. TODD KAMIN, individually and as Personal Representative of the Estate of RACHEL SUZANNA KAMIN v. CITY OF BOTHELL; and JOSEPH D. STRANGE, January 25, 2016

5. DOUGLAS MCCALLISTER vs. CITY OF SAN RAMON, PSI, adjusted by MUNICIPAL POOLING AUTHORITY, March 3, 2016

6. JOSE MENDOZA vs. PETE WELLINGTON VINEYARD and PREFERRED EMPLOYERS AND SCIF, March April 13, 2016

7. ELAINA PEREZ vs. LA CASA DE LAS MADRES and LWP CLAIMS SOLUTIONS, INC., November 15, 2016

8. BRIAN TUCKER AND SHERRI TUCKER v. MOMENTIVE PERFORMANCE MATERIALS USA, INC., Et Al., November 16, 2016

9. ELIZABETH MAIER vs. SATELLITE HEALTHCARE, INC. , and TRAVELERS PROPERTY CASUALTY COMP ANY OF AMERICA, January 25, 2017

10. MIGUEL GOMEZ vs. CITY OF COALINGA, March 16, 2017

11. STUART TAN vs. CITY OF VACAVILLE, March 17, 2017

12. CAROLYN GALVAN vs. CALIFORNIA HEALTHCARE FACILITY STOCKTON; STATE COMPENSATION INSURANCE FUND,  July 20, 2017

13. THERESA DUNCAN vs. ALTURA HOSPICE SERVICES, LLC  d/b/a ALTURA HOMECARE AND REHAB,  and SANDY NARANJO, November 29, 2017

14. GRANT, MARGARITA vs. TERMINIX INTERNATIONAL, et at. January 12, 2018

15. NIKOLAS FERIOLI vs. NATIONAL STEEL & SHIP BUILDING COMPANY, March 7, 2018

16. DIANE MILLER, Individually and as Personal Representative of the Estate of ANDREW MILLER, Plaintiff, v. AIR & LIQUID SYSTEMS CORPORATION, et al., March 19, 2018

17. TODD LOPEZ as Personal Representative of the Estate of LEONARD PADILLA, MARIO PADILLA, Individually, and MARIA PADILLA, Individually, v. KIMRAD TRANSPORT LP, JACK PULLIAM, ALUTIIQ MANAGEMENT SERVICES, LLC and Estate of ALEXANDER HORTON, and CYNTHIA BRACKEEN, Individually and as Personal Representative of the Estate of ALEX HORTON, deceased; and ERNESTO HORTON, ERNESTO HORTON Jr and KARINA HORTON, v. KIMRAD TRANSPORT LP and JACK PULLIAM and CRYSTAL SANDY v. KIMRAD TRANSPORT LP and JACK PULLIAM, July 9, 2018

18. DAVID LOPEZ v. BURKETT'S POOL PLASTERING , INC, August 8, 2018

19. GREG HANSON v. DEVINCENZI CONCRETE CONSTRUCTION CO., INC., August 14, 2018

20. JOHN CLAY, ET AL. v. CHEVRON U.S.A., INC., August 15, 2018

21. GABRIEL ARMENDARIZ, ET AL v. SANTA FE COUNTY BOARD OF COMMISSIONERS, ET AL, January 15, 2019

22. HIRAM DAVID ESTRADA v. COUNTY OF SAN JOAQUIN, JOSE HERNANDEZ, et al, April 19, 2019

23. CLAYTON v. AIR & LIQUID SYSTEMS CORPORATION et al., May 29, 2019

24. KEVIN NEALAN v. LEDCOR CONSTRUCTION, et al, June 25, 2019

25. HENRY S. EISLER, JR v. ALCOA CORPORATION et al, June 26, 2019

26. MARY CAYORI vs. CITY OF SUNNYVALE, August 22, 2019

27. WILLIAM J. TOCCO v. BNSF Railway,  October 2, 2019

28. NICKEY MONCEL, et al. v. CHR. HANSEN, INC., et al, November 14, 2019

29. CLINT CASEY v. ALCOA CORPORATION et al, December 23, 2019

30. ALFRED BURTON v. 3M et al, January 21, 2020

31. PHUONG HOANG v. JOOMAK, JANUARY 29, 2020

32. NIKOLAS FERIOLI vs. NATIONAL STEEL & SHIP BUILDING COMPANY, February 20, 2020

33. TERRI WALKER and  WESLEY COLLIER v. ECOLAB, INC., March 3, 2020

34. LAUREN ATKINS v. RUST-OLEUM CORPORATION, March 4, 2020

35. TONJA WARREN v. AMERICAN AIRLINES, INC, March 12, 2020

36. JAMIE DOTEY v. LOS RIOS COMMUNITY COLLEGE DISTRICT, November 19, 2020

37. NIKOLAS FERIOLI vs. NATIONAL STEEL & SHIP BUILDING COMPANY, November 10, 2020

38. OLEWASAMI BROWN v. L.A . SPECIALTY PRODUCE CO., December 20, 2020

39. CRAIG LAMKIN v. INTERNATIONAL PAPER, INC., et al.,  January 15, 2021

40. CHERYL A. DOWNS v. BASF CORP., ET AL., January 19, 2021

41. LINDA HUNTLEY v. BASF CORP., ET AL., January 27, 2021

42. JASON THIELE v. BASF CORP., ET AL., March 24, 2021

43. JOSIAH CAMPBELL v. REDWOOD COAST TRUCKING, May 11, 2021

44. NIKOLAS FERIOLI v. NATIONAL STEEL & SHIP BUILDING COMPANY, May 25, 2021

45. JESUS BORROEL v. BLUE DIAMOND GROWERS AND TRAVELERS, June 29, 2021

45. RONALD F. WEILAND v. BOEING, October 5, 2021

46. BONNIE GOODMAN v. STATE FARM GENERAL INSURANCE COMPANY, October 21, 2021

47. KENNETH BISHOP v. MULTICARE HEALTH SYSTEM, October, 25, 2021

48. BRIAN LANG MCDOWELL, ET AL. v. FORD MOTOR COMPANY, ET AL, December 9, 2021

49. GAIL THURMAN v. PACIFIC GAS & ELECTRIC COMPANY; BERT ZHANG; CYNTHIA CHEUNG, December 23, 2021

50. OLEWASAMI BROWN v. L.A . SPECIALTY PRODUCE CO., January 18, 2022

51. DIANA GAVILANES, v. BELLFLOWER UNIFIED SCHOOL DISTRICT., March 2, 2022

52. JERALD NUNES v. APPLEGATE AUTOCARE, Inc. and ZENITH INSURANCE COMPANY, March 15, 2022

53. DONALD A. SEPTON v. AIR & LIQUID SYSTEMS CORPORATION, March 28, 2022

54. DANNY HAN v. LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, March 31, 2022

55. DALILA ESCOBEDO vs. GOLDEN STATE AG SERVICES, April 12, 2022

56. MAPANDA v. KUHN, April 27, 2022

57. TRAVIS SWEIGART v. VOYAGER TRUCKING CORPORATION, et al, May 9, 2022

58.  OLEWASAMI BROWN v. L.A . SPECIALTY PRODUCE CO., May 31, 2022

59. TAMLYN KAUI v. NO KAI OI LANDSCAPE SERVICES LLC, June 16, 2022

60. STELLA CASTILLO v. MICHAEL SMITH, July 6, 2022

61. ROGERS v. KEMRON ENVIRONMENTAL SERVICES, INC., December 12, 2022

62. DANNY HAN v. LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, September 28, 2022

63. GONZALO ERIC CHAVEZ v. DONALD CHURCHWELL, February 13, 2023

64. PAIGE PRADOS et al v. MAGGIE JARREAU ALLEMOND, et al, February 16, 2023

65.  GONZALO ERIC CHAVEZ v. DONALD CHURCHWELL, May 3, 2023

66. THOMAS G. DEARIEN v. UNION CARBIDE CORPORATION, June 13, 2023

67. MIKE DENNIS v. MONSANTO COMPANY, et al**,** June 27, 2023

68. JOHN BARNES v. HOME DEPOT U.S.A., et al, June 29, 2023

69. TALWAR v. FRANCISCANA APARTMENTS, July 29, 2023

70. COREY PERRY v. HOME DEPOT U.S.A. et al, August 9, 2023

71. WILLIAMS v. ALLSTATE et al, September 4, 2023

72.  SIDOLITTA MATEO-MAST v.  NRC ENVIRONMENTAL SERVICES INC & ZURICH AMERICAN INSURANCE, COMPANY, September 14, 2023

73. AMY RILEY & STEVE SCOTT, v. PAREX USA, et al. September 21, 2023

74. VILLALBA v. MERCEDES ALLENDE, September 21, 2023

75. MARY KATHERINE FLORENCE JOHNSON v. NATIVIDAD FUENTES, October 2, 2023

76. AMY RILEY & STEVE SCOTT, v. PAREX USA, et al. October 13, 2023

77. JESUS BORROEL v. BLUE DIAMOND GROWERS AND TRAVELERS, October 26, 2023

78. REBECCA HENDERSON v. COUNTY OF BUTTE, November 3, 2023

79. FEINDT v. UNITED STATES, November 30, 2023

80. JERALD NUNES v. APPLEGATE AUTOCARE, INC. AND ZENITH INSURANCE COMPANY, December 7, 2023

81. FRANCISCO HERNANDEZ v. MOORADIAN FARMS, December 12, 2023

82. BRAY v. CENTROME, December 12, 2023

83. OLEWASAMI BROWN v. L.A . SPECIALTY PRODUCE CO., January 25, 2024

84. RAINES v. U.S. HEALTHWORKS, May 1, 2024

85. CHENOA WILLIAMS v. CONTRA COSTA COUNTY, May 30, 2024

86. PAUL ANTONOU v. ACE HARDWARE, June 24, 2024

87. DAVID FIELDS, v. MONSANTO COMPANY, July 1, 2024

88. JIM GARRIS and TAMMY GARRIS, v. MONSANTO COMPANY, August 2, 2024

88. RAMON DAVID v. TESLA MOTORS, Inc., October 23, 2024

89. ALFRED NEIL v. MONSANTO COMPANY, October 23, 2024

90. CHARLES A. BOGGS v BP EXPLORATION & PRODUCTION, et. al., October 25, 2024

91. JOHN EDWARDS v. MONSANTO COMPANY, December 9, 2024

92. DIANE REVELS v. MONSANTO COMPANY, December 16, 2024

93. FRANKIE SUTTON v. TREE NUT LLC, December 11, 2024

94. DENNIS WILLSTEAD v. MONSANTO COMPANY, December 13, 2024

95. JUANITA CERRATO, v. YONG'S CHI; YE WANG; YONG CHI YONG'S TRUCKING, December 20, 2024

96. MATTHEW MAU v. MONSANTO COMPANY, February 14, 2025

97. MYRON SANDIFORD v. MONSANTO COMPANY, February 14, 2025

98. NIKOLAS FERIOLI vs. NATIONAL STEEL & SHIP BUILDING COMPANY, February 19, 2025

99. MICHAEL BATES v. MONSANTO COMPANY, February 21, 2025

100. JAMES CALLAHAN v. MONSANTO COMPANY, February 21, 2025

101. MYRON SANDIFORD v. MONSANTO COMPANY, February 21, 2025

102. LISA ELIZONDO v. MONSANTO COMPANY, February 28, 2025


Testimony:

1.  UNITED STATES v. JON E. LADINES IN A GENERAL COURT-MARTIAL OF THE UNITED STATES US ARMY TRIAL JUDICIARY, THIRD JUDICIAL CIRCUIT, Motions Hearing, January 30, 2013

2. UNITED STATES v. MITCHELL BRANDT IN A GENERAL COURT-MARTIAL OF THE UNITED STATES US ARMY TRIAL JUDICIARY, THIRD JUDICIAL CIRCUIT, Motions Hearing, March 1, 2013

3. UNITED STATES v. JEREMY POND IN A GENERAL COURT-MARTIAL OF THE UNITED STATES US ARMY TRIAL JUDICIARY, THIRD JUDICIAL CIRCUIT, Motions Hearing, June 6, 2013

4. UNITED STATES v. CRAIG BARTA IN AN ADMINISTRATIVE SEPARATION HEARING, UNITED STATES NAVY (BREMERTON WASHINGTON), June 11, 2014

5. THE PEOPLE OF THE STATE OF CALIFORNIA v. PETER RICHARDSON IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF MENDOCINO, August 28, 2014

6. DIANE MILLER, Individually and as Personal Representative of the Estate of ANDREW MILLER, Plaintiff, v. AIR & LIQUID SYSTEMS CORPORATION, et al., IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON FOR THE COUNTY OF KING, June 20, 2018

7. EDWARD SCHMITT JR v. NICOLE PALMER IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF CONTRA COSTA, June 27, 2018

8. MEDICAL BOARD OF CALIFORNIA v. MARTA MORENO, MD, January 10, 2019

9. HENRY S. EISLER, JR v. ALCOA CORPORATION et al, August 20, 2019

10. RESPIRATORY CARE BOARD DEPARTMENT OF CONSUMER AFFAIRS STATE OF CALIFORNIA vs. KIM MARIE CUNNINGHAM, November 6, 2019

11. MEDICAL BOARD OF CALIFORNIA v. GREGORY ORGAN, MD January 21, 2020

12. PHUONG HOANG v. JOOMAK, April 24, 2020

13. MEDICAL BOARD OF CALIFORNIA v. RONALD SCHILLING, MD, April 26, 2022

14. MEDICAL BOARD OF CALIFORNIA v. ANNA SKOR NOBLE M.D., March 14, 2023

15. JESSICA WOODRUFF v. VILLALOBOS CONSTRUCTION, LLC, March 22, 2023

16. PAIGE PRADOS et al v. MAGGIE JARREAU ALLEMOND, et al, April 18, 2023

17. BMC West, LLC, Cal/OSHA Appeal/Inspection No. 139961, April 28, 2023

18. POLLOCK et al v. FEDERAL INSURANCE COMPANY, June 24, 2023

19. MID-SUNSET NEIGHBORHOOD ASSOCIATION, INC. v. DEPARTMENT OF BUILDING INSPECTION, August 16, 2023

20. ASHISH TALWAR v. FRANCISCANA APARTMENTS, LLC, et al, August 28, 2023

21. BRIAN LANG MCDOWELL, ET AL. v. FORD MOTOR COMPANY, ET AL, September 26, 2023

22. MIKE DENNIS v. MONSANTO COMPANY, et al., October 11, 2023

23. ERNEST CARANCI and CARMELA CARANCI v. MONSANTO COMPANY, et al, October 17, 2023

24. JOHN MCKIVISON v. MONSANTO COMPANY, January 18, 2024

25. CARL KLINE v. MONSANTO COMPANY, February 26, 2024

26. PATRICK FEINDT, JR., et al., v. UNITED STATES OF AMERICA, May 9, 2024

27. RYAN YOUNG v. MONSANTO COMPANY, August 27, 2024

28. WILLIAM MELISSEN and MARGARET MELISSEN, v. MONSANTO COMPANY, October 2, 2024

29. JUDITH WOMACK v. MONSANTO COMPANY, November 4, 2024

30. PAUL ANTONOU v. ACE HARDWARE CORPORATION, December 4, 2024