| | |
|---|---|
| DAVID CHIU, State Bar #189542<br>City Attorney<br>YVONNE R. MERÉ, State Bar #173594<br>Chief Deputy City Attorney<br>EDMUND T. WANG, State Bar #278755<br>KAITLYN M. MURPHY, State Bar #293309<br>MIGUEL A. GRADILLA, State Bar #304125<br>JOHN H. GEORGE, State Bar #292332<br>STEVEN A. MILLS, State Bar #328016<br>Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4682<br>Telephone:  (415) 554-3857 (Wang)<br>               (415) 554-6762 (Murphy)<br>               (415) 554-3870 (Gradilla)<br>               (415) 554-4223 (George)<br>               (415) 355-3304 (Mills)<br>Facsimile:   (415) 554-4699<br>E-mail:        edmund.wang@sfcityatty.org<br>                  kaitlyn.murphy@sfcityatty.org<br>                  miguel.gradilla@sfcityatty.org<br>                  john.george@sfcityatty.org<br>                  steven.mills@sfcityatty.org | WARREN METLITZKY, State Bar #220758<br>JESSICA ELAINE LANIER, State Bar #303395<br>NATHAN D. THEOBALD, State Bar #328837<br>**CONRAD | METLITZKY | KANE LLP**<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 343-7100<br>Facsimile:  (415) 343-7101<br>E-mail:       wmetlitzky@conmetkane.com<br>                  jlanier@conmetkane.com<br>                  ntheobald@conmetkane.com |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS;<br>SARAH CRONK; JOSHUA DONOHOE;<br>MOLIQUE FRANK; DAVID MARTINEZ;<br>TERESA SANDOVAL,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF STEPHEN RUAN PURSUANT TO ORDER ON MOTION TO ENFORCE THE PRELIMINARY INJUNCTION RE: FOURTH AMENDMENT CLAIM (ECF NO. 241)**<br><br>Trial Date:         July 28, 2025 |

Ruan Decl. In Response to Court Order
CASE NO. 4:22-cv-05502-DMR (LJC)

n:\govlit\li2022\230239\01850133.docx

I, Stephen Ruan, hereby declare:

1. Except as otherwise stated, I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I work for the Department of Public Works ("DPW") as part of the Bureau of Street and Environmental Services ("BSES"). My title is Junior Management Assistant.

3. As part of my role as a Junior Management Assistant, I was tasked with collecting records related to training on DPW's Bag & Tag policy, and tracking the dates that certain employees received their most recent training on the policy.

4. I am informed and believe that the Court ordered DPW to provide periodic updates regarding training on the Bag & Tag policy. I provide this declaration in response to the Court's request regarding training that occurred through June 1, 2025.

**Up To Date Copy Of The PowerPoint Training**

5. Attached as **Exhibit A** is a true and correct copy of DPW's current Bag & Tag Powerpoint presentation as of June 1, 2025. It was last updated on January 27, 2025.

6. I am informed and believe a full training on the Bag & Tag policy takes forty-five minutes to one hour.

**Tracking Chart**

7. I am informed and believe the Court required the City to provide Bag & Tag training to at least any employees on the Zone, Hot Spot, Special Projects, and Reactionary teams, as well as the immediate supervisors of those teams.

8. I compiled a chart tracking the names of employees the Court required to be trained on policy, as well as the date that employee most recently received their most recent refresher training. A true and correct copy of that chart is attached as **Exhibit B** (supervisors) and **Exhibit C** (non-supervisors). The list includes 12 supervisors who oversee 176 general laborers with responsibility for handling bag and tag related tasks.[1] Of those employees, 16 are currently on leave. For the remaining

---

[1] These supervisors also oversee an additional 170 employees who are truck drivers or public service aides whose work does not involve handling any bag and tag related tasks.

Ruan Decl. In Response to Court Order     1     n:\govlit\li2022\230239\01850133.docx
CASE NO. 4:22-cv-05502-DMR (LJC)

160 employees, all attended a most recent bag and tag training between March 12, 2025 and May 30, 2025.

**Supervisor II Meetings**

9. Attached as **Exhibit D** are a true and correct copies of the Sup II meeting minutes from December 4, 2024 through June 1, 2025.

**Training Sign-In Sheets**

10. Attached as **Exhibit E** are true and correct copies of sign-in sheets for Bag & Tag trainings from December 4, 2024 through June 1, 2025.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed June 23, 2025 in San Francisco, California.

_____
STEPHEN RUAN