# EXHIBIT B

# TO

# DECLARATION OF STEPHEN RUAN PURSUANT TO ORDER ON MOTION TO ENFORCE THE PRELIMINARY INJUNCTION RE: FOURTH AMENDMENT CLAIM (ECF NO. 241)

| Full Name | Approval Group | Recent Training Refresher |
|---|---|---|
| Tessa Jones | Zone A | 5/14/2025 |
| Corey Jackson | Zone B | 5/9/2025 |
| Alberto Zapata | Zone C/F | 5/28/2025 |
| Nicole Dela Garza | Zone D | 5/13/2025 |
| Robert Milton | Zone E | 5/8/2025 |
| Brittany Brandon | Neighborhood Street Team | 5/22/2025 |
| Nicole Cook | Dispatch | 4/23/2025 |
| Edgar Garcia | Special Projects | 5/22/2025 |
| Khaled Shehadeh | Graffiti | 5/20/2025 |
| Steven Duong | Corridor | 5/8/2025 |
| Darryl Dilworth | Swing | 5/22/2025 |
| Nat Mansker | Nights | 5/14/2025 |