# EXHIBIT C

# TO

# DECLARATION OF STEPHEN RUAN PURSUANT TO ORDER ON MOTION TO ENFORCE THE PRELIMINARY INJUNCTION RE: FOURTH AMENDMENT CLAIM (ECF NO. 241)

| Full Name | Class | Approval Group | Refresher |
|---|---|---|---|
| Abelardo S Leonardo | 7215 | W - 9008 | 3/27/2025 |
| Adelia N Whitfield | 7215 | FF - 9008 | 5/28/2025 |
| Albert L Davis | 7215 | F - 9008 | 4/23/2025 |
| Antonio I Pacheco | 7215 | PM4 - 9008 | 5/14/2025 |
| Dario A Torio | 7215 | W - 9008 | 5/22/2025 |
| Fernando J Mendoza Jr | 7215 | AA - 9008 | 4/23/2025 |
| George A Herrera | 7215 | CO - 9008 | 5/8/2025 |
| Henry C Ramirez | 7215 | BB - 9008 | 5/29/2025 |
| Israel C Graham | 7215 | NBST - 9008 | 5/22/2025 |
| Jonathan Romero | 7215 | EE - 9008 | 5/8/2025 |
| Kenneth H Simmons-Jr | 7215 | DD - 9008 | 5/13/2025 |
| Kenneth M Leon Sr | 7215 | CO - 9008 | on-leave |
| Lamart Nicholson | 7215 | EE - 9008 | 3/18/2025 |
| Lorenzo A Soriano | 7215 | W - 9008 | 5/22/2025 |
| Mario Basile | 7215 | BB - 9008 | 5/29/2025 |
| Maximo G Valdes | 7215 | DD - 9008 | 5/13/2025 |
| Redjil V Mcleod | 7215 | PM4 - 9008 | 3/12/2025 |
| Rheuben C Johnson | 7215 | CC - 9008 | 5/28/2025 |
| Terrance S Perry | 7215 | PM4 - 9008 | 5/14/2025 |
| Willie M Mickles | 7215 | NBST - 9008 | 5/22/2025 |
| Xavier Diangson | 7215 | LL - 9008 | 5/20/2025 |
| Xiaochao Zhu | 7215 | FF - 9008 | 5/14/2025 |
| Adalberto Maza-Martinez | 7514 | BB - 9008 | 5/29/2025 |
| Adrian Gonzalez | 7514 | F - 9008 | 4/23/2025 |
| Aldo Parra | 7514 | PM4 - 9008 | on-leave |
| Allegra Tamira Porchia | 7514 | CC - 9008 | 5/28/2025 |
| Alvaro Castro | 7514 | NBST - 9008 | 5/22/2025 |
| Anthony Alston | 7514 | MS - 9008 | 5/22/2025 |
| Anthony McCoy | 7514 | GRF - 9008 | 5/20/2025 |
| Anthony Ramirez | 7514 | AA - 9008 | 5/14/2025 |
| Anthony Razo | 7514 | NBST - 9008 | 5/22/2025 |
| Anthony S Cremeans | 7514 | DD - 9008 | 5/13/2025 |
| Antonio Gutierrez Hernandez | 7514 | EE - 9008 | 5/8/2025 |
| Antonio J Garcia | 7514 | PM4 - 9008 | 5/14/2025 |
| Antonio Lopez | 7514 | NBST - 9008 | 4/10/2025 |
| Araina R Smith | 7514 | F - 9008 | 4/23/2025 |
| Bradley M Young | 7514 | AA - 9008 | 5/14/2025 |
| Brenda J Lopez | 7514 | LL - 9008 | on-leave |
| Brian K Owes | 7514 | BB - 9008 | 5/29/2025 |
| Brian T Pittman | 7514 | PM4 - 9008 | 4/24/2025 |
| Brigitte C Wilson | 7514 | CO - 9008 | 5/8/2025 |
| Byron A Paz | 7514 | CO - 9008 | on-leave |
| Calvin D Johnson | 7514 | LL - 9008 | 5/20/2025 |
| Carl L Williams | 7514 | MS - 9008 | 4/22/2025 |

| Name | ID | Code | Date |
|---|---|---|---|
| Carlos Mims | 7514 | BB - 9008 | 3/13/2025 |
| Clottis L Wright | 7514 | BB - 9008 | 5/29/2025 |
| Corey Kopf | 7514 | AA - 9008 | 5/14/2025 |
| Craig L Moore | 7514 | AXC - 9008 | 5/22/2025 |
| Damond D Harris | 7514 | NBST - 9008 | 5/22/2025 |
| Daniel A Garcia | 7514 | AA - 9008 | 5/14/2025 |
| Daniel K Trayer | 7514 | NBST - 9008 | 5/22/2025 |
| Daniel P Feerick | 7514 | LL - 9008 | 5/20/2025 |
| Daniela M Eaton Castro | 7514 | LL - 9008 | 5/20/2025 |
| Darryl McMath | 7514 | PM4 - 9008 | on-leave |
| David Ricaurte | 7514 | AA - 9008 | 5/14/2025 |
| DeAndre Garcia | 7514 | F - 9008 | 4/23/2025 |
| Demian P Mouton | 7514 | AXC - 9008 | 5/22/2025 |
| Dennis T Nomura | 7514 | EE - 9008 | 5/8/2025 |
| Derrick Breaux | 7514 | F - 9008 | 4/23/2025 |
| Deshawn Stallsworth | 7514 | AXC - 9008 | 5/22/2025 |
| Dominic Munoz | 7514 | BB - 9008 | 5/29/2025 |
| Donald A Jackson | 7514 | PM4 - 9008 | 5/14/2025 |
| Dustin P Gonzales | 7514 | CO - 9008 | 5/8/2025 |
| Edward L Redd | 7514 | CC - 9008 | 5/14/2025 |
| Ernest Renfro | 7514 | AA - 9008 | 4/23/2025 |
| Esteban Trullijo Carranza | 7514 | NBST - 9008 | 5/22/2025 |
| Eugene L McFarland Jr. | 7514 | PM4 - 9008 | 4/24/2025 |
| Federico Diaz Jr | 7514 | F - 9008 | 4/23/2025 |
| Felix Troncoso | 7514 | NBST - 9008 | 5/22/2025 |
| Francisco Echavez | 7514 | CO - 9008 | 5/8/2025 |
| Francisco Ortega | 7514 | F - 9008 | 4/23/2025 |
| Frank A Bonilla | 7514 | F - 9008 | 4/23/2025 |
| George Auau | 7514 | F - 9008 | 4/23/2025 |
| George Y Yee | 7514 | MS - 9008 | 5/22/2025 |
| Glacier A Johnson | 7514 | NBST - 9008 | 5/22/2025 |
| Greg L Shivers | 7514 | PM4 - 9008 | 5/14/2025 |
| Guo Shen Tan | 7514 | BB - 9008 | 5/29/2025 |
| Hailey R Riformo | 7514 | PM4 - 9008 | 5/14/2025 |
| Harry A Howard | 7514 | F - 9008 | on-leave |
| Hasani R Tandy | 7514 | AXC - 9008 | 3/27/2025 |
| Hector Flores | 7514 | F - 9008 | 5/30/2025 |
| Herbert J Ruth Jr. | 7514 | NBST - 9008 | 5/22/2025 |
| Heye Qin | 7514 | F - 9008 | 4/23/2025 |
| Higinio Martinez | 7514 | EE - 9008 | 5/8/2025 |
| Imtiazahmed S Saiyed | 7514 | PM4 - 9008 | 5/14/2025 |
| Ina O Collins | 7514 | F - 9008 | 3/27/2025 |
| Jabar R Mabrey | 7514 | NBST - 9008 | 4/10/2025 |
| Jackie S Wilson | 7514 | BB - 9008 | 3/13/2025 |
| Jacolby Jerome Jones | 7514 | CC - 9008 | 5/28/2025 |

| Name | Number | Code | Date |
|---|---|---|---|
| Jahmon H Burton | 7514 | F - 9008 | 5/30/2025 |
| Jaime L Pacheco | 7514 | PM4 - 9008 | 5/14/2025 |
| Jamal Newton | 7514 | CC - 9008 | 5/28/2025 |
| James D Amerson | 7514 | NBST - 9008 | on-leave |
| Jared Wayne Richesin | 7514 | AXC - 9008 | 5/22/2025 |
| Jeremy D Cortez | 7514 | CO - 9008 | 5/8/2025 |
| Jevon Mask | 7514 | FF - 9008 | 5/28/2025 |
| Jinai Guan | 7514 | CC - 9008 | 5/28/2025 |
| Joel Martinez | 7514 | NBST - 9008 | 5/22/2025 |
| John D Duport | 7514 | EE - 9008 | 5/8/2025 |
| John M Molina | 7514 | PM4 - 9008 | 5/14/2025 |
| John Reed | 7514 | MS - 9008 | 5/22/2025 |
| John Scott Garibaldi | 7514 | DD - 9008 | 5/13/2025 |
| Johnnie D Walker | 7514 | FF - 9008 | 5/28/2025 |
| Jorge Preciado | 7514 | F - 9008 | 4/23/2025 |
| Jose M Cabrera | 7514 | LL - 9008 | 5/20/2025 |
| Jose Moncada | 7514 | NBST - 9008 | 5/22/2025 |
| Jose Munoz | 7514 | F - 9008 | on-leave |
| Joseph G Williams Jr | 7514 | MS - 9008 | 5/22/2025 |
| Joseph Kelly | 7514 | MS - 9008 | 5/22/2025 |
| Juan Garcia Jr | 7514 | BB - 9008 | 5/29/2025 |
| Julio A Martir | 7514 | NBST - 9008 | on-leave |
| Julio C Muller | 7514 | F - 9008 | 4/23/2025 |
| June V Masina | 7514 | CO - 9008 | 5/8/2025 |
| Kenneth B Buncum Jr | 7514 | EE - 9008 | 5/8/2025 |
| Kenneth W Jackson | 7514 | FF - 9008 | 5/28/2025 |
| Khusi M Gurung | 7514 | LL - 9008 | 5/20/2025 |
| Kim M Handy | 7514 | BB - 9008 | 5/29/2025 |
| Lamar Simpson Jr | 7514 | LL - 9008 | 5/20/2025 |
| Laron Raymond Anderson | 7514 | PM4 - 9008 | 5/14/2025 |
| Latania D Mackey | 7514 | DD - 9008 | 5/13/2025 |
| Lenique Hart-Figgins | 7514 | DD - 9008 | 5/13/2025 |
| Leonard D Doss Jr | 7514 | LL - 9008 | on-leave |
| Leroy Elips | 7514 | F - 9008 | 4/23/2025 |
| Lloyd A Dilworth | 7514 | EE - 9008 | 5/8/2025 |
| Louis Osvaldo Ortiz | 7514 | F - 9008 | 4/23/2025 |
| Louis Reed | 7514 | NBST - 9008 | 5/22/2025 |
| Lyle Norbert | 7514 | EE - 9008 | 5/8/2025 |
| Mario Alberto Oviedo | 7514 | MS - 9008 | 5/22/2025 |
| Mark T Mabutas | 7514 | DD - 9008 | 5/13/2025 |
| Marquise D Helton | 7514 | BB - 9008 | 5/29/2025 |
| Marvin Allen | 7514 | MS - 9008 | 5/22/2025 |
| Mason E Newt | 7514 | BB - 9008 | 5/29/2025 |
| Matthew S Alapati | 7514 | CO - 9008 | 5/8/2025 |
| Maurice A Sullivan | 7514 | BB - 9008 | 5/29/2025 |

| Name | ID | Code | Date |
|---|---|---|---|
| Maurice McKneely | 7514 | DD - 9008 | 5/13/2025 |
| Melody Y Ou Yang | 7514 | LL - 9008 | 5/20/2025 |
| Melvin A Scott | 7514 | EE - 9008 | 4/23/2025 |
| Michael A Lopez | 7514 | F - 9008 | 4/23/2025 |
| Michael E Lunardelli | 7514 | BB - 9008 | 5/29/2025 |
| Michael G Taylor Jr | 7514 | PM4 - 9008 | 5/14/2025 |
| Milton Navarrete | 7514 | BB - 9008 | on-leave |
| Noble Mitchell | 7514 | AA - 9008 | 5/14/2025 |
| Ondra O Gwinn | 7514 | MS - 9008 | 5/22/2025 |
| Qiong Fang Tan | 7514 | FF - 9008 | 5/28/2025 |
| Rafael Salinas | 7514 | NBST - 9008 | 4/10/2025 |
| Renato S Leonardo | 7514 | MS - 9008 | 4/22/2025 |
| Reno E Hutchins | 7514 | GRF - 9008 | 5/20/2025 |
| Ricco A Thompson Sr | 7514 | GRF - 9008 | 5/20/2025 |
| Robert Fields | 7514 | LL - 9008 | 5/20/2025 |
| Samuel C Slaughter | 7514 | MS - 9008 | 4/22/2025 |
| Santiago M DeLao | 7514 | DD - 9008 | 5/13/2025 |
| Scott D Branch | 7514 | PM4 - 9008 | 5/14/2025 |
| Stephen D Lee | 7514 | AXC - 9008 | on-leave |
| Steven J Padilla | 7514 | DD - 9008 | on-leave |
| Steven R Lewis | 7514 | BB - 9008 | 4/29/2025 |
| Tammieka T Peacock | 7514 | PM4 - 9008 | 5/14/2025 |
| Theresa L Foglio | 7514 | F - 9008 | on-leave |
| Thomas F Lopez | 7514 | MS - 9008 | 4/22/2025 |
| Thomas L Jefferson | 7514 | BB - 9008 | 5/29/2025 |
| Tommy L Lam | 7514 | AA - 9008 | 5/14/2025 |
| Toriano D Brown | 7514 | F - 9008 | 4/23/2025 |
| Tyrone L York Jr | 7514 | AXC - 9008 | 5/22/2025 |
| Vaughntese James | 7514 | MS - 9008 | 5/22/2025 |
| Waldemar S Medolinski | 7514 | F - 9008 | 4/23/2025 |
| Weldon Anderson | 7514 | NBST - 9008 | 5/22/2025 |
| William A Dow Jr | 7514 | EE - 9008 | 5/8/2025 |
| William Alexander Rodriguez | 7514 | PM4 - 9008 | 5/14/2025 |
| William J Starks Jr | 7514 | PM4 - 9008 | 3/12/2025 |
| Willie B Scott | 7514 | CC - 9008 | on-leave |
| Willie H Woodson III | 7514 | F - 9008 | 5/29/2025 |
| Xavier Hagwood-Harris | 7514 | DD - 9008 | 5/13/2025 |
| Yan E Huang | 7514 | MS - 9008 | 5/22/2025 |
| Yizheng Yu | 7514 | LL - 9008 | 5/20/2025 |
| Yuchun Jin | 7514 | DD - 9008 | 5/13/2025 |
| France R Green | 7501 | DD - 9008 | 5/13/2025 |
| Sheldon V Silas | 7501 | EE - 9008 | 5/8/2025 |