**EXHIBIT D**

**TO**

**DECLARATION OF STEPHEN RUAN PURSUANT TO ORDER ON MOTION TO ENFORCE THE PRELIMINARY INJUNCTION RE: FOURTH AMENDMENT CLAIM (ECF NO. 241)**

Date: 12/3/2024

Location: Training Trailer

Start Time: 7:30 AM

### **SUP II Minutes**

- Clean Corridor – Thank you
  - o This week's Clean Corridor – Balboa from 34th to 45th
- Accidents
  - o Be aware of your surroundings, observe your surroundings
  - o Follow the speed limit in the yard, slow down and pay attention to the stop signs
  - o Make sure to do your pre-trip inspection before driving
    - If there is a problem with your vehicle while doing the pre-trip inspection – immediately report it to your supervisor
    - Supervisors must notify the equipment staff
  - o Before entering your vehicle – check your surroundings so you are able to back up, check for anything in front and behind the vehicle
- Vehicles
  - o Employees found attempting to disable or break a piece of equipment – will result in a disciplinary action
- Key Watch
  - o Employees must use the key watch system to sign their work vehicles in and out – those who do not will result in a disciplinary action
- Incidents
  - o If a civilian is becoming hostile toward you – do not engage and step away
- Lead Pay
  - o If you have not completed the lead pay form – please see Mary about it
- Mandatory Tailgates
  - o Don't forget to finish the mandatory tailgates – turn them in before the end of December

Date: 12/17/2024

Location: Training Trailer

Start Time: 7:30 AM

**<u>SUP II Minutes</u>**

- Clean Corridor – Thank you
  - o This week's Clean Corridor – Columbus from Washington to Lombard
- Please do your required trainings before December 31st
- Please be careful and use the correct SO#
  - o If you're not sure about the SO#, ask for help
- Accident Report Procedure (please see attached for the memo)
  - o Supervisors must respond to the accident scene when their employee(s) are involved in an accident, if unable to respond – contact other supervisors to help respond
  - o Supervisor must take pictures to document the accident and to conduct an investigate by interviewing parties involved and any witnesses
  - o The employee must complete an accident report, the supervisor is now responsible to grade the accident using the attached Accident Grade Procedure
    - Preventable – (ex) if you rear-end someone, backing up
    - Non-Preventable – (ex) you are parked and someone hits you
  - o You must follow all accident guidelines – PD, notify Radio Room (RR will do a mass text)
  - o Take the vehicle to the Central Shop for an estimate
  - o The report must be submitted to Health and Safety
- Vehicle Inspections
  - o Need to review the inspections if employee did not write anything or if they wrote any hazards
- Pre-Trip
  - o Make sure your crew is doing the Pre-Trip – hold them honest
    - If the Pre-Trip is not accurate – start with the verbal coaching
- Bag & Tag
  - o Unattended property is not abandoned if it is accompanied by signs of ownership – for example, an unattended tent that is filled with personal belongings or items that are being stored in an orderly manner (i.e., packed up, wrapped or covered) are not abandoned.
  - o Abandoned items are unaccompanied by objective indications of ownership, for example, an empty or broken tent sitting by itself on a sidewalk with no other belongings, a bag of clothes open and strewn across a sidewalk, or items that are broken, disheveled, surrounded by trash or show other signs of neglect.

- When driving in the rain wipers and headlights must be on
- Nicole Cook will cover for Kenny Bruce
- Tomorrow is the 3rd Wednesday of the month
  - Clean the yard
- This Thursday is the 3rd Thursday of the month
  - The Director is coming to the yard – 6am and 1:30pm
- Payroll is closing on Saturday – submit the timesheet and OT by Friday

Date: 12/31/24

Location: Training Trailer

Start Time: 7:30 AM

**<u>Sup II Minutes</u>**

- Happy New Year
- The 2025 Bidding is now finalized
    - o Will have an email to all supervisors of all their staff for their new bid position
- CAL OSHA complained about the supervisor allowing employees to drive faulty vehicles
    - o Take corrective action to fix vehicles
    - o Schedule maintenance vehicle that is due soon
- Checkup and gas vehicle
- Work with the shared vehicle's supervisor if experiencing an issue with the shared vehicle
- Budget cut 20%
    - o Take care and maintain vehicles
- Monthly Pretrip safety inspections
    - o Only DPW employees
    - o Cleaning the vehicles, fuel vehicles, and parking brakes
- Disciplinary actions
    - o Keeping an Excel sheet to keep track of incidents, compliments, etc
- Bag & Tag
    - o Do it right and follow the policies and procedures
    - o Take your time, and if you feel unsafe, get out
    - o Comingle drugs – throw away
    - o removal for personal items forms are for the commander to handle only
    - o Make sure the employee who missed the training receives the packet and reschedule
- Be aware of the surroundings and report any hazards immediately
- Safety Training Videos
- The New Years  event plan has been emailed out

- Vehicle write-up for services – bring the key to the gas station

- Respirator training with Ralph – give me names for steamers

- Christmas tree – call Recology for pick up

Date: 1/7/25

Location: Training Trailer

Start Time: 7:30 AM

**<u>Sup II Minutes</u>**

- Kudos
  - Thank you – Nicole Cook for covering for Kenny
  - This week's Clean Corridor – Geneva from Naples to Mission / Mission from Geneva to Silver
- 2025 – 20% budget cut
- Managers
  - Kenny – Zones and Swing
  - Mark – Graffiti, Special Projects and Corridor
  - John – Nights, Hotspot and Alley Crew, Dispatch
- Fleet
  - Fleet is checking the gas gauge. Make sure to fill up at least ¾ full at end of shift
- Cal/OSHA
  - Fined by Cal/OSHA
    - Reported that we allow employees to drive unsafe conditions vehicles and the needle container is rolling around
  - Pre-Trip
    - Needle container should be locked in the toolbox
    - Review your staff's Pre-Trip and initial it
    - Do tailgate about this
- Remind staff to call Radio Room to create an SR
- Citywide to county line – it is all ours
  - Inform your staff that if PD calls them for a bag and tag, to call their supervisor
  - Inform staff if the job from PD is more than 1-2 bag and tag/encampments, to call their supervisors immediately
- 311 and DPH
  - We handle small hazard waste, cooking oil, needles, batteries, small motor oils etc
  - 50gallon drums goes to DPH – call Radio Room, they will handle it
- Remind staff if you see something – call it in
- Bag & Tag Steps
  1. Arrive at location make sure to call in for a CMMS# to be created
  2. Take pictures of the whole site, different angles
  3. Make sure to clear the citizens from the area before you start
  4. Pay attention to all items being disposed of, document it in the comments
  5. Set aside the items that are going to be bag & tagged, take pictures of them

6. Start filling out the form
7. Leave notice of removal if there is no one at the encampment
8. Once location is clean, take pictures of it, update all the comments
9. Take pictures of the bag & tag inside the bag & tag container
10. Fill out the form properly
11. Make sure to close out CMMS and bring white form to the Annex building, yellow form goes to Radio Room and the pink form stays with the items

- Work Vest
  - When off duty, do not where your vest
- Time Off Request
  - Turn in request 5 days in advance
- Do not send your staff to the admin office – the supervisor needs to go instead to handle it
- Mayor Request
  - Zones
    - Homeless on island/medians – do not engage without PD, have PD with you before starting
    - Call Radio Room to create SO#
    - Tell Radio Room to note down what happens
- Events
  - Moscone South – American Association of Law Schools
    - January 7th to January 11th
  - New Mayor sworn in – January 8th
    - Civic Center
    - Post celebration in Chinatown

Date: 1/14/25

Location: Training Trailer

Start Time: 7:30 AM

## <u>Sup II Minutes</u>

- Thank you to all who helped with the new Mayor Inauguration
- Thank you Zone E & F for Clean Corridors
  - o This week's Clean Corridors – Fillmore from Pacific to California / California from Fillmore to Steiner
- Vehicle Inspections
  - o Pre-Trip
    - ▪ Please fill out the forms completely and accurately
    - ▪ All supervisors are required to review the Pre-Trip
    - ▪ leave your white form in the truck and take out the old white form, submit blue sheet to Radio Room.
    - ▪ Ask John Leal for any questions
- Spreadsheet
  - o Document the actions of your crew
    - ▪ Accidents/incidents, low gas, compliments, etc
- Accident
  - o Will update to be more simplified
  - o Will have a checklist in the package
  - o The Motor Vehicle Incident Prevention Program Driver Acknowledgment form will be added in the package. (see attached). You must sign it whether you are at fault or not.
- FMLA Request
  - o Every FMLA request will now need to be HR reviewed before manager/supervisor signs it
- Timesheet
  - o 3 day weekend this week, please turn in timesheet and OT by Friday
- Time Off Request
  - o On March 1st – requests will be approved by seniority. After the 1st, requests will be approved by first come first serve.
- Supervisor
  - o If the Mayor or Director or Deputy Director call you for a job
    - ▪ You respond, complete the job and let them know when the job is complete
    - ▪ If you do not have the staff to do the job, pull from a section that have available staff
  - o If you see bags on the street, go and help pick them up
  - o Sup II's should be out on field for around 5 hours

- - Sup I's should be out on field for around 6 hours
  - Staff should be out of the yard and in the field 30 minutes after your shift starts
- Managers will restart bureau wide monthly meetings
- All supervisor I's and II's must attend monthly Health & Safety meetings
- Hold a tailgate for Bureau Policy & Procedures – turn in sign in sheet
- Hold a tailgate for "Seatbelts On, No Cellphone Usage, 10-7 & 10-8, Pre-Trip"
- Fill up gas tank daily
- Bag & Tag Steps
  1. Arrive at location make sure to call in for a CMMS# to be created
  2. Take pictures of the whole site, different angles
  3. Make sure SFPD clears the citizens from the area before you start cleaning
  4. Pay attention to all items being disposed of, document it in the comments and take pictures
  5. Set aside the items that are going to be bag & tagged, take pictures of them
  6. Start filling out the form
  7. Leave notice of removal if there is no one at the encampment
  8. Once location is clean, take pictures of it, update all the comments
  9. Take pictures of the bag & tag inside the bag & tag container
  10. Fill out the form properly
  11. Make sure to close out CMMS and bring white form to the Annex building, yellow form goes to Radio Room and the pink form stays with the items
- This week
  - 3rd Wednesday of the month – clean the house
  - 3rd Thursday of the month – Director will be here at the yard at 6am and 1:30pm
- De-escalation Training
  - January 29th – 49 SVN Room 132-136
    - 10am – 12pm – De-escalation Training
    - 1pm 0 3pm – Active Attacker Training
  - January 30th – Operations Yard
    - 8:30am – 10:30am – De-escalation Training
    - 2:30pm – 4:30pm – Active Attacker Training
- Events
  - JP Morgan – Downtown, Moscone Center, Union Square
  - MLK Parade
  - NBD
  - Chinese New Year
  - NBA All Star

Date: 1/21/25

Location: Training Trailer

Start Time: 7:30 AM

## **Sup II Minutes**

- Thank you to
    - Nights, Graffiti, Day and Swing who helped with the MLK Event
    - Robert and Kareem for gate inspections
    - Neighborhood Beautification Day
- Thank you for Clean Corridors
    - This week's Clean Corridors – Judah and Irving from 40th to La Playa
- Timesheet/OT
    - Please turn in timesheet on time and make sure everything is right
        - If not – it will take 6 weeks to correct it
        - Will start to write up the Sups if they continue to turn in timesheet late and/or turn in with mistakes
    - When you do the timesheet, focus on that only- especially the SO# (use the correct ones)
- Tailgates
    - Submit the tailgate – DPW Policies (ex 10/7- 10/8, seat belt, cell phone usage, pre trip etc) to Assistant Superintendent
    - When you radio in the morning – don't just give the truck number also give the Radio Room your section, LP, steamer, and assignment for the day
    - Inform your staff when going to Tunnel Road to only use the bathroom downstairs from where we dump at – do not use any other bathroom at Recology
    - Inform staff to properly do a Pre-Trip
- Bag & Tag
    - There has been attitude toward unhoused person
        - Talk to your staff to slow down and do the job right
        - Take pictures before you start the job
    - Bag & Tag Steps
        1. Arrive at location make sure to call in for a CMMS# to be created
        2. Take pictures of the whole site, different angles
        3. Make sure SFPD clears the citizens from the area before you start cleaning
        4. Pay attention to all items being disposed of, document it in the comments and take pictures
        5. Set aside the items that are going to be bag & tagged, take pictures of them
        6. Start filling out the form
        7. Leave notice of removal if there is no one at the encampment
        8. Once location is clean, take pictures of it, update all the comments

       9. Take pictures of the bag & tag inside the bag & tag container

      10. Fill out the form properly

      11. Make sure to close out CMMS and bring white form to the Annex building, yellow form goes to Radio Room and the pink form stays with the items

- o Make sure the laborers know the steps
- o Make up class this week – if you know anyone who has not went, let the supervisor know
- Steamer
  - o Send Stephen the list of steamers for medical clearance
- DDO/Weekly Report
  - o Will work on a template for these reports for consistency
  - o Please submit weekly reports from dates starting Saturday to Friday
- Spreadsheet
  - o Will have a spreadsheet to document disciplinary actions, compliments, etc
- Incident
  - o Steamer working in alley and no room in the alley. Citizen drives up behind and wants to pass, citizen said they tried to alert employee but no response. Citizen gets out of car and goes to steamer truck, opens door and takes out the tablet and smashes it to the ground.
    - ▪ Remind staff to lock their doors
    - ▪ If you encounter an irate citizen who won't wait for you to finish – roll up your stuff, pick up your cones and let the citizen through
    - ▪ We should not be closing the street unless we have the street officially closed with DPT or officers at the ends.
- Driving city vehicles
  - o Watch your surroundings
  - o Do not wear your hood when driving
  - o Zip up your vest
- Vehicles
  - o Make sure your truck is up to date
  - o Check the expiration dates
  - o Make sure truck has a service due tag and not expired
- Events
  - o Chinese New Year
  - o NBA All Star

Date: 1/28/25

Location: Training Trailer

Start Time: 7:30 AM

## **Sup II Minutes**

- Thank you for Clean Corridors last week
  - This week's Clean Corridor will be 6th from Market to Bryant
- Nick Holsapple will be the new manager for Emergency Training, etc.
- Next week
  - Chinese New Year
  - NBA All Stars
- Bag & Tag
  - Bag & Tag Training Trainer for training the supervisors/trainers (please see the attached)
  - This training is mandatory for all street cleaning
- Mark will email the plan for the NBA All Stars and Chinese New Year later
- DSS SO# - 2316147
- Remember to do your vehicle inspections and safety tailgates every month.
- Zone books in every truck and bag and tag policy in every truck
- De-escalation Training
  - January 29th – 49 SVN Room 132-136
    - 10am – 12pm – De-escalation Training
    - 1pm - 3pm – Active Attacker Training
  - January 30th – Operations Yard
    - 8:30am – 10:30am – De-escalation Training
    - 2:30pm – 4:30pm – Active Attacker Training
- Monitor the CMMS – see how many open requests you have.
- Black History Month starting next month – let your staff be aware of the stuff being posted soon

Date: 2/4/25

Location: Training Trailer

Start Time: 7:30 AM

**<u>Sup II Minutes</u>**

- Thank you
  - For Clean Corridors last week
  - For Zones and BUF who helped in Brotherhood and Alemany Projects
- 
  - This week's Clean Corridor will be Divisadero from Golden Gate to Haight
- Make sure to check that your timesheets and OT are correct
  - Will take 6 weeks to fix if it is not accurate
- Check your CMMS for any DSS
  - Make sure to take before, during and after pictures
  - Document everything in the comments, make sure comments match the pictures
- Mentoring for Racial Equity
  - Encourage your crew to participate (9916, 7311, 7501, 7502, 7514)
- Bag & Tag
  - 
- Tailgate
  - Do Tailgate on Safe Driving & Speeding following California and DPW policies
  - If you hit something – stay at the scene, do not leave
- PARS
  - Q3: Due March 3rd
  - Final Plan due June 23rd
- Section Tracker
  - Make sure you have access to the tracker
  - Use this tracker to document everything about your crew (accident, compliments, etc)
- Accident Free
  - Next week on the TVs will show the sections that have been accident free
- Catch Basins
  - Graffiti will be issuing sandbags and the rest of their staff will be in Zones focusing on PUC floodmaps
- Starting Monday – we'll be cleaning the on and off ramps
- MTA
  - MTA has given us the go ahead to start abating graffiti on their locations
- Training
  - Next week Kenny and John will be performing Sup I trainings
  - 12th and the 19th from 8-9:30 Training Trailer

- Black History Month
  - Events will start 2/5/25. Every Wednesday of the month except for the 19th
    - There will be an event on the 18th instead
  - All the events will be hybrid
  - Events will be in the Training Trailer from 12pm to 1pm
  - Potluck will be on the 27th at 49 SVN 10th Floor
- Events
  - This weekend - Neighborhood Beautification Day
  - Convention at Moscone – this Thursday, Friday and Saturday
  - Chinese New Year Parade
  - Next week – NBA All Stars
  - First Thursday every month street will be blocked off from Market to Howard

Date: 2/11/25

Location: Training Trailer

Start Time: 7:30 AM

**<u>Sup II Minutes</u>**

- Thank you
    - Graffiti Unit
    - For Clean Corridors last week
    - This week's Clean Corridor – San Bruno Ave from Campbell Ave to Mansell St
- Timesheet/OT
    - Turn in timesheets and OT papers by Friday
    - If off, please let your Captain and Sup I know to turn in on time
- RFL
    - For Kin Care – payroll cannot back date. Can only submit for dates from last week and this week. If employee submit for dates weeks ago, cannot guarantee it will process
- Tailgate
    - Please have a Safety Tailgate about what happened in New Orleans, expect the unexpected, be aware of your surroundings
- Hazardous Materials
    - Do not leave hazardous materials in the back of the truck
- PARS
    - Q3 are due on March 3rd
- Alberto Zapata will be on vacation for 3 weeks – Kareem will cover for C&F
- Training
    - There will be training tomorrow in the Training Trailer for Sup I. Remind your Sup Is about tomorrow's training at 8am
    - An email had been sent to the Sup Is, the Sup Is need to respond to the email
- Black History Month
    - Remind crew about the Potluck – early bird price ends on 2/13
    - Tomorrow there will be an event in the Training Trailer from 12pm – 1pm
- Events
    - NBA All Stars
    - Chinese New Year
        - Please refer to the plans provided

Date: 2/18/25

Location: Training Trailer

Start Time: 7:30 AM

**<u>Sup II Minutes</u>**

- Thank you
  - Clean Corridor for last week
    - This week will be on Geary from Arguello to Park Presidio
    - Start CC at 8 and leave no earlier than 1:30pm
  - Gate Check
  - Graffiti
  - Chinese New Year Parade
  - NBA All Star
- Bag & Tag
  - Remind your crew to put 1 tag per item
- Tailgate
  - Please do a tailgate for the SAS Standard of Cleanliness
  - Damaging the steamer equipment – use correct gas for the vehicle
  - When giving an assignment to your crew – have them repeat the assignment back to you
- Accidents
  - The number of days since an accident will be displayed on the TV
- 3rd Wednesday of the Month – Yard Cleaning
  - SO# 2255525
- 3rd Thursday of the Month – Director meeting at the Training Trailer at 6am and 1:30pm
- Training
  - Tomorrow Kenny and John will continue the training at the Training Trailer for Sup 1
    - 8am – 9:30am
    - Inform your Sup 1's
- Mandatory Training – Due 12/31/2025
  - Citywide Workplace Violence Prevention Training 2025
  - Whistleblower Program 2025
  - Harassment Prevention for Employees 2025
- Computer Skills Training/Refresher
  - Inform your Captain and Sup 1's about this training
  - Limited spots
  - Please see attached for more information
- PARS
  - Q3 due March 3rd
- Medical Clearance

- o Make sure the employee goes to the appointment – if they are unable to go please inform Stephen and Vivian within 48-72 hours
- Respirator Fitness
  - o Ralph will have a respirator fitness on the 26th from 7:30am – 10pm at the Training Trailer
- Black History Month
  - o Event will be held today (2/18) at the Training Trailer from 12:30pm – 1:30pm
  - o Remind crew about the Potluck

Date: 2/25/25

Location: Training Trailer

Start Time: 7:30 AM

## <u>Sup II Minutes</u>

- Thank you
  - Clean Corridor for last week
  - This week – Stockton from Sacramento to Broadway/ Grant from Bush to Broadway – include side streets
- Tailgate
  - Please do tailgate for the Survey Update video (see attached)
  - Bag & Tag
    - Once a month – go over the bag & tag PowerPoint with your crew (see attached)
    - JV will hold a bag & tag training today at 1:30pm (BBR Conference Room) and tomorrow 6am (Annex)
      - If there is anyone who didn't do the training, please tell them to go
  - Please do tailgate on Safe Driving
- Training
  - Back Safety Training – 8:30am-10am
- PARS
  - Q3 Due March 3rd
- MVA
  - Another preventable accident – talk with your crew: do not rush, proceed safely
- Computer Skills Training/Refresher
  - Inform your Captain and Sup 1's about this training
  - Limited spots
  - Please see attached for more information
- Events
  - Warriors Game tonight – use Chase SO#
  - Arbor Day – March 8th
  - Mentoring For Racial Equity Program (see attached)
    - March – October
  - BHM
    - A Century of Service Event – Training Trailer 12-1pm
    - 26th Final day for Potluck at $22, on the 27th it will be $25

Date: 3/4/2025

Location: Training Trailer

SUP II Minute Meeting

- Bag & Tag
    - The new team created consists of Alley Crew, Hotspot, and Reactionary staff starting 3/17/25.
    - Provide any dates/employees who received coaching and counseling for Bag & Tag
    - Item Retrieval: first 72 Hours the owner has the right to pick-up item 24/7
        - While the item is retrieved add note to CMMS and close out request
    - Shoutout to Nights for the big encampment Bag & Tag
- Lead Pay
    - Paperwork must be submitted and approved before giving employee 19L
- Hotdog Vending
    - BSES does not handle vending and citations
    - Next time PD request/call for assist regarding Hotdog cart, please deny and let management know
- Clean Corridor
    - 24th from Douglas to Valencia
- University
    - Inform staff about the classes and sign up if interested. Coordinate work schedule
- Computer Skill, 3/5/25
    - Captain & Sup I computer refresher (attached)
- Tailgate
    - NO SLEEPING IN CITY VEHICLE even on breaks or lunch
- Arbor Day (attached)
    - Saturday, 3/8/25
    - Zone B & C, other staff at different zones might be called to assist and help
    - Clean, Steam, and remove Graffiti in the area and nursery
    - SO# will be created and provided

- Safety Vehicle Pre-Trip
    - Required daily
- Q3 should have been submitted 3/3/25
- Black History Month
    - Huge success and thank everyone who participated
    - Shoutout to Corey for the amazing work
- Lookout for Wellness at Work for March
- Women Lunch, 3/19/25, 11:30 AM – 1:30PM
    - Honoring Nikki
    - RSVP
- As needed Laborer – Juan will be having a class at the Lower Yard on 3/19/25 7-3PM to prepare laborers for the upcoming exam – must have received the notice from HR and must use their own time to attend.
- Welcome Jullie to DPW- Swing Radio Room Supervisor.

Date: 3/11/25

Location: Training Trailer

Start Time: 7:30 AM

## **Sup II Minutes**

- Thank you
  - Clean Corridor for last week
    - This week – Ocean from Victoria to Frida Kahlo
  - Great job on Arbor Day
  - Nights and Special Projects
  - Kareem and Robert
- PARS: Q3
  - Please turn in remaining Q3 (if you have any)
- Bag & Tag
  - Required to do a Bag & Tag once a month (Please see attached for powerpoint)
  - Please see attached for Bag & Tag Retrieval Process
- Estimate Template
  - Please see attached for the template
- CMMS
  - Every corridor (wherever the area is) - run the service requests that are currently open
- CBD
  - Contact each CBD in your area – find out their routes and schedule
  - Please see attached for CBD maps
- Test
  - Let your crew know to use their own time to take the test
- Sick Call-In
  - When calling in – employee must specify what they're calling in for (calling in SP or Kin Care)
  - Employees cannot say SP on call and later fill out an RFL for Kin Care
- Building A
  - Please close the kitchen windows
- Master the Basics of MyGeotab™ Class
  - **Thursday, March 13 from 10:00am to 11:00a.m. (**please see email for link**)**
- Events
  - St. Patrick's Day Parade
    - March 15th
  - Moscone Convention - Game Developers Conference
    - March 16th – 21st

Date: 3/18/25

Location: Training Trailer

Start Time: 7:30 AM

**<u>Sup II Minutes</u>**

- Thank you
  - Clean Corridor for last week
    - This week – 24th from Valencia to Potrero
  - Nicole De La Garza and her crew for St. Patrick's Day
- PARS
  - Prepare ahead of time for the final PARS
  - Make sure to finish the Q3 (if you haven't done so)
- Monthly Inspections & Tailgates
  - 4 vehicle inspections and 2 tailgates
  - Must do a Bag & Tag tailgate once a month
  - Go over the standards with your crew (if you haven't done so)
- Tailgate
  - Please do a tailgate for Proactive work
    - Continue to do proactive work – call it in Radio Room to create SR
      - Take pictures – before, during and after
      - Add comments
  - Do tailgate regarding the Citywide Speed Cam – will start this Thursday
    - 10 miles over the posted speed limit, it will take your picture
      - Will start with a warning, after that it will be a fine
- Citations
  - Sup I & II need to do 2 citations a month
  - Kenny will hold a refresher for the citation
- 3rd Wednesday of the month – clean the yard, use the yard SO#
- 3rd Thursday of the month – Director will be here at the Training Trailer at 6am and 1:30pm
- 311
  - On the 26th – 311 9 (3 members will come) will perform a ride along with some of our staff
- Form 700 - **<u>Due April 1st</u>**
  - Sup II and up
  - If you have received the email – you are required to do the form
  - If you do not do the form – you will need to pay a fine
- Excel Tracker
  - It is mandatory to use it
  - For verbal coaching, written counseling, etc

- Nominations
  - Submit by the 28th
  - If you have someone you want to nominate for an award during Public Works Week

- Employee Experience Survey
  - April 7th – 25th
  - Employees can respond online or in the Training Trailer
- Events
  - Moscone Convention - Game Developers Conference
    - March 16th – 21st

Date: 3/18/25

Location: Training Trailer

Start Time: 7:30 AM

## **Sup II Minutes**

- Thank you
    - Clean Corridor for last week
        - This week – Mission from Geneva to Sickels
        - Thank you everyone for the Game Developer's Conference
        - Khaled, for cleaning the graffiti
- Monthly Inspections & Tailgates
    - Please turn in 4 vehicle inspections, 2 tailgates, and 1 bag & tag (if you haven't done so)
    - Vehicle Inspections – please review them when signing them off, go out and see them do a proper Pre-Trip
    - Review the Mandatory Safety from Marianna
- Citation Training – Training Trailer
    - 3/25/25 at 6am and another from 2pm – 3pm
    - Another on 4/1/25 6:30am – 7:30am
        - Mandatory – make sure to attend
- Tailgate
    - Please hold tailgate – common curtesy (truck blocking the roadway and left running)
    - Do a safety spot – check if the alarms are working
- GPS/Truck
    - Check and monitor them
    - Cannot drive on freeway if you have a load
        - Slow down
- Speed Cameras
    - If you get a ticket – you pay for it
- Rising Stars
    - Please remind employees to nominate
- Form 700
    - Sup II and up – don't forget to do the form.
        - Due by the end of month
- 311
    - Ride along with 311 - 3/26/25
- Events
    - Fiber Optic Communications Conference – next week
    - March Madness – 3/27/25 Chase Center
    - NCAA Regional Elite 8– 3/29/25

- o Cherry Blossom – April 12-13
- o Cesar Chavez Parade – April 12

Date: 4/1/25

Location: Training Trailer

Start Time: 7:30 AM

**<u>Sup II Minutes</u>**

- Kudos
    - Clean Corridor for last week
        - This week – California and Sacramento from Lyon to Maple
    - Thank you, Brittany Brandon, for your work
    - Thank you for March Madness
- Mandatory Tailgates
    - Marianna emailed the mandatory tailgates – make sure to check the list and do those tailgates
    - 2 tailgates and 1 bag and tag a month
        - If someone was off for the bag and tag – when they come back, you are required to do a bag and tag again with them
- DSS (District Station Support)
    - Call in from the police station – Radio Room will make a note that it is a DSS call
- Proactive Call
    - When your crew patrol their route, and they have to brush up or pick up something - they call in Radio Room to get a CMMS#
    - Please call in profanity or hate speech graffiti
- Radio Room
    - Please speak slowly when calling Radio Room
- Section Tracker
    - Make sure to keep updating the tracker
- DDO
    - Make sure your crew have functional emails and make sure they check their emails too
- Mentoring Program 4/2/25
    - Wednesday at 1pm at the Yard
        - Make sure 9916 to sign up
- Vehicles
    - Fuel levels – level should not be below 75%
    - Look through the list and if you find vehicles below 75% - start with the coaching and put it in the tracker
    - Make sure the GPS is working
- Equipment
    - Still finding our equipment dumped in the trash at Recology

- o Recology will now report to us – truck# and who dumped the equipment – will start with a disciplinary
  - ▪ Hold a tailgate
- Events
  - o Home Opener for The Giants – Friday 4/4/25
  - o NBD (Alamo Elementary School) – Saturday
  - o Cherry Blossom Festival
    - ▪ Japantown 4/12 – 4/13 & 4/19 – 4/20
  - o Cesar Chavez Parade
  - o Bay to Breakers

Date: 4/8/25

Location: Training Trailer

Start Time: 7:30 AM

### **Sup II Minutes**

- Thank you
    - Clean Corridor for last week
        - This week – Taraval from 19th Ave to 30th Ave
    - Chase Center – Giants game, concert
    - Everyone who helped on 2nd St
- Bag & Tag
    - Mandatory tailgate with HR team attending first with Edgar and Brittany team
- Recology
    - Please hold tailgate about dumping equipment at Recology (If you haven't done so)
    - Recology will report to the managers on who is dumping equipment
    - If you see a truck dumping equipment – take a picture
    - If you see equipment on the ground, please pick it up and return it to the yard
- Vehicles
    - No vehicles idling over 5 minutes unless you're working
- Employee Experience Survey
    - Supervisors should have received the email to schedule
    - Due 4/25
- Speed Cameras
    - 33 cameras have been placed
    - 10 mph over limit – will get a ticket
    - Please see attached for locations
- DPH
    - DPH will only pick up the big 50-gallon drum
    - For really big oil spills – contact Radio Room to notify 911
- Timesheet
    - Please go over your timesheet carefully
    - Check on the status of your staff before submitting
- Mark will be off for 2 weeks – Nicole Cook will take over for him
- Events
    - Cherry Blossom Street Fair
        - April 12-13, 2025 | 11 am to 5 pm
        - April 19-20, 2025 | 11 am to 5 pm

- ▪ Parade – Sunday, April 20, 2025 – 1pm to 3pm – from Civic Center Plaza to Japantown Festival – Post Street between Laguna and Fillmore Streets, Japantown, SF
  - ○ Cesar Chavez Parade – April 12 11am, Festival 11am – 6pm

Date: 4/15/2025

Location: Training Trailer

Start Time: 7:30 AM

**Sup II Minutes**

- Thank you
  - Clean Corridor for last week
    - This week, 9th and 10th from Bryant to Market
- SES Performance Measures
- 2025 Employee Surveys
  - Training Trailer
  - On computer or paper, 3 different languages

Clean the area around Chase Center for Warriors Game

- Cherry Blossom Festival and Parade this weekend
- Overtime for Sup II
  - Darryl Dilworth, 4/18 Zone A
  - Nicole Cook, 4/20 Zone D
- Add to Vacation Book, No more time off on Sunday May 18th, Bay Breaker
- Wednesday, 4/16 Clean the Operation Yard
- Thursday, 4/17 Direction Breakdown at the Operation Yard
- New Employee Portal
- Gate Inspections
  - BSES, gate Inspection 4/15
- Bag & Tag Mandatory Tailgate
- Updated Safety Tailgates
- Public Works Open House, 3 hours if you bring child or grandchild

Date: 4/22/2025

Location: Training Trailer

Start Time: 7:30 AM

**Sup II Minutes**

- Thank you
  - Clean Corridor for last week
    - This week – 16th from Noe to Guerrero / Church and Sanchez from Market to 17th
  - Cherry Blossom Festival and Parade
- Congratulations to the New Sup II's
  - Brittany Brandon
  - Corey Jackson
  - Terrance Perry
  - Kareem Jackson
- Special Events
  - When there is a special event – the day will be blocked off, no approved time off
- Employee Experience Survey
  - Make sure you schedule a time for your crew to take the survey (if you haven't done so)
  - Let your staff know that this survey is confidential
- Bag & Tag
  - Bag & Tag training is mandatory – must do a bag & tag once a month
  - Please review the FAQ with your staff (see attached)
- CMMS
  - Mandatory spot check in CMMS - ensure compliance of Bureau policy, before and after photos, comments, notes etc.
  - Supervisors - spot check 5 a week and email to the manager the CMMS#'s
- Health and Safety
  - Last week - Health and Safety emailed additional
  - There will be additional Supervisors Safety Trainings on Measles and Bedbugs for the night shift on April 24, 2025 at 6am in the Training Trailer, and April 29, 2025 for the swing shift at 3:30pm in the Training Trailer.
- Tracker
  - Please use the tracker for compliments, complaints, etc.
- Public Works Week
  - Starts next week the 28th

Date: 4/29/2025

Location: Training Trailer

Start Time: 7:30 AM

**Sup II Minutes**

- Thank you
  - Last week's Clean Corridor
    - This week – Ingalls from Fitzgerald to Shafter then Thomas from Ingalls to Griffith
  - Ribbon Cutting Ceremony
  - Tenderloin school clean up
- CMMS
  - Everything we do out in the field is documented in CMMS
  - Every Thursday for Clean Corridor – if it is in your zone, you create a CMMS
    - Photos for Clean Corridor will be in that CMMS – text the manager the CMMS
  - Daily CMMS Spot Check – please send to your manager this Thursday
    - Please send 5 CMMS#
    - Describe what you did for spot check
- Bag & Tag
  - Make sure to take before and after photos
    - Ex: Before photo shows bike, helmet and backpack – it has been noted, documented and photos. When they're brought to the yard, two items were missing – the backpack and helmet. The photo only shows the bike
  - When finishing a bag & tag, after documenting everything – bring the items back to the yard right away, let your supervisor know. Don't wait for the end of the day
  - When you bag & tag – it is 1 tag per bag, if one item – 1 tag per item
- Employee Survey – will be held at the yard on 4/30 between 7am – 1pm
  - If the employee hasn't done it yet, please let them know
- Final PARS due June 23rd
- Speed Cameras
  - Remind your crew of the cameras and look out for the posted limit
  - Driving 10mph over the limit will result in a ticket
  - Please share the camera location list with your crew
- Events
  - Pin Ceremony – 49 SVN 4/29
  - Open House 4/30

Date: 5/6/2025

Location: Training Trailer

Start Time: 7:30 AM

**Sup II Minutes**

- Thank you
  - Last week's Clean Corridor
    - This week – Geary from Park Presidio to 28th
  - Public Works Week and Open House
  - Cybersecurity Conference
- Fire Extinguisher Replacement
  - Remember to change the extinguishers (when it expires)
- CMMS – document work
  - Continue to document the proactive work
  - Spot check – Sup II required to do 5 CMMS spot check a week. Send it to your manager
- On Boarding Checklist
  - Use the checklist for the new laborers (please see attached)
  - Train the new supervisors using the checklist
- Bag & Tag
  - Mandatory bag & tag tailgate once a month
  - Remind staff to thoroughly go through the process with detail, take your time and do it right
  - Everyone has a camera, be professional
  - **Abandoned Items**
    - When the items are abandoned – throw it away. However, if the items meet our criteria to bag and tag, you bag and tag the items. You must post /leave (cone or fence) the notice form that the items have been picked up. Take photos of it, document it.
  - Hotspot
    - Every section has one – create CMMS (your section) and document it
- Fuel Levels
  - Make sure to fill your truck – do not leave your truck below 75%. If you see some who does not fill up their truck regularly and is below 75% - start on the coaching and counseling
  - Remind everyone to fill up their trucks at (ideally) the end of day
- JV off starting the 12th – Mark Roumbanis will be acting for JV
  - Nicole Cook – will be acting for Mark
  - Albert Davis – will be acting Sup II for Dispatch

- Clean Corridors
  - Before June – please send areas that you think should be on the list
- MyTime
  - Assistants and Sup II will now enter their own time
- Events
  - NBD – this Saturday, 10th. District 10 – Bayview K.C. Jones Playground

Date: 5/13/2025

Location: Training Trailer

Start Time: 7:30 AM

**Sup II Minutes**

- Thank you
  - Last week's Clean Corridor
    - This week – Hyde from Union to Geary
  - Bayview Neighborhood Beautification Day
- PARS
  - The final PARS due June 23
  - Start working on it early
- Bag & Tag
  - Do a tailgate about the 50 ft standard for cleaning
  - Please do a tailgate for Speed Cameras
  - Remember to do your inspections and tailgates
  - There is a new member for the Bag & Tag storage
- CMMS
  - Comments are not matching the photos (ex: comments say 2 black bags coming in but then only have 1 bag) – update the comments for the retrieval of the items
- MTA Parking Lot
  - Remind your staff when you do a MTA Parking Lot – create a CMMS and take before and after photos
  - SO# 727228
- Mytime
  - Assistants and Sup II are entering in mytime
    - For OT, you will enter in mytime and will need to submit a paper timesheet for documentation
    - Make sure to enter the SO# in your mytime
- 19L Lead Pay
  - Will expire on July 1st
  - Start on the paperwork for renewal to get it approved
- Underutilized Vehicles
  - Some vehicles have not been moving, make sure to drive your assigned vehicles or they will be taken away
- Fuel Levels
  - Make sure to fill your truck – do not leave your truck below 75%. If you see some who does not fill up their truck regularly and is below 75% - start on the coaching and counseling

- o   Remind everyone to fill up their trucks at (ideally) the end of day
- Speed Cameras
  - o   Remind your crew of the cameras and look out for the posted limit
  - o   Driving 10mph over the limit will result in a ticket
  - o   Please share the camera location list with your crew
- This Thursday – the Director will be at the Yard
  - o   Training Trailer at 6am and another meeting at 1:30pm
- Next Wednesday
  - o   Clean the yard
- Come across as a fair Supervisor in your zone, rotate lunch times and LP grids
- Remind your staff that there is no use of profanity in the workplace
- Events
  - o   Carnaval Parade and Festival – May 24-25
  - o   This Thursday May 15 – Mayor Ribbon Cutting 10am – 1:30pm
    - ▪   Nintendo Opening on Powell between Geary and Post
  - o

Date: 5/20/2025

Location: Training Trailer

Start Time: 7:30 AM

**Sup II Minutes**

- Thank you
    - Bay to Breakers
    - Nintendo Ribbon Cutting
    - Last week's Clean Corridor
        - This week – Howard from 2nd to 10th
- Speed Cameras
    - Remind your crew of the cameras, look out for the posted limit and drive the posted limit
    - Driving 10mph over the limit will result in a ticket
    - Please share the camera location list with your crew
- PARS – due June 23rd
    - Start working on it
- Tailgate
    - Please do a tailgate on the Respect Policy
        - Read the policy to your crew
- Bag & Tag
    - Remember to do your inspections and tailgates
        - Mandatory bag & tag tailgate once a month
    - Remind staff to thoroughly go through the process with detail, take your time and do it right
        - Make sure to take before and after pictures when doing a bag & tag
        - 1 intake form per person of their items that you bag & tag – make sure to write down all the items on the form
- Fuel Levels
    - Make sure to fill your truck – do not leave your truck below 75%. If you see some who does not fill up their truck regularly and is below 75% - start on the coaching and counseling
- MyTime
    - Don't forget to submit your time
    - Payroll will close this Friday evening – make sure everything is done accurately
    - When entering the SO# - don't forget to write in the comment section
- Vacation
    - June 29th – no approved time off as of Today (staff approved before is okay)

- Tomorrow is the 3rd Wednesday of the month – clean house
  - SO# 2255525
- Profanity
  - There has been an increase use of profanity – no use of profanity at work
    - No music with profanity
- Events
  - Giants' Game – tonight
  - Giants' Day Game – tomorrow
  - Golden State Valkyries' Night Game- tomorrow Chase Center
  - Carnaval - May 24 and 25

Date: 5/27/2025

Location: Training Trailer

Start Time: 7:30 AM

**Sup II Minutes**

- Thank you
  - To everyone for the Carnaval Parade and Festival clean up
  - Last week's Clean Corridor
    - This week – Ocean Ave, 19th Ave to San Leandro
- Fleet Training Schedule
  - Make sure your staff attends the training
    - There is a Make-Up training date on June 5th from 6am – 7am for those who missed training
- Bag & Tag
  - Don't forget to do your monthly Bag & Tag refresher tailgate
- Monthly Inspections
  - Don't forget to turn in your 4 monthly inspections
- PARS
  - Continue to work on the PARS – Due June 23rd
- Profanity
  - There has been an increase use of profanity – no use of profanity at work
    - No music with profanity
- SP Usage
  - Talk with your staff about their SP usage. Let them know you're keeping note of the usage.
- Timesheets
  - If timesheets are not filled out completely and accurately – the payroll will be rejected
  - If you need help with Mytime – go see John Reily
- Lead Pay
  - Please submit your lead pay forms by the end of May
  - Only 1 person can get lead pay for your zone

Date: 6/3/2025

Location: Training Trailer

Start Time: 7:30 AM

**Sup II Minutes**

- Thank you
  - Last week's Clean Corridor
    - This week – San Bruno from Silver to Olmstead
- Speed Cameras
  - Slow down
  - Remind your crew of the cameras and look out for the posted limit
  - Driving 10mph over the limit will result in a ticket
  - Please share the camera location list with your crew
- Fuel Levels
  - Make sure to fill your truck – do not leave your truck below 75%. If you see some who does not fill up their truck regularly and is below 75% - start on the coaching and counseling
  - Remind everyone to fill up their trucks at (ideally) the end of day
- PARS
  - Continue to work on the PARS – Due June 23rd
- Gate Checks
  - Fuel levels might be checked at the gate
- Pride Month
  - Raising of the Flag – Today 9am
- Time Off Requests
  - Time off requests at the end of the month will be closed
- Bag & Tag
  - For before and after photos – take photos of all the bags and be clear what is in the bag and what is going in the container
- Work Vest
  - Must have the vest on and zipped up

Date: 6/10/2025

Location: Training Trailer

Start Time: 7:30 AM

**Sup II Minutes**

- Thank you
  - o Last week's Clean Corridor
    - ▪ This week – Bayshore from Jerrold to Industrial
- Tailgate
  - o Bureau-wide Tailgate
    - ▪ Tomorrow 6:30am and 2:30pm West Yard Aisle B
- Bag & Tag
  - o Don' forget to do the monthly Bag & Tag tailgate
  - o Remind your crew do to take before, during and after photos
    - ▪ Document it
- DDO
  - o Safety Vest
    - ▪ Must have the vest on and zipped up
    - ▪ Must be worn from the start of your shift to the end of your shift
  - o DiJaida will do a check in with the new Sup I and II
    - ▪ June 17 6:30am Training Trailer – Sup I
    - ▪ June 18 6:30am Training Trailer – Sup II
- Cleaning Program
  - o New cleaning program on Mission.
    - ▪ If you are tasked to clean there – only clean with PD support
- Recology
  - o Have your zone/unit displayed on your dash
- Speed Cameras
  - o May 19-25 – reported that 232 of our vehicles speeding 10mph or more
  - o Remind your crew to slow down
  - o Beginning August – no more warnings. Now it will be tickets
- PARS
  - o Continue to work on the PARS – Due June 23rd
- Events
  - o AI Convention – Moscone
  - o North Beach Festival – Saturday and Sunday 11am – 7pm
  - o Sunday Streets in Tenderloin – Golden Gate between Jones and Hyde
  - o Juneteenth
  - o Pride
  - o PUC/DPW Car Show – July 19, Griffith YARD

Date: 6/17/2025

Location: Training Trailer

Start Time: 7:30 AM

**Sup II Minutes**

- Thank you
  - To those who helped with Sunday Streets and North Beach Festival
  - Last week's Clean Corridor
    - This week – No Clean Corridor
  - 
- DDO
  - Emails
    - Make sure to check your emails
      - Come 30 minutes in of shift to check emails and get ahead
  - 311
    - When you come to work – look through the 311 requests
      - Address the ones you can handle
        - If you see ones that you can't handle (ex: PG&E) don't address those.
    - Transferring
      - If you have trouble transferring 311 requests –
        - screenshot that you have transferred the requests,
        - screenshot where you transferred it
        - screenshot the request if it comes back to you
  - PARS due June 23rd
    - PARS 25-26 due July 28
      - Please include (and staple together) for 25-26
        - Roles and Responsibilities of their position
        - Driving Policy
        - Respect Policy
        - Attendance Policy
  - Safety Vest
    - Must have the vest on and zipped up
    - Must be worn from the start of your shift to the end of your shift
- Bag & Tag
  - Remember to do your inspections and tailgates
    - Mandatory bag & tag tailgate once a month
  - Remind staff to thoroughly go through the process with detail, take your time and do it right

- ▪ Make sure to take before and after pictures when doing a bag & tag
- ▪ 1 intake form per person of their items that you bag & tag – make sure to write down all the items on the form
- Tailgate
  - o Hold a tailgate about the Proper Procedures
- Accidents
  - o 16 accidents this month
  - o Tell your crew about safe driving
  - o Slow down, pay attention to your surroundings, drive the post speed limit
- Crowds
  - o When there is a large crowd – must work with SFPD
    - ▪ Do not clean the area without SFPD
- This week - 3rd Wednesday of the Month
  - o Clean the yard
- Events
  - o PUC/DPW Car Show – July 19, Griffith YARD
  - o Juneteenth
  - o Design Automation Conference – Moscone Center 22nd to 25th
  - o