1  EMERY CELLI BRINCKERHOFF ABADY
   WARD & MAAZEL LLP
2  Vasudha Talla (SBN 316219)
   1 Rockefeller Plaza, 8th Floor
3  New York, New York
4  Telephone: (212) 763-5000
   vtalla@ecbawm.com
5
   *Attorneys for Plaintiffs*
6

7
                UNITED STATES DISTRICT COURT
8               NORTHERN DISTRICT OF CALIFORNIA
                      OAKLAND DIVISION
9

10 | COALITION ON HOMELESSNESS, et al.,        Case No. 4:22-cv-05502-DMR

11 |            Plaintiffs,                    **DECLARATION OF NISHA KASHYAP
               v.                              IN SUPPORT OF PLAINTIFFS'
12 |                                           OPPOSITION TO DEFENDANTS'
   | CITY AND COUNTY OF SAN FRANCISCO,         MOTION TO EXCLUDE
13 | et al.,                                   CHRISTOPHER HERRING**

14 |            Defendants.
                                               **Judge:** The Hon. Donna M. Ryu
15

I, NISHA KASHYAP, declare as follows:

1. I am an attorney at Lawyers Committee for Civil Rights of the San Francisco Bay Area, counsel for Plaintiffs in the above-captioned action. I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude Christopher Herring.

2. Attached hereto as **Exhibit A** is a true and correct copy of Dr. Christopher Herring's Expert Report.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from Dr. Herring's deposition transcript.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on June 27, 2025, in Glendale, California.


*/s/ Nisha Kashyap*
Nisha Kashyap