1  AMERICAN CIVIL LIBERTIES UNION
2  Scout Katovich, *pro hac vice*
   425 California Street
3  Suite 700
   San Francisco, CA 94104
4  212-549-2500
   skatovich@aclu.org
5
6  *Attorney for Plaintiffs*

7
8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                          OAKLAND DIVISION

10 | COALITION ON HOMELESSNESS, et al.,    | Case No. 4:22-cv-05502-DMR
11 |                                       |
   |           Plaintiffs,                 | **DECLARATION OF SCOUT**
12 |      v.                               | **KATOVICH IN OPPOSITION TO**
   |                                       | **DEFENDANTS' MOTION TO**
13 | CITY AND COUNTY OF SAN FRANCISCO,     | **EXCLUDE EXPERT TESTIMONY OF**
   | et al.,                               | **BENJAMIN KING, PH.D. MPH**
14 |                                       |
   |           Defendants                  |
15 |                                       |
   |                                       | **Judge:** The Hon. Donna M. Ryu
16

17
18
19
20
21
22
23
24
25
26
27
28

I, SCOUT KATOVICH, declare as follows:

1. I am an attorney at the American Civil Liberties Union, admitted *pro hac vice* before this Court and counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in opposition to Defendants' Motion to Exclude Expert Testimony of Benjamin King, Ph.D. MPH.

2. Plaintiffs' Opposition to Defendants' Motion to Exclude Expert Testimony of Benjamin King, Ph.D. MPH relies on deposition testimony and evidence exchanged during fact discovery.

3. Attached as **Exhibit A** is a true and accurate copy of excerpts of the transcript of the deposition of Dr. Benjamin King, conducted on April 9, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed July 27, 2025, in San Francisco, California.


                                                */s/ Scout Katovich*
                                                Scout Katovich