EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF VASUDHA TALLA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1** <br><br> **Judge:** The Hon. Donna M. Ryu |

I, VASUDHA TALLA, declare as follows:

1. I am an attorney with the American Civil Liberties Union Foundation of Northern California, and counsel for Plaintiffs in the above-captioned action. I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. Plaintiffs' opposition brief relies on deposition testimony and evidence exchanged during fact discovery. Attached hereto as exhibits are true and correct copies of the following documents in support of Plaintiffs' Opposition to Defendants' MIL No. 1 to Exclude Undisclosed Incidents.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Trial Exhibit List filed at Docket 416.

3. I have reviewed Plaintiffs' trial exhibits listed in paragraph 6 of the declaration of Edmund Wang, Dkt. 422-1. All the trial exhibits listed in paragraph 6 were produced during discovery, with the exception of Exhibit 113, a YouTube video depicting Plaintiffs' properly disclosed trial witness Adrinna Malone. There are Bates numbers contained in the "Description" column, with the following exceptions: PX-23, PX-25, PX-27, PX-156, PX-158, PX-160, PX-235, PX-239, PX-247, PX-255, PX-260, PX-263, PX-266, PX-274, PX-281, PX-284, PX-289, PX-301, PX-306, PX-340, PX-400, PX-401, PX-402, PX-403 are all emails Plaintiffs received from the City Attorney's office during litigation that provided 72-hour notice of the locations where HSOC resolutions would take place, and are being offered to show the noticed location of the HSOC resolution.

4. I have reviewed Plaintiffs' trial exhibits listed in paragraph 10 of the declaration of Edmund Wang, Dkt. 422-1. All the trial exhibits listed in paragraph 10 were produced during discovery. There are Bates numbers contained in the "Description" column, with the following exceptions: PX-235, PX-239, PX-247, PX-255, PX-260, PX-263, PX-266, PX-274, PX-281, PX-284, PX-289, and PX-301 are all emails Plaintiffs received from the City Attorney's office during litigation that provided 72-hour notice of the locations where HSOC

resolutions would take place, and are being offered to show the noticed location of the HSOC resolution.

5. Attached hereto as **Exhibit B** is Plaintiffs' Second Amended Initial Disclosures and Likely Trial Witness List dated November 13, 2024.

6. Attached hereto as **Exhibit C** is Plaintiffs' Third Amended Initial Disclosures and Amended Likely Trial Witness List dated January 24, 2025.

7. The fact discovery cut off was March 10, 2025. The last fact witness depositions were taken on March 21, 2025 of City employees Herbert Ruth and Samuel Dodge. These depositions were rescheduled after the fact discovery cut off because the Court needed to resolve Defendants' position that Plaintiffs did not have sufficient deposition time to take these depositions. The last expert witness deposition, of Dr. Chris Herring, was taken on April 14, 2025. On March 9 and March 10, 2025, Defendants made several significant document productions totaling thousands of pages, including CCSF-COH_661014-CCSF-COH_681720, CCSF-COH_681721-CCSF-COH_713826, CCSF-COH_713827-CCSF-COH_713915, and CCSF-COH_713916 - CCSF-COH_715986.

8. Photographs and videos that Mr. Verner-Crist took of the sweeps he observed as of January 2025 were produced to Defendants on January 29, 2025 at Bates numbers VERNER-CRIST_00000001-1813.

9. Notes that Mr. Verner-Crist took of the sweeps he observed were produced to Defendants on February 7, 2025 and February 18, 2025.

10. Photographs and videos that Mr. Verner-Crist took of the sweeps he observed during the first two weeks of February 2025 were produced on February 18, 2025 at Bates numbers VERNER-CRIST_00002775-3261.

11. Mr. Verner-Crist was deposed by Defendants on March 4, 2025 for approximately 333 minutes (or approximately 5 and a half hours) on the record. Attached

1  hereto as **Exhibit D** are true and correct excerpts of the transcript of the deposition of Mr.
2  Verner-Crist taken by Defendants on March 4, 2025.
3      I declare under penalty of perjury pursuant to the laws of the United States that the
4  foregoing is true and correct.
5      Executed June 27, 2025, in Oakland, California.

                                */s/ Vasudha Talla*
                                Vasudha Talla