1  EMERY CELLI BRINCKERHOFF ABADY
   WARD & MAAZEL LLP
2  Vasudha Talla (SBN 316219)
   1 Rockefeller Plaza, 8th Floor
3  New York, New York
4  Telephone: (212) 763-5000
   vtalla@ecbawm.com
5
   *Attorneys for Plaintiffs*
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**
                          **OAKLAND DIVISION**
9

10 | COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
   
11 | Plaintiffs, | **DECLARATION OF VASUDHA TALLA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4 REGARDING TEMPORAL SCOPE OF CLAIMS AND STALE EVIDENCE** |
12 | v. | |
13 | CITY AND COUNTY OF SAN FRANCISCO, et al., | |
14 | Defendants. | |
15 | | **Judge:** The Hon. Donna M. Ryu |

I, VASUDHA TALLA, declare as follows:

1. I am an attorney at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs in the above-captioned matter. I am a member of good standing of the State Bar of California and the bar of this Court. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 4 Regarding Temporal Scope of Claims and Stale Evidence.

1. Attached hereto as Exhibit A is a true and correct copy of certain excerpts from the 30(b)(6) deposition of Samuel B. Dodge, dated March 10, 2025.

2. Attached hereto as Exhibit B is a true and correct copy of certain excerpts from the deposition of Jonathan Vaing, dated January 15, 2025.

3. Attached hereto as Exhibit C is a true and correct copy of certain excerpts from the deposition of Edgar Garcia, dated February 6, 2025.

4. Attached hereto as Exhibit D is a true and correct copy of certain excerpts from the deposition of Samuel B. Dodge, dated March 21, 2025.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Oakland, California on June 27, 2025.

Dated: June 27, 2025

                                                       */s/ Vasudha Talla*
                                                       Vasudha Talla