# EXHIBIT A

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4

5    - - - - - - - - - - - - - - - - - -

6    COALITION ON HOMELESSNESS;         )

7    et al.,                            )

8                 Plaintiffs,           )

9    vs.                                )  CASE NO.

10   CITY AND COUNTY OF SAN             )  4:22-cv-05502-DMR

11   FRANCISCO, et al.,                 )

12                 Defendants.          )

13   - - - - - - - - - - - - - - - - - -

14

15            REMOTE 30(b)(6) DEPOSITION OF

16                  SAMUEL B. DODGE

17        RE:  THE CITY AND COUNTY OF SAN FRANCISCO

18               MONDAY, MARCH 10, 2025

19

20

21          BEHMKE REPORTING AND VIDEO SERVICES, INC.

22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23                550 CALIFORNIA STREET, SUITE 820

24                SAN FRANCISCO, CALIFORNIA 94104

25                     (415) 597-5600

1        And it -- not exactly about homeless

2   encampments, but each department sort of brought their

3   own kind of challenges to the table to see if we could

4   come together and try to approach it in new ways.

5        So that was, I want to say -- I'm going to

6   estimate that was November or December 2017.

7        Q.   When you left HSH and moved to DPW?

8        A.   And was assigned to start working on what

9   became HSOC.

10       Q.   Thank you, Mr. Dodge.

11            So is it fair to say that you've been involved

12   in HSOC since its inception in 2018?

13       A.   Yes.

14       Q.   Thank you.

15            And so are you today prepared to testify, at

16   least to your knowledge, as to -- on HSOC back to its

17   inception in 2018?

18       ATTORNEY MILLS:   Objection; vague, ambiguous,

19   outside the scope of topics that the witness has been

20   designated to speak to.

21   BY ATTORNEY KASHYAP:

22       Q.   You can answer, Mr. Dodge.

23       A.   It was a long time ago.  There's certainly been

24   a lot of changes.  I do know about the inception, like I

25   just was stating, and was there.  There was this period