# EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - - -
 6   COALITION ON HOMELESSNESS,      )
 7   et al.,                         )
 8             Plaintiffs,           ) CASE NO.
 9   v.                              ) 4:22-cv-05502-DMR
10   CITY AND COUNTY OF SAN          )
11   FRANCISCO, et al.,              )
12             Defendants.           )
13   - - - - - - - - - - - - - - - - -
14
15
16                       CONFIDENTIAL
17            REMOTE DEPOSITION OF JONATHAN VAING
18               WEDNESDAY, JANUARY 15, 2025
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA  94104
25                              (415) 597-5600
```

1    most recent role.
2            So you've been acting superintendent for the
3    past six months.
4            Prior to that, were you the assistant
5    superintendent of BSES operations?
6        A.   That's correct.
7        Q.   Okay.  And how long were you the assistant
8    superintendent of BSES operations?
9        A.   I think it was -- I would say about 2020, so
10   about three years, three and a half year.
11       Q.   Okay.  And prior to being the assistant
12   superintendent of BSES operations, what was your title
13   within DPW?
14       A.   I was the Inspection supervisor.
15       Q.   Okay.  And how long were you the Inspection
16   supervisor?
17       A.   Approximately about five to six years.
18       Q.   Okay.  So if I'm doing my math right, that's
19   going back to about 2017, 2016 or 2017?
20       A.   Somewhere there, yes.
21       Q.   Okay.  So let's start with your current role of
22   acting superintendent.
23            What are your job duties in this role?
24       A.   Well, BSES, Bureau of Street Environmental
25   Service, we're a 24-hour operation.  Our main focus is