# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - - -
 6   COALITION ON HOMELESSNESS,       )
 7   et al.,                          )
 8             Plaintiffs,            )
 9   vs.                              )  CASE NO.
10                                    )  4:22-cv-05502-DMR
11   CITY AND COUNTY OF SAN           )
12   FRANCISCO, et al.,               )
13             Defendants.            )
14   - - - - - - - - - - - - - - - - -
15
16                      CONFIDENTIAL
17               DEPOSITION OF EDGAR GARCIA
18                THURSDAY, FEBRUARY 6, 2025
19
20
21       BEHMKE REPORTING AND VIDEO SERVICES, INC.
22           BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23               550 CALIFORNIA STREET, SUITE 820
24                SAN FRANCISCO, CALIFORNIA 94104
25                         (415) 597-5600
```

```
 1    Q.   Okay.
 2    A.   Which is a permanent position.
 3    Q.   And what does TPV stand for?
 4    A.   Temporary provisional.
 5    Q.   Do you -- when does that temporary status end?
 6    A.   That would be January of 2026.
 7    Q.   Do you have any information as to whether that
 8  will either be extended or you'll become permanent in
 9  that position?
10    A.   No.  There's been a hiring freeze, so it's not
11  likely.
12    Q.   But as far as you know sitting here today, you
13  have the job as operations supervisor of the Special
14  Projects Unit until someone tells you you don't?
15    A.   Yes.
16    Q.   So let's go back to your -- well, let's get
17  your work history with DPW since you started.
18         How long have you worked for the Department of
19  Public Works?
20    A.   I started working for the Department of Public
21  Works in September of 2015.
22    Q.   What was your first job?
23    A.   General laborer.
24    Q.   What did you do as a general laborer?
25    A.   I started off as a steam cleaner, which is a
```