# EXHIBIT D

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4   - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,       )
 6   et al.,                          )
 7              Plaintiffs,           )
 8   v.                               ) CASE NO.
 9   CITY AND COUNTY OF SAN           ) 4:22-cv-05502-DMR
10   FRANCISCO, et al.,               )
11              Defendants.           )
12   - - - - - - - - - - - - - - - - - -
13
14
15       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16           REMOTE DEPOSITION OF SAMUEL B. DODGE
17                 FRIDAY, MARCH 21, 2025
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA  94104
25                              (415) 597-5600
```

```
 1  deposition, did you do anything additional to prepare
 2  for today's deposition?
 3      A.   No.
 4      Q.   And I think we went over this a little bit in
 5  your 30(b)(6), but can you remind me, Mr. Dodge, what
 6  your current title is?
 7      A.   I work at the Department of Emergency
 8  Management.  I'm the director of the Street Response
 9  Coordination Division.
10      Q.   And how long have you held that role?
11      A.   Since about November 2022.  I think that's
12  right.
13      Q.   And what was your --
14      A.   I wish I had that document in front of me.
15      Q.   What was your role prior to November of 2022?
16      A.   I was the director of the Healthy Streets
17  Operations Center.
18      Q.   And when did you become the director of the
19  Healthy Streets Operations Center?
20      A.   September '21.
21      Q.   Thank you.
22           Mr. Dodge, is the City starting a new pilot for
23  addressing street encampments on Monday?
24           ATTORNEY MILLS:  Objection; relevance.
25  BY ATTORNEY KASHYAP:
```

1  Q.  You can answer.
2  A.  It's kind of some -- in some ways, it's already
3  started.  But, yes, as the new administration, the
4  mayor -- the mayor was running for office; he had a
5  campaign on -- you know, sort of a platform where he was
6  stating that he felt that there were too many acronyms.
7  It was too confusing.  There were different teams.  Who
8  do you call?  How do you call?  And it's not an
9  unfamiliar concern from elected leaders or from the
10 public.
11         So when he -- coming into office, and through
12 the transition period, it was clear that this was going
13 to be something that they were going to prioritize and
14 try to achieve.  And so, you know, even before they --
15 you know, as they were named and as they started
16 working, the -- his policy chiefs, including Kunal Modi
17 and Paul Yap, they both started to meet with City staff
18 involved in street outreach and response and talk about
19 looking for ways to streamline and consolidate efforts.
20         And so when the mayor gave his inaugural
21 address, you know, in that, he mentioned it as well as
22 kind of a tentpole of his incoming administration and
23 what he wanted to do.  And so there's been quite a bit
24 of meeting and discussion and brainstorming around this.
25         And so -- yeah, there's -- there's a look to

1  changes as we form.
2      ATTORNEY KASHYAP:  Thank you.
3          I think this might be a good place for a break,
4  if that works for Ms. Andrade, works for you-all.  Maybe
5  take ten minutes?  Does that work?
6      ATTORNEY MILLS:  Okay.
7      ATTORNEY KASHYAP:  So we're off the record at 11:12,
8  I think.
9      THE REPORTER:  Yes.
10         (Recess taken from 11:12 a.m. to 11:22 a.m.)
11     THE REPORTER:  It's 11:22.
12     ATTORNEY KASHYAP:  Thank you.
13 BY ATTORNEY KASHYAP:
14     Q.  Mr. Dodge, can you please tell me when you
15 attended the first meeting about this new initiative.
16     ATTORNEY MILLS:  Objection; vague and ambiguous.
17     THE WITNESS:  It's -- I don't -- as I sit here
18 today, I can't correctly recall the exact date.  As I
19 described, it's really been clear through the
20 transition -- there could have been maybe some --
21 some -- something with the transition, maybe from the
22 outgoing administration and the -- some communication
23 with them, that maybe something was coming.  I don't
24 even know when would be considered the start.
25         But definitely as the new administration

1  started and their -- and the -- what do they call them,
2  policy chiefs have been named, there was some
3  opportunity to meet with them sometime in the beginning.
4  And I believe this was, you know, a topic of that
5  conversation.
6          So pretty much like right away, like, you know,
7  this is real.  Because, you know, it's a lot of work and
8  there's sort of reasons why things are the way they are.
9  It's just as far as preference from some of the
10 departments and staff and the comfort in the familiar
11 roles.  And so some of the tenor of discussion is, like,
12 okay, you know, I understand, but you understand it's
13 kind of signing up for a lot of work and communicating,
14 and a lot of work in -- you know, just change management
15 and all of that.
16 BY ATTORNEY KASHYAP:
17     Q.  In any of these meetings, was a representative
18 from Public Works present?
19     ATTORNEY MILLS:  Objection; vague, ambiguous.
20     THE WITNESS:  In any -- I -- I attend a lot of
21 interdepartmental meetings, so...
22 BY ATTORNEY KASHYAP:
23     Q.  Let me be more specific.  Let me start with the
24 meetings that you referenced with the policy chiefs,
25 Mr. Modi and Mr. Yap.

```
 1   don't.  But the -- if I were to -- to guess, February,
 2   beginning of February.  I'm not certain.
 3   BY ATTORNEY KASHYAP:
 4       Q.   Okay.  But they started after Mayor Lurie took
 5   office; is that correct?
 6       ATTORNEY MILLS:  Objection; calls for speculation,
 7   assumes facts not in evidence.
 8       THE WITNESS:  As I sit here today, yes, that is my
 9   recollection.  I'm sorry it's not perfect, but that's --
10   that's the sequence of events as I recall them.
11   BY ATTORNEY KASHYAP:
12       Q.   Okay.  Other than these weekly meetings about
13   the street teams, were there any other interdepartmental
14   meetings to plan this new set of street teams?
15       ATTORNEY MILLS:  Objection; vague and ambiguous.
16       THE WITNESS:  It seems as if every form and
17   opportunity, this is sort of a bit of discussion and
18   planning about this work between different City
19   entities.
20            So, yeah, there just -- have a weekly managers'
21   meeting with HSOC, in which we talk -- we consent to the
22   schedule and talk about any things that we need to talk
23   about to coordinate.  And we've talked about this effort
24   at those -- it's like a department heads meetings.
25   There's been some Teams meetings with different
```