EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF LARISSA GRIJALVA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 5** <br><br> **Judge:** The Hon. Donna M. Ryu |

DECLARATION OF LARISSA GRIJALVA
CASE NO. 4:22-cv-05502-DMR

I, LARISSA GRIJALVA, declare as follows:

1. I am an attorney with the American Civil Liberties Union Foundation of Northern California, and counsel for Plaintiffs in the above-captioned action. I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. Plaintiffs' opposition brief relies on deposition testimony and evidence exchanged during fact discovery. Attached hereto as exhibits are true and correct copies of the following documents in support of Plaintiffs' Opposition to Defendants' MIL No. 5 to Exclude Evidence or Argument that the City's Written Bag and Tag Policy is Unlawful.

2. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Dr. Ben King, PhD MPH.

3. Attached as **Exhibit B** is a true and correct copy of the Expert Report of Chris Herring, PhD.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of the deposition transcript of Brandon Cunningham taken on February 25, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed June 27, 2025, in San Francisco, California.

*/s/ Larissa Grijalva*
Larissa Grijalva