# Exhibit C

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - - -
 6   COALITION ON HOMELESSNESS,       )
 7   et al.,                          )
 8                  Plaintiffs,       )  CASE NO.
 9   vs.                              )  4:22-cv-05502-DMR
10   CITY AND COUNTY OF SAN           )
11   FRANCISCO, et al.,               )
12                  Defendants.       )
13   - - - - - - - - - - - - - - - - -
14      THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
15        SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
16             AND USED ONLY IN ACCORDANCE THEREWITH
17
18              DEPOSITION OF BRANDON CUNNINGHAM
19                 TUESDAY, FEBRUARY 25, 2025
20
21            BEHMKE REPORTING AND VIDEO SERVICES, INC.
22               BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                    550 CALIFORNIA STREET, SUITE 820
24                    SAN FRANCISCO, CALIFORNIA 94104
25                                      (415) 597-5600
```

```
 1      A.   No.
 2      Q.   And do you know is -- why do you say that?
 3      A.   Why do I say no?
 4      Q.   Yeah.
 5      A.   So you're asking -- so generally when we go to
 6 a resolution, it's noticed.  So they get a 72-hour
 7 notice that says:  We're coming in 72 hours.  These are
 8 the resources that are going to be available.  If you're
 9 not interested in these, please clear the area so we can
10 clean the area.
11           If we go to that area, a lot of times, with the
12 notice up, people will already leave.  So if we go there
13 and nobody's on that street that's been noticed, we
14 won't just stop for the day; we'll generally still work
15 in the area and address other areas that have
16 encampments, generally in the same neighborhood,
17 sometimes a block away, sometimes a little farther out.
18      Q.   So when you address encampments in the area,
19 are those areas outside of the locations that have been
20 formally noticed?
21      A.   Yeah.  If we -- if we shift from the area that
22 was formally noticed and there's nothing on that area,
23 we will shift the whole team to an area that does need
24 to be addressed generally close by.
25      Q.   Okay.  So I want to ask you some questions
```

1  about what happens after you shift, but let's talk for a
2  moment about -- well, actually, let's go back to what
3  you said before, which is that HSOC does not need to
4  provide notice.
5         Are you basing that on anything in particular
6  when you say that?
7     A.   I think when I say that, I mean when we shift
8  to a different location, we can still operate.  We
9  don't -- we don't just call it simply because the area
10 that was noticed, no one's there anymore.
11         The difference being, if we shift to a
12 different area, we give people an adequate amount of
13 time to gather their belongings.  We still offer the
14 same amount of resources.  There's just more time in
15 between.
16         And we give the courtesy of:  Okay.  We're
17 going to be here.  We've got to clean the area.  Please
18 break down your tent, gather what you want, leave what
19 you don't.  HOT Team is here if you want to speak with
20 them.  We have other resources if you're interested.
21         As opposed to an area that is noticed, we can
22 generally, if we wanted to, start immediately at 8:00,
23 which we don't.  We still generally give people time
24 because people don't pack by -- even within that 72-hour
25 window.  We'll give them time and the courtesy to gather

```
 1   their belongings, take what they want, leave what they
 2   don't.
 3           I think the difference between the notice and
 4   not the notice is, with the notice, we could start
 5   immediately if we wanted to; but again, we generally do
 6   not.
 7       Q.   Okay.  And for the areas that have not been
 8   noticed, I'm understanding you to say that you can still
 9   clear encampments because you give people an adequate
10   time to move; is that right?
11       A.   (Nods head.)
12       Q.   When you say "adequate," is there some sort of
13   a number or amount of time you have in mind?
14       A.   30 minutes at minimum, but that can vary
15   depending on the individual and the situation.
16       Q.   When you say that it can vary according to the
17   individual and situation, what types of factors in your
18   experience have influenced how much time you've given
19   somebody to move?
20       A.   Sure.  Age, mobility issues, previous medical
21   history, being under the influence potentially.
22       Q.   Anything else?
23       A.   No.
24       Q.   And when you say "mobility," what sorts of
25   mobility issues have you seen that has led you to give
```