EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF ZOE SALZMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 3 REGARDING DISMISSED OR UNALLEGED CLAIMS** <br><br> **Judge:** The Hon. Donna M. Ryu |

I, ZOE SALZMAN, declare as follows:

1. I am an attorney at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs and admitted before this Court *pro hac vice* in this matter. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 3 Regarding Dismissed or Unalleged Claims

1. Attached hereto as Exhibit A is a true and correct copy of certain excerpts from the deposition of Wayman Young, dated January 23, 2025.

2. Attached hereto as Exhibit B is a true and correct copy of certain excerpts from the 30(b)(6) deposition of David Lazar, dated March 3, 2025.

3. Attached hereto as Exhibit C is a true and correct copy of certain excerpts from the 30(b)(6) remote deposition of Jonathan Vaing, Volume 1, dated March 5, 2025.

4. Attached hereto as Exhibit D is a true and correct copy of certain excerpts from the deposition of Dennis Hoang, dated March 5, 2025.

5. Attached hereto as Exhibit E is a true and correct copy of certain excerpts from the deposition of Brittany Brandon, dated January 28, 2025.

6. Attached hereto as Exhibit F is a true and correct copy of certain excerpts from the deposition of Alvaro Castro, dated March 5, 2025.

7. Attached hereto as Exhibit G is a true and correct copy of certain excerpts from the deposition of Allison Horky, dated February 24, 2025.

8. Attached hereto as Exhibit H is a true and correct copy of certain excerpts from the deposition of Arielle Piastunovich, dated March 5, 2025.

9. Attached hereto as Exhibit I is a true and correct copy of certain excerpts from the remote deposition of Herbert Ruth, Jr., dated March 21, 2025.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in New York, New York on June 27, 2025.

Dated: June 27, 2025

*/s/ Zoe Salzman*
Zoe Salzman

1