# Exhibit E

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4    - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS    )
 6   et al.,                      )
 7           Plaintiffs,          )
 8   v.                           )  CASE NO.
 9   CITY AND COUNTY OF           )  4:22-cv-05502-DMR
10   SAN FRANCISCO, et al.,       )
11           Defendants.          )
12   - - - - - - - - - - - - - - - -
13
14
15         CONFIDENTIAL - ATTORNEY'S EYES ONLY
16             DEPOSITION OF BRITTANY BRANDON
17              TUESDAY, JANUARY 28, 2025
18
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                  BY:  BELLE BALL, CSR NO. 8785
23                550 CALIFORNIA STREET, SUITE 820
24                SAN FRANCISCO, CALIFORNIA  94104
25                             (415) 597-5600
```

```
 1       Q    And if SFPD asks you to bag & tag items when
 2  they're issuing a citation, would you create a CMMS
 3  service report before evaluating the items?
 4       A    It depends.  Sometimes we'll generate --
 5  because when they do citations it's usually the only
 6  things, because it's just a cite and release, so the
 7  only things that need to be bagged and tagged are
 8  whatever the structure is, maybe a tent, maybe a tarp.
 9            So we have had times where we called in the
10  tent or called in the tarp before actually evaluating
11  it.  And then when we evaluate, we will see that
12  sometimes they can't be bagged and tagged.
13       Q    And if you evaluate and determine that it
14  can't be bagged and tagged before you call in to create
15  a service report, do you document the -- the request
16  and the fact that you can't bag & tag it any more?
17       A    Yes, to the encampment resolution CMMS
18  request that was already created for that resolution.
19       Q    And what information would you include in
20  that CMMS report for the resolution about that for the
21  SFPD?
22       A    Person's name, date of birth, they were
23  cited, officer they were cited by, could not bag & tag
24  tent for citation, and why.  And pictures showing.
25       Q    Have you ever had a disagreement with anyone
```

```
 1   was an update to the bulky items policy?
 2        A    Not that -- I don't...
 3             (Reporter clarification)
 4             THE WITNESS:  I don't recall.  I don't have
 5   any knowledge of it.
 6   BY MS. KATOVICH
 7        Q    Have you ever received any training on
 8   disability accommodations?
 9        A    Have I what?
10        Q    Received training on disability
11   accommodations?
12        A    Not that I can recall right now.
13        Q    Have you ever received any training or
14   guidance on what to do if a person at an HSOC
15   resolution has a disability?
16        A    Not that I can recall.
17        Q    We have mostly been focusing on HSOC
18   resolutions, but I want to just briefly go back to JFOs
19   and some of the other operations.
20             So first, you described hot spot team going
21   on routes before resolutions, correct?
22        A    Uh-huh.
23        Q    Are those routes documented anywhere?
24        A    On their -- on the daily assignment sheets.
25        Q    And --
```