# Exhibit F

Confidential

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |
| 3 | OAKLAND DIVISION | |
| 4 | - - - - - - - - - - - - - - - - | |
| 5 | COALITION ON HOMELESSNESS, | ) |
| 6 | et al., | ) |
| 7 | Plaintiffs, | ) |
| 8 | vs. | ) CASE NO. |
| 9 | CITY AND COUNTY OF SAN | ) 4:22-cv-05502-DMR |
| 10 | FRANCISCO, et al., | ) |
| 11 | Defendants. | ) |
| 12 | - - - - - - - - - - - - - - - - | |
| 13 | | |
| 14 | | |
| 15 | CONFIDENTIAL | |
| 16 | DEPOSITION OF ALVARO CASTRO | |
| 17 | WEDNESDAY, MARCH 5, 2025 | |
| 18 | | |
| 19 | | |
| 20 | BEHMKE REPORTING AND VIDEO SERVICES, INC. | |
| 21 | STENOGRAPHICALLY REPORTED BY: ANGELA SINCLAIR | |
| 22 | CSR NO. 13902, RDR, RMR, RPR, CRR, CCRR | |
| 23 | 550 CALIFORNIA STREET, SUITE 820 | |
| 24 | SAN FRANCISCO, CALIFORNIA 94104 | |
| 25 | (415) 597-5600 | |

Confidential

```
 1          MR. BARUTH:  May call for speculation.
 2    BY MR. PRASAD:
 3       Q.  You can answer.
 4       A.  As long as it takes.
 5       Q.  What do you mean by "as long as it takes"?
 6       A.  As long as it takes for them to gather up their
 7    belongings and leave.
 8       Q.  Is there a time limit that's ever given to
 9    them?
10       A.  I don't know.  I've never timed it.
11       Q.  Are they ever told that they should clean up
12    within a certain amount of time?
13       A.  Oh, you know, I have heard the San Francisco
14    Public -- the police department tell them, hey, you got
15    10 minutes or, hey, you got 20 minutes, 15 minutes,
16    we'll give you five minutes, yes.
17       Q.  So is it your experience that usually it's the
18    SFPD that tells unhoused people how much time they have?
19       A.  Yes.
20       Q.  And that's usually somewhere between five and
21    15 minutes?
22       A.  I don't know --
23          MR. BARUTH:  May call for speculation.
24          THE WITNESS:  I don't know what "usually" is.
25                    ---o0o---
```

Confidential

1  BY MR. PRASAD:
2      Q.  What you've heard.
3      A.  I've heard them say that before.
4      Q.  You've heard them say five minutes before?
5      A.  Ten, five, yes.
6      Q.  Have you ever heard them say more than
7  30 minutes?
8      A.  Not 30.  I haven't heard them say 30 minutes.
9      Q.  You haven't heard them say 30 minutes?
10     A.  (Witness shakes head.)
11     Q.  So do you believe that it's SFPD who decides
12 how much time people have to leave the area?
13     A.  Yes.
14     Q.  Do Israel and Britney ever decide how much time
15 people have to leave the area?
16     A.  I don't think so.  I haven't heard them say
17 that.
18     Q.  Have you ever heard Israel or Britney telling
19 unhoused people how much time they have to leave the
20 area?
21     A.  No.
22     Q.  What happens if a person needs more time than
23 what the SFPD has given them?
24         MR. BARUTH:  May call for speculation.
25         THE WITNESS:  We give them time.  We give them

```
 1    all the time they need.
 2    BY MR. PRASAD:
 3        Q.  "We" meaning DPW?
 4        A.  Yes.
 5        Q.  What about the police department?  What do they
 6    do when the time's expired?
 7            MR. BARUTH:  Calls for speculation.
 8            THE WITNESS:  I don't know exactly what they
 9    do.
10    BY MR. PRASAD:
11        Q.  Have you received training or instructions
12    relating to how to deal with people at encampments with
13    special needs?
14        A.  Special needs?
15        Q.  Do you understand what I mean by "special
16    needs"?
17        A.  No.
18        Q.  Have you ever received training or instructions
19    related to people at -- dealing with people at
20    encampments who have disabilities?
21        A.  I don't know.
22        Q.  You've never received that training?
23        A.  I didn't say that.  I said I don't know.
24        Q.  Meaning you don't remember?
25        A.  I don't know the question.  Like what kind of
```

Confidential

```
 1    disabilities?
 2         Q.  Have you ever been given specific guidance
 3    about how to work with people who have disabilities at
 4    an encampment resolution?
 5         A.  What do you mean?
 6             MR. BARUTH:  Vague and ambiguous.
 7             THE WITNESS:  What do you mean by a disability?
 8    BY MR. PRASAD:
 9         Q.  Physical disabilities, for example.
10         A.  Oh, physical disabilities?
11         Q.  Yes.
12         A.  I haven't ran across that one.
13         Q.  You've never been given training on that?
14         A.  What would the question be?  The policies?
15         Q.  My question, Mr. Castro, is:  Have you ever
16    received training or guidance that tells you any special
17    rules or procedures to use --
18         A.  Special?
19         Q.  -- when you encounter people with disabilities
20    at HSOC resolutions?
21         A.  I haven't encountered, no.  I'd say no.
22         Q.  Now, we were just earlier talking about people
23    giving -- being given a certain amount of time to pack
24    up; is that correct?
25         A.  Yes.
```