# Exhibit G

```
 1                 UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4   - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,       )
 6   et al.,                          )
 7                 Plaintiffs,        )  CASE NO.
 8   vs.                              )  4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN           )
10   FRANCISCO, et al.,               )
11                 Defendants.        )
12   - - - - - - - - - - - - - - - - - -
13
14
15              DEPOSITION OF ALLISON HORKY
16               MONDAY, FEBRUARY 24, 2025
17
18
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA 94104
25                          (415) 597-5600
```

```
 1        Q.    And would you recommend that a person be
 2   provided more time or something else?
 3        A.    Yeah, we would pass on recommendations.
 4        Q.    And would the incident commander accept those
 5   recommendations and...
 6        A.    Majority of the time, yeah.
 7        Q.    Are there instances when you recommended that a
 8   person be provided more time and they weren't provided
 9   more time?
10        A.    There were probably a few instances where that
11   was the case where maybe we advocated for more time.  I
12   could see a situation where the person had been given
13   more time, maybe a few times already, and they made the
14   decision to -- to not that time.
15        Q.    And if you had a disagreement about whether a
16   person should be given more time, what would you do?
17        A.    I never had a disagreement with the incident
18   commander that I didn't feel like I could work out with
19   the incident commander.  I never had to escalate
20   anything beyond the incident commander in terms of an
21   issue like that.
22        Q.    If you did have a disagreement with the
23   incident commander about whether a person should have
24   more time and you weren't able to resolve it between the
25   two of you, who would you go to?
```

1  of quicker and it's even happening during that morning's
2  resolution, because the incident commander is on the
3  call during the resolution that's currently taking
4  place, if they bring up an issue there that can be
5  resolved, they would probably follow up with the client
6  directly in that moment.
7       But part of our role for DPH would be the
8  follow-up.  And so if it was one of the more complex
9  things going on, it would maybe be myself who would
10 follow up or one of the clinicians.  And we'd go out
11 outside of resolution time.
12     Q.   And has a request or a need for some kind of
13 accommodation ever been rejected?
14     A.   I'm sure it has.  I know -- just because it's
15 not framed that way as like a request for accommodation.
16 It's framed as like, "Here's sort of what -- this is
17 what the client is asking for, and here's what we assess
18 they need."
19      And that research just might not be available.
20 And so, in that case, it would be -- we need to figure
21 out something else.
22     Q.   And is there any kind of formalized disability
23 accommodations process for HSOC?
24     A.   Not that I'm aware of.
25     Q.   Have you ever worked with an ADA coordinator in