# Exhibit H

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4   - - - - - - - - - - - - - - - - -

5   COALITION ON HOMELESSNESS,        )

6   et al.,                           )

7                 Plaintiffs,         )

8   vs.                               )  CASE NO.

9   CITY AND COUNTY OF SAN            )  4:22-cv-05502-DMR

10  FRANCISCO, et al.,                )

11                Defendants.         )

12  - - - - - - - - - - - - - - - - -

13     THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION

14      SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED

15            AND USED ONLY IN ACCORDANCE THEREWITH

16

17          DEPOSITION OF ARIELLE PIASTUNOVICH

18              FRIDAY, JANUARY 31, 2025

19

20

21          BEHMKE REPORTING AND VIDEO SERVICES, INC.

22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23                 550 CALIFORNIA STREET, SUITE 820

24                 SAN FRANCISCO, CALIFORNIA  94104

25                         (415) 597-5600

```
 1   BY MR. DO:
 2       Q.   Have you personally made offers of shelter?
 3       A.   I have.
 4       Q.   Yes.
 5            Do you take into account special needs of the
 6   individual?
 7       A.   Yes.
 8       Q.   What type of special needs do you consider?
 9       A.   Whether they're male or female.  Do they have a
10   wheelchair?  Is there an obvious disability?  Mobility
11   issues?  Because that certainly makes placement, you
12   know, different.  Whether -- we ask the clients what
13   they want, so those are -- you know, to try to ascertain
14   what -- you know, what their needs are and what they
15   want.
16       Q.   Any other special needs that you consider?
17       A.   We do -- we do consider mental health and
18   substance use needs, when offering shelter sometimes.
19   We consider also if someone's been DOS'd from shelter,
20   denied services.  Like, we look people up, and we have
21   to -- we have to sort of understand where they've been,
22   what -- you know, some of their history.
23            But I don't know what you mean by "special
24   needs," exactly.
25       Q.   Are you offered any training in terms of what
```

1    "special needs" refers to?

2        A.    No, not -- not specifically.

3        Q.    In what instances would you not consider an

4    individual's mental health needs?

5        MR. GRADILLA:  Objection; vague.

6        THE WITNESS:  Yeah.  Can you clarify, please.

7    BY MR. DO:

8        Q.    I believe I heard you testify you will

9    sometimes consider an individual's mental health and

10   substance use needs.

11       A.    Yes.

12       Q.    So my question is:  In what instances would you

13   not consider it?

14       A.    Well, we would always consider it.  I mean, we

15   always, you know, try to see if there are -- someone has

16   mental health issues or substance use issues.  Because

17   placement -- you know, at times, placement -- you know,

18   if someone is -- would you like an example?

19       Q.    Sure.  I'll take an example.

20       A.    If someone, for example, has a history of

21   fentanyl use and has a history of ODing, we would be

22   less likely to place someone in an individual room,

23   where they could die, without supervision of any kind.

24            So we take those kinds of things into

25   consideration, substance use history, OD history, and