# Exhibit I

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - -
 6   COALITION ON HOMELESSNESS,    )
 7   et al.,                       )
 8          Plaintiffs,             )
 9   v.                            )  CASE NO.
10   CITY AND COUNTY OF SAN        )  4:22-cv-05502-DMR
11   FRANCISCO, et al.,            )
12          Defendants.             )
13   - - - - - - - - - - - - - - - -
14
15
16                   REMOTE DEPOSITION OF
17                     HERBERT RUTH, JR.
18                  FRIDAY, MARCH 21, 2025
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                     BY:  BELLE BALL, CSR NO. 8785
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA  94104
25                               (415) 597-5600
```

```
 1   this way.
 2          Are there any rules you are supposed to
 3   follow when you come across homeless people who have
 4   disabilities?
 5      A   There's no rules.  I mean, there's nothing
 6   inside the policy that says anything about that.  I'm
 7   not sure.
 8      Q   Have you received any training on dealing
 9   with homeless people who have disabilities?
10      A   I can't remember.
11      Q   In a situation where a disabled person is
12   there at a resolution, and they tell you they need more
13   time because of their disability, what would you do?
14      A   Those services are for the HOT Team,
15   San Francisco Police Department, and the paramedics.
16   The Fire Department.  We are there to clean.
17      Q   Am I right that sitting here today, you're
18   not aware of any -- anything in the bag & tag policy
19   that tells you what to do if there's a -- if you are
20   dealing with someone with disabilities who needs more
21   time?
22          Is that right?
23      A   That's right.  We usually let the services of
24   the City take care of that.  And we take care of
25   cleaning.
```