EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants | Case No. 4:22-cv-05502-DMR <br><br> **DECLARATION OF VIVAKE PRASAD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE OBSERVER TESTIMONY REGARDING UNLAWFUL PROPERTY LOSS** <br><br> **Judge:** The Hon. Donna M. Ryu |

I, VIVAKE PRASAD, declare as follows:

1. I am an attorney at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs and admitted before this Court *pro hac vice* in this matter. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 2 To Exclude Observer Testimony Regarding Unlawful Property Loss.

1. Attached hereto as Exhibit A is a true and correct copy of certain excerpts from the deposition of Shannon Ducharme, dated March 20, 2025.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in New York, New York on June 27, 2025.

Dated: June 27, 2025

                                              */s/ Vivake Prasad*
                                              Vivake Prasad