# Exhibit A

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4    - - - - - - - - - - - - - - - - - -
 5    COALITION ON HOMELESSNESS,         )
 6    et al.,                            )
 7                    Plaintiffs,        )
 8    vs.                                )  CASE NO.
 9    CITY AND COUNTY OF SAN             )  4:22-cv-05502-DMR
10    FRANCISCO, et al.,                 )
11                    Defendants.        )
12    - - - - - - - - - - - - - - - - - -
13
14
15              DEPOSITION OF SHANNON DUCHARME
16                  THURSDAY, MARCH 20, 2025
17
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA 94104
25                              (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10            Deposition of SHANNON DUCHARME, taken on
11   behalf of Plaintiffs, at 1390 Market Street, Seventh
12   Floor, San Francisco, California, commencing at 10:02
13   A.M., THURSDAY, MARCH 20, 2025, before Suzanne I.
14   Andrade, Certified Shorthand Reporter No. 10682,
15   pursuant to Notice of Deposition.
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS:
 3       AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
 4       NORTHERN CALIFORNIA
 5       BY:   JOHN H. DO, ATTORNEY AT LAW
 6       39 Drumm Street
 7       San Francisco, California   94111
 8       Telephone:   (415) 293-6333
 9       Email:  jdo@aclunc.org
10
11   FOR DEFENDANTS AND THE DEPONENT:
12       CITY AND COUNTY OF SAN FRANCISCO
13       OFFICE OF THE CITY ATTORNEY
14       BY:   MIGUEL A. GRADILLA, DEPUTY CITY ATTORNEY
15       1390 Market Street, 7th Floor
16       San Francisco, California   94102
17       Telephone:   (415) 554-4700
18       Email:  miguel.gradilla@sfcityatty.org
19
20
21
22
23
24
25
```

```
 1                          INDEX
 2  THURSDAY, MARCH 20, 2025
 3  SHANNON DUCHARME                                    PAGE
 4       Examination by MR. DO                             6
 5  P.M. SESSION
 6       Examination Resumed by MR. DO                   110
 7       Examination by MR. GRADILLA                     145
 8
 9                         ---oOo---
10
11        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
12                       PAGE      LINE
13                          None.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        EXHIBITS
 2                    SHANNON DUCHARME
 3   NUMBER              DESCRIPTION                 PAGE
 4               (No exhibits were marked.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                THURSDAY, MARCH 20, 2025; 10:02 A.M.
 2        THE REPORTER:  It's 10:02.  My name is Suzanne
 3   Andrade.  I am a California Certified Shorthand
 4   Reporter, CSR License No. 10682.
 5            Please raise your right hand.
 6                     SHANNON DUCHARME,
 7   after having been duly administered the oath to tell the
 8   truth, the whole truth, and nothing but the truth,
 9   testified as follows:
10        THE WITNESS:  I do.
11                       EXAMINATION
12   BY ATTORNEY DO:
13        Q.   Good morning.  My name is John Do.  I'm an
14   attorney for the plaintiffs in this case.
15             Can you remind me one more time how to
16   pronounce your last name?
17        A.   Ducharme.
18        Q.   Ducharme.
19             And should I call you Ms. Ducharme or --
20        A.   Shannon --
21        Q.   -- Shannon?
22        A.   -- is fine.
23        Q.   Shannon's fine?  Great.  Thank you.
24             Can I ask, have you been deposed before?
25        A.   No.
```

```
 1        A.    No.
 2        Q.    And how many times did you meet with Kaitlyn
 3   Murphy?
 4        A.    One time.
 5        Q.    When was that?
 6        A.    Yesterday.
 7        Q.    And about how long did you meet with her?
 8        A.    Like 45 minutes.
 9        Q.    Did you have any e-mail correspondence with
10   regards to this deposition?
11        A.    Yes.
12        Q.    With the City Attorney, I assume?
13        A.    Yes.
14        Q.    With anybody else?
15        A.    No.
16        Q.    Did you prepare any documents or written
17   product with regards to this deposition?
18        A.    No.
19        Q.    Can I ask, what is your current position with
20   the City?
21        A.    I'm a Health Worker II with the Street Medicine
22   Team under the Whole Person Integrated Care Department
23   at DPH.
24        Q.    How long have you had that position?
25        A.    Eight years.
```

```
 1        A.   For almost the entire eight years.  There was
 2   less time inside the first, like, two or three years, I
 3   would say.  It was, like, all street-based, with, like,
 4   a little bit of time in a clinic, because we only really
 5   had, like, one clinic at that time.  And so -- yeah.
 6        Q.   And when you are doing this needs and treatment
 7   assessment, do you often inquire or learn about property
 8   destruction from the patients?
 9        A.   Yes.
10        Q.   And I'm not asking for names of particular
11   individuals, to be clear, but is property destruction a
12   common occurrence for your patients, as they've
13   expressed to you?
14        A.   Yes.
15        Q.   As they've expressed to you in these
16   assessments?
17        A.   Yes.
18        Q.   Is that property destruction by the City?
19        A.   Yes.
20        ATTORNEY GRADILLA:  Just object to that on hearsay
21   grounds.
22        ATTORNEY DO:  Understood.
23   BY ATTORNEY DO:
24        Q.   How often do your patients report property
25   destruction from the City?
```

```
 1         ATTORNEY GRADILLA:  Same objection.
 2         THE WITNESS:  Often.
 3   BY ATTORNEY DO:
 4      Q.   Is it so often that you're having difficulty
 5   providing an estimate?
 6      A.   I mean, I could say that roughly between 60 to
 7   40 percent of my time in my job, of my duties, is
 8   helping people recover items, like IDs or medications or
 9   different documentations, that have been destroyed that
10   they need to then get one more time.
11      Q.   Due to the City's destruction of it?
12      A.   Yes.
13         ATTORNEY GRADILLA:  Objection; hearsay.
14         THE WITNESS:  Oh, sorry.  I have to wait.
15         ATTORNEY DO:  You're welcome to have a standing
16   objection on that.
17         ATTORNEY GRADILLA:  We'll make a standing objection.
18   BY ATTORNEY DO:
19      Q.   Have you seen that rate increase recently?
20      A.   I don't know.
21      Q.   Has it been more or less consistent in the past
22   five years?
23      A.   Yes.
24      Q.   Has it been more or less consistent in the past
25   two years?
```