DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:  (415) 554-3857 (Wang)
            (415) 554-6762 (Murphy)
            (415) 554-3870 (Gradilla)
            (415) 554-4223 (George)
            (415) 355-3304 (Mills)
Facsimile:  (415) 554-4699
E-mail:     edmund.wang@sfcityatty.org
            kaitlyn.murphy@sfcityatty.org
            miguel.gradilla@sfcityatty.org
            john.george@sfcityatty.org
            steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 343-7100
Facsimile:  (415) 343-7101
E-mail:     wmetlitzky@conmetkane.com
            jlanier@conmetkane.com
            ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF MIGUEL A. GRADILLA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. F. RAMZI ASFOUR (ECF No. 421)**<br><br>Date:   July 9, 2025<br>Time:   1:00 p.m.<br>Before: Honorable Donna M. Ryu<br>        Courtroom 4 – 3rd Floor<br>        1301 Clay Street<br>        Oakland, CA 94612<br>Action Filed: September 27, 2022<br>Trial Date:   July 28, 2025 |

I, MIGUEL A. GRADILLA, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Opinions of Dr. F. Ramzi Asfour (ECF No. 421).

2. Attached hereto as **Exhibit 1** is a true and correct copy of the relevant Bag & Tag policy at issue in this case.

3. Attached hereto as **Exhibit 2** is a true and correct excerpt of the April 11, 2025 deposition of Dr. Asfour.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed June 27, 2025, at San Francisco, California.

\*\*s/Miguel A. Gradilla
MIGUEL A. GRADILLA

*\*\*Pursuant to L.R. 5-1, the e-filing attorney attests that each of the other Signatories have concurred in the filing of this document.*

1

CASE NO. 4:22-cv-05502-DMR (LJC)   DECL GRADILLA ISO DEFTS.' OPP TO PLTS' MTN TO EXCLUDE DR. ASFOUR