DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
            (415) 554-6762 (Murphy)
            (415) 554-3870 (Gradilla)
            (415) 554-4223 (George)
            (415) 355-3304 (Mills)
Facsimile:  (415) 554-4699
E-mail:     edmund.wang@sfcityatty.org
            kaitlyn.murphy@sfcityatty.org
            miguel.gradilla@sfcityatty.org
            john.george@sfcityatty.org
            steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile:  (415) 343-7101
E-mail:     wmetlitzky@conmetkane.com
            jlanier@conmetkane.com
            ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br> **DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS OPINIONS OF DR. KATHY PEZDEK** <br><br> Hearing Date: July 9, 2025 <br> Time: 1:00 a.m. <br> Judge: Hon. Donna M. Ryu <br><br> Action Filed: September 27, 2022 <br> Trial Date: July 28, 2025 |

I, EDMUND T. WANG, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco (the "City"); San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. Kathy Pezdek.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Rule 26 expert report of Kathy Pezdek, Ph.D., which was served on March 10, 2025.

3. Attached hereto as **Exhibit B** is a true and correct copy of the *curriculum vitae* of Kathy Pezdek, Ph.D., which was served with Dr. Pezdek's Rule 26 expert report on March 10, 2025.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of Kathy Pezdek, Ph.D., taken on April 7, 2025. This exhibit also includes the executed Errata Sheet for the deposition, served on May 8, 2025.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the transcript of the August 24, 2023 hearing in this case.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the transcript of the deposition of Pauline Wise, taken on Janurary 31, 2025.

7. Attached hereto as **Exhibit F** is a true and correct copy of Appendix A to the Rule 26 expert report of Kathy Pezdek, Ph.D., which was also marked as Exhibit 1412 to the deposition of Kathy Pezdek, Ph.D.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcript of the deposition of Lukas Illa, taken on February 20, 2025.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the transcript of the deposition of Dylan Verner-Crist, taken on March 4, 2025.

1

CASE NO. 4:22-cv-05502-DMR (LJC)    Wang Decl. ISO Opp. to Mot. to Exclude Dr. Pezdek

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the transcript of the deposition of David Martinez, taken on October 15, 2024.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed June 27, 2025, at San Francisco, California.

       s/Edmund T. Wang
       EDMUND T. WANG

2

CASE NO. 4:22-cv-05502-DMR (LJC)  Wang Decl. ISO Opp. to Mot. to Exclude Dr. Pezdek