**EXHIBIT B**

**TO**

**DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS OPINIONS OF DR. KATHY PEZDEK**

Kathy Pezdek, Ph.D.

# VITA
# KATHY PEZDEK, Ph.D.

Professor of Psychology
Claremont Graduate University
Claremont, California 91711
Email: Kathy.Pezdek@CGU.EDU
(909) 621-6900
*Website: https://www.cgu.edu/people/kathy-pezdek/*

## EDUCATION

- Ph.D., Psychology, University of Massachusetts, Amherst, 1975
- M.A., Psychology, University of Massachusetts, Amherst, 1972
- B.S.,   Psychology, University of Virginia, Fredericksburg, 1971

## PROFESSIONAL ASSOCIATIONS

- Association for Psychological Science, Elected APS Fellow, 1999; APS Fellows Committee, 2014 – 2017; Member of the APS Publications Committee, 2024 -
- The Psychonomic Society, Elected Fellow
  Society of Women in Cognitive Science, 2016 Outstanding Mentor Award
- American Psychology - Law Society, APA Division 41
- Society for Applied Research in Memory and Cognition;
  President, 2000-2006
  Elected Governing Board Member, 1994-present
  Publications Committee Chair, 2009 - 2013

## EDITORIAL EXPERIENCE

- North American Editor of *Applied Cognitive Psychology* (1995-2000)
- Member of the Editorial Board for:
  - *Journal of Experimental Psychology: Applied* (2022 - present)
  - *Journal of Applied Research in Memory & Cognition* (2011 - present)
  - *Journal of Applied Psychology* (2002 – 2009)
  - *Legal and Criminological Psychology* (2005 - present)
  - *Journal of Trauma & Dissociation* (2014 - present)
  - *Applied Cognitive Psychology* (1993 - 2011)
  - *Child Development* (1984-1985), (1987-1991)

| GENERAL RESEARCH INTERESTS | GENERAL TEACHING INTERESTS |
|---|---|
| Eyewitness Memory | Statistics & Research Methodology |
| Suggestibility of Memory | Memory |
| Visual Memory | Psychology & Law |
| Autobiographical Memory | Applied Cognitive Psychology |

Kathy Pezdek, Ph.D.

**PUBLICATIONS -- All Copies Available:**
https://kathypezdek.wixsite.com/appliedmemory/research

**Journal Articles**

Suresh, S., Reisberg, D., & Pezdek, K. (in press) Is the appearance change instruction ever helpful for eyewitness identification? *Psychology, Crime & Law*.

Pezdek, K., Shapland, T., & Barragan, J. (2024): Perceptions of officer-involved shootings by police officers versus civilians, *Psychology, Crime & Law*, DOI: 10.1080/1068316X.2024.2319313

Pezdek, K., & Lerer, T. (2023). The New Reality: Non-Eyewitness Identifications in a Surveillance World. *Current Directions in Psychological Science*, *32*(6), 439-445. https://doi.org/10.1177/09637214231182582

Pezdek, K., & Lerer, T. (2023). Let's go to the tape: Science-based standards for non-eyewitness identifications in a surveillance world. *Criminal Law Bulletin*. *59*(1), 1-59.

Reisberg, D., & Pezdek, K. (2023). Police officers have no advantage over civilians when making identifications. *Applied Cognitive Psychology*, 1–7. https://doi.org/10.1002/acp.4158

Pezdek, K., & Reisberg, D. (2022). Psychological myths about evidence in the legal system: How should scientists respond? *Journal of Applied Research in Memory and Cognition*, *11*(2), 143-156.  https://doi.org/10.1037/mac0000037

Reisberg, D. & Pezdek, K. (2022). Myths about evidence in the legal system: Some clarifications. *Journal of Applied Research in Memory and Cognition, 11,* 185-187. https://doi.org/10.1037/mac0000045

Pezdek, K., Shapland, T., & Barragan, J. (2022). Memory outcomes of police officers viewing their body-worn camera video. *Journal of Applied Research in Memory and Cognition, 11*(3), 392–404. https://doi.org/10.1037/mac0000013

Pezdek, K., Abed, E., & Cormia, A. (2021). Elevated stress impairs the accuracy of eyewitness memory but not the confidence–accuracy relationship. *Journal of Experimental Psychology: Applied, 27*(1), 158 - 169. https://doi.org/10.1037/xap0000316

Cormia, A., Shapland, T., Rasheed, A., & Pezdek, K. (2020). Laypeople's beliefs about the effects of common estimator variables on memory. *Memory*. *30*(6), 733 – 743. https://doi.org/10.1080/09658211.2020.1868527

Kathy Pezdek, Ph.D.

Pezdek, K., Abed, E., & Reisberg, D. (2020). Marijuana impairs the accuracy of eyewitness memory and the confidence–accuracy relationship too. *Journal of Applied Research in Memory and Cognition*, *9*(1), 60-67. https://doi.org/10.1016/j.jarmac.2019.11.005

Fenn, E., Ramsay, N., Kantner, J., Pezdek, K., & Abed, E. (2019) Nonprobative photos increase truth, like, and share judgments in a simulated social media environment. *Journal of Applied Research in Memory & Cognition, 8*(2), 131-138. https://doi.org/10.1016/j.jarmac.2019.04.005

Merson, B., & Pezdek, K. (2019). Target-related autobiographical memories affect dietary intake intentions. *Memory*, *27*(10), 1438-1450, DOI: 10.1080/09658211.2019.1674335

Nguyen, T.B., Abed, E., and Pezdek, K. (2018). Postdictive confidence (but not predictive confidence) predicts eyewitness memory accuracy. *Cognitive Research: Principles & Implications*. 3:32 https://doi.org/10.1186/s41235-018-0125-4

Wade, K. A., Garry, M., & Pezdek, K. (2018). Deconstructing rich false memories of committing crime: Commentary on Shaw and Porter (2015). *Psychological Science, 29*(3), 471–476. https://doi.org/10.1177/0956797617703667

Nguyen, T.B., & Pezdek, K. (2017). Memory for disguised same- and cross-race faces: The eyes have it. *Visual Cognition, 25*(7-8), 762-769. doi: 10.1080/13506285.2017.1329762

Abed, E., Fenn, E., & Pezdek, K. (2017). Photographs elevate truth judgments about less well-known people (but not yourself). *Journal of Applied Research in Memory and Cognition, 6*(2), 203-209. doi: 10.1016/j.jarmac.2017.01.007

Pezdek, K., & Blandón-Gitlin, I. (2017). It is just harder to construct memories for false autobiographical events. *Applied Cognitive Psychology, 31*(1), 42-44. doi: 10.1002/acp.3269

Nguyen, T. B., Pezdek, K., & Wixted, J. T. (2017). Evidence for a confidence–accuracy relationship in memory for same- and cross-race faces. *The Quarterly Journal of Experimental Psychology, 70*(12), 2518 – 2534. https://doi.org/10.1080/17470218.2016.1246578

Marsh, B. U., Pezdek, K. & Ozery, D. H. (2016). The cross-race effect in face recognition memory by bicultural individuals. *Acta Psychologica, 169,* 38-44. doi:10.1016/j.actpsy.2016.05.003

Ho, M. R., & Pezdek, K. (2016). Post-encoding cognitive processes in the cross-race effect: Categorization and individuation during face recognition. *Psychonomic Bulletin & Review*, *23*, 771-780, doi: 10.3758/s13423-015-0945-x

Kathy Pezdek, Ph.D.

Merson, B., & Pezdek, K. (2016). Response inhibition and interference suppression in restrained eating. *Journal of Applied Research in Memory & Cognition, 3*(5), 345-351. doi: 10.1016/j.jarmac.2016.07.004

Merson, B., & Pezdek, K. (2016). A meta-analysis of children's self-reports of dietary intake. *Psychology and Health, 32*(2), 186-203. doi: 10.1080/08870446.2016.1250274

Marsh, B. U., Kanaya, T., & Pezdek, K. (2015). The language dependent recall effect influences the number of items in autobiographical memory reports. *Journal of Cognitive Psychology, 27(7),* 829-843. doi: 10.1080/20445911.2015.1046876

Blandón-Gitlin, I., Pezdek, K., Saldivar, S., & Steelman, E. (2014). Oxytocin eliminates the own-race bias in face recognition memory. *Brain Research*, *1580,* 180-187. doi:10.1016/j.brainres.2013.07.015

Marsh, B. U, Pezdek, K., & Lam, S. T. (2014). Imagination perspective affects ratings of the likelihood of occurrence of autobiographical memories. *Acta Psychologica, 150*, 114-119. doi: 10.1016/j.actpsy.2014.05.006

McGuire, M., & Pezdek, K. (2014). Birds of a feather get misidentified together: High entitativity decreases recognition accuracy for groups of other-race faces. *Legal and Criminological Psychology*. doi:10.1111/lcrp.12066

Pezdek, K., & Stolzenberg, S. (2014). Are individuals' familiarity judgments diagnostic of prior contact? *Psychology, Crime, & Law, 20*(4), 302-314. doi:10.1080/1068316X.2013.772181

Pezdek, K., & O'Brien, M. (2014). Plea bargaining and appraisals of eyewitness evidence by prosecutors and defense attorneys. *Psychology, Crime, & Law, 20*(3), 222-241. doi:10.1080/1068316X.2013.770855

Fenn, E., Newman, E.J., Pezdek, K., & Garry, M. (2013). The effect of nonprobative photographs on truthiness persists over time. *Acta Psychologica*, *144*, 207-211. doi://dx.doi.org/10.1016/j.actpsy.2013.06.004

Stolzenberg, S., & Pezdek, K. (2012). Interviewing child witnesses: The effect of forced confabulation on event memory. *Journal of Experimental Child Psychology, 114*(1), 77-88. doi:10.1016/j.jecp.2012.09.006

Pezdek, K., O'Brien, M., & Wasson, C. (2011). Cross-race (but not same-race) face identification is impaired by presenting faces in a group rather than individually. *Law and Human Behavior, 36*(6), 488-495. doi:10.1037/h0093933

Kathy Pezdek, Ph.D.

Pezdek, K., & Salim, R. (2011). Physiological, psychological and behavioral consequences of activating autobiographical memories. *Journal of Experimental Social Psychology, 47*(6), 1214-1218. doi:10.1016/j.jesp.2011.05.004

Gombos, V., Pezdek, K., & Haymond, K. (2011). Forced confabulation affects memory sensitivity as well as response bias. *Memory & Cognition, 40*(1), 127-134. doi:10.3758/s13421-011-0129-5

Pezdek, K., Avila-Mora, E., & Sperry, K. (2010). Does trial presentation medium matter in jury simulation research? Evaluating the effectiveness of eyewitness expert testimony. *Applied Cognitive Psychology, 24*(5), 673-690. doi:10.1002/acp.1578

Pezdek, K., & Freyd, J. J. (2009). The fallacy of generalizing from egg salad in false belief research. *Analyses of Social Issues and Public Policy*, *9*(1), 177-183. doi:10.1111/j.15302415.2009.01178.x

Pezdek, K. (2009). Grading student papers: Reducing faculty workload while improving feedback to students. *APS Observer, 22*(9).

Pezdek, K., Lam, S. T., & Sperry, K. (2009). Forced confabulation more strongly influences event memory if suggestions are other-generated than self-generated. *Legal and Criminological Psychology, 14*(2), 241-252. doi:10.1348/135532508X344773

Blandón-Gitlin, I., Pezdek, K., Lindsay, S.D., & Hagan, L. (2009). Criteria-based content analysis of true and suggested accounts of events. *Applied Cognitive Psychology, 23*(7), 901-917. doi:10.1002/acp.1504

Pezdek, K., & Blandón-Gitlin, I. (2008). Planting false memories for childhood sexual abuse only happens to emotionally disturbed people… not me or my friends. *Applied Cognitive Psychology, 23*(2), 162-169. doi:10.1002/acp.1466

Kleider, H.M., Pezdek, K., Goldinger, S.D., & Kirk, A. (2008). Schema-driven source misattribution errors: Remembering the expected from a witnessed event. *Applied Cognitive Psychology, 22*(1), 1-20. doi:10.1002/acp.1361

Goodman, G.S., Sayfan, L., Lee, J.S., Sandhei, M., Walle-Olsen, A., Magnussen, S., Pezdek, K., & Arrdeondo, P. (2007). The development of memory for own- and other-race faces. *Journal of Experimental Child Psychology, 98*(4), 233-242. doi:10.1016/j.jecp.2007.08.004

Pezdek, K., Sperry, K., & Owens, S., (2007). Interviewing witnesses: The effect of forced confabulation on event memory. *Law and Human Behavior, 31*(5), 463-478. doi:10.1007/s10979-006-9081-5

Kathy Pezdek, Ph.D.

Pezdek, K., Blandón-Gitlin, I., Lam, S., Hart, R.E. & Schooler, J. (2007). Is knowing believing? The role of event plausibility and background knowledge in planting false beliefs about the personal past. *Memory & Cognition, 34*, 1628-1635.

Pezdek, K. (2007). It's just not good science. *Consciousness and Cognition, 16*(1), 29-30. doi:10.1016/j.concog.2006.05.006

Pezdek, K. & Lam, S. (2007). What research paradigms have cognitive psychologists used to study "False memory," and what are the implications of these choices? *Consciousness and Cognition, 16*(1), 2 –17. doi:10.1016/j.concog.2005.06.006

Pezdek, K., Blandón-Gitlin, I. & Gabbay, P. (2006). Imagination and memory: Does imagining implausible events lead to false autobiographical memories? *Psychonomic Bulletin & Review, 13*(5), 764-769. doi:10.3758/BF03193994

Freyd, J.J., Putnam, F.W., Lyon, T.D., Becher-Blease, K.A., Cheit, R.E., Siegel, N.B. & Pezdek, K. (2005). The science of child sexual abuse. *Science*, *308*, 501. doi:10.1126/science.1108066

Pezdek, K. & Blandón-Gitlin, I. (2005). When is an intervening lineup most likely to affect eyewitness identification accuracy? *Legal and Criminological Psychology*, *10*(2), 247-263. doi:10.1348/135532505X49846

Blandón-Gitlin, I., Pezdek, K, Rogers, M. & Brodie, L. (2005). Detecting deception in children: An experimental study of the effect of event familiarity on CBCA ratings. *Law and Human Behavior, 29*(2), 187-197. doi:10.1007/s10979-005-2417-8

Pezdek, K., et al. (2004). Detecting deception in children: Event familiarity affects criterion based content analysis ratings. *Journal of Applied Psychology, 89*(1), 119-126. doi:10.1037/0021-9010.89.1.119

Pezdek, K. (2003). Event memory and autobiographical memory for the events of September 11, 2001. *Applied Cognitive Psychology, 17*(9), 1033-1045. doi:10.1002/acp.984

Pezdek. K., Blandón-Gitlin, I., & Moore, C. (2003). Children's face recognition memory: More evidence for the cross-race effect. *Journal of Applied Psychology, 88*(4), 760-763. doi:10.1037/0021-9010.88.4.760

Pezdek, K., Berry, T., & Renno, P.A. (2002). Children's mathematical achievement: The role of parents' perceptions and their involvement in homework. *Journal of Educational Psychology, 94*(4), 771-777. doi:10.1037/0022-0663.94.4.771

Pezdek, K. (2002). Teaching psychology in the context of a university-community partnership. *Teaching of Psychology, 29*(2), 157-159.

Kathy Pezdek, Ph.D.

Pezdek, K., & Eddy, R. M. (2001). Imagination inflation: A statistical artifact of regression toward the mean. *Memory and Cognition, 29*(5), 707-718. doi:10.3758/BF03200473

Hinz, T., & Pezdek, K. (2001). The effect of exposure to multiple lineups on face identification accuracy. *Law and Human Behavior, 25*(2), 185-198. doi:10.1023/A:1005697431830

Pezdek, K. (2001). A cognitive analysis of the recovered memory/false memory debate. *Journal of Aggression, Maltreatment, and Trauma, 4* (2). [Reprinted in J. J. Freyd & A. P. DePrince (Eds.). *Trauma and Cognitive Science*. Haworth Press: San Diego, CA.]

Finger, K. & Pezdek, K. (1999). The effect of the cognitive interview on face identification accuracy: Release from verbal overshadowing. *Journal of Applied Psychology, 84*(3), 340348. doi:10.1037/0021-9010.84.3.340

Pezdek, K., & Hodge, D. (1999). Planting false childhood memories in children: The role of event plausibility. *Child Development, 70*(4), 887-895. doi:10.1111/1467-8624.00064

Underwood, J., & Pezdek, K. (1998). Memory suggestibility as an example of the sleeper effect. *Psychonomic Bulletin & Review, 5*(3), 449-453. doi:10.3758/BF03208820

Arrigo, J. M., & Pezdek, K. (1997). Lessons from the study of psychogenic amnesia. *Current Directions in Psychological Science, 6*, 148-152. [Reprinted in Oltmanns, T. F. & Emery, R. E. (Eds.).(2004). *Current directions in abnormal psychology*. Upper Saddle River, NJ: Pearson Education, Inc.

Pezdek, K., Finger, K., & Hodge, D. (1997). Planting false childhood memories: The role of event plausibility. *Psychological Science, 8*(6), 437-441. doi: 10.1111/j.14679280.1997.tb00457.x

Pezdek, K., & Roe, C. (1997). The suggestibility of children's memory for being touched: Planting, erasing, and changing memories. *Law and Human Behavior, 21*, 95-106. doi: 10.1023/A:1024870127516

Pezdek, K., & Roe, C. (1995). The effect of memory trace strength on suggestibility. *Journal of Experimental Child Psychology, 60*, 116-128. doi:10.1006/jecp.1995.1034

Pezdek, K., & Roe, C. (1994). Memory for childhood events: How suggestible is it? *Consciousness and Cognition, 3*, 374-387. doi:10.1006/ccog.1994.1021

Pezdek, K. (1994). The illusion of illusory memory. *Applied Cognitive Psychology, 8*, 339350. doi:10.1002/acp.2350080404

Kathy Pezdek, Ph.D.

Pezdek, K. (1994). Avoiding false claims of child sexual abuse: Empty promises. *Family Relations, 43*, 258-260. [Reprinted in Baker, R. A. (Ed.). (1998). *Child sexual abuse and false memory syndrome*. Amherst, NY: Prometheus Books.]

Pezdek, K., & Prull, M. (1993). Fallacies in memory for conversations: Reflections on Clarence Thomas, Anita Hill, and the like. *Applied Cognitive Psychology, 7*, 299-310. doi: 10.1002/acp.2350070404

Pezdek, K., & Greene, J. (1993). Testing eyewitness memory: Developing a measure that is more resistant to suggestibility. *Law and Human Behavior, 17*(3), 361-369. doi:10.1007/BF01044514

Holst, V. F., & Pezdek, K. (1992). Scripts for typical crimes and their effects on memory for eyewitness testimony. *Applied Cognitive Psychology, 6*(7), 573-587. doi:10.1002/acp.2350060702

Reynolds, J. K., & Pezdek, K. (1992). Face recognition memory: The effects of exposure duration and encoding instructions. *Applied Cognitive Psychology, 6*(4), 279-292. doi:10.1002/acp.2350060402

Pezdek, K. et al. (1989). Memory for real world scenes: The role of consistency with schema expectation. *Journal of Experimental Psychology: Learning, Memory and Cognition, 15*(4), 587-595. doi:10.1037/0278-7393.15.4.587

Pezdek, K. et al. (1988). Picture memory: Recognizing added and deleted details. *Journal of Experimental Psychology: Learning, Memory and Cognition, 14*(3), 468-476. doi:10.1037/0278-7393.14.3.468

Pezdek, K., Simon, S., Stoeckert, J., & Kieley, J. (1987). Individual differences in television comprehension. *Memory & Cognition, 15*(5), 428-435. doi:10.3758/BF03197732

Pezdek, K. (1987). Eyewitness identification: The elusive threads of memory. *Connections, 2*, 13-17.

Pezdek, K. (1987). Memory for pictures: A life-span study of the role of visual detail. *Child Development, 58*(3), 807-815. doi:10.2307/1130218

Pezdek, K., Roman, Z., & Sobolik, K. G. (1986). Spatial memory for objects and words. *Journal of Experimental Psychology: Learning, Memory, and Cognition, 12*(6), 530-537. doi:10.1037/0278-7393.12.4.530

Pezdek, K. (1985). Debunking some myths regarding cognitive processing of television. *Television and Children, 8*(4), 41-46.

Kathy Pezdek, Ph.D.

Pezdek, K., Lehrer, A., & Simon, S. (1984). The relationship between reading and cognitive processing of television and radio. *Child Development, 55*(6), 2072-2082. doi:10.2307/1129780

Runco, M. A., & Pezdek, K. (1984). The effect of television and radio on children's creativity. *Human Communication Research, 11*, 109-120. doi:10.1111/j.1468-2958.1984.tb00040.x

Pezdek, K., & Stevens, E. (1984). Children's memory for auditory and visual information on television. *Developmental Psychology, 20*(2), 212-218. doi:10.1037/0012-1649.20.2.212

Pezdek, K., & Hartman, E. F. (1983). Children's television viewing: Attention and comprehension of auditory versus visual information. *Child Development, 54*(4), 1015-1023. doi:10.2307/1129905

Pezdek, K. (1983). Memory for items and their spatial locations by young and elderly adults. *Developmental Psychology, 19*(6), 895-900. doi:10.1037/0012-1649.19.6.895

Evans, G. W., Smith, C., & Pezdek, K. (1982). Cognitive maps and urban form. *Journal of the American Planning Association, 48*(2), 232-244. doi:10.1080/01944368208976543

Pezdek, K., & Chen, H-C. (1982). Developmental differences in the role of detail in picture recognition memory. *Journal of Experimental Child Psychology, 33*(2), 207-215. doi:10.1016/0022-0965(82)90016-9

Pezdek, K., & Miceli, L. (1982). Life-span differences in memory integration as a function of processing time. *Developmental Psychology, 18*(3), 485-490. doi:10.1037/00121649.18.3.485

Pezdek, K. (1980). Life-span differences in semantic integration of pictures and sentences in memory. *Child Development, 51*, 720-729. doi:10.2307/1129457

Evans, G. W., & Pezdek, K. (1980). Cognitive mapping: Knowledge of real world distance and location information. *Journal of Experimental Psychology: Human Learning and Memory, 6*, 13-24. doi:10.1037/0278-7393.6.1.13

Pezdek, K., & Evans, G. W. (1979). Visual and verbal memory for objects and their spatial locations. *Journal of Experimental Psychology: Human Learning and Memory, 5*(4), 360-373. doi:10.1037/0278-7393.5.4.360

Pezdek, K. (1978). Recognition memory for related pictures. *Memory & Cognition, 6*, 64-69. doi:10.3758/BF03197429

Kathy Pezdek, Ph.D.

Kantorowitz, D., Walters, J., & Pezdek, K. (1978). Positive and negative self-monitoring and the control of smoking behavior. *Journal of Consulting and Clinical Psychology, 46*(5), 148-150. doi:10.1037/0022-006X.46.5.1148

Pezdek, K. (1977). Cross-modality semantic integration of sentence and picture memory. *Journal of Experimental Psychology: Human Learning and Memory, 3*(5), 515-524. doi:10.1037/0278-7393.3.5.515

Pezdek, K., & Royer, J. M. (l974). The role of comprehension in learning concrete and abstract sentences. *Journal of Verbal Learning and Verbal Behavior, 13*(5), 551-558. doi:10.1016/S0022-5371(74)80008-3

Myers, J. L., Pezdek, K., & Coulson, D. (1973). Effects of prose organization upon free recall. *Journal of Educational Psychology, 65*(3), 313-320. doi:10.1037/h0035507

## Books

Costanzo, M., Krauss, D., & Pezdek, K. (Eds.) (2007). *Expert psychological testimony for the courts*. Mahwah, NJ: Erlbaum.

Donaldson, S., Berger, D. & Pezdek, K. (Eds.). (2006). *Applied psychology: New frontiers and rewarding careers.* Mahwah, NJ: Erlbaum.

Pezdek, K., & Banks, W. P. (Eds.). (1996). *The recovered memory/false memory debate*. San Diego: Academic Press.

Berger, D., Pezdek, K., & Banks, W. P. (Eds.) (1987). *Applications of cognitive psychology: Problem solving, education and computing*. Hillsdale, NJ: Erlbaum.

## Chapters & Encyclopedia Entries

Pezdek, K. (2022). Psychological research on the use of Body-Worn Cameras. In M. K. Miller & B. H. Bornstein (Eds.), *Advances in psychology and law*, Vol. 6. (pp. 39 – 62). Springer.

Barlow, M. R., Pezdek, K., Blandón-Gitlin, I. (2017). Trauma and memory. In Cook, J. Dalenberg, C., & Gold, S. (Eds.) *American Psychological Association Handbook on Trauma and Psychology*. Vol. 1, (pp. 307-331). Washington, DC, US: American Psychological Association. doi.org/10.1037/0000019-016

DePrince, A.P, Brown, L.S., Cheit, R.E., Freyd, J.J., Gold, S.N., Pezdek, K. & Quina, K. (2012). Motivated forgetting and misremembering: Perspectives from Betrayal Trauma Theory.  In Belli, R. F. (Ed.), *True and False Recovered Memories: Toward a Reconciliation of the Debate (Nebraska Symposium on Motivation 58)* (pp. 193-243). New York: Springer.

Kathy Pezdek, Ph.D.

Pezdek, K. (2011). Fallible eyewitness memory and identification. In B. Cutler (Ed.), *Conviction of the Innocent: Lessons from Psychological Research.* Washington, DC: APA Press.

Davies, G. & Pezdek, K. (2010). Children as witnesses. In G. Towl, & D. Crighton, (Eds.) *Textbook on forensic psychology.* Oxford: Wiley-Blackwell.

Pezdek, K. (2009). Content, form and ethical issues concerning expert psychological testimony on eyewitness identification. In B.L. Cutler (Ed.), *Expert testimony on the psychology of eyewitness identification* (pp. 29-50). New York: Oxford University Press.

Blandón-Gitlin, I., & Pezdek, K. (2009). Children's memory in forensic contexts: Suggestibility, false memory, and individual differences. In B.L. Bottoms, C. J. Najdowski, & G. S. Goodman (Eds.). *Children as victims, witnesses, and offenders: Psychological science and the law* (pp. 57-80). New York: Guilford Press.

Pezdek, K. (2008). Forced Confabulation. In B. L. Cutler (Ed.) *Encyclopedia of Psychology and Law* (pp. 324-325), Thousand Oaks, CA: SAGE Publications.

Pezdek, K. (2008). Post-Event Information. In B. L. Cutler (Ed.) *Encyclopedia of Psychology and Law* (pp. 607-609), Thousand Oaks, CA: SAGE Publications.

Pezdek, K. & Freyd, J.J. (2008). False Memory. In C. M. Renzetti & J. L. Edleson (Eds.), *Encyclopedia of Interpersonal Violence*, Vol. 1, pp 236-237. Thousand Oaks, CA: Sage Publications.

Pezdek, K. (2007). Expert Testimony on Eyewitness Memory and Identification. In M. Costanzo, D. Krauss, & K. Pezdek (Eds.), *Expert Psychological Testimony for the Courts* (pp. 99-117). Mahwah, NJ: Erlbaum.

Pezdek, K., Deffenbacher, K. A., Lam, S., & Hoffman, R. R. (2006). Cognitive Psychology: Applications and Careers. In S. Donaldson, D. Berger, & K. Pezdek (Eds.), *Applied psychology: New frontiers and rewarding careers.* Mahwah, NJ: Erlbaum.

Pezdek, K. (2006). *Memory for the Events of September 11, 2001.* In Nilsson, L.-G. and Ohta, N. (Eds.), *Memory & Society: Psychological Perspectives*. New York: Routledge and Psychology Press.

Pezdek, K., & Hinz, T. (2002). The construction of false events in memory. In H. Westcott, G. Davies & R. Bull (Eds.), *Children's testimony: A handbook of psychological research and forensic practice.* London: Wiley.

Kathy Pezdek, Ph.D.

Pezdek, K., & Taylor, J. (2002). Memory for traumatic events by children and adults. In M. L. Eisen, G. S. Goodman, & J. A. Quas (Eds.), *Memory and suggestibility in the forensic interview* (pp. 165-183). Mahwah, NJ: Lawrence Erlbaum and Associates.

Pezdek, K., & Taylor, J. (1999). Discriminating between accounts of true and false events. In D. F. Bjorklund (Ed.), *Research and theory in false-memory creation in children and adults.* Mahwah, NJ: Lawrence Erlbaum and Associates.

Arrigo, J. M., & Pezdek, K. (1998). Textbook models of multiple personality--Source, bias, and social consequence. In S. J. Lynn, & K. McConkey (Eds.), *Truth in memory* (pp. 372393). New York: Guilford Press.

Pezdek, K., & Gauvain, M. (1990). Memory for pictures: Developmental trends. In T. Husen & T. N. Postlethwaite (Eds.), *International Encyclopedia of Education* (pp. 416419). Oxford: Pergamon Press.

Pezdek, K. (1987). Television comprehension as an example of applied cognitive psychology. In D. Berger, K. Pezdek, & W. P. Banks (Eds.), *Applications of cognitive psychology: Problem solving, education and computing*. Hillsdale, NJ: Erlbaum.

Pezdek, K. (1986). Comprehension: It's even more complex than we thought. In J. H. Danks, I. Kurcz, & G. W. Shugar (Eds.), *Knowledge and language*. Amsterdam: North-Holland.

Pezdek, K. (1980). Arguments for a constructive approach to comprehension and memory. In F. B. Murray (Ed.), *Reading and understanding*. Newark, DE: International Reading Association.

## GRANT RELATED ACTIVITY

National Science Foundation, Program in Law and Social Sciences (2018 – 2021). "*Cognitive Consequences of Viewing Body-Worn Camera Video Footage.*" $ 251,810.

Fletcher Jones Foundation (2018 - 2019). "Does Eyewitness Confidence Predict Eyewitness Accuracy?" $7,947.

Fletcher Jones Foundation (2016 - 2017). "Is Memory for One's Original Perception of an Event Biased by Viewing a Video of the Event?" $8,000.

National Institute of Justice, Office of Justice Programs (2010-2012). "How Accurately Do Eyewitnesses Determine if a Person is Familiar and How Does this Affect Plea Bargaining Decisions by Prosecution and Defense Attorneys?" $225,130.

Fletcher Jones Foundation (2009-2010). "How Accurately Can Eyewitnesses Determine if a Person is Familiar?" $6,650.

Kathy Pezdek, Ph.D.

BLAIS Challenge Fund (2009-2010). "Promoting Cross-Campus Research," $9,000.

Fletcher Jones Foundation (2008-2009). "***More*** Methodological Considerations in Evaluating the Effectiveness of Eyewitness Expert Testimony," $7,000.

Fletcher Jones Foundation (2007-2008). "Methodological Considerations in Evaluating the Effectiveness of Eyewitness Expert Testimony," $7,975.

Fletcher Jones Foundation (2006-2007). "Forced Confabulation: Does Post Event Guessing during Police Interrogation Suggestively Influence Eyewitness Memory?" $6,000.

Fletcher Jones Foundation (2003 – 2004). *"Improving Jurors' Ability to Evaluate the Reliability of Eyewitness Evidence,"* $7,225.

National Science Foundation, Law & Social Sciences Program (2001 – 2004). *"Discriminating Between Children's Accounts of True and False Events,"* $229,807.

National Science Foundation, Law & Social Sciences Program (2000-2003). "*The Suggestive Influence of Viewing an Intervening Lineup on Eyewitness Memory Accuracy,"* $180,000.

Fletcher Jones Foundation (2002), *"Eyewitness Memory for the Events of 9/11,"* $5,000.

Haynes Foundation (2000). *"Discriminating between Children's Accounts of True and False Events,"* $10,000.

Fletcher Jones Foundation (1998). "*The Suggestibility of Memory in Old Age*," $7,900.

Haynes Foundation (1995). *"Curtailing Crime and Increasing Conviction Rates in Eyewitness Cases,"* $8,000.

National Institute of Education (1981-1983). *"Television Viewing: Processing and Memory for Auditorily and Visually Presented Information,"* $122,000.

Spencer Foundation (1976-1977). *"Developmental Changes in Semantic Integration of Sentences and Pictures,"* $10,000. (Grant also accepted for funding by NIE).

National Academy of Sciences visiting scientist award, The Institute of Psychology, Jagiellonian University, Cracow, Poland, (1984).

Kathy Pezdek, Ph.D.

**RECENT ONLINE & OP-ED PIECES**

Lehrer, T. & Pezdek, K. (2024, May). The witness who wasn't there: Challenging the reliability of identifications made from images. *The Champion*.

Pezdek, K. (2024, Summer). Perceptions of Officer-Involved Shootings by Police Officers and Civilians. *Applied Police Briefings*. *Vol. 01*, 54-56.

Pezdek, K. (2024, Summer). Are Memories of Use-of-Force Incidents Altered when Police Officers View their Body-Worn Camera Footage? *Applied Police Briefings*. *Vol. 01*, 51-53.

Pezdek, K. (2022, January/February). Four myths about eyewitness memory. *Sheriff & Deputy Magazine. 74*(1). *50-52.* (See page 50 @ this link: https://nsa.ygsclicbook.com/pubs/sheriffdeputy/2022/JanFeb/live/index.html)

Pezdek, K. (2015). Should cops get to review the video before they report? *The Marshall Project*. https://www.themarshallproject.org/2015/08/13/should-cops-get-to-review-the-video-before-they-report