**EXHIBIT D**

**TO**

**DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS OPINIONS OF DR. KATHY PEZDEK**

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3       Before The Honorable Donna M. Ryu, Magistrate Judge
 4
 5  COALITION ON HOMELESSNESS,    )
    et al.,                       )
 6                                )
             Plaintiffs,          )
 7                                )
    vs.                           )  No. C 22-05502-DMR
 8                                )
    CITY AND COUNTY OF SAN        )
 9  FRANCISCO, et al.,            )
                                  )
10           Defendants.          )
    _____)
11
12                                    Oakland, California
                                      Thursday, August 24, 2023
13
14   TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
                RECORDING 1:03 - 2:34 = 91 MINUTES
15
    APPEARANCES:
16
    For Plaintiffs:
17                              Latham & Watkins, LLP
                                505 Montgomery Street
18                              Suite 2000
                                San Francisco, California
19                                 94111
                          BY:   KEVIN WU, ESQ.
20
                                Latham & Watkins, LLP
21                              650 Town Center Drive
                                20th Floor
22                              Costa Mesa, California 92626
                          BY:   JOSEPH HYUK LEE, ESQ.
23
24
                (APPEARANCE CONTINUED ON NEXT PAGE)
25
```

```
                                                                  2
 1  APPEARANCES:  (Cont'd.)

 2  For Plaintiffs:
                              Lawyers Committee for Civil
 3                              Rights of the San Francisco
                                Bay
 4                            131 Steuart Street, Suite 400
                              San Francisco, California
 5                              94105
                         BY:  ZAL KOTVAL SHROFF, ESQ.
 6
    For Defendants:
 7                            San Francisco City Attorney's
                                Office
 8                            Fox Plaza
                              1390 Market Street
 9                            Sixth Floor
                              San Francisco, California
10                              94102
                         BY:  EDMUND T. WANG, ESQ.
11                       BY:  MIGUEL ANGEL GRADILLA, ESQ.
                         BY:  SUZANA S. IKELS, ESQ.
12

13  Transcribed by:           Echo Reporting, Inc.
                              Contracted Court Reporter/
14                            Transcriber
                              echoreporting@yahoo.com
15

16

17

18

19

20

21

22

23

24

25
```

42

1      The evidence this time around is not as voluminous, and
2 some things are not entirely clear.  So, there were certain
3 instances that I couldn't tell really whether it was a
4 violation.  There wasn't enough information there, but some
5 of them felt like pretty clear violations.
6      So, for example, Verticrist (phonetic) describes seeing
7 the DPW worker throw away a blanket that was folded neatly
8 on top of two neat suitcases, and I saw the picture of that.
9 There's another one where Erickson describes in her
10 declaration that DPW took her belongings.  They'd been set
11 neatly to the side of her tent and covered with a tarp.
12 They included a brand new grill and camp gear and dishes and
13 -- and suitcases with her clothes.
14      ==Declarant Wise (phonetic) said that she saw a worker==
15 ==put her -- I think it was take her jewelry out of a night==
16 ==stand and put it in his pocket and get into his truck, and==
17 ==when she wanted it back, he said, "Well, they belong to the==
18 ==City now," which would be incorrect under any analysis.==
19      So, some of those did stand out as very problematic,
20 and I'm coupling that with what looked like very little
21 training being done.  So, Mr. Wang, Mr. Gradilla, Ms. Ikels,
22 correct me if I've got the record wrong, but it seemed like
23 there was training done of the DPW workers who are on the
24 HSOC Team and on maybe JFO, but even that training, it's not
25 clear what it was.  I don't -- there were no training

```
                                                              61
 1                    CERTIFICATE OF TRANSCRIBER
 2
 3      I certify that the foregoing is a true and correct
 4 transcript, to the best of my ability, of the above pages of
 5 the official electronic sound recording provided to me by
 6 the U.S. District Court, Northern District of California, of
 7 the proceedings taken on the date and time previously stated
 8 in the above matter.
 9      I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties to the action
11 in which this hearing was taken; and, further, that I am not
12 financially nor otherwise interested in the outcome of the
13 action.
14
15                       [signature]
16
17              Echo Reporting, Inc., Transcriber
18                   Monday, August 28, 2023
19
20
21
22
23
24
25
```