**EXHIBIT E**

**TO**

**DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS OPINIONS OF DR. KATHY PEZDEK**

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS;         )
 6   TORO CASTANO; SARAH CRONK;         )
 7   JOSHUA DONOHOE; MOLIQUE FRANK;     )
 8   DAVID MARTINEZ; TERESA SANDOVAL;   )
 9   NATHANIEL VAUGHN,                  )
10           Plaintiffs,                )
11   V.                                 ) CASE NO.
12   CITY AND COUNTY OF SAN             ) 4:22-cv-05502-DMR (LJC)
13   FRANCISCO, et al.,                 )
14           Defendants.                )
15   - - - - - - - - - - - - - - - - - -
16
17         VIDEOTAPED DEPOSITION OF PAULINE WISE
18               FRIDAY, JANUARY 31, 2025
19                PAGES 1 - 88; VOLUME 1
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22       BY:  KRISTIE COFFELT SHEPHERD, CSR NO. 14268
23                550 CALIFORNIA STREET, SUITE 820
24                SAN FRANCISCO, CALIFORNIA 94104
25                         (415) 597-5600
```

```
 1     APPEARANCES OF COUNSEL:
 2     FOR PLAINTIFFS, COALITION ON HOMELESSNESS, ET AL.:
 3        ACLU FOUNDATION OF NORTHERN CALIFORNIA
 4        BY:  WILLIAM S. FREEMAN, ATTORNEY AT LAW
 5             AMANDA YOUNG, ATTORNEY AT LAW
 6        39 Drumm Street
 7        San Francisco, California 94111
 8        Telephone:  (415) 621-2493
 9        Email:  wfreeman@aclunc.org
10                ayoung@aclunc.org
11
12     FOR DEFENDANTS, CITY AND COUNTY OF SAN FRANCISCO:
13        SAN FRANCISCO CITY ATTORNEY'S OFFICE
14        BY:  JOHN H. GEORGE, DEPUTY CITY ATTORNEY
15        1390 Market Street, 7th Floor
16        San Francisco, California 94102
17        Telephone:  (415) 554-4223
18        Email:  john.george@sfcityatty.org
19
20     ALSO PRESENT:
21        KYLE FRIEND, BEHMKE VIDEOGRAPHER
22
23
24
25
```

```
 1        A.    Correct.
 2        Q.    When was the last time that you had a phone?
 3        A.    About a month ago.
 4        Q.    Okay.  Do you remember the number for that
 5   phone?
 6        A.    No.
 7        Q.    Okay.  Where did you get that phone?
 8        A.    They were handing out free phones.  I think it
 9   was TruConnect, or something like that.
10        Q.    And you say "they."  Who was handing out the
11   free phones?
12        A.    People that work for TruConnect on the street.
13        Q.    You got that from a street vendor?
14        A.    Yeah.
15        Q.    Okay.  That phone, did it have a -- any kind of
16   data plan or anything?
17        A.    It was like a -- yeah, I think it had -- I
18   think it was unlimited.
19        Q.    Okay.  And what happened to it?
20        A.    It got lost.
21        Q.    You lost it?  Okay.
22        A.    Yeah.
23        Q.    Did you -- do you know if you left it
24   somewhere?
25        A.    That's what I did, yeah.  I left it --  I set
```

```
 1     it down somewhere, and I -- yeah.
 2          Q.    How long did you have that phone?
 3          A.    Two weeks.
 4          Q.    Okay.  Did you have a phone before that one?
 5          A.    No.
 6          Q.    How long had it been before you got that True
 7     Connect phone since the last time you had a phone?
 8          A.    Like three years.
 9          Q.    Okay.  Do you -- do you have a laptop?
10          A.    No.
11          Q.    Do you have any kind of computer?
12          A.    No.
13          Q.    Okay.  When was the last time that you had a
14     laptop?
15          A.    It's been probably ten years.
16          Q.    Ten years.  Okay.
17                Have you ever had a tablet, like an iPad?
18          A.    No.
19          Q.    No?  Okay.
20                Where did you live before the Camelot Hotel?
21          A.    On the street.
22          Q.    On the street.
23                Did you ever live at the Bayshore Navigation
24     Center?
25          A.    I did.
```

```
1    STATE OF CALIFORNIA ) ss.
2    COUNTY OF SONOMA    )
3              I, Kristie Coffelt Shepherd, do hereby certify:
4              That the witness in the foregoing deposition,
5    PAULINE WISE, was by me duly sworn to testify in the
6    within-entitled cause; that said deposition was taken at
7    the time and place therein named; that the testimony of
8    said witness was reported by me, a duly Certified
9    Shorthand Reporter of the State of California authorized
10   to administer oaths and affirmations, and said testimony
11   was thereafter transcribed into typewriting.
12             I further certify that I am not of counsel for or
13   attorney for either or any of the parties to said
14   deposition, nor in any way interested in the outcome of
15   the cause named in said deposition.
16             The dismantling, unsealing, or unbinding of the
17   original transcript will render the Reporter's
18   Certificate null and void.
19             IN WITNESS WHEREOF, I have hereunto subscribed my
20   name this 14th day of February, 2025.
21   Reading and Signing:  Requested.
22
23   [signature]
24
25   KRISTIE COFFELT SHEPHERD, CA CSR NO. 14268
```