**EXHIBIT F**

**TO**

**DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS OPINIONS OF DR. KATHY PEZDEK**

Report of Kathy Pezdek, Ph.D.

| Appendix A: Cases in Which Dr. Kathy Pezdek has Testified/Been Deposed Past 4-Years, January 2021 Through Current | | | |
|---|---|---|---|
| **Defendant's Name** | **Case #** | **Courthouse** | **Date of Trial Testimony** |
| **2024** | | | |
| Eli Rucker | 24-CR-005604 | Oakland, CA | 12/18/2024 |
| Michael Stortz | | San Francisco, CA | 5/28/2024 |
| Jovan Jones | 23013657 | San Francisco, CA | 3/26/2024 |
| Iman Session | CRI-23008492 | San Francisco, CA | 5/14/2024 |
| Chambers | 22CR43389 | Portland, OR | 7/24/2024 |
| | | | |
| **2023** | | | |
| Jovan Jones | CRI-13001219 | San Francisco, CA | 1/5/2023 |
| Sarith Soun | 22006064 | San Francisco, CA | 2/22/2023 |
| Bill Hobbs | 22012177 | San Francisco, CA | 5/9/2023 |
| Stayson Edmonds | | San Jose, CA | 7/17/2023 |
| Gabriel Garcia | | San Jose, CA | 8/9/2023 |
| Kenneth Earl Gay | A392702-01 | VanNuys, CA | 7/25/2023 |
| Stasean Walker | | San Francisco, CA | 11/1/2023 |
| | | | |
| **2022** | | | |
| Nicholas Cooper | | San Jose, CA | 4/12/2022 |
| Re'Quon Dillard v. Missouri | 21AE-CC00170, 145895 | Kansas City, Mo. | 5/4/2022 (deposition) |
| Laurence Lawrence | IR#35109 IR#20-2646 | Phoenix, AZ | 9/12/2022 |
| Moses Omar Sanchez | BA496721-01 | Los Angeles, CCB | 8/2/2022 |
| Jashaun Brown | BA480243-01 | Los Angeles, CCB | 8/8/2022 |
| | | | |
| **2021** | | | |
| Artym Gasparyan | BA442550 | Los Angeles, CCB | 8/4/2021 |
| Jaime Lopez | BA487542 | Los Angeles, CCB | 4/29/2021 |
| Cameron Standley | No. 20-CR-004678 | Oakland | 5/4/2021 |
| Jose Felix Diaz | BA482366 | Los Angeles, CCB | 11/16/2021 |

EXHIBIT 1412 PLTF. / DEFT.
WITNESS K. Pezdek
CONSISTING OF 1 PAGES
DATE 04-07-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

16 | P a g e