**EXHIBIT G**

**TO**

**DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS'
EXPERT WITNESS OPINIONS OF DR. KATHY PEZDEK**

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   - - - - - - - - - - - - - - -

 5   COALITION ON HOMELESSNESS,   )

 6   et al.,                      )

 7               Plaintiffs,      )

 8   vs.                          )   CASE NO.

 9   CITY AND COUNTY OF SAN       )   4:22-cv-05502-DMR (LJC)

10   FRANCISCO, et al.,           )

11               Defendants.      )

12   - - - - - - - - - - - - - - -

13

14     THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION

15       SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED

16             AND USED ONLY IN ACCORDANCE THEREWITH

17

18           VIDEOTAPED DEPOSITION OF LUKAS ILLA

19               THURSDAY, FEBRUARY 20, 2025

20

21            BEHMKE REPORTING AND VIDEO SERVICES, INC.

22               BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23                    550 CALIFORNIA STREET, SUITE 820

24                    SAN FRANCISCO, CALIFORNIA 94104

25                                      (415) 597-5600
```

```
 1  APPEARANCES OF COUNSEL:
 2  FOR PLAINTIFFS AND THE DEPONENT:
 3       LAWYERS' COMMITTEE FOR CIVIL RIGHTS
 4       OF THE SAN FRANCISCO BAY AREA
 5       BY:  NISHA KASHYAP, ATTORNEY AT LAW
 6       131 Steuart Street, Suite 400
 7       San Francisco, California  94105
 8       Telephone:  (415) 543-9444
 9       Email:  nkashyap@lccrsf.org
10
11  FOR DEFENDANTS:
12       CITY AND COUNTY OF SAN FRANCISCO
13       OFFICE OF THE CITY ATTORNEY
14       BY:  EDMUND WANG, DEPUTY CITY ATTORNEY
15       1390 Market Street, 7th Floor
16       San Francisco, California  94102
17       Telephone:  (415) 554-3800
18       Email:  edmund.wang@sfcityatty.org
19
20  ALSO PRESENT:
21       JOSHUA HEADRICK, VIDEO OPERATOR
22
23
24
25
```

```
 1         ATTORNEY KASHYAP:  Objection; vague as to time.
 2            Go ahead.
 3         THE WITNESS:  No.  I don't believe so, no.
 4   BY ATTORNEY WANG:
 5      Q.   And in your time sort of observing and
 6   monitoring sweeps, have you ever seen written notices of
 7   HSOC resolutions inside of tents?
 8      A.   No.
 9      Q.   Have you ever been told by anyone that a
10   written notice of an HSOC resolution had been slipped
11   under their tent or given to them?
12      A.   Yes.
13      Q.   Do you recall when that happened?
14      A.   No.
15      Q.   Do you know how many -- let's go with HSOC
16   resolutions -- you have observed on behalf of the
17   Coalition?
18      A.   I can give you a range.  Somewhere between 25
19   to 35, I believe.
20      Q.   And do you keep --
21      A.   Well --
22      Q.   Sorry.  Are you still trying to think about
23   your answer?
24      A.   No.  I'm trying to tally up this past month
25   because that was the...
```

```
 1            Okay.  I'm going to amend it to 25 to 40,
 2   because I believe there were more.  Sorry.  Thank you.
 3       Q.   Sure.
 4            (Cell phone interruption.)
 5       ATTORNEY KASHYAP:  Sorry.
 6   BY ATTORNEY WANG:
 7       Q.   Are you able to, sitting here today, sort of
 8   tell me, let's say, the dates of all the HSOC
 9   resolutions that you have observed?
10       A.   Some of them, yeah.
11       Q.   Which ones can you tell me?
12       A.   Two -- on February 8, 2024, A.M.  Let's see.
13   May 21st, 2024, A.M.; May 30th, 2024, P.M. I think it
14   was; August 6th, A.M., November 8th, one of the A.M.s
15   or P.M.s.  And there's a bunch of Jan- -- December 20th,
16   2024, A.M.; oh, August 1st; July 29th.
17            Yeah.  From memory, I can't list more than
18   that, yeah.
19       Q.   Is there some reason why these particular HSOC
20   resolutions stick out in your mind now?
21       A.   Some of them.  But mainly just because of the
22   associated numbers that I can remember.  Yeah.
23       Q.   Do you, like, keep a list -- do you keep a list
24   of all the HSOC resolutions that you've observed on
25   behalf of the Coalition?
```

```
 1   STATE OF CALIFORNIA    )
 2                          ) ss.
 3   COUNTY OF SAN MATEO    )
 4          I hereby certify that the witness in the
 5   foregoing deposition, LUKAS ILLA, was by me duly sworn
 6   to testify to the truth, the whole truth and nothing but
 7   the truth, in the within-entitled cause; that said
 8   deposition was taken at the time and place herein named;
 9   and that the deposition is a true record of the
10   witness's testimony as reported by me, a duly certified
11   shorthand reporter and a disinterested person, and was
12   thereafter transcribed into typewriting by computer.
13          I further certify that I am not interested in
14   the outcome of the said action, nor connected with nor
15   related to any of the parties in said action, nor to
16   their respective counsel.
17          IN WITNESS WHEREOF, I have hereunto set my
18   hand this 3rd day of March, 2025.
19   Reading and Signing was:
20   __X__ Requested    ____ Waived    ____ Not Requested
21
22          [signature]
23
24          SUZANNE I. ANDRADE, CSR NO. 10682
25          STATE OF CALIFORNIA
```