# EXHIBIT H

# TO

# DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS OPINIONS OF DR. KATHY PEZDEK

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   - - - - - - - - - - - - - - - -

 5   COALITION ON HOMELESSNESS,     )

 6   et al.,                        )

 7              Plaintiffs,         )

 8   vs.                            )  CASE NO.

 9   CITY AND COUNTY OF SAN         )  4:22-cv-05502-DMR

10   FRANCISCO, et al.,             )

11              Defendants.         )

12   - - - - - - - - - - - - - - - -

13    THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION

14     SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED

15            AND USED ONLY IN ACCORDANCE THEREWITH

16

17              VIDEOTAPED DEPOSITION OF

18                  DYLAN VERNER-CRIST

19                TUESDAY, MARCH 4, 2025

20

21         BEHMKE REPORTING AND VIDEO SERVICES, INC.

22            BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23               550 CALIFORNIA STREET, SUITE 820

24               SAN FRANCISCO, CALIFORNIA 94104

25                            (415) 597-5600
```

```
 1  APPEARANCES OF COUNSEL:
 2  FOR PLAINTIFFS AND THE DEPONENT:
 3      EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
 4      BY:  VASUDHA TALLA, ATTORNEY AT LAW
 5      1 Rockefeller Plaza, 8th Floor
 6      New York, New York  10020
 7      Telephone:  (212) 763-5000
 8      Email:  vtalla@ecbawm.com
 9  -AND-
10      AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
11      NORTHERN CALIFORNIA
12      BY:  WILLIAM S. FREEMAN, ATTORNEY AT LAW
13      39 Drumm Street
14      San Francisco, California  94111
15      Telephone:  (415) 293-6393
16      Email:  wfreeman@aclunc.org
17
18  FOR DEFENDANTS:
19      CITY AND COUNTY OF SAN FRANCISCO
20      OFFICE OF THE CITY ATTORNEY
21      BY:  EDMUND WANG, DEPUTY CITY ATTORNEY
22      1390 Market Street, 7th Floor
23      San Francisco, California  94102
24      Telephone:  (415) 554-3857
25      Email:  edmund.wang@sfcityatty.org
```

```
 1   APPEARANCES - CONTINUED:
 2   ALSO PRESENT:
 3        JOSHUA HEADRICK, VIDEO OPERATOR
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1           What did you do to prepare for your deposition
 2   today?
 3       A.   I met with my attorneys.  I reviewed my notes
 4   and declarations.  I reviewed -- and I reviewed a few
 5   more materials.
 6       Q.   Okay.  And what are those other materials?
 7       A.   The preliminary injunction order in this case,
 8   what I believe is the most recent set of initial
 9   disclosures in this case, and the bag-and-tag policy.
10       Q.   And that would be DPW's bag-and-tag policy?
11       A.   Yes.
12       Q.   And when you said you reviewed your notes and
13   declarations, are those the declarations that, as far as
14   you know, have been filed in this case?
15       A.   Yes.
16       Q.   Okay.  And then when you say you reviewed your
17   notes, can you describe for me what those notes are?
18       A.   For the -- for the sweeps -- for the encampment
19   resolutions or sweeps that I observed that were not
20   described in declarations, I reviewed notes that I had
21   taken regarding those -- those observations.
22       Q.   So these are written notes that you had taken?
23       A.   Yes.
24       Q.   Okay.  And these notes -- these written notes
25   relate to -- you used the terms sweeps or encampment
```

```
 1   resolutions that were not described in the declarations
 2   that you also reviewed; is that right?
 3        A.   Correct.
 4        Q.   Okay.  Do you know if you reviewed all of your
 5   notes that you've taken throughout the litigation?
 6        A.   I did not.
 7        Q.   Which ones did you review?
 8        A.   I reviewed for -- for resolu- -- for
 9   observations where I've written a declaration, I didn't
10   review notes from those.
11        Q.   Okay.
12        A.   And for resolutions -- for observations where
13   there was no declaration, I reviewed my sort of final
14   photo-incorporated notes.
15        Q.   So for every sweep or encampment resolution
16   that you observed that is not otherwise described in one
17   of your declarations, you reviewed the final written
18   notes for those sweeps or encampment resolutions?
19        A.   Yes, where there was no declaration.
20        Q.   Okay.  Do you have, like, an estimate or if you
21   know the exact number of how many notes you reviewed?
22        A.   I believe I have three declarations.  And
23   beyond that, I would say I think the number is
24   approximately 43 off of the top of my head.
25        Q.   Okay.  Pretty accurate off the top of your
```

```
 1  STATE OF CALIFORNIA     ) ss.
 2  COUNTY OF SAN MATEO      )
 3          I hereby certify that the witness in the
 4  foregoing deposition, DYLAN VERNER-CRIST, was by me duly
 5  sworn to testify to the truth, the whole truth and
 6  nothing but the truth, in the within-entitled cause;
 7  that said deposition was taken at the time and place
 8  herein named; and that the deposition is a true record
 9  of the witness's testimony as reported by me, a duly
10  certified shorthand reporter and a disinterested person,
11  and was thereafter transcribed into typewriting by
12  computer.
13          I further certify that I am not interested in
14  the outcome of the said action, nor connected with nor
15  related to any of the parties in said action, nor to
16  their respective counsel.
17          IN WITNESS WHEREOF, I have hereunto set my
18  hand this 13th day of March, 2025.
19  Reading and Signing was:
20  __X__ Requested  ____ Waived  ____ Not Requested
21
22                  [signature]
23
24          SUZANNE I. ANDRADE, CSR NO. 10682
25          STATE OF CALIFORNIA
```