**EXHIBIT I**

**TO**

**DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS OPINIONS OF DR. KATHY PEZDEK**

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,       )
 6   et al.,                          )
 7                  Plaintiffs,       ) CASE NO.
 8   vs.                              ) 4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN           )
10   FRANCISCO, et al.,               )
11                  Defendants.       )
12   - - - - - - - - - - - - - - - - - - -
13
14
15
16         VIDEOTAPED DEPOSITION OF DAVID MARTINEZ
17                TUESDAY, OCTOBER 15, 2024
18
19
20
21           BEHMKE REPORTING AND VIDEO SERVICES, INC.
22               BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                     550 CALIFORNIA STREET, SUITE 820
24                     SAN FRANCISCO, CALIFORNIA  94104
25                                      (415) 597-5600
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS:
 3        AMERICAN CIVIL LIBERTIES UNION FOUNDATION NORTHERN
 4        CALIFORNIA
 5        BY:  LARISSA GRIJALVA, ATTORNEY AT LAW
 6             WILLIAM S. FREEMAN, ATTORNEY AT LAW
 7        39 Drumm Street
 8        San Francisco, California 94111
 9        Telephone:  (415) 293-6393
10        Email:  lgrijalva@aclunc.org
11                wfreeman@aclunc.org
12
13   FOR DEFENDANTS:
14        CITY AND COUNTY OF SAN FRANCISCO
15        OFFICE OF THE CITY ATTORNEY
16        BY:  KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY
17             STEVEN MILLS, DEPUTY CITY ATTORNEY
17        City Hall, Room 234
18        1 Dr. Carlton B. Goodlett Place
19        San Francisco, California 94102
20        Telephone:  (415) 554-6762
21        Email:  kaitlyn.murphy@sfcityatty.org
22                steven.mills@sfcityatty.org
23
24
25
```

```
 1  APPEARANCES - CONTINUED:
 2  ALSO PRESENT:
 3        KYLE FRIEND, BEHMKE VIDEOGRAPHER
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  the right to do that?
 2      A.   No, no.
 3      Q.   No, that's not correct?
 4      A.   No, no, that's correct.  And they -- I think
 5  they wronged a lot of people.
 6      Q.   Yeah.
 7           What I'm trying to figure out right now is, I'm
 8  going to ask you some questions about each time you
 9  believe the City wrongfully threw away your stuff and
10  then some questions about each time you believe the City
11  wrongfully threw away somebody else's stuff but you saw
12  it.
13      A.   Mm-hmm.
14      Q.   And so right now all I'm trying to do is figure
15  out, like, how many times, what's the universe of, like,
16  instances that we're about to talk through.
17           Does that make sense?
18      A.   For what?  Yeah, yeah, makes sense.
19      Q.   So what's your best estimate of the number of
20  times you think the City wrongfully threw out your stuff
21  between 2018 and today?
22      A.   I don't know.  I would say 30, maybe 40 times.
23      Q.   Okay.  And what's your best estimate of the
24  number of times you think you've seen the City
25  wrongfully throw out somebody else's stuff between --
```

1     A.    Double that, easy.
2     Q.    -- 2018 and today?
3           Okay.  So 60 to 80?
4     A.    Yeah, easy.
5     Q.    All right.  We're going to do a series of
6  questions about each of these times.
7           So can you tell me, when are the 30 to 40 times
8  you believe the City wrongly threw out your stuff?
9     A.    Like dates?
10    Q.    Whatever you've got.  Dates.  Years.
11    A.    No, I don't remember all that.
12    Q.    Do you know how many of them were in 2024?
13    A.    No.
14    Q.    Do you think --
15    A.    Just some things I -- I purposefully try -- try
16 to forget, you know.  It's not --
17    Q.    Yeah.
18    A.    -- stuff I want to remember, you know.
19    Q.    Fair enough.
20          So to kind of make sure I'm following, there
21 are some things that maybe were, like, difficult or hard
22 experiences for you, and so you kind of consciously put
23 those memories aside because they were hard experiences.
24    A.    Mm-hmm.
25    Q.    Is that fair?

```
 1        A.   Well, that's not the same kind of question.  I
 2   mean, and you're asking specific things, right?  Well,
 3   my understanding from -- this is a different question
 4   from the other one.
 5             And they showed up all the time.  DPW is not --
 6        Q.   How many --
 7        A.   -- you know...
 8        Q.   How many times between 2018 and now can you
 9   recall the City wrongly discarding your property?
10        A.   Every time.  I can't give you a number on that
11   because it was a lot.  It was a lot.  It was way more
12   than I would like.
13        Q.   How many times do you believe the City wrongly
14   discarded your property in 2023?
15        A.   I don't know.  I don't know.  Every time they
16   showed up.  I can't change it.  It's all I know.
17        Q.   Was it more than a hundred times?
18        A.   If they showed up more than a hundred times,
19   yeah.
20        Q.   What's your best estimate of the number of
21   times?
22        A.   I can't even --
23        MS. GRIJALVA:  Objection; asked and answered.
24        THE WITNESS:  I don't know.  I don't know.  It was,
25   like, whenever they showed up, and they can show up any
```

```
 1   time they want --
 2   BY MS. MURPHY:
 3        Q.   Was it fewer than --
 4        A.   -- day or night.
 5        Q.   -- a thousand times?
 6        A.   Yeah, I would think so.  Something like that,
 7   maybe.
 8        Q.   Was it fewer than 500 times?
 9        A.   I -- I don't know.  I'm not sure.
10        Q.   So you're not --
11        A.   Because they were always there.
12        Q.   You're not sure one way or another whether the
13   City wrongly discarded your property --
14        A.   No, I'm positive.  Every time they showed up --
15        Q.   Please --
16        A.   -- they wrongly took my stuff and threw it
17   away, every time.  But --
18        Q.   Please --
19        A.   -- I don't have any specific numbers for you.
20   I can't possibly have that.
21        Q.   Please let me finish my question --
22        A.   Okay.
23        Q.   -- just to help us get out of here a little
24   faster.
25             I'm trying to understand your recollection of
```

```
 1   the number of times you believe the City wrongly
 2   discarded your property in 2023.
 3           I heard you say it was less than a thousand but
 4   you weren't sure if it was less than 500; is that
 5   correct?
 6       A.   Yeah, yeah.
 7       Q.   Do you have a best estimate of the number of
 8   times the City wrongly --
 9       A.   No.
10       Q.   -- discarded your property in 2022?
11       A.   Mm-mm.  You have to go to them for that.
12       Q.   Could it have been more than a thousand times?
13       A.   I don't know.  I'm not sure.  To me, it's like
14   the number is not even relevant to the whole question.
15   Whenever they showed up, and that could be two, three
16   times a week, you know.
17       Q.   Do you have a best estimate of the number of
18   times you believe the City wrongly discarded your
19   property in 2021?
20       A.   No.
21       Q.   Could it have been more than a thousand times?
22       A.   No, I doubt that.
23       Q.   Could it have been more than 500 times?
24       A.   Yeah.  Whenever they showed up.  It wasn't --
25   they didn't show up that much, but -- the thousand
```

```
 1   times, but they did show up all the time.
 2        Q.   So in 2021 your best recollection is that
 3   between 500 and a thousand times the City wrongly
 4   discarded your property?
 5        A.   Yeah, every time they showed up.  I don't even
 6   know how else to put it.
 7        Q.   What's your best estimate of the number of
 8   times in 2020 the City wrongly discarded your property?
 9        A.   I don't know.  They -- every time they showed
10   up.
11        Q.   Could it have been more than a thousand times?
12        A.   No, it wasn't that much.  I mean, it was -- it
13   was definitely like 500 or better, but not a thousand.
14   I can't imagine a thousand.  Maybe I'm wrong, though.  I
15   don't know.
16        Q.   So your best estimate, as you sit here today,
17   is that the City wrongly discarded your property
18   somewhere between 500 and a thousand times in 2022 --
19        A.   Yeah, I guess.
20        Q.   -- or 2020?  Excuse me.
21        A.   Yeah, I guess.
22        Q.   What's your best estimate of the number of
23   times the City wrongly discarded your property in 2019?
24        A.   Every time they showed up, you know.
25        Q.   Is it possible that it was more than a thousand
```

1  times?
2      A.   No, no.  Like on a yearly basis, no, they
3  didn't show up that much.  But they did show up twice a
4  week maybe -- you know, maybe, you know.
5      Q.   Could it have been more than 500 times?
6      A.   Yeah, definitely.
7      Q.   So your --
8      A.   Every time they showed up.
9      Q.   Your best estimate is that the City wrongly
10 discarded your property between 500 and a thousand times
11 in the year 2019?
12     A.   Yeah.  I mean, every -- yeah, didn't matter
13 what year it was.  It was always the same thing over and
14 over.
15     Q.   Last year I'm going to ask this question for.
16          What's your best estimate of the number of
17 times the City wrongly discarded your property in 2018?
18     A.   Same thing.  I'm not sure.
19     Q.   Could it have been more than a thousand times?
20     A.   I don't know.  I don't know.
21     Q.   So as you sit here today, you're not sure one
22 way or the other whether the City wrongly discarded your
23 property --
24     A.   No, I'm positive they wrongly took everything,
25 but -- but I can't give you a number.

```
 1        Q.   Yeah.  Let me finish the question.
 2        A.   Okay.
 3        Q.   As you sit here today, you can't say one way or
 4   the other whether the City wrongly discarded your
 5   property more than a thousand times in 2018; is that
 6   true?
 7        A.   Yeah, I guess.
 8        Q.   I'm going to ask you the same questions now,
 9   although instead of being about your property, it's
10   going to be about when you saw the City discard somebody
11   else's property.
12             Does that make sense?
13        A.   Yeah.  I -- I can cut this short.  Same thing.
14   Same thing.
15        Q.   So let me try to wrap this up in one answer,
16   and then you tell me if I've got it.
17             Is it your best recollection that for each year
18   between 2018 and 2024 you have seen the City wrongfully
19   discard somebody else's property between 500 and a
20   thousand times a year?
21        A.   Oh, easy, yeah.
22        Q.   Do you think it's possible that for each year
23   between 2018 and 2024 you've seen the City wrongfully
24   discard someone else's property more than 5,000 times a
25   year?
```

1    A.   No.
2    Q.   Okay.  So your best recollection, as you sit
3 here today, is that for each year between 2018 and 2024
4 you believe that you've seen the City wrongfully discard
5 somebody else's property between 500 and 5,000 times a
6 year?
7    A.   Yeah.
8    MS. MURPHY:   Should we take a break?  We've been
9 going about an hour.
10   MS. GRIJALVA:   Yeah, that sounds good.
11   MS. MURPHY:   Could we go off the record?
12   THE VIDEO OPERATOR:   We are going off the record.
13 The time is 2:02 p.m.
14        (Recess taken from 2:02 p.m. to 2:19 p.m.)
15   THE VIDEO OPERATOR:   This is the beginning of Media
16 No. 4.  We are back on the record.  The time is 2:19.
17 BY MS. MURPHY:
18   Q.   Mr. Martinez, do you remember at the beginning
19 of the deposition I went over a couple of those ground
20 rules to try to make things go faster?
21   A.   Mm-hmm.
22   Q.   And there was the one about, like, the guy who
23 catches the fish and exaggerates a little bit.
24        With that admonition, is there anything about
25 your testimony so far that you feel like you want to

```
 1   correct or change?
 2        A.   No.
 3        Q.   Okay.  I want to ask you some questions about
 4   each specific instance where you remember the City
 5   discarding your property.  And so I'm trying to get a
 6   sense of, like, the details of each of those occasions.
 7             So why don't you just tell me, between 2018 and
 8   today, all of the, like, specific instances you remember
 9   the City discarding your property.
10        A.   I mean, like I said, every time they showed up,
11   they did that.  I don't know.  Understand the question
12   better.  I'm not sure.
13        Q.   Yeah, that's fair.
14             So, like, for example, what are the dates where
15   it happened?
16        A.   I couldn't remember, it happened so much.  It
17   was like -- you wouldn't even think about the time.
18   Like, I never thought about the dates, you know.
19        Q.   Yeah.
20             Do you remember the dates of any of the times
21   the City --
22        A.   No, I'm sorry.
23        Q.   So, as you sit here today, you can't remember
24   the date of a single time the City discarded your
25   property?
```

```
1  STATE OF CALIFORNIA        )
2                             ) ss.
3  COUNTY OF SAN FRANCISCO    )
4          I hereby certify that the witness in the
5  foregoing deposition, DAVID MARTINEZ, was by me duly
6  sworn to testify to the truth, the whole truth and
7  nothing but the truth, in the within-entitled cause;
8  that said deposition was taken at the time and place
9  herein named; and that the deposition is a true record
10 of the witness's testimony as reported by me, a duly
11 certified shorthand reporter and a disinterested person,
12 and was thereafter transcribed into typewriting by
13 computer.
14         I further certify that I am not interested in
15 the outcome of the said action, nor connected with nor
16 related to any of the parties in said action, nor to
17 their respective counsel.
18         IN WITNESS WHEREOF, I have hereunto set my
19 hand this 28th day of October, 2024.
20 Reading and Signing was:
21 _x_ requested    ___ waived    ___ not requested
22
23             [signature]
24
25         SUZANNE I. ANDRADE, CSR NO. 10682
```