DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
           (415) 554-6762 (Murphy)
           (415) 554-3870 (Gradilla)
           (415) 554-4223 (George)
           (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:    edmund.wang@sfcityatty.org
           kaitlyn.murphy@sfcityatty.org
           miguel.gradilla@sfcityatty.org
           john.george@sfcityatty.org
           steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br>Plaintiffs, <br><br>vs. <br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING ALLEGED DRUG USE, ALLEGED BAD ACTS & ALLEGED CRIMINAL HISTORY (ECF No. 419)** <br><br>Hearing Date: July 9, 2025 <br>Time: 1:00 p.m. <br>Judge: Hon. Donna M. Ryu <br><br>Action Filed: September 27, 2022 <br>Trial Date: July 28, 2025 |

I, KAITLYN MURPHY, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts and Alleged Criminal History.

2. Defendants' opposition relies on deposition testimony and evidence exchanged during fact discovery.

3. Defendants deposed Sarah Cronk on September 23, 2024, Joshua Donohoe on November 12, 2024, David Martinez on October 15, 2024, and Shyhyene Brown on February 6, 2025.

4. Plaintiffs have not disclaimed their intent to offer evidence of property destruction during the time frame 2018 to 2024. The City has a separate motion in limine pending to exclude all instances that predate September 27, 2020 as predicate acts or as evidence of a pattern or practice, which is ECF No. 426.

5. Attached hereto as **Exhibit A** is a true and correct excerpt from David Martinez's October 15, 2024 deposition. Plaintiffs did not designate these excerpts from the deposition confidential.

6. Attached hereto as **Exhibit B** is a true and correct copy of Exhibit 109 to the deposition of Shyhyene Brown.

7. Attached as **Exhibit C** is a true and correct copy of Defense Trial Exhibit 2217. Plaintiffs designated this document as "Highly Confidential – Attorney's Eyes Only" under the protective order.

8. Attached as **Exhibit D** is a compilation of the Incident Reports referenced in Plaintiffs' motion as Defense Trial Exhibits 1985-1998, 2001-2003, 4489, 4492, 4494-4498, 4501, 4504, and 4506. References to the following information, which are not material to the dispute have been redacted: witness or suspect name, address, date of birth, age, race, sex, height, weight, hair color, and eye color.

    a. Exhibit 1985, CCSF-COH_660011, PDF page 2
    b. Exhibit 1986, CCSF-COH_660013, PDF page 4
    c. Exhibit 1987, CCSF-COH_660020, PDF page 11
    d. Exhibit 1988, CCSF-COH_660024, PDF page 15
    e. Exhibit 1989, CCSF-COH 660029, PDF page 20
    f. Exhibit 1990, CCSF-COH_660032, PDF page 23
    g. Exhibit 1991, CCSF-COH 659585, PDF page 25
    h. Exhibit 1992, CCSF-COH_659593, PDF page 33
    i. Exhibit 1993, CCSF-COH_659596, PDF page 36
    j. Exhibit 1994, CCSF-COH 660039, PDF page 61
    k. Exhibit 1995, CCSF-COH_659688, PDF page 65
    l. Exhibit 1996, CCSF-COH_659696, PDF page 73
    m. Exhibit 1997, CCSF-COH_660043, PDF page 81
    n. Exhibit 1998 CCSF-COH_659708, PDF page 96
    o. Exhibit 2001, CCSF-COH_659742, PDF page 108
    p. Exhibit 2002, CCSF-COH_659745, PDF page 111
    q. Exhibit 2003, CCSF-COH_659748, PDF page 114
    r. Exhibit 4489, CCSF-COH 658830, PDF page 121
    s. Exhibit 4492, CCSF-COH 659186, PDF page 124
    t. Exhibit 4494, CCSF-COH 659206, PDF page 127
    u. Exhibit 4495, CCSF-COH 659212, PDF page 130
    v. Exhibit 4496, CCSF-COH 659245, PDF page 144

    w. Exhibit 4497, CCSF-COH 659501, PDF page 152

    x. Exhibit 4498, CCSF-COH 659260, PDF page 155

    y. Exhibit 4501, CCSF-COH 659512, PDF page 166

    z. Exhibit 4504, CCSF-COH 659519, PDF page 173

    aa. Exhibit 4506, CCSF-COH 658836, PDF page 182

  I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

  Executed June 27, 2025, at San Francisco, California.

          */s/ Kaitlyn Murphy*
          KAITLYN MURPHY

*\*\*Pursuant to L.R. 5-1(i)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*