# EXHIBIT A

# TO

# DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING ALLEGED DRUG USE, ALLEGED BAD ACTS & ALLEGED CRIMINAL HISTORY (ECF No. 419)

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4   - - - - - - - - - - - - - - - - - - -

 5   COALITION ON HOMELESSNESS,       )

 6   et al.,                          )

 7                 Plaintiffs,        ) CASE NO.

 8   vs.                              ) 4:22-cv-05502-DMR

 9   CITY AND COUNTY OF SAN           )

10   FRANCISCO, et al.,               )

11                 Defendants.        )

12   - - - - - - - - - - - - - - - - - - -

13

14

15

16        VIDEOTAPED DEPOSITION OF DAVID MARTINEZ

17              TUESDAY, OCTOBER 15, 2024

18

19

20

21         BEHMKE REPORTING AND VIDEO SERVICES, INC.

22            BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23                550 CALIFORNIA STREET, SUITE 820

24                SAN FRANCISCO, CALIFORNIA  94104

25                            (415) 597-5600
```

```
 1      A.   No.  It changed after I was there.  I can't
 2  remember exactly how long I was there.
 3      Q.   Best estimate?
 4      A.   I'd say three years maybe.
 5      Q.   Okay.
 6      A.   Three and a half maybe, something like that.
 7      Q.   And that was sometime around 1996?
 8      A.   That was, yeah, back.  Way back, yeah.
 9      Q.   I'm also going to ask you some questions now
10  about drug use, also questions I ask everybody.
11           Between 2018 and today, have you used any
12  illegal drugs?
13      MS. GRIJALVA:  Objection based on relevance and
14  privacy to -- to any questions around drugs.
15           But you can answer.
16      THE WITNESS:  Say again?
17  BY MS. MURPHY:
18      Q.   Between 2018 and today, have you used any
19  illegal drugs?
20      A.   Marijuana, if that's illegal.  I don't know.
21      Q.   So that's a great one.  Yeah.
22           Any others?
23      A.   No, no.
24      Q.   Okay.  Methamphetamines?
25      A.   No, no.  I did for a little while, but I didn't
```

 1    like it.  So...
 2        Q.   Heroin?
 3        A.   Oh, no.  That was a long time ago, long, long
 4    time ago.  Way before I came here.
 5        Q.   What about oxy?
 6        A.   No, no.  I wasn't a pill person.
 7        Q.   Same thing for fentanyl?
 8        A.   Yeah, same thing.  Oh, God, no.
 9        Q.   So you never use any of those?
10        A.   No, no.  Fentanyl, no.  I lost so many friends
11    to fentanyl, I would never use that.
12        Q.   So the only drug that you recall using between
13    2018 -- the only illegal drug you recall using from 2018
14    to today is marijuana?
15        A.   Yeah, yeah, pretty much.  Helps me sleep.
16        Q.   When's the last time you recall using
17    methamphetamines?
18        A.   Oh, I don't know.  Long time ago.
19        Q.   Do you have a best estimate?
20        A.   No.
21        Q.   Do you recall ever being asked to leave a
22    Navigation Center because of alleged heroin use?
23        A.   No.  I left on my own.  I shouldn't even have
24    left, but I left on my own.  Just got tired of being
25    there.

```
 1  STATE OF CALIFORNIA          )
 2                               ) ss.
 3  COUNTY OF SAN FRANCISCO      )
 4              I hereby certify that the witness in the
 5  foregoing deposition, DAVID MARTINEZ, was by me duly
 6  sworn to testify to the truth, the whole truth and
 7  nothing but the truth, in the within-entitled cause;
 8  that said deposition was taken at the time and place
 9  herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested person,
12  and was thereafter transcribed into typewriting by
13  computer.
14              I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18              IN WITNESS WHEREOF, I have hereunto set my
19  hand this 28th day of October, 2024.
20  Reading and Signing was:
21  _x_ requested    ___ waived    ___ not requested
22
23                       [signature]
24
25            SUZANNE I. ANDRADE, CSR NO. 10682
```