| | |
|---|---|
| DAVID CHIU, State Bar #189542<br>City Attorney<br>YVONNE R. MERÉ, State Bar #173594<br>Chief Deputy City Attorney<br>EDMUND T. WANG, State Bar #278755<br>KAITLYN M. MURPHY, State Bar #293309<br>MIGUEL A. GRADILLA, State Bar #304125<br>JOHN H. GEORGE, State Bar #292332<br>STEVEN A. MILLS, State Bar #328016<br>Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4682<br>Telephone: (415) 554-3857 (Wang)<br>           (415) 554-6762 (Murphy)<br>           (415) 554-3870 (Gradilla)<br>           (415) 554-4223 (George)<br>           (415) 355-3304 (Mills)<br>Facsimile: (415) 554-4699<br>E-mail: edmund.wang@sfcityatty.org<br>         kaitlyn.murphy@sfcityatty.org<br>         miguel.gradilla@sfcityatty.org<br>         john.george@sfcityatty.org<br>         steven.mills@sfcityatty.org | WARREN METLITZKY, State Bar #220758<br>JESSICA ELAINE LANIER, State Bar #303395<br>NATHAN D. THEOBALD, State Bar #328837<br>**CONRAD \| METLITZKY \| KANE LLP**<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 343-7100<br>Facsimile: (415) 343-7101<br>E-mail: wmetlitzky@conmetkane.com<br>         jlanier@conmetkane.com<br>         ntheobald@conmetkane.com |

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS;<br>SARAH CRONK; JOSHUA DONOHOE;<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING SHELTER AVAILABILITY (ECF NO. 418)**<br><br>Hearing Date: July 9, 2025<br>Time: 1:00 p.m.<br>Judge: Hon. Donna M. Ryu<br><br>Action Filed: September 27, 2022<br>Trial Date: July 28, 2025 |

I, STEVEN MILLS, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion in Limine Regarding Shelter Availability (ECF No. 418).

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' First Set of Requests for Production to Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Fan Francisco Department of Emergency Management dated December 21, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of Initial Disclosures by Defendants dated January 5, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of Defendants' Response to Plaintiffs' First Request for Production dated January 23, 2023.

5. Attached hereto as **Exhibit D** is a true and correct copy of Defendants' Response to Plaintiffs' First Set of Interrogatories dated March 13, 2023.

6. Attached hereto as **Exhibit E** is a true and correct copy of a December 15, 2023 letter from the City Attorney's Office to Plaintiffs' Counsel concerning search terms and custodians from HSH, DPW, DPH, DEM, SFPD, SFFD, and the Mayor's Office.

7. Attached hereto as **Exhibit F** is a true and correct highlighted copy of email correspondence between the City Attorney's Office and Plaintiffs' Counsel concerning the production of shelter and housing records following *Grants Pass*.

8. Attached hereto as **Exhibit G** is a true and correct copy of Second Supplemental Initial Disclosures by Defendants dated November 12, 2024.

9. Attached hereto as **Exhibit H** is a true and correct copy of Defendants' Likely Trial Witness List dated November 12, 2024. This list was subsequently amended.

10. Attached hereto as **Exhibit I** is a true and correct copy of Third Supplemental Initial Disclosures by Defendants dated March 7, 2025.

11. Attached hereto as **Exhibit J** is a true and correct copy of Plaintiffs' Notice of Deposition of Sarah Locher dated October 16, 2024.

12. Attached hereto as **Exhibit K** is a true and correct copy of Plaintiffs' Notice of Deposition of Lisa Rachowicz dated January 16, 2025.

13. Attached hereto as **Exhibit L** is a true and correct highlighted copy of email correspondence between Plaintiffs' Counsel and the City Attorney's Office withdrawing the deposition notice of Sarah Locher in light of agreed deposition limits from October 18, 2024.

14. Attached hereto as **Exhibit M** is a true and correct highlighted copy of correspondence between Plaintiffs' Counsel and the City Attorney's Office withdrawing the deposition of Lisa Rachowicz dated February 15, 2025.

15. Attached hereto as **Exhibit N** is a true and correct excerpt from the deposition of Arielle Piastunovich dated January 31, 2025.

16. Attached hereto as **Exhibit O** is a true and correct excerpt from the 30(b)(6) deposition of Samuel Dodge dated March 10, 2025.

17. Attached hereto as **Exhibit P** is a true and correct excerpt from the deposition of David Nakanishi dated February 7, 2025.

18. Attached hereto as **Exhibit Q** is a true and correct excerpt from the deposition of Jason Adamek dated February 12, 2025.

19. The City produced approximately 227,334 bates pages of custodial documents in response to negotiated terms on May 23, 2023 (CCSF-COH_022345 to 045583), November 7, 2023 (CCSF-COH_054848 to 198407), and January 17, 2024 (CCSF-COH_200182 to 260724). An

additional 34,803 pages were produced on October 2, 2024 (CCSF-COH_310105 to 344538) and October 7, 2024 (CCSF-COH_350902 to 351572).

20. Following *Grants Pass*, the City produced client data from the ONE system maintained by HSH for Plaintiffs, members of the Coalition, and individuals identified as trial witnesses, and entire CAAP files for similar witnesses.

21. Plaintiffs deposed multiple City employees who were not included on initial disclosures or likely trial witness lists. These witnesses included Al Castro, Corey Jackson, Joel Martinez, and Shannon Ducharme. The City objected that Plaintiffs were deposing individuals no party disclosed and Plaintiffs proceeded with them anyway.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed June 27, 2025, at San Francisco, California.

       */s/Steven Mills\*\**
       STEVEN MILLS

*\*\*Pursuant to L.R. 5-1, the e-filing attorney attests that each of the other Signatories have concurred in the filing of this document.*