**EXHIBIT E**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING SHELTER AVAILABILITY (ECF NO. 418)**



**CITY AND COUNTY OF SAN FRANCISCO**

DAVID CHIU
City Attorney

**OFFICE OF THE CITY ATTORNEY**

JOHN H. GEORGE
Deputy City Attorney

Direct Dial: (415) 554-4223
Email: john.george@sfcityatty.org

December 15, 2023

**VIA EMAIL ONLY**

jdo@aclunc.org; wfreeman@aclunc.org
zshroff@lccrsf.org; antim@lccrsf.org; nkashyap@lccrsf.org;
wesley.tiu@lw.com; al.pfeiffer@lw.com; kevin.wu@lw.com
tulin.gurer@lw.com; joseph.lee@lw.com; rachel.mitchell@lw.com
SF.PROBONO.UNHOUSED.PERSONS.LITIGATION@lw.com

| | |
|---|---|
| John Thomas H. Do<br>William S. Freeman<br>ACLU FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111 | Wesley Tiu<br>Alfred Carroll Pfeiffer, Jr.<br>Kevin Wu<br>Tulin Gurer<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| Zal Kotval Shroff<br>Andrew Ntim<br>Nisha Kashyap<br>LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY<br>131 Steuart Street, Suite 400<br>San Francisco, CA 94105 | Joseph Hyuk Lee<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br><br>Rachel Mitchell<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130 |

Re: *Coalition on Homelessness, et al. v. City and County of San Francisco, et al.*
United States District Court Case No. 4:22-cv-05502-DMR

Dear Counsel:

  We write regarding the search terms and custodians the City used to identify potentially responsive and relevant documents and propose modifications to increase the potential relevance of the documents identified through searches and reduce the burden on San Francisco of reviewing and producing documents in response to Plaintiffs' requests consistent with the proportionality requirements of the Federal Rules of Civil Procedure. If you would like to meet and confer to discuss the City's proposals, please let us know your availability.

  The City, pursuant to the parties' agreement regarding the terms and custodians in Appendix 1, searched for the 59 agreed terms in the custodial files of the 22 custodians. That search identified approximately 400,000 unique documents, including a substantial number of

FOX PLAZA · 1390 MARKET STREET, 7TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 437-4644

n:\govlit\li2023\230239\01723200.docx

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Page 2
December 15, 2023

documents that were only identified because the searched term appeared in a person's email signature, but nowhere else. After eliminating those documents, the 59 terms still yielded 150,651 unique documents. The hit count is reflected in Appendix 2.

The City then undertook a targeted review of random sample sets[1] drawn from several terms that yielded approximately 10,000 or more documents and identified numerous documents that hit on the terms, but are irrelevant. Accordingly, the City proposes several modifications to the search terms to preserve the search terms that most consistently produce relevant documents while reducing the discovery burden. The proposed modifications are based on San Francisco's good faith review of the sample sets and designed to reach a set of search terms that most precisely provides Plaintiffs with the categories of documents they have requested without unnecessarily burdening San Francisco with review of non-responsive records. Our assessment revealed three areas of low hanging fruit to streamline document review: (1) root expanders/wildcards, (2) connectors, and (3) dates and numerical information.

*Root Expanders/Wildcards*. First, the "*" that is used as a root expander/wildcard at the end of numerous terms (*e.g.*, camp*, tent*, polic*) returns thousands of documents that have no bearing on this action. For example, the term camp* hits on tens of thousands of documents that contain the terms "campaign" and "campuses" as well as the common last names "Campos" and "Campbell." In fact, those terms and "campos1" and "campus" hit on over 45,000 documents, while "camp" and "camping" hit on approximately 9,700. As an example of how overbroad the "*" is, the term "campaign," with over 12,000 hits, draws in a huge number of documents regarding San Francisco's campaign finance laws that were regularly discussed during the time period at issue. The expander has similar effects with several other terms by, for example, turning "tent*" into "tentative," "tentatively," and "tenth" (combined, over 27,000 hits); "polic*" into "policy" and "policies" (combined, over 58,000 hits compared to approximately 27,000 for "police"); and "bed*" into "bedford" and "bedroom(s)" (combined, approximately 4,000); and "refer*" into "reference(s)," "referenced," and "referencing" (over 32,000 hits). Defendants propose removing the "*" expander at the end of the words on which it appears and adding the derivations that are closely tied to the subject matter of the case:

- "camp" or "camping" or "camper" or "campers" or "camped"
- "encampment" or "encampments"
- "tent" or "tents" or "tenting"
- "homeless" or "homelessness"
- "police" or "policing"
- "bed" or "beds"
- "operation" or "operations"
- "refer" or "referral" or "referrals" or "referred" or "referring"

---

[1] The City is willing to provide examples of non-privileged documents from the sample sets to Plaintiffs upon reaching agreement regarding the review and return of the documents.

CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE CITY ATTORNEY

Page 3
December 15, 2023

- "resolution" or "resolutions"
- "service" or "services"
- "shelter" or "shelters" or "sheltered" or "sheltering"
- "allocate" or "allocation" or "allocations" or "allocated"
- "citation" or "citations"
- "cite" or "cited"
- "arrest" or "arrests" or "arrested"
- "abandon" or "abandoned"
- "unabandon" or "unabandoned"
- "admonish" or "admonished"
- "re-encamp" or "re-encampment"
- "allocate" or "allocated" or "allocating"
- "enforce" or "enforced" or "enforcing" or "enforcement"
- "property" or "properties"
- "belonging" or "belongings"
- "block" or "blocked" or "blocking"
- "lodging" or "lodgings"
- "sit" or "sitting"
- "lie" or "lying"

*Connectors*. Second, the use of the connector "and" significantly increases the number of returned documents, and thus the burden, without a corresponding increase in the relevance of the documents identified. For example, by using "and," many lengthy documents, like contracts entered by HSH, contain the words in the search terms, but paragraphs or pages apart. By using "and," the burden is particularly increased because these documents are typically lengthy and thus take even longer to review than a document where the responsive terms are close together, and therefore more quickly reviewed. Defendants propose changing "and" to "w/15" in the following terms:

- (homeless* or unhous* or unshelter* or PEH) and resol*
- (homeless* or unhous* or unshelter* or PEH) and operation*
- (homeless* or unhous* or unshelter* or PEH) and outreach*
- (homeless* or unhous* or unshelter* or PEH) and shelter*
- (homeless* or unhous* or unshelter* or PEH) and (propert* or belonging*)

Page 4
December 15, 2023

- (camp* or encamp* or tent*) and resol*
- (camp* or encamp* or tent*) and operation*
- (camp* or encamp* or tent*) and servic*
- (camp* or encamp* or tent*) and outreach*
- (camp* or encamp* or tent*) and shelter*
- (camp* or encamp* or tent*) and bed*
- (camp* or encamp* or tent*) and refer*

*Dates and Numerical Information*. Third, several terms include numbers that regularly appear in dates and other non-substantive numerical information that appears in emails and other documents. For example, the numbers, especially "22" and "23," commonly appear in dates. Because the particular numbers are included to capture references to specific sections of the San Francisco Police, Port, and Park Codes, the terms should be modified to more narrowly tether the numbers to the Codes they reference. Accordingly, Defendants propose the following:

- (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("22" or "23" or "24" or "22-24") w/5 ("code" or "sec" or "section" or "§")
- (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("25" or "26" or "27" or "25-27") w/5 ("code" or "sec" or "section" or "§")
- (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD or port) and ("2.9" or "2.10") w/5 ("code" or "sec" or "section" or "§")
- (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD or park) and ("3.12" or "3.13") w/5 ("code" or "sec" or "section" or "§")

The proposed modifications benefit both parties. San Francisco does not need to spend considerable time and effort reviewing thousands of non-responsive documents and as a result, will be able to produce responsive documents from the narrowed search terms to Plaintiffs on a much faster time horizon. If Plaintiffs agree to the above modifications, San Francisco can agree to leave the current custodians the same. However, to the extent Plaintiffs do not agree to the proposed search term modifications, San Francisco reserves the right to seek a modification of the custodian list.

Please let us know if you would like to discuss.

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Page 5
December 15, 2023

                Very truly yours,

                DAVID CHIU
                City Attorney

                John H. George
                Deputy City Attorney

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Page 6
December 15, 2023

## APPENDIX 1

| Terms | Custodians |
|---|---|
| (homeless* or unhous* or unshelter* or PEH) and encamp* | Allison Horky |
| (homeless* or unhous* or unshelter* or PEH) and (re-encamp* or reencamp*) | Arielle Piastunovich |
| (homeless* or unhous* or unshelter* or PEH) and camp* | Mary Ellen Carol |
| (homeless* or unhous* or unshelter* or PEH) and tent* | Carla Short |
| (homeless* or unhous* or unshelter* or PEH) and resol* | Charles Hardiman |
| (homeless* or unhous* or unshelter* or PEH) and sweep* | Daniel Quach |
| (homeless* or unhous* or unshelter* or PEH) and operation* | Jonathan Vaing |
| (homeless* or unhous* or unshelter* or PEH) and outreach* | Darryl Dilworth |
| (homeless* or unhous* or unshelter* or PEH) and shelter* | David Nakanishi |
| (homeless* or unhous* or unshelter* or PEH) and bed* | Emily Cohen |
| (homeless* or unhous* or unshelter* or PEH) and allocat* | Mark Mazza |
| (homeless* or unhous* or unshelter* or PEH) and (propert* or belonging*) | Michael Peralta |
| (homeless* or unhous* or unshelter* or PEH) and (abandon* or unabandon*) | Sam Dodge |
| (homeless* or unhous* or unshelter* or PEH) and (bag w/5 tag) | Samuel Christ |
| (homeless* or unhous* or unshelter* or PEH) and enforc* | Sandra Tong |
| (homeless* or unhous* or unshelter* or PEH) and arrest* | Shalini Rana |
| (homeless* or unhous* or unshelter* or PEH) and (citation* or cite* or admonish*) | Simon Pang |
| (homeless* or unhous* or unshelter* or PEH) and nuisanc* | Shireen McSpadden |
| (homeless* or unhous* or unshelter* or PEH) and (lodging* w/5 permission*) | Sean Elsbernd |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("647(c)" or "647c") | Andres Power |

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Page 7
December 15, 2023

| | |
|---|---|
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("647(e)" or "647e") | Hank Heckel |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("148(a)" or "148a") | Dennis Hoang |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD or DPW or HOT or DPH or HSH) and ("168" or "169") | |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("370" or "372") | |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("97(b)" or "97b") | |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("581" or "596") | |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("22" or "23" or "24" or "22-24") | |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("25" or "26" or "27" or "25-27") | |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD or port) and ("2.9" or "2.10") | |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD or park) and ("3.12" or "3.13") | |
| (homeless* or unhous* or unshelter* or PEH) and (move w/5 along) | |
| (homeless* or unhous* or unshelter* or PEH) and (sit* w/5 (lie* or ly*)) | |
| (homeless* or unhous* or unshelter* or PEH) and ("Prop Q" or "Proposition Q") | |
| (homeless* or unhous* or unshelter* or PEH) and 914 | |
| (homeless* or unhous* or unshelter* or PEH) and 915 | |
| (homeless* or unhous* or unshelter* or PEH) and 917 | |
| (homeless* or unhous* or unshelter* or PEH) and 919 | |

| | |
|---|---|
| ("Joint Field Operation") or ("JFO") | |
| "bag and tag" | |
| "encampment resolution" | |
| (camp* or encamp* or tent*) and resol* | |
| (camp* or encamp* or tent*) and sweep* | |
| (camp* or encamp* or tent*) and operation* | |
| (camp* or encamp* or tent*) and servic* | |
| (camp* or encamp* or tent*) and outreach* | |
| (camp* or encamp* or tent*) and shelter* | |
| (camp* or encamp* or tent*) and bed* | |
| (camp* or encamp* or tent*) and refer* | |
| (camp* or encamp* or tent*) and allocat* | |
| (camp* or encamp* or tent*) and arrest* | |
| (camp* or encamp* or tent*) and (citation* or cite*) | |
| (camp* or encamp* or tent*) and (nuisanc*) | |
| (camp* or encamp* or tent*) and (lodging* w/5 permission*) | |
| (camp* or encamp* or tent*) and (move w/5 along) | |
| (block* or obstruct*) w/2 public* | |
| (block* or obstruct*) w/2 sidewalk* | |
| (abandon* or unabandon*) and (propert* or belonging* or tent* or camp*) | |
| ((homeless* or unhous* or unshelter* or PEH) w/25 refer*) | |
| ((homeless* or unhous* or unshelter* or PEH) w/25 servic*) | |

## APPENDIX 2

| Terms | Hits (including family docs) |
|---|---|
| (homeless* or unhous* or unshelter* or PEH) and encamp* | 22,367 |
| (homeless* or unhous* or unshelter* or PEH) and (re-encamp* or reencamp*) | 2,254 |
| (homeless* or unhous* or unshelter* or PEH) and camp* | 23,272 |
| (homeless* or unhous* or unshelter* or PEH) and tent* | 20,716 |
| (homeless* or unhous* or unshelter* or PEH) and resol* | 25,773 |
| (homeless* or unhous* or unshelter* or PEH) and sweep* | 5,459 |
| (homeless* or unhous* or unshelter* or PEH) and operation* | 38,839 |
| (homeless* or unhous* or unshelter* or PEH) and outreach* | 30,202 |
| (homeless* or unhous* or unshelter* or PEH) and shelter* | 36,005 |
| (homeless* or unhous* or unshelter* or PEH) and bed* | 15,845 |
| (homeless* or unhous* or unshelter* or PEH) and allocat* | 13,039 |
| (homeless* or unhous* or unshelter* or PEH) and (propert* or belonging*) | 26,788 |
| (homeless* or unhous* or unshelter* or PEH) and (abandon* or unabandon*) | 8,733 |
| (homeless* or unhous* or unshelter* or PEH) and (bag w/5 tag) | 3,580 |
| (homeless* or unhous* or unshelter* or PEH) and enforc* | 18,834 |
| (homeless* or unhous* or unshelter* or PEH) and arrest* | 6,996 |
| (homeless* or unhous* or unshelter* or PEH) and (citation* or cite* or admonish*) | 7,245 |
| (homeless* or unhous* or unshelter* or PEH) and nuisanc* | 2,760 |
| (homeless* or unhous* or unshelter* or PEH) and (lodging* w/5 permission*) | 52 |

| | |
|---|---|
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("647(c)" or "647c") | 167 |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("647(e)" or "647e") | 1,268 |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("148(a)" or "148a") | 4,437 |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD or DPW or HOT or DPH or HSH) and ("168" or "169") | 8,151 |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("370" or "372") | 4,498 |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("97(b)" or "97b") | 85 |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("581" or "596") | 4,178 |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("22" or "23" or "24" or "22-24") | 39,097 |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD) and ("25" or "26" or "27" or "25-27") | 33,685 |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD or port) and ("2.9" or "2.10") | 7,642 |
| (homeless* or unhous* or unshelter* or PEH) and (polic* or officer* or SFPD or park) and ("3.12" or "3.13") | 5,940 |
| (homeless* or unhous* or unshelter* or PEH) and (move w/5 along) | 1,749 |
| (homeless* or unhous* or unshelter* or PEH) and (sit* w/5 (lie* or ly*)) | 3,690 |
| (homeless* or unhous* or unshelter* or PEH) and ("Prop Q" or "Proposition Q") | 1,016 |
| (homeless* or unhous* or unshelter* or PEH) and 914 | 2,207 |
| (homeless* or unhous* or unshelter* or PEH) and 915 | 3,071 |

Page 11
December 15, 2023

| Query | Count |
|---|---|
| (homeless* or unhous* or unshelter* or PEH) and 917 | 4,027 |
| (homeless* or unhous* or unshelter* or PEH) and 919 | 2,456 |
| ("Joint Field Operation") or ("JFO") | 11,862 |
| "bag and tag" | 4,663 |
| "encampment resolution" | 6,507 |
| (camp* or encamp* or tent*) and resol* | 42,585 |
| (camp* or encamp* or tent*) and sweep* | 8,319 |
| (camp* or encamp* or tent*) and operation* | 60,148 |
| (camp* or encamp* or tent*) and servic* | 73,493 |
| (camp* or encamp* or tent*) and outreach* | 39,831 |
| (camp* or encamp* or tent*) and shelter* | 40,136 |
| (camp* or encamp* or tent*) and bed* | 23,949 |
| (camp* or encamp* or tent*) and refer* | 35,704 |
| (camp* or encamp* or tent*) and allocat* | 13,575 |
| (camp* or encamp* or tent*) and arrest* | 8,393 |
| (camp* or encamp* or tent*) and (citation* or cite*) | 9,328 |
| (camp* or encamp* or tent*) and (nuisanc*) | 3,934 |
| (camp* or encamp* or tent*) and (lodging* w/5 permission*) | 91 |
| (camp* or encamp* or tent*) and (move w/5 along) | 1,587 |
| (block* or obstruct*) w/2 public* | 2,343 |
| (block* or obstruct*) w/2 sidewalk* | 11,992 |
| (abandon* or unabandon*) and (propert* or belonging* or tent* or camp*) | 13,037 |
| ((homeless* or unhous* or unshelter* or PEH) w/25 refer*) | 9,511 |
| ((homeless* or unhous* or unshelter* or PEH) w/25 servic*) | 34,195 |