**EXHIBIT F**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING SHELTER
AVAILABILITY (ECF NO. 418)**

| | |
|---|---|
| **From:** | George, John (CAT) |
| **To:** | "Nisha Kashyap"; John Do; Murphy, Kaitlyn (CAT); Wang, Edmund (CAT); Gradilla, Miguel (CAT); Mills, Steven (CAT) |
| **Cc:** | Alfred Pfeiffer (SF/SV); Joseph Lee (OC); Kevin Wu (SF/SV); Wesley Tiu (SF/SV); Rachel Mitchell (SD); Tulin Gurer (SF/SV); Andrew Ntim; Bill Freeman |
| **Subject:** | RE: COH v CCSF: Search Terms and Non Custodial Documents |
| **Date:** | Tuesday, October 15, 2024 6:16:16 PM |
| **Attachments:** | image011.png |
| | image015.png |
| | image018.png |
| | image019.png |

Hi Nisha,

Thanks for your emails, below are Defendants' responses to the issues raised in each.  We are largely in agreement, but please let me know if you would like to discuss.

CCSF-COH_266847
We have not withheld any information from CCSF-COH_266847.  That document was originally produced by DEM in response to a PRA request and any modification was done as part of that PRA response.  We produced the document in this litigation as produced by DEM in response to the PRA.  We previously produced a complete (*i.e.* nothing withheld) spreadsheet reflecting information from the same database (*see* CCSF-COH_199140) and intend to produce the current version soon.

Coordinated Entry System Protocols and Policies
Defendants will produce the linked documents and search for and produce, to the extent they exist, previous versions of the linked documents adopted after January 1, 2021.

Defendants also agree to conduct a reasonable search for and produce, to the extent they exists, manuals or guidance for operators of semi- or non-congregate adult shelter programs adopted after January 1, 2021.

The ADULT CONGREGATE SHELTER PROGRAM: MANUAL AND GUIDANCE FOR SITE OPERATORS (CCSF-COH_001366) was last updated on October 27, 2021, so Plaintiffs are in possession of the most recent version of that document.  Defendants will conduct a reasonable search for and produce, to the extent they exist, versions of the ADULT CONGREGATE SHELTER PROGRAM: MANUAL AND GUIDANCE FOR SITE OPERATORS adopted after January 1, 2021.

Shelter and Coordinated Entry System Data
Defendants agree to query the ONE system for the individual plaintiffs' shelter and coordinated entry data and produce the result for each.

BWC Footage

Thank you for agreeing to request BWC footage by citation or incident.  Defendants will conduct a reasonable search for, and produce to the extent it shows DPW employees engaging with homeless persons' property, BWC footage created from July 30, 2024 through August 16, 2024 during HSOC encampment resolutions, re-encampment operations, and non-noticed encampment cleaning operations.  As always, we welcome any identifying details you have about particular engagements for which you think video may exist.

Heat Maps
Thank you for identifying CCSF-COH_224422-224434, which bears the description "Encampment Cases with multiple contacts since 2/3/2023."  Defendants have produced several hundred similar documents and agree to continue to produce such documents, to the extent they exist, through today.


Thanks,
John



**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org

___

**From:** Nisha Kashyap <nkashyap@lccrsf.org>
**Sent:** Wednesday, October 9, 2024 8:30 PM
**To:** George, John (CAT) <John.George@sfcityatty.org>; John Do <jdo@aclunc.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Cc:** Alfred Pfeiffer (SF/SV) <Al.Pfeiffer@lw.com>; Joseph Lee (OC) <Joseph.Lee@lw.com>; Kevin Wu (SF/SV) <kevin.wu@lw.com>; Wesley Tiu (SF/SV) <Wesley.Tiu@lw.com>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; Tulin Gurer (SF/SV) <Tulin.Gurer@lw.com>; Andrew Ntim <antim@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>
**Subject:** RE: COH v CCSF: Search Terms and Non Custodial Documents

Hi John,

I'm writing to follow up on the email below. Please advise, particularly as to the shelter and CES data for Plaintiffs and the requested BWC footage.

I also wanted to flag two issues from CCSF-COH_266847. First, it appears that certain columns were withheld (e.g., tent summary, site cleanliness). Can you please confirm whether those were withheld and, if so, why? If they were not withheld, please confirm that Defendants will produce the document with the complete data, including those columns. Second, the

spreadsheet has data through May 23, 2024. Have Defendants produced the same data for May 2024 through present? If not, can you please confirm Defendants will be producing it?

Thanks,
Nisha



**Nisha Kashyap** (she/her)
Program Director, Racial Justice
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.237
Fax: (415) 543-0296
www.lccrsf.org

---

**From:** Nisha Kashyap
**Sent:** Tuesday, September 24, 2024 7:41 PM
**To:** George, John (CAT) <John.George@sfcityatty.org>; John Do <jdo@aclunc.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Cc:** Alfred Pfeiffer (SF/SV) <Al.Pfeiffer@lw.com>; Joseph Lee (OC) <Joseph.Lee@lw.com>; Kevin Wu (SF/SV) <kevin.wu@lw.com>; Wesley Tiu (SF/SV) <Wesley.Tiu@lw.com>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; Tulin Gurer (SF/SV) <Tulin.Gurer@lw.com>; Andrew Ntim <antim@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>
**Subject:** RE: COH v CCSF: Search Terms and Non Custodial Documents

Hi John,

Thank you for your email. We appreciate Defendants' agreement to produce the HSH inclement weather protocols.

Coordinated Entry System Protocols and Policies
We also appreciate Defendants' identifying the documents regarding coordinated entry at the link below. Many of the most relevant documents appear to have recently been updated or adopted. Please confirm that Defendants will produce the following documents <u>and</u> any prior versions from January 1, 2019 onward.
- San Francisco Coordinated Entry Written Standards (adopted September 11, 2023)
- HSH Definitions of Homelessness (adopted September 11, 2023)
- Housing Referral Status Threshold Adjustment (January 25, 2023)
- Adult/Young Adult Housing Primary Assessment (March 29, 2024)
- CE 101 (April 2023)

The previously produced ADULT CONGREGATE SHELTER PROGRAM: MANUAL AND GUIDANCE FOR SITE OPERATORS" (CCSF-COH_001366) does not appear to encompass

semi- or non-congregate adult shelter. Please confirm that Defendants will produce any manual or guidance for operators of semi- or non-congregate adult shelter programs from January 1, 2019 onward. Please also produce any subsequent version of the ADULT CONGREGATE SHELTER PROGRAM: MANUAL AND GUIDANCE FOR SITE OPERATORS" (CCSF-COH_001366) (the version that was produced was updated October 27, 2021), as well as any prior versions from January 1, 2019 onward.

We also request any Coordinated Entry System data dictionary, to the extent it is not included in the aforementioned documents.

Shelter and Coordinated Entry System Data
To evaluate Defendants' September 10 proposal to provide particular shelter and coordinated entry data for specific individuals identified by name, having a sample of this data would be informative. To the extent Defendants have not produced this data for the individual plaintiffs, would Defendants commit to doing so? If Defendants contend that they already have produced this data for the named plaintiffs, please identify those documents by Bates numbers.

BWC Footage
Regarding BWC footage, Plaintiffs are generally amenable to requesting BWC footage by citation or incident. However, we reserve the right to seek BWC footage associated with specific encampment resolutions, re-encampment operations, and non-noticed encampment cleaning operations that we identify for Defendants by date, time and/or location. If necessary, we are willing to discuss particular requests to address any concerns regarding burden.

In addition, we specifically request any BWC footage associated with the HSOC encampment resolutions, re-encampment operations, and non-noticed encampment cleaning operations that took place between July 30, 2024 through August 16, 2024. According to City representatives' own statements, this was a period of 'very aggressive' targeting of encampments and there are examples of property destruction documented in media reports that took place during this period that are likely to be captured on BWC footage.

Heat Maps
Finally, CCSF-COH_224422-224434 is an example of the heat map referenced in our prior correspondence.

We remain available to discuss as need be.

Thanks,
Nisha



**Nisha Kashyap** (she/her)
Program Director, Racial Justice
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.237
Fax: (415) 543-0296
www.lccrsf.org

**From:** George, John (CAT) <John.George@sfcityatty.org>
**Sent:** Tuesday, September 17, 2024 5:26 PM
**To:** John Do <jdo@aclunc.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Cc:** Alfred Pfeiffer (SF/SV) <Al.Pfeiffer@lw.com>; Joseph Lee (OC) <Joseph.Lee@lw.com>; Kevin Wu (SF/SV) <kevin.wu@lw.com>; Wesley Tiu (SF/SV) <Wesley.Tiu@lw.com>; Rachel Mitchell (SD) <Rachel.Mitchell@lw.com>; Tulin Gurer (SF/SV) <Tulin.Gurer@lw.com>; Nisha Kashyap <nkashyap@lccrsf.org>; Andrew Ntim <antim@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>
**Subject:** RE: COH v CCSF: Search Terms and Non Custodial Documents

Hi Nisha,

Thank you for meeting and conferring with us last week. As I noted on our call, I'm getting back to you about your request for "Emergency Protocols (e.g. Inclement Weather)." Defendants maintain their position regarding the relevance of emergency protocols, but will nonetheless produce the document reflecting HSH's inclement weather protocols.

During our call, we also discussed your request for protocols on coordinated entry and shelter availability. We explained that it is not feasible to just export data unconnected to any particular individual from the system in which coordinated entry and shelter information is housed for the thousands of people who have had interactions with HSH, but that we are able to query the system for information related to a particular person. You requested that for now we provide the relevant policies or protocols related to coordinated entry, but did not have any particular documents in mind. As we noted in our September 10 letter, we do not agree with your position on relevance, but nonetheless are willing to try to locate and produce, within reason, documents in order to avoid unnecessary motion practice. But, we are not sure what types of policies you think fit within this category. For example, we previously produced the "ADULT CONGREGATE SHELTER PROGRAM: MANUAL AND GUIDANCE FOR SITE OPERATORS" (CCSF-COH_001366) which appears to include information you seek. Additionally, HSH provides detailed information and key documents regarding Coordinated Entry on its website (https://hsh.sfgov.org/services/the-homelessness-response-system/coordinated-entry/). Although these are available to you, we can (to the extent we have not already) produce them if you would like. Please let us know what other protocols you believe you are entitled to and we can determine whether they exist and will be produced.

As I explained on our call, Defendants are willing to locate and produce particular protocols and policies, but we would also like Plaintiffs to agree to our September 10 proposal concerning coordinated entry and shelter information for particular individuals. You did not

<mark>agree to this on our call, but noted you would get back to us.  Please let us know Plaintiffs'
position.</mark>

We look forward to receiving Plaintiffs' proposal regarding body worn camera footage and an
example of the "heatmaps" to which your letter refers.


Thanks,
John


**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org


---

**From:** George, John (CAT)
**Sent:** Tuesday, September 10, 2024 11:08 AM
**To:** 'John Do' <JDo@aclunc.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang,
Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT)
<Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Cc:** 'Al.Pfeiffer@lw.com' <Al.Pfeiffer@lw.com>; 'Joseph.Lee@lw.com' <Joseph.Lee@lw.com>;
'Kevin.Wu@lw.com' <Kevin.Wu@lw.com>; 'Wesley.Tiu@lw.com' <Wesley.Tiu@lw.com>;
'Rachel.Mitchell@lw.com' <Rachel.Mitchell@lw.com>; 'Tulin.Gurer@lw.com'
<Tulin.Gurer@lw.com>; Nisha Kashyap <nkashyap@lccrsf.org>; Andrew Ntim <antim@lccrsf.org>;
Bill Freeman <wfreeman@aclunc.org>
**Subject:** RE: COH v CCSF: Search Terms and Non Custodial Documents

Hi John,

Thursday at 2pm works for us.  Please send an invite when you can.  Please also see the
attached letter.

Thanks,
John

**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org


---

**From:** John Do <JDo@aclunc.org>

**Sent:** Monday, September 9, 2024 5:31 PM
**To:** George, John (CAT) <John.George@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Cc:** 'Al.Pfeiffer@lw.com' <Al.Pfeiffer@lw.com>; 'Joseph.Lee@lw.com' <Joseph.Lee@lw.com>; 'Kevin.Wu@lw.com' <Kevin.Wu@lw.com>; 'Wesley.Tiu@lw.com' <Wesley.Tiu@lw.com>; 'Rachel.Mitchell@lw.com' <Rachel.Mitchell@lw.com>; 'Tulin.Gurer@lw.com' <Tulin.Gurer@lw.com>; Nisha Kashyap <nkashyap@lccrsf.org>; Andrew Ntim <antim@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>
**Subject:** RE: COH v CCSF: Search Terms and Non Custodial Documents

John,

Is the City available on Wednesday at 3pm or Thursday at 2pm for this meet and confer?  We look forward to your written response to our letter as well.

Regards,



**JOHN THOMAS H. DO**
**SENIOR ATTORNEY**
**RACIAL & ECONOMIC JUSTICE PROGRAM**

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM

---

**From:** George, John (CAT) <John.George@sfcityatty.org>
**Sent:** Friday, September 6, 2024 5:44 PM
**To:** John Do <JDo@aclunc.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Cc:** 'Al.Pfeiffer@lw.com' <Al.Pfeiffer@lw.com>; 'Joseph.Lee@lw.com' <Joseph.Lee@lw.com>; 'Kevin.Wu@lw.com' <Kevin.Wu@lw.com>; 'Wesley.Tiu@lw.com' <Wesley.Tiu@lw.com>; 'Rachel.Mitchell@lw.com' <Rachel.Mitchell@lw.com>; 'Tulin.Gurer@lw.com' <Tulin.Gurer@lw.com>; Nisha Kashyap <nkashyap@lccrsf.org>; Andrew Ntim <antim@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>
**Subject:** RE: COH v CCSF: Search Terms and Non Custodial Documents

Hi John,

We're no longer available on Monday afternoon.

Thanks,
John

**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org

---

**From:** George, John (CAT)
**Sent:** Wednesday, September 4, 2024 4:10 PM
**To:** 'John Do' <JDo@aclunc.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Cc:** 'Al.Pfeiffer@lw.com' <Al.Pfeiffer@lw.com>; 'Joseph.Lee@lw.com' <Joseph.Lee@lw.com>; 'Kevin.Wu@lw.com' <Kevin.Wu@lw.com>; 'Wesley.Tiu@lw.com' <Wesley.Tiu@lw.com>; 'Rachel.Mitchell@lw.com' <Rachel.Mitchell@lw.com>; 'Tulin.Gurer@lw.com' <Tulin.Gurer@lw.com>; 'Nisha Kashyap' <nkashyap@lccrsf.org>; 'Andrew Ntim' <antim@lccrsf.org>; 'Bill Freeman' <wfreeman@aclunc.org>
**Subject:** RE: COH v CCSF: Search Terms and Non Custodial Documents

Hi John,

We are available during the times below to meet and confer.  Please let me know what works on your end.

- Monday 9/9 – 1-5pm
- Tuesday 9/10 – 10-11am; 12-1pm; 4-5pm

Thanks,
John

**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org

---

**From:** George, John (CAT)
**Sent:** Tuesday, September 3, 2024 6:06 PM
**To:** 'John Do' <JDo@aclunc.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Cc:** Al.Pfeiffer@lw.com; Joseph.Lee@lw.com; Kevin.Wu@lw.com; Wesley.Tiu@lw.com; Rachel.Mitchell@lw.com; Tulin.Gurer@lw.com; Nisha Kashyap <nkashyap@lccrsf.org>; Andrew Ntim <antim@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>
**Subject:** RE: COH v CCSF: Search Terms and Non Custodial Documents

Hi John,

I'll get back to you tomorrow with some times we're available to meet and confer. We plan to provide a written response before we meet and confer to guide our discussion.

Thanks,
John

**John H. George**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4223 Direct
www.sfcityattorney.org

---

**From:** John Do <JDo@aclunc.org>
**Sent:** Friday, August 30, 2024 12:46 PM
**To:** George, John (CAT) <John.George@sfcityatty.org>; Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Cc:** Al.Pfeiffer@lw.com; Joseph.Lee@lw.com; Kevin.Wu@lw.com; Wesley.Tiu@lw.com; Rachel.Mitchell@lw.com; Tulin.Gurer@lw.com; Nisha Kashyap <nkashyap@lccrsf.org>; Andrew Ntim <antim@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>
**Subject:** RE: COH v CCSF: Search Terms and Non Custodial Documents

Counsel,

We write to follow up on our search terms and non custodial documents letters from last week. Is the City willing to meet and confer? There are also a few related interrogatory responses we would like to discuss we well. Please let us know your availability for next week, but we previously noted we were available on 9/3 – 11:30am-1pm and 9/5 – after 1pm.

The City is welcome to provide a written response as well.

Please note that on page 4 of the Priority Non-Custodial Documents letter, we inadvertently referred to a "Street Crisis Response Team" when we intended that to be the "Street Medicine Team."

Regards,
John



**JOHN THOMAS H. DO**
**SENIOR  ATTORNEY**
**RACIAL & ECONOMIC JUSTICE PROGRAM**

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM

**From:** John Do
**Sent:** Thursday, August 22, 2024 1:21 PM
**To:** George, John (CAT) <John.George@sfcityatty.org>; Murphy, Kaitlyn (CAT)
<Kaitlyn.Murphy@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla,
Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Cc:** Al.Pfeiffer@lw.com; Joseph.Lee@lw.com; Kevin.Wu@lw.com; Wesley.Tiu@lw.com;
Rachel.Mitchell@lw.com; Tulin.Gurer@lw.com; Nisha Kashyap <nkashyap@lccrsf.org>;
antim@lccrsf.org; Bill Freeman <wfreeman@aclunc.org>
**Subject:** COH v CCSF: Search Terms and Non Custodial Documents

Counsel,

Please see the attached discovery correspondence.  Thank you.

Regards,



**JOHN THOMAS H. DO**
**SENIOR  ATTORNEY**
**RACIAL & ECONOMIC JUSTICE PROGRAM**

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM