**EXHIBIT H**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING SHELTER AVAILABILITY (ECF NO. 418)**

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4675 (Snodgrass)
               (415) 554-3857 (Wang)
               (415) 554-6762 (Murphy)
               (415) 554-3870 (Gradilla)
               (415) 554-4223 (George)
               (415) 355-3304 (Mills)
Facsimile:     (415) 554-4699
E-mail:        wayne.snodgrass@sfcityatty.org
               edmund.wang@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               miguel.gradilla@sfcityatty.org
               john.george@sfcityatty.org
               steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN, Plaintiffs, vs. CITY AND COUNTY OF SAN FRANCISCO, et al., Defendants. | Case No. 4:22-cv-05502-DMR (LJC) **DEFENDANTS' LIKELY TRIAL WITNESS LIST** Trial Date:   July 28, 2025 |
|---|---|

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management (collectively "San Francisco," the "City," or "Defendants") provide the following list of likely trial witnesses pursuant to Paragraph 2 of the Parties' October 29, 2024 Stipulation and [Proposed] Order To (1) Modify Deposition Limits and (2) Extend Case Schedule.

|   | WITNESS | SUBJECT | CONTACT |
|---|---------|---------|---------|
| 1 | Allison Horky (DPH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 2 | Darryl Dilworth (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag; Training | C/o Office of the City Attorney |
| 3 | Jonathan Vaing (DPW) | Bag and Tag Training; DPW Storage Yard; Special Projects; | C/o Office of the City Attorney |
| 4 | Mark Roumbanis (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag; Training; DPW Storage Yard; Special Projects | C/o Office of the City Attorney |
| 5 | Brittany Brandon (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag | C/o Office of the City Attorney |
| 6 | Carla Short (DPW) | DPW policies and procedures including Bag and Tag; DPW structure and organization; DPW training | C/o Office of the City Attorney |
| 7 | Arthur Cervantes (DPW) | CMMS Database and DPW recordkeeping | C/o Office of the City Attorney |
| 8 | Nicole Delagarza (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag; Training | C/o Office of the City Attorney |
| 9 | Khaled Shehadeh (DPW) | Encampment resolutions and other interactions with unhoused individuals; Bag and Tag; Training | C/o Office of the City Attorney |
| 10 | Arielle Piastunovich (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 11 | Eric Yaocheng Lei (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 12 | Emily Cohen (HSH) | Encampment resolutions and other interactions with unhoused individuals and San Francisco's efforts to address homelessness | C/o Office of the City Attorney |
| 13 | Brenda Meskan (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 14 | Lisa Rachowicz (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 15 | Emily Schwartz (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 16 | Sarah Locher (HSH) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 17 | Brandon Cunningham (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 18 | Leslie Fong (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 19 | Capt. Michael Mason (SFFD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 20 | David Nakanishi (DEM) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 21 | Mark Mazza (DEM) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 22 | Samuel Dodge (DEM) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 23 | James Baird (DEM) | DEM data analytics | C/o Office of the City Attorney |
| 24 | Heather Grives (DEM) | DEM dispatch related to homelessness | C/o Office of the City Attorney |
| 25 | Lt. Sam Christ #501 (SFPD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 26 | Cmdr. Daryl Fong (SFPD) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 27 | Jose Torres (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 28 | Jorge Morales (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 29 | Pedro Rincon (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 30 | Armond Booth (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 31 | Connie Dixon (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 32 | Nicole Matthews (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 33 | Melvin Caldwell (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 34 | Jeremiah Asuque (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 35 | Krystyn San Jose (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 36 | Kimberly Davis (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 37 | Kamau Williams (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 38 | Elester Hubbard (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 39 | Veronica Marin (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 40 | Armond Lamar Booth (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 41 | Nikia Smith (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 42 | Joshcelyn Johnson (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 43 | Sandra Coreas (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 44 | Maria Ahearne (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |

| | WITNESS | SUBJECT | CONTACT |
|---|---|---|---|
| 45 | Julia Sakowitz (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 46 | Cordarious Thompson (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 47 | Gretchen Richardson (SFHOT) | Encampment resolutions and other interactions with unhoused individuals | C/o Office of the City Attorney |
| 48 | Jason Adamek (HSA) | County Adult Assistance Programs (CAAP) | C/o Office of the City Attorney |
| 49 | Sgt. Christopher Hiralez (Rec and Park) | Recreation and Parks Department policies and practices regarding interactions with unhoused individuals and property in RPD parks | C/o Office of the City Attorney |
| 50 | Abigail Stewart Kahn | San Francisco's efforts to address homelessness | C/o Office of the City Attorney |
| 51 | City Custodians of Record Across All Departments | Authentication of Records | C/o Office of the City Attorney |

Dated:  November 12, 2024

>  DAVID CHIU
>  City Attorney
>  YVONNE R. MERÉ
>  WAYNE SNODGRASS
>  EDMUND T. WANG
>  KAITLYN MURPHY
>  MIGUEL A. GRADILLA
>  JOHN H. GEORGE
>  STEVEN A. MILLS
>  Deputy City Attorneys
>
>  By:   /s/*Kaitlyn Murphy*
>        KAITLYN MURPHY
>
>  Attorneys for Defendants
>  CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT

# PROOF OF SERVICE

I, PAMELA CHEESEBOROUGH, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, City Hall, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

On November 12, 2024, I served the following document(s):

**DEFENDANTS' LIKELY TRIAL WITNESS LIST**

on the following persons at the locations specified:

Andrew Ntim
Nisha Kashyap
LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:   415-543-9444
Facsimile:   415-543-0296
Email:   antim@lccrsf.org
           nkashyap@lccrsf.org

John Thomas H. Do
William S. Freeman
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:   415-621-2493 [Do & Freeman]
Email:   jdo@aclunc.org
         wfreeman@aclunc.org

[Counsel For Plaintiffs COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN]

Scout Katovich
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco
New York, CA 94104
Telephone:   212-549-2500
Email:   skatovich@aclu.org
[Pro Hac Vice Attorney]

Zoe Salzman
Vivake Prasad
Bianca Herlitz-Ferguson
Vasudha Talla
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue, Ste 10th Floor
New York, NY 10020
Telephone:   212-763-5000
Email:   zsalzman@ecbawm.com
         vprasad@ecbawm.com
         bherlitz-ferguson@ecbawm.com
         vtalla@ecbawm.com
[Pro Hac Vice Attorneys]

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: pamela.cheeseborough@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed November 12, 2024, at San Francisco, California.

*/s/ Pam Cheeseborough*
PAMELA CHEEESBOROUGH