**EXHIBIT J**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING SHELTER AVAILABILITY (ECF NO. 418)**

| | |
|---|---|
| 1 | JOHN THOMAS H. DO (SBN 285075) |
|   | jdo@aclunc.org |
| 2 | WILLIAM S. FREEMAN (SBN 82002) |
|   | wfreeman@aclunc.org |
| 3 | AMERICAN CIVIL LIBERTIES UNION |
|   | FOUNDATION OF NORTHERN CALIFORNIA |
| 4 | 39 Drumm Street |
|   | San Francisco, CA 94111 |
| 5 | Telephone: (415) 293-6333 |
|   | Facsimile: (415) 255-8437 |
| 6 | |
|   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTANO; SARA CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT OF EMERGENCY MANAGEMENT; LONDON BREED, in her official capacity as Mayor; and SAM DODGE, in his official capacity as Director of the Health Streets Operation Center (HSOC),<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF SARAH LOCHER**<br><br>**Judge:**  The Hon. Donna M. Ryu |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California, Plaintiffs Coalition on Homelessness; Toro Castano; Sara Cronk; Joshua Donohoe; Molique Frank; David Martinez; Teresa Sandoval; and Nathaniel Vaughn ("Coalition), by and through their undersigned counsel, will take the deposition upon oral examination of Sarah Locher in the above-referenced action. As agreed by the parties, the deposition will begin at 10:00 a.m. Pacific Time on October 23, 2024, at the City Attorney's Office located at 1390 Market Street, San Francisco, CA 94102, 7th Floor.

The deposition is being taken for the purpose of discovery, for use at trial, and for any other purposes as permitted under the Federal Rules of Civil Procedure, court order, and any other applicable rules. The deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded by stenographic, audio, audio visual and real-time computer means. Plaintiffs reserve the right to use the video deposition at trial.

Dated:  October 16, 2024

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

By /s/ *John Thomas H. Do*
JOHN THOMAS H. DO
WILLIAM S. FREEMAN

*Attorneys for Plaintiffs*