**EXHIBIT K**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING SHELTER AVAILABILITY (ECF NO. 418)**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | JOHN THOMAS H. DO (SBN 285075)<br>jdo@aclunc.org<br>WILLIAM S. FREEMAN (SBN 82002)<br>wfreeman@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 293-6333<br>Facsimile: (415) 255-8437<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>　　　　　　Plaintiffs.<br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT,<br><br>　　　　　　Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFF'S NOTICE OF DEPOSITION OF LISA RACHOWICZ**<br><br>**Judge:** The Hon. Donna M. Ryu |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California, Plaintiffs Coalition on Homelessness; Sara Cronk; Joshua Donohoe; Molique Frank; David Martinez; and Teresa Sandoval ("Coalition"), by and through their undersigned counsel, will take the deposition upon oral examination of Lisa Rachowicz in the above-referenced action. As agreed by the parties, the deposition will begin at 10:00 a.m. Pacific Time on February 24, 2025, at the City Attorney's Office located at 1390 Market Street, San Francisco, CA 94102, 7th Floor.

The deposition will be taken upon oral examination before a notary public, or an officer authorized to administer oaths. The deposition will be recorded stenographically and may also be recorded by videotape or audiotape, and by the instant visual display of testimony. The deposition will be taken for the purpose of discovery, to perpetuate the testimony of the witness for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure, or any other applicable rules.

Dated:  January 16, 2025

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

By /s/ *John Thomas H. Do*
JOHN THOMAS H. DO
WILLIAM S. FREEMAN

*Attorneys for Plaintiffs*