**EXHIBIT L**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING SHELTER AVAILABILITY (ECF NO. 418)**

Case 4:22-cv-05502-DMR     Document 451-13     Filed 06/27/25     Page 1 of 2

| | |
|---|---|
| **From:** | John Do |
| **To:** | Murphy, Kaitlyn (CAT); "Al.Pfeiffer@lw.com"; "Joseph.Lee@lw.com"; "Kevin.Wu@lw.com"; "Wesley.Tiu@lw.com"; "Rachel.Mitchell@lw.com"; "Tulin.Gurer@lw.com"; Nisha Kashyap; Andrew Ntim; Bill Freeman |
| **Cc:** | George, John (CAT); Wang, Edmund (CAT); Gradilla, Miguel (CAT); Mills, Steven (CAT) |
| **Subject:** | RE: CoH v CCSF - Deposition Locher |
| **Date:** | Friday, October 18, 2024 3:16:35 PM |
| **Attachments:** | image001.png |

In light of the parties approaching an agreement on the case schedule and deposition limits, we write to continue the Locher deposition to another agreed upon date. We similarly will wait to schedule the other depositions (including Cunningham).

To be clear, the Baird deposition for 10/22 will continue. Thank you.



**JOHN THOMAS H. DO**
SENIOR ATTORNEY
RACIAL & ECONOMIC JUSTICE PROGRAM

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM

---

**From:** John Do
**Sent:** Wednesday, October 16, 2024 5:54 PM
**To:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; 'Al.Pfeiffer@lw.com' <Al.Pfeiffer@lw.com>; 'Joseph.Lee@lw.com' <Joseph.Lee@lw.com>; 'Kevin.Wu@lw.com' <Kevin.Wu@lw.com>; 'Wesley.Tiu@lw.com' <Wesley.Tiu@lw.com>; 'Rachel.Mitchell@lw.com' <Rachel.Mitchell@lw.com>; 'Tulin.Gurer@lw.com' <Tulin.Gurer@lw.com>; Nisha Kashyap <nkashyap@lccrsf.org>; Andrew Ntim <antim@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>
**Cc:** George, John (CAT) <John.George@sfcityatty.org>; Wang, Edmund (CAT) <Edmund.Wang@sfcityatty.org>; Gradilla, Miguel (CAT) <Miguel.Gradilla@sfcityatty.org>; Mills, Steven (CAT) <Steven.Mills@sfcityatty.org>
**Subject:** RE: CoH v CCSF - Deposition Locher

Please see the attached notice of deposition of Sara Locher. If our negotiation of the deposition limits impacts this deposition, we will inform you as soon as possible. Thank you.

Regards,



**JOHN THOMAS H. DO**
SENIOR ATTORNEY
RACIAL & ECONOMIC JUSTICE PROGRAM

39 DRUMM ST., SAN FRANCISCO, CA 94111
415-293-6333 | JDO@ACLUNC.ORG | HE/HIM