**EXHIBIT M**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING SHELTER AVAILABILITY (ECF NO. 418)**

| | |
|---|---|
| **From:** | Vasudha Talla |
| **To:** | George, John (CAT); Mills, Steven (CAT); Murphy, Kaitlyn (CAT); Gradilla, Miguel (CAT); Wang, Edmund (CAT) |
| **Cc:** | Zoe Salzman; Vivake Prasad; Bianca Herlitz-Ferguson; skatovich@aclu.org; jdo@aclunc.org; wfreeman@aclunc.org; nkashyap@lccrsf.org; antim@lccrsf.org |
| **Subject:** | COH - Depositions of Carla Short, Mary Ellen Carol, Lisa Rachowicz |
| **Date:** | Saturday, February 15, 2025 8:23:22 AM |

Counsel –

Apologies for the weekend email. We are withdrawing the deposition notices of Carla Short, Mary Ellen Carol, and Lisa Rachowicz, and taking those off the calendar.

Additionally, please let us know if you have any objections to taking the deposition of Corey Jackson by Zoom.

Regards,
Vasudha

Vasudha Talla (she/hers)
Of Counsel
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
phone: 212-763-5000
fax: 212-763-5001
vtalla@ecbawm.com
www.ecbawm.com
(Admitted to practice in New York and California)

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (vtalla@ecbawm.com) immediately.