**EXHIBIT Q**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING SHELTER AVAILABILITY (ECF NO. 418)**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4   - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,     )
 6   et al.,                        )
 7             Plaintiffs,          )
 8   v.                             )  CASE NO.
 9   CITY AND COUNTY OF SAN         )  4:22-cv-05502-DMR (LJC)
10   FRANCISCO, et al.,             )
11             Defendants.          )
12   - - - - - - - - - - - - - - - - -
13    THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
14     SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
15           AND USED ONLY IN ACCORDANCE THEREWITH
16
17           CONFIDENTIAL - ATTORNEYS' EYES ONLY
18             REMOTE DEPOSITION OF JASON ADAMEK
19               WEDNESDAY, FEBRUARY 12, 2025
20
21           BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY: VALERIE E. RASMUSSEN, CSR NO. 8900
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA 94104
25                                    (415) 597-5600
```

```
 1  APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE):
 2  FOR THE PLAINTIFFS:
 3      EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
 4      BY:  VIVAKE PRASAD, ATTORNEY AT LAW
 5           BIANCA HERLITZ-FERGUSON, ATTORNEY AT LAW
 6      Rockefeller Center
 7      600 Fifth Avenue, 10th Floor
 8      New York, New York  10020
 9      Telephone:  (212) 763-5000
10      Email:  vprasad@ecbawm.com
11              bherlitz-ferguson@ecbawm.com
12
13  FOR THE DEFENDANTS:
14      CITY AND COUNTY OF SAN FRANCISCO
15      OFFICE OF THE CITY ATTORNEY
16      BY:  STEVEN MILLS, DEPUTY CITY ATTORNEY
17      1390 Market Street, 7th Floor
18      San Francisco, California  94102
19      Telephone:  (415) 335-3304
20      Email:  steven.mills@sfcityatty.org
21
22  ALSO PRESENT:
23      JOSHUA HEADRICK, BEHMKE EXHIBIT TECHNICIAN
24
25
```

```
 1  in-kind benefits such as shelter placements --
 2       A    Yeah.
 3       Q    -- does CAAP provide funds to the provider of
 4  shelter?
 5       A    No, we don't.  As I said earlier, we get -- we
 6  have shelter beds assigned to our program specifically.
 7       Q    So in order to provide the in-kind benefit of
 8  shelter to unhoused CAAP clients, CAAP provides them
 9  with shelter beds directly; is that right?
10       A    Yes.
11       MR. MILLS:  Objection.  Misstates testimony.
12  BY MR. PRASAD:
13       Q    What shelter options are available for CAAP
14  recipients?
15       A    They are -- there is female and male beds in
16  congregate settings.
17       Q    And how would you describe the shelter
18  facilities that are available to CAAP clients?
19       MR. MILLS:  Objection.  Vague and ambiguous.
20  Incomplete hypothetical.
21            You may answer.
22       THE WITNESS:  I don't know how to describe them.
23  Yeah, their -- I don't know.  You can look online,
24  probably, see photos.  I don't know what describing
25  means.
```

```
 1  BY MR. PRASAD:
 2      Q    Are CAAP recipients ever provided beds in
 3  emergency shelters?
 4      MR. MILLS:  Objection.  Incomplete hypothetical.
 5  And vague and ambiguous.
 6  BY MR. PRASAD:
 7      Q    You may answer.
 8      A    I don't know what "emergency shelter" means.
 9      Q    Are you familiar with the names and locations
10  of facilities that CAAP beneficiaries are provided
11  shelter beds in?
12      A    Yeah.
13      Q    And could you give me some examples of those
14  names?
15      A    MSC South.  Sanctuary.  Next Door.
16      Q    Any others?
17      A    Not that I know of.  Well, yeah, I don't know.
18  There may be some -- some beds.  It's just not part of
19  my job to like keep track of where all our beds are.  I
20  just know that we have the beds and they're available.
21  But those are the three main locations.
22      Q    Have you ever visited any of these locations?
23      A    In my 25 years, yes, I'm sure.
24      Q    And are you familiar with what they look like,
25  generally?
```

```
 1  BY MR. PRASAD:
 2      Q    Are you aware of any plans to close any of the
 3  shelters where CAAP currently places clients?
 4      A    I'm not aware of any plan.
 5      Q    Now, one of the benefits listed in paragraph 3
 6  is, quote, guaranteed access to shelter; correct?
 7      A    That's right.
 8      Q    Okay.  What does "guaranteed access to shelter"
 9  mean?
10      A    If you're a recipient of CAAP, you're
11  guaranteed a shelter bed.  You can call.  You can drop
12  in, and we'll get you a shelter bed.
13      Q    And what happens if an individual qualifies for
14  CAAP but there are no shelter beds available?
15      A    So that's a hypothetical, right?  You're saying
16  hypothetically?
17      Q    You can continue.
18      A    I mean, if there's no shelter beds, then we
19  would have to -- we wouldn't be able to offer that
20  package.  So then we would have to -- yeah, we wouldn't
21  be offering them this package that's being referred to
22  in number 3.
23      MR. MILLS:  Delayed objection.  Incomplete
24  hypothetical.  Ambiguous.
25  ///
```

```
 1   STATE OF FLORIDA  ) ss.
 2   COUNTY OF SUMTER   )
 3           I, VALERIE E. RASMUSSEN, Certified Shorthand
 4   Reporter, Certificate No. 8900, for the State of
 5   California, hereby certify that:
 6           I am the deposition officer that stenographically
 7   reported the testimony in the foregoing deposition;
 8           Prior to being examined, the deponent was by
 9   me first duly sworn via videoconference by agreement of
10   all counsel;
11           That the foregoing transcript is a true record of
12   the testimony given; I further certify that I am neither
13   counsel for, related to, nor employed by any of the parties
14   or attorneys in the action in which this proceeding
15   was taken, and further certify that I am not financially
16   or otherwise interested in the outcome of the action.
17   Reading and Signing was:
18   __X__  Requested  ____  Not Requested  ____  Waived
19   Dated:  February 22, 2025
20
21
22   [signature: Valerie Rasmussen]
23
24   VALERIE E. RASMUSSEN, CA CSR NO. 8900
25   STATE OF CALIFORNIA
```