DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:  (415) 554-3857 (Wang)
            (415) 554-6762 (Murphy)
            (415) 554-3870 (Gradilla)
            (415) 554-4223 (George)
            (415) 355-3304 (Mills)
Facsimile:  (415) 554-4699
E-mail:     edmund.wang@sfcityatty.org
            kaitlyn.murphy@sfcityatty.org
            miguel.gradilla@sfcityatty.org
            john.george@sfcityatty.org
            steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile:  (415) 343-7101
E-mail:     wmetlitzky@conmetkane.com
            jlanier@conmetkane.com
            ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**JOINT STIPULATED ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER**<br><br>Trial Date:   July 28, 2025 |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, the parties seek an Order from the Court directing the United States Federal Marshals Service and/or Federal Security Services to allow into the Federal Courthouse the following items for use at trial in the above-referenced matter:

1. Laptop computers;
2. Elmo;
3. Projector (with stand);
4. Oversized Projector Screen;
5. VGA Extension Box;
6. USB-C to HDMI adapters and any other necessary adapters;
7. Extension cords, power cords, power strips, and other necessary cords;
8. Speakers for use with laptop;
9. Additional monitors;
10. Foamboard demonstratives;
11. Easels and pad;
12. Wireless Laser Pointer;
13. Printers;
14. Food and drink;
15. Equipment carts; and
16. WiFi Hot Spots.

| | | |
|---|---|---|
| Dated: June 26, 2025 | | DAVID CHIU<br>City Attorney<br>YVONNE R. MERÉ<br>EDMUND T. WANG<br>KAITLYN MURPHY<br>MIGUEL A. GRADILLA<br>JOHN H. GEORGE<br>STEVEN A. MILLS<br>Deputy City Attorneys |
| | By: | *s/ Kaitlyn Murphy*<br>KAITLYN MURPHY |
| | | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT |
| Dated: June 26, 2025 | By: | **s/Vasudha Talla*<br>VASUDHA TALLA<br><br>JOHN THOMAS H. DO<br>WILLIAM S. FREEMAN<br>ACLU Foundation Of Northern California<br><br>ANDREW NTIM<br>NISHA KASHYAP<br>Lawyers' Committee for Civil Rights of the San Francisco Bay Area<br><br>SCOUT KATOVICH<br>American Civil Liberties Union Foundation<br><br>ZOE SALZMAN<br>VIVAKE PRASAD<br>BIANCA HERLITZ-FERGUSON<br>VASUDHA TALLA<br>Emery Celli Brinckerhoff Abady Ward & Maazel LLP<br><br>Attorneys for Plaintiffs<br>COALITION ON HOMELESSNESS, et al. |

**Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:_____

_____
The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT