DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile:  (415) 343-7101
E-mail:     wmetlitzky@conmetkane.com
            jlanier@conmetkane.com
            ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br> **DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S OBJECTIONS TO PLAINTIFFS' EXPERTS QUALIFICATIONS** <br><br> Date:      July 9, 2025 <br> Time:     1:00 p.m. <br> Judge:    Hon. Donna M. Ryu <br><br> Action Filed:   September 27, 2022 <br> Trial Date:     July 28, 2025 |

1   Pursuant to the Court's Third Amended Case Management and Pretrial Order for Court Trial,

2   dated October 31, 2024 (ECF No. 270), Defendants City and County of San Francisco, San Francisco

3   Police Department, San Francisco Department of Public Works, San Francisco Department of

4   Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco

5   Department of Emergency Management (collectively "Defendants") hereby object to the qualifications

6   of Plaintiffs' experts Christopher Herring and Benjamin King, Ph.D., MPH.

7   As detailed in Defendants' Motions to Exclude Herring's and King's expert testimony,

8   Defendants only object to their qualifications to offer portions of their disclosed opinions. (See ECF

9   Nos. 428, 429). As to Herring, Defendants object that he is unqualified to offer opinions regarding the

10  adequacy of notice or processes for bagging, tagging, and storing belongings because the subject

11  matter falls outside the scope of his expertise as a sociologist. (ECF No. 428 at 7-8.) Similarly, King is

12  unqualified to offer his fourth opinion that a new Bag & Tag policy is required since he has no

13  experience drafting policies such as, or similar to, the Bag & Tag policy at issue in this case. (ECF No.

14  429 at 8.) Further, because he fails to explain how his experience and knowledge allow him to offer

15  the opinion that an entirely new policy is required, Defendants maintain that he is unqualified to

16  provide such an opinion. *See In re Twitter, Inc. Sec. Litig.*, No. 16-cv-05314-JST, 2020 WL 90073168,

17  at *11 (N.D. Cal. April 20, 2020).

18  / / /

19  / / /

20  / / /

21

22

23

24

25

26

27

28

1

DATED: June 30, 2025

Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

**/s/ Miguel A. Gradilla
MIGUEL A. GRADILLA

WARREN METLITZKY
JESSICA ELAINE LANIER
NATHAN D. THEOBALD
**CONRAD | METLITZKY | KANE LLP**

Attorneys for Defendants CITY AND COUNTY
OF SAN FRANCISCO, et al.

**Pursuant to L.R. 5-1, the e-filing attorney attests that each of the other Signatories have concurred in the filing of this document.

2