EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman, *pro hac vice*
Vasudha Talla, SBN 316219
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs*

*Additional Counsel Appear on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE, <br><br> Plaintiffs. <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT, <br><br> Defendants. | CASE NO. 4:22-cv-05502-DMR <br><br> **PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS** <br><br> Final Pretrial Conference: July 9, 2025 <br> Time: 1:00 p.m. <br> Trial Date: July 28, 2025 <br> Courtroom: Courtroom 4, 3rd Floor <br> Judge: Hon. Donna M. Ryu |

Pursuant to the Court's Third Amended Case Management and Pretrial Order For Court Trial (ECF No. 270), Plaintiffs submit the following objections and counter-designations to Defendants' Deposition Designations. Plaintiffs reserve the right to remove objections from this chart in light of the Court's rulings and/or the presentation of evidence at trial.

**Code to Objections**

| | |
|---|---|
| AF | Assumes facts not in evidence |
| CD | Compound |
| F | Lacks foundation |
| NR | Not responsive |
| S | Scope |
| V | Vague |
| SP | Speculation |
| LC | Calls for a legal conclusion |
| FRE 402 | Relevance |
| FRE 403 | Unduly prejudicial, confusing, misleading, delay, waste of time, or cumulative |
| FRE 801 | Hearsay |
| * | No objection |

**Sarah Cronk\*; September 23, 2024**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 31:21-32:8 | FRE 402; FRE 403 | 30:22-24; 31:16-20; 31:9-12; 32:17-19 | (30:22-24) - S; F; SP; FRE 402<br><br>(31:9-12) - designated question with no answer; designated answer with no question | |
| 32:14-16 | FRE 402; FRE 403 | 30:22-24; 31:16-20; 31:9-12; 32:17-19 | (30:22-24) - S; F; SP; FRE 402<br><br>(31:9-12) - designated question with no answer; | |

---

[1]    \* Defendants preserve their position that these individuals are not members of the Coalition on Homelessness.

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | designated answer with no question | |
| 37:22-38:6 | * | 38:7-39:12 | S; SP; V; AF; FRE 402; FRE 403; FRE 801 | |
| 41:18:24 | * | 41:5-13 | S; V; F; AF; FRE 402; FRE 403; FRE 801 | |
| 54:14-56:25 | * | 66:4-13 | V; F; SP; FRE 402; FRE 403; FRE 801 | |
| 57:16-58:7 | * | 58:8-10; 59:17-21; 66:4-13 | (58:8-10) S; F; CD<br><br>(59:17-21) CD; V; Leading; FRE 402; FRE 403<br><br>(66:4-13) V; F; SP; FRE 402; FRE 403; FRE 801 | |
| 59:22-60:23 | FRE 402 (as to 59:22-60:5); V (as to 59:22-60:5) | * | * | |
| 61:5-62:18 | FRE 402 | * | * | |
| 78:11-79:8 | AF; F; FRE 402 | * | * | |
| 92:21-93:17 | * | 93:18-94:10 | S; V; F; FRE 402; FRE 403; FRE 404; FRE 801 | |
| 94:11-17 | V (as to 94:15-16) | 94:18-95:5; 95:14-96:10; 97:10-15 | (94:18-95:5) V; F; SP; FRE 801<br><br>(95:14-96:10) V; F; Leading; FRE 402; FRE 403; FRE 801<br><br>(97:10-15) S; NR; SP; F; FRE 402; | |

3

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | FRE 403; FRE 801 | |
| 96:18-97:9 | * | * | * | |
| 98:9-18 | V (as to 98:16-18) | * | * | |
| 98:24-99:25 | * | * | * | |
| 100:5-101:6 | *(provided correction to 100:14 per errata sheet is made) | 101:7-11; correction to 100:14 should be made; as noted in the errata sheet | F; IO; FRE 403; FRE 801 | |
| 101:22-103:9 | AF (as to 102:9-10); V (as to 102:9-10) | 103:13-16 | S; SP; LPK; FRE 402 | |
| 103:21-104:5 | V (as to 103:21-23); SP (as to 103:25-104:5) | * | * | |
| 131:23-133:6 | FRE 402; FRE 403 | 131:19-22; 133:7-25; 135:7-16; 136:11-13; 137:12-138:11; 138:20-139:10; 140:7-13; 140:22-25; 141:21-143:1; 144:23-24; 253:19-22 | (135:7-16) V; F; SP; IH; AF<br><br>(136:11-13) V; F<br><br>(137:12-138:11) SP; LPK; FRE 801<br><br>(138:20-139:10) SP; LPK; FRE 801<br><br>(140:7-13) V; SP; LPK; CD; FRE 801<br><br>(140:22-25) V; SP; LPK; CD; FRE 801<br><br>(141:21-143:1) V; SP; LPK; CD; IO; FRE 402; FRE 403; FRE 801<br><br>(253:19-22) FRE | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | 404 | |
| 134:1-6 | FRE 402; FRE 403 | 131:19-22; 133:7-25; 135:7-16; 136:11-13; 137:12-138:11; 138:20-139:10; 140:7-13; 140:22-25; 141:21-143:1; 144:23-24; 253:19-22 | (135:7-16) V; F; SP; IH; AF<br><br>(136:11-13) V; F<br><br>(137:12-138:11) SP; LPK; FRE 801<br><br>(138:20-139:10) SP; LPK; FRE 801<br><br>(140:7-13) V; SP; LPK; CD; FRE 801<br><br>(140:22-25) V; SP; LPK; CD; FRE 801<br><br>(141:21-143:1) V; SP; LPK; CD; IO; FRE 402; FRE 403; FRE 801<br><br>(253:19-22) FRE 404 | |
| 134:19-135:6 | FRE 402; FRE 403 | 131:19-22; 133:7-25; 135:7-16; 136:11-13; 137:12-138:11; 138:20-139:10; 140:7-13; 140:22-25; 141:21-143:1; 144:23-24; 253:19-22 | (135:7-16) V; F; SP; IH; AF<br><br>(136:11-13) V; F<br><br>(137:12-138:11) SP; LPK; FRE 801<br><br>(138:20-139:10) SP; LPK; FRE 801<br><br>(140:7-13) V; SP; LPK; CD; FRE 801<br><br>(140:22-25) V; SP; LPK; CD; | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | FRE 801<br><br>(141:21-143:1) V; SP; LPK; CD; IO; FRE 402; FRE 403; FRE 801<br><br>(253:19-22) FRE 404 | |
| 135:17-136:10 | FRE 402; FRE 403 | 131:19-22; 133:7-25; 135:7-16; 136:11-13; 137:12-138:11; 138:20-139:10; 140:7-13; 140:22-25; 141:21-143:1; 144:23-24; 253:19-22 | (135:7-16) V; F; SP; IH; AF<br><br>(136:11-13) V; F<br><br>(137:12-138:11) SP; LPK; FRE 801<br><br>(138:20-139:10) SP; LPK; FRE 801<br><br>(140:7-13) V; SP; LPK; CD; FRE 801<br><br>(140:22-25) V; SP; LPK; CD; FRE 801<br><br>(141:21-143:1) V; SP; LPK; CD; IO; FRE 402; FRE 403; FRE 801<br><br>(253:19-22) FRE 404 | |
| 136:14-137:11 | FRE 402; FRE 403 | 131:19-22; 133:7-25; 135:7-16; 136:11-13; 137:12-138:11; 138:20-139:10; 140:7-13; 140:22-25; 141:21-143:1; 144:23-24; 253:19-22 | (135:7-16) V; F; SP; IH; AF<br><br>(136:11-13) V; F<br><br>(137:12-138:11) SP; LPK; FRE 801<br><br>(138:20-139:10) SP; LPK; FRE | |

6

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | 801 | |
| | | | (140:7-13) V; SP; LPK; CD; FRE 801 | |
| | | | (140:22-25) V; SP; LPK; CD; FRE 801 | |
| | | | (141:21-143:1) V; SP; LPK; CD; IO; FRE 402; FRE 403; FRE 801 | |
| | | | (253:19-22) FRE 404 | |
| 145:13-22 | * | * | * | |
| 152:14-153:7 | * | * | * | |
| 154:7-24 | * | * | * | |
| 156:3-10 | * | * | * | |
| 156:15-157:10 | FRE 402 | 157:11-18 | S; FRE 402; FRE 403 | |
| 157:19-22 | * | * | * | |
| 158:3-159:6 | LC (as to 158:16-159:6); SP (as to 158:16-159:6) | * | * | |
| 159:25-160:4 | FRE 402 | 157:11-18 | S; FRE 402; FRE 403 | |
| 161:9-162:3 | FRE 402 | * | * | |
| 263:2-8 | FRE 402 | * | * | |
| 263:23-264:5 | LC; V; FRE 402 | * | * | |
| 273:1-20 | FRE 402 (as to 273:14-20) | 157:11-18 | S; FRE 402; FRE 403 | |

**Joshua Donohoe\*; November 12, 2024**

7

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 24:20-25:12 | * | * | * | |
| 37:1-11 | * | * | * | |
| 37:19-38:1 | * | * | * | |
| 42:7-43:1 | V (as to 42:24-43:1); SP (as to 42:24-43:1) | * | * | |
| 43:21-44:19 | * | * | * | |
| 45:11-20 | * | * | * | |
| 45:24-46:4 | * | * | * | |
| 47:7-48:10 | * | 48:11-13 | * | |
| 49:11-18 | * | * | * | |
| 49:23-50:1 | * | * | * | |
| 52:7-9 | * | * | * | |
| 56:17-57:4 | * | * | * | |
| 57:9-14 | FRE 402 | 57:15-58:2 | * | |
| 58:3-16 | SP (as to 58:5-8); SP (as to 58:13-16) | 57:15-58:2 | * | |
| 58:23-24 | SP | 58:18-21 | SP; F | |
| 59:1 | SP | 58:18-21 | SP; F | |
| 61:9-24 | * | * | * | |
| 65:14-18 | * | * | * | |
| 66:1-67:2 | FRE 402 | * | * | |
| 72:8-73:13 | FRE 402; FRE 403 | 73:14-74:14 | SP; LPK; V; F; NR; FRE 402; FRE 403 | |
| 81:1-17 | * | * | * | |
| 84:1-13 | FRE 402 | * | * | |

8

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | | |
| 125:20-126:8 | FRE 402; SP; V | * | * | |
| 126:19-127:18 | SP (as to 126:19-127:9); FRE 402 (as to 126:25-127:9) | * | * | |
| 158:13-17 | LC; FRE 402 | * | * | |
| 159:6-14 | LC; FRE 402 | * | * | |
| 159:25-161:7 | FRE 403 (as to 159:25-2) | 159:15-24 | S; F; V; AF; FRE 402; FRE 403; FRE 801 | |
| 161:14-16 | V; FRE 402 | * | * | |
| 161:22-162:4 | AF (as to 162:1-4); V (as to 162:1-4) | * | * | |
| 162:10-16 | * | 162:5-9 | * | |
| 165:10-20 | * | * | * | |
| 180:19-21 | SP; V; FRE 402 | * | * | |
| 192:12-16 | FRE 402 | 192:17-193:9 | S; NR; AF; FRE 402; FRE 403; FRE 801 | |
| 193:19-195:7 | FRE 801 (as to 193:19-194:15) | * | * | |
| 196:7-18 | F; AF; FRE 402 | 196:19-197:4 | S; NR; V; FRE 402; FRE 801 | |
| 198:11-17 | * | * | * | |
| 198:24-199:21 | * | * | * | |
| 201:7-202:12 | * | 200:16-22 | S; V; F; SP; LPK; FRE 801; FRE 402; FRE 403 | |
| 205:1-6 | * | 200:16-22 | S; V; F; SP; LPK; FRE 801; FRE 402; FRE | |

9

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | 403 | |
| 220:5-25 | * | * | * | |
| 228:19-230:2 | FRE 402; FRE 403 | 230:15-17; 237:4-14 | (230:15-17) S; SP; LPK; F<br><br>(237:4-14) V; F; IO; FRE 403 | |
| 230:18-231:17 | FRE 402; FRE 403 | 129:14-19; 150:14-17; 231:18-19; 237:4-14 | (129:14-19) S; SP; LPK; FRE 402; FRE 403<br><br>(150:14-17) S; F; AF; FRE 402; FRE 403; FRE 404<br><br>(231:18-19) S; F; FRE 404<br><br>(237:4-14) V; F; IO; FRE 403 | |
| 231:20-233:7 | FRE 402; FRE 403; CD (as to 232:11-14); SP (as to 232:24-233:7) | 237:4-14 | V; F; IO; FRE 403 | |
| 233:22-235:10 | FRE 402; FRE 403 | 235:11-12; 235:16-21; 237:4-14 | (235:11-12) FRE 404<br><br>(235:16-21) F; V; IH; SP<br><br>(237:4-14) V; F; IO; FRE 403 | |
| 236:5-237:3 | FRE 402; FRE 403 | * | * | |
| 237:24-239:12 | FRE 402; FRE 403 | * | * | |
| 241:8-241:19 | FRE 402; FRE 403 | * | * | |
| 242:17-242:22 | FRE 402; FRE 403 | * | * | |
| 245:20-23 | * | * | * | |

10

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 246:4-12 | FRE 402 | * | * | |
| 246:24-247:2 | LC; V; FRE 402 | * | * | |

**Coalition on Homelessness 30(b)(6); February 25, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 13:22-14:9 | * | * | * | |
| 15:1-3 | * | * | * | |
| 21:17-20 | * | * | * | |
| 22:12-25 | * | * | * | |
| 24:14-24:22 25:1-23 26:25-27:2 27:5-15 | * | 24:23-25; 26:11-23 | (Global) S – Plaintiffs do not identify which counter-designation(s) apply to which specific designation. (26:11-23) NR; S | |
| 51:11-22 | * | 51:23-52:1 | * | |
| 53:1-3 | * | 53:23-54:4; 55:3-15 | (Global) S – Plaintiffs do not identify which counter-designation(s) apply to which specific designation. (53:23-54:4) F; SP (55:3-15) F; SP | |
| 55:16-21 | * | 55:22-56:6 | NR | |
| 71:17-25 | * | 67:19-69:1; 71:3-16; 72:1-74:20 | (Global) S – Plaintiffs do not | |

11

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | identify which counter-designation(s) apply to which specific designation.

(67:19-69:1) S; FRE 402 - organizational standing

(72:1-74:20) S; for completeness, 76:14-24 should be added if counter-designation is admitted. | |
| 73:4-20 74:24-75:13 78:3-18 79:25-80:20 82:15-18 84:16-86:1 | * | 72:1-74:20; 75:14-76:13; 77:13-78:2; 79:7-24; 80:21-81:1; 81:21-82:14; 82:19-83:10; 86:3-18 | (Global) S – Plaintiffs do not identify which counter-designation(s) apply to which specific designation

(72:1-74:20) S; for completeness, 76:14-24 should be added if counter-designation is admitted.

(75:14-76:13) NR; S

(79:7-24) S; NR

(80:21-81:1) S; for completeness, | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | 81:2-10 should be added if counter-designation is admitted.<br><br>(81:21-82:14) S; NR<br><br>(82:19-83:10) NR; V<br><br>(86:3-18) NR | |
| 89:6-9<br>89:19-25 | Portion of a question without answer (89:6-9) | 86:19-21; 89:1-5; 89:10-18; 90:1-7 | (86:19-21) F; S; FRE 402, 403, 801 | |
| 92:7-12 | * | 92:4-6; 92:13-93:11 | * | |
| 96:19-25 | F; SP (96:19-25) | 93:22-96:18 | NR; S; V; SP; F; LPK | |
| 98:1-22 | * | * | * | |
| 99:12-14<br>101:15-19<br>102:7-102:23<br>110:24-112:4<br>112:21-113:9 | FRE 402; FRE 403 (112:21-113:9) | 99:2-11; 99:15-19; 100:3-21; 102:24-103:14; 103:22-105:15; 105:25-109:15; 110:8-23 | (Global) S – Plaintiffs do not identify which counter-designation(s) apply to which specific designation<br><br>(100:3-21) S<br><br>(102:24-103:14) S; NR; V; FRE 402, 403; Narrative<br><br>(103:22-105:15) S; F; FRE 402, | |

13

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | 403, 801; for completeness, 105:16-24 should be added if counter-designation is admitted.<br><br>(105:25-109:15) S; NR; SP; F; FRE 402, 403, 801<br><br>(110:8-23) S; V as to time | |
| 132:24-133:4 135:15-23 142:17-25 | FRE 402; 403; FRE 801; F; SP (132:24-133:4; 135:15-23) | 131:6-132:12; 133:5-20; 135:25-136:23; 138:13-139:2 | (Global) S – Plaintiffs do not identify which counter-designation(s) apply to which specific designation<br><br>(131:6-132:12). S; for completeness, 130:23-131:5 and 132:13-23 should be added if counter-designation is admitted.<br><br>(133:5-20) LPK; FRE 801<br><br>(135:25-136:23) NR; F; LPK; SP; LC; FRE 402, 403, 801 | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 144:13-145:4 | FRE 801; F; SP | 145:5-148:8 | S; SP; NR; FRE 801 | |
| 148:9-12 | * | * | * | |
| 153:5-19 155:17-18 | * | 148:14-149:4; 152:1-4; 152:21-153:4; 154:3-9; 155:14-16 | (Global) S – Plaintiffs do not identify which counter-designation(s) apply to which specific designation; For completeness, 153:20-24 should be added if counter-designation is admitted.<br><br>(148:14-149:4) F; LPK; FRE 402, 403, 801<br><br>(152:21-153:4) S; NR; F; LPK; FRE 402, 403, 801<br><br>(155:14-16) SP; F; LPK | |
| 208:1-12 | * | * | * | |
| 250:18-25 | * | 251:2-18 | FRE 402, 403; for completeness, 251:19-21 should be added if counter-designation is admitted. | |
| 257:10-15 | FRE 402; FRE 403 | * | * | |
| 258:1-259:15 | * | * | * | |

15

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 265:20-267:6 | * | 267:7-25 | V; NR; FRE 403 | |
| 271:11-273:3 | FRE 801; F; SP | * | * | |
| 278:3-7 279:18-281:2 | LC | 278:8-14; 279:6-9; 281:16-283:5 | (Global) S – Plaintiffs do not identify which counter-designation(s) apply to which specific designation<br><br>(278:8-14) V; LC; NR; FRE 402, 403<br><br>(281:16-283:5) FRE 402, 403 | |
| 283:22-284:2 | LC | * | * | |

**Jennifer Friedenbach; February 27, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 37:24-38:21 | * | * | * | |
| 76:22-77:15 | * | 70:1-71:23; 74:13-76:21; 77:16-78:7; 87:11-90:23 | (70:1-71:23) S; AF; F; LC; LPK; V; FRE 402, 403, 801<br><br>(74:13-76:21) S; SP; AF; F; V; LPK; FRE 402, 403, 801; LC | |

16

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | (77:16-78:7) S; SP; AF; F; LPK; FRE 402, 403, 801; LC<br><br>(87:11-90:2) S; SP; AF; F; LC; LPK; NR; FRE 402, 403, 801 | |
| 82:5-83:21 | FRE 402; FRE 403 | * | * | |
| 93:3-4 93:19-94:13 | FRE 402; FRE 403 | 97:6-100:4; 105:25-107:17 | (97:6-100:4) S; V; SP; AF; F; LPK; NR; LC; CD; FRE 402, 403, 801<br><br>(105:25-107:1) S; AF; LPK; NR; LC; FRE 402, 403, 801 | |
| 100:5-10 | FRE 402; FRE 403 | 97:6-100:4; 105:25-107:17 | (97:6-100:4) S; V; SP; AF; F; LPK; NR; LC; CD; FRE 402, 403, 801<br><br>(105:25-107:1) S; AF; LPK; NR; LC; FRE 402, 403, 801 | |
| 103:17-104:10 | FRE 402; FRE 403 | 97:6-100:4; 105:25-107:17 | (97:6-100:4) S; V; SP; AF; F; LPK; NR; LC; CD; FRE 402, 403, 801<br><br>(105:25-107:1) | |

17

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | S; AF; LPK; NR; LC; FRE 402, 403, 801 | |
| 107:18-108:25 | FRE 402; FRE 403 | 97:6-100:4; 105:25-107:17 | (97:6-100:4) S; V; SP; AF; F; LPK; NR; LC; CD; FRE 402, 403, 801 <br><br> (105:25-107:1) S; AF; LPK; NR; LC; FRE 402, 403, 801 | |
| 124:10-25 | * | * | * | |
| 125:9-126:19 | * | * | * | |
| 128:25-132:4 | * | 132:22-137:23 | S; AF; SP; LC; NR; LPK; FRE 402, 403, 801 | |
| 159:18-160:5 160:20-25 | FRE 801; F; SP | 160:6-19;161:25-162:12 | (161:25-162:12) S; SP; LPK; F; FRE 402, 403, 801 | |
| 163:3-19 166:20-167:8 | * | * | * | |
| 168:16-21 | * | * | * | |
| 171: 14-18 171:23-172:6 | FRE 402; FRE 403; FRE 801; F; SP | 174:2-24 | S; NR; F; SP; AF; LPK; FRE 402, 403, 801 | |
| 175:1-4 175:15-18 | FRE 402; FRE 403; FRE 801; F; SP | 177:22-178:3 | S; SP; NR; F; AF; FRE 402, 403, 801 <br><br> For completeness, 178:4-6 should be added if counter-designation is | |

18

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | admitted. | |

**Lukas Illa; February 20; 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 36:3-14 | * | * | * | |
| 39:16-46:18 | LC | * | * | |
| 49:15-18 | AF; CP | * | * | |
| 93:25-94:2 | * | * | * | |
| 95:19-96:20 | FRE 403; LC | * | * | |
| 98:13-100:8 | FRE 403; CP; LC; SP; V | * | * | |
| 101:12-105:6 | FRE 403; LC; SP; V | * | * | |
| 107:10-108:18 | FRE 402; FRE 403 CP; SP | * | * | |
| 109:21-110:4 | FRE 402; FRE 403; CP; SP; V | * | * | |
| 110:25-111:11 | FRE 402; FRE 403; FRE 801; CP; SP; V | * | * | |
| 116:9-12 | FRE 801 | 116:5-8 | * | |
| 151:13-16 | FRE 403; CP; LC; SP; V | 151:25-153:19 | S; F; LC; CD; V; NR; FRE 402, 403, 801 | |
| 157:5-17 | FRE 402; FRE 403; CP; LC; SP; V | * | * | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 159:14-160:17 | AF; F. FRE 403 | * | * | |
| 163:13-164:9 | FRE 403; AF; F; CP; SP; V | * | * | |
| 164:17-24 | FRE 403; AF; F; CP; SP | * | * | |
| 165:16-167:5 | FRE 403 | * | * | |
| 169:8-21 | * | * | * | |

**Dylan Verner-Crist; March 4; 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 105:9-24 | * | * | * | |
| 108:5-109:19 | * | * | * | |

**Karina Ioffee; March 4, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 13:8-9 | FRE 402; FRE 403; CD | * | * | |
| 13:12-13 | FRE 402; FRE 403; CD | * | * | |
| 13:25-14:1 | FRE 402; FRE 403; V; AWP | * | * | |

20

| | | | | |
|---|---|---|---|---|
| 14:6-9 | FRE 402; FRE 403; V; AWP | 14:10-22 | * | |
| 14:23-15:4 | FRE 402; FRE 403; V; AWP | 14:10-22 | * | |
| 22:19-24 | FRE 402; FRE 403; F; S; V | 22:11-18 | S; FRE 402; FRE 403 | |
| 28:9-12 | FRE 402; FRE 403 | 29:14-30:3 | * | |
| 31:10-11 | FRE 403; LC; SP; V | 31:12 | * | |
| 31:13-17 | FRE 403; LC; SP; V | 31:12 | * | |
| 50:23-25 | FRE 402; FRE 403; SP; V | * | * | |
| 51:24-52:1 | FRE 402; FRE 403; SP; V | * | * | |
| 52:5-7 | FRE 402; FRE 403; SP; V | * | * | |
| 52:12-14 | FRE 402; FRE 403; SP; V | * | * | |
| 52:25-53:1 | FRE 402; FRE 403; SP; V | * | * | |
| 53:12-17 | FRE 402; FRE 403; SP; V | * | * | |
| 53:23-25 | FRE 402; FRE 403; FRE 801; SP; V | * | * | |

21

| 57:5-6 | FRE 402; V; AWP | 57:7-10 | * | |
| 57:11-12 | FRE 402; V; AWP | 57:7-10 | * | |
| 59:18-21 | FRE 402; FRE 403; FRE 801; SP; V | * | * | |
| 60:24-61:6 | FRE 402; FRE 403; FRE 801; SP; V | * | * | |
| 62:23-63:3 | * | 63:17-20 | S; FRE 801; FRE 402; FRE 403 | |
| 66:12-16 | FRE 801; SP | * | * | |
| 70:6-21 | * | * | * | |
| 77:4-9 | FRE 402; FRE 403; FRE 801; SP; V | 77:10 | * | |
| 77:11-13 | FRE 402; FRE 403; FRE 801; SP; V | 77:10 | * | |
| 77:21-78:3 | FRE 402; FRE 403; FRE 801; SP; V | * | * | |
| 80:23-25 | FRE 402; FRE 403; LC; SP; V | 81:1 | * | |
| 81:2-4 | FRE 402; FRE 403; LC; SP; V | 81:1 | * | |
| 81:6-8 | FRE 402; FRE 403; LC; SP; V | 81:9 | * | |

22

| | | | | |
|---|---|---|---|---|
| 81:10-11 | FRE 402; FRE 403; LC; SP; V | 81:9 | * | |
| 111:16-18 | SP; V | 111:19 | * | |
| 112:24-113:11 | * | * | * | |
| 113:17-19 | FRE 801; SP | * | * | |
| 117:21-118:11 | FRE 801 | * | * | |
| 119:3-5 | CD; SP; V | 119:6 | * | |
| 119:7-12 | CD; SP; V | 119:6 | * | |
| 119:14 | * | 119:13 | * | |
| 126:23-24 | SP; V | * | * | |
| 126:25-127:4 | SP; V | 127:5 | * | |
| 127:6-12 | SP; V | 127:13 | * | |
| 127:14-22 | FRE 801; SP; V | 127:23-25 | * | |
| 128:23-129:6 | * | * | * | |
| 130:25-131:5 | SP; V (assuming this is meant to say 130:25-131:5) | * | * | |
| 135:9-11 | FRE 402; FRE 403; CD; LC; SP; V | 135:12-17 | * | |
| 135:18-21 | FRE 402; FRE 403; CD; LC; SP; V | 135:12-17 | * | |
| 143:17-24 | FRE 801 | * | * | |
| 144:5-9 | FRE 801 | 145:2-14 | * | |
| 150:24-151:8 | FRE 801; SP; V | 151:9-17 | S; FRE 402; | |

| | | | FRE 403 | |
|---|---|---|---|---|
| 155:20-156:3 | FRE 801; SP | * | * | |
| 156:9-11 | AF; CP; F; SP; V | * | * | |
| 157:21-158:12 | AF; CP; SP | * | * | |
| 162:20-22 | FRE 402; FRE 403; SP; V | * | * | |
| 164:19-165:1 | FRE 402; FRE 403; CP; SP; V | * | * | |
| 165:5-7 | FRE 402; FRE 403; CP; SP; V | * | * | |
| 185:20-186:18 | FRE 402; FRE 403; FRE 801; SP | * | * | |
| 189:20-190:8 | FRE 402; FRE 403; FRE 801; SP | 187:22-188:2; 188:15-21 | (187:22-188:2) S; FRE 402; FRE 403<br><br>(188:15-21) S; FRE 402; FRE 403 | |
| 196:1-21 | FRE 402; FRE 403; FRE 801; SP | * | * | |
| 199:11-18 | FRE 402; FRE 403; FRE 801; SP; V | * | * | |
| 199:22-25 | FRE 801; CD; SP | * | * | |
| 200:11-13 | FRE 801; SP | * | * | |
| 202:2-5 | FRE 801 | * | * | |

24

| | | | | |
|---|---|---|---|---|
| 208:22-209:3 | FRE 402; FRE 403; SP; V | * | * | |
| 211:15-22 | FRE 402; FRE 403; SP; V | 211:23-25 | * | |
| 212:1-10 | FRE 402; FRE 403; SP; V | 212:11-12; 212:20-22 | * | |
| 212:13-18 | FRE 402; FRE 403; SP; V | 212:11-12; 212:20-22 | * | |
| 218:2-4 | FRE 801; SP; V | 218:5 | * | |
| 218:6-7 | FRE 801; SP; V | 218:5 | * | |
| 218:13-15 | FRE 801 | * | * | |
| 219:7-11 | FRE 402; FRE 403; FRE 801; SP; V | 219:12 | * | |
| 219:14-16 | SP; V | * | * | |
| 222:5-8 | FRE 402; FRE 403; FRE 801; SP; V | 222:9 | * | |
| 222:10-11 | FRE 402; FRE 403; FRE 801; SP; V | 222:9 | * | |
| 247:18-20 | FRE 403; SP | 247:21 | * | |
| 247:22-248:3 | FRE 403; SP | 247:21 | * | |
| 251:22-252:2 | FRE 403; SP | * | * | |

//

//

25

**Toro Castano\*; October 9, 2024**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 38:19-40:10 | * | 40:11-14 | V; F; LPK; NR; FRE 402; FRE 403 | |
| 40:15-24 | * | * | * | |
| 41:16-17 | * | * | * | |
| 48:24-49:2 | * | 49:3-9<br>45:5-48:25<br>43:19-44:25 | (49:3-9) S; F; AF; FRE 402; FRE 403; FRE 801<br><br>(45:5-48:25) S; NR; V; F; AF; SP; LPK; FRE 402; FRE 403; FRE 801<br><br>(43:19-44:25) NR; SP; V; F; CD; FRE 402; FRE 801 | |
| 53:8-54:16 | * | 53:17 | * | |
| 56:16-22 | SP; F; V (56:18-22) | * | * | |
| 57:10-24 | * | 58:2-15 | SP; LPK | |
| 58:16-17 | * | 58:18-20 | * | |
| 59:9-20 | * | * | * | |
| 60:24-61:1 | * | 61:2-10 | V; F; SP; LPK | |
| 67:20-68:7 | FRE 402 | 68:9-12 | * | |
| 91:25-93:15 | FRE 402; FRE 403 | * | * | |
| 94:3-4 | FRE 402; FRE 403 | 94:5-10 | S; F; FRE 402; FRE 403; FRE 801 | |
| 133:6-134:4 | * | * | * | |
| 134:13-13:135:5 | * | * | * | |

26

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 135:9-14 | * | 135:15-17 | S; FRE 402; FRE 403 | |
| 136:6-18 | * | 136:19-20 | * | |
| 137:21-139:15 | * | 137:17-20 139:18-140:25 | (137:17-20) SP; LPK; F; FRE 402; FRE 801 <br><br> (139:18-140:25) S; V; F; SP; LPK; NR; FRE 402; FRE 403; FRE 801 | |
| 141:17-142:5 | * | 142:7 | * | |
| 142:11-13 | * | * | * | |
| 143:8-22 | * | * | * | |
| 144:10-16 | * | 142:14-143:7 144:22-145:2 | (142:14-143:7) S; V; F; AF; SP; FRE 402; FRE 403; FRE 801 <br><br> (144:22-145:2) F; FRE 402; FRE 801 | |
| 150:7-151:10 | * | * | * | |
| 152:18-20 | * | * | * | |
| 153:3-154:2 | * | 154:3-5 145:14-146:10 | (154:3-5) S; F; SP; LPK; FRE 402; FRE 801 <br><br> (145:14-146:10) S; F; V; AF; SP; LPK; FRE 402; FRE 801 | |
| 154:10-22 | FRE 402; FRE 403 (154:13-22) | 156:3-16 | S; F; FRE 402; FRE 403; FRE 801 | |
| 155:16-23 | FRE 402; FRE 403 | * | * | |
| 158:23- | FRE 402; FRE | * | * | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 160:24 | 403 (160:19-24) | | | |
| 161:6-12 | FRE 402 | * | * | |
| 162:20-22 | NR | * | * | |
| 164:2-6 | FRE 402 | * | * | |
| 169:9-171:1 | FRE 402; FRE 403; LC | 171:2-172:15 173:11-14 | (173:11-14) S; SP; V; F; FRE 801 | |
| 171:21-23 | FRE 402; FRE 403; LC | * | * | |
| 172:1-173:5 | * | * | * | |
| 173:19-25 | * | * | * | |
| 178:19-21 | FRE 402; FRE 403 | * | * | |
| 179:1-10 | * | * | * | |
| 183:15-22 | F; SP (183:23) | * | * | |
| 183:25-184:9 | F; SP | * | * | |
| 198:10-19 | * | * | * | |
| 206:24-207:8 | FRE 402 | 207:9-21 | S; F; FRE 402; FRE 403; FRE 801 | |
| 232:4-232:8 | * | * | * | |
| 236:12-237:2 | FRE 402 | * | * | |
| 252:1-253:5 | FRE 402 | * | * | |
| 261:5-11 | * | * | * | |
| 278:19-281:25 | FRE 402 | * | * | |
| 308:19-21 | FRE 402; FRE 403 | 308:22-24 | * | |
| 308:25-309:2 | FRE 402; FRE 403 | 308:22-24 | * | |
| 309:9-310:4 | FRE 402; FRE 403; FRE 404(a); | 310:24-311:2 | V; F; IO; FRE 801 | |

28

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | FRE 404(b) | | | |
| 310:16-21 | FRE 402; FRE 403; FRE 404(a); FRE 404(b) | 310:24-311:2 | V; F; IO; FRE 801 | |
| 315:15-316:3 | * | * | * | |
| 316:17-20 | * | * | * | |
| 320:4-19 | * | * | * | |
| 322:18-25 | V; AF; LC | * | * | |

**David Martinez\*; October 15; 2024**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 27:9-19 | FRE 402 | * | * | |
| 29:14-30:2 | FRE 402 | * | * | |
| 31:24-32:7 | FRE 402 | * | * | |
| 33:2-21 | V; FRE 403 | 222:6-8 | Leading; F | |
| 35:11-20 | FRE 402 | * | * | |
| 36:1-5 | V; FRE 402 | * | * | |
| 44:2-3 | * | * | * | |
| 44:25-45:2 | * | * | * | |
| 45:5-9 | * | * | * | |
| 47:22-25 | F; SP; FRE 402 | 47:1-5 | Incomplete (designating answer but not question); SP | |
| 49:9-16 | * | * | * | |
| 51:11-19 | * | * | * | |

29

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 55:20-25 | * | * | * | |
| 56:8-9 | * | * | * | |
| 59:6-11 | FRE 402 | * | * | |
| 74:11-16 | SP | 73:24-74:1 | * | |
| 77:17-18 | FRE 402; FRE 403 | * | * | |
| 77:22-78:16 | SP (78:1-3); FRE 402; FRE 403; FRE 404; FRE 608; FRE 609 | * | * | |
| 82:23-83:10 | SP; FRE 402 | * | * | |
| 83:14-22 | SP; FRE 402 | * | * | |
| 84:4-7 | S; V; FRE 402 | * | * | |
| 94:9-18 | * | * | * | |
| 98:10-16 | FRE 402; FRE 403 | * | * | |
| 100:25-101:6 | SP | * | * | |
| 101:13-16 | * | * | * | |
| 117:10-14 | * | 117:15-16 | NR | |
| 118:24-119:9 | SP (119:4-9) | * | * | |
| 119:15-16 | V; FRE 402 | 119:10-13 | F; Leading; SP | |
| 121:15-19 | * | * | * | |
| 122:11-19 | * | * | * | |
| 123:3-7 | V; FRE 402 | 123:10-15 | F; SP; Only designated answer; not question | |
| 123:16-18 | V; SP; FRE 402 | 123:10-15 | F; SP; Only designated answer; not question | |

30

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 124:4-9 | V; FRE 402 | * | * | |
| 127:10-19 | * | * | * | |
| 128:1-3 | * | * | * | |
| 130:20-23 | V; LC | * | * | |
| 136:19-23 | V; FRE 402 | * | * | |
| 137:9-138:18 | * | * | * | |
| 139:12-15 | V | 138:25-139:11 | Leading | |
| 143:16-21 | * | 143:24-144:2 | FRE 802; F; V | |
| 144:3-7 | * | * | * | |
| 149:6-150:10 | FRE 402 | * | * | |
| 150:21-151:1 | * | * | * | |
| 152:15-20 | * | * | * | |
| 153:3-5 | * | * | * | |
| 199:1-200:6 | FRE 402 | * | * | |
| 227:10-14 | V | 227:2-9 | * | |
| 227:21-228:5 | SP (227:24-25); FRE 402 | * | * | |
| 229:24-230:4 | V | * | * | |
| 230:24-231:18 | * | * | * | |
| 232:2-13 | * | * | * | |
| 232:21-233:7 | * | 233:8-14 | V; F | |
| 233:15-24 | * | * | * | |
| 234:6-7 | * | * | * | |
| 235:9-15 | V; SP | * | * | |
| 236:8-15 | * | * | * | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 236:21-237:5 | * | * | * | |
| 240:23-242:3 | * | * | * | |
| 245:14-247:3 | F; SP (246:13-19) | * | * | |
| 249:11-17 | * | 250:11-251:9 | SP; V; F | |
| 250:3-10 | * | * | * | |
| 276:14-18 | V; SP | * | * | |
| 278:3-18 | SP (278:3-7) FRE 402 | * | * | |
| 279:1-3 | FRE 402 | * | * | |
| 302:15-303:3 | V; FRE 402 | * | * | |
| 304:11-13 | V | * | * | |

**Melodie[2]\*; March 14, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 29:24-30:11 | * | 30:23-31:7 | FRE 402; FRE 403; SP | |
| 30:24-31:4 | * | 31:5-7 | FRE 402; FRE 403; SP | |
| 31:16-24 | * | 31:25-32:5 | AF; SP; FRE 803; FRE 402; FRE 403; S | |
| 32:6-33:2 | * (including Asked and | * | * | |

---

[2] At Plaintiffs' request, Defendants have excluded this witness's last name from its deposition designations. Defendants do not agree that this witness's last name is confidential or should be kept confidential at this stage of the case.

32

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | Answered objections) | | | |
| 33:4-14 | * | 33:15-25 | FRE 402; FRE 403 | |
| 34:22-35:4 | * | * | * | |
| 35:20—39:6 | * | * | * | |
| 39:24-40:4 | * | * | * | |
| 40:22-42:11 | * | * | * | |
| 43:10-44:10 | FRE 402; Asked and Answered | 43:7-9 | FRE 402 | |
| 47:3-25 | FRE 402 | 48:6-8 | FRE 402; S | |
| 55:7-16 | * | 55:20-56:4; 56:10-12; 72:10-19; 76:2-17 | (55:20-56:4; 56:10-12) FRE 402; SP; AF  (72:10-19) FRE 803; S  (76:2-17) FRE 803; S | |
| 118:10-119:19 | FRE 402 | * | * | |
| 121:14-126:10 | * | 34:22-35:4;126:11-22 | (126:11-22) SP; AF | |
| 129:21-25 | V; LC | * | * | |
| 130:16-132:1 | * | * | * | |

**Todd Bryant*; March 4, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 23:24-24:5 | * | 25:6-23 | F; V; FRE 402; | |

33

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | FRE 403 | |
| 24:25-25:8 | * | * | * | |
| 25:24-26:1 | * | * | * | |
| 26:19-27:6 | * | * | * | |
| 28:1-3 | * | * | * | |
| 28:16-29:10 | * | * | * | |
| 32:15-33:2 | * | * | * | |
| 46:4-23 | * | 46:24-47:5 | NR; V; FRE 402; FRE 403; FRE 408 | |
| 50:13-22 | * | * | * | |
| 51:12-22 | * | 51:23-52:13 | V; F; MT; LPK; SP; Leading; FRE 402; FRE 403; FRE 801 | |
| 182:8-11 | * | 182:12-183:4 | V; AF; MT; SP; FRE 402; FRE 403 [Morrison & Foerster was counsel]; FRE 801 | |
| 183:17-24 | * | * | * | |
| 189:4-6 | FRE 402 | * | * | |

**Shyhene Brown\*; February 6; 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 20:19-21:1 | * | * | * | |
| 24:16-25:4 | * | * | * | |

34

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 25:15-26:16 | * | 25:6-25:14 | LPK; F; V; SP; FRE 402; FRE 403; FRE 801 | |
| 26:22-27:4 | * | * | * | |
| 28:2-22 | * | * | * | |
| 29:3-4 | * | * | * | |
| 48:13-24 | 402 | * | * | |
| 49:18-50:10 | * | * | * | |
| 50:22-53:21 | * | * | * | |
| 54:1-13 | 402 | * | * | |
| 55:19-24 | 402 | * | * | |
| 56:7-57:2 | * | * | * | |
| 59:13-21 | * | 59:22-60:9 | V; F; SP; FRE 802; FRE 403 | |
| 60:20-22 | AF; F; 402 | * | * | |
| 80:15-81:18 | AF; F; 402 | | * | |
| 85:15-87:1 | 402; 403; S. V as to 86:24-25 | | * | |
| 87:4-10 | C; V; 402; 403 | 87:11-18 | F; FRE 402; FRE 403 | |
| 149:9-19 | * | * | * | |
| 150:12-151:19 | AF;F as to 150:22-24. V; 402; 403 as to 150:25-151:19 | 149:9-150:11; 152:4-15; 151:20-152:3 | (149:9-150:11) V; F; FRE 402; FRE 403; FRE 801<br><br>(152:4-15)  V; F; AF; FRE 402; FRE 403; FRE 801<br><br>(151:20-152:3) V; F; SP; AF; | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | | | FRE 402; FRE 403; FRE 801 | |
| 152:16-153:24 | * | Corrections to 153:16; 153:19-20; 153:24 should be made; as noted in the errata sheet. | F; FRE 403 | |
| 154:3-11 | * | Correction to 154:9-11 should be made; as noted in the errata sheet. | * | |
| 172:20-25 | AF; F; 402; 403 | | * | |
| 173:14-21 | 402 | | * | |
| 174:16-18 | V; 402 | | * | |
| 174:23-25 | V ; 402 | | * | |

**Shanna Couper Orona*; February 28, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 16:6-9 | V | 15:24-16:5 | V; F; FRE 801 | |
| 21:8-22:9 | * | * | * | |
| 22:21-23:8 | * | * | * | |
| 23:20-24:10 | * | * | * | |
| 24:13-17 | * | * | * | |
| 37:1-3 | * | * | * | |
| 37:9-14 | * | * | * | |
| 38:25-39:1 | * | * | * | |
| 39:6-10 | * | * | * | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 39:25-40:1 | * | * | * | |
| 40:22-41:47 | (assuming 40:22-41:7) * | * | * | |
| 41:20-42:9 | * | * | * | |
| 43:20-44:4 | * | * | * | |
| 65:18-66:15 | * | 66:23-67:13 | S; F; V; SP; LPK; FRE 402; FRE 403; FRE 801 | |
| 70:5-23 | SP (70:5-19) | 69:19-70:4 | S; F; V; SP; LPK; NR;  FRE 402; FRE 403; FRE 801 | |
| 91:9-15 | * | * | * | |
| 106:3-10 | * | 69:19-70:4 | S; F; V; SP; LPK; NR;  FRE 402; FRE 403; FRE 801 | |
| 111:13-19 | * | * | * | |
| 160:19-24 | * | 160:6-18 | NR; V; F; SP; LP; FRE 402; FRE 801 | |
| 179:1-8 | * | 180:13-16 | V; F; FRE 801 | |
| 179:20-180:10 | V (180:4-10) | * | * | |
| 181:6-24 | V (181:6-24) | * | * | |
| 182:14-183:5 | V (182:20-183:5) | * | * | |
| 187:2-20 | * | * | * | |
| 192:15-193:4 | * | 193:5-7 | V; F; SP; LPK; FRE 402; FRE 403 | |
| 193:22-194:1 | * | * | * | |
| 194:4-24 | * | 195:2-8 | F; SP; FRE 801 | |

37

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 195:18-196:10 | * | 196:11-16 | FRE 801 | |
| 196:17-197:2 | * | * | * | |
| 197:14-199:7 | V; FRE 402; FRE 403 (197:23-198:23) | * | * | |
| 199:17-200:5 | FRE 402 (199:17-200:5) | * | * | |

**Sarah J. Stephenson\*; January 22, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 18:22-19:13 | * | * | * | |
| 19:22-24 | * | * | * | |
| 24:2-20 | * | * | * | |
| 26:3-9 | * | * | * | |
| 26:22-27:4 | * | * | * | |
| 27:19-21 | * | 27:22-28:15 | * | |
| 36:13-19 | * | * | * | |
| 48:11-14 | * | * | * | |
| 51:8-13 | * | * | * | |
| 65:22-66:2 | * | * | * | |
| 66:9-11 | * | * | * | |
| 68:6-8 | * | * | * | |
| 81:1-7 | * | * | * | |
| 90:8-10 | * | * | * | |

38

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 102:13-16 | * | * | * | |
| 109:22-25 | * | 105:10-19 | * | |
| 111:1-4 | * | * | * | |
| 127:4-6 | * | * | * | |
| 153:20-154:1 | * | * | * | |
| 155:18-156:18 | * | * | * | |
| 157:15-158:8 | * | 157:2-14 158:13-160:18 | * | |
| 162:15-25 | * | 163:1-4 | * | |
| 163:17-19 | * | * | * | |
| 164:1-8 | FRE 403 | * | * | |
| 164:14-18 | V | 154:2-14 | * | |

**James Reem\*; February 27, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 23:11-24:16 | * | * | * | |
| 26:6-28:6 | * | * | * | |
| 31:11-33:6 | * | * | * | |
| 34:4-7 | * | * | * | |
| 42:19-43:24 | * | * | * | |
| 44:6-13 | * | * | * | |
| 50:4-5 | * | 50:7-51:19 | FRE 402 | |

39

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 51:25-52:8 | * | * | * | |
| 72:11-73:16 | * | * | * | |
| 79:4-80:1 | * | * | * | |
| 80:11-83:19 | AF; FRE 403 (81:21-24) | * | * | |
| 84:20-85:4 | SP | * | * | |
| 85:11-86:2 | SP (85:11-24) | 86:3-21 | FRE 803; SP; AF; S | |
| 87:17-25 | * | * | * | |
| 96:14-98:10 | * | * | * | |
| 108:23-109:24 | * | * | * | |
| 110:6-113:5 | * | * | * | |
| 129:3-12 | * | * | * | |
| 137:13-138:7 | * | * | * | |
| 203:12-17 | * | * | * | |
| 203:25-204:3 | * | 204:4-12 | FRE 402 For completeness, 204:13-25 should be added if counter-designation is accepted. | |

**Larry Ackerman; March 6, 2025**

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 50:6-25 | V | 51:16-52:12 | * | |
| 98:23-99:8 | * (provided | 99:9-21 | * | |

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| | correction to 99:3 per errata sheet is made) | | | |
| 227:2-7 | * | * | * | |

### Christin Evans; March 10, 2025

| Defendants' Designations | Plaintiffs' Objections to Defendants' Designations | Plaintiffs' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Designations | Court's Ruling |
|---|---|---|---|---|
| 134:4-135:11 | * | 130:12-131:10;135:12-136:13; 145:17-146:1 | * | |
| 146:2-147:8 | FRE 402; 403 (for 146:2-4) | 147:10-148:1 | * | |
| 148:6-9 | * | 143:24-144:18 | FRE 402; FRE 403; LC; S (Unnecessary for completeness) | |
| 151:25-152:16 | AF; F; V | 152:17-153:11 (correction to 151:24-25 should be made per errata sheet) | * | |
| 167:20-169:19 | * | 169:20-172:6 | * | |
| 172:7-13 | * | 169:20-172:6 | * | |

Dated: June 30, 2025

Respectfully submitted,

By: _/s/ Vasudha Talla_

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman, *pro hac vice*

41

Vasudha Talla
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
One Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

By: */s/ Nisha Kashyap*

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
Nisha Kashyap SBN 301934
Andrew Ntim SBN 347084
Chloë Dominique Smith SBN 352170
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
nkashyap@lccrsf.org
antim@lccrsf.org

By: */s/ John Thomas H. Do*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
John Thomas H. Do, SBN 285075
William S. Freeman SBN 82002
Larissa Grijalva SBN 352930
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org
wfreeman@aclunc.org

By: */s/ Scout Katovich*

AMERICAN CIVIL LIBERTIES UNION
Scout Katovich, *pro hac vice*
425 California Street
Suite 700
San Francisco, CA 94104
212-549-2500
skatovich@aclu.org

*Attorneys for Plaintiffs Coalition on Homelessness,
Sarah Cronk, Joshua Donohoe*

1

**<u>ATTESTATION</u>**

2

  I, Vasudha Talla, am the ECF user whose user ID and password authorized the

3

filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document

4

have concurred in this filing.

5

Dated: June 30, 2025       By: *<u>/s/ Vasudha Talla</u>*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28