DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br>Plaintiffs, <br><br>vs. <br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' OMNIBUS ADMINISTRATIVE MOTION TO SEAL DOCUMENTS RELATED TO PRE-TRIAL FILINGS (ECF NO. 417)** <br><br>Action Filed:  September 27, 2022 <br>Trial Date:    July 28, 2025 |

I, KAITLYN MURPHY, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively the "City"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. I submit this declaration in support of Defendants' Omnibus Administrative Motion to Seal Documents Related To Pre-Trial Filings. The City moves to seal the following information ("Under Seal Material") filed in connection with Plaintiffs' Daubert and other Motions in Limine:

| Decl. Ex. | Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|---|
| Ex. 1 | ECF No. 418-11<br><br>Exhibit J to the Declaration of Nisha Kashyap in support of Plaintiffs' Motion in Limine Regarding Shelter Availability<br><br>[Excerpts from the Deposition of Jason Adamek] | Transcript Page and Line Numbers:<br>• 89:24 (only before "I'm probably")<br>• 90:1-2<br>• 90:5-6 | Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies non-party benefits, information |
| Ex. 2 | Exhibit D to the Declaration of Scout Katovich's in Support of Plaintiffs' Motion in Limine to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani<br><br>ECF No. 423-5<br><br>[SFFD Excel File Produced As CCSF-COH_713829] | Under the "Event Description" column on the third page of Exhibit D, for event date 02/04/2023, the address, names, and the badge (star) number mentioned therein. | Identifies non-parties' names and personal information |

3. Highlighted unredacted copies of these two documents are attached as Exhibits 1 and 2 to this declaration respectively pursuant to the Court's instructions at ECF No. 417.

1

4. The under seal portion of Exhibit 1 (Excerpts from the Adamek Deposition Transcript) only includes the names of specific non-parties who have not consented to the City disclosing their shelter and benefit status. The City has notified Plaintiffs it takes no position on the question of whether the Court should order the information contained in Exhibit 1 to remain under seal.

5. The City's request is narrowly tailored because it seeks to seal only the specific information for which there is a compelling reason for sealing as opposed to the entire document in which the information appears.

6. None of the non-parties referenced in Exhibit 2 appear on the party's trial witness list.

7. The City has not moved to seal information that does not implicate personal or confidential information.

8. The City takes no position with respect to the continued sealing of information that identifies the recipients of public benefits identified in Exhibit 1 to this declaration. I informed Plaintiffs' of the City's position as to public benefits information.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed July 1, 2025, at San Francisco, California.

                            *s/Kaitlyn Murphy*
                            KAITLYN MURPHY