1
2
3
4
5
6

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

10
11
12
13
14
15
16

COALITION ON HOMELESSNESS, et al.,

             Plaintiffs,

     v.

CITY AND COUNTY OF SAN FRANCISCO,
et al.,

             Defendants.

Case No. 4:22-cv-05502-DMR

**PLAINTIFFS' OMNIBUS
ADMINISTRATIVE MOTION
TO SEAL DOCUMENTS RELATED TO
PRETRIAL FILINGS (ECF 417)**

**Judge:** The Hon. Donna M. Ryu

17
18
19
20
21
22
23
24
25
26
27
28

**I.** **Statement to Consider Whether Another Party's Material Should Be Sealed**

Pursuant to the Court's Order, dated June 20, 2025 (Dkt. 417), Local Rules 7-11 and 75-5(f), Plaintiffs submit this Statement to Consider Whether Another Party's Material Should be Sealed regarding the following deposition excerpt submitted in connection with Plaintiffs' Motion in Limine Regarding Shelter Availability, dated June 20, 2025 (Dkt. 418) and Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani, dated June 20, 2025 (Dkt. 423).

| Document | Portion of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit J (Dkt. 418-11) to Declaration of Nisha Kashyap in Support of Plaintiffs' Motion in Limine Regarding Shelter Availability (Dkt. 418-1) | Deposition of Jason Adamek Pages: <br> • 89:24 <br> • 90:1-2 <br> • 90:5-6 | Defendants |
| Exhibit D (Dkt. 423-5) to Declaration of Scout Katovich in Support of Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani (Dkt. 423-1) | The name of an officer and badge number that appear in cell G2 of the "Violent_Incidents" tab. | Defendants |

The above-referenced documents contain information that Defendants have designated as confidential under the terms of the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information (ECF No. 127) in this action. Plaintiffs file the aforementioned documents provisionally under seal to comply with the Civil Local Rules, Court's Standing Order, the Stipulated Protective Order, and Defendants' request. *See* Declaration of Vasudha Talla dated July 1, 2025 ("Talla Decl.") at ¶¶ 2-11.

1

**II.    The Court Should Seal Sensitive Personal or Confidential Health Information in Connection with Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Alleged Criminal History**

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs also move the Court to seal **Exhibits A, B, C, and D (Dkts. 419-2 to 419-5)**[1] to the Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine (Dkt. 419-1) filed in connection with Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Alleged Criminal History (Dkt. 419). Plaintiffs also move to seal a document filed by Defendants, **Exhibit C (Dkt. 450-4)**[2] to the Declaration of Kaitlyn Murphy in Opposition to Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Criminal History (Dkt. 450-1).

Materials submitted in support of dispositive motions can be sealed where justified by "compelling reasons." *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). "[C]ompelling reasons" exist "sufficient to outweigh the public's interest in disclosure" when such "court files might have become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secret." *Id.* at 1179 (cleaned up); *see also Grace v. Apple*, Inc., No. 17 Civ.00551, 2019 WL 12288173, at *3 (N.D. Cal. Aug. 22, 2019) (compelling reasons exist to seal "sensitive internal information the disclosure of which would cause competitive harm or that would raise security concerns"); *Sullivan v. Equifax Info. Servs. LLC*, No. 22 Civ. 00061, 2024 WL 4444387, at *2 (D. Ariz. Oct. 8, 2024) ("Sources of business information that might harm a litigant's competitive standing may also constitute a compelling reason to seal.") (cleaned up).

Courts also regularly allow parties to seal information consisting of confidential health and medication information deemed private by federal and California law that qualify for protection under Federal Rule of Civil Procedure 26(c). *See Heldt v. Guardian Life Ins. Co. of Am.*, No. 16-CV-885-BAS-NLS, 2018 WL 5920029, at *2 (S.D. Cal. Nov. 13, 2018) (finding that the "need to protect medical privacy qualifies as a 'compelling reason' to seal documents")

---

[1] Unredacted versions of these exhibits are filed herewith as Exhibits 1 through 4, respectively, to the Talla Declaration.

[2] An unredacted version of this exhibit is filed herewith as Exhibit 5 to the Talla Declaration.

2

1    (citing *Domingo v. Brennan*, 690 Fed. Appx. 928, 930 (9th Cir. 2017) (upholding sealing of

2    documents *c*ontaining "sensitive medical information")).

3        **Exhibits A, B, C, and D** to the Declaration of Bianca Herlitz-Ferguson in Support of

4    Plaintiffs' Motion in Limine are excerpts of the deposition transcripts of Sarah Cronk, Joshua

5    Donohoe, David Martinez, and Shyhyene Brown, respectively, that each contain sensitive personal

6    or confidential health and medical information, including alleged drug use. Similarly, **Exhibit C**

7    to the Declaration of Kaitlyn Murphy in Opposition to Plaintiffs' Motion in Limine is a medical

8    record belonging to David Martinez, containing confidential health and medical information,

9    including alleged drug use. Compelling reasons justify the sealing of each exhibit, which contain

10   the sensitive and confidential personal, health, or medical information of an individual that have

11   the potential "become a vehicle for improper purposes, such as the use of records to gratify private

12   spite, promote public scandal, circulate libelous statements, or release trade secret." *Kamakana*,

13   447 F.3d at 1179. "The need to protect medical privacy qualifies as a 'compelling reason' to seal

14   documents." *See Heldt*, 2018 WL 5920029, at *2 (finding compelling reasons to seal declarations

15   and exhibits containing plaintiff's medical information). That includes information about

16   substance use and corresponding criminal history, and other health information. These concerns

17   are heightened because the information referenced in these excerpts is not clearly relevant to the

18   issues in this case, and falls outside the parameters set by the Court regarding relevant questions

19   on drug use or possession. *See* ECF 326.

20       For the foregoing reasons, the Court should seal the following information.

21

| Document | Portion of Document to be Sealed | Reason for Sealing |
|---|---|---|
| Dkt. 419-2, Exhibit A to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine (Sarah Cronk Deposition)<br><br>(Attached to Plaintiffs' Omnibus Motion as Talla Decl. Ex. 1) | Pages:<br>• 131:23-133:6,<br>• 134:1-6<br>• 134:19-135:6<br>• 135:17-136:10<br>• 136:14-137:11 | Contains confidential and sensitive personally identifying and health information. |

3

| Dkt. 419-3, Exhibit B to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine (Joshua Donohoe Deposition)<br><br>(Attached to Plaintiffs' Omnibus Motion as Talla Decl. Ex. 2) | Pages:<br><ul><li>66:1-67:2</li><li>72:8-73:13</li><li>228:19-230:2</li><li>230:18-231:17</li><li>231:20-233:7</li><li>233:22-235:10</li><li>236:5-237:3</li><li>237:24-239:12</li><li>241:8-241:19</li><li>242:17-242:22</li></ul> | Contains confidential and sensitive personally identifying and health information. |
|---|---|---|
| Dkt. 419-4, Exhibit C to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine (David Martinez Deposition)<br><br>(Attached to Plaintiffs' Omnibus Motion as Talla Decl. Ex. 3) | Pages:<br><ul><li>77:17-18</li><li>77:22-78:16</li><li>98:10-16</li></ul> | Contains confidential and sensitive personally identifying and health information. |
| Dkt. 419-5, Exhibit D to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine (Shyhyene Brown Deposition)<br><br>(Attached to Plaintiffs' Omnibus Motion as Talla Decl. Ex. 4) | Pages:<br><ul><li>85:15-87:1</li><li>87:4-10</li></ul> | Contains confidential and sensitive personally identifying and health information. |
| Dkt. 450-4, Exhibit C to Declaration of Kaitlyn Murphy in Opposition to Plaintiffs' Motion in Limine (David Martinez medical record)<br><br>(Attached to Plaintiffs' Omnibus Motion as Talla Decl. Ex. 5) | Entire exhibit. | Contains confidential and sensitive personally identifying and health information. |

//

4

1        Along with this Administrative Motion, Plaintiffs submit a supporting attorney

2    declaration, an unredacted copy of the documents referenced in Part II, and a proposed order.

3

4    Dated: July 1, 2025                        Respectfully submitted,

5                                          By: */s/ Vasudha Talla*

6                                          EMERY CELLI BRINCKERHOFF

7                                          ABADY WARD & MAAZEL LLP
                                           Vasudha Talla, SBN 316219

8                                          Zoe Salzman, *pro hac vice*
                                           Vivake Prasad, *pro hac vice*

9                                          Bianca Herlitz-Ferguson, *pro hac vice*

10                                         1 Rockefeller Plaza, 8th Floor
                                           New York, NY 10020

11                                         Telephone: (212) 763-5000
                                           vtalla@ecbawm.com

12                                         zsalzman@ecbawm.com
                                           vprasad@ecbawm.com

13                                         bherlitz-ferguson@ecbawm.com

14                                         By: */s/ Nisha Kashyap*

15

16                                         LAWYERS' COMMITTEE FOR CIVIL
                                           RIGHTS OF THE SAN FRANCISCO

17                                         BAY AREA
                                           Nisha Kashyap SBN 301934

18                                         Andrew Ntim SBN 347084
                                           131 Steuart Street, Ste. 400

19                                         San Francisco, CA 94105
                                           Telephone: (415) 543-9444

20                                         nkashyap@lccrsf.org

21                                         antim@lccrsf.org

22                                         By: */s/ John Thomas H. Do*

23                                         AMERICAN CIVIL LIBERTIES UNION
                                           FOUNDATION OF NORTHERN

24                                         CALIFORNIA
                                           John Thomas H. Do, SBN 285075

25                                         William S. Freeman SBN 82002

26                                         39 Drumm Street
                                           San Francisco, CA 94111

27                                         Telephone: (415) 293-6333
                                           jdo@aclunc.org

28

wfreeman@aclunc.org

By: */s/ Scout Katovich*

AMERICAN CIVIL LIBERTIES UNION
Scout Katovich, *pro hac vice*
425 California Street
Suite 700
San Francisco, CA 94104
212-549-2500
skatovich@aclu.org

*Attorneys for Plaintiffs*

6