1  EMERY CELLI BRINCKERHOFF ABADY
   WARD & MAAZEL LLP
2  Vasudha Talla (SBN 316219)
3  1 Rockefeller Plaza, 8th Floor
   New York, New York
4  Telephone: (212) 763-5000
   vtalla@ecbawm.com
5
6  *Attorneys for Plaintiffs*

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                          OAKLAND DIVISION

10  COALITION ON HOMELESSNESS, et al.,    Case No. 4:22-cv-05502-DMR

11                         Plaintiffs,     **DECLARATION OF VASUDHA TALLA
                    v.                     IN SUPPORT OF PLAINTIFFS'
12                                         OMNIBUS ADMINISTRATIVE
    CITY AND COUNTY OF SAN FRANCISCO,      MOTION TO SEAL DOCUMENTS
13  et al.,                                RELATED TO PRE-TRIAL FILINGS
                                           (ECF 417)**
14                         Defendants
15
                                           **Judge:** The Hon. Donna M. Ryu
16

17

18

19

20

21

22

23

24

25

26

27

28

I, VASUDHA TALLA, declare as follows:

1. I am an attorney at Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs in the above-captioned action. I am a member in good standing of the State Bar of California and the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Plaintiffs' Omnibus Administrative Motion to Seal.

2. **Plaintiffs' Motion in Limine Regarding Shelter Availability (ECF 418)** cites to an excerpt from Jason Adamek's deposition. This excerpt is included as an exhibit to Plaintiffs' motion in limine (**Exhibit J, ECF 418-11**).

3. Defendants previously had designated portions of Mr. Adamek's deposition confidential pursuant to the protective order.

4. On June 17, 2025, counsel for Plaintiffs emailed counsel for Defendants to ask whether Defendants would seek to seal the excerpt from Mr. Adamek's deposition.

5. Kaitlyn Murphy responded that Defendants would withdraw the confidentiality designation for any individuals listed in the excerpt who represented to Plaintiffs' counsel that they would waive their privacy rights associated with the underlying benefits information. On July 1, 2025, Defendants also informed Plaintiffs that they cannot file information belonging to the redacted individuals publicly absent a court order because the testimony concerns the privacy interests of third-parties who receive public benefits and who have not waived their privacy right. Defendants further informed Plaintiffs they take no position on whether the Court should ultimately order the information to be kept under seal or made public.

6. Based on Defendants' position, Plaintiffs did not redact the names of individuals listed in the excerpt who have told Plaintiffs' counsel that they have waived their privacy rights associated with the underlying benefits information.

7. **Plaintiffs' Motion to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani (Dkt. 423)** attaches a "Needlestick Log" (**Exhibit D, ECF 423-5**), an excel spreadsheet that references an officer's name and badge number.

1

8. Defendants had previously designated this document as confidential pursuant to the protective over.

9. On June 18, 2025, counsel for Plaintiffs emailed counsel for Defendants to ask whether Defendants would seek to seal this document.

10. Miguel Gradilla responded that Defendants sought redaction of the name of an officer and badge number that appear in cell G2 of the "Violent_Incidents" tab of that spreadsheet redacted. *See* ECF 423-5 at 4 (entry under "Event Description").

11. In addition, there is an apartment number in the same cell G2 that should be redacted as personally-identifying information.

12. **Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Criminal History (ECF 419)** references the following documents designated by Plaintiffs as confidential under this Court's protective order, as they contain sensitive personal and health information, including drug use, of individuals:

| Decl. Ex. | Document | Portion of Document to be Sealed | Reason for Sealing |
|---|---|---|---|
| Ex. 1 | ECF 419-2, Exhibit A to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine, Excerpts of Deposition Transcript of Sarah Cronk | Pages:<br>• 131:23-133:6,<br>• 134:1-6<br>• 134:19-135:6<br>• 135:17-136:10<br>• 136:14-137:11 | Contains confidential, sensitive personally identifying and health information. |
| Ex. 2 | ECF 419-3, Exhibit B to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine, Excerpts of Deposition Transcript of Joshua Donohoe | Pages:<br>• 66:1-67:2<br>• 72:8-73:13<br>• 228:19-230:2<br>• 230:18-231:17<br>• 231:20-233:7<br>• 233:22-235:10<br>• 236:5-237:3<br>• 237:24-239:12<br>• 241:8-241:19<br>• 242:17-242:22 | Contains confidential, sensitive personally identifying and health information. |

| | | | |
|---|---|---|---|
| Ex. 3 | **ECF 419-4, Exhibit C** to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine, Excerpts of Deposition Transcript of David Martinez | Pages:<br>• 77:17-18<br>• 77:22-78:16<br>• 98:10-16 | Contains confidential, sensitive personally identifying and health information. |
| Ex. 4 | **ECF 419-5, Exhibit D** to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine, Excerpt of Deposition Transcript of Shyhyene Brown | Pages:<br>• 85:15-87:1<br>• 87:4-10 | Contains confidential, sensitive personally identifying and health information. |

13. Plaintiffs previously moved to seal portions of these exhibits. *See* ECF 411 at 15-16 (referencing ECF 349-6, 349-7); *id.* at 20 (referencing ECF 367-41).

14. **Defendants' Opposition to Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Criminal History (Dkt. 450)** contains the following medical record belonging to David Martinez (**Ex. C, Dkt. 450-4**), designated by Plaintiffs as confidential under this Court's protective order, because it contains confidential health and medical information, including alleged drug use:

| Decl. Ex. | Document | Portion of Document to be Sealed | "Compelling Reason" for Sealing |
|---|---|---|---|
| Ex. 5 | **ECF 450-4, Exhibit C** to the Declaration of Kaitlyn Murphy in Opposition to Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Criminal History (David Martinez Medical Record) | Entirety | Contains confidential, sensitive personally identifying and health information. |

3

DECLARATION OF VASUDHA TALLA
CASE NO. 4:22-cv-05502-DMR

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on July 1, 2025, in Oakland, California.

*/s/ Vasudha Talla*
Vasudha Talla