EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Vasudha Talla (SBN 316219)
1 Rockefeller Plaza, 8th Floor
New York, New York
Telephone: (212) 763-5000
vtalla@ecbawm.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>   Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' OMNIBUS ADMINISTRATIVE MOTION**<br><br>**Judge:** The Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

The Court, having fully considered the papers and arguments presented by the parties, hereby grants Plaintiffs' Omnibus Administrative Motion to Seal Documents Related to Pretrial Filings.

The Court finds compelling reasons to seal the following information filed in connection with Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Criminal History (ECF 419).

| ECF No. | Document | "Compelling Reason" for Sealing | Order |
|---|---|---|---|
| 419-2 | Exhibit A to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine (Excerpts from Deposition of Sarah Cronk) Pages: <ul><li>131:23-133:6,</li><li>134:1-6</li><li>134:19-135:6</li><li>135:17-136:10</li><li>136:14-137:11</li></ul> (Attached to Plaintiffs' Omnibus Motion as Talla Decl. Ex. 1) | Contains confidential, sensitive personally identifying and health information. | |

1

| | | | |
|---|---|---|---|
| 419-3 | Exhibit B to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine (Excerpts from Deposition of Joshua Donohoe) <br> Pages: <br> • 66:1-67:2 <br> • 72:8-73:13 <br> • 228:19-230:2 <br> • 230:18-231:17 <br> • 231:20-233:7 <br> • 233:22-235:10 <br> • 236:5-237:3 <br> • 237:24-239:12 <br> • 241:8-241:19 <br> • 242:17-242:22 <br><br> (Attached to Plaintiffs' Omnibus Motion as Talla Decl. Ex. 2) | Contains confidential, sensitive personally identifying and health information. | |
| 419-4 | Exhibit C to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine (Excerpts from Deposition of David Martinez) <br> Pages: <br> • 77:17-18 <br> • 77:22-78:16 <br> • 98:10-16 <br><br> (Attached to Plaintiffs' Omnibus Motion as Talla Decl. Ex. 3) | Contains confidential, sensitive personally identifying and health information. | |
| 419-5 | Exhibit D to Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine (Excerpts from Deposition of Shyhyene Brown) <br> Pages: <br> • 85:15-87:1 <br> • 87:4-10 <br><br> (Attached to Plaintiffs' Omnibus Motion as Talla Decl. Ex. 4) | Contains confidential, sensitive personally identifying and health information. | |

//

//

The Court further finds compelling reasons to seal the following information filed in connection with Defendants' Opposition to Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Criminal History (ECF 450):

| ECF No. | Document | "Compelling Reason" for Sealing | Order |
|---|---|---|---|
| 450-4 | Exhibit C to the Declaration of Kaitlyn Murphy in Opposition to Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Criminal History (David Martinez Medical Record)<br><br>(Attached to Plaintiffs' Omnibus Motion as Talla Decl. Ex. 5) | Contains confidential, sensitive personally identifying and health information. | |

IT IS SO ORDERED.

Dated: _____    _____
　　　　　　　　　　　　　　　The Honorable Donna M. Ryu
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT