OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** June 30, 2025 | **Time:** 10:33 a.m.-4:30 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness v. City and County of San Francisco | |

**For Plaintiffs:** Vasudha Talla, Emery Celli Brinckerhoff Abady Ward & Maazel LLP and William S. Freeman, ACLU Foundation of Northern California, counsel for Plaintiffs; Adbi Soltani, Executive Director for ACLU Foundation of Northern California; Jennifer Friedenbach, Executive Director for the Coalition on Homelessness

**For Defendants:** John Hamilton George, San Francisco City Attorney's Office, counsel for Defendants; Yvonne Mere, Chief Deputy City Attorney

**Deputy Clerk:** Brittany Sims           **Reported by:** Not Recorded

**PROCEEDINGS**

Settlement Conference held. The case did not settle. The Court sets another in-person settlement conference for July 8, 2025, at 10:30 a.m. in Courtroom G, 15th Floor.