UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

| Date: 7/9/2025 | Time: 1:04-2:55; 3:07-4:11 (2 H 57 M) | Chief Magistrate Judge: DONNA M. RYU |
|---|---|---|
| Case No.: 22-cv-05502-DMR | Case Name: Coalition on Homelessness v. City and County of San Francisco | |

**For Plaintiff:** Vasduha Talla, Zoe Salzman, William Freeman, Scout Katovich, Amanda Young
**For Defendant:** Kaitlyn Murphy, Warren Metlitzky, Steven Mills, Jesse Lanier, John George, Edmund Wang, Miguel Gradilla, Nathan Theobald

**Deputy Clerk:** Karen Hom                              **Court Reporter:** April Brott

## PROCEEDINGS

Final Pretrial Conference – Held

Plaintiffs' Motion in Limine Regarding Shelter Availability [Docket No. 418]
Plaintiffs' Motion in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Criminal History [Docket No. 419]
Plaintiffs' Motion in Limine to Exclude Defendants' Expert Witness Opinions of Dr. Kathy Pezdek [Docket No. 420]
Plaintiffs' Motion in Limine to Exclude Defendants' Expert Witness Opinions of Dr. F. Ramzi Asfour [Docket No. 421]
Defendants' Motion in Limine to Exclude Undisclosed Incidents [Docket No. 422]
Plaintiffs' Motion in Limine to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani [Docket No. 423]
Defendants' Motion in Limine to Exclude Observer Testimony Regarding Alleged Unlawful Property Loss [Docket No. 424]
Defendants' Motion in Limine to Exclude Dismissed or Unalleged Claims [Docket No. 425]
Defendants' Motion in Limine Re Temporal Scope of Claims and Stale Evidence [Docket No. 426]
Defendants' Motion in Limine to Exclude Evidence or Argument That the City's Written Bag and Tag Policy is Unlawful [Docket No. 427]
Defendants' Motion in Limine to Exclude Christopher Herrings Expert Opinions [Docket No. 428]
Defendants' in Limine to Exclude Expert Testimony of Benjamin King Ph.D, MPH [Docket No. 429]

Counsel are present and oral arguments are heard.

By July 18, 2025, the parties shall file a joint letter on whether a predicate act for a violation of the 4th or 14th Amendment can be established through observer testimony rather than testimony of the person who owns the property at issue.  The joint letter shall not exceed 4 pages, single spaced.

Court to issue a written order.

**ORDER TO BE PREPARED BY:**
    [ ] **Plaintiff**    [ ] **Defendant**    [X] **Court**

cc:     Chambers