FILED

JUL 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COALITION ON HOMELESSNESS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; et al., <br><br> Defendants - Appellants. | No. 25-3005 <br><br> D.C. No. 4:22-cv-05502-DMR <br> Northern District of California, Oakland <br><br> ORDER |

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

The motion (Docket Entry No. 17) to stay district court proceedings is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard in the context of staying lower court order or judgment).

The notice of intent to unseal (Docket Entry No. 18) and any motions filed in response will be addressed by separate order.

The existing briefing schedule remains in effect.