UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　　Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**AUTHENTICITY STIPULATIONS**<br><br>Trial Date: July 28, 2025<br>Courtroom: Courtroom 4, 3rd Floor<br>Judge: Hon. Donna M. Ryu<br><br>**Judge:** The Hon. Donna M. Ryu |

**Authenticity Stipulations**

1. Nothing in this stipulation is intended to by either party to accept that the "Description" column in the other party's trial exhibit list accurately describes the document itself, or waive any other evidentiary objections raised by the parties on the exhibit lists filed June 30, 2025, including but not limited to foundation, admissibility, or relevance. This stipulation relates only to authenticity objections.

2. In order to streamline the presentation of evidence and so as to not inconvenience and an out of state witness, the parties agree that any document bearing the bates stamp beginning in "LSD" does in fact come from the records of Leslie St. Dre and was produced, along with corresponding metadata, if any, by Mx. St. Dre in response to subpoenas issued in this litigation.

3. In order to streamline the presentation of evidence, the parties further agree that any document bearing the following bates stamp does in fact come from the records of the associated witness and was produced, along with corresponding metadata, if any, by the associated witness in response to subpoenas issued in this litigation:

    a. Documents with the bates stamp "EVANS" were produced by Christin Evans;

    b. Documents with the bates stamp "VERNER-CRIST" were produced by Dylan Verner-Crist.

    c. Documents with the bates stamp "MELODIE" were produced by Melodie.

    d. Documents with the bates stamp "STEPHENSON" were produced by Sarah Stephenson.

    e. Documents with the bates stamp "STROMER" were produced by Elizabeth Stromer.

      f.   Documents with the bates stamp "FRIEDENBACH" were produced by Jennifer Friedenbach.

      g.   Documents with the bates stamp "IOFEE" were produced by Karina Ioffee.

      h.   Documents with the bates stamp "ILLA" were produced by Lukas Illa.

      i.   Documents with the bates stamp "WADKINS" were produced by Carlos Wadkins.

4. In order to streamline the presentation of evidence and so as to not inconvenience a non-party, the parties agree that the exhibits listed by the parties purporting to be maps or photographs from Google LLC do in fact come from the records of Google LLC.

5. Defendants withdraw their authenticity objection to the documents on Plaintiffs' exhibit list except for the following trial exhibits: PX-43, PX-44, PX-113, PX-120, PX-123, PX-124, PX-219.

6. The parties reserve their rights to seek admission of the metadata associated with that exhibit when the Court admits the exhibit into evidence.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 14, 2025                                           Respectfully submitted,

By: _____/s_____
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Vasudha Talla, SBN 316219
Zoe Salzman, *pro hac vice*
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
vtalla@ecbawm.com
zsalzman@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

|     |     |
| --- | --- |
| 1   |     |
| 2   | By: _____/s_____ |
|     | DAVID CHIU |
| 3   | City Attorney |
|     | YVONNE R. MERÉ |
| 4   | EDMUND T. WANG |
|     | KAITLYN MURPHY |
| 5   | MIGUEL A. GRADILLA |
|     | JOHN H. GEORGE |
| 6   | STEVEN A. MILLS |
| 7   | *Deputy City Attorneys* |

**\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:_____    _____
　　　　　　　　　　　　The Honorable Donna M. Ryu
　　　　　　　　　　　　UNITED STATES DISTRICT COURT

3