OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** July 14, 2025 - July 16, 2025 | **Time:** 7 hours | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness et al v. City and County of San Francisco et al | |

**For Plaintiffs:** William S. Freeman, ACLU Foundation of Northern California; Vasudha Talla, Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Plaintiffs

**For Defendants:** John Hamilton George, Deputy City Attorney; Yvonne Mere, Chief Deputy City Attorney, San Francisco City Attorney's Office, counsel for Defendants

**Deputy Clerk:** Brittany Sims         **Reported by:** Not Recorded

PROCEEDINGS

Further settlement negotiations conducted. The case has reached settlement conditioned on San Francisco Board of Supervisors approval.