DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:  (415) 554-3857 (Wang)
            (415) 554-6762 (Murphy)
            (415) 554-3870 (Gradilla)
            (415) 554-4223 (George)
            (415) 355-3304 (Mills)
Facsimile:  (415) 554-4699
E-mail:     edmund.wang@sfcityatty.org
            kaitlyn.murphy@sfcityatty.org
            miguel.gradilla@sfcityatty.org
            john.george@sfcityatty.org
            steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br> **NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER TO VACATE PENDING CASE DEADLINES AND STAY ACTION PENDING BOARD OF SUPERVISORS' APPROVAL** <br><br> Action Filed:  September 27, 2022 <br> Trial Date:     July 28, 2025 |

PLEASE TAKE NOTICE that following further settlement discussions facilitated by Magistrate Judge Cisneros, a settlement has been reached in this matter as to all remaining parties, pending enactment of an ordinance approving the settlement by the San Francisco Board of Supervisors ("Board") and the Mayor. Following the enactment of the ordinance, the parties have agreed that Plaintiffs will dismiss with prejudice all claims pending in the District Court and Defendants will withdraw all pending appeals in the Court of Appeals.

Pursuant to the Court's statement at the final pretrial conference that in light of the pending trial date the parties must provide the Court with sufficient certainty regarding the settlement to justify a stay of trial, the parties provide the following further information regarding the settlement agreement. The agreement is subject only to Defendants obtaining any formal approvals as required by law, specifically approval of an ordinance by the Board and the Mayor of San Francisco.

Pursuant to the settlement agreement, the San Francisco City Attorney agrees to recommend approval of the agreement to any persons or bodies whose approval is required, and to take all necessary steps to submit an ordinance approving the agreement to the Board no later than July 29, 2025. By July 21, 2025, the City Attorney will submit to the Clerk of the Board a settlement ordinance. Under the Board's Rules of Order, the ordinance will be formally introduced at the Board's meeting on July 29, 2025. The Board is on recess during the month of August and will hold no meetings. The City Attorney will request that the settlement ordinance be scheduled for consideration by the Board's Government Audit and Oversight Committee at one of its regular meetings on the first or third Thursday in September 2025 (September 4 or 18). If the Committee votes to forward the settlement ordinance to the full Board, the Board must approve the ordinance twice at separate meetings. Depending on when the ordinance is heard in Committee, the ordinance will appear on the full Board's agenda for first reading on September 9, 16, or 30[1]. The ordinance will appear on the agenda for second reading at the next Tuesday meeting after the Board approves it on first reading, and no later than October 7, 2025. The settlement ordinance will then be sent to the Mayor for consideration, and the Mayor has ten days to approve or disapprove the ordinance.

---

[1] The Board is not scheduled to meet on September 23 in observance of Rosh Hashanah.

1

1  Assuming approval by the Board and Mayor and that the Board does not continue the
2 ordinance, the settlement agreement is expected to be final by October 17, 2025 at the latest
3 (September 26 at the earliest). Given that it is not possible to obtain approval of all appropriate
4 governing bodies before the trial date, and given that trial pending resolution of this matter would
5 result in the parties, the Court, and non-party witnesses expending considerable time and resources, the
6 parties agree that a stay of the trial is appropriate.

7  Accordingly, the parties hereby stipulate and agree to vacate all pending deadlines, including
8 the July 28, 2025 trial date to give the parties an opportunity to obtain the approval of the appropriate
9 governing bodies and file a dismissal and to stay the case until October 17, 2025 so that Defendants
10 can obtain the approvals required by law. The parties agree to set this matter for a case management
11 conference no later than September 12, 2025, to update the court on the status of the final settlement
12 approval should the parties not file a notice of dismissal before that date.

14  DATED: July 17, 2025                    Respectfully submitted,

15                                          DAVID CHIU
                                            City Attorney
16                                          YVONNE R. MERÉ
                                            EDMUND T. WANG
17                                          KAITLYN MURPHY
                                            MIGUEL A. GRADILLA
18                                          JOHN H. GEORGE
                                            STEVEN A. MILLS
19                                          Deputy City Attorneys
20
21                                           /s/John H. George
                                            JOHN H. GEORGE
22
                                            WARREN METLITZKY
23                                          JESSICA ELAINE LANIER
                                            NATHAN D. THEOBALD
24                                          **CONRAD | METLITZKY | KANE LLP**
25
26                                          Attorneys for Defendants CITY AND COUNTY
                                            OF SAN FRANCISCO, et al.
27 Dated: July 17, 2025                     By: **/s/Vasudha Talla
28                                               VASUDHA TALLA

|   |   |
|---|---|
| 1 | |
| 2 | JOHN THOMAS H. DO<br>WILLIAM S. FREEMAN<br>ACLU Foundation Of Northern California |
| 3 | ANDREW NTIM<br>NISHA KASHYAP |
| 4 | Lawyers' Committee for Civil Rights of the San Francisco Bay Area |
| 5 | |
| 6 | SCOUT KATOVICH<br>American Civil Liberties Union Foundation |
| 7 | ZOE SALZMAN<br>VIVAKE PRASAD |
| 8 | BIANCA HERLITZ-FERGUSON<br>VASUDHA TALLA |
| 9 | Emery Celli Brinckerhoff Abady Ward & Maazel LLP |
| 10 | Attorneys for Plaintiffs<br>COALITION ON HOMELESSNESS, et al. |

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court stays all proceedings in the case until October 17, 2025 and vacates all pending deadlines, including the July 28, 2025 trial date. A case management conference is set for September ___, 2025 at 1:30 p.m. in the event the parties do not file a notice of dismissal before that date.

Date:_____

_____
The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT