# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

| **Date:** July 18, 2025 | **Time:** 1 hour, 12 mins. | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 22-cv-05502-DMR | **Case Name:** Coalition on Homelessness v. City and County of San Francisco | |

**For Plaintiffs:** Vasudha Talla; William Freeman; Nisha Kashyap; Jennifer Friedenbach Executive Director, Coalition on Homelessness

**For Defendants:** Yvonne Meré; Kaitlyn Murphy; John George; Warren Metlitzky;

**Deputy Clerk:** Kelly Collins                **Recorded via Zoom:** 11:00 – 12:12

## PROCEEDINGS

Status Conference re Settlement and Joint Request for a Stay – HELD. The court expressed concern regarding the estimated length of time for settlement approval and the resulting delay of trial.

Defendants shall file a status report by 7/23/2025 conveying the outcome of communications with Supervisor Fielder about the GAO agenda. Defendants shall file a further status report by 7/28/2025 at 10:00 a.m. confirming that counsel had conversations with at least 3 members of the SF Board of Supervisors who, in the City Attorney's political judgment, are most likely to have concerns, if any, about the proposed settlement. The joint status report shall provide as much detail as legally permissible and shall state whether defense counsel continues to have confidence that the settlement will move forward toward approval.

Further case management conference on the status of settlement and stay set for 7/28/2025 at 1:00 p.m. via zoom videoconference.

Bench trial continued to 8/11/2025 at 8:00 a.m. All pretrial deadlines are continued by two weeks. Counsel shall promptly file a joint proposed order with the new pretrial filing dates reflecting the two-week continuance.

Counsel are forewarned that if the court continues the trial again, the start date will be no later than 9/2/2025.

**ORDER TO BE PREPARED BY:**
    [X] **Plaintiff/Defendant**

cc:     Chamber