# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER REGARDING PRETRIAL DEADLINES** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | Trial Date: August 11, 2025<br>Courtroom: Courtroom 4, 3rd Floor<br>Judge: Hon. Donna M. Ryu |
| Defendants. | **Judge:** The Hon. Donna M. Ryu |

1

Having continued the trial date in this matter to August 11, 2025, the Court orders that the following pretrial deadlines be reset as follows:

1. The deadline for the parties to submit a joint letter regarding "observer" testimony and predicate acts is continued from July 18, 2025 to **August 1, 2025**.

2. The deadline for the parties to submit a joint letter covering all witness disputes is continued from July 21, 2025 to **August 4, 2025**. The deadline to submit any deposition designations and video clips from Mr. Todd Bryant's deposition is similarly extended.

3. The deadline for Plaintiffs to supplement their response to Interrogatory No. 5 is continued from July 21, 2025 to **August 4, 2025**.

4. The deadline for the parties to submit a joint exhibit list and provide chambers copies of the joint exhibit list and the joint exhibits in both hard copy and electronic form is continued from July 21, 2025 to **August 4, 2025**.

5. The deadline for the parties to submit a joint request for providing witnesses with a space in the courthouse while they wait to be called to the stand (e.g., a conference room in the attorney lounge) is continued from July 21, 2025 to **August 4, 2025**.

6. The deadline for the parties to exchange demonstratives for use in opening statements is continued from 12:00 p.m. on July 24, 2025 to **12:00 p.m. on August 7, 2025**. The parties must meet and confer about any disputes. If there are unresolved disputes, the parties shall email electronic copies of the disputed demonstratives to the court at DMRPO@cand.uscourts.gov **by 9:00 a.m. on August 8, 2025,** and shall be prepared to argue the dispute on **August 11, 2025 at 8:30 a.m.** before the start of trial.

7. The deadline for the pre-trial tech check is extended July 24, 2025 to **August 7, 2025.**

8. Any deadlines for witness or exhibit disclosures set forth in Pretrial Order No. 1, Dkt. 482, are continued by two weeks.

Dated: July 18, 2025                                    Respectfully submitted,

                                                        By:  _/s/ John Thomas H. Do_

                                                        ACLU FOUNDATION OF NORTHERN
                                                        CALIFORNIA

2

John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
(415) 293-6333
jdo@aclunc.org

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Vasudha Talla, SBN 316219
Zoe Salzman, *pro hac vice*
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
vtalla@ecbawm.com
zsalzman@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

By: /s/ Kaitlyn Murphy

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
*Deputy City Attorneys*

**Pursuant to L.R. 5-1(h)(3), the electronic
signatory attests that each of the other Signatories
have concurred in the filing of this document.*

**IT IS SO ORDERED.**

Date:_____       _____
                           The Honorable Donna M. Ryu
                           UNITED STATES DISTRICT COURT

3