UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 4:22-cv-05502-DMR<br><br>[PROPOSED] ORDER REGARDING PRETRIAL DEADLINES<br><br>Trial Date: August 11, 2025<br>Courtroom: Courtroom 4, 3rd Floor<br>Judge: Hon. Donna M. Ryu<br><br>**Judge:** The Hon. Donna M. Ryu |

1     Having continued the trial date in this matter to August 11, 2025, the Court orders that
2 the following pretrial deadlines be reset as follows:

3. 1. The deadline for the parties to submit a joint letter regarding "observer" testimony and predicate acts is continued from July 18, 2025 to **August 1, 2025**.

4. 2. The deadline for the parties to submit a joint letter covering all witness disputes is continued from July 21, 2025 to **August 4, 2025**. The deadline to submit any deposition designations and video clips from Mr. Todd Bryant's deposition is similarly extended.

5. 3. The deadline for Plaintiffs to supplement their response to Interrogatory No. 5 is continued from July 21, 2025 to **August 4, 2025**.

6. 4. The deadline for the parties to submit a joint exhibit list and provide chambers copies of the joint exhibit list and the joint exhibits in both hard copy and electronic form is continued from July 21, 2025 to **August 4, 2025**.

7. 5. The deadline for the parties to submit a joint request for providing witnesses with a space in the courthouse while they wait to be called to the stand (e.g., a conference room in the attorney lounge) is continued from July 21, 2025 to **August 4, 2025**.

8. 6. The deadline for the parties to exchange demonstratives for use in opening statements is continued from 12:00 p.m. on July 24, 2025 to **12:00 p.m. on August 7, 2025**. The parties must meet and confer about any disputes. If there are unresolved disputes, the parties shall email electronic copies of the disputed demonstratives to the court at DMRPO@cand.uscourts.gov **by 9:00 a.m. on August 8, 2025,** and shall be prepared to argue the dispute on **August 11, 2025 at 8:30 a.m.** before the start of trial.

9. 7. The deadline for the pre-trial tech check is extended July 24, 2025 to **August 7, 2025.**

10. 8. Any deadlines for witness or exhibit disclosures set forth in Pretrial Order No. 1, Dkt. 482, are continued by two weeks.

Dated: July 18, 2025

Respectfully submitted,

By: */s/ John Thomas H. Do*

ACLU FOUNDATION OF NORTHERN CALIFORNIA

|     |     |
| --- | --- |
| 1   | John Thomas H. Do, SBN 285075 |
| 2   | 39 Drumm Street |
|     | San Francisco, CA 94111 |
| 3   | (415) 293-6333 |
|     | jdo@aclunc.org |
| 4   |     |
| 5   | EMERY CELLI BRINCKERHOFF |
|     | ABADY WARD & MAAZEL LLP |
| 6   | Vasudha Talla, SBN 316219 |

John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
(415) 293-6333
jdo@aclunc.org

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Vasudha Talla, SBN 316219
Zoe Salzman, *pro hac vice*
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
vtalla@ecbawm.com
zsalzman@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

By: /s/ Kaitlyn Murphy

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
*Deputy City Attorneys*

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

**IT IS SO ORDERED.**

Date: 7/21/2025                    _____

The Honorable Donna M. Ryu
UNITED STATES DISTRICT COURT

3

[PROPOSED] ORDER RE PRETRIAL DEADLINES
CASE NO. 4:22-cv-05502-DMR