DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
           (415) 554-6762 (Murphy)
           (415) 554-3870 (Gradilla)
           (415) 554-4223 (George)
           (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:    edmund.wang@sfcityatty.org
           kaitlyn.murphy@sfcityatty.org
           miguel.gradilla@sfcityatty.org
           john.george@sfcityatty.org
           steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DEFENDANTS' STATUS REPORT (ECF No. 488)**<br><br>Action Filed: September 27, 2022<br>Trial Date: August 11, 2025 |

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management (collectively, "San Francisco") provide this Status Report pursuant to the Court's July 18, 2025 Order requiring San Francisco to document "the outcome of communications with Supervisor Fielder about the GAO [Government Audit and Oversight Committee] agenda." ECF No. 488.

On July 21, 2025, the San Francisco City Attorney's Office met with Supervisor Fielder to discuss adding the ordinance approving the settlement agreement in this case to the GAO's September 4, 2025 agenda as a committee report. Supervisor Fielder was amenable. The City Attorney's Office expects the ordinance approving the settlement agreement to be noticed as a committee report on the GAO's September 4, 2025 agenda which will expedite the full Board of Supervisors' consideration of the ordinance approving the settlement agreement. Assuming the GAO votes on September 4, 2025 to send the settlement ordinance to the full Board as a committee report, the ordinance will appear on the full Board's agenda for the first vote on September 9 and the second vote on September 16. Should the Board of Supervisors pass the ordinance approving the settlement, the Mayor would have ten days to approve. The City Attorney's Office continues to have confidence the settlement will be approved by all necessary parties.

DATED: July 22, 2025

Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

*/s/ John H. George*
JOHN H. GEORGE

WARREN METLITZKY
JESSICA ELAINE LANIER
NATHAN D. THEOBALD
**CONRAD | METLITZKY | KANE LLP**
Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.