DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:  (415) 554-3857 (Wang)
            (415) 554-6762 (Murphy)
            (415) 554-3870 (Gradilla)
            (415) 554-4223 (George)
            (415) 355-3304 (Mills)
Facsimile:  (415) 554-4699
E-mail:     edmund.wang@sfcityatty.org
            kaitlyn.murphy@sfcityatty.org
            miguel.gradilla@sfcityatty.org
            john.george@sfcityatty.org
            steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 343-7100
Facsimile:  (415) 343-7101
E-mail:     wmetlitzky@conmetkane.com
            jlanier@conmetkane.com
            ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE;  Plaintiffs,  vs.  CITY AND COUNTY OF SAN FRANCISCO, et al.,  Defendants. | Case No. 4:22-cv-05502-DMR (LJC)  **DEFENDANTS' FURTHER STATUS REPORT (ECF No. 488)**  Action Filed:  September 27, 2022  Trial Date:    August 11, 2025 |

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management (collectively, "San Francisco") provide this Further Status Report pursuant to the Court's July 18, 2025 Order requiring San Francisco to confirm "that counsel had conversations with at least 3 members of the SF Board of Supervisors who, in the City Attorney's political judgment, are most likely to have concerns, if any, about the proposed settlement." ECF No. 488.

The San Francisco City Attorney's Office confirms that during the week of July 21, 2025, it had privileged conversations with at least three members of the San Francisco Board of Supervisors who, in the City Attorney's political judgment, are most likely to have concerns, if any, about the proposed settlement.[1] Following those conversations, the City Attorney's Office remains confident that the settlement will proceed to approval, consistent with the several hundred settlement ordinances that have been approved by the Board of Supervisors following introduction by the City Attorney over the past several years.

DATED: July 24, 2025

Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

*/s/ John H. George*
JOHN H. GEORGE

WARREN METLITZKY
JESSICA ELAINE LANIER
NATHAN D. THEOBALD
**CONRAD | METLITZKY | KANE LLP**
Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.

---

[1] The City Attorney's Office cannot reveal the content of its privileged conversations with its client, the Board of Supervisors. Nor can San Francisco, through its counsel or otherwise, hold private meetings in violation of public meeting laws. *See* Cal. Gov. Code § 54950 *et seq.* San Francisco and the City Attorney's Office have conducted these conversations in compliance with the law and this Court's Order.