UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 7/28/2025 | **Time:** 1:04-1:40 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness, et al v. City and County of San Francisco, et al | |

**For Plaintiffs:**
Vasudha Talla
William Freeman
Nisha Kashyap

**For Defendants:**
Yvonne R. Meré
Kaitlyn Murphy
John George
Warren Metlitzky

**Deputy Clerk:** Ivy Lerma Garcia            **Recorded in Zoom:** 1:04-1:40

PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

Further Case Management Conference held.

Counsel from the SF City Attorney's office shall reach out to each of the 11 members of the San Francisco Board of Supervisors to follow up on counsel's earlier communication about the substance of the settlement and offer to answer any questions about it. Outreach shall take place personally, that is, either in person or via phone. By 3:00 p.m. on July 31, 2025, defense counsel shall file a status report indicating whether they have completed that outreach, and whether they continue to have confidence that the settlement will be approved. The court will hold a further case management conference via Zoom on August 1, 2025 at 1:00 p.m.

Bench trial is continued to September 2, 2025 at 8:00 a.m. All trial-related deadlines are moved accordingly.

**COURT SET THE FOLLOWING DATES:**

   Further Case Management Conference: 8/1/2025 at 1:00 p.m. by Zoom Videoconference
   Bench Trial:  9/2/2025 at 8:00 a.m.

**ORDER TO BE PREPARED BY:**
   [ ] **Plaintiff**     [ ] **Defendant**     [ ] **Court**

cc:      Chambers