DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
            (415) 554-6762 (Murphy)
            (415) 554-3870 (Gradilla)
            (415) 554-4223 (George)
            (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:    edmund.wang@sfcityatty.org
           kaitlyn.murphy@sfcityatty.org
           miguel.gradilla@sfcityatty.org
           john.george@sfcityatty.org
           steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br>Plaintiffs, <br><br>vs. <br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br>**DEFENDANTS' FURTHER STATUS REPORT (ECF No. 496)** <br><br>Action Filed:   September 27, 2022 <br>Trial Date:     September 2, 2025 |

Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management (collectively, "San Francisco") provide this Further Status Report pursuant to the Court's July 28, 2025 Order requiring San Francisco to confirm "whether they have completed" the outreach the Court requested "and whether they continue to have confidence that the settlement will be approved." ECF No. 496.

As of Thursday July 31, 2025, the City Attorney's Office confirms that members of our staff have spoken directly with each of the 11 members of the San Francisco Board of Supervisors regarding the settlement.[1] The City Attorney's Office remains confident the settlement will proceed to approval, consistent with the several hundred settlement ordinances that the Board of Supervisors has approved following introduction by the City Attorney over the past several years.

DATED: July 31, 2025

Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

*/s/ Kaitlyn Murphy*
KAITLYN MURPHY

WARREN METLITZKY
JESSICA ELAINE LANIER
NATHAN D. THEOBALD
**CONRAD | METLITZKY | KANE LLP**

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.

---

[1] The City Attorney's Office cannot reveal the content of its privileged conversations with its client, the Board of Supervisors. Nor can San Francisco, through its counsel or otherwise, hold private meetings in violation of public meeting laws. *See* Cal. Gov. Code § 54950 *et seq*. San Francisco and the City Attorney's Office have conducted these conversations in compliance with the law and this Court's Orders.