# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CONFERENCE MINUTE ORDER

| **Date:** 8/1/2025 | **Time:** 1:01-1:08 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-05502-DMR | **Case Name:** Coalition on Homelessness, et al v. City and County of San Francisco, et al | |

**For Plaintiffs:**
Vasudha Talla
Nisha Kashyap

**For Defendants:**
Yvonne R. Meré
Kaitlyn Murphy
John George
Warren Metlitzky

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:01-1:08

## PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

Further Case Management Conference held.

In light of the City's representations in their status reports (Docket Nos. 493, 499), the pretrial deadlines and trial dates are vacated. The parties shall immediately notify the court if anything unexpected arises during the settlement approval process. On 9/17/2025, the parties shall file a status report updating the court on the status of the approval process. Assuming approval, dismissal with prejudice to be filed by 9/29/2025. The court sets a further case management conference for 10/1/25 at 1:30 p.m. in Oakland, Videoconference only. The parties are not required to file a case management statement ahead of the conference.

**COURT SET THE FOLLOWING DATES:**

   Further Case Management Conference:  10/1/2025 at 1:30 p.m. by Zoom Videoconference

**ORDER TO BE PREPARED BY:**
   [ ] **Plaintiff**     [ ] **Defendant**     [ ] **Court**

cc:     Chambers