UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**JOINT STATUS REPORT (ECF NO. 500)**<br><br>CMC Date:  October 1, 2025<br>Time:  1:30 p.m.<br>Place:  Courtroom 4 – 3rd Floor<br>  1301 Clay Street<br>  Oakland, CA 94612<br>  [Via Zoom] |

The Parties provide this Joint Status Report pursuant to the Court's August 1, 2025 Order directing them to "update[e] the court on the status of the approval process." ECF No. 500.

The San Francisco Board of Supervisors voted to approve the settlement in this matter at its first reading before the Board on September 9, 2025 and at its second and final reading before the Board on September 16, 2025. Mayor Daniel Lurie is expected to review and approve the settlement no later than September 26, 2025. The City Attorney's Office remains confident the settlement will proceed to approval, consistent with the several hundred settlement ordinances that the Board of Supervisors has approved following introduction by the City Attorney over the past several years.

Dated:  September 17, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

By: /s/ *John H. George*
JOHN H. GEORGE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT

Dated:  September 17, 2025

Andrew Ntim
Nisha Kashyap
LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY

John Thomas H. Do
William S. Freeman
ACLU FOUNDATION OF NORTHERN CALIFORNIA

Scout Katovich

|  |  |
|---|---|
| 1 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 2 |  |
| 3 | Zoe Salzman<br>Vivake Prasad<br>Bianca Herlitz-Ferguson<br>Vasudha Talla<br>EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP |

By: /s/ *Vasudha Talla*
VASUDHA TALLA

Attorneys for Plaintiffs
COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE

JOINT STATUS REPORT
CASE NO. 4:22-cv-05502-DMR (LJC)                2

**ATTESTATION**

I, Vasudha Talla, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated:  September 17, 2025

By: /s/ *Vasudha Talla*
VASUDHA TALLA

Attorneys for Plaintiffs