1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFF CRONK** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

STIPULATION RE DISMISSAL
CASE NO. 4:22-cv-05502-DMR

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Coalition on Homelessness, Sarah Cronk, and Joshua Donohoe and Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management hereby stipulate that Sarah Cronk's claims be dismissed with prejudice.

Dated: September 22, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

By: /s/ *John H. George*
JOHN H. GEORGE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT

Dated: September 22, 2025

Andrew Ntim
Nisha Kashyap
LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY

John Thomas H. Do
William S. Freeman
ACLU FOUNDATION OF NORTHERN CALIFORNIA

Scout Katovich
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Zoe Salzman

Vivake Prasad
Bianca Herlitz-Ferguson
Vasudha Talla
EMERY CELLI BRINCKERHOFF ABADY WARD &
MAAZEL LLP

By: /s/ *Vasudha Talla*
    VASUDHA TALLA

Attorneys for Plaintiffs
COALITION ON HOMELESSNESS; SARAH CRONK;
JOSHUA DONOHOE

## **ATTESTATION**

I, Vasudha Talla, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 22, 2025

By: /s/ *Vasudha Talla*
    VASUDHA TALLA

Attorneys for Plaintiffs