UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., | Case No. 4:22-cv-05502-DMR |
| Plaintiffs, | **STIPULATED FINAL JUDGMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

WHEREAS, all parties remaining in this case, namely Plaintiff Coalition on Homelessness ("Coalition") and Defendants City and County of San Francisco ("City"), San Francisco Police Department ("SFPD"), San Francisco Department of Public Works ("DPW"), San Francisco Department of Homelessness and Supportive Housing ("HSH"), San Francisco Fire Department ("SFFD"), and San Francisco Department of Emergency Management ("DEM") (together, "Defendants" or the "City," and together with Plaintiffs, "Parties"), have entered into and finally approved a Settlement Agreement ("Agreement"), which is attached hereto as Exhibit 1; and

WHEREAS the Agreement provides, *inter alia,* that upon final approval of the Agreement, the Parties will dismiss with prejudice all pending claims in this Court, and withdraw all pending appeals in the U.S. Ninth Circuit Court of Appeals, that the Agreement will be entered as a Stipulated Judgment of this Court, and that this Court shall retain jurisdiction to enforce the Agreement;

NOW THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The Agreement is entered as the Judgment of this Court.
2. The Court shall retain jurisdiction to enforce the Agreement pursuant to its terms.
3. Judgment is hereby entered dismissing the claims of Plaintiff Coalition on Homelessness with prejudice.

**IT IS SO ORDERED.**

Dated: September 22, 2025

HONORABLE DONNA M. RYU
Chief Magistrate Judge

Dated: September 22, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

By: /s/ *John H. George*
JOHN H. GEORGE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT

Dated: September 22, 2025

Andrew Ntim
Nisha Kashyap
LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY

John Thomas H. Do
William S. Freeman
ACLU FOUNDATION OF NORTHERN CALIFORNIA

Scout Katovich
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Zoe Salzman
Vivake Prasad
Bianca Herlitz-Ferguson
Vasudha Talla
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

By: /s/ *Vasudha Talla*
VASUDHA TALLA

Attorneys for Plaintiffs
COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE

STIPULATED FINAL JUDGMENT
CASE NO. 4:22-cv-05502-DMR

2

**ATTESTATION**

I, Vasudha Talla, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 22, 2025

By: /s/ *Vasudha Talla*
VASUDHA TALLA

Attorneys for Plaintiffs