FILED

OCT 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COALITION ON HOMELESSNESS; et al.,<br><br>  Plaintiffs - Appellees,<br><br> v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>  Defendants - Appellants. | No. 25-3005<br><br>D.C. No. 4:22-cv-05502-DMR<br>Northern District of California, Oakland<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Pursuant to the parties' stipulation (Docket Entry No. 37), the clerk will file publicly the redacted amended opening brief (Docket Entry No. 37.2) and dismiss this appeal. *See* Fed. R. App. P. 42(b).

All pending motions are denied as moot. All documents submitted or filed under provisional seal will remain sealed.

This order serves as the mandate of the court.