DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
           (415) 554-6762 (Murphy)
           (415) 554-3870 (Gradilla)
           (415) 554-4223 (George)
           (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:    edmund.wang@sfcityatty.org
           kaitlyn.murphy@sfcityatty.org
           miguel.gradilla@sfcityatty.org
           john.george@sfcityatty.org
           steven.mills@sfcityatty.org

WARREN METLITZKY, State Bar #220758
JESSICA ELAINE LANIER, State Bar #303395
NATHAN D. THEOBALD, State Bar #328837
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
E-mail:    wmetlitzky@conmetkane.com
           jlanier@conmetkane.com
           ntheobald@conmetkane.com

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' OMNIBUS ADMINISTRATIVE MOTION TO SEAL IN CONNECTION WITH PRE TRIAL FILINGS (ECF NO. 417) <br><br><br> Action Filed:   September 27, 2022 <br> Trial Date:     July 28, 2025 |

# [~~PROPOSED~~] ORDER

Having reviewed the Parties' submission, the Court **HEREBY ORDERS** as follows:

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| 418-11 | Exhibit J to the Declaration of Nisha Kashyap in support of Plaintiffs' Motion in Limine Regarding Shelter Availability (Attached to Defendants' Omnibus Motion as Murphy Decl. Ex. 1) | Transcript Page 89:24 (only before "I'm probably") | Defendants, pursuant to obligation under Cal. Welf. & Inst. Code § 10850 | Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies non-party benefits information | Granted |
| 418-11 | Exhibit J to the Declaration of Nisha Kashyap in support of Plaintiffs' Motion in Limine Regarding Shelter Availability (Attached to Defendants' Omnibus Motion as Murphy Decl. Ex. 1) | Transcript Page 90:1 | Defendants, pursuant to obligation under Cal. Welf. & Inst. Code § 10850 | Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies non-party benefits information | Granted |
| 418-11 | Exhibit J to the Declaration of Nisha Kashyap in support of Plaintiffs' Motion in Limine Regarding Shelter Availability (Attached to Defendants' Omnibus Motion as Murphy Decl. Ex. 1) | Transcript Page 90:2 | Defendants, pursuant to obligation under Cal. Welf. & Inst. Code § 10850 | Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies non-party benefits information | Granted |
| 418-11 | Exhibit J to the Declaration of Nisha Kashyap in support of Plaintiffs' Motion in Limine Regarding Shelter Availability (Attached to Defendants' Omnibus Motion as Murphy Decl. Ex. 1) | Transcript Page 90:5 | Defendants, pursuant to obligation under Cal. Welf. & Inst. Code § 10850 | Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies non-party benefits information | Granted |
| 418-11 | Exhibit J to the Declaration of Nisha Kashyap in support of Plaintiffs' Motion in | Transcript Page 90:6 | Defendants, pursuant to obligation under | Privacy, Cal. Welf. & Inst. Code § | Granted |

| ECF No. | Document | Portion of Document to Be Sealed | Party Claiming Confidentiality | "Compelling Reason" for Sealing | Court Ruling |
|---|---|---|---|---|---|
| | Limine Regarding Shelter Availability<br><br>(Attached to Defendants' Omnibus Motion as Murphy Decl. Ex. 1) | | Cal. Welf. & Inst. Code § 10850 | 10850 – Identifies non-party benefits information | |
| 423-5 | Exhibit D to the Declaration of Scout Katovich's in Support of Plaintiffs' Motion in Limine to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani<br><br>(Attached to Defendants' Omnibus Motion as Murphy Decl. Ex. 2) | Page 3 of Ex. D, personal information contained in the "Event Description" for event date 02/04/2024 | Defendants | Identifies non-parties' names and personal information | Granted |

Within ten (10) days of the date of this Order, the Parties shall publicly file redacted or unsealed versions of documents consistent with the Court's rulings.

**IT IS SO ORDERED.**

Date: October 10, 2025

The Honorable Donna M. Ryu
CHIEF MAGISTRATE JUDGE