1 EMERY CELLI BRINCKERHOFF ABADY
2 WARD & MAAZEL LLP
   Vasudha Talla (SBN 316219)
3 1 Rockefeller Plaza, 8th Floor
   New York, New York
4 Telephone: (212) 763-5000
   vtalla@ecbawm.com
5
6 *Attorney for Plaintiffs*
7
                **UNITED STATES DISTRICT COURT**
8                **NORTHERN DISTRICT OF CALIFORNIA**
                         **OAKLAND DIVISION**
9

10 COALITION ON HOMELESSNESS, et al.,          Case No. 4:22-cv-05502-DMR
                     Plaintiffs,
11                                              **[PROPOSED]** **ORDER GRANTING**
         v.                                     **DEFENDANTS' ADMINISTRATIVE**
12                                              **MOTION TO CONSIDER WHETHER**
   CITY AND COUNTY OF SAN FRANCISCO,            **ANOTHER PARTY'S MATERIAL**
13 et al.,                                      **SHOULD BE SEALED (RE: 402)**
                     Defendants.
14
15
16                                              **Judge:** The Hon. Donna M. Ryu
17
18

**[PROPOSED] ORDER**

The Court, having fully considered the papers and arguments presented by the parties, hereby grants the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Dkt. 401, filed by Defendants in connection with Defendants' Notice of Motion and Motion to Stay Proceedings Pending Interlocutory Appeal, Dkt. 402. The following documents will remain sealed, as follows:

| Document | "Compelling Reason" for Sealing | Order |
| --- | --- | --- |
| Defendants' Notice of Motion and Motion to Stay Proceedings Pending Interlocutory Appeal (Dkt. 402)<br><br>Pages:<br>• Page: 7:10<br>• Page: 7:15<br>• Page: 7:24 | Privacy, Cal. Welf. & Inst. Code § 10850 – Identifies welfare, benefits, or health information of non-parties Bryant, Brown, and Castano who have not consented for this information to be released. | Granted |

IT IS SO ORDERED.

Dated: 10/10/2025

The Honorable Donna M. Ryu
Chief Magistrate Judge