EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman, *pro hac vice*
Vasudha Talla, SBN 316219
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs Coalition on Homelessness, Sarah Cronk, Joshua Donohoe*

*Additional Counsel Appear on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE;

Plaintiffs.

v.

CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT,

Defendants.

CASE NO. 4:22-cv-05502-DMR

**PLAINTIFFS' NOTICE OF FILING OF REDACTED DOCUMENTS IN CONNECTION WITH PLAINTIFFS' MOTION IN LIMINE RE: ALLEGED DRUG USE, ALLEGED BAD ACTS, AND CRIMINAL HISTORY [DKT. 419]**

Re: Dkt. 511

**NOTICE**

Pursuant to this Court's Order Granting Plaintiffs' Omnibus Administrative Motion, Dkt. 511, Plaintiffs hereby publicly file the following redacted versions of the following documents filed under seal in connection with Plaintiffs' Motions in Limine Regarding Alleged Drug Use, Alleged Bad Acts, and Criminal History, Dkt. 419.

| MOTION IN LIMINE | | |
|---|---|---|
| Exhibit A to the Declaration of Bianca Herlitz-Ferguson in support of Plaintiffs' Motion in Limine, Originally filed at Dkt. 419-2 | Partial redactions as ordered by ECF No. 511 | Plaintiffs |
| Exhibit B to the Declaration of Bianca Herlitz-Ferguson in support of Plaintiffs' Motion in Limine, Originally filed at Dkt. 419-3 | Partial redactions as ordered by ECF No. 511 | Plaintiffs |
| Exhibit C to the Declaration of Bianca Herlitz-Ferguson in support of Plaintiffs' Motion in Limine, Originally filed at Dkt. 419-4 | Partial redactions as ordered by ECF No. 511 | Plaintiffs |
| Exhibit D to the Declaration of Bianca Herlitz-Ferguson in support of Plaintiffs' Motion in Limine, Originally filed at Dkt. 419-5 | Partial redactions as ordered by ECF No. 511 | Plaintiffs |

Dated: October 20, 2025

Respectfully submitted,

By: /s/ *Vasudha Talla*

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman, *pro hac vice*

Vasudha Talla, SBN 316219
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Sarah Cronk, Joshua Donohoe*