# EXHIBIT A

# To Declaration of Bianca Herlitz-Ferguson in Support of Plaintiffs' Motion in Limine

```
 1                 UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3    - - - - - - - - - - - - - - - - - -
 4    COALITION ON HOMELESSNESS; TORO   )
 5    CASTANO; SARAH CRONK; JOSHUA      )
 6    DONOHOE; MOLIQUE FRANK; DAVID     )
 7    MARTINEZ; TERESA SANDOVAL;        )
 8    NATHANIEL VAUGHN,                 )
 9              Plaintiffs,             ) CASE NO.
10    v.                                ) 4:22-cv-05502-DMR(LJC)
11    CITY AND COUNTY OF                )
12    SAN FRANCISCO, et al.,            )
13              Defendants.             )
14    - - - - - - - - - - - - - - - - - -
15
16
17         VIDEOTAPED DEPOSITION OF SARAH A. CRONK
18                MONDAY, SEPTEMBER 23, 2024
19
20
21           BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                   BY:  MARY J. GOFF, CSR NO. 13427
23                   550 CALIFORNIA STREET, SUITE 820
24                   SAN FRANCISCO, CALIFORNIA  94104
25                              (415) 597-5600
```

```
 1  impacts perception or if there could be contraband
 2  that was located in encampments, we have to set the
 3  foundation for what type of drug use there was going
 4  to be in the case.
 5           So the question about if there was
 6  difficulties with sobriety is directly relevant to
 7  setting all of those foundational questions.
 8           ATTORNEY NTIM:  Okay.  Then you may
 9  continue.
10           ATTORNEY MILLS:  So is the witness not
11  being instructed to answer?
12           ATTORNEY NTIM:  So the witness is not
13  being instructed not to answer.  The witness may
14  answer.
15      Q    (BY ATTORNEY MILLS) Okay.  And would you
16  like me to repeat?
17      A    Sure.
18      Q    Yeah.
19           So prior to becoming enrolled in that
20  treatment program, were you having difficulties with
21  your sobriety?
22      A    Yes.
23      ▮ ████████████████████████████████
24  ██████████████████████████████
25      ▮ ████████████████████████████████████
```



```
 1    ████████████████████████
 2         █    ██████████████
 3         █    ██████████████████████████
 4         █    ███
 5         █    ████████████████████████████████
 6         █    █████████████████████
 7         Q    Were you using heroin at all between 2020
 8    and 2022?
 9         A    No.
10         Q    Were you using any drugs other than
11    morphine and heroin or DILAUDID in that period
12    between 2020 and 2022?
13         A    I was not using heroin during that period,
14    but no.
15         Q    Okay.  But was that an exhaustive list of
16    the drugs --
17         A    Yes.
18         Q    -- that you have used?
19              Were you using cocaine during 2020 to
20    2022?
21         A    No.
22         Q    Marijuana?
23         A    No.
24         Q    Methamphetamines?
25         A    No.
```

```
 1      ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 3  ▮▮▮▮▮▮
 4      ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 5      ▮ ▮▮▮▮▮▮▮▮
 6      ▮ ▮▮ ▮▮▮▮▮▮▮▮▮
```

 7      Q    And would you have the pills on you and --
 8  in person or would you have to go out and seek them
 9  from somewhere?
10      A    I don't understand the question.
11      Q    Well -- so between 2020 and 2024, what
12  drug were you typically using daily?
13      A    Morphine --
14           ATTORNEY FREEMAN:  No.  I'm sorry.  Note
15  that the question changed.  You had been saying
16  "2020 to 2022."  And now you're saying 2020 to 2024.
17      Q    (BY ATTORNEY MILLS) 2022.
18      A    Okay.

```
19      ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21      ▮ ▮▮▮▮▮▮
22      ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮▮
24      ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25      ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

Case 4:22-cv-05502-DMR   Document 513-1   Filed 10/20/25   Page 7 of 9

```
 1  ████████████████████████████████████████
 2  ███████
 3   █ ███████████████
 4   █ ████████████████████████████
 5  █████████████
 6   █ █████████████████████
 7       Q    So if City workers came to an encampment
 8  that you had set up, would the morphine pills be
 9  kept on your person or would you leave them in
10  your -- your belongings?
11       A    On my person.
12       Q    Did you have any other type of
13  paraphernalia that could be used to help with drug
14  consumption between the period of 2020 and 2022 that
15  would be kept in your tent?
16       A    No.
17   █ ██████████████████████████
18  ███████
19   █ ███████████████████████████
20  █████████████
21   █ █████████████████████████████
22  ███████
23   █ █████
24   █ ██████████████████████████
25  ███████
```

BEHMKE REPORTING AND VIDEO SERVICES, INC.   135
(415) 597-5600

```
 1    ▊ ▬
 2    ▊ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 3    ▊ ▬
 4    ▊ ▬▬▬▬▬▬▬▬▬▬▬
 5  ▬▬▬▬▬
 6    ▊ ▬▬▬▬▬
 7    ▊ ▬▬▬▬▬▬▬▬▬▬▬▬
 8  ▬▬▬▬▬▬▬▬▬▬▬▬
 9    ▊ ▬▬▬ ▬▬ ▬▬▬▬
10  ▬▬▬▬▬
11    Q    And would you clean up any residue from
12   this smashed pills after you were done?
13    A    Yes.
14    ▊ ▬▬▬▬▬▬▬▬▬▬
15  ▬▬
16    ▊ ▬
17    ▊ ▬▬▬▬▬▬
18    ▊ ▬
19    ▊ ▬▬▬▬▬▬▬▬▬▬▬▬▬
20  ▬
21    ▊ ▬▬▬▬▬▬▬▬▬
22    ▊ ▬▬▬▬▬▬▬▬▬▬▬
23  ▬▬▬▬▬▬▬
24    ▊ ▬▬▬▬▬
25    ▊ ▬▬▬▬▬▬▬▬▬▬▬▬
```

```
 1   █
 2       █    █
 3       █    ███████████████
 4   ███████████████
 5       █    █
 6       █    ████████████████
 7   █████████████
 8       █    █
 9       █    ██████████████████
10   ████████████████
11       █    ██████
12          Q    Do you know what Mr. Donohoe would do with
13   the needles when he was done?
14          A    He would dispose of them.
15          Q    Where would he dispose of the needles?
16          A    In a sharps container.
17          Q    And where did he keep the sharps
18   container?
19          A    In a backpack in the back of the tent.
20          Q    And how often would the sharps container
21   be emptied?
22          A    Whenever it would get full.  It would just
23   -- it would depend on the size and the frequency
24   of...
25          Q    Can you describe what that container
```