# Exhibit B

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,        )
 6   et al.,                           )
 7                 Plaintiffs,         ) CASE NO.
 8   v.                                ) 4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN            )
10   FRANCISCO, et al.,                )
11                 Defendants.         )
12   - - - - - - - - - - - - - - - - - -
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16              PURSUANT TO PROTECTIVE ORDER
17       VIDEOTAPED DEPOSITION OF JOSHUA DONOHOE
18              TUESDAY, NOVEMBER 12, 2024
19
20
21           BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                   BY:  CYNTHIA TURI, CSR NO. 11812
23                   550 CALIFORNIA STREET, SUITE 820
24                   SAN FRANCISCO, CALIFORNIA  94104
25                               (415) 597-5600
```



```
 1      ██   ███████
 2      ██  ██  ████████████
 3      Q.   What was the name of the hospital?
 4      A.   It started at -- she started at UCSF Mission
 5 Bay.  And then transferred to UC -- to SF General.
 6      Q.   And so, then, is it fair to say that between
 7 February of 2023 and June of 2023, when you weren't
 8 staying with Ms. Cronk roughly 30 percent of the time,
 9 you were roaming the streets --
10      A.   Yes.
11      Q.   -- in San Francisco?
12      A.   Sorry.  Yes.
13      Q.   Any areas that you stayed at for a long duration
14 of time?
15      A.   No.
16      Q.   What was your, kind of, routine for staying at
17 places as far as the duration was concerned?
18      A.   I would pretty much go to, you know, friends,
19 hang out with friends, do what I needed to do to, you
20 know, pass the time, do my thing.  And then that would
21 last for about a day, day and a half.
22           And then I would go back to the hospital, stay
23 as long as I could without detoxing, and then go back
24 out.  And do that cycle.
25      Q.   Did you ever try to live with your parents in
```

```
 1        A.   No.
 2        Q.   When was the last time you had employment before
 3   Fertado Heating and Air?
 4        A.   Portland.  2013, I think.
 5        Q.   And what type of work were you doing in
 6   Portland?
 7        A.   I was a cashier and stocker for Dollar Tree.
 8        ▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 9   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11        ▓   ▓
12        ▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13   ▓▓▓▓▓▓▓▓▓▓▓▓
14        ▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16   ▓▓▓▓▓
17             ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18   ▓▓▓▓▓▓▓▓▓▓
19        ▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21        ▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓
22   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23   ▓▓▓▓▓▓▓▓
24        ▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
25   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

```
 1   ███████████████████████████████████████████████████
 2   ██████
 3       ██   ███
 4       ██   ████████████████████████████████████████████
 5   ██████████████████
 6       ██   ██████████████████████████████     ████████
 7   ██████████████████████████████████████
 8       ██   █████████████████████████████████████
 9   ██████████████████████
10       ██   ████
11       ██   ████████
12            ████████████████████████████████
13       ██   ████
```

14      Q.   Have you ever applied for CAAP benefits?
15      A.   I have applied, yes.
16      Q.   Did you ever get benefits because of those
17   applications?
18      A.   No.
19      Q.   Do you know why?
20      A.   I -- I don't know why.
21      Q.   Did anybody tell you that you weren't eligible
22   for CAAP benefits?
23      A.   No.  Well, correction.  The interviews that were
24   scheduled were most of the time phone interviews, and
25   my -- I couldn't hold on to a phone number for long

```
 1        Q.  Are you going to try to resolve the warrant
 2   before a trial in this matter?
 3            MR. NTIM:  Objection.  Calls for speculation.
 4            THE WITNESS:  I'm going to definitely reach out
 5   and figure out if this is still active.  This puts a
 6   very big damper in a lot of things that I'm working for.
 7   BY MR. MILLS:
 8        Q.  Did you do anything in Marin County around
 9   September 7th, 2023, that could have resulted in a
10   warrant being issued?
11        A.  No.
12            MR. NTIM:  Same objection.  Relevance.
13   BY MR. MILLS:
14        Q.  Are you on probation in Marin County?
15        A.  No.  Not that I'm aware of.
16        Q.  Are you on any diversion programs in
17   Marin County?
18        A.  Not that I'm aware of or know.
19   ███ ██████ ████████████████████████████████████████
20   █████████████████████████████ ██████████████████████
21   ████████████████████████████████████████████████████
22   ███████████████
23            ████████    █████████    ████████    ████████████
24            ███████████   ██████████████    █████████
25   ///
```



```
 1   ██████████████████████████████████████████████████████
 2   ████████████████████████████████████████████
 3        Q.   Does it smell like ammonia?
 4        A.   I -- no.
 5        Q.   Does it smell like rotten eggs?
 6        A.   No.
 7        Q.   Does it have a strong repulsive smell?
 8             MR. NTIM:  Objection.  Calls for speculation.
 9             THE WITNESS:  I mean, no.
10   BY MR. MILLS:
11        Q.   Based off of your experience smoking
12   methamphetamine, how long does this smell typically last
13   in the area where you were smoking?
14        A.   Seconds.
15        Q.   If you smoked inside of a tent, would it still
16   smell like the meth after you were done?
17        A.   No.
18        █ ███████████████████████████████████████
19   █████████████████████████████████████████
20        █████████  █████████████████  █████████████
21   ████████████
22             █████████████  █████████████████████
23   █████████████████
24        █   █████████████████
25        █   █████████████  █████████████
```

```
 1      █ ████████████████████████████████████████
 2        █████   ███████████████████████████████████
 3   ████████████████████████████████
 4        ████████   ████████████████████
 5   ████████████████████████████████  █
 6   ██████████
 7   ███████
 8      █ ████████████████████████████████████
 9   ██████████████████████████
10      █  █
11      █ ███████████████
12      █ ████████████████████████████
13   ████████   █████████████████████
14   █
15          █████████████  ██████████
16        █████████████████████
17   ████████████████████
18      Q.  And -- thank you.  And I understand that you are
19   putting those in a red sharps bin.
20        ██████████████████████████
21   █████████████████████████████████
22   ██████████████████████
23      █ ████████████████████████
24      █ ████████████████████████
25   ████████████████████████████
```



```
 1    █ ████████████████████████████
 2    █ ██████████████████████████████████
 3  ████████████████████████████████████
 4  ██████████████████
 5    █ ██████████████████████████████
 6  ██████████████████████████████████████
 7  ██████████████
 8       Q.  So if Sarah Cronk testified in her deposition
 9  that she only used morphine and Dilaudid under penalty
10  of perjury, was that false?
11          MR. NTIM:  Objection.  Vague as to time.
12          THE WITNESS:  Yeah.  I don't -- I don't know.
13  BY MR. MILLS:
14       Q.  If Sarah Cronk testified that she only ever used
15  opioids or Dilaudid, was that false?
16          MR. NTIM:  Objection.  Calls for speculation as
17  well.
18          THE WITNESS:  If she had -- I mean, I don't know
19  what the -- I don't know what the time frame.  And also,
20  I don't see her ever saying ever and only, so...
21  BY MR. MILLS:
22    █ █████████████████████████████████
23  █████████████████████████████████████
24  ███████████████████████████████
25    █ █████████████████████████████████
```



 1      ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 2  ▮▮▮▮▮
 3      ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮
 5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 6      ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 8      ▮   ▮
 9      ▮   ▮▮▮▮▮▮▮
10      ▮   ▮▮▮▮▮▮▮▮▮▮▮▮
11      Q.  At some point, you stopped using substances?
12      A.  Yes.
13      Q.  Congratulations.  I don't want that to get lost
14  either.  Thank you for answering the questions.  I very
15  much appreciate it.
16          When you smoked fentanyl with something like
17  foil, what would you do with the foil when you were done
18  with it?
19      A.  I would throw it away.
20      Q.  Would that be almost instantaneous?
21      A.  Pretty much.
22      Q.  Do you think you can recall leaving foil in or
23  around your tent that you may have used to smoke
24  fentanyl?
25      A.  I mean, if it had -- if it was already a side

1  that was burnt, you can't really reuse a foil if it's
2  already got residue on it.  So tear it off.  Or if it
3  was completely toasted, throw it away.
4          It was pretty much instantaneously.



```
 1    █ ████████████████████████████
 2         █████████████████████████████████████
 3    █████████████████████████████
 4        Q.   When you would consume fentanyl, how would it
 5    impact your perception?
 6        A.   My perception?
 7             MR. NTIM:  Objection.  Ambiguous as to
 8    "perception."
 9             THE WITNESS:  I did not smoke fentanyl for the
10    intended effects in the sense of what most people use it
11    for.  So my perception did not really change all that
12    much.
13             I wasn't using it to detach from reality.  I was
14    using it to self-medicate for pain.
15             MR. MILLS:  And can we go off the record at 6:31
16    for just a moment.  I just want to see how much time we
17    have left.
18             THE VIDEOGRAPHER:  Going off the record.  The
19    time is 6:32 p.m.
20             (Discussion off the record.)
21             THE VIDEOGRAPHER:  We are going back on the
22    record.  The time is 6:32.
23    BY MR. MILLS:
24    █ ████████████████████████████████████████████
25    █████
```



```
 1  ████████████████████████████████████████████
 2      ████████████████████████████████████████
 3  ████████████████  ██████████████████████████
 4  ████████████████████████████████████
 5  ██████████████████████████
 6      ████████████████████████████████████████
 7  ████████████  ██████████  ██████████████████
 8  ████████████████████████████████████████████
 9  ████████████████████████████████████████████
10  ██████████████████████████████████
11      ████████████████████████████████████████
12  ██████████████████
```

13    Q.  Did you ever use any of the drugs that we've
14 discussed in the morning, knowing that a sweep was going
15 to be taking place that day?
16    A.  No, especially if the cops or DPW were already
17 there.  I didn't like doing -- I didn't like doing my
18 drugs with people sitting outside my tent at -- I didn't
19 feel it was their, you know, their business.
20        So I would do my, you know, due diligence to try
21 and get out of there as soon as possible so I could, you
22 know, normalize out away from prying eyes.
23        I was pretty private about it.
24    Q.  Have you ever had any instances with Sarah Cronk
25 where you consumed so many substances that you needed

```
 1   it is, like, down past SoMa, past, like -- it's near,
 2   like, the edge of the Mission District, because I
 3   remember walking back up through the -- like, the little
 4   residential areas of the Mission District to get back to
 5   my spot.
 6        Q.   Do you know if Couper uses drugs?
 7        A.   I do not.
 8        ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 9        ▓    ▓▓
10        ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11        ▓    ▓▓
12        ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13        ▓    ▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓
14        ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓
15        ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓
16   ▓
17        ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19        ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20        Q.   Have you spoken with Shadow since the lawsuit
21   has been filed?
22        A.   Since -- when was it?  I guess -- when was the
23   last -- the last time I talked to him was when I was
24   just barely in treatment, so I don't know if the lawsuit
25   being filed was before or after that.
```

```
 1       Q.   Do you know Teresa Sandoval?
 2       A.   Yes.
 3       Q.   And is Teresa Sandoval a double amputee?
 4       A.   If it's the -- I don't know her last name, but
 5  if it was the Teresa I'm thinking of.  I know a Teresa
 6  who is a double amputee.
 7       Q.   Did that Teresa live on 13th Street?
 8       A.   Yes, farther up the street than us.
 9       Q.   Do you know if Teresa Sandoval uses drugs?
10       A.   I do not know.
11       Q.   Do you know Nathaniel Vaughn?
12       A.   No.
13       Q.   In addition to using substances while you were
14  camping outside of the Target, did you also sell
15  substances?
16       A.   No.
17        █ ████████████████████████████████████████████████
18  ████████████████████████████████████
19       ████████  ████████   ████████
20       ████████ ████████████████████
21  █████████████████████████ █████████████████████████
22  ███████████████████
23  BY MR. MILLS:
24       Q.   Have you ever stolen from an encampment?
25       A.   No.
```