# Exhibit C

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,        )
 6   et al.,                           )
 7                 Plaintiffs,         ) CASE NO.
 8   vs.                               ) 4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN            )
10   FRANCISCO, et al.,                )
11                 Defendants.         )
12   - - - - - - - - - - - - - - - - - - -
13
14
15
16         VIDEOTAPED DEPOSITION OF DAVID MARTINEZ
17              TUESDAY, OCTOBER 15, 2024
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA  94104
25                              (415) 597-5600
```

```
 1  Bill comes back with glasses, there's a couple of
 2  documents I want to show you, but we'll skip it for now.
 3          These are a couple of questions that I ask
 4  everybody in a deposition, so it's not personal to you.
 5          For you, do you feel like you can speak and
 6  read English with ease?
 7      A.  Oh, yeah.
 8      Q.  Is there any other language that you prefer to
 9  do the deposition in?
10      A.  No.  I can read and speak Spanish, but I prefer
11  English.
12      Q.  Yeah.  Sometimes people don't.  Sometimes
13  people say, like, I'd rather do it in, like, Tagalog or
14  Spanish or something.  And so I just want to check to
15  make sure we're --
16      A.  No, I'm good.
17      █   ████████████████████████████████████████
18      █   █████
19      MS. GRIJALVA:  Objection; privacy.
20      THE WITNESS:  Yeah.
21  BY MS. MURPHY:
22      █   ██████████████████████████████████████████████
23  ██████████████████████████████
24      █   ██████
25      █   ████████████████
```



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17    Q.   And do you know if at any point there had been
18 warrants for your arrest in New York?
19    A.   No, no.  There was no -- that was the last of
20 it.
21    Q.   Do you know if at any point there's been
22 warrants for your arrest anywhere on the East Coast?
23    A.   No.
24    Q.   Okay.  Do you remember how long you were in
25 custody after the felony conviction?

```
 1              Do you see that?
 2       A.     Yeah.
 3       Q.     Do you know what Remeron treats?
 4       A.     Mm-mm.  No.  Sorry.
 5       Q.     Do you know one way or the other whether it
 6   supports someone who's coming off of drug addiction?
 7       A.     They -- they told me I took -- they were giving
 8   me stuff, but I don't know which one is which.  I don't
 9   know.
10       ████  ████████████████████████████████████████████
11   ████████████████████████████████████████████████████████
12   ████████████████████████████████████████████████████
13   ██████████████████████████████████████████████
14       ████  ████████
15       ████  ████████████████████████████████████████
16       ████  ████████
17       Q.     The last page of Exhibit 48 has the heading
18   "Medications for Methamphetamine Use Disorder."
19              Do you see that?
20       A.     Yes.
21       Q.     Do you recall any -- any doctors or physicians
22   ever talking with you about methamphetamine use
23   disorder?
24       A.     Yeah.  When I asked about something -- I -- I
25   had a conversation with a nurse about getting off --
```