**Exhibit D**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - -

COALITION ON HOMELESSNESS, )
et al., )
Plaintiffs, )
v. ) CASE NO.
CITY AND COUNTY OF SAN ) 4:22-CV-05502-DMR (LJC)
FRANCISCO, et al., )
Defendants. )

- - - - - - - - - - - - - - - - -

THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED AND USED ONLY IN ACCORDANCE THEREWITH

VIDEOTAPED DEPOSITION OF SHYHYENE BROWN

THURSDAY, FEBRUARY 6, 2025

BEHMKE REPORTING AND VIDEO SERVICES, INC.
BY: VALERIE DIANE MAFFEI, CSR NO. 12138
550 CALIFORNIA STREET, SUITE 820
SAN FRANCISCO, CALIFORNIA 94104
(415) 597-5600

MR. NTIM: Yes.

MR. MILLS: And you're going to instruct the witness to not answer based on privacy, even though she's already testified to using drugs during 2013 -- 2010 and 2013 when she was homeless?

MR. NTIM: I objected as to that, as well.

BY MR. MILLS:

Q. And are you going to follow the advice of your counsel?

A. Yes.

Q. And are you gonna not answer on the basis of privacy?

A. Yes.

Q. So we'll reserve that issue to keep it open.

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

</␊>
<␊></␊>
<␊></␊>

<␊></␊>

<␊></␊>
<␊></␊>

<␊></␊>

<␊></␊>

<␊></␊>
<␊></␊>



[redacted]

MR. NTIM: Objection. Calls for speculation.

BY MR. MILLS:

[redacted]

Q. When you were living on the streets of San Francisco in 2024 --

A. Uh-huh.

Q. -- did you also have a sharps bin in your encampment?

A. Yes.

Q. And was that all the time?

A. All the time.

Q. In the time that you were camping on the street in 2024, are there any instances where you believe that DPW wrongfully discarded your items?

A. You said 2024; right?

Q. 2024.

A. Uh, not my stuff, but my boyfriend's stuff, yes.