# EXHIBIT J

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4   - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,     )
 6   et al.,                        )
 7              Plaintiffs,         )
 8   v.                             )  CASE NO.
 9   CITY AND COUNTY OF SAN         )  4:22-cv-05502-DMR (LJC)
10   FRANCISCO, et al.,             )
11              Defendants.         )
12   - - - - - - - - - - - - - - - -
13    THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
14     SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED
15           AND USED ONLY IN ACCORDANCE THEREWITH
16
17           CONFIDENTIAL - ATTORNEYS' EYES ONLY
18             REMOTE DEPOSITION OF JASON ADAMEK
19               WEDNESDAY, FEBRUARY 12, 2025
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY: VALERIE E. RASMUSSEN, CSR NO. 8900
23                  550 CALIFORNIA STREET, SUITE 820
24                  SAN FRANCISCO, CALIFORNIA 94104
25                                    (415) 597-5600
```

```
 1      Q    Do you recall if you reviewed this document in
 2   full before signing it?
 3      A    Yes, I did.
 4      Q    Now, did you review any other documents for the
 5   purpose of preparing this declaration?
 6      A    No.
 7      Q    Now, I'd like to direct your attention to
 8   paragraph 7.
 9      MR. PRASAD:  If Mr. Headrick could please put that
10   on the screen.
11      Q    Mr. Adamek, do you see where it says, I looked
12   into the status of several individuals -- I looked into
13   the client status of several individuals?
14      A    Yeah.
15      Q    Okay.  Who were those several individuals whose
16   status you looked into before preparing this
17   declaration?
18      A    It's stated right there in paragraph 7, all
19   those names.
20      Q    And who are they?
21      A    You want me to read their names?
22      Q    Yes.
23      A    Okay.
24           ███████.  I'm probably pronouncing these
25   wrong.
```

```
 1          ▉▉▉▉▉▉▉▉▉▉
 2          ▉▉▉▉▉▉
 3          Sarah Stephenson.
 4          David Martinez.
 5          ▉▉▉▉▉▉▉▉▉▉▉▉
 6          ▉▉▉▉▉▉▉▉▉
 7          Shana Couper Orono.
 8          Sarah Cronk.
 9     Q    And how did you look into the client status of
10   those individuals?
11     A    I asked one of my section managers to provide
12   me that verification.
13     Q    And when you say provide you "that
14   verification," how was that verification communicated to
15   you?
16     A    By e-mail.
17     Q    And did you reference those e-mails when you
18   prepared this declaration?
19     A    I don't know.  Do you want to read through it?
20   I don't know, maybe I did.  I don't know.  I can't
21   see -- I can't see the whole document right now, so I
22   can't answer that question.
23     Q    You just testified, Mr. Adamek, that your
24   employees asked you to -- sorry, your employees provided
25   the client status to you by e-mail; correct?
```