EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman, *pro hac vice*
Vasudha Talla, SBN 316219
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs Coalition on Homelessness,
Sarah Cronk, Joshua Donohoe*

*Additional Counsel Appear on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE;<br><br>Plaintiffs.<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' NOTICE OF FILING REDACTED DOCUMENT IN CONNECTION WITH PLAINTIFFS' MOTION IN LIMINE RE: DR. TIMUR DURRANI, DKT. 423**<br><br>Re: Dkt. 510 |

# NOTICE

Pursuant to this Court's Order Granting Defendants' Omnibus Administrative Motion to Seal in Connection with Pre-Trial Filings (ECF No. 465), Dkt. 510, Plaintiffs hereby publicly file a redacted version of the following document filed under seal in connection with Plaintiffs' Motions in Limine to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani, Dkt. 423.

| MOTION IN LIMINE RE: DR. TIMUR DURRANI | | |
|---|---|---|
| Exhibit D to the Declaration of Scout Katovich's in Support of Plaintiffs' Motion in Limine to Exclude Defendants' Expert Witness Opinions of Dr. Timur Durrani, originally filed as Dkt. 423-5 | Partial redactions as ordered by ECF No. 510 | Defendants |

Dated: October 20, 2025

Respectfully submitted,

By: /s/ Vasudha Talla

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman, *pro hac vice*
Vasudha Talla (SBN 316219)
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Sarah Cronk, Joshua Donohoe*