# EXHIBIT D

| Incident # | Address | Housing Status | Event Date | Event Time | OSHA Case ID | NFPA Severity | NFPA Primary Apparent Symptom | Body Part | Injury Description |
|---|---|---|---|---|---|---|---|---|---|
| 25005999 | MISSION ST/6TH ST | Unhoused, Unsheltered | 01/12/2025 | 22:30 | 49-25-04 | Treated by physician, returned to work (5020) | Undetermined | Finger | L index finger needle stick. Needle stick occurred while en route to the hospital. I was administering IM Zofran when the Pt flinched back during administration and caused the needle to come out of the PT. Immediately after the ambulance drove over a pot hole that jerked me causing the accidental needle stick.  Pt was taken to St Francis Hospital. My blood work was taken at St Francis Hospital. |
| 24065880 | 873 MISSOURI ST | Unhoused, Unsheltered | 05/12/2024 | 13:30 | 49-24-052 | Lost time injury, moderate severity (5020) | Undetermined | Finger | Was exposed to a dirty needle with patients blood on it. Pt is HIV positive, as confirmed by UCSF ED after pt was offloaded. I Was poked through the glove and to the base of my left pinky finger. It did break skin and there was bleeding of my pinky finger. The needle that made contact with my skin also had prior contact with pt and had pt's blood on it. |
| 24060974 | 810 SILVER AV | Housed | 05/02/2024 | 10:08 | | Report only, including exposure (3807) | None | Finger | Accidently needle stick to left thumb. no exposure, clean stick. |
| 23173920 | 1640 SCOTT ST | Unhoused, Sheltered | 12/25/2023 | 09:06 | | Report only, including exposure (3807) | Stab wound/puncture wound: penetrating | Finger | During treatment of the patient with administration of glucagon, while attempting to re-cap the intramuscular needed that was previously used to administer glucagon, the needle broke through the cap and pierced the skin of my right index finger. Area was immediately cleaned using cleaning wipes and an attempt was made to squeeze the finger to see if blood could be drawn; no blood was able to be produced from my right finger. Bandage was applied and hand was re-gloved, with patient treatment was continued throughout the remainder of the incident. Needle stick hotline was contacted. |
| 23155095 | 360 BAKER ST | Housed | 11/16/2023 | 22:00 | | Report only, including exposure (3807) | None | Finger | I accidently stuck myself with a fresh clean needle during a call. It pushed through the IV bag port and went right into my left thumb. |
| 23138131 | 1490 OCEAN AV | Housed | 10/13/2023 | 11:15 | 15-23-20 | Treated by physician, returned to work (5020) | Stab wound/puncture wound: penetrating | Hand | Needlestick puncture to left palm. |
| | 1712 25TH ST | | 09/03/2023 | 10:30 | 49-23-203 | Report only, including exposure (3807) | Stab wound/puncture wound: penetrating | Finger | Needle stick to left index finger while administering medication in back of ambulance |
| 23104921 | 51 6TH ST | | 08/07/2023 | 18:56 | 01-23-09 | Treated by physician, returned to work (5020) | Stab wound/puncture wound: penetrating | Hand | Needle stick to left hand. |
| 23080140 | 11TH ST/HOWARD ST | Experiencing Homelessness - YES | 06/15/2023 | 22:07 | | Report only, including exposure (3807) | Other symptom | Finger | To obtain a blood glucose I cleaned patient's finger with an alcohol prep pad. With my gloved hands I removed the plastic safety from the lancet and placed the lancet on patient's finger. As I applied pressure to patient's finger with the lancet and attempting to activate the needle the lancet slipped from patient's finger. The lancet activated and the needle penetrated my left index finger. No obvious penetration was observed on patient's finger, however blood was drawn from my index finger. In the ambulance I cleaned my finger with hand sanitizer. After transport I washed my hands with soap and water at the hospital. The needle stick hotline was contacted and the doctor did not recommend any further action. |
| 23072841 | 1858 45TH AV | Experiencing Homelessness - NO | 05/31/2023 | 14:30 | | First aid only (3807) | Cut or laceration | Hand | r thumb punctured by clean needle |
| 23071591 | DRUMM ST/MARKET ST | Unknown | 05/28/2023 | 17:10 | | Report only, including exposure (3807) | Other symptom | Arm:Wrist:Hand | 1. Occurred on incident 23071591.<br>2. I placed an IV in the hand on a patient while transporting code 3 to General.<br>3. After placement I removed the secured sharp while holding pressure to the vein in order to place a saline lock.<br>4. Blood from the site was splashed onto my shirt, jacket, pants, forearm, wrist and down my gloved hand.<br>5. I cleaned the blood off immediately with cleaning wipe, and washed my forearm, wrist and hand with soap and water at General.<br>6. I was placed out of service and the needle stick hotline was contacted. |
| | | | 02/18/2023 | 15:15 | | First aid only (3807) | Stab wound/puncture wound: penetrating | Hand | Top part of the left hand, along knuckles. |
| | 150 OTIS ST | | 11/07/2022 | 22:25 | | First aid only (3807) | Stab wound/puncture wound: penetrating | Hand | Puncture wound in palm of right hand. |
| 22103052 | 735 TAYLOR ST | Experiencing Homelessness - NO | 08/12/2022 | 10:35 | | Report only, including exposure (3807) | Stab wound/puncture wound: penetrating | Finger | Needlestick to left thumb. |
| | ST22 | | 08/08/2022 | 15:40 | | Report only, including exposure (3807) | Stab wound/puncture wound: penetrating | Finger | needle stick to right index finger of Nerve agent poisoning kit, Pralidoxime Chloride Injection. Medication has an expiration date of 08/2009 |
| 22049667 | 50 DR TOM WADDELL PL | Experiencing Homelessness - YES | 04/19/2022 | 11:00 | 49-22-49 | Treated by physician, returned to work (5020) | Other symptom | Leg | Was stuck by contaminated hypodermic needle which was in the patient's backpack. Employee was stuck on right lower anterior leg. |
| 22048352 | 395 UNION ST | Experiencing Homelessness - NO | 04/16/2022 | 08:20 | | Report only, including exposure (3807) | Cut or laceration | Finger | while performing ALS assessment, member went to retrieve a set of keys at pt request and was cut by a sharp, dirty pair of sissors on his right ring finger. member rinsed the wound, contacted needle stick hotline. member was advised by them that since pt denied having HIV/AIDS or Hepatitus, member shoud contact the CDC himself. member has full ROM, no swelling or discoloration observed. |
| 22022495 | ELLIS ST/POLK ST | Experiencing Homelessness - YES | 02/17/2022 | 14:04 | 49-22-33 | Lost time injury, moderate severity (5020) | Pain only | Back:Leg | EMT was severe lower right side back pian. EMT also suffered a needle stick. |
| 22021411 | 533 DUBOCE AV | Experiencing Homelessness - NO | 02/15/2022 | 04:15 | 49-22-30 | Lost time injury, moderate severity (5020) | Other symptom | Other | Employee inadvertantly stuck self with  contaminated needle after administering an IM injection to a patient. |
| 22010146 | 50 RIZAL ST | Experiencing Homelessness - NO | 01/21/2022 | 18:30 | 49-22-20 | Treated by physician, returned to work (5020) | Other symptom | Hand | needle stick to the left hand |
| 21148354 | 2 VARELA AV | Experiencing Homelessness - NO | 12/02/2021 | 16:00 | 49-21-77 | Treated by physician, returned to work (5020) | Cut or laceration | Finger | needle stick to right thumb called needle stick hotline |
| 21145146 | 236 ROLPH ST | Experiencing Homelessness - NO | 11/25/2021 | 16:30 | 49-21-76 | Treated by physician, returned to work (5020) | None | Hand | Bio-contaminated needle stick (IM Injection). |
| 21075868 | 74 6TH ST | Experiencing Homelessness - NO | 06/26/2021 | 12:45 | 01-21-06 | Treated by physician, returned to work (5020) | Stab wound/puncture wound: penetrating | Finger | Firefighter was stuck with a used IO needle to left ring finger. |
| 21040460 | 34 TURK ST | Experiencing Homelessness - NO | 04/03/2021 | 09:25 | | Report only, including exposure (3807) | None | Hand | While reaching into IV tray to retrieve a saline lock, member suffered a needle stick from an uncapped but unopened syringe needle. Skin clearly broken. Member was wearing EMS gloves. Member immediately washed area with alcohol wipes, and soap and water. Needle stick hotline contacted. Member to monitor area. |
| 21016053 | 216 EDDY ST | Experiencing Homelessness - NO | 02/04/2021 | 23:45 | 49-21-12 | Lost time injury, moderate severity (5020) | Cut or laceration | Arm | Left forearm penetrated by used needle. |
| | ST09 | | 12/17/2020 | 17:30 | 09-20-12 | Treated by physician, returned to work (5020) | Stab wound/puncture wound: penetrating | Hand | Penetrating wound to left palm |
| | ST13 | | 12/16/2020 | 15:30 | 34-20-01 | Treated by physician, returned to work (5020) | Stab wound/puncture wound: penetrating | Hand:Other | Puncture wound on right hand nearest to pinkie knuckle. |
| | ST49 | | 04/21/2020 | 07:00 | | Report only, including exposure (3807) | Other symptom | | Paramedic was completing his morning check out of his medical bag and was stuck with a used IM needle, that was exposed in the bag, on his right index finger.  The exposure site began to bleed and Paramedic immediately went to clean and decontaminate the area with soap and water. |

| Exposure Type | Incident # | Event Date | Event Time | Housing Status | Address | Symptoms | Comments | Hospital |
|---|---|---|---|---|---|---|---|---|
| Needlestick | 25005999 | 01/11/2025 | 21:54 | Unhoused, Unsheltered | MISSION ST/6TH ST | OD call, narcan led to nausea vomiting chills | 3807 completed. member's bloodwork drawn at St Francis immediately after, member has already contacted needlestick hotline. They said call occupational health on Monday 1/13. | St. Francis |
| Needlestick | 24077369 | 06/05/2024 | 01:56 | Unknown | 1156 POTRERO AV | Unconscious unresponsive | RCS was stuck with a IM needle | Not transported |
| Needlestick | 24065880 | 05/12/2024 | 11:58 | Unhoused, Unsheltered | 873 MISSOURI ST | Pt. was altered. | Staff at UC Parnassus stated pt. confirmed to be positive for bloodborne disease and likely non-compliant with medications. PM was treating a patient with Zofran IM when the patient jerked as the needle was being withdrawn and stuck in the L. index finger. | UCSF – Parnassus |
| Needlestick | 23117912 | 09/03/2023 | 09:57 | Experiencing Homelessness - NO | 1712 25TH ST | none | Needle stick hotline researched the patient and was told he is not Hep-B/HIV positive and instructed PM that he did not need treatment at this time and no follow up is necessary at this time but left it up to him and he chooses not to seek treatment at this time. | San Francisco General |
| Needlestick | 22103052 | 08/12/2022 | 10:29 | Experiencing Homelessness - NO | 735 TAYLOR ST #312 | None. Pt was unresponsive due to opiate overdose. | Member was stuck with a needle under the patients body as patient was moved. Incident occurred inside of SFGH Emergency Room while patient was being transferred to bed. | St. Francis |
| Needlestick |  | 07/22/2022 |  |  | 1001 POTRERO - EMERGENCY ROOM | Member was stuck with taser spike that punctured right hand while patient was inside of ER | SFFD-SFO incident number: F22070374 | San Francisco General |
| Needlestick | 22059749 | 05/11/2022 | 09:53 | Experiencing Homelessness - NO | 2890 STEINER ST | Unknown. Patient unconscious after being struck by vehicle. | Patient was unconscious upon arrival. Significant bleeding from right ear. IV was started and accidental needle stick to Firefighter | San Francisco General |
| Needlestick | 21148354 | 12/02/2021 | 15:48 | Experiencing Homelessness - NO | 2 VARELA AV | swollen tongue | Paramedic had needle stick from patients epi pen | Seton |

| Incident # | Event Date | Event Time | Address | Activity at Time | Housing | Event Description | Attack | Injuries |
|---|---|---|---|---|---|---|---|---|
| 24017883 | 02/04/2024 | 21:13 | 650 EDDY ST | Attempting to restrain the patient. | HOUSED | E03 was dispatched to ▮▮, for a medical call. Upon arrival, and walking down the ▮ floor hallway, to unit ▮, we could hear a loud argument coming from that unit. We knocked on the door, which was ajar and announced ourselves. A male, later identified as "▮" told us to come in, that his girlfriend was having chest pain. As we walked in there was a mirror shattered on the ground and two chairs knocked over. We asked ▮ if they were in an altercation and ▮ stated they were in an argument earlier. We asked ▮ if his girlfriend had ingested any drugs or alcohol and he stated she had been drinking alcohol. We located the female curled up on the floor. We attempted to talk to her with negative results. As we attempted to assess her and retrieve her vitals, she jumped up to her feet, then aggressively threw herself to the ground. As we went to help her, she jumped up and threw herself down again. At this time, KM102, arrived on scene. We quickly placed the female onto the gurney, where she became very vocal and took a swing at one of the medics on KM102. Due to her violent act, the medic said to put her in restraints. As we began to control her feet and arms for our safety, she started yelling, " Why am I going to the hospital, who called you, " her boyfriend ▮ said, " I called the medics for you. Your mom told me to call." She then stated, " I do not need to be in restraints, I will go to the hospital." The medic advised her, if she complied, he would take the initial soft restraint off. The initial restraint was on her left wrist. She complied and he took the restraint off. As the medics attempted to get her vitals, she jumped off the gurney and ran into the main hallway acting very erratic. Once in the hallway, she began to throw herself on to the ground again. At this time, I notified dispatch to send the SFPD for assistance. She was immediately put back onto the gurney. She became very violent, kicking her feet and swinging her arms towards us. ▮ yelled at her to calm down and let us do our job, so she could go to the hospital. She said she was not going to the hospital. As we began to get the wrist restraints on her, to secure her arms, she flailed everywhere and slid out of the chest belt. She attempted to bite FF/PM. During her attempt, a medic from KM102 tried to moved her head back, at which time she bit the medic, clamping down and locking her teeth, onto the inside of the his left elbow area. He had to forcibly push down on her chin area to get her to release her bite. FF intervened to assist the medic, at which time ▮ charged all of us and wanted to fight. I called for the SFPD again, as they had not arrived on scene yet. I jumped between ▮ and FF to calm ▮ down. As we were distracted by ▮, the female patient jumped off the gurney and ran down the hall to her room. Due to the chaos and unsafe scene, I advised the medics to let her go until the SFPD arrived. I told my crew and KM102 to go down to the lobby so we could assess the medic who was bitten. He sustained a penetrating bite wound, with large purple bruising, to the inside of his left elbow area. The SFPD arrived and placed the female into custody. The KM102 medic signed a Citizens Arrest. I called for an RC. RC1 arrived on scene and ordered the KM102 to Davies for a medical evaluation. RC1 called for an additional medic unit for transport. M504 arrived for the restrained, in custody transport to CPMC-VN. SFPD Case #24077514, Ofc. Munoz, Star 1136. | BITE:KICK:STAB:PUNC:PUSH | CONT:PUNC:SWEL |
| 3041758 | 03/26/2023 | | 68 MCCOPPIN ST | Attempting to extinguish an outside homeless fire. | HOMELESS | Price swung a stick at my head for attempting to extinguish an outside fire. | BULL:STAB:HARR:VERB:OTH | LACR:ABRA:SWEL:TEND |
| 20089128 | 08/04/2020 | 00:24 | 2171 MISSION ST | Medic 95 crew was in CPMC Bernal triage with the patient sitting seat belted on the gurney in the seated position. | UNK | Medic 95 crew was in CPMC Bernal triage with the patient sitting seat belted on the gurney in the seated position. Patient became verbally and physically combative with staff. Patient was using vulgar language, verbal threats, and spitting at staff. Verbal de-escalation attempted with patient from both Medic 95 crew and CPMC Bernal ER nurses.Patient removed the bottom seat belt and kicked the CPMC Bernal nurse. Medic 95 crew grabbed patients wrists to restrain patient from removing the top seat belts. Patient dug his fingernails into medic 95 crew members gloved left index finger, ripping the glove and scratching the left index finger, drawing blood. Medic 95 crew member immediately washed and applied antibiotic cream to the injury. Medic 95 called station 49 RC and filed an injury report and a violent incident report. | GRAB:KICK:STAB:SCRA:SPIT:VERB | PUNC |