DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3857 (Wang)
          (415) 554-6762 (Murphy)
          (415) 554-3870 (Gradilla)
          (415) 554-4223 (George)
          (415) 355-3304 (Mills)
Facsimile: (415) 554-4699
E-mail:   edmund.wang@sfcityatty.org
         kaitlyn.murphy@sfcityatty.org
         miguel.gradilla@sfcityatty.org
         john.george@sfcityatty.org
         steven.mills@sfcityatty.org

Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR (LJC) <br><br> **DEFENDANTS' NOTICE OF COMPLIANCE WITH ECF NO. 509 – PUBLIC RECORDS FILED IN CONNECTION WITH DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT** <br><br> Judge:        Hon. Donna M. Ryu <br><br> Action Filed:    September 27, 2022 |

Pursuant to ECF No. 509, Defendants City and County of San Francisco, San Francisco Police Department, San Francisco Department of Public Works, San Francisco Department of Homelessness and Supportive Housing, San Francisco Fire Department, and San Francisco Department of Emergency Management (collectively "Defendants") hereby refile redacted and unsealed versions of records submitted in connection with Defendants' Partial Motion to Dismiss the Third Amended Complaint.

DATED: October 20, 2025

Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
EDMUND T. WANG
KAITLYN MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
STEVEN A. MILLS
Deputy City Attorneys

/s/ Steven Mills
STEVEN MILLS

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.