DOCUMENT SEALED PURSUANT TO ECF NO. 509

1 | DAVID CHIU, State Bar #189542
City Attorney
2 | YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
3 | EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
4 | MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
5 | STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
6 | City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
7 | San Francisco, California 94102-4682
Telephone:     (415) 554-3857 (Wang)
8 |              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
9 |              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
10 | Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
11 |              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
12 |              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR<br><br>**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Hearing Date:  February 27, 2025<br>Time:          1:00 p.m.<br>Place:         Courtroom 4 – 3rd floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    July 28, 2025<br><br>Attachments:   Exhibits A - DD |

I, Steven A. Mills, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively, the "City"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. A true and correct copy of highlighted excerpts from Plaintiffs' Response to Defendants' First Set of Interrogatories dated June 22, 2023 is attached hereto as **Exhibit A**. Highlighting was added for emphasis.

3. A true and correct copy of the Coalition on Homelessness' Annual Report 2016, downloaded from the Coalition on Homelessness Annual Report Archive available at https://www.cohsf.org/annual-reports/, is attached hereto as **Exhibit B**. Highlighting was added for emphasis.

4. A true and correct copy of the Coalition on Homelessness' Annual Report 2019, downloaded from the Coalition on Homelessness Annual Report Archive available at https://www.cohsf.org/annual-reports/, is attached hereto as **Exhibit C**. Highlighting was added for emphasis.

5. A true and correct copy of the Coalition on Homelessness' Annual Report 2022, downloaded from the Coalition on Homelessness Annual Report Archive available at https://www.cohsf.org/annual-reports/, is attached hereto as **Exhibit D**. Highlighting was added for emphasis.

6. A true and correct copy of highlighted excerpts from the transcript of the Deposition of Sarah Cronk, taken on September 23, 2024 in connection with this case, is attached hereto as **Exhibit E**.

7. A true and correct copy of the Grant Agreement between City and County of San Francisco and Coalition on Homelessness, from the records of the San Francisco Arts Commission, with Bates number CCSF-COH_309166 to 309202, is attached hereto as **Exhibit F**.

8. A true and correct copy of the "#StoptheSweeps Notes 3.26.19 docx," and produced by Plaintiffs in discovery as confidential with Bates numbers COH00974420 to COH00974423, is attached hereto as **Exhibit G**. Highlighting was added for emphasis.

9. A true and correct copy of an April 8, 2019 email to Coalition Executive Director, Jennifer Friedenbach, entitled "Search for Impact Litigation," and produced by Plaintiffs in discovery as confidential with Bates number COH01316598, is attached hereto as **Exhibit H**. Highlighting was added for emphasis.

10. A true and correct copy of an October 8, 2021 email from Coalition's former Human Rights Organizer, Carlos Wadkins, entitled "Connecting Shane and Ian," and produced by Plaintiffs in discovery as confidential with Bates numbers COH01168199 to COH01168200, is attached hereto as **Exhibit I**. Highlighting was added for emphasis.

11. A true and correct copy of a November 12, 2021 email from Coalition's Executive Director, Jennifer Friedenbach, entitled "Connection with LCCR," and produced by Plaintiffs in discovery as confidential with Bates numbers COH01429817 to COH01429818, is attached hereto as **Exhibit J**. Highlighting was added for emphasis.

12. A true and correct copy of November 17, 2021 email from Coalition's Executive Director, Jennifer Friedenbach, entitled ▮▮▮▮▮ and produced by Plaintiffs in discovery as confidential with Bates number COH00832297, is attached hereto as **Exhibit K**. Highlighting was added for emphasis.

13. A true and correct copy of the ▮▮▮▮▮ and produced by Plaintiffs in discovery as confidential with Bates number COH00832298 to COH00832300, is attached hereto as **Exhibit L**. Highlighting was added for emphasis.

14. A true and correct copy of the "2022 Annual Report Notes.docx," produced by Plaintiffs in discovery as confidential with Bates numbers COH00738208 to COH00738227, is attached hereto as **Exhibit M**. Highlighting was added for emphasis.

15. A true and correct copy of September 27, 2021 email from Coalition's Executive Director, Jennifer Friedenbach, entitled "Re: Follow up Questions on SFHC manual," produced by Plaintiffs in discovery as confidential with Bates numbers COH00873981 to COH00873985, is attached hereto as **Exhibit N**. Highlighting was added for emphasis.

16. A true and correct copy of an October 5, 2020 email from former Coalition Human Rights Organizer, Kelley Cutler, entitled "Prep for Human Rights Tuesday," and produced by Plaintiffs in discovery as confidential with Bates numbers COH00897439 to COH0089744, is attached hereto as **Exhibit O**. Highlighting was added for emphasis.

17. A true and correct copy of the Coalition's "Evaluation of Our Work in 2022 & Our Work Plan for 2023," and produced by Plaintiffs in discovery as confidential with Bates numbers COH00742770 to COH00742847, is attached hereto as **Exhibit P**. Highlighting was added for emphasis.

18. A true and correct copy of an April 12, 2021 email from Coalition's Executive Director, Jennifer Friedenbach, entitled "Website," and produced by Plaintiffs in this case with Bates number COH01445975, is attached hereto as **Exhibit Q**. Highlighting was added for emphasis.

19. A true and correct copy of a November 15, 2022 email from Coalition's Executive Director, Jennifer Friedenbach, entitled "CONFIRMING KXSF.FM Radio / COMMUNITY TAKE-OVER THIS Wed. 11/16, 4-6pm," and produced by Plaintiffs in this case with Bates numbers COH01433537 to COH01433542, is attached hereto as **Exhibit R**. Highlighting was added for emphasis.

20. A true and correct copy of "COH Retreat 2023.docx" from the December 27, 28, 29. 2023 "Retreat COH," and produced by Plaintiffs in discovery as confidential with Bates numbers COH00714793 to COH00714812, is attached hereto as **Exhibit S**. Highlighting was added for emphasis.

21. A true and correct copy of the Coalition on Homelessness' Annual Report 2023, downloaded from the Coalition on Homelessness Annual Report Archive available at https://www.cohsf.org/annual-reports/, is attached hereto as **Exhibit T**. Highlighting was added for emphasis.

22. A true and correct copy of a January 4, 2024 email from Coalition's Executive Director, Jennifer Friedenbach, entitled "Re: Press Request: NYU Student Covering Coalition on Homelessness," and produced by Plaintiffs in discovery as confidential with Bates numbers COH01262154 to COH01262159, is attached hereto as **Exhibit U**. Highlighting was added for emphasis. On January 21, 2025, Plaintiffs indicated that they would not seal this document despite previously marking it confidential.

23. A true and correct copy of highlighted excerpts from the transcript of the Deposition of Toro Castano, taken on October 9, 2024 in connection with this case, is attached hereto as **Exhibit V**.

24. A true and correct copy of Exhibit 32, from the Deposition of Toro Castano taken on October 9, 2024, is attached hereto as **Exhibit W**.

25. A true and correct copy of Exhibit 33, from the Deposition of Toro Castano taken on October 9, 2024, is attached hereto as **Exhibit X**.

26. A true and correct copy of Exhibit 6, from the Deposition of Sarah Cronk taken on September 23, 2024, is attached hereto as **Exhibit Y**.

27. A true and correct copy of Exhibit 10, from the Deposition of Sarah Cronk taken on September 23, 2024, is attached hereto as **Exhibit Z**.

28. A true and correct copy of highlighted excerpts from the transcript of the Deposition of Joshua Donohoe, taken on November 12, 2024 in connection with this case, is attached hereto as **Exhibit AA**.

29. A true and correct copy of highlighted excerpts from the transcript of the Deposition of Molique Frank, Volume I, taken on September 25, 2024 in connection with this case, is attached hereto as **Exhibit BB**.

30. A true and correct copy of highlighted excerpts from the transcript of the Deposition of David Martinez, taken on October 15, 2024 in connection with this case, is attached hereto as **Exhibit CC**.

///

//

/

31. A true and correct copy of Plaintiffs' Responses to Defendants' Second Set of Interrogatories that were served on Defendants on December 20, 2024 is attached hereto as **Exhibit DD**.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Francisco, California on January 23, 2025

                                         */s/ Steven A. Mills*
                                         STEVEN A. MILLS