<u>**UNREDACTED**</u>

**EXHIBIT G**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

**DOCUMENT UNSEALED PURSUANT TO ECF NO. 509**

# #StoptheSweeps Meeting Agenda

**Date and Time:** Tuesday Mar 26, 2pm to 4pm

**Location:** COHSF, 468 Turk St.

**Meeting Facilitator/Timekeeper:**

**Note Taker:**

**Meeting Attendees:** Lily Barnard (UCSF), Paul Boden (WRAP), Gary Li (COH), Brian Edwards (COH), Shira Noel (HYA), Dale Smith (DSA), Evan Owski (DSA), Olivia Glowacki (COH), Spencer (Indivisible SF), Courtney Pearson (SF AIDS Foundation/Getting to Zero), Chris Herring (UC Berkeley), Kelley Cutler (COH), Sam Lew (COH), Curtis Bradford (TNDC), Ben Lintschinger (GLIDE), Harvey Williams (DSA), Quiver Watts (COH), Leslie Dreyer (HRCSF), Jesse Johnson (Hospitality House/Faithful Fools)

| Estimated Time | Topic |
|---|---|
| 10 mins | **Introduction/Icebreaker** <br> **Agenda approval** |
| 10 mins | **Discuss Goals and Timeline for Coalition** - *Sam Lew* <br> • <u>Goal:</u> End discussion with seeds of a working plan and timeline <br> • Short and long-term goals of coalition |
| 20 mins | **Sweeps - National Overview** - *Paul Boden* <br> • Trends and patterns on the national level <br> • What has worked? What hasn't? |
| 10 mins | **What has been done so far in SF?** - *Kelley Cutler* <br> • Overview/History <br>    ○ Sweeps without notices <br>    ○ Encampment Resolution Team/Navigation Centers - still going, ERT responds to about 2 encampments per month, police - 6000 responses, DPW - 5000 responses <br>    ○ HSOC - Coordinated effort between departments <br>    ○ Lots of vigilante groups against homeless people <br>       ■ online activity on Twitter, Next Door <br> • Safe Sleep Policy <br> • Stolen Belongings |

CONFIDENTIAL

COH00974420

| 60 mins | **Strategies** - *Kelley Cutler* <br><br>1. Campaign Organizing<br>    a. Develop a sign-on letter<br>    b. Possible action in June with Stolen Belongings<br>    c. Possible - Labor Organizing<br>        i. HOT Team - OPEIU; DPW?<br>        ii. companies that are building the "homeless hunter" apps<br>    d. How do we inject this into campaign trail?<br>        i. DA race - what does this conversation look like?<br>        ii. Dean Preston - pretty aligned with the stop the sweeps. Getting him to commit to introducing leg privately<br>2. Legislative Strategy<br>    a. Statewide and local Right to Rest acts<br>        i. Denver - Right to Survive voter initiative - which is getting opposition from the homeless leadership council (service providers)<br>        ii. Portland - getting right to rest act on the local or statewide level<br>    b. Human Rights Commission could pass a resolution, but it is not binding (ex: *Duluth*)<br>    c. We previously have tried to introduce legislation with Avalos and Kim for safe sleep but Farrell then put down Prop Q (tent ban)<br>    d. We need more political will to make local legislation possible<br>3. Legal Strategy<br>    a. With the more recent settlement cases, they are looking at what is already on the books to make their decision. Legal strategy makes it kinder, gentler sweeps<br>    b. Class action with LCCR, Bay Area Legal, and ACLU around property confiscation; lawyers met with City Attorney<br>        i. We were successful in getting them to change their written policy without a suit but not the practice<br>        ii. They are looking for individual clients to move forward with the suit and have said that our current declarations lack of the harm of the sweeps; one of the challenges is maintaining clients during the years-long suit<br>            1. Finding a plaintiff and thinking through ways that we can support them<br>        iii. They want to know what we want<br>4. Research/Data - *Chris Herring*<br>    a. Online vigilante - this could be an anti-vigilante acct; keeping track of the accounts that shame homeless people<br>5. Public Education/Communications<br>    a. Change language from camping to surviving<br>    b. Need service providers to speak out against sweeps |

2

CONFIDENTIAL                                                                                              COH00974421

COH00974421

|  |  |
|---|---|
|  | c. Showing that this is a youth, human rights, public health, etc.<br>d. public education campaign<br>  i. What does calling 311 actually mean?<br>  ii. How can we tie in the trauma of relocation - mental and physical health impacts<br>e. #StoptheSweeps #RighttoRest<br><br>**What are we asking for?**<br>- Stop the Sweeps<br>- What is the alternative?<br>  - Right to Rest (in a non-obstructive manner)<br>  - Safe Sleep Policy that doesn't criminalize people who are not in sanctioned encampments |
| 15 min | **Next Steps**<br>- Who else should be a part of the coalition?<br>- Next Steps from strategies<br>  - Develop letter/legislative platform<br>  - Develop a system to quickly upload evidence or safely report city workers who are sweeping - whistle blowing for homeless people without being targeted - maybe connected to ACLU's mobile justice app<br>    - anonymity is necessary<br>    - KYR training and how to be a good witness - Frisco cop watch; could we use to access footage from TLCBD<br>- Resource/Capacity/How do you want to participate in the coalition?<br>  - DSA - public education campaign, schedule presentations at community groups; neighborhoods etc; direct outreach/organizing; research and data<br>  - GLIDE - a little bit of most; public ed/comms. conference around criminalization of homelessness<br>  - Jesse - can help identify someone for the lawsuit; FF started a block association that includes people living on the street, dealers, everyone; guidelines for how to share a sidewalk<br>  - Indivisible - can help with state leg, sending letters, phone banks<br>  - SF AIDS Foundation - can help with everything except legal/research and data; public ed/comms, priority to Getting to Zero - 60 to 80 people, quarterly meeting with a housing/homelessness subcommittee - Courtney does the policy update<br>  - Chris - consolidate the work that we've done over the last 5 years to create a clear policy platform for the mid and long term; educational platform<br>  - Curtis/TNDC - legislative strategy, host public education events<br>  - Lily - mobilize medical students |

3

CONFIDENTIAL

COH00974422

COH00974422

|  |  |
|---|---|
| |     o  Leslie - storytelling, public education<br>    o  Brian - Twitter vigilante<br>    o  Shira - neighborhood meetings - create a fact sheet to start dropping around how to respond to homeless neighbors;<br>• What is the best way to communicate<br>    o  Email through Google Groups |

4

CONFIDENTIAL

COH00974423
COH00974423