<u>**UNREDACTED**</u>

**EXHIBIT H**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

**DOCUMENT UNSEALED PURSUANT TO ECF NO. 509**

| | |
|---|---|
| **Message** | |
| **From:** | Benjamin Lintschinger [bl@glide.org] |
| on behalf of | Benjamin Lintschinger <bl@glide.org> [bl@glide.org] |
| **Sent:** | 4/8/2019 9:22:32 AM |
| **To:** | Sam Lew [slew@cohsf.org]; Jennifer Friedenbach [jfriedenbach@cohsf.org] |
| **Subject:** | Search for Impact Litigation |

Hi Jenny and Sam,

==At our last OCOH meeting, the subject of impact litigation to address sweeps/HSOC came up. As I understood people's comments, the trouble seemed to be difficulty finding someone to be a plaintiff. Jenny, I also remember you saying that LCCR/ACLU's capacities were also pretty stretched.==

I wanted to check in if there was value in using GLIDE's upcoming client surveys (we survey at least a couple hundred people) to look for anyone who might be interested in participating in impact litigation. That might be possible through asking everyone in the survey base a few questions about the impact that sweeps has had in their lives, followed by a "would you be interested in" type of question that grants permission for them to be contacted.

This may not be the best way to find such a candidate, especially if the more salient issue is the bandwidth of legal organizations. It would also be a fair amount of work to do it (which would come from other efforts), and would require becoming more involved in the process with you at the CoH, plus said legal organizations. So I wouldn't want to do it unless it was really useful. But if it is useful, please let me know. I have been speaking to our eval department and they seem up for it. But I would need to let them know.

Ben

PS: this would also naturally work for the OCOH assessment as well, which might already be enough in and of itself, not needing to be duplicated by providers.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Glide. Finally, the recipient should check this email and any attachments for the presence of viruses. GLIDE accepts no liability for any damage caused by any virus transmitted by this email.

CONFIDENTIAL                                                                                                                                           COH01316598

COH01316598