<u>**UNREDACTED**</u>

# EXHIBIT I

# TO

# DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

**DOCUMENT UNSEALED PURSUANT TO ECF NO. 509**

**Message**

| | |
|---|---|
| **From:** | Carlos Wadkins [cwadkins@cohsf.org] |
| **on behalf of** | Carlos Wadkins <cwadkins@cohsf.org> [cwadkins@cohsf.org] |
| **Sent:** | 10/8/2021 1:31:32 PM |
| **To:** | Ian James [ijames@cohsf.org] |
| **CC:** | Reed, Shane [reed@uchastings.edu]; Jade Arellano [jade@wraphome.org]; Thornton, Tuesday Rose [trsthornton@uchastings.edu] |
| **Subject:** | Re: Connecting Shane and Ian! |

Hey Shane,

==Just for a little more context, we've been submitting requests and will continue to submit them through LCCR for the last couple of months, and they've actually asked us to try to find volunteers who can help sort through the records and analyze the data. I know that's not exactly what you reached out about, but do you think you all would be interested in helping in that capacity?==

Best,
Carlos Wadkins
Human Rights Organizer | Coalition on Homelessness
530.218.2104


On Oct 8, 2021, at 1:18 PM, Ian James <ijames@cohsf.org> wrote:

Hi Shane,

I'm so sorry for such a slow response! We actually have some documents that we've already collected through CPRAs, but we need help sorting through them. I've cc'ed our Human Rights Organizer, Carlos, who can provide you with more information, if this is a project that you're interested in and still have capacity for.

Best,
Ian

On Mon, Sep 27, 2021 at 3:04 PM Reed, Shane <reed@uchastings.edu> wrote:
> Hi Jade and Ian,
>
> First off, thanks so much for following up with me! It was hella good meeting y'all at the demo. So I am one of the co-chairs of Hastings' National Lawyers Guild Chapter. I also cc'd my comrade Tuesday, who heads up the Homeless Legal Services Organization at Hastings and is rad af. V glad to hear about all the clinical opportunities currently available to support our community! If y'all ever need any assistance from law students, the folks with NLG Hastings will always happily put out a call for volunteers/support.
>
> As I mentioned briefly to Jade, NLG Hastings is starting up a new clinic on campus centered around obtaining public records at the behest of a couple community orgs. If y'all think that legal work around Public Records requests can be useful for your movement, we can be of use on that front. Regardless, its great to be in community with y'all!
>
> In Community,
> Shane Reed
>
> **From:** Jade Arellano <jade@wraphome.org>
> **Sent:** Wednesday, September 15, 2021 4:39 PM

CONFIDENTIAL                                                                                                                                                                                                  COH01168199
COH01168199

**To:** Ian James <ijames@cohsf.org>; Reed, Shane <reed@uchastings.edu>
**Subject:** Connecting Shane and Ian!

Hi Shane and Ian,

Ian, Shane is a law student that we met the SIP Hotel demonstration who wants to collaborate!

Shane, you met Ian at the demo as well, he's the organizing director at the SF Coalition on Homelessness. I know that the COH is currently staffing an administrative claims clinic to help people who have had their property confiscated/destroyed during sweeps. WRAP is also working to roll out legal defense clinics that will address quality of life citations etc. in a couple cities (including with the COH!). So I'm sure we can find a way to loop you into the work between those two things.

Best,

**Jade Arellano (she/they)**
Organizing Director
Western Regional Advocacy Project
951-229-6086 | jade@wraphome.org

CONFIDENTIAL
COH01168200
COH01168200