**UNREDACTED**

**EXHIBIT J**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

**DOCUMENT UNSEALED PURSUANT TO ECF NO. 509**

Message
---

**From**: Jennifer Friedenbach [jfriedenbach@cohsf.org]
**on behalf of** Jennifer Friedenbach <jfriedenbach@cohsf.org> [jfriedenbach@cohsf.org]
**Sent**: 11/12/2021 9:20:10 AM
**To**: calder@thegubbioproject.org
**Subject**: Connection with LCCR

Hey Calder,

==We have been speaking to a group of lawyers at Lawyers' Committee for Civil Rights (LCCRSF) who are interested in learning more about the experiences of homeless folks who have been harassed by the City of San Francisco, been told to move themselves or their property, or had their property confiscated and destroyed in the last couple of years (2018-2021). We have already connected LCCRSF with some of our contacts we know personally, but wanted to connect them with providers who are also closer to this experience and may have their own stories to share.==

==We would really appreciate connecting you and facilitating an introduction if you might be willing to speak with them.==

Zal is copied above!

Thanks Calder,

J

Jennifer Friedenbach (she,her)
jfriedenbach@cohsf.org
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
http://www.cohsf.org/


Donate now to the Coalition on Homelessness!

Please note:  We moved to 280 Turk Street x Leavenworth, SF CA 94102

The ache for home lives in all of us, the safe place where we can go as we are and not be questioned.

Maya Angelou

CONFIDENTIAL

COH01429817
COH01429817

CONFIDENTIAL

COH01429818
COH01429818