<u>**UNREDACTED**</u>

**EXHIBIT K**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

**DOCUMENT UNSEALED PURSUANT TO ECF NO. 509**

Message

| | |
|---|---|
| **From**: | Jennifer Friedenbach (via Google Docs) [drive-shares-dm-noreply@google.com] |
| on behalf of | Jennifer Friedenbach (via Google Docs) <drive-shares-dm-noreply@google.com> [drive-shares-dm-noreply@google.com] |
| **Sent**: | 11/17/2021 2:03:43 PM |
| **To**: | ijames@cohsf.org |
| **CC**: | cwadkins@cohsf.org; kcutler@cohsf.org; tkyser@cohsf.org; tmixon@cohsf.org |
| **Subject**: | Document shared with you: "Stop the Sweeps/HSOC die Strategy Chart.docx" |

# jfriedenbach@cohsf.org shared a document

jfriedenbach@cohsf.org has invited you to **edit** the following document:



Stop the Sweeps/HSOC die Strategy Chart.docx

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because jfriedenbach@cohsf.org shared a document with you from Google Docs.

CONFIDENTIAL                                                                                                                          COH00832297

COH00832297