# REDACTED

# EXHIBIT L

# TO

# DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

**DOCUMENT SEALED PURSUANT TO ECF NO. 509**