<u>**UNREDACTED**</u>

**EXHIBIT M**

**TO**
**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF**
**DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD**
**AMENDED COMPLAINT**

**DOCUMENT UNSEALED PURSUANT TO ECF NO. 509**

35 Years Advancing Justice!

Themes:

- 35th Anniversary
- Wins/Progress towards our fundamental org goals
- Pushing our campaigns forward
- How current wins tie in to decades of work

Campaigns:

- Coordinated Entry Reform
  - Released Coordinated Entry Report with recommendations
  - Held October 11 action in support of demands
  - Participating in city's reform committee with two representatives
- Water For All
  - Implemented three new water taps
  - Secured funding for three more
  - Working with PUC to set up right to water committee
- Stop the Sweeps
  - Filed lawsuit against the city for illegal sweeps!
  - Helped unhoused people file administrative claims and win settlements for stolen belongings!
  - Garnered funding for CART again, after losing last years
- City Funding for Solutions
  - Second year installment of Prop C funds
  - Increase by 3,000 housing units and subsidies for homeless people
    - 1,274 units acquired for adults, families and youth
    - Bridget housing for 25 youth
    - Another 1,836 adults, families and youth will have rental assistance to afford their own place.
    - 100 housing subsidies for families in Single Room Occupancy Hotels to afford dignified housing
  - Expanding substance use and mental health treatment
    - 343 new treatment beds in a variety of intervention styles, from managed alcohol to traditional abstinence based programs, step down residential beds, board and care, TAY residential and co-op beds
    - Transitional healing program for 40 dual diagnosed homeless women in the Bayview. In addition, an unnamed number of beds will be acquired.
    - Street crisis capacity was dramatically expanded with the funding of seven Street Crisis Response Teams, follow up overdose teams, telehealth and street crisis expansions.
    - Behavioral health in shelter and drop-ins
    - Helped stave off closure of Cameo house which houses justice involved families

> **Commented [1]:** @jfriedenbach@cohsf.org I wanted to make quick notes of the main things we accomplished for each of these campaigns. Please look over and add/edit whatever I missed!

COH00738208
COH00738208

- Care coordination for 1,500 clients and 865 intensive case management slots were funded.
- Funding was allocated for a mental health service center that would serve as centralized intake had its hours expanded.
- Behavioral health services for 2,600 supportive housing tenants
- Targeted services for Tay and transgender population.
- Harm reduction therapy center was also funded to have ongoing care for individuals challenged by substance use.
- Behavioral health services for homeless children in shelter
  - Prevention
    - Eviction prevention legal services and back rent for 4,500 households
    - Eviction prevention specifically for 2000 folks living in supportive housing.
    - Housing subsidies for 30 seniors and people with disabilities who otherwise would become homeless

- Shelter Access
  - Fought for and won legislation assuring due process in shelter, after losing the program during the pandemic. Now applicable to all shelters
  - Expanded shelter system through OCoH
    - 1,000 shelter beds have been added since Prop C passed.
      - RV parks with 100 spots,
      - New 50 bed navigation center for justice involved people,
      - 100 Hotel rooms for youth, pregnant people, families and domestic violence victims.
      - 120 trailers at the port,
      - 60 cabins
      - 80 tent sites

  - Got the city to commit to reestablishing self-referral
  - Garnered due process rights for SIP hotel residents, and monitored closures to maximize access to housing.
- Vehicularly Housed
  - Continued to fight against poverty tows
  - Supported residents of Bayview Safe Parking Site in organizing for better conditions
  - Pushed city to commit to new parking site near Lake Merced, with program input directly from residents

- Street Sheet
  - Expanded pool of writers, poets, artists with lived experience of homleessness contributing to paper

CONFIDENTIAL

- Put out 12 podcasts and 24 editions, including 5 special editions

**Commented [2]:** Check with Q

- Components:
  - About CoH
  - Victory Highlights
  - Campaign Deep Dive
  - Timeline
  - Pitch Page
  - Donor Acknowledgement

Timeline

**Commented [3]:** need photos for each

1987

A ragtag group of community activists` and homeless folks, fed up with the lack of a response to homelessness that addressed the root causes, formed the Coalition on Homelessness.

1989

The Coalition founded the Street Sheet, now the oldest continuously published street newspaper in North America.

1990

The Coalition created a unique housing and employment project, the Community Housing Partnership, which now provides close to 1,000 units of permanent affordable supportive housing for the City's poorest residents, and employs homeless people in the construction, maintenance, and support services at those housing locations. This was the first "supportive housing" for homeless people in the city.

———------

1996

Thanks to Coalition pressure, the District Attorney dismissed 39,000 tickets issued by the anti-homeless Matrix program, which broadly persecuted homeless people who were forced to live on the streets through ticketing, property confiscation and police sweeps.

**Commented [4]:** Both Matrix

1997

Spearheaded campaign for substance abuse treatment on demand, which resulted in over $12 million dollars in new treatment funds, and the development of a grassroots community planning process for funding priorities and contract awards.

CONFIDENTIAL

1998
Organized for and wrote legislation to create a single standard of care whereby uninsured mentaly ill people are afforded equal access to mental health treatment as those who are insured.
——----------------

2004
The Coalition identified hundreds of San Francisco Housing Authority vacant units and demanded that homeless families be placed in those units. In a great victory for homeless families, the SFHA agreed to our demands and 300 homeless families filled those units.

2005
Shelter Monitoring Committee legislation passed and the Committee formed by appointment. This committee tracks conditions in shelters and reports to the Board of Supervisors and the Mayor. This work has resulted in exposure and correction of countless problems in the shelter system.

2006
Coalition work passed legislation that ensures vacant publicly owned surplus city property be turned over for the use of housing for homeless people.  This legislation has led to two large affordable housing projects targeting homeless veterans and families.
——-------------------

2008
Following the ground-breaking release of our report Shelter Shock, we drafted legislation to mandate minimum standards in the shelters and now for the first time our shelters have enforceable minimum standards around health, hygiene, and human rights of shelter residents.

2012
Ensured all homeless people in San Francisco would receive preferences for public housing.

2014
Halted BART practice of arresting homeless people.

 ——--

2017


Worked with ally organizations to transform the SFPD Use of Force Department General Order, which greatly limits justified use of force.

COH00738211

COH00738211

2018

Wrote, sponsored and led a campaign to pass the historic Proposition C, which will house 4,000 households, treat 4,500 individuals, stave off displacement for 7,000 households a year and eliminate the shelter waiting list.

2020
Fought to get the city to open up 2500 Shelter in Place hotels for unhoused community members unable to keep themselves and broader community safe.

2021
Completed design of and garnered funding for Compassionate Alternative Response Team (CART) which changes our system from having police respond to calls regarding hoemlessness to a deeply trained and well paid peer based team.

Archive: Timeline from 30 years

**Annual Report**

In 1987 a small team of scruffy activists, homeless folks, and people working in shelters banded together. With no funding but a lot of heart they envisioned a San Francisco that offered housing to every person, and for thirty years we have been working to make that vision real. We still have a long way to go, but thanks to our tireless volunteers and tenacious staff we have won victory after victory alongside homeless communities fighting for a place, fighting for homes.

As we move into another decade of building power within homeless communities, we look fondly back on the years of organizing and movement building that got us to this point. From the birth of the Street Sheet newspaper, the first homeless paper in the nation, to the expansion of housing and shelter infrastructure across the city, to the incredible coalition we have built to

COH00738212
COH00738212

advocate for a budget that reflects the needs of *all* San Franciscans, we have made so much progress toward the future that our founders envisioned.

Yes, 2017 has been a trying year. With a new president actively antagonizing our constituents, with natural disasters pushing more and more people onto the streets, with new politicized attacks on homeless San Franciscans we are battered from the storm. But we've bucked the tide for thirty years working to support our community and our course is set to a future in which everyone can call San Francisco home.

**2017 At A Glance**
- Won, alongside our incredible community partners, 732 housing subsidies for homeless households and also reinstated a homeless preference for HUD housing.
- Implemented a number of improvements to Navigation Centers including extending length of stay for some, and winning due process rights for residents.
- Passed a progressive Use of Force order for SFPD and passed a similar order for BART police through the BART advisory board, and reformed the
- Secured funding for a new homeless family emergency shelter with showers, and beds.
- Continued our fight to prevent SFPD from adopting Tasers, a dangerous and unreliable weapon
- Won amnesty for homeless people facing warrants for so-called "Quality of Life" crimes and decreased the number of such citations issued by another 51%.
- Removed more hurtful components of an anti-homeless chop shop legislation by taking it out of police department and created pathway to get property back without paying impound fees.
- Dialogued with hundreds of homeless people during at least 7 weekly outreaches – ensuring homeless people's voices are driving our agenda and holding us accountable.

**Helping Folks Drop Anchor in Housing**
This year through the budget process we were able to win subsidies that will move 332 homeless households off the streets and into stable housing. We were also able to reinstate the preference for homeless families (including those living in SROs) for public housing units. Additionally we got the Housing Authority to set aside 50 federal housing choice vouchers for families in residential hotels and 350 vouchers for homeless and formerly homeless households while also reinstating the preference for homeless people including families living in residential hotels for HUD housing.

**Maiden Voyage of Our Homeless People's Popular Project**
This year we expanded a project that has supported the growth and organizing power of our homeless community by building the skills of folks in encampments, shelters and SROs to

CONFIDENTIAL

speak publicly, write their stories, and facilitate organizing meetings. We hosted our first Homeless Speakers Bureau event and packed the house with hundreds of attentive listeners excited to hear firsthand the stories and political strategies of our homeless members, who are at the forefront of our work here.

**Weathering the Storm**

As those left unhoused struggle to survive life on the streets we have successfully fought to expand access to shelters and Navigation Centers. Through our budget advocacy we were able to secure funding for due process and shelter advocate services in the Navigation Centers.  As SF families in crisis are forced to sleep on mats on the floor without regular shower access in a crowded room with dozens of other families today, we garnered funding after leading a campaign for a new family emergency shelter tomorrow.  We were also able to implement mediation procedures in publicly funded housing, keeping folks from going through the eviction process and keeping people in their homes. We also successfully pushed the Homeless Department to revise city contracts with non-profit housing providers to include plans for eviction prevention.

**We Set a Course to Decriminalize Poverty in San Francisco**

Building on our success decreasing so-called "Quality of Life" citations by 30% in 2016, this year we were able to push SFPD to decrease citations by 51%. We also fought back an attempt to target and criminalize homeless people for having bike parts, a policy that would have effectively created a separate set of standards that would only apply to homeless people and would give police further protection for profiling poor people. Lastly, we are working with allies to reduce the level of fines and fees impoverished people are burdened with, in part by creating an easy way for homeless people to resolve camping tickets.

**1987-1990**

• A ragtag group of community activists and homeless folks, fed up with the lack of a response to homelessness that addressed the root causes, formed the Coalition on Homelessness.
• The Coalition established the most progressive welfare income disregard programs in the country, whereby cash aid recipients could retain funds to move into permanent housing.
• Founded the Street Sheet, now holding the double distiction of being both the oldest continuously published street newspaper in North America, and the paper with the largest circulation.

**1991-1995**

• The Coalition created the first supportive housing for homeless people in San Francisco in the form of Community Housing Partnership, which now provides over 1,000 units of permanent affordable supportive housing, and employs homeless people in the construction, maintenance, and support services at those housing locations.
• The Coalition designed and advocated for the McMillan Center, an innovative 24-hour drop-in facility for substance users, as an innovative strategy to reduce the number of street deaths.
• We developed the Uniform Grievance Procedure with other organizations to ensure shelter residents have due process rights and are not unfairly evicted from shelters.

CONFIDENTIAL

• The Coalition advocated for and designed A Woman's Place, a drop-in center, shelter, and transitional housing program now assisting mentally disabled women, through the convening of the Homeless Women's Task Force.
• Fought back another electoral attempt to deduct rent from welfare recipients checks.
• Succeeded in passing a resolution at the Board of Supervisors to demand an end to the Matrix program, which broadly persecuted homeless people who were forced to live on the streets through ticketing, property confiscation and police sweeps.

**1996-2000**
• Thanks to Coalition pressure, the District Attorney dismissed 39,000 tickets issued by the anti-homeless Matrix program.
• The Coalition's General Assistance Rights Union became an independent organization: People Organized to Win Employment Rights (POWER). This eventually led to single adult welfare recipients earning a living wage and winning free Muni for youth in SF.
• We spearheaded the campaign for substance abuse treatment on demand, which resulted in over $12 million dollars in new treatment funds.
• Low-income mothers organized by the Coalition designed the concept and garnered funding for a community-based 24- hour drop-in treatment center for families with children living in the Tenderloin, called Oshun, after the Yoruba Orisha of healing.
• The Coalition wrote and successfully campaigned for adoption of a "No Turn Away" policy for families seeking emergency shelter in San Francisco.
• We organized for and wrote legislation to create a single standard of care, whereby uninsured mentally ill people are afforded equal access to mental health treatment as those who are insured, saving 1,700 from losing treatment.

**2001-2005**
• Together with community partner organizations, we formed, and later staffed, the People's Budget Collaborative, which identified alternative City budget savings and revenues and over the years has staved off tens of millions in cuts to poverty abatement programs.
• The Coalition led the work that created the Mission Neighborhood Resource Center (MNRC)— the first resource center in the Mission District. Everyday, the MNRC provides critical services to over 100 clients, most of them Latino. the Mission District. Everyday, the MNRC provides critical services to over 100 clients, most of them Latino.
• The Coalition identified hundreds of San Francisco Housing Authority vacant units and successfully pushed the Housing Authority to place 300 homeless families in those units.

**2006-2010**
• Our work led to the creation of the Shelter Monitoring Committee, which tracks conditions in shelters and resulted in exposure and correction of countless problems in the shelter system.
• The Coalition passed legislation that ensures vacant publicly owned surplus City property be turned over for the use of housing for homeless people. This has led to two large affordable housing projects targeting homeless veterans and families.
• Together with organizations in the East Bay, Los Angeles, Portland, and Seattle, we collectively founded the Western Regional Advocacy Project (WRAP).
• Homeless families organized by the Coalition on Homelessness campaigned for a local rental housing subsidy and increased eviction prevention funding, protecting hundreds of families from homelessness and enabling hundreds more to exit homelessness.

COH00738215

COH00738215

• We released Shelter Shock—a report on human rights violations in the shelter system, revealing that 55% of all shelter clients reported experiencing some form of abuse, and bringing media light and legislative action to these problems.

• The Coalition pushed through legislation to mandate minimum standards in the shelters. For the first time, our shelters have enforceable minimum standards around health, hygiene, and the human rights of shelter residents.

• Halted the practice by the City of spraying homeless people with high powered hoses in the middle of the night.

• The Coalition handled more than 3,000 civil rights cases per year, connecting homeless folks who have received "quality of life" citations to pro bono legal representation through the Lawyers' Committee for Civil Rights.

**2010-Present**

• We passed legislation to still the runaround associated with accessing shelter, by lengthening shelter stays and reducing wait times.

• Settled a lawsuit that led to greatly improved access and conditions for people with disabilities.

• We initiated a working group to move away from a system that requires individuals to stand in line for up to 17 hours. This led to a new very successful call-in system.

• We beat back the implementation of Tasers three times, which are known to increase fatalities at the hands of the police, and instead worked to get the police to implement a crisis intervention model to address people in psychiatric crisis.

• We won a local stimulus package of $3,000,000 for new jobs in shelters and resource centers.

• Ensured all homeless people in San Francisco would receive preferences for HUD housing.

•  Led a powerful coalition to garner over $6,000,000 in city funding for a right to counsel for tenants facing displacement, which will result in over 2,500 additional low-income households having a fighting chance of staying in their homes.

• The Coalition won 1,306 housing subsidies for homeless families with children, elderly, youth, single adults and disabled adults over five years.

• Secured $2.7 million to fix up vacant public housing and turn them over to nearly 200 homeless households, and got both public housing and section 8 wait lists opened back up

• We released The Roadmap: A Five Year Plan to End the Crisis of Family Homelessness in San Francisco: a practical plan that the Mayor publicly endorsed and garnered $1.5 million match of private funding for new housing subsidies.

• We collaborated with UC Berkeley Center for Human Rights to release Punishing the Poorest: How the Criminalization of Homelessness Perpetuates Poverty in San Francisco.

• Released in collaboration with SRO Families United ally organization an SRO Families report entitled Living in the Margins: An analysis and Census of San Francisco Families Living in SROs.

• Worked with ally organizations to bring "Right to Rest" legislation to the California legislature.

• Brought international attention to the city's inhumane homeless sweeps and launched a campaign to organize and cultivate leaders in our homeless encampments.

• Secured funding for a new emergency family shelter

• Transformed the SFPD Use of Force Department General Order, which greatly limits justified use of force.

CONFIDENTIAL

• Succeeded in getting the city to fund an emergency hotel voucher program for those families that are turned away from emergency shelter.
• Worked with community allies to halt the building of a new jail
• Garnered 450 additional federal housing subsidies for homeless households.
• Helped get the courts to provide amnesty for homeless tickets, and drop issuing warrants on unpaid homeless tickets, which led to cutting down the number of tickets homeless people get by half.

By year:

## Coalition on Homelessness, San Francisco
## 28 Years of Resistance, Resilience and ReBuilding

For decades, the Coalition on Homelessness has developed the leadership skills of homeless San Franciscans to forge true solutions to the housing crisis and beat back mean-spirited attacks against them. This represents highlights of our collective accomplishments.

------

1987
A ragtag group of community activists` and homeless folks, fed up with the lack of a response to homelessness that addressed the root causes, formed the Coalition on Homelessness.

The Coalition pulled together a collaborative of community organizations to make San Francisco the home of one of the most progressive welfare income disregard programs in the country, whereby General Assistance recipients can retain earnings and save funds to move into permanent housing.

1989
The Coalition founded the Street Sheet, now the oldest continuously published street newspaper in North America.

1990
The Coalition created a unique housing and employment project, the Community Housing Partnership, which now provides close to 1,000 units of permanent affordable supportive housing for the City's poorest residents, and employs homeless people in the construction,

COH00738217
COH00738217

maintenance, and support services at those housing locations.  This was the first "supportive housing" for homeless people in the city.

1992
The Coalition designed and advocated for the McMillan Center, an innovative 24-hour drop-in facility for substance users, as an innovative strategy to reduce the number of street deaths.

1993
The Uniform Grievance Procedure was developed in collaboration with other organizations and funded by the City to ensure shelter residents have due process rights and are not unfairly evicted from shelters.

Successfully fought against the revival of mis-guided hotline hotel policy, thus protecting cash assistance to destitute adults.

1994
The Coalition advocated for and designed A Woman's Place, a drop-in center, shelter, and transitional housing program now assisting mentally disabled women, through the convening of the Homeless Women's Task Force.

The Coalition fought back efforts to criminalize sitting or lying on San Francisco sidewalks in a grassroots electoral campaign.

Fought back another electoral attempt to deduct rent from welfare recipients checks

Succeeded in passing a resolution at the Board of Supervisors to demand an end to the Matrix program, which broadly persecuted homeless people who were forced to live on the streets through ticketing, property confiscation and police sweeps.

1995
Through direct action and media work, the Coalition saved the substance abuse treatment program system for families from collapsing in San Francisco, by getting the City to release over $1.7 million in additional funds to local programs.

—-------------

1996
Thanks to Coalition pressure, the District Attorney dismissed 39,000 tickets issued by the anti-homeless Matrix program.

CONFIDENTIAL

Overturned through legal action the Mandatory Direct Rent Program, which would have greatly reduced welfare to homeless single adults.

The Coalition successfully organized welfare recipients to demand that Trader Joe's accept Food Stamps

1997
The Coalition's General Assistance Rights Union became an independent organization: People Organized to Win Employment Rights (POWER). This eventualy led to single adult welfare recipients earning a living wage while conducting workfare in exchange for their checks.

Spearheaded campaign for substance abuse treatment on demand, which resulted in over $12 million dollars in new treatment funds, and the development of a grassroots community planning process for funding priorities and contract awards.

Low income mothers organized by the Coalition designed the concept and garnered funding for a community-based 24-hour drop-in treatment center for families with children living in the Tenderloin, called Oshun, after the Yoruba goddess of healing.

1998
The Coalition wrote and successfully campaigned for adoption of a "No Turn Away" policy for families seeking emergency shelter in San Francisco.

Organized for and wrote legislation to create a single standard of care whereby uninsured mentally ill people are afforded equal access to mental health treatment as those who are insured.

1999
Released groundbreaking report entitled "Locked Out" which through hundreds of intrviews with mentally ill homeless people found that contrary to popular opninon, homeless mentally ill people were by and large attempting to access mental health treatment, btut were either denied access or subjected to a cumbersome process they were unable to navigate.

2000
Together with community partner organizations, formed the "People's Budget Collaborative" which identified alternative city budget savings and revenues and over the years has staved off tens of millions in cuts to poverty abatement programs. The group was active for more then nine years, and frequently staffed by the Coalition on Homelessness.

2002

COH00738219

COH00738219

The Coalition led the work that created the Mission Neighborhood Resource Center (MNRC)—the first resource center in the Mission District. Everyday, the MNRC provides multiple services to over 100 clients, most of them Latino.

—------------------

2004

The Coalition identified hundreds of San Francisco Housing Authority vacant units and demanded that homeless families be placed in those units. In a great victory for homeless families, the SFHA agreed to our demands and 300 homeless families filled those units.

2005

Shelter Monitoring Committee legislation passed and the Committee formed by appointment. This committee tracks conditions in shelters and reports to the Board of Supervisors and the Mayor. This work has resulted in exposure and correction of countless problems in the shelter system.

After a two-year long campaign by the Coalition, the San Francisco Housing Authority revamped its process to fill vacant units.

Protected 1,700 uninsured people from losing their psychiatric treatment who would have otherwise lost it.

2006

Coalition work passed legislation that ensures vacant publicly owned surplus city property be turned over for the use of housing for homeless people. This legislation has led to two large affordable housing projects targeting homeless veterans and families.

Organizing work done by the Coalition's Right to A Roof project led to the creation of the San Francisco Community Land Trust, a nonprofit that will acquire land and preserve affordable housing in San Francisco.

2007

Together with Building Opportunities for Self-Sufficiency (Berkeley), Street Spirit (Oakland), Los Angeles Community Action Network, Sisters of the Road (Portland, OR) and Real Change (Seattle, WA), we collectively founded the Western Regional Advocacy Project (WRAP) via Coalition founder Paul Boden.

Homeless families organized by the Coalition on Homelessness campaigned for a local rental housing subsidy and increased eviction prevention funding. We eventually garnered $1.3 million

COH00738220
COH00738220

for the subsidy and $700,000 for eviction prevention – protecting hundreds of families from homelessness and enabling hundreds more to exit homelessness.

Released Shelter Shock—a report on human rights violations in the shelter system, revealing that 55% of all shelter clients reported experiencing some form of abuse, and bringing media light and legislative action to these problems.

2008
Following the ground-breaking release of our report Shelter Shock, we drafted legislation to mandate minimum standards in the shelters and now for the first time our shelters have enforceable minimum standards around health, hygiene, and human rights of shelter residents.

2009
Halted the practice by the city of spraying homeless people with high powered hoses in the middle of the night.

The Coalition handled more than 2,800 civil rights cases in collaboration with Lawyer's Committee for Civil Rights, connecting homeless folks who have received "quality of life" citations to pro-bono legal representation.

Homeless families fought for and won an extension to  the local rental subsidy program preventing dozens of families from becoming homeless.

Increased circulation of the Street Sheet to twice a month, allowing for more current news and increased sales for vendors.

2010
Passed legislation to still the runaround associated with accessing shelter, by lengthening shelter stays and reducing wait times for shelter seekers.

Settled a lawsuit that led to greatly improved access and conditions for people with disabilities.

2011
Reached the mark of over $8,000,000 transferred into the hands of destitute vendors selling Street Sheet!.

Homeless families through the Coalition on Homelessness brought attention to the dramatic rise in family homelessness and won a $1.5 million match of private funding for new housing subsidies, and the release of 77 vacant public housing units to homeless families.

CONFIDENTIAL

2012
Succeeded at gutting legislation that would have criminalized the very act of being homeless in two plazas in the Castro – Jane Warner Plaza and Harvey Milk Plaza.

Won passage of a resolution calling for a working group to re-imagine shelter reservations, to move away from a system that requires individuals to stand in line for up to 17 hours.

Beat back the implementation of Tasers, which are known to increase fatalities at the hands of the police, and instead worked to get the police to subscribe to implementing Crisis Intervention Team to address people in psychiatric crisis.

Succeeded at passing a local stimulus package of $3,000,000 for new jobs in shelters and resource centers, as well as funding for back rental assistance for those who have recently lost their jobs.

Ensured all homeless people in San Francisco would receive preferences for public housing.

2013
Garnered $2,000,000 in new homeless prevention funding, which will stave off displacement for many hundred San Francisco households.

Won 43 subsidies in newly constructed non-profit housing for the poorest San Franciscans.

Garnered an additional $1,000,000 to ensure safe and dignified emergency services for homeless people.

Partially beat back proposal for an arduous residency requirement for family shelter.

2014
Re-designed the Street Sheet, increased the sales price to $2, ran an advertising campaign for the newspaper, and had t-shirts, and aprons for vendors.

Garnered $2 million to keep San Franciscan housed, halting displacement for 2,000 San Franciscans.

Won 132 housing subsidies for homeless families with children, elderly and disabled adults.

Secured $2.7 million from the Mayor to fix up vacant public housing and turn them over to just under 200 homeless households.  This also included getting SFHA to prioritize homeless households and to open up the waitlist.

COH00738222
COH00738222

Halted San Francisco Library policies that would have excluded homeless people and were able to transform their treatment of un-housed people by training staff.

Halted BART practice of arresting homeless people.

Fought against bad mental health policy, Laura's Law, and while it passed, we were able to remove the sharpest teeth of the new policy by halting the use of handcuffs and locked facilities, and ensured mental health consumers had a voice at the decision making table.

2015
Released *"The Roadmap; A Five Year Plan to End the Crisis of Family Homelessness in San Francisco"* a practical plan for the city that the Mayor publicly endorsed.

Collaborated with UC Berkeley Center for Human Rights to release *"Punishing the Poorest; How the Criminalization of Homelessness Perpetuates Poverty in San Francisco".*

Released in collaboration with SRO Families United ally organization an SRO Families report entitled "Living in the Margins: An analysis and Census of San Francisco Families Living in SRO."

Garnered $4 million in housing subsidies from the Mayor and the Board for 218 housing subsidies for homeless seniors, peoples with disabilities, single adults and families with children.

Helped ally organizations secure $250,000 in homeless and eviction displacement funds to keep Mission residents in their housing.

—------

2017

Worked with ally organizations to transform the SFPD Use of Force Department General Order, which greatly limits justified use of force.

2018

COH00738223

COH00738223

Wrote, sponsored and led a campaign to pass the historic Proposition C, which will house 4,000 households, treat 4,500 individuals, stave off displacement for 7,000 households a year and eliminate the shelter waiting list.

2019
Working in alliance with community, killed a taser proposal for third time

2020
Won two year legal battle to release Prop C Our City Our Home homeless funds leading to over 3,000 housing units, 700 treatment beds, prevention for xx and shelter  for over 1,000 over the next two years.

2021
Completed design of and garnered funding for Compassionate Alternative Response Team (CART) which changes our system from having police respond to calls regarding hoemlessness to a deeply trained and well paid peer based team.

2022


Timeline
1987
A ragtag group of community activists` and homeless folks, fed up with the lack of a response to homelessness that addressed the root causes, formed the Coalition on Homelessness.

> **Commented [5]:** need photos for each

1989
The Coalition founded the Street Sheet, now the oldest continuously published street newspaper in North America.

1990
The Coalition created a unique housing and employment project, the Community Housing Partnership, which now provides  close to 1,000 units of permanent affordable supportive housing for the City's poorest residents, and employs homeless people in the construction, maintenance, and support services at those housing locations.  This was the first "supportive housing" for homeless people in the city.

1993

COH00738224
COH00738224

The Uniform Grievance Procedure was developed in collaboration with other organizations and funded by the City to ensure shelter residents have due process rights and are not unfairly evicted from shelters.

—----------

1994

The Coalition fought back efforts to criminalize sitting or lying on San Francisco sidewalks in a grassroots electoral campaign.  Succeeded in passing a resolution at the Board of Supervisors to demand an end to the Matrix program, which broadly persecuted homeless people who were forced to live on the streets through ticketing, property confiscation and police sweeps.

1996

Thanks to Coalition pressure, the District Attorney dismissed 39,000 tickets issued by the anti-homeless Matrix program.

1997

Spearheaded campaign for substance abuse treatment on demand, which resulted in over $12 million dollars in new treatment funds, and the development of a grassroots community planning process for funding priorities and contract awards.

1998

Organized for and wrote legislation to create a single standard of care whereby uninsured mentally ill people are afforded equal access to mental health treatment as those who are insured.

—----------------

2004

The Coalition identified hundreds of San Francisco Housing Authority vacant units and demanded that homeless families be placed in those units. In a great victory for homeless families, the SFHA agreed to our demands and 300 homeless families filled those units.

2005

Shelter Monitoring Committee legislation passed and the Committee formed by appointment. This committee tracks conditions in shelters and reports to the Board of Supervisors and the Mayor. This work has resulted in exposure and correction of countless problems in the shelter system.

2006

Coalition work passed legislation that ensures vacant publicly owned surplus city property be turned over for the use of housing for homeless people.  This legislation has led to two large affordable housing projects targeting homeless veterans and families.

—-------------------

2008

COH00738225

COH00738225

Following the ground-breaking release of our report Shelter Shock, we drafted legislation to mandate minimum standards in the shelters and now for the first time our shelters have enforceable minimum standards around health, hygiene, and human rights of shelter residents.

2009
Increased circulation of the Street Sheet to twice a month, allowing for more current news and increased sales for vendors.

2010
Passed legislation to still the runaround associated with accessing shelter, by lengthening shelter stays and reducing wait times for shelter seekers.

2012
Ensured all homeless people in San Francisco would receive preferences for public housing.

2014
Halted BART practice of arresting homeless people.

—---

2017

Worked with ally organizations to transform the SFPD Use of Force Department General Order, which greatly limits justified use of force.

2018

Wrote, sponsored and led a campaign to pass the historic Proposition C, which will house 4,000 households, treat 4,500 individuals, stave off displacement for 7,000 households a year and eliminate the shelter waiting list.

2019
Working in alliance with community, killed a taser proposal for third time

2020

CONFIDENTIAL

COH00738226
COH00738226

Won two year legal battle to release Prop C Our City Our Home homeless funds leading to over 3,000 housing units, 700 treatment beds, prevention for xx and shelter for over 1,000 over the next two years.

2021
Completed design of and garnered funding for Compassionate Alternative Response Team (CART) which changes our system from having police respond to calls regarding hoemlessness to a deeply trained and well paid peer based team.

CONFIDENTIAL