<u>**UNREDACTED**</u>

**EXHIBIT Q**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

**DOCUMENT UNSEALED PURSUANT TO ECF NO. 509**

| | |
|---|---|
| Message | |
| **From**: | Jennifer Friedenbach [jfriedenbach@cohsf.org] |
| on behalf of | Jennifer Friedenbach <jfriedenbach@cohsf.org> [jfriedenbach@cohsf.org] |
| **Sent**: | 4/12/2021 8:26:57 AM |
| **To**: | Olivia Glowacki [oglowacki@cohsf.org] |
| **Subject**: | Website |

Hey in thinking about having the staff page be just paid staff for transparency and clarity purposes, it got me thinking that it would be cool to have 3 tabs: board, staff and a new tab of ==core members== with lived experience. I think it would be a nice way to both acknowledge their contributions and elevate their voices.

We could include TJ, Shy, Toro, Tina, Andrea, Margarita, Maria Ochoa, Brian, ==Couper,== etc. etc

If you like idea, I can ask Ian to help pull it together.

Thanks,

J




Jennifer Friedenbach (she,her)
jfriedenbach@cohsf.org
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
http://www.cohsf.org/

Please note: We moved to 280 Turk Street x Leavenworth, SF CA 94102

The ache for home lives in all of us, the safe place where we can go as we are and not be questioned.

Maya Angelou

CONFIDENTIAL

COH01445975
COH01445975