<u>**REDACTED**</u>

**EXHIBIT R**

**TO**

**DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

**DOCUMENT SEALED PURSUANT TO ECF NO. 509**