**<u>UNREDACTED</u>**

**EXHIBIT A**

**TO**

**SUPPLEMENTAL DECLARATION OF STEVEN A. MILLS IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

**DOCUMENT UNSEALED PURSUANT TO ECF NO. 509**

# Coalition on Homelessness, San Francisco
# Volunteer Manual

## Mission Statement

The Coalition on Homelessness, San Francisco (COH) initiates program and policy changes that result in the creation of exits from poverty. The COH unites homeless people and service providers with concerned community members in outreach, advocacy, and community organizing activities to ensure that low-income communities are in a leadership position in social change work in San Francisco.

## COH Organizing Model

### First – WHAT IS COMMUNITY ORGANIZING:
*Community organizing is a process through which people living in proximity to each other are brought together into an organization that acts in their shared self-interest. Unlike those who promote more-consensual "community building," community organizers generally assume that social change necessarily involves conflict and social struggle in order to generate collective power for the powerless. A core goal of community organizing is to generate durable power for an organization representing the community, allowing it to influence key decision-makers on a range of issues over time. In the ideal, for example, this can get community organizing groups a place at the table before important decisions are made.[1] Community organizers work with and develop new local leaders, facilitating coalitions and assisting in the development of campaigns.*

==The Coalition on Homelessness engages in community organizing as its primary activity.== Organizing efforts are based on the information we get from outreach and the recommendations of the workgroup. ==Organizing activities may include the design and implementation of campaigns, participation in rallies and marches, public speaking engagements, speaking before elected and appointed officials, meeting with elected and appointed officials, meeting with service providers, etc.==

### Second – UNDERSTANDING THE UNIQUE COH ORGANIZING MODEL
The commitment of the Coalition on Homelessness to social justice is reflected in its structure, with equal salary, democratic decision-making process, and a representative and community-based Board of Directors.

Our understanding that homelessness is by definition a precarious state and the particularities of this have resulted in the creation of a unique system of open membership that has been proven highly effective in ensuring the participation of homeless people and front line staff at every step of our work.

1

EXHIBIT 92 PLTF/DEFT
WITNESS C. Wadkins
CONSISTING OF 13 PAGES
DATE 1-27-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

CONFIDENTIAL                                                                                  COH01481558
COH01481558

The COH believes all staff and volunteers should have equal decision making power as all people are seen as equally vital to the organization's existence. The agency has many forums for staff and volunteers to have input in the decisions made by the organization. The organization also insists that all staff are equally accountable for the same level of work.

Homeless and formerly homeless volunteers are an extremely important part of the staff. COH mandates that volunteer staff persons are treated as equals to paid staff, and are provided with opportunities to develop skills and experiences.

Throughout the history of the COH we have remained steadfast in the commitment to have our advocacy efforts unencumbered by any source of potential funding. Our agency always informs potential financial supporters that we will only adhere to our methods of organizing as a way of remaining accountable to our constituents. The COH believes in this so strongly that we decline government funding to more effectively interface with elected officials on issues relating to poverty and homelessness.

The COH works to achieve its goals by identifying the necessary policy changes that would provide long lasting solutions to homelessness and subsequently implementing the steps to achieve those changes through organizing, advocacy and public education.

Our organizing is based on a dialogic process, where we continuously gather ideas directly from homeless people and front line staff of service provider agencies. We collectivize those ideas, and bring the common threads to our workgroups and then back to homeless people. Not only does this methodology keep homeless people at the forefront of the struggle, but it also keeps our organization accountable. Consistent outreach, dialogue and accountability are strategies to ensure that the COH is moving forward an agenda for systemic change that is relevant to and supported by a broad base of the people directly affected.

**PART 1: OUTREACH:**
The principal purposes of outreach are to gather input and inform homeless and poor people on policy and program changes which directly affect their lives, to provide pertinent referral information to needed services, and to inform them of opportunities to become directly involved in our work. Between twelve and fifteen outreaches are conducted each week to homeless and low-income families and individuals

Through outreach we know the necessities, priorities, and the current life situation of our community. Workgroup members are encouraged to participate in outreach and the staff must ensure that outreach activities are conducted regularly and with proper supervision. Staff must also maintain updated schedules; obtain permission to do outreach when such permission is necessary; keep and provide up-to-date materials and information, and gather the information obtained through outreach and create the appropriate reports.
In some cases, special outreach activities will be conducted with specific goals in mind, such as mobilizing for actions and events, conducting surveys, etc.

CONFIDENTIAL

COH01481559
COH01481559

### PART 2: Work Group

The COH Work Groups design the programs and advocacy agendas for the projects. Work Groups involve and foster collaboration between homeless people, concerned community members and providers of social, health care, housing, employment, and legal services, to systematically address the needs identified in the outreach. As members of a work group, they have a relationship with our constituency and an expertise on particular issues. Work groups allow a broad base of people to create strategies to bring about systemic change.

The workgroups are where the campaigns are laid out. We follow a traditional campaign development strategy of starting out with goals, identifying targets, tactics, and developing a media message. Advocacy agenda, timelines, campaign groundwork and overall project work is decided in the work group meetings. Input is given regarding project work in the weekly staff meetings and in weekly supervision with Director or their designee.

### PART 3: LEADERSHIP DEVELOPMENT:

Throughout our work, the COH will build the capacity of homeless and poor people by providing them with training and support. The COH provides a safe and supportive space for homeless people to meet, develop ideas, and organize. While participating in our work, volunteers and staff are provided COH training and are linked to training at partner organizations.

Staff and workgroup members will strive to develop the leadership of homeless and poor people who participate in the workgroup. The staff will assess the needs of the volunteers and work with the workgroup members and COH administrative staff to identify resources that can be used to meet those needs. This may include in-house trainings, trainings outside of the organization and/or referral to classes or other educational opportunities, among other options. The workgroups must strive to follow the leadership of homeless and poor people at all times and be prepared to provide the necessary support.

### PART 4: PUBLIC EDUCATION:

The COH spends a great deal of time in public education efforts through the media or direct contact with the community at large. Our most important means of public education is the STREET SHEET. We publish the monthly newspaper with a circulation of 32,000 copies (two editions a month – each of 17,000) that are provided free of charge to homeless and poor people to sale as an alternative to panhandling. We also respond to media requests for interviews and comments, publish op-ed pieces and attend a great deal of community and public meetings in an effort to get our message across to the public and educate them on the issues affecting homeless and poor people.

### PART 5: ACTIVE SOLIDARITY (AKA SERVICES):

The COH understands that while our mission is to obtain policy changes that will benefit the entire community of homeless and poor people, we must ==sometimes== provide relief to immediate needs of individuals in order to enable to them to participate in the work to achieve the goals of our organization, as well as providing some resources that are not

CONFIDENTIAL

available elsewhere. In that sense we provide a very limited number of services in-house and active referrals to other agencies.
What we provide directly:

- Citation Defense for those who receive "quality of life" tickets.
- STREET SHEET vendor program
- Homeless verifications
- Shelter + Care applications (limited cases only)
- For all other individual needs we must provide an active referral (that is a referral followed by a phone call to ensure that the case will be dealt with properly).

Staff Meetings
Staff meetings take place every Monday at 2:00. All unpaid and paid staff are welcome to attend (as long as you have attended at least two work group meetings). The last meeting of the month is the one we try to have the big decisions at and have a special emphasis on volunteers coming (they can come to others as well).

4

▲
▲▲  | 1 |   | OUTREACH |

♦♦

| 2 |                                    | Right to a Roof |

| 3 |   | Organizing Staff |

| Board of Directors |         | Admin |

| 4 |

5

CONFIDENTIAL                                         COH01481562
COH01481562

Information and Decision Making Chart Explanation

1. Outreach identifies [Civil Rights] [Families & Immigrants] rects to app...

2. When the workgroup ... unable to pursue the required action by itself, it requires support from the program staff and other workgroups.

3. Organizing Staff, as well as volunteers and members of the COH will identify other organizations that may be able to work on it, possible allies, etc. At this point both Admin staff and Board of Directors will provide input regarding questions of resources impact on the budget, fundraising abilities, long term implications, etc.

4. Program Staff designs and carries on the implementation of the campaign or activity. How to implement will be decided as needed, according to each case. Examples: create separate campaign committee, assign work to two or more workgroups, create campaign alliance with other organizations, etc.

**Implementation
All Staff & Volunteers**

6

CONFIDENTIAL

COH01481563
COH01481563

# Front Desk and Telephone Guidelines

It is important for anyone working at the front desk to remember that you are representing the Coalition on Homelessness to anyone who calls or walks in. You are the first, and often the only, person they see or talk to.

When folks come here, they most likely come with a long string of bad experiences in trying to get assistance to critical issues. They are likely to be homeless, have no or little income, be sick, or all of those. It is crucial to give them the most respect and time as possible.

That said, we must always remember that there are very few things we can actually provide to people and as much as we want to help people, it is also important to keep in mind that you don't want to waste people's time if you are not going to be able to provide what they need.

See the Services section for the things we provide and a quick referral list.

### Operations

Please remember that your primary duty is to keep your attention on people coming in and answering the phones. If for any reason, such as having too many folks in the reception area, you are having a hard time doing those two things, get someone to help, preferably a staff person.

**Phones and messages**

- Make sure you have a phone list with all current staff names and their extensions. If you notice that the list is outdated, please inform the vounteer coordinator.Meeting times – a calendar should be provided at the beginning of every month. If you don't have one, ask the Director.
- If you get a call for someone who is not here at the time, ask the caller if they want to leave a message in the voice mail, and then transfer the call (see phone operation sheet). Always use the voice mail. DO NOT TAKE WRITTEN MESSAGES UNLESS IT IS ABSOLUTELY NECESSARY. Written messages get easily lost. If you must take one, make sure the person gets it. Leaving it on their desk is NOT enough.

Public phone

- The COH provides free use of a phone for local calls only. Long distance calls and 1-800 calls are not available. If someone claims to have an urgent need to make a long distance call, get a staff person to help. Staff can occasionally allow people to make long distance calls to deal with urgent matters.

CONFIDENTIAL

COH01481564

COH01481564

- If others are waiting, phone use is limited to one five-minute call. If there doesn't seem to be any rush, use your judgment to allow for some flexibility.
- If someone is getting to loud or agitated, you may politely ask them to keep it down a bit. If you get no response or the person turns aggressive or disrespectful, call staff.
- People should not use our phone to harass or intimidate others. If you notice misuse of the phone, notify staff.

**Public Use of Restrooms**

Our restrooms are open to everyone who needs to use them.
No bags or suitcases are allowed in the restrooms. Bags should be left at the front desk. If people needs to use toiletries or medicine, they can take those items with them.
Keep an eye open for misuse of the restrooms. It is a good idea to check the restrooms every now and then.
Men should not enter the women's restroom. If you are a man and feel that the women's restroom needs to be checked, please ask a female staff person to check it. If none is available, and you feel that the restroom really needs to be checked, ask any staff person to come with you.
If you suspect drug use, call staff immediately. DO NOT ATTEMPT TO DEAL WITH IT ON YOUR OWN.
In case of drug overdose or medical emergency, get immediate staff attention.
If someone has been in the stalls for too long and others are waiting, knock and respectfully ask if everything is OK, and inform them that others are waiting. If the person does not come out in a couple of minutes, get staff help.


**Services we provide**
The Coalition provides limited services listed below. Please stick to specific times these services are offered. Inform folks of times, and do not attempt to refer them to another staff person if service needed falls outside of specific time we offer it. Do not attempt to offer these same services outside the office. For example. if someone comes in for a citation on a Tuesday, have them come back on Wed between 10:00 and 2:00. This is important for two reasons; we are not staffed to handle citations except during specific times, and constant interruptions interfere with organizing work. If the services are not provided in our office, look up service in HAP manual. Located in first drawer under front desk or call 211 (social services) or 311 (city services for information. We also have a short referral sheet of phone numbers taped to the desk.

Here are the only services we offer:
Citation Defense  - see list of citations we take, hours of operation and who can take them

Homeless verification letters and S+C applications (limited),

Street sheet vending

Shelter Grievances go to Shelter Advocates in front office.

8

CONFIDENTIAL

COH01481565
COH01481565

### COH staff (who does what)

Director: Jenny Friedenbach;  -Supervises all organization work, staff, etc.

Fiscal: Jenise: fiscal, office supplies, check requests, payroll, personnel benefits.

Development/Fundraising: Lorraine, grants and events

Street Sheet –Bob -workgroup, production, distribution, vendors

Organizing –
    FAIM: Miguel -families, immigrants, housing authority, homeless verifications, families in SRO's, Shelter Plus Care
    Civil Rights –BOB- police issues, vending issues with police, citation defense, outreach.
    Right to a Roof –Jenny Shelter problems, shelters closures, shelter outreach, drop-in centers

Maintenance – Miguel and Jenny-cleaning up and light repairs

Volunteer Coordination – Miguel – workfare, community service, other volunteers, manages front desk

### Office Heads Up
Watch your belongings – things tend to get stolen.  Watch out for office, its all of ours responsibility.

Do not store people's belongings for them.  Anything left here will be tossed, except at express permission of Executive Director.

## Volunteer Rights and Responsibilities

Night times volunteers are welcome to come in and socialize.  However, no hard liquor, hard drugs or tobacco is allowed.  Volunteers must leave when last staff person with a key leaves.   Folks must be aware when there are meetings going on to not disrupt COH business.

You may not store your belongings at the office, unless you have permission from the Director.  Even then, it must BE LABELED  properly or it may disappear.

COH resources are for the use of working on homeless justice and work related items.  If you are using a computer for personal use, you must yield to folks who need them to do coalition work.   YOU CANNOT WATCH MOVIES OR VIDEOS during work hours.

Volunteers should act as if they are staff, and conduct themselves in a professional manner – as members of the public see them that way.  Don't say inappropriate things that reflect negatively on the organization.

9

CONFIDENTIAL

COH01481566
COH01481566

Inapropriate: SEXISM, RACISM, HOMOPHOBIA, TRANSPHOBIA, AGEISM, ANYTHING OF A SEXUAL NATURE, MEAN PERSONAL STUFF.

Work group and staff meetings are open at the COH. Anyone can attend as we value your participation immensely. However, no one should disrupt them. Don't interrupt a meeting to talk to someone in the group. If you are in the meeting – be conscience of the group. Don't talk the entire time. If you have a lot of questions wait to the end of the meeting and ask the staff person. Participate – don't dominate!

10

CONFIDENTIAL

COH01481567
COH01481567

# De-escalation Techniques
(What to do if someone is becoming disruptive or aggressive)

The first step to avoid bad situations is to treat everyone with the respect you would like to get from others. Be honest and sincere, because people can tell if you are faking it. This is especially important to remember when dealing with someone who is NOT being respectful. If someone is being disrespectful, do not respond in the same way. It is not how the other person is acting that matters, is how are we responding to it.

If a situation starts to escalate ALWAYS GET A PAID STAFF PERSON TO HELP.

Try to:

- Keep calm, especially if they are not. Try to speak softly. DO NOT TELL THEM TO CALM DOWN, or anything like that, as this usually makes things worse. Instead, tell them that you will try to get someone to address the problem.
- If you are afraid, get someone else. Fear is easily detected and often causes conflictive situations to get worse.
- Make the atmosphere as calm as possible:
  - If there is loud music, or other source of loud noise, turn it down.
  - If they know anyone here, or mention someone who works here, try to get that person.
  - Offer a glass of water, a place to sit, or anything that may help distract them.
  - If possible, ask them to go to a place out of the reception area, such as the conference room, or any other quiet spot. This will help minimize the tension and will prevent others from getting involved.
- If they are moving around, waving their arms or objects, stay away from them and keep others from coming close to them.
- If you know the person, or you feel you have a solution to the problem, or whoever is dealing with it is loosing their cool, respectfully intervene.

If you end talking with them:

- Exercise active listening: that means you must try to hear what they have to say without talking too much. Answer any questions calmly and honestly. Quite often, that is all people want: someone to really listen.
- Keep in mind the rules of the COH: no violence, racism, sexism, homophobia or any kind of disrespect.
- Don't make any promises you can't keep. Don't ever just say something because you think this is what they want to listen.
- Try to find out what got them to the breaking point: bad interaction with someone in the office (staff, volunteer or visitor), mental health crisis, substance use, physical ailment, etc.

11

If a physical altercation occurs:
- GET A PAID STAFF PERSON IMMEDIATELY
- Alert as many other staff and volunteers as you can, so people can be aware of it.
- DO NOT "GANG UP" ON PEOPLE. The purpose of alerting folks is to make sure that they stay away, not to get too many people involved
- NEVER PUT YOUR HANDS ON ANYBODY, unless it is in self-defense. In such case, use the minimum amount of force necessary.
- Remove as many people as possible, so no one gets hurt.
- If physical violence can't be contained, as last resort, call 911.
- Always call 911 if there is a weapon involved.

Do not call the police to 5150 (that is when someone is involuntarily placed on a mental health facility) somebody, unless they ask for it. The only reason to call the cops is if there are weapons involved, or someone may be getting seriously injured.

In the vast majority of psychiatric crisis, the issue can be dealt with by the MOBILE CRISIS INTERVENTION 355-8300

12

CONFIDENTIAL

COH01481569
COH01481569

13

CONFIDENTIAL

COH01481570
COH01481570