# REDACTED

# EXHIBIT C

# TO

# DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING ALLEGED DRUG USE, ALLEGED BAD ACTS & ALLEGED CRIMINAL HISTORY (ECF No. 419)

# DOCUMENT SEALED PURSUANT TO ECF NO. 511

Case 4:22-cv-05502-DMR    Document 517-1    Filed 10/20/25    Page 3 of 5