```
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman, pro hac vice
Vasudha Talla, SBN 316219
Vivake Prasad, pro hac vice
Bianca Herlitz-Ferguson, pro hac vice
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com
```

*Attorneys for Plaintiffs Coalition on Homelessness, Sarah Cronk, Joshua Donohoe*

*Additional Counsel Appear on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE;<br><br>Plaintiffs.<br>v.<br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' NOTICE OF FILING REDACTED DOCUMENTS IN CONNECTION WITH OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS, DKT. 303**<br><br>Re: Dkt. 509 |

# NOTICE

Pursuant to this Court's Order Concerning Omnibus Sealing in Response to ECF No. 388, Dkt. 509, Plaintiffs hereby publicly file the following redacted or unsealed versions of the following documents filed under seal in connection with Plaintiffs' Opposition to Defendants' Partial Motion to Dismiss the Third Amended Complaint, Dkt. 303.

| PARTIAL MTD FILING | | |
|---|---|---|
| **Document** | **Sealing Status** | **Sealing Party** |
| Exhibit 5 to Friedenbach Declaration | Partial redactions as ordered by ECF No. 509 | Plaintiffs |
| Exhibit 8 to Friedenbach Declaration | Partial redactions as ordered by ECF No. 509 | Plaintiffs |
| Exhibit 10 to Friedenbach Declaration | Unseal entire document since Plaintiffs withdrew in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 11 to Friedenbach Declaration | Unseal document since Plaintiffs withdrew in connection with preparing Proposed Order for ECF No. 509* | |
| Exhibit 12 to Friedenbach Declaration | Unseal entire document since Plaintiffs withdrew in connection with preparing Proposed Order for ECF No. 509 | |

Please note that Exhibit 11 to the Declaration of Jennifer Friedenbach has redactions corresponding to material withheld on the basis of attorney work product and attorney-client communication privileges.

Dated: October 20, 2025

Respectfully submitted,

By: /s/ Vasudha Talla

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

Zoe Salzman, *pro hac vice*
Vasudha Talla (SBN 316219)
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Sarah Cronk, Joshua Donohoe*