# EXHIBIT 5

Friedenbach Declaration

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Free School 2024** | | | | | |
| 2 | Every Friday from 10:00 - 12:00 PM | | | | | |
| 3 | Hybrid: Zoom & 280 Turk St | | | | | |
| 4 | | | | | | |
| 5 | Topic | Date | Instructor | Training Materials | Resources Needed | Comments |
| 6 | Community Organizing | March 29th | James Tracey | | Translator: Michelle White ▇ | |
| 7 | Outreach and Base Building | April 5th | Miguel and Solinna | | Translator: Michelle White ▇ | |
| 8 | Civics | April 12th | Jenny | | Yessi Translate | |
| 9 | City Budget | April 19th | Matthias | I want to learn how people power can affect the city budget. | Yessi Translate | |
| 10 | Trauma Informed Workspace | April 26th | Maurice Byrd | | Yessi Translate | |
| 11 | Public Speaking and Persuasion | May 3rd | Anakh Sulrama | | Yessi Translate | |
| 12 | | | | | | |
| 13 | **Week and Topic** | **Ice Breaker** | **Agenda** | **Activity** | | |
| 14 | Week 1: Community Organizing | | | | | |
| 15 | Week 2: Outreach and Base Building | | | | | |
| 16 | Week 3: Civics | | | | | |
| 17 | Week 4: City Budget | | | | | |
| 18 | Week 5: Trauma Informed Leadership | | | | | |
| 19 | Week 6: Public Speaking and Persuasion | | | | | |

|  | G | H |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 | **Participants** | Yessi |
| 6 | David, Judith, Larry, Thomas & Salinas, Flo, Serena, Raul, TJ, Kahlil, Rev Jorge Garcia, Hadley Dixon, Michelle White, Erich Bruckberger, CBP, Ruth, Julian, Merecedes, Jadia, Colleen, Usuario, Denhi Flor, Jason Dewes, Michelle Rodriguez |  |
| 7 | Dexi Flores, Elisa Chavez, Emmett, Hadley Dixon, K Alc, Ruth, Serena, TJ, Veronica Fregoso, Jorge Garcia, Mercedes, Michelle Rodriguez, Jorge, Jose, | Jorge Can (Chase) Jose Cano Harcour |
| 8 | Coleen, Carlos, Miguel, Jenny, Solinna, Julian, Lukas, David, Jorge Garcia, Yessi, Sarena, Flo, Jovita, Ruth, Lenore, Esceta, Kahill, Dexi, Elisa, Najuawanda |  |
| 9 | Yessi, Solinna, Matthias, Flo, Alice, Prettyvee, Dexi, Iphone (5), Jovita, Mercedes, Carlos, Jorge Garcia, TJ, Iphone, Lukas, Jose, Miguel, Sol, Javier, Monique, Colleen, Tabreez, Dexi, Amy, Rain, Esceta, Sarena |  |
| 10 | Flo, Hospitality House, Jorge Garcia, Maurice, Ruth, Javier, Lukas, Ruth, Emmett, Colleen, Dexi, Brandie, Monique, Sarena, Darline, Alejandrina, Julian, Miguel, Yessi, Carlos, TJ, Maika |  |
| 11 | Yessi, Miguel, jenny, Carlos, Sarena, Tabreez, Jorge Garcia, Natalie, Larry, Kenia, Julian, Flo, Emmett, Alaya, Mercedes, Dexi, Nicole |  |
| 12 |  |  |
| 13 |  |  |
| 14 |  |  |
| 15 |  |  |
| 16 |  |  |
| 17 |  |  |
| 18 |  |  |
| 19 |  |  |

CONFIDENTIAL

COH01528604