# EXHIBIT 8

Friedenbach Declaration

Message

| | |
|---|---|
| **From:** | Decathlon [customer.service@decathlon.com] |
| **on behalf of** | Decathlon <customer.service@decathlon.com> [customer.service@decathlon.com] |
| **Sent:** | 4/21/2020 10:54:47 AM |
| **To:** | jfriedenbach@cohsf.org |
| **Subject:** | Decathlon Invoice / Tents |



# Complete your purchase

Hello Jennifer,

Here is the invoice, after you make the payment, the order will be processed by our logistic team based in Oakland. The tents will be ready within 1 day or 2. We will let you know when you can collect them at our Oakland warehouse location.

Bertrand

Cell: ███████████

**Complete your purchase**

or Visit our store

## Order summary

| | | |
|---|---|---|
| **Arpenaz 2-Person Camping Tent × 340** | | $8,500.00 |
| 2903133 - Bottle Green / One Size / 8560637 | | |
| | Subtotal | $8,500.00 |
| | Shipping | $0.00 |
| | CA STATE TAX | $510.00 |
| | CA COUNTY TAX | $21.25 |
| | CA SPECIAL TAX | $170.00 |
| | CA SPECIAL TAX | $85.00 |

|  |  |
|---|---|
| Total | **$9,286.25 USD** |

## Customer information

**Shipping address**
Jennifer Friedenbach
██████████
██████████
United States

**Billing address**
Jennifer Friedenbach
██████████
██████████████
United States

### We love feedback!

If you have a moment, we would like to hear your thoughts about your shopping experience. Start survey

Decathlon USA LLC

If you have any questions, reply to this email or contact us at customer.service@decathlon.com

CONFIDENTIAL                                                                 COH01292429



Products | **Orders** | Contact us                                      No orders

# Order #3864 [Submitted]                          DUPLICATE ORDER

Last modified: 08/07/2020

---

Arpenaz 2 Person Waterproof Camping Tent                        $5,000.00  ⌄

---

**Shipping address**

**Coalition on Homelessness c/o Decathlon Warehouse**
Jennifer Friedenbach
███████████████
███████████████
███████████
███████████

**Instructions to seller**

We will pick up - call ███████ when you know time for pick up

---

Subtotal:   $5,000.00
Taxes:   $462.50

# Total: $5,462.50