# EXHIBIT 10

Friedenbach Declaration

# COH 2020 EVALUATION AND 2021 WORK PLAN

# PART ONE EVALUATION

## HOUSING JUSTICE EVALUATION 2020

*For full details, the HJ work plan and eval is linked <u>here</u> in Spanish and English.*

## <u>*Systemic Change for Housing Justice*</u>

<u>SFHA and Public Housing</u>
**Short term 0-6 months**

| Success/Challenge |
|---|
| **SRO** and homeless preference for all housing in ACOP (Annual Continued Occupancy Policy) - work did not take place |

<u>Homeless Prevention and Protect Affordable Rents</u>

CONFIDENTIAL

| Success/Challenge |
|---|
| **Short term 0-6 months / Corto plazo 0-6 meses**<br>**Developed** recommendations,  Won 320 subsidies in budget process to keep folks in their homes.  Also did solidarity work on halting black evictions city wide. |
| **Developed** contract language for city-run housing to prevent evictions, shared with group of tenant lawyers and activists who are working on preventing evictions among african americans.  This group is now trying to get providers to adopt. |

Equitable Access to Housing / Acceso equitativo a la vivienda

| Success/Challenge |
|---|
| **Short term 0-6 months / Corto plazo 0-6 meses**<br><br>**Monitored** equitable access to shelter and housing, through Coordinated Entry and worked on changes.   The big change we won was that we now have an appeal process where if a family disagrees with points they get, they can do again and have independent health professional weight in.<br><br>In addition, as a follow up to UC Hastings lawsuit we were able to fight for the right of people to bring advocates to assessment as a disability accommodation. |
|  |

City Housing Through Budget Process

| Success/Challenge |
|---|
| **Short term 0-6 months**<br>We campaigned hard for and won over 400 subsidies by developing strong alliances, doing media work, protests and organizing unhoused people!<br><br>These successes included:<br>17 families living in SRO's can move into decent housing<br>$700,000 in both years |

COH01502335

60 Transgender Deep Housing Subsidies to keep households housed and to house homeless households
$450,000 in first year and $600,000 in second year

100 Senior Disability Deep Housing Subsidies to keep households housed and to house homeless households
$750,000 funded  for first year and $1,000,000 for second year

60 HIV Housing Subsidies to keep households housed and to house homeless households
$450,000 funded for first year and $600,000 second year

100 Displaced Tenants Housing Subsidies to keep households housed and to house homeless households
$750,000 funded  for first year and $1,000,000 for second year

40 Flexible Housing Pool Subsidies for Families serving 120 people
$1,275,000 funded in first year and $1,700,000 in second year
10 Need Based Subsidies for Homeless Families serving 30 people
$500,000 in both years

15 Flexible Housing Pool Subsidies for Transitional Aged Youth
$626,204 in both years

**We ensured** the city prioritized the ERAF money for bridge funding for Prop C, including housing and community based behavioral health treatment and continued many of the subsidies from the year before that were funded just one year.

**On-going**
**We pushed** to identify housing and shelter sites from the OCOH oversight committee. We developed a relationship with the Housing Accelerator Fund which is tracking prices, rehab costs and other information on buildings.  OCOH funds were used to match funding from the state to purchase two hotels to convert to permanent housing.(insert OCOH wins)

Employment

CONFIDENTIAL

| Success/Challenge |
|---|
| **Short term 0-6 months / Corto plazo 0-6 meses**<br><br>**We fought** for expanded funding to have a strong employment program to get folks Prop C ready for when funds are released, they can hire homeless folks to take new jobs. Under Hospitality House's lead, this resulted in about 135 homeless individuals will receive employment services<br>$750,000 in year one and $1,000,000 in year two |
| **We did not put on** workshops for job training, skill building, and employment due to COVID |

Our City Our Home Ballot Initiative

| Success/Challenge |
|---|
| **On-going**<br><br>We **engaged** in successful negotiations on new gross receipts tax to ensure Prop C funds are included and Prop C is kept intact.  However we won the court case so we didn't need the ballot initiative.  The ballot initiative however did bring in  $100 million into the city budget.  We developed alliances with unions in the process as well. |
| **Worked and won a parallel** legal fight to ensure Prop C prevails.   We had a legal team.  Big corporations sued us, but we won the lawsuit!  The funds were released.<br><br>We won at a lower level of state court, and then they appealed, and we won at court of appeals, and they appealed that but the CA state supreme court did not take the case so the victory was final and the funds were released.<br><br>Tracey was part of amicus brief.  It was a winning brief! |
| **Ensured** a strong coalition and staffed the Our City Our Home Coalition. |
| **Still have work to do to ensure** recommendations and findings from Needs Assessment "Revolving Door"  are implemented. |

CONFIDENTIAL

**Ensured** strong oversight body by identifying people for Mayoral & Controller appointments and working to ensure the oversight body is empowered.

OCOH was seated in February -- we had really strong folks, but the Controller did not start until October.  Two folks that are directly connected with COH on body, Jennifer F and Julia D'Antonio.  The body has a strong executive committee with Shanell Williams, Cynthia Nagendra and Julia, all women of color, and two have been homeless.  Out of nine members, four are African American.

In the first release of the funds from OCOH Prop C, for "immediate needs" **we won 785 rental subsidies, 125 treatment beds and extended ability for unhoused people to shelter in place during COVID:**

-125 treatment beds
-A new board and care facility purchased
-165 24 month rental subsidies for single adults in SIP
-75 permanent subsidies in private market in SIP
-165 medium term rental subsidies in private market in SIP
-225 permanent senior rental subsidies in private market in SIP
-60 TAY rapid re-housing in SIP
-20 TAY long term subsidies in SIP
-50 long term family subsides outside of SIP
-25 Bayview resident, focus on AA rental subsidies outside of SIP
- Funding to extend shelter, RV, safe sleeping village, SIP hotel
-125 extremely short term rental subsides city calls problem solving plus

Dignified shelter / Refugio digno

| Success/Challenge |
|---|
| **Short term 0-6 months / Corto plazo 0-6 meses** <br><br> **Developed** shelter recommendations based on Needs Assessment. <br><br> Succeeded by working with allies, doing media work and organizing in adding homeless hotel emergency housing for 100 youth ($620k), adding 25 hotel rooms for homeless families (677K), and new trans specific shelter for 28 people (200K). |

COH01502338

**Pushed** for the opening of full service emergency shelter for families. We got this funded, they have a site. First Friendship closed and moved to Oasis Hotel. Preston fundraised and the city started using FF operating $.  Right now they want the city to buy the Oasis and continue that site as the emergency shelter to replace FF.  They have private rooms and baths, and a big room for moms coming in the middle of the night.   Give it up to Supervisor Preston who we invited to look at the site, and he pushed for changes.  While we were not directly involved in this particular project, it built on our years of drawing attention to the poor conditions at First Friendship.

**Ensured** opening of replacement Bayview shelter.  We fought for funding and it finally opened in 2021.

**Supported** the opening of Jelani House for 17 pregnant homeless women to double number of respite beds for pregnant women.

**Did not ensure the Commission** was created for DHSH.  Wrote legislation but not enough votes. Did get monthly meetings with Mayor and providers but meetings ended with COVID.

SRO FU Collaborative / Colaborativo SRO FU
**Short term 0-6 months / Corto plazo 0-6 meses**

| Success/Challenge |
| --- |
| **Have not yet ensured** access to Prop C housing for SRO families either through set aside or preference. |
| **Medium Term 7-12 months / Medio plazo 7-12 meses**<br><br>We did **improve** hotel conditions in at least 75% of the cases we observed, However, low numbers reported violations.<br><br>The exception was when we did the self reporting project where folks made more than 100 complaints, making it clear that there are plenty of violations out there. |
| **We did not identify** 3 new buildings to improve conditions |
| **We worked to make** sure Housing Choice Vouchers are distributed equitably.  We developed a new tool that really drills down on a point system that can easily differentiate most in need. |

COH01502339

## *Building Power for Housing Justice*

<u>Outreach / Alcanzar</u>
On-going / En marcha

| Success/Challenge |
|---|
| **We kept** OCOH Website updated somewhat but would help to have someone assigned to this from OCOH. |
| **We did not Consistently** set outreach dates and times with people assigned.<br><br>It was consistent until COVID.   Did have a calendar in place at training.  Certain days for shelters, drop ins and hotels for the first part of year in person. |
| **We did not make sure** all shelters and drop ins are hit, including parks during summer including Harbor House, Providence, Homeless Prenatal Program and Libraries.<br><br>We did for the first part of the year, then FF Star, Harbor closed and Libraries etc all closed during COVID. |
| **We did not do** joint outreaches with Shelter Advocates twice a month (Hamilton, St. Joseph, Compass).<br><br>First part of the year started coming together at Hamilton, but St. Joseph, Compass, Rafael House they were not present. |
| **We continued to intentionally monitor conditions** at Oshun and First Friendship until they closed. |
| **We created** some standardized questions to ask folks not just in SRO but expanded to other sites.  Occasionally there was surveys for shelters or drop ins if there was particular situation, also some surveys for SRO during COVID.<br><br>Did not create a standardized form for keeping track of contact information and what parts of the struggle they would like to get involved with. |

COH01502340

**Maintained** racial diversity in the folks who do outreach. Currently, African Americans and Latinx doing outreach, do not have other groups.  Could draw on other SRO collaborative members to help on this.

**Increased** RV and vehicularly housed outreach, including vehicle triage and coordinated with Human Rights to do so  Pre Covid.  Our Wheels Our Homes happening in early spring, but no follow up meetings after COVID.  There was also outreach in the first part of the year.

We **set up** new reporting for families in hotels as a way to get information during pandemic.  They were trained as informants to take photos and report back on the building violations.

We did **successful outreach efforts via service providers** that are running hotels, shelters and treatment programs.  Created packets for providers to pass onto the residents.

Membership / Afiliación

| Success/Challenge |
| --- |
| **Short term 0-6 months / Corto plazo 0-6 meses**<br><br>Improved communication in Spanish and english, but have been inconsistent about recording all the emails and contact information about the people we come in contact with.  Do have the outreach materials and clipboards together. Missing general outreach flyer. |
| Worked to build trust with African American community, but have a lot more work to do with building trust with English speaking people and specifically African American community.  Inconsistent participation - brought in African American participants at HealthRight 360 and built some trust and broadened base, but participation has dropped off. Have not deepened participation of HPP and other groups.<br>Improved communication in English and Spanish. |
| **Did not follow up on having one** raffle ticket for each meeting to raffle off at end of month - higher chances if come to more meetings.  Prize of gift card. |
| **Did make calls** before every meeting, and send out agendas via email but missing emails.  Did start messaging highlights and sending texts. |

CONFIDENTIAL

|  |
|---|
| **Did ensure** meetings facilitation training and rotate facilitation of staff |
| **Did not always make** sure the ice breaker ready before meeting but list was provided. |
| **Included** college students and other allied community members pre COVID.  Did not have intern post COVID. |
| **Medium Term 7-12 months / Medio plazo 7-12 meses**<br>**Did not have** housing and trauma workshops for families outside of Free School. |
| Did art builds for direct actions, but did not have crafternoons due to COVID, also was not able to do skull painting this year. |
| **Training** occured as needed base for new interns, Arriba Juntos workers, and volunteers pre COVID not after. |
| **On-going / En marcha**<br>**Had Consistent workgroup** participation with over 4-6 people with lived experience with homelessness |
| **Did not have** all staff and current members recruit one member to attend consistently. |
| **Did not connect** all members on Facebook etc. to like the Coalition page which has messaging components. |
| **Did not use** #GroupMe, communication platform. |

Media

| Success/Challenge |
|---|
| **On-going** |

COH01502342

| |
|---|
| **Did not pitch** 8 stories to different news/media sources, to be televised.  However, we did media interviews, at least 3 television appearances and at least 14 radio appearances. |
| **Only did 2 stories** in Street Sheet |
| **Wrote 4  op-eds** in Print Media |
| **Ensured media** coverage of all actions |
| **Inconsistent posting** to social media occured |
| **Did not enter a family perspective** into Stolen Belongings |
| **Pre COVID we posted Posters/Stickers** from our office |
| **Capture** some videos of those affected by homelessness to humanize and bring awareness to issue during the budget campaign. |

Popular Assemblies / Asambleas populares
**On-going / En marcha**

| Success/Challenge |
|---|
| **3 well organized** assemblies including Mothers Day, Black History, Dia de las Muertos by zoom |

Direct Action Protests
On-going

| Success/Challenge |
|---|
| We organized 3 protests, including Mothers Day, Black History, Budget Protest.   We also organized 3 protests in partnership with other organizations, including Hotels Room not Hospital Beds caravan, Housing is Healthcare Caravan, and Eviction Moratorium Caravan.  The first two we were lead organizers with other orgs and the third we mobilized for only and did minor planning. |

Direct Access to Power

| Success/Challenge |
| --- |
| **Short term 0-6 months / Corto plazo 0-6 meses**<br>**We did not collectively meet** with Department of Building Inspection (DBI) at regular task force and code enforcement meetings, but Juan did, and we did find new SRO Task Force rep |
| **We did not request meeting** with Mayor and homeless families or do VIDEO how many times Breed ignores us to compile into an archive, and publicize, but there were videos that we created that were presented to Board of Supervisors.  We did have monthly meetings with Mayor and service providers |
| **We met** with new Supervisor Preston to do orientation |
| **We did not track** ACOP, attend hearings and ensure homelessness is prioritized |
| **On-going**<br>**Met** monthly with homeless director until COVID, met with MOHCD once. |
| **Met** with Supervisors 2x during the budget process and ensured homeless people's participation.<br><br>We had individual meetings with Supervisors that unhoused/formerly unhoused folks participated in.  We also organized a very successful large meeting with about 40 unhoused families with budget chair Fewer and Supervisor Walton. |
| **We did not coordinate** meetings between DBI and Department of Public Health to ensure addressing of family needs, assisted by new SRO FU Coordinator |

COH01502344

Public Hearings / Audiencias públicas

| Success/Challenge |
| --- |
| **On-going**<br>**Organized** at least 2 public hearings on budget plus SIP hotel hearing, SRO hotels have additional COVID protections hearings, LHCB on Coordinated Entry |

Ally Development
**On-going**

| Success/Challenge |
| --- |
| **Continued** ally development with Young Women Freedom, homeless providers, SFTU, TGIJP.<br><br>Strengthened relationships with homeless family providers and treatment providers, but other groups we did not outreach to. |

Leadership Development / Desarrollo de liderazgo

| Success/Challenge |
| --- |
| **Short term 0-6 months / Corto plazo 0-6 meses**<br>**Did not Conduct** free school this year due to pandemic. |
| **Did not do SRO** Family Leadership Trainings, and ensure involvement post training this year due to pandemic. |
| **We completed the report "Revolving Door"**, 600 surveys with 200 questions in collaboration with 4 universities, and hiring peer researchers. There were two presentations, and a press conference. We included folks who both conducted the surveys and were impacted. Very cool to demonstrate that unhoused folks can come up with solutions on their own. Probably a lot more presentations we could put |

COH01502345

| together. |
|---|
| **On-going**<br>Ensured inclusion in appointments of formal policy body of OCOH Board - have almost majority lived experience, chair and vice are both formerly homeless.  LHCB there were no vacancies except provider slots, however we did get appt of people who are formerly homeless to the shelter monitoring committee, people with lived experience HSH advisory. |
| Created different ways to communicate with families during the pandemic and had a two week program in June for families to report building violations and unsafe COVID conditions.  Instituted a way to report these violations in a simple way and selected leaders to be in contact with other reporters in the building.  Other activities from May to Sep including bringing members into contact with city officials on budget. Brought more members in by recruiting. |

SRO Families United / Familias SRO Unidas

| Success/Challenge |
|---|
| **On-going / En marcha**<br><br>**Continued** to improve cross neighborhood unity with POs and other staff on campaigns through team buildings work and improved communication.<br><br>Juan started in January and improved communication between collaborative members. |
| **2 cultural** focused Peer Organizer activities<br><br>Black History, very successful.<br>Dia de las Muertos by zoom |
| **Did not fully meet** contractual obligations for Units of Service and serve 45 unduplicated clients. |

COH01502346

Units of service we have not met, 1,500 deficit, outreach deficit of 8, program participation deficit of 167, leadership training had to be cancelled.  For this new fiscal year ending 2021 we are on track to meet the deliverables by June of next year!

**Housed** families with locally funded Housing Choice Vouchers and provide support over two years.

Housing vouchers were lost when federally funded SFHA went bankrupt, the ones that had been awarded disappeared.  We were able to replace it with city dollars through the Mayor's Office of Housing and Community Development.  18 families were successful in using the voucher and 4-5 that were cancelled.

**Did not Hold** at least 7 PO training sessions, one from DPH, DBI, and each org.

Ran the DBI training, and met for 19-20 but 20-21 likely will not meet.

**Did not send** at least 5 parents to SRO Families Leadership Training in March. Cancelled due to COVID.

# HUMAN RIGHTS EVALUATION 2020

## _Systemic Change for Human Rights_

Link to full human rights eval and work plan

| Success/Challenge |
| --- |
| *Pre Pandemic* |
| **Solutions Not Sweeps:** led a campaign with allies against the criminalization of homelessness.  There was a lot of positive work that happened, but this work was bogged down in trying to get organizational grounding and investment. Stopped meeting at pandemic. |
| **Our Wheels Our Home:** organized vehicle residents in San Francisco to build political power and participate in the politics that impact them.  Had 3 great meetings but no follow through post COVID with vehicular housed, however working on "stop poverty tows". |

**Stolen Belongings:** Highlighted the cruelty in how the City treats people who have to live on the streets using art, media, and personal narrative.

This project shifted gears from a live art installation to a book. The book is being produced as we speak. Did succeed in raising awareness of illegal property confiscation and opened the door to reform at DPW including better signage.

Working with Latino Task Force on these issues as well.

**Weather Response:** Pressured the city to adopt a sensible policy for preventing harm in extreme weather events which is effective and simple to understand.

Resounding success, verbal commitment to change notification protocol and other policies (triggers for response, etc).

Succeeded with research and inclement weather responses.

### *2020 COVID Pandemic Response*

**COVID Street Response**
HRWG shifted focus for an immediate response with basic needs, distributing tents, hotels, etc.

Expanded COVID testing for street-based folks.

Held panels with medical professionals.

Research on COVID as it impacts unhoused people.

**Moratorium On Sweeps**
Beginning March 16, 2020 due to pandemic

Workgroup members conducted extensive street interventions on sweeps.

**Supporting Safe Sleeping Sites/Villages**
We helped Bayview get off the ground and folks got RV's. We also worked with TL and Haight to help them be successful.

Built off of long-term alternatives to shelter beyond congregate sites to privacy/tents/RV's, etc.

**Responding to the UC Hastings Lawsuit**
We successfully intervened in the lawsuit

COH01502348

Eventually suits got dropped, but work was worthwhile.

Increased the dignified treatment of unhoused folks being impacted by shifting focus from sweeps and displacement to hotel rooms.  This was achieved by both organizing and putting lots of hours in being present on the streets.

Coordinated Entry as follow-up to the lawsuit and were able to advocate for expanded rights in intake process.

Also working on property confiscation as follow up to the lawsuit.

**Water 4 All Campaign**
Developed campaign and began outreach project, gathered surveys, developed talking points, and social media.

# *Building Power for Human Rights*

**Success/Challenge Educating the public to change hearts and minds.**

**Fostering Housed Allies**
Created how to be a housed ally document that teaches folks how to be good neighbors to unhoused folks and educates with facts about systemic issues

Social media: We held a very well attended Live Virtual Panel-
Cole valley haight person participated, included videos of stories/interviews with unhoused people.

**Workgroup Development:** Developed and maintained the capacity and effectiveness of our workgroup as a tool for empowering unhoused people, developing leaders, focusing resources and managing our work in effecting systemic change.

Able to get so much done because we were able to pivot and be flexible.  Workgroup went on hiatus early pandemic as we developed our COVID response and then was built back up.

CONFIDENTIAL

# COVID EMERGENCY RESPONSE WORK 2020

| Safety from COVID for Unhoused People During Pandemic |
|---|
| Working with allies organized an emergency response to proposed SIP hotel closures, which resulted in delaying hotel closures, ensuring solid housing plan was lined up, passing of legislation with Supervisor Haney, and getting DHSH to refill vacant rooms with folks from the streets |
| Assisted with testing efforts in Tenderloin by conducting outreach and walking folks to test site, gave input to improve testing design and accessibility |
| Researched and put out report with recommendations for COVID response, pulled together several panels with medical experts on COVID and homelessness |
| Sponsored several convenings on COVID and homelessness between Los Angeles and San Francisco officials |
| Distributed hundreds of tents, blankets, masks, hand sanitizers to unhoused people on the streets. |
| Mobilized an early successful campaign for hotel rooms not hospital beds with social media, two caravans, protests, distribution of signs that read "Mayor Breed, I will gladly trade this tent for a hotel room". |

# STREET SHEET EVALUATION 2020

| Writing & Content |
|---|
| *Success* <br> - Established criteria for paid writing opportunities, pay contributors for the first time ever! <br> - Continued relationships with regular contributors (writers, photographers, artists, comics) and encouraged in-depth narrative stories <br> - Continued strong coverage of Human Rights campaigns and support for workgroup members who are writing pieces |

COH01502350

- Excellent writing from our interns this year
- We stopped publishing the shelter waitlist numbers because the waitlist got shut down but we did have strong coverage of shifts in the shelter system
- Published what may be our most-read story ever - coverage of the initial mass shelter plan that got national attention
- Posted articles to website and send regular mailchimp email immediately after each issue date
- Created 5 episodes of Street Speak podcast
- Included poetry and art more consistently

*Ish*
- We weren't able to create a writing cohort but we were able to pay for contributions from many new writers
- At the beginning of the year we created flyers to distribute to workgroups to take on outreach but that was short lived due to the pandemic
- We ran 4 rather than 7 theme issues, reduced our print schedule
- Continue to integrate with organizing work

*Deltas*
- Failed to increase coverage of Housing Justice campaigns and identify regular contributors from workgroup
- Failed to strengthen relationships with TGIJP, St James Infirmary, DOPE project, Drug users union, SDA, Disability Justice Culture Club, Tenants Union, HRC, EDC
- Stopped printing Social Justice calendar
- We weren't able to host in person workshops
- Didn't collaborate with HH arts program

| Vendor Program |
| --- |

*Success*
- Gave advance notice of when Street Sheet office will be closed
- Distributed funds from Venmo on the 15th-20th of the month
- Ensured coverage at Street Sheet desk remains consistent
- Continued timely printing of badges, order supplies in advance
- Distributed thousands in relief funds directly to vendors

CONFIDENTIAL

- Successful partnership with Street Spirit for vendor relief fundraiser
- Connected vendors with Harmonic Humanity merchandise to sell, increased sales potential

*Ish*
- Keeping database up to date

*Deltas*
- Lost vendors being able to sell due to COVID
- Did not expand distribution into the Mission/Haight
- Couldn't participate in Lava Mae events
- Didn't connect with businesses where vendors might be able to sell
- Unable to conduct in-person trainings on how to use Venmo
- Unable to host in person vendor relationship-building events

# DEVELOPMENT EVALUATION 2020

40 hours or 1 FTE  *(additional hours were well utilized)*

## Overall Development Goals
- **Raise total: $687,835.06 -exceeded and brought in $1.3 million**
- Corporate: $60,000 - **exceeded and brought in $62K**
  Individual: $400,000 - **exceeded** and brought in $745K
  Grants: $89,500- **exceeded and brought in $326K**
- Contracts: $144k

## Grassroots Events
_El Rio Salsa Sunday: $1,000 - **exceeded $1,369**
- Bocce Fundraiser: $5,000 - **DID NOT MEET, COVID-19 cancelled it**
- **Did not seek out any events. Will have to think of this more in 2021.**
  Events hosted by community partners i.e. record stores, galleries: $20,000 - was nearly impossible this year due to COVID-19 and businesses, community partners, and arts struggling.

- ArtAuction20: $40,000 - **exceeded, net profit = $56,465**

COH01502352

**Grassroots Campaigns**
- Jenny's 25th Anniversary: $2,000
- Spring Appeal: $10,000 →**total raised $21,315.00 exceeding goal by $11,315.00!**
- 5 YR plan sustainer goal of 50 new $35/month sustainers: $21,000 → **achieved with over 238 current monthly donors with average gift amount at $47 and monthly total at $11,620.16 which is $139,441.92 per year on sustainers alone.**
  - Most likely achieved through increased visibility and awareness of homelessness during pandemic as well as new main giving platform on our website: FundraiseUp
- Winter Appeal: $50,000 → **still waiting on all donations, but as of 1/12/2020 the total is $30,200**

**Unanticipated Events & Campaigns:**
-*STREET SHEET* Vendor GoFundMe: $102,887 split between us and Street Spirit from February 2 - June 20 (from my Donor Database records)
-All in this Tent Together GoFundMe: $21,430 for tents from April 10 - August 18 (from Donor Database)
-BrokeAssStuart's birthday: $336

**Anticipated Grants**

Received:
- Bright Funds Foundation: $1,000 → **total $4,800.12 (should not be under grants though because it's individual donors?)**
- Winky Foundation: $1,000 → **Disbursed!**
- Unitarian Universalists of SF: $1,500 → **Disbursed!**
- The Thomas C. and Mary Ann Hays Family Charitable Trust: $6,000 → **got $3k, could be waiting or expecting the remainder in the mail for winter mailing?**
- Our City Our Home Project Funding: $50,000 → **Disbursed!**

CONFIDENTIAL

COH01502353

- Ken Birdwell Foundation: $150,000 → **actually got $100k, which is the max you can apply for Y1**
- San Francisco Foundation: $50,000 → **actually got it! SFF Equity Grant**

<u>Denied:</u>

-Community Vision Non-Profit Stabilization Initiative for $33k→ Were #11 of 15 orgs considered. Only top 9 were funded.

- Adobe in the Community: $20,000
- Unitarian Universalist Funding Program: $10,000

<u>Pending:</u>

- Magic Cabinet/Birdwell  $100,000

**Unanticipated Grants:**

- UNSOLICITED GRANTS: $20,000 → **WAY EXCEEDED, totalling to $135,000 in unanticipated grants**
  - Anonymous: $20k
  - Magic Cabinet COVID-19 Emergency Grant: $25k
  - San Francisco Foundation COVID-19 Relief: $10k
  - Thomas Hood Social Action Award, Society for the Study of Societal Problems: $5k
  - Tipping Point COVID-19 Relief: $10k
  - Renaissance Journalism COVID-19 Relief: $10k
  - Packard Foundation (2020 Engagement in Grantmaking Fund Challenge): $50k
  - TIDES, anonymous grant $5k

**Other Development***

COH01502354

- COH website has been steadily improved so that's it much easier to understand and navigate.  New donation platform, removed **irrelevant information, updated employees, added reports, tried to make the tabs easier to navigate.**
- Increased one-on-one engagements with donors via phone and snail mail i.e. "thank you" cards and conversations, updates on our work
- Did not do phone banks for spring and winter mailings
- **Did not** explore other bar fundraisers → **impossible during Coronavirus.**
- Regular Street Sheet Mailing by setting new expectations and timeline for volunteer, support getting to PO **happened in quarter 1**
- Developed the merchandise plan → **We got sick ass hoodies,** *STREET SHEET* **masks, tote bags, and beanies!**

**Media/Communications**

- Integrated digital and "snail mail" campaigns somewhat successfully through coordinated parallel campaigns
- Greater overall coordination of online presence and brand identity through social media, merchandise, and email campaigns
- Do not have more photographs of our work on the Coalition website as planned but did add scans of all reports as well as created new Wikipedia page
- Did not ensure regular street sheet mailings due to lack of planning w/ transportation

# ADMINISTRATION EVALUATION 2020

CONFIDENTIAL

- - Kept office supply spending within budget
  - Ensure regular notice for office closures ( Thank you for Emmett & Olivia)

Changed from Policy Director to Organizing Director, developed job description

Added hours to Peer Organizers, one to 20 hours with benefits, the other added five hours for 15, added 10 hours to make fundraising job full time

Implemented staff raises of 15%

- ❖ Staff Development:
  - Midwest Academy Training
  - Developed and Implemented Sexual Harassment Policy
  - Online Preventing Workplace Harassment
    - Definition of Harassment
    - Forms of Harassment
    - Unwelcome Conduct
    - Common Issues
    - Retaliation
    - Let's create a healthy work culture
    - Being an upstander and don't get sidelined
    - Managers' Role
  - Sexual Harassment Training

Changed email system to gmail

- ❖ Research for a better Accounting System to fit for CoH (Xero, Blackbaud, Abila...etc)
  - ➤ Temporary Accounting System (QBO)
    - Reduce 50% paper waste
    - Research deposit data and spending
    - Up-to-date financial information
    - Cash flow forecasting
    - Issue 1099s
  - ➤ System Requirements
    - Cloud-based
    - Easy to use for Non accountants
    - Affordable for CoH

CONFIDENTIAL

COH01502356

- ■ Easy cost allocation system ( Direct, indirect, and overhead costs)
- ■ Integrable with payroll, Expensify, Bill.com
- ■ Timesheets
- ■ Audit Log
- ■ Management reports for Board Meeting
- ■ Budget Report

❖ Integrated payroll system
  - ➤ Employee Self Service ( Pay History, Paystubs & W2)
  - ➤ Timesheet (tracking vacation and sick time)
  - ➤ Update employee information - new address; emergency contact; personal email

Updated and expanded Volunteer Manual, and turned it into COH manual

# PART TWO: WORKPLAN

*Each section should review work plan quarterly*

# HOUSING JUSTICE WORK PLAN 2021

## *Systemic Change*

*Ensure systemic change work is directed by People Experiencing Homelessness*

| Housing Authority Goals for 2021 |
| --- |
| Ensure that we get a preference for homeless people including those living in SRO's. This would entail engaging in ACOP process, recon assemblies, mobilizing for hearings. |

| Homeless Prevention Goals for 2021 |
| --- |

COH01502357

Develop OCOH recommendations for prevention for use of funds.

Do solidarity work with Housing Rights Committee to ensure contract language is implemented, and pr address racial disparities in evictions.

Ensure issues with Section 8, transfers are addressed

Ensure the social services are not sharing information with property management that would lead to ev

Fight for homeless prevention rental assistance and utilities assistance dollars to avoid people becomi

Ensure cultural and household type competency of property management funded by city.  Ensure rules up for evictions for petty issues.

| Equitable Housing Goals for 2021 |
| --- |
| Ensure vacant units are filled in a timely manner - keep vacancies to less than 30 days. |
| Need to fight for a fair coordinated entry process that is more transparent and equitable.  Checklist tha the process.   Ensure community carve-outs.  Ensure a peer system that supports people throughout t |

| City Funded Housing Goals for 2021 |
| --- |
| Fight for more than 400 subsidies through the city budget process.  Make sure we win city dollars on t |
| Ensure permanent housing listens to voices of tenants and addresses housing quality and other issue |
| Continue supporting the 30 now campaign to ensure that people are only paying 30% of their income o |
| Ensure any unallocated ERAF dollars are allocated for housing and services. |

CONFIDENTIAL

Take advantage of the real estate market and identify hotels and empty new buildings that could be pu singles.

Ensure housing for those outside of SIP hotels.

| Employment Goals for 2021 |
|---|
| Create job opportunities for people of color and people with lived experience with poverty and homeles to meet unhoused people where they are at. |

| Prop C Our City Our Home Goals for 2021 |
|---|
| Since we won the court case, the funds have been released and we want to ensure funding is centered on what unhoused people envision the best use of funds. |
| Have the legal team switch gears from winning lawsuit to protecting measure and making sure funds are used appropriately. |
| Continue to staff the Our City Our Home Coalition |
| Incorporate voice and leadership of homeless youth, families and underserved communities in the OCOH funding decisions. <br><br> **Ensure** recommendations and findings from Needs Assessment "Revolving Door" are implemented. / |
| Hold public officials accountable to the vision of Prop C through a variety of tactics. <br><br> Make sure that unhoused people have power within the decision making processes of the OCOH oversight body. |
| Ensure that Prop C funds are used to acquire permanent housing for extremely low income people. Ensure that Prop C funds take advantage of the current real estate market - putting unhoused people into vacant buildings, hotels and foreclosing units, to both acquire buildings and provide permanent subsidies to rent. |

COH01502359

| Dignified Shelter Goals for 2021 |
|---|
| Implement recommendations on emergency shelter from Revolving Door regarding emergency shelter |
| Fight for Oasis hotel to be acquired or leased to be the permanent emergency shelter for families.  It w accommodations for most of the families, and outdoor play space.  Ensure to continue to have emerge |
| Pass legislation for Shelter Grievance Procedure, get put in place for hotels and shelters. |
| Ensure people in SIP hotels have self determination and housing placements, fill empty hotel rooms w for folks on streets. |

| Building Institutional Power for Unhoused People |
|---|
| **Ensure** Commission is created for DHSH that has seats for unhoused people |
| Ensure inclusion in appointments of formal policy bodies |

| SRO FU Goals for 2021 |
|---|
| **Ensure** access to public housing (preferences) |
| **Ensure** access to Prop C housing either through set aside or preference. |
| **Medium Term 7-12 months / Medio plazo 7-12 meses**<br><br>**Increase** documentation of hotel violations through outreach, addressing fear of reporting and expand **Improved** hotels conditions in at least 75% of the cases we observed |
| **Identify** 3 new buildings to improve conditions |
| **Use the new tool** to ensure Housing Choice Vouchers are distributed equitably. |

## _Building Power for Housing Justice_

| Outreach Goals for 2021 |
| --- |
| Bring racial justice into every campaign, asking with every new issue how this advances racial justice |
| **Update OCOH website** with OCOH successes, what is funded, put links to meetings where people involved oversight.  Need to identify someone OCOH coalition to stay on top of this |
| During COVID - **at least one call each week to members** including SRO and other members, Post COVID return to 6-8 outreaches per week - at least 2 to shelter/drop-ins, and 3 to SRO's, plus 2 to doubled up |
| **Consistently** set outreach dates and times with people assigned.. |
| **Make sure** all shelters and drop ins are hit when they open back up, including parks during summer including Harbor House, Providence, Homeless Prenatal Program and Libraries<br><br>During COVID, keep in contact with staff at hotels and other sites. |
| **Joint outreaches** with Shelter Advocates twice a month when they open up |
| **Continue to intentionally monitor conditions** at Oshun and take action as needed. Bring presentations of our campaigns and updates to them.<br><br>Garner **access to hotel** that replace FF if hotel continues past COVID |
| **Create a standardized form** for keeping track of contact information and what parts of the struggle they would like to get involved with. |
| **Continue and increase** racial diversity in the folks who do outreach |
| **Post COVID: Increase** RV and vehicularly housed outreach, including vehicle triage and coordinate with Human Rights to do so |
| During COVID: **Continue reporting** for families in hotels as a way to get information during pandemic.  They were trained as informants to take photos and report back on the building violations. |

COH01502361

During COVID **continue outreach via service providers** that are running hotels, shelters and treatment programs.

| Membership Goals for 2021 |
| --- |
| Create General Outreach Flyer<br><br>Add emails to COH email list |
| **Monthly meals** to invite new members. |
| Continue to **build trust with African American community** through direct communication, events, and more consistent & intentional outreach, building hope |
| **Have one** ticket for each meeting to raffle off at the end of month - higher chances if you come to more meetings.  Prize of gift card. Create raffle tix. |
| **Collaborate with Juneteenth** in the Fillmore - have a table or other ways to join up |
| **Make calls** before every meeting, and send out agendas via email (when sending out notes, include talking points for next week!) |
| **Ensure** meeting facilitation training and rotate facilitation of workgroup meetings with staff and members |
| **Make** sure the ice breaker is ready before meeting by just creating a list for the year with 50 ice breakers. |
| **Include** college students and other allied community members |
| **Have** housing and trauma impact on children workshops for families outside of Free School. |
| Post COVID **Crafternoon** and art builds for a cohesive group. |
| **Training** on as needed base for new interns, Arriba Juntos workers, and volunteers. Review COH manual with all new staff, members and volunteers. |
| **Consistent** participation with 6-8 people with lived experience with homelessness. |
| **Have** all staff and current members recruit one member to attend consistently. |

COH01502362

**Connect** all members on Facebook and Instagram to like the Coalition page which has messaging components.

| Media Goals for 2021 |
| --- |
| **Pitch** 8 stories to different news/media sources, to be televised as well |
| **16 radio** programs a year- 8 non english media stories featuring a variety of voices, 8 english. |
| **12 stories** in Street Sheet |
| **4 op-eds** in Print Media |
| **Ensure media** coverage of all actions |
| **Post to social media** at least once a week (Twitter, Facebook, Instagram). |
| **Posting COH posters/Stickers** around the city, outside of the TL/SOMA. Including SF State, Bayview, North Beach, and BART and MUNI stops. |
| **Capture** video of those affected by homelessness to humanize and bring awareness to issue, including getting support from Policy Director on how to do this and posting on social media |

| Popular Assemblies Goals for 2021 |
| --- |
| **Post COVID: 3 well organized** assemblies per year, planning process ahead of time (at a least a month, having concrete roles and responsibilities) |
| **Volunteer and Membership Appreciation** Day Mid June/July (tba) <br> Dia de las Muertos Late Oct (tba) <br> Dia de las madres Early May (tba) |
| POST COVID table or march as a Coalition at big marches |

COH01502363

| Direct Action Protests Goals for 2021 |
|---|
| 3 Protests we organize ourselves |
| 3 solidarity actions |

| Direct Access to Power Goals for 2021 |
|---|
| **Short term 0-6 months / Corto plazo 0-6 meses**<br>**Meet** with Department of Building Inspection (DBI) at regular task force, introduce 1-2 recommendations they can enforce at code enforcement meetings, and SFHA regarding vouchers and vacant unit access |
| **Request meeting** with Mayor and homeless families (VIDEO how many times Breed ignores us to compile into an archive, and publicize) |
| **Meet** with new Supervisors Melgar and Chan to do orientation |
| **Track** ACOP preferences to ensure homeless people are prioritized including families in SRO's, organize hearings and ensure homelessness is prioritized |
| **POST Covid Set up Meet** monthly with homeless director<br>For budget meet with Mayor's Office On Housing |
| **Meet** with Supervisors 2x during the budget process and ensure homeless people's participation. |

| Public Hearings Goals for 2021 |
|---|
| **On-going / En marcha**<br>**Organize** at least 4 public hearings on budget and other priorities /<br>**Organizar** al menos 4 audiencias públicas sobre el presupuesto y otras prioridades. |

| Ally Development Goals for 2021 |
|---|
| **Continue** ally development with Young Women Freedom, faith communities, homeless providers, schools, neighborhood groups, Causa Justa/Just Cause, SFTU, Carecen, |

COH01502364

Mujeres Unidas, any African American/Black social/political organizations (check into BLM group, TGIJP), formerly incarcerated persons, foodbanks (Dogpatch).

| Leadership Development Goals for 2021 |
| --- |
| Free School post pandemic, get input from members on class topics |
| Ensure members and staff have clear visible arc of organizing work from creating goals to systemic change |
| **Explore SRO** Family Leadership Trainings, and ensure involvement post training. |
| **Utilize the new doubled up position** to build leadership, and participation in social change work among families living doubled up.  Ensure they have access to housing. |
| **Identify audiences and ensure** homeless representation on presentations of findings of OCOH needs assessment. |

| SRO Families United Goals for 2021 |
| --- |
| **Continue** to improve cross neighborhood unity with POs and other staff on campaigns through team buildings work and improved communication. |
| **Unite** SRO FU together via cultural activities like Dia de Las Muertos |
| **Meet** contractual obligations for Units of Service and serve 45 unduplicated clients. |
| **House** families with locally funded Housing Choice Vouchers and provide support over two years.  Do before and after videos to build support - can pre film ahead of time |
| Post COVID:  Attend at least 4 PO trainings |

# HUMAN RIGHTS WORK PLAN 2021

## _Systemic Change_

| Decriminalizing Homelessness |
| --- |

COH01502365

| |
|---|
| Push police to decrease the number of citations given. |
| Halt sweeps and force the city to give proper notice and have temporary stays that lead to permanent housing for all encampments/informal settlements instead of just sweeping to nowhere. |
| Gather statistics and draw attention to police related violence against homeless people. |
| Support city-wide efforts towards overdose prevention/ decriminalization of drugs/users. |
| Increase collaboration with WRAP |

| End Illegal Property Confiscation |
|---|
| Support **Stolen Belongings** which is funded as an independent project |
| Strengthen and add accountability to DPW bag and tag policy, with grievance procedure, community training, community liaison to monitor activity through both legal action and alliance building with Latino Task Force |

| Water and Hygiene Access on the Streets |
|---|
| **Water 4 All Campaign to add 3 new permanent water stations to the TL and e**xpansion of the campaign to across the city in impacted areas, to include water, bathroom, shower, hygiene access |

| Compassionate Alternative Response Team |
|---|
| Move away from police response to homelessness by changing dispatch protocol and creating a peer centered team approach to issues that occur on the street. This will be achieved by implementing recommendations we developed in the report, and staffing a budget-based campaign, paid for by identifying funding cuts from the police budget. |
| Build broad coalition to carry campaign, staffed by human rights, and utilize HRWG for mobilizing, building unhoused base. |

## *Building Power*

COH01502366

| Public Education |
| --- |
| **Fostering Housed Allies**<br>Educate the public to change hearts and minds.<br>Increase work around fostering housed allies.<br>Targeting neighborhood groups for public education and relationship building. |

| Leadership Development and Grassroots Organizing |
| --- |
| Ensure members and staff have clear visible arc of organizing work from creating goals to systemic change |
| Ensure that proactive change is achieved, while not letting regressive attacks on the community go unanswered. |
| Improve clarity in decision making processes<br>     ○ Power sharing that taps into individual strengths and is based in equity<br>     ○ Slowing down to make thoughtful, clear decisions. |
| Increase opportunities for one on ones for retention. |
| Utilize and update volunteer manual. |
| Improve involvement and organizing of LGBTQ POC. |
| Improve language accessibility. |
| Enable access to education and leadership development content at a frequency. |
| Build up the base of membership so we have more people fighting for this cause. |
| Design new Free School, bring in homeless participants via notifying them on outreach. |
| Ensure people with lived experience with poverty and homelessness speak at actions, to media. |

CONFIDENTIAL

| |
|---|
| Bring racial justice into every campaign, asking with every new issue how this advances racial justice |
| Ensure a variety of ways to get involved. |
| Have sign in sheets and capture homeless people's information on outreach, add to monkey mailer and ensure they are notified when action is taking place and other ways of getting involved. |
| Quarterly trainings: direct action, facilitation, outreach, etc. |
| Fundraising specifically for incentive/compensation for unhoused people who want to take on larger roles. |

| Media and Communication Plan |
|---|
| Apply the international framework of internally displaced persons to use in our talking points and media work, including interacting with neighborhood groups. |
| Ensure up to date facts around homelessness |
| Story telling - pair homeless people with writers to include voices in *Street Sheet* |
| Work with Bayview newspaper, Vanishing SF, Mission Local and 48 Hills to get media out there. |
| Publish 4 op-eds |
| Receive extensive coverage in print, radio, TV, public press, Examiner, Chronicle, and Mission Local.  Maintain current relationships and monitor new outlets that pop us such as Heresay Media because may have problematic messaging. |
| Pitch and/or write press release at least one story per month to media |
| Create 6 video clips a year |
| Respond to media requests with humanizing and on-point messaging |
| Create 10 memes |
| Make sure there is at least one Human Rights story in every *Street Sheet* |

CONFIDENTIAL

COH01502368

| |
|---|
| Increase Twitter Presence via identifying new tweeters |
| Have list of our handles on email profiles |
| Produce a set number of vibrant social media posts engaging with policy and political issues, according to quarterly targets to connect public with what is happening on streets and to humanize issue. |
| Ensure the experiences of homeless people are broadcasted. |
| Educate the public on how <u>not</u> to call the police. |

| Membership |
|---|
| Expand HRWG to be both remote and physically at Safe Sleep Sites/Villages. Integrate feedback, de residents into HRWG campaigns. |
| Increase participation of unhoused members. |
| Increase diversity of HRWG members to more broadly reflect the unhoused community. |
| Continue to meet remotely as long as it works for the workgroup and supports COVID safety. |

| Direct Actions |
|---|
| Organize 2 COVID safe direct actions |
| Offer at least 2 direct action training. |
| Organize 10 public hearings with a focus on hearings for those campaigns we have a lead on. |
| Organize people to attend key neighborhood meetings when HSOC or other key issues on agenda pertains to unhoused people. |

| Increase Outreach and Outreach Impact |
|---|

COH01502369

| |
|---|
| Continue to develop COVID safe outreach practices. |
| All outreach sign-up to happen online and in workgroup placing in one consistent place. |
| Outreach recording tool that is used to collect stories and contact information. |
| Consistent outreach training including 1:1's with new members. Ensure people have a clear idea of the role of outreach, how it is connected to campaign work, and giving tips such as it really helps to not only introduce yourself but to share things about yourself, and making sure you are listening 70% and only talking 30% of the time. |
| Link outreach more clearly to campaign work. |
| Increase the number and diversity of people doing outreach. |
| Consistent outreach throughout the city: TL, Bayview, Mission, Haight, Castro including streets, shelters, drop ins  and safe sleeping villages. |
| Utilize Slack channel for outreach communication amongst members. |

# STREET SHEET WORK PLAN 2021

| Content and Writing |
|---|
| - Continue to pay writers and artists for submissions, work to build relationships between writers<br>- Increase coverage of Housing Justice organizing and campaigns<br>- Run 5 theme issues - disability, sex work, immigration, shelters, prison etc<br>- Publish news headlines section to catch people up on important developments they may have missed<br>- Get new submissions from every writer we paid last year, and pay 5 new writers this year |

COH01502370

## Podcast

- Record 6-10 new podcast episodes
- Promote COH work by publishing recordings of press release and report releases, panels, workshops etc as podcast episodes
- Do episodes focusing on the work of other organizations we love (St James Infirmary, DOPE Project, TGIJP)

## Vendor Program

*During COVID*
- Continue to support our regular vendors
- Distribute Venmo payments each month
- Be sure to input and update the vendor's information in the computer every time they pick up Street Sheets
- Finish distribution of grant funds
- Put up flyers to alert vendors when the office will be closed

*After COVID*
- Recruit 50 new vendors (flyering neighborhoods, Lava Mae events, asking partner orgs to help refer people to our program)
- Recruit 15 new people to the Venmo program, offer regular trainings on how to use it
- Look for a new distribution site in the Mission or Haight
- Give vendors flyers for our HJ and HR workgroup meetings and events, encourage attendance

## Relationship Building

*Internal*

- Maintain relationships with writers, poets, comics, photographers, etc through listservs, be sure to follow up to thank contributors
- Weekly Street Sheet crew meetings
- Regular check-ins with HJ and HR staff to be sure we're covering relevant issues

CONFIDENTIAL

*External*

- Connect with Hospitality House artists for Street Sheet art
- Bring flyers about paid writing opportunities to other meetings/orgs where homeless people may be
- Offer space for op-eds from folks in partner organizations
- Write and send out op-eds about Street Sheet developments - try to get press coverage of podcast for example
- After COVID return to running Calendar in Street Sheet
- Use theme issues to connect with other orgs (Mi Jente, Bayview, SDA, etc)
- Keep Street Sheet website up to date
- Post regularly on Social Media (Facebook, Twitter, Insta)
- Develop relationships with highschool age unhoused students for stories, perhaps through 826 Valencia in the TL, school newspaper.

**Internship**

- Create an effective internship job description
- set clear hours and clear goals with new interns
- Require interns to attend Street Sheet meetings

# DEVELOPMENT WORK PLAN 2021

40 hours or 1 FTE

**Overall Development Goals**

- Raise total: ***$1,066,633.26***
- *Corporate: $50,000*
  *Individual: **$550,000***
  *Grants: $250,000*
- *Contracts: $156,633.26*

COH01502372

## Grassroots Events

- Virtual replacement for El Rio Salsa Sunday: $1,000 → **Could be a talk, could be a meet and greet of COH staff, could be a happy hour with raffle prizes, COH jeopardy`**
- Virtual replacement for Bocce Fundraiser: $5,000
- Events hosted by community partners i.e. record stores, galleries: $20,000
  - **He Had Wings documentary**
  - **Identify more community partnerships!**
- ArtAuction20: $40,000 → **$50,000**

## Grassroots Campaigns

- Spring Appeal: $20,000
- 5 YR plan sustainer goal of 50 new $35/month sustainers: $21,000
- Winter Appeal: **$50,000**

## Grants

EXPECTED:
- Bright Funds Foundation: $4,000
- Winky Foundation: $1,000
- Unitarian Universalists of SF: $1,500
- The Thomas C. and Mary Ann Hays Family Charitable Trust: $6,000
- Adobe Board Participation Grant: $10,000
- Our City Our Home Project Funding: $50,000 (end FY21~22)

Potential/Tentative:

- Magic Cabinet: $100,000
- San Francisco Foundation: $50,000
- UNSOLICITED GRANTS: $20,000

CONFIDENTIAL

<table>
<tr><td><strong>Other Development</strong></td></tr>
</table>

- Transform COH website so that's it much easier to understand and navigate
- Increase one-on-one engagements with donors via phone and snail mail i.e. "thank you" cards and conversations, updates on our work
- Find Development Training
- Individualized Spring Mailers with hard ask for specific amount.
- Call major donors for every month to thank
- Build on Street Sheet events to raise funds and develop relationships with donors
- Regular Street Sheet Mailing by setting new expectations and timeline for volunteer, support getting to Post Office
- Develop the merchandise plan including a new COH shirt

# ADMINISTRATION WORK PLAN 2021

Keep office supply spending within budget

Expand POs to full time -*ensure additional hours are well utilized by:*
-Create a combined outreach calendar and do outreach together
-Members from each of the groups can participate in outreach
-Documentation of input received outreaches to bring into the campaigns
-Documentation of contact information and areas people want to get involved ie public speaking etc.
-Have staff alongside members to participate in each others workgroups
-Supporting each other when developing campaigns, recommendations and combined work carrying out campaigns.
-Need to have dialogue to understand what everyone's role is as some human rights may not know HJ and visa versa
-Collaboration with advocates is very exciting - were able to do last year and once shelter advocates are cleared to go back into shelter it will happen again.
-Leverage allies that each of the working groups have to lift up all our struggles.
Collaborate on listening sessions with policy makers and unhoused people.

CONFIDENTIAL

Expanding Vendor Coordinator and *, and adding part time doubled up position funded by CCDC.*  Adding 3 paid interns paid for by grant - 1 is from this years and 2 for next year.

Staff Development:
- Midwest Academy Training **Coaching for Organizers**
- Online Preventing Workplace Harassment
  - Definition of Harassment
  - Forms of Harassment
  - Unwelcome Conduct
  - Common Issues
  - Discrimination
  - Retaliation
  - Let's create a healthy work culture
  - Being an upstander and don't get sidelined
  - Managers' Role
- Sexual Harassment Training

Continue Workplace Resources Committee meeting

Improve google drive calendar & have calendar for conference room

- ❖ Research for a better Accounting System to fit for CoH (Xero, Blackbaud, Abila...etc)
  - ➢ Temporary Accounting System (QBO)
    - Reduce 50% paper waste
    - Research deposit data and spending
    - Up-to-date financial information
    - Cash flow forecasting
    - Issue 1099s
  - ➢ System Requirements
    - Cloud-based
    - Easy to use for Non accountants
    - Affordable for CoH
    - Easy cost allocation system ( Direct, indirect, and overhead costs)
    - Integrable with payroll, Expensify, Bill.com
    - Timesheets
    - Audit Log

CONFIDENTIAL

- Management reports for Board Meeting
- Budget Report

Integrated payroll system
- ➤ Employee Self Service ( Pay History, Paystubs & W2)
- ➤ Timesheet (tracking vacation and sick time)
- ➤ Update employee information - new address; emergency contact; personal email

New Copier Machine - our current copier contract is going to end at April

Upgrade conference call system -
- ➤ Polycom Phone
- ➤
- ➤ Zoom with upgrade speakers and mic for MacBook Air

Technology Upgrade
- ➤ New Street Sheet computer
- ➤ Fade-out or replace some old computers
- ➤ Upgrade backup system for office computers

Switch to a new Credit Union
- ➤ The current bank is fading out most of business services
- ➤ Need a bank that is more nonprofit focus

Have at least one internal social event away from the workplace this year. (Maybe another Camping trip)

Renewal CoH insurance policies ( Workers Compensation; Health Benefits; Liabilities)

Finishing for the partition - Revisiting in 2022

For 2021 evaluation/22 work plan has standard formatting for each group to follow by adding three columns to the work plan; Lessons and Challenges/ Successes/Plan for 2022 in order to simplify quarterly reviews.

CONFIDENTIAL

- Set accountability measures to hold ourselves and our colleagues accountable (to ensure egalitarian workloads via ensuring staff follow through on work plans and tasks such as calling unhoused ppl before meetings, and conducting outreach in shelters). This will be achieved by developing a peer performance review and evaluation along with sending lead staff to supervision training.

CONFIDENTIAL