EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman, *pro hac vice*
Vasudha Talla, SBN 316219
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs Coalition on Homelessness,
Sarah Cronk, Joshua Donohoe*

*Additional Counsel Appear on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE;<br><br>Plaintiffs.<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT,<br><br>Defendants. | CASE NO. 4:22-cv-05502-DMR<br><br>**PLAINTIFFS' NOTICE OF FILING REDACTED DOCUMENTS IN CONNECTION WITH OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DKT. 367**<br><br>Re: Dkt. 509 |

# NOTICE

Pursuant to this Court's Order Concerning Omnibus Sealing in Response to ECF No. 388, Dkt. 509, Plaintiffs hereby publicly file the following redacted or unsealed versions of the following documents filed under seal in connection with Plaintiffs' Opposition to Motion for Summary Judgment, Dkt. 367.

| MSJ FILING | | |
|---|---|---|
| **Document** | **Sealing Status** | **Sealing Party** |
| Plaintiff's Opposition to MSJ | Partial redactions as ordered by ECF No. 509 | Plaintiffs |
| Exhibit 14 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 28 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 30 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 35 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 47 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 52 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |

| | | |
|---|---|---|
| Exhibit 53 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 55 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 60 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 61 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 64 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 75 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 76 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 77 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 78 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 79 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 80 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 81 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 82 to Talla Declaration | Partial redactions consistent with those ordered by ECF No. 509 | Defendants |

| | | |
|---|---|---|
| Exhibit 83 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 87 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 96 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 98 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 101 to Talla Declaration | Unseal document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509* | |
| Exhibit 102 to Talla Declaration | Unseal document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509* | |
| Exhibit 103 to Talla Declaration | Unseal document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509* | |
| Exhibit 104 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 105 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 107 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants |
| Exhibit 114 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |

| | | |
|---|---|---|
| Exhibit 115 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 116 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 117 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 129 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 131 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 142 to Talla Declaration | Partial redactions as ordered by and consistent with those ordered by ECF No. 509 | Defendants |
| Exhibit 143 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | Defendants |
| Exhibit 144 to Talla Declaration | Unseal entire document since request to seal withdrawn in connection with preparing Proposed Order for ECF No. 509 | |
| Exhibit 145 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Plaintiffs |
| Exhibit 146 to Talla Declaration | Partial redactions as ordered by ECF No. 509 | Defendants; Plaintiffs |

Please note that Exhibits 101, 102, and 103 to the Declaration of Vasudha Talla have redactions corresponding to material withheld on the basis of attorney work product and attorney-client communication privileges.

Dated: October 20, 2025

Respectfully submitted,

By: */s/ Vasudha Talla*

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Zoe Salzman, *pro hac vice*
Vasudha Talla (SBN 316219)
Vivake Prasad, *pro hac vice*
Bianca Herlitz-Ferguson, *pro hac vice*
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000
zsalzman@ecbawm.com
vtalla@ecbawm.com
vprasad@ecbawm.com
bherlitz-ferguson@ecbawm.com

*Attorneys for Plaintiffs*
*Coalition on Homelessness, Sarah Cronk, Joshua Donohoe*