# EXHIBIT 52

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

