# EXHIBIT 53

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment


EXHIBIT 214
PLTF.
DEFT.
WITNESS J. Reem
CONSISTING OF 8 PAGES
DATE 2-27-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.


2 HOUR PARKING
8AM TO 6PM
MON THRU FRI


SMILE


SMILE
ART
AUCTION
THE CHANGING FACE OF POWER


ROYAL


ROYAL

SR# 2865876

PROPERTY RECEIPT FORM
San Francisco Police Department

| RECEIVED FROM | DATE | CASE NUMBER |
|---|---|---|
| JAMES REEM | 1-25-24 | 240054079 |

ITEM(S)

1. TARR
2.
3.
4.

8.
9.
10.
11.

| OFFICER ACCEPTING PROPERTY (SIGNATURE) | WITNESS (SIGNATURE) | RECEIVED FROM (SIGNATURE) |
|---|---|---|
| Young #2485 | TIEW #1086 | [signature] |

SFPD-315 (REV.06/99)

PROPERTY RECEIPT FORM
San Francisco Police Department

| RECEIVED FROM | DATE | CASE NUMBER |
|---|---|---|
| JAMES REEM | 1-25-24 | 240054039 |

SR # 2865876

ITEM(S)

1. TARP
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.

OFFICER ACCEPTING PROPERTY (SIGNATURE) Young #2485

WITNESS (SIGNATURE) Tran #1056

RECEIVED FROM (SIGNATURE) [signature]

SFPD-315 (REV.06/99)

---

SAN FRANCISCO POLICE DEPARTMENT
CITY AND COUNTY OF SAN FRANCISCO

# NOTICE TO APPEAR

024350001

☐ Traffic ☐ Infraction ☒ Misdemeanor
☒ Nontraffic ☐ Felony (Juvenile, PER 626(c) W&I) ☒ Pedestrian ☐ Bicyclist

DATE OF VIOLATION: 1/25/24 TIME: 0936 DAY OF WEEK: S M T W (TH) F S INCIDENT NO.: 240 054 039

NAME (First, Middle, Last): JAMES JULIAN REEM ☐ OWNER'S RESPONSIBILITY (Veh. Code, § 40001)

MAILING ADDRESS: 391 ELLIS ST PHONE NO.: ( )

CITY: SAN FRANCISCO STATE: CA ZIP CODE: 94102 JUVENILE (PHONE NO.) ( )

DRIVER LICENSE NO.: [redacted] STATE: CA CLASS COMMERCIAL ☐ YES ☐ NO AGE: 58 BIRTH DATE: [redacted]

SEX: M HAIR: GRY EYES: BRN HEIGHT: 5'10 WEIGHT: 225 RACE: W S.F. NO. or X NO.: [redacted]

VEH. LIC. NO./VIN STATE MO YR

YR. of VEH. MAKE MODEL BODY STYLE COLOR ☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b)) ☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

EVIDENCE OF FINANCIAL RESPONSIBILITY

REGISTERED OWNER OR LESSEE ☐ SAME AS DRIVER

ADDRESS ☐ SAME AS DRIVER

CITY STATE ZIP CODE

PEDESTRIAN

CORRECTABLE VIOLATION (Veh. Code, § 40610) YES NO CODE AND SECTION ☐ BOOKING REQUIRED (See Reverse) DESCRIPTION MISDEMEANOR OR INFRACTION (Circle)

☐ ☒ 647(e) PC - ILLEGAL LODGING (M) I

☐ ☐ M I

☐ ☐ M I

SPEED APPROX. P.F./MAX SPEED VEH. LMT RADAR ☐ CONTINUATION FORM ISSUED

LOCATION OF VIOLATION(S) at FELL ST / LYON ST SCHOOL

M.A.C. JUV. NO.

☐ VIOLATION(S) NOT COMMITTED IN MY PRESENCE, DECLARED ON INFORMATION AND BELIEF
I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

Young — ARRESTING OR CITING OFFICER — ISSUING AGENCY IF NOT SFPD — 2485 STAR — 3X71 ISSUING UNIT

1/25/24 DATE — NAME OF ARRESTING OFFICER IF DIFFERENT FROM CITING OFFICER — STAR — ISSUING UNIT

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

X SIGNATURE [signature]

WHEN:
☐ ON OR BEFORE THIS DATE
☒ DAY: TUES DATE: 2/20/24 TIME: 0800

WHAT TO DO: Follow the instructions on the reverse.

WHERE: www.sfsuperiorcourt.org
☐ Traffic/Nontraffic - Infraction Division - 850 Bryant St., Room 145, San Francisco, CA 94103 (415) 551-8550
☒ Criminal Division - SF Superior Court - 850 Bryant St., Room 075, San Francisco, CA 94103 (415) 551-0651
☐ Juvenile Justice Center - 375 Woodside Ave., Room 246, San Francisco, CA 94127 (415) 682-5103

☐ TO BE NOTIFIED ☐ YOU MAY ARRANGE WITH THE CLERK TO APPEAR AT A NIGHT SESSION OF THE COURT.

COURT COPY

SEE REVERSE TR-130

Notice To Appear Form approved by the Judicial Council of California
Rev. 08/25/15 (Veh. Code §§ 40500(b), 40513(b), 40522, 40600; Penal Code § 853.9)

3800-10 (07/15)

* 0 2 4 3 5 0 0 0 1 *

NOTICE TO APPEAR
CITY AND COUNTY OF SAN FRANCISCO

8