# EXHIBIT 55

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

CCSF-COH_415751

From:
To: (owner)
I have not heard yet, reaching out again

| Participant | Delivered | Read | Opened |
|---|---|---|---|
|  |  | 11/1/2023 12:13:29 PM(UTC-7) |  |

Status: Read

11/1/2023 12:04:23 PM(UTC-7)



From:
To: (owner)
Liked "I have not heard yet, reaching out again"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
|  |  | 11/1/2023 12:13:29 PM(UTC-7) |  |

Status: Read

11/1/2023 12:04:58 PM(UTC-7)



From:
To: (owner)
We are out of clean trucks for Baggin tag. Is there a truck that could go to 301 Ellis and meet with SFPD and Hot to secure that couples belongings so they can go into Shelter. Otherwise I can standby and wait for a swing crew

| Participant | Delivered | Read | Opened |
|---|---|---|---|
|  |  | 11/1/2023 12:50:15 PM(UTC-7) |  |

Status: Read

11/1/2023 12:44:58 PM(UTC-7)



From: Mike Meaza
To: (owner)
Khaled, do you have someone who can do this?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
|  |  | 11/1/2023 12:50:15 PM(UTC-7) |  |

Status: Read

11/1/2023 12:46:01 PM(UTC-7)

EXHIBIT 1020   PLTF / DEFT.
WITNESS K. Shehadeh
CONSISTING OF 5 PAGES
DATE 1-13-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

HIGHLY CONFIDENTIAL- ATTORNEYS EYES ONLY

3855

CCSF-COH_415752



**Message 1 (Blue, from Mike Meaza):**
Calling the radio room
Status: Read
11/1/2023 12:49:24 PM(UTC-7)
Read: 11/1/2023 12:50:15 PM(UTC-7)

**Message 2 (Green, from owner):**
We can't be at at 2 locations at the same time
Status: Sent
11/1/2023 12:50:46 PM(UTC-7)

**Message 3 (Blue, from Mike Meaza):**
Liked "We can't be at at 2 locations at the same time"
Status: Read
11/1/2023 12:51:21 PM(UTC-7)
Read: 11/1/2023 12:51:22 PM(UTC-7)

**Message 4 (Green, from owner):**
To my knowledge hot has to provide a storage for them
Status: Sent
11/1/2023 12:52:05 PM(UTC-7)

**Message 5 (Green, from owner):**
That's not bag and tag if they are going to shelter
Status: Sent
11/1/2023 12:52:16 PM(UTC-7)

**HIGHLY CONFIDENTIAL- ATTORNEYS EYES ONLY**

3856

CCSF-COH_415753

**From:** ▮ Mike Meaza
**To:** ▮ (owner)

I defer to your policy at dpw

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮ | | 11/1/2023 12:52:35 PM(UTC-7) | |

Status: Read

11/1/2023 12:52:34 PM(UTC-7)



**From:** ▮
**To:** ▮ (owner)

From Taylor, 2 referrals

Attachments:

Title: IMG_6184.heic
Size: 2771332
File name: ~/Library/SMS/Attachments/1f/15/B35D6B29-6892-4A56-BBF5-1EA4CD47BE55/IMG_6184.heic
Path: https://p23-content.icloud.com/MBB3D015B566D4E214D1F0FE1A09DBB19BFA863DCD69384134D32B76DC58F0905.C01USN00
~/Library/SMS/Attachments/1f/15/B35D6B29-6892-4A56-BBF5-1EA4CD47BE55/IMG_6184.heic

Title: IMG_6185.heic
Size: 2056912
File name: ~/Library/SMS/Attachments/ac/12/E9DA3A6B-459F-4404-B711-672530582CD9/IMG_6185.heic
Path: https://p31-content.icloud.com/MBB3D015B566D4E214D1F0FE1A09DBB19BFA863DCD69384134D32B76DC58F0905.C01USN00
~/Library/SMS/Attachments/ac/12/E9DA3A6B-459F-4404-B711-672530582CD9/IMG_6185.heic

Title: IMG_6186.heic
Size: 1560767
File name: ~/Library/SMS/Attachments/65/05/B38F95D7-D781-486E-9C83-9BA66D308C23/IMG_6186.heic
Path: https://p35-content.icloud.com/MBB3D015B566D4E214D1F0FE1A09DBB19BFA863DCD69384134D32B76DC58F0905.C01USN00
~/Library/SMS/Attachments/65/05/B38F95D7-D781-486E-9C83-9BA66D308C23/IMG_6186.heic

Title: IMG_6187.heic
Size: 2195291
File name: ~/Library/SMS/Attachments/bd/13/75C0CDBF-12EC-4271-930B-EC3071F12220/IMG_6187.heic
Path: https://p37-content.icloud.com/MBB3D015B566D4E214D1F0FE1A09DBB19BFA863DCD69384134D32B76DC58F0905.C01USN00
~/Library/SMS/Attachments/bd/13/75C0CDBF-12EC-4271-930B-EC3071F12220/IMG_6187.heic

Title: IMG_6188.heic
Size: 742243
File name: ~/Library/SMS/Attachments/62/02/375D3275-A929-4A97-BA4F-D3BEB1D88BDD/IMG_6188.heic
Path: https://p25-content.icloud.com/MBB3D015B566D4E214D1F0FE1A09DBB19BFA863DCD69384134D32B76DC58F0905.C01USN00
~/Library/SMS/Attachments/62/02/375D3275-A929-4A97-BA4F-D3BEB1D88BDD/IMG_6188.heic

Title: IMG_6189.heic
Size: 630930

HIGHLY CONFIDENTIAL- ATTORNEYS EYES ONLY

3857

<a>
<b>

</b>
</a>

<c>

CCSF-COH_415754



Message 1 (blue, received):
File name: ~/Library/SMS/Attachments/cd/13/95EB99E0-3B2B-43E1-9EB3-02955A5181B9/IMG_6189.heic
Path: https://p35-content.icloud.com/MBB3D015B566D4E214D1F0FE1A09DBB19BFA863DCD69384134D32B76DC58F0905.C01USN00
~/Library/SMS/Attachments/cd/13/95EB99E0-3B2B-43E1-9EB3-02955A5181B9/IMG_6189.heic

Title: IMG_6190.heic
Size: 2233238
File name: ~/Library/SMS/Attachments/9c/12/61F48812-C44A-4386-AE92-03E9AA3214A0/IMG_6190.heic
Path: https://p23-content.icloud.com/MBB3D015B566D4E214D1F0FE1A09DBB19BFA863DCD69384134D32B76DC58F0905.C01USN00
~/Library/SMS/Attachments/9c/12/61F48812-C44A-4386-AE92-03E9AA3214A0/IMG_6190.heic

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +█████████ | | 11/1/2023 12:52:43 PM(UTC-7) | |

Status: Read

11/1/2023 12:52:37 PM(UTC-7)



From: ████████ (owner)
Go ahead
Status: Sent

11/1/2023 12:52:42 PM(UTC-7)

From: ████████ (owner)
That's not bag and tag if they go to shelter
Status: Sent

11/1/2023 12:53:06 PM(UTC-7)



From: +████████ Mike Meaza
To: +████████ (owner)
Copy that

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +█████████ | | 11/1/2023 12:53:12 PM(UTC-7) | |

Status: Read

11/1/2023 12:53:12 PM(UTC-7)

HIGHLY CONFIDENTIAL- ATTORNEYS EYES ONLY



From: (owner)
Hot
Has to provide storage for them
It has been don't before
Status: Sent
11/1/2023 12:53:38 PM(UTC-7)

CCSF-COH_415755



From: (owner)
When I was in the Bayview
Status: Sent
11/1/2023 12:53:52 PM(UTC-7)



From: Mike Meaza
To: (owner)
They don't do that anymore

| Participant | Delivered | Read | Opened |
|---|---|---|---|
|  |  | 11/1/2023 12:53:58 PM(UTC-7) |  |

Status: Read
11/1/2023 12:53:57 PM(UTC-7)

From: (owner)
Sorry
Status: Sent
11/1/2023 12:54:23 PM(UTC-7)



From: Mike Meaza
To: (owner)
Liked "Sorry"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
|  |  | 11/1/2023 1:43:38 PM(UTC-7) |  |

Status: Read
11/1/2023 12:54:29 PM(UTC-7)

HIGHLY CONFIDENTIAL- ATTORNEYS EYES ONLY

3859