# EXHIBIT 60

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# San Francisco Police Department
## INCIDENT REPORT

**Report Type:** Initial  
**240235063**

### INCIDENT

| Field | Value |
|---|---|
| Incident Number | 240-235-063 |
| Occurrence From Date / Time | 04/15/2024 09:48 |
| Occurrence To Date / Time | |
| Reported Date / Time | 04/15/2024 09:48 |
| CAD Number | 241060891 |

**Type of Incident:** LODGING WITHOUT PERMISSION 27199  OBSTRUCTIONS ON STREETS, SIDEWALKS 30080  
Retail Theft? ☐

**Location of Occurrence:** 100 WILLOW ST  
**At Intersection with/Premise Type:** POIK ST / SIDEWALK  
**District:** NORTHERN

| Confidential Report? ☐ | Arrest Made? ☑ | Suspect Known? ☐ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit 3X208 |

**Location Sent / On View:** 100 WILLOW ST  
**At Intersection with:** POLK ST  
**Reporting District:** NORTHERN

| Crime and Clearance Status | Reported to Bureau | Name | Star | Date/Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |
|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | |

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04? N/A

### OFFICER DECLARATION

I declare under penalty of perjury, this report of **3** pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.  
**PROP 115 CERTIFIED**  5 Year/Post

| Role | Name | Star | Station | Watch | Date |
|---|---|---|---|---|---|
| Reporting Officer | YOUNG, WAYMAN W | 100 | FOB-Patrol Division | 0600-1600 | 04/15/24 18:18 |
| Reviewing Officer | YOUNG, WAYMAN W | 100 | FOB-Patrol Division | 0600-1600 | 04/15/24 18:18 |
| OIC | YOUNG, WAYMAN W | 100 | FOB-Patrol Division | 0600-1600 | 04/15/24 18:18 |

| Related Case | Related Case | Re-assigned to Copies to 3*300 | Assigned to 3*300 Add'l Copies | Assigned by WY 100 |
|---|---|---|---|---|
| -- | -- | | | |

### CITED 1

[redacted]

| SFNO | J/D# (if Juvi) | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number |
|---|---|---|---|---|
| | | | | |

**Booking Charge(s):**  **Booking Location:**  
**Warrant #:**  **Court#:**  **Action#:**  **Dept#:**  **Enroute to:**  
**Warrant Violation(s):**  **Bail ($):**

| Citation# | Violation(s) | Appear Date/time | Location of Appearance |
|---|---|---|---|
| 025600514 | 647(e) PC, 22(a) MPC | 05/10/2024 09:00 | 850 Bryant St. Rm 101 |

| CA Form Booked Copy Attached ☐ | Mirandized: Star ☐ | Date Time | CWB Check ZENG | Star 98 |

| Book/Cite Approval | Star | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | Statement ☐ |
|---|---|---|---|---|---|
| LT. YOUNG | 100 | | | | |

**Other Information:** Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos  
UNHOUSED PERSON. FREQUENTS [redacted] [redacted] PROVIDED BY SUBJECT IS GENERAL DELIVERY MAIL WHERE HE GETS HIS MAIL.

| Interpreter Needed ☑ | Language Spanish | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# Tiffer, Alejandro (Star # 577) |

---

**EXHIBIT** 1040  
**WITNESS** W. Young  
**CONSISTING OF** 3 **PAGES**  
**DATE** 1-23-2025  
(PLTF.) ☑ DEFT. ☐  
BEHMKE REPORTING AND VIDEO SERVICES, INC.

**Incident# 240235063**  
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  
Page 1 of 3 (v7/21)  
CCSF-COH 262661

# San Francisco Police Department
## INCIDENT REPORT

Report Type: Initial

240235063

| PROPERTY | | Code/No | Item Description | | | | Brand | Model | |
|---|---|---|---|---|---|---|---|---|---|
| | B W C 1 | BWC 1 | BWC VIDEO | | | | | | |
| | | Serial No. | | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | Seized by (Star) | | | From Where | | | | |
| | | Additional Description/Identifying Numbers | | | | | | | |

Incident# 240235063

Page 2 of 3 (v7/21)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CCSF-COH_262662

San Francisco Police Department
**INCIDENT REPORT**

Report Type: **Initial**

240235063

## NARRATIVE

On the above date and time, I responded to the 100 block of Willow St. I observed a blue tent on the north sidewalk, mid-block, completely blocking the entire sidewalk (see attached uploaded photo to this report). Prior to engaging with the occupant inside the tent, I confirmed with Dispatch Supervisor Heather Grives, who advised me there were three shelter space available at the Bayview Navigation Center.

I activated my body worn camera and walked up to the tent, identified myself as a police officer, and requested for the occupant to step out and speak with me. A male, who later identified himself as, (C1) ▇▇ ▇▇ stepped out of the tent. I recognized ▇▇ from numerous past encounters on the 100 block of Willow St., where ▇▇ will always refuse shelter, leave the area, and once officer's leaves, ▇▇ will immediately come right back and set up his tent and block the entire sidewalk.

On today's incident, with the assistance of Off. Tiffer #577, who translated to ▇▇ in Spanish, I offered ▇▇ shelter again. ▇▇ refused my offer of shelter. Due to the fact ▇▇ had been given numerous opportunities in the past to accept shelter, his refusal today to accept shelter, I determined ▇▇ to be voluntarily homeless and as a last resort, I placed ▇▇ under arrest for 647(e) (Illegal lodging and for 22(a) MPC (obstruction of sidewalk) and handcuffed him.

▇▇ only verbally provided me with his name and date of birth but could not provide any form of documented identification. Off. Tiffer #577 ran a computer history check on ▇▇ in an effort to positively identify him with negative results, therefore I could not cite and release ▇▇ on scene.

3X77, Off. Villarin #2355 and Off. Joseph #720, arrived on scene and transported ▇▇ to County Jail, where the Sheriff's attempted to identify ▇▇ using the fingerprint machine with negative results. The Sheriff's took photos of ▇▇ and placed him into the San Francisco Mugshot database. I called CWB, Zeng #98, to check for warrants with negative results. Off. Wong issued ▇▇ a Misdemeanor citation for the above listed charges and released ▇▇ at County Jail with a copy of his citation.

Off. Wong #309 issued ▇▇ a property receipt (photo uploaded to this report) for his tent. I took one photo of ▇▇ tent which is uploaded to this report. I notified DPW for a "bag and tag" of ▇▇ tent and property and DPW later arrived on scene and provided me DPW SR number 2254781. It should be noted DPW advised me ▇▇ tent and items were "soiled" and that they would be discarding his property.