# EXHIBIT 61

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# INCIDENT REPORT

**Report Type:** Initial  
**240054039**

## INCIDENT

| Incident Number | Occurrence From Date / Time | Occurrence To Date / Time | Reported Date / Time | CAD Number |
|---|---|---|---|---|
| 240-054-039 | 01/25/2024  09:26 | | 01/25/2024  09:26 | 240250885 |

**Type of Incident:** LODGING WITHOUT PERMISSION 27199  
**Retail Theft?** ☐

| Location of Occurrence: | At Intersection with/Premise Type | District |
|---|---|---|
| FELL ST | LYON ST / SIDEWALK | PARK |

| Confidential Report? ☐ | Arrest Made? ☑ | Suspect Known? ☐ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit: 3X71 |

| Location Sent / On View: | At Intersection with | Reporting District |
|---|---|---|
| FELL ST | LYON ST | PARK |

| Crime and Clearance Status: 6 | Reported to Bureau Name | Star | Date/ Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04? N/A

## OFFICER DECLARATION

I declare under penalty of perjury, this report of **3** pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

**PROP 115 CERTIFIED** — 5 Year/Post

| | Star | Station | Watch | Date |
|---|---|---|---|---|
| Reporting Officer: YOUNG, ANDREW E | 2485 | FOB-Patrol Division | 0600-1600 | 01/25/24 18:10 |
| Reviewing Officer: YOUNG, WAYMAN W | 100 | FOB-Patrol Division | 0600-1600 | 01/25/24 18:10 |
| OIC: YOUNG, WAYMAN W | 100 | FOB-Patrol Division | 0600-1600 | 01/25/24 18:10 |

| Related Case | Related Case | Re-assigned to / Copies to 3*300 | Assigned to 3*300 / Add'l Copies | Assigned by AY 2485 |
|---|---|---|---|---|
| -- | -- | | | |

## R/WITNESS

| Code | Name (Last, First Middle) | Alias | Email |
|---|---|---|---|
| 1 R/W 1 | SFPD 2485, SFPD 472 SFPD 1086 | | |

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| DOB / Age | DOB Unk. ☐ | or age between and | Race | Sex | Height | Weight | Hair Color | Eye Color | ID Type | Jurisd. | ID No. |

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☐ | Statement YES ☐ | Relationship to Subject |

| School (if Juvenile) | Injury/Treatment: NONE | Other Information/If Interpreter Needed Specify Language: SAN FRANCISCO POLICE DEPARTMENT OFFICERS |

| Interpreter Needed ☐ | Language | Language Description (if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |

---

EXHIBIT 1041 (PLTF.)  
WITNESS W. Young  
CONSISTING OF 3 PAGES  
DATE 1-23-2025  
BEHMKE REPORTING AND VIDEO SERVICES, INC.

Incident# 240054039                                    Page 1 of 3

| Report Type: **Initial** | **INCIDENT REPORT** | 240054039 |

**CITED 1**

[REDACTED]

| Booking Charge(s) | Booking Location |
|---|---|
| | |

| Warrant # | Court# | Action# | Dept# | Enroute to |
|---|---|---|---|---|
| | | | | |

| Warrant Violation(s) | Bail ($) |
|---|---|
| | |

| Citation# | Violation(s) | Appear Date/time | Location of Appearance |
|---|---|---|---|
| 024350001 | 647(e) PC | 02/20/2024 08:00 | 850 BRYANT ST, ROOM 475 |

| ☐ CA Form Booked Copy Attached | Mirandized: Star ☐ | Date Time | CWB Check ANDREA | Star 33 |
|---|---|---|---|---|

| Book/Cite Approval LT. YOUNG | Star 100 | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | Statement ☐ |
|---|---|---|---|---|---|

Other Information: Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos
TRANSIENT - FREQUENTS FELL STREET BETWEEN LYON ST AND BAKER ST. LSW: BLACK BEANIE, BROWN JACKET, BLACK SHIRT, BROWN PANTS, AND BLACK SHOES.

| Interpreter Needed ☐ | Language | Language Description (if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

**PROPERTY E1**

| Code/No EVD 1 | Item Description FORMS | | | Brand | Model |
|---|---|---|---|---|---|
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity 1 | Value |

| Seized by (Star) 2485 | From Where FELL ST/ BAKER ST (FELL ST/ BAKER ST) |
|---|---|

Additional Description/Identifying Numbers
COPY OF PROPERTY RECEIPT Submitted at: F - Park

**PROPERTY BWC 1**

| Code/No BWC 1 | Item Description BWC FOOTAGE | | | Brand AXON | Model BODY 3 |
|---|---|---|---|---|---|
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity 4 | Value |

| Seized by (Star) 2485 | From Where EVIDENCE.COM |
|---|---|

Additional Description/Identifying Numbers
BWC FOOTAGE BY LT. YOUNG #100, OFC. YOUNG #2485/A22163, OFC. TIEN #1086/A22279, AND OFC. VILLENA #472/A23242. BWC FOOTAGE UPLOADED TO EVIDENCE.COM.

Report Type: Initial                    **INCIDENT REPORT**                    240054039

## NARRATIVE

On January 25, 2024 at approximately 0926 hours, Officer Tien #1086, Officer Villena #472, and I were in full police uniform and driving a marked police vehicle as Unit 3X71. We were on assignment as Homeless Outreach Officers, part of the Healthy Streets Operation Center (HSOC) unit, directly addressing homeless quality of life issues and connecting homeless individuals with city services. We were directed to the area of Fell Street between Lyon Street and Baker Street to address multiple encampments.

Lieutenant Young #100 with us to assist with our outreach efforts. Lieutenant Young, Officer Tien, Officer Villena, and I were wearing and activated our department issued body worn cameras. (BWC1) BWC Footage is available on Evidence.com.

Lieutenant Young, Officer Tien, Officer Villena, and I approached a large structure on Fell Street, just east of Lyon Street on the north sidewalk. The structure was covered by a large tarp that was being utilized as a roof. We asked the tent's sole occupant to exit the structure so we could speak with them. I recognized the tent's owner from numerous prior police contacts during encampment resolutions as (C1) ▮▮▮ and later positively identified ▮▮ via SFMug. ▮▮ was advised numerous times during prior encampment resolutions to not re-encamp on Fell Street between Lyon Street and Baker Street as ▮▮ consistently refuses offers of shelter. Today, Lieutenant Young again offered ▮▮ shelter at the Bayview Navigation Center. ▮▮ refused Lieutenant Young's offer of shelter, making ▮▮ voluntarily homeless.

▮▮ was advised that if he refused shelter, he would be in violation of 647(e) PC (illegal lodging) and would be cited. ▮▮ again refused shelter and Lieutenant Young placed ▮▮ under arrest for 647(e) PC. Officer Villena placed ▮▮ in handcuffs, checked for the proper degree of tightness, and double locked the handcuffs.

I contacted Andrea #33 at the Central Warrants Bureau who confirmed ▮▮ did not have any outstanding wants or warrants. With the approval of Lieutenant Young, I cited ▮▮ for the violation of 647(e) PC. ▮▮ signed the citation in my presence and provided a thumb print on the reverse side of the citation. ▮▮ signed a (E1) Forms - Property Receipt for his tarp and I provided ▮▮ with the property receipt. ▮▮ relinquished custody of his tarp to me.

I requested DPW Employee #43100289 to take custody of the tarp and book the tent under the listed case number and SR# 2865876. DPW informed me that the tarp was soiled, and they were unable to bag and tag the tent. DPW disposed of the tarp.