# EXHIBIT 75

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| **From:** | Bruce, Kenny (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b288eb16927944cb9a9d51a66f702eda-Kenny Bruce] |
| **Sent:** | 4/24/2022 4:54:30 PM |
| **To:** | McDaniels, Christopher (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d7f816aaf04b48e2b1ff6c856726bcf1-Christopher]; Frohm, Darlene (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed1b645349e74dd183eaa44fbf6d6992-Darlene Fro]; Durden, DiJaida (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=982f41969d504c19aa6c4683af387ed3-DiJaida Durden] |
| **CC:** | Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing]; Dilworth, Darryl (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=235eaac194f046d9b41aac55bbdd2971-Darryl Dilworth] |
| **Subject:** | FW: Arnie Romero Incident report |
| **Attachments:** | ARNIE ROMERO INCIDENT REPORT _21-04-2022.pdf |

More details about last week Security issues, incident, SR#2642411.

Thanks.

**Kenneth J. Bruce Sr.**
Assistant Superintendent BSES Operations

**SAN FRANCISCO PUBLIC WORKS**

Bureau Street Enviromental Services | San Francisco Public Works | City and County of San Francisco
Cesar Chavez St | San Francisco, CA 94124 | (415) 695-2036 |    sfpublicworks.org · twitter.com/sfpublicworks

**From:** Duong, Steven (DPW) <Steven.Duong@sfdpw.org>
**Sent:** Thursday, April 21, 2022 2:48 PM
**To:** Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>
**Cc:** Banks, Chris (DPW) <Chris.Banks@sfdpw.org>; Leonardo, Abelardo (DPW) <Abelardo.leonardo@sfdpw.org>
**Subject:** FW: Arnie Romero Incident report

Thank you, Chris!

Hi Kenny,

Please see attachment for the truck driver, Arnie Romero's incident report for Monday, 4/18/2022 regarding his encounter with a homeless man who was trespassing in the Operations yard that night.  Please let us know if you have any further questions or further action needed.  Thank you.

Regards, Steve

**From:** Banks, Chris (DPW) <Chris.Banks@sfdpw.org>
**Sent:** Thursday, April 21, 2022 2:00 PM
**To:** Duong, Steven (DPW) <Steven.Duong@sfdpw.org>
**Subject:** Arnie Romero Incident report

Steve, Attached is Arnie Romer's Incident Report from the incident that happened on Monday. Thanks -Chris

**Chris Banks**

EXHIBIT 1169
WITNESS E. Garcia
CONSISTING OF 3 PAGES
DATE 2-00-2025
PLTF. DEFT.
BEHMKE REPORTING AND VIDEO SERVICES, INC.

CCSF-COH_102108

Operations Supervisor I

Swing Shift-BSES
San Francisco Public Works
City and County of San Francisco
2323 Cesar Chavez St.
San Francisco, CA 94124
(415) 695-2173

CCSF-COH_102109



City and County of San Francisco

Department of Public Wo
Bureau of Street Environmental Ser



## INCIDENT REPORT

DATE & TIME OF INCIDENT: April 18 - 2022

LOCATION: East lower DPW yard

EMPLOYEE (S) INVOLVED: Arnie Romero

WHAT

HAPPENED? I encounter a non DPW employee we both Surprise each other, Earlier 20-25 minutes DPW employees a Security Guard and I were discussing a Situation that happen earlier about 9 ocpm with a Non DPW employee and other DPW employees, So I push the button on the Dpw exit gate to open, I told the non DPW employee that you might as leave the yard Because SFPD has been Dispatch to remove you, that is when this non DPW employee became very angry and hostile toward me I foundout the nest day this Non DPW employee had chase the security guard with a knife I feel that my safety is threatened by the lack of maintenance and broken fencing around DPW East lower yard and other DPW employees SFPD were call but dame after a hour.

WAS SFPD CALLED? yes       POLICE REPORT NUMBER: ___

OFFICER: ___                      STAR # ___

WITNESSES: ___

Report prepared by: Arnie Romero

Supervisor's Signature: Chris Banks    Date: 4-21-22

CEM V/Drive/BSES Form-All

"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous improvement in partnership with the community.

Customer Service              Teamwork              Continuous Improvement

CCSF-COH_102110