# EXHIBIT 76

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

1725    City and County of San
Francisco



San Francisco Public Works
Bureau of Street Environmental Services



2323 Cesar Chavez
San Francisco, CA 94124
(415) 695-2011 ❑ sfpublicworks.org

**London Breed, Mayor**
Carla Short, Acting Director

Christopher McDaniels, Superintendent

### ZONE A WEEKLY REPORT
### Supervisor II – Tessa Jones
### Captain – Corey Jackson
### Supervisor I – Maximo Valdez
### 11-26-2022 to 12-1-2022

**Work Projects:**

Zone A crew members swept and picked up debris in Chinatown with the packer from Clay to Pacific from Powell to Kearney. Also did the alleys and litter patrols ran their Hot Spot route books and took calls from control. These routes are done daily. Also, with help from the ABC Packer they removed bags from all the alleys within the Chinatown Grid Two Zone Steamers cleaned Hot Spots, took service calls and Preventive Maintenance Routes

On Monday the Workfare crew swept and picked up debris in Chinatown with the packer from Clay to Pacific from Powell to Kearney. Also did the alleys and litter patrols ran their Hot Spot route books and took calls from control. These routes are done daily. Also cleaned all the Alleys. No P-20. One Zone Steamer cleaned Hot Spots, took service calls and Preventive Maintenance Routes.

- On Tuesday Zone A crewmembers swept and picked up debris with the packer and LPs in Chinatown from Clay to Pacific from Powell to Kearny. Also did the alleys and litter patrols ran their Hot Spot route books and took calls from control. These routes are done daily. Also did the alleys. Zone Steamer cleaned Hot Spots, took service calls and Preventive Maintenance areas. Zone A assigned to clean the TL on Hyde from Ellis to Golden Gate.
- On Wednesday Zone A crewmembers swept and picked up debris on Taylor at Vallejo to Union Street. LPs cleaned all blocks in Chinatown from Clay to Pacific from Powell to Kearny. Also did the alleys and litter patrols ran their Hot Spot route books and took calls from control. Litter patrols along with the steamer to clean and clear debris at the food bank on Greenwich and Columbus Street.
- On Thursday, zone crew members cleaned, and steam cleaned areas within the Zone though CMMS, and responded to emergencies. New 7501s started with us today, this week Mr. Chen took the 7501s out, this was our first rain so they did catch basin detail today.
-

| Zone A For LPs | | |
|---|---|---|
| | **Total tonnage: 21,750lbs** | • Supervisor Jackson 431-143 dumped at Recology with a total of 1,860LBS<br>• Supervisor Valdez 431-099 dumped at Recology with a total of<br>• 460LBS |

EXHIBIT 1171    PLTF.
WITNESS  E. Garcia    DEFT.
CONSISTING OF 70  PAGES
DATE 2-06-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

CCSF-COH_079449
CCSF-COH_079449

| | | |
|---|---|---|
| | | |


- Total this week for citations:  1 NOV
- **Total service requests for Zone A steamers and Litter Patrols encampment clean ups: 287**

- **Closed homeless encampments in the worker app this week total:  0**
  Bag Count: 8
  Out-6
  Collected- 2

City and County of San Francisco

London Breed, Mayor
Carla Short, Acting Director

San Francisco Public Works
Bureau of Street Environmental Services



2323 Cesar Chavez
San Francisco, CA 94124
(415) 695-2011 ❏ sfpublicworks.org

Chris McDaniels, Superintendent

### ZONE B WEEKLY REPORT
**Supervisor II – Nicole De La Garza**
**Supervisor I – Darren Mayes**
**Supervisor I-Edgar Garcia**
November 25th, 2022  – December 1st, 2022

### DAILY ASSIGNMENTS - All Assigned areas covered during this time period

- **Zone Daily Hot Spots Completed -** Zone personnel Cleaned/Cleared debris and steam cleaned the perimeter of Bill Graham, & Asian Art Museum, and Main library, T.L. School ADA court, Pioneer Monument, Mc Coppin Plaza, and Main Library.
- **Market St** – Ran twice daily from Van Ness to Steuart (Both Sides).
- **Tenderloin/N. Market -** Street Grid Ran daily by zone personnel.
- **South of Market St Run -** Zone personnel when fully staffed run the following locations on 5th, 6th, 7th, 8th, 9th, 10, 11th, and12th St from Brannan to Market (Both Sides). Additionally, all Alleys (Minna, Stevenson, Tehema, Natoma, and Jessie) south of Market from 5th to 9th are inspected and cleaned as well.
- **Hayes & Larkin (Twice Daily) -** Removed homeless, brushed up and steam cleaned litter receptacle, and bus shelter.
- **13th – Mission/Duboce (Daily) -** Both the Hot spot crew and day shift removes the homeless campers, brush-up entire area, litter pick & remove vegetation the island, and steam clean the bus shelter and litter receptacle.
- **Mc Coppin Plaza @ Valencia (Daily Assignment) -** Zone personnel twice daily along with the assistance of a GA crew remove accumulation of debris, top off litter receptacle, and remove homeless camped in the plaza. Additionally, the plaza is either steamed cleaned or hosed down after disinfectant is applied.
- **Antonio Alley (Mon, Wed, & Fri Only) -** Zone personnel litter picked the entire alley, laid down disinfectant, and steam cleaned.
- **Derby Alley -** Zone personnel litter picked the entire alley, laid down disinfectant, and steam cleaned.
- **Harrison Street Fence line between 6th & 7th** – (Weekly Assignment) Zone personnel along with A/B packer removed accumulation of debris from the fence line.
- **Townsend from 5th to 6th (Bi-Weekly Assignment)** – Clean and remove accumulation of debris and overgrowth of vegetation.
- **TL Cleaning Crew / Hunter's Point Family (Daily Monday through Friday)** – Zone personnel ran the entire grid of the TL cleaning crew route removing numerous large black
- placed by block job personnel from locations along Van Ness to Mason & Golden Gate to Bush.
- **Duboce & Valencia** (Weekly Assignment) – Clean entire perimeter of city owned lot until further notice.
- **Rodgers at 7th & 8th -** (Bi-Weekly Assignment) – Hand clean curb lane and east dead-end
- **246 South Van Ness** (Monthly Assignment) - Clean entire perimeter and interior of city owned lot until further notice.
- **Pioneer Monument** – Clean and steam interior and exterior twice per week.
- **Elgin Park** – (3 Times per week) Litter pick and remove debris.
- **Erie Electrical** – (Once per week) Zone personnel to steam clean once per week per Director.

CCSF-COH_079451
CCSF-COH_079449

**Accidents & Injuries:**

**Miscellaneous Activities:**
**Friday 11/ 25/22 <span style="color:red">Thanksgiving Holiday</span>**
- Hayes & Larkin/Bill Graham Auditorium/City Hall, Library, and Asian Art – Zone personnel cleaned entire area within a 2-3 block radius.
- Division between Bryant to Vermont – Cleaned daily until further notice. All homeless tent campers and sleepers must be moved per homeless encampment resolution.
- Due to daily overflow of regular street cleaning, encampment service orders no additional specials were conducted during this time period. Staff focused on cleaning and closing out service orders, monitoring homeless encampments, running daily route grids, and cleaning daily hot spot locations.

**Saturday 11 / 26 /22**
- Hayes & Larkin/Bill Graham Auditorium/City Hall, Library, and Asian Art – Steamed and cleaned daily within a 2-3 block radius.
- Division between Bryant to Vermont – Cleaned daily until further notice. All homeless tent campers and sleepers must be moved per homeless encampment resolution.
- Elgin Park (Clean & Clear Tues, Thurs, & Sat) – Zone Sup II and litter patrol cleaned and cleared this location.
- Due to daily overflow of regular street cleaning and encampment service orders no additional specials were conducted during this time period. Staff focused on cleaning and closing out service orders, monitoring homeless encampments, running daily route grids, and cleaning daily hot spot locations.

**Sunday 11/ 27 /22**
- Hayes & Larkin/Bill Graham Auditorium/City Hall, Library, and Asian Art – Steamed and cleaned daily.
- Division between Bryant to Vermont – Cleaned daily until further notice. All homeless tent campers and sleepers must be moved per homeless encampment resolution.
- Due to daily overflow of regular street cleaning, encampment service orders no additional specials were conducted during this time period. Staff focused on cleaning and closing out service orders, monitoring homeless encampments, running daily route grids, and cleaning daily hot spot locations.

**Monday 11/ 28 /22**
- Hayes & Larkin/Bill Graham Auditorium/City Hall, Library, and Asian Art – Steamed and cleaned daily.
- Division between Bryant to Vermont – Cleaned daily until further notice. All homeless tent campers and sleepers must be moved per homeless encampment resolution.
- Due to daily overflow of regular street cleaning, encampment service orders no additional specials were conducted during this time period. Staff focused on cleaning and closing out service orders, monitoring homeless encampments, running daily route grids, and cleaning daily hot spot locations.TL data with estimated weights.

**Tuesday 11/ 29 /22**
- Hayes & Larkin/Bill Graham Auditorium/City Hall, Library, and Asian Art – Steamed and cleaned daily.
- Division between Bryant to Vermont – Cleaned daily until further notice. All homeless tent campers and sleepers must be moved per homeless encampment resolution.
- Elgin Park (Clean & Clear Tues, Thurs, & Sat) – Zone Sup II and litter patrol cleaned and cleared this location.
- At the beginning of the work shift zone B had a total of 55 open **service** orders.  Due to daily overflow of regular street cleaning and encampment service orders no additional specials were conducted during this time period. Staff focused on cleaning and closing out service orders, monitoring homeless encampments, running daily route grids, and service orders, monitoring homeless encampments, running daily route grids, and cleaning daily hot spot locations.

**Wednesday 11/ 30 /22**

CCSF-COH_079452
CCSF-COH_079449

Zone B Weekly Report                                                                December 4,
2022
Page 3 of 4

- Hayes & Larkin/Bill Graham Auditorium/City Hall, Library, and Asian Art – Steamed and cleaned daily.
- Division between Bryant to Vermont – Cleaned daily until further notice. All homeless tent campers and sleepers must be moved per homeless encampment resolution.
- Elgin Park (Clean & Clear Tues, Thurs, & Sat) – Zone Sup II and litter patrol cleaned and cleared this location.
- At the beginning of the work shift zone B had a total of 36 open **service** orders. Due to daily overflow of regular street cleaning and encampment service orders no additional specials were conducted during this time period. Staff focused on cleaning and closing out service orders, monitoring homeless encampments, running daily route grids, and service orders, monitoring homeless encampments, running daily route grids, and cleaning daily hot spot locations.

### Thursday 12/ 01 /22
- Hayes & Larkin/Bill Graham Auditorium/City Hall, Library, and Asian Art – Steamed and cleaned daily.
- Division between Bryant to Vermont – Cleaned daily until further notice. All homeless tent campers and sleepers must be moved per homeless encampment resolution.
- Elgin Park (Clean & Clear Tues, Thurs, & Sat) – Zone Sup II and litter patrol cleaned and cleared this location.
- At the beginning of the work shift zone B had a total of 47 open **service** orders. Due to daily overflow of regular street cleaning and encampment service orders no additional specials were conducted during this time period. Staff focused on cleaning and closing out service orders, monitoring homeless encampments, running daily route grids, and service orders, monitoring homeless encampments, running daily route grids, and cleaning daily hot spot locations.

### Service Request Totals/Steamer Status:

### Service Orders
- During this time period zone B completed a total of 243  service orders through the CMMS.
### Steamer Status
- **11/25 (Fri)** – 0 Steamer on duty Thanksgiving Holiday
  **11/26 (Sat)** – 2 Steamer on duty
  **11/27 (Sun)** – 2 Steamers on duty
  **11/28 (Mon)** –2 Steamers on duty
  **11/29 (Tues)** – 3 Steamers on duty
  **11/30 (Wed)** – 3 Steamers on duty
  **12/01 (Thurs)** – 3 Steamer on duty
- **Down Zone Steamers** – 0
- **Steamer Service Orders Completed** -54
- **Outstanding Steamer Requests**-3
- **Citations Issued** – 1
- **Notice of Violations Issued-**
- **Blight-**0
- **BAG COUNT FOR THE WEEK**- 85 BAGS GIVEN OUT FOR ENCAMPMENTS, 70 BAGS PICKED UP

### Specials:

**11/26/22-11/27/22-**
Auto Fan Expo at Moscone Center
**11/25/22-12/01/22-**
Disney's Frozen Musical at Orpheum Theater

CCSF-COH_079453
CCSF-COH_079449

## Safety Tailgates & Trainings:

### 11/30/22-
Workplace Violence Prevention
Wildfire Smoke

## Weekly Tonnage:

- Combined weekly tonnage for zone B litter Patrols, HP Family, TL Cleaning Crew, and broom support, for a grand total of **40,900 lbs. = 20.45 Tons -** Be advised that several zone LP's transfer their loads with Recology packer (Olive Alley). Waiting on Thursday's weights from Recology.

- Be advised that zone Supervisors transfer their loads with Recology packer at (Olive Alley) and utilize zone B Flatbed truck while working with JFO.

Supervisors Recology 5,460 weight lbs

| | 1st load | 2nd Load |
|---|---|---|
| **11/25/2022** Thanksgiving Holiday | | |
| **11/26/2022** | | |
| 431-000143 | | |
| C.J | 440 | JFO |
| **11/27/2022** | | |
| 431-00136 | | |
| D.M. | 1,100 | MTA/P20 |
| **11/28/2022** | | |
| 431-00136 | | |
| D.M. | 1,060 | MTA/GA/P20 |
| **11/29/2022** | | |
| 431-00136 | | |
| D.M. | 940 | 920 |
| **11/30/2022** | | |
| 431-00136 | | |
| D.M. | 1000 | |
| **12/01/2022** | | |
| 431-00136 | Waiting on Recology | |
| D.M. | weights | |

CCSF-COH_079454
CCSF-COH_079449

City and County of San Francisco



**London Breed, Mayor**
**Interim Director, Carla Short**

San Francisco Public Works
Bureau of Street Environmental Services



2323 Cesar Chavez
San Francisco, CA 94124
(415) 695-2011 ☐ sfpublicworks.org

Chris McDaniels, Superintendent

### ZONE D WEEKLY REPORT
### Supervisor II – Alberto Zapata.
### Captain-Supervisor I - Jeffrey Ramirez.
#### 11/25/2022 to 12/1/2022.

**Work Projects:**

**Daily:**    **Hot Spots**

- Staff checked and cleaned SFMTA parking lots.
- The Pink Triangle Memorial and Walkway by Muni Tunnel area, Collingwood, and Market.
- Market St, & Church St.
- Franklin Square 17th St & Bryant St.
- 2145 Market Street.
- 18th at Mission Street.
- Jane Warner Plaza (17th/Castro, F-Line turnaround).
- Clinton Park – behind Pet Foods Express.
- Noe St & 18th St, (7-11).
- Oakwood St. between 18th St./19th St.
- Sanchez St. steps/Cumberland and 19th St.
- Sanchez St. /Cumberland / 20th St.
- Market Street at Castro Street /the Castro side the old Pottery Barn.
- 18th St & Hartford St.

**Hot Spots**

- Hartford from 17th to 18th St.
- Mission HS/18th St between Dolores and Church.
- Church & Market Stairs - Steam cleaned.
- Hampshire St. from 17th St. to Mariposa St.
- York Street x 18th Street. Clear.
- Bartlett Street 22nd to 21st Street.
- Treat Street 16th to 18 Street.
- 16th Street cross Pond Street.
- Capp Street at 16th Street (Victoris Theater).
- Caledonia Alley between 16th St & 15th St.
- Weise Alley from 15th St to 16th St.
- Hilton St. / Cortland St. & Bayshore Blvd.
- Clarion Alley between Valencia St & Mission St

CCSF-COH_079455
CCSF-COH_079449

**LP 1**

- Mission St. from 14th to 21st St.
- Potrero Street from 14th Street to 22nd Street
- Valencia St. from 14th to 21st St.
- Bryant St. 14th 21st St.
- 18th St. from Valencia to Harrison St.
- 16th St. from Valencia St. to Bryant St.
- Bryant St. 14th St. to 21st St.
- South Van Ness from 14th to 21st St.
- Franklin Square, sidewalks
- Bryant Street at Mariposa Street
- York St. from Mariposa to St. to 21st St.
- Every Tuesday Rondel Pl clean up.

**LP 2**

- Mission St. from 20th St. to Cesar Chavez St.
- Valencia St. from 20th St. to Cesar Chavez St.
- 24th St. from Valencia St. to Potrero St.
- 22nd St. from Valencia St. to Potrero St.
- Potrero St. from 22nd St. to Cesar Chavez St.
- South Van Ness St. from 20th St. to Cesar Chavez St.
- Folsom St. from 20th St. to Cesar Chavez St.
- Bartlett St. from Cesar Chavez St. to 21st St.
- Bryant St. from 20th St. to Cesar Chavez
- Parking Lot / Capp Street X 24th Street
- Every Wednesday 9am Police Run at 22nd & Valencia St.

**LP 3**

- Market St. from Laguna St. to Church St.
- 14th St. from Church St. to Castro St.
- Duboce St. from Church St, to Buchanan St.
- Church St. from Herman St. to 18th St.
- 18th St. from Douglas St. to Valencia St.
- 24th St. from Grandview Ave to Guerrero St.
- Market Street at Castro St.
- 18th Street & Castro Street all four corner
- Market at 17th St. Castro

**LP 4**

- Mission St, from Cesar Chavez St. to Trumbull St.
- Crescent St. from Mission St. to Alemany Blvd.
- Cortland St. from Mission St. to Bayshore Blvd.
- Peralta St. / Tompkins / Farmers Market Lot
- Church St. 30th St.to 24th St.
- Alemany Blvd. from Crescent St. to Tingley St.
- Diamond St. from Chenery St. to Bosworth St.
- Valencia St. from Mission St. to Cesar Chavez St.
- Bayshore Blvd. from Cesar Chavez to Industrial Street.

- Cesar Chavez St from Hampshire St to Guerrero St.
- 24th Street Parking Lot x Castro Street

**LP 5**
- San Bruno St. from Alemany St. to Mansell St.
- Mansell St. from San Bruno St. to LA Grande Ave.
- Silver St. from Bayshore Blvd. to Madison Street.
- Barneveld St. from Silver St. to Rickard St.
- Paul St. from Bayshore Blvd. to San Bruno St.
- Girard St. from Bacon St. to Mansell St.
- Bacon St. from San Bruno St, to Somerset St.
- Felton St. from San Bruno St. to Girard St.
- Felton St & San Bruno Ave, (SMTA Parking Lot behind O Reilly's).

**SP/VAC and classes in Zone D.**
- **Bernie Hession,** WCU.
- **Michael Goff,** VAP, (11/25/22 to 11/26/22)
- **Sovannara Sophorn,** SLP, (11/26/22).
- **Heath Guillory,** 2 HRS VAP, (11/28/22).
- **Rashida Saucier,** HBP, (11/27/22).
- **Alejandro Guzman,** UPL, (11/27/22).
- **Santiago Dela O',** FHP, (11/28/22).
- **Santiago Dela O',** VAP, (11/29/22 to 11/30/22).
- **Charles Allen,** Emergency VAP, (11/26/22 to 11/28/22).
- **Jeffrey Ramirez,** SLP, (11/29/22).
- **Greig Jentons, SLP**

**Accidents/Incidents:**
- During this period there were no accidents. or injuries.

**Work Fare, P-20, MTA, Monday through Friday.**

**Specials Events:**
**Specials:**
Steamed & cleaned, 4118 18th St cross Collingwood on Saturday, (VAX Site).
Steamed & cleaned, 24th St between Capp St & Lilac from Friday to Tuesday, (VAX Site).
Steamed & cleaned Richland St & Highland St Stairs. (11/28/22).
Chase Center Event clean up, (Nov. 25, & Dec. 1, 2022).
Steamed & cleaned Castro St. Market to 19th St. (11/29/22 & 12/1/22).
Steamed & cleaned 18th St. -Collingwood to Noe St. (11/29/22 & 12/1/22).
Steamed & cleaned Market St. Castro to Sanchez. (11/29/22 & 12/1/22).

**Steamer Report:**
- Friday,        11/25/2022  Legal Holiday.
- Saturday,      11/26/2022  1 Steamer SOs
- Sunday,        11/27/2022  2 Steamer SOs
- Monday,        11/28/2022  2 Steamers SOs
- Tuesday,       11/29/2022  1Steamers SOs
- Wednesday,  11/30/2022  1Steamer SOs
- Thursday,      12/01/2022  1Steamer SOs

Page **4** of **22**

**Moving Encampment:**

**Clean Team Clean Ups/Specials Events/Community Contacts Meetings:**

Bag Pick Up 20th St & Valencia St, (11/27/22).
Bag Pick Up 16th St & Valencia St, (11/27/22).
Clean Corridor Event:
Valencia St from 22nd St to Cesar Chavez St, SR#2721491
Mission St from Cesar Chavez to 24th St, SR#2721494.

**Litter Patrols Tonnage: 22,607 lbs**

**Tonnage for Sup 1's: Jeffrey Ramirez TR – 0**

**Nov's - 5**

Roughly about 60 bags given out and picked up from encampments

**Wiese St between 16th St & 15th St, SR#1977782.**



Page **5** of **22**



CCSF-COH_079459
CCSF-COH_079449

Page 6 of 22






CCSF-COH_079460
CCSF-COH_079449

24Th St between Capp St & Lilac St. VAX, SR#2720373.

24Th St between Capp St & Lilac St. VAX, SR#2720373.



CCSF-COH_079461
CCSF-COH_079449

Mission St between 17th St & 18th St, SR#2720377.





CCSF-COH_079462
CCSF-COH_079449



**Mission St & 24th St, SR#2720378.**



CCSF-COH_079463
CCSF-COH_079449

Page 10 of 22



 

CCSF-COH_079464
CCSF-COH_079449

15th St & Julian St, SR#2720382.





Page **12** of **22**

**Osage St between 24th St & 26th St, SR#2720385.**





CCSF-COH_079466
CCSF-COH_079449





CCSF-COH_079467
CCSF-COH_079449

Page 14 of 22



**Hilton St & Cortland St, SR#1977594.**



CCSF-COH_079468

CCSF-COH_079449

Page **15** of **22**





CCSF-COH_079469
CCSF-COH_079449

Page 16 of 22





CCSF-COH_079470
CCSF-COH_079449

**Cortland Ave & Peralta Ave, SR#2720403.**



CCSF-COH_079471
CCSF-COH_079449

Page 18 of 22



Felton St between San Bruno Ave & Girard St, (SFMTA Public Parking Lot), SR#2721038.



CCSF-COH_079472
CCSF-COH_079449

age **19** of **22**



CCSF-COH_079473
CCSF-COH_079449



CCSF-COH_079474
CCSF-COH_079449

16th St & Valencia St, SR#2721496.





Page **22** of **22**



CCSF-COH_079476
CCSF-COH_079449

.id County of San Francisco



London Breed, Mayor
Carla Short, Interim Director

San Francisco Public Works
Bureau of Street Environmental Services



2323 Cesar Chavez
San Francisco, CA 94124
(415) 695-2011 ☐ sfpublicworks.org

Chris McDaniels, Superintendent

**ZONE E WEEKLY REPORT**
**Supervisor II – Robert Milton - Supervisor I Captain –**
**Supervisor I – Fernando Mendoza**
**November 25, 2022 – December 01, 2022**

**Work Projects**

**Daily:**

## November 25,2022 Friday

- **Thanksgiving Holiday**

## November 26,2022 Saturday

- Crew Ran 3rd street from Ball Park to Le Conte
- Crew ran main corridors.
- Ran Hot spots. - <mark>LP 1,LP 2,LP 3,LP 4,LP 5, LP 6, LP7</mark>
- Crew worked on catching up on CMMS.

## November 27,2022, Sunday

- Crew Ran 3rd street.
- Crew ran main corridors.
- Ran Hot spots. <mark>- LP 1,LP 2,LP 3,LP 4,LP 5, LP 6, LP7</mark>
- Crew worked on catching up on CMMS.
- Ran Chase Center ( Mission Bay)Area.
- Ran a few spots with Recology Packer

## November 28,2022 Monday
- Crew ran main corridors.
- 2401 Keith / Armstrong ICS Cleaning 8:00am to 9:00am.
- Ran Hot spots- <mark>LP 1,LP 2,LP 3,LP 4,LP 5, LP 6, LP</mark>
- Crew worked on catching up on CMMS.
- Ran Chase Center ( Mission Bay)Area
- Heavy Equipment – Carroll, Newhall / Egbert, Quint / Newcomb, Newcomb / Toland, McKinnon / Selby, Marin / Evans

## November 29,2022 Tuesday

CCSF-COH_079477
CCSF-COH_079449

ne E Weekly Report
Page **2** of **3**

- Crew Ran 3rd street from Ball Park to Le Conte.
- Litter Patrol ran grid with Recology packer.
- Crew Ran area around Chase Center( Mission Bay)Area.
- Ran main corridors.
- Barneveld , Jerrold ,Loomis , Upton , Toland ,Napoleon daily run.
- Ran hot spots. - LP 1,LP 2,LP 3,LP 4,LP 5, LP 6, LP7
- Crew worked on catching up on CMMS.
- Heavy Equipment- McKinnon/ Toland, Carroll, Selby/ Industrial, Custer/ Rankin, Quint/ Davidson, Evans/ Selby, Marin
- Jamestown / 3rd St – Big clean up lots of loose trash and debris along the roadway.

## November 30,2022 Wednesday

- Crew Ran 3rd street from Ball Park to Le Conte.
- Army St circle / Bike Path – Bags and Debris plus a brush up.
- 2401 Keith / Armstrong ICS cleaning 8:00am to 9:00am
- Litter Patrol ran the hot spots with Recology packer.
- Ran main corridors.
- Barneveld , Jerrold ,Loomis , Upton , Toland ,Napoleon daily run.
- Litter patrols worked on catching up on CMMS.
- Heavy Equipment – Newcomb / Quint ,Marin / Evans, Toland.
- Crew Ran area around Chase Center( Mission Bay)Area.
- Jamestown / 3rd St - Big clean up lots of loose trash and debris along the roadway.

## December 01,2022 Thursday

- Crew ran main corridors.
- Ran Hot spots- LP 1,LP 2,LP 3,LP 4,LP 5, LP 6, LP
- Crew worked on catching up on CMMS.
- Ran Chase Center ( Mission Bay)Area
- Heavy Equipment – Carroll , Gilman, Thomas / Griffith , ,Quint/ Custer, McKinnon /Selby , Revere back wall / Ingalls, Bancroft / Toland/Newcomb  Crisp/ Revere, Marin. Custer/Davidson

**Specials**
Restarted 2401 Keith Covid site Monday, Wednesday, Friday.8:00am-9:00am

**Tuesday Wednesday Thursday and Friday**
- Recology Run

**Supervisors Report:**

**Edgar Garcia**

- Temporarily Mr. Garcia is acting Sup II over zone F (Tuesday to Thursday)
  Also Friday and Saturday he's over seeing zone B.

Weekly Report
ge **3** of **3**

## Fernando Mendoza

- 16 dump trips this week.
- Total of  22,745 pounds this week.
- Averaged 4,300 pounds per day.

## Steamers Report:

- One steamer daily: 431-6605, 431-00110
- Steamer SR open: 10
- Steamers Request Completed: 19
- Assisted DEF packer with Yard Tuesday and Thursday.

## Litter Patrols Report:

- Litter Patrol Requests Completed: 284
- Litter Patrol Requests Open: 80
- Litter Patrols Tonnage: 175,456

## Accidents/Injuries & Incidents:

N/A

## SafetyTailgates/Inspections Held:

- 4- Weekly Walkthrough Safety Inspections
- 4-Truck Cleanliness Checklist
- Bags Giving out **-95**
- Bags picked up -120

CCSF-COH_079479
CCSF-COH_079449

City and County of San Francisco



London Breed, Mayor
Carla Short, Interim Director

San Francisco Public Works
Bureau of Street Environmental Services



2323 Cesar Chavez
San Francisco, CA 94124
(415) 695-2011 ❑ sfpublicworks.org

Chris McDaniels, Superintendent

## ZONE F WEEKLY REPORT
Acting Supervisor II – Edgar Garcia
Supervisor I – A. Nycole Whitfield
November 25th, 2022 – December 1st, 2022

**Work Projects**

**Daily:**

## November 25th ,2022 Friday

- Crew Off on Thanksgiving Holiday.

## November 26th ,2022 Saturday

- Crew ran main corridors Alemany, Mission and San Jose Ave.
- Ran Hot spots in their litter patrol areas.
- Crew worked on catching up on CMMS.
- Topped off city cans at Brotherhood dog park.
- 3 litter patrols No steamer.
- Edgar Garcia was off.
- Ms. Whitfield was off.

## November 27th ,2022 Sunday

- Crew ran main corridors Alemany, Mission and San Jose Ave.
- Ran Hot spots in their litter patrol areas.
- Crew worked on catching up on CMMS.
- Topped off city cans at Brotherhood dog park.
- 3 litter patrols No steamer.
- Edgar Garcia off no dumps.
- Ms. Whitfield off no dumps.

## November 28th ,2022 Monday

- Crew ran main corridors Alemany, Mission and San Jose Ave.
- Ran Hot spots in their litter patrol areas.
- Crew worked on catching up on CMMS.
- Crews steamed and cleaned 20 Norton MTA parking lot. (Covid Vaccination site).
- Used Zone C steamer for 20 Norton MTA parking lot. (Covid Vaccination site).
- Topped off city cans at Brotherhood dog park.
- 4 litter patrols no steamer.
- Edgar Garcia off no dumps.
- Ms. Whitfield off no dumps.

## November 29th ,2022 Tuesday

- Crew ran main corridors Alemany, Mission and San Jose Ave.
- Ran Hot spots in their litter patrol areas.
- Crew worked on catching up on CMMS.
- Crew completed large cleanup at DeWolf and Alemany.
- Topped off city cans at Brotherhood dog park.
- Crew completed large clean up at San Jose at Sagamore.
- Crew Brushed up Stairs at Selma and Ortega.
- Edgar Garcia was in meetings no dumps.
- Ms. Whitfield went to the dumps once.

## November 30th ,2022 Wednesday

- Crew ran main corridors Alemany, Mission and San Jose Ave.
- Ran Hot spots in their litter patrol areas.
- Crew worked on catching up on CMMS.
- Topped off city cans at Brotherhood dog park.
- Crew completed brush up at Twin peaks parking lot.
- Crews steamed and cleaned 20 Norton MTA parking lot. (Covid Vaccination site).
- Mayor special 1326 9th Avenue (Parking lot between Irving and Judah Streets)
- Edgar Garcia went to the dumps once.
- Ms. Whitfield went to the dumps once.

## December 1st ,2022 Thursday

- Crew ran main corridors Alemany, Mission and San Jose Ave.
- Ran Hot spots in their litter patrol areas.
- Crew worked on catching up on CMMS.
- Topped off city cans at Brotherhood dog park.
- Crew worked Brushed up Twin Peaks Parking lot.
- Crew brushed up and topped off City cans at Promenade.
- Edgar Garcia went to the dumps once.
- Ms. Whitfield went to the dumps once.

## Specials

20 Norton MTA parking lot. (Covid Vaccination site). Mondays, Wednesday, and Fridays.
Mayors Special 1326 9th Avenue (Parking lot between Irving and Judah Streets)

### Supervisors Report:

### Edgar Garcia

- 1 dump trips this week.
- Total of 700 pounds this week.
- Averaged 700 pounds per day
- Off on 11/25/22, 11/26/22

### Nycole Whitfield

- 3 dump trip this week.
- Total of 2340 pounds this week.
- Averaged 780 pounds per day.
- Off on 11/25/22, 11/26/22
- Combined Sup, 1 Total Tonnage 3040

### Steamers Report:
- 0 steamers daily: 431-00223, 431-00111
- Steamer SR open: 20
- Steamers Request Completed: 6
- Zone C Steamer assisted with Norton Lot and Mayor special.
- Scheduled steamer out due to work injury.

### Litter Patrols Report:

- Litter Patrol Requests Completed: 54
- Litter Patrol Requests Open: 123
- Litter Patrols Tonnage: 17,080

## Accidents/Injuries & Incidents:

## SafetyTailgates/Inspections Held:

- 4- Weekly Walkthrough Safety Inspections
- 4-Truck Cleanliness Checklist
- Bags Giving out **-15**
- Bags picked up -29

# Pictures of Cleaning at 1326 9Th Avenue parking lot






ne E Weekly Report
Page **5** of **5**

CCSF-COH_079484
CCSF-COH_079449

1 City and County of San Francisco



San Francisco Public Works
Bureau of Street Environmental Services



London Breed, Mayor
Di Jaida Durden, Deputy Director

2323 Cesar Chavez
San Francisco, CA 94124
(415) 695-2011  sfpublicworks.org
Chris McDaniels, Superintendent

### DISPATCH WEEKLY REPORT
### Supervisor II – Nathaniel Mansker
### November 24th - December 1st

**11.25.22 (Friday)**

- Holiday Schedule (running)

**Weekend Schedule:**

**11.26.22 (Saturday)**
- (2) Packers-ABC, DEF
- (1) Day Shift uncontrolled sweeper and flusher:  Chinatown, Tenderloin, Market, SOMA
- (1) Swing Shift: uncontrolled sweeper: Market, Tenderloin, SOMA
- **24 HOUR SITES**: ① Eddy/Larkin ② Mendell Plaza ③ Turk/Hyde ④ Ellis Street
  ⑤ Turk/Taylor

**11.27.22 (Sunday)**

- (1) Day Shift uncontrolled sweeper and flusher:  Chinatown, Tenderloin, Market, SOMA
- (1) Packer- Citywide
- (1) Swing Shift uncontrolled sweeper: Market, Tenderloin, SOMA
- Pit Stop Program: 24-hour sites in Tenderloin and 3rd Street:
  **24 HOUR SITES:** ① Eddy/Larkin ② Mendell Plaza ③ Turk/Hyde-down ④ Ellis Street
  ⑤ Turk/Taylor

**11.28.22 (Monday)**
- All dayshift-controlled routes (running)
- <mark>No PCO'S on Route # 7 and 8</mark>
- Civic Center Cleanliness & Public Safety Grid; 1 Sweeper, 1 Flusher
- Day shift Route #50/Alleys (running) Van Ness
- Cole Valley (down)
- Monday Mobile (running)
- (1) Packer-Citywide
- Day Shift U/C sweeper running (0)
- (0) Can Truck (down)
- (1) Johnston Bicycle Lane Sweepers (running)
- (1) Front End Loader (running)
- Mechanically swept Upper and Lower Yards
- Harm Reduction Grid: 1 sweeper
- (0) Day: Flusher
- (1) SWING: Uncontrolled broom-mechanically swept Tenderloin, Market, SOMA
- (1) SWING: Citywide Packer
- Zone E Request (1 Driver /1 Operator): case loader, end dump for removal of homeless debris
- (0) Homeless Packer: none

CCSF-COH_079485
CCSF-COH_079449

December 4, 2022

- 24 HOUR SITES: ☐ Eddy/Larkin-down ☐ Mendell Plaza ☐ Turk//Hyde ☐ Ellis Street
  ☐ Turk/ Taylor
- Scheduled Sites: ☐16th/Capp ☐ Buena Vista ☐ Ocean Beach-down

### 11.29.22 (Tuesday)
- All dayshift-controlled routes (running)
- No PCO'S on Route#  10 & 22
- Civic Center Cleanliness & Public Safety Grid; 1 Sweeper, 1 Flusher
- Day shift Route #50/Alleys (running) 25th Ave
- Cole Valley (down)
- (2) Packers-ABC, DEF
- Day Shift U/C sweeper running (1)
- (1)  Can Truck (running)
- (1) Johnston Bicycle Lane Sweepers (running)
- (1) Front End Loader (running)
- Mechanically swept Upper and Lower Yards
- Harm Reduction Grid: 1 sweeper
- (1) Day-flusher
- (1) SWING: Uncontrolled broom-mechanically swept Tenderloin, Market, SOMA
- (1) SWING: Citywide Packer
- Zone E Request (1 Driver /1 Operator): case loader, end dump for removal of  homeless debris
- (0) Homeless Packer: none
- **24 HOUR SITES:** ① Eddy/Larkin-down ② Mendell Plaza ③ Turk//Hyde ④ Ellis Street
  ⑤ Turk/ Taylor
- Scheduled Sites: ⑥16th/Capp ⑦ Buena Vista ⑧ Ocean Beach-down

### 11.30.22 (Wednesday)

- All dayshift-controlled routes (running)
- No PCO'S on Route#
- Civic Center Cleanliness & Public Safety Grid; 1 Sweeper, 1 Flusher
- Day shift Route #50/Alleys (running) Fulton St.
- Cole Valley (down)
- (1) Packers-CityWide
- Day Shift U/C sweeper running (2)
- (1) Can Truck (running)
- (1) Johnston Bicycle Lane Sweepers (running)
- (1) Front End Loader (running)
- Mechanically swept Upper and Lower Yards
- Harm Reduction Grid: 1 sweeper, 1 flusher
- (2) Drivers for Cal Trans (running)
- (0)  Day: Flusher
- (1) SWING: Uncontrolled broom-mechanically swept Tenderloin, Market, SOMA
- (1) SWING: Citywide Packer
- Zone E Request (1 Driver /1 Operator): case loader, end dump for removal of  homeless debris
- (0) Homeless Packer: none
- **24 HOUR SITES:** ① Eddy/Larkin-down ② Mendell Plaza ③ Turk//Hyde ④ Ellis Street
  ⑤ Turk/Taylor
  Scheduled Sites: ⑥16th/Capp ⑦ Buena Vista  ⑧ Ocean Beach-down

### 11.10 .22 (Thursday)

- All dayshift-controlled routes (running)



San Francisco Department of Public Works
Making San Francisco a beautiful, livable, vibrant, and sustainable city.

Dispatch Weekly                                                      December 4, 2022
Page **3** of **4**

- No PCO'S on Route# 11 & 13
- Civic Center Cleanliness & Public Safety Grid; 1 Sweeper, 1 Flusher
- Day shift Route #50/Alleys (running) 25th Ave
- Clean corridors Sweeper and Flusher Portola ave
- (2) Packers-ABC, DEF
- Day Shift U/C sweeper running (2)
- (1) Can Truck (running)
- (1) Johnston Bicycle Lane Sweepers (running)
- (1) Front End Loader (running)
- Mechanically swept Upper and Lower Yards
- Harm Reduction Grid: 1 sweeper, 1 flusher
- (1) Day: Flusher
- (1) SWING: Uncontrolled broom-mechanically swept Tenderloin, Market, SOMA
- (1) SWING: Citywide Packer
- Zone E Request(1 Driver /1Operator): case loader, end dump for removal of  homeless debris
- (0) Homeless Packer: none
- Clean Corridor D8 (24th- Valencia to Potrero):  mechanically swept and flushed area
- **24 HOUR SITES:** ① Eddy/Larkin-down ② Mendell Plaza  ③ Turk//Hyde ④ Ellis Street
  ⑤  Turk/Taylor
  Scheduled Sites: ⑥16th/Capp ⑦ Buena Vista  ⑧ Ocean Beach-down

### Operations Yard Staff

Recology Activity

Sup1 Xavier has been working on Overtime time sheets, filling the Sup1 and Laborer overtime positions.


Sup 1 Lorenzo Soriano has been working on the GA, MTA, Project 20.

### Accidents / Industrial, Injuries / Incidents

**0 accidents 0 reported injuries.**


**Mod duty report:**
- ·Joseph Martha off work 180 expired.
- ·Jorge Preciado Off work 180 expired

- · Johnny Walker



- · **Etelvina Blanco**


### SDI/WCU/DSW

-  - WCU
- ▬▬▬▬▬ - workers compensation



San Francisco Department of Public Works
Making San Francisco a beautiful, livable, vibrant, and sustainable city.

Dispatch Weekly                                                December 4, 2022
Page **4** of **4**

- WCU
-  - RELEASED
- ▇▇▇▇▇▇ - workers compensation

- ▇▇▇▇▇▇ - workers compensation
- ▇▇▇▇▇▇ - sll

## Special Dispatch Ancillary Services: Friday thru Thursday.

- Evening BART Shuttle for Yard/Central: Monday-Friday
- Key-Watcher Daily Maintenance and reports.
- Sweep Treasure Island
- SFPW Yard swept & flushed
- Mechanically sweep MUNI yards.
- Center Medians, Dolores, & Guerrero, 7Th Ave & Clarendon Ave

## Safety Tailgates/Trainings

(1)



San Francisco Department of Public Works
Making San Francisco a beautiful, livable, vibrant, and sustainable city.

City and County of San Francisco

**San Francisco Public Works**
**Bureau of Street Environmental Services**



**London Breed, Mayor**
**Carla Short, Interim Director**

**2323 Cesar Chavez**
**San Francisco, CA 94124**
**(415) 695-2011 ❑ sfpublicworks.org**

**Chris McDaniels, Superintendent**

**GRAFFITI UNIT**
**Supervisor II - Khaled Shehadeh**
**Supervisor I- Kevin Funes**
**Supervisor I -Alberto Bustamante**
**11.24.22– 12.01.22**

| | | |
|---|---|---|
| A | Response to SR and proactively abate graffiti as needed. | |
| B | Response to SR and proactively abate graffiti as needed. | |
| C | Response to SR and proactively abate graffiti as needed. | |
| D | Response to SR and proactively abate graffiti as needed. | |
| E | Response to SR and proactively abate graffiti as needed. | |
| F | Response to SR and proactively abate graffiti as needed. | |
| CITY WIDE | The following are the totals that Graffiti Public and Graffiti Steamer abated. Graffiti unit is proactively roving City Wide for graffiti and abating public furniture as needed | Public      300<br>Steamer:    100 |

**High Profile Requests and Others:**

**Friday –**
- Worked on Sr's, checked Director & D.D.O Hot Spots. Abated graffiti on all Division St. Abated graffiti at the Army St. circle.

**Saturday –**
- Worked on Sr's, checked Director & D.D.O Hot Spots. Abated graffiti along Geary St. between Haight St. and Divisadero St.

**Sunday –**
- Worked on Sr's, checked Director & D.D.O Hot Spots. Abated graffitri along upper retaining wall at Alemany and Farrgut St. Checked and abated garffiti on Bayshore Ave.

CCSF-COH_079489
CCSF-COH_079449

Graffiti Unit Weekly Report
Page **2** of **2**

December 5, 2022

**Monday –**

- Worked on Sr's, checked Director & D.D.O Hot Spots. Abated graffiti along green retaining wall at Church St from 16th St to 22nd St.

**Tuesday –**

- Worked on Sr's, checked Director & D.D.O Hot Spots. Abated graffiti alongside the Green Wall walkway on Tara and Ocean. Abated graffiti on Sunset and Lincoln underpass.

**Wednesday –**

- Worked on Sr's, checked Director & D.D.O Hot Spots. Abated Graffiti around the Moscone Center and its surrounding area. Abated Alemany Green Walls. Abated graffitti along K-rails at Twin Peaks.

**Thursday –**

Thanksgiving Holiday (OFF)

**Accidents and/or Incidents:**

City and County of San Francisco



London Breed, Mayor
Carla Short, Interim Director

San Francisco Public Works
Bureau of Street Environmental Services



2323 Cesar Chavez
San Francisco, CA 94124
(415) 695-2111 ❑ sfpublicworks.org

Chris McDaniels, Superintendent

### 11/26/2022– 12/1/2022: Private Graffiti Weekly

Total # SR's for Graffiti Private received during reporting period - **347**
Total # of New Duplicate Service Requests Called In To 311– **11**
Total # of SR's transferred to correct agency/department by Private Graffiti – **22**
Total # of Reported Private Sidewalk Graffiti – **21**

### List of SR #'s transferred incorrectly to Private Graffiti

2721129 – 16120871 -  Public Graffiti
2721192 – 16133909 – Graffiti Steamer
2718569 – 16114808 – PUC
2718579 – 16114992 – PGE
2718594 – 16115305 – Graffiti Steamer
2718649 – 16115949 – Graffiti Public
2718671 – 16116173 – Graffiti Steamer
2718687 – 16116294 – Graffiti Public
2718866 – 16118266 – Graffiti Public
2718887 – 16118397 – PGE
2718888 – 16118398 – Graffiti Steamer
2718893 – 16118438 – Graffiti Public
2718955 – 16119184 – Graffiti Steamer
2720045 – 16120045 – PGE
2720050 – 16120078 – BSM
2720104 – 16120305 – Graffiti Public
2720437 – 16123799 – Graffiti Steamer
2720573 – 16125530 – Public Graffiti
2720575 – 16125520 – Graffiti Public
2720583 – 16125508 – SFUSD
2720586 – 16125748 – Graffiti Steamer
2720619 – 16126001 – BSM

### Graffiti Steamer had 29 service requests -  0 were transferred to Priv. Sidewalk by Private Graffiti Staff

### Meetings Attended

CCSF-COH_079491
CCSF-COH_079449

11/15/22

**Staff assignments:**

**Field Staff:**
Candice Mohamad – (Tuesday – Saturday) – FMLA until 12/3/22
Kevin Johnson Jr - (Tuesday – Saturday)
Leah Lintz – (Sunday – Thursday)

**Office Support:**
Asia Butler (9922) – (Public Service Aide) (Sun – Thurs)
Alisha Whitt (2917) - (Program Support Analyst) (Tue-Sat)

CCSF-COH_079492
CCSF-COH_079449

City and County of San Francisco



London Breed, Mayor
Carla Short, Interim Director

San Francisco Public Works
Bureau of Street Environmental Services



2323 Cesar Chavez
San Francisco, CA 94124
(415) 695-2011 ❑ sfpublicworks.org

Chris McDaniels, Superintendent

## HOTSPOT WEEKLY REPORT

**Supervisor II – Darryl Dilworth**
**Supervisor I – Brittany Brandon**
*November 26, 2022, to December 1, 2022*

### DAILY ASSIGNMENT

All assigned areas covered during this time-period. Weekly hot spots revaluated and changed monthly when areas of concern and assigned by HSOC are cleaned, cleared, free of campers, and debris

**Hot Spot - 4:45 Run Crew A**
- Hayes @ Larkin to Polk (Bus Stop) Steam Clean Run Exterior of Bill Graham
- Olive Alley @ Van ness to Polk
- 30 Grove St (Library) / Grove @ Larkin (All four Corners) @ 6AM & 9AM
- Larkin @ McAllister (All Four Corners)
- McAllister @ Jones to Van Ness
- Golden Gate @ Gough to Franklin
- Larch Alley @ Van ness to Franklin
- Willow Alley @ Larkin to Franklin
- Geary @ Steiner (Overpass Foot Bridge)
- Redwood Alley @ Franklin to West Dead End
- Elm Alley@ Gough to Polk

**Hot Spot Crew B**
- Mission @ Embarcadero to Van ness (Justin Herman Plaza)
- 12th @ Market & South Van ness
- 13th @ Mission (Off Ramp Pit) (Steam Clean Can @ Bus Stop)
- 13th from Mission to Bryant
- Division from Bryant to San Bruno
- Dore Alley (Issue and Pick Up Bags Daily)
- Show Place Square (San Bruno, Vermont, Alameda, Utah from 17th st to Division)
- Alameda @ Treat (Behind Best Buy)
- 7th @ Mission to Market
- (Steam Clean Can @ 7th & Stevenson

**Hot Spot Crew C**
- Bryant @ Beale & Delancey
- Merlin & Oak Grove
- Morris Harrison to Bryant
- Jessie from 6th to Mint Plaza

- Townsend @ 7th to 4th (Cal Train Station)
- King @ 4th to 280 Freeway Entrance
- Snake Pit (Front & Backside)

## Harm Reduction Crew A & B
- Bill Graham
- Orpheum
- 30 Grove St
- Grove @ Larkin @ 6am & 9am
- Larkin & McAllister
- Ellis @ Taylor & Jones
- McAllister @ Jones to Van Ness
- Willow @ Larkin to Van Ness
- Geary & Steiner (Foot Bridge)
- Redwood
- Elm @Franklin to Gough
- Market @ 6th to 8th
- Stevenson @ 5th to 7th

## Special Events/Miscellaneous Activities

### Saturday 11/26/2022

- Bill Graham/City Hall/SF Public Library – Entire perimeter
- Justin Herman Plaza – Remove homeless debris and power wash area.
- 13th / Division – Cleaned up trash along 13th and power washed as needed.
- Show Place – Remove trash and debris in that area (Vermont, San Bruno, Utah ,17th ,16th ,15th, Alameda)
- Alameda @ Treat (Behind Best Buy)
- 2100 Mission at 17th.

### Sunday 11/27/2022

- TL Clean Run-on Eddy between Polk @ Hyde & Leavenworth @ Golden Gate & Ellis (5am – 7am.
- Justin Herman Plaza – Remove homeless debris and power wash area.
- Show Place – Remove trash and debris in that area (Vermont, San Bruno, Utah ,17th ,16th ,15th, Alameda)
- 12th / Market – Remove homeless debris and power wash areas.
- 13$^{th \, Mission}$ to Bryant – Remove homeless debris and power wash areas.
- Alameda @ Treat (Rear of Best Buy)

### Monday 11/28/2022

- 8:00am HSOC and Hot Team: McCoppin/Otis
- JFO – 8th & Market (9:15am – 10am)
- Justin Herman Plaza – Remove homeless debris and power wash area.
- 4:45 Bill Graham P.D. Run – Outreach with homeless in this encampment cleaning up their garbage and debris and washing down the area. (Larch, Elm, Redwood, Golden Gate, Olive)
- Show Place – Picked up all the trash around the surrounding areas and power washed. (Vermont, San Bruno, Utah

CCSF-COH_079494
CCSF-COH_079449

December 4,

,17th, 16th, 15th, Alameda).

### Tuesday 11/29/2022

- 4:45 Bill Graham P.D. Run – Outreach with homeless in these encampments cleaning up their garbage and debris and washing down the area. (Larch, Elm, Redwood, Golden Gate, Olive)
- 8:00am HSOC and Hot Team: Harrison/5th
- JFO – 8th & Market (9:15am – 10am)
- Justin Herman Plaza – Remove homeless debris and power wash area.
- Show Place – Picked up all the trash around the surrounding areas and power washed. (Vermont, San Bruno, Utah ,17th, 16th, 15th, Alameda).
- Dore / Brannan – Cleaned up the messy block of homeless trash and debris and power washed.

### Wednesday 11/30/2022

- 4:45 Bill Graham P.D. Run- Outreach with homeless in these encampments cleaning up their garbage and debris and washing down the area of Masonic/Geary
- TL Clean Run-on Eddy between Polk @ Hyde & Leavenworth @ Golden Gate & Ellis (5am – 7am.
- 8:00am HSOC and Hot Team– 13th/Bryant-Folsom
- JFO – Cedar & Polk (9:15am – 10am)
- Show Place – Picked up all the trash around the surrounding areas and power washed. (Vermont, San Bruno, Utah ,17th, 16th, 15th, Alameda) Justin Herman Plaza – Remove homeless debris and power wash area.
- Dore / Brannan – Cleaned up the messy block of homeless trash and debris and power washed

### Thursday 12/1/2022

- 4:45 Bill Graham P.D. Run- Outreach with homeless in these encampments cleaning up their garbage and debris and washing down the area. (Larch, Elm, Redwood, Grove, Olive)
- TL Clean Run-on Eddy between Polk @ Hyde & Leavenworth @ Golden Gate & Ellis (5am – 7am.
- 8:00am HSOC and Hot Team – Outreach resources also cleaning homeless areas of trash and debris and disinfecting the area at Division/Vermont
- JFO - Eddy & Mason (9:15am – 10am)
- Show Place Square – Remove debris within the grid. (Vermont, San Bruno, Utah, Alameda, 17th, 16th, 15th, Division)

- **11/26/22 (Sat)** – Utilized zone steamer due to staff shortages
- **11/27/22 (Sun)** – Utilized zone steamer due to staff shortages
- **11/28/22 (Mon)** – 1 Steamer on duty
- **11/29/22 (Tues)** – 2 Steamers on duty
- **11/30/22 (Wed)** – 2 Steamers on duty
- **12/1/22- (Thurs)** - 1 Steamer on duty

### Downed Hot Spot Vehicles for Repairs

Steamer – 431-261 (Smoking under body)

### Weekly Specials assigned by DDO

- Willow from Franklin to Larkin per request of the DDO every Tuesday beginning at 6am.
- TL Clean Run-on Eddy between Polk @ Hyde & Leavenworth @ Golden Gate & Ellis (5am – 7am / Sun, Weds & Thurs only).

CCSF-COH_079495
CCSF-COH_079449

- JFO - (9:15am – 10am)

**Safety Tailgates & Trainings/Tailgates:**
Workplace violence

**Accidents & Injuries:** No accidents or injuries occurred during this time-period.

**Weekly Tonnage:**

- Combined weekly tonnage for Hot Spot: 26,350
- Due to our high usage of the packer, 4 flat racks, and other LP trucks our Sup I dumps once per day. We utilize supervisor's vehicle for transport of hazardous materials that cannot be placed in the packer nor dumped at tunnel road.

**Miscellaneous Actions:** None currently

**Bag Count:**  Handed out – 130 / Picked-up – 90

**Carts:** 50

**Needle Count: 1,317**

**Pictures of the week:**

   5th **Street @ Harrison Street**

CCSF-COH_079496
CCSF-COH_079449

Hot Spot Weekly Report
2022
Page **5** of **5**

December 4,






City and County of San Francisco



San Francisco Public Works
Bureau of Street Environmental Services

London Breed, Mayor
Carla Short, Interim Director

2323 Cesar Chavez
San Francisco, CA 94124
(415) 695-2011 ☐ sfpublicworks.org

Chris McDaniels, Superintendent

**NIGHT SHIFT WEEKLY REPORT**
**Supervisor II – Adam Maroney**
**Supervisor I – Terrance Perry**
**Lead – Asaneko Green**

**11/25/22 to 12/1/22**

**WORK PROJECT – ONGOING:**

**Plazas**
- Removed trashed and Brush up area.  Nightly
- Mechanics Plaza, Hallidae Plaza, UN Plaza.
- Justin Hermann and Harry Bridges Plaza.-
- Main Library /on Grove St and Fulton St./ Steam Clean. 2 times this week

**South of Market Alleys**
- Stevenson, Jessie, Minna, and Natoma from 5th St. to 9th Street.
- Swept and removed debris 2X and flushed 2 X this week
- Run Market St. & Mission from Van Ness St. to Embarcadero Run Market St. & Mission from Van Ness St. to Embarcadero

**Mission Street/Cesar Chavez**
- Flushed 5x this week

**Commute Corridor/South Market Street**
- 1st, 2nd, 5th, 6th, 7th, 8th, 9th & 10th `Streets between Market St. and Harrison remove debris.

**Uncontrolled routes**
- Market Street Center Islands – Swept nightly
- Geary Blvd. Center Islands – Swept
- Treasure Island on/off ramps –1 & Parking lot. 1
- Alemany Center Islands – Swept
- Cesar Chavez –Sunnydale
- Cesar Chavez- 4th & Berry
- Civic Center area
- Lombardo St. Center Medians

CCSF-COH_079498
CCSF-COH_079449

Night Shift weekly
Page 2 of 6

December 4, 2022

- Geary-Webster-Divisadero- Park Presidio / Center Medians
- Sweeping the Bike Lanes on Market St. & Cesar Chavez Street.
- Around the BART Station: Brush up & removed cardboard
- Powell & Market /4th & Market 5th & Market; Steamed around the area of the BART Stations

**Transients/cleaning**
- Market Street at 8th Street cross Hyde Street (All4 corners)
- Nightly moving the homeless when cleaning the Plazas
- Nightly moving the homeless on South Side of Market St. from 6th to 8th Street to clean the sidewalks.
- Nightly moving the homeless to steam clean the sidewalks on 6th Street from Market Street to Mission Street

**Friday 11/25/22 –  Steamers (7) Thanksgiving Holiday**
- All Market St. Plaza's
- North Side of Market St. 500 Block /900 Block /1000 Block
- Market (Jones -7th St.) Market & 8th St. All four corners
- Mission Bay Library (940 4th St)
- Tenderloin Center UN Plaza
- Main Library (100 Larkin St)
- Mission St @ 8th St. Northwest Corner bus stop
- Theaters Steaming (Golden Gate, Orpheum)

**Saturday –11/26/22 – Steamers (5)**
- North Side of Market St. 500 Block /900 Block /1000 Block
- Market (Jones -7th St.) Market & 8th St. All four corners
- All Market St. Plaza's
- Chase Center Cleaning
- Mission St @ 8th St. Northwest Corner bus stop
- Theaters Steaming (Golden Gate, Orpheum)

**Sunday –11/27/22 – Steamers (4)**
- North Side of Market St. 500 Block /900 Block /1000 Block
- Market (Jones -7th St.) Market & 8th St. All four corners
- All Market St. Plaza's
- Mission St @ 8th St. Northwest Corner bus stop
- Theaters Steaming (Golden Gate, Orpheum)

**Monday – 11/28/22 – Steamers (5)**
- North Side of Market St. 500 Block /900 Block /1000 Block
- Market (Jones -7th St.) Market & 8th St. All four corners



San Francisco Department of Public Works
Making San Francisco a beautiful, livable, vibrant, and sustainable city.

- All Market St. Plaza's
- Main Library
- Tenderloin Center
- Mission St @ 8th St. Northwest Corner bus stop
- Tenderloin Blitz
- Theaters Steaming (Golden Gate, Orpheum)

### Tuesday – 11/29/22 – Steamers (7)
- North Side of Market St. 500 Block /900 Block /1000 Block
- Market (Jones -7th St.) Market & 8th St. All four corners
- All Market St. Plaza's
- 190 9th St. – Steamed
- China Town Library (1135 Powell St)
- Tenderloin Blitz
- Mission St @ 8th St. Northwest Corner bus stop

### Wednesday – 11/30/22 - Steamers (7)
- All Market St. Plaza's
- North Side of Market St. 500 Block /900 Block /1000 Block
- Market (Jones -7[th] St.) Market & 8th St. All four corners
- Mission Bay Library (940 4th St)
- Tenderloin Center UN Plaza
- Main Library (100 Larkin St)
- Mission St @ 8th St. Northwest Corner bus stop
- Theaters Steaming (Golden Gate, Orpheum)

### Thursday – 12/1/22 – Steamers (7)
- North Side of Market St. 500 Block /900 Block /1000 Block
- Market (Jones -7th St.) Market & 8th St. All four corners
- All Market St. Plaza's
- Mission St @ 8th St. Northwest Corner bus stop
- 701 Alabama St Library
- Theaters Steaming (Golden Gate, Orpheum)

### Specials and Ongoing:
- Monday Wednesday Friday - Main Library
- Monday Wednesday Friday - Tenderloin Center UN Plaza
- Every day – Mission St Blitz (Duboce Ave to Cesar Chavez St)
- Monday and Tuesday – Tenderloin Blitz (Eddy St and Leavenworth St)
- Every day – Mission St @ 8th St. Northwest Corner bus stop
- Every day – Theaters Steaming (Golden Gate, Orpheum)


San Francisco Department of Public Works
Making San Francisco a beautiful, livable, vibrant, and sustainable city.

**Industrial Injuries & Accidents:** None.

**Personnel Issues:**
- ████████████████ has been out on WCU
- ██████████ has been out on WCU
- ██████████████████ has been out on Leave
- ████████████ has been out on Leave
- ████████████████ has been out on Leave

## Weekly Tonnage Nights Total: 40,360 Lbs.

Supervisor Terrance Perry regularly dumps at least once a shift, with 3,120 Lbs. for this week (11/25 was Holiday) and an average of 780 Lbs. for truck 431-00176 and 431-00158.

**Below:** Date - Time - Vehicle# - Weight (Lbs.)

### 11/25 Friday 5,240 lbs.

| | | |
|---|---|---|
| 4310 | 43100119 | 360 |
| 11413 | 431426 | 620 |
| 30347 | 43100137 | 900 |
| 51922 | 43100119 | 340 |
| 52558 | 43100137 | 560 |
| 54655 | 431426 | 540 |
| 2123 | 43100120 | 900 |
| 54728 | 43100120 | 1,020 |

### 11/26 Saturday 3,640 Lbs.

| | | |
|---|---|---|
| 2657 | 43100121 | 560 |
| 12038 | 4316635 | 620 |
| 15644 | 43100176 | 880 |
| 44452 | 43100121 | 240 |
| 51218 | 4316635 | 520 |
| 30955 | 43100120 | 820 |

### 11/27 Sunday 400 Lbs.


San Francisco Department of Public Works
Making San Francisco a beautiful, livable, vibrant, and sustainable city.

December 4, 2022

52700   43100158   400

## 11/28 Monday 6,340 Lbs.

| | | |
|---|---|---|
| 3736 | 431438 | 560 |
| 24023 | 43100158 | 480 |
| 50104 | 431438 | 480 |
| 52238 | 43100158 | 280 |
| 1015 | 43100120 | 900 |
| 44128 | 43100120 | 840 |
| 51433 | 43100254 | 460 |
| 92300 | 431475 | 540 |
| 113245 | 431475 | 720 |
| 122131 | 43100120 | 1,080 |

## 11/29 Tuesday 9,280 Lbs.

| | | |
|---|---|---|
| 4204 | 43100118 | 920 |
| 10633 | 43100121 | 480 |
| 13122 | 431438 | 400 |
| 42343 | 43100081 | 220 |
| 42455 | 43100122 | 420 |
| 42509 | 43100119 | 560 |
| 42729 | 43100176 | 940 |
| 43504 | 43100118 | 780 |
| 44504 | 43100121 | 340 |
| 44859 | 43100158 | 660 |
| 45912 | 431438 | 460 |
| 1412 | 43100120 | 700 |
| 12648 | 43100120 | 800 |
| 51915 | 43100120 | 1,600 |

## 11/30 Wednesday 7,140 Lbs.

| | | |
|---|---|---|
| 45633 | 43100121 | 360 |
| 40544 | 43100119 | 660 |
| 42025 | 43100122 | 420 |
| 42052 | 43100081 | 180 |
| 45754 | 431438 | 500 |
| 51613 | 43100118 | 520 |
| 52141 | 43100158 | 420 |
| 3617 | 43100118 | 580 |



San Francisco Department of Public Works
Making San Francisco a beautiful, livable, vibrant, and sustainable city.

Night Shift weekly
Page **6** of **6**

December 4, 2022

| | | |
|---|---|---|
| 12751 | 43100121 | 700 |
| 20740 | 431438 | 420 |
| 31048 | 43100176 | 800 |
| 44211 | 43100120 | 740 |
| 11310 | 43100120 | 840 |

## 12/1 Thursday 8,320 Lbs.

| | | |
|---|---|---|
| 947 | 43100118 | 580 |
| 10024 | 43100121 | 700 |
| 22210 | 431438 | 380 |
| 30714 | 43100118 | 600 |
| 32642 | 43100140 | 220 |
| 40935 | 43100176 | 820 |
| 41613 | 43100119 | 1,140 |
| 41952 | 43100081 | 300 |
| 42034 | 43100122 | 560 |
| 45330 | 431438 | 400 |
| 45709 | 43100118 | 820 |
| 51946 | 43100140 | 280 |
| 52217 | 43100121 | 740 |
| 233913 | 43100118 | 780 |



San Francisco Department of Public Works
Making San Francisco a beautiful, livable, vibrant, and sustainable city.



**Christopher McDaniels, Superintendent** | Bureau of Street Environmental Services

christopher.mcdaniels@sfdpw.org   T. 415.695.2011   2323 Cesar Chavez St. San Francisco, CA 94124

London N. Breed, Mayor | Carla Short, Interim Director | sfpublicworks.org | @sfpublicworks

**FROM:**     Alison Mickels, Supervisor II ~ Special Projects

**TO:**     Jonathan Vaing, Assistant Superintendent

**DATE:**     December 2, 2022

**PRIORITIES:**
- DEM Demobilization of Tenderloin Center
- Barricades for 7th & Market not obstructing ADA Handicap Ramp
- Supervisor did not go to Tunnel Road, assisting with Events and Specials
- 7th & Market Barricades removed from ADA handicap ramp

**EVENTS:**
- NBD Cancelled
- SantaCon SFPD Barricade Request 12/10/22
- Mayor's Special @ Laguna & Market 12/8/22
- Let's Glow Up 11/28 – 12/12
- SFPD Gun Buy Back 12/10
- Winter Wonderland Mendell Plaza 12/14
- DPH Community Day Service @ Bill Graham Auditorium 12/14/22
- Santa Skivvies Event 12/11/22

**COMPLETED EVENTS:**

**CITY CANS:**
- NORDSENSE City Can Sensor ongoing
- Install / Relocation: (ongoing)

**BAG & TAG**
- (Persons coming to Ops Yard **#4**) (Received Items into Ops Yard: **#6**) (Returns to owner **#1**) (Items Not returned to Owners/ Nothing found **#3**) (Bikes **#1** Scooter **# 0**) (Tents **#0**) (SFPD Evidence **#0**) (Claim Forms given **#3**)
- Creation of Spreadsheets by M. Underwood ongoing:
  - o City Can Inventory o Bag & Tag intake o Bag & Tag Claims o Event Calendar o P.E.L. Can swap out

**NEWS RACKS:**
- **#0** News Racks brought in by BSM Staff

**Meetings:**
- Supervisor II Meeting
- NBD Events every Wednesday @ 10:30am
- Q2 Check In
- Title VI

**Highlights:**
Accidents **(0)** Incidents **(0)** Bag and Tag Break In **(1)** Injuries **(0)**

CCSF-COH_079504
CCSF-COH_079449

City and County of San Francisco

San Francisco Public Works
Bureau of Street Environmental Services



2323 Cesar Chavez
San Francisco, CA 94124
(415) 695-2011 ❏ sfpublicworks.org

London Breed, Mayor
Carla Short, Acting Director
DiJaida Durden, Deputy Director

Chris McDaniels, Superintendent

**SUNDAY REPORT**
**November 27, 2022**
**Supervisor II – Alberto Zapata**

## Work Projects:

**Daily: Sunday**

- Run Chinatown First Thing
- Staff to run Market Street from Embarcadero to Castro Street
- Jessie Street and Stevenson Street from 5th to 9th Street. Swept, removed trash / Flushed
- U/C bike lane sweeper (6:30am to 3:00pm).
- U/C sweeper (6:30am to 3:00pm) cleaned TL area and all TL alleys. SOMA areas and all SOMA Alleys, 3rd Street.
- C/W Packer (6:30am to 3:00pm)
- C/W Flusher (6:30am to 3:00pm) Focus was SOMA alleys, TL alleys, Market Street areas, and 3rd Street.


**Zone A Supervisor I, Corey Jackson.**

- Grant from Columbus to Filbert
- All alleys in North Beach
- Swept All alleys in Chinatown
- Stockton from Sacramento to Broadway
- Swept Grant from Bush to Broadway
- Polk from Vallejo to Post
- All alleys on Polk from post to Broadway
- Grant: Bush to Broadway
- Jack Kerouac & Grant.
- Litter Patrols topped off all overflowing City cans in Chinatown.
- Packer picked up all illegal dumping in Chinatown
- Litter Patrol cleaned on California & Drumm.
- Streets closed off on Grant St from Sacramento St to Washington St

## Zone B Supervisor I, Darren Mayes.

- Clean all of Market St. and All Streets in TL & SOMA
- 6th Street & Polk St. Alleys cleaned
- Encampments trash removal,
- check all on & off ramps in area for trash and debris
- Hallidie Plaza, United Nations Plaza, and Mechanics Plaza
- Polk St from Market to Sutter
- Checked & cleaned on Fulton from Larkin to Hyde.
- Completed service requests.
- Ellis between Taylor to Jones
- Jones between O'Farrell and Golden Gate
- MTA Participants
- TL- wash down stating at 300 Jones

## Zone C Supervisor I, Kareem Jackson.

- Litter Patrol checked and removed all illegal dumping on Haight from Masonic to Stanyan.
- Litter Patrol checked and cleaned on Clement from Arguello to Park Presidio
- Litter Patrols checked and cleaned all hotspots in Zone.
- Checked and cleaned by Ella Hill Hutch Center and surrounding streets.
- Checked and cleaned surrounding streets by Japan town.
- Checked and cleaned on Geary from Arguello to Great Highway
- Completed the service requests.
- Check and cleaned Pierce & Page and surrounding

## Zone D Supervisor II, Alberto Zapata.

- Clinton Park, behind Pet Food Express
- Dolores median between 18th and 20th
- Checked Franklin Square 17th St. X Bryant St.
- Checked and cleaned Castro area.
- The Pink Triangle
- Mission St, from Cesar Chavez St. to Trumbull St.
- Crescent St. from Mission St. to Alemany Blvd.
- Cortland St. from Mission St. to Bayshore Blvd.
- Peralta St. / Tompkins / Farmers Market Lot
- Church St. 30th St.to 24th St.
- Alemany Blvd. from Crescent St. to Tingley St.
- Diamond St. from Chenery St. to Bosworth St.
- Hilton St. / Cortland St. & Bayshore Blvd.
- Valencia St. from Mission St. to Cesar Chavez St.
- 16th St. from Valencia St. to Bryant St.
- Bryant St. 16th St. to 20th St.
- South Van Ness from 16th to 20th St.
- Mission St. from Cesar Chavez St to 14th St.
- 24th Street: Potrero to Valencia

CCSF-COH_079506
CCSF-COH_079449

December 5,

### Zone E Supervisor I, Robert Milton.

- Litter Patrol checked and removed all illegal dumping on The BAYVIEW Plaza
- Litter Patrol checked and cleaned on 03rd Street from Cesar Chavez to Jamestown
- Litter Patrols checked and cleaned all hotspots in Zone.
- Checked and cleaned by Mendel Plaza and surrounding streets.
- Checked and cleaned surrounding streets Jamestown to Harney way.
- Checked and cleaned on Bayshore to Salinas.
- Check and cleaned /Flushed and Swept under Muni platforms on 3rd Street.

### Zone F Supervisor I. Henry Ramirez.

- On Capitol from Ocean to Broad- checked and picked up all debris and brush ups as needed.
- On Plymouth from Ocean to Broad –checked and picked up all illegal dumping.
- On San Jose from Lakeview to Broad.
- Blitz Twin Peaks Area
- Completed Service Requests

### Clean Team Clean Ups/Specials Events/Community Contacts Meetings:

Zone D bags pickups:
Bag pickup 20th St & Valencia St.
Bag pickup 16th St & Valencia St.

### Events:

### Project 20/ MTA:
10 MTA participant.
0 P20 participant.

### Accidents:

- During this period there were no accidents. or injuries.

CCSF-COH_079507
CCSF-COH_079449

San Francisco Public Works
Bureau of Street Environmental Services



2323 Cesar Chavez
San Francisco, CA 94124
(415) 695-2011 ▢ sfpublicworks.org

Chris McDaniel's, Superintendent

## SWING SHIFT WEEKLY 2022
### Supervisor II – Steven Duong
### Supervisor I – Abelardo Leonardo
### Supervisor I – Chris Banks
### Supervisor 1 -Dario Torio
### Supervisor 1-George Herrera
### 11-25-22 to 11-12-01-22

## SCHEDULED CLEANING:
### Normal Operations & CMMS

- All Major Segments along all major route's city wide
- All Citywide Emergencies during Swing Shift Hrs.:
- Stevenson 5th St to 6th Street
- Bryant Street from Alameda to Division Street (PENDING)
- 6th Street from Market Street to Howard Street (PENDING)
- Orpheum Theater Cleaning (PENDING)
- 1155 Market Street -brush up and steam clean (ON GOING) v
- Elgin Park –brush- up steam clean and pick up debris (ON GOING)
- Cesar Chavez Circle monitor the area daily (ON GOING)
- Berwick Pl. X Heron Alley Monitor area daily (On - GOING)
- 2145 Market St Check area daily (ON-GOING)
- 1680 Mission St check area, back side daily (ON-GOING)
- 1st Wednesday of the month-
  - Cyclone will operate on Mission Street 14th St to 16th.
    - Staffing permitting (PENDING)
  - Thursdays' Staffing permitting
    - Green Machine to run,
    - Current staffing level now permits 3 days a week.
    - Fifth street to 10th street on Natomas, Minna and Shipley wet down with flusher everyday (Kenny Bruce)
- Jones from Turk to Golden Gate brush up and pick up debris per (Pending until further notice)
- UN Plaza wash down every day per Kenny Bruce (on going)
- Market street from 8th to UN Plaza by Orpheum theatre per Kenny Bruce (completed)
- Capp @ 15th street pick up bags of debris per (completed)
- Seventh street north from Market to Mc Allister brush up, pick up debris and steam clean per Kenny Bruce (completed)
- Mission Street from 14th to 16th street clear sidewalk brush up. Pick up debris and washdown with flusher truck

per Kenny Bruce (completed)

                                                                    December 4, 2022

•

## Friday –11-25-22 DAY AFTER THANKSGIVING HOLIDAY

• **HSOC meeting location 2nd @ Stillman Street 1pm to 3pm per Kenny Bruce (completed)**
• **UN Plaza clean up brush up pick debris and washdown whole plaza per D.D.O (completed)**
• **Market street from 8th to UN Plaza by Orpheum theatre per Kenny Bruce (completed)**
• **15th street @ South Van Ness Street picks up bags of debris per --- (completed)**
• **Seventh street north from Market to Mc Allister brush up, pick up debris and steam clean per Kenny Bruce (completed)**
• **Corridor route bag run Eddy from Hyde to Jones, Eddy from Hyde to Polk, Hyde from Turk to Ellis and on Market from fifth to eighth street Per JV (completed)**
• **JFO -Location JFO -Location Suspended until further noticed Per Kenny Bruce (pending)**

• **Special Mission Street @ 8th Street clean up = One Swing Shift LP to assist in the cleaning (1:00pm until finish)**
• **5th Street @ Bryant /Harrison ON and OFF RAMP brush up and pick up debris per Kenny Bruce (completed)**

## Saturday – 11-26-22

• **HSOC meeting location NONE  1pm to 3pm per Kenny Bruce (completed)**
• **UN Plaza clean up brush up pick debris and washdown whole plaza per D.D.O (completed)**
• **Market street from 8th to UN Plaza by Orpheum theatre per Kenny Bruce (completed)**
• **15th street @ South Van Ness Street picks up bags of debris per --- (completed)**
• **Seventh street north from Market to Mc Allister brush up, pick up debris and steam clean per Kenny Bruce (completed)**
• **Corridor route bag run Eddy from Hyde to Jones, Eddy from Hyde to Polk, Hyde from Turk to Ellis and on Market from fifth to eighth street Per JV (completed)**
• **JFO -Location JFO -Location Suspended until further noticed Per Kenny Bruce (pending)**

• **Mission Street from 14th to 16th street clear sidewalk brush up. Pick up debris and washdown with flusher**

  **truck per Kenny Bruce (completed)**

• **5th Street @ Bryant /Harrison ON and OFF RAMP brush up and pick up debris per Kenny Bruce (completed)**
• **Pierce @ Jackson pick up bags per JV (completed)**
• **Pierce @California pick up bags per JV (completed)**
• **Baker @ California pick up bags per JV (completed)**

## Sunday 11-27-22

CCSF-COH_079509
CCSF-COH_079449

December 4, 2022

- HSOC meeting location NONE 1pm to 3pm per Kenny Bruce (completed)
- UN Plaza clean up brush up pick debris and washdown whole plaza per D.D.O (incomplete)
- Market street from 8th to UN Plaza by Orpheum theatre per Kenny Bruce (completed)
- 15th street @ South Van Ness Street picks up bags of debris per --- (completed)
- Seventh street north from Market to Mc Allister brush up, pick up debris and steam clean per Kenny Bruce (completed)
- Corridor route bag run Eddy from Hyde to Jones, Eddy from Hyde to Polk, Hyde from Turk to Ellis and on Market from fifth to eighth street Per JV (completed)
- JFO -Location JFO -Location Suspended until further noticed Per Kenny Bruce (pending)

- Weekend "Market" on Mission Btw 15th & 16th streets major regular cleanup per Kenny Bruce (5pm until finished) (completed) Note: SFPD show up for the cleaning





- LP to check 3 Theaters area (Orpheum, Golden Gate, and Curran Theatre) and clean up as needed.
- 5th @ Bryant on Ramp Plaza clean up
- Moscone Center Event (FAN EXPO) = LP run hotels grid routes

## Monday – 11-28-22
- HSOC meeting location 16th and Pond (1pm until finish) per Kenny Bruce (completed)
- UN Plaza clean up brush up pick debris and washdown whole plaza per D.D.O (completed)
- Market street from 8th to UN Plaza by Orpheum theatre per Kenny Bruce (completed)
- 15th street @ South Van Ness Street picks up bags of debris per --- (completed)

Swing Weekly Report
Page **4** of 11

December 4, 2022

- Seventh street north from Market to Mc Allister brush up, pick up debris and steam clean per Kenny Bruce (completed)
- Corridor route bag run Eddy from Hyde to Jones, Eddy from Hyde to Polk, Hyde from Turk to Ellis and on Market from fifth to eighth street Per JV (completed)
- JFO -Location JFO -Location Suspended until further noticed Per Kenny Bruce (pending)

- Mission Street @ 8th special cleaning and wash down (1pm until finish)

- LP to check 3 Theaters area (Orpheum, Golden Gate, and Curran Theatre) and clean up as needed.
- 5th @ Bryant on Ramp Plaza clean up
- Ada Court cleaning and wash down
- UN Plaza cleaning and wash down
- Bag pick up (3 events):  755 Ocean Ave after 4pm, 3 Caine Ave and 367 Howth Street after 4:30pm, 801 Avalon after 5pm (Swing packer will take care of it)

## Tuesday- 11-29-22

- HSOC meeting location (1:00pm until finish) per Kenny Bruce (completed)
- UN Plaza clean up brush up pick debris and washdown whole plaza per D.D.O (completed)
- Market street from 8th to UN Plaza by Orpheum theatre per Kenny Bruce (completed)
- 15th street @ South Van Ness Street picks up bags of debris per --- (completed)
- Seventh street north from Market to Mc Allister brush up, pick up debris and steam clean per Kenny Bruce (completed)
- Corridor route bag run Eddy from Hyde to Jones, Eddy from Hyde to Polk, Hyde from Turk to Ellis and on Market from fifth to eighth street Per JV (completed)
- JFO -Location JFO -Location Suspended until further noticed Per Kenny Bruce (pending)
- Special Mission Street @ 8th Street clean up = One Swing Shift LP to assist in the cleaning (1:00pm until finish)
- 5th Street @ Bryant /Harrison ON and OFF RAMP brush up and pick up debris per Kenny Bruce (completed)

- HSOC= Stillman @ 4th Street (1:00pm until finish)



December 4, 2022



- **Special cleaning at Lake Merced SFPD shooting range warehouse (3pm until finish)**





- Per JV, post No Parking Sign for a Special Event for Wednesday, 11/30/22 in front of 1326-9th Ave (3 parking spaces) and inside the 9th Ave public parking lot (5 parking spaces)

December 4, 2022



- **LP to check 3 Theaters area (Orpheum, Golden Gate, and Curran Theatre) and clean up as needed.**

- **5th @ Bryant on Ramp Plaza clean up**

- **UN Plaza clean up and wash down**

- **Bag pick up (events): 755 Ocean Ave after 4pm and 40 Brompton after 4:30pm (Swing packer will take care of it)**

### Wednesday – 11-30-22

- **HSOC meeting location (1PM to FINISH) per Kenny Bruce (completed)**
- **UN Plaza clean up brush up pick debris and washdown whole plaza per D.D.O (completed)**
- **Market street from 8th to UN Plaza by Orpheum theatre per Kenny Bruce (completed)**
- **15th street @ South Van Ness Street picks up bags of debris per --- (completed)**
- **Seventh street north from Market to Mc Allister brush up, pick up debris and steam clean per Kenny Bruce (completed)**
- **Corridor route bag run Eddy from Hyde to Jones, Eddy from Hyde to Polk, Hyde from Turk to Ellis and on Market from fifth to eighth street Per JV (completed)**
- **JFO -Location JFO -Location Suspended until further noticed Per Kenny Bruce (pending)**

- Special Mission Street @ 8th Street clean up = One Swing Shift LP to assist in the cleaning (1:00pm until finish)
- 5th Street @ Bryant /Harrison ON and OFF RAMP brush up and pick up debris per Kenny Bruce (completed)

- **HSOC= 1500 Galvez @ Mendell (1PM UNTIL FINISH)**



- **LP to check 3 Theaters area (Orpheum, Golden Gate, and Curran Theatre) and clean up as needed.**

### Thursday – 12-01-22

- HSOC meeting location (1:00pm until finish) per Kenny Bruce (completed)
- UN Plaza clean up brush up pick debris and washdown whole plaza per D.D.O (completed)
- Market street from 8th to UN Plaza by Orpheum theatre per Kenny Bruce (completed)
- 15th street @ South Van Ness Street picks up bags of debris per --- (completed)
- Seventh street north from Market to Mc Allister brush up, pick up debris and steam clean per Kenny Bruce (completed)
- Corridor route bag run Eddy from Hyde to Jones, Eddy from Hyde to Polk, Hyde from Turk to Ellis and on Market from fifth to eighth street Per JV (completed)
- JFO -Location JFO -Location Suspended until further noticed Per Kenny Bruce (pending)

- Special Mission Street @ 8th Street clean up = One Swing Shift LP to assist in the cleaning (1:00pm until finish)
    - Per Director, 5th Street and Bryant ON RAMP for debris= ERC staff to check the area for any debris and clean up as needed.

December 4, 2022

13th Street @ Bernice-Isis (1PM UNTIL FINISH)



- **Ada Court cleaning**



- **8th Street Market to Stevenson cleaning**



CCSF-COH_079515
CCSF-COH_079449

December 4, 2022



- Chase Center Event (Andrea Bocelli Game start at 7pm) =LP run the grid routes to clean, and debris pick up as needed

- LP to check 3 Theaters area (Orpheum, Golden Gate, and Curran Theatre) and clean up as needed.

**ACCIDENTS: none**

**INJURIES: zero**

**OTHER ITEMS OF INTEREST:**

**STEAMER REPORT:**

| | |
|---|---|
| Friday | (0) Steamer |
| Saturday | (2) Steamer |
| Sunday | (1) Steamer |
| Monday | (1) Steamer |
| Tuesday | (2) steamer |
| Wednesday | (3) Steamer |
| Thursday | (3) Steamer |

# Swing Shift Ops Supervisors weekly tonnages for 11/25/2022 to 12-01-22

### Friday, 11-25-22 DAY AFTER THANKSGIVING HOLIDAY

1. Abelardo Leonardo= DAY OFF

2. Dario Torio= DAY OFF
   3.George Herrera= OFF WORK

   4.Chris Banks= OFF WORK

December 4, 2022

**Saturday, 11-26-22**

     1.  Abelardo Leonardo= DAY OFF

     2.  Dario Torio= DAY OFF

 3, George Herrera = Off work

     3.  Chris Banks= 431-132 No dump for the day. Chris was overseeing the Swing Shift Ops due to Sup II; Steven Duong is off

**Sunday, 11-27-22**

   1.Abelardo Leonardo= one dump (800 lbs.) for the day.

    2.Dario Torio= 431-0142 Dario one dump today (420LBS) Dario   also Monitor Zone D/E

 3.  George Herrera=DAY OFF

 4.  Chris Banks=DAY OFF

**Monday, 11-28-22**

   1.Abelardo Leonardo=431-266 Abe one dump today (360LBS) Abe also Monitor Zone A/B

   2.Dario Torio= 431-0142 Dario one dump today (460LBS) also Monitor Zone D/E

    3.George Herrera= DAY OFF

    4. Chris Banks=   DAY OFF

**Tuesday, 11-29-22**

   1.Abelardo Leonardo= = 431-266 Abe one dump today (560LBS) Abe also Monitor Zone A/B

2. Dario Torio= = 431-0142 Dario one dump today (LBS) Dario   Monitor Zone D/E and working with a LP with flatbed truck 431-6653 with LBS tonnage for the day. Dario was helping with HSOC, JFO, and UN Plaza wash down today.

3. George Herrera=off work

   4.Chris Banks= off work

CCSF-COH_079517
CCSF-COH_079449

December 4, 2022

### Wednesday, 11-30-22

1. Abelardo Leonardo= off work

2. Dario Torio== 431-0142 Dario one dump today (LBS) also Monitor Zone D/E

3.George Herrera= 431-160 George was working with a LP with flatbed truck 431- with LBS tonnage for the day. George was helping with HSOC, JFO, and UN Plaza wash down today.

4. Chris Banks=431- 132 with no record of dump for the day. Chris monitor for Zone C/F and responding for bag N tag that will be drop off at the yard.

### Thursday, 12-01-22

1. Abelardo Leonardo =431-266 Abe one dump today (480LBS) Abe also Monitor Zone A/B

2. Dario Torio = 431-0142 Dario one dump today (420LBS) also Monitor Zone D/E

3. George Herrera=431-160 George was working with a LP with flatbed truck 431- with LBS tonnage for the day. George was helping with HSOC, JFO, and UN Plaza wash down today.

4. Chris Banks= 431- 132 with no record of dump for the day. Chris monitor for Zone C/F and responding for bag N tag that will be drop off at the yard.

### Total Supervisors tonnages for this week:

1. Abelardo Leonardo = tonnage (see above reasons)
2. Chris Banks = tonnage (see above reasons)
3. George Herrera = tonnage (see above reasons)
4. Dario Torio = tonnage (see above reasons)