# EXHIBIT 77

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| **From:** | Garcia, Edgar (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAA89E4DEE894B5B89D944F7D228578F-EDGAR GARCI] |
| **Sent:** | 1/3/2023 3:04:58 PM |
| **To:** | Vaing, Jonathan (DPW) [o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing] |
| **Subject:** | RE: Bag Tag Cage 1/3/2023 |

10/4 thanks





**From:** Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
**Sent:** Tuesday, January 3, 2023 7:03 AM
**To:** Mcleod, Redjil (DPW) <redjil.mcleod@sfdpw.org>; Mickels, Alison (DPW) <Alison.Mickels@sfdpw.org>; Allan, David (DPW) <David.Allan@sfdpw.org>; Lee, Stephen (DPW) <stephen.d.lee@sfdpw.org>; Underwood, Marcell (DPW) <marcell.underwood@sfdpw.org>
**Cc:** Garcia, Edgar (DPW) <edgar.garcia@sfdpw.org>
**Subject:** FW: Bag Tag Cage 1/3/2023

FYI..

*Jonathan C. Vaing*
*Asst. Superintendent Operations*
*B.S.E.S*

Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
2323 Cesar Chavez St., San Francisco, CA 94124
| Desk: (415)695-2111 | Main: (415) 695-2134
sfpublicworks.org · twitter.com/sfpublicworks

 Please consider the environment before printing this e-mail.

**From:** Maroney, Adam (DPW) <adam.maroney@sfdpw.org>
**Sent:** Tuesday, January 3, 2023 6:13 AM

EXHIBIT 1174 PLTF DEFT.
WITNESS E. Garcia
CONSISTING OF 2 PAGES
DATE 2-06-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

**To:** Espina, Maria (DPW) <Maria.Espina@sfdpw.org>; Roumbanis, Mark (DPW) <Mark.Roumbanis@sfdpw.org>
**Cc:** Durden, DiJaida (DPW) <DiJaida.Durden@sfdpw.org>; McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>; Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>; Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>; Perry, Terrance (DPW) <terrance.perry@sfdpw.org>
**Subject:** Bag Tag Cage 1/3/2023

Hello,

Attached are photos and Incident Report of a break in at the Bag and Tag Cage that happened 1/3/2023 - 1:30pm.

Let me know if you have any questions.