# EXHIBIT 78

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| From: | Garcia, Edgar (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAA89E4DEE894B5B89D944F7D228578F-EDGAR GARCI] |
| Sent: | 2/16/2023 9:13:47 PM |
| To: | Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing] |
| CC: | Mcleod, Redjil (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c1c4034b1b4840f2872d42b9f4a21434-Redjil Mcle]; Allan, David (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4f5bfe0e4a0f49f8aa25e302ba616269-David Allan]; Underwood, Marcell (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=35b8b5bdd54247b080acdf5c25a52690-Marcell Und] |
| Subject: | FW: break- In |
| Attachments: | Scan_McLeod, Redjil_13_39_27_03-12-2022.pdf |

This is a report of the same break in but the damage to the fence was not reported until the 12/03/2022 since the table was covering it.

Edgar Garcia
Supervisor II
Operations - Special Projects
    Bureau of Street & Environmental Services
    San Francisco Public Works
    City and County of San Francisco
    2323 Cesar Chavez
    San Francisco, CA 94124
    Ph  (415)583-0324

    Edgar.Garcia@sfdpw.org

-----Original Message-----
From: Mcleod, Redjil (DPW) <redjil.mcleod@sfdpw.org>
Sent: Thursday, February 16, 2023 1:10 PM
To: Garcia, Edgar (DPW) <edgar.garcia@sfdpw.org>
Subject: break- In

Cage Break-in



Redjil McLeod
Supervisor I

Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
 2323 Cesar Chavez St  | San Francisco, CA 94124 | (415) 695-2163 |      sfpublicworks.org ·
twitter.com/sfpublicworks

-----Original Message-----
From: redjil.mcleod@sfdpw.org <redjil.mcleod@sfdpw.org>
Sent: Saturday, December 3, 2022 1:40 PM
To: Mcleod, Redjil (DPW) <redjil.mcleod@sfdpw.org>
Subject: Scan_McLeod, Redjil_13_39_27_03-12-2022

Please find your scan attached to this Email.

EXHIBIT 1175 (PLTF.) DEFT.
WITNESS E. Garcia
CONSISTING OF 1 PAGES
DATE 2-06-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

CCSF-COH_076257