# EXHIBIT 79

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

**From:** Garcia, Edgar (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAA89E4DEE894B5B89D944F7D228578F-EDGAR GARCI]
**Sent:** 2/16/2023 6:02:21 PM
**To:** Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing]
**Subject:** RE: Kent Sergeant B&T INFO
**Attachments:** Capture.PNG

I found that The items where picked up on 11/20/22 by Jose Cabrera
They were also taken into the bag and tag cage on 11/20/22 proof is in the bag and tag spread sheet attached.
CMMS service order # 1975029 is connected to the claim as well as the attachments included. Unfortunately no pictures were taken and comments on SR are a little off.
Kent Sergeant came in to claim his items on 11/23/22 there is no proof of break ins from 11/20/22 to 11/23/22.

Edgar Garcia
Supervisor II
Operations - Special Projects
Bureau of Street & Environmental Services
San Francisco Public Works
City and County of San Francisco
2323 Cesar Chavez
San Francisco, CA 94124
Ph (415)583-0324

Edgar.Garcia@sfdpw.org

-----Original Message-----
From: Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
Sent: Thursday, February 16, 2023 9:24 AM
To: Garcia, Edgar (DPW) <edgar.garcia@sfdpw.org>
Subject: RE: Kent Sergeant B&T INFO

Hello.

Need SR with date and info on pick up date.
Need SR associated to LP pick up.
Need to determine, log in date and break in date.

Jonathan C. Vaing
Asst. Superintendent Operations
B.S.E.S

Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
2323 Cesar Chavez St., San Francisco, CA 94124
| Desk: (415)695-2111 | Main: (415) 695-2134
sfpublicworks.org · twitter.com/sfpublicworks  Please consider the environment before printing this e-mail.

-----Original Message-----
From: Garcia, Edgar (DPW) <edgar.garcia@sfdpw.org>
Sent: Tuesday, February 7, 2023 1:49 PM
To: Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
Cc: Allan, David (DPW) <David.Allan@sfdpw.org>; Mcleod, Redjil (DPW) <redjil.mcleod@sfdpw.org>; Underwood, Marcell (DPW) <marcell.underwood@sfdpw.org>
Subject: FW: Kent Sergeant B&T INFO
Importance: High

Good afternoon JV ,

Can you please advise on how to respond? Can we get access to the video footage?

Edgar Garcia
Supervisor II

EXHIBIT 1176 PLTF. DEFT.
WITNESS E. Garcia
CONSISTING OF 3 PAGES
DATE 2-06-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

Operations - Special Projects
Bureau of Street & Environmental Services
San Francisco Public Works
City and County of San Francisco
2323 Cesar Chavez
San Francisco, CA 94124
Ph (415)583-0324

Edgar.Garcia@sfdpw.org

-----Original Message-----
From: Underwood, Marcell (DPW) <marcell.underwood@sfdpw.org>
Sent: Tuesday, February 7, 2023 1:25 PM
To: Garcia, Edgar (DPW) <edgar.garcia@sfdpw.org>
Subject: Kent Sergeant B&T INFO
Importance: High

-----Original Message-----
From: Mickels, Alison (DPW) <Alison.Mickels@sfdpw.org>
Sent: Wednesday, November 23, 2022 1:13 PM
To: Chargualaf, Latasha (DPW) <latasha.chargualaf@sfdpw.org>; Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
Cc: Mcleod, Redjil (DPW) <redjil.mcleod@sfdpw.org>; Underwood, Marcell (DPW) <marcell.underwood@sfdpw.org>
Subject: RE: B&T - Kent Sergeant
Importance: High

Hello Control,

Hello Control,
We were not able to locate the gentlemen's items and gave him a Claim Form.

Hi Jonathan,
Requesting surveillance to observe the activities between Sunday @ 12:45pm 11/20/22 thru Tuesday 6am 11/22/22.

Alison Mickels
Supervisor II
Operations - Special Projects
Bureau of Street & Environmental Services
San Francisco Public Works
City and County of San Francisco
2323 Cesar Chavez
San Francisco, CA 94124
Ph (415)695-2130
Fax (415)695-2175
alison.mickels@sfdpw.org

-----Original Message-----
From: Chargualaf, Latasha (DPW) <latasha.chargualaf@sfdpw.org>
Sent: Wednesday, November 23, 2022 11:54 AM
To: Mickels, Alison (DPW) <Alison.Mickels@sfdpw.org>; Mcleod, Redjil (DPW) <redjil.mcleod@sfdpw.org>
Subject: FW: B&T - Kent Sergeant

-----Original Message-----
From: DPW.OPSQL sql agent <DPW.OPSQL@sfdpw.org>
Sent: Wednesday, November 23, 2022 11:53 AM
To: Chargualaf, Latasha (DPW) <latasha.chargualaf@sfdpw.org>
Subject: B&T - Kent Sergeant

Name: Kent Sergeant
DOB: 12/13/1963
Location of arrest: 300 Bowling Green Dr
Items: Black Backpack with a laptop and clothing (1 green jacket, 1 black jacket, tan pants).
Arresting officer: Cagonot *2023
Case number:220-798-473

## November 2022 Bag & Tag

| Staff Pick Up Date/SF Date | Staff Name | Address | Cross street | S/O # | Intak | Bike(s | Tag # | Tag Col | Comments | Name | DOB | SF Pick Up Date | Date of Di |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(Table contents illegible due to image quality; rows contain handwritten entries for dates, addresses, cross streets, S/O numbers, tag numbers, tag colors, and comments describing bagged items such as "1 clear bag", "1 black bag", "1 plastic bag", etc. Name, DOB, SF Pick Up Date, and Date of Discharge columns are redacted/blank.)*

CONFIDENTIAL

CCSF-COH_075970