# EXHIBIT 80

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| From: | Mcleod, Redjil (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C1C4034B1B4840F2872D42B9F4A21434-REDJIL MCLE] |
| Sent: | 2/24/2023 3:44:35 PM |
| To: | Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing] |
| CC: | Garcia, Edgar (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=baa89e4dee894b5b89d944f7d228578f-Edgar Garci]; Allan, David (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4f5bfe0e4a0f49f8aa25e302ba616269-David Allan]; Lee, Stephen (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e152380367984e20b0209af2f5130901-Stephen D. Lee]; Espina, Maria (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4682e49a0b614391b3c83d4f2d5b4c34-Maria Espina]; Lee, Jason (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a7df15934870407d8b02899b14615462-Jason E Lee]; Ngwe, Mary (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cd773c9a2e34490db45231437e4fc5fb-Mary Ngwe_4]; Odufalu, Olu (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=42d29fe76ff945c1a37b7b082c759e9e-Olu Odufalu]; Underwood, Marcell (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=35b8b5bdd54247b080acdf5c25a52690-Marcell Und]; McDaniels, Christopher (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d7f816aaf04b48e2b1ff6c856726bcf1-Christopher] |
| Subject: | RE: UPDATED: Supervisor's Report of Incident Investigation form dated 2/23/23 Bag and Tag Cage attempted Break-In |

Good morning Mr. Vaing

I'll reach out to Dispatch and BBR today.

Thank,
Red


Redjil McLeod
Supervisor I

Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
 2323 Cesar Chavez St  | San Francisco, CA 94124 | (415) 695-2163 |     sfpublicworks.org ·
twitter.com/sfpublicworks

-----Original Message-----
From: Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
Sent: Friday, February 24, 2023 7:39 AM
To: Mcleod, Redjil (DPW) <redjil.mcleod@sfdpw.org>
Cc: Garcia, Edgar (DPW) <edgar.garcia@sfdpw.org>; Allan, David (DPW) <David.Allan@sfdpw.org>; Lee, Stephen (DPW) <stephen.d.lee@sfdpw.org>; Espina, Maria (DPW) <Maria.Espina@sfdpw.org>; Lee, Jason (DPW) <jason.e.lee@sfdpw.org>; Ngwe, Mary (DPW) <mary.ngwe@sfdpw.org>; Odufalu, Olu (DPW) <Olu.Odufalu@sfdpw.org>; Underwood, Marcell (DPW) <marcell.underwood@sfdpw.org>; McDaniels, Christopher (DPW) <christopher.mcdaniels@sfdpw.org>
Subject: RE: UPDATED: Supervisor's Report of Incident Investigation form dated 2/23/23 Bag and Tag Cage attempted Break-In

Received, thank you Redjil.

We are hoping our new storage container arrive early next week. Please coordinate with Dispatch team for placement. Make we have at least 5 feet from Armstrong Trailor wall.
Will need to talk with BBR team regarding shelving, lighting etc.

Regards.

EXHIBIT 1177
WITNESS E. Garcia
CONSISTING OF 2 PAGES
DATE 2-06-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.
PLTF.
DEFT.

CCSF-COH_079989

JV

-----Original Message-----
From: Mcleod, Redjil (DPW) <redjil.mcleod@sfdpw.org>
Sent: Friday, February 24, 2023 7:28 AM
To: Vaing, Jonathan (DPW) <Jonathan.Vaing@sfdpw.org>
Cc: Garcia, Edgar (DPW) <edgar.garcia@sfdpw.org>; Allan, David (DPW) <David.Allan@sfdpw.org>; Lee, Stephen (DPW) <stephen.d.lee@sfdpw.org>; Espina, Maria (DPW) <Maria.Espina@sfdpw.org>; Lee, Jason (DPW) <jason.e.lee@sfdpw.org>; Ngwe, Mary (DPW) <mary.ngwe@sfdpw.org>; Odufalu, Olu (DPW) <Olu.Odufalu@sfdpw.org>; Underwood, Marcell (DPW) <marcell.underwood@sfdpw.org>
Subject: UPDATED: Supervisor's Report of Incident Investigation form dated 2/23/23 Bag and Tag Cage attempted Break-In

Please see attached Supervisor's report of incident investigation form dated 2/23/23.

Thanks,
Red



Redjil McLeod
Supervisor I


Bureau Street Environmental Services | San Francisco Public Works | City and County of San Francisco
 2323 Cesar Chavez St  | San Francisco, CA 94124 | (415) 695-2163 |     sfpublicworks.org ·  twitter.com/sfpublicworks