# EXHIBIT 83

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

86

Start Time: 5/1/2024 7:51:40 AM(UTC-7)
Last Activity: 8/6/2024 10:46:41 AM(UTC-7)
Number of attachments: 11
Source: iMessages
Body file: chat-613.txt

CCSF-COH_449434

Participants:

Leslie Fong SFFD*

David Nakanishi, MPH, LCSW*



From: David Nakanishi, MPH, LCSW
To: Leslie Fong SFFD

Hey on my way to you
Send me
The before pics I can add them to the chain

Can help if you need to swap out the phone this am

Participant | Delivered | Read | Opened
+14158102712 Leslie Fong SFFD

Status: Sent

5/1/2024 7:51:40 AM(UTC-7)



From: Leslie Fong SFFD
Treat. 4 tents.
Attachments:

Size: 3967893
File name: IMG_2366.HEIC
IMG_2366.HEIC

Status: Read

5/1/2024 7:58:09 AM(UTC-7)



From: Leslie Fong SFFD
16th street. 4 tents. 2 abandoned when I visited at 730
Attachments:

Size: 2466192
File name: IMG_2357.HEIC
IMG_2357.HEIC

Status: Read

5/1/2024 7:59:57 AM(UTC-7)

EXHIBIT 1215
WITNESS L. Fong
CONSISTING OF 5
DATE 2-18-2025   PAGES
BEHMKE REPORTING AND VIDEO SERVICES, INC.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

Case 4:22-cv-05502-DMR   Document 520-21   Filed 10/20/25   Page 3 of 6

CCSF-COH_449435



From: ▮▮▮ Leslie Fong SFFD
Depending on how quickly people move, this may be an early finish. If early finish, where do you want us to go next?
Status: Read
5/1/2024 8:00:29 AM(UTC-7)



From: ▮▮▮ Leslie Fong SFFD
This is Folsom. 5 tents. Moderate to heavy debris. I think it'd be good to hit this spot up in the AM if there's bandwidth from the team. I know it's the PM op though.
Attachments:
Size: 3883858
File name: IMG_2370.HEIC
IMG_2370.HEIC
Status: Read
5/1/2024 8:20:15 AM(UTC-7)



From: ▮▮▮ Leslie Fong SFFD
Treat cleaned. 1 referral.
Attachments:
Size: 4844831
File name: IMG_2374.HEIC
IMG_2374.HEIC
Status: Read
5/1/2024 8:41:03 AM(UTC-7)



From: ▮▮▮ Leslie Fong SFFD
16th cleaned. 1 cited with tent seized.
Attachments:
Size: 3012017
File name: IMG_2384.HEIC
IMG_2384.HEIC
Status: Read
5/1/2024 9:36:37 AM(UTC-7)

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.**

191

CCSF-COH_449245

CCSF-COH_449436



From: [redacted] Leslie Fong SFFD
Attachments:
Size: 2851926
File name: IMG_2385.HEIC
IMG_2385.HEIC
Status: Read
5/1/2024 9:37:41 AM(UTC-7)



From: [redacted] David Nakanishi, MPH, LCSW
To: [redacted] Leslie Fong SFFD
Any word about your phone?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Leslie Fong SFFD | | | |

Status: Sent
5/1/2024 9:42:19 AM(UTC-7)



From: [redacted] Leslie Fong SFFD
No word
Status: Read
5/1/2024 9:42:55 AM(UTC-7)



From: [redacted] Leslie Fong SFFD
16th/folsom. Tent was taken along with all the furniture. He was cited, not arrested.
Attachments:
Size: 2985916
File name: IMG_2388.HEIC
IMG_2388.HEIC
Status: Read
5/1/2024 10:05:49 AM(UTC-7)

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.**

192

CCSF-COH_449245

CCSF-COH_449437



From: David Nakanishi, MPH, LCSW
To: Leslie Fong SFFD
Just past 15th on Folsom
Attachments:
IMG_3037.HEIC
Size: 4042134
File name: IMG_3037.HEIC

Participant    Delivered    Read    Opened
Leslie Fong SFFD

Status: Sent
5/1/2024 10:12:33 AM(UTC-7)

From: Leslie Fong SFFD
I I'll put it on Israel's radar
Status: Read
5/1/2024 10:12:58 AM(UTC-7)



From: David Nakanishi, MPH, LCSW
To: Leslie Fong SFFD
Same side that they are currently on fyi

Participant    Delivered    Read    Opened
Leslie Fong SFFD

Status: Sent
5/1/2024 10:13:29 AM(UTC-7)



From: Leslie Fong SFFD
Hey david having difficulties connecting to the meeting
Status: Read
5/1/2024 10:21:47 AM(UTC-7)



From: Leslie Fong SFFD
Folsom between 15 and 16
Attachments:
IMG_2394.HEIC
Size: 3191179
File name: IMG_2394.HEIC

Status: Read
5/1/2024 10:43:24 AM(UTC-7)



**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.**

193

CCSF-COH_449245

CCSF-COH_449438



From: [redacted] Leslie Fong SFFD
Attachments:
Size: 2477843
File name: IMG_2391.HEIC
IMG_2391.HEIC
Status: Read
5/1/2024 10:54:09 AM(UTC-7)



From: [redacted] Leslie Fong SFFD
Attachments:
Size: 3771458
File name: IMG_2398.HEIC
IMG_2398.HEIC
Status: Read
5/1/2024 11:09:05 AM(UTC-7)



From: [redacted] Leslie Fong SFFD
If you are coming by the resolution this afternoon, can you please bring my wallet?
Status: Read
5/1/2024 1:00:09 PM(UTC-7)



From: [redacted] David Nakanishi, MPH, LCSW
To: [redacted] Leslie Fong SFFD
Stuck in meeting. Can bring it by closer to 3 pm

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Leslie Fong SFFD | | | |

Status: Sent
5/1/2024 1:00:54 PM(UTC-7)



From: [redacted] Leslie Fong SFFD
If not, it's totally fine. I'll head over after the operation.
Status: Read
5/1/2024 1:01:16 PM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.