# EXHIBIT 87

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

CCSF-COH_455047

From: ▮▮▮▮▮ Arielle Plastunovich
To: ▮▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

Happy Tuesday everyone,

ERT please remember that we have 2 Minna Lee S2H slots slated for this Thursday. Let's find some folks today or tomorrow from Willow.

For Tuesday, July 30, 2024
8 am
•    Meeting Place: Stevenson btw 14th and Clinton Park/Valencia, also Woodward btw 14th/Duboce, Duboce btw Valencia/Mission
•    Incident Commander: Captain Brandon Cunningham
• Field Team: HSH, ERT, MTA, Public Works, SFFD, SFPD
• Housing Lead: Eric Lei, HSH
• Estimated Tents/Structures:
• Estimated Vehicles:
• Notes:  check 16th and Wiese too for re-encampment prevention

1 pm
•    Meeting Place: 18th between Folsom and Treat,19th btw Harrison and Folsom, Folsom btw 18th/19th Sts.
•    Incident Commander: Captain Brandon Cunningham
• Field Team: HSH, ERT, MTA, Public Works, SFFD, SFPD
• Housing Lead: Eric Lei, HSH
• Estimated Tents/Structures:
• Estimated Vehicles:
• Notes:

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 7:38:31 AM(UTC-7) | |

Status: Read

7/30/2024 7:15:40 AM(UTC-7)

From: ▮▮▮▮▮ Mesha Minor HOT
To: ▮▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

ERT on site

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 8:08:15 AM(UTC-7) | |

Status: Read

7/30/2024 8:00:22 AM(UTC-7)

From: ▮▮▮▮▮ Carlos ERT Supervisor
To: ▮▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

Liked "ERT on site"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 8:08:15 AM(UTC-7) | |

Status: Read

7/30/2024 8:00:48 AM(UTC-7)



EXHIBIT ___1259___  PLTF DEF.
WITNESS  B. Cunningham
CONSISTING OF ___29___ PAGES
DATE  2-25-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

5803

CCSF-COH_455048



From: + ▮▮▮▮▮ Carlos ERT Supervisor
To: +▮▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

Liked "Happy Tuesday everyone,

ERT please remember that …"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +▮▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 8:08:15 AM(UTC-7) | |

Status: Read

7/30/2024 8:01:01 AM(UTC-7)



From: + ▮▮▮▮▮ Mesha Minor HOT
To: +▮▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

I'll be POC today

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +▮▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 8:08:15 AM(UTC-7) | |

Status: Read

7/30/2024 8:01:13 AM(UTC-7)



From: + ▮▮▮▮▮ Carlos ERT Supervisor
To: +▮▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

Liked "I'll be POC today"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +▮▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 8:17:09 AM(UTC-7) | |

Status: Read

7/30/2024 8:13:55 AM(UTC-7)

From: +▮▮▮▮▮ HSOC Incident Commander Incident Commander HSOC
To: +▮▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

Good morning, x1 tent, x 1 structure both abandoned, moderate debris along 14/stevenson

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +▮▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 8:30:21 AM(UTC-7) | |

Status: Read

7/30/2024 8:22:44 AM(UTC-7)

From: +▮▮▮▮▮ HSOC Incident Commander Incident Commander HSOC
To: +16287▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

**CCSF-COH_455049**

Attachments:



Title: IMG_6919.jpg
Size: 125374
File name: ~/Library/SMS/Attachments/98/08/79C370E7-5E72-4F66-B905-
4068CCA64DAF/IMG_6919.jpg
~/Library/SMS/Attachments/98/08/79C370E7-5E72-4F66-B905-
4068CCA64DAF/IMG_6919.jpg



Title: IMG_6918.jpg
Size: 95673
File name: ~/Library/SMS/Attachments/da/10/50B553AC-E17A-4FC1-B53C-
EA39E76E828F/IMG_6918.jpg
~/Library/SMS/Attachments/da/10/50B553AC-E17A-4FC1-B53C-
EA39E76E828F/IMG_6918.jpg



Title: IMG_6921.jpg
Size: 77723
File name: ~/Library/SMS/Attachments/b9/09/B1AB141A-7AB0-4A0D-81E9-
85D9C9FE015C/IMG_6921.jpg
~/Library/SMS/Attachments/b9/09/B1AB141A-7AB0-4A0D-81E9-
85D9C9FE015C/IMG_6921.jpg



Title: IMG_6920.jpg
Size: 92279
File name: ~/Library/SMS/Attachments/63/03/9D1DE3DA-D463-4EEB-9B79-
C8E21F725126/IMG_6920.jpg
~/Library/SMS/Attachments/63/03/9D1DE3DA-D463-4EEB-9B79-
C8E21F725126/IMG_6920.jpg



Title: IMG_6922.jpg
Size: 112238
File name: ~/Library/SMS/Attachments/10/00/5ED67305-A4B2-4DD1-9DD9-
E410BC7E0730/IMG_6922.jpg
~/Library/SMS/Attachments/10/00/5ED67305-A4B2-4DD1-9DD9-
E410BC7E0730/IMG_6922.jpg



Title: IMG_6917.jpg
Size: 76612
File name: ~/Library/SMS/Attachments/b9/09/E3206F9A-7157-4E51-80B7-
4BDDE1AF71FD/IMG_6917.jpg
~/Library/SMS/Attachments/b9/09/E3206F9A-7157-4E51-80B7-
4BDDE1AF71FD/IMG_6917.jpg



Title: IMG_6919.heic
Size: 3562131
File name: ~/Library/SMS/Attachments/41/01/C2E792EE-E8BC-4131-BF4E-
0CC215C83C08/IMG_6919.heic
Path: https://p49-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/41/01/C2E792EE-E8BC-4131-BF4E-
0CC215C83C08/IMG_6919.heic



Title: IMG_6918.heic
Size: 4185875
File name: ~/Library/SMS/Attachments/98/08/465F4791-9A9C-4ED0-9EF7-
95D6711D765A/IMG_6918.heic
Path: https://p67-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/98/08/465F4791-9A9C-4ED0-9EF7-
95D6711D765A/IMG_6918.heic

Title: IMG_6921.heic
Size: 3584908
File name: ~/Library/SMS/Attachments/9b/11/36C30B64-3D82-443B-8F95-
B3CA636657A3/IMG_6921.heic
Path: https://p63-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/9b/11/36C30B64-3D82-443B-8F95-
B3CA636657A3/IMG_6921.heic

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.**

CCSF-COH_455050



Title: MG_6920.heic
Size: 3983933
File name: ~/Library/SMS/Attachments/96/06/951D7CBE-4598-4A39-8ECD-4DFA13632258/ MG_6920.heic
Path: //p33-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F77674389E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/98/08/951D7CBE-4598-4A39-8ECD-4DFA13632258/IMG_6920.heic

Title: MG_6922.heic
Size: 2736061
File name: ~/Library/SMS/Attachments/10/00/B98A7B55-7729-409C-B726-91FD9EC429D5/ MG_6922.heic
Path: https //p61-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F77674389E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/10/00/B98A7B55-7729-409C-B726-91FD3EC429D5/IMG_6922.heic

Title: MG_6917.heic
Size: 3883280
File name: ~/Library/SMS/Attachments/74/04/23E8689B-DD4F-470D-86E3-DCB3C616E1C6/IMG_6917.heic
Path: https //p67-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F77674389E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/74/04/23E8689B-DD4F-470D-86E3-DCB3C615E1C6/IMG_6917.heic

To

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ████████David Nakanishi, MPH, LCSW | | 7/30/2024 8:30:21 AM(UTC-7) | |

Status: Read

7/30/2024 8:22:59 AM(UTC-7)



From: ████████ Eric Lei
To: ████████ David Nakanishi, MPH, LCSW (owner)

HSOC Allocation Tue 7/30:
MSC South 1 M Lower bed,
711 Post 2 M Upper beds,
Division Circle NC 3 beds,
Baldwin 1 bed

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ████████ David Nakanishi, MPH, LCSW | | 7/30/2024 8:39:04 AM(UTC-7) | |

Status: Read

7/30/2024 8:34:55 AM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455051





From: ▮ David Nakanishi, MPH, LCSW (owner)
Loved "Transport en route to Oak and Baker to pick up cli..."
Status: Sent

7/30/2024 9:10:09 AM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

5807

CCSF-COH_455052

From: +          Carlos ERT Supervisor
To: +          David Nakanishi, MPH, LCSW (owner)

Liked "Transport en route to 14th and Stevenson.
ETA ten..."

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| David Nakanishi, MPH, LCSW | | 7/30/2024 9:19:37 AM(UTC-7) | |

Status: Read

7/30/2024 9:11:01 AM(UTC-7)

From: +14153619123 Armond Lamar Booth
To: +          David Nakanishi, MPH, LCSW (owner)

Transport onsite at 14th and Stevenson.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| David Nakanishi, MPH, LCSW | | 7/30/2024 9:19:37 AM(UTC-7) | |

Status: Read

7/30/2024 9:14:09 AM(UTC-7)

From: +          Cheryl Fields
To: +          David Nakanishi, MPH, LCSW (owner)

Transport arrived at Oak and Baker. En route to Embarcadero NC. ETA 20 minutes.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| David Nakanishi, MPH, LCSW | | 7/30/2024 9:19:37 AM(UTC-7) | |

Status: Read

7/30/2024 9:17:29 AM(UTC-7)

From: +          HSOC Incident Commander Incident
Commander HSOC
To: +          David Nakanishi, MPH, LCSW (owner)

14/stevenson clear. X0 remaining

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| David Nakanishi, MPH, LCSW | | 7/30/2024 9:23:56 AM(UTC-7) | |

Status: Read

7/30/2024 9:21:24 AM(UTC-7)

From: +          HSOC Incident Commander Incident
Commander HSOC
To: +          David Nakanishi, MPH, LCSW (owner)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455053

**Attachments:**



Title: MG_6925.jpg
Size: 160445
File name: ~/Library/SMS/Attachments/66/06/905C2C9F-58BE-4271-BE86-953046DA642F/IMG_6925.jpg
~/Library/SMS/Attachments/66/06/905C2C9F-58BE-4271-BE86-953046DA642F/IMG_6925.jpg



Title: MG_6924.jpg
Size: 191514
File name: ~/Library/SMS/Attachments/57/07/B9434500-E797-4EE1-99A6-2945BC5258A2/IMG_6924.jpg
~/Library/SMS/Attachments/57/07/B9434500-E797-4EE1-99A6-2945BC5258A2/IMG_6924.jpg



Title: MG_6923.jpg
Size: 163042
File name: ~/Library/SMS/Attachments/94/04/AF414BF1-F3D7-41EF-9B35-7BC2EEC0BE73/IMG_6923.jpg
~/Library/SMS/Attachments/94/04/AF414BF1-F3D7-41EF-9B35-7BC2EEC0BE73/IMG_6923.jpg



Title: MG_6925.heic
Size: 2560820
File name: ~/Library/SMS/Attachments/a9/09/57E81A26-37B8-46DC-BB95-5D2225E8C1AA/ MG_6925.heic
Path: https //p26-
content icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
4389E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/a9/09/57E81A26-37B8-46DC-BB95-5D2225E8C1AA/IMG_6925.heic



Title: MG_6924.heic
Size: 2984974
File name: ~/Library/SMS/Attachments/72/02/5BF0AECD-D454-4B27-8BE0-E0B3C50CD4BB/IMG_6924.heic
Path: https //p46-
content icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
4389E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/72/02/5BF0AECD-D454-4B27-8BE0-E0B3C50CD4BB/IMG_6924.heic



Title: MG_6923.heic
Size: 3711473
File name: ~/Library/SMS/Attachments/dd/13/24B2209C-6894-4967-B88F-4BA6478CE8B4/IMG_6923.heic
Path: https //p30-
content icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
4389E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/dd/13/24B2209C-6894-4967-B88F-4BA6478CE8B4/IMG_6923.heic

**To**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮▮▮▮▮avid Nakanishi, MPH, LCSW | | 7/30/202 4 9:23:56 AM(UTC -7) | |

**Status:** Read

7/30/2024 9:21:31 AM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455054



From: ▓▓▓▓ Eric Lei
To: ▓▓▓▓ David Nakanishi, MPH, LCSW (owner)

Note: Bed adjustment, -2 Baldwin

Updated HSOC Allocation Tue 7/30:
MSC South 1 M Lower bed,
711 Post 2 M Upper beds,
Division Circle NC 3 beds,
Embarcadero NC 1 bed

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▓▓▓▓ David Nakanishi, MPH, LCSW | | 7/30/2024 9:23:56 AM(UTC-7) | |

Status: Read

7/30/2024 9:21:48 AM(UTC-7)

---

From: ▓▓▓▓ HSOC Incident Commander Incident Commander HSOC
To: ▓▓▓▓ David Nakanishi, MPH, LCSW (owner)

Shifting to duboce and woodward

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▓▓▓▓ David Nakanishi, MPH, LCSW | | 7/30/2024 9:23:56 AM(UTC-7) | |

Status: Read

7/30/2024 9:21:55 AM(UTC-7)

---

From: ▓▓▓▓ Armond Lamar Booth
To: ▓▓▓▓ David Nakanishi, MPH, LCSW (owner)

Questioned "Note: Bed adjustment, -2 Baldwin

Updated HSOC All…"

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▓▓▓▓ David Nakanishi, MPH, LCSW | | 7/30/2024 9:23:56 AM(UTC-7) | |

Status: Read

7/30/2024 9:22:31 AM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455055



From: ▓▓▓ Mesha Minor HOT
To: ▓▓▓ David Nakanishi, MPH, LCSW (owner)

Liked "Note: Bed adjustment, -2 Baldwin

Updated HSOC All..."

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| David Nakanishi, MPH, LCSW | | 7/30/2024 9:23:56 AM(UTC-7) | |

Status: Read

7/30/2024 9:23:14 AM(UTC-7)

From: ▓▓▓ HSOC Incident Commander Incident Commander HSOC
To: ▓▓▓ David Nakanishi, MPH, LCSW (owner)

X2 tents on duboce and Woodward taken down pta, ERT engaged.

Shifting to division btwn Folsom and Howard. X 5 tents heavy debris

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▓ David Nakanishi, MPH, LCSW | | 7/30/2024 9:44:17 AM(UTC-7) | |

Status: Read

7/30/2024 9:34:52 AM(UTC-7)



From: ▓▓▓ HSOC Incident Commander Incident Commander HSOC
To: +16282199742 David Nakanishi, MPH, LCSW (owner)
Attachments:

Title: MG_6932.jpg
Size: 81072
File name: ~/Library/SMS/Attachments/41/01/AD63D266-AB39-40C5-9870-A7FB944AD5FE/IMG_6932.jpg
~/Library/SMS/Attachments/41/01/AD63D266-AB39-40C5-9870-A7FB944AD5FE/IMG_6932.jpg

Title: MG_6931.jpg
Size: 112117
File name: ~/Library/SMS/Attachments/78/08/16B7318F-D0EC-4EA0-8055-52B6F73009E9/IMG_6931.jpg
~/Library/SMS/Attachments/78/08/16B7318F-D0EC-4EA0-8055-52B6F73009E9/IMG_6931.jpg

Title: MG_6929.jpg
Size: 72357
File name: ~/Library/SMS/Attachments/72/02/31CC47FD-C261-41EA-BAFA-6604E865DEDE/MG_6929.jpg
~/Library/SMS/Attachments/72/02/31CC47FD-C261-41EA-BAFA-6604E865DEDE/IMG_6929.jpg

Title: MG_6930.jpg
Size: 122397
File name: ~/Library/SMS/Attachments/4d/13/75DDD8CD-5EA1-41AF-B8CF-C5ABD104E4BD/MG_6930.jpg
~/Library/SMS/Attachments/4d/13/75DDD8CD-5EA1-41AF-B8CF-C5ABD104E4BD/IMG_6930.jpg

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455056

Title: MG_6928.jpg
Size: 120087
File name: ~/Library/SMS/Attachments/04/04/90304630-46E2-4809-936D-7D7D02BA6A14/MG_6928.jpg
~/Library/SMS/Attachments/04/04/90304630-46E2-4809-936D-7D7D02BA6A14/IMG_6928.jpg



Title: MG_6927.jpg
Size: 116716
File name: ~/Library/SMS/Attachments/9a/10/0DC68F0D-1008-464A-A0AB-01E2B093A5D7/MG_6927.jpg
~/Library/SMS/Attachments/9a/10/0DC68F0D-1008-464A-A0AB-01E2B093A5D7/IMG_6927.jpg



Title: MG_6926.jpg
Size: 110817
File name: ~/Library/SMS/Attachments/53/03/97BDE72E-E1E0-4B58-8004-896AC8EBB741/IMG_6926.jpg
~/Library/SMS/Attachments/53/03/97BDE72E-E1E0-4B58-8004-896AC8EBB741/IMG_6926.jpg



Title: MG_6932.heic
Size: 2965789
File name: ~/Library/SMS/Attachments/53/03/EF127972-B358-4459-AEF3-E7C6AB57B06A/IMG_6932.heic
Path: https //p25-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F776743B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/53/03/EF127972-B358-4459-AEF3-E7C6AB57B06A/IMG_6932.heic



Title: MG_6931.heic
Size: 2820600
File name: ~/Library/SMS/Attachments/3d/13/49C1B7F9-7D77-41FD-BFB6-ADEBD660A1DB/IMG_6931.heic
Path: https //p25-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F776743B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/3d/13/49C1B7F9-7D77-41FD-BFB6-ADEBD660A1DB/IMG_6931.heic



Title: MG_6929.heic
Size: 3558641
File name: ~/Library/SMS/Attachments/44/04/612DE883-3E3E-4F99-B6CE-058117B173C5/IMG_6929.heic
Path: https //p59-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F776743B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/44/04/612DE883-3E3E-4F99-B6CE-058117B173C5/IMG_6929.heic

Title: MG_6930.heic
Size: 3076294
File name: ~/Library/SMS/Attachments/46/06/3FB75397-C18A-447F-8125-1D078726C63C/MG_6930.heic
Path: https //p59-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F776743B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/46/06/3FB75397-C18A-447F-8125-1D078726C63C/IMG_6930.heic

Title: MG_6928.heic
Size: 3435326
File name: ~/Library/SMS/Attachments/d9/09/44BA9677-91CA-4BC8-A8DD-1C691F2E8E6E/IMG_6928.heic
Path: https //p61-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F776743B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/d9/09/44BA9677-91CA-4BC8-A8DD-1C691F2E8E6E/IMG_6928.heic



Title: MG_6927.heic
Size: 3356234
File name: ~/Library/SMS/Attachments/0b/11/A7959AA9-F8A1-48A5-A9EA-1DA5ACF9A3E0/MG_6927.heic
Path: https //p59-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F776743B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/0b/11/A7959AA9-F8A1-48A5-A9EA-1DA5ACF9A3E0/IMG_6927.heic

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455057



Title: MG_6926.heic
Size: 2917206
File name: ~/Library/SMS/Attachments/85/05/99B5E398-8698-48A9-9747-68EBF3AABBF3/IMG_6926.heic
Path: https //p31-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/85/05/99B5E398-8698-48A9-9747-68EBF3AABBF3/IMG_6926.heic

To

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| David Nakanishi, MPH, LCSW | | 7/30/202 4 9:44:17 AM(UTC -7) | |

Status: Read

7/30/2024 9:35:04 AM(UTC-7)

---

From: Cheryl Fields
To: David Nakanishi, MPH, LCSW (owner)

Transport arrived at Embarcadero. Still waiting for confirmation of the referral. Embarcadero states they have not received the referral.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| David Nakanishi, MPH, LCSW | | 7/30/2024 9:58:11 AM(UTC-7) | |

Status: Read

7/30/2024 9:54:44 AM(UTC-7)

---

From: Cheryl Fields
To: David Nakanishi, MPH, LCSW (owner)

Arielle Eric can you please resend the referral for client going to Embarcadero NC?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| David Nakanishi, MPH, LCSW | | 7/30/2024 9:58:11 AM(UTC-7) | |

Status: Read

7/30/2024 9:56:39 AM(UTC-7)

---

From: Arielle Piastunovich
To: David Nakanishi, MPH, LCSW (owner)

Yes!

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| David Nakanishi, MPH, LCSW | | 7/30/202 4 9:58:11 AM(UTC -7) | |

Status: Read

7/30/2024 9:57:05 AM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

**CCSF-COH_455058**



From: [redacted] Eric Lei
To: [redacted] David Nakanishi, MPH, LCSW (owner)

Liked "Arielle Eric can you please resend the referral fo..."

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] David Nakanishi, MPH, LCSW | | 7/30/2024 9:58:11 AM(UTC-7) | |

Status: Read

7/30/2024 9:57:20 AM(UTC-7)

---

← **Reply**

From: [redacted] Eric Lei
To: [redacted] David Nakanishi, MPH, LCSW (owner)

From: [redacted] Cheryl Fields
To: [redacted] David Nakanishi, MPH, LCSW (owner)

Arielle Eric can you please resend the referral for client going to Embarcadero NC?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] David Nakanishi, MPH, LCSW | | 7/30/2024 9:58:11 AM(UTC-7) | |

Status: Read

7/30/2024 9:56:39 AM(UTC-7)

Referral is resent

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] David Nakanishi, MPH, LCSW | | 7/30/2024 9:58:27 AM(UTC-7) | |

Status: Read
Label: Reply

7/30/2024 9:58:21 AM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455059







**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.**

CCSF-COH_455060

From: ▮▮▮▮▮ Cheryl Fields
To: ▮▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

**Transport en route to division and Folsom. ETA 10 minutes.**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 10:51:30 AM(UTC-7) | |

Status: Read

7/30/2024 10:13:53 AM(UTC-7)

From: ▮▮▮▮▮ HSOC Incident Commander Incident Commander HSOC
To: ▮▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

**Division clear btwn Folsom and Howard. X0 remaining**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 10:51:30 AM(UTC-7) | |

Status: Read

7/30/2024 10:36:52 AM(UTC-7)

From: ▮▮▮▮▮ HSOC Incident Commander Incident Commander HSOC
To: ▮▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

Attachments:



Title: IMG_6934.jpg
Size: 336099
File name: ~/Library/SMS/Attachments/1d/13/9033E9BD-BE77-43FB-A155-BF1EE7D55ED1/ IMG_6934.jpg
~/Library/SMS/Attachments/1d/13/9033E9BD-BE77-43FB-A155-BF1EE7D55ED1/IMG_6934.jpg



Title: IMG_6933.jpg
Size: 384665
File name: ~/Library/SMS/Attachments/13/03/C3A95662-1310-416C-9813-0EE83A16EDA9/IMG_6933.jpg
~/Library/SMS/Attachments/13/03/C3A95662-1310-416C-9813-0EE83A16EDA9/IMG_6933.jpg



Title: IMG_6934.heic
Size: 2784971
File name: ~/Library/SMS/Attachments/2f/15/58B31689-5EED-4F8B-82C7-ED9ADA632F90/IMG_6934.heic
Path: https://p67-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F776743B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/2f/15/58B31689-5EED-4F8B-82C7-ED9ADA632F90/IMG_6934.heic



Title: IMG_6933.heic
Size: 3128475
File name: ~/Library/SMS/Attachments/ff/15/808B5AF9-A659-450A-9A86-C78F72003966/IMG_6933.heic
Path: https://p31-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F776743B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/ff/15/808B5AF9-A659-450A-9A86-C78F72003966/IMG_6933.heic

To

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455061



| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▓ David Nakanishi, MPH, LCSW | | 7/30/2024 10:51:30 AM(UTC-7) | |

Status: Read

7/30/2024 10:37:00 AM(UTC-7)

---

From: ▓ HSOC Incident Commander Incident Commander HSOC
To: ▓ David Nakanishi, MPH, LCSW (owner)

Shifting to division to Harrison and Folsom

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▓ David Nakanishi, MPH, LCSW | | 7/30/2024 10:51:30 AM(UTC-7) | |

Status: Read

7/30/2024 10:37:11 AM(UTC-7)

---

From: ▓ HSOC Incident Commander Incident Commander HSOC
To: ▓ David Nakanishi, MPH, LCSW (owner)

X1 structure , x1 tent

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▓ David Nakanishi, MPH, LCSW | | 7/30/2024 10:51:30 AM(UTC-7) | |

Status: Read

7/30/2024 10:42:36 AM(UTC-7)

---

From: ▓ HSOC Incident Commander Incident Commander HSOC
To: ▓ David Nakanishi, MPH, LCSW (owner)

Moderate debris

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▓ David Nakanishi, MPH, LCSW | | 7/30/2024 10:51:30 AM(UTC-7) | |

Status: Read

7/30/2024 10:42:41 AM(UTC-7)

---

From: ▓ HSOC Incident Commander Incident Commander HSOC
To: ▓ David Nakanishi, MPH, LCSW (owner)

Attachments:

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455062



Title: IMG_6935.jpg
Size: 192138
File name: ~/Library/SMS/Attachments/89/09/1E495672-7F6E-4328-A5C6-
8E0A159B558A/IMG_6935.jpg
~/Library/SMS/Attachments/89/09/1E495672-7F6E-4328-A5C6-
8E0A159B558A/IMG_6935.jpg



Title: IMG_6936.jpg
Size: 210689
File name: ~/Library/SMS/Attachments/be/14/561B159C-E58B-4A71-8733-
33977B7088A9/IMG_6936.jpg
~/Library/SMS/Attachments/be/14/561B159C-E58B-4A71-8733-
33977B7088A9/IMG_6936.jpg



Title: IMG_6937.jpg
Size: 191840
File name: ~/Library/SMS/Attachments/73/03/8F676EA1-A196-4EE1-ABE3-
4CE4C30C7AF1/IMG_6937.jpg
~/Library/SMS/Attachments/73/03/8F676EA1-A196-4EE1-ABE3-
4CE4C30C7AF1/IMG_6937.jpg



Title: IMG_6938.jpg
Size: 180512
File name: ~/Library/SMS/Attachments/66/06/0664DCF8-1CA5-4017-8B69-
C2988EE2E632/IMG_6938.jpg
~/Library/SMS/Attachments/66/06/0664DCF8-1CA5-4017-8B69-
C2988EE2E632/IMG_6938.jpg



Title: IMG_6935.heic
Size: 3709112
File name: ~/Library/SMS/Attachments/1c/12/75C3DDF1-CC9F-4998-AAAE-
46EC79B1582D/IMG_6935.heic
Path: https://p72-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF-C01USN00
~/Library/SMS/Attachments/1c/12/75C3DDF1-CC9F-4998-AAAE-
46EC79B1582D/IMG_6935.heic



Title: IMG_6936.heic
Size: 4030624
File name: ~/Library/SMS/Attachments/78/08/E77D2B94-CB72-45F4-8411-
C2A3E3586C0B/IMG_6936.heic
Path: https://p64-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF-C01USN00
~/Library/SMS/Attachments/78/08/E77D2B94-CB72-45F4-8411-
C2A3E3586C0B/IMG_6936.heic

Title: IMG_6937.heic
Size: 3858930
File name: ~/Library/SMS/Attachments/83/03/7E63E998-F59A-4DF2-950D-
CEE2FCA8B959/IMG_6937.heic
Path: https://p42-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF-C01USN00
~/Library/SMS/Attachments/83/03/7E63E998-F59A-4DF2-950D-
CEE2FCA8B959/IMG_6937.heic

Title: IMG_6938.heic
Size: 3428816
File name: ~/Library/SMS/Attachments/fd/13/B6F6FCD0-AC21-4B75-BB35-
E0607B05CA1A/IMG_6938.heic
Path: https://p64-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF-C01USN00
~/Library/SMS/Attachments/fd/13/B6F6FCD0-AC21-4B75-BB35-
E0607B05CA1A/IMG_6938.heic

To

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮▮▮▮▮▮▮David Nakanishi, MPH, LCSW | | 7/30/202 4 10:51:30 AM(UTC | |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455063

-7)

Status: Read

7/30/2024 10:43:39 AM(UTC-7)

---

From: [redacted] HSOC Incident Commander Incident Commander HSOC
To: [redacted] David Nakanishi, MPH, LCSW (owner)

**Sf standard journalist / photographers on site**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] David Nakanishi, MPH, LCSW | | 7/30/202 4 10:51:30 AM(UTC-7) | |

Status: Read

7/30/2024 10:43:53 AM(UTC-7)

---

From: [redacted] Mesha Minor HOT
To: [redacted] David Nakanishi, MPH, LCSW (owner)

**ERT morning op complete**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] David Nakanishi, MPH, LCSW | | 7/30/202 4 11:10:33 AM(UTC -7) | |

Status: Read

7/30/2024 11:08:36 AM(UTC-7)

---

From: [redacted] HSOC Incident Commander Incident Commander HSOC
To: [redacted] David Nakanishi, MPH, LCSW (owner)

**Division from Harrison to Bryant clear. X0 remaining**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] David Nakanishi, MPH, LCSW | | 7/30/2024 11:17:06 AM(UTC-7) | |

Status: Read

7/30/2024 11:14:14 AM(UTC-7)

---

From: [redacted] HSOC Incident Commander Incident Commander HSOC
To: [redacted] David Nakanishi, MPH, LCSW (owner)

Attachments:



Title: IMG_6940.jpg
Size: 378261
File name: ~/Library/SMS/Attachments/02/02/1F827613-B116-43D0-AD55-4C3F2C4B7657/ IMG_6940.jpg
~/Library/[...]

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455064



4C3F2C4B7657/IMG_6940.jpg

Title: MG_6939.jpg
Size: 323356
File name: ~/Library/SMS/Attachments/94/04/180C78AC-C6FF-4C0B-A2DE-
5D955A24A9CC/IMG_6939.jpg
~/Library/SMS/Attachments/94/04/180C78AC-C6FF-4C0B-A2DE-
5D955A24A9CC/IMG_6939.jpg

Title: MG_6940.heic
Size: 3664823
File name: ~/Library/SMS/Attachments/21/01/6C02E860-6478-41F4-854E-
245CFF5BB4AE/IMG_6940.heic
Path: https //p57-
content icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
43B9E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/21/01/6C02E860-6478-41F4-854E-
245CFF5BB4AE/IMG_6940.heic

Title: MG_6939.heic
Size: 3986928
File name: ~/Library/SMS/Attachments/be/14/B27164C0-142F-48E5-9E78-
5418362B45AD/IMG_6939.heic
Path: https //p61-
content icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
43B9E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/be/14/B27164C0-142F-48E5-9E78-
5418362B45AD/IMG_6939.heic

To

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ██████████ David Nakanishi, MPH, LCSW | | 7/30/202 4 11:17:06 AM(UTC -7) | |

Status: Read

7/30/2024 11:14:19 AM(UTC-7)



From: █████████ HSOC Incident Commander Incident
Commander HSOC
To: █ █████████ David Nakanishi, MPH, LCSW (owner)

Thanks all and awesome job this morning.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| █████████ David Nakanishi, MPH, LCSW | | 7/30/202 4 12:32:11 PM(UTC -7) | |

Status: Read

7/30/2024 11:59:56 AM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455065



From: ▮ HSOC Incident Commander Incident Commander HSOC
To: ▮ David Nakanishi, MPH, LCSW (owner)

**Good afternoon, starting on Folsom btwn 18/19**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮ David Nakanishi, MPH, LCSW | | 7/30/2024 1:00:11 PM(UTC-7) | |

Status: Read

7/30/2024 12:55:35 PM(UTC-7)



From: ▮ HSOC Incident Commander Incident Commander HSOC
To: ▮ David Nakanishi, MPH, LCSW (owner)

**Homeless coalition on site**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮ David Nakanishi, MPH, LCSW | | 7/30/2024 1:00:11 PM(UTC-7) | |

Status: Read

7/30/2024 12:56:54 PM(UTC-7)



From: ▮ Cheryl Fields
To: ▮ David Nakanishi, MPH, LCSW (owner)

**Transport en route to 18/19 Folsom. ETA 8 minutes.**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮ David Nakanishi, MPH, LCSW | | 7/30/2024 1:00:11 PM(UTC-7) | |

Status: Read

7/30/2024 12:57:06 PM(UTC-7)



From: ▮ Armond Lamar Booth
To: ▮ David Nakanishi, MPH, LCSW (owner)

**ERT on-site**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮ David Nakanishi, MPH, LCSW | | 7/30/2024 1:00:11 PM(UTC-7) | |

Status: Read

7/30/2024 12:59:24 PM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455066

From: ███████ Armond Lamar Booth
To: ███████ David Nakanishi, MPH, LCSW (owner)

**Transport en route to Folsom and 18th.
ETA ten minutes.**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ███████ David Nakanishi, MPH, LCSW | | 7/30/2024 1:01:41 PM(UTC-7) | |

Status: Read

7/30/2024 1:00:36 PM(UTC-7)

From: ███████ Eric Lei
To: ███████ David Nakanishi, MPH, LCSW (owner)

**HSOC Allocation Tue 7/30:
MSC South 1 M Lower bed,
711 Post 2 M Upper beds,
Division Circle NC 2 beds**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ███████ David Nakanishi, MPH, LCSW | | 7/30/2024 1:01:41 PM(UTC-7) | |

Status: Read

7/30/2024 1:00:51 PM(UTC-7)



From: ███████ Mesha Minor HOT
To: ███████ David Nakanishi, MPH, LCSW (owner)

**ERT on site**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ███████ David Nakanishi, MPH, LCSW | | 7/30/2024 1:08:32 PM(UTC-7) | |

Status: Read

7/30/2024 1:04:57 PM(UTC-7)



From: ███████ Cheryl Fields
To: ███████ David Nakanishi, MPH, LCSW (owner)

**Transport onsite at Folsom @ 18th/19th**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ███████ David Nakanishi, MPH, LCSW | | 7/30/2024 1:08:44 PM(UTC-7) | |

Status: Read

7/30/2024 1:08:44 PM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

5822

**CCSF-COH_455067**



From: ▮▮▮▮▮ Armond Lamar Booth
To: +▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

**Transport onsite at 19th and Folsom.**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +▮▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 1:25:54 PM(UTC-7) | |

Status: Read

7/30/2024 1:16:53 PM(UTC-7)

From: +▮▮▮▮ HSOC Incident Commander Incident Commander HSOC
To: +▮▮▮▮ David Nakanishi, MPH, LCSW (owner)

**X1 tent moderate debris noted along Folsom btwn 18/19**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 1:25:54 PM(UTC-7) | |

Status: Read

7/30/2024 1:17:57 PM(UTC-7)

From: ▮▮▮▮▮ HSOC Incident Commander Incident Commander HSOC
To: +16282199742 David Nakanishi, MPH, LCSW (owner)

Attachments:



Title: MG_6947.jpg
Size: 65493
File name: ~/Library/SMS/Attachments/cd/13/47B4AD94-2DB9-4B34-9805-39CD95997866/ MG_6947.jpg
~/Library/SMS/Attachments/cd/13/47B4AD94-2DB9-4B34-9805-39CD95997866/IMG_6947.jpg



Title: MG_6946.jpg
Size: 113146
File name: ~/Library/SMS/Attachments/aa/10/929FE792-2BD0-49AB-92AC-0D4041C6F815/MG_6946.jpg
~/Library/SMS/Attachments/aa/10/929FE792-2BD0-49AB-92AC-0D4041C6F815/IMG_6946.jpg



Title: MG_6944.jpg
Size: 98772
File name: ~/Library/SMS/Attachments/99/09/FD111870-E209-4D21-863C-E480C8F34CDF/MG_6944.jpg
~/Library/SMS/Attachments/99/09/FD111870-E209-4D21-863C-E480C8F34CDF/IMG_6944.jpg



Title: MG_6945.jpg
Size: 58812
File name: ~/Library/SMS/Attachments/53/03/97FAB8B6-A0F0-43A1-8F40-55C9B4A6A17D/ MG_6945.jpg
~/Library/SMS/Attachments/53/03/97FAB8B6-A0F0-43A1-8F40-55C9B4A6A17D/IMG_6945.jpg



Title: MG_6943.jpg
Size: 114603
File name: ▮▮▮▮▮

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455068

B461ED192B01/_MG_6943.jpg
~/Library/SMS/Attachments/56/06/CD000956-C1FF-44CA-8217-
B461ED192B01/IMG_6943.jpg



Title: MG_6942.jpg
Size: 92654
File name: ~/Library/SMS/Attachments/ab/11/64D413E6-8E75-45B7-A4C1-
0E4A9C650D09/IMG_6942.jpg
~/Library/SMS/Attachments/ab/11/64D413E6-8E75-45B7-A4C1-
0E4A9C650D09/IMG_6942.jpg



Title: MG_6941.jpg
Size: 82137
File name: ~/Library/SMS/Attachments/88/08/4462ABE8-6894-4072-9096-
BFB850CEEB37/IMG_6941.jpg
~/Library/SMS/Attachments/88/08/4462ABE8-6894-4072-9096-
BFB850CEEB37/IMG_6941.jpg



Title: MG_6947.heic
Size: 3800959
File name: ~/Library/SMS/Attachments/51/01/A255A004-FBDD-4FDB-A486-
5BDF9B57E520/IMG_6947.heic
Path: https //p62-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF.C01U5N00
~/Library/SMS/Attachments/51/01/A255A004-FBDD-4FDB-A486-
5BDF9B57E520/IMG_6947.heic



Title: MG_6946.heic
Size: 3387964
File name: ~/Library/SMS/Attachments/01/01/8590007D-1772-4E60-ABC5-
E213E073DF8A/IMG_6946.heic
Path: https //p68-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF.C01U5N00
~/Library/SMS/Attachments/01/01/8590007D-1772-4E60-ABC5-
E213E073DF8A/IMG_6946.heic



Title: MG_6944.heic
Size: 4464253
File name: ~/Library/SMS/Attachments/d0/00/A51946F0-3705-4543-BA49-
5148EF16A992/IMG_6944.heic
Path: https //p66-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF.C01U5N00
~/Library/SMS/Attachments/d0/00/A51946F0-3705-4543-BA49-
5148EF16A992/IMG_6944.heic



Title: MG_6945.heic
Size: 4598829
File name: ~/Library/SMS/Attachments/74/04/1B55AB93-687B-45A6-B01E-
ADDF2EFB9253/IMG_6945.heic
Path: https //p30-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF.C01U5N00
~/Library/SMS/Attachments/74/04/1B55AB93-687B-45A6-B01E-
ADDF2EFB9253/IMG_6945.heic



Title: MG_6943.heic
Size: 3011562
File name: ~/Library/SMS/Attachments/cd/13/6416A3BC-0DA7-45F9-AA79-
22AC73022E64/IMG_6943.heic
Path: https //p58-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF.C01U5N00
~/Library/SMS/Attachments/cd/13/6416A3BC-0DA7-45F9-AA79-
22AC73022E64/IMG_6943.heic



Title: MG_6942.heic
Size: 4023683
File name: ~/Library/SMS/Attachments/ca/10/D16E7206-DD5C-45AA-A327-
84D9C0CA3A3D/IMG_6942.heic
Path: https //p40-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF.C01U5N00
~/Library/SMS/Attachments/ca/10/D16E7206-DD5C-45AA-A327-
84D9C0CA3A3D/IMG_6942.heic



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455069



Title: IMG_6941.heic
Size: 3465303
File name: ~/Library/SMS/Attachments/ba/10/B8046C1D-18B2-42B6-AC6D-
A564ABDD6552/IMG_6941.heic
Path: https /p64-
content icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1295F7767
43B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/ba/10/B8046C1D-18B2-42B6-AC6D-
A564ABDD6552/IMG_6941.heic

**To**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| David Nakanishi, MPH, LCSW | | 7/30/202 4 1:40:18 PM(UTC -7) | |

**Status:** Read

7/30/2024 1:32:57 PM(UTC-7)

---

From: ■■■■■■ HSOC Incident Commander Incident Commander HSOC
To: ■■■■■ David Nakanishi, MPH, LCSW (owner)

**Folsom clear from 18/19**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| David Nakanishi, MPH, LCSW | | 7/30/202 4 2:24:10 PM(UTC -7) | |

**Status:** Read

7/30/2024 2:23:47 PM(UTC-7)

---

From: ■■■■■■■ HSOC Incident Commander Incident Commander HSOC
To: +16282199742 David Nakanishi, MPH, LCSW (owner)

**Attachments:**



Title: IMG_6951.jpg
Size: 233373
File name: ~/Library/SMS/Attachments/fc/12/646F4455-E4F4-49B4-A67B-
2FAD93EC6D9B/IMG_6951.jpg
~/Library/SMS/Attachments/fc/12/646F4455-E4F4-49B4-A67B-
2FAD93EC6D9B/IMG_6951.jpg



Title: IMG_6950.jpg
Size: 212696
File name: ~/Library/SMS/Attachments/c7/07/BED3C7B7-8590-485B-BF96-
9A8C9D5BB5F8/IMG_6950.jpg
~/Library/SMS/Attachments/c7/07/BED3C7B7-8590-485B-BF96-
9A8C9D5BB5F8/IMG_6950.jpg



Title: IMG_6952.jpg
Size: 194333
File name: ~/Library/SMS/Attachments/99/09/10828619-FF5F-4A75-97C6-
F4C7C57828F2/IMG_6952.jpg
~/Library/SMS/Attachments/99/09/10828619-FF5F-4A75-97C6-
F4C7C57828F2/IMG_6952.jpg



Title: IMG_6911


HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455070



Size: 3443290
File name: ~/Library/SMS/Attachments/aa/10/72D1976F-3AC9-4883-86BA-
AB477908D976/IMG_6951.heic
Path: https //p63-
content icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
43B9E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/aa/10/72D1976F-3AC9-4883-86BA-
AB477908D976/IMG_6951.heic

Title:  MG_6950.heic
Size: 3378923
File name: ~/Library/SMS/Attachments/0e/14/894F0708-CA0F-43D3-A8FA-
2DAD3FD29593/_MG_6960.heic
Path: https //p25-
content icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
43B9E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/0e/14/894F0708-CA0F-43D3-A8FA-
2DAD3FD29593/IMG_6950.heic

Title:  MG_6952.heic
Size: 3692420
File name: ~/Library/SMS/Attachments/63/03/5644D207-A1E1-4D46-9EEB-
86EAFE6434FF/_MG_6952.heic
Path: https //p63-
content icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
43B9E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/63/03/5644D207-A1E1-4D46-9EEB-
86EAFE6434FF/IMG_6952.heic

To

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 2:24:10 PM(UTC-7) | |

Status: Read

7/30/2024 2:23:54 PM(UTC-7)

---

From: ▮▮▮ HSOC Incident Commander Incident
Commander HSOC,
To: ▮▮▮ David Nakanishi, MPH, LCSW (owner)

Shifting to Shotwell btwn 18/19,

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 2:25:13 PM(UTC-7) | |

Status: Read

7/30/2024 2:24:41 PM(UTC-7)

---



From: ▮▮▮ Arielle Piastunovich
To: ▮▮▮ David Nakanishi, MPH, LCSW (owner)

Plus 1 dcnc.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮▮▮ David Nakanishi, MPH, LCSW | | 7/30/2024 2:25:13 PM(UTC-7) | |

Status: Read

7/30/2024 2:25:09 PM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455071



From: ████████ HSOC Incident Commander Incident Commander HSOC
To: ████ David Nakanishi, MPH, LCSW (owner)

X3 tents moderate debris

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ████ David Nakanishi, MPH, LCSW | | 7/30/202 4 2:39:16 PM(UTC -7) | |

Status: Read

7/30/2024 2:25:49 PM(UTC-7)



From: ████████ HSOC Incident Commander Incident Commander HSOC
To: +16282199742 David Nakanishi, MPH, LCSW (owner)

Attachments:

Title: MG_6954.heic
Size: 3139336
File name: ~/Library/SMS/Attachments/20/00/262DEB07-EA7F-49BD-8D9F-8437F6960271/IMG_6954.heic
Path: https://p67-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767 4389E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/20/00/262DEB07-EA7F-49BD-8D9F-8437F6960271/IMG_6954.heic

Title: MG_6953.heic
Size: 4225524
File name: ~/Library/SMS/Attachments/9b/11/15030260-5412-4DF8-960C-B9FF599B20FF/IMG_6953.heic
Path: https://p31-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767 4389E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/9b/11/15030260-5412-4DF8-960C-B9FF599B20FF/IMG_6953.heic

To

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ████ David Nakanishi, MPH, LCSW | | 7/30/202 4 2:39:16 PM(UTC -7) | |

Status: Read

7/30/2024 2:25:59 PM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455072



From: ███ HSOC Incident Commander Incident Commander HSOC
To: ███ David Nakanishi, MPH, LCSW (owner)

**Shotwell btwn 18:19 clear.**

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ███ David Nakanishi, MPH, LCSW | | 7/30/2024 2:43:06 PM(UTC-7) | |

Status: Read

7/30/2024 2:42:55 PM(UTC-7)



From: ███ HSOC Incident Commander Incident Commander HSOC
To: +16282199742 David Nakanishi, MPH, LCSW (owner)

Attachments:

Title: MG_6966.jpg
Size: 316280
File name: ~/Library/SMS/Attachments/ac/12/C125835D-50C0-4647-9AA2-8CA5D4A8B043/IMG_6966.jpg
~/Library/SMS/Attachments/ac/12/C125835D-50C0-4647-9AA2-8CA5D4A8B043/IMG_6966.jpg

Title: MG_6955.jpg
Size: 388586
File name: ~/Library/SMS/Attachments/9a/10/BD40CDB3-1E55-4501-BCC0-E94D383202B0/IMG_6955.jpg
~/Library/SMS/Attachments/9a/10/BD40CDB3-1E55-4501-BCC0-E94D383202B0/IMG_6955.jpg

Title: MG_6956.heic
Size: 4233824
File name: ~/Library/SMS/Attachments/ab/11/FF5C8773-3CE9-4A71-977E-B316C7823222/IMG_6956.heic
Path: https://p45-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767 43B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/ab/11/FF5C8773-3CE9-4A71-977E-B316C7823222/IMG_6956.heic

Title: MG_6955.heic
Size: 3466190
File name: ~/Library/SMS/Attachments/93/03/EB74CE0D-EE27-4737-B4CE-D8ED5D790B4C/IMG_6955.heic
Path: https://p47-content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767 43B9E0C32339EF4CF.C01USN00
~/Library/SMS/Attachments/93/03/EB74CE0D-EE27-4737-B4CE-D8ED5D790B4C/IMG_6955.heic

To

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ███ David Nakanishi, MPH, LCSW | | 7/30/2024 2:43:06 PM(UTC-7) | |

Status: Read

7/30/2024 2:43:04 PM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455073



From: ███████ HSOC Incident Commander Incident Commander HSOC
To: ███████ David Nakanishi, MPH, LCSW (owner)

Shifting to 16th/weiss

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ███████ David Nakanishi, MPH, LCSW | | 7/30/2024 2:52:00 PM(UTC-7) | |

Status: Read

7/30/2024 2:43:14 PM(UTC-7)



From: ███████ Mesha Minor HOT
To: ███████ David Nakanishi, MPH, LCSW (owner)

ERT afternoon op complete

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ███████ David Nakanishi, MPH, LCSW | | 7/30/2024 2:55:51 PM(UTC-7) | |

Status: Read

7/30/2024 2:54:33 PM(UTC-7)



From: ███████ Carlos ERT Supervisor
To: ███████ David Nakanishi, MPH, LCSW (owner)

Liked "ERT afternoon op complete "

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ███████ David Nakanishi, MPH, LCSW | | 7/30/2024 2:55:51 PM(UTC-7) | |

Status: Read

7/30/2024 2:54:49 PM(UTC-7)



From: ███████ HSOC Incident Commander Incident Commander HSOC
To: +16282199742 David Nakanishi, MPH, LCSW (owner)

Attachments:

Title: MG_6961.jpg
Size: 175256
File name: ~/Library/SMS/Attachments/71/01/ED959AAE-BA2B-45B2-85D3-A4B6FB0E5DE2/IMG_6961.jpg
~/Library/SMS/Attachments/71/01/ED959AAE-BA2B-45B2-85D3-A4B6FB0E5DE2/IMG_6961.jpg

Title: MG_6960.jpg
Size: 204193
File name: ~/Library/SMS/Attachments/67/07/40AD134B-53C4-4952-BA18-278F206ABAB8/MG_6960.jpg
~/Library/SMS/Attachments/67/07/40AD134B-53C4-4952-BA18-278F206ABAB8/IMG_6960.jpg

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455074



Title: MG_6959.jpg
Size: 216984
File name: ~/Library/SMS/Attachments/8b/11/9684823B-34C5-4E44-9B0E-
6E9166371F80/ MG_6969.jpg
~/Library/SMS/Attachments/8b/11/9684823B-34C5-4E44-9B0E-
5E9166371F80/IMG_6959.jpg



Title: MG_6958.jpg
Size: 149019
File name: ~/Library/SMS/Attachments/0e/14/F869B953-F372-4D9E-9404-
B555A0C8DECD/ MG_6958.jpg
~/Library/SMS/Attachments/0e/14/F869B953-F372-4D9E-9404-
B555A0C8DECD/IMG_6958.jpg



Title: MG_6961.heic
Size: 2693417
File name: ~/Library/SMS/Attachments/c8/08/2681BFC8-922B-4B0C-AD2B-
55ECC2B4CB3F/IMG_6961.heic
Path: https //p31-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
43B9E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/c8/08/2681BFC8-922B-4B0C-AD2B-
55ECC2B4CB3F/IMG_6961.heic



Title: MG_6960.heic
Size: 3141667
File name: ~/Library/SMS/Attachments/34/04/9660EE2C-74EA-4482-8D08-
64905AB38B18/ MG_6960.heic
Path: https //p25-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
43B9E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/34/04/9660EE2C-74EA-4482-8D08-
64905AB38B18/IMG_6960.heic



Title: MG_6959.heic
Size: 3378038
File name: ~/Library/SMS/Attachments/22/02/5B15E31D-E61C-4EEB-9187-
947E56976914/IMG_6959.heic
Path: https //p25-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
43B9E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/22/02/5B15E31D-E61C-4EEB-9187-
947E56976914/IMG_6959.heic



Title: MG_6958.heic
Size: 3387772
File name: ~/Library/SMS/Attachments/bb/11/BA1623F3-12E9-4B87-80EF-
83C634EC4999/IMG_6958.heic
Path: https //p67-
content.icloud.com/MF5D4B3DBA926183340E2CE1CC2D3AB70EDC60A1296F7767
43B9E0C32339EF4CF C01USN00
~/Library/SMS/Attachments/bb/11/BA1623F3-12E9-4B87-80EF-
83C634EC4999/IMG_6958.heic

To

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ▮▮▮▮▮David Nakanishi, MPH, LCSW | | 7/30/202 4 3:14:20 PM(UTC -7) | |

Status: Read

7/30/2024 3:13:42 PM(UTC-7)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.

CCSF-COH_455075



From: ████ HSOC Incident Commander Incident Commander HSOC
To: ████ David Nakanishi, MPH, LCSW (owner)

One individual brandished knife at DPW, in custody w pd

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ████ David Nakanishi, MPH, LCSW | | 7/30/2024 3:14:20 PM(UTC-7) | |

Status: Read

7/30/2024 3:14:05 PM(UTC-7)



From: ████ ric Lei
To: ████ David Nakanishi, MPH, LCSW (owner)

Attachments:

Title: MG_0497.heic
Size: 6049
File name: ~/Library/SMS/Attachments/5a/10/91DC66E6-1555-4848-9E39-61229383164/IMG_0497.heic
Path: https //p27-content icloud.com/M5C9D23B358F493A01F629F8349F162A551BD01503ADF2B526 54C50CFC8F55B8E.C01USN00
~/Library/SMS/Attachments/5a/10/91DC66E6-1555-4848-9E39-61229383164/IMG_0497.heic

To

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| ████ David Nakanishi, MPH, LCSW | | 7/30/2024 8:54:28 PM(UTC-7) | |

Status: Read

7/30/2024 8:54:15 PM(UTC-7)



From: ████ David Nakanishi, MPH, LCSW (owner)
Liked an image
Status: Sent

7/30/2024 8:54:35 PM(UTC-7)

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY.**