# EXHIBIT 96

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# San Francisco Police Department
## INCIDENT REPORT

Report Type: **Initial**

250054035

## INCIDENT

| Incident Number | Occurrence From Date / Time | Occurrence To Date / Time | Reported Date / Time | CAD Number |
|---|---|---|---|---|
| 250-054-035 | 01/28/2025  08:18 | | 01/28/2025  08:18 | 250280596 |

Type of Incident: **LODGING WITHOUT PERMISSION  27199**

Retail Theft? ☐

| Location of Occurrence: | At Intersection with/Premise Type | District |
|---|---|---|
| VALLEJO ST | BATTERY ST / SIDEWALK | CENTRAL |

| Confidential Report? ☐ | Arrest Made? ☑ | Suspect Known? ☐ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit 3X73 |
|---|---|---|---|---|---|---|---|---|

| Location Sent / On View: | At Intersection with | Reporting District |
|---|---|---|
| VALLEJO ST | BATTERY ST | CENTRAL |

| Crime and Clearance Status | Reported to Bureau | Name | Star | Date/Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |
|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | |

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04? **Yes**

## OFFICER DECLARATION

I declare under penalty of perjury, this report of __5__ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED    **5 Year/Post**

| | Name | Star | Station | Watch | Date |
|---|---|---|---|---|---|
| Reporting Officer | YOUNG, ANDREW E | 2485 | HSOC | 0600-1600 | 01/28/25 13:27 |
| Reviewing Officer | HOANG, DENNIS | 1861 | HSOC | 0600-1600 | 01/28/25 13:46 |
| OIC | HOANG, DENNIS | 1861 | HSOC | 0600-1600 | 01/28/25 13:46 |

| Related Case | Related Case | Re-assigned to Copies to 3*300 | Assigned to 3*300  Add'l Copies | Assigned by AY 2485 |
|---|---|---|---|---|
| -- | -- | | | |

## R/WITNESS

| Code | Name (Last, First Middle) | Alias | Email |
|---|---|---|---|
| R/W 1 | SFPD 2485, SFPD 1861 | | |

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | 1245 3RD ST | SAN FRANCISCO | CA | - |

| DOB / Age | DOB Unk. ☐ | or age between and | Race | Sex | Height | Weight | Hair Color | Eye Color | ID Type | Jurisd. | ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☐ | Statement YES ☐ | Relationship to Subject |
|---|---|---|---|---|---|---|

| School (if Juvenile) | Injury/Treatment NONE | Other Information/If Interpreter Needed Specify Language SAN FRANCISCO POLICE DEPARTMENT OFFICERS |
|---|---|---|

| Interpreter Needed ☐ | Language | Language Description (if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

---

EXHIBIT **1376**  (PLTF / DEFT)
WITNESS *D. Hoang*
CONSISTING OF *14* PAGES
DATE *03-05-2025*
BEHMKE REPORTING AND VIDEO SERVICES, INC.

---

Incident# 250054035

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1 of 5 (v7/21)

CCSF_COH_492994

San Francisco Police Department
**INCIDENT REPORT**

Report Type: Initial

250054035

| | |
|---|---|
| C I T E D | 1 [REDACTED] |

| Booking Charge(s) | Booking Location |
|---|---|
| | |

| Warrant # | Court# | Action# | Dept# | Enroute to |
|---|---|---|---|---|
| | | | | |

| Warrant Violation(s) | Bail ($) |
|---|---|
| | |

| Citation# | Violation(s) | Appear Date/time | Location of Appearance |
|---|---|---|---|
| 026344743 | 647(e) PC | 02/24/2025 08:30 | 850 BRYANT ST. RM 101 |

| ☐ CA Form Booked Copy Attached | Mirandized: Star ☐ | Date  Time | CWB Check PALMER | Star 99 |
|---|---|---|---|---|

| Book/Cite Approval SGT. HOANG | Star 1861 | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | Statement ☐ |
|---|---|---|---|---|---|

Other Information: Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos
TRANSIENT; FREQUENTS THE AREAS SURROUNDING EMBARCADERO PLAZA. LSW: BLACK NY BASEBALL CAP, BLACK LONG SLEEVE SHIRT. GRAY JEANS.

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|
| | | | | |

# San Francisco Police Department
## INCIDENT REPORT

Report Type: **Initial**

**250054035**

### CITED 2

[redacted]

| Booking Charge(s) | | | | | Booking Location | |
|---|---|---|---|---|---|---|
| Warrant # | Court# | Action# | Dept# | | Enroute to | |
| Warrant Violation(s) | | | | | Bail ($) | |
| Citation# **026344754** | Violation(s) **647(e) PC** | | | Appear Date/time **02/24/2025 08:30** | Location of Appearance **850 BRYANT ST, RM 101** | |
| ☐ CA Form Booked Copy Attached | Mirandized: Star ☐ | Date  Time | | CWB Check **PALMER** | Star **99** | |
| Book/Cite Approval **SGT. HOANG** | Star **1861** | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | | Statement ☐ |

Other Information: Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos
TRANSIENT; GIRLFRIEND OF (C1) [redacted] LSW: BLACK HOODY, MULTICOLOR JACKET, BLACK LEGGINGS, AND WHITE SHOES.

| Interpreter Needed ☐ | Language | Language Description (if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

### PROPERTY

**BWC 1**

| Code/No **BWC 1** | Item Description **BWC FOOTAGE** | | | | Brand **AXON** | Model **BODY 3** | |
|---|---|---|---|---|---|---|---|
| Serial No. | | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity **4** | Value |
| Seized by (Star) **2485** | | From Where **EVIDENCE.COM** | | | | | |

Additional Description/Identifying Numbers
BWC FOOTAGE BY SGT. HOANG A21280/#1861, OFC. YOUNG A22163/#2485, OFC. WONG A22719/#309, AND OFC. VILLENA A23242/#472. BWC FOOTAGE UPLOADED TO EVIDENCE.COM.

## NARRATIVE

On January 28, 2025, at approximately 0818 hours, I was in full police uniform and in an unmarked police vehicle with Unit 3X170, Sergeant Hoang #1861. We were on assignment as Homeless Outreach Officers, part of the Healthy Streets Operation Center (HSOC) unit, directly addressing homeless quality of life issues and connecting homeless individuals with city services. We were directed to 172 Vallejo Street regarding a 311 complaint regarding a tent blocking the sidewalk (SR# 101001380606).

Unit 3X72, Officer Wong #309 and Officer Villena #472, responded to our location to assist us with our outreach efforts. Sergeant Hoang, Officer Wong, Officer Villena, and I were wearing and activated our department issued body worn cameras. (BWC1) BWC Footage is available on Evidence.com.

We arrived on scene, and I observed an erected green tent on the sidewalk against a building. The tent was erected directly below an emergency fire escape platform and ladder posing a potential safety hazard in the event of a fire. On one side of the tent was a bicycle. The other side of the tent had a black wagon with a propane tank, a bicycle frame, bicycle wheels, a white translucent plastic container, and multiple bags. Inside the tent I observed an open bag of chips, plastic beverage bottle, a sleeping bag, luggage, backpacks, a folding sleeping mat, a purse, and other miscellaneous bags.

We spoke with the tent's occupants, one who I've known from multiple prior police contacts as (C1) ▇▇▇ (positively identified via SFMugs; SF# S650310), and the other who identified themself as ▇▇▇ girlfriend (C2) ▇▇▇ (positively identified via SFMugs; SF# S676251). ▇▇▇ told me that the tent, most of the belongings inside, and the belongings outside of the tent belonged to him. ▇▇▇ told me that the purse and a backpack inside of the tent belonged to her. ▇▇▇ told me that he and ▇▇▇ had slept in the tent overnight.

I offered ▇▇▇ and ▇▇▇ shelter, however they both refused.

I informed ▇▇▇ and ▇▇▇ that they were both in violation of 647(e) PC – illegal lodging. I took a total of seven photos of ▇▇▇ and ▇▇▇ encampment which I later digitally uploaded to this report.

I contacted Palmer #99 at the Central Warrants Bureau who confirmed that ▇▇▇ did not have any outstanding wants or warrants. Palmer informed me that ▇▇▇ had the following outstanding warrants:
- Warrant # 844328; Misdemeanor; Bail $3,000; Violation: 11364(a) H&S, 11350(a) H&S, 11532(a) H&S, Local SF Warrant
- Warrant # 18NM001295A; Misdemeanor; Bail $12,500; Violation: 459.5 PC; Pacifica Police Department Warrant

I advised ▇▇▇ of her two outstanding warrants.

With the approval of Sergeant Hoang, I cited ▇▇▇ and ▇▇▇ for the violation of 647(e) PC – illegal lodging. Both ▇▇▇ and ▇▇▇ signed their respective citations in my presence, and both provided a thumb print on the reverse side of their respective citations. ▇▇▇ signed a property receipt for his tent which I later digitally uploaded to this report. Officer Villena provided ▇▇▇ with a copy of the property receipt.

Sergeant Hoang requested DPW to bag and tag and take custody of the tent under the listed case number and SR# 2472101. DPW # 183057 bag and tagged the tent.

At DMACC, I conducted a computer query of ▇▇▇ and discovered the following SFPD incident reports where ▇▇▇ had previously been cited for the violation of 647(e) PC:
- SFPD Incident Report # 240070392; Date: 02/01/2024; Location: Embarcadero and Don Chee Way
- SFPD Incident Report # 240347505; Date: 06/03/2024; Location: Embarcadero and Washington Street
- SFPD Incident Report # 240584315; Date: 09/17/2024; Location: 110 Main Street, cross of Mission Street
- SFPD Incident Report # 240745824; Date: 12/02/2024; Location: Embarcadero and Don Chee Way

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY     CCSF_COH_492997

San Francisco Police Department
**INCIDENT REPORT**

Report Type: Initial

250054035

I conducted a computer query of ▮▮▮▮ but did not discover any prior violations of 647(e) PC.

I uploaded a copy of the signed citations to this report. I completed a misdemeanor rebooking packet for ▮▮▮▮ and ▮▮▮▮ at DMACC.

---



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CCSF_COH_492985
CCSF_COH_492985



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CCSF_COH_492986
CCSF_COH_492986



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CCSF_COH_492987
CCSF_COH_492987



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CCSF_COH_492988
CCSF_COH_492988



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CCSF_COH_492989
CCSF_COH_492989



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CCSF_COH_492990
CCSF_COH_492990



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CCSF_COH_492991
CCSF_COH_492991



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CCSF_COH_492992
CCSF_COH_492992

