# EXHIBIT 98

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# San Francisco Police Department
## INCIDENT REPORT

**Report Type:** Initial

**240049347**

### INCIDENT

| Incident Number | Occurrence From Date / Time | Occurrence To Date / Time | Reported Date / Time | CAD Number |
|---|---|---|---|---|
| 240-049-347 | 01/23/2024  09:46 | | 01/23/2024  09:46 | 240230880 |

**Type of Incident:** RESISTING, DELAYING, OR OBSTRUCTING PEACE OFFICER DUTIES 27170   Retail Theft? ☐

| Location of Occurrence: | At Intersection with/Premise Type | District |
|---|---|---|
| 355 ELLIS ST | SIDEWALK | TENDERLOIN |

| Confidential Report? ☐ | Arrest Made? ☑ | Suspect Known? ☐ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit 3X74 |

| Location Sent / On View: | At Intersection with | Reporting District |
|---|---|---|
| 355 ELLIS ST | | TENDERLOIN |

| Crime and Clearance Status | Reported to Bureau | Name | Star | Date/ Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |
| 6 | | | | | | | | |

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04?  Yes

### OFFICER DECLARATION

I declare under penalty of perjury, this report of **3** pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED   5 Years

| Reporting Officer | Star | Station | Watch | Date |
|---|---|---|---|---|
| PERALTA, MICHAEL V | 2450 | FOB-Patrol Division | 0600-1600 | 01/23/24 13:34 |
| Reviewing Officer | Star | Station | Watch | Date |
| HOANG, DENNIS | 1861 | FOB-Patrol Division | 0600-1600 | 01/23/24 17:46 |
| OIC | Star | Station | Watch | Date |
| HOANG, DENNIS | 1861 | FOB-Patrol Division | 0600-1600 | 01/23/24 17:46 |

| Related Case | Related Case | Re-assigned to / Copies to 3*300 | Assigned to 3*300  Add'l Copies | Assigned by MP 2450 |

### R/VICTIM 1

[REDACTED]

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☑ | Statement YES ☑ | Relationship to Subject STRANGER/NONE |

| School (if Juvenile) | Injury/Treatment NO INJURIES | Other Information/If Interpreter Needed Specify Language DEPARTMENT OF PUBLIC WORKS SUPERVISOR |

| Interpreter Needed ☐ | Language | Language Description (if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |

EXHIBIT **1378**  PLTF DEFT.
WITNESS D. Hoang
CONSISTING OF **3** PAGES
DATE 03-05-2025
BEHMKE REPORTING AND VIDEO SERVICES, INC.

# San Francisco Police Department
## INCIDENT REPORT

Report Type: **Initial**

240049347

| CITED 1 | |
|---|---|
| Booking Charge(s) | Booking Location |
| Warrant # | Court# | Action# | Dept# | Enroute to |
| Warrant Violation(s) | | | | Bail ($) |
| Citation# | Violation(s) | | Appear Date/time | Location of Appearance |
| ☑ CA Form Booked Copy Attached | Mirandized: Star ☐ | Date Time | CWB Check **NATALIE** | Star **78** |
| Book/Cite Approval **SGT. HOANG** | Star **1861** | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | Statement ☐ |

Other Information: Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos
**NONE**

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |

### PROPERTY E1

| Code/No **EVD 1** | Item Description **FORMS** | | | Brand | Model |
|---|---|---|---|---|---|
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity **1** | Value |

Seized by (Star) **2254** — From Where **355 ELLIS ST (FROM R/V1)**

Additional Description/Identifying Numbers
**SFPD CITIZEN'S ARREST FORM-SFPD 80  Submitted at: F - Park**

### PROPERTY BWC 1

| Code/No **BWC 1** | Item Description **BODY WORN CAMERA FOOTAGE** | | | Brand **AXON** | Model **BODY 3** |
|---|---|---|---|---|---|
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity **3** | Value |

Seized by (Star) **2450** — From Where **WWW.EVIDENCE.COM**

Additional Description/Identifying Numbers
**Peralta, Camarra and Nguyen.**

**San Francisco Police Department**
**INCIDENT REPORT**

Report Type: Initial

240049347

## NARRATIVE

On 1/23/2024 at approximately 0946 hours, Officer Camarra #724 (3X74) and I were on duty in police uniform and were driving a marked patrol vehicle. We are currently assigned to the SFPD's Field Operations Bureau HSOC (Healthy Streets Operations Center) Unit. We were assisting in San Francisco's Tenderloin District (300 block of Ellis Street) to aid the Homeless Outreach Team, San Francisco Fire Department and Department of Public Works, with conducting outreach to homeless encampments that were set up in public view on the sidewalks. Our goals were to respond to this area and to assist the unhoused individuals with getting connected with available city resources, shelter, and to assist with cleaning up the trash and debris that was in the immediate vicinity.

▇ was advised that that he had approximately 72 hours' notice to abate the violation and he failed to comply. We advised ▇ that DPW had the legal authority to move and/or seize his property in accordance with their policy and that if he were to interfere with them as they engaged in the performance of their duties, that he could potentially be arrested. Supervisor ▇ advised ▇ that his belongings were deemed a health hazard due to exposed needles, feces and urine. She advised ▇ that he needed to leave the immediate vicinity so that DPW could clean and sanitize the sidewalks for public usage. ▇ advised Supervisor ▇ that all the belongings were his property and that she wasn't taking anything. Supervisor ▇ advised ▇ that his property was going to be removed from the public sidewalk in accordance with DPW's policy.

Supervisor ▇ advised me that ▇ property was deemed a hazard because there were needles and soiled belongings making it a health hazard. Supervisor ▇ advised ▇ that he could take one batch of belongings that were wrapped in a green tarp. ▇ got upset and advised ▇ and us that he was "not leaving" and that he wanted his "attorney". Officer Camarra advised ▇ that he needed to leave the immediate vicinity where DPW was scheduled to clean. Officer Camarra advised ▇ that he could not interfere with DPW workers carrying out their duties or he would be arrested for interfering. ▇ stated again that he was not leaving without his property. Supervisor ▇ grabbed a shopping cart that was loaded with miscellaneous soiled items. Supervisor ▇ began to move the cart towards their city work truck so that it could be removed from the sidewalk. As Supervisor ▇ was pulling the shopping cart, ▇ got upset and grabbed the cart away from Supervisor ▇ ▇ advised us again that he was not leaving. Based on ▇ actions and statement, probable cause existed to arrest him for 148(a)(1) PC which states, "Every person who willfully resists, delays, or obstructs any public officer, peace officer, or an emergency medical technician, in the discharge or attempt to discharge any duty of his or her office of employment...". Officer Camarra and I immediately took ▇ into custody and separated him from the area.

Department of Public Works code 723 states, "It shall be unlawful for any person, firm or corporation, without permission from the Department of Public Works, to pile, cap or otherwise obstruct or place obstructions upon, above, or below, any public right of way, whether the same be graded or not. 'Public right of way' shall mean the area across, along, beneath, in, on, over, under, upon, and within the dedicated public alleys, boulevards, courts, lanes, roadways, sidewalks, spaces, streets, and ways within the city, as they now exist or hereafter will exist and which are or will be under the permitting jurisdiction of the Department of Public Works."

Officer Nguyen #2254 met with Supervisor ▇ who signed a (E1) citizen's arrest for the above listed violation. Officer Nguyen provided Supervisor ▇ with the original duplicate of this form and provided me with the copy for evidence.

With the approval of Sergeant Hoang #1861 (3X170), I cited (024297291) ▇ for the above listed violation. ▇ signed the citation and provided a copy of his right thumb print. ▇ was cited and released at the scene with no further PD action required.

Officer Camarra later booked the citizen's arrest form as evidence at Park Station. All (BWC1) body worn camera footage was later uploaded to www.evidence.com.



Incident# 240049347

Page 3 of 3 (v7/21)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CCSF-COH_261769