# EXHIBIT 101

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

|  | - |
|---|---|
| - |  |
| - | - |
|  | - |
|  | - |
|  | - |
|  |  |

## 8.25.21

| -Names, pronouns, meta<br>-Check-In: What's your happy place? | - Jennifer Friedenbach, Carlos Wadkins, Christin Evans, Marc Busch, Cesar espinoza-Perez, Flo Kelly, Ian James, Kelley Cutler, Serena Deverich, Larry Ackerman, Martha Bridegan, Robert frqaser, TJ Johnston, Tracey Mixon |
|---|---|
| **Outreach**<br>- Report Back<br>- Next Week's Schedule | ██████████ |

CONFIDENTIAL

COH01527251



CONFIDENTIAL

COH01527252

| | |
|---|---|
| | ██████████████ |
| **Announcement: Press Conference Tomorrow at 10** | Press conference tomorrow wed 8.25 at 10 am of impacted unhoused people and medical providers calling on city to pause the closure of SIP hotels and allow folks from shelter and streets to move in. Feds are paying for hotels til end of year. Propc money coming down for housing. Facebook link to follow. |
| **HSOC Report**<br>- <u>What we have so far</u><br>- **Release Strategy** | - Carlos reviewed report. There are lots of edits happening and lots of folks working on. The report critiques Director Carroll's presentation on HSOC and shows what is actually happening and how these operations should occur. Also has background on HSOC. Looks at how they track success with tent removal. Marquis pointed out that they grind up stuff in recology trash crusher. That is what they are doing - throwing up peoples important stuff instead of giving people chance to save their stuff. They expect him to move his stuff over and over at obscene hours for the past three years. We will be putting in real life stories into the |

CONFIDENTIAL
COH01527253

|  | report. We see in the data that HSOC regularly has less shelter beds then how many people they are asking to move. We inserted a graph that demonstrated this. It was pointed out that there are bureaucratic barriers to the services they offer. In fact the sweeps themselves create barriers as foks lose their ID and then cant get services they offer. Also they have no way to bring stuff to shelter, and need to move their stuff to be able to go to shelter so then it looks like they decline services when in fact they made it so the person can't get shelter. The report points out that when they have resources then they are more successful. When they don't they aren't. Duh! There were 38 bag and tags created but not one happened at a sweep, mostly they happen at arrests elsewhere. Every single belonging they took was thrown away. Then we have recommendations on how they can be fixed. Marquis suggested real life experiences.<br>- Could have a release with other orgs speaking<br>- Could have quotes from other orgs throughout the report from for example "" Code tl staff or client<br>- Could have other orgs who have helped with report listed on a thank you page<br>- Needs to be stated that this is human rights violation and attacks on people's dignity-- we could present at human rights Commission or tie into corruption cases.<br>- We should target mayor with report - real fear that if can't move stuff could get arrested and it is really hard for folks and Mayor should care more for her citizens.<br>- Idea to present at different boards<br>- Need two weeks to get finish. Once done cna put together presentation. Human Rights, LHCB, BOS and then mayve Police, Health who are |
|---|---|

CONFIDENTIAL
COH01527254

|  | members of HSOC<br>- Should put report on web with bullet points that folks can refer to in social media.  Code tL can help build.  There is also way more data on google drive.<br>- Do video for tik tok<br>- |
|---|---|
| **Vehicles**<br>- Lake Merced Meeting Update<br>- Bayview Meeting Update | Carlos is having issues getting permission to use campus for meeting |
| **Sweep Response**<br>█████████████ | ████████████████ |
|  | - |
|  | - |
|  | - |
|  |  |

## 8.17.21

| -Names, pronouns, meta<br>-Check-In: | - Carlos, Tracey, Ian, Christin, Marc, 0000000000000000000Jenny, Mateo, Kelley, Becky, TJ, Tyler, Dominique, Flo |
|---|---|
| **Outreach**<br>- Report Back<br>- Next Week's Schedule | ████████████████ |