# EXHIBIT 105

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

I, Melodie, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am currently unhoused. I currently live in an RV that I park in the Bay View area of San Francisco ("City"). I have lived in my vehicle since 2008. I am 65 years old. I have a severe head injury that is disabling. When I was two years old, I had a traumatic brain injury. I cannot do skills of daily living, like doing laundry or meal-planning. I have almost no short-term working memory. I cannot process objects, meaning that I often cannot remember where I set things down or figure out how to organize my possessions.

3. I am a member of the Coalition on Homelessness. I started going to the Homeless Coalition's meetings on Turk Street in 2008 so that I could learn what the Coalition was doing to protect the rights of unhoused people. I learned that the Coalition regularly organizes protests and meets with supervisors to protect peoples' rights and so people know what their rights are and can protect themselves. For years, I have gone to the Coalition's Human Rights Workgroup Meetings and worked with other members.

4. The Coalition are very often the first people I call when I am distressed about how the City is treating me. For instance, in 2008, I started going to SFMTA hearings to protest and give public comment against the City putting up no parking signs targeting where I and other unhoused people parked. I even made a map showing how many miles of parking the City had taken away from RVs at the time. At this time, I kept calling the Coalition to tell them about these parking restrictions and what the City was doing.

5. For years, I have volunteered as a member of the Coalition to fight parking restrictions on streets where unhoused people park. The Coalition's staff helped me navigate the City's hearings and figure out how to give public comment. They would also come with me to hearings to support me.

6. I have been swept by the City several times. I have lost property during these sweeps. At one HSOC sweep approximately two months ago, City workers took some storage boxes that I had outside my RV and that I was planning to use to organize my

CONFIDENTIAL
COH01528905

things. They threw them out. I am scared of this happening again at the City's encampment sweeps in the future.

7. The City's sweeps make my disability worse. Because of my brain injury, I do not have skills of daily living. I have a hard time organizing my things, getting out of my situation, and keeping basics like food from going bad. At these sweeps, City workers tell me that I have to move but do not help me, give me more time to pack up, or help accommodate my overwhelming stress from the sweep. They often only give me 10 minutes to pack up. This is not enough for me. These sweeps often make me wish I was dead. At these sweeps, due to my traumatic brain injury, my brain gets flooded and cannot function.

8. I often interact with other members of the Coalition, like Flo Kelly, who help me during sweeps, document the City's actions, and share resources with me.

9. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 11, 2024 in San Francisco, California.



Melodie

CONFIDENTIAL                                                                                                                              COH01528906