# EXHIBIT 107

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

| | | | |
|---|---|---|---|
| Service ID: | 2926240 | Address: | |
| Date: | 8/7/2024 1:13:44 PM | Location: | |
| Category: | Bag & Tag | | |
| Transferred To: | | | |
| Caller: | | | |
| Caller Phone: | | | |

```
<div><font face=Calibri size=3><strong>Case #  N/A</strong></font></div>

<div><font size=3><strong>Abandoned
   </strong></font></div>

<div><font size=3><strong>Get Location of arrest:
 </strong> 06th/Howard</font></div>

<div><font size=3><strong>Get Officer:</strong>   Tiffer
<strong>Star # 577</strong></font></div>

<div><font size=3><strong>Items to be collected: Rei Coop Tent
(yellow/gray/blue)</strong></font></div>

</blockquote>

<div> </div>
```

| | | | |
|---|---|---|---|
| Zone: | B | Refer To: | Garcia, Edgar; Garcia, Edgar |
| Completed: | 8/7/2024 1:14:40 PM | Hours to complete: | 0 |

Dispatch To:

| | | | |
|---|---|---|---|
| Service ID: | 2926261 | Address: | Natoma St at 06th St |
| Date: | 8/7/2024 2:16:19 PM | Location: | |
| Category: | Bag & Tag | | |
| Transferred To: | | | |
| Caller: | | | |
| Caller Phone: | | | |

```
<div>Bag &amp; Tag - 1 orange/yellow bike </div>

<div>'*No other known information</div>

<div>'****REACTIONARY CREW: DO NOT CLOSE***</div>
```

| | | | |
|---|---|---|---|
| Zone: | B | Refer To: | Garcia, Edgar; Garcia, Edgar |
| Completed: | 8/7/2024 2:17:53 PM | Hours to complete: | 0 |

Dispatch To:

| | | | |
|---|---|---|---|
| Service ID: | 2926393 | Address: | Napoleon St at Jerrold Ave |
| Date: | 8/8/2024 3:12:20 AM | Location: | |
| Category: | Bag & Tag | | |
| Transferred To: | | | |
| Caller: | | | |
| Caller Phone: | | | |

```
<div><font face=Aptos ███████ called @ 3:11AM asking for her items.
 She said DPW cleared the entire street with SFPD. She said she was
taken to hospital.  She said she had her computer, EBT card, ID and
medication.  I advised her I was unable to locate bag &amp; tag with her
name, I asked her to check with police station and or she can call in the morning
to see if one of the crews cleared her items.  She said it could be under her
friend's name ███████ but she does not have ███ last name. I advised her if it's
in ███████ name, he will need to come and collect items. She asked where items
are discarded. I advised her if considered trash, they are dumped at Recology.
She will call station first  </font></div>

<div> </div>
```

| | | | |
|---|---|---|---|
| Zone: | E | Refer To: | Garcia, Edgar; Garcia, Edgar |
| Completed: | 8/8/2024 3:18:41 AM | Hours to complete: | 0 |

Dispatch To:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CCSF-COH_713843
CCSF-COH_713839