# EXHIBIT 114

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

# Coalition on Homelessness, San Francisco Manual

More than 30 years ago, a scrappy group of unhoused people and front line service providers frustrated with both the decisions being made about homelessness without homeless people, and the lack of a response to homelessness that addressed the systemic causes, formed the Coalition on Homelessness. The idea was simple -- do tons of outreach to homeless people and then fight like crazy for solutions that unhoused people wanted to see happen. We didn't know it at the time, but what we were doing was something called community organizing.  We were formed in 1987 to foster the active participation of homeless and low-income San Francisco residents and front-line staff in the struggle for economic and social justice. Through an integrated approach that combines outreach, peer support, leadership development, legal strategies, public education, advocacy, and community organizing, the COH works to defend homeless and low-income people from attacks on their rights and their persons, while advocating for permanent solutions to homelessness that take into account not only poverty's devastating effects, but also its root causes. The Coalition is currently structured to have three sections outside of administration which keeps the organization rolling. They include Human Rights, Housing Justice and *Street Sheet*. In this document you will learn more about the community organizing that takes place in Housing Justice and Human Rights, as well as other pieces of the organization and how they work.

## Our Mission Statement

The Coalition on Homelessness organizes homeless people and front line service providers to create permanent solutions to homelessness, while working to protect the human rights of those forced to remain on the streets.

## Our Vision

### Human Rights Vision

The Human Rights Workgroup envisions a San Francisco that recognizes that universal human rights *must* extend to poor and homeless people, and where dignity, respect, compassion, and equality are the standard of the community and the policy of the city.

### Housing Justice Vision

The Housing Justice Workgroup is working toward a San Francisco in which every human being can have and maintain decent, habitable, safe, and permanently affordable housing.

COH01529093

# Street Sheet

The Street Sheet is a publication of the Coalition on Homelessness, San Francisco. Twice a month, the Street Sheet reaches 16,000 readers through 230 homeless or low-income vendors, who receive papers from us at no cost and keep all money they earn through Sheet Sheet sales. The paper serves as a creative outlet for impoverished San Franciscans who are primarily responsible for the articles, poetry, creative writing, and artwork that appears in the paper. It also serves as a public education tool -- ensuring San Franciscans can get a raw perspective on the experiences of homelessness, and the struggles to overcome it.

# Our Values

**1) Center Unhoused People, Al(l)ways, in all ways and always!**

• Ensure that the voices of people who are currently and formerly unhoused are included in all facets of the organization: paid staff, working group volunteers/leaders, and as an organizing base for action turn-out, etc.

• Create an internal culture that makes CoH accessible and a safe space for people who are unhoused to access support such as advocacy, access to Street Sheet/income opportunities, and trustworthy housing information; while, also, being able to engage in organizing around changing the conditions and policies that make homelessness happen.

• Prioritize on-going learning on anti-oppression, anti-racism, and intersectionality in our organization to ensure inclusivity and prevent/reduce harm and burn-out frequently experienced due to oppression.

**2)    Anti-Capitalism as a shared political belief and practice.**
• Sharing a belief and stand that poverty and the lack of secure,safe housing is a result of exploitative systems like Capitalism -- that rely on poverty to succeed. Instead, we need lifelong access for ALL to housing, healthcare, treatment, and empowerment.

• Promoting and seeking wealth redistribution and shared resource economy now and for the future.

COH01529094

•        Resisting traditional hierarchies and capitalist decision making systems, and, instead, embracing horizontalism and shared decision making power through consensus, and disrupting power.

**3)        Movement Oriented and Committed Organization.**
•        Utilizing Community Organizing and a diversity of tactics to ensure leadership of unhoused and formerly unhoused San Franciscans in the political fabric of San Francisco, and when possible the state of California, and nationally in the U.S. in movements addressing poverty, housing, and wealth redistribution.

•        Staying flexible and responsive to the changing conditions facing unhoused San Franciscans while also staying connected to long-term struggles for collective liberation that include all the intersecting communities within the unhoused community: such as, Black, Indigenous, People of Color, LGBTQ, Disabled, aging, and migrant peoples.

•        Leaning into conflict and disagreement, believing in transformation of behavior and thought as necessary components of organizational accessibility for bringing in new members to this long-term struggle.

**4)        Power Sharing and Collaborative Work**
•        Smartest person in the room is the room - work towards consensus and distribute work by building on and valuing an individual's strength.

•        Remain organizationally responsive to emerging issues impacting unhoused people, while moving forward with inclusiveness and equity.  React with deliberate, thoughtful and timely responses.


# COH Organizing Model

## First – WHAT IS COMMUNITY ORGANIZING:
Community organizing is a process through which people living in proximity to each other are brought together into an organization that acts in their shared self-interest. As opposed to direct service, which is the charitable act of meeting needs by distributing resources, or advocacy, which is arguing for a cause and is often one person helping someone else directly (like providing legal assistance) community organizing attempts to address the root causes of the problem. Community organizers generally assume that social change necessarily involves conflict and social struggle in order to generate collective power for the powerless. A core goal of community organizing is to generate durable power for the community, allowing it to influence key decision-makers on a range of issues over time. In the ideal, for example, this can get community organizing groups a place at the table before important decisions are made. Community organizers work with and develop new local leaders, facilitating coalitions and develop and carry out campaigns.

COH01529095

The Coalition on Homelessness engages in community organizing as its primary activity. Organizing efforts are based on the information we get from outreach to the unhoused community and front line homeless service providers, and this allows us to identify the problem and solutions from an unhoused people's perspective. This information goes to our workgroup, which lays out a strategy to realize those solutions. Organizing activities may include the design and implementation of campaigns, planning rallies and marches, taking direct action, civil disobedience, public speaking engagements, mobilizing for public hearings, speaking before electeds and appointed officials, media work, meeting with electeds and appointed officials, and building alliances with service providers and community members. The COH utilizes a variety of tactics and means to create social change, including passing laws, carrying out lawsuits, going to the ballot with initiatives, designing and fighting for funding of new programs and more.

## Second – UNDERSTANDING THE UNIQUE COH ORGANIZING MODEL

The commitment of the Coalition on Homelessness to social justice is reflected in its structure, with equal salary, democratic decision-making process, and a representative and community-based Board of Directors.

Our understanding that homelessness is by definition a precarious state has resulted in a unique system of open membership that has proven highly effective in ensuring the participation of homeless people and front line staff at every step of our work.

The COH believes all staff and volunteers should have equal decision-making power as all participants are seen as equally vital to the organization's existence. The organization has many forums for staff and volunteers to have input in the decisions we make. The organization also insists that all staff is equally accountable for the same level of work, although the type of work varies from staff to staff depending on their strengths.

Homeless and formerly homeless volunteers are an extremely important part of the work. COH mandates that volunteer staff persons are treated as equals to paid staff, and are provided with opportunities to develop skills and work experience.

The COH has always been committed to keeping our advocacy efforts unrestrained by any source of (potential) funding. COH always informs potential financial supporters that we will only adhere to our methods of organizing as a way of remaining accountable to local homeless communities. Our organization believes in this so strongly that we don't take any government funding so that we can freely agitate elected officials on issues relating to poverty and homelessness.

The COH works to achieve its goals by identifying needed policy changes that would provide long lasting solutions to homelessness and then taking the steps needed to achieve those changes through organizing, advocacy and public education.

COH01529096

Our organizing is based on a *dialogic* process, meaning we continuously gather ideas directly from homeless people and the front line staff of service provider agencies. We collectivize those ideas, and bring the common threads to our workgroups, where we shape campaigns to bring back to homeless people. Not only does this methodology keep homeless people at the forefront of the struggle, but it also keeps our organization accountable. Consistent outreach, dialogue and accountability are strategies to ensure that the COH is moving forward an agenda for systemic change that is relevant to and supported by a broad base of the people directly affected. Oftentimes, the problems are identified in outreach, those problems are brought to workgroups where fixes are developed. These fixes are brought back to unhoused community members to make sure we are on the right track, and then we fight to put those fixes in place. The fixes may be legislative, budgetary, voter initiatives, or legal. The tactics we use to get those fixes in place build our power through leadership development, protest, media, creating direct access to power for unhoused people, hearings, letters, postcards, artwork and a whole variety of creative ideas to flex our people power.

### Third- UNDERSTANDING OUR DECISION MAKING PROCESS

***Decision Making Process***

1. Outreach identifies issues and directs them to the appropriate workgroup.

2. Workgroup lays out campaign strategy, goals, and work plan to address issues identified in outreach. The workgroup should go through the issue identification process before taking something on, as described above, and the lay out action or campaign plan. Some things may require minimal action, such as a letter, while others neccesitate a full fledged campaign.  When the workgroup finds it is unable to pursue the required action by itself, has split decisions or feels it needs more input, it can ask for support from other workgroups. If the issue is organization wide – i.e. is not specific to Human Rights or Housing Justice, it should be taken to staff meetings.  Examples include office policy, redesign of website, entering into ballot campaigns (or other organization wide campaigns that cross both workgroups) or lawsuits, changes in COH policies both external and internal.

3. Organizing staff, as well as volunteers and members of COH will identify other organizations that may be able to work on it, possible allies, etc. At this point both Admin staff and Board of Directors will provide input regarding questions of resources, impact on the budget, fundraising abilities, long term implications, etc.

4. Program staff designs and carries out the implementation of the campaign or activity. How to implement will be decided as needed, according to each case. Examples: create

COH01529097

a separate campaign committee, assign work to two or more workgroups, create campaign alliance with other organizations, etc.

There are many issues we could be working on - many issues come up in outreach, and sometimes other organizations ask us to take on particular struggles and at other times policy makers move on something that impacts the unhoused community. Many of these issues, regardless of where they come from, may have a very real impact on the unhoused community, but we need to think through the issue before we take it on because it may mean others issues get less attention. Before we choose an issue to work on, we go through a deliberate process of deciding whether to take it on, called "choosing an issue" or "prioritizing the work." These are the factors we consider before taking something on:

1) **Aligns with our values.**  Is it reflected in our values?
2) **Planning on working on it.**  Is it reflected in our work plan?
3) **Substantive Change.**  Will it have a tangible impact for unhoused people?  Will it win real improvements?
4) **Builds to bigger wins.** Does it set up the next Campaign?
5) **Will build power and correct inequities.** Does it alter relations of power? Give people a sense of power? Does it correct structural inequity?
6) **Widely and Deeply Felt.** Do we have outreach and unhoused membership buy-in and direction regardless of whether it is coming from unhoused members, housed members or from the "outside"?
7) **It is Easy to understand.** How empowered do staff and members feel working on this issue? Is the goal easy to explain on the streets, in shelters and to the public? Do we have leadership within the organization on this issue? Do we need more information before making a decision?
8) **We can bring it home.** How "committed" are we to seeing this to the end?
9) **We have the time.** Do we have capacity for it? Both organizational and individual.
10) **If we don't, no one will.** Is there someone else that can lead it?

## ELEMENTS OF OUR WORK (this also is a great way to learn HOW TO GET INVOLVED AS A VOLUNTEER

There are many different ways to volunteer but typically volunteers enter through our working groups or Street Sheet. If you are new, you should get an orientation, and as part of that, this manual will be reviewed. Our workgroups are where outreaches are scheduled, and campaign plans are carried out. It is where we take the problems that have come up on outreach and

COH01529098

where we figure out systemic fixes. COH staff should provide an orientation to new members that includes an overview of issues we are currently working on, purpose of outreach and scheduling calendar. This orientation should also include a discussion of ways to get involved and things we do such as conducting outreach, planning protests, conducting research, writing articles, writing press releases, writing letters to supervisors, utilizing social media, meeting facilitation, and so forth. This is also a great place for new members to express their areas of interest. Remember, we are not a direct service organization, there are many of those doing excellent work, we are doing community organizing to alter the relations of power and address the systemic causes of homelesssness. In other words we don't provide free food, we try to make it so folks don't need to rely on free food to begin with.

## PART 1:  OUTREACH:

**Outreach is a two-way education process between the community organization and the members of the community most impacted by any particular issue** wherein volunteers and staff from the organization meet community members wherever they are. For an outreach-central organization, what we learn from each other guides our organizing campaigns and advocacy.

The **4 principal purposes** of outreach at the Coalition on Homelessness are to
1)      **Gather input** from unhoused community members on what we should be doing, and get feedback from them on what we are working on. This creates a circle of accountability and keeps us on track. This is sometimes done formally through surveys, or sometimes informally as reported back to the workgroup.
2)      **Recruit and Mobilize -** We inform folks of opportunities to get involved to effect change, whether that be to show up at a hearing, act as a spokesperson to the media, turn out to an action, help carry out our campaigns or ideally to start coming to meetings. Good recruitment requires taking down contact information so we can follow up.
3)      **Monitoring and Documenting -** This is where we keep our ears to the streets, knowing when sweeps are taking place, when shelter conditions are deteriorated and so forth. This is done sometimes in a more formal way, where ideally information is tracked, but sometimes it is done informally and folks report back what they are seeing via email or at workgroup.
4)      **Educate People on their Rights -**To inform homeless and poor people on what their existing rights are or any policy and program changes which directly affect their lives.

Between twelve and fifteen outreaches are conducted each week to homeless and low-income families and individuals

Through outreach we know the necessities, priorities, and the current life situation of our community. Workgroup members are encouraged to participate in outreach and the staff must ensure that outreach activities are conducted regularly and with proper supervision. Staff must also maintain updated schedules; obtain permission to do outreach when such permission is necessary; keep and provide up-to-date materials and information, and gather the information obtained through outreach and create the appropriate reports.

CONFIDENTIAL

At every meeting, before scheduling outreach, staff must make clear what the purpose of outreach is that week. Sometimes we do all 4, sometimes we focus on particular issues, and sometimes there are combined purposes. In some cases, special outreach activities will be conducted with specific goals in mind, such as mobilizing for actions and events, conducting surveys, etc and other times it will be more general. Everyone should be clear on their purpose before going out, and if there are questions, please ask your staff person.

**Outreach Practices**

1. Always do outreach with at least one other person.
2. A standard survey form with open-ended questions to collect information is useful (materials should be multilingual).
3. Rely on personal contact and discussion to elicit complete responses.
4. Compile and discuss responses to identify areas of strength and weakness in program and policy and to plan future action. If you're not using your outreach, there's no point in doing it.
5. Plan to provide on-going support for increasing member (outreach subjects) involvement and for feedback to members. This is critical to the legitimacy of the undertaking, and should include a description of opportunities for clients to take action on identified issues.

# Things to Remember

- Homeless people have a right to privacy and don't owe outreach workers any information.
- Don't wake anyone up or bother people who are doing something you would not want to be interrupted while doing.
- Pay attention to your body language—you don't want to look guarded or like an authority figure.
- Introduce yourself first (name, organization, and purpose), and ask people if they have time to talk. Go beyond introducing yourself and be sure and share something about yourself, for example what brings you to the work.
- As a general rule, you should only be talking about 30% of the time and listening 70%. Don't talk over people and actively listen.
- You are a representative of where you work, not of yourself. Don't judge people and don't let your personal beliefs get in the way of the work.
- Set clear boundaries: let the person know if something makes you uncomfortable.
- Don't make promises you can't keep.
- Don't make bad referrals. Know your resources or offer to look information up.
- If you don't know the answer, don't make one up. "I don't know," is not a phrase of

COH01529100

weakness.
- Always follow through. Get contact information when possible.
- No matter how good your outreach is, if your follow-up sucks, no one will want to talk to you again. One person could be your best or your worst spokesperson.
- Always be honest and respectful.
- Be consistent! Keep going back to build trust and familiarity.
- Create your advocacy and organizing agenda from outreach.


## PART 2:  Work Group

The COH Work Groups design the programs and advocacy agendas for our projects. Work Groups foster collaboration between homeless people, concerned community members and providers of social, health care, housing, employment, and legal services, to systematically address the needs identified in the outreach. Work group members cultivate a relationship with our constituency and an expertise on particular issues, which allows them to take on organizing roles and tasks. Work groups allow a broad base of people to create strategies to bring about systemic change.

The workgroups are where the campaigns are laid out. We follow a traditional campaign development strategy of starting out with goals, identifying targets, tactics, and developing a media message. Advocacy agenda, timelines, campaign groundwork and overall project work is decided in the work group meetings. Input is given regarding project work in the weekly staff meetings and in weekly supervision meetings.

This is an outline of what a campaign strategy chart looks like:

COH01529101

## Midwest Academy Strategy Chart

After choosing your issue, fill in this chart as a guide
to developing strategy. Be specific. List all the possibilities.

| Goals | Organizational Considerations | Constituents, Allies, and Opponents | Targets | Tactics |
|---|---|---|---|---|
| 1. List the long-term objectives of your campaign.<br><br>2. State the intermediate goals for this issue campaign. What constitutes victory?<br><br>*How will the campaign:*<br><br>• Win concrete improvements in people's lives?<br>• Give people a sense of their own power?<br>• Alter the relations of power?<br><br>3. What short-term or partial victories can you win as steps toward your long-term goal? | 1. List the resources that your organization brings to the campaign. Include: money, number of staff, facilities, reputation, canvass, etc.<br><br>What is the budget, including in-kind contributions, for this campaign?<br><br>2. List the specific ways in which you want your organization to be strengthened by this campaign. Fill in numbers for each:<br><br>• Expand leadership group.<br>• Increase experience of existing leadership.<br>• Build membership base.<br>• Expand into new constituencies.<br>• Raise more money.<br><br>3. List internal problems that have to be considered if the campaign is to succeed. | 1. Who cares about this issue enough to join in or help the organization?<br><br>• Whose problem is it?<br>• What do they gain if they win?<br>• What risks are they taking?<br>• What power do they have over the target?<br>• Into what groups are they organized?<br><br>2. Who are your opponents?<br><br>• What will your victory cost them?<br>• What will they do/spend to oppose you?<br>• How strong are they? | 1. Primary Targets<br><br>A target is always a person. It is never an institution or elected body.<br><br>• Who has the power to give you what you want?<br>• What power do you have over them?<br><br>2. Secondary Targets<br><br>• Who has power over the people with the power to give you what you want?<br>• What power do you have over them? | 1. For each target, list the tactics that each constituent group can best use to make its power felt.<br><br>Tactics must be:<br><br>• In context<br>• Flexible and creative<br>• Directed to a specific target<br>• Make sense to the membership<br>• Be backed up by a specific form of power.<br><br>Tactics include:<br><br>• Media events<br>• Actions for information and demands<br>• Public hearings<br>• Strikes<br>• Voter registration and voter education<br>• Law suits<br>• Accountability sessions<br>• Elections<br>• Negotiations |

Our open style workgroups mean we sometimes have people coming and going. Giving orientations and having space before the meeting starts to catch new people up is a great time to do that. We may also have food at meetings and create space for casual conversations before the meeting starts. Workgroups are a Coalition tradition that are almost an institution.  It is a space where unhoused people can come and share grievances, or to get involved. It is also a space where people may come to work on a specific issue, that lasts for a period of time or that people may come to regularly for years to see through the systemic change work.

Workgroups work best when there are clear, strong agendas that identify whether the item is a brainstorm, update or where action is needed. Well facilitated workgroups happen when members are kept on track, reminded of the agenda and goal, and the group is moving forward to action. Facilitators should listen for points of unity and restate them to get approval. Once

CONFIDENTIAL

decisions are made, it is often up to staff to carry out the work if no one else takes it on. Staff should also remind people when they take on tasks, assign tasks based on workgroup members strengths, and look for new members with specific skills when no one is able to take on a particular task. Our work is best when true collaboration is taking place. Our work is at a low point when discussions are circular and repeated meeting to meeting, because no work happens in between meetings or when the same discussion repeats itself. It is the staff's responsibility to ensure the group is moving collectively towards the agreed upon goals, and members responsibility to support that movement.

## PART 3:  LEADERSHIP DEVELOPMENT:

Throughout our work, the COH will build the capacity of homeless and poor people by providing training and support. The COH provides a safe and supportive space for homeless people to meet, develop ideas, and organize. While participating in our work, volunteers and staff are provided COH training and are linked to training at partner organizations. We hold annual Free School training that covers a variety of topics related to our work - we get input from members on what they would like to see training on.

Staff and workgroup members will strive to develop the leadership of homeless and poor people who participate in the workgroup. The staff will assess the needs of the volunteers and work with the workgroup members and COH administrative staff to identify resources that can be used to meet those needs. This may include in-house training, training outside of the organization and/or referral to classes or other educational opportunities, among other options. The workgroups must strive to follow the leadership of homeless and poor people at all times and be prepared to provide the necessary support.

## PART 4:  PUBLIC EDUCATION:

The COH spends a great deal of time in public education efforts through the media or direct contact with the community at large. Our most important means of public education is the *STREET SHEET*. We publish the monthly newspaper with a circulation of 26,000 copies (two editions a month – each of 13,000) that are provided free of charge to homeless and poor people, which they can sell and keep the proceeds. We also engage in social media, respond to media requests for interviews and comments, publish op-ed pieces, speak at classes and other events, and attend a great deal of community and public meetings in an effort to get our message across to the public and educate them on the issues affecting homeless and poor people.  Volunteers can write press releases, act as spokesperson to the press, write poetry and articles or submit artwork for Street Sheet and to appear in posters and on our flyers.

## PART 5:  ACTIVE SOLIDARITY (AKA SERVICES):

The COH understands that while our mission is to obtain policy changes that will benefit the entire community of homeless and poor people, we must sometimes provide relief to immediate needs of individuals in order to enable to them to participate in the work to achieve the goals of

CONFIDENTIAL

our organization, as well as providing some resources that are not available elsewhere. In that sense we provide a very limited number of services in-house and active referrals to other agencies. For a list of services we provide, turn to our Front Desk and Telephone Guidelines.

**PART 6:  FUNDRAISING**

The COH depends on individual donors as well as large foundations to sustain our work. Fundraising volunteers assist in the coordination of fundraising activities, events, and solicitations. This might look like: Identifying and outreaching to potential funding sources; Developing presentations for a variety of groups and companies; Events support; Social media strategy support; Merchandise sales support.

# Front Desk and Telephone Guidelines

It is important for anyone working at the front desk to remember that you are representing the Coalition on Homelessness to anyone who calls or walks in. You are the first, and sometimes the only, person they see or talk to.

When folks come here, they most likely come with a long string of bad experiences in trying to get assistance to critical issues. They are likely to be homeless, have no or little income, be sick, or all of those. It is crucial to give them the most respect and time possible.

That said, we must always remember that there are very few things we can actually provide to people and as much as we want to help people, it is also important to keep in mind that you don't want to waste people's time if you are not going to be able to provide what they need.

## Operations

Your primary duty is to greet and help people coming in and to answer the phones. If for any reason, such as having too many folks in the reception area, you are having a hard time doing those two things, get someone to help, preferably a staff person.

**Phones and messages**

- Make sure you have a phone list with all current staff names and their extensions. If you notice that the list is outdated, please inform the Volunteer Coordinator.  If you don't know who that is, please ask.
- If you get a call for someone who is not here at the time, ask the caller if they want to leave a voicemail, and then transfer the call (see phone operation sheet on the desk). Do not take a written message unless it is ABSOLUTELY NECESSARY, as written messages get easily lost. If you must take one, make sure you use the pad provided that maintains a carbon copy of the message, tear off the white portion and makes sure the person gets it. Leaving it on their desk is NOT enough.

**Public phone**

- The COH provides free use of a phone for people who are here for other reasons, such as picking up *STREET SHEET.*
- If others are waiting, phone use is limited to one five-minute call. If there doesn't seem to be any rush, use your judgment to allow for some flexibility.
- If someone is getting too loud or agitated, you may politely ask them to keep it down. If you get no response or the person turns aggressive or disrespectful, call staff.
- People should not use our phone to harass or intimidate others. If you notice misuse of the phone, notify staff.

**Use of Restrooms**

The restroom closest to our office's door is open to everyone visiting the COH on business that needs to use them. This restroom is for people of all genders. If someone needs to use the bathroom, they will need to take a key from the front desk.
- No bags or suitcases are allowed in the restrooms. Bags should be left at the front desk. If people need to use toiletries or medicine, they can take those items with them.
- The front desk staff is responsible for doing a "wellness check" after the person has been in the bathroom for 5 minutes. Get verbal confirmation that the person is okay. If the person needs help or does not respond, ask staff to check on them immediately.
- If you suspect drug use, call staff immediately. Do not attempt to intervene on your own. Likewise, in case of drug overdose or medical emergency, get immediate staff attention. Staff have Narcan and are trained to offer assistance.
- Nasal narcan is located on the felt board to the left of the front desk with a sign that says "NARCAN."

**Entry**

When someone comes to the Coalition door, they will buzz up, and the phone will ring. If someone is calling from the front door, the caller ID will display"CTRL CTY HSPTLY HSE" ". People visiting should give their name and a reason for coming upstairs. If they have business here, you can buzz them in and they can come up the stairs.

CONFIDENTIAL

If the person says they need to take the elevator, you need to go down the elevator, go out the front of Hospitality House and escort them in the elevator up to our office. Do not ask anyone why they need to use the elevator, just take them at their word that they need to.

Lastly, there are a small number of people who for safety reasons have lost COH privileges; we do not buzz them up.  That list is on the front desk.  We do not permanently ban folks, so if the person says they are here for a mediation, get staff to assist.

**Services we provide**

The Coalition provides limited services listed below.  Please stick to specific times these services are offered. Inform folks of times, and do not attempt to refer them to another staff person if service needed falls outside of specific time we offer it.  Do not attempt to offer these same services outside the office.
*E.g.  If someone comes in for a homeless verification on a Tuesday, have them come back on Wed between 10:00 and 12:00.*
If someone is looking for services that are not provided in our office, look up the service in the HAP manual located in the first drawer under the front desk. Or you can call 211 (social services) or 311 (city services for information). We also have a short referral sheet of phone numbers taped to the desk.

Here are the only services we offer:
What we provide directly:
- *STREET SHEET* vendor program
- Homeless verifications: Mondays and Wednesdays from 10-12
- ID fee waivers for DMV
- Community service hours for SFMTA tickets and fines
- For all other individual needs we must provide an active referral (meaning a referral followed by a phone call to ensure that the case will be dealt with properly).

**Office Heads Up**

Watch your belongings – things tend to get stolen. Do not store people's belongings for them. Anything left here will be tossed, except with express permission from the Executive Director.

COH01529106

# Coalition on Homelessness STAFF
## *Who does what?*

**<u>ADMIN and MANAGEMENT STAFF</u>**
Director:  Jennifer Friedenbach (she/her)
Supervises all organization work, staff, etc.

Finance: Ruth Kidane (she/her)
Fiscal, office supplies, check requests, payroll, personnel benefits.

Development/Fundraising:  Aaron Ritschell (they/them)
Fundraising, Art Auction,  grants, donations,  events

Organizing and Policy Director: Julian Highsmith, (he/him)
Supervises Human Rights and Housing Justice staff, oversees strategic planning, and campaigns

Communications Director:  Lupe Velez (she,her)
Media calls, press releases, messaging


**<u>STREET SHEET STAFF</u>**
Street Sheet: Quiver Watts (they/them/he/him)

CONFIDENTIAL

Street Sheet production

Street Sheet: TJ Johnston (he/him)
Street Sheet writing, editing


**<u>ORGANIZING STAFF</u>**
*Housing Justice:*
Miguel Carrera (compa), Lead Organizer
families, immigrants, housing authority, homeless verifications, families in SRO's, Shelter Plus Care, Bilingual Spanish Speaker

Yessica Hernandez, Organizer
families, immigrants, housing authority, homeless verifications, families in SRO's, families in RVs, Bilingual Spanish Speaker

Mercedes Bullock, Organizer
families, housing authority, homeless verifications, families in SRO's, manages Arriba Juntos interns

Sol Cuba, Housing Navigator for SRO families and Organizer.  Spanish Speaking

*Human Rights:*
Lukas Illa (they/them), Organizer
Police issues, vending issues with police, citation defense, outreach, single adults, vehicularly housed folk, towing issues, DPW issues, lawsuit.

River Beck, Organizer
Police issues, vending issues with police, citation defense, outreach, single adults, vehicularly housed folk, towing issues, DPW issues, lawsuit.


# Volunteer Rights and Responsibilities


Paid staff must be sober during the work day.  Nighttime volunteers are welcome to come in and socialize if two staff members are present, and OK with it. No hard drugs are allowed at any time. No smoking of any kind is allowed in the office.  Please go downstairs and around the corner (non-paid staff at any time or paid staff after hours) if smoking substances beyond tobacco - do not smoke weed in the front door of the building. Volunteers must leave when the second to last staff person with a key leaves.

CONFIDENTIAL

At no time may volunteers or members of the public be present unless 2 staff people are present. This may mean you need to wait to get in, or leave in the middle of the day, but safety requires it. Officially recognized interns may stay in the office if they are still working, but do not count as a second staff member.

When there are meetings going on please try not to disrupt COH business.

You may not store your belongings at the office, unless you have permission from the Director. Even then, it must BE LABELED properly or it may disappear.  We are not responsible for lost or stolen items.

COH resources are for the use of working on homeless justice and work related items. If you are using a computer for personal use, you must yield to folks who need them to do coalition work. If you are paid staff you cannot watch movies or videos during work hours. No one is allowed to watch or download x rated materials.  No one can store personal photos, music, or non-work-related documents on COH computers.  Computers may not be altered, such as replacing operating systems.

Volunteers should conduct themselves in a professional manner – as members of the public see them as representatives of our organization.  Don't say inappropriate things that reflect negatively on the organization. Be polite and respectful, and you will find you will eventually get that in return from folks.

If someone asks you to use a specific gender pronoun for them, please use that pronoun. Transgender people should be addressed as the gender they identify with at all times. If you don't know what pronouns (example: he, she, they, xe) a person prefers, ask! Some people, including several people on staff, use the non-binary pronouns "they" and "them". So for example, when speaking about a non-binary person you would say "I like *their* shirt today" or "They are here today, would you like to speak with them?" If someone corrects you when you make a mistake, simply apologize and move on.

Inappropriate comments are not allowed.  These include:  SEXISM, RACISM, HOMOPHOBIA, TRANSPHOBIA, AGEISM, ABLEISM, ANYTHING OF A SEXUAL NATURE, MEAN OR NASTY PERSONAL STUFF.

For volunteers, if you are a victim of sexual harrassment or any other forms of harassment, SEE POLICY BELOW.

Work group and staff meetings are open at the COH. Anyone can attend as we value your participation immensely. However, no one should disrupt them. Don't interrupt a meeting to talk to someone in the group or to tell them they have a phone call or someone to see them (unless it's an emergency).

COH01529109

**Meeting participation**

If you are in the meeting – be conscious of the group. If you are someone who usually speaks up a lot, make sure you're listening and stepping back to make space for others to participate. If speaking up in groups is scary for you, challenge yourself to share your perspective at a meeting. If you have a lot of questions, wait until the end of the meeting and ask the staff person. Participate – don't dominate!  STAFF ARE FACILITATORS FOR OTHERS TO PARTICIPATE NOT DICTATORS

**Disability**

The majority of single adult homeless people have some form of disability. Many of those are hidden, and others are quite obvious.

The best ways to serve people with disabilities are to:

1.  Do not make assumptions.  A person may not understand what you are saying because of a disability, or another language spoken or a whole host of issues. You may have to simplify your language or slow down and give the person time to ask a question. Be patient!

2.  When someone buzzes to get into the office and asks to use the elevator, be friendly and welcoming. Go downstairs and escort them up the elevator. They do not need to prove they need to use the elevator, everyone can ask to be escorted up in the elevator. You may also at times need to deliver items to people at the bottom of the stairs.

3.  If folks ask for accommodation because of a disability, it is NOT OK to question their disability.  They have that right and we must make sure their needs are being met.

4.  Many folks who have experienced homelessness suffer from PTSD – this causes great anxiety. Make sure you do not add to their anxiety by shouting, arguing, speaking quickly etc. Slow Down and take a deep breath! If you find yourself getting aggravated, walk away and ask someone on staff to intervene.

**Non-Judgmental Services**

A core component of solid social work is non-judgmental services. While we are not social workers, we definitely embrace this concept.

We are not here to judge the decisions that people make. We recognize that the realities of poverty, class, racism, social isolation, past trauma, sex-based discrimination and other social inequalities affect both people's vulnerability to and capacity for effectively dealing with substance-related harm and mental health.

We believe in self determination and also affirm that homeless people themselves are the primary agents of not only ending homelessness for themselves but for forging the social

COH01529110

change necessary to end poverty and homelessness. We deeply believe they are deserving of dignity and respect and our treatment of folks must reflect that value.

Being non-judgmental is key to realize the mission of the Coalition!

**Prohibited Harassment**

The Coalition  is committed to providing a work environment that is free of illicit harassment based on any protected characteristics. As a result, the Coalition maintains a strict policy prohibiting sexual harassment and harassment against employees, applicants for employment, individuals providing services in the workplace pursuant to a contract, unpaid interns or volunteers based on any legally-recognized basis, including, but not limited to, their actual or perceived race (including traits historically associated with race, such as hair texture and protective hairstyles), religious creed, color, national origin, ancestry, citizenship status, physical disability (including HIV/AIDS) or mental disability, medical condition, genetic information, marital status (including registered domestic partnership status), sex and gender (including pregnancy, childbirth, lactation and related medical conditions), gender identity and gender expression (including transgender individuals who are transitioning, have transitioned, or are perceived to be transitioning to the gender with which they identify), age (40 or over), sexual orientation, Civil Air Patrol status, military and veteran status, an individual's reproductive health decisions or any other consideration protected by federal, state or local law.

For purposes of this policy, discrimination on the basis of "national origin" also includes harassment against an individual because that person holds or presents the California driver's license issued to those who cannot document their lawful presence in the United States and based on any of the following: an individual's or individual's ancestors' actual or perceived physical, cultural or linguistic characteristics associated with a national origin group; marriage to or association with individuals of a national origin group; tribal affiliation; membership in or association with an organization identified with or seeking to promote the interests of a national origin group; attendance or participation in schools, churches, temples, mosques or other religious institutions generally used by persons of a national origin group; or a name that is associated with a national origin group.  All such harassment is prohibited.

This policy applies to all persons involved in our operations, including coworkers, supervisors, managers, temporary or seasonal workers, agents, clients, vendors, customers, or any other third party interacting with the Coalition ("third parties") and prohibits proscribed harassing conduct by any employee or third party of the Coalition, including nonsupervisory employees, supervisors and managers. If such harassment occurs on the Coalition's premises or is directed toward an employee or a third party interacting with the Coalition, the procedures in this policy should be followed.

*Sexual Harassment Defined*

COH01529111

Sexual harassment includes unwanted sexual advances, requests for sexual favors or visual, verbal or physical conduct of a sexual nature when:

·   Submission to such conduct is made a term or condition of employment; or

·   Submission to, or rejection of, such conduct is used as a basis for employment decisions affecting the individual; or

·   Such conduct has the purpose or effect of unreasonably interfering with an employee's work performance or creating an intimidating, hostile or offensive working environment.

Sexual harassment also includes various forms of offensive behavior based on sex and includes gender-based harassment of a person of the same sex as the harasser. The following is a partial list:

·   Unwanted sexual advances.

·   Offering employment benefits in exchange for sexual favors.

·   Making or threatening reprisals after a negative response to sexual advances.

·   Visual conduct: leering; making sexual gestures; displaying sexually suggestive objects or pictures, cartoons, posters, websites, emails or text messages.

·   Verbal conduct: making or using derogatory comments, epithets, slurs, sexually explicit jokes, or comments about an employee's body or dress.

·   Verbal sexual advances or propositions.

·   Verbal abuse of a sexual nature; graphic verbal commentary about an individual's body; sexually degrading words to describe an individual; suggestive or obscene letters, notes or invitations.

·   Physical conduct: touching, assault, impeding or blocking movements.

·   Retaliation for reporting harassment or threatening to report sexual harassment.

An employee may be liable for harassment based on sex even if the alleged harassing conduct was not motivated by sexual desire. An employee who engages in unlawful harassment may be personally liable for harassment even if the Coalition had no knowledge of such conduct.

*Other Types of Harassment*

COH01529112

Harassment on the basis of any legally protected characteristic, as identified above, is prohibited. Prohibited harassment may include behavior similar to the illustrations above pertaining to sexual harassment. This includes conduct such as:

· Verbal conduct including threats, epithets, derogatory comments or slurs based on an individual's protected characteristic;

· Visual conduct, including derogatory posters, photographs, cartoons, drawings or gestures based on protected characteristic; and

· Physical conduct, including assault, unwanted touching or blocking normal movement because of an individual's protected characteristic.

*Abusive Conduct Prevention*

It is expected that the Coalition and persons in the workplace perform their jobs productively as assigned, and in a manner that meets all of managements' expectations, during working times, and that they refrain from any malicious, patently offensive or abusive conduct including but not limited to conduct that a reasonable person would find offensive based on any of the protected characteristics described above. Examples of abusive conduct include repeated infliction of verbal abuse, such as the use of malicious, derogatory remarks, insults, and epithets, verbal or physical conduct that a reasonable person would find threatening, intimidating, or humiliating, or the intentional sabotage or undermining of a person's work performance.

*Protection Against Retaliation*

Retaliation is prohibited against any person by another employee or by the Coalition for using the Coalition's complaint procedure, reporting proscribed discrimination or harassment or filing, testifying, assisting or participating in any manner in any investigation, proceeding or hearing conducted by a governmental enforcement agency. Prohibited retaliation includes, but is not limited to, termination, demotion, suspension, failure to hire or consider for hire, failure to give equal consideration in making employment decisions, failure to make employment recommendations impartially, adversely affecting working conditions or otherwise denying any employment benefit.

*Discrimination, Harassment, Retaliation and Abusive Conduct Complaint Procedure*

Any employee who believes they have been harassed, discriminated against, or subjected to retaliation or abusive conduct by a co-worker, supervisor, agent, client, vendor, customer, or any other third party interacting with the Coalition in violation of the foregoing policies, or who is aware of such behavior against others, should immediately provide a written or verbal report to their supervisor, any other member of management, the Finance Coordinator at rkidane@cohsf.org, or the Executive Director at director@cohsf.org. Employees are not required to make a complaint directly to their immediate supervisor. Supervisors and managers who receive complaints of misconduct must immediately report such complaints to the

COH01529113

Executive Director or Finance Coordinator who will attempt to resolve issues internally. When a report is received, the Coalition will conduct a fair, timely, thorough and objective investigation that provides all parties appropriate due process and reaches reasonable conclusions based on the evidence collected. The Coalition expects all employees to fully cooperate with any investigation conducted by the Coalition into a complaint of proscribed harassment, discrimination or retaliation, or regarding the alleged violation of any other Coalition policies. The Coalition will maintain confidentiality surrounding the investigation to the extent possible and to the extent permitted under applicable federal and state law.

Upon completion of the investigation, the Coalition will communicate its conclusion as soon as practical. If the Coalition determines that this policy has been violated, remedial action will be taken, commensurate with the severity of the offense, up to and including termination of employment. Appropriate action will also be taken to deter any such conduct in the future.

The federal Equal Employment Opportunity Commission (EEOC) and the California Civil Rights Department (CRD) will accept and investigate charges of unlawful discrimination or harassment at no charge to the complaining party. Information may be located by visiting the agency website at www.eeoc.gov or https://calcivilrights.ca.gov. The CRD Sexual Harassment Prevention training may be accessed here: **https://calcivilrights.ca.gov/shpt.**

## De-escalation Techniques
(What to do if someone is becoming disruptive or aggressive)

The first step to avoid bad situations is to treat everyone with the respect you would like to get from others. Be honest and sincere, because people can tell if you are faking it. This is especially important to remember when dealing with someone who is NOT being respectful. If someone is being disrespectful, do not respond in the same way. It is not how the other person is acting that matters, it is how we are responding to it.

If a situation starts to escalate ALWAYS GET A PAID STAFF PERSON TO HELP.

Try to:

- Keep calm, especially if they are not. Try to speak softly. DO NOT TELL THEM TO CALM DOWN, or anything like that, as this usually makes things worse. Instead, tell them that you will try to get someone to address the problem.
  - A good tip is matching someones level of voice and behavior and then gradually talking quieter. Many times, said person will come down to your voice level!
- If you are afraid, get someone else. Fear is easily detected and often causes conflictive situations to get worse.
- Make the atmosphere as calm as possible:
  - If there is loud music, or other source of loud noise, turn it down.

- If they know anyone here, or mention someone who works here, try to get that person.
  - Offer a glass of water, a place to sit, or anything that may help distract them.
  - If possible, ask them to go to a place out of the reception area, such as the conference room, or any other quiet spot. This will help minimize the tension and will prevent others from getting involved.
- If they are moving around, waving their arms or objects, stay away from them and keep others from coming close to them.
- If you know the person, or you feel you have a solution to the problem, or whoever is dealing with it is losing their cool, respectfully intervene.

If you talk with them:

- Exercise active listening: that means you must try to hear what they have to say without talking too much. Answer any questions calmly and honestly. Quite often, that is all people want: someone to really listen.
- Keep in mind the rules of the COH: no violence, racism, sexism, homophobia or any kind of disrespect.
- Don't make any promises you can't keep. Don't ever just say something because you think this is what they want to hear.
- Try to find out what got them to the breaking point: bad interaction with someone in the office (staff, volunteer or visitor), mental health crisis, substance use, physical ailment, etc.

If a physical altercation occurs:
- GET A STAFF PERSON IMMEDIATELY
- Alert as many other staff and volunteers as you can, so people can be aware of it.
- DO NOT "GANG UP" ON PEOPLE. The purpose of alerting folks is to make sure that they stay away, not to get too many people involved
- NEVER PUT YOUR HANDS ON ANYBODY, unless it is in self-defense. In such a case, use the minimum amount of force necessary.
- Remove as many people as possible, so no one gets hurt.
- If physical violence can't be contained, as a last resort, call 911.
- Always call 911 if there is a weapon that is being actively used to harm, or clearly intended to harm in a way that threatens the life or body of another.

Do not call the police to 5150 (that is when someone is involuntarily placed on a mental health facility) somebody, unless they specifically request this action be taken on their behalf. The only reason to call the cops is if there is an immediate extreme threat to safety as someone may be getting seriously injured and we are unable to deescalate.

In the vast majority of psychiatric crisis, the issue can be dealt with by the MOBILE CRISIS INTERVENTION 415-970-4000

# Interns

The Coalition on Homelessness always has multiple projects going on, and it can be challenging to understand what your role as an intern is and where your specific skills are best applied.

These are some steps to take to help organize your internship.

## SUPERVISOR

Ask the staff person who introduces you to the organization or your workgroup team about being assigned a designated supervisor amongst the staff. Focusing your attention to one or two staff people can help you keep track of what to work on and how. They can also inform you on interesting projects/legislations coming up as this can be difficult keeping track of as an intern.

## COH MANUAL

You are reading it now!  Finish it to get an overview of organizational tasks and guidelines.

## VOLUNTEER AND STAFF WORK PLAN AND SELF ORGANIZATION

Our work can be quite chaotic and sometimes it can help to create a work plan for yourself, keep an active to do list or utilize other techniques to keep yourself organized.

Each year we develop a workplan for all areas of our work.  Review the organization work plan regularly.  This should be done collectively quarterly within a working group and staff should be referring to it at least a couple times a month.

One way to do this is to create a (short and tentative) work plan for yourself considering the following:
1. What goals are you working toward in our collective work? *For example, winning housing subsidies, getting permanent water access on the streets, eliminating criminalization, increasing the number of unhoused members, developing alliances with new organizations etc.*
2. What strategies are you going to work on to reach those goals?  *For example, help plan a protest, meet with a key policy maker, write a press release or article, conduct research etc.*
3. What skills do you want to develop? *For example,  policy development, communication skills etc.*
4. Which areas would you like to deepen your engagement with? *For example, housing, criminalization of homeless people, vehicularly housed folks, bayview neighborhood, homeless youth etc.*

Make it in a Google Docs and share it with your supervisor.  Use it as a weekly to-do list and add your current and upcoming tasks.

COH01529116

It can also be helpful to reflect monthly on your current work and how many hours you spend on each task, to assess what other tasks you can take on, or where there might be places you are spending time, but that are not as fruitful in moving towards goals.

*For example:*
- *Workgroup meetings: 3 hrs/week*
- *Outreach: 6 hrs/week*
- *Research and reading up: 3 hrs/week*
- *Meetings and hearings: 4 hrs/week*
- *Writing for Street Sheet: 2 hrs/week*

Identify specific projects at workgroup meetings and volunteer for them.

Everytime you take on a new task, add it to your to do list, cross out things that you accomplish and identify those things on the list you need to tackle first.  Take a look at it before you start your day!

Keep a calendar to keep track of meetings and other obligations.

CONFIDENTIAL