# EXHIBIT 115

## To

**Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment**

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 1/7/2020 | 6522 |

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 1/7/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 30,000 | SS08 Super | Street Sheet 8 page Super Tab January 2020 issue | 0.06083 | 1,825.00 |

1.5% per month will be charged on all overdue invoices.

**Total**    $1,825.00

CONFIDENTIAL                                                                                              COH01529119

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 1/31/2020 | 6530 |

PAID

| Bill To | Ship To |
|---|---|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 1/31/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 12,500 | SS08 Super | Street Sheet 8 page Super Tab February 2020 issue | 0.0636 | 795.00 |

1.5% per month will be charged on all overdue invoices.

**Total** $795.00

CONFIDENTIAL

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 2/14/2020 | 6537 |

PAID

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 2/14/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 12,500 | SS08 Super | Street Sheet 8 page Super Tab February 15, 2020 issue | 0.0636 | 795.00 |

**Total** $795.00

CONFIDENTIAL                                                                 COH01529121

MARINSUN PRINTING CO., INC. # Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 3/2/2020 | 6546 |

**PAID**

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
 et Sheet
 Turk Street
 Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 3/2/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 12,500 | SS08 Super | Street Sheet 8 page Super Tab March 1, 2020 | 0.0636 | 795.00 |

**Total**  $795.00

CONFIDENTIAL
COH01529122

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 3/21/2020 | 6551 |

**PAID**

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due Upon Receipt | | 3/21/2020 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 12,500 | SS08 Super | Street Sheet 8 page Super Tab March 16, 2020 issue | 0.0636 | 795.00 |

**Total**  $795.00

CONFIDENTIAL                                                                                                              COH01529123

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 7/6/2020 | 6569 |

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
Street Sheet
Turk Street
Francisco, CA 94102

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 7/6/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 15,000 | SS8 | Street Spirit 12 page July 2020 Corona Virus issue color on pages 1,2,5,6,7,8,11and 12 | 0.10333 | 1,550.00 |

**Total** $1,550.00

CONFIDENTIAL
COH01529124

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 8/25/2020 | 6577 |

PAID

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 8/25/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab 8 pages of 4/color August 15, 2020 issue | 0.09417 | 565.00 |

**Total** $565.00

CONFIDENTIAL
COH01529125

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 9/1/2020 | 6580 |

**PAID**

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 9/1/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 12,000 | SS08 Super | Street Sheet 8 page Super Tab September 1, 2020 issue all pages 4/color | 0.07875 | 945.00 |

1.5% per month will be charged on all overdue invoices.

**Total**  $945.00

CONFIDENTIAL

COH01529126

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 10/2/2020 | 6586 |

**PAID**

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 10/2/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 9,000 | SS08 Super | Street Sheet 8 page Super Tab October 1 2020 issue all pages 4/color | 0.09 | 810.00 |

1.5% per month will be charged on all overdue invoices.

**Total** $810.00

CONFIDENTIAL                                                                                                                    COH01529127

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 11/6/2020 | 6597 |

**PAID**

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
Street Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 11/6/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 14,000 | SS08 Super | Street Sheet 8 page Super Tab November 2020 8 pages of 4/color | 0.08429 | 1,180.00 |

**Total** $1,180.00

CONFIDENTIAL
COH01529128

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 12/1/2020 | 6598 |

**PAID**

**Bill To**
Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**
et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due Upon Receipt |  | 12/1/2020 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 14,000 | SS08 Super | Street Sheet 8 page Super Tab Dec 1 2020 | 0.06786 | 950.00 |

**Total** $950.00

CONFIDENTIAL                                            COH01529129