# EXHIBIT 116

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 1/4/2021 | 6611 |

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

PAID

hip To

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 1/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10,000 | SS08 Super | Street Sheet 8 page Super Tab January 2021 issue all 4/color | 0.105 | 1,050.00 |

| | **Total** | $1,050.00 |
|---|-----------|-----------|

CONFIDENTIAL

COH01529153

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 2/5/2021 | 6614 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 2/5/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10,000 | SS08 Super | Street Sheet 8 page Super Tab all 8 pages 4/color February 2021 issue | 0.105 | 1,050.00 |

| | **Total** | $1,050.00 |
|--|-----------|-----------|

CONFIDENTIAL

COH01529154

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 3/5/2021 | 6618 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 3/5/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10,000 | SS08 Super | Street Sheet 8 page Super Tab March 2021 all 4/color | 0.105 | 1,050.00 |

1.5% per month will be charged on all overdue invoices.

| **Total** | $1,050.00 |
|-----------|-----------|

CONFIDENTIAL

COH01529155

MARINSUN PRINTING CO., INC.

**Invoice**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 5/6/2021 | 6634 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 5/6/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10,000 | SS08 Super | Street Sheet 8 page Super Tab all 4/color May 1, 2021 issue | 0.105 | 1,050.00 |

| | **Total** | $1,050.00 |
|---|---|---|

CONFIDENTIAL

COH01529156

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 6/3/2021 | 6641 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 6/3/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10,000 | SS08 Super | Street Sheet 8 page Super Tab June 2021 | 0.105 | 1,050.00 |

| | **Total** | $1,050.00 |
|---|---|---|

CONFIDENTIAL

COH01529157

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 7/6/2021 | 6652 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 7/6/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab July 1, 2021 | 0.14083 | 845.00 |

| | **Total** | $845.00 |
|--|-----------|---------|

CONFIDENTIAL

COH01529158

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 7/27/2021 | 6654 |

**PAID**

| Bill To |
|---------|
| Street Sheet |
| Ruth |
| 280 Turk Street |
| San Francisco, CA 94102 |

| hip To |
|--------|
| et Sheet |
| Turk Street |
| Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 7/27/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 7,000 | SS08 Super | Street Sheet 8 page Super Tab July 15, 2021 issue | 0.13071 | 915.00 |

| | Total | $915.00 |
|---|-------|---------|

COH01529159

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 8/4/2021 | 6658 |

PAID

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | Due Upon Receipt |  | 8/4/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 7,000 | SS08 Super | Street Sheet 8 page Super Tab August 15 2021 issue | 0.13071 | 915.00 |

| | **Total** | $915.00 |
|---|---|---|

CONFIDENTIAL

COH01529160

MARINSUN PRINTING CO., INC.

3700 Bodega Ave.
Petaluma Ca. 94952

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/30/2021 | 6664 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 8/30/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6,500 | SS08 Super | Street Sheet 8 page Super Tab August 15, 2021 issue | 0.13538 | 880.00 |

| | **Total** | $880.00 |
|--|-----------|---------|

CONFIDENTIAL

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 9/7/2021 | 6668 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 9/7/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 7,000 | SS8 | Street Spirit 8 page September 1, 2021 issue | 0.13071 | 915.00 |

| | **Total** | $915.00 |
|--|-----------|---------|

CONFIDENTIAL

COH01529162

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 9/17/2021 | 6672 |

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 9/17/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 7,000 | SS08 Super | Street Sheet 8 page Super Tab Sept. 15, 2021 issue | 0.13071 | 915.00 |

| | **Total** | $915.00 |
|---|---|---|

CONFIDENTIAL

COH01529163

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 10/6/2021 | 6676 |

**PAID**

| Bill To |
|---|
| Street Sheet |
| Ruth |
| 280 Turk Street |
| San Francisco, CA 94102 |

| Ship To |
|---|
| et Sheet |
| Turk Street |
| Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due Upon Receipt | | 10/6/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 7,000 | SS08 Super | Street Sheet 8 page Super Tab October 1, 2021 issue | 0.13071 | 915.00 |

| | **Total** | $915.00 |
|---|---|---|

CONFIDENTIAL

COH01529164

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 10/22/2021 | 6680 |

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

...et Sheet
...Turk Street
...Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due Upon Receipt | | 10/22/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 8,000 | SS08 Super | Street Sheet 8 page Super Tab Oct 15, 2021 issue | 0.12125 | 970.00 |

1.5% per month will be charged on all overdue invoices.

**Total** $970.00

CONFIDENTIAL

COH01529165

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 11/4/2021 | 6687 |

**PAID**

| Bill To |
|---------|
| Street Sheet |
| Ruth |
| 280 Turk Street |
| San Francisco, CA 94102 |

| hip To |
|--------|
| et Sheet |
| Turk Street |
| Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 11/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 8,000 | SS08 Super | Street Sheet 8 page Super Tab November 1, 2021 issue | 0.12125 | 970.00 |

1.5% per month will be charged on all overdue invoices.

| **Total** | $970.00 |
|-----------|---------|

CONFIDENTIAL

COH01529166

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 11/29/2021 | 6690 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 11/29/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6,500 | SS08 Super | Street Sheet 8 page Super Tab Nov. 15, 2021 issue | 0.13077 | 850.00 |

| | **Total** | $850.00 |
|---|---|---|

CONFIDENTIAL

COH01529167

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 11/30/2021 | 6691 |

**PAID**

| Bill To |
|---------|
| Street Sheet |
| Ruth |
| 280 Turk Street |
| San Francisco, CA 94102 |

| Ship To |
|---------|
| et Sheet |
| Turk Street |
| Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 11/30/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 8,000 | SS08 Super | Street Sheet 8 page Super Tab Dec. 1 2021 issue | 0.12125 | 970.00 |

| | **Total** | $970.00 |
|--|-----------|---------|

CONFIDENTIAL

COH01529168

# Invoice

MARINSUN PRINTING CO., INC.

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 12/24/2021 | 6700 |

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 12/24/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 7,000 | SS08 Super | Street Sheet 8 page Super Tab Dec. 15 2021 issue | 0.13071 | 915.00 |

| | Total | $915.00 |
|--|-------|---------|

CONFIDENTIAL

COH01529169