# EXHIBIT 117

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 1/10/2022 | 6706 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

hip To

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | Due Upon Receipt |  | 1/10/2022 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 13,000 | SS08 Super | Street Sheet 8 page Super Tab January 2022 issue 8pgs 4 pgs of 4/c | 0.09038 | 1,175.00 |

| | Total | $1,175.00 |
|---|-------|-----------|

COH01529130

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 2/8/2022 | 6712 |

**PAID**

| Bill To | Ship To |
|---|---|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | ...et Sheet<br>...Turk Street<br>...Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due Upon Receipt | | 2/8/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 12,000 | SS08 Super | Street Sheet 8 page Super Tab February 1, 2022 issue | 0.09167 | 1,100.00 |

| | **Total** | $1,100.00 |
|---|---|---|

CONFIDENTIAL

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 2/17/2022 | 6713 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 2/17/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab February 15 2022 issue | 0.14167 | 850.00 |

| | **Total** | $850.00 |
|--|-----------|---------|

CONFIDENTIAL

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 3/14/2022 | 6719 |

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

PAID

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 3/14/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 5,500 | SS08 Super | Street Sheet 8 page Super Tab March 1 2022 issue | 0.14545 | 800.00 |

| | **Total** | $800.00 |
|---|---|---|

CONFIDENTIAL

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 3/14/2022 | 6720 |

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

...et Sheet
...Turk Street
...Francisco, CA 94102

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 3/14/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,500 | SS08 Super | Street Sheet 8 page Super Tab March 15, 2022 issue | 0.14545 | 800.00 |

| | **Total** | $800.00 |
|--|-----------|---------|

CONFIDENTIAL

COH01529134

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 4/14/2022 | 6729 |

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**PAID**

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | Due Upon Receipt |  | 4/14/2022 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,500 | SS08 Super | Street Sheet 8 page Super Tab 4/1/22 issue 8pgs all 4/color | 0.16 | 880.00 |

| | **Total** | $880.00 |
|--|-----------|---------|

**MARINSUN PRINTING CO., INC.**

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 4/14/2022 | 6730 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 4/14/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,500 | SS8 | Street Spirit 8 page 4/15/22 issue 4 pgs of 4/color | 0.14545 | 800.00 |

| | **Total** | $800.00 |
|---|-----------|---------|

CONFIDENTIAL

MARINSUN PRINTING CO., INC.

3700 Bodega Ave.
Petaluma Ca. 94952

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/2/2022 | 6734 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

...et Sheet
... Turk Street
... Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 5/2/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab May 1, 2022 issue 4 pages of 4/color | 0.1375 | 825.00 |

| | Total | $825.00 |
|--|-------|---------|

COH01529137

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 5/16/2022 | 6743 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 5/16/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab May 15, 2022 issue | 0.1375 | 825.00 |

| | **Total** | $825.00 |
|---|---|---|

CONFIDENTIAL

COH01529138

**MARINSUN PRINTING CO., INC.**

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 6/2/2022 | 6746 |

| Bill To | Ship To |
|---------|---------|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 6/2/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,500 | SS08 Super | Street Sheet 8 page Super Tab June 1, 2022 issue 4 pgs of 4/co;or | 0.14545 | 800.00 |

| | Total | $800.00 |
|---|-------|---------|

CONFIDENTIAL

COH01529139

MARINSUN PRINTING CO., INC.

**Invoice**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 6/22/2022 | 6752 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 6/22/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,500 | SS08 Super | Street Sheet 8 page Super Tab June 15, 2022 issue | 0.14545 | 800.00 |

| | **Total** | $800.00 |
|---|---|---|

CONFIDENTIAL

COH01529140

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 7/2/2022 | 6756 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 7/2/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,500 | SS08 Super | Street Sheet 8 page Super Tab July 1, 2022 issue | 0.14545 | 800.00 |

| | **Total** | $800.00 |
|--|-----------|---------|

CONFIDENTIAL

COH01529141

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 7/11/2022 | 6760 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 7/11/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab July 15th 2022 | 0.15 | 900.00 |

| | | | **Total** | $900.00 |
|--|--|--|-----------|---------|

CONFIDENTIAL

COH01529142

# Invoice

MARINSUN PRINTING CO., INC.

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 8/2/2022 | 6762 |

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**PAID**

hip To

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 8/2/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,000 | SS08 Super | Street Sheet 8 page Super Tab August 1, 2022 4/color on all 8 pages | 0.195 | 975.00 |

| | Total | $975.00 |
|--|-------|---------|

CONFIDENTIAL

COH01529143

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 8/17/2022 | 6768 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 8/17/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,000 | SS08 Super | Street Sheet 8 page Super Tab August 15 2022 | 0.195 | 975.00 |

| | **Total** | $975.00 |
|--|-----------|---------|

CONFIDENTIAL

**MARINSUN PRINTING CO., INC.**

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 9/7/2022 | 6771 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br> Turk Street<br> Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 9/7/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 5,000 | SS08 Super | Street Sheet 8 page Super Tab Sept. 1, 2022 issue 8 pgs all 4/color | 0.18 | 900.00 |

| | **Total** | $900.00 |
|--|-----------|---------|

CONFIDENTIAL

COH01529145

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 9/20/2022 | 6776 |

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

...et Sheet
... Turk Street
... Francisco, CA 94102

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 9/20/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 4,500 | SS08 Super | Street Sheet 8 page Super Tab September 15, 2022 issue all 4/color | 0.18 | 810.00 |

| | | | **Total** | $810.00 |
|---|---|---|---|---|

CONFIDENTIAL

COH01529146

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 10/8/2022 | 6777 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due Upon Receipt | | 10/8/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 5,000 | SS08 Super | Street Sheet 8 page Super Tab Oct. 1, 2022 issue | 0.18 | 900.00 |

| | **Total** | $900.00 |
|---|---|---|

CONFIDENTIAL

COH01529147

**MARINSUN PRINTING CO., INC.**

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 10/19/2022 | 6785 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Street Sheet | et Sheet |
| Ruth | Turk Street |
| 280 Turk Street | Francisco, CA 94102 |
| San Francisco, CA 94102 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 10/19/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,500 | SS08 Super | Street Sheet 8 page Super Tab Oct. 15, 2022 issue all 4/color | 0.16818 | 925.00 |

| | Total | $925.00 |
|--|-------|---------|

CONFIDENTIAL

COH01529148

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 11/2/2022 | 6788 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 11/2/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6,000 | SS08 Super | Street Sheet 8 page Super Tab November 1 2022 issue all 4/color | 0.16333 | 980.00 |

| | **Total** | $980.00 |
|--|-----------|---------|

CONFIDENTIAL

COH01529149

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|---|---|
| 11/15/2022 | 6794 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due Upon Receipt | | 11/15/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 5,000 | SS08 Super | Street Sheet 8 page Super Tab Nov. 15 2022 issue | 0.18 | 900.00 |

| | **Total** | $900.00 |
|---|---|---|

CONFIDENTIAL

COH01529150

MARINSUN PRINTING CO., INC.

# Invoice

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 12/4/2022 | 6800 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Street Sheet<br>Ruth<br>280 Turk Street<br>San Francisco, CA 94102 | et Sheet<br>Turk Street<br>Francisco, CA 94102 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 12/4/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,000 | SS08 Super | Street Sheet 8 page Super Tab December 1, 2022 all 4/co;or | 0.196 | 980.00 |

| | **Total** | $980.00 |
|--|-----------|---------|

CONFIDENTIAL

COH01529151

# Invoice

**MARINSUN PRINTING CO., INC.**

3700 Bodega Ave.
Petaluma Ca. 94952

| Date | Invoice # |
|------|-----------|
| 12/14/2022 | 6803 |

**PAID**

**Bill To**

Street Sheet
Ruth
280 Turk Street
San Francisco, CA 94102

**Ship To**

et Sheet
Turk Street
Francisco, CA 94102

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due Upon Receipt | | 12/14/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 5,000 | SS08 Super | Street Sheet 8 page Super Tab December 15, 2022 issue all 4/color | 0.196 | 980.00 |

**Total** $980.00

CONFIDENTIAL

COH01529152