# EXHIBIT 142

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - - -
 6   COALITION ON HOMELESSNESS,      )
 7   et al.,                         )
 8              Plaintiffs,          )
 9   v.                              )  CASE NO.
10   CITY AND COUNTY OF SAN          )  4:22-cv-05502-DMR (LJC)
11   FRANCISCO, et al.,              )
12              Defendants.          )
13   - - - - - - - - - - - - - - - - -
14
15
16                  REMOTE DEPOSITION OF
17                     MARK ROUMBANIS
18              THURSDAY, FEBRUARY 13, 2025
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22               BY: VALERIE E. RASMUSSEN, CSR 8900
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA 94104
25                                   (415) 597-5600
```

```
 1        Q    Once a month or less frequently than that?
 2        A    Maybe once a month or -- yeah, maybe once a
 3   month.  Maybe -- yeah.  Yeah.  Sorry, once a month is --
 4   at least.
 5        Q    But not as frequently as once a week, for
 6   example?
 7        A    No.  Not -- no.
 8        Q    Okay.  And can you recall sitting here today
 9   any specific instances where you discussed with
10   Mr. Garcia a violation or noncompliance with the
11   bag-and-tag policy?
12        A    I can't think of anything.  Sorry.  Nothing
13   comes to mind right now.
14        Q    Okay.  Have you discussed in those meetings
15   with Mr. Garcia any instances where individuals came to
16   pick up their property from the storage yard and DPW was
17   unable to return that property to those individuals?
18        A    Not that I can think of, no.
19        Q    Do you recall discussing any instances where
20   there was a break-in at the DPW storage yard?
21        A    Yes.  Yeah.
22        Q    How often have there been break-ins at the DPW
23   storage yard, let's say, in the last six months, to
24   start?
25        A    I don't have a number.  I couldn't give you a
```

```
 1   number.  Sorry.
 2        Q    That's okay.
 3             Can you estimate a frequency?  For example,
 4   once every six months?  More frequently than that?
 5        A    To my knowledge, I would say it's gone way down
 6   in the last six months.  But before that, I couldn't
 7   give you a number.  I'm sorry.
 8        Q    That's okay.
 9        A    Sorry.
10        Q    No, that's okay.  I don't want you to guess.
11             Do you know if DPW tracks break-ins at the
12   storage yard?
13        A    How so?  I mean -- I don't know.
14        Q    Do you know if DPW tracks incidents where
15   somebody arrived to collect their property and it wasn't
16   there?
17        A    I don't know.
18        Q    That's okay.
19             As part of your supervision of Mr. Garcia, do
20   you review any documents to ensure that work is being
21   done correctly?
22        A    Can you be more specific.
23        Q    Sure.  Let me start with, are you familiar with
24   something that is known as the bag-and-tag log?
25        A    Yes.
```

```
 1   on.  Yeah.  Okay.  That's -- yeah.  Okay.
 2           Okay.  I'm sorry.  We can go to the top again.
 3   Thank you.
 4   BY MS. KASHYAP:
 5       Q   No, thank you, Mr. Roumbanis.
 6           I believe you were starting to say before we
 7   started scrolling through the document that ▮▮▮▮▮▮▮▮
 8   was part of the special projects unit?
 9       A   Yes.
10       Q   Okay.  And is ▮▮▮▮▮▮▮▮ the individual who
11   you were referring to earlier as the temporary employee
12   who was later terminated for the violation of the
13   bag-and-tag policy?
14       A   I believe he was, yes.
15       Q   Okay.
16       A   Yeah, this is the individual.
17       Q   Okay.  And I want to draw your attention to the
18   bottom of the page -- it will be page 3 of the PDF under
19   the section that says Summary of Complaint.
20           Go ahead and review that section for a second
21   and then I can ask you about it.
22       A   "On or around October" ....
23           Okay.
24       Q   Thank you.
25           It says here that DPW was contacted by a
```