# EXHIBIT 144

## To
## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

Highly Confidential - For Attorneys Eyes Only

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                      OAKLAND DIVISION

4    - - - - - - - - - - - - - -

5    COALITION ON HOMELESSNESS,   )

6    et al.,                      )

6             Plaintiffs,         )

7    v.                           )  CASE NO.

8    CITY AND COUNTY OF SAN       )  4:22-cv-05502-DMR

9    FRANCISCO, et al.,           )

10            Defendants.         )

11   - - - - - - - - - - - - - -

12

13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14            30(b)(6) REMOTE DEPOSITION OF

15                    JONATHAN VAING

16   RE:  SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS

17              WEDNESDAY, MARCH 5, 2025

18            PAGES 172 - 174; VOLUME 1A

19

20

21      BEHMKE REPORTING AND VIDEO SERVICES, INC.

22            BY:  SHANNA GILBERT, CSR NO. 12951

23             550 CALIFORNIA STREET, SUITE 820

24             SAN FRANCISCO, CALIFORNIA 94104

25                         (415) 597-5600

Highly Confidential – For Attorneys Eyes Only

1      (The following testimony, Pages 172 through 174, was
2  deemed highly confidential and for attorneys' eyes only
3  by counsel.)
4  BY MS. KASHYAP:
5      Q.   Thank you.
6      Mr. Vaing, I'm aware of five individuals who have
7  been -- who have received formal HR discipline for
8  violations of the bag-and-tag policy.  And those
9  individuals are Thurmond Hollins, Bernard Sices, Andrew
10  Young, Frederick Johnson and Alberto Zapata.
11      Other than those five individuals, has DPW issued
12  formal HR discipline against other DPW staff for
13  violation of the bag-and-tag policy in the time that you
14  have been with the SCS?
15      MR. GEORGE:  Objection; form.  And I'll just
16  designate the record as attorneys' eyes only, highly
17  confidential at this point.
18      THE WITNESS:  That's a long question.  Can you
19  repeat it?
20  BY MS. KASHYAP:
21      Q.   I'm aware of five individuals what would have
22  received formal HR discipline for violation of the
23  bag-and-tag policy.  Those folks are Thurmond Hollins,
24  Bernard Sices, Andrew Young and Frederick Johnson and
25  Alberto Zapata.

Highly Confidential - For Attorneys Eyes Only

1    In the time you have been with the SCS has DPW

2  issued formal HR discipline for violation of the

3  bag-and-tag policy to any other individuals?

4    MR. GEORGE:  Same objection.

5    THE WITNESS:  Not that I'm aware of, no, besides the

6  five you mentioned.

7  BY MS. KASHYAP:

8    Q.  Am I correct that all of the incidents that

9  resulted in the HR discipline for those five

10 individuals, all of those incidents took place in August

11 and September of 2024; is that correct?

12   A.  Yes.

13   Q.  And so before August of 2024, no one at DPW in

14 the time that you have been with the SCS, no one at DPW

15 was formally disciplined by HR for violation of the

16 bag-and-tag policy?

17   A.  Not that I know of by HR.

18   Q.  And is it also true that all of these

19 incidents, the incidents of all these five individuals,

20 all of those incidents were brought to DPW's attention

21 by some external source?

22   A.  I believe so, yes.

23   Q.  So no one at DPW has been disciplined by HR for

24 violations of the bag-and-tag policy based on DPW first

25 identifying the noncompliance with the bag-and-tag

Highly Confidential - For Attorneys Eyes Only

1  policy?

2      MR. GEORGE:  Objection; form.

3      THE WITNESS:  That's correct, not that I know of.

4      (End of highly confidential testimony.)

5      (Nothing omitted nor deleted.  See Volume 1.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25