# EXHIBIT 145

## To

## Declaration of Vasudha Talla in Opposition to Defendants' Motion for Summary Judgment

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,       )
 6   et al.,                          )
 7              Plaintiffs,    ) CASE NO.
 8   v.                               ) 4:22-cv-05502-DMR
 9   CITY AND COUNTY OF SAN           )
10   FRANCISCO, et al.,               )
11              Defendants.    )
12   - - - - - - - - - - - - - - - - -
13
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16               PURSUANT TO PROTECTIVE ORDER
17         VIDEOTAPED DEPOSITION OF JOSHUA DONOHOE
18                 TUESDAY, NOVEMBER 12, 2024
19
20
21            BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                      BY:  CYNTHIA TURI, CSR NO. 11812
23                      550 CALIFORNIA STREET, SUITE 820
24                      SAN FRANCISCO, CALIFORNIA  94104
25                                       (415) 597-5600
```

```
 1        ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 2  ▬▬▬▬▬▬▬
 3        ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 4  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬
 5  ▬▬▬▬▬▬▬▬▬▬▬
 6        Q.  So were you using methamphetamine and fentanyl
 7  in 2022 when you were camping outside of the Target?
 8        A.  Yes.
 9        Q.  Any other drugs?
10        A.  While I was outside of Target, no.
11        ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
12        ▮ ▬
13        ▮ ▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬
14  ▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬
15  ▬▬▬▬▬▬
16            ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
17  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
18  ▬▬
19        ▮ ▬▬▬▬▬▬▬
20        ▮ ▬▬▬▬▬▬▬▬▬▬▬
21        ▮ ▬▬▬▬
22        ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
23  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
24  ▬▬▬
25        ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
```