DOCUMENT SEALED PURSUANT TO ECF NO. 509

DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:    May 8, 2025<br>Time:            1:00 p.m.<br>Judge:           Hon. Donna M. Ryu<br>Place:           Courtroom 4 – 3rd floor<br>                 1301 Clay Street<br>                 Oakland, CA 94612<br><br>Trial Date:      July 28, 2025<br><br>Documents Attached:  Exhibits 1 - 63 |

I, STEVEN MILLS, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendants City and County of San Francisco; San Francisco Police Department; San Francisco Department of Public Works; San Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in support of Defendants' Motion for Summary Judgment.

2. Defendants' motion relies on deposition testimony and evidence exchanged during fact discovery.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Bag & Tag Policy, effective February 8, 2022, produced by the City in discovery, with Bates number CCSF-COH_000385. This document has no confidentiality designations.

4. Attached hereto as **Exhibit 2** is a true and correct excerpt of the November 12, 2024 deposition testimony of Plaintiff Joshua Donohoe taken in this action. Plaintiffs designated portions of the testimony Confidential or Highly Confidential.

5. Attached hereto as **Exhibit 3** is a true and correct excerpt of the September 23, 2024 deposition testimony of Plaintiff Sarah Cronk taken in this action. Plaintiffs designated portions of the testimony Confidential or Highly Confidential.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiffs' Response to Defendants' Second Set of Interrogatories, dated December 20, 2024. This document has no confidentiality designations.

7. Attached hereto as **Exhibit 5** is a true and correct excerpt of the February 25, 2025 deposition testimony of Coalition on Homelessness Executive Director Jennifer Friedenbach acting as the 30(b)(6) representative of Plaintiff Coalition on Homelessness taken in this action. Plaintiffs designated portions of the testimony Confidential.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Bylaws of Coalition on Homelessness, produced by the Coalition on Homelessness in discovery as Confidential, with Bates number COH01508325 through COH0150833.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the March 26 #StopTheSweeps Meeting Agenda, produced by the Coalition on Homelessness in discovery as Confidential, with Bates number COH00974420 through COH00974423.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Coalition on Homelessness, San Francisco Volunteer Manual, introduced in the Deposition of Coalition on Homelessness' 30(b)(6) deposition as Exhibit 145, and produced by the Coalition on Homelessness in discovery as Confidential, with Bates number COH01471481 through COH01471504.

11. Attached hereto as **Exhibit 9** is a true and correct copy of an October 5, 2020 email entitled Re: Prep for Human Rights Tuesday, produced by the Coalition on Homelessness in discovery as Confidential, with Bates number COH00897439 through COH00897444.

12. Attached hereto as **Exhibit 10** is a true and correct excerpt of the October 15, 2024 deposition testimony of Plaintiff David Martinez taken in this action. This excerpt bears no confidentiality designations.

13. Attached hereto as **Exhibit 11** is a true and correct excerpt of the February 6, 2025 deposition testimony of non-party Shyhyene Brown taken in this action. This excerpt bears no confidentiality designations.

14. Attached hereto as **Exhibit 12** is a true and correct excerpt of the February 28, 2025 deposition testimony of non-party Shanna Couper Orona taken in this action. Although no party has yet designated any portions of this transcript confidential, Plaintiffs' deadline to make any such designations has not expired and so the City will file these excerpts under seal out of caution.

15. Attached hereto as **Exhibit 13** is a true and correct excerpt of the March 14, 2025 deposition testimony of non-party Melodie taken in this action. Although no party has yet designated any portions of this transcript confidential, Plaintiffs' deadline to make any such designations has not expired and so the City will file these excerpts under seal out of caution.

16. Attached hereto as **Exhibit 14** is a true and correct excerpt of the March 4, 2025 deposition testimony of non-party Todd Dutch Bryant taken in this action. Although no party has yet designated any portions of this transcript confidential, Plaintiffs' deadline to make any such designations has not expired and so the City will file these excerpts under seal out of caution.

17. Attached hereto as **Exhibit 15** is a true and correct excerpt of the February 27, 2025 deposition testimony of non-party James Reem taken in this action. Although no party has yet designated any portions of this transcript confidential, Plaintiffs' deadline to make any such designations has not expired and so the City will file these excerpts under seal out of caution.

18. Attached hereto as **Exhibit 16** is a true and correct excerpt of the January 22, 2025 deposition testimony of non-party Sarah Stephenson taken in this action. This excerpt bears no confidentiality designations.

19. Attached hereto as **Exhibit 17** is a true and correct copy of Plaintiffs' Responses to Defendants' First Set of Requests for Admission, dated March 10, 2025. This document bears no confidentiality designation.

20. Attached hereto as **Exhibit 18** is a true and correct excerpt of the October 9, 2024 deposition testimony of former Plaintiff Toro Castano taken in this action. This excerpt bears no confidentiality designations.

21. Attached hereto as **Exhibit 19** is a true and correct copy of Plaintiffs' Response to Defendants' First Set of Interrogatories, dated June 22, 2023. This document bears no confidentiality designation.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the ▮▮▮▮, produced by the Coalition on Homelessness in discovery as Confidential, with Bates number COH0000832298 through COH00832300.

23. Attached hereto as **Exhibit 21** is a true and correct copy of Plaintiffs' Response to Defendants' Third Set of Interrogatories, dated March 10, 2025. This document bears no confidentiality designation.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a September 27, 2021 email from Coalition Executive Director Jennifer Friedenbach, entitled Re: Follow up Questions on SFHC

manual, produced by the Coalition on Homelessness in discovery as Confidential, with Bates number COH00873981 through COH00873985.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the Coalition on Homelessness, Evaluation of Our Work in 2022 & Our Work Plan for 2023, produced by the Coalition on Homelessness in discovery as Confidential, with Bates number COH00742770 through COH00742847.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the "COH 2020 Evaluation and 2021 Work Plan," produced by the Coalition on Homelessness in discovery as Confidential, with Bates number COH01502334 through COH01502377.

27. Attached hereto as **Exhibit 25** is a true and correct copy of notes entitled Retreat COH, December 27, 28, 29, produced by the Coalition on Homelessness in discovery as Confidential, with Bates number COH00714793 through COH00714812.

28. Attached hereto as **Exhibit 26** is a true and correct copy of Plaintiffs' Supplemental Response to Defendants' First Set of Interrogatories, dated August 26, 2024. This document bears no confidentiality designation.

29. Attached hereto as **Exhibit 27** is a true and correct copy of a June 21, 2022 email with the subject line: "Secure: Weekend HSOC notification and outreach requests," produced by Defendants in discovery, with Bates number CCSF-COH_203055 through CCSF-COH_203060. Also attached is a color version of the relevant notice photograph for readability. This document bears no confidentiality designation.

30. Attached hereto as **Exhibit 28** is a true and correct copy of Exhibit 6 introduced in the Deposition of Sarah Cronk. This document bears no confidentiality designation.

31. Attached hereto as **Exhibit 29** is a true and correct copy of Exhibit 10 introduced in the Deposition of Sarah Cronk. This document bears no confidentiality designation.

32. Attached hereto as **Exhibit 30** is a true and correct copy of Defendants' Second Supplemental Response to Plaintiffs First Interrogatories, dated March 10, 2025. This document bears no confidentiality designation.

33. Attached hereto as **Exhibit 31** is a true and correct copy of a notice from January 5, 2023, produced by the City in discovery, with Bates number CCSF-COH_496242. This document bears no confidentiality designation.

34. Attached here to as **Exhibit 32** is a true and correct excerpt from the February 19, 2025 deposition testimony of Heluna Health employee Peter Rincon taken in this action. This deposition excerpt bears no confidentiality designations.

35. Attached hereto as **Exhibit 33** is a true and correct excerpt from the February 6, 2025 deposition testimony for DPW employee Edgar Garcia taken in this action. This deposition excerpt bears no confidentiality designations.

36. Attached hereto as **Exhibit 34** is a true and correct copy of CMMS Service Requests for Bag & Tag from 2022-2025, produced by the City in discovery, with Bates number CCSF-COH_681715.

37. Attached hereto as **Exhibit 35** is a true and correct copy of DPW's 2020 Bag & Tag Log, produced by the City in discovery, with Bates number CCSF-COH_016893. This document bears no confidentiality designations.

38. Attached hereto as **Exhibit 36** is a true and correct copy of DPW's 2021 Bag & Tag Log, produced by the City in discovery, with Bates number CCSF-COH_344557. This document bears no confidentiality designations.

39. Attached hereto as **Exhibit 37** is a true and correct copy of DPW's 2022 Bag & Tag Log, produced by the City in discovery, with Bates number CCSF-COH_016894. This document bears no confidentiality designations.

40. Attached hereto as **Exhibit 38** is a true and correct copy of DPW's 2023 Bag & Tag Log, produced by the City in discovery as Highly Confidential – Attorney's Eyes Only, with Bates number CCSF-COH_357329.

41. Attached hereto as **Exhibit 39** is a true and correct copy of DPW's 2024 Bag & Tag Log, produced by the City in discovery, with Bates number CCSF-COH_356951. This document bears no confidentiality designations.

42. Attached hereto as **Exhibit 40** is a true and correct copy of DPW's 2025 Bag & Tag Log, produced by the City in discovery as Confidential, with Bates number CCSF-COH_713830.

43. Attached hereto as **Exhibit 41** is a true and correct copy of Coalition's All Staff In Person, Agenda 8.28.23, produced by the Coalition on Homeless in discovery as Confidential, with Bates numbers COH01492478 through COH01492482.

44. Attached hereto as **Exhibit 42** is a true and correct copy of data concerning HSOC resolutions from June 2020 through February 14, 2025, produced by the City in discovery as Highly Confidential – Attorney's Eyes Only, with Bates number CCSF-COH_573455.

45. Attached hereto as **Exhibit 43** is a true and correct copy of data concerning JFO operations resolutions from May 24, 2023 through February 14, 2025, produced by the City in discovery as Highly Confidential – Attorney's Eyes Only, with Bates number CCSF-COH_573456.

46. Attached hereto as **Exhibit 44** is a true and correct copy of data 311 encampment complaints from January 2020 through February 14, 2025, produced by the City in discovery as confidential, with Bates number CCSF-COH_573454.

47. Attached hereto as **Exhibit 45** is a true and correct copy of DPW's formal PowerPoint training from January 27, 2025, produced by the City in discovery, with Bates number CCSF-COH_437437 through CCSF-COH_437489. This document bears no confidentiality designation.

48. Attached hereto as **Exhibit 46** is a true and correct copy of DPW's bag and tag training tracker from 2024, produced by the City in discovery as Confidential, with Bates number CCSF-COH_666191.

49. Attached hereto as **Exhibit 47** is a true and correct copy of DPW's bag and tag training log Safety Tailgate Attendance List from August 2024 through November 2024, produced by the City in discovery, with Bates number CCSF-COH_356886 through CCSF-COH_356949. This document bears no confidentiality designations.

50. Attached as **Exhibit 48** is a true and correct excerpt of the January 28, 2025 deposition testimony of DPW employee Brittany Brandon taken in this action. This excerpt bears no confidentiality designations.

51. Attached as **Exhibit 49** is a true and correct excerpt of the February 25, 2025 deposition testimony of DPW employee Joel Martinez taken in this action. This excerpt bears no confidentiality designations.

52. Attached as **Exhibit 50** is a true and correct excerpt of the January 13, 2025 deposition testimony of DPW employee Khaled Shehadeh taken in this action. This excerpt bears no confidentiality designations.

53. Attached hereto as **Exhibit 51** is a true and correct copy of DPW's Sup. II Minute Meeting notes from April 18, 2023, produced by the City in discovery, with Bates number CCSF-COH_1052008 through CCSF-COH_1052009. This document bears no confidentiality designations.

54. Attached hereto as **Exhibit 52** is a true and correct copy of DPW's Sup II Minute Meeting Staff Information notes from June 13, 2023, produced by the City in discovery, with Bates number CCSF-COH_1050231. This document bears no confidentiality designation.

55. Attached hereto as **Exhibit 53** is a true and correct copy of DPW's Supervisor II Minutes Meeting from February 27, 2024, produced by the City in discovery, with Bates number CCSF-COH_629544. This document bears no confidentiality designations.

56. Attached hereto as **Exhibit 54** is a true and correct copy of DPW's Mandatory Refresher Tailgate records from April 2023, produced by the City in discovery, with Bates number CCSF-COH_264237 through CCSF-COH_264362. This document bears no confidentiality designations.

57. Attached hereto as **Exhibit 55** is a true and correct copy of DPW's Mandatory Refresher Tailgate records from November 2022, produced by the City in discovery, with Bates number CCSF-COH_266618 through CCSF-COH_266627. This document bears no confidentiality designations.

58. Attached hereto as **Exhibit 56** is a true and correct copy of an email from August 14, 2024, entitled Bag & Tag Power point refresher pictures, produced by the City in discovery, with Bates number CCSF-COH_1067218 through CCSF-COH_1067219. This document bears no confidentiality designations.

59. Attached hereto as **Exhibit 57** is a true and correct excerpt of the February 24, 2025 deposition testimony of DPW employee Corey Jackson taken in this action. This excerpt bears no confidentiality designations.

60. Attached as **Exhibit 58** is a true and correct excerpt of the January 30, 2025 deposition testimony of DPW employee Israel Graham taken in this action. This excerpt bears no confidentiality designations.

61. Attached as **Exhibit 59** is a true and correct excerpt of the January 15, 2025 deposition of DPW employee Jonathan Vaing taken in this action. This excerpt bears no confidentiality designations.

62. Attached hereto as **Exhibit 60** is a true and correct copy of a flyer for the Bryant Street Homeless Storage Program from December 4, 2024, produced by the City in discovery, with Bates number CCSF-COH_713877 through CCSF-COH_713878. This document bears no confidentiality designations.

63. Attached hereto as **Exhibit 61** is a true and correct copy of a flyer for the 6th Street Homeless Storage Program from December 5, 2024, produced by the City in discovery, with Bates number CCSF-COH_713875 through CCSF-COH_713877. This document bears no confidentiality designations.

64. Attached hereto as **Exhibit 62** is a true and correct copy of Plaintiffs' Initial Disclosures, dated December 28, 2022. This document bears no confidentiality designations.

65. Attached hereto as **Exhibit 63** is a true and correct copy of Plaintiffs' Fourth Amended Initial Disclosures & Amended Likely Trial Witness List, dated February 14, 2025. This document bears no confidentiality designations.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed April 3, 2025, at San Francisco, California.

                                           */s/ Steven A. Mills*
                                           STEVEN A. MILLS