# UNREDACTED

# EXHIBIT 6

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# DOCUMENT UNSEALED PURSUANT TO ECF NO. 509

# BYLAWS OF
# COALITION ON HOMELESSNESS



## A California Non-Profit Public Benefit Corporation

### ARTICLE 1

### NAME

The name of this corporation shall be "Coalition On Homelessness."

### ARTICLE 2

### OFFICES

2.1 **Principle Office**. The principle office for the transaction of the business of the corporation (principle executive office) is located in the City and County of San Francisco, State of California. The Directors may change the principle office from one location to another, any such change shall be noted by the Secretary on the Bylaws opposite this section.

2.2 **Other Offices**. The Board of Directors may at any time establish branch or subordinate offices at any place or places where the corporation is qualified to do business.

### ARTICLE 3

### OBJECTIVES AND PURPOSES

The objectives of this corporation shall be:

To research, plan and monitor long term policies and strategies to alleviate poverty and homelessness. It shall be within the powers of this corporation to implement such policies and programs, as necessary.

### ARTICLE 4

### NONPARTISAN ACTIVITIES

This corporation has been formed under the California Public Benefit Corporation Law for the charitable purposes described above, and it shall be non-profit and nonpartisan. No substantial part of the activities of the corporation shall consist of the publication or dissemination of statements with the purpose of attempting to influence legislation, and the corporation shall not participate or intervene in any political campaign on behalf of any candidate for public office.

CONFIDENTIAL

COH01508325
COH01508325

The corporation shall not, except in an insubstantial degree, engage in any activities or exercise any powers that are not in furtherance of the purposes described above.

## ARTICLE 5

### DEDICATION OF ASSETS

The properties and assets of this non-profit corporation are irrevocably dedicated to charitable and educational purposes. No part of the net earnings, properties, or assets of this corporation, on dissolution or otherwise, shall inure to the benefit of any private person or to the Directors of this corporation. On liquidation or dissolution all properties and assets and obligations shall be distributed and paid over to an organization dedicated to charitable purposes, provided that the organization continues to be dedicated to the exempt purposes as specified in Internal Revenue Code section 501(3)(c).

## ARTICLE 6

### MEMBERSHIP

This corporation shall make no provisions for Members, however, pursuant to section 5810(b) of the Non-Profit Public Benefit Corporation Law of the state of California any action which would otherwise, under law or the provisions of the Articles of Incorporation or Bylaws of this corporation, require approval by a majority of all Members or approval by the Members, shall only require the approval of the Board of Directors.

## ARTICLE 7

### ELECTION OF DIRECTORS

7.1 <u>Nomination and Solicitations For Votes</u>.

(a) <u>Nominating Committee</u>. The Chairman of the Board, or the President if there is no Chairman, shall appoint a committee to select qualified candidates for election to the Board of Directors at least 120 days before the date of any election of Directors. The nominating committee shall make its report at least 90 days before the date of the election, and the Secretary shall forward to each Director a list of candidates nominated.

(b) <u>Nominations From the Floor</u>. If there is a meeting to elect Directors, any Director present at the meeting may place names in nomination.

7.2 <u>Votes Required to Elect Directors</u>. Candidates receiving the highest number of votes shall be elected as Directors.

CONFIDENTIAL

COH01508326
COH01508326

## ARTICLE 8

## DIRECTORS

8.1 <u>Powers</u>.

(a) <u>General Corporate Powers</u>. Subject to the provisions of the California Non-Profit Corporation Law and any limitations in the Articles of Incorporation and these Bylaws the business and affairs of the corporation shall be managed and all corporate powers shall be exercised by or under the direction of the Board of Directors.

(b) <u>Specific Powers</u>. Without prejudice to these general powers, and subject to the same limitations, the Directors shall have the power to:

(i) Select and remove all officers, agents, and employees of the corporation; prescribe any duties and powers for them that are consistent with law, with the Articles of Incorporation and the Bylaws; and fix their compensation.

(ii) Change the principle executive office or the principle business office from one location within the state of California to another; cause the corporation to be qualified to do business in any other state, territory, dependency, or country and conduct business within or outside the state of California; and designate any place within or without the state of California for the holding of any meetings, including annual meetings.

(iii) Adopt, make and use a corporate seal, and alter the form of the seal.

(iv) Borrow money and incur indebtedness on behalf of the corporation and cause to be executed and delivered for the corporation's purposes in the corporate name, promissory notes, bonds, debentures, deeds of trust, mortgages, pledges, hypothecations, and other evidence of debt and securities.

8.2 <u>Number and Qualification of Directors</u>. The authorized number of Directors shall be not less than five (5) and not more than fifteen (15). Directors must be residents of the state of California.

8.3 <u>Election and Term of Office of Directors</u>. Directors shall be elected at each annual meeting, however, if any annual meeting is not held or a Director is not elected at any annual meeting, they may be elected at any special Director's meeting held for that purpose. Each Director shall hold office until the next annual meeting and until a successor has been elected and qualified, except that original Directors' terms of office shall

CONFIDENTIAL

COH01508327
COH01508327

be of varying lengths so that it is never necessary to elect all Directors at one meeting.

8.4 <u>Vacancies</u>.

(a) <u>Events Causing Vacancy</u>. A vacancy or vacancies on the Board of Directors shall be deemed to exist on the occurrence of any of the following.

(i) Death, resignation or removal of any directors;

(ii) Declaration by resolution of the Board of Directors of a vacancy of the office of a Director who has been declared of unsound mind by an order of a court or convicted of a felony or has been found by final order or judgment of any court to have breached a duty under section 5230 <u>et seq</u>. of the California Non-Profit Corporation Law;

(iii) Increase of the authorized number of Directors; or

(iv) Removal by a majority of the Directors currently in office.

(b) <u>Resignation</u>. Except as provided in this paragraph, any Director may resign and such resignation shall be effective on giving written notice to the Chairman of the Board, the President, the Secretary, or the Board of Directors, unless the notice specifies a later date for the resignation to become effective. If the resignation of a Director is effective at a future time, the Board of Directors may elect a successor to take office when the resignation becomes effective. No Director may resign when the corporation would then be left without a duly elected Director or Directors in charge of its affairs.

(c) <u>Vacancies Filled By Directors</u>. The Directors may elect a Director or Directors at any time to fill any vacancy or vacancies. Vacancies on the Board may be filled by a majority of Directors then in office, whether or not fewer than a quorum or by a sole remaining Director.

A person elected to fill a vacancy as provided in this article shall hold office until the next annual meeting or until his or her death, resignation or removal from office.

(d) <u>No Vacancy On Reduction Of Number Of Directors</u>. No reduction of the authorized number of Directors shall have the effect of removing any Director before that Director's term of office expires.

4

CONFIDENTIAL

COH01508328
COH01508328

(e) <u>Restriction On Interested Directors</u>. Not more than 49% of the people serving on the Board of Directors at any time may be interested parties. An interested party is (i) any person being compensated by the corporation for services rendered to it within the previous 12 months, excluding any reasonable compensation paid to a Director as director; or (ii) any brother, sister, ancestor, descendent, spouse or in-law of any such person. However, any violation of the provisions of this paragraph shall not affect the validity or enforceability of any transaction entered into by the corporation.

8.5 <u>Place of Meetings; Meetings By Telephone</u>. Regular Meetings of the Board of Directors may be held at any place within or without the state of California that has been designated from time to time by resolution of the Board. In the absence of such a designation regular meetings shall be held at the principle executive office of the corporation. Special meetings of the Board shall be held at any place within or without the State of California that has been designated in the notice of the meeting or, if not stated in the notice, or if there is no notice, at the principle executive office of the corporation. Notwithstanding the above provisions of this section, a regular or special meeting of the Board of Directors may be held at any place consented to in writing by all the Board members, either before or after the meeting. If consent is given, it shall be filed with the minutes of the meeting. Any meeting, regular or special, may be held by conference telephone or similar communications equipment, so long as all Directors participating in the meeting can hear each other. All such Directors shall be deemed to be present in person at such meeting.

8.6 <u>Annual Meeting</u>. On the first Monday of each November at 5:00 p.m. (unless such day falls on a legal holiday) the Board of Directors shall hold a regular meeting for the purpose of organization, election of officers, and the transaction of other business. Notice of this meeting shall not be required.

8.7 <u>Other Regular Meetings</u>. Other regular meetings of the Board of Directors shall be held without call at such time as shall from time to time be fixed by the Board. Such regular meetings may be held without notice.

8.8 <u>Special Meetings</u>.

(a) <u>Authority To Call</u>. Special meetings of the Board of Directors may be called at any time for any purpose by the Chairman of the Board, the President, any Vice President, the Secretary or any two Directors.

CONFIDENTIAL

COH01508329
COH01508329

(b) <u>Notice</u>.

(i) <u>Manner of Giving</u>. Notice of the time and place of special meetings shall be given to each Director by one of the following methods: by personal delivery or written notice; by first class mail, postage paid; by telephone communication, either directly to the Director or to a person at the Director's office who would reasonably be expected to communicate such notice promptly to the Director; or by telegram, charges prepaid. All such notices shall be given or sent to the Director's address or telephone number as shown on the records of the corporation.

(ii) <u>Time Requirements</u>. Notice sent by first class mail shall be deposited into a U.S. mailbox at least four days before the time set for the meeting. Notice given by personal delivery, telephone, or telegram shall be delivered, telephoned, or given to the telegraph company at least 48 hours before the time set for the meeting.

(iii) <u>Notice Contents</u>. The notice shall state the time and place for the meeting. However, it need not specify the purpose of the meeting. If no place is specified, the meeting is to be held at the principle executive office of the corporation.

8.9 <u>Quorum</u>. A majority of the authorized number of Directors shall constitute a quorum for the transaction of business, except to adjourn as provided in section 11 of this Article 8. Every act or decision done or made by a majority of the Directors present at a meeting duly held at which a quorum is present shall be regarded as the act of the Board of Directors, subject to the provisions of the California Non-Profit Corporation Law, especially those provisions relating to (i) approval of contracts or transactions in which a Director has a direct or indirect material financial interest, (ii) appointment of committees, and (iii) indemnification of Directors. A meeting at which a quorum is initially present may continue to transact business, notwithstanding the withdrawal of directors, if any action taken is approved by at least a majority of the required quorum for that meeting.

8.10 <u>Waiver Of Notice</u>. The transaction of any meeting of the Board of Directors, however called and noticed or wherever held, shall be valid as though taken at a meeting duly held after regular call and notice, if (a) a quorum is present, and (b) either before or after the meeting, each of the Directors not present signs a written waiver of notice, a consent to holding the meeting, or an approval of the minutes. The waiver of notice or consent need not specify the purpose of the meeting. All waivers, consents, and approvals shall be filed with the corporate records or made a part of the minutes of the meeting. Notice of a meeting shall also be deemed given to any Director

CONFIDENTIAL

COH01508330
COH01508330

who attends the meeting without protesting before or at its commencement about the lack of adequate notice.

8.11 <u>Adjournment</u>. A majority of the Directors present, whether or not constituting a quorum, may adjourn any meeting to another time and place.

8.12 <u>Notice of Adjournment</u>. Notice of the time and place of holding an adjourned meeting need not be given, unless the meeting is adjourned for more than 24 hours, in which case personal notice of the time and place shall be given before the time of the adjourned meeting to the Directors who were not present at the time of the adjournment.

8.13 <u>Action Without Meeting</u>. Any action required or permitted to be taken by the Board of Directors may be taken without a meeting, if <u>all</u> members of the Board, individually or collectively, consent in writing to that action. Such action by written consent shall have the same force and effect as an unanimous vote of the Board of Directors. Such written consent or consents shall be filed with the minutes of the proceedings of the Board.

8.14 <u>Fees and Compensation of Directors</u>. Directors and Members of committees may receive such reimbursement of expenses as may be determined by resolution of the Board of Directors to be just and reasonable. Directors and Members of Committees shall not be compensated for their services as directors Members of committees.

## ARTICLE 9

## COMMITTEES

9.1 <u>Committees of Directors</u>. The Board of Directors may, by resolution adopted by a majority of the Directors then in office, designate one or more committees, each consisting of two or more Directors, to serve at the pleasure of the Board. Any committee, to the extent provided in the resolution of the Board, shall have all the authority of the Board, except that no committee, regardless of Board resolution, may:

(a) fill vacancies on the Board of Directors or in any committee;

(b) fix compensation of the Directors for serving on the Board or on any committee;

(c) amend or repeal Bylaws or adopt new Bylaws;

(d) amend or repeal any resolution of the Board of Directors which by its express terms is not so amendable or repealable;

CONFIDENTIAL

COH01508331
COH01508331

(e) appoint any other committees of the Board of Directors or the Members of these committees;

(f) approve any transaction (i) to which the corporation is a party and one or more of the Directors have a material financial interest; or (ii) between the corporation and one or more of its Directors or between the corporation and any person in which one or more of its Directors have a material financial interest.

9.2 <u>Meetings and Action of Committees</u>. Meetings and action of committees shall be governed by, and held and taken in accordance with, the provisions of Article 8 of these Bylaws, concerning meetings of Directors, with such changes in the context of those Bylaws as are necessary to substitute the committee and its Members of the Board of Directors and its Members, except that the time for regular meetings of committees may be determined either by resolution of the Board of Directors or by resolution of the committee. Special meetings of committees may also be called by resolution of the Board of Directors. Notice of special meetings of committees shall also be given to any and all alternate members, who shall be kept of each meeting of any committee and shall be filed with the corporate records. The Board of Directors may adopt rules for the government of any committee not inconsistent with the provisions of these Bylaws.

ARTICLE 10

OFFICERS

10.1 <u>Officers</u>. The officers of the corporation shall be a president, a secretary, and a chief financial officer. the corporation may also have, at the discretion of the Board of Directors, a Chairman of the Board, one or more vice presidents, one or more assistant secretaries, one or more assistant treasures, and such other officers as may be appointed in accordance with the provisions of section 3 of this Article 10. Any number of offices may be held by the same person, except that neither the secretary nor the chief financial officer may serve concurrently as either the president or the chairman of the Board.

10.2 <u>==Election of Officers==</u>. ==The officers of the corporation, except that appointed in accordance with the provisions of section 3 of this Article 10, shall be chosen by the Board of Directors, and each shall serve at the pleasure of the Board, subject to the rights, if any, of an officer under any contract of employment.==

10.3 <u>Subordinate Officers</u>. The Board of Directors may appoint, and may authorize the chairman of the Board or the president or another officer to appoint, any other officers that

8

CONFIDENTIAL

COH01508332

COH01508332

the business of the corporation may require, each of whom shall have the title, hold office for the period, have the authority, and perform the duties specified in the Bylaws or determined from time to time by the Board.

10.4 <u>Removal of Officers</u>. Subject to the rights, if any, of an officer under any contract of employment, any officer may be removed for just cause by the Board of Directors at any regular or special meeting of the Board, or, except in the case of an officer chosen by the Board of Directors, by an officer on whom such power of removal may be conferred by the Board of Directors.

10.5 <u>Resignation of Officers</u>. Any officer may resign at any time by giving written notice to the corporation. Any resignation shall take effect at the date of receipt of that notice or at any later time specified in that notice; and, unless otherwise specified in that notice, the acceptance of the resignation shall not be prejudice to the rights, if any, of the corporation under any contract to which the officer is a party.

10.6 <u>Vacancies in Offices</u>.

    (a) <u>Chairman of the Board</u>. If such an officer be elected the Chairman of the Board shall preside at meetings of the Board of Directors and exercise and perform such other powers and duties as may be from time to time assigned to him or her by the Board or prescribed by the Bylaws. If there is no president, the Chairman of the Board shall, in addition, be the chief executive officer of the corporation and shall have the powers and duties prescribed in paragraph (b) below.

    (b) <u>President</u>. Subject to such supervisory powers as may be given by the Board of Directors to the Chairman of the Board, if any, the president shall, subject to the control of the Board of Directors, generally supervise, direct, and control the business and the officers of the corporation. He/she shall preside at all meetings of the officers and, in the absence of the Chairman of the Board, or if there be none, at all meetings of the Board of Directors. He/she shall have such other powers and duties as may be prescribed by the Board of Directors or the Bylaws.

    (c) <u>Vice Presidents</u>. In the absence or disability of the president, the vice presidents, if any, in order of their rank as fixed by the Board of Directors or, if not ranked, a vice president designated by the Board of Directors, shall perform all the duties of the president, and when so acting shall have all the powers of, and be subject to all the restrictions upon, the president. The vice presidents shall have such other duties as from time to time may be prescribed for them respectively by the Board of Directors or the Chairman of the Board.

9

CONFIDENTIAL

COH01508333
COH01508333