# REDACTED

# EXHIBIT 9

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# DOCUMENT SEALED PURSUANT TO ECF NO. 359

Case 4:22-cv-05502-DMR     Document 521-12     Filed 10/20/25     Page 2 of 7

CONFIDENTIAL                                                                                                           COH00897439

CONFIDENTIAL                                                                                     COH00897440

On Thu, Oct 1, 2020, 14:25 Jennifer Friedenbach <jfriedenbach@cohsf.org> wrote:

Hey everyone,

As you know we have our next Organizers Human Rights Prep on Monday at 3. Notes and Recurring zoom link:

https://us02web.zoom.us/j/89939000670

We are planning on re-starting Human Rights on Wednesday at 12:30, weekly. Recurring zoom link:

https://us02web.zoom.us/j/81284399980

As we discussed we may change location to be in person at a street site, depending on direction group takes. First meeting will be on zoom.

CONFIDENTIAL
COH00897441

It is critical that we do recruitment for that meeting of unhoused community members. These are some ideas, please feel free to add ideas:

-Miguel is going to help out by recruiting some of the women from A women's place he has relationships with.
-Armando can you do calls to Our Homes Our Wheels folks
-Chelsea can you contact your street contacts?
-Armando can you contact Gwen/Maria and see if they would invite folks from the RV's and Evans shelter that just opened up
-Kelley can you do round of calls to your street contacts?

Probably best for you all to text folks zoom link date and time.

I find it easiest to have a running notes document with draft agenda and zoom link on top, and filling in notes on agenda. I have created that as well here using Armando's suggested format. Please note it is a draft agenda based on discussions at full staff, 1 on 1s and post organizers meeting notes, and it is modeled on very successful Housing Justice meeting that happened Tuesday with about a dozen black and brown unhoused participants. I am sure with recruitment this will be just as successful. But it is just a draft agenda to help get the ball rolling - we can change as we see fit on Monday.

As you know Lisa Marie will be helping us - she's is doing a 1-1 with Armando and with Chelsea and will be on Monday call and facilitating the first HR working group


Time to put what we worked on into action!




Jennifer Friedenbach (she,her)
jfriedenbach@cohsf.org
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
http://www.cohsf.org/

Please note: We moved to 280 Turk Street x Leavenworth, SF CA 94102

The ache for home lives in all of us, the safe place where we can go as we are and not be questioned.

Maya Angelou

CONFIDENTIAL

COH00897442

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lisa Marie Alatorre

**Social Justice Consulting** | www.lisamariealatorre.com


--
- b

Brian Edwards
he/him
Human Rights Workgroup
Coalition on Homelessness
Member, San Francisco Shelter Monitoring Committee
415.967.3911
Twitter: @SmokingMammal

'To all my peoples in the struggle, you know what I'm saying?'
- Christopher George Latore Wallace


--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lisa Marie Alatorre

**Social Justice Consulting** | www.lisamariealatorre.com


--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lisa Marie Alatorre

**Social Justice Consulting** | www.lisamariealatorre.com


--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lisa Marie Alatorre

**Social Justice Consulting** | www.lisamariealatorre.com


--

CONFIDENTIAL
COH00897443

Kelley Cutler
Human Rights Organizer
SF Coalition On Homelessness
280 Turk Street
San Francisco, CA 94102
(415) 346-3740 x 312- office
(415) 756-0692- cell

http://www.cohsf.org

"The greatest challenge of the day is: how to bring about a revolution of the heart."
~Dorothy Day

CONFIDENTIAL                                                                                                                            COH00897444