# REDACTED

# EXHIBIT 20

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# DOCUMENT SEALED PURSUANT TO ECF NO. 509