# UNREDACTED

## EXHIBIT 22

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## DOCUMENT UNSEALED PURSUANT TO ECF NO. 509

Message

| | |
|---|---|
| **From:** | Jennifer Friedenbach [jfriedenbach@cohsf.org] |
| **on behalf of** | Jennifer Friedenbach <jfriedenbach@cohsf.org> [jfriedenbach@cohsf.org] |
| **Sent:** | 9/27/2021 9:15:52 AM |
| **To:** | Terese Howard [terese@denverhomelessoutloud.org] |
| **Subject:** | Re: Follow up Questions on SFHC manual |

We deliberately keep it fluid to mirror homeless folks lives, but there are definite pros and cons.

Jennifer Friedenbach (she,her)
jfriedenbach@cohsf.org
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
http://www.cohsf.org/

Given the Delta surge, ArtAuction21 has moved online for the safety of everyone.  Silent Auction bidding will end September 23rd at 12 noon.  To view our art go to ArtAuction21: Transforming Art into Action & Reconnecting in Resilience

Donate now to the Coalition on Homelessness!

Please note:  We moved to 280 Turk Street x Leavenworth, SF CA 94102

The ache for home lives in all of us, the safe place where we can go as we are and not be questioned.

Maya Angelou

On Sep 24, 2021, at 9:32 AM, Terese Howard <terese@denverhomelessoutloud.org> wrote:

cool! thx for clarifying!

CONFIDENTIAL

COH00873981

COH00873981

-t

On Thu, Sep 23, 2021 at 4:27 PM Jennifer Friedenbach <jfriedenbach@cohsf.org> wrote:

<mark>We have informal membership -- if you take part in work you are a member but we don't keep a list or anything</mark>


Jennifer Friedenbach (she,her)
jfriedenbach@cohsf.org
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
http://www.cohsf.org/


Given the Delta surge, ArtAuction21 has moved online for the safety of everyone.  Silent Auction bidding will end September 23rd at 12 noon.  To view our art go to ArtAuction21: Transforming Art into Action & Reconnecting in Resilience

Donate now to the Coalition on Homelessness!

Please note:  We moved to 280 Turk Street x Leavenworth, SF CA 94102

The ache for home lives in all of us, the safe place where we can go as we are and not be questioned.

Maya Angelou

On Sep 23, 2021, at 11:43 AM, Terese Howard <terese@denverhomelessoutloud.org> wrote:

Hey,
One more question:

CONFIDENTIAL

I don't see the word 'members' in the manual, but Paul always talks about 'members.' Does SFHC have members or is that just another term for 'active participant' or 'volunteer' or all unhoused people are automatically members? If you do have a membership process is that written out and could I see it?

Thank you so much!

-terese

On Tue, Sep 14, 2021 at 10:33 AM Terese Howard <terese@denverhomelessoutloud.org> wrote:
> Awesome! This is very helpful!
>
> That is quite the work plan! Yall get a lot of shit done!
>
> Thank you so much for all this... I may reach out later with more questions... just waiting to see how things go for a bit...
>
> -terese

On Mon, Sep 13, 2021 at 4:28 PM Jennifer Friedenbach <jfriedenbach@cohsf.org> wrote:
> Hey Terese,
>
> -do you have a sample blank street outreach form?
>
> It depends on situation and always a work in progress, but I will ask Ian to send you sweep related one
>
>
> -does 15 outreaches mean 15 people or 15 times out?
>
> 15 times out, in pairs sometimes to shelters, streets etc, so number of folks talked to is much larger
>
>
> -what is covered in staff meetings?
>
> Staff do report backs on what they are working on, street sheet articles assigned/brainstormed, and then we do updates on all campaigns we are working on, usually a covid update.  Sometimes staff specific stuff -- fundraisers updates, hiring updates and so forth.  So if we have an open position, we set interviews and do an open invitation to be on hiring committee, collective budget decisions happen once a year where admin staff bring what the expected money we are to bring in, and then where we have room to expand/have to cut (using existing year budget with an increased costs).
>
>
>
> -what do 'supervision' meetings entail?
>
>
> These are workgroup staff meetings with supervisor where we plan on agenda, review work in more detail and plan.  We go through tasks assigned and so forth.  1-1 supervision meetings happen when there is some work that needs to happen with specific staff person for accountability reasons at the call of the supervisor or staff can call a 1 on 1 as well of course
>
>
> -how do yall do the yearly goal planning?

CONFIDENTIAL

We evaluate workplan linked <u>here</u> from year before and then set up workplan for next year collectively at work group meetings, or at staff for fundraising and admin.

-what kind of executive power does the ED have?

We strive to be bottom up org. Setting agenda for campaigns etc happen after outreach and collectively at workgroup meetings. In terms of firing someone, that is never decided alone- whatever group i.e. if it is human rights, human rights staff are consulted etc. But ultimately it is ED decision -- but never without sign off from staff in that section of the work.   Board membership - decided by board collectively not by ED.

-do yall allow staff to bring their kids to work or on zoom meetings?

We have never barred kids - of course we encourage staff to find childcare if kid is in toddler stage as that can disrupt work - but we have never said no kids. Shit comes up - kids are sick or whatever. During COVID everyone had their kids at home obviously. We also have staff who have brought their babies regularly - i.e. I brought my kid one day a week until he started prevented me from getting any work done and of course that depends on the kid, one of my kids was harder than the other.

Let me know what else you need.

Jennifer Friedenbach (she,her)
<u>jfriedenbach@cohsf.org</u>
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
<u>http://www.cohsf.org/</u>

Given the Delta surge, ArtAuction21 has moved online for the safety of everyone. We will have a live auction and virtual kick off party to commence online bidding on September 9th, 2021 - activities start at 5:30, live auction at 7:30 pm. Silent Auction bidding will end September 23rd and we will host a special trivia game to close us out.

To view our art go to <u>ArtAuction21: Transforming Art into Action & Reconnecting in Resilience</u>

<u>Donate now</u> to the Coalition on Homelessness!

Please note:  We moved to 280 Turk Street x Leavenworth, SF CA 94102

The ache for home lives in all of us, the safe place where we can go as we are and not be questioned.

Maya Angelou

CONFIDENTIAL

On Sep 11, 2021, at 9:54 AM, Terese Howard <terese@denverhomelessoutloud.org> wrote:

Hey Jenny,

Paul sent me y'alls manual and I dig it soo much!!! I have a couple of follow up questions. Paul said you were down but if it is too much just say so!

-do you have a sample blank street outreach form?
-does 15 outreaches mean 15 people or 15 times out?
-what is covered in staff meetings?
-what do 'supervision' meetings entail?
-how do yall do the yearly goal planning?
-what kind of executive power does the ED have?
-do yall allow staff to bring their kids to work or on zoom meetings?

If it would be easier to talk on the phone that'd be great too! Either way. My number is 415-517-5603

As I think Paul told you we are going through some conflicts in DHOL and I'm trying to bring proposals for how we do things.

Thanks for any help and for your manual!!

-terese

CONFIDENTIAL

COH00873985

COH00873985