# EXHIBIT 38

## TO

## DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**PLACEHOLDER FOR NATIVE EXHIBIT FILED CONCURRENTLY WITH NOTICE OF MANUAL FILING**

**NATIVE DOCUMENT SEALED PURSUANT TO ECF NO. 509**