**REDACTED**

# EXHIBIT 41

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# DOCUMENT SEALED PURSUANT TO ECF NO. 509