**EXHIBIT 44**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

**PLACEHOLDER FOR NATIVE EXHIBIT FILED CONCURRENTLY
WITH NOTICE OF MANUAL FILING**

**NATIVE DOCUMENT UNSEALED PURSUANT TO ECF NO. 509**