1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  EDMUND T. WANG, State Bar #278755
   KAITLYN M. MURPHY, State Bar #293309
4  MIGUEL A. GRADILLA, State Bar #304125
   JOHN H. GEORGE, State Bar #292332
5  STEVEN A. MILLS, State Bar #328016
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-3857 (Wang)
8                (415) 554-6762 (Murphy)
                 (415) 554-3870 (Gradilla)
9                (415) 554-4223 (George)
                 (415) 355-3304 (Mills)
10 Facsimile:    (415) 554-4699
   E-mail:       edmund.wang@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org
                 miguel.gradilla@sfcityatty.org
12               john.george@sfcityatty.org
                 steven.mills@sfcityatty.org
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO, et al.

15 [Additional Counsel on next page.]

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18
   COALITION ON HOMELESSNESS;              Case No. 4:22-cv-05502-DMR (LJC)
19 SARAH CRONK; JOSHUA DONOHOE;
   MOLIQUE FRANK; DAVID MARTINEZ;          **DECLARATION OF STEVEN MILLS IN**
20 TERESA SANDOVAL,                        **SUPPORT OF DEFENDANTS' REPLY TO**
                                           **PLAINTIFFS' OPPOSITION TO MOTION**
21        Plaintiffs,                      **FOR SUMMARY JUDGMENT**

22        vs.

23 CITY AND COUNTY OF SAN                  Hearing Date:   May 8, 2025
   FRANCISCO, et al.,                      Time:           1:00 p.m.
24                                         Judge:          Hon. Donna M. Ryu
          Defendants.                      Place:          Courtroom 4 – 3rd floor
25                                                         1301 Clay Street
                                                           Oakland, CA 94612
26
                                           Trial Date:     July 28, 2025
27
                                           Documents Attached:  Exhibits 64 - 90
28

   DECL. MILLS ISO CCSF'S MSJ REPLY                       n:\govlit\li2025\230239\01837050.docx
   CASE NO. 4:22-cv-05502-DMR (LJC)

1   WARREN METLITZKY, State Bar #220758
    JESSICA ELAINE LANIER, State Bar #303395
    NATHAN THEOBALD, State Bar #328837
2   CONRAD METLITZKY KANE LLP
    217 Leidesdorff Street
3   San Francisco, CA 94111
    Telephone:     (415) 343-7103 [Metlitzky]
4                  (415) 343-7100 [Lanier & Theobald]
    Facsimile:     (415) 343-7101
5   E-mail:        wmetlitzky@conmetkane.com
                   jlanier@conmetkane.com
6                  ntheobald@conmetkane.com

7   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, et al.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, STEVEN MILLS, declare as follows:

2    1.    I am a Deputy City Attorney in the Office of the City Attorney for the City and County

3  of San Francisco and am one of the attorneys of record for Defendants City and County of San

4  Francisco; San Francisco Police Department; San Francisco Department of Public Works; San

5  Francisco Department of Homelessness and Supportive Housing; San Francisco Fire Department; and

6  San Francisco Department of Emergency Management (collectively "Defendants"). I am a member in

7  good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to

8  testify, I can and will testify competently as to all matters set forth herein. I submit this declaration in

9  support of Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment.

10    2.    Defendants' reply relies on deposition testimony and evidence exchanged during fact

11  discovery.

12    3.    Attached hereto as **Exhibit 64** is a true and correct excerpt of the February 2, 2025

13  deposition of non-party Lukas Illa taken in this action. These portions of the transcript bear no

14  confidentiality designations.

15    4.    Attached hereto as **Exhibit 65** is a true and correct excerpt of the March 4, 2025

16  deposition testimony of ACLU Lead Investigator Dylan Verner-Crist taken in this action. These

17  portions of the transcript bear no confidentiality designations.

18    5.    Attached hereto as **Exhibit 66** is a true and correct excerpt of the April 14, 2025

19  deposition testimony of Plaintiffs' expert Christopher Herring taken in this action. Plaintiffs

20  designated this transcript Confidential.

21    6.    Attached hereto as **Exhibit 67** is a true and correct copy of a November 12, 2021 from

22  Coalition Executive Director Jennifer Friedenbach, entitled "Connection with LCCR," produced by

23  Coalition in discovery as confidential, with bates number COH01429817 to COH01429818.

24    7.    Attached hereto as **Exhibit 68** is a true and correct copy of an October 14, 2021 email

25  from Sophia Fenn to Todd Bryant, with the Subject: LCCRSF Sweeps Declaration, produced by Todd

26  Bryant in discovery with bates number BRYANT000005, and reproduced by the City in discovery

27  with bates number CCSF_3d_000015. This document does not bear a confidentiality designation.

28

1    8.    Attached hereto as **Exhibit 69** is a true and correct copy of a Lease Agreement between

2    ███████████████████████████████████████████████

3    ███████████████████████████████████████████████

4    ███████████████████ , and produced by the City in discovery as Highly Confidential – Attorneys

5    Eyes Only, with bates number CCSF-COH-672735. Mr. Bryant did not produce his lease even though

6    Request for Production No. 3 requested: "ALL DOCUMENTS AND COMMUNICATIONS

7    RELATED to ANY offer of shelter OR housing YOU have received from ANY PERSON, including,

8    but not limited to, ANY offer from ANY friend, relative, acquaintance, charitable organization, non-

9    profit, OR government entity, AND YOUR response to ANY offer."

10    9.    Attached hereto as **Exhibit 70** is a true and correct copy of excerpts from the December

11    4, 2024 Transcript of Proceedings concerning the Further Case Management Conference in this action.

12    This document does not bear a confidentiality designation.

13    10.    Attached hereto as **Exhibit 71** is a true and correct copy of email correspondence

14    between counsel related to third-party service in this action. This document does not bear a

15    confidentiality designation.

16    11.    Attached hereto as **Exhibit 72** is a true and correct copy of email correspondence

17    between counsel related to third-party service, including Sarah Stephenson and James Reem, in this

18    action. This document does not bear a confidentiality designation.

19    12.    Attached hereto as **Exhibit 73** is a true and correct copy of email correspondence

20    between counsel related to third party service in this action. This document contains redactions for

21    third party contact information that is not material to the pending motion and is otherwise filed

22    publicly.

23    13.    Attached hereto as **Exhibit 74** is a true and correct copy of email correspondence

24    concerning the identification of Melodie and the facilitation of her deposition in this action. This email

25    correspondence contains information from a medical treatment provider and is being filed under seal.

26    14.    Attached hereto as **Exhibit 75** is a true and correct copy of email correspondence

27    related to third party service of Melodie in this action. This document does not bear a confidentiality

28    designation.

DECL. STEVEN MILLS ISO CCSF'S REPLY            2
CASE NO. 4:22-cv-05502-DMR (LJC)

15.    Attached hereto as **Exhibit 76** is a true and correct copy of email correspondence related to third party service of Shanna Couper Orona in this action. Plaintiffs accepted service after the City filed a photograph of her with Plaintiffs' counsel on the docket after the City's efforts to serve her failed. See ECF No. 295-43. This document does not bear a confidentiality designation.

16.    Attached hereto as **Exhibit 77** correct excerpt of the January 27, 2025 deposition testimony of non-party Carlos Wadkins taken in this action. These portions of the transcript bear no confidentiality designations.

17.    Attached hereto as **Exhibit 78** correct excerpt of the February 25, 2025 deposition testimony of Coalition on Homelessness Executive Director Jennifer Friedenbach acting as the 30(b)(6) representative of Plaintiff Coalition on Homelessness taken in this action. These portions of the transcript bear no confidentiality designations.

18.    Attached hereto as **Exhibit 79** is a true and correct excerpt from the August 24, 2023 Transcript of Proceedings concerning the Motion to Enforce in this action. This document does not bear a confidentiality designation.

19.    Attached hereto as **Exhibit 80** is a true and correct copy of Plaintiff's Claim and ORDER to Go to Small Claims Court, filed February 2, 2023, from *Todd Bryant v. SF Public Works*, Case No. CSM-23-866514, for an incident dated December 20, 2021. This document does not bear a confidentiality designation.

20.    Attached hereto as **Exhibit 81** is a true and correct copy of an Order of Case Dismissed without prejudice from December 20, 2023, *Todd Bryant v. SF Public Works*, Case No. CSM-23-866514, for an incident dated December 20, 2021. This document does not bear a confidentiality designation.

21.    Attached hereto as **Exhibit 82** is a true and correct excerpt of the February 27, 2025 deposition testimony of non-party James Reem taken in this action. The City files these excerpt provisionally under seal because the timeline to provide confidentiality designations has not yet expired.

22.     Attached hereto as **Exhibit 83** is a true and correct excerpt from the September 23, 2024 deposition of Plaintiff Sarah Cronk taken in this action. These portions of the transcript bear no confidentiality designations.

23.     Attached hereto as **Exhibit 84** is a true and correct excerpt of the January 15, 2025 deposition of DPW employee Jonathan Vaing taken in this action. These portions of the transcript bear no confidentiality designations.

24.     Attached hereto as **Exhibit 85** is a true and correct copy of an email from DPW Deputy Director DiJaida Durden from April 19, 2022, produced by the City in discovery as Highly Confidential – Attorneys' Eyes Only, with Bates number CCSF-COH_075814.

25.     Attached hereto as **Exhibit 86** is a true and correct copy of a Notice of Verbal Counseling/Reminder Session from October 20, 2022, produced by the City in discovery as Highly-Confidential – Attorneys' Eyes Only, with Bates number CCSF-COH_070903.

26.     Attached hereto as **Exhibit 87** is a true and correct excerpt of the January 28, 2025 Deposition of Darryl Dilworth in this action. These portions of the transcript bear no confidentiality designations.

27.     Attached hereto as **Exhibit 88** is a true and correct copy of Notice of Release from Temporary Provisional Appointment from December 12, 2024, produced by the City in discovery as Highly Confidential – Attorneys' Eyes Only, with Bates number CCSF-COH_437220.

28.     Attached hereto as **Exhibit 89** is a true and correct copy of Notice of Release from Temporary Provisional Appointment from November 22, 2024, produced by the City in discovery as Highly-Confidential – Attorneys' Eyes Only, with Bates number CCSF-COH_437238.

29.     Attached hereto as **Exhibit 90** is a true and correct copy of a Notice of Dismissal from Permanent Civil Service Position from January 11, 2025, produced by the City in discovery as Highly Confidential – Attorneys' Eyes Only, with Bates number CCSF-COH_437249.

30.     The City had to personally serve the following individuals because Plaintiffs did not facilitate service: Cory Barkley, Shyhyene Brown, Todd Bryant, Henrick Delamora, Patrick Dubose, Krystle Erickson, Maurice Moran, and Elizabeth Stromer. Plaintiffs' counsel began representing these individuals for purposes of the deposition after service. In addition to these individuals, the City

1    attempted to personally serve Couper Orona before Plaintiffs' counsel started representing her. I

2    personally contacted her by phone and email before her representation. It took the City weeks to

3    secure Melodie's name through meet and confers and even then her full name was not provided. The

4    only reason her deposition took place after the close of fact discovery is because she refused to sit for a

5    timely deposition before the close of fact discovery. Because Plaintiffs identified so many individuals

6    that experienced homelessness on their initial disclosures without contact information, the City had to

7    conduct its own investigation to try to identify them. Those results were ineffective in securing

8    participation.

9          I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is

10   true and correct.

11         Executed April 24, 2025, at San Francisco, California.

12

13                                            /s/ Steven A. Mills
                                              STEVEN A. MILLS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. STEVEN MILLS ISO CCSF'S REPLY                  5
CASE NO. 4:22-cv-05502-DMR (LJC)