**REDACTED**

# EXHIBIT 69

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

**DOCUMENT SEALED PURSUANT TO ECF NO. 509**

# LEASE AGREEMENT
(Low-Income Housing Tax Credit)

1. PARTIES AND DWELLING UNIT: The parties to this Agreement are Mercy Housing Management Group, managing agent for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (referred to as the "Landlord"), and ▮▮▮▮▮▮▮▮▮▮▮▮ (referred to as the "Resident"). The Landlord leases to the Resident the dwelling unit ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in the project known as ▮▮▮▮▮▮▮▮ located at ▮▮▮▮▮▮▮▮▮▮▮. The following are approved as occupants (in addition to the Head of Household):

   _____ OCCUPANTS _____

   Resident must inform Management in writing and receive written approval from Management prior to allowing another person to reside in the unit.

2. LENGTH OF TIME/TERM. The initial term of this Agreement shall begin on 05/01/2022 and end at midnight on 04/30/2023. After the initial term ends, this agreement will continue for successive terms of 30 days, unless automatically terminated as permitted by paragraph 18 of this Agreement.

3. RENT. The Resident agrees to pay $802.00 for the partial month ending on 05/31/2022. After that, the Resident agrees to pay a rent of $802.00 per month. This amount is due on or before the 1st day of the month at the property office. To make rent payments personally, the usual days and hours are Monday - Friday 8:30 to 5:30pm.

4. INCOME CERTIFICATION AND RECERTIFICATION.

   A. Resident eligibility for this rent is based on information that Resident has provided to Management regarding Resident household income and assets. Each year, prior to renewal of the Rental Agreement, within thirty (30) days after receiving notice from Management, Resident agrees to provide updated information on a form Management provides Resident. Resident agrees that all such information regarding household income and assets provided to Management is true, complete and correct to the best of Resident's knowledge. Resident further agrees that failure to provide such information, or providing false or misleading information, may result in the termination of Resident's occupancy and eviction from the premises. If Resident fails to provide the required information on time, Resident will be liable for any rent adjustment pursuant to Subsection B below from the effective date of the Rental Agreement or Rental Agreement amendment. Resident agrees that all information supplied by Resident shall be subject to verification by Management.

   B. Management may adjust the rent described in Section 3 annually, except that the first year adjustment may occur within less than 12 months so that the Rental Agreement period will coincide with the project fiscal year. Management will give Resident 30 days written notice prior to the effective date of any rent adjustment and will execute a new Rental Agreement or Rental Agreement amendment providing for the rent adjustment.

5. CHARGES FOR LATE PAYMENTS AND RETURNED CHECKS. If the Resident does not pay the full amount of the rent shown in paragraph 3 by the end of the 5th day of the month, the Resident shall pay a fee of $10.00 on the 6th day of the month and $0.00 per day until paid in full or a one-time late fee of $10.00 on the 6th day of the month. The Landlord may terminate this Agreement for non-payment of rent, as explained in paragraph 19. The Landlord may collect a fee of $0 on any non-sufficient check presented. The charges discussed in this paragraph are in addition to the regular monthly rent payable by the Resident.

6. CONDITION OF THE DWELLING UNIT. By signing this agreement, the Resident acknowledges that the unit is safe, clean and in good condition. The Resident agrees that all appliances and equipment in the unit are in good working order, except as described in a Unit Inspection Report which may be attached to this Agreement. The Resident also agrees that the Landlord has made no promise to decorate, alter or improve the unit, except as listed on any Unit Inspection Report.

7. CHARGES FOR UTILITIES. The following chart describes how the cost of utilities and services related to occupancy of the unit will be paid. The Resident agrees that this chart accurately describes the utilities and services paid by the Landlord and those paid by the Resident.

   a. The Resident must pay for the utilities in column (1). Payments should be made directly to the appropriate utility company. The items in column (2) are included in the Resident's rent:

 

Page 1 of 7                    Head of Household ("Resident") Initials _____

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                    CCSF-COH_672735