# UNREDACTED

# EXHIBIT 82

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

# DOCUMENT UNSEALED PURSUANT TO ECF NO. 509

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - - - -
 5   COALITION ON HOMELESSNESS,        )
 6   et al.,                           )
 7               Plaintiffs,           )
 8   vs.                               ) CASE NO.
 9   CITY AND COUNTY OF SAN            ) 4:22-cv-05502-DMR
10   FRANCISCO, et al.,                )
11               Defendants.           )
12   - - - - - - - - - - - - - - - - - -
13
14
15              VIDEOTAPED DEPOSITION OF
16                 JAMES J. REEM, JR.
17              THURSDAY, FEBRUARY 27, 2025
18
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22            BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                550 CALIFORNIA STREET, SUITE 820
24                SAN FRANCISCO, CALIFORNIA 94104
25                          (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          Videotaped deposition of JAMES J. REEM, JR.,
11   taken on behalf of Defendants, at 39 Drumm Street,
12   San Francisco, California, commencing at 9:49 A.M.,
13   THURSDAY, FEBRUARY 27, 2025, before Suzanne I. Andrade,
14   Certified Shorthand Reporter No. 10682, pursuant to
15   Notice of Deposition.
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS AND THE DEPONENT:
 3        EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
 4        BY:  VASUDHA TALLA, ATTORNEY AT LAW
 5        600 Fifth Avenue, 10th Floor
 6        New York, New York  10020
 7        Telephone:  (212) 763-5075
 8        Email:  vtalla@ecbawm.com
 9
10   FOR DEFENDANTS:
11        CITY AND COUNTY OF SAN FRANCISCO
12        OFFICE OF THE CITY ATTORNEY
13        BY:  KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY
14        1390 Market Street, 7th Floor
15        San Francisco, California  94102
16        Telephone:  (415) 554-6762
17        Email:  kaitlyn.murphy@sfcityatty.org
18
19   ALSO PRESENT:
20        KYLE FRIEND, VIDEOGRAPHER
21
22
23
24
25
```

```
 1  complicated problem?
 2      A.   Yeah.
 3      Q.   Do you agree that somebody who brings a claim
 4  against the City should have to produce evidence to
 5  support their claim?
 6      A.   Yeah.
 7      Q.   Were there ever occasions when you were
 8  homeless in San Francisco where you left some of your
 9  things on the street and when you came back and it
10  looked like somebody had kind of rifled through them or
11  something had been taken?
12      A.   Yeah, maybe.  Yeah.
13      Q.   Have you ever been to the storage yard where
14  DPW keeps the items that are bagged and tagged?
15      A.   Yeah, I've been there.
16      Q.   Best estimate the number of times you've been
17  there?
18      A.   Just one time, passing through.
19      Q.   Can you tell me what you mean by "passing
20  through"?
21      A.   Yeah.  I saw the place.  I know where it's
22  located.  I never went in to peruse people's property.
23      Q.   And have you ever gone to that place with a
24  request to say, "You have my things bagged and tagged.
25  I'd like them back"?
```

1    A.   No.
2    Q.   Have you ever observed a City employee making
3  somebody an offer of shelter during an HSOC resolution?
4    A.   Yes.
5    Q.   Have you ever seen someone refuse an offer of
6  shelter?
7    A.   Yeah.
8    Q.   Do you have any compliments for the City in
9  terms of how employees act as HSOC resolutions?
10   A.   I think the City Attorney that's always
11 present, she watches everything.  She was watching
12 everything that takes place.
13   Q.   Is that -- I'm trying to understand the -- if
14 there's a compliment on the way --
15   A.   Well, that she was diligent in her job, you
16 know.  I can't say what she did with the information she
17 gathered, but I could say that she was definitely
18 observing it, which is a com- -- I think is important.
19   Q.   What's the kindest thing you've ever seen a
20 City employee do during an HSOC resolution?
21   A.   Give someone more time, some -- understanding.
22   Q.   Do you know the department that the employee
23 worked for that you're talking about right now?
24   A.   It's probably DPW.  DPW.
25   Q.   And have you ever seen a camper threaten a City

```
 1  STATE OF CALIFORNIA          ) ss.
 2  COUNTY OF SAN MATEO          )
 3          I hereby certify that the witness in the
 4  foregoing deposition, JAMES J. REEM, JR., was by me duly
 5  sworn to testify to the truth, the whole truth and
 6  nothing but the truth, in the within-entitled cause;
 7  that said deposition was taken at the time and place
 8  herein named; and that the deposition is a true record
 9  of the witness's testimony as reported by me, a duly
10  certified shorthand reporter and a disinterested person,
11  and was thereafter transcribed into typewriting by
12  computer.
13          I further certify that I am not interested in
14  the outcome of the said action, nor connected with nor
15  related to any of the parties in said action, nor to
16  their respective counsel.
17          IN WITNESS WHEREOF, I have hereunto set my
18  hand this 10th day of March, 2025.
19  Reading and Signing was:
20  __X__ Requested     ____ Waived     ____ Not Requested
21
22          [signature]
23
24          SUZANNE I. ANDRADE, CSR NO. 10682
25          STATE OF CALIFORNIA
```