# REDACTED

# EXHIBIT 85

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

# DOCUMENT SEALED PURSUANT TO ECF NO. 509

| | |
|---|---|
| **From:** | Durden, DiJaida (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=982F41969D504C19AA6C4683AF387ED3-DIJAIDA DURDEN] |
| **Sent:** | 4/19/2022 1:46:03 PM |
| **To:** | Bruce, Kenny (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b288eb16927944cb9a9d51a66f702eda-Kenny Bruce] |
| **CC:** | McDaniels, Christopher (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d7f816aaf04b48e2b1ff6c856726bcf1-Christopher]; Frohm, Darlene (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed1b645349e74dd183eaa44fbf6d6992-Darlene Fro]; Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing]; Dilworth, Darryl (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=235eaac194f046d9b41aac55bbdd2971-Darryl Dilworth]; Jimenez, Jason (ADM) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0a4866f8844145f3941cd7b4bb3e20f1-Jason Jimen] |
| **Subject:** | Re: Swing Shift Ops supervisor, [redacted] statement for 3-21-2022 bag and tag |
| **Attachments:** | Scan_Duong, Steven_12_16_29_19-04-2022.pdf |

Kenny
Please schedule a Weingarten for [redacted]. His supervisor should be involved as this was his incident.
Contact Jason Jimenez for help with this matter.
Thanks
Jada

Sent from my iPhone


On Apr 19, 2022, at 1:18 PM, Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org> wrote:

Please see statement regarding the employee [redacted] who did not place the items inside the Bag & Tag storage.

Thanks.

Kenneth J. Bruce Sr.
Assistant Superintendent BSES Operations


Bureau Street Enviromental Services | San Francisco Public Works | City and County of San Francisco
Cesar Chavez St | San Francisco, CA 94124 | (415) 695-2036 |    sfpublicworks.org ·
twitter.com/sfpublicworks

-----Original Message-----
From: Duong, Steven (DPW) <Steven.Duong@sfdpw.org>
Sent: Tuesday, April 19, 2022 12:21 PM
To: Bruce, Kenny (DPW) <Kenny.Bruce@sfdpw.org>
Cc: Leonardo, Abelardo (DPW) <Abelardo.leonardo@sfdpw.org>
Subject: Swing Shift Ops supervisor, [redacted] statement for 3-21-2022 bag and tag

Hi Kenny,

Per your request, please see attachment for the statement from Swing Shift Ops Sup I, [redacted]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CCSF-COH_075814

regarding the 3/21/2022 bag and tag that was handled by Swing Shift LP, ████████ on that evening. Thank you.

Regards, Steve

-----Original Message-----
From: Steven.Duong@sfdpw.org <Steven.Duong@sfdpw.org>
Sent: Tuesday, April 19, 2022 12:17 PM
To: Duong, Steven (DPW) <Steven.Duong@sfdpw.org>
Subject: Scan_Duong, Steven_12_16_29_19-04-2022

Please find your scan attached to this Email.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY