**REDACTED**

# EXHIBIT 86

# TO

# DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

# DOCUMENT SEALED PURSUANT TO ECF NO. 509

| | |
|---|---|
| From: | Mayes, Darren (DPW) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=80B0D8D0A22F4614AD3806A82DF39497-DARREN MAYE] |
| Sent: | 10/20/2022 9:25:21 PM |
| To: | De La Garza, Nicole (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a5ce859cee264fae9be85b1f5a6849b1-Nicole Dela]; Bruce, Kenny (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b288eb16927944cb9a9d51a66f702eda-Kenny Bruce]; Vaing, Jonathan (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25421867b3e6475ea9b8641e436c17c3-Jonathan Vaing]; Lee, Jason (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a7df15934870407d8b02899b14615462-Jason E Lee]; Espina, Maria (DPW) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4682e49a0b614391b3c83d4f2d5b4c34-Maria Espina] |
| Subject: | |
| Attachments: | |

<!--[if lte mso 15 || CheckWebRef]-->

Mayes, Darren (DPW) has shared a OneDrive for Business file with you. To view it, click the link below.

<!--[endif]-->

I presented [redacted] with a hard copy of the attached verbal counseling this afternoon. He refused to sign at 1421.

D.

EXHIBIT 1022
WITNESS J. Vaing
CONSISTING OF 2 PAGES
DATE 1·15·25
BEHMKE REPORTING AND VIDEO SERVICES, INC.

CCSF-COH_070901

## SAN FRANCISCO PUBLIC WORKS
## NOTICE OF Verbal COUNSELING/REMINDER SESSION

On  10.20.2022                     , ███████████ , 7514                    , of
    (Day and Date)              (Employee's Name)        (Class)

Bureau of Street and Environmental Services , was counseled in a private conference by
    (Bureau)

███████████████████████

[Supervisor's Name(s)]

**Employee's Route:** Zone B, LP 1

**Employee's Phone Number:** N/A

**Description of Incident(s):**
█████████ failed to properly use CMMS to close out a bag and tag on 10.19.2022. He also did not properly store the property in the bag and tag cage (property was left on table outside bag and tag cage).

**Directive:**
Going forward, ██████ is expected to use CMMS to complete and close out service requests in his zone LP as well as thoroughly complete bag and tags from pick up at the PD station to storage in the bag and tag cage at 2323 Cesar Chavez St., Lower Yard.

**Results:**

It is the Department's expectation that the problem described above will now be resolved, and that there will be no further need for counseling or documentation. However, if in the future other performance or conduct occurs that requires disciplinary action, it may be dealt with more severely.

October 2022