**REDACTED**

**EXHIBIT 89**

**TO**

**DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**DOCUMENT SEALED PURSUANT TO ECF NO. 509**



**Carla Short, Director** | Director's Office
carla.short@sfdpw.org | T. 628.271.3078 | 49 South Van Ness Ave. Suite 1600, San Francisco, CA 94103

**<u>Via Hand Delivery & E-mail Delivery</u>**

November 22, 2024

**Bureau of Street Environmental Services**
**Classification 7514 General Laborer**
**Laborers International Union, Local 261**

**NOTICE OF RELEASE FROM TEMPORARY EXEMPT APPOINTMENT**

Dear

You are hereby notified that you are released from your appointment with San Francisco Public Works (Department) as a Temporary Exempt (TEX) Class 7514 General Laborer assigned to the Bureau of Street Environmental Services (BSES).

As stated on the Notice to Temporary Exempt Appointee **(Attachment 1)**, as a temporary employee, you acquired no guaranteed right or preference to Permanent Civil Service employment. Further, temporary employees serve at the pleasure of the Appointing Officer. Therefore, regardless of the anticipated or last date of employment, your employment may be terminated at any time by the Appointing Officer with or without cause.

The decision to release you from your appointment is based on allegations related to an incident on September 5, 2024, at a Bag and Tag operation conducted at 18th Street and Shotwell Street. Specifically, it was alleged that you failed to comply with PW Procedure 16.05.08 (REV 3) (Bag and Tag) regarding the removal and temporary storage of personal belongings from public property. The allegations included that you dismantled a member of the public's tent without proper evaluation or documentation, and acted prematurely, disregarding procedural requirements.

The investigation found that you failed to follow Bag and Tag procedures, particularly by dismantling the tent without conducting a thorough assessment, neglecting to properly evaluate its value, and failing to document its condition with photographic evidence as required by policy. This violation of the policy demonstrated a significant lapse in meeting the standards required of a Public Works employee. It reflected a disregard for procedural compliance, insufficient

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

attention to the essential duties of your role, and a failure to uphold the standards expected of a city employee entrusted with managing public property. Your actions indicate a lack of diligence and respect for established protocols, which are critical in maintaining the Department's integrity and public trust.

Therefore, this letter serves to inform you that you are released from your temporary exempt appointment as of the close of business on **Sunday, November 24, 2024.**

The Department will be imposing a three (3) year Future Employment Restriction with Public Works **(Attachment 3)**. You will be ineligible for employment with Public Works for a period of three years. To be eligible for employment with PW will require three (3) years of documented satisfactory work experience from employment outside of Public Works. You may appeal the Department's decision to impose this restriction by filing with the Civil Service Commission. Instructions for filing an appeal are included in the attached Notice of Future Employment Restrictions. Please note that this appeal only pertains to the employment restriction; your release is final and at the discretion of the Appointing Officer.

All City property issued to you, including but not limited to, your City badge and any City-issued keys and equipment must be immediately returned to Kenny Bruce, Assistant Superintendent of BSES.

Any accrued vacation pay you may have remaining will be paid out to you within 30 days of the last day of your employment.

If you have health benefits questions, please call Health Services at (628) 652-4700 or visit their website at https://sfhss.org. If you have San Francisco Employees' Retirement System (SFERS) or Deferred Compensation questions, please call SFERS Member Services at (415) 487-7000 or visit their website at https://mysfers.org.

The City's Employee Assistance Program (EAP) **(Attachment 4)** is available to former employees, up to 30 days past the former employee's separation date.

If you have any questions, you can contact Rui Cheng Yu, Senior Employee and Labor Relations Analyst, San Francisco Public Works at ruicheng.yu@sfdpw.org or by phone at 415.509.5074.

Respectfully,

DocuSigned by:
073CF73A4EA6486

Carla Short
Director of San Francisco Public Works
Attachments: (1) Notice to Exempt Appointee, (2) Separation Report, (3) Notice of Future Employment Restrictions, (4) EAP Brochure

Docusign Envelope ID: EB620A48-B7EF-4474-B419-97B6CE3EEA0F Case 4:22-cv-05502-DMR Document 521-38 Filed 10/20/25 Page 4 of 12

Cc: DiJaida Durden, Deputy Director of Operations*
Karen Hill, Human Resources Director*
Jonathan Vaing, Acting Superintendent of BSES*
Christine Cayabyab, Employee and Labor Relations Manager*

Personnel File
*Electronic copy only*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY CCSF-COH_437240

Docusign Envelope ID: EB620A48-B7EF-4474-B419-07R6CE3EEA0F
DocuSign Envelope ID: 2E3ABAE6-B147-4223-/    -922132A6AB88

City and County of San Francisco  Department of Human Resources

# Notice to Exempt Appointee

**Name of Appointee**: [redacted]

**Date Issued**: 08/06/2022

**Street Address**: [redacted]

**City   State   Zip**: [redacted]

**Job Code (Class) and Title**: 7514/General Laborer

**Department**: San Francisco Public Works

## Category or Type of Exemption

☒ **Exempt Under Charter Section**: 10.104-16
   **Anticipated Last Day of Employment**: Month: 2 Day: 06 Year: 2023

☐ **ASO Section 1.1.D.** (Authorization of Up To Six Months - Position for Succession Planning)
   **Last Date of Employment**: Month____ Day____ Year____

**Appointment Status** (Check One)
☐ Permanent Exempt
☒ Temporary Exempt

**Work Schedule** (Check One)
☐ Full-Time Regularly Scheduled
☐ Part-Time Regularly Scheduled
☐ REG<1040
☐ School-Term, Full-Time Regularly Scheduled
☐ School-Term, Part-Time Regularly Schedule
☒ As-Needed (not regularly scheduled)

## Important Information

As an exempt appointee you acquire no guaranteed right or preference for permanent Civil Service employment. Your exempt appointment under certain Charter Sections, or under the ASO Section, is time limited (applicable box is checked).

☐ Charter Section 10.104-01: All supervisory and policy-level positions within the office of the Mayor and the office of the City Administrator;.
☐ Charter Section 10.104-08: Not more than one confidential secretary and executive assistant in each department and agency;.
☒ Charter Section 10.104-16: Limited to (6) months in a fiscal year.
☐ Charter Section 10.104-17: Limited to (2) years in 4-six month increments.
☐ Charter Section 10.104-18: Limited to (3) years.
☐ Charter Section A8.511: Limited to 960 hours in a fiscal year.
☐ Annual Salary Ordinance (ASO) Section 1.1.D.: Limited to 6 months only (or less if stated above – refer to Last Date of Employment).

Further, exempt employees serve at the pleasure of the Appointing Officer. Therefore, regardless of the anticipated or last date of employment noted above, your employment may be terminated at any time by the Appointing Officer with or without cause. You may also be displaced by an eligible from a Civil Service list at any time prior to the anticipated last date of employment indicated above.

The signature below is to acknowledge effective end date of employment, and the receipt of copy of this notice.

| Signature of Appointee | Date | Signature of Appointing Officer/Designee | Date |
|---|---|---|---|
| [redacted] | August 2, 2022 | *Donald Martinez Viterbo* | August 4, 2022 |

**Original To**: DHR Referral Unit      **Copy To**: Employee's Personnel Folder

DHR 6-20 (amended May 2015)

(SEE INSTRUCTIONS)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                               CCSF-COH_437241

City and County of San Francisco
Carol Isen
Human Resources Director

Department of Human Resources
*Connecting People with Purpose*
www.sfdhr.org

# SEPARATION REPORT

INSTRUCTIONS: Please complete the Separation Report to:

1. Document internal departmental processes. Please do not send to DHR.
2. Document that the employee separation is not a complete separation from City service, Separation Report must be completed by the sending department and submitted to the receiving department to be attached to the AP ESR.
3. To process a layoff. Please send to the DHR layoff coordinator.
4. To administer a settlement agreement involving the separation of the employee-submit documentation to your Client Services Representative. (Reference TER_RZA)*

Date of Request: 11/22/2024

Department Contact: Rui Cheng Yu Email: Ruicheng.yu@sfdpw.org Phone: (415) 509-5074

## SECTION I: PERSONAL AND JOB INFORMATION

Name (Last, First, M.I.): [redacted] Employee I.D [redacted]

Job Code: 7514 Job Title: General Laborer

Position Number [redacted] Hourly Rate: $35.4125 Step: 1 Effective Date: 11/25/2024

Empl. Class: TEX Work Schedule: (Select One)

Is the employee serving a probationary period at the time of the separation? ☐ Yes ☑ No

Is this a complete separation from City and County Service? ☑ Yes ☐ No

If no, continuing in:
Department Code: (Select One) Status: ______ Job Code: ______ Effective Date: ______

Is employee granted leave pursuant to Civil Service Rule 120.31? ☐ Yes ☑ No

If no, is employee a transfer? ☑ No ☐ Yes, type of Transfer: (Select One)

## SECTION II: SEPARATION INFORMATION

☐ Resignation

☐ Satisfactory Services (TER_RSS) ☐ Unsatisfactory Services (TER_RUS) (Form DHR 1-13 must be on file)

By the appointee: I hereby freely and voluntarily resign from the above position. I request approval of this resignation as of the effective date with the full understanding that once approved, I may acquire another position in this class only as provided in the rules of the Civil Service Commission (see employee copy and CSC Rules 114&119).

Employee Signature Date

☐ Lay-off

☐ Involuntary Leave (PCS_LIL) ☐ Elective Involuntary Leave (PCS_EIL)

☐ Involuntary Lay-off (PCS_LIO) ☐ Voluntary Lay-off (PCS_LVO)

☐ (PV & EX Only): (Select One)

Reason for lay-off: (Select One)

Employee acknowledges receipt of the DHR information leaflet.

Employee Signature Date

# SEPARATION REPORT

DEPARTMENT USE ONLY

☐ Termination

☐ Settlement Agreement (TER_RZA)
*(Separation Report and Settlement Agreement must be forwarded to Client Services Rep.)

☐ Release from appointment: (Select One)

☐ Release from probation: (Select One)

☐ Dismissal: (Select One)

☑ Terminated for cause (TFC) (TPV,NCS, & Exempts only)

☐ Automatic Resignation (ARS)

☐ Never Reported to Work (DSH)

☐ Death of an employee (DEA)

☐ Other (Specify):__________

☐ Retirement: (Select One)

DEPARTMENT CERTIFICATION

*The Appointing Officer/Authorized Designee named below hereby certifies that the information provided on this Separation Report is accurate, complete, and in compliance with applicable CCSF rules and policies.*

DocuSigned by:
[signature]
073CF73A4EA6486

Appointing Officer/Authorized Designee Signature — 628.271.3078 Telephone

Name/Title: Carla Short

Department Number: 90 Department Name: Public Works

Personnel File Forwarded? ☐ Yes ☐ No

Forwarded to:
Department:__________ Contact:__________

---

DHR USE ONLY

Action Pending? ☐ Yes ☐ No

Analyst Name — Telephone

☐ SR Ref Number:__________ Holdover Canvass:__________

Reference Number used for layoff actions:__________

City and County of San Francisco
Carol Isen
Human Resources Director

Department of Human Resources
Connecting People with Purpose
www.sfdhr.org

# NOTICE OF FUTURE EMPLOYMENT RESTRICTIONS

| | |
|---|---|
| [redacted] | November 22, 2024 |
| Employee Name | Mailing Date |
| [redacted] | Public Works |
| Street Address | Department/Division |
| [redacted] | TEX |
| City State Zip | Type of Appointment |

This notice is to inform you that a future employment restriction is being imposed along with your separation action, or with the action of automatic resignation, reported to the Department of Human Resources separating you from your position in Class 7514 Title General Laborer, effective 11/25/2024, for the reasons outlined in the attached document(s).

The items checked below are the restrictions made by the department on your future employability for positions covered by the San Francisco civil service system:

- ☐ No Restrictions on Employment
- ☐ Permanent Restriction
- ☑ Conditional Restriction

- ☐ Citywide
- ☑ Department(s): Public Works
- ☐ DOT/SAPP
- ☐ Job Code(s):
- ☑ Cancel Current Examination & Eligibility Status

***Conditional restrictions may be lifted by proving you have satisfactorily met the following requirements:***

| | Requirement Type | Description: | Level of Measurement: | Measurement Value: |
|---|---|---|---|---|
| | CER: Certification | | | |
| X | EXP: Work Experience | Satisfactory Work Experience outside of PW | 36 Months | |
| | LIC: Licensure | | | |
| | SAP: Substance Abuse Program | | | |
| | Other: | | | |

***In addition to the noted conditional restrictions, you are also restricted from specific attributes of a job class and/or department until you satisfactorily prove you meet the requirements to lift the restriction(s) as noted below:***

| | Future Employment Restrictions | Description: | Level of Measurement: | Measurement Value: |
|---|---|---|---|---|
| | 001: Vehicle/Heavy Machinery | | | |
| | 002: Vulnerable Populations | | | |
| | 003: Face to Face Contact w/Public | | | |
| | 004: Contact w/Animals | | | |
| | 005: Signing/Approving City Docs | | | |
| | 006: Financial Instruments | | | |
| | 007: Confidential/Privileged Information | | | |
| | 008: IT Infrastructure | | | |
| | 009: Means of Entry to Living Spaces | | | |
| | 010: Pharmaceutical/Drug Inventory | | | |
| | 011: CDC Defined Toxins | | | |
| | 012: Weapons/Explosives | | | |
| | 013: City Property Valued > $100 | | | |

| | 014: Electronic Voting Systems | | |
|---|---|---|---|

You may request a hearing before the Civil Service Commission on your future employability with the City and County of San Francisco. The Civil Service Commission has the authority to remove restrictions or impose additional restrictions on your future employability. You may request a hearing for review of any restrictions on your future employability with the Civil Service Commission within 20 calendar days of the mailing date of this notice or from the date of separation, whichever is later. The request must be submitted in writing to the Executive Officer, Civil Service Commission, 25 Van Ness Avenue, Suite 720, San Francisco, CA 94102 by 12/15/2024. Requests received after this date will not be considered and your right to a hearing will be forfeited. If you do not request a hearing or file an appeal, the Human Resources Director will take final administrative action to confirm the restriction(s) in effect on the date of separation (Note: Future Employment Restriction(s) effective immediately).

If this matter is subject to the Code of Civil Procedures (CCP) Section 1094.5, the time by which judicial review must be sought is set forth in CCP Section 1094.6. (SEE BELOW)

**List #:** ______ **Rank #:** ______ ☐ **Pending** ☑ **Final** **Status of Action**

**DSW:** 172264

**Emp Organization:** Public Works

DocuSigned by: [signature] 073CF73A4EA6486

**SIGNATURE**

METHOD OF SERVICE:

☑ Hand Delivered

Carla Short

**NAME**

Public Works Director

☐ Certified Mail

**TITLE**

**INFORMATION FOR FORMER EMPLOYEE FOLLOWING SEPARATION**

1. This document serves as an official notice of future employment restrictions imposed with the Notice of Automatic Resignation from Employment to the former employee or with a Separation Action that is subject to the provisions of a collective bargaining agreement, to the Civil Service Commission, and the Department of Human Resources.
2. A separated employee may request a hearing before the Civil Service Commission only for review of any restrictions on their future employability with the City and County of San Francisco.
3. Such appeals or requests for hearing must be in writing and received from the employee or the employee's representative by the date specified on this notice, or within twenty (20) calendar days from the mailing date of this notice, or the effective date of the separation, whichever is later. The request must be submitted to the Executive Officer, Civil Service Commission, 25 Van Ness Avenue, Suite 720, San Francisco, CA 94102.
4. An employee who requests a hearing within the time limits is entitled to:
   a. Representation by an attorney or authorized representative of the employee's own choice.
   b. Notification of date, time, and place of hearing at a reasonable time in advance.
   c. Inspection by the employee's attorney or authorized representative of those records and materials on file with the Civil Service Commission which relate to the restrictions on future employability.
5. Any interested party may request that the hearing be continued or postponed.
6. The decision of the Civil Service Commission is final and not subject to reconsideration.
7. In the absence of a timely request for a hearing as provided above, no later request for a hearing will be considered.

**DEPARTMENT INSTRUCTIONS FOR COMPLETING FORM DHR 1-13E**

- Refer to related provisions of appropriate collective bargaining agreements
- Refer to CSC Rule 122, Article VI: Absence From Duty Without Leave (Misc)
- Refer to CSC Rule 222, Article IV: Absence From Duty Without Leave (UPPD)
- Refer to CSC Rule 322, Article VI: Absence From Duty Without Leave (UPFD)

**Use this form when:**

The appointing officer or Human Resources Director has taken action of automatic resignation on an employee on the basis of abandonment of position, regardless of employment status; and/or the separation action is subject to the provisions of the collective bargaining agreement.

Complete the information on the top section of the form: Name, Address, City, State, Zip, Mailing Date, Department/Division, Type of Appointment, Type of Separation.

In the first paragraph of the notice, enter the Class Number, Title and effective date of the separation.

If there are no restrictions imposed with the separation, the box *"no restrictions on future employability,"* must be checked to indicate this action, and attach applicable documents, e.g., a settlement agreement.

Indicate the restrictions on future employability by checking the appropriate boxes. If the restrictions are conditional, you must complete the section on the requirements needed to lift the restrictions, including the level of measurement (entry, journey, etc.) and values (length of time in months, years, etc.) of the requirements.

If Future Employment Restrictions are included, complete that section including details on the requirements needed to lift the restrictions. Attach a copy of all separation-related letters and supporting documentation. Documentation must provide justification and the rationale for the imposed restrictions.

The separated employee may request a hearing for review of any restrictions on future employability. Indicate the date by which the appeal must be filed in the space provided. Consistent with the separation action, count twenty (20), or thirty (30), calendar days from the mailing date of the notice or the effective date of release, whichever is applicable. When counting the days, count the day after the mailing date as the first day.

Complete the information on the bottom section of the form: Rank, List#, DSW#, and Employee Organization. Check the method of service used and tracking # if applicable.

Indicate status of action:

- Select "Pending" if Notice of Future Employment Restrictions is subject to the provisions of a collective bargaining agreement
- Select "Final" if the status is not subject to the provisions of a collective bargaining agreement, or to update a previously reported "Pending" action.

Type in the name and title of the appointing officer. The appointing officer must sign the form.

Send the *original* Notice of Future Employment Restrictions along with the *original* Notice of Automatic Resignation from Employment (DHR 1-48a) to the employee. Make two sets of copies of the notices; send one set of *copy* to DHR - Client Services along with the *original* Separation Report (DHR Form 1-67); and retain the other set of *copy* in the Official Employee Personnel Folder.

<u>Reminder:</u> Imposed restrictions on future employability are effective immediately, and must be reported to DHR – Client Services concurrent with the departmental notice to separate the employee. This will enable timely and appropriate updates to DHR systems and other dependent programs, such as exams, adoptions of eligible lists, citywide recruitments, and certifications/referrals.

DHR 1-13e (Revised 10-2017)

# EMPLOYEE ASSISTANCE PROGRAM

**EAP counselors are here for you, offering confidential, voluntary, free services to help support your emotional well-being.**

- Individual Counseling
- Couples Counseling
- Referrals
- Mediation
- Critical Incident | Disruptive Event Response
- Workshops, Brown Bag Seminars, Trainings

**Contact EAP for a consultation or to schedule an appointment**

**415-554-0610 or 800-795-2351**

**Monday – Friday 8:00am – 5:00pm**

1145 Market Street, Suite 100, easily accessible by public transportation

SAN FRANCISCO HEALTH SERVICE SYSTEM
Better Every Day

EMPLOYEE ASSISTANCE PROGRAM

# EAP counselors offer a variety of services

## COUNSELING

Emotional stress can affect your physical health, relationships, sense of well-being and work performance. Communication difficulties can interfere with relationships at work and at home.

**Getting help early can make a difference** – You or an immediate family member may use up to six (6) EAP counseling session per year. Call EAP for a consultation or to schedule an appointment for individual or couple counseling.

## REFERRALS

If you need additional services, EAP can provide guidance on accessing mental health care and substance abuse services offered through your health plan or a community resource. EAP can also provide resources for domestic violence, elder care, legal support and financial concerns.

## WORKSHOPS, BROWN BAG SEMINARS & TRAININGS

EAP offers opportunities to help increase your well-being and capabilities in the workplace. Ask your Wellness Champion or your manager about bringing a workshop, seminar or training to your work group.

## MEDIATION

Mediation is available to help you find resolution of interpersonal workplace problems that result from personality conflicts, communication difficulties and duty disagreements. Mediation must be arranged by your supervisor with an EAP counselor.

## CRITICAL INCIDENT | DISRUPTIVE EVENT RESPONSE

Even emotionally resilient people may experience strong reactions when exposed to a traumatic or disruptive event. EAP is here to help support you process such an event so you can return to your regular routine.

WE'RE HERE *For You*