DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
EDMUND T. WANG, State Bar #278755
KAITLYN M. MURPHY, State Bar #293309
MIGUEL A. GRADILLA, State Bar #304125
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-3857 (Wang)
              (415) 554-6762 (Murphy)
              (415) 554-3870 (Gradilla)
              (415) 554-4223 (George)
              (415) 355-3304 (Mills)
Facsimile:    (415) 554-4699
E-mail:       edmund.wang@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              miguel.gradilla@sfcityatty.org
              john.george@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS; SARAH CRONK; JOSHUA DONOHOE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 4:22-cv-05502-DMR (LJC)<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING IN SUPPORT OF DEFENDANTS' NOTICE OF COMPLIANCE WITH ECF NO. 509 – PUBLIC RECORDS FILED IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**MANUAL FILING NOTIFICATION**

Regarding the following specified exhibits in support of Defendants' Notice of Compliance with ECF No. 509 – Public Record Filed in Connection with Defendants' Motion for Summary Judgment:

Steven Mills Declaration Supporting Defendants' Motion for Summary Judgment, Exhibits 38, 40, 42, 43, 44, and 46:

These filings are in paper or physical form only, and are being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media.

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X] Other (description): Excel workbook with multiple worksheets and redactions as required by ECF No. 509.

Dated: October 20, 2025

         DAVID CHIU
         City Attorney
         YVONNE R. MERÉ
         EDMUND T. WANG
         KAITLYN MURPHY
         MIGUEL A. GRADILLA
         JOHN H. GEORGE
         STEVEN A. MILLS
         Deputy City Attorneys

       By: */s/ Steven Mills*
         STEVEN MILLS

         Attorneys for Defendants
         CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT